AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| Jun Li, Qi Qin, Jie Yang, Yuquan Ni, Li Fang, Zhangzao Shi, Fang Sheng, Shunli Shao, Ling Zhang, Zhijian Wu, Zhongwei Li, Yuwei Dong <br><br> *Plaintiff(s)* <br> v. <br> Colorado Regional Center Project Solaris LLLP, Colorado Regional Center I, LLC, Solaris Property Owner LLC, and Peter Knobel <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Colorado Regional Center Project Solaris LLLP
c/o Registered Agent
Roger Hauptman
280 Detroit Street
Denver, CO 80206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Douglas Litowitz, 413 Locust Place, Deerfield, IL 60015

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____08/28/2019_____                           _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| Jun Li, Qi Qin, Jie Yang, Yuquan Ni, Li Fang, Zhangzao Shi, Fang Sheng, Shunli Shao, Ling Zhang, Zhijian Wu, Zhongwei Li, Yuwei Dong <br><br> *Plaintiff(s)* <br><br> v. <br><br> Colorado Regional Center Project Solaris LLLP, Colorado Regional Center I, LLC, Solaris Property Owner LLC, and Peter Knobel <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Colorado Regional Center I LLC
c/o Registered Agent
Roger Hauptman
280 Detroit Street
Denver, CO 80206


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Douglas Litowitz, 413 Locust Place, Deerfield, IL 60015


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date:  _____08/28/2019_____                    _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| Jun Li, Qi Qin, Jie Yang, Yuquan Ni, Li Fang, Zhangzao Shi, Fang Sheng, Shunli Shao, Ling Zhang, Zhijian Wu, Zhongwei Li, Yuwei Dong<br><br>*Plaintiff(s)*<br>v.<br>Colorado Regional Center Project Solaris LLLP, Colorado Regional Center I, LLC, Solaris Property Owner LLC, and Peter Knobel<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Solaris Property Owner I LLC
c/o Registered Agent
Matt Jones
141 E. Meadow Drive, Suite 211
Vail, CO 81657

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Douglas Litowitz, 413 Locust Place, Deerfield, IL 60015

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____08/28/2019_____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| Jun Li, Qi Qin, Jie Yang, Yuquan Ni, Li Fang, Zhangzao Shi, Fang Sheng, Shunli Shao, Ling Zhang, Zhijian Wu, Zhongwei Li, Yuwei Dong<br><br>*Plaintiff(s)*<br><br>v.<br><br>Colorado Regional Center Project Solaris LLLP, Colorado Regional Center I, LLC, Solaris Property Owner LLC, and Peter Knobel<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Peter Knobel
    Solaris Property Owner I LLC
    141 E. Meadow Drive, Suite 211
    Vail, CO 81657

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Douglas Litowitz, 413 Locust Place, Deerfield, IL 60015

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    08/28/2019    _____
                       *Signature of Clerk or Deputy Clerk*