

From: Colorado Regional Center I, LLC (the "General Partner") and Colorado Regional Center Project Solaris, LLLP (the "Partnership")

To: Limited Partners of the Partnership

Date: September 16, 2019

Re: Pending Litigation

_____

      This letter serves as notice informing all Limited Partners of the commencement of a litigation proceeding against the Partnership, along with other salient points. As you may be aware, 13 Limited Partners (the "Plaintiffs") have joined in filing a lawsuit against the Partnership, the General Partner, Solaris Property Owner, LLC (the "Borrower") and Peter Knobel, an individual. A copy of the Complaint is attached. The Partnership and General Partner find the lawsuit to be factually inaccurate, without merit and frivolous, and we are vigorously defending against it.

      The Partnership is also informing the Limited Partners on the impact of Section 8.05 of the Partnership Agreement, which is an indemnification provision for the General Partner. The Partnership has an obligation to indemnify the General Partner from any loss, including attorneys' fees, for any act performed by the General Partner on behalf of the Partnership unless the actions of the General Partner are the result of negligence or willful or wanton misconduct. Simply, unless the Court finds the General Partner's actions to be negligent or constitute willful or wanton misconduct, the Partnership will be responsible to pay for the General Partner's legal fees in defense of the lawsuit and any other losses incurred by the Partnership and General Partner, which would be deemed to be operational expenses and would reduce cash available for distributions to the Limited Partners, including reducing the amount of proceeds available to Limited Partners from a sale of the collateral units.

      The lawsuit may impact the Partnership and its Limited Partners in additional ways. Of the various claims for relief the Plaintiffs are seeking, the Plaintiffs attorney asks the Court to order a rescission of their investment. The Plaintiffs request that the entire EB-5 transaction be "undone" – that they should be put back in the same position they would have been had they never made the investment. However, the Complaint fails to address the significant benefit received by the Plaintiffs in the form of a permanent Green Card. As the lawsuit proceeds, we may ask the Plaintiffs to voluntarily abandon their Green Card or ask the Court to revoke their Green Cards should the Plaintiffs continue to seek rescission as a remedy.

      More importantly, the Partnership's ability to sell the units has been impaired. On June 5, 2019, the Partnership entered into a Letter of Intent to sell the remaining 17 units in the portfolio. We began negotiations on a Purchase and Sale Agreement ("PSA") with the potential buyer and have exchanged multiple drafts of the PSA. On July 1, 2019 we received a demand letter from the Plaintiffs' attorney. The Complaint was subsequently filed on August 28, 2019 and contains a threat of the Plaintiffs filing a *lis pendens* on the allocated condo units, which puts any potential buyer on notice that there is a pending legal action against the property and can prevent a clean transfer of title. The demand letter and subsequent actions Plaintiffs' counsel has taken, incorporating the threat of an action to encumber the property without any basis to do so, threatens the Partnership's ability to consummate a bulk sale or any

Not For Distribution Outside of the Partnership



other transaction.  While the Plaintiffs' ask for liquidity and an immediate return of their invested capital, the lawsuit they have filed derails the Partnership's good faith efforts to achieve just that.

Plaintiffs have also sued the Borrower and Peter Knobel as an individual.  Mr. Knobel is the owner manager of the Borrower as well as of Solaris PBK Acquisitions, LLC which has a Right of First Refusal on all the residential units in the Solaris building.  We believe the lawsuit has brought negative attention to the Solaris building and may frustrate efforts to work with Mr. Knobel and Solaris PBK Acquisitions on addressing the Right of First Refusal and other matters pertaining to the units. Additionally, we understand the Borrower and Mr. Knobel are evaluating whether to bring a lawsuit in the form of counterclaims against Plaintiff's attorney and each individual Plaintiff.

The Partnership and General Partner have retained experienced litigation counsel to defend against the frivolous claims alleged in the Complaint.   To provide you with more background on this matter, enclosed please find a copy of the response provided by the Partnership and General Partner's counsel to the Plaintiffs' lawyer.  The Partnership was copied on a letter from the Borrower and Mr. Knobel's counsel to Plaintiffs' counsel.  We are also enclosing a copy of that letter.

Please contact us with any questions you may have.

Not For Distribution Outside of the Partnership