# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Li Fang,
Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu,
Zhijian Wu, Zhongwei Li, and Yuwei Dong,
                Plaintiffs,

         v.

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC, and
Peter Knobel,
                Defendants.

## Notice of Directly Related Case

Plaintiffs wish to inform this Honorable Court that a directly related case was filed in this District as Case No. 19-cv-02637-NYW, *Cui et al. v. Waveland Ventures LLC et al.* (09/16/2019) (the "*Cui v. Waveland*" case).  The case was assigned to Judge Blackburn and then to Magistrate Judge Wang.

The *Cui v. Waveland* case is directly related to this case.  The plaintiffs are aggrieved investors in Colorado Regional Center Project Solaris LLLP, similar to this case.  The defendants in *Cui v. Waveland* overlap the defendants in this case. The complaint alleges many of the same theories of recovery.

The Plaintiffs expect that the defendants in *Cui v. Waveland* will invoke Local Rule 42.1 and seek consolidation of the two lawsuits into this lower-numbered case.

The Plaintiffs do not seek any action from this Court, but merely wish to keep the Court informed of this development.  As a matter of judicial economy, this Court may want

to informally consult with Judge Wang as a preliminary matter to avoid having two separate judges hear the same matters.

Dated: September 18, 2019

                                                  Respectfully Submitted,

                                                  /s/ Douglas Litowitz
                                                  413 Locust Place
                                                  Deerfield, IL 60015
                                                  312-622-2848
                                                  Litowitz@gmail.com