**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:19-cv-02443-STV**

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Li Fang,
Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu,
Zhijian Wu, Zhongwei Li, and Yuwei Dong,

    Plaintiffs,

v.

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC, and
Peter Knobel,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that James D. Kilroy of the law firm Snell & Wilmer L.L.P., hereby enters his appearance on behalf of Defendants Colorado Regional Center Project Solaris LLLP and Colorado Regional Center I, LLC, and requests that he receive copies of all electronic filings in this case.

///

1

2

DATED: September 24, 2019.

        */s/ James D. Kilroy*

James D. Kilroy
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email:  jkilroy@swlaw.com
***Counsel for Defendants Colorado Regional Center Project Solaris LLLP and Colorado Regional Center I, LLC***

## CERTIFICATE OF SERVICE

This is to certify that on September 24, 2019, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

*/s/ Sandy Braverman*
for Snell & Wilmer L.L.P.