Eagle County, CO   201915152
Regina O'Brien   09/13/2019
Pgs: 2   02:12:24 PM
REC: $18.00   DOC: $0.00

**LIS PENDENS NOTICE**
---------------------------------------------------------------

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOARDO

Civil Action No. 19-CV-02443

Plaintiffs: Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni,
Li Fang, Zhongzao Shi, Fang Sheng, Shunli Shao,
Kaiyuan Wu, Zhijian Wu, Zhongwei Li, and Yuwei Dong,

v.

Defendants: Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC, and
Peter Knobel,

Attorney for Plaintiffs:
Douglas Litowitz, 413 Locust Place, Deerfield, IL 60015
312-622-2848; litowitz@gmail.com

---

Notice of Lis Pendens Pursuant to C.R.S. 38-35-110

---

Notice is hereby given that the above-entitled action (the "Action") has been commenced 8/28/19 affecting title to real property located in Eagle County, more particularly described as the condominium units listed on Exhibit A (the "Property"). The Action asserts that Solaris Property Owner LLC (whose successors are current title holders of the units) borrowed $80 million from Colorado Regional Center Project Solaris LLLP (the "LP") using the Property as collateral. The borrower failed to repay the $80 million loan and was required to transfer the Property to the LP as the new rightful owner. It never did so, leaving the LP with a rightful claim to take title to the Property. The limited partners assert a derivative claim under C.R.S. 7-62-1001 to compel the LP to take title to the Property as enforcement of its right to judgment and collection of collateral under the transaction documents described in the Action. Upon transfer of title to the LP, the Plaintiffs assert pro rata rights to partnership interests, including any sale proceeds accruing to the LP from sale of the Property.

This document was prepared by and should be returned to Douglas Litowitz, 413 Locust Place, Deerfield, IL, 60015.

_____
Douglas Litowitz  September 11, 2019

1

**EXHIBIT C**

09/11/2019

## Exhibit A

| | |
|---|---|
| Common Address: | 141 East Meadow Drive, Vail, Colorado 81657 |
| Common Name: | Residences at Solaris Vail |
| Property Type: | Condominium Subdivision |
| Tax Area: | SC226 |
| Parcel No.: | 2.10E+11 |
| Title Holder: | Solaris Property Owner I LLC (except as noted below) |
| Units: | 1) 2A South |
| | 2) Pent E West |
| | 3) 6E East |
| | 4) Pent E East |
| | 5) 5E West |
| | 6) 4G West |
| | 7) 7E West |
| | 8) Pent C East |
| | 9) 6D East |
| | 10) 5C West |
| | 11) 6C West |
| | 12) 5G West |
| | 13) 3E East |
| | 14) 7E East |
| | 15) 4D East |
| | 16) Pent G West |
| | 17) Pent C West |
| | 18) 3C East (Title Holder: Lucky 5 LLC) |

2

201915152

**EXHIBIT C**