**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02443-STV

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Li Fang,
Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu,
Zhijian Wu, Zhongwei Li, and Yuwei Dong,

    Plaintiffs,

v.

Colorado Regional Center Project Solaris, LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC, and
Peter Knobel,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

    PLEASE TAKE NOTICE that Ty Gee and Harold A. Haddon of the law firm Haddon Morgan and Foreman, P.C., hereby enter their appearance on behalf of Solaris Property Owner I, LLC, and requests that they receive copies of all electronic filings in this matter.

    DATED: September 25, 2019.

        /s/ Ty Gee

        /s/ Harold A. Haddon
Harold A. Haddon, #1596
Ty Gee, #19772
HADDON MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone: (303) 831-7364
Fax: (303) 832-2628
Email: hhaddon@hmflaw.com
Email: tgee@hmflaw.com

**Counsel for Solaris Property Owner I, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2019, I electronically filed the foregoing *NOTICE OF ENTRY OF APPEARANCE* with the Clerk of the court using the CM/ECF system which will send notification of such filing to all parties of record.

        /s/ Holly Rogers

2