**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:19-cv-02443-STV**

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Li Fang,
Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu,
Zhijian Wu, Zhongwei Li, and Yuwei Dong,

    Plaintiffs,

v.

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC, and
Peter Knobel,

    Defendants.

## DEFENDANT COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP'S CORPORATE DISCLOSURE STATEMENT

Defendant Colorado Regional Center Project Solaris, LLLP ("CRCPS"), by and through undersigned counsel, respectfully submits this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1.

CRCPS hereby states that (1) it is a non-governmental corporate party; and (2) there is no parent corporation or publicly held corporation owning 10% or more of its partnership interests.

DATED: October 2, 2019.

/s/ Stephanie A. Kanan
James D. Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email:  skanan@swlaw.com
*Counsel for Defendants Colorado Regional Center Project Solaris LLLP and Colorado Regional Center I, LLC*

**CERTIFICATE OF SERVICE**

This is to certify that on October 2, 2019, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Ty Gee
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

                                        */s/ Sandy Braverman*
                                        for Snell & Wilmer L.L.P.

3