IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02443-STV

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Li Fang,
Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu,
Zhijian Wu, Zhongwei Li, and Yuwei Dong

    Plaintiffs,

v.

Colorado Regional Center Project Solaris, LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC, and
Peter Knobel

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

    PLEASE TAKE NOTICE that Ty Gee of the law firm Haddon Morgan and Foreman, P.C., hereby enters his appearance on behalf of Solaris Property Owner, LLC, and Peter Knobel, and requests that he receive copies of all electronic filings in this matter.

    DATED: October 2, 2019.

2

/s/ Ty Gee
Ty Gee, #19772
Harold A. Haddon, #1596
HADDON MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone: (303) 831-7364
Fax: (303) 832-2628
Email: hhaddon@hmflaw.com
Email: tgee@hmflaw.com

***Counsel for Solaris Property Owner, LLC and Peter Knobel***

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2019, I electronically filed the foregoing *NOTICE OF ENTRY OF APPEARANCE* with the Clerk of the court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Holly Rogers