# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:19-cv-02443-STV**

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Li Fang,
Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu,
Zhijian Wu, Zhongwei Li, and Yuwei Dong,

    Plaintiffs,

v.

Colorado Regional Center Project Solaris, LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC, and
Peter Knobel,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

    PLEASE TAKE NOTICE that Harold A. Haddon of the law firm Haddon Morgan and Foreman, P.C., hereby enters his appearance on behalf of Solaris Property Owner, LLC, and Peter Knobel, and requests that he receive copies of all electronic filings in this matter.

    DATED: October 2, 2019.

2

                                          /s/ Harold A. Haddon
                                          Harold A. Haddon, #1596
Ty Gee, #19772
HADDON MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone: (303) 831-7364
Fax: (303) 832-2628
Email: hhaddon@hmflaw.com
Email: tgee@hmflaw.com

***Counsel for Solaris Property Owner, LLC and Peter Knobel***

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2019, I electronically filed the foregoing *NOTICE OF ENTRY OF APPEARANCE* with the Clerk of the court using the CM/ECF system which will send notification of such filing to all parties of record.

                                          /s/ Holly Rogers