IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443-STV

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Li Fang,
Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu,
Zhijian Wu, Zhongwei Li, and Yuwei Dong,

    Plaintiff(s),

v.

Colorado Regional Center Project Solaris, LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC, and
Peter Knobel,

    Defendant(s).

## ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION

Under 28 U.S.C. § 636(c) and

(1)    D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2)    Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3)    D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

_____X_____ all parties in this civil action CONSENT to have United States Magistrate Judge Scott T. Varholak conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment; ✓

OR

_____ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| Print name  Ty Gee | | |
| /s/ Ty Gee | Solaris Property Owners, LLC and Peter Knobel | October 2, 2019 |
| Print name  James D. Kilroy and Stephanie A. Kanan | | |
| s/James D. Kilroy<br>s/Stephanie A. Kanan | Colorado Regional Center Project Solaris LLLP and Colorado Regional Center I, LLC | October 2, 2019 |
| Print name  Douglas Litowitz | Sun Li et al, Plaintiffs | |
| [signature] | Oct 2, 2019 | |