# In the United States District Court
# for the District of Colorado

Civil Action No. 1:19-cv-02443-STV

JUN LI,
QI QIN,
YI LIU,
JIE YANG,
YUQUAN NI,
LI FANG,
ZHONGZAO SHI,
FANG SHENG,
SHUNLI SHAO,
KAIYUAN WU,
ZHIJIAN WU,
ZHONGWEI LI, and
YUWEI DONG,

    Plaintiffs,

v.

COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP,
COLORADO REGIONAL CENTER I, LLC,
SOLARIS PROPERTY OWNER, LLC, and
PETER KNOBEL,

    Defendants.

## Solaris Property Owner, LLC's Corporate Disclosure Statement

Defendant Solaris Property Owner, LLC, through its counsel, discloses under Federal Rule of Civil Procedure 7.1 that it is a non-governmental corporate party and is wholly owned by Solaris Redevelopment Corporation.

October 4, 2019.

                                         Respectfully submitted,

                                         *s/ Ty Gee*
                                         Harold A. Haddon
                                         Ty Gee
                                         HADDON, MORGAN AND FOREMAN, P.C.
                                         150 East Tenth Avenue
                                         Denver, CO 80203
                                         Tel 303.831.7364
                                         hhaddon@hmflaw.com; tgee@hmflaw.com

                                         *Attorneys for Defendants Solaris Property Owner, LLC, and Peter Knobel*