# DOUGLAS LITOWITZ
Attorney-at-Law
413 Locust Place   Deerfield, IL 60015
312-622-2848   Litowitz@gmail.com  WeChat: ChicagoD

October 4, 2019

**By Email**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2:21 pm, Oct 04, 2019
JEFFREY P. COLWELL, CLERK

Hon. Judge Scott T. Varholak
Federal District of Colorado
Courtroom A-402
901 19th Street
Denver, Colorado 80294

  Re: 19-cv-02443, *Li v. Colorado Regional Center Project Solaris LLLP*; Notice of Physical Unavailability 10/30 - 12/12

Honorable Judge Varholak,

I am counsel for the Plaintiffs in the above-titled action.

I am writing about scheduling. I will be physically unable to come to Denver from October 30 to December 12, 2019, but I will be available by phone from overseas, either at the number above, or I can call in to your courtroom.

I am a former law professor, and since 2013 I have been teaching part-time for IIT Chicago-Kent College of Law in their LLM Program. This term, I will be teaching in Thailand, then Kazakhstan, then Turkey.

Two hearings are scheduled for November 4th (Case Scheduling, and Plaintiffs' Motion for Contempt), and there is a fully briefed Motion to Show Cause under C.R.S. 38-35-204 filed by the Defendants (I believe that particular statute requires 21 days prior notice and hearing, unless the other side waives it).

However you want to handle this is acceptable. Feel free to move dates, or let me appear by phone, or I can stand on briefs if the other side is willing as well. I just don't want to get defaulted for failure to appear.

My apologies for the inconvenience.

Sincerely,
/s/ Douglas Litowitz

cc: James Kilroy, Ty Gee