# DOUGLAS LITOWITZ
Attorney-at-Law
413 Locust Place   Deerfield, IL 60015
312-622-2848   Litowitz@gmail.com  WeChat: ChicagoD

October 8, 2019

**By Email**

Hon. Judge Scott T. Varholak
Federal District of Colorado
Courtroom A-402
901 19th Street
Denver, Colorado 80294

      Re:    19-cv-02443, *Li v. Colorado Regional Center Project Solaris LLLP*; Request to Expedite

Honorable Judge Varholak,

I have today filed a Motion for Preliminary Injunction to Block Bulk Sale of Collateral Units.  The lawyers for the defendants will oppose it.

I won't go over the facts of this case as they are laid out in the Motion.

However, I ask your Honor to expedite consideration of this Motion and to order a ban on a bulk sale of condominium units until your Honor has considered this Motion and the responses, and made a ruling on the merits.

By 'expedite,' I don't mean drop everything and cancel your supper, but the Motion is only 8 pages so if you could take a look in the next couple days, that would be greatly appreciated.


Sincerely,

/s/ Douglas Litowitz