**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:19-cv-02443-STV**

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Li Fang,
Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu,
Zhijian Wu, Zhongwei Li, and Yuwei Dong,

    Plaintiffs,

v.

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC, and
Peter Knobel,

    Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' EMEGENCY MOTION TO SHOW CAUSE TO HOLD JAMES KILROY AND HIS CLIENTS IN CONTEMPT**

---

Colorado Regional Center Project Solaris LLLP ("CRCPS") and Colorado Regional Center I, LLC ("CRC") (together, the "CRC Entities"), through undersigned counsel, hereby submit their Unopposed Motion for Extension of Time to Respond to Plaintiffs' Emergency Motion to Show Cause to Hold James Kilroy and His Clients in Contempt ("Motion"), stating as follows:

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.COLO.LCivR 7.1(a), counsel for the CRC Entities conferred in good faith with counsel for Plaintiffs regarding the substance of this Motion. Plaintiffs do not oppose the relief requested herein.

1

1. On August 28, 2019, Plaintiffs Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Li Fang, Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu, Zhijian Wu, Zhongwei Li, and Yuwei Dong (collectively, the "Plaintiffs"), filed a complaint against the CRC Entities, SPO and Peter Knobel, seeking monetary damages and rescission for alleged violations of federal and state securities law, breach of fiduciary duty and fraud (the "Complaint"). *See* Doc. No. 1.

2. On September 17, 2019 – before the CRC Entities had been served with the Complaint and before undersigned counsel entered an appearance – Plaintiffs filed an Emergency Motion to Show Cause to Hold James Kilroy and His Clients in Contempt ("Contempt Motion"). *See* Doc. No. 14.

3. On September 18, 2019, the Court issued an order setting a hearing on the Contempt Motion for November 4, 2019, which is the same day as the Scheduling Conference. *See* Doc. No. 15.

4. On September 24, 2019, one week after the Contempt Motion was filed, undersigned counsel entered an appearance in this matter in conjunction with filing a Petition for Order to Show Cause Pursuant to C.R.S. § 38-35-204 on behalf of CRCPS. *See* Doc. No. 20.

5. Pursuant to D.C.COLO.LCivR 7.1(d), the deadline by which to file a response is 21-days after the date of service of the motion. The date of service of an electronically filed motion is ordinarily the date on which the motion is filed. *See* D.C.COLO.LCivR 5(d). Accordingly, based on the filing of the Contempt Motion, the response would be due on October 8, 2019.

6. But because the CRC Entities and undersigned counsel had not yet entered an appearance at the time the Contempt Motion was filed, they arguably were not properly served to

2

trigger the 21-day response deadline until they entered on September 24, 2019. The deadline to respond to the Contempt Motion would therefore be October 15, 2019.

7. This is the first request for an extension of time.

**WHEREFORE**, the CRC Entities and undersigned counsel respectfully request that the Court enter an Order: (i) clarifying that the deadline by which to file a response to Plaintiffs' Contempt Motion is October 15, 2019; or (ii) granting an extension of time, up to and including October 15, 2019, to file a response to Plaintiffs' Contempt Motion.

DATED: October 8, 2019.

*/s/ James D. Kilroy*
James D. Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email:  jkilroy@swlaw.com
Email:  skanan@swlaw.com

*Counsel for Defendants Colorado Regional Center Project Solaris, LLLP and Colorado Regional Center I, LLC*

**CERTIFICATE OF SERVICE**

This is to certify that on October 8, 2019, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Harold A. Haddon
Ty Gee
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

Robert Glucksman (via regular mail)
Colorado Regional Center I, LLC
1743 Wazee Street, Suite 150
Denver, CO 80202

*/s/ Sandy Braverman*
for Snell & Wilmer L.L.P.

4

4818-9206-8265