**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:19-cv-02443-STV**

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Li Fang,
Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu,
Zhijian Wu, Zhongwei Li, and Yuwei Dong,

      Plaintiffs,

v.

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC, and
Peter Knobel,

      Defendants.

## UNOPPOSED MOTION TO RESET HEARING

Colorado Regional Center Project Solaris LLLP ("CRCPS") and Colorado Regional Center I, LLC ("CRC") (together, the "CRC Entities"), through undersigned counsel, hereby files this UNOPPOSED MOTION TO RESET HEARING stating as follows:

1.     Pursuant to D.C.COLO.LCivR. 7.1(a) Undersigned counsel had conferred with counsel for Plaintiffs and counsel for Defendants Peter Knobel and Solaris Property Oner LLC. These parties do not oppose this Motion.

2.     On this same date, the Court set an evidentiary hearing and motions hearing for all outstanding motions, to take place on November 6, 2019 at 9:00 a.m. [ECF 37]. CRC was available on that November 6, 2019 date, but counsel for Plaintiffs apparently was not, as Plaintiff sent the Court an email advising of his unavailability on November 6, 2019.

1

3. Shortly thereafter, the Court reset the November 6, 2019 hearing for October 24, 2019 at 9:00 a.m. [ECF 38].

4. Counsel for Defendants is unavailable on October 24, 2019 due to an immovable scheduling conflict. Specifically, undersigned counsel is required to attend a pretrial summary judgment motion hearing in Dallas, Texas on October 24, 2019 in a matter captioned *CIVF-TX1B01 & B02, M02-M05, W04, W07-10, L.P. v. Waste Management, Inc. and WM Recycle America, LLC*, District Court of Tarrant County, Texas, 153rd Civil District Court, Cause No. 153-297066-17. A one-day trial to Court is scheduled to commence in that case on October 28, 2019.

5. In light of this conflict, undersigned counsel contacted counsel for the other parties and proposed the following dates for the hearing on outstanding motions, assuming, of course, the availability of the Court: October 21, 2019, October 22, 2019, or October 23, 2019. All parties are available on these dates.

6. CRC respectfully requests that the Court reset the hearing on outstanding motions to one of these three dates. If these dates are not available to the Court, CRC proposes that all counsel jointly call the Court clerk to determine alternative dates that are available to the Court and parties. If the hearing is reset, there is no need for any further change to the briefing schedule in today's Minute Order [ECF 38].

7. This request is not designed to delay the proceedings and no party will be prejudiced if the Court resets the hearing as requested.

WHEREFORE, Defendant CRC respectfully requests a resetting of the hearing on outstanding motions, such that the October 24, 2019 hearing date is vacated in favor of the other dates provided by counsel above, or an alternative date.

DATED: October 9, 2019.

/s/ James D. Kilroy
James D. Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email:  jkilroy@swlaw.com
Email:  skanan@swlaw.com

***Counsel for Defendants Colorado Regional Center Project Solaris, LLLP and Colorado Regional Center I, LLC***

**CERTIFICATE OF SERVICE**

This is to certify that on October 8, 2019, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Harold A. Haddon
Ty Gee
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

/s/ Erika Conner
for Snell & Wilmer L.L.P.

4821-5886-8905.1