# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Zhongzao Shi,
Fang Sheng, Shunli Shao, Kaiyuan Wu,
Zhijian Wu, Zhongwei Li, and Yuwei Dong,
        Plaintiffs,

        v.        Hon. Magistrate Scott Varholak

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC, and
Peter Knobel,
        Defendants.

## Plaintiffs' Motion to file First Amended Complaint

Plaintiffs hereby move this Court for leave to file the Attached Amended Complaint. The principal changes are the addition of 7 new plaintiffs, the withdrawal of 1 plaintiff, the addition of related defendants that should not require additional legal counsel, and some modifications to clarify that two last two counts are brought in a derivative capacity. Pursuant Local Civil Rule 15.1(b), a blackline is attached. Leave to file an amended complaint is within the discretion of the Court but should be liberally granted under F.R.C.P. 15. Plaintiffs' counsel has informed Defendants' counsels that an amended complaint would be forthcoming, and Plaintiffs will extend their response time to answer or otherwise plead until December 12, 2019.

WHEREFORE, Plaintiffs move for the acceptance of this Amended Complaint.

Dated: October 13, 2019

                Respectfully Submitted,

                /s/ Douglas Litowitz
                413 Locust Place
                Deerfield, IL 60015
                312-622-2848
                Litowitz@gmail.com

## Certificate of Service

I have this day filed the foregoing document and exhibits by filing the same with the ECF system.

                /s/ Douglas Litowitz