# Snell & Wilmer
### —— L.L.P ——
**LAW OFFICES**

DENVER

LAS VEGAS

LOS ANGELES

LOS CABOS

ORANGE COUNTY

PHOENIX

RENO

SALT LAKE CITY

TUCSON

1200 Seventeenth Street
Suite 1900
Tabor Center
Denver, CO  80202
303.634.2000
303.634.2020 (Fax)
www.swlaw.com

**James D. Kilroy**
(303) 634-2005
jkilroy@swlaw.com

September 4, 2019

VIA EMAIL AND FEDERAL EXPRESS
Litowitz@gmail.com

Douglas Litowitz
413 Locust Place
Deerfield, IL 60015

     Re:    2019cv02443

Dear Mr. Litowitz:

    As I indicated to you previously, I represent Colorado Regional Center Project Solaris LLLP and Colorado Regional Center I, LLC.  I have had an opportunity to review the complaint you filed on August 28, 2019 against my clients and Solaris Property Owner LLC and Peter Knobel.  A process server yesterday purported to serve me with the summons and complaint.  I am not the registered agent of my clients.  If you wish me to accept service on behalf of my clients, please send a form waiver and I will seek authority from my clients to waive service.

    In your complaint, you indicate an intent to file a lis pendens against the secured real property. The filing of a lis pendens would be a mistake for at least two reasons.

    First, my clients are currently under a letter of intent with a third party for a bulk sale of 17 units. In your complaint, you are critical of my clients for failing to sell the units. This is exactly what they are trying to do – and they have a specific and immediate opportunity to do so. Any assertion of a lis pendens will necessarily interfere with that anticipated sale, resulting in damage to the investors (including your clients) and a claim against your clients for tortious interference.

    Second there is no factual or legal basis for the filing of a lis pendens. Your clients have not, and cannot, assert any claim of ownership of the real property, and your complaint confirms that your clients are seeking as remedies damages and rescission. Your complaint does not entitle you to file a lis pendens.  As you are aware, there are additional and significant penalties for filing a groundless lis pendens, and my clients will certainly pursue all remedies along these lines if they need to do so.

Snell & Wilmer is a member of LEX MUNDI, The Leading Association of Independent Law Firms.

4831-5747-3443.1

**EXHIBIT C**

Snell & Wilmer
———— L.L.P. ————

Douglas Litowitz
September 4, 2019
Page 2


      Please acknowledge, by return email, and no later than close of business September 6, 2019, that you and your clients do not intend to file or record a lis pendens.  Your failure to do so will require us to so advise the buyer, thus jeopardizing the sale intended to benefit your clients. I look forward to your response.


            Very truly yours,

            Snell & Wilmer L.L.P.

            James D. Kilroy

JDK/ak

**EXHIBIT C**