**From:** Rob Glucksman
**Sent:** Wednesday, September 18, 2019 2:45 PM
**To:** 'garfl@sina.com' <garfl@sina.com>; Rick Hayes <rhayes@wavelandventures.com>; Johan Segerdahl <jcs@seger-co.com>; Meagan Hayes <mhayes@wavelandventures.com>; Jennifer Richmond <jrichmond@coloradoregionalcenter.com>
**Subject:** RE: 回复 : CRCPS Letter to Limited Partners re: Pending Litigation

Thank you, Li. We appreciate your feedback.

Best,
Rob

Rob Glucksman
Authorized Representative
Colorado Regional Center
Mobile: 303.888.9052
rglucksman@coloradoregionalcenter.com



IRS CIRCULAR 230 DISCLOSURE: To comply with U.S. Treasury regulations, we advise you that any U.S. federal tax advice included in this communication is not intended or written to be used, and can not be used, to avoid any U.S. federal tax penalties or to promote, market, or recommend to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer.

**From:** garfl@sina.com <garfl@sina.com>
**Sent:** Tuesday, September 17, 2019 8:05 AM
**To:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>; Rick Hayes <rhayes@wavelandventures.com>; Johan Segerdahl <jcs@seger-co.com>; Meagan Hayes <mhayes@wavelandventures.com>; Jennifer Richmond <jrichmond@coloradoregionalcenter.com>
**Subject:** 回复：CRCPS Letter to Limited Partners re: Pending Litigation

Hi Rob,

1

**EXHIBIT D**

Although I very much hope to recover the funds as soon as possible, this is why I participated in the lawsuit. However, as a friend of Mr. Xing, I hope and believe to find a better solution to solve the problem。

**I have officially notified my lawyer that I quit the lawsuit and revoked my power of Attorney**。

I sincerely hope that you can take practical measures as soon as possible to help investors reduce losses

Best,

Li Fang

尽管我非常希望尽快收回资金,这也是我参加诉讼的原因。但,作为邢先生的朋友,我希望能找到更好的解决问题 方法。

我已经正式通知我的律师,我退出诉讼并撤销我对他的诉讼委托。

我真心希望你们尽快采取可行办法,帮助投资人减少损失。

----- 原始邮件 -----
发件人:Rob Glucksman <rglucksman@coloradoregionalcenter.com>
收件人:Rick Hayes <rhayes@wavelandventures.com>, Johan Segerdahl <jcs@seger-co.com>, Meagan Hayes <mhayes@wavelandventures.com>, Jennifer Richmond <jrichmond@coloradoregionalcenter.com>
抄送人:Rob Glucksman <rglucksman@coloradoregionalcenter.com>
主题:CRCPS Letter to Limited Partners re: Pending Litigation
日期:2019年09月17日 12点24分

Dear CRCPS Limited Partner,

2

**EXHIBIT D**

Attached please find a letter addressing the commencement of a litigation proceeding against the Partnership along with other pertinent information.

Please let us know if you have any questions.

Best,

Rob

Rob Glucksman

Authorized Representative

Colorado Regional Center

Mobile: 303.888.9052

rglucksman@coloradoregionalcenter.com



IRS CIRCULAR 230 DISCLOSURE: To comply with U.S. Treasury regulations, we advise you that any U.S. federal tax advice included in this communication is not intended or written to be used, and can not be used, to avoid any U.S. federal tax penalties or to promote, market, or recommend to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer.

3

**EXHIBIT D**