IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Zhongzao Shi,
Fang Sheng, Shunli Shao, Kaiyuan Wu,
Zhijian Wu, Zhongwei Li, and Yuwei Dong,
    Plaintiffs,

v.            Hon. Magistrate Scott Varholak

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC, and
Peter Knobel,
    Defendants.

## Declaration of Yi Wen Chen re Li Fang

Now comes Yi Wen Chen, of Deerfield, Illinois, and states as follows:

1. I am an assistant to attorney Douglas Litowitz who represents the Plaintiffs in this action.

2. I am a native Mandarin speaker.

3. I run a WeChat group in Chinese for the Plaintiffs and any other limited partners who are interested in the action.

4. There are 25 members of the WeChat group.

5. Attached are true and correct copies of WeChat logs concerning Li Fang, a former client.

6. The logs are in Chinese.

7. The letter from Colorado Regional Center hit the investors around 9:30pm Pacific Time, as it was forward to us from clients.

8. Conversations in the WeChat group began about the letter at 9:40pm.

9. I participated in those conversations and Mr. Fang could see everything being discussed.

10. At the same night at 11:59pm, Mr. Fang was part of a smaller group including 4 people.

11. It is not uncommon for members of a big group on WeChat to splinter into smaller groups to discuss particular topics.

12. One member of this smaller group gave us the logs of that group, which are also attached - Mr. Feng's avatar is a laughing cat.

13. The logs show a series of attempts by Mr. Feng to call other people in the small group but they were busy in the large group.

14. Finally he was able to make telephone contact with one or more persons in the small group (WeChat cannot tell us how many were on that call).

15. The phone call ended around September 17 at 12:45am.

16. At 5:52am, Mr. Fang informed me personally (private message) that he was withdrawing.

17. At 5:57am, he informed another investor (nickname Jim) that he was withdrawing.

18. The attached logs show these dates and times.

Yiwen Chen
Assistant for Attorney Litowitz

Dated: October 16, 2019
Deerfield, IL 60015

‹ WeChat (1)  科罗拉... (25)  •••

Sep 16, 2019 11:31 PM



董钰伟

刚刚收到开发商的邮件，大家看看有没有收到，我已经转发给律师了



LUCY

没收到 大致什么意思

Sep 16, 2019 11:36 PM



William Cheng

@Hz-Alina 能否起诉中介欺诈误导我们，这样也能让他们离我们远一点。



kk

我也刚收到了项目方的邮件，他们又准备搞什么名堂




10:08

&lt; 18156   Robin_4000科罗拉多   ...

Sep 16, 2019 10:47 PM

  Line busy. Call not received.

  Line busy. Call not received.

  我只想小范围私下和你沟通

  不要干扰大家

Sep 16, 2019 11:01 PM

  Line busy. Call not received.

Sep 16, 2019 11:14 PM

 Canceled 

Sep 16, 2019 11:59 PM

  Duration: 44:13

Sep 17, 2019 5:57 AM





9:29

 18148    Robin_4000科罗拉多

Sep 16, 2019 11:59 PM

 Duration: 44:13

Sep 17, 2019 5:57 AM



 Jim你好，我决定退出诉讼团队，请见谅。在办理完手续后，我会主动退出相关微信群。

 正像我和Vicki说的，我会遵守承诺，不会向任何人提供相关诉讼的建议，也尽力避免对他人形成不良影响。对于前期你及群里群里其他人的工作与努力，我深表谢意。望见谅！