IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443-STV

JUN LI et al.,

    Plaintiffs,

v.

COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP et al.,

    Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Scott T. Varholak

    The Court previously set an Evidentiary Hearing on Plaintiffs' Motion for Preliminary Injunction for **October 22, 2019 at 9:00 AM** [#40].

    The parties shall meet and confer to prepare a joint exhibit list and joint witness list for the Evidentiary Hearing. The exhibit list shall include: a sequential exhibit number, a brief description or title of the document, the party offering the exhibit, and, to the extent there is any objection, a brief statement of the basis for the objection. The witness list shall include: the name of the proposed witness, a brief statement regarding the topic(s) on which the witness will testify, the party offering the witness, the estimated length of the witness's testimony, and, to the extent there is any objection, a brief statement of the basis for the objection.

    The parties shall file the joint exhibit list and joint witness list with the Court by **12:00 p.m. on October 21, 2019**.

    **SO ORDERED**.

DATED: October 17, 2019                            BY THE COURT:

                                                  s/Scott T. Varholak_____
                                                  United States Magistrate Judge