# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Zhongzao Shi,
Fang Sheng, Shunli Shao, Kaiyuan Wu,
Zhijian Wu, Zhongwei Li, and Yuwei Dong,
    Plaintiffs,

    v.        Hon. Magistrate Scott Varholak

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC, and
Peter Knobel,
    Defendants.

## Certificate of Conferral

Plaintiff's counsel conferred with Defendants' counsels (James Kilroy and Ty Gee) and they agreed to allow an amended complaint if filed by October 15th.

Plaintiffs moved to submit a First Amended Complaint on October 13th (Dkt#43).

Judge Varholak filed a Minute Order (Dkt #44) asking Plaintiffs' counsel to file a certificate of conferral pursuant to Local Rule 7.1(a).

Plaintiffs' counsel states that there has been compliance with Local Rule 7.1(a).

        /s/ Douglas Litowitz
        Counsel for Plaintiffs

October 17, 2019