IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Zhongzao Shi,
Fang Sheng, Shunli Shao, Kaiyuan Wu,
Zhijian Wu, Zhongwei Li, and Yuwei Dong,
                Plaintiffs,

        v.                              Hon. Magistrate Scott Varholak

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC, and
Peter Knobel,
                  Defendants.

## Revised Declaration of Yi Wen Chen re Limited Partner Li Fang

Now comes Yi Wen Chen, of Deerfield, Illinois, and states as follows:

1. I am an assistant to attorney Douglas Litowitz who represents the Plaintiffs in this action.

2. I am a native Mandarin speaker.

3. I run a WeChat group in Chinese for the Plaintiffs and any other limited partners who are interested in the action.

4. There are 25 members of the WeChat group.

5. Attached are true and correct copies of WeChat logs concerning Li Fang, a former client.

6. The logs are in Chinese. For uniformity all times below are Pacific Standard Time where Mr. Fang lives (in California).

7. The letter from Colorado Regional Center hit the investors WeChat group around 9:30 p.m.

8. Conversations in the WeChat group about the letter began at 9:40 p.m.

9. I participated in those conversations and Mr. Fang could see everything being discussed.

10. Mr. Fang tried to call people in the WeChat discussion forum at 10:47 p.m. He attempted three (3) times but everyone was busy in the big group and did not answer.

11. Mr. Fang then called me at 11:12 p.m. and spoke with me for 9 minutes and 55 seconds. He expressed concern about the odds or losing his Green Card (the probability of his Green Card being taken away). After speaking to attorney Litowitz, I informed him that there was no practical risk since the District Court did not have the power to revoke a Green Card. Only the USCIS (Executive Brach) could do so, and only on a showing of crime or fraud. However if the Regional Center meant that they would go to the USICS and say that the entire deal was fraudulent or criminal, then it might lead to charges of fraud or criminal activity for all investors and including the regional center itself. I told him we could not rule that out. He pressed for a number and I told him it was maybe 0-3% chance. I informed him it was a personal choice to make a claim as a Plaintiff, some people take this risk and others don't.

12. My conversation with Mr. Fang ended at 11:22 p.m.

13. At 11:59 p.m, Mr. Fang established a group call with 3 other limited partners in the group.

14. One member of this smaller group gave us the logs of that group, which are also attached - Mr. Fang's avatar is a laughing cat.

15. The phone call between Mr. Fang and other investor(s) ended around September 17 at 12:45 a.m.

16. At 5:52am, Mr. Fang informed me personally (private message) that he was withdrawing.

17. At 5:57am, he informed another investor (nickname Jim) that he was withdrawing.

18. The attached logs show these dates and times.

*/s/ Yiwen Chen*

Yiwen Chen
Assistant for Attorney Litowitz

Dated: October 16, 2019
Deerfield, IL 60015

under penalty of perjury

2

.ıl AT&T 🔒　　12:04 AM　　⏱ 26% 🔋

< WeChat (1)　科罗拉... (25)　•••




董钰伟

刚刚收到开发商的邮件，大家看看有没有收到，我已经转发给律师了


LUCY

没收到 大致什么意思


William Cheng

@Hz-Alina 能否起诉中介欺诈误导我们，这样也能让他们离我们远一点。


kk

我也刚收到了项目方的邮件，他们又准备搞什么名堂

  

Gmail - Colorado case                                                                 10/21/19, 12:40 AM



# Colorado case

**Vicki Chen** <vickiichen@hotmail.com>                          Mon, Oct 21, 2019 at 12:37 AM
To: Doug <litowitz@gmail.com>







您好，经过慎重考虑，我决定撤回我对项目方的诉讼，具体程序如何办理，麻烦您指导我完成。其实从一开始我就有诸多疑虑，望见谅。

我不会给其他投资者提供任何不利于案件进展的建议，尽最大努力不给别的投资者造成影响。对于前期你及律师的工作，我深表感谢！您们的专业及敬业精神给了我很深的印象。望以后能有其他合作机会。



 

10:08

< 18156  **Robin_4000科罗拉多**  ...

Sep 16, 2019 10:47 PM

⌢ Line busy. Call not received.

⌢ Line busy. Call not received.

我只想小范围私下和你沟通

不要干扰大家

Sep 16, 2019 11:01 PM

⌢ Line busy. Call not received.

Sep 16, 2019 11:14 PM

 Canceled ⌢

Sep 16, 2019 11:59 PM

⌢ Duration: 44:13

Sep 17, 2019 5:57 AM

9:29 

 Robin_4000科罗拉多 ...



Sep 16, 2019 11:59 PM

 ⌒ Duration: 44:13

Sep 17, 2019 5:57 AM



 Jim你好，我决定退出诉讼团队，请见谅。在办理完手续后，我会主动退出相关微信群。

 正像我和Vicki说的，我会遵守承诺，不会向任何人提供相关诉讼的建议，也尽力避免对他人形成不良影响。对于前期你及群里群里其他人的工作与努力，我深表谢意。望见谅！

