IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02443-STV

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu, Zhijian Wu, Zhongwei Li, Sa Wu, Fan Zhang, Lin Qiao, Jinge Hu, Rujun Liu, Ying Xu, Lu Li, and Yuwei Dong, individually, as well as Derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I LLC, and
Peter Knobel,

    Defendants.

## DEFENDANTS COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP, COLORADO REGIONAL CENTER, LLC AND COLORADO REGIONAL CENTER I, LLC'S MOTION FOR PROTECTIVE ORDER

Defendants Colorado Regional Center Project Solaris LLLP, Colorado Regional Center, LLC and Colorado Regional Center I, LLC (the "CRC Entities"), by and through undersigned counsel, hereby submit this Motion for Protective Order pursuant to Fed. R. Civ. P. 26(c), and state as follows:

D.C.COLO.LCivR 7.1 CERTIFICATION: Pursuant to D.C.COLO.LCivR 7.1(a), the parties conferred regarding the substance of this motion. Plaintiffs oppose the relief requested

1

herein. Defendants Solaris Property Owner LLC, Solaris Property Owner I, LLC and Peter Knobel agree to the entry of the Protective Order in the form attached hereto.

1. On October 8, 2019, Plaintiffs filed a Motion for Preliminary Injunction to Block Bulk Sale of Collateral Units [ECF 32], seeking to preclude the CRC Entities from proceeding with the bulk sale of 17 condominium units as contemplated in a Letter of Intent with a potential purchaser dated June 5, 2019.

2. The CRC Entities intend to use the June 5, 2019 Letter of Intent as an exhibit at the hearing on October 22, 2019, but it contains a confidentiality provision that prevents the CRC Entities from disclosing its contents.

3. In addition to the June 5, 2019 Letter of Intent, other discovery in this matter may result in the disclosure of private, confidential, or proprietary information entitled to protection under Fed. R. Civ. P. 26(c) ("Confidential Information"), which will prejudice the parties should such Confidential Information become publicly accessible.

4. Under Fed. R. Civ. P. 26(c), protective orders may be entered to protect certain information subject to disclosure, such as the Confidential Information at issue here. *See* Fed. R. Civ. P. 26(c) (referring to disclosure or discovery throughout the span of the case). "Upon a showing of good cause and as justice may require 'to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense,' a court may, among other things, enter a protective order providing that discovery . . . 'be had only on specified terms and conditions.'" *Gillard v. Boulder Valley Sch. Dist. Re.-2*, 196 F.R.D. 382, 385 (D. Colo. 2000) (citing Fed. R. Civ. P. 26(c)(1) and (2)).

5. Protective orders "serve the interests of a just, speedy, and less expensive determination of complex disputes by alleviating the need for and delay occasioned by extensive and repeated judicial intervention" and are "essential to the functioning of civil discovery." *Id.* (citations omitted).

6. Consistent with the Court's authority, the CRC Entities seek the entry of the Protective Order in the form attached, to govern the production and disclosure of Confidential Information in this matter. The form Protective Order also includes a mechanism for challenging a party's designation.

7. Entry of such order will facilitate discovery while simultaneously providing the parties with the appropriate and necessary protection required for any Confidential Information subject to disclosure.

WHEREFORE, the CRC Entities respectfully request the Court to enter the attached Protective Order.

DATED: October 21, 2019

*/s/James D. Kilroy*
James D. Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202
Telephone: 303.634.2000
Facsimile: .303.634.2020
Email: jkilroy@swlaw.com
Email: skanan@swlaw.com

***Counsel for Defendants Colorado Regional Center Project Solaris, LLLP, Colorado Regional Center, LLC and Colorado Regional Center I, LLC***

**CERTIFICATE OF SERVICE**

       This is to certify that on October 21, 2019, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Harold A. Haddon
Ty Gee
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

                                    */s/Sandy Braverman*
                                    for Snell & Wilmer L.L.P.

4