**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:19-cv-02443-STV**

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu, Zhijian Wu, Zhongwei Li, Sa Wu, Fan Zhang, Lin Qiao, Jinge Hu, Rujun Liu, Ying Xu, Lu Li, and Yuwei Dong, individually, as well as Derivatively for Colorado Regional Center Project Solaris LLLP,

  Plaintiffs,

v.

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I LLC, and
Peter Knobel,

  Defendants.

**JOINT WITNESS LIST FOR OCTOBER 22, 2019 HEARING ON PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION [ECF 48]**

  Defendants Colorado Regional Center Project Solaris LLLP, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC (collectively, the "CRC Entities"), and Plaintiffs Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu, Zhijian Wu, Zhongwei Li, Sa Wu, Fan Zhang, Lin Qiao, Jinge Hu, Rujun Liu, Ying Xu, Lu Li, and Yuwei Dong (collectively, the "Plaintiffs"), by and through respective undersigned counsel, hereby submit this Joint Witness List [ECF 48]:

1

2

A. **PLAINTIFFS' WITNESS LIST**

    1.    None

B. **CRC ENTITIES' WITNESS LIST**

    1.    Rick Hayes, Colorado Regional Center, LLC, c/o Snell & Wilmer, L.L.P., 1200 17th Street, Suite 1900, Denver, Colorado 80202. Mr. Hayes is a managing member of Colorado Regional Center, LLC, which is an approved EB-5 Regional Center, and Colorado Regional Center I, LLC ("CRC I"), which is the general partner of Colorado Regional Center Project Solaris LLLP ("CRCPS"). Consistent with his affidavit dated October 19, 2019 [ECF 51-1], Mr. Hayes will testify on the facts and circumstances surrounding the EB-5 Program at issue, the formation CRCPS, the nature of Plaintiffs' investment, the loan agreement between CRCPS and Solaris Property, LLC and its successor, Solaris Property I, LLC, the status of the real property at issue, CRC I's efforts to find an exit strategy for the limited partners, including efforts to liquidate CRCPS' assets, the June 5, 2019 Letter of Intent ("LOI"), and the impact this litigation and the Notice of Lis Pendens [ECF 16] has had on the transaction contemplated in the LOI. To the extent necessary, Mr. Hayes may also testify on any topics raised by Plaintiffs. The CRC Entities estimate that Mr. Hayes will testify for approximately 2 hours.

DATED: October 21, 2019.

| | |
|---|---|
| */s/James D. Kilroy* | */s/Douglas Litowitz* |
| James D. Kilroy | Douglas Litowitz |
| Stephanie A. Kanan | 413 Locust Place |
| SNELL & WILMER L.L.P. | Deerfield, Illinois 60015 |
| 1200 Seventeenth Street, Suite 1900 | Telephone: 312.622.2848 |
| Denver, Colorado 80202 | Email: Litowitz@gmail.com |
| Telephone: 303.634.2000 | |
| Facsimile: .303.634.2020 | *Counsel for Plaintiffs* |
| Email: jkilroy@swlaw.com | |
| Email: skanan@swlaw.com | |

*Counsel for Defendants Colorado Regional Center Project Solaris, LLLP, Colorado Regional Center, LLC and Colorado Regional Center I, LLC*

**CERTIFICATE OF SERVICE**

This is to certify that on October 21, 2019, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Harold A. Haddon
Ty Gee
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

/s/ Sandy Braverman
for Snell & Wilmer L.L.P.

4

4826-1846-5450.1