**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:19-cv-02443-STV**

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Zhongzao
Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu, Zhijian
Wu, Zhongwei Li, Sa Wu, Fan Zhang, Lin Qiao, Jinge
Hu, Rujun Liu, Ying Xu, Lu Li, and Yuwei Dong,
individually, as well as Derivatively for Colorado
Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I LLC, and
Peter Knobel,

    Defendants.

**JOINT EXHIBIT LIST FOR OCTOBER 22, 2019 HEARING ON PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION [ECF 48]**

    Defendants Colorado Regional Center Project Solaris LLLP, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC (collectively, the "CRC Entities"), and Plaintiffs Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu, Zhijian Wu, Zhongwei Li, Sa Wu, Fan Zhang, Lin Qiao, Jinge Hu, Rujun Liu, Ying Xu, Lu Li, and Yuwei Dong (collectively, the "Plaintiffs"), by and through respective undersigned counsel, hereby submit this Joint Exhibit List [ECF 48]:

1

**Joint Exhibit List**
**Preliminary Injunction Hearing**
*Li et al. v. Waveland Ventures, LLC et al.*; **19-cv-02443-STV**

| EX. NO. | PARTY | DESCRIPTION | STIP | OBJ | OFFER | RECVD |
|---|---|---|---|---|---|---|
| 1. | CRC Entities/ Plaintiffs | Private Placement Memorandum | | | | |
| 2. | CRC Entities | CRCPS Partnership Agreement | | | | |
| 3. | CRC Entities | English Proficiency Certifications | | | | |
| 4. | CRC Entities/ Plaintiffs | Loan Agreement | | | | |
| 5. | CRC Entities | Memorandum of Understanding | | | | |
| 6. | CRC Entities | Yield Enhancement Agreement | | | | |
| 7. | CRC Entities/ Plaintiffs | Collateral Unit Agreement | | | | |
| 8. | CRC Entities | June 5, 2019 Letter of Intent (Subject to Protective Order) | | | | |
| 9. | CRC Entities | July 1, 2019 Demand Letter | | | | |
| 10. | CRC Entities | Deeds of Trust | | | | |
| 11. | CRC Entities/ Plaintiffs | Exit Memos and Notices to Investors | | | | |
| 12. | CRC Entities | Appraisal - Bulk | | | | |
| 13. | CRC Entities | Appraisal - Individual | | | | |
| 14. | CRC Entities | Withdrawn "Puts" From Limited Partners | | | | |
| 15. | CRC Entities | CRCPS Flyer | | | | |

**Joint Exhibit List**
**Preliminary Injunction Hearing**
*Li et al. v. Waveland Ventures, LLC et al.*; **19-cv-02443-STV**

| EX. NO. | PARTY | DESCRIPTION | STIP | OBJ | OFFER | RECVD |
|---|---|---|---|---|---|---|
| 16. | CRC Entities | MLS Solaris Listing | | | | |
| 17. | | | | | | |
| 18. | | | | | | |
| 19. | | | | | | |
| 20. | | | | | | |

3

DATED: October 21, 2019.

| | |
|---|---|
| */s/James D. Kilroy* | */s/ Douglas Litowitz* |
| James D. Kilroy | Douglas Litowitz |
| Stephanie A. Kanan | 413 Locust Place |
| SNELL & WILMER L.L.P. | Deerfield, Illinois 60015 |
| 1200 Seventeenth Street, Suite 1900 | Telephone: 312.622.2848 |
| Denver, Colorado 80202 | Email: Litowitz@gmail.com |
| Telephone: 303.634.2000 | |
| Facsimile: .303.634.2020 | ***Counsel for Plaintiffs*** |
| Email: jkilroy@swlaw.com | |
| Email: skanan@swlaw.com | |

***Counsel for Defendants Colorado Regional Center Project Solaris, LLLP, Colorado Regional Center, LLC and Colorado Regional Center I, LLC***

4

## CERTIFICATE OF SERVICE

This is to certify that on October 21, 2019, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Harold A. Haddon
Ty Gee
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

/s/ Sandy Braverman
for Snell & Wilmer L.L.P.