## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Zhongzao Shi,
Fang Sheng, Shunli Shao, Kaiyuan Wu,
Zhijian Wu, Zhongwei Li, and Yuwei Dong,
        Plaintiffs,

      v.                        Hon. Magistrate Scott Varholak

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC, and
Peter Knobel,
        Defendants.

## Plaintiffs' Motion Against Protective Order

There is no justification for a protective order in this case. There are no sexual assault victims, no minors, no trade secrets (let's recall that the Defendants *lost* money). Defendants don't offer a convincing argument that the release of any document will be sufficiently harmful if revealed, nor if so, how they will be injured and to what extent. If Defendants wish to have a particular document protected, they can confer with opposing counsel and the Court, but there should be no presumption in favor of a protective order.

The Letter of Intent - as a matter of fiduciary duty - *should* be disclosed to all limited partners along with a breakdown of who gets what - *gross* and *net*. Further, a sale at less than 70% of fair market value *must* be approved by the limited partners (see PPM at page 12), and that would require distribution to 150 or so limited partners, effectively making it public. Also, the *Vail Daily*

and *Business Denver* have written about this case, and the public's right to know outweighs any penchant for secrecy.

Further, the Defendants insist that they are dutifully acting in the best interests of the limited partners. If so, they should want the public to see their efforts toward this goal.

Rule 26(c) requires a showing of "good cause" and an explanation of annoyance, embarrassment, undue hardship, or expense. There is nothing like that in Defendants' motion. Just saying it doesn't make it real. And just because courts commonly allow protective orders doesn't mean that they should.

Plaintiffs ask this Court to deny the request for a protective order.

/s/ Douglas Litowitz
Counsel for Plaintiffs

October 21, 2019

**Certificate of Service:**

I filed the foregoing on the ECF system on October 21, 2019.

/s/ Douglas Litowitz

2