IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:19-cv-02443-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: October 22, 2019 | Courtroom Deputy:  Monique Ortiz |

*Parties:*                                                      *Counsel:*


JUN LI,                                                        Douglas Litowitz
QI QIN,
YI LIU,
JIE YANG,
YUQUAN NI,
LI FANG,
ZHONGZAO SHI,
FANG SHENG,
SHUNLI SHAO,
KAIYUAN WU,
ZHIJIAN WU,
ZHINGWEI LI,
YUWEI DONG,
LIN QIAO,
JINGE HU,
RUJUN LIU,
FAN ZHANF,
LU LI,
SA WU,
YING XU,

      Plaintiff,

 v.


COLORADO   REGIONAL   CENTER            James Kilroy
PROJECT SOLARIS, LLLP,                          Stephanie Kanan
COLORADO   REGIONAL   CENTER   I,
LLC,
SOLARIS PROPERTY OWNER LLC,               Ty Gee
PETER KNOBEL,
WAVELAND VENTURES LLC,
SOLARIS PROPERTY OWNER I LLC

Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**MOTION/EVIDENTIARY HEARING**
**Court in session:   9:22 a.m.**
Court calls case.  Appearance of counsel.

This matter is before the Court on Plaintiff's Emergency Motion to Show Cause to Hold James Kilroy and Colorado Regional Center I LLC and Colorado Regional Center Project Solaris LLLP in Contempt [Doc No. 14, filed 9/17/19],  Petition for Order to Show Cause Pursuant to C.R.S. § 38-35-204 by Colorado Regional Center Project Solaris, LLLP ("CRCPS") and non-party Solaris Property Owner I, LLC ("SPO I") [Doc. No. 20 filed 9/24/2019],  Plaintiffs' Motion for Preliminary Injunction to Block Bulk Sale of Collateral Units [Doc. No. 32, filed 10/8/2019],  and Defendants Colorado Regional Center Project Solaris LLLP, Colorado Regional Center, LLC and Colorado Regional Center I, LLC's Motion for Protective Order [Doc. No. 54, filed 10/21/2019].

Witness Rick Hayes called and sworn.

9:31 a.m.      Direct examination of Rick Hayes by James Kilroy.

Mr. Kilroy moves to admit Exhibits 1, 2, 3, 4, 5, 6, 8, 10, 11, 12, 13 and 14.

**Exhibit 8 is ADMITTED and is Restricted - Level 1**

**Exhibits 1, 2, 3, 4, 5, 6, 10, 11, 12, 13 and 14 are ADMITTED and will be CONVENTIONALLY FILED with the Clerk's Office.**

**10:41 - 10:49 a.m. (This portion of the proceedings are RESTRICTED - LEVEL 1)**

10:49 a.m.      Court in recess.
10:57 a.m.      Court in session.

10:57 a.m.      Cross-examination of Rick Hayes by Douglas Litowitz.

11:29 a.m.      Re-direct examination of Rick Hayes by Mr. Kilroy

11:30 a.m.      Mr. Gee has one question for Rick Hayes.

11:30 a.m.      Re-cross examination of Rich Hayes by Douglas Litowitz.

For the reasons as stated on the record it is:

**ORDERED:**        Defendants Colorado Regional Center Project Solaris LLLP, Colorado Regional Center, LLC and Colorado Regional Center I, LLC's Motion for Protective Order [Doc. No. 54] is **GRANTED**.

Plaintiff's Emergency Motion to Show Cause to Hold James Kilroy and Colorado Regional Center I LLC and Colorado Regional Center Project Solaris LLLP in Contempt [Doc No. 14] is **DENIED** with the admonishment by the court regarding the use of certain language.

Plaintiffs' Motion for Preliminary Injunction to Block Bulk Sale of Collateral Units [Doc. No. 32] is **DENIED**.

Petition for Order to Show Cause Pursuant to C.R.S. § 38-35-204 by Colorado Regional Center Project Solaris, LLLP ("CRCPS") and non-party Solaris Property Owner I, LLC ("SPO I") [Doc. No. 20] is **GRANTED** and order that the Notice of Lis Pendens be STRICKEN.

A Scheduling Conference is set for **December 19, 2019 at 2:00 p.m.** in courtroom A402.

HEARING CONCLUDED.
**Court in  recess:**   **12:08 p.m.**
Time In Court:      2:38

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Court Reporting & Video, Inc. at (303)629-8534.