**Joint Exhibit List**
**Preliminary Injunction Hearing**
*Li et al. v. Waveland Ventures, LLC et al.*; 19-cv-02443-STV

| EX. NO. | PARTY | DESCRIPTION | STIP | OBJ | OFFER | RECVD |
|---|---|---|---|---|---|---|
| 1. | CRC Entities/ Plaintiffs | Private Placement Memorandum | | | | ✓ |
| 2. | CRC Entities | CRCPS Partnership Agreement | | | | ✓ |
| 3. | CRC Entities | English Proficiency Certifications | | | | ✓ |
| 4. | CRC Entities/ Plaintiffs | Loan Agreement | | | | ✓ |
| 5. | CRC Entities | Memorandum of Understanding | | | | ✓ |
| 6. | CRC Entities | Yield Enhancement Agreement | | | | ✓ |
| 7. | CRC Entities/ Plaintiffs | Collateral Unit Agreement | | | | ✓ |
| 8. | CRC Entities | June 5, 2019 Letter of Intent (Subject to Protective Order) | | | | ✓ Restricted Level 1 |
| 9. | CRC Entities | July 1, 2019 Demand Letter | | | | ✓ |
| 10. | CRC Entities | Deeds of Trust | | | | ✓ |
| 11. | CRC Entities/ Plaintiffs | Exit Memos and Notices to Investors | | | | ✓ |
| 12. | CRC Entities | Appraisal - Bulk | | | | ✓ |
| 13. | CRC Entities | Appraisal - Individual | | | | ✓ |
| 14. | CRC Entities | Withdrawn "Puts" From Limited Partners | | | | ✓ |
| 15. | CRC Entities | CRCPS Flyer | | | | |

**Joint Exhibit List**
**Preliminary Injunction Hearing**
*Li et al. v. Waveland Ventures, LLC et al.; 19-cv-02443-STV*

| EX. NO. | PARTY | DESCRIPTION | STIP | OBJ | OFFER | RECVD |
|---|---|---|---|---|---|---|
| 16. | CRC Entities | MLS Solaris Listing | | | | |
| 17. | | | | | | |
| 18. | | | | | | |
| 19. | | | | | | |
| 20. | | | | | | |