## MEMORANDUM OF UNDERSTANDING

This Memorandum of Understanding ("**MOU**") is entered into as of April 1, 2011, by and between Colorado Regional Center, LLC ("**CRC**") and Solaris Property Owner, LLC ("**Solaris**"). Initially capitalized terms used, but not otherwise defined below shall have the meanings set forth in the Loan Documents.

### RECITALS

A. CRC and Solaris are parties to that certain Loan Agreement dated effective as of November 5, 2010.

B. The Loan Agreement sets forth the parties respective rights and obligations with respect to the Loan, Units, Interest and certain other matters more particularly described in the Loan Documents (as hereinafter defined).

C. The parties now desire to set forth their mutual understanding concerning certain matters related to the Loan Documents and to modify certain provisions of the Loan Documents as more particularly described below.

Therefore, the parties agree as follows:

### AGREEMENT

1. <u>Conflict</u>. In the event of any conflict or inconsistency between this MOU and the provisions of the Loan Documents and /or PPM (as hereinafter defined), this MOU shall supersede and control in point of conflict or inconsistency. Except as expressly modified by this MOU, the terms, conditions and provisions of the Loan Documents shall remain in full force and effect with their original intended meanings.

2. <u>Certain Defined Terms</u>. For purposes of this MOU, the following terms shall have the meanings set forth below.

a. "**Aggregate Condominium Pool Value**" means the aggregate Value (as hereinafter defined) of all Units in the Condominium Pool from time to time.

b. "**Aggregate Escrow Value**" means the aggregate value of all Escrowed Investments from time to time.

c. "**Aggregate General Value**" means the aggregate Value of all General Units selected as Collateral Units from time to time.

d. "**Aggregate Interest**" means the sum of the Interest due pursuant to the Note and any Consultant Interest (as defined below).

e. "**Aggregate North Value**" means the aggregate Value of all North Units selected as Collateral Units from time to time.

CRC 000270

f.     **"Condominium Pool"** means the Condominium Pool defined in the Loan Agreement, the current version of which is attached hereto as <u>Exhibit A</u> and incorporated herein by this reference.

g.     **"Carrying Costs"** means HOA dues and real estate taxes incurred and/or reserved by Solaris in connection with the Collateral Units.

h.     **"Consultant Interest"** means any interest advanced to CRC for the purpose of incentivizing licensed immigrations and others to procure investments in Colorado Regional Center Project Solaris, LLLP.

i.     **"Cost of Furnishings"** means Fifty and No/100 United States Dollars ($50.00) per square foot multiplied by the total square footage of the Collateral Units from time to time.

j.     **"Escrowed Investments"** means, from time to time, all unreleased investments in Colorado Regional Center Project Solaris, LLLP, placed in escrow in connection with an I-526, Immigrant Petition by Alien Entrepreneur, properly prepared by immigration counsel and filed with the USCIS.

k.     **"General Collateral Units"** means Collateral Units other the North Collateral Units.

l.     **"General Units"** means Units other than North Units.

m.     **"Loan Documents"** means the Loan Documents, as defined in the Loan Agreement, as the same may be amended from time to time, and any other documents related to the transaction described in the Loan Agreement (including, without limitation, any agreements concerning payment of interest to immigration consultants and others securing investors for CRC) whether the same are currently in effect or executed subsequent to the effectiveness hereof.

n.     **"Net Rental Proceeds"** the rental proceeds received in connection with rental of the Collateral Units during a Settlement Period, less any applicable costs and expenses incurred in connection with the same.

o.     **"North Collateral Units"** means North Units selected as Collateral Units.

p.     **"North Units"** means Units that do not have a direct view of Vail Mountain.  North Units specifically exclude any Units that have a partial or limited view of Vail Mountain.

q.     **"PPM"** means the Private Placement Memorandum for Colorado Regional Center Project Solaris, LLLP, as the same may be amended from time to time.

r.     **"Rental Management Agreement"** means any management agreement executed by and between Solaris and a Rental Manager selected by CRC.

s.     **"Settlement Dates"** means the first business days of March, June, September, and December.

t.     **"Settlement Period"** means the period of time elapsed between Settlement Dates.

u.     **"Trigger Amount"** means Fifty Million and 00/100 United States Dollars ($50,000,000.00).

CRC 000271

v.      "**Trigger Date**" means the date 12 months after the first Loan Advance.

w.      "**Value**" means Collateral Unit Value as defined in the Loan Agreement.

3.      Maximum Aggregate Interest.  Notwithstanding anything set forth in the Loan Documents or PPM, in no event shall Solaris be required to pay Aggregate Interest greater than an effective rate of five and one-half percent (5.5%) per annum (hereinafter, the "**Maximum Aggregate Interest**"); *provided, however*, that if Loan Advances totaling in excess of the Trigger Amount are not released to Solaris pursuant to the Loan Documents on or before the Trigger Date, the Maximum Aggregate Interest shall automatically be decreased by fifty basis points (0.005) (the "**Adjustment Points**") from and after the Trigger Date.  Further, , the Adjustment Points shall apply, retroactively, to all such previously released amounts, and the total amount of the Adjustment Points shall be due and payable from CRC to Solaris on the following Settlement Date.  If at any time thereafter, Loan Advances totaling in excess of the Trigger Amount are released to Solaris pursuant to the Loan Documents, interest payments in amount of the Maximum Aggregate Interest payments shall resume from that date forward and the amount of any Adjustment Points previously paid to Solaris shall be due and payable to CRC on the following Settlement Date.

4.      Settling Accounts; Payments; Offsets.  Solaris and CRC shall settle accounts four times per year on the Settlement Dates. At least thirty (30) calendar days prior to each Settlement Date, CRC shall provide Solaris with a written invoice setting forth, in reasonable detail, all amounts claimed due from Solaris for the Settlement Period. Solaris shall pay the invoiced amount (less any Carry Shortfall Offset, the Furniture Offset and/or other applicable offsets and adjustments) on or before the Settlement Date.

5.      Rental Management.  Solaris shall engage a rental manager of CRC's choosing to rent and manage the Collateral Units (the "**Rental Manager**").  If CRC chooses a Rental Manager unaffiliated with Solaris, CRC shall be responsible for payment of all actual costs and expenses incurred in connection with the engagement of such Rental Manager (including, without limitation, any legal fees related to negotiating the Rental Management Agreement); *provided, however*, that Solaris shall incur no such costs and/or expenses without CRC's prior consent.  Subject to Solaris' other rights and obligations hereunder, CRC may direct Solaris to administer the Rental Management Agreement in CRC's discretion and at CRC's sole cost and expense; *provided, however*, that Solaris shall in no event be required to take any action that Solaris determines to be unlawful or in violation of the Rental Management Agreement.

6.      Carrying Costs; Net Rental Proceeds.  If the Net Rental Proceeds exceed the Carrying Costs during any Settlement Period, Solaris shall pay such excess to CRC on the Settlement Date.  If the Carrying Costs exceed the Net Rental Proceeds during any Settlement Period (each, a "**Carry Shortfall**"), CRC shall pay such Carry Shortfall to Solaris on the Settlement Date. Alternatively, Solaris shall have the option to offset any Carry Shortfall against any Settlement Invoice (the "**Carry Shortfall Offset**").

7.      Furniture Offset. In addition to the foregoing, each Settlement Invoice shall reflect an automatic reduction equal to the product of the Maximum Aggregate Interest and the Cost of Furnishings (the "**Furniture Offset**").

8.      Condominium Unit Selection. The Condominium Pool shall consist of all Units available for sale, at Solaris, from time to time; *provided, however*, that CRC must select Collateral Units in accordance with the following rules and procedures (the "**Unit Selection Process**"):

a.      **Collateral Units**.  Subject to the other provisions of the Unit Selection Process, CRC may select General Collateral Units equal in Value to the Value of all North Collateral Units.

3

CRC 000272

b.  **Collateral Unit Ratio**. Notwithstanding the foregoing, except as expressly set forth in subsection 8.d of this MOU, the Aggregate General Value shall in no event exceed the Aggregate North Value at anytime (the "**Collateral Unit Ratio**").

c.  **Condominium Pool; Sale; Lease; Encumbrance.** Solaris may sell or lease to unrelated third parties any Unit in the Condominium Pool prior to such Unit's designation as a Collateral Unit. Solaris shall give notice in writing to CRC within ten business days of any such sale or lease. While the composition of the Condominium Pool may consequently change from time to time, the Value(s) of the remaining Units (set forth in Exhibit A to this MOU) shall remain unchanged. Notwithstanding the foregoing, at no time shall the Aggregate Escrow Value exceed the Aggregate Condominium Pool Value.

d.  **Inapplicability; Collateral Unit Ratio.** The Collateral Unit Ratio shall not apply in connection with any Loan Advance(s) if, with respect to such Loan Advance(s), the composition of the Condominium Pool (as the same may be diminished pursuant to subsection 8.c above) actually precludes CRC from selecting Collateral Units in satisfaction of the Collateral Unit Ratio.

9.  Fractional Shares. CRC will have the right to create one-fifth (1/5) fractional shares of the Collateral Units conveyed to CRC by Solaris in repayment of any Loan Advance(s) or otherwise acquired by CRC pursuant to the Loan Documents. Solaris shall take all reasonable steps (including, without limitation, modification of applicable condominium documents), as necessary to accomplish the foregoing.

10.  Execution. This MOU may be executed by each of the parties in counterparts with the same effect as if the parties had signed on the same instrument.

11.  Copies or Facsimile Copies of Agreement.  Copies or facsimile copies of this MOU shall be deemed originals.

12.  Multiple Counterparts; Facsimile Signatures.  This MOU may be executed in multiple counterparts, each of which shall be deemed an original for all purposes. Facsimile signatures shall be deemed to be original signatures.

*[Signature Page Follows]*

4

CRC 000273

Executed to be effective as of the date first set forth above:

CRC:

**Colorado Regional Center, LLC,** a Colorado limited liability company

By: _____
        Chester P. Schwartz, Manager

SOLARIS:

**Solaris Property Owner, LLC,** a Delaware limited liability company

By: Solaris Mezz, LLC, a Delaware limited liability
        company

By: _____
        Peter B. Knobel, Manager

5

**Exhibit A**

(to that certain Memorandum of Understanding,
made effective by and between Solaris and CRC
as of May 1, 2011)

**Condominium Pool**

Attached

A-1

CRC 000275

**SOLD**

| UNIT# | FLOOR | BEDROOMS | SQFT | Available | Sold | Price | Price/SF |
|---|---|---|---|---|---|---|---|
| V-4 / Pent 4A south | 4 | 4 BR + den | 3,395 | | 1 | $ 7,500,000 | $ 2,208 |
| V-3A/3A south | 3 | 3 BR | 1,970 | | 1 | $ 3,700,000 | $ 1,878 |
| V3-5/3B south | 3 | 3 BR | 1,699 | | 1 | $ 4,150,000 | $ 2,443 |
| P-4 south | 4 | 4 BR | 2,563 | | 1 | $ 7,400,000 | $ 2,544 |
| B-4/4B west | 4 | 4 BR | 2,643 | | 1 | $ 6,775,000 | $ 2,559 |
| C-4/4C west | 4 | 2 BR + den | 1,770 | | 1 | $ 2,750,000 | $ 1,554 |
| D-3A/3A west | 3 | 3 BR | 2,051 | | 1 | $ 4,825,000 | $ 2,337 |
| F-4/4F west | 4 | 3 BR | 2,534 | | 1 | $ 4,083,750 | $ 1,612 |
| J-4/4J east | 4 | 3 BR | 2,639 | | 1 | $ 6,987,500 | $ 2,518 |
| k-3-35 east | 3 | Studio + den | 909 | | 1 | $ 1,480,000 | $ 1,628 |
| B-4/4H east | 4 | 4 BR + den | 2,555 | | 1 | $ 6,700,000 | $ 2,622 |
| D-5/5D west | 5 | 4 BR + den | 2,559 | | 1 | $ 7,300,000 | $ 2,497 |
| M-3/3B east | 3 | 3 BR + den | 2,815 | | 1 | $ 7,585,000 | $ 2,692 |
| N-3/3B east | 3 | 4 BR + den | 4,179 | | 1 | $ 11,425,000 | $ 2,730 |
| Penl 8/Penl 8 east | 5,8 | 4 BR | 2,557 | | 1 | $ 6,975,000 | $ 2,729 |
| B-6/6B west | 6 | 4 BR | 2,960 | | 1 | $ 7,278,000 | $ 2,458 |
| Pnt H/Penl H west | 6 | 3 BR + den | 2,498 | | 1 | $ 6,404,388 | $ 2,566 |
| Penl N/Penl P east | 8,7 | 3 BR + den | 3,778 | | 1 | $ 7,400,000 | $ 1,975 |
| B-8/6B east | 8 | 3 BR | 5,531 | | 1 | $ 14,917,000 | $ 2,691 |
| **Total** | | | **54,839** | | **19** | **$ 132,371,138** | **$ 2,414** |

**RENTED**

| UNIT# | FLOOR | BEDROOMS | SQFT | Available | Sold | Price | Price/SF |
|---|---|---|---|---|---|---|---|
| A-4/4A west | 4 | 4 BR + den | 2,635 | | annual | $ 151,000 | $ 2,268 |
| L-4/4L east | 4 | 4 BR + den | 2,617 | | annual | $ 151,000 | $ 2,307 |
| A-5/5A west | 5 | 4 BR + den | 2,860 | | annual | $ 151,000 | $ 2,329 |
| J-5/5J east | 5 | 4 BR + den | 2,862 | | annual | $ 151,000 | $ 2,325 |
| A-8/6A east | 6 | 4 BR + den | 2,880 | | annual | $ 151,000 | $ 2,356 |
| K-6/6K east | 6 | 4 BR + den | 2,882 | | annual | $ 151,000 | $ 2,354 |
| J-6/6C east | 6 | 3 BR + den | 1,707 | | annual | $ 78,000 | $ 2,029 |
| *A-7/7A East | 7 | 4 BR + den | 2,880 | | short term | N/A | |
| *P-7/7A West | 7 | 4 BR + den | 2,882 | | short term | $ 135,000 | $ 2,485 |
| **Total** | | | **24,204** | | **9** | **$ 1,119,000** | **$ 2,464** |
| | | | | | | **$ 87,225,000** | **$ 2,543** |

| UNITS | | units | Value | $/SQFT |
|---|---|---|---|---|
| Available | | 51 | $ 302,823,000 | $ 2,472 |
| Sold | | 19 | $ 132,371,138 | $ 2,414 |
| Rented | | 9 | $ 57,035,000 | $ 2,548 |
| **Total** | | **79** | **$ 493,119,738** | |

*7A East was furnished too late in the winter to be rented, it should bring in the same rate as 7A West brough in.
NOTE: The second unit Number is the current number. The first number reflects our pre-construction numbers.
*We have one tenant on a second lease for 2010, with the exception of 7A West which is based on the rental rates for the 2010-2011 season.
There are a few list prices that do not match our March 15, 2011 price sheet.
but I believe that those numbers are consistent with the April 14, 2009 price sheet.

**AVAILABLE**

| UNIT # | FLOOR | BEDROOMS | SQFT | Available | Total | Price | Price/SF |
|---|---|---|---|---|---|---|---|
| **1st FLOOR** | | | | | | | |
| H-1/1A south | 1,2 | 3 BR | 2,570 | 1 | 1 | $ 4,900,000 | $ 1,907 |
| **2nd FLOOR** | | | | | | | |
| V-3/2A south | 2 | 3-BR | 2,023 | 1 | 1 | $ 5,075,000 | $ 2,504 |
| **3rd FLOOR** | | | | | | | |
| B-3/3B west | 3 | 3 BR | 2,395 | | 1 | $ 6,500,000 | $ 2,589 |
| D-3/3B west | 3 | 3 BR + den | 2,069 | | 1 | $ 7,000,000 | $ 2,658 |
| H-3 / 3C east | 3 | 4 BR + den | 2,514 | | 1 | $ 7,000,000 | $ 2,658 |
| J-3 / 3B east | 3 | 3 BR | 2,637 | | 1 | $ 6,825,000 | $ 2,587 |
| k3-3B east | 3 | Studio + den | 909 | | 1 | $ 1,480,000 | $ 1,628 |
| L-3/3B east | 3 | 1 BR + den | 1,458 | | 1 | $ 3,300,000 | $ 2,264 |
| M-3/3E west | 3 | 4 BR + den | 2,816 | | 1 | $ 7,650,000 | $ 2,717 |
| N-3/3E east | 3 | 4 BR + den | 2,651 | | 1 | $ 2,500,000 | $ 1,922 |
| O-3/3D east | 3 | 3 BR + den | 1,964 | | 1 | $ 2,500,000 | $ 1,922 |
| O-3/3D east | 3 | 3 BR | 2,259 | | 1 | $ 5,700,000 | $ 2,523 |
| **4th FLOOR** | | | | | | | |
| E-4 / 4E west | 4 | 2 BR + den | 1,789 | | 1 | $ 3,250,000 | $ 1,846 |
| G-4/4G west | 4 | 3 BR | 2,977 | | 1 | $ 6,500,000 | $ 2,445 |
| H-4 / 4H east | 4 | 4 BR + den | 2,511 | | 1 | $ 7,700,000 | $ 2,645 |
| K-4/4K east | 4 | 4 BR + den | 1,737 | | 1 | $ 3,150,000 | $ 1,813 |
| L-4/4J east | 4 | 4 BR + den | 2,814 | | 1 | $ 7,750,000 | $ 2,754 |
| M-4/4F east | 4 | 4 BR | 2,732 | | 1 | $ 5,700,000 | $ 2,075 |
| N-4/4F east | 4 | 4 BR + den | 2,523 | | 1 | $ 5,999,000 | $ 2,052 |
| O-4/4D east | 4 | 3 BR | 2,283 | | 1 | $ 5,690,000 | $ 2,628 |
| **5th FLOOR** | | | | | | | |
| E-5/5E west | 5 | 2 BR + den | 1,720 | | 1 | $ 3,475,000 | $ 2,020 |
| E-5/5 E west | 5 | 2 BR + den | 1,729 | | 1 | $ 3,375,000 | $ 1,952 |
| G-5 / 5G west | 5 | 3 BR | 2,358 | | 1 | $ 5,200,000 | $ 2,221 |
| G-5 / 5G west | 5 | 3 BR | 2,680 | | 1 | $ 6,430,000 | $ 2,482 |
| H-5 / 5H east | 5 | 4 BR + den | 3,125 | | 1 | $ 7,800,000 | $ 2,496 |
| K-5/5K east | 5 | 3 BR | 1,759 | | 1 | $ 3,400,000 | $ 1,962 |
| **6th FLOOR** | | | | | | | |
| K-5/ 6C east | 6 | 2 BR + den | 1,736 | | 1 | $ 3,475,000 | $ 2,002 |
| M-5/5E east | 6 | 4 BR + den | 1,730 | | 1 | $ 3,500,000 | $ 2,023 |
| N-5/5F east | 6 | 3 BR + den | 2,038 | | 1 | $ 4,300,000 | $ 2,119 |
| O-5/5D east | 6 | 3 BR | 2,288 | | 1 | $ 6,150,000 | $ 2,688 |
| **6th FLOOR** | | | | | | | |
| C-6 / 6C west | 6 | 2 BR + den | 1,721 | | 1 | $ 3,525,000 | $ 2,048 |
| E-6 / 6 E west | 6 | 2 BR + den | 1,725 | | 1 | $ 3,650,000 | $ 2,153 |
| F-6 / 6F west | 6 | 3 BR + den | 2,385 | | 1 | $ 5,300,000 | $ 2,222 |
| G-6/ 6G west | 6 | 3 BR | 2,396 | | 1 | $ 5,300,000 | $ 2,212 |
| J-6/ 6B east | 6 | 4 BR | 2,554 | | 1 | $ 7,700,000 | $ 3,034 |
| L-6/ 6C east | 6 | 4 BR + den | 2,816 | | 1 | $ 7,850,000 | $ 2,788 |
| O-6/ 6D east | 6 | 4 BR | 1,730 | | 1 | $ 3,500,000 | $ 2,081 |
| O-6/ 6D east | 6 | 4 BR | 2,602 | | 1 | $ 6,500,000 | $ 2,498 |
| **7th FLOOR** | | | | | | | |
| Penl B/Penl B east | 7,8 | 6 BR | 4,536 | | 1 | $ 15,500,000 | $ 3,418 |
| Penl D/Penl D west | 7 | 3 BR + den | 2,472 | | 1 | $ 6,500,000 | $ 2,630 |
| E-7/7E west | 7 | 2 BR + den | 2,272 | | 1 | $ 4,450,000 | $ 1,959 |
| Penl F/Penl F west | 7 | 4 BR | 2,337 | | 1 | $ 5,600,000 | $ 2,396 |
| Penl J/Penl J east | 7 | 4 BR | 4,850,000 | | 1 | $ 4,850,000 | $ 2,481 |
| Penl L/Penl C east | 7 | 2 BR | 1,626 | | 1 | $ 2,300,000 | $ 1,414 |
| Penl L/Penl C east | 7 | 3 BR | 1,178 | | 1 | $ 2,300,000 | $ 1,952 |
| Penl M/Penl E east | 7 | 3 BR + den | 4,695 | | 1 | $ 13,000,000 | $ 2,588 |
| M-7/7F east | 7 | 3 BR + den | 1,565 | | 1 | $ 3,500,000 | $ 2,236 |
| Penl O/Penl D east | 7 | 3 BR + den | 2,693 | | 1 | $ 6,300,000 | $ 2,339 |
| **8th FLOOR** | | | | | | | |
| Penl E/Penl E west | 8 | 3 BR + den | 1,354 | | 1 | $ 3,000,000 | $ 2,216 |
| Penl A/Penl A east | 8,9 | 8 BR + den | 6,584 | | 1 | $ 16,200,000 | $ 2,216 |
| Penl M/Penl E east | 8,9 | 1 BR + den | 1,363 | | 1 | $ 3,000,000 | $ 2,201 |
| **Total** | | | **122,507** | **51** | **51** | **$ 302,823,000** | **$ 2,472** |