

# LETTER OF INTENT

June 3rd, 2019

David Adkins
VIA EMAIL: dadkins@slifer.net
Slifer Smith & Frampton
160 Cresta Road, Suite 108
Edwards, CO 81632

RE: 17 Units at Solaris Residences

Dear David,
Below are the terms and conditions upon which Brue Baukol Capital Partners ("BBCP") is willing to enter into a Purchase & Sale Agreement ("PSA") regarding seventeen units located within the Solaris Residences, Vail, Colorado:

| | |
|---|---|
| **BUYER:** | Brue Capital Partners, LLC DBA Brue Baukol Capital Partners and/or assigns. |
| **SELLER:** | [TBD], LLC. |
| **PROPERTY:** | Solaris Units, 17 units within Solaris Residences, 141 E Meadow Drive, Vail, CO 81657. |
| **PURCHASE PRICE:** | Forty-Nine Million Five Hundred Thousand Dollars ($49,500,000.00) |
| **EARNEST MONEY / ADDITIONAL DEPOSIT:** | Within 5 business days after the opening of Escrow, Buyer shall deposit $100,000 into Escrow as Earnest Money (the "Initial Deposit") and is fully refundable to the Buyer. |
| | Within 5 business days after the expiration of the Due Diligence Period defined below, Buyer shall deposit an additional $400,000 (the "Additional Deposit") into escrow. Collectively, the Initial Deposit and the Additional Deposit are the Earnest Money and will become non-refundable to the Buyer after expiration of the Due Diligence Period. |
| | The Title Company shall hold the Earnest Money in an interest-bearing account. The Earnest Money (and any interest thereon) shall be applied to the Purchase Price at the time of closing. |
| **PURCHASE & SALE AGREEMENT:** | Buyer and Seller shall endeavor to negotiate and execute an acceptable PSA within 15 days after mutual execution of this Letter of Intent. If the parties are unable to do so, either party may terminate the negotiations upon written notice to the other. |

| | |
|---|---|
| **ESCROW & CLOSING:** | Within 2 business days of execution of the PSA, each party shall deliver an executed original to Land Title Guarantee Company which shall hold the Escrow and act as the "Escrow Agent" and the "Title Company." Upon such delivery, Escrow shall be deemed "open", and Escrow Agent shall give notice of the Escrow opening date to Buyer and Seller.

The close of escrow shall be 30 days after the Due Diligence Period. Buyer may be able to extend an additional 30 days for an additional $400,000 of non-refundable deposit which will be applicable to the purchase price. |
| **DUE DILIGENCE PERIOD:** | Not later than 5 business days after the date the PSA is mutually executed, Seller shall deliver to Buyer the following Seller's Documents: (TBD).

Buyer shall have 45 days from the execution of the PSA to conduct Due Diligence. Buyer may terminate the Purchase Agreement on or before the Due Diligence Period expiration for any or no reason, in which case the Earnest Money (and any interest accrued) will be returned to Buyer and the Parties shall be released from their respective obligations under the PSA. |
| **EXCLUSIVITY:** | Upon mutual execution of this letter of intent, Buyer and Seller have entered into an exclusive-right-to-negotiate for the duration of the Due Diligence Period as may be extended by agreement of the parties. |
| **CONFIDENTIALITY:** | The existence and contents of this Letter of Intent and the negotiations and discussion drafts of the PSA shall not be disclosed by either Party to any third parties without the prior written consent of the other Party; provided, however, that each Party may disclose the foregoing to the Party's owners, partners, investors, attorneys, accountants, lenders and other professionals to the extent reasonably required in connection with the consummation of the transactions contemplated herein or as required by law. |
| **BROKER FEES:** | Each Party represents to the other that they have not discussed this Letter of Intent or the subject matter hereof with any real estate broker, agent, or salesperson, so as to create any legal right in any such broker, agent, or salesperson to claim a real estate commission, finder's fee, or similar compensation from either party except David Adkins with Slifer Smith & Frampton whose commission shall be paid by Seller pursuant to a separate agreement. Each Party hereby agrees to indemnify and hold the other harmless from and against any and all liabilities, losses, costs, damages and expenses, including reasonable attorneys' fees and costs of litigation, the other shall ever suffer or incur because of any claim by any other broker, agent or salesperson, whether or not meritorious, for any fee. |

This Letter of Intent is an expression of interest and shall not be binding upon Buyer or Seller. If signed by Seller, Buyer is prepared to negotiate in good faith with Seller to arrive at the terms and conditions of

Page | 2


BRUE·BAUKOL
CAPITAL PARTNERS

the transaction and will cause its attorneys to prepare a comprehensive written agreement for the acquisition of the Property.

The terms set forth in this Letter of Intent shall expire June 10th, 2019.

Please indicate your agreement to the terms set forth herein by signing the in the space provided below and returning it to the undersigned.

Sincerely,

*[signature]*

Chad A. Brue
CEO & Founder
Brue Baukol Capital Partners


**ACCEPTED and AGREED:**

**SELLER:**

By: *[signature]*

Print Name: Robert Glucksman

Its: Authorized Representative

Company: Colorado Regional Center Project Solaris, LLT

Date: 6/5/2019

Page | 3

CONFIDENTIAL

Civil Action No. 1:19-cv-02443-STV
Exhibit 8

CRC 000306

BRUE·BAUKOL
CAPITAL PARTNERS