

**BBG**

Third-party reports by a true third party    Appraisal Report

# Residential Condominium Units

17 Attached Residential Condominium Units
Solaris Residences
141 East Meadow Drive
Vail, CO 81657

BBG File #0119006980

**Prepared For**
Mr. Rob Glucksman
Colorado Regional Center
Project Solaris, LLP
PO Box 4627
Greenwood Village, CO 80155

**Report Date**
June 17, 2019

**Prepared By**
BBG, Inc., Denver Office
5395 West 25th Avenue
Denver, CO 80214
Ph: 303-420-1052
Client Manager: Brett Wilkerson
bwilkerson@bbgres.com

 VALUATION  ADVISORY  ASSESSMENT  ZONING

CRC 000681

# BBG

June 17, 2019

Mr. Rob Glucksman
Colorado Regional Center
Project Solaris, LLP
PO Box 4627
Greenwood Village, CO 80155

Re:   Appraisal of Real Property
      **Residential Condominium Units**
      141 East Meadow Drive
      Vail, CO 81657
      **BBG File #0119006980**

Dear Mr. Glucksman,

In accordance with your authorization (per the engagement letter found in the addenda of this report), we have prepared an Appraisal of the above-referenced property.

The subject property consists of 17 high-end residential condominium units within the Solaris Residences, a larger mixed-use commercial/residential property in Vail Village within the City of Vail, Eagle County, Colorado. The larger mixed-use building was constructed in 2010 and is in good condition and is of good/excellent construction quality.

There are 17 separate residential condominium units that total 32,547 square feet of gross living area (GLA), with the average unit size totaling 1,915 square feet GLA. The 17 units range from one bedroom to five bedroom units and are situated on various floors (2nd floor to the 8th floor). The units also vary in terms of views, as most of the units face northward towards the Interstate 70 corridor. However, many of the units have the southerly views that overlook the common area plaza/ice rink, portions of Vail Village, and the mountain ski slope. Each unit is equipped with above-average finishes, such as granite countertops, high-end quality cabinetry and wood flooring, a stone veneer gas fireplace, Sub-Zero and Wolf kitchen appliances, a stackable washer and dryer, and above-average furnishings. Residents of Solaris also have access to amenities such as a private spa, a heated indoor pool and hot tub, and a fitness and exercise facility. Please refer to the *Improvement Description* for more details.

As of the valuation date, Solaris Property Owner I, LLC, owns the subject property. Reportedly, two of the four units, are listed for sale but there have been no official offers for these units. We also were told by the owners/client that the 17 units are encumbered with a letter of intent (LOI) by an investor who intends to purchase all 17 units in bulk. Although requested, we were not provided with any documentation (verbal or written) regarding this possible transaction. We note that all 17 units have historically been leased on a weekly to monthly basis for vacation rentals for the last several years, but none of the units are leased on a long-term basis. Please refer to the *Property History* section of the report for greater details on the current listings/offers, etc.

We originally inspected the subject property/units on February 20, 2019. At the client's request, we have not inspected the subject property for this assignment but have assumed that the residential condominium building and the units that comprise the subject property have not materially changed since our prior inspection. See the *Extraordinary Assumptions* for more details. Our concluded "As Is" value of the subject's 17 individual units, as well as the bulk value is as of **June 10, 2019**, the date that we began our analysis and search of relevant data for this assignment.

We have estimated the subject's fee simple "As Is" value of the 17 individual residences as well as the fee simple bulk value of the 17 units "As Is", as of June 10, 2019. The 17 units are as follows: Units 2A South, 3E East, 4D East, 4G West, 5E West, 5G West, 6D East, 6E East, 5C West, 6C West, 7E East, 7E West, PHC East, PHC West, PHE East, PHE West, and PHG West.

---

**BBG**

CRC 000682

Mr. Glucksman
June 17, 2019
Page 2

This appraisal report was prepared to conform with the requirements of the Uniform Standards of Professional Appraisal Practice (USPAP), the appraisal guidelines set forth in Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act of 1989 (FIRREA), and the December 2010 Interagency Appraisal and Evaluation Guidelines. This report has been written in accordance with the Code of Ethics and the Standards of Professional Practice of the Appraisal Institute. In addition, this report is intended to be in compliance with the minimum standards of the Uniform Standards of Professional Appraisal Practice, and any additional standards of our client Colorado Regional Center. It is the understanding of the appraisers that the report will be used by the client, its affiliates and/or participants for internal planning.

**Note:** Our estimate of market value is subject to the following Extraordinary Assumptions and/or Hypothetical Conditions:

| EXTRAORDINARY ASSUMPTION(S) AND HYPOTHETICAL CONDITION(S) |
|---|
| The values presented within this appraisal report are subject to the extraordinary assumptions and hypothetical conditions listed below. Pursuant to the requirement within Uniform Standards of Professional Appraisal Practice Standards Rule 2-2(a)(xi), it is stated here that the use of any extraordinary assumptions might have affected the assignment results. |

| | |
|---|---|
| **Extraordinary Assumption(s)** | We formerly inspected the subject property on February 20, 2019, for an appraisal to the same client that was dated March 6, 2019. According to our property contact/client, the subject condominium building or the residential units that comprise the subject property has not materially changed (in condition or quality) since our prior inspection. We did not re-inspect the property for this particular assignment but we assume that the residential units that comprise the subject property and the larger condominium complex/common areas has not changed and are similar in condition, quality, intended use, etc. If this assumption is found to be false, the reconciled "As Is" values of the subject units, individually, and/or in bulk, could be impacted making them invalid conclusions. |
| **Hypothetical Condition(s)** | None. |

**BBG**

CRC 000683

Mr. Glucksman
June 17, 2019
Page 3

Based on our inspection of the property and the investigation and the analysis undertaken, we have concluded the following value opinion(s).

| MARKET VALUE CONCLUSION(S) - AS IS | | | |
|---|---|---|---|
| Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
| 2A South* | Fee Simple | June 10, 2019 | $5,870,000 |
| 3E East | Fee Simple | June 10, 2019 | $2,995,000 |
| 4D East* | Fee Simple | June 10, 2019 | $7,175,000 |
| 4G West* | Fee Simple | June 10, 2019 | $5,970,000 |
| 5C West | Fee Simple | June 10, 2019 | $3,105,000 |
| 5E West | Fee Simple | June 10, 2019 | $3,150,000 |
| 5G West* | Fee Simple | June 10, 2019 | $5,830,000 |
| 6C West | Fee Simple | June 10, 2019 | $3,120,000 |
| 6D East* | Fee Simple | June 10, 2019 | $7,110,000 |
| 6E East | Fee Simple | June 10, 2019 | $3,140,000 |
| 7E East | Fee Simple | June 10, 2019 | $3,200,000 |
| 7E West | Fee Simple | June 10, 2019 | $3,685,000 |
| PHC East | Fee Simple | June 10, 2019 | $2,145,000 |
| PHC West | Fee Simple | June 10, 2019 | $2,155,000 |
| PHE East | Fee Simple | June 10, 2019 | $2,515,000 |
| PHE West | Fee Simple | June 10, 2019 | $2,480,000 |
| PHG West* | Fee Simple | June 10, 2019 | $4,430,000 |
| **Bulk Value "As Is" (17 Units) - All** | **Fee Simple** | **June 10, 2019** | **$41,290,000** |

*Mountain (South/West Views)

Mr. Glucksman
June 17, 2019
Page 4

This letter must remain attached to the report, including exhibits, for the value opinion set forth to be considered valid.  Our firm appreciates the opportunity to have performed this appraisal assignment on your behalf. If we may be of further service, please contact us.

Sincerely,
**BBG, Inc.**

**By: Rodman Schley, MAI**
Senior Managing Director
Certified General Appraiser
State of Colorado, CG40025588

**By: Brett Wilkerson**
Managing Director
Certified General Appraiser
State of Colorado, CG200000805

**By: Karl Knipling**
Senior Managing Director
Certified General Appraiser
State of Colorado, CG40025588

SOLARIS RESIDENCES APPRAISAL

**BBG**

# TABLE OF CONTENTS

Subject Property ................................................................................................................................ 1

Summary of Salient Facts ................................................................................................................... 2

Property History ................................................................................................................................. 5

Scope of Work .................................................................................................................................... 7

Regional Analysis ............................................................................................................................... 12

Neighborhood Analysis ...................................................................................................................... 17

Site Description .................................................................................................................................. 21

Improvements Description ................................................................................................................. 25

Property Tax Analysis ......................................................................................................................... 45

Residential Market Analysis ............................................................................................................... 47

Highest and Best Use ......................................................................................................................... 52

Valuation Process .............................................................................................................................. 54

Sales Comparison Approach – Individual Condo Units ...................................................................... 56

Discounted Cash Flow Approach ........................................................................................................ 84

Reconciliation and Final Value Estimate ............................................................................................ 94

Certification ....................................................................................................................................... 97

Standard Assumptions and Limiting Conditions ................................................................................ 99

Addenda ............................................................................................................................................. 103

# SUBJECT PROPERTY





SOLARIS RESIDENCES APPRAISAL

BBG

CRC 000687

# SUMMARY OF SALIENT FACTS

| APPRAISAL INFORMATION | |
|---|---|
| Client | Colorado Regional Center |
| | PO Box 4627 |
| | Greenwood Village, CO 80155 |
| Intended User(s) | Colorado Regional Center; Project Solaris, LLP, its affiliates and/or participants. |
| | This appraisal report may only be relied upon by the client and intended user(s) named herein. |
| Intended Use | Internal planning purposes. |
| Values Concluded | Market Value |
| Property Rights Appraised | Fee Simple |
| Date of Value (Effective Date) | As Is Market Value Individual Residential Condominium Units; As Is Market Bulk Value (All 17 Units) - June 10, 2019 |
| Date of Inspection | February 20, 2019 |
| Effective Date of Valuation | June 10, 2019 |
| Report Date | June 17, 2019 |
| Owner of Record | Solaris Property Owner I, LLC |
| Most Probable Purchaser | Owner or Investor (Individual Residential Condominiums) |
| Highest and Best Use | |
| As If Vacant | N/A (subject part of a larger mixed-use condominium project) |
| As Improved | Continued use as residential condominium unit |

| PROPERTY DATA | |
|---|---|
| Property Name | Solaris Residences |
| Location | 141 East Meadow Drive |
| | Vail, CO 81657 |
| Property Description | 17 Residential Condominium Units |
| County | Eagle |
| Parcel Numbers | See Addenda |
| Legal Descriptions | See Addenda |
| Site Area (Entire Complex) | 115,086 SF (2.64 acres) – In common |
| Number of Units | 17 (6 Mountain View; 11 Highway View) |
| Average Unit Size – All 17 Units (6 Mtn View; 11 Hwy View) | 1,915 SF, Gross Living Area – per Assessor |
| Zoning | SDD #39, City of Vail, Special Development District #39 |
| Flood Status | Areas determined to be outside the 500-year flood plain. |

BBG

CRC 000688

| Unit # | Floor | GLA (SF) | # Bed | Den | # Bath Full | # Bath Half | Balcony/Deck/ Patio | Deck/Patio SF | Views |
|---|---|---|---|---|---|---|---|---|---|
| 2A South* | 2 | 2,021 | 3 | 0 | 3 | 1 | Yes | 781 (wrap-around) | Mtn (South, West, & East) |
| 3E East | 3 | 1,655 | 2 | 1 | 2 | 1 | Yes | 171 | North (Hwy) |
| 4D East* | 4 | 2,813 | 4 | 1 | 5 | 0 | Yes | 185 | Mtn views |
| 4G West* | 4 | 2,567 | 3 | 0 | 4 | 0 | Yes | 54 & 269 (terrace) | Mtn (Primarily west) |
| 5C West | 5 | 1,715 | 2 | 1 | 3 | 0 | Yes | 105 | North (Hwy) |
| 5E West | 5 | 1,741 | 2 | 1 | 3 | 0 | Yes | 45 | North (Hwy) |
| 5G West* | 5 | 2,590 | 3 | 0 | 4 | 0 | Yes | 60 | Mtn (Primarily west) |
| 6C West | 6 | 1,723 | 2 | 1 | 3 | 0 | Yes | 108 | North (Hwy) |
| 6D East* | 6 | 2,815 | 4 | 1 | 4 | 1 | Yes | 199 | Mtn views |
| 6E East | 6 | 1,734 | 2 | 1 | 3 | 0 | Yes | 52 | North (Hwy) |
| 7E East | 7 | 1,970 | 2 | 1 | 2 | 1 | Yes | 112 | North (Hwy) |
| 7E West | 7 | 2,268 | 3 | 1 | 3 | 1 | Yes | 112 | North (Hwy) |
| PHC East | 7 | 1,179 | 2 | 0 | 2 | 1 | Yes | 73 | North (Hwy) |
| PHC West | 7 | 1,183 | 2 | 0 | 2 | 1 | Yes | 73 | North (Hwy) |
| PHE East | 8 | 1,373 | 1 | 1 | 2 | 0 | No | None | North (Hwy) |
| PHE West | 8 | 1,354 | 1 | 1 | 2 | 0 | No | None | North (Hwy) |
| PHG West* | 7 | 1,846 | 2 | 0 | 3 | 0 | No | None | Mtn (South & West) |
| **Total (17 Units)** | | 32,547 | | | | | | | 6 Mtn views; 11 Hwy views |
| **Average** | | 1,915 | | | | | | | |

## RISK SUMMARY

**Advantages**

The subject condominium complex is situated near the center of Vail Village, a highly desirable recreation (ski, biking, hiking, etc.) destination.

The subject's residential condominiums have a variety of floorplans and all of the units have good to very good interior finishes. The residential complex has a variety of on-site common area features that attract end users, such as a parking garage, fitness center, pool/spa, and restaurants/commercial uses.

The residential market in the neighborhood has remained strong as the median home price has remained stable and days on market have continued to decrease.

We were able to utilize recent condominium residential sales data in Vail Village/Lionshead Village, as well as condominium residential sales in the subject building to help support a reasonable absorption rate of the subject's 17 units.

**Challenges**

Eleven of the subject's 17 residential condominium units have north facing views towards Interstate 70. These units are priced significantly lower than the six units that face the mountain and have ski slope views to the south. The high number of north facing units could extend the length of a sell-out of the 17 homes, adding risk to any investor who decided to buy all 17 units in a bulk sale.

The individual reconciled value of the 17 units range from approximately $2,000,000 to $7,000,000, with an average of approximately $4,000,000 (prior to discount in bulk). In addition, the estimated annual taxes and HOA total nearly $50,000 per unit. The pricing and expenses could significantly limit the number of individual buyers, which also can lead to a longer sell-out period when estimating the bulk value of the 17 units.

**BBG**

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

CRC 000689

| VALUE INDICATIONS | | | |
|---|---|---|---|
| **Individual Condo Unit Value - As Is (June 10, 2019)** | | | |
| Sales Comparison Approach | | | |
| **2A South*** | $5,870,000 | $2,905 | Per SF (2,021 GLA) |
| 3E East | $2,995,000 | $1,810 | Per SF (1,655 GLA) |
| **4D East*** | $7,175,000 | $2,551 | Per SF (2,813 GLA) |
| **4G West*** | $5,970,000 | $2,326 | Per SF (2,567 GLA) |
| 5C West | $3,105,000 | $1,810 | Per SF (1,715 GLA) |
| 5E West | $3,150,000 | $1,809 | Per SF (1,741 GLA) |
| **5G West*** | $5,830,000 | $2,251 | Per SF (2,590 GLA) |
| 6C West | $3,120,000 | $1,811 | Per SF (1,723 GLA) |
| **6D East*** | $7,110,000 | $2,526 | Per SF (2,815 GLA) |
| 6E East | $3,140,000 | $1,811 | Per SF (1,734 GLA) |
| 7E East | $3,200,000 | $1,624 | Per SF (1,970 GLA) |
| 7E West | $3,685,000 | $1,625 | Per SF (2,268 GLA) |
| PHC East | $2,145,000 | $1,819 | Per SF (1,179 GLA) |
| PHC West | $2,155,000 | $1,822 | Per SF (1,183 GLA) |
| PHE East | $2,515,000 | $1,832 | Per SF (1,373 GLA) |
| PHE West | $2,480,000 | $1,832 | Per SF (1,354 GLA) |
| **PHG West*** | $4,430,000 | $2,400 | Per SF (1,846 GLA) |
| *Aggregate Retail Value (All 17 Units)* | *$68,075,000* | *$4,004,412* | *Per Unit (based on 17)* |
| **Approach Reliance** | **Sales Comparison Approach** | | |
| **Value Conclusions** | **See Above** | | |
| **Bulk Value - As Is (June 10, 2019) - All 17 Units** | | | |
| Income Capitalization Approach | | | |
| Discounted Cash Flow | $41,290,000 | $2,428,824 | Per Unit (based on 17) |
| **Approach Reliance** | **Income Approach (DCF)** | | |
| **Value Conclusion - As Is (17 Units)** | **$41,290,000** | **$2,428,824** | **Per Unit (based on 17)** |
| **Exposure Time** | <12 months | All Valuations | |
| **Marketing Time** | <12 months | All Valuations | |

*Mountain (South/West Views)*

BBG

# PROPERTY HISTORY

Other than the transactions listed below, there have been no transactions involving any of the subject units in the three years preceding this report.

**Individual Units**

The following table summarizes the four units that are currently listed for sale. Per the broker, David Adkins with Slifer Smith Frampton, there has been minimal interest and no viable offers. However, these units have only been listed for sale for approximately two months and were "rolled out" near the end of ski season, which is not ideal given that many of the Vail users don't occupy the town during the summer months.

| Unit # | Floor | GLA (SF) | # Bed | Den | Full | Partial | Deck/Patio | Deck/Patio SF | Comments | List Price | $/PSF | MLS # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4DE | 4 | 2,813 | 4 | 1 | 5 | 0 | Yes | 185 | Mtn views | $7,250,000 | $2,577 | 934792 |
| 5GW | 5 | 2,590 | 3 | 0 | 4 | 0 | Yes | 60 | Mtn (west view) | $5,950,000 | $2,297 | 934802 |
| 7EE | 7 | 1,970 | 2 | 1 | 2 | 1 | Yes | 112 | Hwy view | $3,250,000 | $1,650 | 934805 |
| 7EW | 7 | 2,268 | 3 | 1 | 3 | 1 | Yes | 112 | Hwy view | $3,750,000 | $1,653 | 934804 |

**Units in Bulk**

Portions of the subject property have been listed for sale in bulk by Tyler Steven with Cushman Wakefield. This includes all 17 units that comprise the subject property, plus one additional unit that is no longer part of the scope of this assignment (in February 2019 appraisal, an 18th unit, Unit 3C East, was included in our analysis). In addition, the 6 mountain facing units were advertised for sale, in bulk, by the same broker. Mr. Stevens indicated that there was more interest in all 18 units than the 6 units in bulk. Mr. Stevens reported that he entertained several offers for all 18 units between the low $40 million to the mid to upper $40 million, with one particular "low ball offer" in the mid-$30 million. Mr. Stevens indicated that he had a buyer that offered to pay $48 million for the 18 units, or $2,667,000 per unit, rounded. However, our client and owners of the property did not accept that offer, as they have now reported that there is another third-party group that has approached them to buy the portfolio (17 units) at a higher price. Although requested, our client indicated that they were under a confidentiality agreement and could not report the pending price to us. The client stated that there is a letter of intent (LOI) in place, but that it has not moved to a contract at this time.

Although the reported offers/LOIs are not actual contracts or consummated sales, we do not rely on the verbal reports/pricing that were provided to us. However, we do believe that the range of pricing of mid $30 million to mid/upper $40 million illustrates that the bulk value of the property is probably within in this range.

**BBG**

CRC 000691

## OTHER INFORMATION/MISCELLANEOUS ITEMS

All the subject units have historically been leased for weekly/monthly vacation rentals for approximately the previous five years. However, any current vacation rental leases in place are not expected to extend beyond the next two months (expiration in August 2019). We do not anticipate that the prior or current vacation rental use is expected to diminish the market value of any of the individual units.

Per the recorded condominium declarations, any pending arm's length transaction of property title of a particular residential condominium unit within the Solaris Residences building/complex shall be subject to a "first right of refusal" in favor of the developer of the complex. The developer will have 15 days to exercise the right of refusal. If the right of refusal option is engaged, then terms of the purchase and sale of the condominium unit will be same terms that was originally designed and agreed upon in the original contract/sales offer between the current condominium owner and the prospective purchaser. Although this first right of refusal clause within the condominium declaration is not expected to adversely affect the fair market value of a particular residential condominium unit, this stipulation/clause could potentially deter some possible buyers of individual units given that they may not want to proceed in the sales negotiations and invest significant time knowing that the ultimate decision on whether they can purchase a unit is dependent on the motivations of the property developer.

# SCOPE OF WORK

| APPRAISAL INFORMATION | |
|---|---|
| Client | Colorado Regional Center |
| | PO Box 4627 |
| | Greenwood Village, CO 80155 |
| Intended User(s) | Colorado Regional Center; Project Solaris, LLP, its affiliates and/or participants. |
| | This appraisal report may only be relied upon by the client and intended user(s) named herein. |
| Intended Use | Internal planning purposes. |
| Values Concluded | Market Value |
| Property Rights Appraised | Fee Simple |
| Date of Value (Effective Date) | As Is Market Value Individual Residential Condominium Units; As Is Market Bulk Value (All 17 Units) |
| Date of Inspection | February 20, 2019 |
| Effective Date of Valuation | June 10, 2019 |
| Report Date | June 17, 2019 |
| Owner of Record | Solaris Property Owner I, LLC |
| Most Probable Purchaser | Owner or Investor (Individual Residential Condominiums) |
| Highest and Best Use | |
| As If Vacant | N/A (subject part of a larger mixed-use condominium project) |
| As Improved | Continued use as residential condominium unit |

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

CRC 000693

| SCOPE OF THE INVESTIGATION | |
|---|---|
| General and Market Data Analyzed | ▪ Regional economic data and trends |
| | ▪ Market analysis data specific to the subject property type |
| | ▪ Published survey data |
| | ▪ Neighborhood demographic data |
| | ▪ Comparable cost, sale, rental, expense, and capitalization rate data |
| | ▪ Floodplain status |
| | ▪ Zoning information |
| | ▪ Assessor's information |
| | ▪ Interviewed professionals knowledgeable about the subject's property type and market |
| Inspection Details | A representative sample of units were inspected as well as many of the common areas within the larger condominium complex. |

**Property Specific Data Requested and Received**

| PROPERTY DATA RECEIVED |
|---|
| Historical Profit and Loss Financial Statements Regarding Vacation Rentals |
| Condominium Plat Map |
| Condominium Declarations/Bylaws |
| Floorplans/Architect Plans |
| Prior Appraisals of Individual Units |
| Current Listing Agreement |
| Environmental Report |

**Data Requested, but not Provided**

| DATA REQUESTED, BUT NOT PROVIDED |
|---|
| Individual Condominium Unit Sizes |

**Data Sources**

| DATA SOURCES | |
|---|---|
| Site Size | Condominium Plat Map |
| Building/Unit Size | Eagle County Assessor's Office |
| Tax Data | Eagle County Treasurer's Office |
| Zoning Information | City of Vail Community Development Department |
| Flood Status | FEMA |
| Demographics Reports | STDB |
| Comparable Unit Sales | MLS, Assessor, Broker |

**BBG**

CRC 000694

**VALUATION METHODS UTILIZED**

**Summary:**
The subject property consists of 17 high-end residential condominium units within a larger residential complex. The units vary slightly in gross living area, number of bedroom/bathroom counts, and views.

**Most Probable Purchaser – Individual Units**
Comparable sales and market participant interviews indicate that the most probable purchaser of the subject's individual units are owner-occupants. Given a review of rental rates and capitalization rates (see *Highest and Best Use*), the individual units' values are maximized if sold to home buyers rather than an investor who intends to lease the units. Thus, it is our opinion that the most probable purchasers of the individual units are owner-users.

**Most Probable Purchaser – Bulk Value**
The most probable purchaser of the subject units in bulk is an investor with a history of selling out residential projects.

BBG, Inc. has gathered and analyzed data as necessary to complete traditional approaches to value as needed to conclude a credible valuation of the subject property. By utilizing the most relevant appraisal approaches for the property in question, the efforts of the appraisers are focused on the data gathering and analysis most pertinent to the property being appraised.

**Individual Residential Condominiums**
The Sales Comparison Approach is the primary approach for owner users. The most probable purchaser of the subject's individual homes would analyze comparable sales in making a purchase decision, and an adequate number of sales are available to provide a meaningful indication of value. Therefore, the Sales Comparison Approach is the most relevant methodology for valuing the individual single-family residence model types.
Due to the age of the building, it is difficult to accurately form an opinion of deprecation. In addition, the subject units are part of a larger residential condominium complex. It has undivided common interest in public areas, parking, and site improvements. Allocation of these interests in a valuation method is problematic and can ultimately be misleading. Therefore, the Cost Approach is not an applicable method.

**Bulk Value of Residential Condominiums (All 17 Units)**
To determine the bulk value of multiple residential condominiums, the subdivision method is useful, whereby the average estimated retail home price is utilized as a component of a discounted cash flow analysis. The average home price of all units is determined (via Sales Comparison Approach), a sell-out period is projected, development and/or holding costs are deducted, and the expected net proceeds are discounted to a present value using a discount rate that provides an investor with an adequate return on investment.
Due to the lack of sales of residential condominiums that sold in bulk in Vail to one purchaser, the Sales Comparison Approach was not applicable to estimate the bulk value of the residences. Based on earlier discussions/reasonings, the Cost Approach was not applicable.

BBG

CRC 000695

## EXTRAORDINARY ASSUMPTION(S) AND HYPOTHETICAL CONDITION(S)

The values presented within this appraisal report are subject to the extraordinary assumptions and hypothetical conditions listed below. Pursuant to the requirement within Uniform Standards of Professional Appraisal Practice Standards Rule 2-2(a)(xi), it is stated here that the use of any extraordinary assumptions might have affected the assignment results.

| | |
|---|---|
| **Extraordinary Assumption(s)** | We formerly inspected the subject property on February 20, 2019, for an appraisal to the same client that was dated March 6, 2019.  According to our property contact/client, the subject condominium building or the residential units that comprise the subject property has not materially changed (in condition or quality) since our prior inspection.  We did not re-inspect the property for this particular assignment but we assume that the residential units that comprise the subject property and the larger condominium complex/common areas has not changed and are similar in condition, quality, intended use, etc. If this assumption is found to be false, the reconciled "As Is" values of the subject units, individually, and/or in bulk, could be impacted making them invalid conclusions. |
| **Hypothetical Condition(s)** | None. |

BBG

CRC 000696

## DEFINITIONS

Pertinent definitions, including the definition of market value, are included in the glossary, located in the Addenda to this report. The following definition of market value is used by agencies that regulate federally insured financial institutions in the United States:

**Market Value**  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

- Buyer and seller are typically motivated;

- Both parties are well informed or well advised, and acting in what they consider their best interests;

- A reasonable time is allowed for exposure in the open market;

- Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. [1]

## LEVEL OF REPORTING DETAIL

Standards Rule 2-2 (Real Property Appraisal, Reporting) contained in USPAP requires each written real property appraisal report to be prepared as either an Appraisal Report or a Restricted Appraisal Report.

This report is prepared as an **Appraisal Report**. An Appraisal Report must at a minimum summarize the appraiser's analysis and the rationale for the conclusions. This format is considered most similar to what was formerly known as a Summary Appraisal Report in prior versions of USPAP.

[1] (Interagency Appraisal and Evaluation Guidelines; December 10, 2010, Federal Register, Volume 75 Number 237, Page 77472)

SOLARIS RESIDENCES APPRAISAL

BBG

CRC 000697

# REGIONAL ANALYSIS

## ROCKY MOUNTAIN RESORT REGION

The Rocky Mountain Resort Region encompasses Eagle, Grand, Gunnison, La Plata, Montrose, Pitkin, Routt, San Miguel, and Summit Counties. It is 14,314 square miles in size and has a population density of 19 persons per square mile. Prominent cities, towns, and resort areas within the region include Vail, Eagle, Edwards, Granby, Winter Park, Gunnison, Powderhorn, Crested Butte, Durango, Montrose, Aspen, Snowmass Village, Steamboat Springs, Telluride, Breckenridge, and Silverthorne. Primary transportation access is provided to the region via Interstate 70, U.S. Highway 550, U.S. Highway 50, U.S. Highway 285, U.S. Highway 24, Colorado State Highway 91, U.S. Highway 6, U.S. Highway 40, and Colorado State Highway 9.

The Rocky Mountain Resort Region is rural in character and has a tourism-oriented economy. It is an active region with diverse communities ranging from rural ranchland to mountain peaks and is internationally known for providing a classic Colorado lifestyle with year-round resorts and unique high-alpine environment to guests from around the world and to locals alike. A main section of the region has I-70 running through it, the state's main east-west transportation corridor. This enhances the proximity of the region to Denver/Front Range metropolitan communities, as well as Grand Junction. This proximity to large metropolitan areas has contributed greatly to the region's popularity as a mountain recreational area. The region's economy has transformed over time from a combination of mining and agriculture in its early history (1800s) to recreational tourism today. The quality of life, the mix of local businesses, a skilled workforce, a beautiful natural setting, and the international name recognition provided by world-class ski resorts are invaluable underpinnings unique to the region's economy.

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

CRC 000698



BBG

CRC 000699

This regional analysis was developed based on data collected via Claritas, Inc., the Colorado Office of Economic Development & International Trade, and Dean Runyan Associates, Inc.

| GENERAL REGIONAL OVERVIEW | |
|---|---|
| Population | The population in this area is estimated to change from 250,984 to 267,259, resulting in a growth of 6.5% between 2010 and the current year. Over the next five years, the population is projected to grow by 4.9%. The current year median age for this area is 40.7, while the average age is 40.6. Five years from now, the median age is projected to be 42.5. |
| Household | The number of households in this area is estimated to change from 103,057 to 111,285, resulting in an increase of 8.0% between 2010 and the current year. Over the next five years, the number of households is projected to increase by 5.5%. |
| Income | The average household income is estimated to be $89,774.48 for the current year, while the average household income for the base area is estimated to be $86,278 for the same time frame. |
| Housing | Most of the dwellings in this area (66.1%) are estimated to be Owner-Occupied for the current year. The majority of dwellings in this area (49.7%) are estimated to be structures of 1Unit Detached for the current year. The majority of housing units in this area (22.2%) are estimated to have been built from 1990 to 1999 for the current year. |
| Labor | For this area, Rocky Mountain Resort Region, 94.2% of the labor force is estimated to be employed for the current year. The employment status of the population age 16 and over is as follows: 0.0% are in the Armed Forces, 67.6% are employed civilians, 4.1% are unemployed civilians, and 28.3% are not in the labor force. The occupational classification for this area are as follows: 19.4% hold blue collar occupations, 57.0% hold white collar occupations, and 23.6% are occupied as service & farmworkers. For the civilian employed population age 16 and over in this area, it is estimated that they are employed in the following occupational categories: 1.5% are in Architecture and Engineering, 3.1% are in Arts, Entertainment and Sports, 4.1% are in Business and Financial Operations, 1.3% are in Computers and Mathematics, 4.7% are in Education, Training and Libraries, 4.9% are in Healthcare Practitioners and Technicians, 1.4% are in Healthcare Support, 0.8% are in Life, Physical and Social Sciences, 12.2% are in Management, 10.2% are in Office and Administrative Support, 1.6% are in Community and Social Services, 8.9% are in Food Preparation and Serving, 0.9% are in Legal Services, 2.0% are in Protective Services, 11.8% are in Sales and Related Services, 4.3% are in Personal Care Services, 5.7% are in Building and Grounds Maintenance, 8.4% are in Construction and Extraction, 1.3% are in Farming, Fishing and Forestry, 3.6% are in Maintenance and Repair, 2.9% are in Production, and 4.5% are in Transportation and Moving. |

BBG



**GENERAL REGIONAL DATA AND STATISTICS**

**Population Growth**

◇ Population

**Home Value**

☐ 2018 Percentage of Owner-Occupied Housing Units by Value (Ths.)

**Residential Age of Construction**

▣ 2018 Est. Percentage of Housing Units by Year Structure Built

**Household Income**

☐ 2018 Percentage of Households by HH Income (Ths.)

**Educational Attainment**

**BBG**

CRC 000701

Case No. 1:19-cv-02443-RM-STV   Document 60-12   filed 10/22/19   USDC Colorado   pg 22 of 151

REGIONAL ANALYSIS 16

## TOURISM OVERVIEW

**Tourism**

With a heavy focus on resort communities, tourism is the largest economic driver in the region. As such, the Colorado Office of Economic Development & International Trade contracts Dean Runyan Associates, Inc. to prepare an annual report on the economic impact of tourism on the Rocky Mountain Resort Region. From this report we can track historical trends regarding three key economic indicators: total direct business earnings as a result of tourism, the total number of jobs that exist to support the tourism industry, and total state revenue resulting from tourism spending.

## TOURISM DATA AND STATISTICS

**Total Direct Earnings**



Total Direct Earnings (Billion $)

**Total Employment**



Total Direct Employment (Thousand Jobs)

**Total Direct Tax Receipts**



Total Direct Tax Receipts (Million $)

## CONCLUSION

**Conclusion**

The Rocky Mountain Resort Region appears to be a healthy region going in 2018. The region exhibited a growing population, high home values, high household incomes, and high rates of college education. Additionally, the region saw growth in the tourism industry, with reporting period highs in total direct earnings, total employment, and total direct tax receipts. These positive statistical factors and signs of growth in the region's top industry indicates that the Rocky Mountain Resort Region was in the expansion phase of the real estate lifecycle, and is projected to continue expanding for years to come; barring any unforeseen economic downturns.

SOLARIS RESIDENCES APPRAISAL

**BBG**

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

CRC 000702

# NEIGHBORHOOD ANALYSIS

A "neighborhood" is defined by the Appraisal Institute as "a group of complementary land uses; a congruous grouping of inhabitants, buildings, or business enterprises."

The following analysis is provided to give the reader an understanding of the neighborhood surrounding the subject property. The significant data source for the demographics was provided by Site to Do Business Online.

| GENERAL OVERVIEW | |
|---|---|
| Location | The town of Vail is a Home Rule Municipality in Eagle County, Colorado. Home rule municipalities are self-governing under Article 20 of the Constitution of the State of Colorado; Title 31, Article 1, Section 202 of the Colorado Revised Statutes; and the home rule charter of each municipality. The town was established and built as the base village to Vail Ski Resort. Vail's average elevation is 8,150 feet above sea level and the town has a total area of 4.5 square miles. Gore Creek flows from east to west through the center of the town. Vail is modeled on European ski towns, many of which are car-free, and the town is partially pedestrianized. |
| Boundaries | The Town limits of the Town of Vail, CO. |
| Primary Access | Interstate 70: 4-6 lane interstate highway. |
| Surrounding Uses | North: Interstate 70 <br> South: MF Residential/ Mixed-Use Property <br> East: Public Parking Garage <br> West: MF Residential/ Mixed-Use Property |
| | The subject property is located within the town of Vail, Eagle County, Colorado. The subject's immediate area is primarily comprised of commercial development clustered around Interstate 70. These uses primarily consist of mixed-use properties and multi-family residential properties. The subject is located proximate to the Vail Ski Resort and is also adjacent to the Vail Transportation Center and the Colorado Snowsports Museum and Hall of Fame. Retail uses are interspersed throughout the area. |
| | The neighborhood is primarily made up of protected national parks and natural forests, with single family residential development peppered throughout. The subject is surrounded by mountains on all sides with Bald Mountain to the north, Battle Mountain to the south, Red Peak and Keller Mountain to the east and Red and White Mountain to the West. |

| Neighborhood Composition | Predominant Use Types | Residential | Average to excellent condition |
|---|---|---|---|
| | | Parks and Open Space | N/A |
| | Secondary Use Types | Retail | Average to good condition |
| | Limited Use Types | Office | Average condition |

BBG

CRC 000703

| GENERAL OVERVIEW – CONTINUED |
|---|

| | |
|---|---|
| Neighborhood Land Use Trends | • Single and multi-family homes are located along Interstate 70. The highest concentration of residential development consists of newer mixed-use properties with residential units and retail units available for sale and for rent. |
| | • Office uses within the neighborhood are limited to professional practices, real estate and small business uses. These office uses vary in size and appear to be predominantly constructed in the 1980s and 1990s. |
| | • **Vail Golf & Nordic Center**<br>Highlighted by views of the Gore Mountain Range, featuring a mountain-style 18-hole course. The course consists of 6,766 yards of golf from the longest tees for a par of 71. The course was recognized by Golf Digest as a "Top 100 Resort Course." The Vail Golf Club also includes a full-length driving range, large practice putting green, chipping and sand practice area, and video swing analysis. Throughout the winter months, the Nordic Clubhouse serves as a community attribute. The Nordic Center offers 17 kilometers of groomed ski track and 10 kilometers of separate snowshoe trails. The center recently began featuring fat tire bike snow trails, a winter biking activity. Nordic Center users can enjoy on-site rentals for skate and classic skiing, fat-tire bikes and helmets, plus backcountry skis and snowshoes; daily lessons for classic and skate skiing; a full-service retail shop; and a brand-new Nordic lodge area. |
| | • **Vail Recreation District**<br>Outlets for competition in summer and winter via a running and a mountain bike race series, and numerous tournaments and/or leagues for hockey, volleyball, lacrosse, softball, golf, tennis, soccer, flag football, broomball, figure skating and rugby. Venues like Dobson Ice Arena, Vail Golf Club, Vail Nordic Center, Vail Gymnastics Center, Vail Nature Center, Vail Skatepark, Vail Tennis Center, Community Programming Room, Vail's Imagination Station, and use of additional gyms, playing fields and the surrounding White River National Forest via collaboration with local entities. Sports classes and camps for youth, adults and families. Opportunities to learn about and appreciate the Rocky Mountain environment through guided activities, classes and camps. |
| | • **Colorado Ski & Snowboard Museum**<br>A trove of ski history and heritage. The museum features 6 galleries displaying artifacts, narratives, and film documentaries that entertain and educate visitors of all ages. Featured topics include the famed 10th Mountain Division training for World War II at Camp Hale, Spirit of Americans in the Winter Olympics, Skiing and Snowboard History, Vail's first 50 years, and the Hall of Fame. The Museum Store carries a wide variety of unique vintage ski souvenirs and gifts. |
| | • **Vail Ski Resort**<br>Located just 0.2 mile south of the subject and provides a large demand for hospitality. The ski resort first opened in 1962 and is currently owned and operated by Vail Resorts, which also operates three other ski resorts in the state. The ski resort is located on Vail Mountain which has three sections: The Front-Side, Blue Sky Basin, and the Back Bowls. The mountain has the fourth-largest skiable terrain in North America. |
| Life Cycle Phase | **Stability:** The neighborhood is a favorable vacation destination that is easily accessible, making it a desirable place to live and do business. However, a lack of developable land will prevent the neighborhood from growing at a rate similar to the remainder of Eagle County. |
| Utilities/Municipal Services | Typical municipal services available throughout neighborhood. Some areas, however, are serviced by well and septic. |
| Conclusion | The neighborhood has good access to the interstate and is driven primarily by year-round tourist activities. Overall, the neighborhood has strong supporting uses to match tourist demand and is considered desirable for a variety of leisure uses. |

## NEIGHBORHOOD DEMOGRAPHICS

| COMPARATIVE DEMOGRAPHIC ANALYSIS FOR PRIMARY TRADE AREA | | | |
| --- | --- | --- | --- |
| Description | 1 Mile Radius Totals | 3 Mile Radius Totals | 5 Mile Radius Totals |
| **Population** | | | |
| 2024 Projection | 734 | 3,903 | 6,793 |
| 2019 Estimate | 701 | 3,820 | 6,606 |
| 2010 Census | 655 | 3,804 | 6,478 |
| 2000 Census | 652 | 3,870 | 6,166 |
| 2019 Est. Median Age | 42.89 | 39.26 | 40.33 |
| 2019 Est. Average Age | 45.14 | 42.01 | 42.43 |
| **Households** | | | |
| 2024 Projection | 380 | 1,953 | 3,368 |
| 2019 Estimate | 359 | 1,887 | 3,241 |
| 2010 Census | 324 | 1,814 | 3,084 |
| 2000 Census | 323 | 1,832 | 2,771 |
| **2019 Est. Average Household Size** | 1.95 | 2.03 | 2.04 |
| **2019 Est. Households by Household Income** | | | |
| Income Less than $15,000 | 5.3 | 3.2 | 3.7 |
| Income $15,000 - $24,999 | 6.7 | 7.6 | 7.1 |
| Income $25,000 - $34,999 | 5.6 | 4.9 | 5.8 |
| Income $35,000 - $49,999 | 14.2 | 9.6 | 11.9 |
| Income $50,000 - $74,999 | 16.7 | 16.7 | 17.8 |
| Income $75,000 - $99,999 | 14.5 | 16.5 | 15.3 |
| Income $100,000 - $124,999 | 12.0 | 15.1 | 14.3 |
| Income $125,000 - $149,999 | 6.1 | 8.7 | 8.2 |
| Income $150,000 - $199,999 | 7.8 | 5.8 | 5.8 |
| Income $200,000 - $249,999 | 3.9 | 3.7 | 3.5 |
| Income $250,000 - $499,999 | 5.3 | 5.1 | 4.4 |
| Income $500,000 and more | 2.2 | 2.9 | 2.3 |
| **2019 Est. Average Household Income** | $107,296 | $113,991 | $106,307 |
| **2019 Est. Median Household Income** | $77,693 | $86,755 | $80,649 |
| **2019 Est. Tenure of Occupied Housing Units** | | | |
| Owner Occupied | 50.1 | 47.6 | 49.6 |
| Renter Occupied | 49.9 | 52.4 | 50.5 |
| **2019 Est. Median All Owner-Occupied Housing Value** | $724,845 | $684,811 | $614,922 |

SOLARIS RESIDENCES APPRAISAL

**BBG**

**NEIGHBORHOOD MAP**



**BBG**

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

CRC 000706

# SITE DESCRIPTION

## INTRODUCTION

The description of the site is based upon our physical inspection of the property, information available from the client, and public sources. See the *Data Sources Used Within This Appraisal* table in the Scope of Work section for more detail. more detail. Please note that the following describes the entire condominium park/complex site, unless otherwise noted.

| GENERAL DESCRIPTION OVERVIEW | |
|---|---|
| Location (Entire Complex) | The subject site is located in the southeast quadrant of the Vail Road and Interstate 70 interchange in Vail Village within the City of Vail, Eagle County, Colorado. |
| Parcel Numbers | See Addenda |
| Legal Description | See Addenda |
| Site Area- Entire Parcel* | 115,086 SF (2.64 acres) – In common |
| | *The subject are condominium units with land in-common |
| Configuration | Irregular |
| Topography | Sloping North to South |
| Drainage | Appears adequate |
| Floodplain | According to National Flood Insurance Rate Map Community Panel No. 08037C0469D (December 4, 2007), the subject property lies within FEMA Zone X: Areas determined to be outside the 500-year flood plain. |
| Latitude Longitude | 39.64267, -106.37556 |
| Soil/Subsoil Conditions | We did not receive nor review a soil report. However, we assume that the soil's load-bearing capacity is sufficient to support existing and/or proposed structure(s). We did not observe any evidence to the contrary during our physical inspection of the property. |
| Environmental Concerns | No unusual conditions observed. No studies provided. Site is assumed to be free of any environmental concerns. |
| Hazards/Nuisances | None known |
| Utilities & Municipal Services | Typical services are provided to the site. |

BBG

CRC 000707

## GENERAL DESCRIPTION OVERVIEW CONTINUED

| | |
|---|---|
| **Frontage** | ~440' along South Frontage Road East (north) |
| | ~450' along East Meadow Drive (south) |
| | ~235' along Village Centre Drive (east) |
| | See Plat Map in Addenda for more details. |
| **Access** | The entire subdivision is accessible via Village Centre Drive. |
| **Visibility** | The entire site has unobstructed visibility from South Frontage Drive East, as primary thoroughfare that accesses areas within Vail, as well as Interstate 70. East Meadow Drive, which serves as the south boundary of the site, is a pedestrian mall that does not allow any motorized vehicles, other than buses and service hauling trucks |
| **Surrounding Land Uses** | **North:** Interstate 70/ Parks and Open Space |
| **(Beyond Entire Subdivision)** | **South:** MF Residential/ Mixed-Use Property |
| | **East:** Colorado Snowsports Museum and Hall of Fame |
| | **West:** MF Residential/ Mixed-Use Property |
| **Traffic Counts** | 26,000 VPD along Interstate 70, per CDOT |
| **Comments** | The site is located within Vail Village, a highly desirable commercial and residential area for tourists and is within walking distance to the Vail Village ski lifts/gondola. The site also has good access to Interstate 70 and is proximate to a public parking garage to the east. |

## ZONING

| | |
|---|---|
| **Designation** | SDD #39, Town of Vail |
| **Description** | Special Development District #39 |
| **Zoning Intent** | The purpose of the special development district is to encourage flexibility and creativity in the development of land in order to promote its most appropriate use; to improve the design character and quality of the new development with the town; to facilitate the adequate and economical provision of streets and utilities; to preserve the natural and scenic features of open space areas; and to further the overall goals of the community as stated in the Vail Comprehensive Plan. An approved development plan for a special development district, in conjunction with the property's underlying zone district, shall establish the requirements for guiding development and uses of property included in the special development district. |
| **Compliance** | The subject is a legal conforming use in this district. |

## ZONING REQUIREMENTS

| | |
|---|---|
| **Permitted Uses** | Per our conversation with Erik Gates of the Town of Vail Community Planning Department, uses permitted in Special Development District #39 are those listed in the Commercial Service Center zone district in the Town of Vail. While this zone district does not allow residential condominium units as a permitted use, Ordinance No. 20 of the Town of Vail states that the Vail Town Council has found that an amendment to Special Development District #39 to allow a maximum of 79 dwelling units complies with the design criteria prescribed in the Town of Vail Town Code. |
| **Comments** | All 17 units within the complex are considered to be legally conforming uses. Each unit is suitable for one owner-occupied single family unit. |
| | All 17 units are part of the "The Residences at Solaris-Vail Condominiums". The condominium declaration was recorded in April 2010. The individual units were constructed/designed for separate ownership and the common elements were designed for ownership in common by the owners of the condominium units. |

**BBG**

**AERIAL MAP**



**ASSESSOR MAP**



SOLARIS RESIDENCES APPRAISAL

**BBG**

CRC 000709

## FLOOD MAP



## ZONING MAP



**BBG**

# IMPROVEMENTS DESCRIPTION

## INTRODUCTION – ENTIRE COMPLEX

The following description is from the Solaris website describes the residential units:

*Solaris Residences has established itself as Vail's premier address, providing luxurious amenities, convenient mountain access and panoramic mountain views. The 79 residential units marry five-star service with a private in-home setting and deliver a level of finish quality unmatched in the Rocky Mountains. Solaris offers exclusive amenities such as an indoor pool, hot tub, fitness center, private spa treatment facilities and 24-hour concierge services. Each residence comes with its own ski locker at Gondola One.*

The following description is from the Solaris website describes the 1st floor and 2nd floor commercial units/amenities that includes approximately 60,000 SF of commercial space:

*The Shops at Solaris are comprised of 20 storefronts, as well as Cinebistro, our fully digital, 3-screen movie theater with full dining service. Solaris also boasts Bol, our luxurious VIP bowline lanes, which also houses a restaurant and bar with a menu that is not at all typical of your average bowling alley. Adjacent to the lobby of the residences is Matsuhisa restaurant, part of the internationally fames Nobu family of restaurants. The Shops at Solaris is also host to a variety of art galleries, retail stores, real estate offices, and a coffee shop. This property wraps around a large public plaza that is home to Vail Village's only ice-skating rink and public lawn (summer) making Solaris the true CENTER of Vail.*

## INTRODUCTION – SUBJECT PROPERTY

The subject property consists of 17 residential condominium units within the larger Solaris mixed-use commercial/residential complex in Vail Village. The 17 units vary in size, bedroom/bathroom count, views, and location within the 9-story building. Each unit has a modern kitchen with high-end appliances, a living room/family room that has a gas fireplace, and a washer/dryer. All things being equal, the mountain view (south or west) sell at a higher price per square foot of living area. The entire complex completed construction in 2010 and is in good condition and is of a good to excellent construction quality.

## INDIVIDUAL UNITS

The table below summarizes the different features of each unit that comprise the subject property. Please refer to each of the subject's floorplans, which are located in the Addenda.

**All 17 Units (North/Highway and Mountain Views)**

| | | | | | # Bath | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Improvement Information - "As Is"** | | | | | | | | | |
| Unit # | Floor | GLA (SF) | # Bed | Den | Full | Half | Balcony/Deck/ Patio | Deck/Patio SF | Views |
| 2A South* | 2 | 2,021 | 3 | 0 | 3 | 1 | Yes | 781 (wrap-around) | Mtn (South, West, & East) |
| 3E East | 3 | 1,655 | 2 | 1 | 2 | 1 | Yes | 171 | North (Hwy) |
| 4D East* | 4 | 2,813 | 4 | 1 | 5 | 0 | Yes | 185 | Mtn views |
| 4G West* | 4 | 2,567 | 3 | 0 | 4 | 0 | Yes | 54 & 269 (terrace) | Mtn (Primarily west) |
| 5C West | 5 | 1,715 | 2 | 1 | 3 | 0 | Yes | 105 | North (Hwy) |
| 5E West | 5 | 1,741 | 2 | 1 | 3 | 0 | Yes | 45 | North (Hwy) |
| 5G West* | 5 | 2,590 | 3 | 0 | 4 | 0 | Yes | 60 | Mtn (Primarily west) |
| 6C West | 6 | 1,723 | 2 | 1 | 3 | 0 | Yes | 108 | North (Hwy) |
| 6D East* | 6 | 2,815 | 4 | 1 | 4 | 1 | Yes | 199 | Mtn views |
| 6E East | 6 | 1,734 | 2 | 1 | 3 | 0 | Yes | 52 | North (Hwy) |
| 7E East | 7 | 1,970 | 2 | 1 | 2 | 1 | Yes | 112 | North (Hwy) |
| 7E West | 7 | 2,268 | 3 | 1 | 3 | 1 | Yes | 112 | North (Hwy) |
| PHC East | 7 | 1,179 | 2 | 0 | 2 | 1 | Yes | 73 | North (Hwy) |
| PHC West | 7 | 1,183 | 2 | 0 | 2 | 1 | Yes | 73 | North (Hwy) |
| PHE East | 8 | 1,373 | 1 | 1 | 2 | 0 | No | None | North (Hwy) |
| PHE West | 8 | 1,354 | 1 | 1 | 2 | 0 | No | None | North (Hwy) |
| PHG West* | 7 | 1,846 | 2 | 1 | 3 | 0 | No | None | Mtn (South & West) |
| **Total (17 Units)** | | 32,547 | | | | | | | 6 Mtn views; 11 Hwy views |
| **Average** | | 1,915 | | | | | | | |

*Mountain Views

## BUILDING ELEVATIONS

The following shows artist's rendering of Solaris Residences. We have highlighted the subject's individual units in red.





BBG



**South Elevation**



**South Elevation**



**North Elevation**



**Primary Entrance along North Elevation**

BBG

CRC 000715

## TYPICAL INTERIOR FINISHES OF SUBJECT UNITS

The subject's units vary in terms of gross living area, bedroom/bathroom counts, views, presence and size of patio/balconies, and location within the building (by floor). However, in general, all of the units are in good condition and have high-end interior finishes in terms of floor coverings, lighting, cabinetry, appliances, and countertops. All 17 units are well furnished and most units within the subject complex that are sold include the interior furnishings. Each unit has one gas fireplace and is equipped with a washer and dryer unit. There is an underground, heated parking garage (total of 320 parking spaces) and at least one parking space has been deeded to each unit.

The following pages have numerous pictures that illustrate the typical unit finish as well as common area finishes/amenities. The photographs are from February 20, 2019, when we inspected the property.



**Typical Living and Dining Areas**



**Typical Living and Dining Areas**

BBG

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

CRC 000717



**Typical Penthouse Living and Dining Areas**



**Typical Living and Dining Areas**

SOLARIS RESIDENCES APPRAISAL

**BBG**



**Typical Kitchen**



**Typical Kitchen**

**BBG**

CRC 000719



**Typical Bedroom**



**Typical Bedroom**

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

CRC 000720



**Typical Bathroom**



**Typical Bathroom/Tub**

BBG

CRC 000721



**Stackable Washer/Dryer in Unit**



**Interior Hallway in Unit**

BBG

CRC 000722



**Typical Deck/ Balcony**



**Wrap-Around Balcony (Unit 2A South)**

SOLARIS RESIDENCES APPRAISAL

**BBG**

CRC 000723



**Typical Mountain (West) View**



**Typical Ski Slope Mountain (South) View**

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

CRC 000724



**Typical North (I-70 Highway) View**



**Typical North (I-70 Highway)/Frontage Road View**

BBG

CRC 000725

## COMMON AREA/BUILDING AMENITIES PHOTOGRAPHS



**Ice Rink (south of building)**



**Restaurant**

SOLARIS RESIDENCES APPRAISAL

**BBG**



**Atrium/Foyer**



**Hallway Corridor**

BBG

CRC 000727



**Indoor Pool**



**Hot Tub**

**BBG**

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

CRC 000728



**Fitness Center**



**Fitness Center**

SOLARIS RESIDENCES APPRAISAL

**BBG**



**Parking Garage Entrance**



**Parking Garage**

BBG

CRC 000730

# PROPERTY TAX ANALYSIS

## PROPERTY TAXES AND ASSESSMENT DATA

The State of Colorado has one system that is applicable for all counties concerning the assessment of real estate property taxes. There are specific appraisal tax districts that are segregated by county for assessing the real estate that is located within each particular county. Tax rates are established by each county's taxing jurisdiction.

Typically, the county assessor's actual value is based on the mass appraisal process. This technique is based more on statistical probability and does not focus on individual property characteristics. Therefore, there is frequently a difference between the assessor's estimate of actual value and the appraiser's estimate of market value for any particular property.

The county assessor determines actual values on January 1st of each year. Taxes for that year are due and payable by April 30th of the next year. An owner may elect to pay the taxes in two halves. The first half is due on February 18th and the second on June 15th. Year 2019 taxes are due in 2020.

The Colorado Constitution specifies different assessment ratios for commercial and residential improvements. The residential assessment ratio is variable and can be changed every other year by the state legislature according to a formula specified by the constitution. The assessment ratio for residential properties is 7.20% for 2018 and 7.20% for 2019. The assessment ratio for all other taxable property, including commercial real estate, is a constant 29%. It may be changed only by amendment to the constitution.

A tax table containing historical tax data for each unit has been included in the Addenda of this report. The tax table below (which includes some rounding) summarizes the total tax liability of all 17 units involved in this appraisal:

| REAL ESTATE ASSESSMENT AND TAXES (All 17 Units) | | |
|---|---|---|
| Tax ID No. | | 2018 Payable 2019 |
| All Parcels (All 17) | | $64,435,930 |
| Tax Value Subtotal | | $64,435,930 |
| Assessed Value @ | 7.20% | $4,639,410 |
| General Tax Rate | | 116.8890 |
| **Property Taxes** | per $1,000 | **$529,075** |
| Special/Direct Assessments | | $0 |
| **Total Taxes** | | **$529,075** |
| **Total GLA (SF)** | | **32,547** |
| **Total Units** | | **17** |
| **Total Taxes PSF** | | **$16.26** |
| **Total Taxes Per Unit** | | **$31,122** |

We note that these taxes have been paid for year 2019. Based on a slight adjustment in the 2019 actual/assessed values, and utilizing the last know mil levy (year 2018), the estimated 2019 taxes, payable in year 2020, is **$542,296 (all 17 units), or $31,900 per unit.** Please refer to the tax table in the Addenda for actual and projected taxes for the subject units.

Assessor's actual value estimates frequently differ from appraised values. One reason for discrepancies is that assessor valuations typically lag behind current market estimates by a significant amount of time, and another is that assessor valuations are based on a mass appraisal process rather than analysis of individual properties. While significant differences between actual values and appraised values may indicate the need for reassessment, we are not qualified to speculate on whether reassessment will occur or whether such reassessment would result in revised actual value estimates.

BBG

# RESIDENTIAL MARKET ANALYSIS

## VAIL VALLEY RESIDENTIAL MARKET YEAR-END 2018

The following data pertains to the overall performance of the Vail Valley Residential Market, encompassing most of Eagle County's jurisdictions, such as Vail Village/ Lionshead, Beaver Creek, Eagle-Vail, etc. Residential Market.

### RESIDENTIAL BUILDING PERMITS

The Eagle County Residential Market added less single-family and multi-family permits in year 2018 when compared to 2017. There were 30 single-family permits issued and 21 multi-family permits issued during 2018. In 2017, there were 35 single-family permits issued and 34 multi-family permits issued. It needs to be noted that multi-family includes condos, townhomes, and apartment units.



### SALES VOLUME - UNITS SOLD

Single-family and multi-family homes sold in year 2018 was a decrease from 2017. Vail Valley recorded 1,476 sales during 2018, down from 1,530 in 2017. The graph below illustrates the trend.



SOLARIS RESIDENCES APPRAISAL

BBG

## SALES VOLUME - DOLLARS

Sales volume of single-family and multi-family homes saw an all-time high in 2018 in terms of total dollar value. Vail Valley recorded a sales volume of $1,766,933,374 sales during 2018, an increase from $1,612,002,861 in 2017. The graph below illustrates the trend.



## MEDIAN SALES PRICE

Median sales price for year 2018 also saw an all-time high. Vail Valley had a median sale price of $1,197,109 per home, an increase from $1,053,597 per home in 2017. The graph below illustrates the trend.



The following data pertains to the performance of the **Vail Valley Luxury Residential Market**, encompassing most of Eagle County jurisdictions. The data represents only transactions of luxury units, similar to the units involved in this appraisal.

## SALES VOLUME - UNITS SOLD

Luxury residential transactions that sold in year 2018 was an increase from 2017. Vail Valley recorded 67 sales during 2018, up from 56 in 2017. The graph below illustrates the trend.



SOLARIS RESIDENCES APPRAISAL

BBG

### SALES VOLUME - DOLLARS

Sales volume of single-family and multi-family homes saw an all-time high in 2018 in terms of total dollar value. The Vail Valley recorded luxury sales volume of $510,459,250 sales during 2018, up from $399,371,000 in 2017. The graph below illustrates the trend.



### MEDIAN SALES PRICE

Median sales price for year 2018 also saw an increase in 2018 when compared to 2017. The Vail Valley had a median sale price for luxury homes of $7,618,795 per home, an increase from $7,131,625 per home in 2017. The graph below illustrates the trend.



### VAIL VALLEY RESIDENTIAL MARKET CONCLUSION

As of year-end 2018, the Vail Valley Residential Market was exhibiting positive movement in most major metrics. It had increased sales volume (in dollars) and increased median sale prices, and the luxury segment saw increases in sales volume (in dollar and units sold) and an median sale price. However, the total units sold in Vail Valley decreased from the 2017 to 2018. This metric should be monitored more closely moving forward.

**BBG**

CRC 000735

# VAIL VILLAGE/ LIONSHEAD RESIDENTIAL SUB-MARKET YEAR-END 2018

## RESIDENTIAL BUILDING PERMITS

There was no available data for building permits issued within the Vail Village/ Lionshead Residential Market.

## SALES VOLUME

Sales volume of single-family homes in year 2018 was an increase from 2017. Single-family homes recorded 12 sales during 2018, up from 5 in 2017, while condo/townhomes reported 90 units sold during 2018, which was also an increase from the prior year. Condo/townhomes reported 73 units sold in 2017. The graphs below illustrate the trends.



## MEDIAN SALES PRICES

Median prices for single-family homes saw a decline during 2018, while the condo/townhomes price was remained relatively flat since 2017. Single-family homes reported $9,525,000 per home, and condo/townhomes recorded an all-time high price of $2,190,000 per unit.



**BBG**

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

CRC 000736

## MARKETING TIME

Single-family homes recorded an average of 219 days on the market before completing a sale, a significant decrease from the 423 days recorded at year-end 2017, and condo/townhome units reported an average of 260 days on the market before a completed sale, a decrease from the 321 days recorded at year-end 2017.  The following graph illustrates marketing trends from 2014 through 2018.



**Average Days on Market**

## VAIL VILLAGE/ LIONSHEAD RESIDENTIAL MARKET CONCLUSION

As of year-end 2018, the Vail Village/ Lionshead Residential Market appears to remain strong, as it had stable to slightly rising sales price for single-family and multi-family homes, and saw decreases in average time on market for both unit types. Overall, the Vail Village/ Lionshead Residential Market continues to be in an expansion phase of the market.

**BBG**

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

CRC 000737

# HIGHEST AND BEST USE

## INTRODUCTION

The highest and best use is the reasonable, probable, and legal use of vacant land or an improved property that is physically possible, legally permissible, appropriately supported, financially feasible and that results in the highest value. These criteria are often considered sequentially. The tests of legal permissibility and physical possibility must be applied before the remaining tests of financial feasibility and maximal productivity. A financially feasible use is precluded if it is legally prohibited or physically impossible. If a reasonable possibility exists that one of the prior, unacceptable conditions can be changed, is it appropriate to proceed with the analysis with such an assumption.

## HIGHEST AND BEST USE CRITERIA

The site's highest and best use is analyzed both as vacant and as improved, and if improvements are proposed then an as proposed analysis is required. In all cases, the property's highest and best use must meet four criteria: (1) legally permissible; (2) physically possible; (3) financially feasible; and (4) maximally productive.

## AS IF VACANT

The subject is comprised of 17 residential condominiums within a larger retail/residential mixed-use condominium development known as Solaris Residences. The possibility of redevelopment is precluded by the existence of condominium declarations and covenants. Therefore, we do not consider an "As If Vacant" scenario.

## AS IMPROVED

### LEGALLY

The subject is comprised of 17 separate legal residential condominiums within a larger mixed-use retail/residential building known as Solaris. The unit and condominium complex are zoned Special Development District 39 by the Town of Vail. Per an approved Ordinance 20, residential units are allowed in this district. Based on a preliminary review of the zoning code and all approved ordinances and the review of the established condominium documents, the subject's 17 residential condominium units are an allowed use.

### PHYSICALLY

The subject consists of 17 residential condominium units within a larger mixed-use commercial/residential complex known as Solaris. The 17 residential units vary in size, number of bathrooms/bedrooms, the presence of patios/balconies, and views. The 17 units are scattered throughout the 8-story building and are accessible via an interior hallway. Six of the units have southerly or westerly views of the mountains and buildings within Vail Village, while the balance of the units has northerly views of the Interstate 70 corridor.

The complex has several "private" amenities that are strictly available to the homeowners. These amenities include an indoor swimming pool, hot tub, and fitness center. All 17 units are in good condition and have above-average interior finishes (e.g. cabinetry, floor coverings, hardware, lighting, etc.) and are equipped with high-end furnishings. Each unit has one gas fireplace and is equipped with a washer and dryer as well as high-end kitchen appliances. Three of the units have vaulted ceilings and additional windows to allow a greater amount of natural light into the unit.

Depending on unit location within the building (e.g. north views vs. south views; floor/story location), living area size, and the number of bathrooms, the condominium units have a price/value range from approximately $2,000,000 to $7,000,000, each.

SOLARIS RESIDENCES APPRAISAL

BBG

CRC 000738

## FINANCIALLY

Financially, comparisons of potential rental rates/operating expenses and/or sale prices indicate that the subject property would provide a positive return on investment if were developed with the allowable uses at this time.

Although the subject's 17 residential condominium units are available for purchase, for several years they have been marketed and utilized as high-end weekly/monthly vacation rentals. We analyzed several years of profit and loss statements of the subject's 17 units as vacation rentals. Typically, the net income after accounting for all expenses which include HOA dues, interior maintenance and repair, management fees, real estate taxes, utilities, and credit card fees, ranges from $100,000 to $400,000, rounded. Assuming a 4% capitalization rate, the indicated value of the property while continuing to utilize as a high-end residential vacation project would be approximately $10,000,000.

As will be illustrated in the analysis that follows, the use that will result in the greatest value of the subject property is to actively market the units for sale, while collecting interim income via vacation rentals during the marketing period. The sales analyzed indicate that the highest value of the property is based on similar types of residential condominiums that are similar in location, surrounding uses, quality/condition, property amenities, interior finishes, views, etc.

## MAXIMALLY PRODUCTIVE

Maximally, all the prior considerations and surrounding uses indicate the highest and best use of the subject's units are to sell-out the residential condominium units to owner-users or other investors.

SOLARIS RESIDENCES APPRAISAL

BBG

CRC 000739

# VALUATION PROCESS

Valuation in the appraisal process generally involves three techniques, including the Cost Approach, Sales Comparison Approach and the Income Approach.

These three valuation methods are defined in the following table:

| VALUATION METHODS | DEFINITION |
|---|---|
| Cost Approach | In this approach, value is based on adding the contributing value of any improvements (after deductions for accrued depreciation) to the value of the land as if it were vacant based on its highest and best use. If the interest appraised is other than fee simple, additional adjustments may be necessary for non-realty interest and/or the impact of existing leases or contracts.[1] |
| Sales Comparison Approach | In this approach, recent sales of similar properties in the marketplace are compared directly to the subject property. This comparison is typically accomplished by extracting "units of comparison", for example, price per square foot, and then analyzing these units of comparison for differences between each comparable and the subject. The reliability of an indication found by this method depends on the quality of the comparable data found in the marketplace. |
| Income Approach | In this approach, a property is viewed through the eyes of a typical investor, whose primary objective is to earn a profit on the investment principally through the receipt of expected income generated from operations and the ultimate resale of the property at the end of a holding period. |

BBG

CRC 000740

## VALUATION METHODS UTILIZED

**Summary:**

The subject property consists of 17 high-end residential condominium units within a larger residential complex. The units vary slightly in gross living area, number of bedroom/bathroom counts, and views.

**Most Probable Purchaser – Individual Units**

Comparable sales and market participant interviews indicate that the most probable purchaser of the subject's individual units are owner-occupants. Given a review of rental rates and capitalization rates (see *Highest and Best Use*), the individual units' values are maximized if sold to home buyers rather than an investor who intends to lease the units. Thus, it is our opinion that the most probable purchasers of the individual units are owner-users.

**Most Probable Purchaser – Bulk Value**

The most probable purchaser of the subject units in bulk is an investor/developer with a history of selling out residential projects.

BBG, Inc. has gathered and analyzed data as necessary to complete traditional approaches to value as needed to conclude a credible valuation of the subject property. By utilizing the most relevant appraisal approaches for the property in question, the efforts of the appraisers are focused on the data gathering and analysis most pertinent to the property being appraised.

**Individual Residential Condominiums**

The Sales Comparison Approach is the primary approach for owner users. The most probable purchaser of the subject's individual homes would analyze comparable sales in making a purchase decision, and an adequate number of sales are available to provide a meaningful indication of value. Therefore, the Sales Comparison Approach is the most relevant methodology for valuing the individual single-family residence model types.

Due to the age of the building, it is difficult to accurately form an opinion of deprecation. In addition, the subject units are part of a larger residential condominium complex. It has undivided common interest in public areas, parking, and site improvements. Allocation of these interests in a valuation method is problematic and can ultimately be misleading. Therefore, the Cost Approach is not an applicable method.

**Bulk Value of Residential Condominiums (All 17 Units)**

To determine the bulk value of multiple residential condominiums, the subdivision method is useful, whereby the average estimated retail home price is utilized as a component of a discounted cash flow analysis. The average home price of all units is determined (via Sales Comparison Approach); a sell-out period is projected, development and/or holding costs are deducted, and the expected net proceeds are discounted to a present value using a discount rate that provides an investor with an adequate return on investment.

Due to the lack of sales of residential condominiums that sold in bulk in Vail to one purchaser, the Sales Comparison Approach was not applicable to estimate the bulk value of the residences.

BBG

# SALES COMPARISON APPROACH – INDIVIDUAL CONDO UNITS

## METHODOLOGY

In the Sales Comparison Approach, we developed an opinion of value by comparing similar, recently sold units in the surrounding or competing area to the subject property. To determine the value of the subject property, these comparable sales and/or listings are then evaluated and adjusted based on their differences when compared to the subject property. Inherent in this approach is the principle of substitution, which states that when a property is replaceable in the market, its value tends to be set at the cost of acquiring an equally desirable substitute property, assuming that no costly delay is encountered in making the substitution.

The Sales Comparison Approach to value requires the following sequential steps:

| | |
|---|---|
| **Unit of Comparison** | The most widely used and market-oriented unit of comparison for properties with characteristics similar to those of the subject is sale price per square foot. |
| **Search for Sales** | Research must be done to locate comparable sales, listings and contracts of sites that are similar to the subject. Similarities may include size, utility, zoning, physical characteristics, location and the date of the sale. |
| **Confirmation** | All sales must be confirmed to verify that the data used is accurate, and that all of the sales, listings or contracts represent arm's-length transactions. |
| **Comparison** | Each of the sales that are chosen for this valuation is considered generally similar to the subject. Therefore, each difference between the comparables and the subject must be identified, and then adjusted for the various differences. All adjustments are made to the comparables as they relate to the subject property. |
| **Reconciliation** | Once all of the comparables have been adjusted, a single-value must be concluded based on the indications produced from the analysis of the comparables. |

## UNIT OF COMPARISON

The units of comparison are a physical or economic measure that can be divided into a property's price to provide a more standardized comparison of the properties. The measure should be one that accounts for differences in the price typically paid for the type of property being appraised. For this analysis, we rely on a value/price per square foot of gross living area (GLA), which is typically used for improved residential products.

BBG

CRC 000742

## SALE OF THE SUBJECT PROPERTY

The best evidence of value is often a recent sale or contract to purchase the subject's residential condominiums. None of the subject's 17 units have sold within a 3 year period.

Two of the subject units (Penthouse C – East; Penthouse G – West) were previously listed for sale by Solaris Real Estate. The details of the listings are presented below. According to the current property ownership, there was some interest in the units in terms of phone call inquiries, open house showings, and individual private showings. However, there were no offers for either of the units. The listing agreement expired in March 2019 and we are unaware that these two units are currently listed for sale.

### Previous Listings

| Subject Listings | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unit # | Floor | GLA (SF) | # Bed | # Den | # Bath Full | # Bath Partial | Deck/ Patio | Comments | List Price | $/PSF |
| PHC -E | 7 | 1,176 | 2 | 0 | 2 | 1 | No | Hwy view | $2,750,000 | $2,338 |
| PHG - W | 7 | 1,771 | 2 | 1 | 3 | 0 | No | Mtn. & west views | $4,850,000 | $2,739 |

### Current Listings

There are four units that are currently available for sale, as illustrated in the table below. Per the real estate broker, David Adkins, the listings were rolled out at the end of the ski season, which is not ideal given that there is less visibility to the market given less people in Vail. The broker stated that he would expect the individual units could possibly sell at approximately 5% to 10% less than the list price.

| SUBJECT UNITS - LISTINGS | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Floor | GLA (SF) | # Bed | # Den | # Bath Full | # Bath Partial | Deck/Patio | Deck/Patio SF | Comments | List Date (Approx.) | List Price | $/PSF | MLS # | Broker |
| 4DE | 4 | 2,813 | 4 | 1 | 5 | 0 | Yes | 185 | Mtn views | Apr-19 | $7,250,000 | $2,577 | 934792 | Slifer Adkins |
| 5GW | 5 | 2,590 | 3 | 0 | 4 | 0 | Yes | 60 | Mtn (west view) | Apr-19 | $5,950,000 | $2,297 | 934802 | Slifer Adkins |
| 7EE | 7 | 1,970 | 2 | 1 | 2 | 1 | Yes | 112 | Hwy view | Apr-19 | $3,250,000 | $1,650 | 934805 | Slifer Adkins |
| 7EW | 7 | 2,268 | 3 | 1 | 3 | 1 | Yes | 112 | Hwy view | Apr-19 | $3,750,000 | $1,653 | 934804 | Slifer Adkins |

We would expect these four units will sell at less than the list price given the lack of offers. In addition, there is strong support in the immediate market that most condominium units in Vail are selling at below the advertised list price, including the subject complex.

We note that there are several other residential condominium units in the subject building that do not comprise the subject property that are listed for sale, which could influence absorption rates when valuing the subject's 17 units in bulk.

## SEARCH FOR SALES

Using third party data sources of MLS, assessor's office data, developer's sales data, and a visual inspection of the neighborhood for listings, we searched for the most recent sales and listings of similar residential condominiums within Vail that have sold recently that are similar to the subject in property amenities, unit size, year of construction/condition, views, immediate surrounding uses, etc. When possible, we tried to primarily utilize and analyze those residential condominium units within the subject building, regardless of the sale date (the oldest sale took place in January 2016). However, due to the lack of sales data, it was necessary to expand our search to include other condominium units in Vail Village and Lionshead Village.

In our prior valuation, we utilized eight consummated residential condominium sales, of which five were in the subject complex. We also utilized one active listing in our analysis, which is also within the subject complex.

We performed an updated search and included one new consummated transaction, which occurred in April 2019, which was a unit that sold in the subject complex. We also note that the prior listing that we analyzed earlier in the year has since had a slight price reduction (from $2,134 PSF GLA to $1,914 PSF GLA or ~ 10% reduction).

Thus, for this analysis, there are a total of eight consummated sales (6 within the subject complex) and one listing (also in the subject complex). Please note that we omitted one sale in Lionshead Village that was utilized in our prior analysis as we ultimately believe the best comparables are those within the subject complex. In the analysis that follows, we will estimate the individual value of each of the subject's 17 residential units. In some cases, several of the subject units were similar in most aspects and therefore, we were able to estimate the per unit value of these units utilizing the same set of comparables. However, at times, it was necessary to utilize a variety of comparables, depending on views, unit size, interior features of the units, etc.

<u>In the analysis that follows, the separate set of analysis/values:</u>
- ➢ 7E East & 7E West (2 units)
- ➢ 3E East, 5E West, 5C West, 6C West, 6E East (5 units)
- ➢ 2A South (1 unit)
- ➢ 4G West & 5G West (2 units)
- ➢ 4D East & 6D East (2 units)
- ➢ PHC East & PHC West (2 units)
- ➢ PHE East & PHE West (2 units)
- ➢ PHG West (1 unit)

The following pages provide a detailed look at the comparables selected, including:

- Comparable sales map
- Spreadsheet summary of all comparables
- Narrative summary
- Comparable sales adjustment summary

**BBG**

## COMPARABLE SALES MAP – RESIDENTIAL CONDOMINIUMS



**Sales 1, 4, 5, 6, 7, & 8 and Listing 1 are located in the Solaris Residences (Subject Complex)**

BBG

CRC 000745

Sales Comparison Approach – Individual Condo Units  60



**Sale 2 – Four Seasons Resort (1 Vail Road, Vail)**



**Sale 3 – Arrabelle @ Vail Square (675 Lionshead Rd., Vail)**

SOLARIS RESIDENCES APPRAISAL

**BBG**



**Sales 1, 4, 5, 6, 7, & 8; Listing 1 – Solaris Residences (Subject Complex)**

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

CRC 000747

## DISCUSSION OF ADJUSTMENTS

### PROPERTY RIGHTS CONVEYED

All the sales utilized in this analysis involved the transfer of the fee simple interest. Therefore, no adjustments were required.

### FINANCIAL TERMS

This category accounts for other factors that may have influenced the sale price, primarily pertaining to seller motivation, such as seller distress (short sale, REO, auction) or buyer motivation, such as an assemblage. All of the comparables were considered similar to the subject and no adjustments were required for this category.

### TERMS & CONDITIONS OF SALE

Adjustments for conditions of sale typically reflect various motivations of the buyer and/or seller. In many situations, the conditions of sale may significantly affect transaction prices. Other than Sale 1, all of the consummated sales were considered similar to the subject in conditions of sale and no adjustments were required for this category.

Sale 1 is a condominium unit that recently sold in the subject complex that was previously owned by the subject property ownership. The owners reported that this unit sold to a third party (e.g. non-related ownership entity), but that the sellers were motivated to sell due to a quick close. They reported that the sale price was slightly discounted as a result. We have decided to include this sale in our analysis since it is a recent transaction and is within the subject complex. However, we have qualitatively adjusted this sale upward to account for the slightly below market price.

In the case of active listings, this adjustment can also capture the disparity between asking prices and the achievable sale price expected by the appraiser or a party to the sale. As such, properties that are listed for sale may require adjustments herein. We were able to confirm the list price and the sale price for nine separate residential condominiums that have sold in the subject building since 2016. All nine condominiums sold at below the list price within a range of 2% to 21%, with an average of 8%. We note that the listing used in our analysis recently had a list price reduction by 10%. Given that the price was recently reduced, we believe it is a little more difficult to quantify the pending price, other than we still believe it is most likely still marketed at a price that is higher than the ultimate sale price. Thus, we have qualitatively adjusted this listing downward.

### EXPENDITURES IMMEDIATELY AFTER SALE

In order to arrive at the effective sale price, the actual sale price of each comparable is adjusted to account for any expenditures planned by the buyer immediately after sale, such as capital expenditures, cost to cure deferred maintenance, or lease-up costs. All of the comparables were considered similar to the subject and no adjustments were required for this category.

CRC 000748

## VIEWS

Specifically, the subject units typically have north views overlooking Interstate 70 or south views overlooking the ski slopes and/or the plaza.  Depending on the configuration within the building, some units have both south and west views, or views in three separate directions: west, south, and east.  Based on list pricing and actual sales data, it is apparent that those residential condominium units that have mountain/ski slope views (e.g. south views) command a higher price point that those units that lack these views.

We spoke to several brokers who are familiar with the subject building and the demand for south facing units are typically greater, but it comes with a price premium.  One broker (George Merritt with Slifer Smith Frampton) stated that the premium for a south view compared to a north view can be quantified at or greater than $1,000,000.  However, the broker stated that some units can even command higher premiums based on the location of the unit in the building by floor and by how many other views (e.g. to the east or west).

In the analysis that follows, we have adjusted those comparables upward or downward in a range of $1,000,000 to $1,500,000 to account for views.  For subject units that have a northern view, we have adjusted the comparables that have southern views downward.  Conversely, for subject units that have a southern view towards the mountain, the comparables that have a north view towards Interstate 70 commands an upward adjustment.  In some cases, we have made a larger adjustment either positively or negatively to the comparable depending on if either the subject unit or the comparable has multiple views (e.g. south, west, and east) or only a westward view, which typically does not command as large of an adjustment as a property that has multiple directional views or views directly to the south towards the mountain.  Please refer to the sales grid for more details.

## MARKET CONDITIONS

The market conditions adjustment accounts for market value changes from the date of the comparable sales, and the valuation date of the subject. Sale prices are influenced by economic market trends and cycles, which have an impact on the demand for real estate.  In determining a market conditions adjustment, we consider several sources including paired sales, broker and investor interviews, county assessment personnel, regional inflation indicators, median sale prices and rental rate growth. We believe median sale prices to be the best indicator of changes in market conditions.

Discussions with area brokers indicate that property values have continued to increase as the demand for single-family, as well as attached residential product remains strong.  We performed a search of the most recent data available, which was 1st quarter 2019 via the *Slifer Report*.  However, there have been very few sales in 2019 to make an accurate adjustment for a change in pricing when comparing to prior years.  Thus, in the analysis that follows, we have analyzed the changes in market conditions from 2014 through 2018 in the Vail area via the *Slifer Report*, which is based on local MLS data.

| Sale Price Trends – SFR/Duplex (Vail Village/Lionshead) | | | |
|---|---|---|---|
| Primary Year | Avg. $/PSF | # Sales | Change to 2018 |
| 2014 | $1,833 | 13 | 17% |
| 2015 | $1,853 | 10 | 16% |
| 2016 | $1,992 | 7 | 8% |
| 2017 | $2,103 | 5 | 2% |
| 2018 | $2,148 | 12 | NA |

*Note: only 1 sale has occurred in Q1-2019*

BBG

CRC 000749

| Sale Price Trends – Condominium/Townhome (Vail Village/Lionshead) | | | |
|---|---|---|---|
| Primary Year | Avg. $/PSF | # Sales | Change to 2018 |
| 2014 | $1,371 | 370 | 27% |
| 2015 | $1,389 | 448 | 25% |
| 2016 | $1,339 | 357 | 30% |
| 2017 | $1,721 | 321 | 1% |
| 2018 | $1,739 | 260 | NA |
| 2019 Q1 | $1,837 | 21 | |

*Note: only 211 sales have occurred in Q1-2019*

Based on the two tables above, residential products continue to increase indicating the residential market remains strong, which is supported by market participants. As illustrated above, there have been a significantly greater number of condominium/townhomes to sell in the area and based on sample size, we rely primarily on the condominium/townhome data in estimating market conditions adjustments. This data, however, shows that there has been minimal price appreciation that has occurred since year 2017.

We also analyzed current listings of residential condominium units within the subject building and compared them to their prior sale. These are illustrated in the table below.

| % Change in Market Conditions Active List Price vs. Prior Sale Price Subject Building | | | |
|---|---|---|---|
| Unit # | Prior Sale Price (Year) | Current List Price | % Change (rounded) |
| 5B E | $7,140,000 (2015) | $7,240,000 | 1% |
| 3D E | $7,262,500 (2015) | $7,595,000 | 5% |
| 7A W | $6,350,000 (2011) | $6,995,000 | 10% |

The list price ranges from 1% to 5% higher than the original sale price. We assume that all three listings would sell slightly below the current list price, and thus the market conditions over a several year period would be less than 5%. Relying primarily on the 2015 sales to current list price, one could assume that a current market conditions adjustment since 2015 would be minimal to approximately 1% per year.

The subject units and the comparables residential condominium units are high-end properties that has a relatively limited number of buyers given the price point of the units, as well as the high annual HOA dues. In addition, there are approximately 40 current listings (not including any of the subject units) of residential condominiums in Vail that have list prices that range from $2,000,000 to $8,000,000.

Based on all data, we believe market conditions have improved in the subject's neighborhood. However, based on the current supply of high-end residential condominiums, we do not believe there is any strong data to support that a market conditions adjustment to any sales that occurred in 2017 or 2018. Therefore, no market conditions adjustment is warranted for these sales.

For any sales that we analyzed that occurred in 2016, we believe the data supports a small market conditions adjustment, of which we conclude approximately **3%**, which equates to approximately 1% per year.

## PROPERTY ADJUSTMENTS

### LOCATION

The location of a residential development has a significant influence on the on value. Important locational considerations include proximity and/or accessibility to major employment centers, the condition and character of surrounding properties, demographic characteristics, proximity to support services or recreational amenities, and market conditions (particularly the balance of supply and demand) of a given area.

The subject property is located within Vail Village and is proximate to numerous commercial services and is a short-walk to the ski lift. Vail Village typically has the highest property values and highest rental rates in Vail, given the proximity to the aforementioned services, etc. Although Lionshead, which is located in West Vail has numerous commercial services and is proximate to another lift/gondola, this area has historically had lower property values and/or rental rates. We conclude that any comparables within the Lionshead Village are inferior to the subject.

### CAR STORAGE

The subject condominium complex has an underground parking garage. Each of the subject units has access to one parking space. We have made adjustments to the comparables if they have greater than one parking space. Please refer to the sales grid for more details.

### PROPERTY AMENITIES

As mentioned earlier, the subject condominium complex has numerous on-site amenities that include pool, spa, fitness center, concierge desk, etc. In general, all of the comparables are similar to the subject in terms of property amenities and conclude that no adjustments are warranted.

### YOC/CONDITION; QUALITY OF CONSTRUCTION

The subject building was construction in 2010 and the units are good to excellent condition. All of the comparables are generally similar to the subject in condition and construction quality. No adjustment is warranted.

### INTERIOR FINISHES

The interior finishes vary slightly within the subject units in terms of the types of flooring, lighting, cabinetry, and countertops. However, in general, all of the units have good quality finishes, as illustrated by the pictures located in the *Improvement Description* of the report.

### UNIT SIZE - GLA (SF)

Please note that we are estimating the subject's value via the gross living area (GLA). Thus, those comparables that are significantly larger in above-grade GLA are considered inferior to the subject. Conversely, those that are significantly smaller in GLA are considered superior to the subject in this respect.

The subject's condominium units have a wide range of gross living area (GLA) in size. When possible, we attempted to bracket the comparables around the particular subject unit size. In general, we did not make an adjustment for GLA if the difference is less than 600 square feet. However, if a particular comparable was significantly higher or lower in GLA, then we have adjusted the comparables downward or upward, respectively.

### FIREPLACE

All of the subject's units, as well as the sale comparables, have at least one gas fireplace. We conclude that no adjustment is warranted.

SOLARIS RESIDENCES APPRAISAL

BBG

CRC 000751

### BEDROOM/BATHROOM COUNT

The subject's units include a variety of bedroom/den counts and bathrooms.  The comparables range from a studio to four bedrooms/studios.  An adjustment (if applicable) for total GLA is made to the comparables rather than adjusting for bedroom count. This avoids "double-adjusting" for both size and room count.  However, we did adjust the comparable sales for bathroom counts, when warranted.

We considered a full bathroom (toilet, shower, bathtub) and ¾ bathroom (toilet & shower) to be generally similar and categorized them as "full bathrooms", as discussions with local brokers indicated that there is minimal adjustment for these types of bathrooms.  However, we did adjust the comparables upward or downward if the unit had a half-bath difference or a full bath difference.  Please refer to the sales grid for more details.

### BALCONY/PATIO/DECK

Most of the subject units have either/or a balcony/deck or patio/terrace.  However, we note that there were some units that lacked this amenity.  The comparables utilized generally had either a balcony, patio, or deck.  We made the necessary adjustments.  In some cases, if a particular property (either the subject unit or a comparable) had a much larger patio/terrace or wrap-around deck, then we made the necessary adjustments to the comparables.  Please refer to the sales grid for more details.

### FURNISHINGS/APPLIANCES

We note that all of the subject units have kitchen appliances in place, as well as a washer and dryer.  All the comparables are similar to the subject in appliances.  All of the subject units have above-average quality of interior furnishings and it is our understanding that the subject units that have been previously/currently listed for sale includes the unit furnishings.  We also note that most residential condominium units within Vail are sold with the interior furnishings in place, as this is typical of the market.  However, we have made an upward adjustment to any of the comparables that sold that were absent of the furnishings.

### VIEWS

As noted earlier, the subject units varied in terms of view that either overlooked Interstate 70 to the north or had southerly/westerly views overlooking the ski slopes and/or the plaza.  Based on list pricing, actual sales data, and discussions with local brokers, it is apparent that those residential condominium units that have mountain/ski slope views command a higher price point that those units that lack these views.  We quantitatively adjusted many of the comparables for views when comparing north views to south views.

However, several of the subject units were located along the building's south elevation and had views that extended to the west, south, and east.  We believe these units to be superior than those subject units that only had southerly or westerly views only.  Although we adjusted many of the comparables quantitatively, we note that several had either no views or significantly greater views than the particular subject unit.  For this reason, in some analysis, it was necessary to make a qualitative adjustment to some of the comparables.

### OTHER

The subject's penthouse units are located on the top floors of the residential condominium building.  These units have vaulted ceilings and a larger and greater amount of windows/glass in the unit, which is a desirable attribute.  In our analysis, when valuing the subject's penthouse units, we have adjusted those comparables upward that lack the vaulted ceilings.  Conversely, when valuing the subject's non-penthouse suites, we have made an downward adjustment to those sales that have vaulted ceilings, etc.

**BBG**

Sales Comparison Approach – Individual Condo Units   67

# SALES ANALYSIS SUMMARY – 7E WEST & 7E EAST

| | SUBJECT | Sale 1 | Sale 2 | Sale 6 | Listing 1 |
|---|---|---|---|---|---|
| | Solaris Residences 7E W & 7E E, Vail | Solaris Residences 141 E. Meadow Dr, Unit #6E, Vail | Four Seasons Resort Vail 1 Vail Rd, #9203, Vail | Solaris Residences 141 E. Meadow Dr, Unit #PHH W, Vail | Solaris Residences 141 E. Meadow Dr, Unit #4CE, Vail |
| **Parcel Number** | | 2101-082-94-061 | 2101-071-23-010 | 2101-082-94-050 | 2101-082-94-027 |
| List Price | NA | NA | $7,999,000 | $7,950,000 | $3,400,000 |
| Sale Price | Varies (2) | $2,780,000 | $7,500,000 | $7,750,000 | NA |
| Sale Price PSF | NA | $1,598 | $2,576 | $3,102 | $1,914 |
| Sold Date | NA | Apr-19 | Apr-18 | Apr-17 | Active |
| DOM | NA | NA | 104 | 436 | 510 |
| Owner | Solaris Property Owner 1, LLC | Solaris Beta, LLC | WAS Holdings Vail, LLC | JCP Inv II, LLC | Lupaferi, LLC |
| Comments | Residential Condo | Residential Condo | Residential Condo | Residential Condo | Residential Condo |
| **Quantitative Factors** | | | | | |
| Property Rights Conveyed | N/A | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Financing | N/A | NA | NA | NA | NA |
| Terms & Conditions of Sale | N/A | Motivated Seller (=) | NA (-) | NA | Active (-) |
| Expenditure After Sale | N/A | None | None | None | None |
| Market Conditions | N/A | 0% | 0% | 0% | 0% |
| Views | Hwy (North) | Hwy (North) | Mtn (South & West) -$515 | Mtn (South, West, & East) -$600 | Hwy (North) |
| Net Quantitative Adjustment | | $0 | $0 | -$515 | -$600 |
| Adj. Quantitative $/PSF | | $1,598 | $2,060 | $2,502 | $1,914 |
| **Qualitative Factors** | | | | | |
| Location | Very Good: In Vail Village, surrounding commercial and residential uses in good condition | Very Good: In Vail Village, surrounding commercial/residential uses in good condition | Very Good: In Vail Village, surrounding commercial/residential uses in good condition | Very Good: Subject complex | Very Good: Subject complex |
| Car Storage | Parking garage | Parking garage | Parking garage (2 spaces) (-) | Parking garage | Parking garage |
| Property Amenities | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym |
| Unit Situation | Freestanding | Freestanding | Freestanding | Freestanding | Freestanding |
| Year of Construction/Condition | 2010/Very Good | 2010/Very Good | 2010/Very Good | 2010/Very Good | 2010/Very Good |
| Quality of Construction | Good: Above average architectural exterior detail | Good: Above average architectural exterior detail | Good: Above average architectural exterior detail | Good: Above average architectural exterior detail | Good: Above average architectural exterior detail |
| Interior Finishes | Good quality finishes | Good quality finishes | Good quality finishes | Good quality finishes | Good quality finishes |
| Unit Size (SF)-GLA | 1,970 & 2,268 | 1,740 | 2,912 (-) | 2,498 (-) | 1,776 |
| Fireplace | Yes | Yes | Yes | Yes | Yes |
| Bedroom Count | 2+Den, 3+Den | 3 | 3 | 3+Den | 2+Den |
| Bathroom Count | 3 full; 3 half (7E W only) | 3 full (+) | 3 full; 1 half | 3 full; 1 half | 3 full |
| Balcony/Patio | Yes | Yes | Yes | Yes (4) (+) | Yes (terrace) (+) |
| Furnishings | Included | Included | Included | None (+) | Included |
| Views | Hwy (North) | Hwy (North) | Mtn (South) (+) | Mtn (South, West, & East) | None |
| Other | NA | NA | NA | Vaulted ceilings (-) | None (-) |
| Net Qualitative Adjustment | | Greater than (+) | Less than (+) | Less than (-) | Less than (-) |
| Adjusted Sales PSF GLA | | $1,598 | $2,060 | $2,502 | $1,914 |

Note: Sales 2 & Sale 6 adjusted downward by $1,500,000 for views.

SOLARIS RESIDENCES APPRAISAL

BBG

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

CRC 000753

# CONCLUSION OF VALUE – 7E WEST & 7E EAST

We note that 7E West at 2,268 SF is slightly larger than 7E East (1,970 SF) and we would expect that 7E East would command a slightly higher per unit value; however, this unit has a lower bathroom count (e.g. ½). Thus, we would ultimately believe the lower number of bathrooms would offset the smaller gross living area and these two units would have similar/equivalent reconciled unit values.

After analyzing the most applicable consummated sales and listing (if applicable), the comparables indicate a value for the subject's two condominium units between $1,598 and $1,914 per square foot of GLA. Both of these units are listed for sale for $1,653 PSF GLA (Unit 7E West) and $1,650 PSF GLA (Unit 7E East) and have not had any viable offers.  We would expect that actual value to be less than the list pricing. Based on all information, we correlate to a value **at $1,625 per square foot GLA**.

| Unit # | Unit Size GLA (SF) | "As Is" Value | | |
| --- | --- | --- | --- | --- |
| | | Reconciled PSF GLA | Indiv. Unit Value | Indiv. Unit Value (Rounded) |
| 7E East | 1,970 | $1,625 | $3,201,250 | $3,200,000 |
| 7E West | 2,268 | $1,625 | $3,685,500 | $3,685,000 |

**BBG**

SOLARIS RESIDENCES APPRAISAL

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

CRC 000754

Sales Comparison Approach – Individual Condo Units 69

# SALES ANALYSIS SUMMARY – 5E WEST, 5C WEST, 6C WEST, 6E EAST, & 3E EAST

| | SUBJECT | Sale 1 | Sale 3 | Sale 4 | Sale 5 | Sale 8 | Listing 1 |
|---|---|---|---|---|---|---|---|
| | Solaris Residences | Solaris Residences | Arrabelle @ Vail Square | Solaris Residences | Solaris Residences | Solaris Residences | Solaris Residences |
| | 5E W, 5C W, 6C W, 6E,3 E | 141 E. Meadow Dr, Unit 86E | 675 Lionshead Place #310 | 141 E. Meadow Dr, Unit 4E | 141 E. Meadow Dr, Unit #3 E | 141 E. Meadow Dr, Unit #3 E | 141 E. Meadow Dr, Unit #4 E |
| | Vail | Vail | Vail | Vail | Vail | Vail | Vail |
| Parcel Number | Varies (5) | 2101-082-34-061 | 2101-063-27-007 | 2101-082-34-020 | 2101-082-34-015 | 2101-082-34-042 | 2101-082-34-027 |
| List Price | NA | NA | NA | $6,495,000 | Not Listed | NA | $3,400,000 |
| Sale Price | NA | $2,780,000 | $3,660,000 | $5,950,000 | $1,425,000 | $3,025,000 | NA |
| Sale Price PSF | NA | $1,598 | $1,719 | $2,332 | $1,558 | $1,245 | $1,914 |
| Sold Date | NA | Mar-19 | Mar-18 | Mar-18 | Dec-17 | Jan-16 | Active |
| DOM | NA | | 11 | 525 | Not listed | 1,320 | $10 |
| Owner | Solaris Property Owner 1, LLC | Solaris Beta, LLC | Pippin Partners, LLC | Damon Mtn. Assets | StoreUsing Trust | 5 EE, LLC | LuxGen, LLC |
| Comments | Residential Condo | Residential Condo | Residential Condo | Residential Condo | Residential Condo | Residential Condo | Residential Condo |
| **Quantitative Factors** | | | | | | | |
| Property Rights Conveyed | N/A | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Financing | N/A | NA | NA | NA | NA | NA | NA |
| Terms & Conditions of Sale | N/A | Motivated Seller | NA | NA | NA | NA | Active |
| Expenditures After Sale | N/A | None | None | None | None | None | None |
| Market Conditions | N/A | 0% | 0% | 0% | 0% | 0% | 0% |
| Views | Hwy (North) | Hwy (North) | None | Mtn (South) | Hwy (North) | Hwy (North) | Hwy (North) |
| Net Quantitative Adjustment | | $0 | $ | $ | -$494 | | $0 |
| Adj. Quantitative $/PSF | | $1,598 | $1,598 | $1,719 | $1,858 | $1,558 | $1,797 |
| **Qualitative Factors** | | | | | | | |
| Location | Very Good; In Vail Village, surrounding commercial and residential uses in good condition | Very Good; In Vail Village, surrounding commercial and residential uses in good condition | Good; In Lionshead, surrounding commercial and residential in good condition | Very Good; Subject complex | Very Good; Subject complex | Very Good; Subject complex | Very Good; Subject complex |
| Car Storage | Parking garage | Parking garage | Parking garage | Parking garage | Parking garage | Parking garage | Parking garage |
| Property Amenities | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym |
| Year of Construction/Condition | 2010/Very Good | 2010/Very Good | 2007/Very Good | 2010/Very Good | 2010/Very Good | 2010/Very Good | 2010/Very Good |
| Quality of Construction | Good, Above average architectural exterior detail | Good Above average architectural exterior detail | Good Above average architectural exterior detail | Good Above average architectural exterior detail | Good Above average architectural exterior detail | Good Above average architectural exterior detail | Good Above average architectural exterior detail |
| Interior finishes | Good quality finishes | Good quality finishes | Good quality finishes | Good quality finishes | Good quality finishes | Good quality finishes | Good quality finishes |
| Unit Size (SF) - GLA | 1,655 - 1,741 | 1,740 | 1,978 | 2,530 | 909 | 1,734 | 1,776 |
| Fireplace | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Bedroom Count | 2 + Den | 2 + Den | 2 + Den | 4 full | Studio | 2 + Den | 2 + Den |
| Bathroom Count | 1 full | 3 full | 3 full | 4 full | 1 full | 3 full | 3 full |
| Balcony/Patio | 3 full | Yes | Yes | Yes | No | Yes | Yes (terrace) |
| Furnishings | included | included | included | included | included | included | included |
| Views | Hwy (North) | Hwy (North) | None | Mtn (South) | Hwy (North) | Hwy (North) | Hwy (North) |
| Other | NA | NA | NA | NA | NA | None | None |
| Net Qualitative Adjustment | | Greater than | Greater than | Less than | Greater than | Greater than | Less than |
| Adjusted Sales PSF-GLA | | $1,598 | $1,598 | $1,719 | $1,858 | $1,558 | $1,797 |

*Note: Sale 4 adjusted downward by $1,250,000 for views*

SOLARIS RESIDENCES APPRAISAL

BBG

Civil Action No. 1:19-cv-02443-STV
Exhibit.12

CRC 000755

Sales Comparison Approach – Individual Condo Units  70

## CONCLUSION OF VALUE – 5E WEST, 5C WEST, 6C WEST, 6E EAST, & 3E EAST

All five units are very similar in unit size and all of the units except 3E East have 3 full bathrooms and have decks/patios that range from 45 square feet to 108 square feet in size. Unit 3E East has 2 full bathrooms and one one-half bath. However, this inferior attribute (compared to the other four units) is offset by the superior deck/patio of 171 square feet.

After analyzing the most applicable consummated sales and listing (if applicable), the comparables indicate a value for the subject's condominium units between $1,797 and $1,858 per square foot GLA. We correlate to a value near the middle of the range at $1,810 per GLA.

| | "As Is" Value | | |
|---|---|---|---|
| Unit # | Unit Size GLA (SF) | Reconciled $ PSF GLA | Indiv. Unit Value | Indiv. Unit Value (Rounded) |
| 3E East | 1,655 | $1,810 | $2,995,550 | $2,995,000 |
| 5C West | 1,715 | $1,810 | $3,104,150 | $3,105,000 |
| 5E West | 1,741 | $1,810 | $3,151,210 | $3,150,000 |
| 6C West | 1,723 | $1,810 | $3,118,630 | $3,120,000 |
| 6E East | 1,734 | $1,810 | $3,138,540 | $3,140,000 |

SOLARIS RESIDENCES APPRAISAL

BBG

CRC 000756

Sales Comparison Approach – Individual Condo Units 71

# SALES ANALYSIS SUMMARY – 2A SOUTH

| | SUBJECT | Sale 2 | Sale 3 | Sale 4 | Sale 6 | Sale 7 |
|---|---|---|---|---|---|---|
| | Solaris Residences Unit 2A-S Vail | Four Seasons Resort Vail 1 Vail Rd, #9203 Vail | Arrabelle @ Vail Square 675 Lionshead Place #310 Vail | Solaris Residences 141 E Meadow Dr, Unit Vail | Solaris Residences 141 E Meadow Dr, Unit #PHH W Vail | Solaris Residences 141 E Meadow Dr, Unit #3A S Vail |
| Parcel Number | 2101-082-94-002 | 2101-071-23-010 | 2101-063-27-007 | 2101-082-94-020 | 2101-082-94-050 | 2101-082-94-004 |
| List Price | NA | $7,999,000 | $3,600,000 | $6,495,000 | $7,950,000 | $5,290,000 |
| Sale Price | NA | $7,500,000 | $3,400,000 | $5,950,000 | $7,750,000 | $4,800,000 |
| Sale Price PSF | NA | $2,576 | $1,779 | $2,352 | $3,102 | $2,821 |
| Sold Date | NA | Apr-18 | Mar-18 | Mar-18 | Apr-17 | May-16 |
| DOM | NA | 104 | 11 | | 447 | 79 |
| Owner | Solaris Property Owner 1, LLC | WAS Holdings Vail, LLC | Pladin Partners, LLC | Damen Assets | ICP Inv II, LLC | Northland, LLC |
| Comments | Residential Condo | Residential Condo | Residential Condo | Residential Condo | Residential Condo | Residential Condo |
| **Quantitative Factors** | | | | | | |
| Property Rights Conveyed | N/A | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Financing | N/A | NA | NA | NA | NA | NA |
| Terms & Conditions of Sale | N/A | NA | NA | NA | NA | NA |
| Expenditures After Sale | N/A | None | None | None | None | None |
| Market Conditions | N/A | 0% | 0% | 0% | 0% | 3% |
| Views | Min (South, West, & East) | Min (South) | None | Min (South) | Min (South, West, & East) | Min (South, West, & East) |
| Net Quantitative Adjustment | | $- | $758 | $- | $- | $585 |
| Adj. Quantitative $/PSF | | $2,576 | $2,477 | $2,352 | $3,102 | $2,906 |
| **Qualitative Factors** | | | | | | |
| Location | Very Good: In Vail Village, surrounding commercial and residential uses in good condition | Very Good: In Vail Village, surrounding commercial and residential uses in good condition | Good: In Lionshead, surrounding commercial and residential in good condition (+) | Very Good: Subject complex (+) | Very Good: Subject complex | Very Good: Subject complex |
| Car Storage | Parking garage | Parking garage (2 spaces) (-) | Parking garage | Parking garage | Parking garage | Parking garage |
| Property Amenities | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym |
| Year of Construction /Condition | 2010/Very Good | 2010/Very Good | 2007/Very Good | 2010/Very Good | 2010/Very Good | 2010/Very Good |
| Quality of Construction | Good: Above average architectural exterior detail | Good: Above average architectural exterior detail | Good: Above average architectural exterior detail | Good: Above average architectural exterior detail | Good: Above average architectural exterior detail | Good: Above average architectural exterior detail |
| Interior Finishes | Good quality finishes | Good quality finishes | Good quality finishes | Good quality finishes | Good quality finishes | Good quality finishes |
| Unit Size (SF) - GLA | 2,921 | 2,912 | 1,578 (+) | 2,530 (+) | 2,498 (+) | 1,875 (+) |
| Fireplace | Yes | Yes | Yes | Yes | Yes | Yes |
| Bedroom Count | 3 | 3 | 2 | 3 + Den | 3 + Den | 3 |
| Bathroom Count | 3 full; 1 half | 3 full; 1 half | 3 full | 4 full | 3 full; 1 half | 3 full; 1 half |
| Balcony/Patio | Yes (wrap around) | Yes (wrap around) | Yes (-) | Yes (+) | Yes (4 separate) (+) | Yes (2 separate) (+) |
| Furniture/Appliances | Included | Included | Included | Included | Included | Included |
| Views | Min (South, West, & East) | Min (South, West, & East) (-) | None (-) | Min (South) | Min (South, West, & East) | Min (South, West, & East) |
| Other | NA | NA | None | NA | Vaulted ceilings (-) | None |
| Net Qualitative Adjustment | | (+) | (++) | (++) | (+) | (-) |
| Adjusted Sales PSF GLA | | Greater than $2,576 | Greater than $2,477 | Greater than $2,352 | Less than $3,102 | Similar to $2,906 |

*Note: Sale 3 adjusted upward by $1,500,000*

SOLARIS RESIDENCES APPRAISAL

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

BBG

CRC 000757

## CONCLUSION OF VALUE – 2A SOUTH

After analyzing the most applicable consummated sales, the comparables indicate a value for the subject's condominium unit between $2,576 and $3,102 per GLA.  We note that the subject unit is similar to Sale 7 at $2,906 per square foot GLA.  We correlate to a value near this similar sale **at $2,905 per square foot GLA**.

**"As Is" Value**

| Unit # | Unit Size GLA (SF) | Reconciled PSF GLA | Indiv. Unit Value | Indiv. Unit Value (Rounded) |
|---|---|---|---|---|
| 2A South | 2,021 | $2,905 | $5,871,005 | $5,870,000 |

**BBG**

CRC 000758

# SALES ANALYSIS SUMMARY – 4G WEST & 5G WEST

Sales Comparison Approach – Individual Condo Units 73

| | SUBJECT | Sale 1 | Sale 2 | Sale 4 | Sale 6 | Sale 7 |
|---|---|---|---|---|---|---|
| | Solaris Residences Unit 4GW & 5GW Vail | Solaris Residences 141 E. Meadow Dr., Unit #6E Vail | Four Seasons Resort Vail 1 Vail Rd. #P203 Vail | Solaris Residences 141 E. Meadow Dr., Unit #4BE | Solaris Residences 141 E. Meadow Dr., Unit #PPH W Vail | Solaris Residences 141 E. Meadow Dr., Unit #3A S Vail |
| Parcel Number | Varies (2) | 2101-082-94-061 | 2101-071-23-010 | 2101-082-94-020 | 2101-082-94-050 | 2101-082-94-004 |
| List Price | NA | NA | $7,999,000 | $6,495,000 | $7,999,000 | $5,290,000 |
| Sale Price | NA | $2,780,000 | $7,500,000 | $5,950,000 | $7,750,000 | $4,800,000 |
| Sale Price PSF | NA | $1,598 | $2,576 | $2,352 | $3,102 | $2,821 |
| Sold Date | NA | Apr-19 | Apr-18 | May-18 | Apr-17 | May-16 |
| DOM | NA | NA | 104 | | 436 | 796 |
| Owner | Solaris Property Owner 1, LLC | Solaris Bella, LLC | WAS Holdings Vail, LLC | Damwa Mtn. Assets | JCP Env II, LLC | Northland, LLC |
| Comments | Residential Condo | Residential Condo | Residential Condo | Residential Condo | Residential Condo | Residential Condo |
| **Quantitative Factors** | | | | | | |
| Property Rights Conveyed | N/A | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Financing | N/A | NA | NA | NA | NA | NA |
| Terms & Conditions of Sale | N/A | Motivated Seller (+) | (+) | | | |
| Expenditures After Sale | N/A | None | None | None | None | None |
| Market Conditions | N/A | 0% | 0% | 0% | 0% | 3% |
| Views | Mtn (Primarily West) | Hwy (North) $575 | Mtn (South) $575 | Mtn (South) $0 | Mtn (South, West, & East) $0 | Mtn (South, West, & East) - qual $585 |
| Net Quantitative Adjustment | | $575 | $575 | $- | $- | $585 |
| Adj. Quantitative $/PSF | | $2,172 | $3,272 | $2,576 | $2,352 | $2,906 |
| **Qualitative Factors** | | | | | | |
| Location | Very Good: In Vail Village, surrounding commercial and residential uses in good condition | Very Good: In Vail Village, surrounding commercial/residential uses in good condition | Very Good: In Vail Village, surrounding commercial/residential uses in good condition | Very Good: Subject complex | Very Good: Subject complex | Very Good: Subject complex |
| | Parking garage | Parking garage | Parking garage (2 spaces) (-) | Parking garage (-) | Parking garage | Parking garage |
| Property Amenities | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym |
| Year of Construction/Condition | 2010/Very Good | 2010/Very Good | 2010/Very Good | 2010/Very Good | 2010/Very Good | 2010/Very Good |
| Quality of Construction | Good: Above average architectural exterior detail | Good: Above average architectural exterior detail | Good: Above average architectural exterior detail | Good: Above average architectural exterior detail | Good: Above average architectural exterior detail | Good: Above average architectural exterior detail |
| Interior Finishes | Good quality finishes | Good quality finishes | Good quality finishes (-) | Good quality finishes | Good quality finishes | Good quality finishes |
| Unit Size (SF) - GLA | 2,567 & 2,590 | 1,740 (-) | 2,912 (-) | 2,530 | 2,498 (+) | 1,875 |
| Fireplace | Yes | Yes | Yes | Yes | Yes | Yes |
| Bedroom Count | 3 | 3 | 3 | 3 + Den (+) | 3 + Den (+) | 3 |
| Bathroom Count | 4 full | 3 full | 3 full, 1 half | 4 full | 3 full, 1 half | 3 full, 1 half |
| Balcony/Patio | Yes | Yes | Yes | Yes (+) | Yes (4) | Yes (2) |
| Furnishings/Appliances | Included | Included | Included | Included | Included (+) | Included (+) |
| Views | Mtn (Primarily West) | Hwy (North) | Mtn (South) | Mtn (South) | Mtn (South, West, & East) | Mtn (South, West, & East) |
| Other | NA | NA | | | Vaulted ceilings | None |
| Net Qualitative Adjustment | | (+) | (+) | (-) | (-) | (-) |
| Adjusted Sales PSF GLA | | Greater than $2,172 | Less than $3,272 | Similar to $2,576 | Less than $2,352 | Less than $2,906 |

Note: Sale 1 adjusted upward by $1,000,000

SOLARIS RESIDENCES APPRAISAL

BBG

# CONCLUSION OF VALUE – 4G WEST & 5G WEST

The subject's two units are similar in bedroom count, bathroom count, and porch/balcony and vary slightly in unit size. However, 4G West also has a large terrace (270 SF) that looks to the northwest, while 5G West lacks this terrace. For this reason, we believe 4G West commands a slightly higher reconciled per unit value.

After analyzing the most applicable consummated sales, the comparables indicate a value for the subject's condominium units that are between $2,172 and $2,576 per square foot GLA. After adjustments, Sale 4 indicates a similar value at $2,352 per square foot GLA. We note that 5G West unit is listed for sale for $2,297 per square foot GLA and have not had any viable offers. We ultimately believe the market value of this unit to be less than the list price. Thus, we conclude to a unit value for 5G West slightly below the list price at $2,250 per square foot GLA and we conclude to a slightly higher value for 4G West at $2,325 per square foot GLA.

| | | "As Is" Value | | |
| Unit # | Unit Size GLA (SF) | Reconciled PSF GLA | Indiv. Unit Value | Indiv. Unit Value (Rounded) |
|---|---|---|---|---|
| 4G West | 2,567 | $2,325 | $5,968,275 | $5,970,000 |
| 5G West | 2,590 | $2,250 | $5,827,500 | $5,830,000 |

## BBG

CRC 000760

Sales Comparison Approach – Individual Condo Units 75

# SALES ANALYSIS SUMMARY – 4D EAST & 6D EAST

| | SUBJECT | Sale 2 | Sale 4 | Sale 6 | Sale 7 |
|---|---|---|---|---|---|
| **Sale Data / Location** | Solaris Residences Unit 4D E & 6D E Vail | Four Seasons Resort Vail 1 Vail Rd, #9203 Vail | Solaris Residences 141 E. Meadow Dr., Unit #4B E Vail | Solaris Residences 141 E. Meadow Dr., Unit #PHH W Vail | Solaris Residences 141 E. Meadow Dr., Unit #3A S |
| Parcel Number | Varies (2) | 2101-071-23-010 | 2101-082-94-020 | 2101-082-94-050 | 2101-082-94-004 |
| List Price | NA | $7,999,000 | $6,495,000 | $7,950,000 | $5,390,000 |
| Sale Price | NA | $7,500,000 | $5,950,000 | $7,250,000 | $4,800,000 |
| Sale Price PSF | NA | $2,576 | $2,352 | $3,102 | $2,821 |
| Sold Date | NA | Apr-18 | Mar-18 | Apr-17 | May-16 |
| DOM | NA | 104 | 525 | 436 | 796 |
| Owner | Solaris Property Owner 1, LLC | WAS Holdings Vail, LLC | Darmax Mtn. Assets | JCP Inv. II, LLC | Northland, LLC |
| Comments | Residential Condo | Residential Condo | Residential Condo | Residential Condo | Residential Condo |
| **Quantitative Factors** | | | | | |
| Property Rights Conveyed | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Financing | NA | NA | NA | NA | NA |
| Terms & Conditions of Sale | NA | NA | NA | NA | NA |
| Expenditures After Sale | NA | NA | NA | NA | NA |
| Market Conditions | None | None 0% | None 0% | None 0% | None $0 0% |
| Views | Mtn (South) | Mtn (South) | Mtn (South) | Mtn (South, West, & East) - qual | Mtn (South, West, & East) - qual   3%  $85 $85 |
| Net Quantitative Adjustment | | $ - | $ - | $ - | $85 |
| Adj. Quantitative $/PSF | | $2,576 | $2,352 | $3,102 | $2,906 |
| **Qualitative Factors** | | | | | |
| Location | Very Good: In Vail Village; surrounding commercial and residential uses in good condition | Very Good: In Vail Village; surrounding commercial/residential uses in good condition | Very Good: Subject complex | Very Good: Subject complex | Very Good: Subject complex |
| Car Storage | Parking garage | Parking garage (2 spaces) (-) | Parking garage (-) | Parking garage | Parking garage |
| Property Amenities | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym |
| Year of Construction /Condition | 2010/Very Good | 2010/Very Good | 2010/Very Good | 2010/Very Good | 2010/Very Good |
| Quality of Construction | Good Above average architectural exterior detail | Good Above average architectural exterior detail | Good Above average architectural exterior detail | Good Above average architectural exterior detail | Good Above average architectural exterior detail |
| Interior Finishes | Good quality finishes | Good quality finishes | Good quality finishes | Good quality finishes | Good quality finishes |
| Unit Size (SF) _GLA | 2,813 & 2,815 (2) | 2,912 | 2,530 | 2,498 (+) | 1,875 |
| Fireplace | Yes | Yes | Yes | Yes | Yes |
| Bedroom Count | 4 + Den | 3 | 3 | 3 + Den (+) | 3 |
| Bathroom Count | 4 full; 1 half (6D East only) | 3 full; 1 half (+) | 4 full (+) | 3 full; 1 half (+) | 3 full; 1 half (+) |
| Balcony/Patio | Yes | Yes | Yes | Yes (4) (+) | Yes (2) |
| Furnishings/Appliances | Included | Included | Included | None (+) | Included |
| Views | Mtn (South) | Mtn (South) | Mtn (South) | Mtn (South, West, & East) (-) | Mtn (South, West, & East) (-) |
| Other | NA | NA | | Vaulted ceilings (-) | None (-) |
| Net Qualitative Adjustment | * | (+) | (+) | (-) | (-) |
| Adjusted Sales PSF GLA | | Similar to $2,576 | Greater than $2,576 | Less than $2,352 | Less than $3,102 |

SOLARIS RESIDENCES APPRAISAL

BBG

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

CRC 000761

# CONCLUSION OF VALUE – 4D EAST & 6D EAST

The subject's two units are similar in unit size, bedroom count, views, and porch/balcony. However, 4D East has 5 full bathrooms, while 6D East has 4 full bathrooms and one one-half bath. For this reason, we believe 4D East commands a slightly higher reconciled per unit value.

After analyzing the most applicable consummated sales, the comparables indicate a value for the subject's condominium units that is between $2,352 and $2,906 per square foot GLA. Sale 2, at $2,576 per square foot, is deemed similar to the subject unit. We note that 4D East is listed for sale for $2,577 per square foot GLA and has not had any viable offers. We would expect the market value of this unit to be less than the list price. Therefore, we conclude to a unit value for 4D East at $2,550 per square foot GLA and we conclude to a slightly lower value for 6D East at $2,525 per square foot GLA.

| Unit # | Unit Size GLA (SF) | "As Is" Value Reconciled PSF GLA | Indiv. Unit Value | Indiv. Unit Value (Rounded) |
|---|---|---|---|---|
| 4D East | 2,813 | $2,550 | $7,173,150 | $7,175,000 |
| 6D East | 2,815 | $2,525 | $7,107,875 | $7,110,000 |

BBG

CRC 000762

# SALES ANALYSIS SUMMARY – PHC EAST & PHC WEST

Sales Comparison Approach – Individual Condo Units 77

| | SUBJECT | Sale 3 | Adj. | Sale 5 | Adj. | Sale 6 | Adj. | Sale 8 | Adj. | Listing 1 | Adj. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Solaris Residences PHC E & W | Arrabelle @ Vail Square 675 Lionshead Plaza #310 | | Solaris Residences 141 E. Meadow Dr., Unit #38 E | | Solaris Residences 141 E. Meadow Dr., Unit #PHH W | | Solaris Residences 141 E. Meadow Dr., Unit #5EE | | Solaris Residences 141 E. Meadow Dr., Unit #4CE | |
| | Vail | Vail | | Vail | | Vail | | Vail | | Vail | |
| Parcel Number | Varies (2) | 2101-063-27-007 | | 2101-082-94-015 | | 2101-082-94-050* | | 2101-082-94-042 | | 2101-082-94-027 | |
| List Price | NA | $3,600,000 | | Not listed | | $7,950,000 | | $3,650,000 | | $3,400,000 | |
| Sale Price | NA | $3,400,000 | | $1,425,000 | | $7,750,000 | | $3,025,000 | | NA | |
| Sale Price PSF | NA | $1,739 | | $1,568 | | $3,102 | | $1,749 | | $1,914 | |
| Sold Date | NA | Mar-18 | | Dec-17 | | Apr-17 | | Jul-16 | | NA | |
| DOM | NA | 11 | | - | | 435 | | - | | 510 | |
| Owner | Solaris Property Owner 1, LLC | Piñon Partners, LLC | | Stone Living Trust | | ICP Inv. II, LLC | | S EE, LLC | | LuaaPeri, LLC | |
| Comments | Residential Condo | Residential Condo | | Residential Condo | | Residential Condo | | Residential Condo | | Residential Condo | |
| **Quantitative Factors** | | | | | | | | | | | |
| Property Rights Conveyed | N/A | Fee Simple | | Fee Simple | | Fee Simple | | Fee Simple | | Fee Simple | |
| Financing | N/A | NA | | NA | | NA | | NA | | NA | |
| Terms & Conditions of Sale | N/A | NA | | NA | | NA | | NA | | NA | |
| Expenditures After Sale | N/A | None | | None | | None | | None | | None | |
| Market Conditions | N/A | | 0% | | 0% | | 0% | | 0% | | 3% $52 |
| Views | Hwy (North) | None (adj. qualitatively) | | Hwy (North) | | Mtn (South, West, & East) | | Hwy (North) | | Hwy (North) | |
| Net Quantitative Adjustment | | | $- | | $- | | -$600 | | -$600 | | $52 |
| Adj. Quantitative $/PSF | | $1,739 | | $1,719 | | $2,502 | | $2,502 | | $1,801 | |
| **Qualitative Factors** | | | | | | | | | | | |
| Location | Very Good: In Vail Village; surrounding commercial and residential uses in good condition | Good: In Lionshead; surrounding commercial and residential in good condition | (-) | Very Good: Subject complex | | Very Good: Subject complex | | Very Good: Subject complex | | Very Good: Subject complex | |
| Car Storage | Parking garage | Parking garage | | Parking garage | | Parking garage | | Parking garage | | Parking garage | |
| Property Amenities | Pool, Spa, Gym | Pool, Spa, Gym | | Pool, Spa, Gym | | Pool, Spa, Gym | | Pool, Spa, Gym | | Pool, Spa, Gym | |
| Year of Construction/Condition | 2010/Very Good | 2007/Very Good | | 2010/Very Good | | 2010/Very Good | | 2010/Very Good | | 2010/Very Good | |
| Quality of Construction | Good: Above average | Good: Above average | | Good: Above average | | Good: Above average | | Good: Above average | | Good: Above average | |
| Interior Finishes | architectural exterior detail; Good quality finishes | architectural exterior detail; Good quality finishes | | architectural exterior detail; Good quality finishes | | architectural exterior detail; Good quality finishes | | architectural exterior detail; Good quality finishes | | architectural exterior detail; Good quality finishes | |
| Unit Size (SF) - GLA | 1,179 & 1,183 | 1,378 | | 909 | (+) | 2,698 | (-) | 1,730 | (-) | 1,776 | |
| Fireplace | Yes | Yes | | Yes | | Yes | | Yes | | Yes | |
| Bedroom Count | 2 | 2 | | Studio | (+) | 3 + Den | (-) | 2 + Den | (-) | 2 + Den | |
| Bathroom Count | 2 full, 1 half | 3 full | (-) | 1 full | (+) | 3 full, 1 half | (-) | 3 full | (-) | 3 full | (-) |
| Balcony/Patio | Yes | Yes | | No | (+) | Yes (4) | (-) | Yes | | Yes (terrace) | (-) |
| Furnishings | Included + | Included | | Included | (+) | None | | None | | Included | |
| Views | Hwy (North) | None | | Hwy (North) | | Mtn (South, West, & East) | (-) | Hwy (North) | | Hwy (North) | |
| Other | None | None | | None | | Vaulted ceilings | (-) | None | | None | |
| Net Qualitative Adjustment | | | (+) | | (++) | | (++) | | (-) | | (−) |
| Adjusted Sales PSF GLA | | $1,739 Greater than | | $1,719 Greater than | | $1,568 Similar to | | $2,502 Similar to | | $1,801 Less than | |

*Sale 6 has been adjusted downward by $1,500,000. We note that Units PHC East and PHC West do not have vaulted ceilings.*

BBG

SOLARIS RESIDENCES APPRAISAL

CRC 000763

## CONCLUSION OF VALUE – PHC EAST & PHC WEST

The subject's two units are similar in bedroom count, bathroom count, views, and the presence of porch/balcony. These two units, however, differ slightly in unit measurements.

We note that unit PHC East was recently listed for sale for $2,750,000, or $2,332 per square foot of GLA and did not had any viable offers after being exposed on the market for approximately six months. We would expect the market value to be less than the advertised list price.

After analyzing the subject's recent list price, and the most applicable consummated sales and listing (if applicable), the comparables indicate a value for the subject's condominium units that are between $1,719 and $1,914 per square foot GLA (Listing 1) and is generally similar to the comparable (Sale 8) that indicates a value of $1,801 per square foot GLA. We note that the most similar sale (Sale 8), although not adjusted for size, is approximately 500 square feet larger. Thus, we conclude to a value that is slightly greater than this sale at $1,820 per square foot of GLA.

| Unit # | Unit Size GLA (SF) | "As Is" Value Reconciled PSF GLA | Indiv. Unit Value | Indiv. Unit Value (Rounded) |
|--------|--------------------|----------------------------------|-------------------|-----------------------------|
| Pent C East | 1,179 | $1,820 | $2,145,780 | $2,145,000 |
| Pent C West | 1,183 | $1,820 | $2,153,060 | $2,155,000 |

BBG

SOLARIS RESIDENCES APPRAISAL

Civil Action No. 1:19-cv-02443-STV-
Exhibit 12

CRC 000764

Sales Comparison Approach – Individual Condo Units 79

# SALES ANALYSIS SUMMARY – PHE EAST & PHE WEST

| | SUBJECT | Sale 3 | Sale 5 | Sale 6 | Sale 8 | Listing 1 |
|---|---|---|---|---|---|---|
| | Solaris Residences PHE E & W, Vail | Arrabelle @ Vail Square, 675 Lionshead Place #330, Vail | Solaris Residences, 141 E Meadow Dr, Unit #3B E, Vail | Solaris Residences, 141 E Meadow Dr, Unit #PHH W, Vail | Solaris Residences, 141 E Meadow Dr, Unit #5E E, Vail | Solaris Residences, 141 E Meadow Dr, Unit #6CE E, Vail |
| Parcel Number | Varies (2) | 2101-063-27-007 | 2101-082-94-015 | 2101-082-94-050 | 2101-082-94-042 | 2101-082-94-027 |
| List Price | NA | $3,600,000 | Not listed | $7,950,000 | $3,650,000 | $3,400,000 |
| Sale Price | NA | $3,400,000 | $1,425,000 | $7,750,000 | $3,025,000 | NA |
| Sale Price PSF | NA | $1,719 | $1,568 | $3,102 | $1,749 | $1,914 |
| Sold Date | NA | Mar-18 | Dec-17 | Apr-17 | Jan-16 | NA |
| DOM | NA | 11 | Not listed | 436 | 1,820 | 510 |
| Owner | Solaris Property Owner 1, LLC | Platin Partners, LLC | Stone Living Trust | JCP HW II, LLC | S IE, LLC | Lupafin, LLC |
| Comments | Residential Condo | Residential Condo | Residential Condo | Residential Condo | Residential Condo | Residential Condo |
| **Quantitative Factors** | | | | | | |
| Property Rights Conveyed | N/A | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Financing | N/A | NA | NA | NA | NA | NA |
| Terms & Conditions of Sale | N/A | NA | NA | NA | NA | Active |
| Expenditures After Sale | N/A | None | None | None | None | None |
| Market Conditions | N/A | 0% | 0% | 0% | 0% | 0% |
| Views | N/A | None (adj, qualitatively) | None | Mtn (South, West, & East) $600 | Hwy (North) $0 | Hwy (North) 3% $552 |
| Net Quantitative Adjustment | | $ - | $ - | -$600 | -$600 | $52 |
| Adj. Quantitative $/PSF | | $1,719 | $1,568 | $2,502 | $1,801 | $1,801 |
| **Qualitative Factors** | | | | | | |
| Location | Very Good; In Vail Village surrounding commercial and residential uses in good condition | Good; In Lionshead surrounding commercial and residential in good condition (+) | Very Good; Subject complex (+) | Very Good; Subject complex | Very Good; Subject complex | Very Good; Subject complex |
| Car Storage | Parking garage | Parking garage | Parking garage | Parking garage | Parking garage | Parking garage |
| Property Amenities | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym | Pool, Spa, Gym |
| Year of Construction/Condition | Good; Above average | 2007/Very Good | 2010/Very Good | 2010/Very Good | 2010/Very Good | 2010/Very Good |
| Quality of Construction | Good; Above average architectural exterior detail | Good; Above average architectural exterior detail | Good; Above average architectural exterior detail | Good; Above average architectural exterior detail | Good; Above average architectural exterior detail | Good; Above average architectural exterior detail |
| Interior Finishes | Good quality finishes | Good quality finishes | Good quality finishes | Good quality finishes | Good quality finishes | Good quality finishes |
| Unit Size (SF) - GLA | 1,354 & 1,373 | 1,978 (+) | 909 (+) | 2,498 (-) | 1,730 (+) | 1,776 |
| Fireplaces | Yes | Yes | Yes | Yes | Yes | Yes |
| Bedroom Count | 1 + Den | 2 (-) | Studio (-) | 2 + Den (-) | 2 + Den (-) | 2 + Den (-) |
| Bathroom Count | 2 full | 3 full (-) | 1 full (-) | 3 full; 1 half (-) | 3 full; 1 half (-) | 3 full (-) |
| Balcony/Patio | No | Yes (-) | No | Yes (-) | Yes (-) | Yes (Terrace) (-) |
| Furnishings | Included | Included | No (-) | None (+) | None (+) | Included (+) |
| Views | Hwy (North) | None (+) | Hwy (North) | Mtn (South, West, & East) (-) | Hwy (North) | Hwy (North) |
| Other | Vaulted Ceilings | None | None | Vaulted Ceilings (+) | None | None |
| Net Qualitative Adjustment | | (+) | (+) | (-) | (-) | (+) |
| Adjusted Sales PSF GLA | | Greater than $1,719 | Greater than $1,568 | $2,502 Similar to | $1,801 Less than | $1,801 Less than |

*Sale 6 has been adjusted downward by $1,500,000.*

SOLARIS RESIDENCES APPRAISAL

BBG

CRC 000765

# CONCLUSION OF VALUE – PHE EAST & PHC WEST

The subject's two units are similar in all aspects, but vary slightly in unit size.

After analyzing the most applicable consummated sales and current listing, the comparables indicate a value for the subject's condominium units that are between $1,719 and $1,914 per square foot GLA and is generally similar to the comparable that indicates a value of $1,801 per square foot GLA. We note that these two units have vaulted ceilings and are generally similar to the subject units PHC East and PHC West, except those two units do not have vaulted ceilings. We earlier reconciled to a value of $1,820 for those two units (w/o vaulted ceilings) and we would expect a slightly higher per unit value for the two units that have vaulted ceilings. **We conclude to a unit value for these two units at a value that is slightly higher than Sale 8 at $1,830 per square foot of GLA.**

| Unit # | Unit Size GLA (SF) | "As Is" Value Reconciled PSF GLA | Indiv. Unit Value | Indiv. Unit Value (Rounded) |
|---|---|---|---|---|
| Pent E East | 1,373 | $1,830 | $2,512,590 | $2,515,000 |
| Pent E West | 1,354 | $1,830 | $2,477,820 | $2,480,000 |

**BBG**

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

CRC 000766

Sales Comparison Approach – Individual Condo Units 81

# SALES ANALYSIS SUMMARY – PHG WEST

| | SUBJECT | Sale 4 | Sale 6 | Sale 7 |
|---|---|---|---|---|
| | Solaris Residences | Solaris Residences | Solaris Residences | Solaris Residences |
| | PHG W | 141 E. Meadow Dr., Unit #4B E | 141 E. Meadow Dr., Unit #PHH W | 141 E. Meadow Dr., Unit #3A S |
| | Vail | Vail | Vail | Vail |
| Parcel Number | 2101-082-94-076 | 2101-082-94-020 | 2101-082-94-050 | 2101-082-94-003 |
| List Price | NA | $6,495,000 | $7,950,000 | $5,290,000 |
| Sale Price | NA | $5,950,000 | $7,750,000 | $4,800,000 |
| Sale Price PSF | NA | $2,352 | $3,102 | $2,560 |
| Sold Date | NA | Mar-18 | Apr-17 | May-16 |
| DOM | NA | 525 | 436 | NA |
| Owner | Solaris Property Owner 1, LLC | Damanx Mtn. Assets | JCP Inv II, LLC | 6425 Northland, LLC |
| Comments | Residential Condo | Residential Condo | Residential Condo | Residential Condo |
| **Quantitative Factors** | | | | |
| Property Rights Conveyed | N/A | Fee Simple | Fee Simple | Fee Simple |
| Financing | N/A | NA | NA | NA |
| Terms & Conditions of Sale | N/A | NA | NA | NA |
| Expenditures After Sale | N/A | None | None | None |
| Market Conditions | N/A | 0% | 0% | 0% |
| Views | Mtn (South & West) | Mtn (South) | Mtn (South, West, & East) | Mtn (South, West, & East) 3% $77 |
| Inter Quantitative Adjustment | | $0 | $0 | $77 |
| Adj. Quantitative $/PSF | | $2,352 | $3,102 | $2,637 |
| **Qualitative Factors** | | | | |
| Location | Very Good: In Vail Village; surrounding commercial and residential uses in good condition | Very Good: Subject complex | Very Good: Subject complex | Very Good: Subject complex |
| Car Storage | Parking garage | Parking garage | Parking garage | Parking garage |
| Property Amenities | Pool; Spa; Gym | Pool; Spa; Gym | Pool; Spa; Gym | Pool; Spa; Gym |
| Year of Construction /Condition | 2010/Very Good | 2010/Very Good | 2010/Very Good | 2010/Very Good |
| Quality of Construction | Good: Above average architectural exterior detail | Good: Above average architectural exterior detail | Good: Above average architectural exterior detail | Good: Above average architectural exterior detail |
| Interior Finishes | Good quality finishes | Good quality finishes | Good quality finishes | Good quality finishes |
| Unit Size (SF)- GLA | 1,846 | 2,530 (+) | 2,498 (+) | 1,875 (+) |
| Fireplace | Yes | Yes | Yes | Yes |
| Bedroom Count | 2 - Den | 4 (-) | 3 | 3 |
| Bathroom Count | 3 full | 4 full (-) | 3 full, 1 half (-) | 3 full, 1 half (-) |
| Balcony/Patio | No | Yes (-) | Yes (-) | Yes (2 separate) (-) |
| Furnishings | Included | Included (+) | None (+) | Included (+) |
| Views | Mtn (South & West) | Mtn (South) (-) | Mtn (South, West & East) (-) | Mtn (South, West, & East) (-) |
| Other | Vaulted ceilings | None (++) | Vaulted ceilings (+) | None (++) |
| Net Qualitative Adjustment | | (e) | (e) | (-) |
| Adjusted Sales PSF GLA | | Similar to $2,352 | Less than $3,102 | Less than $2,637 |

SOLARIS RESIDENCES APPRAISAL

BBG

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

CRC 000767

## CONCLUSION OF VALUE – PHG WEST

After analyzing the most applicable consummated sales, the comparables indicate a value for the subject's condominium unit is less than $2,637 square feet of GLA but is similar to Sale 4 at $2,352 square feet of GLA.  We note that unit PHG West was recently listed for sale for $4,850,000, or $2,627 per square foot of GLA.  Reportedly, there were no offers for this unit and it is no longer listed for sale.  We would expect the market value to be less than the recently advertised list price.

We conclude to a unit value near this sale at $2,400 per square foot of GLA.

| Unit # | Unit Size GLA (SF) | "As Is" Value Reconciled PSF GLA | Indiv. Unit Value | Indiv. Unit Value (Rounded) |
|---|---|---|---|---|
| Pent G West | 1,846 | $2,400 | $4,430,400 | $4,430,000 |

BBG

CRC 000768

## CONCLUSION OF VALUE – AGGREGATE RETAIL VALUE (ALL 17 UNITS)

The table below summarizes our reconciled values of each unit which was derived via the Sales Comparison Approach.

| Aggregate Retail Value - "As Is" | | | | |
|---|---|---|---|---|
| Unit # | Unit Size GLA (SF) | Reconciled PSF GLA | Indiv. Unit Value | Indiv. Unit Value (Rounded) |
| 2A South* | 2,021 | $2,905 | $5,871,005 | $5,870,000 |
| 3E East | 1,655 | $1,810 | $2,995,550 | $2,995,000 |
| 4D East* | 2,813 | $2,550 | $7,173,150 | $7,175,000 |
| 4G West* | 2,567 | $2,325 | $5,968,275 | $5,970,000 |
| 5C West | 1,715 | $1,810 | $3,104,150 | $3,105,000 |
| 5E West | 1,741 | $1,810 | $3,151,210 | $3,150,000 |
| 5G West* | 2,590 | $2,250 | $5,827,500 | $5,830,000 |
| 6C West | 1,723 | $1,810 | $3,118,630 | $3,120,000 |
| 6D East* | 2,815 | $2,525 | $7,107,875 | $7,110,000 |
| 6E East | 1,734 | $1,810 | $3,138,540 | $3,140,000 |
| 7E East | 1,970 | $1,625 | $3,201,250 | $3,200,000 |
| 7E West | 2,268 | $1,625 | $3,685,500 | $3,685,000 |
| PHC East | 1,179 | $1,820 | $2,145,780 | $2,145,000 |
| PHC West | 1,183 | $1,820 | $2,153,060 | $2,155,000 |
| PHE East | 1,373 | $1,830 | $2,512,590 | $2,515,000 |
| PHE West | 1,354 | $1,830 | $2,477,820 | $2,480,000 |
| PHG West* | 1,846 | $2,400 | $4,430,400 | $4,430,000 |
| Total | 32,547 | | | $68,075,000 |
| Average/Unit | 1,915 | | | $4,004,412 |

* south (mtn) views

BBG

CRC 000769

# DISCOUNTED CASH FLOW APPROACH

## GENERAL PROCESS

As previously discussed, the most likely purchaser for the individual homes are owner-users, while the most likely purchaser for the homes, in bulk, is an investor/developer/builder that would purchase the residences to sell for a profit over a projected holding/marketing period. A potential investor would value the subject homes/units in bulk at an amount that would allow for holding costs incurred over a sell-out period and would provide a satisfactory entrepreneurial incentive to reflect the risk inherent in the investment.

In this valuation, we apply the previously determined retail value of each home to determine the total gross revenues expected from sales of units. From the gross revenue projection, we deduct sales and holding expenses to arrive at an estimate of net revenue. Sales and holding costs include the following:

> Real Estate Taxes
> Miscellaneous Costs
> Closing Costs/Commissions
> Entrepreneurial Incentive

## GROSS REVENUE PROJECTIONS (ALL 17 UNITS)

### Residential Condominium Sales

Utilizing the Sales Comparison Approach, we have estimated the individual value of all 17 residential condominium units. The summation of all the units equates to the total expected gross receipts (or aggregate retail value) of the entire subject property, which is estimated **at $4,004,412 per unit**.

### Weekly/Monthly Rentals

As discussed earlier in the report, the subject units have historically been leased on a weekly to monthly basis primarily as vacation rentals.

The following table illustrates the 3-year historical rental data for the 17 units.

| | 2016 | 2017 | 2018 | Reconcile | Per Unit |
|---|---|---|---|---|---|
| Total Rental Income | $2,015,532 | $2,218,237 | $2,404,194 | $2,525,000 | $148,529 |

Based on historical income/expense records, the total rental income for the subject's 17 units over the previous three years as continued to increase by approximately $2,015,000 to $2,405,000, rounded, with a 8% to 10% rental increase each year. Applying a 8% increase to the 2018 rental income, **we estimate annual vacation rentals at $2,525,000, or $148,529 per unit.**

During the projected sell-out of the subject condominiums over several years, we have assumed that while the units are exposed to the open market for sale, they will continue to generate rental income. In the analysis that follows, we only estimate the annual rental income from those units that do not sell in that particular year.

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

CRC 000770

## RETAIL PRICE INFLATION (ALL 17 UNITS)

As detailed in the *Market Analysis* section, a review of data indicates that residential prices in the subject submarket/trade area has continued to increase. This is supported by discussions with area real estate brokers and the continued low number of days on market for most residential-type properties. However, given the very high price point, the inflation rate has been somewhat minimal for properties over $2,000,000. Considering all market sources, we correlate to an inflation rate at the lower end of the range at 1%, annually.

We will apply this rate to home sale prices, weekly/monthly rental income, and various expenses.

## PROJECTED ABSORPTION (ALL 17 UNITS)

To project a rate of absorption for the subject's homes we typically analyze the absorption rates within the subject's subdivision and similar competing residential subdivisions.

### Subject Historical Sales

Based on our conversations with market participants, reviewing MLS data, and reviewing assessor's records, there have been a total of 10 residential condominium units that have sold in the subject building since year 2015 to year-end 2018. In the first 6 months of 2019, there has been one additional sale in the complex, so this equates to 11 condominiums sold in approximately 41 months. This equates to approximately 3 units per year.

| Unit # | Bedrooms | SQFT | View | Closing Date | List Price | Closing Price | Price/ SQFT |
|---|---|---|---|---|---|---|---|
| 5B East | 4 | 2,549 | South | 5/21/2015 | $7,850,000 | $7,140,000 | $2,801 |
| 3D East | 4 | 2,819 | South | 6/3/2015 | $7,650,000 | $7,262,500 | $2,576 |
| Pent B West | 6 | 4,573 | South | 12/15/2015 | $16,000,000 | $13,800,000 | $3,018 |
| 5E East | 2 | 1,734 | North | 1/5/2016 | $3,650,000 | $3,025,000 | $1,745 |
| 3A South | 3 | 1,875 | South | 5/13/2016 | NA | $4,800,000 | $2,560 |
| Pent H West | 3 | 2,498 | South/West | 4/10/2017 | $7,950,000 | $7,750,000 | $3,102 |
| Pent H East | 2 | 4,170 | South/West | 11/15/2017 | $11,900,000 | $11,700,000 | $2,806 |
| 3B East | 0 | 925 | North | 12/12/2017 | $1,425,000 | $1,425,000 | $1,541 |
| 4B East | 4 | 2,530 | South | 3/23/2018 | $6,495,000 | $5,950,000 | $2,352 |
| Pent B East | 6 | 4,522 | South | 5/15/2018 | $15,995,000 | $14,000,000 | $3,096 |
| | | | | | | | |
| Total | | 28,195 | | | $78,915,000 | $76,852,500 | $2,726 |
| Average | | 2,820 | | | $8,768,333 | $7,685,250 | $2,560 |

The developer has several units (not part of the subject units) listed for sale that have historically been above market in price, based on our analysis and discussions with other brokers who are not representing the owner/developer. If the condominium developer were willing to negotiate to a lower sale price or drop list prices, we believe more units would have sold over the last three years, indicating an absorption rate greater than 3 units within the subject complex.

### Other sales in Vail

Based on MLS data, from January 2017 to year-end 2018, there have been approximately 80 attached homes/condominiums that have sold in Vail at a price between $2,000,000 and $10,000,000. This equates to approximately 3.33 homes/units sold per month.

### Broker Interviews

We spoke to several brokers in the immediate area and they are familiar with the subject condominium building. They indicated that the property is highly desirable given the location, the amenities, and the overall condition and building quality. They are familiar with the number of units that have sold in the building and they indicated an absorption rate of around 2 to 3 units per year would be reasonable. However, they did caution that some potential buyers have been scared away due to the high tax and HOA expenses. They also believe that many of the units in the building that are owned by the developer appear to be priced above market and if these units had lower pricing, it could lead to a greater number of condominium sales within a year.

**BBG**

CRC 000771

## ABSORPTION CONCLUSION

An absorption rate of 2 homes/units sold per year, equates to a 8.5-year sell-out, while a rate of 3 homes/units sold per year equates to a sell-out of 5.5-year sell-out.

Considering actual historical data, as well as the broker opinions/projections, we correlate to a sell-out period near of 6 years, rounded, which is an absorption rate of approximately **2.8 units/homes per year.**

In the cashflow that follows, we assume that three units will sell in each of the first 5 years, with the remaining 2 units selling in year 6, as it is not uncommon for some of the last units in a particular complex can be difficult to sell, which would lead to a slightly longer sell-out period.

## HOLDING & SELLING EXPENSES (ALL 17 UNITS)

To estimate a bulk value for the subject, the holding and selling expenses must be estimated. The typical expenses that would need to be deducted from the total expected gross revenue of the units include real estate taxes, HOA dues, closing costs and sales commissions, construction costs (if applicable), and entrepreneurial profit. We have also accounted for those costs associated with renting individual units on a weekly to monthly basis (e.g. vacation rentals).

### REAL ESTATE TAXES

As illustrated earlier in the report, we estimate the average annual residential condominium real estate tax of **$31,900 per unit** (payable in 2020 – see Tax section of report). As noted, we have estimated the units to sell out over several years and given that we would expect homes to sell throughout the duration of a 12 month period, the estimated tax burden for an investor is approximately 50% of the total estimated taxes for those particular units that sell each year.

### HOA DUES

The HOA expense helps to maintain numerous items within the residential complex, including but not limited to, interior and exterior common area maintenance, snow removal, common area landscaping, various common area utilities, etc. The annual HOA rate has increased by approximately 5% per year (based on the historical data) for each condominium unit.

| | 2016 | 2017 | 2018 | Average | Median | Reconcile |
|---|---|---|---|---|---|---|
| *HOA Dues* | $575,405 | $608,255 | $635,907 | $606,522 | $591,830 | **$645,000** |

Applying a 5% increase to the 2018 HOA data, we estimate the HOA expenses **of $645,000, rounded, or $37,941 per unit.** Like taxes, we estimate the HOA expense burden for an investor is approximately 50% of the total HOA expense for those particular units that sell each year.

### CLOSING COSTS AND SALE COMMISSIONS

Closing costs typically include title and recording fees. Sale commissions will be paid to the broker or brokers who sell the subject units. Sales commissions and closing costs are typically estimated within a range from 5.0% to 8.0% of the subject's total gross sales revenue. Assuming minimal additional closing costs, we would expect the overall closing costs/ sale commission expense to be near the middle of the indicated range at **6.00% of gross sales receipts.**

BBG

CRC 000772

## EXPENSES ASSOCIATED WITH VACATION RENTALS

The following table summarizes the last three years of additional historical operating expenses/leasing expenses associated with the subject's 17 units.  The percentages next to the credit card fees and the management fees are a percent of the gross rental income.

| | 2016 | | 2017 | | 2018 | | Average | Median | Reconcile |
|---|---|---|---|---|---|---|---|---|---|
| Credit Card Fees | $32,886 | 1.63% | $35,975 | 1.62% | $43,386 | 1.80% | $37,416 | $32,886 | $42,925 |
| HOA Dues | $575,405 | | $608,255 | | $635,907 | | $606,522 | $591,830 | $645,000 |
| Maintenance and Repairs | $215,104 | | $290,832 | | $340,307 | | $282,081 | $252,968 | $315,000 |
| Management Fees | $550,738 | 27% | $629,711 | 28% | $681,444 | 28% | $620,631 | $550,738 | $707,000 |
| Utilities | $37,778 | | $36,997 | | $35,795 | | $36,857 | $36,396 | $35,000 |

## RENTAL MANAGEMENT FEES

Relying on three years of historical expense data, we estimate the average annual residential condominium management fee at **28% of the gross rental income**.

## CREDIT CARD EXPENSES

Relying on three years of historical expense data, credit card expenses associated reserving and paying for vacation rentals has ranged from 1.6% to 1.8% of the total rental income.  We correlate to a rate **of 1.70% of the total rental income per year**.

## OTHER RENTAL EXPENSES

Outside of credit card expenses or management fees, the other expenses associated with vacation rentals are repairs and maintenance within the unit (including janitorial and furnishings) and unit utilities that are not covered under the HOA.

Historical utility expenses over the last three years has continued to decrease slightly from approximately $38,000 to $36,000 for all 17 units.   We correlate to an annual utility expense **of $35,000, or $2,059 per unit**.

Historical repairs and maintenance expenses for the previous three years has ranged from approximately $215,000 to $340,000.  We correlate to a rate near the middle of the range for the last two years for a repair and maintenance expense **of $315,000 or $18,529 per unit**.

In total the utility expenses and the repairs/maintenance expenses are **$20,588.**

## ENTREPRENEURIAL INCENTIVE (ALL 17 UNITS)

Due to the risk associated with the development and liquidation of the residential condominium units, an investor would require an appropriate return on investment. Entrepreneurial incentive should not be confused with developer profit. Although a developer may also be an equity investor, often he does not have the funds available for investment. Therefore, the developer's profit for obtaining permits, approvals and overseeing the development is typical in a development fee. The entrepreneur's incentive is typically the expected return to the person who funds the project. To estimate risk associated with a project, it is necessary to take into consideration the overall development process.

We utilize three sources in estimating a required entrepreneurial incentive:

- Investor Interviews
- Third-Party Data
- Comparable Projects

### Market Participant Interviews

The following chart summarizes the results for entrepreneurial profit based on investor interviews:



| Summary of Investor Interviews -Attached For Sale  Residential Development | |
|---|---|
| Stages | Entrepreneurial Incentive |
| Real Estate Lender | 7% to 12% |
| Developers | 10% to 20% |

The data above ranges from 7% to 20%. The subject property consists of 17 residential units within a larger residential condominium building with a projected sell-out period that is considered somewhat a long duration, which could increase marketing risk. We believe an investor could require a rate near the middle of the range.

### Comparable Project(s)

We recently appraised a 6-unit development project located in the Northwest Denver Submarket for which we know the expected entrepreneurial incentive. This project consists of modern townhomes in a transitioning area, with changing property values, but the sell-out risk is limited by the low unit count. The developer's expected entrepreneurial incentive for the sell-out is approximately **10%.**

We also know of another multi-building townhome project located in the Highlands neighborhood of Denver for which the expected entrepreneurial incentive is known. In this case, the developer's expected entrepreneurial incentive for the project is **13% of gross receipts.**

Although the number of units that comprise the subject property are somewhat high and thus could command a higher estimated profit, the property is in Vail Village, one of the most desirable 2nd home locations in the Western United States and is quite appealing to the expected purchaser. As such, this helps to keep the profit estimate somewhat depressed. Given that the property has been completed and has had a moderate absorption rate over the last several years, we correlate to an entrepreneurial profit near the lower to middle of the range stated above.

### CONCLUSION OF ENTREPRENEURIAL INCENTIVE

The sources utilized suggested an entrepreneurial incentive of approximately 7% to 20% of gross sale receipts. The subject is a relatively low to moderate risk project. Therefore, we conclude to an entrepreneurial incentive at **10.00% of gross sales receipts.**

## DISCOUNT RATE (ALL 17 UNITS)

The discount rate used for this analysis provides for a normal return to debt and equity. In the case of a development project, the above normal risk is included in the prior entrepreneurial profit line. The discount rate includes the preferred return to investors, which is typically a normal rate of return.

We analyzed actual and pro-forma yield rates for condominium properties, as indicated by RealtyRates.com Developer Survey Reports (1ˢᵗ Quarter 2019). Actual rates are historical rates achieved by the survey respondents, while pro-forma rates reflect forward-looking expectations.  We note that these rates do not include developer's profit.

*National Rates*

| Condominiums & Co-Ops | Actual Rates | | | Pro-Forma Rates | | |
|---|---|---|---|---|---|---|
| | 4Q18 | 3Q18 | Basis Point Change | 4Q18 | 3Q18 | Basis Point Change |
| **Primary Residential** | 19.59% | 19.35% | 24 | 18.82% | 18.60% | 22 |
| Hi-Rise/Urban Townhouse | 19.86% | 19.63% | 23 | 19.07% | 18.84% | 22 |
| Garden/Suburban Townhouse | 19.26% | 18.99% | 27 | 18.49% | 18.23% | 26 |
| Mixed Use | 20.12% | 19.87% | 25 | 19.10% | 18.87% | 23 |
| **Resort & Second Home** | 21.85% | 21.61% | 24 | 20.56% | 20.34% | 22 |
| Hi-Rise | 21.47% | 21.24% | 23 | 20.61% | 20.39% | 22 |
| Garden/Townhouse | 19.72% | 19.48% | 24 | 18.93% | 18.70% | 23 |
| **Commercial/Industrial** | 19.80% | 19.46% | 34 | 18.83% | 18.50% | 33 |
| Urban Office | 18.14% | 17.81% | 32 | 17.24% | 16.93% | 31 |
| Suburban Office | 17.97% | 17.62% | 36 | 17.09% | 16.75% | 34 |
| Retail | 20.10% | 19.79% | 30 | 19.11% | 18.82% | 29 |
| Industrial | 18.35% | 18.10% | 25 | 17.44% | 17.20% | 24 |

*4th Quarter 2018 Data                              Copyright 2019 RealtyRates.com™

The illustration above indicates an actual average yield rate for residential condominiums sell-outs since mid-year 2018 is 19.75% to 22.00%, rounded, with a pro-forma rate range of approximately 19.00% to 21.00%, rounded.

*Regional Rates*

| RealtyRates.com DEVELOPER SURVEY - 1st Quarter 2019* | | | | | |
| Mountain - Condominiums & Co-Ops | | | | | |
| | Actual Rates | | | Pro-Forma Rates | | |
| | Min | Max | Avg | Min | Max | Avg |
|---|---|---|---|---|---|---|
| **Primary Residential** | 14.26% | 26.05% | 19.48% | 13.62% | 25.01% | 18.61% |
| Hi-Rise/Urban Townhouse | 15.03% | 26.05% | 20.13% | 14.43% | 25.01% | 19.33% |
| Garden/Suburban Townhouse | 14.26% | 24.79% | 18.75% | 13.69% | 23.80% | 18.00% |
| Mixed Use | 14.81% | 25.95% | 19.56% | 13.62% | 24.91% | 18.50% |
| **Resort & Second Home** | 15.98% | 28.24% | 20.59% | 15.34% | 27.11% | 19.77% |
| Hi-Rise | 16.13% | 28.24% | 21.74% | 15.48% | 27.11% | 20.87% |
| Garden/Townhouse | 15.98% | 24.52% | 19.44% | 15.34% | 23.54% | 18.66% |
| **Commercial/Industrial** | 12.25% | 26.66% | 17.96% | 11.76% | 25.59% | 17.24% |
| Urban Office | 13.28% | 23.75% | 18.14% | 12.75% | 22.80% | 17.42% |
| Suburban Office | 12.28% | 23.48% | 17.16% | 11.79% | 22.54% | 16.48% |
| Retail | 13.07% | 26.66% | 19.07% | 12.55% | 25.59% | 18.31% |
| Industrial | 12.25% | 24.14% | 17.47% | 11.76% | 23.17% | 16.77% |

*4th Quarter 2018 Data                                     Copyright 2019 RealtyRates.com™

The illustration above indicates the actual discount rate ranges from 16.00% to 28.00%, rounded and a pro-forma rate range of approximately 15.25% to 27.00%, rounded.  Averages range from approximately 19.00% to 22.00%.

We also analyzed discount rates of multi-family apartments and lodging facilities, as we believe the subject property has some similarities to these types of properties in terms of the design, property amenities, and location amongst other commercial uses. The third-party source is **RealtyRates.com Investor Survey Reports (1st Quarter 2019)**.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **RealtyRates.com INVESTOR SURVEY - 1st Quarter 2019** | | | | | | | | | |
| **DISCOUNT RATES** | | | | | | | | | |
| | **New Development** | | | **Acquisitions** | | | **Recapitalizations** | | |
| **Property Type** | **Min.** | **Max.** | **Avg.** | **Min.** | **Max.** | **Avg.** | **Min.** | **Max.** | **Avg.** |
| Apartments | 7.53% | 16.29% | 11.73% | 6.55% | 14.17% | 10.21% | 7.45% | 16.13% | 11.62% |
| Garden/Suburban TH | 7.53% | 15.14% | 11.04% | 6.55% | 13.17% | 9.61% | 7.45% | 14.99% | 10.93% |
| Hi-Rise/Urban TH | 8.23% | 16.29% | 11.80% | 7.16% | 14.17% | 10.26% | 8.14% | 16.13% | 11.68% |
| Student Housing | 7.99% | 15.89% | 12.11% | 6.95% | 13.83% | 10.53% | 7.91% | 15.73% | 11.99% |
| Golf | 8.34% | 22.17% | 16.50% | 7.26% | 19.29% | 14.35% | 8.26% | 21.95% | 16.33% |
| Public Daily Fee Courses | 10.55% | 21.91% | 16.10% | 9.18% | 19.06% | 14.00% | 10.44% | 21.69% | 15.94% |
| Semi-Private Clubs | 8.84% | 22.17% | 16.65% | 7.69% | 19.29% | 14.49% | 8.76% | 21.95% | 16.49% |
| Private Clubs | 8.34% | 20.68% | 15.76% | 7.26% | 17.99% | 13.71% | 8.26% | 20.47% | 15.60% |
| Health Care/Senior Housing | 7.76% | 20.92% | 12.03% | 6.75% | 18.20% | 10.46% | 7.69% | 20.71% | 11.91% |
| Acute Care Facilities | 8.69% | 22.02% | 13.58% | 7.56% | 19.15% | 11.81% | 8.60% | 21.80% | 13.44% |
| Out-Patient Care Facilities | 7.76% | 15.79% | 10.83% | 6.75% | 13.73% | 9.42% | 7.69% | 15.63% | 10.72% |
| Congregate Care Facilities | 8.54% | 17.38% | 11.78% | 7.43% | 15.12% | 10.25% | 8.45% | 17.21% | 11.67% |
| Assisted Living Facilities | 8.01% | 16.24% | 11.04% | 6.97% | 14.13% | 9.61% | 7.93% | 16.08% | 10.93% |
| Industrial | 7.69% | 16.54% | 12.62% | 6.46% | 13.90% | 10.60% | 7.76% | 16.71% | 12.75% |
| Warehouse/Distribution | 7.69% | 14.45% | 11.48% | 6.46% | 12.14% | 9.64% | 7.76% | 14.60% | 11.60% |
| R&D/Flex | 8.57% | 16.54% | 12.90% | 7.20% | 13.90% | 10.84% | 8.66% | 16.71% | 13.03% |
| Climate Controlled/Manufacturing | 8.10% | 15.89% | 11.93% | 6.80% | 13.35% | 10.02% | 8.18% | 16.05% | 12.05% |
| Lodging | 8.21% | 19.83% | 14.59% | 6.90% | 16.65% | 12.25% | 7.96% | 19.23% | 14.15% |
| Full Service Facilities | 8.21% | 17.15% | 14.75% | 6.90% | 14.41% | 12.39% | 7.96% | 16.64% | 14.31% |
| Limited Service Facilities | 9.11% | 19.83% | 14.89% | 7.66% | 16.65% | 12.51% | 8.84% | 19.23% | 14.44% |
| Golf/Gaming/Resort | 8.68% | 18.75% | 13.75% | 7.29% | 15.75% | 11.55% | 8.42% | 18.18% | 13.34% |

This report indicates a discount rate for <u>acquisition properties</u> ranging from 7.15% to 16.75% with an average between 10.25% and 12.50%.

### DISCOUNT RATE CONCLUSION (ALL 17 UNITS)

Third-party data has a relatively wide range of reported discount rates. However, we rely primarily on reported averages, which range from approximately 10.00% to 20.00%, rounded. The upper end of the range represents the resort/second homes condominiums which best describes the property. However, the subject units have historically been utilized for vacation rentals. Although the subject units are not a full-time apartment or lodging facility, we believe these rates provide a good indication of what could be expected if the property were fully utilized as a lodging facility.

In general, a higher discount rate implies there is a greater amount of risk to an investor. However, we have already allocated a 10% entrepreneurial profit, which already helps to account for some risk associated with the proposed investment.

Here are some other factors that we believe could affect the discount rate:

#### Increased Discount Rate

As noted earlier, any potential sale of condominium units potentially could result in the developer exercising the first right of refusal to purchase the unit. Although this is not expected to affect the market value of any particular unit, this clause could discourage some potential buyers of a unit as they may opt to look for another residential condominium in another complex that does not have the extra uncertainty of the stated right of refusal clause being enacted. For these reasons, it could delay or slow the overall absorption rate of the projected sell-out. For this reason, we believe it is necessary to account for this in our selection of a discount rate due to the inherited greater risk to an investor.

#### Decreased Discount Rate

We also believe it is prudent to note that it appears that the statute of limitations has expired for any lawsuits that could be brought against the developer of the condominium complex with regards to the Colorado condominium defect laws. Although there have been some revisions and new laws passed in the last year to help protect developers of future residential condominium complexes, there are relatively few residential condominium complexes in Colorado that are available for sale in a high-end market that are similar to the subject in age, condition, and quality. Given that there will be no pending lawsuits filed against the developer, this particular project could be more appealing to an investor, and as such, would be less risky than if this property were constructed less than seven years ago when it could still be susceptible to a lawsuit. This would decrease the discount rate.

#### Final Conclusion

Considering all factors with regards to the risk of the potential investment, while also considering third-party source data, we correlate to a discount rate at **11.00%**.

#### Test of Reasonableness – Internal Rate of Return

Utilizing the reconciled profit and discount rates above, the indicated internal rate of return for this investment project is between 15% and 16%, which is within a reasonable range based on general investor expectations for properties similar to the subject property.

**BBG**

CRC 000778

CRC 000779

# BULK VALUE INDICATION – "AS IS" (17 UNITS)

The table below summarizes the bulk value of the subject's 17 residential condominium units "As Is" based on the preceding assumptions.

**Solaris Residences (Vail, CO) — 17 Residential Condominiums**

| Cash Flow | As Is | 1 | 2 | 3 | 4 | 5 | 6 | Totals |
|---|---|---|---|---|---|---|---|---|
| Year Ending (Month-Year) | | Jul-20 | Jul-21 | Jul-22 | Jul-23 | Jul-24 | Jul-25 | |
| **Income** | | | | | | | | |
| **Sales Revenue of Condo Units Sold** | | | | | | | | |
| Annual Inflation Rate | 1.00% | | | | | | | |
| Average Condo Unit Price | $4,004,412 | $4,004,412 | $4,044,456 | $4,084,900 | $4,125,749 | $4,167,007 | $4,208,677 | $69,696,927 |
| Total Sales Revenue | | $12,013,235 | $12,133,368 | $12,254,701 | $12,377,248 | $12,501,021 | $8,417,354 | $75,712,874 |
| **Vacation Rental Income** | | | | | | | | |
| Rental Income Per Unit | $148,529 | $148,529 | $150,014 | $151,514 | $153,030 | $154,560 | $156,105 | |
| Total Rental Income Revenue | | $2,079,406 | $1,650,157 | $1,212,115 | $765,148 | $309,120 | $0 | $6,015,946 |
| Units Sold | | 3 | 3 | 3 | 3 | 3 | 2 | 17 |
| Cumulative Units Sold | | 3 | 6 | 9 | 12 | 15 | 17 | 17 |
| Units Remaining | | 14 | 11 | 8 | 5 | 2 | 0 | |
| **Expected Gross Revenue Total** | | $14,092,641 | $13,783,525 | $13,466,817 | $13,142,396 | $12,810,141 | $8,417,354 | $75,712,874 |
| **Less Sales/Development Costs** | | | | | | | | |
| Taxes Per Unit (Proj. 2019 taxes payable 2020) | $31,900 | $494,450 | $402,738 | $309,141 | $213,633 | $116,183 | $33,527 | $1,569,672 |
| HOA Dues (developer's burden) Per Unit | $37,941 | $588,086 | $479,005 | $367,684 | $254,089 | $138,185 | $39,876 | $1,866,926 |
| Sales Commissions and Closing Costs of Unit Sales | -6.00% | $720,794 | $728,002 | $735,282 | $742,635 | $750,061 | $505,041 | $4,181,816 |
| Rental Expenses (Credit Card Fees) - % of Rental Income | 1.70% | $35,350 | $28,053 | $20,606 | $13,008 | $5,255 | $0 | $102,271 |
| Rental Expenses (R&M, Utilities) Per Unit | $20,588 | $288,232 | $228,733 | $168,015 | $106,059 | $42,848 | $0 | $833,886 |
| Rental Expenses (Mgmt. Fees) - % of Rental Income | 28% | $582,234 | $462,044 | $339,392 | $214,241 | $86,554 | $0 | $1,684,465 |
| Subtotal Rental Expenses | | $905,816 | $718,829 | $528,013 | $333,308 | $134,656 | $0 | $2,620,622 |
| **Total Expenses** | | $2,709,145 | $2,328,574 | $1,940,121 | $1,543,665 | $1,139,087 | $578,445 | $10,239,036 |
| **Net Sales Revenue** | | $11,383,496 | $11,454,951 | $11,526,696 | $11,598,731 | $11,671,054 | $7,838,909 | $65,473,837 |
| Less Entrepreneurial Profit (Expected Gross Revenue) | 10.00% | ($1,409,264) | ($1,378,352) | ($1,346,682) | ($1,314,240) | ($1,281,014) | ($841,735) | ($7,571,287) |
| **TOTAL NET SALES/RENT REVENUE** | | $9,974,232 | $10,076,598 | $10,180,015 | $10,284,491 | $10,390,040 | $6,997,174 | $57,902,550 |
| Present Value Factor @ | 11.00% | 0.900901 | 0.811622 | 0.731119 | 0.658731 | 0.593451 | 0.534641 | |
| **PRESENT VALUE** | | $8,985,795 | $8,178,393 | $7,443,539 | $6,774,713 | $6,165,983 | $3,740,975 | $41,289,398 |
| **PRESENT VALUE (Rounded)** | | | | | | | | $41,290,000 |
| **Value Per Unit (Based on 17 Units)** | | | | | | | | $2,428,824 |

BBG

SOLARIS RESIDENCES APPRAISAL

# RECONCILIATION AND FINAL VALUE ESTIMATE

## SUMMARY OF VALUE INDICATIONS

| VALUE INDICATIONS | | | |
|---|---|---|---|
| **Individual Condo Unit Value – As Is (June 10, 2019)** | | | |
| Sales Comparison Approach | | | |
| 2A South* | $5,870,000 | $2,905 | Per SF (2,021 GLA) |
| 3E East | $2,995,000 | $1,810 | Per SF (1,655 GLA) |
| 4D East* | $7,175,000 | $2,551 | Per SF (2,813 GLA) |
| 4G West* | $5,970,000 | $2,326 | Per SF (2,567 GLA) |
| 5C West | $3,105,000 | $1,810 | Per SF (1,715 GLA) |
| 5E West | $3,150,000 | $1,809 | Per SF (1,741 GLA) |
| 5G West* | $5,830,000 | $2,251 | Per SF (2,590 GLA) |
| 6C West | $3,120,000 | $1,811 | Per SF (1,723 GLA) |
| 6D East* | $7,110,000 | $2,526 | Per SF (2,815 GLA) |
| 6E East | $3,140,000 | $1,811 | Per SF (1,734 GLA) |
| 7E East | $3,200,000 | $1,624 | Per SF (1,970 GLA) |
| 7E West | $3,685,000 | $1,625 | Per SF (2,268 GLA) |
| PHC East | $2,145,000 | $1,819 | Per SF (1,179 GLA) |
| PHC West | $2,155,000 | $1,822 | Per SF (1,183 GLA) |
| PHE East | $2,515,000 | $1,832 | Per SF (1,373 GLA) |
| PHE West | $2,480,000 | $1,832 | Per SF (1,354 GLA) |
| PHG West* | $4,430,000 | $2,400 | Per SF (1,846 GLA) |
| *Aggregate Retail Value (All 17 Units)* | *$68,075,000* | *$4,004,412* | *Per Unit (based on 17)* |
| Approach Reliance | Sales Comparison Approach | | |
| Value Conclusions | See Above | | |
| **Bulk Value – As Is (June 10, 2019) All 17 Units** | | | |
| Income Capitalization Approach | | | |
| Discounted Cash Flow | $41,290,000 | $2,428,824 | Per Unit (based on 17) |
| Approach Reliance | Income Approach (DCF) | | |
| Value Conclusion - As Is (17 Units) | $41,290,000 | $2,428,824 | Per Unit (based on 17) |
| Exposure Time | <12 months | All Valuations | |
| Marketing Time | <12 months | All Valuations | |

*Mountain (South/West Views)*

# MARKET VALUE - VALUATION RELIANCE

**Individual SFR/Aggregate Retail Value**

We believe the value based on the Sales Comparison Approach is strong as there were an adequate number of recent sales of residential condominiums that sold in Vail that were similar in most characteristics to the subject property.

**Bulk Values**

Due to the lack of residential condominiums that have sold in bulk to one purchaser, the Sales Comparison Approach was not applicable.  We believe the value derived by the Income Approach is adequate and provides a reasonable indication of value.  We note that there is a letter of intent for an investor to purchase all 17 units in bulk.  However, we were not provided any details of this pending transaction, and therefore, rely exclusively on the Income Approach.

# FINAL OPINION OF VALUES

Based on the inspection of the property and the investigation and the analysis undertaken, we have developed the following value opinion(s).

| MARKET VALUE CONCLUSION(S) - AS IS | | | |
|---|---|---|---|
| Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
| 2A South* | Fee Simple | June 10, 2019 | $5,870,000 |
| 3E East | Fee Simple | June 10, 2019 | $2,995,000 |
| 4D East* | Fee Simple | June 10, 2019 | $7,175,000 |
| 4G West* | Fee Simple | June 10, 2019 | $5,970,000 |
| 5C West | Fee Simple | June 10, 2019 | $3,105,000 |
| 5E West | Fee Simple | June 10, 2019 | $3,150,000 |
| 5G West* | Fee Simple | June 10, 2019 | $5,830,000 |
| 6C West | Fee Simple | June 10, 2019 | $3,120,000 |
| 6D East* | Fee Simple | June 10, 2019 | $7,110,000 |
| 6E East | Fee Simple | June 10, 2019 | $3,140,000 |
| 7E East | Fee Simple | June 10, 2019 | $3,200,000 |
| 7E West | Fee Simple | June 10, 2019 | $3,685,000 |
| PHC East | Fee Simple | June 10, 2019 | $2,145,000 |
| PHC West | Fee Simple | June 10, 2019 | $2,155,000 |
| PHE East | Fee Simple | June 10, 2019 | $2,515,000 |
| PHE West | Fee Simple | June 10, 2019 | $2,480,000 |
| PHG West* | Fee Simple | June 10, 2019 | $4,430,000 |
| **Bulk Value "As Is" (17 Units) - All** | **Fee Simple** | **June 10, 2019** | **$41,290,000** |

*Mountain (South/West Views)*

## MARKETING TIME AND EXPOSURE TIME

The residential condominium sales that we used in our analysis had a wide range of days on market from 4 days to 1,820 days.  However, as presented in the market analysis, the days on market for attached residential units decreased to under one year in 2018.  We also note that the 50 condominium units that are priced above $2,000,000 has a median day on market of approximately one year.

Our concluded value is intended to reflect a price that would entice a buyer to purchase the property in a reasonable period of time of 12 months or less.  We note that both the regional economy and real estate market conditions have been improving for several years, which is expected to help shorten marketing time for finished residential homes/units.

All the preceding information indicates the subject units would sell in approximately twelve months at the appraised market value.

The exposure time is also estimated at less than twelve months; however, it could be slightly longer than the marketing time depending on any improvement in the market.

**BBG**

CRC 000782

# CERTIFICATION

The undersigned do hereby certify that, to the best of our knowledge and belief:

➢ To the best of our knowledge, the statements of fact contained in this report are true and correct.

➢ The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, unbiased professional analyses, opinions and conclusions.

➢ We have no present or hypothetical interest in the subject property, and have no personal interest or bias with respect to the parties involved.

➢ Our compensation is not contingent upon reporting a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, the prospect of future employment, or the occurrence of a subsequent event.

➢ The appraisal assignment was not based on a requested minimum valuation, a specific valuation or the approval of a loan.

➢ The analyses, opinions and conclusions were developed, and this report has been prepared in conformity with the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation (USPAP) and the requirements of the Code of Professional Ethics and the Standards of Professional Practice of the Appraisal Institute.

➢ The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

➢ No one other than the individuals named in this certification provided significant professional assistance in the preparation of this report.

➢ Karl Knipling personally inspected the property that is the subject of this report. Brett Wilkerson and Rodman Schley did not inspect the subject property.

➢ The Colorado Division of Real Estate currently licenses Rodman Schley, Brett Wilkerson and Karl Knipling as Certified General Appraisers.

➢ Rodman Schley, MAI, *Supervising Appraiser* – was involved throughout the appraisal process in a supervisory capacity. Significant contributions were made in defining the scope of work with both the client and the other report contributors, reviewing the appraisal report and included data for accuracy and relevancy, and in supporting and reconciling all value estimates within the report.

➢ Brett Wilkerson, *Supervising Appraiser* – was involved throughout the appraisal process in a supervisory capacity. Significant contributions were made in defining the scope of work with both the client and the other report contributors, reviewing the appraisal report and included data for accuracy and relevancy, and in supporting and reconciling all value estimates within the report.

➢ Karl Knipling, *Appraiser* – was involved throughout the appraisal process in a supervisory capacity and reviewed the appraisal report to ensure compliance with established appraisal methodology and to confirm all reconciled value estimates. Reviewed and detailed market trends and significant factors impacting property valuation. Confirmed pertinent details for any applicable construction cost estimates, comparable sales, and/or comparable rental properties. Provided significant input in reconciling value indications from generally accepted appraisal methodologies into value conclusions.

➢ Joseff Phillips is not currently licensed by the Colorado Division of Real Estate; he contributed to this report as a research analyst. He provided significant real property appraisal assistance by collaborating with other report contributors. Researched and confirmed pertinent details regarding the subject property by reviewing information available through public sources as well as information provided by other market participants. Gathered and verified pertinent details of the proposed improvements, site area, property taxes, and zoning regulation and by developing regional, local, and neighborhood market analyses.

SOLARIS RESIDENCES APPRAISAL

BBG

CRC 000783

> Brett Wilkerson has sufficient educational background and experience in the appraisal and review of real estate properties similar to the subject. This knowledge and experience allow us to complete this appraisal assignment in accordance with the competency provision of USPAP and Title 12 CFR Part 1608.4.

> Pursuant to the Conduct Section of the Ethics Rule of USPAP, "If known prior to accepting an assignment, and/or if discovered at any time during the assignment, an appraiser must disclose to the client, and in the subsequent report certification any services regarding the subject property performed by the appraiser within the three-year period immediately preceding acceptance of the assignment, as an appraiser or in any other capacity."

The appraisers previously appraised the subject property in February 2019.

> The appraisers signing the report has not provided services, as an appraiser or in any other capacity, regarding the property that is the subject of this report with the three-year period immediately preceding acceptance of this assignment.

> As of the date of this report, Rodman Schley, MAI, has completed the continuing education program for Designated Members of the Appraisal Institute.

> As of the date of this report, Brett J. Wilkerson has completed the Standards and Ethics Education Requirement of the Appraisal Institute for Candidates for Designation. Brett Wilkerson has completed the Appraisal licensing requirements of the State in which the subject property is located.


**By: Rodman Schley, MAI**
Senior Managing Director
Certified General Appraiser
State of Colorado, CG40025588

**By: Brett Wilkerson**
Managing Director
Certified General Appraiser
State of Colorado, CG200000805


**By: Karl Knipling**
Senior Managing Director
Certified General Appraiser
State of Colorado, CG40025588

# STANDARD ASSUMPTIONS AND LIMITING CONDITIONS

This appraisal report has been made with the following general assumptions:

1) Notwithstanding that Appraiser may comment on, analyze or assume certain conditions in the appraisal, BBG, Inc. shall have no monetary liability or responsibility for alleged claims or damages pertaining to: (a) title defects, liens or encumbrances affecting the property; (b) the property's compliance with local, state or federal zoning, planning, building, disability access and environmental laws, regulations and standards; (c) building permits and planning approvals for improvements on the property; (d) structural or mechanical soundness or safety; (e) contamination, mold, pollution, storage tanks, animal infestations or other hazardous conditions affecting the property; and (f) other conditions and matters for which licensed real estate appraisers are not customarily deemed to have professional expertise. Accordingly:

   a) The Appraiser has not conducted any engineering or architectural surveys in connection with this appraisal assignment. Information reported pertaining to dimensions, sizes, and areas is either based on measurements taken by the Appraiser or the Appraiser's staff or was obtained or taken from referenced sources and is considered reliable. The Appraiser and BBG, Inc. shall not be monetarily liability or responsible for or assume the costs of preparation or arrangement of geotechnical engineering, architectural, or other types of studies, surveys, or inspections that require the expertise of a qualified professional.

   b) Unless otherwise stated in the report, only the real property is considered, so no consideration is given to the value of personal property or equipment located on the premises or the costs of moving or relocating such personal property or equipment. Further, unless otherwise stated, it is assumed that there are no subsurface oil, gas or other mineral deposits or subsurface rights of value involved in this appraisal, whether they are gas, liquid, or solid. Further, unless otherwise stated, it is assumed that there are no rights associated with extraction or exploration of such elements considered. Unless otherwise stated it is also assumed that there are no air or development rights of value that may be transferred.

   c) Any legal description or plats reported in the appraisal are assumed to be accurate. Any sketches, surveys, plats, photographs, drawings or other exhibits are included only to assist the intended user to better understand and visualize the subject property, the environs, and the competitive data. BBG, Inc. has made no survey of the property and assumes no monetary liability or responsibility in connection with such matters.

   d) Title is assumed to be good and marketable, and in fee simple, unless otherwise stated in the report. The property is considered to be free and clear of existing liens, easements, restrictions, and encumbrances, except as stated. Further, BBG, Inc. assumes there are no prior deed restrictions affecting the property which would limit the use of the subject property in any way.

   e) The appraisal report is based on the premise that there is full compliance with all applicable federal, state, and local environmental regulations and laws unless otherwise stated in the appraisal report; additionally, that all applicable zoning, building, and use regulations and restrictions of all types have been complied with unless otherwise stated in the appraisal report. Further, it is assumed that all required licenses, consents, permits, or other legislative or administrative authority, local, state, federal and/or private entity or organization have been or can be obtained or renewed for any use considered in the value estimate. Moreover, unless otherwise stated herein, it is assumed that there are no encroachments or violations of any zoning or other regulations affecting the subject property, that the utilization of the land and improvements is within the boundaries or property lines of the property described, and that there are no trespasses or encroachments.

   f) The American Disabilities Act (ADA) became effective January 26, 1992. The Appraiser has not made a specific compliance survey or analysis of the property to determine whether or not it is in conformity

with e various detailed requirements of ADA. It is possible that a compliance survey of the property and a detailed analysis of the requirements of the ADA would reveal that the property is not in compliance with one or more of the requirements of the Act. If so, this fact could have a negative impact upon the value of the property. Since the Appraiser has no direct evidence relating to this issue, possible noncompliance with the requirements of ADA was not considered in estimating the value of the property.

g) No monetary liability or responsibility is assumed for conformity to specific governmental requirements, such as fire, building, safety, earthquake, or occupancy codes, except where specific professional or governmental inspections have been completed and reported in the appraisal report.

h) It is assumed the subject property is not adversely affected by the potential of floods; unless otherwise stated herein. Further, it is assumed all water and sewer facilities (existing and proposed) are or will be in good working order and are or will be of sufficient size to adequately serve any proposed buildings.

i) Unless otherwise stated within the appraisal report, the depiction of the physical condition of the improvements described therein is based on visual inspection. No monetary liability or responsibility is assumed for (a) the soundness of structural members since no engineering tests were conducted; (b) the condition of mechanical equipment, plumbing, or electrical components, as complete tests were not made; and (c) hidden, unapparent or masked property conditions or characteristics that were not clearly apparent during the Appraiser's inspection.

j) If building improvements are present on the site, it is assumed that no significant evidence of termite damage or infestation was observed during physical inspection, unless so stated in the appraisal report. Further, unless so stated in the appraisal report, no termite inspection report was available. No monetary liability or responsibility is assumed for hidden damages or infestation.

k) Unless subsoil opinions based upon engineering core borings were furnished, it is assumed there are no subsoil defects present, which would impair development of the land to its maximum permitted use or would render it more or less valuable. No monetary liability or responsibility is assumed for such conditions or for engineering which may be required to discover them.

l) BBG, Inc. is not an expert in determining the presence or absence of hazardous substances, defined as all hazardous or toxic materials, wastes, pollutants or contaminants (including, but not limited to, asbestos, PCB, UFFI, or other raw materials or chemicals) used in construction or otherwise present on the property. BBG, Inc. assumes no monetary liability or responsibility for the studies or analyses which would be required to determine the presence or absence of such substances or for loss as a result of the presence of such substances. Appraiser is not qualified to detect such substances. The Client is urged to retain an expert in this field; however, Client retains such expert at Client's own discretion, and any costs and/or expenses associated with such retention are the responsibility of Client.

m) BBG, Inc. is not an expert in determining the habitat for protected or endangered species, including, but not limited to, animal or plant life (such as bald eagles, gophers, tortoises, etc.) that may be present on the property. BBG, Inc. assumes no monetary liability or responsibility for the studies or analyses which would be required to determine the presence or absence of such species or for loss as a result of the presence of such species. The Appraiser hereby reserves the right to alter, amend, revise, or rescind any of the value opinions contained within the appraisal repot based upon any subsequent endangered species impact studies, research, and investigation that may be provided. However, it is assumed that no environmental impact studies were either requested or made in conjunction with this analysis, unless otherwise stated within the appraisal report.

2) If the Client instructions to the Appraiser were to inspect only the exterior of the improvements in the appraisal process, the physical attributes of the property were observed from the street(s) as of the inspection date of the appraisal. Physical characteristics of the property were obtained from tax assessment records, available plans, if any, descriptive information, and interviewing the client and other knowledgeable persons. It is assumed the interior of the subject property is consistent with the exterior conditions as observed and that other information relied upon is accurate.

3) If provided, the estimated insurable value is included at the request of the Client and has not been performed by a qualified insurance agent or risk management underwriter. This cost estimate should not be solely relied upon for insurable value purposes. The Appraiser is not familiar with the definition of insurable value from the insurance provider, the local governmental underwriting regulations, or the types of insurance coverage available. These factors can impact cost estimates and are beyond the scope of the intended use of this appraisal. The Appraiser is not a cost expert in cost estimating for insurance purposes.

4) The dollar amount of any value opinion herein rendered is based upon the purchasing power and price of the United States Dollar as of the effective date of value. This appraisal is based on market conditions existing as of the date of this appraisal.

5) The value estimates reported herein apply to the entire property. Any proration or division of the total into fractional interests will invalidate the value estimates, unless such proration or division of interests is set forth in the report. Any division of the land and improvement values estimated herein is applicable only under the program of utilization shown. These separate valuations are invalidated by any other application.

6) Any projections of income and expenses, including the reversion at time of resale, are not predictions of the future. Rather, they are BBG, Inc.'s best estimate of current market thinking of what future trends will be. No warranty or representation is made that such projections will materialize. The real estate market is constantly fluctuating and changing. It is not the task of an appraiser to estimate the conditions of a future real estate market, but rather to reflect what the investment community envisions for the future in terms of expectations of growth in rental rates, expenses, and supply and demand. The forecasts, projections, or operating estimates contained herein are based on current market conditions, anticipated short-term supply and demand factors, and a continued stable economy. These forecasts are, therefore, subject to changes with future conditions.

7) The Appraiser assumes no monetary liability or responsibility for any changes in economic or physical conditions which occur following the effective date of value within this report that would influence or potentially affect the analyses, opinions, or conclusions in the report. Any subsequent changes are beyond the scope of the report.

8) Any proposed or incomplete improvements included in the appraisal report are assumed to be satisfactorily completed in a workmanlike manner or will be thus completed within a reasonable length of time according to plans and specifications submitted.

9) If the appraisal report has been prepared in a so-called "public non-disclosure" state, real estate sales prices and other data, such as rents, prices, and financing, are not a matter of public record. If this is such a "non-disclosure" state, although extensive effort has been expended to verify pertinent data with buyers, sellers, brokers, lenders, lessors, lessees, and other sources considered reliable, it has not always been possible to independently verify all significant facts. In these instances, the Appraiser may have relied on verification obtained and reported by appraisers outside of our office. Also, as necessary, assumptions and adjustments have been made based on comparisons and analyses using data in the report and on interviews with market participants. The information furnished by others is believed to be reliable, but no warranty is given for its accuracy.

10) Although the Appraiser has made, insofar as is practical, every effort to verify as factual and true all information and data set forth in this report, no responsibility is assumed for the accuracy of any information furnished the Appraiser either by the Client or others. If for any reason, future investigations should prove any data to be in substantial variance with that presented in this report, the Appraiser reserves the right to alter or change any or all analyses, opinions, or conclusions and/or estimates of value.

11) The right is reserved by the Appraiser to make adjustments to the analyses, opinions, and conclusions set forth in the appraisal report as may be required by consideration of additional or more reliable data that may become available. No change of this report shall be made by anyone other than the Appraiser. The Appraiser shall have no monetary liability or responsibility for any unauthorized change(s) to the report.

The submission of the appraisal report constitutes completion of the services authorized and agreed upon. Such appraisal report is submitted on the condition the Client will provide reasonable notice and customary compensation, including expert witness fees, relating to any subsequent required attendance at conferences, depositions, or judicial or administrative proceedings. In the event the Appraiser is subpoenaed for either an appearance or a request to produce documents, a best effort will be made to notify the Client immediately. The Client has the sole responsibility for obtaining a protective order, providing legal instruction not to appear with the appraisal report and related work files, and will answer all questions pertaining to the assignment, the preparation of the report, and the reasoning used to formulate the estimate of value. Unless paid in whole or in part by the party issuing the subpoena or by another party of interest in the matter, the Client is responsible for all unpaid fees resulting from the appearance or production of documents regardless of who orders the work.

BBG

CRC 000788

# ADDENDA

Glossary ........................................................................................................................................ A

Letter of Engagement ................................................................................................................... B

Condominium Unit Floorplans ...................................................................................................... C

Tax & Parcel Information ............................................................................................................... D

Legal Description .......................................................................................................................... E

Appraiser Qualification and Licenses ............................................................................................ F

BBG

CRC 000789

**Assessed Value:** The value of a property according to the tax rolls in ad valorem taxation; may be higher or lower than market value, or based on an assessment ratio that is a percentage of market value. [1]

**Asset:**

1. Any item, the rights to which may have economic value, including financial assets (cash or bonds), business interests, intangible assets (copyrights and trademarks), and physical assets (real estate and personal property).
2. In general business usage, something owned by a business and reflected in the owner's business sheet

**Asset:** A resource controlled by the entity as a result of past events and from which future economic benefits are expected to flow to the entity [2]

**Capital Expenditure:** Investments of cash (or the creation of liability) to acquire or improve an asset, e.g., land, buildings, building additions, site improvements, machinery, equipment, as distinguished from cash outflows for expense items that are normally considered part of the current period's operations [1]

**Cash Equivalency:** An analytical process in which the sale price of a transaction with nonmarket financing or financing with unusual conditions or incentives is converted into a price expressed in terms of cash or its equivalent. [1]

**Client:**

1. The individual, group, or entity who engages a valuer to perform a service (USPAP)
2. The party or parties who engage, by employment or contract, an appraiser in a specific assignment.  Comment:  The client may be an individual, group, or entity, and may engage and communicate with the appraiser directly or through an agent (USPAP, 2016-17-ed).
3. Generally the party or parties ordering the appraisal report.  It does not matter who pays for the work (CUSPAP, 2014-ed). [1]

**Condominium Ownership:** A form of fee ownership of separate units or portions of multiunit buildings that provides for formal filing and recording of a divided interest in real property. [3]

**Cost Approach:** A set of procedures through which a value indication is derived for the fee simple interest in a property by estimating the current cost to construct a reproduction of (or replacement for) the existing structure, including an entrepreneurial incentive, deducting depreciation from the total cost, and adding the estimated land value. Adjustments may then be made to the indicated fee simple value of the subject property to reflect the value of the property interest being appraised. [1]

**Credible**

1. Worthy of belief, supported by analysis of relevant information. Creditability is always measured in the context of intended use. (SVP)
2. Worthy of belief.  Comment:  Creditable assignment results require support, by relevant evidence and logic, to the degree necessary for the intended use.  (USPAP, 2016-2017-ed.) [1]

**Deferred Maintenance:** Needed repairs or replacement of items that should have taken place during the course of normal maintenance. [1]

**Disposition Value:** The most probable price that a specified interest in real property should bring under the following conditions: 1) Consummation of a sale within a specific time, which is short than the typical exposure time for such a property in that market. 2) The property is subjected to market conditions prevailing as of the date of valuation. 3) Both the buyer and seller are acting prudently and knowledgeably. 4) The seller is under compulsion to sell. 5) The buyer is typically motivated. 6) Both parties are acting in what they consider to be their best interests  7) An adequate marketing effort will be made during the exposure time. 8) Payment will be made in cash in U.S. dollars (or the local currency) or in terms of financial arrangements comparable thereto. 9) The price represents the normal consideration of the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. This definition can also be modified to provide for valuation with specified financing terms [1]

**Economic Life:** The period over which improvements to real property contribute to property value. [1]

**Effective Date.** 1) The date on which the analyses, opinions, and advice in an appraisal, review, or consulting service apply  2) In a lease document, the date upon which the lease goes into effect. [1]

**Effective Gross Income Multiplier (EGIM):** The ratio between the sale price (or value) of a property and its effective gross income. [1]

**Effective Rent:** Total base rent, or minimum rent stipulated in a lease, over the specified lease term minus rent concessions, the rent that is effectively paid by a tenant net of financial concessions provided by a landlord [1]

**Exposure Time:** 1) The time a property remains on the market. 2) The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.  Comment:  Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market (USPAP 2016-2017-ed). [1]

**Extraordinary Assumptions:** An assumption, directly related to a specific assignment, as of the effective date of the assignment results, which, if found to be false, could alter the appraiser's opinions or conclusions.  Comment: Extraordinary assumptions presume as fact otherwise uncertain information about physical, legal, or economic characteristics of the subject property, or about conditions external to the property, such as market conditions or trends, or about the integrity of data used in an analysis. (USPAP, 2016-2017 ed.) [1]

**Fair Market Value:**  In nontechnical usage, a term that is equivalent to the contemporary usage of market value. [1]

**Fair Share:** That portion of total market supply accounted for by a subject property.  For example, a 100-key hotel in 1,000-key market has a fair share of 10%. [1]

**Fair Value:**

1. The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. (FASB)
2. The estimated price for the transfer of an asset or liability between identified knowledgeable and willing parties that reflects the respective interests of those parties. (This does not apply to valuations for financial reporting.) (IVS). [1]

**Fair Value:**  The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. [2]

**Fee Simple Estate:** Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat [1]

**Floor Area Ratio (FAR):** The relationship between the above-ground floor area of a building, as described by the zoning or building code, and the area of the plot on which it stands; in planning and zoning, often expressed as a decimal, e.g., a ratio of 2 0 indicates that the permissible floor area of a building is twice the total land area. [1]

**Going-Concern Value:** 1) 73.   An established and operating business having an indefinite future life. 2) 74.   An organization with an indefinite life that is sufficiently long that, over time, all currently incomplete transformations [transforming resources from one form to a different, more valuable form] will be completed. [1] .

**Gross Building Area (GBA):** 1) Total floor area of a building, excluding unenclosed areas, measured from the exterior of the walls of the above-grade area. This includes mezzanines and basements if and when typically included in the market area of the type of property involved. 2) Gross leasable area plus all common areas. 3) 16. For residential use, the total area of all floor levels measured from the exterior of the walls and including the super structure and substructure basement; typically does not include garage space. [1]

Glossary Page 1

**Highest and Best Use:** 1) The reasonably probable use of property that results in the highest value. The four criteria that the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity. 2) The use of an asset that maximizes its potential and that is possible, legally permissible, and financially feasible. The highest and best use may be for continuation of an asset's existing use or for some alternative use. This is determined by the use that a market participant would have in mind for the asset when formulating the price that it would be willing to bid. (IVS.)   3) [The] highest and most profitable use for which the property is adaptable and needed or likely to be needed in the reasonably near future. (Uniform Appraisal Standards for Federal Land Acquisitions) [1]

**Hypothetical Condition:** 1) 117.A condition that is presumed to be true when it is known to be false. (SVP). 2) A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results; but is used for the purpose of analysis. Comment:  Hypothetical conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis (USPAP, 2016-2017 ed.) [1]

**Income Capitalization Approach:** Specific appraisal techniques applied to develop a value indication for a property based on its earning capability and calculated by the capitalization of property income. [1]

**Inspection:** Personal observation of the exterior or interior of the real estate that is the subject of an assignment performed to identify the property characteristics that are relevant to the assignment, such as amenities, general physical condition, and functional utility. Note that this is not the inspection process performed by a licensed or certified building inspector. [1]

**Insurable Value:** A type of value for insurance purposes. [1]

**Intangible Assets:** [1] 1) A nonmonetary asset that manifests itself by its economic properties. It does not have physical substance but grants rights and economic benefits to its owner. (IVS).  2) A nonphysical asset such as a franchise, trademark, patent, copyright, goodwill, equity, mineral right, security, and contract (as distinguished from physical assets) that grant rights and privileges, and have value for the owner. (ASA)   3) An identifiable nonmonetary asset without physical substance. An asset is a resource that is controlled by the entity as a result of past events (for ex-ample, purchase or self-creation) and from which future economic benefits (inflows of cash or other assets) are expected. [IAS 38.8] Thus, the three critical attributes of an intangible asset are: identifiability, control (power to obtain benefits from the asset), future economic benefits (such as revenues or reduced future costs). (IAS 38) [1]

**Intangible property:** Nonphysical assets, including but not limited to franchises, trademarks, patents, copyrights, goodwill, equities, securities, and contracts as distinguished from physical assets such as facilities and equipment. (USPAP, 2016-2017 ed.) [1]

**Intended Use:** 1) The valuer's intent as to how the re-report will be used. (SVP) 2) The use or uses of an appraiser's reported appraisal or appraisal review assignment opinions and conclusions, as identified by the appraiser based on communication with the client at the time of the assignment. (USPAP, 2016-2017 ed.) [1]

**Intended User:** 1) The party or parties the valuer intends will use the report. (SVP) 2) The client and any other party as identified, by name or type, as users of the appraisal or appraisal review report by the appraiser on the basis of communication with the client at the time of the assignment. (USPAP, 2016-2017 ed.) [1]

**Internal Rate of Return ("IRR"):** The annualized yield rate or rate of return on capital that is generated or capable of being generalized within an investment of portfolio over a period of ownership  Alternatively, the indicated return of capital associated with a projected or pro forma income stream.   The discount rate that equates the present value of the net cash flows of a project with the present value of the capital investment.  It is the rate at which the Net Present Value (NPV) equals zero.  The IRR reflects both the return on invested capital and the return of the original investment, which are basic considerations of potential investors.  Therefore, deriving the IRR from analysis of market transactions of similar properties having comparable income

patterns is a proper method for developing market discount rates for use in valuations to arrive at Market Value.   Used in discounted cash flow analysis to find the implied or expected rate of return of the project, the IRR is the rate of return which gives a zero net present value (NPV). See also equity yield rate (YE), financial management rate of return (FMRR); modified internal rate of return (MIRR); yield rate (Y). [1]

**Investment Value:** 1) The value of a property to a particular investor or class of investors based on the investor's specific requirements. Investment value may be different from market value because it depends on a set of investment criteria that are not necessarily typical of the market. 2) The value of an asset to the owner or a prospective owner for individual investment or operational objectives. (IVS) [1]

**Leasehold Interest:** The right held by the lessee to use and occupy real estate for a stated term and under the conditions specified in the lease. [1]

**Leased Fee Interest:** The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lease plus the reversionary right when the lease expires [1]

**Liquidation Value:** The most probable price that a specified interest in real property should bring under the following conditions: 1) Consummation of a sale within a short time period; 2) The property is subjected to market conditions prevailing as of the date of valuation; 3) Both the buyer and seller are acting prudently and knowledgeably; 4) The seller is under extreme compulsion to sell; 5) The buyer is typically motivated. 6) Both parties are acting in what they consider to be their best interests. 7) A normal marketing effort is not possible due to the brief exposure time 8) Payment will be made in cash in U.S. dollars or in terms of financial arrangements comparable thereto. 9) The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.  This definition can also be modified to provide for valuation with specified financing terms. [1]

**Load Factor:** A measure of the relationship of common area to useable area and therefore the quality and efficiency of building area layout, with higher load factors indicating a higher percentage of common area to overall rentable space than lower load factors; calculated by subtracting the amount of usable area from the rentable area and then dividing the difference by the usable area: [1]
Load Factor =

$$\frac{(Rentable\ Area - Useable\ Area)}{Usable\ Area}$$

**Market Value.** The major focus of most real property appraisal assignments. Both economic and legal definitions of market value have been developed and refined.*

1. The most widely accepted components of market value are incorporated in the following definition: The most probable price that the specified property interest should sell for in a competitive market after a reasonable exposure time, as of a specified date, in cash, or in terms equivalent to cash, under all conditions requisite to a fair sale, with the buyer and seller each acting prudently, knowledgeably, for self-interest, and assuming that neither is under duress

2. Market value is described, not defined, in the Uniform Standards of Professional Appraisal Practice (USPAP) as follows: A type of value, stated as an opinion, that presumes the transfer of a property (i.e , a right of ownership or a bundle of such rights), as of a certain date, under specific conditions set forth in the definition of the term identified by the appraiser as applicable in an appraisal.  Comment: Forming an opinion of market value is the purpose of many real property appraisal assignments, particularly when the client's intended use includes more than one intended user. The conditions included in market value definitions establish market perspectives for development of the opinion  These conditions may vary from definition to definition but generally fall into three categories:

- the relationship, knowledge, and motivation of the parties (i.e., seller and buyer);
- the terms of sale (e.g., cash, cash equivalent, or other terms); and
- the conditions of sale (e.g., expo- sure in a competitive market for a reasonable time prior to sale).

Glossary Page 2

CRC 000791

USPAP also requires that certain items be included in every appraisal report. Among these items, the following are directly related to the definition of market value:

- Identifications of the specific property rights to be appraised.
- Statement of the effective date of the value opinion.
- Specification as to whether cash, terms equivalent to cash, or other precisely described financing terms are assumed as the basis of the appraisal.
- If the appraisal is conditioned upon financing or other terms, specification as to whether the financing or terms are at, below, or above market interest rates and/or contain unusual conditions or incentives. The terms of above- or below-market interest rates and/or other special incentives must be clearly set forth; their contribution to, or negative influence on, value must be described and estimated; and the market data supporting the opinion of value must be described and explained.

3. The following definition of market value is used by agencies that regulate federally insured financial institutions in the United States: The most probable price that a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

Buyer and seller are typically motivated;

Both parties are well informed or well advised, and each acting in what they consider their own best interests;

A reasonable time is allowed for exposure in the open market;

Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

(12 C.F.R. Part 34.42(g); 55 Federal Register 34696, August 24, 1990, as amended at 57 Federal Register 12202, April 9, 1992, 59 Federal Register 29499, June 7, 1994)

4. The International Valuation Standards Council defines market value for the purpose of international standards as follows. The estimated amount for which an asset or liability should exchange on the valuation date between a willing buyer and a willing seller in an arm's length transaction, after proper marketing and where the parties had each acted knowledgeably, prudently and without compulsion. (IVS)

5. The Uniform Standards for Federal Land Acquisitions defines market value as follows. Market value is the amount in cash, or on terms reason ably equivalent to cash, for which in all probability the property would have sold on the effective date of the appraisal, after a reasonable exposure time on the open competitive market, from a willing and reasonably knowledgeable seller to a willing and reasonably knowledgeable buyer, with neither acting under any compulsion to buy or sell, giving due consideration to all available economic uses of the property at the time of the appraisal (Uniform Appraisal Standards for Federal Land Acquisitions) [1]

**Market Value "As If Complete" On The Appraisal Date:**
Market value as if complete on the effective date of the appraisal is an estimate of the market value of a property with all construction, conversion, or rehabilitation hypothetically completed, or under other specified hypothetical conditions as of the date of the appraisal. With regard to properties wherein anticipated market conditions indicate that stabilized occupancy is not likely as of the date of completion, this estimate of value should reflect the market value of the property as if complete and prepared for occupancy by tenants

**Market Value "As Is" On The Appraisal Date:** Value As Is -The value of specific ownership rights to an identified parcel of real estate as of the effective date of the appraisal; relates to what physically exists and is legally permissible and excludes all assumptions concerning hypothetical market conditions or possible rezoning. See also effective date; prospective value opinion.

**Market Value of the Total Assets of the Business:** The market value of the total assets of the business is the market value of all of the tangible and intangible assets of a business as if sold in aggregate as a going concern. This assumes that the business is expected to continue operations well into the future. [4]

**Marketing Time:** An opinion of the amount of time it might take to sell a real or personal property interest at the concluded market value level during the period immediately after the effective date of an appraisal. Marketing time differs from exposure time, which is always presumed to precede the effective date of an appraisal. (Advisory Opinion 7 of the Appraisal Standards Board of The Appraisal Foundation and Statement on Appraisal Standards No. 6, "Reasonable Exposure Time in Real Property Market Value Opinions" address the determination of reasonable exposure and marketing time.). [1]

**Net Lease:** A lease in which the landlord passes on all expenses to the tenant. See also lease [1]

**Net Rentable Area (NRA):** 1) The area on which rent is computed. 2) The Rentable Area of a floor shall be computed by measuring to the inside finished surface of the dominant portion of the permanent outer building walls, excluding any major vertical penetrations of the floor. No deductions shall be made for columns and projections necessary to the building. Include space such as mechanical room, janitorial room, restrooms, and lobby of the floor. [4]

**Penetration Ratio (Rate):** The rate at which stores obtain sales from within a trade area or sector relative to the number of potential sales generated; usually applied to existing facilities. Also called: penetration factor. [1]

**Prospective opinion of value.** A value opinion effective as of a specified future date. The term does not define a type of value  Instead it identifies a value opinion as being effective at some specific future date: An opinion of value as of a prospective date is frequently sought in connection with projects that are proposed, under construction, or under conversion to a new use, or those that have not yet achieved sellout or a stabilized level of long-term occupancy [1]

**Reconciliation:** A phase of a valuation assignment in which two or more value indications are processed into a value opinion, which may be a range of value, a single point estimate, or a reference to a benchmark value. [1]

**Reliable Measurement:** [The IAS/IFRS framework requires that] neither an asset nor a liability is recognized in the financial statements unless it has a cost or value that can be measured reliably.[2] [4]

**Remaining Economic Life:** The estimated period over which existing improvements are expected to contribute eco-nomically to a property; an estimate of the number of years remaining in the economic life of a structure or structural components as of the effective date of the appraisal; used in the economic age-life method of estimating depreciation [1]

**Replacement Cost:** The estimated cost to construct, at current prices as of the effective appraisal date, a substitute for the building being appraised, using modern materials and current standards, design, and layout. [1]

**Retrospective Value Opinion:** A value opinion effective as of a specified historical date  The term retrospective does not define a type of value. Instead, it identifies a value opinion as being effective at some specific prior date. Value as of a historical date is frequently sought in connection with property tax appeals, damage models, lease renegotiation, deficiency judgments, estate tax, and condemnation. Inclusion of the type of value with this term is appropriate, e.g., "retrospective market value opinion." [1]

Glossary Page 3

**Sales Comparison Approach:** The process of deriving a value indication for the subject property by comparing sales of similar properties to the property being appraised, identifying appropriate units of comparison, and making adjustments to the sale prices (or unit prices, as appropriate) of the comparable properties based on relevant, market-derived elements of comparison. The sales comparison approach may be used to value improved properties, vacant land, or land being considered as though vacant when an adequate supply of comparable sales is available. [1]

**Scope of Work:** 1) The type of data and the extent of research and analyses. (SVP) . 2) The type and extent of research and analyses in an appraisal or appraisal review assignment. (USPAP, 2016–2017 ed.) [1]

**Stabilized value:** A value opinion that excludes from consideration any abnormal relationship between supply and demand such as is experienced in boom periods when cost and sale price may exceed the long-term value, or during periods of depression, when cost and sale price may fall short of long-term value. It is also a value opinion that excludes from consideration any transitory condition that may cause excessive construction costs, e.g., a premium paid due to a temporary shortage of supply.

**Substitution:** The principle of substitution states that when several similar or commensurate commodities, goods, services are available, the one with the lowest price will attract the greatest demand and widest distribution. This is the primary principle upon which the cost and sales comparison approaches are based. [1]

**Total Assets of a Business:** Total assets of a business is defined by the Appraisal Institute as "the tangible property (real property and personal property, including inventory and furniture, fixtures and equipment) and intangible property (cash, workforce, contracts, name, patents, copyrights, and other residual intangible assets, to include capitalized economic profit)"

**Use Value:**
The value of a property assuming a specific use, which may or may not be the property's highest and best use on the effective date of the appraisal. Use value may or may not be equal to market value but is different conceptually. [1]

[1]Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th ed. (Chicago: Appraisal Institute 2010). [2]Appraisal Institute, *International Financial Reporting Standards for Real Property Appraiser, IFRS Website, www.ifrs-ebooks.com/index.html* [3]Appraisal Institute, *The Appraisal of Real Estate,* 13th ed (Chicago: Appraisal Institute 2008). [4] This definition is taken from "Allocation of Business Assets Into Tangible and Intangible Components: A New Lexicon," Journal of Real Estate Appraisal, January 2002, Volume LXX, Number 1.   This terminology is to replace former phrases such as: value of the going concern   [5]Financial Publishing Company, *The Real Estate Dictionary*, 7 ed   [6] U.S: Treasury Regulations

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

CRC 000793

# BBG

June 3, 2019

Mr. Rob Glucksman
Colorado Regional Center
Project Solaris, LLLP
PO Box 4627
Greenwood Village, CO 80155
Direct: 303-888-9052
Email: rglucksman@coloradoregionalcenter.com

RE:   **17 units within Solaris Residences**
      5E West, 2A South, 4G West, 6D East, 4D East, 5G West,7E East, 3E East, 6E East, 6C West,
      5C West, Pent G West, 7E West, Pent E West, Pent E East, Pent C West, Pent C East
      141 East Meadows Dr
      Vail, CO 81657

Dear Mr. Glucksman:

We are pleased to submit this proposal and our Terms and Conditions for the appraisal of the referenced real estate.

## PROPOSAL SPECIFICATIONS

| | |
|---|---|
| **Purpose/Valuation Premise:** | Form opinions of the following: |
| | Individual & Bulk Market Value "As Is" of 17 residential condominium units |
| **Property Rights Appraised:** | Fee Simple |
| **Intended Use:** | Internal Planning |
| **Intended User:** | Colorado Regional Center |
| **Scope of Work:** | All applicable approaches to value. |

---

**DENVER**
P · 303 420 1052

5305 WEST 25ᵗʰ AVENUE
DENVER, CO 80214

BBGRES COM

VALUATION · ADVISORY · ASSESSMENT

CRC 000794

Mr. Glucksman
June 3, 2019
Page 2

| | |
|---|---|
| **Appraisal Standards:** | Uniform Standards of Professional Appraisal Practice (USPAP) and Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute. |
| **Fee:** | $3000 |
| **Report Type:** | Appraisal Report |
| **Retainer:** | None |
| **Expenses:** | Fee quoted includes all expenses |
| **Payment Terms:** | Full payment is due and payable upon delivery of the final report |
| **Report Copies:** | 1 Final Email Copy delivered to Mr. Rob Glucksman (rglucksman@coloradoregionalcenter.com) |
| **Delivery Date:** | 2 Weeks |

The attached General Assumptions and Limiting and Conditions (Exhibit A) are deemed part of this agreement as though set forth in full herein. We appreciate this opportunity to be of service to you on this assignment. If you have additional questions, please contact us.

Sincerely,

*Brett Wilkerson*

**BBG, Inc.**
Brett Wilkerson
Managing Director
Phone     303-420-1052 x118
Fax:        303-432-8236
E-mail:    bwilkerson@bbgres.com

**DENVER**

P • 303 420 1052

5395 WEST 25ᵀᴴ AVENUE
DENVER, CO 80214

BBGRES COM

VALUATION • ADVISORY • ASSESSMENT

Mr. Glucksman
June 3, 2019
Page 3

# AGREED AND ACCEPTED

*Robert Glucksman*
_____
Signature

**Robert Glucksman**
_____
Name

**303-888-9052**
_____
Phone Number

**rglucksman@coloradoregionalcenter.com**
_____
E-Mail Address

**June 3, 2019**
_____
Date

**Authorized Representative**
_____
Title

_____
Fax Number

**If Site/Data Contact are different from entity engaging, please provide contact information as follows:**

_____
Name

_____
Email Address

_____
Phone Number

**DENVER**
P • 303 420 1052

5395 WEST 25™ AVENUE
DENVER, CO 80214

BBGRFS.COM

VALUATION • ADVISORY • ASSESSMENT

This appraisal report will be prepared with the following general assumptions:

1. Any legal description or plats reported herein are assumed to be accurate. Any sketches, surveys, plats, photographs, drawings or other exhibits are included only to assist the intended user to better understand and visualize the subject property, the environs, and the competitive data. We have made no survey of the property and assume no responsibility in connection with such matters.

2. The appraiser has not conducted any engineering or architectural surveys in connection with this appraisal assignment. Information reported pertaining to dimensions, sizes, and areas is either based on measurements taken by the appraiser or the appraiser's staff or was obtained or taken from referenced sources and is considered reliable. No responsibility is assumed for the costs of preparation or for arranging geotechnical engineering, architectural, or other types of studies, surveys, or inspections that require the expertise of a qualified professional.

3. No responsibility is assumed for matters legal in nature. Title is assumed to be good and marketable and in fee simple unless otherwise stated in the report. The property is considered to be free and clear of existing liens, easements, restrictions, and encumbrances, except as stated.

4. Unless otherwise stated herein, it is assumed there are no encroachments or violations of any zoning or other regulations affecting the subject property and the utilization of the land and improvements is within the boundaries or property lines of the property described and that there are no trespasses or encroachments.

5. BBG, Inc. assumes there are no private deed restrictions affecting the property which would limit the use of the subject property in any way.

6. It is assumed the subject property is not adversely affected by the potential of floods, unless otherwise stated herein.

7. It is assumed all water and sewer facilities (existing and proposed) are or will be in good working order and are or will be of sufficient size to adequately serve any proposed buildings.

8. Unless otherwise stated within the report, the depiction of the physical condition of the improvements described herein is based on visual inspection. No liability is assumed for the soundness of structural members since no engineering tests were conducted. No liability is assumed for the condition of mechanical equipment, plumbing, or electrical components, as complete tests were not made. No responsibility is assumed for hidden, unapparent or masked property conditions or characteristics that were not clearly apparent during our inspection.

9. If building improvements are present on the site, no significant evidence of termite damage or infestation was observed during our physical inspection, unless so stated in the report. No termite inspection report was available, unless so stated in the report. No responsibility is assumed for hidden damages or infestation.

10. Any proposed or incomplete improvements included in this report are assumed to be satisfactorily completed in a workmanlike manner or will be thus completed within a reasonable length of time according to plans and specifications submitted.

CRC 000797

Mr. Glucksman
June 3, 2019
Page 5

11. No responsibility is assumed for hidden defects or for conformity to specific governmental requirements, such as fire, building, safety, earthquake, or occupancy codes, except where specific professional or governmental inspections have been completed and reported in the appraisal report.

12. Responsible ownership and competent property management are assumed.

13. The appraisers assume no responsibility for any changes in economic or physical conditions which occur following the effective date of value within this report that would influence or potentially affect the analyses, opinions, or conclusions in the report. Any subsequent changes are beyond the scope of the report.

14. The value estimates reported herein apply to the entire property. Any proration or division of the total into fractional interests will invalidate the value estimates, unless such proration or division of interests is set forth in the report.

15. Any division of the land and improvement values estimated herein is applicable only under the program of utilization shown. These separate valuations are invalidated by any other application.

16. Unless otherwise stated in the report, only the real property is considered, so no consideration is given to the value of personal property or equipment located on the premises or the costs of moving or relocating such personal property or equipment.

17. Unless otherwise stated, it is assumed that there are no subsurface oil, gas or other mineral deposits or subsurface rights of value involved in this appraisal, whether they are gas, liquid, or solid. Nor are the rights associated with extraction or exploration of such elements considered; unless otherwise stated. Unless otherwise stated it is also assumed that there are no air or development rights of value that may be transferred.

18. Any projections of income and expenses, including the reversion at time of resale, are not predictions of the future. Rather, they are our best estimate of current market thinking of what future trends will be. No warranty or representation is made that these projections will materialize. The real estate market is constantly fluctuating and changing. It is not the task of an appraiser to estimate the conditions of a future real estate market, but rather to reflect what the investment community envisions for the future in terms of expectations of growth in rental rates, expenses, and supply and demand. The forecasts, projections, or operating estimates contained herein are based on current market conditions, anticipated short-term supply and demand factors, and a continued stable economy. These forecasts are, therefore, subject to changes with future conditions.

19. Unless subsoil opinions based upon engineering core borings were furnished, it is assumed there are no subsoil defects present, which would impair development of the land to its maximum permitted use or would render it more or less valuable. No responsibility is assumed for such conditions or for engineering which may be required to discover them.

● Page 5

CRC 000798

Mr. Glucksman
June 3, 2019
Page 6

20. BBG, Inc. representatives are not experts in determining the presence or absence of hazardous substances, defined as all hazardous or toxic materials, wastes, pollutants or contaminants (including, but not limited to, asbestos, PCB, UFFI, or other raw materials or chemicals) used in construction or otherwise present on the property. We assume no responsibility for the studies or analyses which would be required to determine the presence or absence of such substances or for loss as a result of the presence of such substances. Appraisers are not qualified to detect such substances. The client is urged to retain an expert in this field.

21. We are not experts in determining the habitat for protected or endangered species, including, but not limited to, animal or plant life (such as bald eagles, gophers, tortoises, etc.) that may be present on the property. We assume no responsibility for the studies or analyses which would be required to determine the presence or absence of such species or for loss as a result of the presence of such species. The appraiser hereby reserves the right to alter, amend, revise, or rescind any of the value opinions based upon any subsequent endangered species impact studies, research, and investigation that may be provided.

22. No environmental impact studies were either requested or made in conjunction with this analysis. The appraiser hereby reserves the right to alter, amend, revise, or rescind any of the value opinions based upon any subsequent environmental impact studies, research, and investigation that may be provided.

23. The appraisal is based on the premise that there is full compliance with all applicable federal, state, and local environmental regulations and laws unless otherwise stated in the report; further, that all applicable zoning, building, and use regulations and restrictions of all types have been complied with unless otherwise stated in the report; further, it is assumed that all required licenses, consents, permits, or other legislative or administrative authority, local, state, federal and/or private entity or organization have been or can be obtained or renewed for any use considered in the value estimate.

24. Neither all nor any part of the contents of this report or copy thereof, shall be conveyed to the public through advertising, public relations, news, sales, or any other media, without the prior written consent and approval of the appraisers. This limitation pertains to any valuation conclusions, the identity of the analyst or the firm and any reference to the professional organization of which the appraiser is affiliated or to the designations thereof.

25. Although the appraiser has made, insofar as is practical, every effort to verify as factual and true all information and data set forth in this report, no responsibility is assumed for the accuracy of any information furnished the appraiser either by the client or others. If for any reason, future investigations should prove any data to be in substantial variance with that presented in this report, the appraiser reserves the right to alter or change any or all analyses, opinions, or conclusions and/or estimates of value.

26. If this report has been prepared in a so-called "public non-disclosure" state, real estate sales prices and other data, such as rents, prices, and financing, are not a matter of

● Page 6

CRC 000799

Mr. Glucksman
June 3, 2019
Page 7

public record. If this is such a "non-disclosure" state, although extensive effort has been expended to verify pertinent data with buyers, sellers, brokers, lenders, lessors, lessees, and other sources considered reliable, it has not always been possible to independently verify all significant facts. In these instances, the appraiser may have relied on verification obtained and reported by appraisers outside of our office. Also, as necessary, assumptions and adjustments have been made based on comparisons and analyses using data in the report and on interviews with market participants. The information furnished by others is believed to be reliable, but no warranty is given for its accuracy.

27. The American Disabilities Act (ADA) became effective January 26, 1992. The appraiser has not made a specific compliance survey or analysis of the property to determine whether or not it is in conformity with e various detailed requirements of ADA. It is possible that a compliance survey of the property and a detailed analysis of the requirements of the ADA would reveal that the property is not in compliance with one or more of the requirements of the act. If so, this fact could have a negative impact upon the value of the property. Since the appraiser has no direct evidence relating to this issue, possible noncompliance with the requirements of ADA was not considered in estimating the value of the property.

28. This appraisal report has been prepared for the exclusive benefit of the client. It may not be used or relied upon by any other party. Any other party who is not the identified client within this report who uses or relies upon any information in this report does so at their own risk.

29. The dollar amount of any value opinion herein rendered is based upon the purchasing power and price of the United States Dollar as of the effective date of value. This appraisal is based on market conditions existing as of the date of this appraisal.

30. The right is reserved by the appraiser to make adjustments to the analyses, opinions, and conclusions set forth in this report as may be required by consideration of additional or more reliable data that may become available. No change of this report shall be made by anyone other than the appraiser or appraisers. The appraiser(s) shall have no responsibility for any unauthorized change(s) to the report.

31. If the client instructions to the appraiser were to inspect only the exterior of the improvements in the appraisal process, the physical attributes of the property were observed from the street(s) as of the inspection date of the appraisal. Physical characteristics of the property were obtained from tax assessment records, available plans, if any, descriptive information, and interviewing the client and other knowledgeable persons. It is assumed the interior of the subject property is consistent with the exterior conditions as observed and that other information relied upon is accurate.

32. The submission of this report constitutes completion of the services authorized. It is submitted on the condition the client will provide reasonable notice and customary compensation, including expert witness fees, relating to any subsequent required attendance at conferences, depositions, and judicial or administrative proceedings. In

● Page 7

CRC 000800

Mr. Glucksman
June 3, 2019
Page 8

the event the appraiser is subpoenaed for either an appearance or a request to produce documents, a best effort will be made to notify the client immediately. The client has the sole responsibility for obtaining a protective order, providing legal instruction not to appear with the appraisal report and related work files and will answer all questions pertaining to the assignment, the preparation of the report, and the reasoning used to formulate the estimate of value. Unless paid in whole or in part by the party issuing the subpoena or by another party of interest in the matter, the client is responsible for all unpaid fees resulting from the appearance or production of documents regardless of who orders the work.

33. Use of this appraisal report constitutes acknowledgement and acceptance of the general assumptions and limiting conditions, special assumptions (if any), extraordinary assumptions (if any), and hypothetical conditions (if any) on which this estimate of market value is based.

34. If provided, the estimated insurable value is included at the request of the client and has not been performed by a qualified insurance agent or risk management underwriter. This cost estimate should not be solely relied upon for insurable value purposes. The appraisers are not familiar with the definition of insurable value from the insurance provider, the local governmental underwriting regulations, or the types of insurance coverage available. These factors can impact cost estimates and are beyond the scope of the intended use of this appraisal. The appraisers are not cost experts in cost estimating for insurance purposes.

● Page 8

CRC 000801



LEVEL 2

VAIL MOUNTAIN

N

BEDROOM
15' 2" x 10' 4"

LIVING ROOM/DINING ROOM
26' 10" x 14' 4"

MASTER BEDROOM
13'10" x 22'6"

KITCHEN
14' 10" x 16' 4"

BEDROOM
17' 2" x 11' 4"

UNIT 2A SOUTH : 3 BEDROOM

SCALE 1/4" = 1'-0"

BARNES COY
ARCHITECTS

CRC 000802

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

SOLARIS
VAIL, COLORADO



LEVEL 3

VAIL MOUNTAIN

UNIT 3E EAST · 2 BEDROOM/DEN

CRC 000803

BARNES COY
ARCHITECTS
MARCH 1, 2020

Civil Action No 1 19-cv-02443-STV
Exhibit 12

SOLARIS
VAIL COLORADO



CRC 000804

UNIT 4D EAST : 4 BEDROOM/DEN

LEVEL 4

VAIL MOUNTAIN

BARNES COY
ARCHITECTS
MARCH 1, 2003

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

SOLARIS
VAIL, COLORADO



UNIT 4G WEST · 3 BEDROOM

LEVEL 4

VAIL MOUNTAIN

SCALE 1/8" = 1'-0"
BARNES COY
ARCHITECTS
MARCH 1 2010

For illustration purposes only and should not be relied upon as a basis for purchasing. All build-out and terraced observances are in the approved by town officials. Please refer to Solaris private residences preliminary limited disclosure.

CRC 000805

Civil Action No 1 19-cv-02443-STV
Exhibit 12

SOLARIS
VAIL COLORADO



UNIT 5E WEST - 2 BEDROOM/DEN

LEVEL 5

VAIL MOUNTAIN

BARNES COY ARCHITECTS
MARCH 1, 2010

CRC 000806

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

SOLARIS
VAIL, COLORADO



BARNES COY ARCHITECTS
MARCH 1 2010
SCALE 1/8" = 1'-0"

CRC 000807

LEVEL 5

VAIL MOUNTAIN

UNIT 5G  WEST  1-3 BEDROOM

For illustration purposes only and should not be relied upon as a basis for purchasing. All features and interior dimensions are to be approximate by town officials. Please refer to Solaris private residences preliminaries limited in disclosure.

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

SOLARIS
VAIL, COLORADO



CRC 000808



UNIT 4E, 5E, & 6E EAST · 2 BEDROOM/DEN

VAIL MOUNTAIN

SCALE 1/8" 1'-0"

BARNES COY
ARCHITECTS
MARCH 1 2010

For illustration purposes only and should not be relied upon as a basis for purchasing. All balcony and terrace dimensions are to be approved by town of vail. Please refer to Solaris phase I conditions as performed, taxes in disclosure.

CRC 000809

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

SOLARIS
VAIL · COLORADO

CRC 000810

SCALE: 1/8" = 1'-0"

BARNES COY
ARCHITECTS
MARCH 1, 2010



LEVEL 7

VAIL MOUNTAIN

N

PENTHOUSE C EAST : 2 BEDROOM

For illustration purposes only and should not be relied upon as a basis for purchasing. All buildings and interior dimensions are to be approved by town officials. Please refer to future project renders or preferred unit to be disclosed.



MASTER BEDROOM

LIVING ROOM/DINING ROOM

KITCHEN

ENTRY

BEDROOM

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

SOLARIS
VAIL COLORADO



PENTHOUSE C WEST : 2 BEDROOM

VAIL MOUNTAIN

LEVEL 7

CRC 000811

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

SOLARIS
VAIL, COLORADO



PENTHOUSE E EAST : 1 BEDROOM/DEN

VAIL MOUNTAIN

LEVEL 8

BARNES COY ARCHITECTS
MARCH 1 2010

CRC 000812

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

SOLARIS
VAIL, COLORADO



PENTHOUSE E WEST   1 BEDROOM/DEN

LEVEL 8

VAIL MOUNTAIN

CRC 000813

BARNES COY
ARCHITECTS
MARCH 1 2010

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

SOLARIS
VAIL, COLORADO

CRC 000814

BARNES COY
ARCHITECTS
MARCH 1, 2010

LEVEL 7

VAIL MOUNTAIN

PENTHOUSE G WEST - 2 BEDROOM/DEN

DEN

KITCHEN

LIVING ROOM / DINING ROOM

BEDROOM

MASTER BEDROOM

Civil Action No 1 19-cv-02443-STV
Exhibit 12

SOLARIS
VAIL, COLORADO



UNIT 5C WEST - 2 BEDROOM/DEN

LEVEL 5

VAIL MOUNTAIN N.

SCALE 1/8"=1'-0"

BARNES COY
ARCHITECTS
MARCH 1, 2019

CRC 000815

MASTER BEDROOM
12'3" x 15'4"

LIVING ROOM
14'-8" x 15'-10"

DINING ROOM
13'-7" x 14'-2"

BEDROOM
12'-6" x 11'-0"

DEN
13'-0" x 13'-0"

KITCHEN
13' x 7'

For illustration purposes only and should not be relied upon as a basis for purchasing. All balcony and terrace dimensions are to be approved by town officials. Please refer to Solaris private residences purchase contract disclosure.

Civil Action No. 1 19-cv-02443-STV
Exhibit 12

SOLARIS
VAIL, COLORADO

CRC 000816

BARNES COY
ARCHITECTS
MARCH 1, 2010

LEVEL 6

VAIL MOUNTAIN

UNIT 6C WEST - 2 BEDROOM/DEN

For illustration purposes only and should not be relied upon as a basis for purchasing. All built units and final dimensions are or to be approved by town officials. Please refer to Solaris phase residences preliminary level 16 document.

Civil Action No. 1 19-cv-02443-STV
Exhibit 12

MASTER BEDROOM

LIVING ROOM

DINING ROOM

BEDROOM

DEN

KITCHEN

SOLARIS
VAIL COLORADO



7E EAST : 2 BEDROOM/DEN

LEVEL 7

VAIL MOUNTAIN

CRC 000817

Civil Action No. 1:19-cv-02443-STV
Exhibit 12

SOLARIS
VAIL COLORADO

CRC 000818



7E WEST · 3 BEDROOM/DEN

LEVEL 7

VAIL MOUNTAIN

SOLARIS
VAIL COLORADO

Civil Action No 1:19-cv-02443-STV
Exhibit 12

BARNES COY
ARCHITECTS
MARCH 1 2010

CRC 000819

| Units (Unit #) | Floor | Owner | Schedule # | Parcel # | Assessor GLA (SF) | 2019 Actual Value | 2019 Actual Value PSF | 2019 Assessed Value | Taxes Due - 2018 Payable 2019 | Projected Tax Due - 2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2A South | 2 | Solaris Property Owner I LLC | R064395 | 2101-082-94-002 | 2,021 | $4,529,250 | $2,241 | $326,110 | $36,998 | $38,119 |
| 3E East | 3 | Solaris Property Owner I LLC | R064406 | 2101-082-94-013 | 1,655 | $2,313,030 | $1,398 | $166,540 | $18,906 | $19,467 |
| 4D East | 4 | Solaris Property Owner I LLC | R064414 | 2101-082-94-021 | 2,813 | $6,937,870 | $2,466 | $499,530 | $59,452 | $58,390 |
| 4G West | 4 | Solaris Property Owner I LLC | R064425 | 2101-082-94-032 | 2,567 | $4,848,460 | $1,889 | $349,090 | $39,575 | $40,805 |
| 5E West | 5 | Solaris Property Owner I LLC | R064440 | 2101-082-94-047 | 1,741 | $2,883,580 | $1,656 | $207,620 | $23,564 | $24,268 |
| 5G West | 5 | Solaris Property Owner I LLC | R064442 | 2101-082-94-049 | 2,590 | $5,177,580 | $1,999 | $372,790 | $42,260 | $43,575 |
| 6D East | 6 | Solaris Property Owner I LLC | R064446 | 2101-082-94-053 | 2,815 | $7,630,900 | $2,711 | $549,420 | $62,279 | $64,221 |
| 6E East | 6 | Solaris Property Owner I LLC | R064449 | 2101-082-94-056 | 1,734 | $3,023,090 | $1,743 | $217,660 | $24,703 | $25,442 |
| 5C West | 5 | Solaris Property Owner I LLC | R064439 | 2101-082-94-046 | 1,715 | $2,991,320 | $1,744 | $215,380 | $24,445 | $25,176 |
| 6C West | 6 | Solaris Property Owner I LLC | R064453 | 2101-082-94-060 | 1,723 | $3,005,520 | $1,744 | $216,400 | $24,561 | $25,295 |
| 7E East | 7 | Solaris Property Owner I LLC | R064462 | 2101-082-94-069 | 1,970 | $3,421,590 | $1,737 | $246,350 | $27,947 | $28,796 |
| 7E West | 7 | Solaris Property Owner I LLC | R064467 | 2101-082-94-074 | 2,268 | $3,932,400 | $1,734 | $283,130 | $32,111 | $33,095 |
| Pent C East | 7 | Solaris Property Owner I LLC | R064463 | 2101-082-94-070 | 1,179 | $2,189,550 | $1,857 | $157,650 | $17,925 | $18,428 |
| Pent C West | 7 | Solaris Property Owner I LLC | R064466 | 2101-082-94-073 | 1,183 | $2,195,940 | $1,856 | $158,110 | $17,978 | $18,481 |
| Pent E East | 8 | Solaris Property Owner I LLC | R064471 | 2101-082-94-078 | 1,373 | $2,528,000 | $1,841 | $182,020 | $20,672 | $21,276 |
| Pent E West | 8 | Solaris Property Owner I LLC | R064472 | 2101-082-94-079 | 1,354 | $2,492,860 | $1,841 | $179,490 | $20,287 | $20,980 |
| Pent G West | 7 | Solaris Property Owner I LLC | R064469 | 2101-082-94-076 | 1,846 | $4,334,990 | $2,348 | $312,120 | $35,415 | $36,483 |
| **TOTAL** | **17** | | | | 32,547 | $64,435,930 | | $4,639,410 | $529,075 | $542,296 |
| **Avg. Per Unit** | | | | | 1,915 | | | | $31,122 | $31,900 |

2A South:

CONDOMINIUM UNIT 2A SOUTH, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

3E East:

UNIT 3E EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND ANY AMENDMENTS AND/OR SUPPLEMENTS THEREOF, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND ANY AMENDMENTS THEREOF.

4D East:

UNIT 4D EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND ANY AMENDMENTS AND/OR SUPPLEMENTS THEREOF, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND ANY AMENDMENTS THEREOF.

4G West:

UNIT 4G WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

5E West:

UNIT 5E WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

CRC 000820

### 5G West:

UNIT 5G WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

### 6D East:

UNIT 6D EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND ANY AMENDMENTS AND/OR SUPPLEMENTS THEREOF, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND ANY AMENDMENTS THEREOF.

### 6E East:

UNIT 6E EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

### 5C West:

UNIT 5C WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND ANY AMENDMENTS AND/OR SUPPLEMENTS THEREOF, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND ANY AMENDMENTS THEREOF.

CRC 000821

6C West:

**UNIT 6C WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND ANY AMENDMENTS AND/OR SUPPLEMENTS THEREOF, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND ANY AMENDMENTS THEREOF.**

7E East:

**UNIT 7E EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND ANY AMENDMENTS AND/OR SUPPLEMENTS THEREOF, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND ANY AMENDMENTS THEREOF.**

7E West:

UNIT 7E WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

Pent C East:

CONDOMINIUM UNIT PENTHOUSE C EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

Pent C West:

**PENTHOUSE C WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND ANY AMENDMENTS AND/OR SUPPLEMENTS THEREOF, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND ANY AMENDMENTS THEREOF.**

Pent E East:

**PENTHOUSE E EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.**

Pent E West:

**PENTHOUSE E WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.**

Pent G West:

**UNIT PENTHOUSE G WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND ANY AMENDMENTS AND/OR SUPPLEMENTS THEREOF, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND ANY AMENDMENTS THEREOF.**

CRC 000823



**Rodman Schley, MAI, SRA**
Senior Managing Director
Work: 303-420-1052 ext. 100
rschley@bbgres.com

**PROFILE**

Mr. Schley is a Senior Managing Director at BBG and is located in the Colorado Office. He joined BBG in September of 2016. Prior to joining BBG, he was President of Commercial Valuation Consultants, Inc. where he conducted internal reviews and audits of appraisal reports.

---

**PROFESSIONAL AFFILIATIONS**

MAI Designation – Appraisal Institute

General Certified Appraiser:

Colorado Certified General Real Estate Appraiser No. CG40025588
Arizona Certified General Real Estate Appraiser No. 32056
California Certified General Real Estate Appraiser No. 3002842
Washington Certified General Real Estate Appraiser No. 1102307
Oregon Certified General Real Estate Appraiser No. C001183

---

**EDUCATION**

General Associates Degree, Maple Woods Community College, Kansas City, MO
Bachelor of Arts, Marketing Management, Bellevue University, Omaha, NE

---

**PROFESSIONAL TRAINING**

| | | |
|---|---|---|
| Summer 1998 | Colorado Contracts and Regulations | A-Plus Real Estate School |
| Summer 1998 | Real Estate Closings | A-Plus Real Estate School |
| Fall 2000 | Basic Income Applications | University of Colorado Boulder |
| Fall 2000 | Registered Appraiser | University of Colorado Boulder |
| Fall 2000 | Standards and Ethics | University of Colorado Boulder |
| Spring 2001 | Small Residential Income Properties | University of Colorado Boulder |
| Summer 2001 | Certified Residential | University of Colorado Boulder |
| Fall 2001 | Commercial Case Studies | University of Colorado Boulder |
| Fall 2001 | Appraisal Principles/Advanced Applications | University of Colorado Boulder |
| Fall 2001 | Income Capitalization | University of Colorado Boulder |
| Fall 2002 | Colorado Mandatory 8-Hour C.E. | University of Colorado Boulder |
| Summer 2003 | Highest and Best Use and Market Analysis | Appraisal Institute |
| Winter 2003 | Report Writing and Valuation Analysis | Appraisal Institute |
| Fall 2003 | Fall Economic Forecast | University of Denver |
| Fall 2004 | 15-Hour National USPAP Course | Appraisal Institute |
| Fall 2004 | 7-Hour Business Practices and Ethics | Appraisal Institute |
| Fall 2006 | Advanced Income Capitalization | Appraisal Institute |
| Fall 2006 | Advanced Applications | Appraisal Institute |
| Fall 2006 | Advanced Sales Comparison and Cost Approaches | Appraisal Institute |
| Fall 2006 | The Cost Approach to Commercial Appraising | Appraisal Institute |
| Fall 2006 | Associate Member Round Table | Appraisal Institute |
| Fall 2006 | Appraisal Review – General | Appraisal Institute |
| Winter 2007 | Passed General Comprehensive Examination for MAI | Appraisal Institute |
| Spring 2007 | 7-Hour National USPAP Update Course | Appraisal Institute |
| Winter 2008 | Completion of Demonstration Report Requirement for MAI | Appraisal Institute |

---

CRC 000824

**PUBLICATIONS**

**Books**

| June 1995 | Finding Your Fortune in Repossessed Real Estate | Author |

**Articles**

| Summer 1995 | *It Only Takes a Dream*<br>Financial Freedom Report Quarterly | Author |
| Fall 1995 | *Finding Golden Properties in Estates and Divorces*<br>Financial Freedom Report Quarterly | Author |
| Spring 1996 | *Repossessed Real Estate:  A Fortune for the Finding*<br>Financial Freedom Report Quarterly | Author |
| October 2005 | *Katrina Raises Construction Costs*<br>Colorado Real Estate Journal | Author |
| February 2007 | *2007 Cap Rate Expectations:  Moderate Increases Possible*<br>Colorado Real Estate Journal | Author |
| July 2007 | *Denver Metro Office Market Strengthening*<br>Colorado Real Estate Journal | Author |
| September 2007 | *Credit Crunch:  Assessing the Impact*<br>Colorado Real Estate Journal | Author |
| February 2008 | *Write Leases with Positive Impact*<br>Colorado Real Estate Journal | Author |

CRC 000825



**COLORADO**
Department of
Regulatory Agencies
Division of Real Estate

1560 Broadway, Suite 925
Denver, CO 80202-5111

Dear David Rodman Schley

Congratulations! Below are your electronic wallet cards and a larger wall license to use as proof of your licensure. You may also print your license any time through your Online E-Services account by visiting our homepage at dora.colorado.gov/dre and selecting "Online E-Services" from our "Quick Links".

If you have any questions about your credential, or if you require any additional assistance, please contact our Customer Support Team at (303) 894-2166 or by email at dora_realestate_website@state.co.us.



State of Colorado
Department of Regulatory Agencies
Division of Real Estate

**Board of Real Estate Appraisers**

David Rodman Schley

Certified General Appraiser

David Rodman Schley
Rodman Schley
8300 Douglas Ave
Ste 600
Dallas, TX 75225-5855

*Marcia Waters*
Director: Marcia Waters

License #: CG.040025588
Status: Active
Expires: 12/31/2019

For the most up to date information regarding this credential, visit http://dora.colorado.gov/dre

---

Colorado Department of Regulatory Agencies
Division of Real Estate
David Rodman Schley
Certified General Appraiser

CG.040025588                    01/01/2018
License Number                  Issue Date

Active                          12/31/2019
License Status                  Expiration

Verify this license at http://dora.colorado.gov/dre

*Marcia Waters*
Director: Marcia Waters         Licensee Signature



Civil Action No. 1:19-cv-02443-STV
Exhibit 12

CRC 000826



**Brett Wilkerson**
Managing Director – Denver
Work:  303-420-1052 x118
bwilkerson@bbgres.com

## PROFILE

Brett Wilkerson is the Managing Director of the Denver office. He has significant expertise with multi-family valuation, feasibility, and market studies of conventional and affordable properties. His experience also includes the valuation of commercial properties, including office buildings; office/warehouses; industrial properties, retail properties; condominiums, and vacant land. He successfully completed many neighborhood, city, and market studies.

Brett began his career with Butler Burgher, Inc. in 2005 as an analyst. He continued his advancement by becoming a General Certified Appraiser followed by Director prior to becoming Managing Director- Denver.

## EXPERIENCE

**Managing Director – Denver**                                                        2017-Present
*BBG*                                                                                          *Denver, CO*
- Building brand awareness using social media, conference attendance, and direct client interactions.
- New client development.
- Appraisals of investment grade office properties nationwide, including portfolio valuations.
- Advanced user of Microsoft Excel, ARGUS, and other Microsoft Office products.

**Director**                                                                                  2015-2016
*BBG*                                                                                          *Dallas, TX*
- As management team member, participates in ongoing strategic planning, including revenue/expense forecasting, and identification of growth opportunities.
- Maintain existing client relationships.
- Appraisals and market studies of selected commercial valuation projects.
- Advanced user of Microsoft Excel, ARGUS, and other Microsoft Office products.

**Senior Real Estate Appraiser**                                                      2008-2015
*BBG*                                                                                          *Dallas, TX*
- Responsible for commercial valuation projects, which included site analysis, market analysis, feasibility studies, and providing written appraisal reports. Variety of property types appraised, including multi family, vacant development land, retail, office, and industrial properties.

## PROFESSIONAL AFFILIATIONS

General Certified Appraiser:
State of Colorado (License # CG 200000805))
State of Texas (License # TX-1337852)
State of Louisiana (License # G 3714)
State of Utah (License # 10190993-CG00)
State of Arizona (License # 32190)
State of Wyoming (License # AP-1547)
State of New Mexico (License # 03517-G)
State of Kansas (License # G-1322)
State of Nebraska (License # CG2017007R)
State of Montana (License # REA-RAG-LIC-8701)
State of Oregon (License # C001359)
State of Washington (License # 1102546)
HUD MAP Certified, May 2009
General Associate Member, #480652 (Appraisal Institute)

**EDUCATION**

Bachelor of Business Administration, Major in Finance, 2002
University of North Texas

**COURSEWORK**

Appraisal Institute Courses
- *Uniform Standards of Professional Appraisal Practice*
- *Appraisal Principles & Procedures*
- *Report Writing & Valuation Analysis*
- *Advanced Income Capitalization*
- *Advanced Applications*
- *Quantitative Analysis*
- *Introduction to Green Buildings: Principles & Concepts*
- *Business Practices and Ethics*
- *Basic Income Capitalization*
- *Highest & Best Use and Market Analysis*
- *Advanced Sales Comparison & Cost Approaches*
- *Introduction to Green Buildings: Principles & Concepts*
- *Apartment Appraisal, Concepts & Applications*
- *AI sponsored seminars and CE courses*



**COLORADO**
Department of
Regulatory Agencies
Division of Real Estate

1560 Broadway, Suite 925
Denver, CO 80202-5111

Dear Brett J Wilkerson

Congratulations! Below are your electronic wallet cards and a larger wall license to use as proof of your licensure. You may also print your license any time through your Online E-Services account by visiting our homepage at dora.colorado.gov/dre and selecting "Online E-Services" from our "Quick Links".

If you have any questions about your credential, or if you require any additional assistance, please contact our Customer Support Team at (303) 894-2166 or by email at dora_realestate_website@state.co.us.



Brett J Wilkerson
5395 W 25th Avenue
Denver, CO 80214

State of Colorado
Department of Regulatory Agencies
Division of Real Estate

Board of Real Estate Appraisers

Brett J Wilkerson

Certified General Appraiser

Director: Marcia Waters

License #: CG200000805
Status: Active
Expires: 12/31/2020

For the most up to date information regarding this credential, visit http://dora.colorado.gov/dre

Colorado Department of Regulatory Agencies
Division of Real Estate
Brett J Wilkerson
Certified General Appraiser

CG200000805
License Number

01/01/2019
Issue Date

Active
License Status

12/31/2020
Expiration

Verify this license at http://dora.colorado.gov/dre

Director: Marcia Waters

Licensee Signature

1560 Broadway, Suite 925 Denver, CO 80202-5111   P 303.894.2166   F 303.894.2683   www.dora.colorado.gov/dre





**Karl E. Knipling**
Senior Appraiser
Work: 303-420-1052 ext. 102
kknipling@bbgres.com

## PROFILE

Mr. Knipling is a Senior Appraiser with BBG in the Colorado Office.   He joined BBG in September of 2016. He has extensive experiencing appraising the following property types:   vacant residential (single and multi-family) and commercial subdivisions of finished lots, "paper" lots and/or raw land, as well as agricultural land, forested timberland and commercial/residential infill sites.   Mr. Knipling began his real estate career in 1997 as an appraiser with F & W Forestry Services, Inc. in Phenix City, Alabama.

## PROFESSIONAL AFFILIATIONS

General Certified Appraiser:

Colorado Certified General Real Estate Appraiser No. CG40030138

## EDUCATION

Master of Science, Forest Management, West Virginia University (1997)
Bachelor of Science, Forestry and Wildlife, Virginia Tech (1992)

## COURSEWORK

Basic Appraisal Principles/Procedures
Highest and Best Use and Market Analysis
Basic Income Capitalization
Report Writing & Valuation Analysis
General Applications
Principles of Rural Appraisals
USPAP
Advanced Rural Appraisals
Advanced Income Capitalization
Numerous continuing education courses –
*available upon requests*

CRC 000830



**COLORADO**
Department of
Regulatory Agencies
Division of Real Estate

1560 Broadway, Suite 925
Denver, CO 80202-5111

Dear Karl Edward Knipling

Congratulations! Below are your electronic wallet cards and a larger wall license to use as proof of your licensure. You may also print your license any time through your Online E-Services account by visiting our homepage at dora.colorado.gov/dre and selecting "Online E-Services" from our "Quick Links".

If you have any questions about your credential, or if you require any additional assistance, please contact our Customer Support Team at (303) 894-2166 or by email at dora_realestate_website@state.co.us.



State of Colorado
Department of Regulatory Agencies
Division of Real Estate

Board of Real Estate Appraisers

Karl Edward Knipling

Certified General Appraiser

Karl Edward Knipling
8300 Douglas Ave
Ste 600
Dallas, TX 75225-5855

Director: Marcia Waters

License #: CG.040030138
Status: Active
Expires: 12/31/2019

For the most up to date information regarding this credential, visit http://dora.colorado.gov/dre

Colorado Department of Regulatory Agencies
Division of Real Estate
Karl Edward Knipling
Certified General Appraiser

CG.040030138
License Number

01/01/2018
Issue Date

Active
License Status

12/31/2019
Expiration

Verify this license at http://dora.colorado.gov/dre

Director: Marcia Waters

Licensee Signature

1560 Broadway, Suite 925 Denver, CO 80202-5111   P 303.894.2166   F 303.894.2683   www.dora.colorado.gov/dre



Civil Action No. 1:19-cv-02443-STV
Exhibit 12

CRC 000831