

**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 ◻ Fax (970) 845.9472

Re: Property:   141 E Meadow Dr
                         Vail, CO 81657
     Borrower:   Not Applicable
     File No.:       190716/Solaris2AS19

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Angelo J. Oria

Angelo's Appraisal Inc. (970) 845-5056

Page # 2 of 26

190716/Solaris2AS19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

## SUBJECT

| | |
|---|---|
| Property Address: 141 E Meadow Dr | Unit #: 2A South | City: Vail | State: CO |

Zip Code: 81657   County: Eagle   Legal Description: Residences at Solaris-Vail Unit 2A South

Assessor's Parcel #: 2101-082-94-002

Tax Year: 2018   R.E. Taxes: $ 36,997.72   Special Assessments: $ 0   Borrower (if applicable): Not Applicable

Current Owner of Record: Solaris Property Owner LLC   Occupant: ☐ Owner ☒ Tenant (Market Rent) ☐ Tenant (Regulated Rent) ☐ Vacant

Project Type: ☒ Condominium ☐ Other (describe)   HOA: $ 3,314.07 ☐ per year ☒ per month

Market Area Name: Vail Village   Map Reference: 20780   Census Tract: 0007.02

Project Name: Solaris Residences   Phase: N/A

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach   (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: To provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP

## ASSIGNMENT

Intended User(s) (by name or type): Colorado Regional Center Project Solaris, LLLP

Client: Colorado Regional Center Project Solaris, LLLP   Address: 1644 Platte St , Suite 417, Denver, CO 80202

Appraiser: Angelo Loria   Address: PO Box 4175, Avon, CO 81620-4175

## MARKET AREA DESCRIPTION

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | Condominium Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | ☒ Owner | PRICE $(000) | AGE (yrs) | One-Unit 5% | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☐ Tenant | 640 Low 2 | | 2-4 Unit 1% | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | ☒ Vacant (0-5%) | 15,000 High 60 | | Multi-Unit 54% | * To: |
| Demand/supply: | ☐ Shortage ☐ In Balance ☒ Over Supply | ☐ Vacant (>5%) | 2,000 Pred 30 | | Comm'l 40% | |
| Marketing time: | ☐ Under 3 Mos. ☒ 3-6 Mos. ☒ Over 6 Mos | | | | % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The Vail Village area is bound by the Vail Golf Course on the east, Lionshead on the west, Interstate-70 on the north and Vail Ski Resort and slopes on the south. The immediate Vail Village area is built-out with extensive renovations and rebuilding after demolition. The area enjoys good marketability due to its excellent views and proximity to the main Vail base area and the Gold Peak base area. During 2000 to 2001 sales declined causing a stabilization of values. From 2001 to mid 2006 rapid appreciation occurred. Then the subject marketplace slowed and the values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

## PROJECT SITE DESCRIPTION

Zoning Classification: Special Development District   Description: Public Accommodation

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Ground Rent (if applicable) $ N/A /   Comments: Not applicable

Highest & Best Use as improved (or as proposed per plans & specifications): ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: Residential Condominium   Use as appraised in this report: Residential Condominium

Summary of Highest & Best Use: The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was rebuilt and completed in 2010

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Unknown | Street | Asphalt | ☒ | ☐ | Size Typical/Condo |
| Gas | ☒ | ☐ | Unknown | Curb/Gutter | Concrete | ☒ | ☐ | Topography Level to sloping |
| Water | ☒ | ☐ | Unknown | Sidewalk | Concrete | ☒ | ☐ | View VrGd/Mtn/Ski |
| Sanitary Sewer | ☒ | ☐ | Unknown | Street Lights | Electric | ☒ | ☐ | |
| Storm Sewer | ☒ | ☐ | Unknown | Alley | None | | | |

Density Average

Other site elements: ☐ Inside Lot ☒ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X   FEMA Map # 08037C0469D   FEMA Map Date 12/4/2007

Site Comments: No adverse site conditions were evident at the time of observation.

## PROJECT INFORMATION

Data source(s) for project information   Management/MLS

| Project Description | ☐ Detached ☐ Row or Townhouse ☐ Garden ☐ Mid-Rise ☒ High-Rise ☐ Other (describe) | | | |
|---|---|---|---|---|

| General Description of Project | | Subject Phase | # | If Project Completed | # | If Project Incomplete | # |
|---|---|---|---|---|---|---|---|
| # of Stories | 9 | Exterior Walls Frame/Rock | Units | 79 | Phases | 1 | Planned Phases | |
| # of Elevators | 9 | Roof Surface Zinc | Units Completed | 79 | Units | 79 | Planned Units | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | Total # Parking 112 | Units For Sale | 21 | Units for Sale | 21 | Units for Sale | |
| Design (Style) Condo | Ratio (spaces/unit) 1.4:1 | Units Sold | 37 | Units Sold | 37 | Units Sold | |
| Actual Age (Yrs.) 9 | Parking Type(s) Prk Garage | Units Rented | Unkn | Units Rented | Unkn | Units Rented | |
| Effective Age (Yrs) 5 | Guest Parking Avg | Owner Occup. Units Unkn | Owner Occup Units | Unkn | Owner Occup. Units | |

Project Primary Occupancy ☒ Principal Residence ☐ Second Home or Recreational ☐ Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No

Management Group: ☐ Homeowners' Association ☐ Developer ☒ Management Agent (name of management agent or company) Jeff Fruin (970)
790-6406 or jfruin@solarisresidences.com

Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No   If Yes, describe the original use and date of conversion.

Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown   Have the documents been reviewed? ☐ Yes ☒ No   Comments: These documents were not reviewed for this appraisal

Project Comments (condition, quality of construction, completion status, etc.): Thirty five percent of the project consists of commercial space. This commercial space consists of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink/putting green, a bank and numerous other retail shops

Common Elements and Recreational Facilities: Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.

**GP CONDO**

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

6/2007

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

CRC 000833

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

Page # 3 of 26
190716/Solaris2AS19

File No.:

## PROJECT ANALYSIS

Summary of condominium project budget analysis for the current year (if analyzed).    The condominium budget was not reviewed for this appraisal

Other fees for the use of the project facilities (other than regular HOA charges):    The appraiser is unaware of any additional fees for the use of the project facilities.

Compared to other competitive projects of similar quality and design, the subject unit charge appears    ☐ High  ☒ Average  ☐ Low    (If High or Low, describe)

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
☐ Yes  ☒ No   If Yes, describe and explain the effect on value and marketability.    No condominium documents or HOA meeting minutes were reviewed for this appraisal.  The appraiser is unaware of any special or unusual characteristics of the project.

Unit Charge: $ 3,314.07      per month X 12 = $ 39,768.84      per year    Annual assessment charge per year per SF of GLA = $    20.02
Utilities included in the Unit Charge: ☐ None ☒ Heat ☒ Air Conditioning ☐ Electricity ☒ Gas ☒ Water ☒ Sewer ☒ Cable ☐ Other
Source(s) used for physical characteristics of property:  ☐ New Inspection ☒ Previous Appraisal Files ☐ MLS ☐ Assessment and Tax Records ☒ Prior Inspection
☐ Property Owner  ☐ Other (describe)         Data Source for Gross Living Area  Interior dimensions from prior inspection

## DESCRIPTION OF THE UNIT IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | ☒ N/A | Basement | ☒ N/A | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| Floor Location | 2nd/Mid Level | Foundation | Concrete | Slab | | Area Sq. Ft. | | Type | In-floor radiant |
| # of Levels | 1 | Exterior Walls | Frame/Rock | Crawl Space | | % Finished | | Fuel | NG |
| Design (Style) | Condo | Roof Surface | Zinc | Basement | | Ceiling | | | |
| ☒ Existing ☐ Proposed | | Gutters & Dwnspts. | Yes | Sump Pump ☐ | | Walls | | Cooling | |
| ☐ Under Construction | | Window Type | Wood-Alum clad | Dampness ☐ | | Floor | | Central | Yes |
| Actual Age (Yrs.) | 9 | Storm/Screens | No/Yes | Settlement | | Outside Entry | | Other | |
| Effective Age (Yrs.) | 5 | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic ☒ N/A | | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Wood-Stone-Carpet | Refrigerator | ☒ | Stairs ☐ | | Fireplace(s) # 1 | Woodstove(s) # 0 | ☒ Garage # | 1 |
| Walls | Plaster | Range/Oven | ☒ | Drop Stair ☐ | | Patio None | | ☐ Covered # | 0 |
| Trim/Finish | Cherry/Stained | Disposal | ☒ | Scuttle ☐ | | Deck Yes | | ☐ Open # | 0 |
| Bath Floor | Stone-Ceramic | Dishwasher | ☒ | Doorway ☐ | | Porch None | | Total # of cars | 1 |
| Bath Wainscot | Stone-Ceramic | Fan/Hood | ☒ | Floor ☐ | | Fence None | | ☐ Assigned | |
| Doors | Solid Cherry Stained | Microwave | ☒ | Heated ☐ | | Pool None | | ☒ Owned | |
| | | Washer/Dryer | ☒ | Finished ☐ | | Balcony None | | Space #(s) Unassigned | |

Finished area above grade contains:      6 Rooms      3 Bedrooms      3.1 Bath(s)      1,986 Square Feet of Gross Living Area Above Grade
Are the heating and cooling for the individual units separately metered? ☐ Yes ☒ No (If No, describe)  This is typical of many large projects within the Vail marketplace

Additional features.   See attached addendum.

Describe the condition of the property (including physical, functional and external obsolescence):   No interior inspection was made for this report.  An interior inspection was made on October 3, 2017.  An extraordinary assumption about the condition of the subject property was made.  This extraordinary assumption may have an effect on the opinion of value assigned in this report.  The interior photos are from the October 3, 2017 inspection.

## TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s): Eagle County records.

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing:   No prior sale is evident per Eagle County records. |
|---|---|
| Date | |
| Price | |
| Source(s) | |
| 2nd Prior Subject Sale/Transfer | |
| Date | |
| Price | |
| Source(s) | |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP CONDO**

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000834

Page # 4 of 26
190716/Solaris2AS19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

| SALES COMPARISON APPROACH TO VALUE (if developed) | ☐ The Sales Comparison Approach was not developed for this appraisal. | | |
|---|---|---|---|

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr 2A South | 141 E Meadow Dr # 4B East | | 595 Vail Valley Dr# 324 | | 1 Vail Rd # 9201 | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | |
| Project | Solans Residences | Solans Residences | | Manor Vail | | Four Seasons Resort Vail | |
| Phase N/A | | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0.05 miles E | | 0.48 miles SE | | 0.17 miles W | |
| Sale Price | $ | | $ 5,950,000 | | $ 7,500,000 | | $ 6,200,000 |
| Sale Price/GLA | $ /sq.ft. | $ 2,351.78 /sq.ft. | | $ 2,188.50 /sq.ft. | | $ 2,118.93 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#927731;DOM 525 | | VBRMLS#928299;DOM 719 | | VBRMLS#932941;DOM 231 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Cash | | Conventional | | Cash | |
| Concessions | | Furnished/Credit | -25,500 | Credit repairs | -40,000 | None | 0 |
| Date of Sale/Time | | 03/23/2018 | | 01/28/2019 | | 04/29/2019 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Vail Village | | Vail Village | | Vail Village | |
| HOA Fees ($/Month) | 3,314.07 | 3,783.33 | 0 | 3,024.00 | 0 | 6,312.67 | 0 |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | Pool, Spa, Lobby | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | Athletic facilities | |
| Floor Location | 2nd/Mid Level | 4th/Mid Level | 0 | 3rd/Top Level | -35,000 | 9th/Mid Level | 0 |
| View | VrGd/Mtn/Ski | VrGd/Mtn/Ski | +275,000 | VrGd/Mtn/Ski/Crk | 0 | Gd/Mtn/Sm Ski | +500,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | VrGd-Excellent | |
| Age | 9 yrs, 5 eff | 8 yrs, 3 eff | -101,500 | 11 yrs, 5 eff | | 9 yrs, 5 eff | |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |

| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | | Total | Bdrms | Baths | | Total | Bdrms | Baths | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Room Count | 6 | 3 | 3 1 | 7 | 4 | 4 0 | -17,500 | 8 | 5 | 5.0 | -52,500 | 6 | 3 | 3.0 | +17,500 |
| Gross Living Area | | 1,986 sq.ft. | | | 2,530 sq.ft. | | -544,000 | | 3,427 sq.ft. | | -1,441,000 | | 2,926 sq.ft. | | -940,000 |
| Basement & Finished | None | None | | None | | None | | | | | | | | | |
| Rooms Below Grade | | | | | | | | | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | | | | | | | | | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | | | | | | | | | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | | | | | | | | | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 2 prking garage | -50,000 | | | | | | | | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | | | | | | | | | |

| Net Adjustment (Total) | | ☐ + ☒ − | $ -413,500 | ☐ + ☒ − | $ -1,568,500 | ☐ + ☒ − | $ -472,500 |
|---|---|---|---|---|---|---|---|
| Adjusted Sale Price | | 6.9 | | 20.9 | | 7.6 | |
| of Comparables | | 16.2 | $ 5,536,500 | 20.9 | $ 5,931,500 | 24.3 | $ 5,727,500 |

Summary of Sales Comparison Approach   All comparable data is obtained from Eagle County Clerk and Assessor, the local Multiple Listing service and/or involved parties.  See attached addendum for comments on the sales comparison approach.

Indicated Value by Sales Comparison Approach $  5,725,000

**GP CONDO**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.
Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
6/2007

(left margin, rotated) SALES COMPARISON APPROACH

Page # 5 of 26

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.: 190716/Solaris2AS19

| | | | |
|---|---|---|---|
| **INCOME APPROACH TO VALUE (if developed)** | ☒ The Income Approach was not developed for this appraisal | | |

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 141 E Meadow Dr 2A South | | | |
| | Vail, CO 81657 | | | |
| Project | Solaris Residences | | | |
| Phase | N/A | | | |
| Proximity to Subject | | | | |
| Current Monthly Rent | $ | $ | $ | $ |
| Rent/GLA | $        /sq ft | $        /sq.ft | $        /sq.ft. | $        /sq.ft. |
| Rent Control | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Data Source(s) | | | | |
| Date of Lease(s) | | | | |
| Location | Vail Village | | | |
| View | | | | |
| Age | 9 yrs, 5 eff | | | |
| Condition | Very Good | | | |
| Above Grade | Total  Bdrms  Baths | Total  Bdrms  Baths | Total  Bdrms  Baths | Total  Bdrms  Baths |
| Room Count | 6      3      3.1 | | | |
| Gross Living Area | 1,986 sq.ft. | sq.ft. | sq.ft. | sq.ft. |
| Utilities Included | | | | |

Summary of Income Approach (including support for market rent and GRM): _____

Opinion of Monthly Market Rent $   N/A   X Gross Rent Multiplier   0.00   = $                   Indicated Value by Income Approach

**COST APPROACH TO VALUE (if developed)**   ☒ The Cost Approach was not developed for this appraisal.

Summary of Cost Approach: _____

Indicated Value by: Sales Comparison Approach $ **5,725,000**   Cost Approach (if developed) $                   Income Approach (if developed) $

Final Reconciliation   The Sales Comparison Approach is typically the most reliable indicator in the valuation of individual condominium units. The Cost and Income Approach are not considered reliable

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: _____

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $   5,725,000   , as of: 06/19/2019   , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains   26   pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
☒ Scope of Work     ☒ Limiting Cond./Certifications     ☒ Narrative Addendum     ☒ Photograph Addenda     ☒ Sketch Addendum
☒ Map Addenda     ☒ Additional Sales     ☐ Additional Rentals     ☐ Flood Addendum     ☐ Hypothetical Conditions
☒ Extraordinary Assumptions     ☐ Budget Analysis     ☐

Client Contact:   Rob Glucksman     Client Name:   Colorado Regional Center Project Solaris, LLLP
E-Mail:   rglucksman@coloradoregionalcenter.com     Address:   1644 Platte St., Suite 417, Denver, CO 80202

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *[signature]* | |
| Appraiser Name:   Angelo Leira | Supervisory or Co-Appraiser Name: |
| Company:   Angelo's Appraisal Inc | Company: |
| Phone: (970) 845-5056     Fax: (970) 845-9472 | Phone:     Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date of Report (Signature):   08/02/2019 | Date of Report (Signature): |
| License or Certification #.   CR1318912     State.  CO | License or Certification #: |
| Designation.   Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification:   12/31/2019 | Expiration Date of License or Certification: |
| Inspection of Subject:  ☐ Interior & Exterior  ☒ Exterior Only  ☐ None | Inspection of Subject:  ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection:   06/19/2019 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP CONDO**

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE     6/2007

Civil Action No. 1.19-cv-02443-STV
Exhibit 13

CRC 000836

190716/Solaris2AS19

## ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr 2A South | 701 W Lionshead Cir # E403 | | 141 E Meadow Dr # A1 South | | 675 Lionshead Pl # 330 | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | |
| Project | Solaris Residences | The Lion | | Solaris Residences | | Arrabelle at Vail Square | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0 80 miles W | | 0.01 miles N | | 0.69 miles W | |
| Sale Price | $ | | $ 6,250,000 | | $ 4,550,000 | | $ 3,400,000 |
| Sale Price/GLA | $ /sq.ft. | $ 2,219.46 /sq.ft. | | $ 1,770.43 /sq.ft. | | $ 1,606.81 /sq.ft. | |
| Data Source(s) | Inspection | MLS#931697;DOM 158 | | VBRMLS#V322313;DOM 2168 | | VBRMLS#931500;DOM 11 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust |
| Sales or Financing | | Cash | | Cash | | Cash | |
| Concessions | | 1 yrs HOA /Credit | -48,770 | Furnished | -25,000 | Furnished | -25,000 |
| Date of Sale/Time | | 09/04/2018 | | 06/13/2019 | | 03/30/2018 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Lionshead | | Vail Village | | Lionshead | |
| HOA Fees ($/Month) | 3,314 07 | 3,196 67 | 0 | 4,209.00 | 0 | 2,545.00 | 0 |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | Pool, Spa, Lobby | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | Athletic facilities | |
| Floor Location | 2nd/Mid Level | 4th/Mid Level | 0 | 1st/Lower Level | 0 | 3rd/Mid Level | 0 |
| View | VrGd/Mtn/Ski | VrGd/Ski | +500,000 | Good/Mtn/West | +1,625,000 | Good/Mtn/Nr Slope | +2,525,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | Very Good | +281,500 | VrGd-Excellent | | VrGd-Excellent | |
| Age | 9 yrs, 5 eff | 2 yrs, 0 eff | -283,000 | 9 yrs, 5 eff | | 11 yrs, 6 eff | +42,500 |
| Condition | Very Good | New | | Very Good | | Very Good | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | | Total | Bdrms | Baths | |
| Room Count | 6 | 3 | 3.1 | 7 | 4 | 4 1 | -35,000 | 6 | 3 | 3.1 | 0 | 5 | 2 | 3.0 | +17,500 |
| Gross Living Area | 1,986 sq.ft. | 2,816 sq.ft. | -830,000 | 2,570 sq ft. | -584,000 | 2,116 sq ft | -130,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| Net Adjustment (Total) | | ☐ + ☒ − | $ -415,270 | ☒ + ☐ − | $ 1,016,000 | ☒ + ☐ − | $ 2,430,000 |
| Adjusted Sale Price | | 6.6 | | 22.3 | | 71.5 | |
| of Comparables | | 31.7 | $ 5,834,730 | 49.1 | $ 5,566,000 | 80.6 | $ 5,830,000 |
| Summary of Sales Comparison Approach | | | | | | | |

SALES COMPARISON APPROACH

Copyright© 2007 by a la mode, inc This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited
Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
6/2007

GP CONDO

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000837

## ADDITIONAL COMPARABLE SALES

190716/Solaris2AS19

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | | COMPARABLE SALE # 8 | | COMPARABLE SALE # 9 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr 2A South | 141 E Meadow Dr # 6E West | | 141 E Meadow Dr # 7E West | | | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | | |
| Project | Solaris Residences | Solaris Residences | | Solaris Residences | | | |
| Phase | N/A | N/A | | N/A | | | |
| Proximity to Subject | | 0.04 miles NE | | 0 04 miles NE | | | |
| Sale Price | $ | $ 2,780,000 | | $ 3,750,000 | | $ | |
| Sale Price/GLA | $ /sq.ft. | $ 1,597.70 /sq.ft. | | $ 1,653.44 /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#934477;DOM 27 | | VBRMLS#934804;DOM 73 | | | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Conventional | | Listing | | | |
| Concessions | | Furnished | -25,000 | Furnished | -25,000 | | |
| Date of Sale/Time | | 04/30/2019 | | Active | -75,000 | | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | | |
| Location | Vail Village | Vail Village | | Vail Village | | | |
| HOA Fees ($/Month) | 3,314 07 | 2,850.00 | 0 | 3,304.33 | 0 | | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | | |
| Floor Location | 2nd/Mid Level | 6th/Mid Level | 0 | 7th/Mid Level | 0 | | |
| View | VrGd/Mtn/Ski | Good/Mtn | +2,275,000 | Good/Mtn | +2,275,000 | | |
| Design (Style) | Condo | Condo | | Condo | | | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | 9 yrs, 5 eff | | | |
| Condition | Very Good | Very Good | | Very Good | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6 3 3.1 | 5 2 2.1 | +35,000 | 7 3+D 3.1 | 0 | | |
| Gross Living Area | 1,986 sq.ft. | 1,740 sq.ft. | +246,000 | 2,268 sq.ft. | -282,000 | sq.ft. | |
| Basement & Finished | None | None | | None | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | | |
| Energy Efficient Items | Standard | Standard | | Standard | | | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ − $ | 2,531,000 | ☒ + ☐ − $ | 1,893,000 | ☐ + ☐ − $ | |
| Adjusted Sale Price | | 91.0 | | 50.5 | | | |
| of Comparables | | 92.8 $ | 5,311,000 | 70 9 $ | 5,643,000 | $ | |
| Summary of Sales Comparison Approach | | | | | | | |

SALES COMPARISON APPROACH

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited
Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc - 1-800-ALAMODE
6/2007

**GP CONDO**

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000838

### Supplemental Addendum                                      File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472



## ADDENDUM TO THE APPRAISAL OF:
141 E Meadow Drive, #2A South
Residences at Solaris-Vail, Unit 2A South
Vail, Colorado 81657
Eagle County, Colorado

### Purpose of the Appraisal
The purpose of this appraisal is to provide an opinion of the market value of the subject property, in an "as is" condition and a fee simple estate.

### Client and Intended Users:
This appraisal report is intended for the use by Colorado Regional Center Project Solaris, LLLP.  No other use of this appraisal is permitted.

### Intended Use:
The appraisal report is to provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP.

### Scope of Work
**Extent of the Appraisal Process**
The appraisal of the subject property includes a physical observation of the exterior of the subject property along with data on file with the Eagle County Assessor's office as of the date of this appraisal.  An examination of market factors, recent transactions, a locational analysis of the home site and neighborhood, an economic analysis of the market and other pertinent data that may have an influence on the property were reviewed.  Sales and related information utilized in this report are gathered from the local multiple listing service and public records.  They are confirmed whenever possible with the involved parties, are the best available and the most recent sales which represent various aspects of the subject's market appeal.  When conflicting information was provided the source deemed most reliable was used. All of this information is compiled and analyzed before a final opinion of value is determined.

The appraisal is in compliance with the guidelines set forth by:
Federal Financial Institutions Reform Recovery and Enforcement Act of 1989 (FIRREA)
Uniform Standards of Professional Appraisal Practices (USPAP)

**Type of Appraisal and type of Appraisal Report:**
This appraisal is an "Appraisal Report" that is presented on the General Purpose Condo form.

**Property Observation**
The appraiser completed an exterior observation of the subject property.  This observation is not the same as a home inspection and did not include a viewing of the crawl space and attic area of the home (if applicable).  It is based on the observations of an appraiser who visited the property and does not include a physical analysis of the major components of the home.  The appraiser is not a mechanical engineer, electrical engineer, environmental engineer or structural engineer.  Therefore, no warranty of the components which include, but are not limited to, the electrical, plumbing, heating, structural, and roofing are made or implied.  All the above mentioned systems are presumed to be in working condition with the opinion of value herein subject to that assumption.  Furthermore, no analysis of environmental conditions, including but not limited to, moisture, mold and radon gas has been made or implied.  It is assumed no adverse environmental conditions exist with the opinion of value herein subject to that assumption.

Page # 9 of 26

## Supplemental Addendum

File No. /

| Borrower · · Not Applicable · | | | | |
|---|---|---|---|---|
| Property Address  141 E Meadow Dr | | | | |
| City  Vail | County  Eagle | State  CO | Zip Code  81657 |
| Lender/Client · | | | | |

**Gramm-Leach-Bliley Act of 1999**
In compliance with the Gramm-Leach Bliley Act, the appraiser does not disclose any non-public personal information that is not specifically permitted by law.

**Competency**
The appraiser has the competency and appropriate knowledge, training, and experience to complete this assignment.

**Extraordinary Assumptions or Hypothetical Conditions:**
No hypothetical condition was utilized in the report. An extraordinary assumption was made in this report. No interior inspection was made for this report. An interior inspection was made on October 3, 2017. An extraordinary assumption about the condition of the subject property was made. This extraordinary assumption may have an effect on the opinion of value assigned in this report. The interior photos of the subject property in the report were from the October 3, 2017 inspection.

**Prohibited Influences**
The appraisal assignment was not based upon a requested minimum valuation, specific valuation, or approval of a loan. Employment and compensation are not contingent upon the reporting of a predetermined value, a direction of the value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event.

**Definition of Market Value**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1) Buyer and seller are typically motivated;
2) Both parties are well informed or well advised, and each acting in what they consider their own best interests;
3) A reasonable time is allowed for exposure in the open market;
4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto;
5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
(Per Uniform Standards of Professional Appraisal Practice 2018-2019 USPAP Pg 153).

## Area and Neighborhood Comments

The subject property is located in the Vail Village portion of the town of Vail. Vail is located about 100 miles west of Denver along Interstate 70, in a narrow mountain valley situated against the west side of the Gore mountain range.

The first development corresponded with the opening of the Vail ski area in 1962. This is when completion of the first lifts and support facilities were built on what were previously ranch lands. Development in the region has steadily expanded over the years to the east and west. This has created an area of development thirty miles long that contains three ski areas, numerous golf courses, and extensive commercial and residential development. These factors have transformed the area into a four season resort, which has allowed for national and international appeal.

Vail Village is modeled after European villages with a large pedestrian core that contains extensive dining, entertainment and shopping facilities. Uses within the village consist predominately of resort commercial and condominiums, most dating to the 60's and 70's. Since the area is built-out many properties are undergoing extensive renovations with demolition and rebuilding occurring in some instances. Vail Village properties typically exhibited high values and good marketability to second and third home recreational buyers attracted to Vail's renowned recreation amenities. Appeal is enhanced by good views of the Gore Mountain Range and Gore Creek which runs through the village.

CRC 000840

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |

Also present at the eastern edge of the Vail Village area is the Gold Peak base area. This base area which recently underwent an extensive renovation consists of two chair lifts and two commercial buildings. These buildings house lift ticket offices, ski school facilities, ski rental shops, restaurants, parking facilities and a base lodge.

## Market Trends/Conditions

During 2000 to 2001 sales declined and inventory increased causing a stabilization of values. From 2001 to mid-2006 rapid appreciation occurred. Then in 2008 values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

## Subject Project Comments

**Location:** The project site is located south of the South Frontage Road on East Meadow Drive at its intersection with Willow Bridge Road. This location is within the central core of Vail Village enhancing its overall appeal. It should be noted that the subject project represents the upper end of quality within the central village. This project is considered a "Condotel" as it has many of the amenities of a luxury hotel including the ability to have nightly rentals through the front desk.

**Year of construction:** Construction of the subject project began in 2007 with completion in 2010. This was after the demolition of the Crossroads Mall which previously occupied the site.

**Association Fees:** Currently the association fees for the subject unit are $3,314.07 per month. It should be noted that presently there are no special assessments.

**Project Size/Configuration:** The project consists of 79 residential condominium units within approximately 202,000 square feet. There also is 70,000 square feet of commercial space that is comprised of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink, a bank and numerous other retail shops. Also present are 307 parking spaces within an underground parking garage.

**Project amenities:** Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**Parking facilities:** There are a total of 307 parking spaces in the project's garage of which 112 are designated for the residential condominium units.

**Views:** The subject project has average to excellent views of the surrounding mountains and the ski slopes depending on the location within the project. Units on the north side of the building do not have ski slope views while southern facing units have good to excellent ski slope and mountain views.

**Surrounding uses:** Neighboring properties consist of a mix of improved multi-family, hotel and commercial projects.

**Topography:** Level to sloping

**Adverse conditions/easements:** No unusual or adverse conditions or easements were visually apparent or known by the appraiser.

**Vegetation:** The landscaping consists of grass, trees, shrubs and flowers.

## Subject Unit

**Structure/condition:** The subject property is a residential condominium dwelling that contains three bedrooms and three and one half baths within 1,986 square feet of living space on one level. Also present is an undetermined amount of decking and a parking space in the project's parking garage. The dwelling's floor plan exhibits good traffic flow and space utilization. Condition was observed to be very good due to attentive care along with short term rental use. No functional or external losses were noted. No interior inspection was made for this report. An interior inspection was made on October 3, 2017. An extraordinary assumption about the condition of the subject property was made. This extraordinary

CRC 000841

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | |

assumption may have an effect on the opinion of value assigned in this report. The interior photos are from the October 3, 2017 inspection.

**Quality of construction:** Quality of construction was rated as very good to excellent with a very high level of materials and workmanship being noted.

**Views:** The subject unit has good ski slope and mountain views from its position on the southern aspect of the building. The sonic and visual impacts from the nearby interstate are minimized due to its southern orientation.

## Ownership and Sales History
**Present owner per public records:** Solaris Property Owner I LLC.

**Acquisition date:** None per Eagle County records.

**Recent activity:** No sale of the subject is evident per Eagle County records.

## Highest and Best Use
Highest and best use may be defined as:

*"The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value."*

The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was rebuilt and completed in 2010.

## Approaches to Value
There are three approaches to arriving at an opinion of value in the appraisal process. These are the Cost Approach, the Sales Comparison Approach and the Income Capitalization Approach. They are described as follows:

The *Cost Approach* is based on the presumption that the value of a property is indicated by the current cost of the vacant building site plus the cost to construct a similar property, less depreciation. These forms of depreciation consist of physical deterioration, functional obsolescence and external obsolescence.

The *Sales Comparison* approach is the process of comparing the subject property to sales of similar competing properties. Adjustments are made for differences in size, location and other market recognized differences.

The *Income Capitalization* approach is based on the measurement of the present value of future benefits. This is arrived at through a process of capitalizing economic or contract rent into an indication of value using market derived rents and market derived capitalization rates.

The appraiser has made a reasonable effort to employ each of the three approaches to value. In this valuation the Sales Comparison Approach was primarily relied upon in forming the final opinion of value. Although the resort nature of the subject marketplace has many examples of units utilized for long and short term rental purposes, the income often does not offset the cost of ownership. Therefore, the income associated with rental use has little bearing on prices paid for properties in the subject marketplace. Rental income is often secondary or inconsequential among purchaser's criteria with data for market rents and multipliers being diverse and inconsistent. As a result, while considered, the Income Approach was not utilized in this report. The cost approach has no meaningful basis for application in the valuation of individual multi-family interests in the local marketplace, and is omitted from discussion.

## Sales Comparison Approach

## Supplemental Addendum

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | |

Although the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties which represent various aspects of the subject's market appeal.

**Comparable 1** is a sale of a larger unit with a less marketable location from within the subject project. It enjoys direct ski slope views from its location on the southern aspect of the building but the east and western views look onto electrical boxes on the adjacent roof. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with an effective age of three years due to attentive care along with limited second home use and no short term rental use. Additional adjustments were required for bath count, furnishings that were included in the sale and a $500 credit the seller gave the buyer for repairs. This sale provides excellent overall similarity to the subject and is from the subject project.

**Comparable 2** is a recent sale of a much larger unit with similar views from the competing Manor Vail project. The unit has direct ski slope views along with creek and Gore Range views but is within the less marketable outer core of Vail Village. The unit has a more marketable top level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with an effective age of 5 years due to attentive care along with limited second home use. Additional adjustments were required for bath count and a $40,000 credit the seller gave the buyer for repairs. This recent sale is divergent in terms of gross living area but provides good similarity in all other aspects. This sale was included to bracket the subject's view.

**Comparable 3** is a very recent sale of a larger unit from the competing Four Seasons Resort. This unit has less marketable limited ski slope views from its location on the southern aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and garage count. This very recent sale provides good overall similarity to the subject.

**Comparable 4** is a sale of a larger unit from the competing Lion project. The unit enjoys ski slope views but is in the less marketable Lionshead portion of Vail. Quality of construction was rated as very good which was adjusted at a rate of $100 per square foot. Condition was reported to be new as the property had never been lived in prior to its sale. Additional adjustments were required for bath count and a $48,770 HOA credit the seller gave the buyer at closing. This sale is divergent in terms of gross living area but provides good similarity to the subject in all other aspects.

**Comparable 5** is a very recent sale of a larger unit with less marketable views from within the subject project. It lacks ski slope views and looks directly into the adjacent building to the west. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. An additional adjustment was required for furnishings that were included in the sale. This sale is divergent in terms of view but provides good similarity in all other aspects and is the most recent project sale.

**Comparable 6** is a dated sale of a slightly larger unit from the competing Arrabelle at Vail Square project. The unit enjoys a location near the base of the Lionshead gondola and chair lift but lacks ski slope views and is within the less marketable Lionshead portion of Vail. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 6 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is divergent in terms of view but provides good similarity in all other aspects.

**Comparable 7** is a very recent sale of a smaller unit with less marketable views from the subject project. This unit has a less marketable location on the northern aspect of the building. It lacks ski slope views and has greater impact from the interstate. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with an effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This very recent sale from the project is divergent in terms of view but provides good similarity in all other aspects. It is the second most recent project sale.

CRC 000843

## Supplemental Addendum

File No

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County  Eagle | State  CO | Zip Code  81657 |
| Lender/Client | | | | | |

**Comparable 8** is a listing of a larger unit from within the subject project. The unit has less marketable views from its location on the northern aspect of the building. It lacks ski slope views and has greater impact from the interstate. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for furnishings that are to be included in the sale and a list to sales price adjustment. The list to sales price ratio adjustment utilized in the report is based on the median sale price as a percent of list price from the analysis that was completed to determine the current market conditions.

**Due to the lack of recent sales of similar properties from within the Vail Village portion of town it was necessary to utilize sales from the competing Lionshead portion of town. Due to the lack of similar three bedroom units it was necessary to utilize sales of two, three, four and five bedroom units.**

## Comments on Adjustments to Sales

Please note the following criteria utilized for the adjustments in the sales comparison approach:

**Market Conditions adjustment:** All condominium sales that sold for more than $2,000,000 within the Vail Village and Lionshead markets were analyzed. The current twelve month period indicates a median sales price of $3,412,500 based on 38 sales ranging from $2,000,000 to $10,500,000. The prior twelve month period indicates a median sales price of $3,400,000 based on 45 sales ranging from $2,075,000 to $14,000,000. This indicates a slight increase of 0.35% over the twelve month period or a relatively stable market. Therefore no market condition adjustments were made in this report.

**View and floor location adjustments:** Derived from sales of properties with varying appeal and locational characteristics, based on matched pair analysis.

**Quality adjustments:** Based on estimated cost differences, together with cost to cure approximations, when appropriate. Secondary support is provided via conversations with involved parties regarding the effect of differing quality on purchase prices.

**Age and condition characteristics:** These are combined into one adjustment with consideration given to each property's actual and effective ages. Typical condition adjustments for properties in average condition are estimated at about 1.5% per year, reflecting a total estimated life of about 65 years in a straight line age/life analysis. Properties differing in their effective ages are assigned greater or lesser amounts of adjustment based on their relative condition, together with consideration of cost-to-cure estimation, if appropriate. Therefore, an estimated per square foot cost to build is multiplied by the square footage of the comparable to arrive at an estimated cost to build. This figure is then multiplied by the difference in the effective age (difference between the subject's effective age and the comparables effective age) then multiplied by the aforementioned 1.5% to arrive at the age/condition adjustment.

**Room count:** $35,000 per bathroom, based on matched pair analysis. No bedroom count adjustments were evident in the available market data.

**Gross living area:** Differences in gross living area are adjusted at about $1,000 per square foot in this report, which is indicative of the sensitivity to size that this marketplace is presently tending to exhibit.

**Homeowners Association Fees:** HOA fees are often based on the size of the unit along with the level and quality of the project's amenities. Sometimes these fees include heat for not only the common area but each individual unit. As a result these fees can vary between units within the same project along with units from competing projects, making an adjustment for these items very difficult to extract from the available data. The more amenities and/or the higher quality of amenities results in higher fees. An analysis of the market data did not readily display an adjustment for the difference between HOA fees of each comparable, therefore no adjustments were made.

**The appraiser recognizes that some of these comparables have larger than typical individual, net and/or gross adjustments. It should be pointed out that variations like this are a common occurrence in this marketplace. Differences in gross living area, quality, conditions, location, etc.**

CRC 000844

## Supplemental Addendum

File No

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

often vary substantially from property to property while at the same time maintaining a level of common appeal. Even with these adjustments the sales cited are considered to be similar in appeal, adequately reliable, the best available indicators of subject value.

### Estimate of Reasonable Exposure Time
A reasonable Exposure Time may be defined as "the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal" Implicit in this definition are the following characteristics:

The property will be actively exposed and aggressively marketed to potential purchasers. This marketing is to be directed through marketing channels commonly used by buyers and sellers of similar type properties.

The property will be offered at a price reflecting the most probable markup over market value used by sellers of similar type properties.

A sale will consummate under terms and conditions of the definition of market value.

An examination of recent sales activity within the subject marketplace reflects a wide range of typical exposure times. Purchase mortgage funds are readily available for properties within the subject area, and a significant number of sales close under all cash terms. An exposure time estimate for the subject property of twelve to twenty four months is considered realistic in the present market.

### Final Value Indication
Although the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties. The adjusted data provides adequate similarity to the subject property and a range of indications from $5,311,000 to $5,931,500. Comparable one is the most similar to the subject property. Comparable five is the most recent sale. Therefore, with support from the other comparables, a value of $5,725,000 is selected and considered reasonable and supportable in the current marketplace. No interior inspection was made for this report. An extraordinary assumption about the condition of the subject property was made. This extraordinary assumption may have an effect on the opinion of value assigned in this report.

### Furnishings and other Personal Property
The subject property is appraised unfurnished with no contribution given to any furnishings, personal property, or intangible items that are not real property. Fixtures, such as built-in appliances, window coverings, wall and floor coverings, electrical fixtures and plumbing fixtures are typically considered as real property in the valuation of residential property, and are included in the value assigned herein.

## Subject Photo Page

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |



**Subject Front**

141 E Meadow Dr
Sales Price
Gross Living Area        1,986
Total Rooms              6
Total Bedrooms           3
Total Bathrooms          3.1
Location                 Vail Village
View                     VrGd/Mtn/Ski
Site                     Typical/Condo
Quality                  VrGd-Excellent
Age                      9 yrs, 5 eff



**Subject Rear**



**Subject Street**

Form PIC3x5.SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000846

# Photograph Addendum

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |


**Main living area**


**Dining**


**Kitchen**


**Bedroom**


**Bedroom**


**Bedroom**


**Bath**


**Bath**


**Bath**


**Bath**


**View**


**View**


**View**

CRC 000847

## Comparable Photo Page

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | County | Eagle | | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |



### Comparable 1

| | |
|---|---|
| | 141 E Meadow Dr # 4B East |
| Prox. to Subject | 0 05 miles E |
| Sale Price | 5,950,000 |
| Gross Living Area | 2,530 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4.0 |
| Location | Vail Village |
| View | VrGd/Mtn/Ski |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 8 yrs, 3 eff |



### Comparable 2

| | |
|---|---|
| | 595 Vail Valley Dr# 324 |
| Prox. to Subject | 0.48 miles SE |
| Sale Price | 7,500,000 |
| Gross Living Area | 3,427 |
| Total Rooms | 8 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.0 |
| Location | Vail Village |
| View | VrGd/Mtn/Ski/Crk |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 11 yrs, 5 eff |



### Comparable 3

| | |
|---|---|
| | 1 Vail Rd # 9201 |
| Prox. to Subject | 0.17 miles W |
| Sale Price | 6,200,000 |
| Gross Living Area | 2,926 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | Vail Village |
| View | Gd/Mtn/Sm Ski |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000848

# Comparable Photo Page

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County | Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



## Comparable 4

| | |
|---|---|
| 701 W Lionshead Cir # E403 | |
| Prox. to Subject | 0.80 miles W |
| Sale Price | 6,250,000 |
| Gross Living Area | 2,816 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4.1 |
| Location | Lionshead |
| View | VrGd/Ski |
| Site | Typical/Condo |
| Quality | Very Good |
| Age | 2 yrs, 0 eff |



## Comparable 5

| | |
|---|---|
| 141 E Meadow Dr # A1 South | |
| Prox. to Subject | 0.01 miles N |
| Sale Price | 4,550,000 |
| Gross Living Area | 2,570 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.1 |
| Location | Vail Village |
| View | Good/Mtn/West |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



## Comparable 6

| | |
|---|---|
| 675 Lionshead Pl # 330 | |
| Prox. to Subject | 0.69 miles W |
| Sale Price | 3,400,000 |
| Gross Living Area | 2,116 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3 0 |
| Location | Lionshead |
| View | Good/Mtn/Nr Slope |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 11 yrs, 6 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000849

## Comparable Photo Page

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



### Comparable 7

141 E Meadow Dr # 6E West
| | |
|---|---|
| Prox. to Subject | 0.04 miles NE |
| Sale Price | 2,780,000 |
| Gross Living Area | 1,740 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 8

141 E Meadow Dr # 7E West
| | |
|---|---|
| Prox. to Subject | 0.04 miles NE |
| Sale Price | 3,750,000 |
| Gross Living Area | 2,268 |
| Total Rooms | 7 |
| Total Bedrooms | 3+D |
| Total Bathrooms | 3.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |

### Comparable 9

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

Form PICPIX.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000850

**Building Sketch (Page - 1)**

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000851

## Building Sketch (Page - 2)

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | | | |

TOTAL Sketch by a la mode, inc

**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1985.59 Sq ft | 41 × 39.8 = | 1631.8 |
| | | 3.9 × 3.7 = | 14.43 |
| | | 18.4 × 17 = | 312.8 |
| | | 2.2 × 9.8 = | 21.56 |
| | | 1 × 5 = | 5 |
| **Total Living Area (Rounded):** | **1986 Sq ft** | | |

CRC 000852

## Location Map

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | | |



CRC 000853

190716/Solaris2AS19

# Assumptions, Limiting Conditions & Scope of Work

File No.:

| Property Address: | 141 E Meadow Dr | City: Vail | State: CO | Zip Code: 81657 |
|---|---|---|---|---|
| Client: | Colorado Regional Center Project Solans, LLLP | Address: 1644 Platte St , Suite 417, Denver, CO 80202 | | |
| Appraiser: | Angelo Lona | Address: PO Box 4175, Avon, CO 81620-4175 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.
- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.
- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.
- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.
- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.
- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.
- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.
- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.
- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.
- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.
- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.
- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

Copyright © 2007 by a la mode, inc  This form may be reproduced unmodified without written permission, however, a la mode, inc  must be acknowledged and credited
Form GPRES2AD – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE                     3/2007
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000854

Page # 24 of 26
190716/Solaris2AS19

# Certifications

File No.:

| Property Address: | 141 E Meadow Dr | | City: Vail | State: CO | Zip Code: 81657 |
|---|---|---|---|---|---|
| Client: | Colorado Regional Center Project Solaris, LLLP | Address: | 1644 Platte St., Suite 417, Denver, CO 80202 | | |
| Appraiser: | Angelo Loria | Address: | PO Box 4175, Avon, CO 81620-4175 | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by
the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report
within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction
in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event
directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional
Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion,
sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present
owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

**DEFINITION OF MARKET VALUE *:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite
to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.
Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions
whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions
granted by anyone associated with the sale
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions
Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System
(FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS),
and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS,
FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: Rob Glucksman | Client Name Colorado Regional Center Project Solaris, LLLP |
|---|---|
| E-Mail: rglucksman@coloradoregionalcenter.com | Address: 1644 Platte St., Suite 417, Denver, CO 80202 |

**SIGNATURES**

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Angelo Loria | Supervisory or Co-Appraiser Name |
| Company: Angelos Appraisal Inc | Company: |
| Phone: (970) 845-5056   Fax: (970) 845-9472 | Phone:   Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date Report Signed: 08/02/2019 | Date Report Signed: |
| License or Certification #: CR1318912   State: CO | License or Certification #:   State: |
| Designation: Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 12/31/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☐ Interior & Exterior ☒ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 06/19/2019 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

**GP RESIDENTIAL**

Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000855

## USPAP ADDENDUM

190716/Solaris2AS19
File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender | | | | | |

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report          This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report     This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**
My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:      12 to 24 months

**Additional Certifications**
- I certify that, to the best of my knowledge and belief:

☐ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☒ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).
- Prior appraisals of this unit were completed by the appraiser on 7/13/16, 2/27/17, 10/3/17, 4/4/18 and 11/06/18.

**Additional Comments**
No undue influence was placed on the appraiser during the development of this report.
No interior inspection was made for this report. An interior inspection was made on October 3, 2017. An extraordinary assumption about the condition of the subject property was made. This extraordinary assumption may have an effect on the opinion of value assigned in this report.
The interior photos provided in the report are from the October 3, 2017 inspection.

**APPRAISER:**

Signature:
Name: Angelo Loria
Date Signed: 08/02/2019
State Certification #: CR1318912
or State License #:
State: CO
Expiration Date of Certification or License: 12/31/2019
Effective Date of Appraisal: 06/19/2019

**SUPERVISORY APPRAISER: (only if required)**

Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:
Supervisory Appraiser Inspection of Subject Property
☐ Did Not   ☐ Exterior-only from Street   ☐ Interior and Exterior

CRC 000856

# Appraisers License



State of Colorado
Department of Regulatory Agencies
Division of Real Estate

Board of Real Estate Appraisers

Angelo Joseph Loria
Certified Residential Appraiser

License #: CR.001318912
Status: Active
Expires: 12/31/2019

*Marcia Waters*
Director: Marcia Waters

Angelo Joseph Loria
Po Box 4175
Avon, CO 81620

For the most up to date information regarding this credential, visit http://dora.colorado.gov/dre

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000857



**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472

Re: Property:   141 E Meadow Dr
                Vail, CO 81657
Borrower:       Not Applicable
File No.:        19801/Solaris4DE19

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you

Sincerely,

Angelo Luria

Angelo's Appraisals (970) 845-5056

Page # 2 of 26

19801/Solaris4DE19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No. _____

## SUBJECT

| | | | | |
|---|---|---|---|---|
| Property Address: 141 E Meadow Dr | | Unit # 4D East | City: Vail | State: CO |
| Zip Code: 81657 | County: Eagle | | Legal Description: Residences at Solaris-Vail Unit 4D East | |
| | | | Assessor's Parcel #: 2101-082-94-021 | |

Tax Year: 2018    R.E. Taxes: $ 59,452.08    Special Assessments: $ 0    Borrower (if applicable):    Not Applicable

Current Owner of Record:  Solaris Property Owner I LLC    Occupant:  ☐ Owner  ☒ Tenant (Market Rent)  ☐ Tenant (Regulated Rent)  ☐ Vacant

Project Type.  ☒ Condominium  ☐ Other (describe) _____    HOA: $ 4,606.55  ☐ per year  ☒ per month

Market Area Name: Vail Village    Map Reference: 20780    Census Tract:  0007 02

Project Name:  Solaris Residences    Phase. N/A

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of:  ☒ Market Value (as defined), or  ☐ other type of value (describe) _____

This report reflects the following value (if not Current, see comments).  ☒ Current (the Inspection Date is the Effective Date)  ☐ Retrospective  ☐ Prospective

Approaches developed for this appraisal:  ☒ Sales Comparison Approach  ☐ Cost Approach  ☐ Income Approach  (See Reconciliation Comments and Scope of Work)

Property Rights Appraised  ☒ Fee Simple  ☐ Leasehold  ☐ Leased Fee  ☐ Other (describe) _____

Intended Use:  To provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP

Intended User(s) (by name or type):  Colorado Regional Center Project Solaris, LLLP

Client:  Colorado Regional Center Project Solaris, LLLP    Address:  1644 Platte St., Suite 417, Denver, CO 80202

Appraiser:  Angelo Loria    Address:  PO Box 4175, Avon, CO 81620-4175

## MARKET AREA DESCRIPTION

| Location. | Predominant Occupancy | Condominium Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|
| ☐ Urban  ☒ Suburban  ☐ Rural | | PRICE  AGE | | One-Unit  5 % | ☒ Not Likely |
| Built up:  ☒ Over 75%  ☐ 25-75%  ☐ Under 25% | ☒ Owner | $(000)  (yrs) | | 2-4 Unit  1 % | ☐ Likely *  ☐ In Process * |
| Growth rate:  ☐ Rapid  ☒ Stable  ☐ Slow | ☐ Tenant | 640  Low  2 | | Multi-Unit  54 % | * To: |
| Property values:  ☐ Increasing  ☒ Stable  ☐ Declining | ☐ Vacant (0-5%) | 15,000  High  60 | | Comm'l  40 % | |
| Demand/supply.  ☐ Shortage  ☐ In Balance  ☒ Over Supply | ☒ Vacant (>5%) | 2,000  Pred  30 | | %  | |
| Marketing time.  ☐ Under 3 Mos.  ☐ 3-6 Mos.  ☒ Over 6 Mos. | | | | | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends):    The Vail Village area is bound by the
Vail Golf Course on the east, Lionshead on the west, Interstate 70 on the north and Vail Ski Resort and slopes on the south.  The immediate
Vail Village area is built-out with extensive renovations and rebuilding after demolition.  The area enjoys good marketability due to its
excellent views and proximity to the main Vail base area and the Gold Peak base area.  During 2000 to 2001 values declined causing a
stabilization of values  From 2001 to mid 2006 rapid appreciation occurred  Then the subject marketplace slowed and the values stabilized
until late 2008 when the marketplace began to decline.  In 2010-2011 the market entered a period of recovery with appreciation beginning in
2013  Recently this portion of the market appears to have stabilized.

## PROJECT SITE DESCRIPTION

Zoning Classification    Special Development District    Description  Public Accommodation

Zoning Compliance  ☒ Legal  ☐ Legal nonconforming (grandfathered)  ☐ Illegal  ☐ No zoning

Ground Rent (if applicable)  $  N/A  /  _____    Comments:    Not applicable

Highest & Best Use as improved (or as proposed per plans & specifications):  ☒ Present use, or  ☐ Other use (explain) _____

Actual Use as of Effective Date.    Residential Condominium    Use as appraised in this report:    Residential Condominium

Summary of Highest & Best Use.    The subject is a legally permissible use based on its current zoning  Additionally, the site size shape and density indicate good utilization
of the improvements and is typical of surrounding properties.  Based on the current market conditions the existing project is financially feasible and maximally productive
Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was rebuilt and completed in 2010.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Density | Average |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Unknown | Street | Asphalt | ☒ | ☐ | Size | Typical/Condo |
| Gas | ☒ | ☐ | Unknown | Curb/Gutter | Concrete | ☒ | ☐ | Topography | Level to sloping |
| Water | ☒ | ☐ | Unknown | Sidewalk | Concrete | ☒ | ☐ | View | VrGd/Mtn/Ski |
| Sanitary Sewer | ☒ | ☐ | Unknown | Street Lights | Electric | ☒ | ☐ | | |
| Storm Sewer | ☒ | ☐ | Unknown | Alley | None | ☐ | ☐ | | |

Other site elements:  ☐ Inside Lot  ☐ Corner Lot  ☐ Cul de Sac  ☐ Underground Utilities  ☐ Other (describe) _____

FEMA Spec'l Flood Hazard Area  ☐ Yes  ☒ No  FEMA Flood Zone  X    FEMA Map #  08037C0469D    FEMA Map Date  12/4/2007

Site Comments:    No adverse site conditions were evident at the time of observation.

## PROJECT INFORMATION

Data source(s) for project information    Management/MLS

Project Description  ☐ Detached  ☐ Row or Townhouse  ☐ Garden  ☐ Mid-Rise  ☒ High-Rise  ☐ Other (describe)

| General Description of Project | | Subject Phase | # | If Project Completed | # | If Project Incomplete | # |
|---|---|---|---|---|---|---|---|
| # of Stories | 9 | Exterior Walls  Frame/Rock | Units  79 | Phases  1 | Planned Phases | |
| # of Elevators | 9 | Roof Surface  Zinc | Units Completed  79 | Units  79 | Planned Units | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Total # Parking  112 | Units For Sale  21 | Units for Sale  21 | Units for Sale | |
| Design (Style)  Condo | | Ratio (spaces/unit)  1.4:1 | Units Sold  37 | Units Sold  37 | Units Sold | |
| Actual Age (Yrs.)  9 | | Parking Type(s)  Prk Garage | Units Rented  Unkn | Units Rented  Unkn | Units Rented | |
| Effective Age (Yrs.)  5 | | Guest Parking  Avg | Owner Occup. Units  Unkn | Owner Occup. Units  Unkn | Owner Occup. Units | |

Project Primary Occupancy  ☐ Principal Residence  ☒ Second Home or Recreational  ☐ Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☒ No

Management Group  ☐ Homeowners' Association  ☐ Developer  ☒ Management Agent (name of management agent or company).    Jeff Fruin (970)
790-6406 or jfruin@solarisresidences.com

Was the project created by the conversion of existing building(s) into a condominium?  ☐ Yes  ☒ No    If Yes, describe the original use and date of conversion.

Are CC&Rs applicable?  ☒ Yes  ☐ No  ☐ Unknown    Have the documents been reviewed?  ☐ Yes  ☒ No    Comments:    These documents were not
reviewed for this appraisal

Project Comments (condition, quality of construction, completion status, etc.):    Thirty five percent of the project consists of commercial space  This
commercial space consists of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink/putting green, a bank and
numerous other retail shops

Common Elements and Recreational Facilities.    Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities,
fitness center, landscaped common areas and parking garage.

**GP CONDO**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc  must be acknowledged and credited.

Form GPCONDO – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE    6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000859

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

Page # 3 of 26
19801/Solaris4DE19

File No.:

## PROJECT ANALYSIS

Summary of condominium project budget analysis for the current year (if analyzed): The condominium budget was not reviewed for this appraisal

Other fees for the use of the project facilities (other than regular HOA charges): The appraiser is unaware of any additional fees for the use of the project facilities.

Compared to other competitive projects of similar quality and design, the subject unit charge appears  ☐ High  ☒ Average  ☐ Low  (If High or Low, describe)

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser? ☐ Yes ☒ No  If Yes, describe and explain the effect on value and marketability. No condominium documents or HOA meeting minutes were reviewed for this appraisal. The appraiser is unaware of any special or unusual characteristics of the project.

## DESCRIPTION OF THE UNIT IMPROVEMENTS

Unit Charge: $ 4,606 55  per month X 12 = $ 55,278.60  per year.   Annual assessment charge per year per SF of GLA = $ 19.53

Utilities included in the Unit Charge  ☐ None ☒ Heat ☒ Air Conditioning ☒ Electricity ☒ Gas ☒ Water ☒ Sewer ☒ Cable ☐ Other

Source(s) used for physical characteristics of property: ☐ New Inspection ☒ Previous Appraisal Files ☐ MLS ☐ Assessment and Tax Records ☒ Prior Inspection ☐ Property Owner ☐ Other (describe)   Data Source for Gross Living Area  Interior dimensions from prior inspection

| General Description | Exterior Description | Foundation | Basement | Heating |
|---|---|---|---|---|
| Floor Location 4th/Mid Level | Foundation Concrete | Slab ☒ N/A | Area Sq. Ft. ☒ N/A | Type In-floor radiant |
| # of Levels 1 | Exterior Walls Frame/Rock | Crawl Space | % Finished | Fuel NG |
| Design (Style) Condo | Roof Surface Zinc | Basement | Ceiling | |
| ☒ Existing ☐ Proposed | Gutters & Dwnspts. Yes | Sump Pump ☐ | Walls | Cooling |
| ☐ Under Construction | Window Type Wood-Alum clad | Dampness ☐ | Floor | Central Yes |
| Actual Age (Yrs.) 9 | Storm/Screens No/Yes | Settlement | Outside Entry | Other |
| Effective Age (Yrs.) 5 | | Infestation | | |

| Interior Description | Appliances | Attic ☒ N/A | Amenities | Car Storage ☐ None |
|---|---|---|---|---|
| Floors Wood-Stone-Carpet | Refrigerator ☒ | Stairs ☐ | Fireplace(s) # 1  Woodstove(s) # 0 | ☒ Garage # 1 |
| Walls Plaster | Range/Oven ☒ | Drop Stair ☐ | Patio None | ☐ Covered # 0 |
| Trim/Finish Cherry/Stained | Disposal ☒ | Scuttle ☐ | Deck Yes | ☐ Open # 0 |
| Bath Floor Stone-Ceramic | Dishwasher ☒ | Doorway ☐ | Porch None | Total # of cars 1 |
| Bath Wainscot Stone-Ceramic | Fan/Hood ☒ | Floor ☐ | Fence None | ☐ Assigned |
| Doors Solid Cherry Stained | Microwave ☒ | Heated ☐ | Pool None | ☒ Owned |
| | Washer/Dryer ☒ | Finished ☐ | Balcony None | Space #(s) Unassigned |

Finished area above grade contains  8 Rooms  4+D Bedrooms  5.0 Bath(s)  2,831 Square Feet of Gross Living Area Above Grade

Are the heating and cooling for the individual units separately metered? ☐ Yes ☒ No (If No, describe) This is typical of many large projects within the Vail marketplace.

Additional features: See attached addendum.

Describe the condition of the property (including physical, functional and external obsolescence): No interior inspection was made for this report. An interior inspection was made on October 3, 2017. An extraordinary assumption about the condition of the subject property was made. This extraordinary assumption may have an effect on the opinion of value assigned in this report. The interior photos are from the October 3, 2017 inspection.

## TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): Eagle County records.

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: No prior sale is evident per Eagle County records. |
|---|---|
| Date: | |
| Price: | |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

**GP CONDO**

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000860

Page # 4 of 26

19801/Solaris4DE19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT.

File No.:

## SALES COMPARISON APPROACH TO VALUE (if developed)     ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr #4D East | 595 Vail Valley Dr# 324 | | 1 Vail Rd # 9201 | | 141 E Meadow Dr # 4B East | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | |
| Project | Solaris Residences | Manor Vail | | Four Seasons Resort Vail | | Solaris Residences | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0.49 miles SE | | 0.16 miles W | | 0.04 miles E | |
| Sale Price | $ | | $ 7,500,000 | | $ 6,200,000 | | $ 5,950,000 |
| Sale Price/GLA | $ /sq.ft. | $ 2,188.50 /sq.ft. | | $ 2,118.93 /sq.ft. | | $ 2,351.78 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#928299;DOM 719 | | VBRMLS#932941;DOM 231 | | VBRMLS#927731;DOM 525 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Conventional | | Cash | 0 | Cash | |
| Concessions | | Credit repairs | -40,000 | None | | Furnished/Credit | -25,500 |
| Date of Sale/Time | | 01/28/2019 | | 04/29/2019 | | 03/23/2018 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Vail Village | | Vail Village | | Vail Village | |
| HOA Fees ($/Month) | 4,606.55 | 3,024.00 | 0 | 6,312.67 | 0 | 3,783.33 | 0 |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | Pool, Spa, Lobby | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | Athletic facilities | |
| Floor Location | 4th/Mid Level | 3rd/Top Level | -35,000 | 9th/Mid Level | 0 | 4th/Mid Level | 0 |
| View | VrGd/Mtn/Ski | VrGd/Mtn/Ski/Crk | 0 | Gd/Mtn/Sm Ski | +500,000 | VrGd/Mtn/Ski | +275,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | VrGd-Excellent | |
| Age | 9 yrs, 5 eff | 11 yrs, 5 eff | | 9 yrs, 5 eff | | 8 yrs, 3 eff | -101,500 |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths |
| Room Count | 8 | 4+D | 5.0 | 8 | 5 | 5.0 | 0 | 6 | 3 | 3 0 | +70,000 | 7 | 4 | 4.0 | +35,000 |
| Gross Living Area | 2,831 sq.ft. | 3,427 sq.ft. | -596,000 | 2,926 sq.ft. | -95,000 | 2,530 sq.ft. | +301,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 2 prking garage | -50,000 | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ +  ☒ −  $ | -671,000 | ☒ +  ☐ −  $ | 425,000 | ☒ +  ☐ −  $ | 484,000 |
| Adjusted Sale Price | | Net 8.9 % | | Net 6.9 % | | Net 8.1 % | |
| of Comparables | | Gross 8.9 % $ | 6,829,000 | Gross 11.5 % $ | 6,625,000 | Gross 12.4 % $ | 6,434,000 |

Summary of Sales Comparison Approach   All comparable data is obtained from Eagle County Clerk and Assessor, the local Multiple Listing service and/or involved parties.  See attached addendum for comments on the sales comparison approach.

Indicated Value by Sales Comparison Approach $   6,625,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited

GP CONDO

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

6/2007

CRC 000861

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

19801/Solaris4DE19

## INCOME APPROACH TO VALUE (if developed)   ☒ The Income Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 141 E Meadow Dr #4D East Vail, CO 81657 | | | |
| Project | Solaris Residences | | | |
| Phase | N/A | | | |
| Proximity to Subject | | | | |
| Current Monthly Rent | $ | $ | $ | $ |
| Rent/GLA | $      /sq.ft. | $      /sq.ft. | $      /sq.ft. | $      /sq.ft. |
| Rent Control | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Data Source(s) | | | | |
| Date of Lease(s) | | | | |
| Location | Vail Village | | | |
| View | | | | |
| Age | 9 yrs, 5 eff | | | |
| Condition | Very Good | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | Total Bdrms Baths | Total Bdrms Baths |
| Room Count | 8   4+D   5.0 | | | |
| Gross Living Area | 2,831 sq.ft. | sq.ft. | sq.ft. | sq ft |
| Utilities Included | | | | |

Summary of Income Approach (including support for market rent and GRM)

Opinion of Monthly Market Rent $   N/A   X Gross Rent Multiplier   0.00   = $     Indicated Value by Income Approach

## COST APPROACH TO VALUE (if developed)   ☒ The Cost Approach was not developed for this appraisal.
Summary of Cost Approach.

Indicated Value by: Sales Comparison Approach $ 6,625,000   Cost Approach (if developed) $     Income Approach (if developed) $

Final Reconciliation   The Sales Comparison Approach is typically the most reliable indicator in the valuation of individual condominium units.  The Cost and Income Approach are not considered reliable

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is:  $   6,625,000   , as of:   06/19/2019   , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains   26   pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.
Attached Exhibits:
☒ Scope of Work   ☒ Limiting Cond./Certifications   ☒ Narrative Addendum   ☒ Photograph Addenda   ☒ Sketch Addendum
☒ Map Addenda   ☒ Additional Sales   ☐ Additional Rentals   ☐ Flood Addendum   ☐ Hypothetical Conditions
☒ Extraordinary Assumptions   ☐ Budget Analysis   ☐   ☐   ☐
Client Contact:  Rob Glucksman   Client Name:  Colorado Regional Center Project Solans, LLLP
E-Mail: rglucksman@coloradoregionalcenter.com   Address:  1644 Platte St, Suite 417, Denver, CO 80202

APPRAISER

Appraiser Name: Angelo Loria
Company:  Angelo's Appraisal Inc
Phone: (970) 845-5056   Fax: (970) 845-9472
E-Mail: Angelosappraisal@comcast.net
Date of Report (Signature):  08/02/2019
License or Certification #:  CR1318912   State  CO
Designation:  Certified Residential Appraiser
Expiration Date of License or Certification:  12/31/2019
Inspection of Subject:  ☐ Interior & Exterior  ☒ Exterior Only  ☐ None
Date of Inspection:  06/19/2019

SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)

Supervisory or Co-Appraiser Name.
Company.
Phone:   Fax:
E-Mail:
Date of Report (Signature):
License or Certification #:   State:
Designation:
Expiration Date of License or Certification.
Inspection of Subject:  ☐ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection:

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited

GP CONDO   Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE   6/2007

19801/Solans4DE19

## ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr #4D East | 701 W Lionshead Cir # E403 | | 141 E Meadow Dr # A1 South | | 675 Lionshead Pl # 330 | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | |
| Project | Solans Residences | The Lion | | Solans Residences | | Arrabelle at Vail Square | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0.78 miles W | | 0.03 miles S | | 0.68 miles W | |
| Sale Price | $ | | $ 6,250,000 | | $ 4,550,000 | | $ 3,400,000 |
| Sale Price/GLA | $ /sq ft | $ 2,219.46 /sq.ft. | | $ 1,770 43 /sq.ft. | | $ 1,606.81 /sq.ft. | |
| Data Source(s) | Inspection | MLS#931697;DOM 158 | | VBRMLS#V322313;DOM 2168 | | VBRMLS#931500,DOM 11 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Cash | | Cash | | Cash | |
| Concessions | | 1 yrs HOA /Credit | -48,770 | Furnished | -25,000 | Furnished | -25,000 |
| Date of Sale/Time | | 09/04/2018 | | 06/13/2019 | | 03/30/2018 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Lionshead | | Vail Village | | Lionshead | |
| HOA Fees ($/Month) | 4,606.55 | 3,196.67 | 0 | 4,209.00 | 0 | 2,545.00 | 0 |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | Pool, Spa, Lobby | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | Athletic facilities | |
| Floor Location | 4th/Mid Level | 4th/Mid Level | 0 | 1st/Lower Level | 0 | 3rd/Mid Level | 0 |
| View | VrGd/Mtn/Ski | VrGd/Ski | +500,000 | Good/Mtn/West | +1,625,000 | Good/Mtn/Nr Slope | +2,525,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | Very Good | +281,500 | VrGd-Excellent | | VrGd-Excellent | |
| Age | 9 yrs, 5 eff | 2 yrs, 0 eff | -283,000 | 9 yrs, 5 eff | | 11 yrs, 6 eff | +42,500 |
| Condition | Very Good | New | | Very Good | | Very Good | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 8 4+D 5.0 | 7 4 4.1 | +17,500 | 6 3 3.1 | +52,500 | 5 2 3.0 | +70,000 |
| Gross Living Area | 2,831 sq.ft. | 2,816 sq.ft. | +15,000 | 2,570 sq.ft. | +261,000 | 2,116 sq.ft. | +715,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ − $ | 482,230 | ☒ + ☐ − $ | 1,913,500 | ☒ + ☐ − $ | 3,327,500 |
| Adjusted Sale Price of Comparables | | Net 7.7 % Gross 18.3 % $ | 6,732,230 | Net 42.1 % Gross 43.2 % $ | 6,463,500 | Net 97.9 % Gross 99.3 % $ | 6,727,500 |

*SALES COMPARISON APPROACH*

Summary of Sales Comparison Approach

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

GP CONDO

Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000863

Page # 7 of 26

19801/Solaris4DE19

# ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | +(-) $ Adjust | COMPARABLE SALE # 8 | +(-) $ Adjust. | COMPARABLE SALE # 9 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr #4D East | 141 E Meadow Dr # 6E West | | 141 E Meadow Dr # 7E West | | | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | | |
| Project | Solaris Residences | Solaris Residences | | Solaris Residences | | | |
| Phase | N/A | N/A | | N/A | | | |
| Proximity to Subject | | 0.02 miles NE | | 0.02 miles NE | | | |
| Sale Price | $ | $ 2,780,000 | | $ 3,750,000 | | $ | |
| Sale Price/GLA | /sq.ft. | $ 1,597.70 /sq.ft. | | $ 1,653 44 /sq ft | | $ /sq ft. | |
| Data Source(s) | Inspection | VBRMLS#934477,DOM 27 | | VBRMLS#934804;DOM 73 | | | |
| Verification Source(s) | | Agent/Public rec | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | | Conventional | | Listing | | | |
| Concessions | | Furnished | -25,000 | Furnished | -25,000 | | |
| Date of Sale/Time | | 04/30/2019 | | Active | -75,000 | | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | | |
| Location | Vail Village | Vail Village | | Vail Village | | | |
| HOA Fees ($/Month) | 4,606.55 | 2,850.00 | 0 | 3,304.33 | 0 | | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | | |
| Floor Location | 4th/Mid Level | 6th/Mid Level | 0 | 7th/Mid Level | 0 | | |
| View | VrGd/Mtn/Ski | Good/Mtn | +2,275,000 | Good/Mtn | +2,275,000 | | |
| Design (Style) | Condo | Condo | | Condo | | | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | | |
| Age | 9 yrs, 5 eff. | 9 yrs, 5 eff | | 9 yrs, 5 eff | | | |
| Condition | Very Good | Very Good | | Very Good | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 8  4+D  5.0 | 5  2  2.1 | +87,500 | 7  3+D  3.1 | +52,500 | | |
| Gross Living Area | 2,831 sq.ft. | 1,740 sq.ft. | +1,091,000 | 2,268 sq ft | +563,000 | sq ft. | |
| Basement & Finished | None | None | | None | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | | |
| Energy Efficient Items | Standard | Standard | | Standard | | | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ +  ☐ - $ 3,428,500 | | ☒ +  ☐ - $ 2,790,500 | | ☐ +  ☐ - $ | |
| Adjusted Sale Price | | Net 123.3 % | | Net 74 4 % | | Net % | |
| of Comparables | | Gross 125.1 % $ 6,208,500 | | Gross 79.7 % $ 6,540,500 | | Gross % $ | |
| Summary of Sales Comparison Approach | | | | | | | |

SALES COMPARISON APPROACH

Copyright © 2007 by a la mode, inc This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.

GP CONDO

Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

6/2007

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

CRC 000864

**Supplemental Addendum**          File No.

| Borrower | Not Applicable | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | | |
| City | Vail | | County | Eagle | | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | | |

**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472



# ADDENDUM TO THE APPRAISAL OF:

141 E Meadow Drive, #4D East
Residences at Solaris-Vail, Unit 4D East
Vail, Colorado 81657
Eagle County, Colorado

## Purpose of the Appraisal

The purpose of this appraisal is to provide an opinion of the market value of the subject property, in an "as is" condition and a fee simple estate.

## Client and Intended Users:

This appraisal report is intended for the use by Colorado Regional Center Project Solaris, LLLP. No other use of this appraisal is permitted.

## Intended Use:

The appraisal report is to provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP.

## Scope of Work

### Extent of the Appraisal Process

The appraisal of the subject property includes a physical observation of the exterior of the subject property along with data on file with the Eagle County Assessor's office as of the date of this appraisal. An examination of market factors, recent transactions, a locational analysis of the home site and neighborhood, an economic analysis of the market and other pertinent data that may have an influence on the property were reviewed. Sales and related information utilized in this report are gathered from the local multiple listing service and public records. They are confirmed whenever possible with the involved parties, are the best available and the most recent sales which represent various aspects of the subject's market appeal. When conflicting information was provided the source deemed most reliable was used. All of this information is compiled and analyzed before a final opinion of value is determined.

The appraisal is in compliance with the guidelines set forth by:
Federal Financial Institutions Reform Recovery and Enforcement Act of 1989 (FIRREA)
Uniform Standards of Professional Appraisal Practices (USPAP)

### Type of Appraisal and type of Appraisal Report:

This appraisal is an "Appraisal Report" that is presented on the General Purpose Condo form.

### Property Observation

The appraiser completed an exterior observation of the subject property. This observation is not the same as a home inspection and did not include a viewing of the crawl space and attic area of the home (if applicable). It is based on the observations of an appraiser who visited the property and does not include a physical analysis of the major components of the home. The appraiser is not a mechanical engineer, electrical engineer, environmental engineer or structural engineer. Therefore, no warranty of the components which include, but are not limited to, the electrical, plumbing, heating, structural, and roofing are made or implied. All the above mentioned systems are presumed to be in working condition with the opinion of value herein subject to that assumption. Furthermore, no analysis of environmental conditions, including but not limited to, moisture, mold and radon gas has been made or implied. It is assumed no adverse environmental conditions exist with the opinion of value herein subject to that assumption.

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | |

**Gramm-Leach-Bliley Act of 1999**
In compliance with the Gramm-Leach-Bliley Act, the appraiser does not disclose any non-public personal information that is not specifically permitted by law.

**Competency**
The appraiser has the competency and appropriate knowledge, training, and experience to complete this assignment.

**Extraordinary Assumptions or Hypothetical Conditions:**
No hypothetical condition was utilized in the report. An extraordinary assumption was made in this report. No interior inspection was made for this report. An interior inspection was made on October 3, 2017. An extraordinary assumption about the condition of the subject property was made. This extraordinary assumption may have an effect on the opinion of value assigned in this report. The interior photos of the subject property in the report were from the October 3, 2017 inspection.

**Prohibited Influences**
The appraisal assignment was not based upon a requested minimum valuation, specific valuation, or approval of a loan. Employment and compensation are not contingent upon the reporting of a predetermined value, a direction of the value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event.

**Definition of Market Value**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1) Buyer and seller are typically motivated;
2) Both parties are well informed or well advised, and each acting in what they consider their own best interests;
3) A reasonable time is allowed for exposure in the open market;
4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto;
5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
(Per Uniform Standards of Professional Appraisal Practice 2018-2019 USPAP Pg 153).

## Area and Neighborhood Comments

The subject property is located in the Vail Village portion of the town of Vail. Vail is located about 100 miles west of Denver along Interstate 70, in a narrow mountain valley situated against the west side of the Gore mountain range.

The first development corresponded with the opening of the Vail ski area in 1962. This is when completion of the first lifts and support facilities were built on what were previously ranch lands. Development in the region has steadily expanded over the years to the east and west. This has created an area of development thirty miles long that contains three ski areas, numerous golf courses, and extensive commercial and residential development. These factors have transformed the area into a four season resort, which has allowed for national and international appeal.

Vail Village is modeled after European villages with a large pedestrian core that contains extensive dining, entertainment and shopping facilities. Uses within the village consist predominately of resort commercial and condominiums, most dating to the 60's and 70's. Since the area is built-out many properties are undergoing extensive renovations with demolition and rebuilding occurring in some instances. Vail Village properties typically exhibited high values and good marketability to second and third home recreational buyers attracted to Vail's renowned recreation amenities. Appeal is enhanced by good views of the Gore Mountain Range and Gore Creek which runs through the village.

## Supplemental Addendum

File No

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | |

Also present at the eastern edge of the Vail Village area is the Gold Peak base area. This base area which recently underwent an extensive renovation consists of two chair lifts and two commercial buildings. These buildings house lift ticket offices, ski school facilities, ski rental shops, restaurants, parking facilities and a base lodge.

## Market Trends/Conditions

During 2000 to 2001 sales declined and inventory increased causing a stabilization of values. From 2001 to mid-2006 rapid appreciation occurred. Then in 2008 values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

## Subject Project Comments

**Location:** The project site is located south of the South Frontage Road on East Meadow Drive at its intersection with Willow Bridge Road. This location is within the central core of Vail Village enhancing its overall appeal. It should be noted that the subject project represents the upper end of quality within the central village. This project is considered a "Condotel" as it has many of the amenities of a luxury hotel including the ability to have nightly rentals through the front desk.

**Year of construction:** Construction of the subject project began in 2007 with completion in 2010. This was after the demolition of the Crossroads Mall which previously occupied the site.

**Association Fees:** Currently the association fees for the subject unit are $4,606.55 per month. It should be noted that presently there are no special assessments.

**Project Size/Configuration:** The project consists of 79 residential condominium units within approximately 202,000 square feet. There also is 70,000 square feet of commercial space that is comprised of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink, a bank and numerous other retail shops. Also present are 307 parking spaces within an underground parking garage.

**Project amenities:** Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**Parking facilities:** There are a total of 307 parking spaces in the project's garage of which 112 are designated for the residential condominium units.

**Views:** The subject project has average to excellent views of the surrounding mountains and the ski slopes depending on the location within the project. Units on the north side of the building do not have ski slope views while southern facing units have good to excellent ski slope and mountain views.

**Surrounding uses:** Neighboring properties consist of a mix of improved multi-family, hotel and commercial projects.

**Topography:** Level to sloping

**Adverse conditions/easements:** No unusual or adverse conditions or easements were visually apparent or known by the appraiser.

**Vegetation:** The landscaping consists of grass, trees, shrubs and flowers.

## Subject Unit

**Structure/condition:** The subject property is a residential condominium dwelling that contains four bedrooms plus a den and five baths within 2,831 square feet of living space on one level. Also present is an undetermined amount of decking and a parking space in the project's parking garage. The dwelling's floor plan exhibits good traffic flow and space utilization. Condition was observed to be very good due to attentive care along with short term rental use. No functional or external losses were noted. No interior inspection was made for this report. An interior inspection was made on October 3, 2017. An extraordinary assumption about the condition of the subject property was made. This extraordinary assumption may have an effect on the opinion of value assigned in this report. The interior photos are

## Supplemental Addendum

| Borrower | Not Applicable | | | | | File No. | |
|----------|----------------|--|--|--|--|----------|--|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |

from the October 3, 2017 inspection. The subject property is currently listed for sale in the local MLS. It has been listed for 75 days at $7,250,000.

**Quality of construction:** Quality of construction was rated as very good to excellent with a very high level of materials and workmanship being noted.

**Views:** The subject unit has very good to excellent ski slope and mountain views from its position on the southern aspect of the building. The sonic and visual impacts from the nearby interstate are minimized due to its southern orientation.

## Ownership and Sales History
**Present owner per public records:** Solaris Property Owner I LLC.

**Acquisition date:** None per Eagle County records.

**Recent activity:** No sale of the subject is evident per Eagle County records.

## Highest and Best Use
Highest and best use may be defined as:

*"The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value."*

The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was rebuilt and completed in 2010.

## Approaches to Value
There are three approaches to arriving at an opinion of value in the appraisal process. These are the Cost Approach, the Sales Comparison Approach and the Income Capitalization Approach. They are described as follows:

The *Cost Approach* is based on the presumption that the value of a property is indicated by the current cost of the vacant building site plus the cost to construct a similar property, less depreciation. These forms of depreciation consist of physical deterioration, functional obsolescence and external obsolescence.

The *Sales Comparison* approach is the process of comparing the subject property to sales of similar competing properties. Adjustments are made for differences in size, location and other market recognized differences.

The *Income Capitalization* approach is based on the measurement of the present value of future benefits. This is arrived at through a process of capitalizing economic or contract rent into an indication of value using market derived rents and market derived capitalization rates.

The appraiser has made a reasonable effort to employ each of the three approaches to value. In this valuation the Sales Comparison Approach was primarily relied upon in forming the final opinion of value. Although the resort nature of the subject marketplace has many examples of units utilized for long and short term rental purposes, the income often does not offset the cost of ownership. Therefore, the income associated with rental use has little bearing on prices paid for properties in the subject marketplace. Rental income is often secondary or inconsequential among purchaser's criteria with data for market rents and multipliers being diverse and inconsistent. As a result, while considered, the Income Approach was not utilized in this report. The cost approach has no meaningful basis for application in the valuation of individual multi-family interests in the local marketplace, and is omitted from discussion.

## Sales Comparison Approach

CRC 000868

## Supplemental Addendum

| Borrower | Not Applicable | | | | File No |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | |

Although the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties which represent various aspects of the subject's market appeal.

Comparable 1 is a recent sale of a much larger unit with similar views from the competing Manor Vail project. The unit has direct ski slope views along with Gore Creek and Gore Range views but is within the less marketable outer core of Vail Village. The unit has a more marketable top level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with an effective age of 5 years due to attentive care along with limited second home use. Additional adjustments were required for bath count and a $40,000 credit the seller gave the buyer for repairs. This recent sale provides very good overall similarity to the subject. This sale was included to bracket the subject's view.

Comparable 2 is a very recent sale of a slightly larger unit from the competing Four Seasons Resort. This unit has less marketable ski slope views from its location on the southern aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and garage count. This very recent sale also provides very good overall similarity to the subject.

Comparable 3 is a sale of a smaller unit with a less marketable location from within the subject project. It enjoys direct ski slope views from its location on the southern aspect of the building but the east and western views look onto electrical boxes on the adjacent roof. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with an effective age of three years due to attentive care along with limited second home use and no short term rental use. Additional adjustments were required for bath count, furnishings that were included in the sale and a $500 credit the seller gave the buyer for repairs. This sale provides very good overall similarity to the subject and is from the subject project.

Comparable 4 is a sale of a slightly smaller unit from the competing Lion project. The unit enjoys ski slope views but is in the less marketable Lionshead portion of Vail. Quality of construction was rated as very good which was adjusted at a rate of $100 per square foot. Condition was reported to be new as the property had never been lived in prior to its sale. An additional adjustment was required for bath count and a $48,770 HOA credit the seller gave the buyer at closing. This sale provides very good overall similarity to the subject.

Comparable 5 is a very recent sale of a smaller unit with less marketable views from within the subject project. It lacks ski slope views and looks directly into the adjacent building to the west. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is divergent in terms of view but provides good similarity in all other aspects and is the most recent project sale.

Comparable 6 is a dated sale of a slightly larger unit from the competing Arrabelle at Vail Square project. The unit enjoys a location near the base of the Lionshead gondola and chair lift but lacks ski slope views and is within the less marketable Lionshead portion of Vail. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 6 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is divergent in terms of view but provides good similarity in all other aspects.

Comparable 7 is a very recent sale of a much smaller unit with less marketable views from the subject project. This unit has a less marketable location on the northern aspect of the building. It lacks ski slope views and has greater impact from the interstate. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with an effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This very recent sale from the project is divergent in terms of view and gross living area but is the second most recent project sale.

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |

**Comparable 8** is a listing of a smaller unit from within the subject project. The unit has less marketable views from its location on the northern aspect of the building. It lacks ski slope views and has greater impact from the interstate. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for furnishings that are to be included in the sale and a list to sales price adjustment. The list to sales price ratio adjustment utilized in the report is based on the median sale price as a percent of list price from the analysis that was completed to determine the current market conditions.

**Due to the lack of recent sales of similar properties from within the Vail Village portion of town it was necessary to utilize sales from the competing Lionshead portion of town. Due to the lack of similar four bedroom units it was necessary to utilize sales of two, three, four and five bedroom units.**

## Comments on Adjustments to Sales

Please note the following criteria utilized for the adjustments in the sales comparison approach:

**Market Conditions adjustment:** All condominium sales that sold for more than $2,000,000 within the Vail Village and Lionshead markets were analyzed. The current twelve month period indicates a median sales price of $3,412,500 based on 38 sales ranging from $2,000,000 to $10,500,000. The prior twelve month period indicates a median sales price of $3,400,000 based on 45 sales ranging from $2,075,000 to $14,000,000. This indicates a slight increase of 0.35% over the twelve month period or a relatively stable market. Therefore no market condition adjustments were made in this report.

**View and floor location adjustments:** Derived from sales of properties with varying appeal and locational characteristics, based on matched pair analysis.

**Quality adjustments:** Based on estimated cost differences, together with cost to cure approximations, when appropriate. Secondary support is provided via conversations with involved parties regarding the effect of differing quality on purchase prices.

**Age and condition characteristics:** These are combined into one adjustment with consideration given to each property's actual and effective ages. Typical condition adjustments for properties in average condition are estimated at about 1.5% per year, reflecting a total estimated life of about 65 years in a straight line age/life analysis. Properties differing in their effective ages are assigned greater or lesser amounts of adjustment based on their relative condition, together with consideration of cost-to-cure estimation, if appropriate. Therefore, an estimated per square foot cost to build is multiplied by the square footage of the comparable to arrive at an estimated cost to build. This figure is then multiplied by the difference in the effective age (difference between the subject's effective age and the comparables effective age) then multiplied by the aforementioned 1.5% to arrive at the age/condition adjustment.

**Room count:** $35,000 per bathroom, based on matched pair analysis. No bedroom count adjustments were evident in the available market data.

**Gross living area:** Differences in gross living area are adjusted at about $1,000 per square foot in this report, which is indicative of the sensitivity to size that this marketplace is presently tending to exhibit.

**Homeowners Association Fees:** HOA fees are often based on the size of the unit along with the level and quality of the project's amenities. Sometimes these fees include heat for not only the common area but each individual unit. As a result these fees can vary between units within the same project along with units from competing projects, making an adjustment for these items very difficult to extract from the available data. The more amenities and/or the higher quality of amenities results in higher fees. An analysis of the market data did not readily display an adjustment for the difference between HOA fees of each comparable, therefore no adjustments were made.

**The appraiser recognizes that some of these comparables have larger than typical individual, net and/or gross adjustments. It should be pointed out that variations like this are a common occurrence in this marketplace. Differences in gross living area, quality, conditions, location, etc.**

## Supplemental Addendum                                    . File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | |

often vary substantially from property to property while at the same time maintaining a level of common appeal. Even with these adjustments the sales cited are considered to be similar in appeal, adequately reliable, the best available indicators of subject value.

### Estimate of Reasonable Exposure Time

A reasonable Exposure Time may be defined as "the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal" Implicit in this definition are the following characteristics:

The property will be actively exposed and aggressively marketed to potential purchasers. This marketing is to be directed through marketing channels commonly used by buyers and sellers of similar type properties.

The property will be offered at a price reflecting the most probable markup over market value used by sellers of similar type properties.

A sale will consummate under terms and conditions of the definition of market value.

An examination of recent sales activity within the subject marketplace reflects a wide range of typical exposure times. Purchase mortgage funds are readily available for properties within the subject area, and a significant number of sales close under all cash terms. An exposure time estimate for the subject property of twelve to twenty four months is considered realistic in the present market.

### Final Value Indication

Although the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties. The adjusted data provides adequate similarity to the subject property and a range of indications from $6,208,500 to $6,829,000. Comparable one is the most similar to the subject property while comparable three is the most recent sale. Therefore, with support from the other comparables, a value of $6,625,000 is selected and considered reasonable and supportable in the current marketplace. No interior inspection was made for this report. An extraordinary assumption about the condition of the subject property was made. This extraordinary assumption may have an effect on the opinion of value assigned in this report.

### Furnishings and other Personal Property

The subject property is appraised unfurnished with no contribution given to any furnishings, personal property, or intangible items that are not real property. Fixtures, such as built-in appliances, window coverings, wall and floor coverings, electrical fixtures and plumbing fixtures are typically considered as real property in the valuation of residential property, and are included in the value assigned herein.

## Subject Photo Page

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



**Subject Front**

| | |
|---|---|
| 141 E Meadow Dr #4D East | |
| Sales Price | |
| Gross Living Area | 2,831 |
| Total Rooms | 8 |
| Total Bedrooms | 4+D |
| Total Bathrooms | 5.0 |
| Location | Vail Village |
| View | VrGd/Mtn/Ski |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



**Subject Rear**



**Subject Street**

Form PIC3x5 SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000872

## Photograph Addendum

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | |



**Main living area**



**Dining**



**Kitchen**



**Bedroom**



**Bedroom**



**Bedroom**



**Bedroom**



**Bath**



**Bath**



**Bath**



**Bath**



**Bath**



**Den**



**View**



**View**

Form PIC15 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000873

## Comparable Photo Page

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | |



**Comparable 1**

595 Vail Valley Dr# 324

| | |
|---|---|
| Prox. to Subject | 0.49 miles SE |
| Sale Price | 7,500,000 |
| Gross Living Area | 3,427 |
| Total Rooms | 8 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.0 |
| Location | Vail Village |
| View | VrGd/Mtn/Ski/Crk |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 11 yrs, 5 eff |



**Comparable 2**

1 Vail Rd # 9201

| | |
|---|---|
| Prox. to Subject | 0.16 miles W |
| Sale Price | 6,200,000 |
| Gross Living Area | 2,926 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | Vail Village |
| View | Gd/Mtn/Sm Ski |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



**Comparable 3**

141 E Meadow Dr # 4B East

| | |
|---|---|
| Prox. to Subject | 0 04 miles E |
| Sale Price | 5,950,000 |
| Gross Living Area | 2,530 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4.0 |
| Location | Vail Village |
| View | VrGd/Mtn/Ski |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 8 yrs, 3 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000874

## Comparable Photo Page

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | |



**Comparable 4**

701 W Lionshead Cir # E403
| | |
|---|---|
| Prox. to Subject | 0.78 miles W |
| Sale Price | 6,250,000 |
| Gross Living Area | 2,816 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4.1 |
| Location | Lionshead |
| View | VrGd/Ski |
| Site | Typical/Condo |
| Quality | Very Good |
| Age | 2 yrs, 0 eff |



**Comparable 5**

141 E Meadow Dr # A1 South
| | |
|---|---|
| Prox. to Subject | 0.03 miles S |
| Sale Price | 4,550,000 |
| Gross Living Area | 2,570 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.1 |
| Location | Vail Village |
| View | Good/Mtn/West |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



**Comparable 6**

675 Lionshead Pl # 330
| | |
|---|---|
| Prox. to Subject | 0.68 miles W |
| Sale Price | 3,400,000 |
| Gross Living Area | 2,116 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Good/Mtn/Nr Slope |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 11 yrs, 6 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000875

## Comparable Photo Page

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



### Comparable 7

141 E Meadow Dr # 6E
| | |
|---|---|
| Prox. to Subject | 0.02 miles NE |
| Sale Price | 2,780,000 |
| Gross Living Area | 1,740 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 8

141 E Meadow Dr # 7E
| | |
|---|---|
| Prox. to Subject | 0.02 miles NE |
| Sale Price | 3,750,000 |
| Gross Living Area | 2,268 |
| Total Rooms | 7 |
| Total Bedrooms | 3+D |
| Total Bathrooms | 3.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |

### Comparable 9

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

Form PICPIX.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000876

**Building Sketch (Page - 1)**

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Not Applicable | | | | |
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | |



First Floor
[2830.81 Sq ft]

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000877

# Building Sketch (Page - 2)

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

TOTAL Sketch by a la mode, inc

**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 2830.81 Sq ft | 37.9 × 30.9 = | 1171.11 |
| | | 28.1 × 15.6 = | 438.36 |
| | | 32.8 × 30 = | 984 |
| | | 11 × 21.1 = | 232.1 |
| | | 13.1 × 0.4 = | 5.24 |
| **Total Living Area (Rounded):** | **2831 Sq ft** | | |

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000878

## Location Map

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000879

19801/Solaris4DE19

## Assumptions, Limiting Conditions & Scope of Work

| Property Address: | 141 E Meadow Dr | | City: Vail | | State: CO | Zip Code: 81657 |
|---|---|---|---|---|---|---|
| Client: | Colorado Regional Center Project Solaris, LLLP | | Address: | 1644 Platte St , Suite 417, Denver, CO 80202 | | |
| Appraiser: | Angelo Loria | | Address: | PO Box 4175, Avon, CO 81620-4175 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis

of it being under responsible ownership.
- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch
is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.
- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other
data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.
- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.
- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best
use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction
with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance
value, and should not be used as such.
- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence
of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the
normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous

wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of
the property.
- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items

that were furnished by other parties.
- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.
- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.
- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the

client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements
applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.
- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.
- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence
of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors
are encouraged to engage the appropriate type of expert to investigate.


**The Scope of Work** is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by
the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.


Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

**GP** RESIDENTIAL

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

CRC 000880

## Certifications

19801/Solans4DE19

File No.:

| | | | |
|---|---|---|---|
| Property Address: 141 E Meadow Dr | | City: Vail | State: CO   Zip Code. 81657 |
| Client. Colorado Regional Center Project Solaris, LLLP | Address: 1644 Platte St., Suite 417, Denver, CO 80202 | | |
| Appraiser: Angelo Loria | Address: PO Box 4175, Avon, CO 81620-4175 | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

**DEFINITION OF MARKET VALUE \*:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| | | |
|---|---|---|
| Client Contact. Rob Glucksman | | Client Name: Colorado Regional Center Project Solans, LLLP |
| E-Mail: rglucksman@coloradoregionalcenter com | Address: 1644 Platte St , Suite 417, Denver, CO 80202 | |

**SIGNATURES**

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| | Supervisory or Co-Appraiser Name |
| Appraiser Name: Angelo Loria | Company: |
| Company: Angelo's Appraisal Inc | Phone:                          Fax: |
| Phone: (970) 845-5056        Fax: (970) 845-9472 | E-Mail: |
| E-Mail. Angelosappraisal@comcast.net | Date Report Signed. |
| Date Report Signed.     08/02/2019 | License or Certification #.                     State: |
| License or Certification #   CR1318912    State. CO | Designation: |
| Designation'   Certified Residential Appraiser | Expiration Date of License or Certification' |
| Expiration Date of License or Certification.     12/31/2019 | Inspection of Subject   ☐ Interior & Exterior   ☐ Exterior Only   ☐ None |
| Inspection of Subject:   ☐ Interior & Exterior   ☒ Exterior Only   ☐ None | Date of Inspection. |
| Date of Inspection:   06/19/2019 | |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP** RESIDENTIAL

Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                3/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000881

19801/Solaris4DE19

## USPAP ADDENDUM

File No.

| | |
|---|---|
| Borrower | Not Applicable |
| Property Address | 141 E Meadow Dr |
| City Vail | County Eagle | State CO | Zip Code 81657 |
| Lender | |

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report      This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report      This report was prepared in accordance with USPAP Standards Rule 2-2(b).

### Reasonable Exposure Time

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:    12 to 24 months

### Additional Certifications

I certify that, to the best of my knowledge and belief:

☐ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☒ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).
- Prior appraisals of this unit were completed by the appraiser on 7/14/16, 4/25/17, 10/3/17 and 4/4/18.

### Additional Comments

No undue influence was placed on the appraiser during the development of this report.
No interior inspection was made for this report. An interior inspection was made on October 3, 2017. An extraordinary assumption about the condition of the subject property was made. This extraordinary assumption may have an effect on the opinion of value assigned in this report.
The interior photos provided in the report are from the October 3, 2017 inspection.

| APPRAISER: | SUPERVISORY APPRAISER: (only if required) |
|---|---|
| Signature: | Signature: |
| Name: Angelo Lorn | Name: |
| Date Signed: 08/02/2019 | Date Signed: |
| State Certification #: CR1318912 | State Certification #: |
| or State License #: | or State License #: |
| State CO | State: |
| Expiration Date of Certification or License: 12/31/2019 | Expiration Date of Certification or License: |
| Effective Date of Appraisal: 06/19/2019 | Supervisory Appraiser Inspection of Subject Property: |
| | ☐ Did Not ☐ Exterior-only from Street ☐ Interior and Exterior |

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000882

**Appraisers License**



State of Colorado
Department of Regulatory Agencies
Division of Real Estate

Board of Real Estate Appraisers

Angelo Joseph Loria
Po Box 4175
Avon, CO 81620

Angelo Joseph Loria
Certified Residential Appraiser

License #: CR.001318912
Status: Active
Expires: 12/31/2019

Marcia Waters
Director: Marcia Waters

For the most up to date information regarding this credential, visit http://dora.colorado.gov/dre

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc  - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000883





**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472

Re  Property:   141 E Meadow Dr
                Vail, CO 81657
    Borrower:   Not Applicable
    File No.:   190715/Solans4GW19

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Angelo J ria

CRC 000884

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.

## SUBJECT

Property Address: 141 E Meadow Dr   Unit #: 4G West   City: Vail   State: CO
Zip Code: 81657   County: Eagle   Legal Description: Residences at Solaris-Vail Unit 4G West
Assessor's Parcel #: 2101-082-94-032
Tax Year: 2018   R.E. Taxes: $ 39,575.12   Special Assessments: $ 0   Borrower (if applicable): Not Applicable
Current Owner of Record: Solaris Property Owner I LLC   Occupant: ☐ Owner ☒ Tenant (Market Rent) ☐ Tenant (Regulated Rent) ☐ Vacant
Project Type: ☒ Condominium ☐ Other (describe)   HOA: $ 4,242.01 ☐ per year ☒ per month
Market Area Name: Vail Village   Map Reference: 20780   Census Tract: 0007.02
Project Name: Solaris Residences   Phase: N/A

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach . (See Reconciliation Comments and Scope of Work)
Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
Intended Use: To provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP.
Intended User(s) (by name or type): Colorado Regional Center Project Solaris, LLLP
Client: Colorado Regional Center Project Solaris, LLLP   Address: 1644 Platte St., Suite 417, Denver, CO 80202
Appraiser: Angelo Loria   Address: PO Box 4175, Avon, CO 81620-4175

## MARKET AREA DESCRIPTION

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | Condominium Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit 5% | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner | | | 2-4 Unit 1% | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant | 640 Low 2 | | Multi-Unit 54% | * To: |
| Demand/supply: | ☐ Shortage ☐ In Balance ☒ Over Supply | ☒ Vacant (0-5%) | 15,000 High 60 | | Comm'l 40% | |
| Marketing time: | ☐ Under 3 Mos. ☐ 3-6 Mos. ☒ Over 6 Mos | ☐ Vacant (>5%) | 2,000 Pred 30 | | % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The Vail Village area is bound by the Vail Golf Course on the east, Lionshead on the west, Interstate-70 on the north and Vail Ski Resort and slopes on the south. The immediate Vail Village area is built-out with extensive renovations and rebuilding after demolition. The area enjoys good marketability due to its excellent views and proximity to the main Vail base area and the Gold Peak base area. During 2000 to 2001 values declined causing a stabilization of values. From 2001 to mid 2006 rapid appreciation occurred. Then the subject marketplace slowed and the values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

## PROJECT SITE DESCRIPTION

Zoning Classification: Special Development District   Description: Public Accommodation
Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
Ground Rent (if applicable) $ N/A /   Comments: Not applicable

Highest & Best Use as improved (or as proposed per plans & specifications): ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: Residential Condominium   Use as appraised in this report: Residential Condominium
Summary of Highest & Best Use: The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, the original development on the subject site, Crossroads at Vail was demolished and Solaris was rebuilt and completed in 2010

| Utilities * | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Density | Average |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Unknown | Street | Asphalt | ☒ | ☐ | Size | Typical/Condo |
| Gas | ☒ | ☐ | Unknown | Curb/Gutter | Concrete | ☒ | ☐ | Topography | Level to sloping |
| Water | ☒ | ☐ | Unknown | Sidewalk | Concrete | ☒ | ☐ | View | Gd/Mtn/Sm Ski |
| Sanitary Sewer | ☒ | ☐ | Unknown | Street Lights | Electric . | ☒ | ☐ | | |
| Storm Sewer | ☒ | ☐ | Unknown | Alley | None | | | | |

Other site elements: ☐ Inside Lot ☒ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 08037C0469D   FEMA Map Date 12/4/2007
Site Comments: No adverse site conditions were evident at the time of observation.

## PROJECT INFORMATION

Data source(s) for project information: Management/MLS
Project Description: ☐ Detached ☐ Row or Townhouse ☐ Garden ☐ Mid-Rise ☒ High-Rise ☐ Other (describe)

| General Description of Project | | Subject Phase | # | If Project Completed | # | If Project Incomplete | # |
|---|---|---|---|---|---|---|---|
| # of Stories | 9 | Units | 79 | Phases | 1 | Planned Phases | |
| # of Elevators | 9 | Units Completed | 79 | Units | 79 | Planned Units | |
| ☒ Existing ☐ Proposed ☐ Und Cons. | | Units For Sale | 21 | Units for Sale | 21 | Planned Units | |
| Design (Style) Condo | Ratio (spaces/unit) 1.4:1 | Units Sold | 37 | Units Sold | 37 | Units Sold | |
| Actual Age (Yrs.) 9 | Parking Type(s) Prk Garage | Units Rented | Unkn | Units Rented | Unkn | Units Rented | |
| Effective Age (Yrs.) 5 | Guest Parking Avg | Owner Occup. Units | Unkn | Owner Occup. Units | Unkn | Owner Occup. Units | |

Exterior Walls: Frame/Rock
Roof Surface: Zinc
Total # Parking: 112

Project Primary Occupancy: ☒ Principal Residence ☐ Second Home or Recreational ☐ Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No
Management Group: ☐ Homeowners' Association ☐ Developer ☒ Management Agent (name of management agent or company): Jeff Fruin (970) 790-6406 or jfruin@solarisresidences.com
Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No   If Yes, describe the original use and date of conversion.
Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown   Have the documents been reviewed? ☐ Yes ☒ No   Comments: These documents were not reviewed for this appraisal
Project Comments (condition, quality of construction, completion status, etc.): Thirty five percent of the project consists of commercial space. This commercial space consists of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink/putting green, a bank and numerous other retail shops.

Common Elements and Recreational Facilities: Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**GP CONDO**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode. inc. must be acknowledged and credited
Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13
CRC 000885

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

## PROJECT ANALYSIS

Summary of condominium project budget analysis for the current year (if analyzed):    The condominium budget was not reviewed for this appraisal

Other fees for the use of the project facilities (other than regular HOA charges):    The appraiser is unaware of any additional fees for the use of the project facilities.

Compared to other competitive projects of similar quality and design, the subject unit charge appears    ☐ High   ☒ Average   ☐ Low    (If High or Low, describe)

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?   ☐ Yes   ☒ No   If Yes, describe and explain the effect on value and marketability.    No condominium documents or HOA meeting minutes were reviewed for this appraisal.  The appraiser is unaware of any special or unusual characteristics of the project.

---

Unit Charge: $ 4,242.01    per month X 12 = $  50,904.12    per year   Annual assessment charge per year per SF of GLA = $    20.15
Utilities included in the Unit Charge:   ☐ None   ☒ Heat   ☐ Air Conditioning   ☐ Electricity   ☒ Gas   ☒ Water   ☒ Sewer   ☒ Cable   ☐ Other
Source(s) used for physical characteristics of property:   ☐ New Inspection   ☒ Previous Appraisal Files   ☐ MLS   ☐ Assessment and Tax Records   ☒ Prior Inspection
☐ Property Owner   ☐ Other (describe)                    Data Source for Gross Living Area    Interior dimensions from prior inspection

## DESCRIPTION OF THE UNIT IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | ☒ N/A | Basement | ☒ N/A | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| Floor Location | 4th/Mid Level | Foundation | Concrete | Slab | | Area Sq. Ft. | | Type | In-floor radiant |
| # of Levels | 1 | Exterior Walls | Frame/Rock | Crawl Space | | % Finished | | Fuel | NG |
| Design (Style) | Condo | Roof Surface | Zinc | Basement | | Ceiling | | | |
| ☒ Existing   ☐ Proposed | | Gutters & Dwnspts. | Yes | Sump Pump ☐ | | Walls | | Cooling | |
| ☐ Under Construction | | Window Type | Wood-Alum clad | Dampness ☐ | | Floor | | Central | Yes |
| Actual Age (Yrs.) | 9 | Storm/Screens | No/Yes | Settlement | | Outside Entry | | Other | |
| Effective Age (Yrs.) | 5 | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic ☒ N/A | Amenities | | Car Storage | | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Wood-Stone-Carpet | Refrigerator ☒ | Stairs ☐ | Fireplace(s) # 1 | Woodstove(s) # 0 | ☒ Garage | # | 1 |
| Walls | Plaster | Range/Oven ☒ | Drop Star ☐ | Patio  None | | ☐ Covered | # | 0 |
| Trim/Finish | Cherry/Stained | Disposal ☒ | Scuttle ☐ | Deck  Yes | | ☐ Open | # | 0 |
| Bath Floor | Stone-Ceramic | Dishwasher ☒ | Doorway ☐ | Porch  None | | Total # of cars | | 1 |
| Bath Wainscot | Stone-Ceramic | Fan/Hood ☒ | Floor ☐ | Fence  None | | ☐ Assigned | | |
| Doors | Solid Cherry Stained | Microwave ☒ | Heated ☐ | Pool  None | | ☒ Owned | | |
| | | Washer/Dryer ☒ | Finished ☐ | Balcony  None | | Space #(s) Unassigned | | |

Finished area above grade contains:    6  Rooms    3  Bedrooms    4.0  Bath(s)    2,526  Square Feet of Gross Living Area Above Grade
Are the heating and cooling for the individual units separately metered?   ☐ Yes   ☒ No (If No, describe)    This is typical of many large projects within the Vail marketplace.

Additional features:    See attached addendum.

Describe the condition of the property (including physical, functional and external obsolescence):    No interior inspection was made for this report.  An interior inspection was made on April 28, 2017.  An extraordinary assumption about the condition of the subject property was made.  This extraordinary assumption may have an effect on the opinion of value assigned in this report.
The interior photos are from the April 28, 2017 inspection.

## TRANSFER HISTORY

My research ☐ did   ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s):   Eagle County records.

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing:    No prior sale is evident per Eagle County records. |
|---|---|
| Date: | |
| Price: | |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.

**GP CONDO**

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    6/2007

CRC 000886

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.

## SALES COMPARISON APPROACH TO VALUE (if developed)    ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr 4G West Vail, CO 81657 | 141 E Meadow Dr # 4B East Vail, CO 81657 | | 1 Vail Rd # 9201 Vail, CO 81657 | | 701 W Lionshead Cir # E403 Vail, CO 81657 | |
| Project | Solaris Residences | Solaris Residences | | Four Seasons Resort Vail | | The Lion | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0.05 miles E | | 0.16 miles W | | 0.79 miles W | |
| Sale Price | $ | | $ 5,950,000 | | $ 6,200,000 | | $ 6,250,000 |
| Sale Price/GLA | $ /sq.ft. | $ 2,351.78 /sq.ft. | | $ 2,118.93 /sq.ft. | | $ 2,219.46 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#927731;DOM 525 | | VBRMLS#932941;DOM 231 | | MLS#931697;DOM 158 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Cash | | Cash | | Cash | |
| Concessions | | Furnished/Credit | -25,500 | None | 0 | 1 yrs HOA /Credit | -48,770 |
| Date of Sale/Time | | 03/23/2018 | | 04/29/2019 | | 09/04/2018 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Vail Village | | Vail Village | | Lionshead | |
| HOA Fees ($/Month) | 4,242.01 | 3,783.33 | 0 | 6,312.67 | 0 | 3,196.67 | 0 |
| Common Elements and Recreational Facilities | Pool, Spa, Lobby Athletic facilities | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | |
| Floor Location | 4th/Mid Level | 4th/Mid Level | 0 | 9th/Mid Level | 0 | 4th/Mid Level | 0 |
| View | Gd/Mtn/Sm Ski | VrGd/Mtn/Ski | -225,000 | Gd/Mtn/Sm Ski | | VrGd/Ski | 0 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | Very Good | +281,500 |
| Age | 9 yrs, 5 eff | 8 yrs, 3 eff | -101,500 | 9 yrs, 5 eff | | 2 yrs, 0 eff | -283,000 |
| Condition | Very Good | Very Good | | Very Good | | New | |
| Above Grade | Total 6 Bdrms 3 Baths 4.0 | Total 7 Bdrms 4 Baths 4.0 | 0 | Total 6 Bdrms 3 Baths 3.0 | +35,000 | Total 7 Bdrms 4 Baths 4.1 | -17,500 |
| Gross Living Area | 2,526 sq.ft. | 2,530 sq.ft. | -4,000 | 2,926 sq.ft. | -400,000 | 2,816 sq.ft. | -290,000 |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 2 prking garage | -50,000 | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| Net Adjustment (Total) | | ☐ + ☒ − $ | -356,000 | ☐ + ☒ − $ | -415,000 | ☐ + ☒ − $ | -357,770 |
| Adjusted Sale Price of Comparables | | Net 6.0 % Gross 6.0 % $ | 5,594,000 | Net 6.7 % Gross 7.8 % $ | 5,785,000 | Net 5.7 % Gross 14.7 % $ | 5,892,230 |

Summary of Sales Comparison Approach   All comparable data is obtained from Eagle County Clerk and Assessor, the local Multiple Listing service and/or involved parties.  See attached addendum for comments on the sales comparison approach.

Indicated Value by Sales Comparison Approach $ 5,700,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GP CONDO

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE          6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000887

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)**  ☒ The Income Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 141 E Meadow Dr 4G West Vail, CO 81657 | | | |
| Project | Solaris Residences | | | |
| Phase | N/A | | | |
| Proximity to Subject | | | | |
| Current Monthly Rent | $ | $ | $ | $ |
| Rent/GLA | $ /sq. ft. | $ /sq. ft. | $ /sq. ft. | $ /sq. ft. |
| Rent Control | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Data Source(s) | | | | |
| Date of Lease(s) | | | | |
| Location | Vail Village | | | |
| View | | | | |
| Age | 9 yrs, 5 eff | | | |
| Condition | Very Good | | | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths |
| Room Count | 6 | 3 | 4.0 | | | | | | | | | |
| Gross Living Area | 2,526 sq.ft. | sq.ft. | sq.ft. | sq.ft. |
| Utilities Included | | | | |

Summary of Income Approach (including support for market rent and GRM). _____

Opinion of Monthly Market Rent $ N/A  X Gross Rent Multiplier 0.00 = $  **Indicated Value by Income Approach**

## COST

**COST APPROACH TO VALUE (if developed)**  ☒ The Cost Approach was not developed for this appraisal.

Summary of Cost Approach: _____

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $ 5,700,000  Cost Approach (if developed) $  Income Approach (if developed) $

Final Reconciliation  The Sales Comparison Approach is typically the most reliable indicator in the valuation of individual condominium units. The Cost and Income Approach are not considered reliable. _____

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: _____

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 5,700,000 , as of: 06/19/2019 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains 26 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
☒ Scope of Work  ☒ Limiting Cond./Certifications  ☒ Narrative Addendum  ☒ Photograph Addenda  ☒ Sketch Addendum
☒ Map Addenda  ☒ Additional Sales  ☐ Additional Rentals  ☐ Flood Addendum  ☐ Hypothetical Conditions
☒ Extraordinary Assumptions  ☒ Budget Analysis  ☐  ☐  ☐

Client Contact. Rob Glucksman  Client Name: Colorado Regional Center Project Solans, LLLP
E-Mail: rglucksman@coloradoregionalcenter.com  Address: 1644 Platte St., Suite 417, Denver, CO 80202

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Angelo Laria | Supervisory or Co-Appraiser Name: |
| Company: Angelo's Appraisal Inc | Company: |
| Phone: (970) 845-5056  Fax: (970) 845-9472 | Phone:  Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date of Report (Signature): 08/02/2019 | Date of Report (Signature): |
| License or Certification #: CR1318912  State: CO | License or Certification #:  State: |
| Designation: Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 12/31/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☐ Interior & Exterior ☒ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection. 06/19/2019 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited

**GP CONDO**

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE  6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000888

Page # 6 of 26

190715/Solaris4GW19

# ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr 4G West | 141 E Meadow Dr # A1 South | | 675 Lionshead Pl # 330 | | 141 E Meadow Dr # 6E West | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | |
| Project | Solaris Residences | Solans Residences | | Arrabelle at Vail Square | | Solaris Residences | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0 01 miles S | | 0.68 miles W | | 0.02 miles NE | |
| Sale Pnce | $ | | $       4,550,000 | | $   3,400,000 | | $   2,780,000 |
| Sale Price/GLA | /sq.ft. | $   1,770.43 /sq ft. | | $   1,606 81 /sq.ft. | | $   1,597.70 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#V322313;DOM 2168 | | VBRMLS#931500;DOM 11 | | VBRMLS#934477;DOM 27 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust | DESCRIPTION | +(−) $ Adjust | DESCRIPTION | +(−) $ Adjust |
| Sales or Financing | | Cash | | Cash | | Conventional | |
| Concessions | | Furnished | -25,000 | Furnished | -25,000 | Furnished | -25,000 |
| Date of Sale/Time | | 06/13/2019 | | 03/30/2018 | | 04/30/2019 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Vail Village | | Lionshead | | Vail Village | |
| HOA Fees ($/Month) | 4,242 01 | 4,209.00 | 0 | 2,545.00 | 0 | 2,850.00 | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | Pool, Spa, Lobby | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | Athletic facilities | |
| Floor Location | 4th/Mid Level | 1st/Lower Level | 0 | 3rd/Mid Level | 0 | 6th/Mid Level | 0 |
| View | Gd/Mtn/Sm Ski | Good/Mtn/West | +1,125,000 | Good/Mtn/Nr Slope | +2,025,000 | Good/Mtn | +1,775,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | VrGd-Excellent | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | 11 yrs, 6 eff | +42,500 | 9 yrs, 5 eff | |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | | Total | Bdrms | Baths |
| Room Count | 6 | 3 | 4.0 | 6 | 3 | 3.1 | +17,500 | 5 | 2 | 3.0 | +35,000 | 5 | 2 | 2.1 | +52,500 |
| Gross Living Area | 2,526 sq.ft. | 2,570 sq ft. | -44,000 | 2,116 sq ft | +410,000 | 1,740 sq ft | +786,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ +   □ − | $   1,073,500 | ☒ +   □ − | $   2,487,500 | ☒ +   □ − | $   2,588,500 |
| Adjusted Sale Pnce | | Net   23.6 % | | Net   73.2 % | | Net   93.1 % | |
| of Comparables | | Gross   26.6 % | $   5,623,500 | Gross   74.6 % | $   5,887,500 | Gross   94.9 % | $   5,368,500 |

Summary of Sales Comparison Approach

Copyright © 2007 by a la mode, inc  This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited

Form GPCONDO (AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE          6/2007

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

**GP CONDO**

CRC 000889

# ADDITIONAL COMPARABLE SALES

File No.:

190715/Solaris4GW19

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | | COMPARABLE SALE # 8 | | COMPARABLE SALE # 9 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr 4G West | 141 E Meadow Dr # 7E West | | | | | |
| | Vail, CO 81657 | Vail, CO 81657 | | | | | |
| Project | Solans Residences | Solans Residences | | | | | |
| Phase | N/A | N/A | | | | | |
| Proximity to Subject | | 0.02 miles NE | | | | | |
| Sale Price | $ | | $ 3,750,000 | $ | | $ | |
| Sale Price/GLA | $ /sq.ft. | $ 1,653.44 /sq.ft. | | $ /sq.ft | | $ /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#934804,DOM 73 | | | | | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Listing | | | | | |
| Concessions | | Furnished | -25,000 | | | | |
| Date of Sale/Time | | Active | -75,000 | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | Vail Village | Vail Village | | | | | |
| HOA Fees ($/Month) | 4,242.01 | 3,304.33 | 0 | | | | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | | | | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | | | | |
| Floor Location | 4th/Mid Level | 7th/Mid Level | 0 | | | | |
| View | Gd/Mtn/Sm Ski | Good/Mtn | +1,775,000 | | | | |
| Design (Style) | Condo | Condo | | | | | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | | | | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | | | | |
| Condition | Very Good | Very Good | | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6 3 4.0 | 7 3+D 3.1 | +17,500 | | | | |
| Gross Living Area | 2,526 sq.ft. | 2,268 sq.ft. | +258,000 | sq.ft. | | sq.ft. | |
| Basement & Finished | None | None | | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Parking | 1 prking garage | 1 prking garage | | | | | |
| Porch/Patio/Deck | Deck | Deck | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ − | $ 1,950,500 | ☐ + ☐ − | $ | ☐ + ☐ − | $ |
| Adjusted Sale Price | | Net 52.0 % | | Net % | | Net % | |
| of Comparables | | Gross 57.3 % | $ 5,700,500 | Gross % | $ | Gross % | $ |

Summary of Sales Comparison Approach

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

6/2007

**GP** CONDO

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

CRC 000890

**Supplemental Addendum**                                                    File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

Angelo's Appraisal, Inc.
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472



## ADDENDUM TO THE APPRAISAL OF:
141 E Meadow Drive, #4G West
Residences at Solaris-Vail, Unit 4G West
Vail, Colorado 81657
Eagle County, Colorado

## Purpose of the Appraisal
The purpose of this appraisal is to provide an opinion of the market value of the subject property, in an "as is" condition and a fee simple estate.

## Client and Intended Users:
This appraisal report is intended for the use by Colorado Regional Center Project Solaris, LLLP. No other use of this appraisal is permitted.

## Intended Use:
The appraisal report is to provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP.

## Scope of Work
### Extent of the Appraisal Process
The appraisal of the subject property includes a physical observation of the exterior of the subject property along with data on file with the Eagle County Assessor's office as of the date of this appraisal. An examination of market factors, recent transactions, a locational analysis of the home site and neighborhood, an economic analysis of the market and other pertinent data that may have an influence on the property were reviewed. Sales and related information utilized in this report are gathered from the local multiple listing service and public records. They are confirmed whenever possible with the involved parties, are the best available and the most recent sales which represent various aspects of the subject's market appeal. When conflicting information was provided the source deemed most reliable was used. All of this information is compiled and analyzed before a final opinion of value is determined.

The appraisal is in compliance with the guidelines set forth by:
Federal Financial Institutions Reform Recovery and Enforcement Act of 1989 (FIRREA) ·
Uniform Standards of Professional Appraisal Practices (USPAP)

### Type of Appraisal and type of Appraisal Report:
This appraisal is an "Appraisal Report" that is presented on the General Purpose Condo form.

### Property Observation
The appraiser completed an exterior observation of the subject property. This observation is not the same as a home inspection and did not include a viewing of the crawl space and attic area of the home (if applicable). It is based on the observations of an appraiser who visited the property and does not include a physical analysis of the major components of the home. The appraiser is not a mechanical engineer, electrical engineer, environmental engineer or structural engineer. Therefore, no warranty of the components which include, but are not limited to, the electrical, plumbing, heating, structural, and roofing are made or implied. All the above mentioned systems are presumed to be in working condition with the opinion of value herein subject to that assumption. Furthermore, no analysis of environmental conditions, including but not limited to, moisture, mold and radon gas has been made or implied. It is assumed no adverse environmental conditions exist with the opinion of value herein subject to that assumption.

CRC 000891

## Supplemental Addendum

| Borrower | Not Applicable | | | | File No. | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | |

**Gramm-Leach-Bliley Act of 1999**
In compliance with the Gramm-Leach Bliley Act, the appraiser does not disclose any non-public personal information that is not specifically permitted by law.

**Competency**
The appraiser has the competency and appropriate knowledge, training, and experience to complete this assignment.

**Extraordinary Assumptions or Hypothetical Conditions:**
No hypothetical condition was utilized in the report. An extraordinary assumption was made in this report. No interior inspection was made for this report. An interior inspection was made on April 28, 2017. An extraordinary assumption about the condition of the subject property was made. This extraordinary assumption may have an effect on the opinion of value assigned in this report. The interior photos of the subject property in the report were from the April 28, 2017 inspection.

**Prohibited Influences**
The appraisal assignment was not based upon a requested minimum valuation, specific valuation, or approval of a loan. Employment and compensation are not contingent upon the reporting of a predetermined value, a direction of the value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event.

**Definition of Market Value**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1) Buyer and seller are typically motivated;
2) Both parties are well informed or well advised, and each acting in what they consider their own best interests;
3) A reasonable time is allowed for exposure in the open market;
4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto;
5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
(Per Uniform Standards of Professional Appraisal Practice 2018-2019 USPAP Pg 153).

## Area and Neighborhood Comments

The subject property is located in the Vail Village portion of the town of Vail. Vail is located about 100 miles west of Denver along Interstate 70, in a narrow mountain valley situated against the west side of the Gore mountain range.

The first development corresponded with the opening of the Vail ski area in 1962. This is when completion of the first lifts and support facilities were built on what were previously ranch lands. Development in the region has steadily expanded over the years to the east and west. This has created an area of development thirty miles long that contains three ski areas, numerous golf courses, and extensive commercial and residential development. These factors have transformed the area into a four season resort, which has allowed for national and international appeal.

Vail Village is modeled after European villages with a large pedestrian core that contains extensive dining, entertainment and shopping facilities. Uses within the village consist predominately of resort commercial and condominiums, most dating to the 60's and 70's. Since the area is built-out many properties are undergoing extensive renovations with demolition and rebuilding occurring in some instances. Vail Village properties typically exhibited high values and good marketability to second and third home recreational buyers attracted to Vail's renowned recreation amenities. Appeal is enhanced by good views of the Gore Mountain Range and Gore Creek which runs through the village.

| | | Supplemental Addendum | | | File No. | |
|---|---|---|---|---|---|---|
| Borrower | Not Applicable | | | | | |
| Property Address · 141 E Meadow Dr | | | | | | |
| City | Vail | | County  Eagle | State  CO | Zip Code  81657 | |
| Lender/Client | | | | | | |

Also present at the eastern edge of the Vail Village area is the Gold Peak base area. This base area which recently underwent an extensive renovation consists of two chair lifts and two commercial buildings. These buildings house lift ticket offices, ski school facilities, ski rental shops, restaurants, parking facilities and a base lodge.

## Market Trends/Conditions

During 2000 to 2001 sales declined and inventory increased causing a stabilization of values. From 2001 to mid-2006 rapid appreciation occurred. Then in 2008 values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market has stabilized.

## Subject Project Comments

**Location:** The project site is located south of the South Frontage Road on East Meadow Drive at its intersection with Willow Bridge Road. This location is within the central core of Vail Village enhancing its overall appeal. It should be noted that the subject project represents the upper end of quality within the central village. This project is considered a "Condotel" as it has many of the amenities of a luxury hotel including the ability to have nightly rentals through the front desk.

**Year of construction:** Construction of the subject project began in 2007 with completion in 2010. This was after the demolition of the Crossroads Mall which previously occupied the site.

**Association Fees:** Currently the association fees for the subject unit are $4,242.01 per month. It should be noted that presently there are no special assessments.

**Project Size/Configuration:** The project consists of 79 residential condominium units within approximately 202,000 square feet. There also is 70,000 square feet of commercial space that is comprised of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink, a bank and numerous other retail shops. Also present are 307 parking spaces within an underground parking garage.

**Project amenities:** Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**Parking facilities:** There are a total of 307 parking spaces in the project's garage of which 112 are designated for the residential condominium units.

**Views:** The subject project has average to excellent views of the surrounding mountains and the ski slopes depending on the location within the project. Units on the north side of the building do not have ski slope views while southern facing units have good to excellent ski slope and mountain views.

**Surrounding uses:** Neighboring properties consist of a mix of improved multi-family, hotel and commercial projects.

**Topography:** Level to sloping

**Adverse conditions/easements:** No unusual or adverse conditions or easements were visually apparent or known by the appraiser.

**Vegetation:** The landscaping consists of grass, trees, shrubs and flowers.

## Subject Unit

**Structure/condition:** The subject property is a residential condominium dwelling that contains three bedrooms and four baths within 2,526 square feet of living space on one level. Also present is an undetermined amount of decking and a parking space in the project's parking garage. The dwelling's floor plan exhibits good traffic flow and space utilization. Condition was observed to be very good due to attentive care along with some long term rental use by a family. No functional or external losses were noted. No interior inspection was made for this report. An interior inspection was made on April 28, 2017. An extraordinary assumption about the condition of the subject property was made. This extraordinary

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | |

assumption may have an effect on the opinion of value assigned in this report. The interior photos are from the April 28, 2017 inspection.

**Quality of construction:** Quality of construction was rated as very good to excellent with a very high level of materials and workmanship being noted.

**Views:** The subject unit has good mountain views with limited ski slope views from its position on the western aspect of the building. It has restricted views to the north and west due to the adjacent building but is has limited ski slope views to the southwest that are partially blocked by trees. The visual impacts from the nearby interstate are minimal but the sonic impacts are still evident.

## Ownership and Sales History
**Present owner per public records:** Solaris Property Owner I LLC.

**Acquisition date:** None per Eagle County records.

**Recent activity:** No sale of the subject is evident per Eagle County records.

## Highest and Best Use
Highest and best use may be defined as:

*"The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value."*

The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was rebuilt and completed in 2010.

## Approaches to Value
There are three approaches to arriving at an opinion of value in the appraisal process. These are the Cost Approach, the Sales Comparison Approach and the Income Capitalization Approach. They are described as follows:

The *Cost Approach* is based on the presumption that the value of a property is indicated by the current cost of the vacant building site plus the cost to construct a similar property, less depreciation. These forms of depreciation consist of physical deterioration, functional obsolescence and external obsolescence.

The *Sales Comparison* approach is the process of comparing the subject property to sales of similar competing properties. Adjustments are made for differences in size, location and other market recognized differences.

The *Income Capitalization* approach is based on the measurement of the present value of future benefits. This is arrived at through a process of capitalizing economic or contract rent into an indication of value using market derived rents and market derived capitalization rates.

The appraiser has made a reasonable effort to employ each of the three approaches to value. In this valuation the Sales Comparison Approach was primarily relied upon in forming the final opinion of value. Although the resort nature of the subject marketplace has many examples of units utilized for long and short term rental purposes, the income often does not offset the cost of ownership. Therefore, the income associated with rental use has little bearing on prices paid for properties in the subject marketplace. Rental income is often secondary or inconsequential among purchaser's criteria with data for market rents and multipliers being diverse and inconsistent. As a result, while considered, the Income Approach was not utilized in this report. The cost approach has no meaningful basis for application in the valuation of individual multi-family interests in the local marketplace, and is omitted from discussion.

## Sales Comparison Approach

## Supplemental Addendum

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | | |

Although the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties which represent various aspects of the subject's market appeal.

Comparable 1 is a sale of a slightly larger unit with a more marketable location from the subject project. It enjoys direct ski slope views from its location on the southern aspect of the building but the east and western views look onto electrical boxes on the adjacent roof. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with an effective age of three years due to attentive care along with limited second home use and no short term rental use. Additional adjustments were required for furnishings that were included in the sale and a $500 credit the seller gave the buyer for repairs. This sale provides excellent overall similarity to the subject and is from the subject project.

Comparable 2 is a very recent sale of a larger unit from the competing Four Seasons Resort. This unit has similar limited ski slope views from its location on the southern aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and garage count. This very recent sale also provides excellent overall similarity to the subject.

Comparable 3 is a sale of a larger unit from the competing Lion project. The unit has more marketable ski slope views but is in the less marketable Lionshead portion of Vail. Therefore no view adjusted was made. Quality of construction was rated as very good which was adjusted at a rate of $100 per square foot. Condition was reported to be new as the property had never been lived in prior to its sale.
Additional adjustments were required for bath count and a $48,770 HOA credit the seller gave the buyer at closing. This sale provides good similarity to the subject.

Comparable 4 is a very recent sale of a larger unit with less marketable views from within the subject project. It lacks ski slope views and looks directly into the adjacent building to the west. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is divergent in terms of view but provides good similarity in all other aspects and is the most recent project sale.

Comparable 5 is a dated sale of a smaller unit from the competing Arrabelle at Vail Square project. The unit enjoys a location near the base of the Lionshead gondola and chair lift but lacks ski slope views and is within the less marketable Lionshead portion of Vail. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 6 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This is divergent in terms of view but provides good similarity in all other aspects.

Comparable 6 is a very recent sale of a smaller unit with less marketable views from the subject project. This unit has a less marketable location on the northern aspect of the building. It lacks ski slope views and has greater impact from the interstate. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with an effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This very recent sale from the project is divergent in terms of view and gross living area but provides good similarity in all other aspects. It is the second most recent project sale.

Comparable 7 is a listing of a smaller unit from the subject project. The unit has less marketable views from its location on the northern aspect of the building. It lacks ski slope views and has greater impact from the interstate. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count, furnishings that are to be included in the sale and a list to sales price adjustment. The list to sales price

CRC 000895

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | | |

ratio adjustment utilized in the report is based on the median sale price as a percent of list price from the analysis that was completed to determine the current market conditions.

**Due to the lack of recent sales of similar properties from within the subject neighborhood, it was necessary to utilize sales with sales prices that were greater than 15% less than the subject's opinion of value.**

## Comments on Adjustments to Sales

Please note the following criteria utilized for the adjustments in the sales comparison approach:

**Market Conditions adjustment:** All condominium sales that sold for more than $2,000,000 within the Vail Village and Lionshead markets were analyzed. The current twelve month period indicates a median sales price of $3,412,500 based on 38 sales ranging from $2,000,000 to $10,500,000. The prior twelve month period indicates a median sales price of $3,400,000 based on 45 sales ranging from $2,075,000 to $14,000,000. This indicates a slight increase of 0.35% over the twelve month period or a relatively stable market. Therefore no market condition adjustments were made in this report.

**View and floor location adjustments:** Derived from sales of properties with varying appeal and locational characteristics, based on matched pair analysis.

**Quality adjustments:** Based on estimated cost differences, together with cost to cure approximations, when appropriate. Secondary support is provided via conversations with involved parties regarding the effect of differing quality on purchase prices.

**Age and condition characteristics:** These are combined into one adjustment with consideration given to each property's actual and effective ages. Typical condition adjustments for properties in average condition are estimated at about 1.5% per year, reflecting a total estimated life of about 65 years in a straight line age/life analysis. Properties differing in their effective ages are assigned greater or lesser amounts of adjustment based on their relative condition, together with consideration of cost-to-cure estimation, if appropriate. Therefore, an estimated per square foot cost to build is multiplied by the square footage of the comparable to arrive at an estimated cost to build. This figure is then multiplied by the difference in the effective age (difference between the subject's effective age and the comparables effective age) then multiplied by the aforementioned 1.5% to arrive at the age/condition adjustment.

**Room count:** $35,000 per bathroom, based on matched pair analysis. No bedroom count adjustments were evident in the available market data.

**Gross living area:** Differences in gross living area are adjusted at about $1,000 per square foot in this report, which is indicative of the sensitivity to size that this marketplace is presently tending to exhibit.

**Homeowners Association Fees:** HOA fees are often based on the size of the unit along with the level and quality of the project's amenities. Sometimes these fees include heat for not only the common area but each individual unit. As a result these fees can vary between units within the same project along with units from competing projects, making an adjustment for these items very difficult to extract from the available data. The more amenities and/or the higher quality of amenities results in higher fees. An analysis of the market data did not readily display an adjustment for the difference between HOA fees of each comparable, therefore no adjustments were made.

**The appraiser recognizes that some of these comparables have larger than typical individual, net and/or gross adjustments. It should be pointed out that variations like this are a common occurrence in this marketplace. Differences in gross living area, quality, conditions, location, etc. often vary substantially from property to property while at the same time maintaining a level of common appeal. Even with these adjustments the sales cited are considered to be similar in appeal, adequately reliable, the best available indicators of subject value.**

## Estimate of Reasonable Exposure Time

A reasonable Exposure Time may be defined as "the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at

## Supplemental Addendum

| Borrower | Not Applicable | | | | File No. | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |

market value on the effective date of the appraisal" Implicit in this definition are the following characteristics:

The property will be actively exposed and aggressively marketed to potential purchasers. This marketing is to be directed through marketing channels commonly used by buyers and sellers of similar type properties.

The property will be offered at a price reflecting the most probable markup over market value used by sellers of similar type properties.

A sale will consummate under terms and conditions of the definition of market value.

An examination of recent sales activity within the subject marketplace reflects a wide range of typical exposure times. Purchase mortgage funds are readily available for properties within the subject area, and a significant number of sales close under all cash terms. An exposure time estimate for the subject property of twelve to twenty four months is considered realistic in the present market.

## Final Value Indication

Although the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties. The adjusted data provides adequate similarity to the subject property and a range of indications from $5,368,500 to $5,892,230. Comparable one is the most similar to the subject property. Comparables one, four and six are from the subject project. Therefore, with support from the other comparables, a value of $5,700,000 is selected and considered reasonable and supportable in the current marketplace. The opinion of value of the subject property is above the predominant value within the subject marketplace. This is typical of the proximal area due to the large disparity in terms of gross living area, condition, views and quality of construction. An analysis of the market data does not indicate that there is an effect on the marketability of the subject due to its correspondence to the predominate value.

## Furnishings and other Personal Property

The subject property is appraised unfurnished with no contribution given to any furnishings, personal property, or intangible items that are not real property. Fixtures, such as built-in appliances, window coverings, wall and floor coverings, electrical fixtures and plumbing fixtures are typically considered as real property in the valuation of residential property, and are included in the value assigned herein.

CRC 000897

## Subject Photo Page

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County | Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | | |



**Subject Front**

141 E Meadow Dr 4G West
Sales Price
Gross Living Area     2,526
Total Rooms           6
Total Bedrooms        3
Total Bathrooms       4.0
Location              Vail Village
View                  Gd/Mtn/Sm Ski
Site                  Typical/Condo
Quality               VrGd-Excellent
Age                   9 yrs, 5 eff



**Subject Rear**



**Subject Street**

Form PIC3x5.SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000898

## Photograph Addendum

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | | |


**Main living area**


**Dining**


**Kitchen**


**Bedroom**


**Bedroom**


**Bedroom**


**Bath**


**Bath**


**Bath**


**Bath**


**Laundry Room**


**View**


**View**


**View**

## Comparable Photo Page

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |



### Comparable 1

| | |
|---|---|
| | 141 E Meadow Dr # 4B |
| Prox. to Subject | 0.05 miles E |
| Sale Price | 5,950,000 |
| Gross Living Area | 2,530 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4.0 |
| Location | Vail Village |
| View | VrGd/Mtn/Ski |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 8 yrs, 3 eff |



### Comparable 2

| | |
|---|---|
| | 1 Vail Rd # 9201 |
| Prox. to Subject | 0.16 miles W |
| Sale Price | 6,200,000 |
| Gross Living Area | 2,926 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | Vail Village |
| View | Gd/Mtn/Sm Ski |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 3

| | |
|---|---|
| | 701 W Lionshead Cir # E403 |
| Prox. to Subject | 0.79 miles W |
| Sale Price | 6,250,000 |
| Gross Living Area | 2,816 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4.1 |
| Location | Lionshead |
| View | VrGd/Ski |
| Site | Typical/Condo |
| Quality | Very Good |
| Age | 2 yrs, 0 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000900

# Comparable Photo Page

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |



### Comparable 4

| | |
|---|---|
| 141 E Meadow Dr # A1 | |
| Prox. to Subject | 0.01 miles S |
| Sale Price | 4,550,000 |
| Gross Living Area | 2,570 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3 1 |
| Location | Vail Village |
| View | Good/Mtn/West |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 5

| | |
|---|---|
| 675 Lionshead Pl # 330 | |
| Prox. to Subject | 0.68 miles W |
| Sale Price | 3,400,000 |
| Gross Living Area | 2,116 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Good/Mtn/Nr Slope |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 11 yrs, 6 eff |



### Comparable 6

| | |
|---|---|
| 141 E Meadow Dr # 6E | |
| Prox. to Subject | 0.02 miles NE |
| Sale Price | 2,780,000 |
| Gross Living Area | 1,740 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000901

## Comparable Photo Page

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



### Comparable 7

| | |
|---|---|
| | 141 E Meadow Dr # 7E |
| Prox. to Subject | 0.02 miles NE |
| Sale Price | 3,750,000 |
| Gross Living Area | 2,268 |
| Total Rooms | 7 |
| Total Bedrooms | 3+D |
| Total Bathrooms | 3.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |

### Comparable 8

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

### Comparable 9

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

Form PICPIX.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000902

## Building Sketch (Page - 1)

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



**First Floor**
[2526.22 Sq ft]

TOTAL Sketch by a la mode, inc

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000903

## Building Sketch (Page - 2)

| Borrower | Not Applicable | | | |
|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | |

TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 2526.22 Sq ft | 6 × 7.87 | = 47.25 |
| | | 15.8 × 3.7 | = 58.46 |
| | | 50.83 × 7.73 | = 392.67 |
| | | 48.63 × 8.2 | = 398.73 |
| | | 61.63 × 6.8 | = 419.06 |
| | | 3.37 × 0.8 | = 2.7 |
| | | 62.33 × 5.47 | = 341.18 |
| | | 3.23 × 0.7 | = 2.26 |
| | | 9.23 × 3.9 | = 35.98 |
| | | 18.73 × 6.1 | = 114.23 |
| | | 19.23 × 22.4 | = 430.66 |
| | | 12.33 × 15.6 | = 192.28 |
| | | 11.53 × 2.1 | = 24.2 |
| | | 0.5 × 11.53 × 11.53 | = 66.42 |
| | | Arc | = 0.14 |

| Total Living Area (Rounded): | 2526 Sq ft |
|---|---|

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000904

Page # 22 of 26

## Location Map

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |



CRC 000905

## Assumptions, Limiting Conditions & Scope of Work

File No.:

| Property Address: | 141 E Meadow Dr | | City: Vail | | State: CO | Zip Code: 81657 |
|---|---|---|---|---|---|---|
| Client: | Colorado Regional Center Project Solans, LLLP | Address: | 1644 Platte St , Suite 417, Denver, CO 80202 | | | |
| Appraiser: | Angelo Lona | Address: | PO Box 4175, Avon, CO 81620-4175 | | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

Copyright © 2007 by a la mode  inc  This form may be reproduced unmodified without written permission, however, a la mode, inc  must be acknowledged and credited

**GP RESIDENTIAL**

# Certifications

File No.:

| Property Address: | 141 E Meadow Dr | City: Vail | State: CO | Zip Code: 81657 |
|---|---|---|---|---|
| Client: | Colorado Regional Center Project Solaris, LLLP | Address: 1644 Platte St., Suite 417, Denver, CO 80202 | | |
| Appraiser: | Angelo Lona | Address: PO Box 4175, Avon, CO 81620-4175 | | |

**APPRAISER'S CERTIFICATION**

**I certify that, to the best of my knowledge and belief:**

- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by
the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report
within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction
in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event
directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional
Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion,
sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present
owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

**DEFINITION OF MARKET VALUE *:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite
to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.
Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions
whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions
granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions
Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System
(FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS),
and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS,
FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: Rob Glucksman | Client Name: Colorado Regional Center Project Solaris, LLLP |
|---|---|
| E-Mail: rglucksman@coloradoregionalcenter.com | Address: 1644 Platte St., Suite 417, Denver, CO 80202 |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Angelo Lona | Supervisory or Co-Appraiser Name: |
| Company: Angelos Appraisal Inc | Company: |
| Phone: (970) 845-5056   Fax: (970) 845-9472 | Phone:   Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date Report Signed: 08/02/2019 | Date Report Signed: |
| License or Certification #: CR1318912   State: CO | License or Certification #:   State: |
| Designation: Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 12/31/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☐ Interior & Exterior ☒ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 06/19/2019 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

**GP RESIDENTIAL**

Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

Page # 25 of 26

190715/Solaris4GW19

## USPAP ADDENDUM

File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender | | | | | |

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report          This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report     This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**
My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:     12 to 24 months

**Additional Certifications**
I certify that, to the best of my knowledge and belief:

☐ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☒ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.
- The statements of fact contained in this report are true and correct
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).
- Prior appraisals of this unit were completed by the appraiser on 8/2/16, 4/28/17, 10/3/17, 4/4/18 and 11/06/18.

**Additional Comments**
No undue influence was placed on the appraiser during the development of this report.
No interior inspection was made for this report.  An interior inspection was made on April 28, 2017.  An extraordinary assumption about the condition of the subject property was made.  This extraordinary assumption may have an effect on the opinion of value assigned in this report.
The interior photos provided in the report are from the April 28, 2017 inspection.

**APPRAISER:**

Signature:

Name:  Angelo Loria

Date Signed:  08/02/2019

State Certification #.  CR1318912

or State License #

State:  CO

Expiration Date of Certification or License:  12/31/2019

Effective Date of Appraisal:  06/19/2019

**SUPERVISORY APPRAISER: (only if required)**

Signature

Name:

Date Signed:

State Certification #:

or State License #:

State:

Expiration Date of Certification or License.

Supervisory Appraiser Inspection of Subject Property
☐ Did Not   ☐ Exterior-only from Street   ☐ Interior and Exterior

Form ID14AP - "TOTAL" appraisal software by a la mode. inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000908

**Appraisers License**



CRC 000909





**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472

Re  Property:   141 E Meadow Dr
                Vail, CO 81657
    Borrower:   Not Applicable
    File No.:    190704/Solaris5CW19

In accordance with your request, we have appraised the above referenced property  The report of that appraisal is attached.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you

Sincerely,

Angelo Leria

Angelo's Appraisal Inc (970) 845-5056
Page # 2 of 26
190704/Solans5CW19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT
File No.:

## SUBJECT

Property Address: 141 E Meadow Dr    Unit #: 5C West    City: Vail    State: CO
Zip Code: 81657    County: Eagle    Legal Description: Residences at Solaris-Vail Unit 5C West
Assessor's Parcel #: 2101-082-94-046
Tax Year: 2018    R.E. Taxes: $ 24,445.00    Special Assessments: $ 0    Borrower (if applicable):    Not Applicable
Current Owner of Record: Solaris Property Owner I LLC    Occupant: ☐ Owner ☒ Tenant (Market Rent) ☐ Tenant (Regulated Rent) ☐ Vacant
Project Type: ☒ Condominium ☐ Other (describe)    HOA: $ 2,816.96 ☐ per year ☒ per month
Market Area Name: Vail Village    Map Reference: 20780    Census Tract: 0007.02
Project Name: Solaris Residences    Phase: N/A

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective .
Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)
Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
Intended Use: To provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP

Intended User(s) (by name or type) Colorado Regional Center Project Solaris, LLLP
Client: Colorado Regional Center Project Solaris, LLLP    Address: 1644 Platte St., Suite 417, Denver, CO 80202
Appraiser: Angelo Loria    Address: PO Box 4175, Avon, CO 81620-4175

## MARKET AREA DESCRIPTION

Location: ☐ Urban ☒ Suburban ☐ Rural    Predominant Occupancy    Condominium Housing    Present Land Use    Change in Land Use
Built up: ☒ Over 75% ☐ 25-75% ☐ Under 25%    ☒ Owner    PRICE $(000) / AGE (yrs)    One-Unit 5% ☒ Not Likely
Growth rate: ☒ Rapid ☐ Stable ☐ Slow    ☐ Tenant    Low 640 2    2-4 Unit 1% ☐ Likely * ☐ In Process *
Property values: ☐ Increasing ☒ Stable ☐ Declining    ☒ Vacant (0-5%)    High 15,000 60    Multi-Unit 54% * To:
Demand/supply: ☐ Shortage ☒ In Balance ☐ Over Supply    ☐ Vacant (>5%)    Pred 2,000 30    Comm'l 40%
Marketing time: ☐ Under 3 Mos. ☐ 3-6 Mos. ☒ Over 6 Mos.    %

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The Vail Village area is bound by the Vail Golf Course on the east, Lionshead on the west, Interstate-70 on the north and Vail Ski Resort and slopes on the south. The immediate Vail Village area is built-out with extensive renovations and rebuilding after demolition. The area enjoys good marketability due to its excellent views and proximity to the main Vail base area and the Gold Peak base area. During 2000 to 2001 values declined causing a stabilization of values. From 2001 to mid 2006 rapid appreciation occurred. Then the subject marketplace slowed and the values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

## PROJECT SITE DESCRIPTION

Zoning Classification: Special Development District    Description: Public Accommodation
Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
Ground Rent (if applicable) $ N/A /    Comments: Not applicable

Highest & Best Use as improved (or as proposed per plans & specifications): ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date    Residential Condominium    Use as appraised in this report: Residential Condominium
Summary of Highest & Best Use: The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was rebuilt and completed in 2010

Utilities Public Other Provider/Description    Off-site Improvements Type Public Private    Density Average
Electricity ☒ ☐ Unknown    Street Asphalt ☒ ☐    Size Typical/Condo
Gas ☒ ☐ Unknown    Curb/Gutter Concrete ☒ ☐    Topography Level to sloping
Water ☒ ☐ Unknown    Sidewalk Concrete ☒ ☐    View Good/Mtn
Sanitary Sewer ☒ ☐ Unknown    Street Lights Electric ☒ ☐
Storm Sewer ☒ ☐ Unknown    Alley None ☐
Other site elements: ☐ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X    FEMA Map # 08037C0469D    FEMA Map Date 12/4/2007
Site Comments: No adverse site conditions were evident at the time of observation.

## PROJECT INFORMATION

Data source(s) for project information    Management/MLS
Project Description ☐ Detached ☐ Row or Townhouse ☐ Garden ☐ Mid-Rise ☒ High-Rise ☐ Other (describe)

| General Description of Project | | Subject Phase | # | If Project Completed | # | If Project Incomplete - # |
|---|---|---|---|---|---|---|
| # of Stories | 9 | Exterior Walls Frame/Rock | Units 79 | Phases 1 | Planned Phases |
| # of Elevators | 9 | Roof Surface Zinc | Units Completed 79 | Units 79 | Planned Units |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | Total # of Parking 112 | Units For Sale 21 | Units for Sale 21 | Units for Sale |
| Design (Style) Condo | Ratio (spaces/unit) 1.4.1 | Units Sold 37 | Units Sold 37 | Units Sold |
| Actual Age (Yrs.) 9 | Parking Type(s) Prk Garage | Units Rented | Units Rented | Units Rented |
| Effective Age (Yrs.) 5 | Guest Parking Avg | Owner Occup. Units Unkn | Owner Occup. Units Unkn | Owner Occup. Units |

Project Primary Occupancy ☒ Principal Residence ☐ Second Home or Recreational ☐ Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No
Management Group: ☐ Homeowners' Association ☐ Developer ☒ Management Agent (name of management agent or company): Jeff Fruin (970)
790-6406 or jfruin@solarisresidences.com
Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No    If Yes, describe the original use and date of conversion

Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown    Have the documents been reviewed? ☐ Yes ☒ No    Comments: These documents were not reviewed for this appraisal
Project Comments (condition, quality of construction, completion status, etc.): Thirty five percent of the project consists of commercial space. This commercial space consists of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink/putting green, a bank and numerous other retail shops.

Common Elements and Recreational Facilities: Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.
GP CONDO
Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
6/2007
Civil Action No. 1:19-cv-02443-STV
Exhibit 13
CRC 000911

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

## PROJECT ANALYSIS

Summary of condominium project budget analysis for the current year (if analyzed).   The condominium budget was not reviewed for this appraisal.

Other fees for the use of the project facilities (other than regular HOA charges):   The appraiser is unaware of any additional fees for the use of the project facilities.

Compared to other competitive projects of similar quality and design, the subject unit charge appears   ☐ High   ☒ Average   ☐ Low   (If High or Low, describe)

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
☐ Yes   ☒ No   If Yes, describe and explain the effect on value and marketability.   No condominium documents or HOA meeting minutes were reviewed for this appraisal.  The appraiser is unaware of any special or unusual characteristics of the project.

## DESCRIPTION OF THE UNIT IMPROVEMENTS

Unit Charge $ 2,816.96 _ per month X 12 = $ 33,803.52 _ per year.   Annual assessment charge per year per SF of GLA = $ _ 19.98 _
Utilities included in the Unit Charge:   ☐ None   ☒ Heat   ☒ Air Conditioning   ☐ Electricity   ☒ Gas   ☒ Water   ☒ Sewer   ☒ Cable   ☐ Other _
Source(s) used for physical characteristics of property:   ☐ New Inspection   ☒ Previous Appraisal Files   ☐ MLS   ☐ Assessment and Tax Records   ☒ Prior Inspection
☐ Property Owner   ☐ Other (describe)   Data Source for Gross Living Area   Interior dimensions from prior inspection

| General Description | | Exterior Description | | Foundation | ☒ N/A | Basement | ☒ N/A | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| Floor Location | 5th/Mid Level | Foundation | Concrete | Slab | | Area Sq. Ft. | | Type | In-floor radiant |
| # of Levels | 1 | Exterior Walls | Frame/Rock | Crawl Space | | % Finished | | Fuel | NG |
| Design (Style) | Condo | Roof Surface | Zinc | Basement | | Ceiling | | | |
| ☒ Existing   ☐ Proposed | | Gutters & Dwnspts. | Yes | Sump Pump ☐ | | Walls | | Cooling | |
| ☐ Under Construction | | Window Type | Wood-Alum clad | Dampness ☐ | | Floor | | Central | Yes |
| Actual Age (Yrs.) | 9 | Storm/Screens | No/Yes | Settlement | | Outside Entry | | Other | |
| Effective Age (Yrs.) | 5 | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic ☒ N/A | Amenities | | Car Storage | | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Wood-Stone-Carpet | Refrigerator ☒ | Stairs ☐ | Fireplace(s) # 1 | Woodstove(s) # 0 | | ☒ Garage   # | 1 | |
| Walls | Plaster | Range/Oven ☒ | Drop Stair ☐ | Patio | None | | ☐ Covered   # | 0 | |
| Trim/Finish | Cherry/Stained | Disposal ☒ | Scuttle ☐ | Deck | Yes | | ☐ Open   # | 0 | |
| Bath Floor | Stone | Dishwasher ☒ | Doorway ☐ | Porch | None | | Total # of cars | 1 | |
| Bath Wainscot | Stone-Ceramic | Fan/Hood ☒ | Floor ☒ | Fence | None | | ☐ Assigned | | |
| Doors | Solid Cherry Stained | Microwave ☒ | Heated ☐ | Pool | None | | ☒ Owned | | |
| | | Washer/Dryer ☒ | Finished ☐ | Balcony | None | | Space #(s) Unassigned | | |

Finished area above grade contains:   6 _ Rooms   2+D _ Bedrooms   3.0 _ Bath(s)   1,692 _ Square Feet of Gross Living Area Above Grade
Are the heating and cooling for the individual units separately metered?   ☐ Yes   ☒ No (If No, describe)   This is typical of many large projects within the Vail marketplace.

Additional features:   See attached addendum.

Describe the condition of the property (including physical, functional and external obsolescence):   No interior inspection was made for this report.  An interior inspection was made on October 3, 2017.  An extraordinary assumption about the condition of the subject property was made.  It is assumed that the current condition is similar to what was observed on October 3, 2017.  This extraordinary assumption may have an effect on the opinion of value assigned in this report.

## TRANSFER HISTORY

My research   ☐ did   ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s):   Eagle County records.

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing:   No prior sale is evident per Eagle County records. |
|---|---|
| Date | |
| Price | |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date | |
| Price | |
| Source(s): | |

**GP CONDO**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE   6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000912

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

## SALES COMPARISON APPROACH TO VALUE (if developed) ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(−) $ Adjust. | COMPARABLE SALE # 2 | +(−) $ Adjust. | COMPARABLE SALE # 3 | +(−) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr # 5C West | 141 E Meadow Dr # 6E West | | 728 W Lionshead Cir # R308 | | 675 Lionshead Pl # 330 | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | |
| Project | Solaris Residences | Solaris Residences | | Ritz Carlton Residences | | Arrabelle at Vail Square | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0 01 miles W | | 0.92 miles W | | 0.71 miles W | |
| Sale Price | $ | $ 2,780,000 | | $ 2,560,000 | | $ 3,400,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 1,597.70 /sq.ft. | | $ 1,679.79 /sq.ft. | | $ 1,606.81 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#934477;DOM 27 | | VBRMLS#934199;DOM 53 | | VBRMLS#931500;DOM 11 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Conventional | | Cash | | Cash | |
| Concessions | | Furnished | -25,000 | Furnished | -25,000 | Furnished | -25,000 |
| Date of Sale/Time | | 04/30/2019 | | 04/23/2019 | | 03/30/2018 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Vail Village | | Lionshead | | Lionshead | |
| HOA Fees ($/Month) | 2,816.96 | 2,850.00 | | 2,570.00 | | 2,545.00 | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | Pool, Spa, Lobby | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | Athletic facilities | |
| Floor Location | 5th/Mid Level | 6th/Mid Level | 0 | 5th/Mid Level | 0 | 3rd/Mid Level | 0 |
| View | Good/Mtn | Good/Mtn | | Gd/Mtn/Lionshead | +200,000 | Good/Mtn/Nr Slope | -250,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | VrGd-Excellent | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | 9 yrs, 5 eff | | 11 yrs, 6 eff | +42,500 |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade Room Count | Total 6 / Bdrms 2+D / Baths 3.0 | Total 5 / Bdrms 2 / Baths 2 1 | +17,500 | Total 5 / Bdrms 2 / Baths 3.0 | 0 | Total 5 / Bdrms 2 / Baths 3.0 | 0 |
| Gross Living Area | 1,692 sq.ft. | 1,740 sq.ft. | -48,000 | 1,524 sq.ft. | +168,000 | 2,116 sq.ft. | -424,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| Net Adjustment (Total) | | ☐ + ☒ − | $ -55,500 | ☒ + ☐ − | $ 343,000 | ☐ + ☒ − | $ -656,500 |
| Adjusted Sale Price of Comparables | | 2.0 / 3.3 | $ 2,724,500 | 13.4 / 15.4 | $ 2,903,000 | 19.3 / 21.8 | $ 2,743,500 |

Summary of Sales Comparison Approach   All comparable data is obtained from Eagle County Clerk and Assessor, the local Multiple Listing service and/or involved parties.  See attached addendum for comments on the sales comparison approach.

Indicated Value by Sales Comparison Approach $   2,735,000

**GP CONDO**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited
Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000913

Page # 5 of 26
190704/Solaris5CW19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

| INCOME APPROACH TO VALUE (if developed) | ☒ The Income Approach was not developed for this appraisal. | | | |
|---|---|---|---|---|
| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
| Address | 141 E Meadow Dr # 5C West Vail, CO 81657 | | | |
| Project | Solaris Residences | | | |
| Phase | N/A | | | |
| Proximity to Subject | | | | |
| Current Monthly Rent | $ | $ | $ | $ |
| Rent/GLA | $ /sq.ft. | $ /sq.ft. | $ /sq.ft. | $ /sq.ft. |
| Rent Control | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Data Source(s) | | | | |
| Date of Lease(s) | | | | |
| Location | Vail Village | | | |
| View | | | | |
| Age | 9 yrs, 5 eff | | | |
| Condition | Very Good | | | |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths | Total / Bdrms / Baths | Total / Bdrms / Baths |
| Room Count | 6 / 2+D / 3.0 | | | |
| Gross Living Area | 1,692 sq.ft. | sq.ft. | sq.ft. | sq.ft. |
| Utilities Included | | | | |

Summary of Income Approach (including support for market rent and GRM).

Opinion of Monthly Market Rent $ N/A X Gross Rent Multiplier 0.00 = $ **Indicated Value by Income Approach**

**COST APPROACH TO VALUE (if developed)** ☒ The Cost Approach was not developed for this appraisal.
Summary of Cost Approach

Indicated Value by: Sales Comparison Approach $ 2,735,000 Cost Approach (if developed) $ Income Approach (if developed) $

Final Reconciliation   The Sales Comparison Approach is typically the most reliable indicator in the valuation of individual condominium units. The Cost and Income Approach are not considered reliable

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 2,735,000 , as of: 06/19/2019 ; which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains 26 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
☒ Scope of Work   ☒ Limiting Cond./Certifications   ☒ Narrative Addendum   ☒ Photograph Addenda   ☒ Sketch Addendum
☒ Map Addenda   ☒ Additional Sales   ☐ Additional Rentals   ☐ Flood Addendum   ☐ Hypothetical Conditions
☒ Extraordinary Assumptions   ☐ Budget Analysis   ☐

Client Contact: Rob Glucksman   Client Name: Colorado Regional Center Project Solaris, LLLP
E-Mail: rglucksman@coloradoregionalcenter.com   Address: 1644 Platte St., Suite 417, Denver, CO 80202

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| | |
| Appraiser Name: Angelo Lara | Supervisory or Co-Appraiser Name: |
| Company: Angelos Appraisal Inc | Company: |
| Phone: (970) 845-5056   Fax: (970) 845-9472 | Phone:   Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date of Report (Signature): 08/02/2019 | Date of Report (Signature): 11/20/2017 |
| License or Certification #: CR1318912   State: CO | License or Certification #:   State: |
| Designation: Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 12/31/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 06/19/2019 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP CONDO**   Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE   6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000914

190704/Solans5CW19

## ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | +(–) $ Adjust. | COMPARABLE SALE # 5 | +(–) $ Adjust. | COMPARABLE SALE # 6 | +(–) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr # 5C West | 610 W Lionshead Cir # 517 | | 141 E Meadow Dr # 1A South | | 701 W Lionshead Cir # E506 | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | |
| Project | Solans Residences | Landmark Vail | | Solaris Residences | | The Lion | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0.75 miles W | | 0.03 miles SW | | 0.82 miles W | |
| Sale Price | $ | $ 2,225,000 | | $ 4,550,000 | | $ 2,000,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 1,397.61 /sq.ft. | | $ 1,770.43 /sq.ft. | | $ 1,291.16 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#V314309;DOM 3643 | | VBRMLS#V322313;DOM 2168 | | VBRMLS#934506;DOM 68 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(–) $ Adjust. | DESCRIPTION | +(–) $ Adjust. | DESCRIPTION | +(–) $ Adjust. |
| Sales or Financing | | Cash | | Cash | | Cash | |
| Concessions | | None | 0 | Furnished | -25,000 | HOA Credit/Furn | -35,788 |
| Date of Sale/Time | | 01/24/2018 | | 06/13/2019 | | 06/12/2019 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Lionshead | | Vail Village | | Lionshead | |
| HOA Fees ($/Month) | 2,816.96 | 1,163.00 | | 4,209.00 | | 1,798.00 | |
| Common Elements and Recreational Facilities | Pool, Spa, Lobby Athletic facilities | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | |
| Floor Location | 5th/Mid Level | 5th/Top Level | -35,000 | 1st/Lower Level | 0 | 5th/Mid Level | 0 |
| View | Good/Mtn | Gd/Ski/Lionshead | +500,000 | Good/Mtn/West | -650,000 | Gd/Hwy/Lionshead | +575,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | Very Good | +155,000 |
| Age | 9 yrs, 5 eff | 9 yrs, 2 eff | -96,000 | 9 yrs, 5 eff | | 3 yrs, 1 eff | -124,500 |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6  2+D  3.0 | 5  2  3.0 | 0 | 6  3  3.1 | -17,500 | 5  2  3.0 | 0 |
| Gross Living Area | 1,692 sq.ft. | 1,592 sq.ft. | +100,000 | 2,570 sq.ft. | -878,000 | 1,549 sq.ft. | +143,000 |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ +  ☐ – | $ 469,000 | ☐ +  ☒ – | $ -1,570,500 | ☒ +  ☐ – | $ 712,712 |
| Adjusted Sale Price | | 21.1 | | 34.5 | | 35.6 | |
| of Comparables | | 32.9 | $ 2,694,000 | 34.5 | $ 2,979,500 | 51.7 | $ 2,712,712 |

SALES COMPARISON APPROACH

Summary of Sales Comparison Approach

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.

Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**GP CONDO**

6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000915

# ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | | COMPARABLE SALE # 8 | | COMPARABLE SALE # 9 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr # 5C West | 141 E Meadow Dr # 7E East | | | | | |
| | Vail, CO 81657 | Vail, CO 81657 | | | | | |
| Project | Solans Residences | Solaris Residences | | | | | |
| Phase | N/A | N/A | | | | | |
| Proximity to Subject | | 0.03 miles E | | | | | |
| Sale Price | $ | $ | 3,250,000 | $ | | $ | |
| Sale Price/GLA | $ /sq.ft. | $ 1,649.75 /sq.ft. | | $ /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#934805;DOM 73 | | | | | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(–) $ Adjust | DESCRIPTION | +(–) $ Adjust. | DESCRIPTION | +(–) $ Adjust |
| Sales or Financing | | Listing | | | | | |
| Concessions | | Furnished | -25,000 | | | | |
| Date of Sale/Time | | Active | -65,000 | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | Vail Village | Vail Village | | | | | |
| HOA Fees ($/Month) | 2,816.96 | 3,304.33 | | | | | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | | | | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | | | | |
| Floor Location | 5th/Mid Level | 7th/Mid Level | 0 | | | | |
| View | Good/Mtn | Good/Mtn | | | | | |
| Design (Style) | Condo | Condo | | | | | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | | | | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | | | | |
| Condition | Very Good | Very Good | | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6 2+D 3.0 | 5 2 2.1 | +17,500 | | | | |
| Gross Living Area | 1,692 sq.ft. | 1,970 sq.ft. | -278,000 | sq.ft. | | sq.ft. | |
| Basement & Finished | None | None | | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Parking | 1 prking garage | 1 prking garage | | | | | |
| Porch/Patio/Deck | Deck | Deck | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ – $ | -350,500 | ☐ + ☐ – $ | | ☐ + ☐ – $ | |
| Adjusted Sale Price | | 10.8 | | | | | |
| of Comparables | | 11.9 $ | 2,899,500 | $ | | $ | |
| Summary of Sales Comparison Approach | | | | | | | |

SALES COMPARISON APPROACH

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.
Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc - 1-800-ALAMODE     6/2007
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

**GP CONDO**

CRC 000916

## Supplemental Addendum

| | | | | | | File No. |
|---|---|---|---|---|---|---|
| Borrower | Not Applicable | | | | | |
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code  81657 |
| Lender/Client | | | | | | |

**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472



## ADDENDUM TO THE APPRAISAL OF:

141 E Meadow Drive, #5C West
Residences at Solaris-Vail, Unit 5C West
Vail, Colorado 81657
Eagle County, Colorado

### Purpose of the Appraisal

The purpose of this appraisal is to provide an opinion of the market value of the subject property, in an "as is" condition and a fee simple estate.

### Client and Intended Users:

This appraisal report is intended for the use by Colorado Regional Center Project Solaris, LLLP. No other use of this appraisal is permitted.

### Intended Use:

The appraisal report is to provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP only and is not for any other use.

### Scope of Work

#### Extent of the Appraisal Process

The appraisal of the subject property includes a physical observation of the exterior of the subject property along with data on file with the Eagle County Assessor's office as of the date of this appraisal. An examination of market factors, recent transactions, a locational analysis of the home site and neighborhood, an economic analysis of the market and other pertinent data that may have an influence on the property were reviewed. Sales and related information utilized in this report are gathered from the local multiple listing service and public records. They are confirmed whenever possible with the involved parties, are the best available and the most recent sales which represent various aspects of the subject's market appeal. When conflicting information was provided the source deemed most reliable was used. All of this information is compiled and analyzed before a final opinion of value is determined.

The appraisal is in compliance with the guidelines set forth by:
Federal Financial Institutions Reform Recovery and Enforcement Act of 1989 (FIRREA)
Uniform Standards of Professional Appraisal Practices (USPAP)

### Type of Appraisal and type of Appraisal Report:

This appraisal is an "Appraisal Report" that is presented on the General Purpose Condo form.

### Property Observation

The appraiser completed an exterior observation of the subject property. This observation is not the same as a home inspection and did not include a viewing of the crawl space and attic area of the home (if applicable). It is based on the observations of an appraiser who visited the property and does not include a physical analysis of the major components of the home. The appraiser is not a mechanical engineer, electrical engineer, environmental engineer or structural engineer. Therefore, no warranty of the components which include, but are not limited to, the electrical, plumbing, heating, structural, and roofing are made or implied. All the above mentioned systems are presumed to be in working condition with the opinion of value herein subject to that assumption. Furthermore, no analysis of environmental conditions, including but not limited to, moisture, mold and radon gas has been made or implied. It is assumed no adverse environmental conditions exist with the opinion of value herein subject to that assumption.

CRC 000917

## Supplemental Addendum

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |

File No

**Gramm-Leach-Bliley Act of 1999**
In compliance with the Gramm-Leach Bliley Act, the appraiser does not disclose any non-public personal information that is not specifically permitted by law.

**Competency**
The appraiser has the competency and appropriate knowledge, training, and experience to complete this assignment.

**Extraordinary Assumptions or Hypothetical Conditions:**
No hypothetical condition was utilized in the report. An extraordinary assumption was made in this report. No interior inspection was made for this report. An interior inspection was made on October 3, 2017. An extraordinary assumption about the condition of the subject property was made. It is assumed that the current condition is similar to what was observed on October 3, 2017. This extraordinary assumption may have an effect on the opinion of value assigned in this report. The interior photos of the subject property in the report were from the October 3, 2017 inspection.

**Prohibited Influences**
The appraisal assignment was not based upon a requested minimum valuation, specific valuation, or approval of a loan. Employment and compensation are not contingent upon the reporting of a predetermined value, a direction of the value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event.

**Definition of Market Value**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1) Buyer and seller are typically motivated;
2) Both parties are well informed or well advised, and each acting in what they consider their own best interests;
3) A reasonable time is allowed for exposure in the open market;
4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto;
5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
(Per Uniform Standards of Professional Appraisal Practice 2018-2019 USPAP Pg 153).

## Area and Neighborhood Comments
The subject property is located in the Vail Village portion of the town of Vail. Vail is located about 100 miles west of Denver along Interstate 70, in a narrow mountain valley situated against the west side of the Gore mountain range.

The first development corresponded with the opening of the Vail ski area in 1962. This is when completion of the first lifts and support facilities were built on what were previously ranch lands. Development in the region has steadily expanded over the years to the east and west. This has created an area of development thirty miles long that contains three ski areas, numerous golf courses, and extensive commercial and residential development. These factors have transformed the area into a four season resort, which has allowed for national and international appeal.

Vail Village is modeled after European villages with a large pedestrian core that contains extensive dining, entertainment and shopping facilities. Uses within the village consist predominately of resort commercial and condominiums, most dating to the 60's and 70's. Since the area is built-out many properties are undergoing extensive renovations with demolition and rebuilding occurring in some instances. Vail Village properties typically exhibited high values and good marketability to second and third home recreational buyers attracted to Vail's renowned recreation amenities. Appeal is enhanced by good views of the Gore Mountain Range and Gore Creek which runs through the village.

CRC 000918

## Supplemental Addendum

File No.

| Borrower | Not Applicable |  |  |  |  |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr |  |  |  |  |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client |  |  |  |  |  |

Also present at the eastern edge of the Vail Village area is the Gold Peak base area. This base area which recently underwent an extensive renovation consists of two chair lifts and two commercial buildings. These buildings house lift ticket offices, ski school facilities, ski rental shops, restaurants, parking facilities and a base lodge.

## Market Trends/Conditions

During 2000 to 2001 sales declined and inventory increased causing a stabilization of values. From 2001 to mid-2006 rapid appreciation occurred. Then in 2008 values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

## Subject Project Comments

**Location:** The project site is located south of the South Frontage Road on East Meadow Drive at its intersection with Willow Bridge Road. This location is within the central core of Vail Village enhancing its overall appeal. It should be noted that the subject project represents the upper end of quality within the central village. This project is considered a "Condotel" as it has many of the amenities of a luxury hotel including the ability to have nightly rentals through the front desk.

**Year of construction:** Construction of the subject project began in 2007 with completion in 2010. This was after the demolition of the Crossroads Mall which previously occupied the site.

**Association Fees:** Currently the association fees for the subject unit are $2,816.96 per month. It should be noted that presently there are no special assessments.

**Project Size/Configuration:** The project consists of 79 residential condominium units within approximately 202,000 square feet. There also is 70,000 square feet of commercial space that is comprised of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink, a bank and numerous other retail shops. Also present are 307 parking spaces within an underground parking garage.

**Project amenities:** Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**Parking facilities:** There are a total of 307 parking spaces in the project's garage of which 112 are designated for the residential condominium units.

**Views:** The subject project has average to excellent views of the surrounding mountains and the ski slopes depending on the location within the project. Units on the north side of the building do not have ski slope views while southern facing units have good to excellent ski slope and mountain views.

**Surrounding uses:** Neighboring properties consist of a mix of improved multi-family, hotel and commercial projects.

**Topography:** Level to sloping

**Adverse conditions/easements:** No unusual or adverse conditions or easements were visually apparent or known by the appraiser.

**Vegetation:** The landscaping consists of grass, trees, shrubs and flowers.

## Subject Unit

**Structure/condition:** The subject property is a residential condominium dwelling that contains two bedrooms plus a den and three baths within 1,692 square feet of living space on one level. Also present is an undetermined amount of decking and a parking space in the project's parking garage. The dwelling's floor plan exhibits good traffic flow and space utilization. Condition was observed to be very good with an effective age of five years due to attentive care along with short terms rental use, similar to the subject. No functional or external losses were noted. Quality of construction and condition are based on a prior inspection on October 3, 2017. No interior inspection was made for this report. An extraordinary assumption about the condition of the subject property was made. It is assumed that the current condition

**Supplemental Addendum**                                    File No.

| Borrower | Not Applicable | | | | |
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County  Eagle | State  CO | Zip Code  81657 | |
| Lender/Client | | | | | |

is similar to what was observed on October 3, 2017. This extraordinary assumption may have an effect on the opinion of value assigned in this report.

**Quality of construction:** Quality of construction was rated as very good to excellent with a very high level of materials and workmanship being noted.

**Views:** The subject unit has good mountain views from its position on the northern aspect of the building. It lacks ski slope views and has both sonic and visual impacts from the nearby interstate.

## Ownership and Sales History
**Present owner per public records:** Solaris Property Owner I LLC.

**Acquisition date:** None per Eagle County records.

**Recent activity:** No sale of the subject is evident per Eagle County records.

## Highest and Best Use
Highest and best use may be defined as:

*"The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value."*

The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was rebuilt and completed in 2010.

## Approaches to Value
There are three approaches to arriving at an opinion of value in the appraisal process. These are the Cost Approach, the Sales Comparison Approach and the Income Capitalization Approach. They are described as follows:

The *Cost Approach* is based on the presumption that the value of a property is indicated by the current cost of the vacant building site plus the cost to construct a similar property, less depreciation. These forms of depreciation consist of physical deterioration, functional obsolescence and external obsolescence.

The *Sales Comparison* approach is the process of comparing the subject property to sales of similar competing properties. Adjustments are made for differences in size, location and other market recognized differences.

The *Income Capitalization* approach is based on the measurement of the present value of future benefits. This is arrived at through a process of capitalizing economic or contract rent into an indication of value using market derived rents and market derived capitalization rates.

The appraiser has made a reasonable effort to employ each of the three approaches to value. In this valuation the Sales Comparison Approach was primarily relied upon in forming the final opinion of value. Although the resort nature of the subject marketplace has many examples of units utilized for long and short term rental purposes, the income often does not offset the cost of ownership. Therefore, the income associated with rental use has little bearing on prices paid for properties in the subject marketplace. Rental income is often secondary or inconsequential among purchaser's criteria with data for market rents and multipliers being diverse and inconsistent. As a result, while considered, the Income Approach was not utilized in this report. The cost approach has no meaningful basis for application in the valuation of individual multi-family interests in the local marketplace, and is omitted from discussion.

## Sales Comparison Approach
The comparables cited are the best available and the most recent sales along with a listing of similar properties which represent various aspects of the subject's market appeal. Due to the lack of similar

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

product within Vail Village it was necessary to go to the competing Lionshead portion of town for similar comparables.

**Comparable 1** is a very recent sale of a slightly larger unit from the subject project. This unit has similar views from its location on the northern aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale provides excellent overall similarity to the subject. It is the second most recent project sale.

**Comparable 2** is a very recent sale of a slightly smaller unit with a less marketable location within the competing Ritz Carlton project. The unit has similar northern views but is within the less marketable Lionshead portion of Vail. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. An additional adjustment was required for furnishings that were included in the sale. This sale provides excellent overall similarity to the subject.

**Comparable 3** is a dated sale of a larger unit from the competing Arrabelle at Vail Square project. The unit has a more marketable location at the base of the Lionshead gondola and chair lift. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 6 years due to attentive care along with short term rental use, similar to the subject. An additional adjustment was required for furnishings that were included in the sale. This sale provides good overall similarity to the subject.

**Comparable 4** is a dated sale of a slightly smaller unit from the competing Landmark Vail project. The unit has more marketable ski slope views but is within the less marketable Lionshead portion of town. It has a more marketable top level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 2 years. Although the unit was 9 years old it reportedly had never been lived in. This sale is divergent in terms of view but provides good similarity to the subject in all other aspects.

**Comparable 5** is a very recent sale of a larger unit with more marketable views from the subject project. The unit has western views along with less interstate impacts from its location on the western aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is the most recent project sale.

**Comparable 6** is a very recent sale of a slightly smaller unit from the competing Lion project. The unit has similar views but is in the less marketable Lionshead portion of Vail. Quality of construction was rated as very good which was adjusted at a rate of $100 per square foot. Condition was reported to be very good with and effective age of 1 year due to some short term rental use. Additional adjustments were required for bath count, furnishings that were included in the sale and a $10,788 HOA credit the seller gave the buyer at closing. This sale is divergent in terms of view but provides good similarity in all other aspects.

**Comparable 7** is a listing of a larger unit from the subject project. This unit has similar views from its location on the northern aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count, furnishings that are to be included in the sale and a list to sales price adjustment. The list to sales price ratio adjustment utilized in the report is based on the median sale price as a percent of list price from the analysis that was completed to determine the current market conditions.

**Due to the lack of recent sales of similar properties from within the subject neighborhood, it was necessary to utilize sales with sales prices that were greater than 15% more or less than the subject's opinion of value.**

## Comments on Adjustments to Sales

Page # 13 of 25

## Supplemental Addendum

| Borrower | Not Applicable | | | File No. | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | |

Please note the following criteria utilized for the adjustments in the sales comparison approach:

**Market Conditions adjustment:** All condominium sales that sold for more than $2,000,000 within the Vail Village and Lionshead markets were analyzed. The current twelve month period indicates a median sales price of $3,412,500 based on 38 sales ranging from $2,000,000 to $10,500,000. The prior twelve month period indicates a median sales price of $3,400,000 based on 45 sales ranging from $2,075,000 to $14,000,000. This indicates a slight increase of 0.35% over the twelve month period or a relatively stable market. Therefore no market condition adjustments were made in this report.

**View and floor location adjustments:** Derived from sales of properties with varying appeal and locational characteristics, based on matched pair analysis.

**Quality adjustments:** Based on estimated cost differences, together with cost to cure approximations, when appropriate. Secondary support is provided via conversations with involved parties regarding the effect of differing quality on purchase prices.

**Age and condition characteristics:** These are combined into one adjustment with consideration given to each property's actual and effective ages. Typical condition adjustments for properties in average condition are estimated at about 1.5% per year, reflecting a total estimated life of about 65 years in a straight line age/life analysis. Properties differing in their effective ages are assigned greater or lesser amounts of adjustment based on their relative condition, together with consideration of cost-to-cure estimation, if appropriate. Therefore, an estimated per square foot cost to build is multiplied by the square footage of the comparable to arrive at an estimated cost to build. This figure is then multiplied by the difference in the effective age (difference between the subject's effective age and the comparables effective age) then multiplied by the aforementioned 1.5% to arrive at the age/condition adjustment.

**Room count:** $35,000 per bathroom, based on matched pair analysis. No bedroom count adjustments were evident in the available market data.

**Gross living area:** Differences in gross living area are adjusted at about $1,000 per square foot in this report, which is indicative of the sensitivity to size that this marketplace is presently tending to exhibit.

**Homeowners Association Fees:** HOA fees are often based on the size of the unit along with the level and quality of the project's amenities. Sometimes these fees include heat for not only the common area but each individual unit. As a result these fees can vary between units within the same project along with units from competing projects, making an adjustment for these items very difficult to extract from the available data. The more amenities and/or the higher quality of amenities results in higher fees. An analysis of the market data did not readily display an adjustment for the difference between HOA fees of each comparable, therefore no adjustments were made.

**The appraiser recognizes that some of these comparables have larger than typical individual, net and/or gross adjustments. It should be pointed out that variations like this are a common occurrence in this marketplace. Differences in gross living area, quality, conditions, location, etc. often vary substantially from property to property while at the same time maintaining a level of common appeal. Even with these adjustments the sales cited are considered to be similar in appeal, adequately reliable, the best available indicators of subject value.**

## Estimate of Reasonable Exposure Time

A reasonable Exposure Time may be defined as "the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal" Implicit in this definition are the following characteristics:

The property will be actively exposed and aggressively marketed to potential purchasers. This marketing is to be directed through marketing channels commonly used by buyers and sellers of similar type properties.

The property will be offered at a price reflecting the most probable markup over market value used by sellers of similar type properties.

CRC 000922

## Supplemental Addendum                                        File No.

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |

A sale will consummate under terms and conditions of the definition of market value.

An examination of recent sales activity within the subject marketplace reflects a wide range of typical exposure times. Purchase mortgage funds are readily available for properties within the subject area, and a significant number of sales close under all cash terms. An exposure time estimate for the subject property of twelve to twenty four months is considered realistic in the present market.

### Final Value Indication
The comparables cited are the best available and the most recent sales along with a listing of similar properties. The adjusted data provides good similarity to the subject property and a range of indications from $2,694,000 to $2,979,500. Comparable one is the most similar to the subject property and is from the subject project. Comparables five and six are the most recent sales. Therefore, with support from the other comparables, a value of $2,735,000 is selected and considered reasonable and supportable in the current marketplace. An extraordinary assumption was made in this report. No interior inspection was made for this report. An interior inspection was made on October 3, 2017. An extraordinary assumption about the condition of the subject property was made. It is assumed that the current condition is similar to what was observed on October 3, 2017. This extraordinary assumption may have an effect on the opinion of value assigned in this report. The interior photos of the subject property in the report were from the October 3, 2017 inspection.

### Furnishings and other Personal Property
The subject property is appraised unfurnished with no contribution given to any furnishings, personal property, or intangible items that are not real property. Fixtures, such as built-in appliances, window coverings, wall and floor coverings, electrical fixtures and plumbing fixtures are typically considered as real property in the valuation of residential property, and are included in the value assigned herein.

## Subject Photo Page

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | County | Eagle | | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |



**Subject Front**

| | |
|---|---|
| 141 E Meadow Dr | |
| Sales Price | |
| Gross Living Area | 1,692 |
| Total Rooms | 6 |
| Total Bedrooms | 2+D |
| Total Bathrooms | 3.0 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



**Subject Rear**



**Subject Street**

Form PIC3x5.SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1.19-cv-02443-STV
Exhibit 13

CRC 000924

## Photograph Addendum

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County Eagle | | State CO | Zip Code | 81657 |
| Lender/Client | | | | | | |



**Main living area**



**Dining**



**Kitchen**



**Bedroom**



**Bedroom**



**Den**



**Bath**



**Bath**



**Bath**



**View**



**View**

Form PIC15 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000925

## Comparable Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Not Applicable | | | | |
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | |



### Comparable 1

| | |
|---|---|
| | 141 E Meadow Dr # 6E West |
| Prox. to Subject | 0 01 miles W |
| Sale Price | 2,780,000 |
| Gross Living Area | 1,740 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 2

| | |
|---|---|
| | 728 W Lionshead Cir # R308 |
| Prox. to Subject | 0.92 miles W |
| Sale Price | 2,560,000 |
| Gross Living Area | 1,524 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Mtn/Lionshead |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 3

| | |
|---|---|
| | 675 Lionshead Pl # 330 |
| Prox. to Subject | 0.71 miles W |
| Sale Price | 3,400,000 |
| Gross Living Area | 2,116 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Good/Mtn/Nr Slope |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 11 yrs, 6 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000926

# Comparable Photo Page

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Not Applicable | | | | | |
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |



### Comparable 4

| | |
|---|---|
| | 610 W Lionshead Cir # 517 |
| Prox. to Subject | 0.75 miles W |
| Sale Price | 2,225,000 |
| Gross Living Area | 1,592 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Ski/Lionshead |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 2 eff |



### Comparable 5

| | |
|---|---|
| | 141 E Meadow Dr # 1A South |
| Prox. to Subject | 0.03 miles SW |
| Sale Price | 4,550,000 |
| Gross Living Area | 2,570 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.1 |
| Location | Vail Village |
| View | Good/Mtn/West |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 6

| | |
|---|---|
| | 701 W Lionshead Cir # E506 |
| Prox. to Subject | 0.82 miles W |
| Sale Price | 2,000,000 |
| Gross Living Area | 1,549 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Hwy/Lionshead |
| Site | Typical/Condo |
| Quality | Very Good |
| Age | 3 yrs, 1 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000927

## Comparable Photo Page

| | |
|---|---|
| Borrower | Not Applicable |
| Property Address | 141 E Meadow Dr |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | |



### Comparable 7

| | |
|---|---|
| | 141 E Meadow Dr # 7E East |
| Prox. to Subject | 0.03 miles E |
| Sale Price | 3,250,000 |
| Gross Living Area | 1,970 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |

### Comparable 8

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Comparable 9

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

Form PICPIX.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000928

## Building Sketch (Page - 1)

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Not Applicable | | | | |
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | | County  Eagle | State  CO | Zip Code  81657 |
| Lender/Client | | | | | |



First Floor
[1692.46 Sq ft]

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000929

## Building Sketch (Page - 2)

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

TOTAL Sketch by a la mode, inc.                                    Area Calculations Summary

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1692.45 Sq ft | 53.5 × 1 | = 53.5 |
| | | 52.5 × 2.7 | = 141.75 |
| | | 0.5 × 7.99 × 7.99 | = 31.92 |
| | | 44.51 × 7.99 | = 355.65 |
| | | 42.02 × 0.7 | = 29.41 |
| | | 35.72 × 24.11 | = 861.19 |
| | | 15.22 × 6.7 | = 101.97 |
| | | 11.92 × 9.8 | = 116.81 |
| | | 0.5 × 0.99 × 0.5 | = 0.25 |
| **Total Living Area (Rounded):** | **1692 Sq ft** | | |

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000930

## Location Map

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |



Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000931

190704/Solaris5CW19

## Assumptions, Limiting Conditions & Scope of Work

Page # 23 of 26

File No.

| Property Address: | 141 E Meadow Dr | | City: Vail | | State: CO | Zip Code: 81657 |
|---|---|---|---|---|---|---|
| Client: | Colorado Regional Center Project Solaris, LLLP | | Address: | 1644 Platte St , Suite 417, Denver, CO 80202 | | |
| Appraiser: | Angelo Loria | | Address: | PO Box 4175, Avon, CO 81620-4175 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

**The Scope of Work** is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

**Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):**

**GP** RESIDENTIAL

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited

Form GPRES2AD – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE

3/2007

Civil Action No  1:19-cv-02443-STV
Exhibit 13

CRC 000932

## Certifications

File No.:

| Property Address: | 141 E Meadow Dr | City: Vail | State: CO | Zip Code: 81657 |
|---|---|---|---|---|
| Client: | Colorado Regional Center Project Solaris, LLLP | Address: | 1644 Platte St , Suite 417, Denver, CO 80202 | |
| Appraiser: | Angelo Lona | Address: | PO Box 4175, Avon, CO 81620-4175 | |

### APPRAISER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

### DEFINITION OF MARKET VALUE *:

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: Rob Glucksman | Client Name: Colorado Regional Center Project Solaris, LLLP |
|---|---|
| E-Mail: rglucksman@coloradoregionalcenter com | Address: 1644 Platte St , Suite 417, Denver, CO 80202 |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Angelo Lona | Supervisory or Co-Appraiser Name |
| Company: Angelos Appraisal Inc | Company |
| Phone: (970) 845-5056   Fax: (970) 845-9472 | Phone:   Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date Report Signed: 08/02/2019 | Date Report Signed: 11/20/2017 |
| License or Certification #: CR1318912   State: CO | License or Certification #   State. |
| Designation: Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 12/31/2019 | Expiration Date of License or Certification. |
| Inspection of Subject: ☐ Interior & Exterior ☒ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection. 06/19/2019 | Date of Inspection: |

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc This form may be reproduced unmodified without written permission, however a la mode, inc must be acknowledged and credited
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE   3/2007

190704/Solaris5CW19

Page # 25 of 26

# USPAP ADDENDUM

File No

| Borrower | Not Applicable | | | |
|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | |
| City | Vail | County  Eagle | State  CO | Zip Code  81657 |
| Lender | | | | |

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report          This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report      This report was prepared in accordance with USPAP Standards Rule 2-2(b).

## Reasonable Exposure Time

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:    12 to 24 months

## Additional Certifications

I certify that, to the best of my knowledge and belief:

☐ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☒ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).
- Prior appraisals of this unit were completed by the appraiser on 7/25/16, 2/27/17, 10/3/17, 4/4/18 and 11/6/18.

## Additional Comments

**No undue influence was placed on the appraiser during the development of this report.**
**No interior inspection was made for this report. An interior inspection was made on October 3, 2017. An extraordinary assumption about the condition of the subject property was made. It is assumed that the current condition is similar to what was observed on October 3, 2017. This extraordinary assumption may have an effect on the opinion of value assigned in this report.**
**The interior photos provided in the report are from the October 3, 2017 inspection.**

| APPRAISER: | SUPERVISORY APPRAISER: (only if required) |
|---|---|
| Signature: | Signature: |
| Name:  Angelo Loria | Name: |
| Date Signed:  08/02/2019 | Date Signed  11/20/2017 |
| State Certification #:  CR1318912 | State Certification #: |
| or State License #: | or State License #: |
| State:  CO | State: |
| Expiration Date of Certification or License:  12/31/2019 | Expiration Date of Certification or License: |
| Effective Date of Appraisal:  06/19/2019 | Supervisory Appraiser Inspection of Subject Property |
| | ☐ Did Not  ☐ Exterior-only from Street  ☐ Interior and Exterior |

Form ID14AP - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000934

## Appraisers License



CRC 000935



**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472

Re: Property: 141 E Meadow Dr
Vail, CO 81657
Borrower:  Not Applicable
File No.:   190705/Solaris5EW19

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Angelo Juria

CRC 000936

Angelo's Appraisal Inc (970) 845-5056

190705/Solaris5EW19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.

| SUBJECT | |
|---|---|
| Property Address: 141 E Meadow Dr | Unit #: 5E West    City: Vail    State: CO |
| Zip Code: 81657    County: Eagle | Legal Description: Residences at Solaris-Vail Unit 5E West |
| | Assessor's Parcel #: 2101-082-94-047 |
| Tax Year: 2018    R.E. Taxes: $ 23,563.64    Special Assessments: $ 0 | Borrower (if applicable): Not Applicable |
| Current Owner of Record: Solaris Property Owner I LLC | Occupant: ☐ Owner ☒ Tenant (Market Rent) ☐ Tenant (Regulated Rent) ☐ Vacant |
| Project Type: ☒ Condominium ☐ Other (describe) | HOA: $ 2,823.13 ☐ per year ☒ per month |
| Market Area Name: Vail Village | Map Reference: 20780    Census Tract: 0007 02 |
| Project Name: Solaris Residences | Phase: N/A |

<table>
<tr><td colspan="2">The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)</td></tr>
</table>

| ASSIGNMENT | |
|---|---|
| This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective | |
| Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work) | |
| Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe) | |
| Intended Use: To provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP | |
| | |
| Intended User(s) (by name or type): Colorado Regional Center Project Solaris, LLLP | |
| Client: Colorado Regional Center Project Solaris, LLLP    Address: 1644 Platte St., Suite 417, Denver, CO 80202 | |
| Appraiser: Angelo Loria    Address: PO Box 4175, Avon, CO 81620-4175 | |

| MARKET AREA DESCRIPTION | | | | | | |
|---|---|---|---|---|---|---|
| Location: ☐ Urban ☒ Suburban ☐ Rural | | Predominant Occupancy | Condominium Housing | | Present Land Use | Change in Land Use |
| Built up: ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | PRICE    AGE | | One-Unit    5 % | ☒ Not Likely |
| Growth rate: ☐ Rapid ☒ Stable ☐ Slow | | ☒ Owner | $(000)    (yrs) | | 2-4 Unit    1 % | ☐ Likely * ☐ In Process * |
| Property values ☐ Increasing ☒ Stable ☐ Declining | | ☐ Tenant | 640    Low    .2 | | Multi-Unit    54 % | * To: |
| Demand/supply: ☐ Shortage ☒ In Balance ☐ Over Supply | | ☒ Vacant (0-5%) | 15,000 High    60 | | Comm'l    40 % | |
| Marketing time: ☐ Under 3 Mos. ☒ 3-6 Mos. ☐ Over 6 Mos | | ☐ Vacant (>5%) | 2,000 Pred    30 | | % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The Vail Village area is bound by the Vail Golf Course on the east, Lionshead on the west, Interstate-70 on the north and Vail Ski Resort and slopes on the south. The immediate Vail Village area is built-out with extensive renovations and rebuilding after demolition. The area enjoys good marketability due to its excellent views and proximity to the main Vail base area and the Gold Peak base area. During 2000 to 2001 sales declined causing a stabilization of values. From 2001 to mid 2006 rapid appreciation occurred. Then the subject marketplace slowed and the values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

| PROJECT SITE DESCRIPTION | | | | | | | |
|---|---|---|---|---|---|---|---|
| Zoning Classification: Special Development District | | | | Description: Public Accommodation | | | |
| | | Zoning Compliance ☒ Legal | | ☐ Legal nonconforming (grandfathered) | | ☐ Illegal ☐ No zoning | |
| Ground Rent (if applicable) $ N/A / | | Comments: Not applicable | | | | | |
| | | | | | | | |
| Highest & Best Use as improved (or as proposed per plans & specifications): ☒ Present use, or ☐ Other use (explain) | | | | | | | |
| | | | | | | | |
| Actual Use as of Effective Date: Residential Condominium | | | | Use as appraised in this report: Residential Condominium | | | |
| Summary of Highest & Best Use: The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization | | | | | | | |
| of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive | | | | | | | |
| Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was rebuilt and completed in 2010. | | | | | | | |
| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public Private | Density    Average |
| Electricity | ☒ | ☐ | Unknown | Street | Asphalt | ☒ ☐ | Size    Typical/Condo |
| Gas | ☒ | ☐ | Unknown | Curb/Gutter | Concrete | ☒ ☐ | Topography    Level to sloping |
| Water | ☒ | ☐ | Unknown | Sidewalk | Concrete | ☒ ☐ | View    Good/Mtn |
| Sanitary Sewer | ☒ | ☐ | Unknown | Street Lights | Electric | ☒ ☐ | |
| Storm Sewer | ☒ | ☐ | Unknown | Alley | None | ☐ ☐ | |
| Other site elements: ☐ Inside Lot ☒ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe) | | | | | | | |
| FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X    FEMA Map # 08037C0469D    FEMA Map Date 12/4/2007 | | | | | | | |
| Site Comments: No adverse site conditions were evident at the time of observation. | | | | | | | |

| PROJECT INFORMATION | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Data source(s) for project information    Management/MLS | | | | | | | | | |
| Project Description ☐ Detached ☐ Row or Townhouse ☐ Garden ☐ Mid-Rise ☒ High-Rise ☐ Other (describe) | | | | | | | | | |
| General Description of Project | | | Subject Phase | # | If Project Completed | # | If Project Incomplete | # | |
| # of Stories | 9 | Exterior Walls | Frame/Rock | Units | 79 | Phases | 1 | Planned Phases | |
| # of Elevators | 9 | Roof Surface | Zinc | Units Completed | 79 | Units | 79 | Planned Units | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Total # Parking | 112 | Units for Sale | 21 | Units for Sale | 21 | Units for Sale | |
| Design (Style) | Condo | Ratio (spaces/unit) | 1.4.1 | Units Sold | 37 | Units Sold | 37 | Units Sold | |
| Actual Age (Yrs.) | 9 | Parking Type(s) | Prk Garage | Units Rented | Unkn | Units Rented | Unkn | Units Rented | |
| Effective Age (Yrs.) 5 | | Guest Parking | Avg | Owner Occup. Units | Unkn | Owner Occup. Units | Unkn | Owner Occup. Units | |
| Project Primary Occupancy ☐ Principal Residence ☒ Second Home or Recreational ☐ Tenant | | | | | | | | | |
| Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No | | | | | | | | | |
| Management Group ☐ Homeowners' Association ☐ Developer ☒ Management Agent (name of management agent or company): Jeff Fruin (970) | | | | | | | | | |
| 790-6406 or jfruin@solarisresidences.com | | | | | | | | | |
| Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No    If Yes, describe the original use and date of conversion. | | | | | | | | | |
| | | | | | | | | | |
| Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown    Have the documents been reviewed? ☐ Yes ☒ No    Comments: These documents were not | | | | | | | | | |
| reviewed for this appraisal | | | | | | | | | |
| Project Comments (condition, quality of construction, completion status, etc.): Thirty five percent of the project consists of commercial space. This | | | | | | | | | |
| commercial space consists of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink/putting green, a bank and | | | | | | | | | |
| numerous other retail shops. | | | | | | | | | |
| | | | | | | | | | |
| Common Elements and Recreational Facilities: Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, | | | | | | | | | |
| fitness center, landscaped common areas and parking garage. | | | | | | | | | |

**GP CONDO**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000937

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

## PROJECT ANALYSIS

Summary of condominium project budget analysis for the current year (if analyzed):   The condominium budget was not reviewed for this appraisal.

Other fees for the use of the project facilities (other than regular HOA charges):   The appraiser is unaware of any additional fees for the use of the project facilities.

Compared to other competitive projects of similar quality and design, the subject unit charge appears   [ ] High  [X] Average  [ ] Low   (If High or Low, describe)

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
[ ] Yes  [X] No   If Yes, describe and explain the effect on value and marketability.   No condominium documents or HOA meeting minutes were reviewed for this appraisal.  The appraiser is unaware of any special or unusual characteristics of the project.

Unit Charge: $ 2,823.13   per month X 12 = $ 33,877.56   per year.   Annual assessment charge per year per SF of GLA = $   20.09
Utilities included in the Unit Charge:  [ ] None [X] Heat [X] Air Conditioning [ ] Electricity [X] Gas [X] Water [X] Sewer [X] Cable [ ] Other
Source(s) used for physical characteristics of property:  [X] New Inspection  [X] Previous Appraisal Files  [ ] MLS  [ ] Assessment and Tax Records  [X] Prior Inspection
[ ] Property Owner  [ ] Other (describe)   Data Source for Gross Living Area   Interior dimensions from prior inspection

## DESCRIPTION OF THE UNIT IMPROVEMENTS

**General Description**
Floor Location  5th/Mid Level
# of Levels  1
Design (Style)  Condo
[X] Existing  [ ] Proposed
[ ] Under Construction
Actual Age (Yrs.)  9
Effective Age (Yrs.)  5

**Exterior Description**
Foundation  Concrete
Exterior Walls  Frame/Rock
Roof Surface  Zinc
Gutters & Dwnspts.  Yes
Window Type  Wood-Alum clad
Storm/Screens  No/Yes

**Foundation** [X] N/A
Slab
Crawl Space
Basement
Sump Pump [ ]
Dampness [ ]
Settlement
Infestation

**Basement** [X] N/A
Area Sq. Ft.
% Finished
Ceiling
Walls
Floor
Outside Entry

**Heating**
Type  In-floor radiant
Fuel  NG

**Cooling**
Central  Yes
Other

**Interior Description**
Floors  Wood-Stone-Carpet
Walls  Plaster
Trim/Finish  Cherry/Stained
Bath Floor  Stone
Bath Wainscot  Stone-Ceramic
Doors  Solid Cherry Stained

**Appliances**
Refrigerator [X]
Range/Oven [X]
Disposal [X]
Dishwasher [X]
Fan/Hood [X]
Microwave [X]
Washer/Dryer [X]

**Attic** [X] N/A
Stairs [ ]
Drop Stair [ ]
Scuttle [ ]
Doorway [ ]
Floor [ ]
Heated [ ]
Finished [ ]

**Amenities**
Fireplace(s) # 1   Woodstove(s) # 0
Patio  None
Deck  Yes
Porch  None
Fence  None
Pool  None
Balcony  None

**Car Storage** [ ] None
[X] Garage  # 1
[ ] Covered  # 0
[ ] Open  # 0
Total # of cars  1
[ ] Assigned
[X] Owned
Space #(s) Unassigned

Finished area above grade contains:  6 Rooms   2+D Bedrooms   3.0 Bath(s)   1,686 Square Feet of Gross Living Area Above Grade
Are the heating and cooling for the individual units separately metered?  [ ] Yes [X] No (If No, describe)  This is typical of many large projects within the Vail marketplace.

Additional features:  See attached addendum.

Describe the condition of the property (including physical, functional and external obsolescence):  See attached addendum.

## TRANSFER HISTORY

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s):  Eagle County records.

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing:  No prior sale is evident per Eagle County records. |
|---|---|
| Date: | |
| Price: | |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP CONDO**
Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE   6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000938

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.: _____

**SALES COMPARISON APPROACH TO VALUE (if developed)** ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr #5E West Vail, CO 81657 | 141 E Meadow Dr # 6E West Vail, CO 81657 | | 728 W Lionshead Cir # R308 Vail, CO 81657 | | 675 Lionshead Pl # 330 Vail, CO 81657 | |
| Project | Solaris Residences | Solaris Residences | | Ritz Carlton Residences | | Arrabelle at Vail Square | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | Less than 0 01 miles | | 0.91 miles W | | 0.70 miles W | |
| Sale Price | $ | | $ 2,780,000 | | $ 2,560,000 | | $ 3,400,000 |
| Sale Price/GLA | $ /sq.ft. | $ 1,597.70 /sq.ft. | | $ 1,679.79 /sq ft. | | $ 1,606.81 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#934477,DOM 27 | | VBRMLS#934199;DOM 53 | | VBRMLS#931500,DOM 11 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Conventional | | Cash | | Cash | |
| Concessions | | Furnished | -25,000 | Furnished | -25,000 | Furnished | -25,000 |
| Date of Sale/Time | | 04/30/2019 | | 04/23/2019 | | 03/30/2018 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Vail Village | | Lionshead | | Lionshead | |
| HOA Fees ($/Month) | 2,823.13 | 2,850.00 | | 2,570.00 | | 2,545.00 | |
| Common Elements and Recreational Facilities | Pool, Spa, Lobby Athletic facilities | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | |
| Floor Location | 5th/Mid Level | 6th/Mid Level | 0 | 5th/Mid Level | | 3rd/Mid Level | 0 |
| View | Good/Mtn | Good/Mtn | | Gd/Mtn/Lionshead | +200,000 | Good/Mtn/Nr Slope | -250,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | VrGd-Excellent | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | 9 yrs, 5 eff | | 11 yrs, 6 eff | +42,500 |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths | | Total / Bdrms / Baths | | Total / Bdrms / Baths | |
| Room Count | 6 / 2+D / 3 0 | 5 / 2 / 2.1 | +17,500 | 5 / 2 / 3 0 | 0 | 5 / 2 / 3.0 | 0 |
| Gross Living Area | 1,686 sq.ft. | 1,740 sq.ft. | -54,000 | 1,524 sq.ft. | +162,000 | 2,116 sq.ft. | -430,000 |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ − $ | -61,500 | ☒ + ☐ − $ | 337,000 | ☐ + ☒ − $ | -662,500 |
| Adjusted Sale Price of Comparables | | Net 2.2 % Gross 3.5 % $ | 2,718,500 | Net 13.2 % Gross 15.1 % $ | 2,897,000 | Net 19.5 % Gross 22.0 % $ | 2,737,500 |

*(left margin, rotated)* SALES COMPARISON APPROACH

Summary of Sales Comparison Approach  All comparable data is obtained from Eagle County Clerk and Assessor, the local Multiple Listing service and/or involved parties. See attached addendum for comments on the sales comparison approach.

Indicated Value by Sales Comparison Approach $  2,730,000

**GP CONDO**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

6/2007

CRC 000939

190705/Solaris5EW19

Page # 5 of 26

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)**  ☒ The Income Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 141 E Meadow Dr #5E West<br>Vail, CO 81657 | | | |
| Project | Solaris Residences | | | |
| Phase | N/A | | | |
| Proximity to Subject | | | | |
| Current Monthly Rent | $ | $ | $ | $ |
| Rent/GLA | $        /sq.ft | $        /sq.ft. | $        /sq.ft. | $        /sq.ft. |
| Rent Control | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Data Source(s) | | | | |
| Date of Lease(s) | | | | |
| Location | Vail Village | | | |
| View | | | | |
| Age | 9 yrs, 5 eff | | | |
| Condition | Very Good | | | |
| Above Grade | Total  Bdrms  Baths | Total  Bdrms  Baths | Total  Bdrms  Baths | Total  Bdrms  Baths |
| Room Count | 6    2+D    3 0 | | | |
| Gross Living Area | 1,686 sq.ft. | sq.ft. | sq.ft. | sq.ft. |
| Utilities Included | | | | |

Summary of Income Approach (including support for market rent and GRM):

| | | | |
|---|---|---|---|
| Opinion of Monthly Market Rent $   N/A | X Gross Rent Multiplier   0.00 | = $ | **Indicated Value by Income Approach** |

## COST

**COST APPROACH TO VALUE (if developed)**  ☒ The Cost Approach was not developed for this appraisal.

Summary of Cost Approach:

Indicated Value by: Sales Comparison Approach $  2,730,000   Cost Approach (if developed) $   Income Approach (if developed) $

## RECONCILIATION

Final Reconciliation  The Sales Comparison Approach is typically the most reliable indicator in the valuation of individual condominium units. The Cost and Income Approach are not considered reliable

This appraisal is made ☒ "as is",  ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed,  ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed,  ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is:  $   2,730,000   , as of:   06/19/2019   , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains   26   pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| ☒ Scope of Work | ☒ Limiting Cond./Certifications | ☒ Narrative Addendum | ☒ Photograph Addenda | ☒ Sketch Addendum |
|---|---|---|---|---|
| ☒ Map Addenda | ☒ Additional Sales | ☐ Additional Rentals | ☐ Flood Addendum | ☐ Hypothetical Conditions |
| ☐ Extraordinary Assumptions | ☐ Budget Analysis | ☐ | | |

Client Contact:   Rob Glucksman      Client Name:   Colorado Regional Center Project Solaris, LLLP

E-Mail:  rglucksman@coloradoregionalcenter.com      Address:   1644 Platte St., Suite 417, Denver, CO 80202

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required)<br>or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name:  Angelo Lane | Supervisory or<br>Co-Appraiser Name: |
| Company:  Angelos Appraisal Inc | Company: |
| Phone: (970) 845-5056      Fax: (970) 845-9472 | Phone:      Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date of Report (Signature):  08/02/2019 | Date of Report (Signature): |
| License or Certification #:  CR1318912      State:  CO | License or Certification #:      State: |
| Designation:   Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification:  12/31/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection:  06/19/2019 | Date of Inspection: |

**GP CONDO**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE      6/2007

CRC_000940

Page # 6 of 26
190705/Solaris5EW19

## ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | +(−) $ Adjust. | COMPARABLE SALE # 5 | +(−) $ Adjust. | COMPARABLE SALE # 6 | +(−) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr #5E West | 610 W Lionshead Cir # 517 | | 141 E Meadow Dr # 1A South | | 701 W Lionshead Cir # E506 | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | |
| Project | Solaris Residences | Landmark Vail | | Solaris Residences | | The Lion | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0.74 miles W | | 0.02 miles SW | | 0.81 miles W | |
| Sale Price | $ | $ 2,225,000 | | $ 4,550,000 | | $ 2,000,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 1,397.61 /sq.ft. | | $ 1,770.43 /sq.ft. | | $ 1,291.16 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#V314309;DOM 3643 | | VBRMLS#V322313;DOM 2168 | | VBRMLS#934506;DOM 68 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Cash | | Cash | | Cash | |
| Concessions | | None | 0 | Furnished | −25,000 | HOA Credit/Furn | −35,788 |
| Date of Sale/Time | | 01/24/2018 | | 06/13/2019 | | 06/12/2019 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Lionshead | | Vail Village | | Lionshead | |
| HOA Fees ($/Month) | 2,823.13 | 1,163.00 | | 4,209.00 | | 1,798.00 | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | Pool, Spa, Lobby | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | Athletic facilities | |
| Floor Location | 5th/Mid Level | 5th/Top Level | −35,000 | 1st/Lower Level | 0 | 5th/Mid Level | 0 |
| View | Good/Mtn | Gd/Ski/Lionshead | +500,000 | Good/Mtn/West | −650,000 | Gd/Hwy/Lionshead | +575,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | Very Good | +155,000 |
| Age | 9 yrs, 5 eff | 9 yrs, 2 eff | −96,000 | 9 yrs, 5 eff | | 3 yrs, 1 eff | −124,500 |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6 2+D 3.0 | 5 2 3.0 | 0 | 6 3 3.1 | −17,500 | 5 2 3.0 | 0 |
| Gross Living Area | 1,686 sq.ft. | 1,592 sq.ft. | +94,000 | 2,570 sq.ft. | −884,000 | 1,549 sq.ft. | +137,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ − $ | 463,000 | ☐ + ☒ − $ | −1,576,500 | ☒ + ☐ − $ | 706,712 |
| Adjusted Sale Price | | Net 20.8 % | | Net 34.6 % | | Net 35.3 % | |
| of Comparables | | Gross 32.6 % $ | 2,688,000 | Gross 34.6 % $ | 2,973,500 | Gross 51.4 % $ | 2,706,712 |

Summary of Sales Comparison Approach

**GP CONDO**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
6/2007
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000941

190705/Solans5EW19

Page # 7 of 26

## ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | +(−) $ Adjust | COMPARABLE SALE # 8 | +(−) $ Adjust. | COMPARABLE SALE # 9 | +(−) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr #5E West | 141 E Meadow Dr # 7E East | | | | | |
| | Vail, CO 81657 | Vail, CO 81657 | | | | | |
| Project | Solans Residences | Solans Residences | | | | | |
| Phase | N/A | N/A | | | | | |
| Proximity to Subject | | 0.04 miles E | | | | | |
| Sale Price | $ | $ 3,250,000 | | $ | | $ | |
| Sale Price/GLA | $ /sq.ft. | $ 1,649.75 /sq.ft. | | $ /sq. ft. | | $ /sq ft. | |
| Data Source(s) | Inspection | VBRMLS#934805;DOM 73 | | | | | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Listing | | | | | |
| Concessions | | Furnished | −25,000 | | | | |
| Date of Sale/Time | | Active | −65,000 | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | Vail Village | Vail Village | | | | | |
| HOA Fees ($/Month) | 2,823 13 | 3,304.33 | | | | | |
| Common Elements and Recreational Facilities | Pool, Spa, Lobby Athletic facilities | Pool, Spa, Lobby Athletic facilities | | | | | |
| Floor Location | 5th/Mid Level | 7th/Mid Level | 0 | | | | |
| View | Good/Mtn | Good/Mtn | | | | | |
| Design (Style) | Condo | Condo | | | | | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | | | | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | | | | |
| Condition | Very Good | Very Good | | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6 2+D 3.0 | 5 2 2.1 | +17,500 | | | | |
| Gross Living Area | 1,686 sq.ft. | 1,970 sq ft. | −284,000 | sq ft | | sq ft | |
| Basement & Finished Rooms Below Grade | None | None | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Parking | 1 prking garage | 1 prking garage | | | | | |
| Porch/Patio/Deck | Deck | Deck | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ − $ | −356,500 | ☐ + ☐ − $ | | ☐ + ☐ − $ | |
| Adjusted Sale Price of Comparables | | Net 11.0 % Gross 12.0 % $ | 2,893,500 | Net % Gross % $ | | Net % Gross % $ | |
| Summary of Sales Comparison Approach | | | | | | | |

SALES COMPARISON APPROACH

GP CONDO

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.
Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Exhibit 13
6/2007

CRC 000942

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472



### ADDENDUM TO THE APPRAISAL OF:
141 E Meadow Drive, #5E West
Residences at Solaris-Vail Unit 5E West
Vail, Colorado 81657
Eagle County, Colorado

### Purpose of the Appraisal
The purpose of this appraisal is to provide an opinion of the market value of the subject property, in an "as is" condition and a fee simple estate.

### Client and Intended Users:
This appraisal report is intended for the use by Colorado Regional Center Project Solaris, LLLP.  No other use of this appraisal is permitted.

### Intended Use:
The appraisal report is to determine a current opinion of value for the Colorado Regional Center Project Solaris, LLLP only and is not for any other use.

### Scope of Work
**Extent of the Appraisal Process**
The appraisal of the subject property includes a physical observation of the interior and exterior of the subject property along with data on file with the Eagle County Assessor's office as of the date of this appraisal.  An examination of market factors, recent transactions, a locational analysis of the home site and neighborhood, an economic analysis of the market and other pertinent data that may have an influence on the property were reviewed.  Sales and related information utilized in this report are gathered from the local multiple listing service and public records.  They are confirmed whenever possible with the involved parties, are the best available and the most recent sales which represent various aspects of the subject's market appeal.  When conflicting information was provided the source deemed most reliable was used.  All of this information is compiled and analyzed before a final opinion of value is determined.

The appraisal is in compliance with the guidelines set forth by:
Federal Financial Institutions Reform Recovery and Enforcement Act of 1989 (FIRREA)
Uniform Standards of Professional Appraisal Practices (USPAP)

**Type of Appraisal and type of Appraisal Report:**
This appraisal is an "Appraisal Report" that is presented on the General Purpose Condo form.

**Property Observation**
The appraiser completed an interior and exterior observation of the subject property.  This observation is not the same as a home inspection and did not include a viewing of the crawl space and attic area of the home (if applicable).  It is based on the observations of an appraiser who visited the property and does not include a physical analysis of the major components of the home.  The appraiser is not a mechanical engineer, electrical engineer, environmental engineer or structural engineer.  Therefore, no warranty of the components which include, but are not limited to, the electrical, plumbing, heating, structural, and roofing are made or implied.  All the above mentioned systems are presumed to be in working condition with the opinion of value herein subject to that assumption.  Furthermore, no analysis of environmental conditions, including but not limited to, moisture, mold and radon gas has been made or implied.  It is assumed no adverse environmental conditions exist with the opinion of value herein subject to that assumption.

### Supplemental Addendum

File No

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | |

**Gramm-Leach-Bliley Act of 1999**
In compliance with the Gramm-Leach Bliley Act, the appraiser does not disclose any non-public personal information that is not specifically permitted by law.

**Competency**
The appraiser has the competency and appropriate knowledge, training, and experience to complete this assignment.

**Extraordinary Assumptions or Hypothetical Conditions:**
No extraordinary assumptions or hypothetical conditions were utilized in the report.

**Prohibited Influences**
The appraisal assignment was not based upon a requested minimum valuation, specific valuation, or approval of a loan. Employment and compensation are not contingent upon the reporting of a predetermined value, a direction of the value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event.

**Definition of Market Value**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1) Buyer and seller are typically motivated;
2) Both parties are well informed or well advised, and each acting in what they consider their own best interests;
3) A reasonable time is allowed for exposure in the open market;
4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto;
5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
(Per Uniform Standards of Professional Appraisal Practice 2018-2019 USPAP Pg-153).

## Area and Neighborhood Comments

The subject property is located in the Vail Village portion of the town of Vail. Vail is located about 100 miles west of Denver along Interstate 70, in a narrow mountain valley situated against the west side of the Gore mountain range.

The first development corresponded with the opening of the Vail ski area in 1962. This is when completion of the first lifts and support facilities were built on what were previously ranch lands. Development in the region has steadily expanded over the years to the east and west. This has created an area of development thirty miles long that contains three ski areas, numerous golf courses, and extensive commercial and residential development. These factors have transformed the area into a four season resort, which has allowed for national and international appeal.

Vail Village is modeled after European villages with a large pedestrian core that contains extensive dining, entertainment and shopping facilities. Uses within the village consist predominately of resort commercial and condominiums, most dating to the 60's and 70's. Since the area is built-out many properties are undergoing extensive renovations with demolition and rebuilding occurring in some instances. Vail Village properties typically exhibited high values and good marketability to second and third home recreational buyers attracted to Vail's renowned recreation amenities. Appeal is enhanced by good views of the Gore Mountain Range and Gore Creek which runs through the village.

Also present at the eastern edge of the Vail Village area is the Gold Peak base area. This base area which recently underwent an extensive renovation consists of two chair lifts and two commercial buildings. These buildings house lift ticket offices, ski school facilities, ski rental shops, restaurants, parking facilities and a base lodge.

**Supplemental Addendum**     File No

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code  81657 |
| Lender/Client | | | | | | |

## Market Trends/Conditions

During 2000 to 2001 sales declined and inventory increased causing a stabilization of values. From 2001 to mid-2006 rapid appreciation occurred. Then in 2008 values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

## Subject Project Comments

**Location:** The project site is located south of the South Frontage Road on East Meadow Drive at its intersection with Willow Bridge Road. This location is within the central core of Vail Village enhancing its overall appeal. It should be noted that the subject project represents the upper end of quality within the central village. This project is considered a "Condotel" as it has many of the amenities of a luxury hotel including the ability to have nightly rentals through the front desk.

**Year of construction:** Construction of the subject project began in 2007 with completion in 2010. This was after the demolition of the Crossroads Mall which previously occupied the site.

**Association Fees:** Currently the association fees for the subject unit are $2,823.13 per month. It should be noted that presently there are no special assessments.

**Project Size/Configuration:** The project consists of 79 residential condominium units within approximately 202,000 square feet. There also is 70,000 square feet of commercial space that is comprised of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink, a bank and numerous other retail shops. Also present are 307 parking spaces within an underground parking garage.

**Project amenities:** Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**Parking facilities:** There are a total of 307 parking spaces in the project's garage of which 112 are designated for the residential condominium units.

**Views:** The subject project has average to excellent views of the surrounding mountains and the ski slopes depending on the location within the project. Units on the north side of the building do not have ski slope views while southern facing units have good to excellent ski slope and mountain views.

**Surrounding uses:** Neighboring properties consist of a mix of improved multi-family, hotel and commercial projects.

**Topography:** Level to sloping

**Adverse conditions/easements:** No unusual or adverse conditions or easements were visually apparent or known by the appraiser.

**Vegetation:** The landscaping consists of grass, trees, shrubs and flowers.

## Subject Unit

**Structure/condition:** The subject property is a residential condominium dwelling that contains two bedrooms plus a den and three baths within 1,686 square feet of living space on one level. Also present is an undetermined amount of decking and a parking space in the project's parking garage. The dwelling's floor plan exhibits good traffic flow and space utilization. Condition was observed to be very good due to attentive care along with short term rental use. No functional or external losses were noted.

**Quality of construction:** Quality of construction was noted to be very good to excellent with a high level of materials and workmanship being noted.

**Views:** The subject unit has good mountain views from its position on the northern aspect of the building. It lacks ski slope views and has both sonic and visual impacts from the nearby interstate.

## Ownership and Sales History

## Supplemental Addendum

| | | | File No. | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Not Applicable | | | | | | |
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | County Eagle | | | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | | |

**Present owner per public records:** Solaris Property Owner I LLC.

**Acquisition date:** None per Eagle County records.

**Recent activity:** No sale of the subject is evident per Eagle County records.

### Highest and Best Use

Highest and best use may be defined as:

*"The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value."*

The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, this development was built from 2007 through 2010 after the original Crossroads Mall development had been demolished.

### Approaches to Value

There are three approaches to arriving at an opinion of value in the appraisal process. These are the Cost Approach, the Sales Comparison Approach and the Income Capitalization Approach. They are described as follows:

The *Cost Approach* is based on the presumption that the value of a property is indicated by the current cost of the vacant building site plus the cost to construct a similar property, less depreciation. These forms of depreciation consist of physical deterioration, functional obsolescence and external obsolescence.

The *Sales Comparison* approach is the process of comparing the subject property to sales of similar competing properties. Adjustments are made for differences in size, location and other market recognized differences.

The *Income Capitalization* approach is based on the measurement of the present value of future benefits. This is arrived at through a process of capitalizing economic or contract rent into an indication of value using market derived rents and market derived capitalization rates.

The appraiser has made a reasonable effort to employ each of the three approaches to value. In this valuation the Sales Comparison Approach was primarily relied upon in forming the final opinion of value. Although the resort nature of the subject marketplace has many examples of units utilized for long and short term rental purposes, the income often does not offset the cost of ownership. Therefore, the income associated with rental use has little bearing on prices paid for properties in the subject marketplace. Rental income is often secondary or inconsequential among purchaser's criteria with data for market rents and multipliers being diverse and inconsistent. As a result, while considered, the Income Approach was not utilized in this report. The cost approach has no meaningful basis for application in the valuation of individual multi-family interests in the local marketplace, and is omitted from discussion.

### Sales Comparison Approach

The comparables cited are the best available and the most recent sales along with a listing of similar properties which represent various aspects of the subject's market appeal.

**Comparable 1** is a very recent sale of a slightly larger unit from the subject project. This unit has similar views from its location on the northern aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale provides excellent overall similarity to the subject. It is the second most recent project sale.

**Comparable 2** is a very recent sale of a slightly smaller unit with a less marketable location within the competing Ritz Carlton project. The unit has similar northern views but is within the less marketable

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | |

Lionshead portion of Vail. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. An additional adjustment was required for furnishings that were included in the sale. This sale provides excellent overall similarity to the subject.

**Comparable 3** is a dated sale of a larger unit from the competing Arrabelle at Vail Square project. The unit has a more marketable location at the base of the Lionshead gondola and chair lift. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 6 years due to attentive care along with short term rental use, similar to the subject. An additional adjustment was required for furnishings that were included in the sale. This sale provides good overall similarity to the subject.

**Comparable 4** is a dated sale of a smaller unit from the competing Landmark Vail project. The unit has more marketable ski slope views but is within the less marketable Lionshead portion of town. It has a more marketable top level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 2 years. Although the unit was 9 years old it reportedly had never been lived in. This sale is divergent in terms of view but provides good similarity to the subject in all other aspects.

**Comparable 5** is a very recent sale of a larger unit with more marketable views from the subject project. The unit has western views along with less interstate impacts from its location on the western aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is the most recent project sale.

**Comparable 6** is a very recent sale of a smaller unit from the competing Lion project. The unit has similar views but is in the less marketable Lionshead portion of Vail. Quality of construction was rated as very good which was adjusted at a rate of $100 per square foot. Condition was reported to be very good with and effective age of 1 year due to some short term rental use. Additional adjustments were required for furnishings that were included in the sale and a $10,788 HOA credit the seller gave the buyer at closing. This sale is divergent in terms of view but provides good similarity in all other aspects.

**Comparable 7** is a listing of a larger unit from the subject project. This unit has similar views from its location on the northern aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count, furnishings that are to be included in the sale and a list to sales price adjustment. The list to sales price ratio adjustment utilized in the report is based on the median sale price as a percent of list price from the analysis that was completed to determine the current market conditions.

**Due to the lack of recent sales of similar properties from within the subject neighborhood, it was necessary to utilize sales with sales prices that were greater than 15% more or less than the subject's opinion of value.**

## Comments on Adjustments to Sales

Please note the following criteria utilized for the adjustments in the sales comparison approach:

**Market Conditions adjustment:** All condominium sales that sold for more than $2,000,000 within the Vail Village and Lionshead markets were analyzed. The current twelve month period indicates a median sales price of $3,412,500 based on 38 sales ranging from $2,000,000 to $10,500,000. The prior twelve month period indicates a median sales price of $3,400,000 based on 45 sales ranging from $2,075,000 to $14,000,000. This indicates a slight increase of 0.35% over the twelve month period or a relatively stable market. Therefore no market condition adjustments were made in this report.

**View and floor location adjustments:** Derived from sales of properties with varying appeal and locational characteristics, based on matched pair analysis.

## Supplemental Addendum
File No.

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |

**Quality adjustments:** Based on estimated cost differences, together with cost to cure approximations, when appropriate. Secondary support is provided via conversations with involved parties regarding the effect of differing quality on purchase prices.

**Age and condition characteristics:** These are combined into one adjustment with consideration given to each property's actual and effective ages. Typical condition adjustments for properties in average condition are estimated at about 1.5% per year, reflecting a total estimated life of about 65 years in a straight line age/life analysis. Properties differing in their effective ages are assigned greater or lesser amounts of adjustment based on their relative condition, together with consideration of cost-to-cure estimation, if appropriate. Therefore, an estimated per square foot cost to build is multiplied by the square footage of the comparable to arrive at an estimated cost to build. This figure is then multiplied by the difference in the effective age (difference between the subject's effective age and the comparables effective age) then multiplied by the aforementioned 1.5% to arrive at the age/condition adjustment.

**Room count:** $35,000 per bathroom, based on matched pair analysis. No bedroom count adjustment was evident in the available market data.

**Gross living area:** Differences in gross living area are adjusted at $1,000 per square foot in this report, which is indicative of the sensitivity to size that this marketplace is presently tending to exhibit.

**Homeowners Association Fees:** HOA fees are often based on the size of the unit along with the level and quality of the project's amenities. Sometimes these fees include heat for not only the common area but each individual unit. As a result these fees can vary between units within the same project along with units from competing projects, making an adjustment for these items very difficult to extract from the available data. The more amenities and/or the higher quality of amenities results in higher fees. An analysis of the market data did not readily display an adjustment for the difference between HOA fees of each comparable, therefore no adjustments were made.

**The appraiser recognizes that some of these comparables have larger than typical individual, net and/or gross adjustments. It should be pointed out that variations like this are a common occurrence in this marketplace. Differences in gross living area, quality, conditions, location, etc. often vary substantially from property to property while at the same time maintaining a level of common appeal. Even with these adjustments the sales cited are considered to be similar in appeal, adequately reliable, the best available indicators of subject value.**

## Estimate of Reasonable Exposure Time
A reasonable Exposure Time may be defined as "the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal" Implicit in this definition are the following characteristics:

The property will be actively exposed and aggressively marketed to potential purchasers. This marketing is to be directed through marketing channels commonly used by buyers and sellers of similar type properties.

The property will be offered at a price reflecting the most probable markup over market value used by sellers of similar type properties.

A sale will consummate under terms and conditions of the definition of market value.

An examination of recent sales activity within the subject marketplace reflects a wide range of typical exposure times. Purchase mortgage funds are readily available for properties within the subject area, and a significant number of sales close under all cash terms. An exposure time estimate for the subject property of twelve to twenty four months is considered realistic in the present market.

## Final Value Indication
The comparables cited are the best available and the most recent sales along with a listing of similar properties. The adjusted data provides good similarity to the subject property and a range of indications from $2,688,000 to $2,973,500. Comparable one is the most similar to the subject property and is from

**Supplemental Addendum**                                    File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | | |

the subject project. Comparables five and six are the most recent sales. Therefore, with support from the other comparables, a value of $2,730,000 is selected and considered reasonable and supportable in the current marketplace. The opinion of value of the subject property is above the predominant value within the subject marketplace. This is typical of the proximal area due to the large disparity in terms of gross living area, condition, views and quality of construction. An analysis of the market data does not indicate that there is an effect on the marketability of the subject due to its correspondence to the predominate value.

## Furnishings and other Personal Property

The subject property is appraised unfurnished with no contribution given to any furnishings, personal property, or intangible items that are not real property. Fixtures, such as built-in appliances, window coverings, wall and floor coverings, electrical fixtures and plumbing fixtures are typically considered as real property in the valuation of residential property, and are included in the value assigned herein.

## Subject Photo Page

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | |



**Subject Front**

141 E Meadow Dr
Sales Price
Gross Living Area    1,686
Total Rooms          6
Total Bedrooms       2+D
Total Bathrooms      3.0
Location             Vail Village
View                 Good/Mtn
Site                 Typical/Condo
Quality              VrGd-Excellent
Age                  9 yrs, 5 eff



**Subject Rear**



**Subject Street**

Form PIC3x5.SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000950

## Photograph Addendum

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County | Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



**Main living area**



**Dining**



**Kitchen**



**Bedroom**



**Bedroom**



**Bath**



**Bath**



**Bath**



**Den**



**View**



**View**

Form PIC15 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000951

## Comparable Photo Page

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | County | Eagle | | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |



### Comparable 1
141 E Meadow Dr # 6E West
| Prox. to Subject | Less than 0.01 miles |
|---|---|
| Sale Price | 2,780,000 |
| Gross Living Area | 1,740 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 2
728 W Lionshead Cir # R308
| Prox. to Subject | 0.91 miles W |
|---|---|
| Sale Price | 2,560,000 |
| Gross Living Area | 1,524 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Mtn/Lionshead |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 3
675 Lionshead Pl # 330
| Prox. to Subject | 0.70 miles W |
|---|---|
| Sale Price | 3,400,000 |
| Gross Living Area | 2,116 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Good/Mtn/Nr Slope |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 11 yrs, 6 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000952

## Comparable Photo Page

| Borrower | Not Applicable | | | | | |
|----------|----------------|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | |



**Comparable 4**

| | |
|---|---|
| 610 W Lionshead Cir # 517 | |
| Prox. to Subject | 0.74 miles W |
| Sale Price | 2,225,000 |
| Gross Living Area | 1,592 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Ski/Lionshead |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 2 eff |



**Comparable 5**

| | |
|---|---|
| 141 E Meadow Dr # 1A South | |
| Prox. to Subject | 0.02 miles SW |
| Sale Price | 4,550,000 |
| Gross Living Area | 2,570 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.1 |
| Location | Vail Village |
| View | Good/Mtn/West |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



**Comparable 6**

| | |
|---|---|
| 701 W Lionshead Cir # E506 | |
| Prox. to Subject | 0 81 miles W |
| Sale Price | 2,000,000 |
| Gross Living Area | 1,549 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Hwy/Lionshead |
| Site | Typical/Condo |
| Quality | Very Good |
| Age | 3 yrs, 1 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000953

# Comparable Photo Page

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |



## Comparable 7

| | |
|---|---|
| 141 E Meadow Dr # 7E East | |
| Prox. to Subject | 0.04 miles E |
| Sale Price | 3,250,000 |
| Gross Living Area | 1,970 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |

## Comparable 8

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

## Comparable 9

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

Form PICPIX.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000954

## Building Sketch (Page - 1)

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000955

## Building Sketch (Page – 2)

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County  Eagle | State  CO | Zip Code  81657 | |
| Lender/Client | | | | | | |

TOTAL Sketch by a la mode, inc

### Area Calculations Summary

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1685.79 Sq ft | 46.6 × 12.2 | = 568.52 |
| | | 53.5 × 6 | = 321 |
| | | 52.5 × 1.4 | = 73.5 |
| | | 0.5 × 0.69 × 0.69 | = 0.24 |
| | | 52.5 × 0.69 | = 36.01 |
| | | 0.5 × 7.91 × 9.29 | = 36.78 |
| | | 43.89 × 7.91 | = 347.36 |
| | | 0.5 × 1.49 × 0.69 | = 0.51 |
| | | 41 × 1 | = 41 |
| | | 20.4 × 6.8 | = 138.72 |
| | | 18.7 × 2.6 | = 48.62 |
| | | 12.9 × 5.7 | = 73.53 |
| **Total Living Area (Rounded):** | **1686 Sq ft** | | |

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000956

## Location Map

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |



Page # 23 of 26

190705/Solaris5EW19

## Assumptions, Limiting Conditions & Scope of Work

File No.:

| Property Address: | 141 E Meadow Dr | | City: Vail | | State: CO | Zip Code: 81657 |
|---|---|---|---|---|---|---|
| Client: | Colorado Regional Center Project Solaris, LLLP | Address: | 1644 Platte St , Suite 417, Denver, CO 80202 | | | |
| Appraiser: | Angelo Loria | | Address: | PO Box 4175, Avon, CO 81620-4175 | | |

### STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

## GP RESIDENTIAL

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

CRC 000958

190705/Solaris5EW19

## Certifications

File No.:

| Property Address: | 141 E Meadow Dr | | City: Vail | | State: CO | Zip Code: 81657 |
|---|---|---|---|---|---|---|
| Client: | Colorado Regional Center Project Solaris, LLLP | Address: | 1644 Platte St., Suite 417, Denver, CO 80202 | | | |
| Appraiser: | Angelo Loria | Address: | PO Box 4175, Avon, CO 81620-4175 | | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

**DEFINITION OF MARKET VALUE *:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: Rob Glucksman | Client Name: Colorado Regional Center Project Solaris, LLLP |
|---|---|
| E-Mail: rglucksman@coloradoregionalcenter.com | Address: 1644 Platte St., Suite 417, Denver, CO 80202 |

| **APPRAISER** | **SUPERVISORY APPRAISER** (if required) or **CO-APPRAISER** (if applicable) |
|---|---|
| Appraiser Name: Angelo Loria | Supervisory or Co-Appraiser Name: _____ |
| Company: Angelo's Appraisal Inc | Company: _____ |
| Phone: (970) 845-5056   Fax: (970) 845-9472 | Phone: _____ Fax: _____ |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: _____ |
| Date Report Signed: 08/02/2019 | Date Report Signed: _____ |
| License or Certification #: CR1318912   State: CO | License or Certification #: _____ State: _____ |
| Designation: Certified Residential Appraiser | Designation: _____ |
| Expiration Date of License or Certification: 12/31/2019 | Expiration Date of License or Certification: _____ |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 06/19/2019 | Date of Inspection: _____ |

**GP RESIDENTIAL**

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000959

Page # 25 of 26

190705/Solans5EW19

## USPAP ADDENDUM

File No

| Borrower | Not Applicable | | | |
|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | |
| City | Vail | County  Eagle | State  CO | Zip Code 81657 |
| Lender | | | | |

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report     This report was prepared in accordance with USPAP Standards Rule 2-2(a)

☐ Restricted Appraisal Report     This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**
My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:     12 to 24 months

**Additional Certifications**
I certify that, to the best of my knowledge and belief:

☐ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☒ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no  personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).
- Prior appraisals of this unit were completed by the appraiser on 6/27/16, 2/27/17, 10/3/17, 4/4/18 and 11/06/18.

**Additional Comments**
**No undue influence was placed on the appraiser during the development of this report.**

| APPRAISER: | SUPERVISORY APPRAISER: (only if required) |
|---|---|
| Signature: | Signature |
| Name:  Angelo Lord | Name: |
| Date Signed:  08/02/2019 | Date Signed: |
| State Certification #:  CR1318912 | State Certification #: |
| or State License #: | or State License #: |
| State.  CO | State: |
| Expiration Date of Certification or License:  12/31/2019 | Expiration Date of Certification or License: |
| Effective Date of Appraisal:  06/19/2019 | Supervisory Appraiser Inspection of Subject Property: |
| | ☐ Did Not  ☐ Exterior-only from Street  ☐ Interior and Exterior |

Form ID14AP - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000960

**Appraisers License**



State of Colorado
Department of Regulatory Agencies
Division of Real Estate

Board of Real Estate Appraisers

Angelo Joseph Loria
Po Box 4175
Avon, CO 81620

Angelo Joseph Loria
Certified Residential Appraiser

License #: CR.001318912
Status: Active
Expires: 12/31/2019

*Marcia Waters*
Director: Marcia Waters

For the most up to date information regarding this credential, visit http://dora.colorado.gov/dre

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000961



**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472

Re: Property:   141 E Meadow Dr
                Vail, CO 81657
    Borrower:    Not Applicable
    File No.:    190714/Solaris5GW19

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Angelo Luria

Case No. 1:19-cv-02443-RM-STV  Document 60-13  filed 10/22/19  USDC Colorado  pg 137
of 467  Page # 2 of 26
190714/Solans5GW19

Angelo's Appraisals, Inc (970) 845-5056

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

## SUBJECT

Property Address: 141 E Meadow Dr    Unit: 5G West   City: Vail    State: CO
Zip Code: 81657    County: Eagle    Legal Description: Residences at Solaris-Vail Unit 5G West
Assessor's Parcel #: 2101-082-94-049
Tax Year: 2018    R.E. Taxes: $ 42,260.04    Special Assessments: $ 0    Borrower (if applicable):    Not Applicable
Current Owner of Record: Solans Property Owner I LLC    Occupant: ☐ Owner ☒ Tenant (Market Rent) ☐ Tenant (Regulated Rent) ☐ Vacant
Project Type: ☒ Condominium ☐ Other (describe)    HOA: $ 4,275.15 ☐ per year ☒ per month
Market Area Name: Vail Village    Map Reference: 20780    Census Tract: 0007 02
Project Name: Solaris Residences    Phase: N/A

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)
Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
Intended Use: To provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP

Intended User(s) (by name or type): Colorado Regional Center Project Solaris, LLLP
Client: Colorado Regional Center Project Solans, LLLP    Address: 1644 Platte St , Suite 417, Denver, CO 80202
Appraiser: Angelo Lona    Address: PO Box 4175, Avon, CO 81620-4175

## MARKET AREA DESCRIPTION

| Location: | | Condominium Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|
| ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | PRICE $(000) | AGE (yrs) | One-Unit 5% | ☒ Not Likely |
| Built up: ☒ Over 75% ☐ 25-75% ☐ Under 25% | ☒ Owner | | | 2-4 Unit 1% | ☐ Likely * ☐ In Process * |
| Growth rate: ☒ Rapid ☐ Stable ☐ Slow | ☐ Tenant | 640 Low | 2 | Multi-Unit 54% | * To: |
| Property values: ☐ Increasing ☒ Stable ☐ Declining | ☐ Vacant (0-5%) | 15,000 High | 60 | Comm'l 40% | |
| Demand/supply ☐ Shortage ☒ In Balance ☐ Over Supply | ☐ Vacant (>5%) | 2,000 Pred | 30 | % | |
| Marketing time: ☐ Under 3 Mos. ☒ 3-6 Mos. ☐ Over 6 Mos. | | | | | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The Vail Village area is bound by the Vail Golf Course on the east, Lionshead on the west, Interstate-70 on the north and Vail Ski Resort and slopes on the south  The immediate Vail Village area is built-out with extensive renovations and rebuilding after demolition  The area enjoys good marketability due to its excellent views and proximity to the main Vail base area and the Gold Peak base area.  During 2000 to 2001 sales declined causing a stabilization of values.  From 2001 to mid 2006 rapid appreciation occurred.  Then the subject marketplace slowed and the values stabilized until late 2008 when the marketplace began to decline.  In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013.  Recently this portion of the market appears to have stabilized.

## PROJECT SITE DESCRIPTION

Zoning Classification: Special Development District    Description: Public Accommodation
Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
Ground Rent (if applicable) $ N/A /    Comments: Not applicable

Highest & Best Use as improved (or as proposed per plans & specifications): ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: Residential Condominium    Use as appraised in this report: Residential Condominium
Summary of Highest & Best Use: The subject is a legally permissible use based on its current zoning  Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties  Based on the current market conditions the existing project is financially feasible and maximally productive  Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solans was rebuilt and completed in 2010

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Density | Average |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Unknown | Street | Asphalt | ☒ | ☐ | Size | Typical/Condo |
| Gas | ☒ | ☐ | Unknown | Curb/Gutter | Concrete | ☒ | ☐ | Topography | Level to sloping |
| Water | ☒ | ☐ | Unknown | Sidewalk | Concrete | ☒ | ☐ | View | Gd/Mtn/Sm Ski |
| Sanitary Sewer | ☒ | ☐ | Unknown | Street Lights | Electric | ☒ | ☐ | | |
| Storm Sewer | ☒ | ☐ | Unknown | Alley | None | ☐ | ☐ | | |

Other site elements: ☐ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X    FEMA Map # 08037C0469D    FEMA Map Date 12/04/2007
Site Comments: No adverse site conditions were evident at the time of observation.

## PROJECT INFORMATION

Data source(s) for project information    Management/MLS
Project Description ☐ Detached ☐ Row or Townhouse ☐ Garden ☐ Mid-Rise ☒ High-Rise ☐ Other (describe)

| General Description of Project | | Subject Phase | # | If Project Completed # | If Project Incomplete # |
|---|---|---|---|---|---|
| # of Stories 9 | Exterior Walls Frame/Rock | Units 79 | Phases 1 | Planned Phases |
| # of Elevators 9 | Roof Surface Zinc | Units Completed 79 | Units 79 | Planned Units |
| ☒ Existing ☐ Proposed ☐ Und.Const.| Total # Parking 112 | Units For Sale 21 | Units for Sale 21 | Units for Sale |
| Design (Style) Condo | Ratio (spaces/unit) 1.4:1 | Units Sold 37 | Units Sold 37 | Units Sold |
| Actual Age (Yrs.) 9 | Parking Type(s) Prk Garage | Units Rented Unkn | Units Rented Unkn | Units Rented |
| Effective Age (Yrs.) 5 | Guest Parking Avg | Owner Occup. Units Unkn | Owner Occup. Units Unkn | Owner Occup. Units |

Project Primary Occupancy ☐ Principal Residence ☒ Second Home or Recreational ☐ Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No
Management Group: ☐ Homeowners' Association ☐ Developer ☒ Management Agent (name of management agent or company): Jeff Fruin (970) 790-6406 or jfruin@solarisresidences.com
Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No  If Yes, describe the original use and date of conversion.
Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown  Have the documents been reviewed? ☐ Yes ☒ No  Comments: These documents were not reviewed for this appraisal
Project Comments (condition, quality of construction, completion status, etc.): Thirty five percent of the project consists of commercial space.  This commercial space consists of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink/putting green, a bank and numerous other retail shops

Common Elements and Recreational Facilities: Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**GP CONDO**

Copyright© a la mode, inc  This form may be reproduced unmodified without written permission, however, a la mode, inc  must be acknowledged and credited.
Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    6/2007

190714/Solaris5GW19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

## PROJECT ANALYSIS

Summary of condominium project budget analysis for the current year (if analyzed):   The condominium budget was not reviewed for this appraisal

Other fees for the use of the project facilities (other than regular HOA charges):   The appraiser is unaware of any additional fees for the use of the project facilities.

Compared to other competitive projects of similar quality and design, the subject unit charge appears   ☐ High   ☒ Average   ☐ Low   (If High or Low, describe)

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
☐ Yes   ☒ No   If Yes, describe and explain the effect on value and marketability.   No condominium documents or HOA meeting minutes were reviewed for this appraisal.  The appraiser is unaware of any special or unusual characteristics of the project.

## DESCRIPTION OF THE UNIT IMPROVEMENTS

Unit Charge: $ 4,275.15 __ per month X 12 = $ 51,301.80 __ per year.   Annual assessment charge per year per SF of GLA = $ __ 20.31

Utilities included in the Unit Charge.   ☐ None   ☒ Heat   ☒ Air Conditioning   ☐ Electricity   ☒ Gas   ☒ Water   ☒ Sewer   ☒ Cable   ☐ Other

Source(s) for physical characteristics of property:   ☒ New Inspection   ☒ Previous Appraisal Files   ☐ MLS   ☐ Assessment and Tax Records   ☒ Prior Inspection
☐ Property Owner   ☐ Other (describe)   Data Source for Gross Living Area   Interior dimensions from prior inspection

| General Description | | Exterior Description | | Foundation | | Basement | | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| Floor Location | 5th/Mid Level | Foundation | Concrete | Slab | ☒ N/A | Area Sq. Ft. | ☒ N/A | Type | In-floor radiant |
| # of Levels | 1 | Exterior Walls | Frame/Rock | Crawl Space | | % Finished | | Fuel | NG |
| Design (Style) | Condo | Roof Surface | Zinc | Basement | | Ceiling | | | |
| ☒ Existing   ☐ Proposed | | Gutters & Dwnspts. | Yes | Sump Pump | ☐ | Walls | | Cooling | |
| ☐ Under Construction | | Window Type | Wood-Alum clad | Dampness | ☐ | Floor | | Central | Yes |
| Actual Age (Yrs.) | 9 | Storm/Screens | No/Yes | Settlement | | Outside Entry | | Other | |
| Effective Age (Yrs.) | 5 | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic ☒ N/A | Amenities | | | Car Storage | ☐ None | |
|---|---|---|---|---|---|---|---|---|---|---|
| Floors | Wood-Stone-Carpet | Refrigerator | ☒ | Stairs ☐ | Fireplace(s) # 1 | | Woodstove(s) # 0 | ☒ Garage | # | 1 |
| Walls | Plaster | Range/Oven | ☒ | Drop Stair ☐ | Patio | None | | ☐ Covered | # | 0 |
| Trim/Finish | Cherry/Stained | Disposal | ☒ | Scuttle ☐ | Deck | Yes | | ☐ Open | # | 0 |
| Bath Floor | Stone-Ceramic | Dishwasher | ☒ | Doorway ☐ | Porch | None | | Total # of cars | | 1 |
| Bath Wainscot | Stone-Ceramic | Fan/Hood | ☒ | Floor ☐ | Fence | None | | ☐ Assigned | | |
| Doors | Solid Cherry Stained | Microwave | ☒ | Heated ☐ | Pool | None | | ☒ Owned | | |
| | | Washer/Dryer | ☒ | Finished ☐ | Balcony | None | | Space #(s) Unassigned | | |

Finished area above grade contains:   6 Rooms   3 Bedrooms   4.0 Bath(s)   2,526 Square Feet of Gross Living Area Above Grade

Are the heating and cooling for the individual units separately metered?   ☐ Yes   ☒ No (If No, describe)   This is typical of many large projects within the Vail marketplace.

Additional features:   See attached addendum.

Describe the condition of the property (including physical, functional and external obsolescence):   See attached addendum.

## TRANSFER HISTORY

My research   ☐ did   ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s):   Eagle County records.

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing:   No prior sale is evident per Eagle County |
|---|---|
| Date: | records. |
| Price: | |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.

**GP CONDO**

190714/Solaris5GW19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

| SALES COMPARISON APPROACH TO VALUE (if developed) | ☐ The Sales Comparison Approach was not developed for this appraisal. | | | | | | |
|---|---|---|---|---|---|---|---|
| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
| Address | 141 E Meadow Dr , #5G West | 141 E Meadow Dr # 4B East | | 1 Vail Rd # 9201 | | 701 W Lionshead Cir # E403 | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | |
| Project | Solaris Residences | Solaris Residences | | Four Seasons Resort Vail | | The Lion | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0 05 miles E | | 0.16 miles W | | 0.79 miles W | |
| Sale Price | $ | | $ 5,950,000 | | $ 6,200,000 | | $ 6,250,000 |
| Sale Price/GLA | $ /sq.ft. | $ 2,351.78 /sq.ft. | | $ 2,118.93 /sq.ft. | | $ 2,219.46 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#927731,DOM 525 | | VBRMLS#932941;DOM 231 | | MLS#931697;DOM 158 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Cash | | Cash | | Cash | |
| Concessions | | Furnished/Credit | -25,500 | None | 0 | 1 yrs HOA /Credit | -48,770 |
| Date of Sale/Time | | 03/23/2018 | | 04/29/2019 | | 09/04/2018 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Vail Village ✓ | | Vail Village | | Lionshead | |
| HOA Fees ($/Month) | 4,275.15 | 3,783.33 | | 6,312.67 | | 3,196.67 | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | Pool, Spa, Lobby | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | Athletic facilities | |
| Floor Location | 5th/Mid Level | 4th/Mid Level | 0 | 9th/Mid Level | 0 | 4th/Mid Level | 0 |
| View | Gd/Mtn/SmSki | VrGd/Mtn/Ski | -225,000 | Gd/Mtn/SmSki | | VrGd/Ski | 0 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | Very Good | +281,500 |
| Age | 9 yrs, 5 eff | 8 yrs, 3 eff | -101,500 | 9 yrs, 5 eff | | 2 yrs, 0 eff | -283,000 |
| Condition | Very Good | Very Good | | Very Good | | New | |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths | | Total / Bdrms / Baths | | Total / Bdrms / Baths | |
| Room Count | 6 / 3 / 4.0 | 7 / 4 / 4 0 | 0 | 6 / 3 / 3.0 | +35,000 | 7 / 4 / 4.1 | -17,500 |
| Gross Living Area | 2,526 sq.ft. | 2,530 sq.ft. | -4,000 | 2,926 sq ft. | -400,000 | 2,816 sq.ft. | -290,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 2 prking garage | -50,000 | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ − | $ -356,000 | ☐ + ☒ − | $ -415,000 | ☐ + ☒ − | $ -357,770 |
| Adjusted Sale Price | | Net 6.0 % | | Net 6.7 % | | Net 5.7 % | |
| of Comparables | | Gross 6.0 % $ 5,594,000 | | Gross 7.8 % $ 5,785,000 | | Gross 14.7 % $ 5,892,230 | |

Summary of Sales Comparison Approach  All comparable data is obtained from Eagle County Clerk and Assessor, the local Multiple Listing service and/or involved parties.  See attached addendum for comments on the sales comparison approach.

Indicated Value by Sales Comparison Approach $  5,700,000

**GP CONDO**

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000965

Page # 5 of 26

190714/Solaris5GW19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

## INCOME APPROACH

| INCOME APPROACH TO VALUE (if developed) | ☒ The Income Approach was not developed for this appraisal. | | | |
|---|---|---|---|---|
| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
| Address | 141 E Meadow Dr., #5G West Vail, CO 81657 | | | |
| Project | Solaris Residences | | | |
| Phase | N/A | | | |
| Proximity to Subject | | | | |
| Current Monthly Rent | $ | $ | $ | $ |
| Rent/GLA | $ /sq.ft. | $ /sq.ft. | $ /sq.ft. | $ /sq.ft. |
| Rent Control | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Data Source(s) | | | | |
| Date of Lease(s) | | | | |
| Location | Vail Village | | | |
| View | | | | |
| Age | 9 yrs, 5 eff | | | |
| Condition | Very Good | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | Total Bdrms Baths | Total Bdrms Baths |
| Room Count | 6   3   4.0 | | | |
| Gross Living Area | 2,526 sq.ft. | sq.ft. | sq.ft. | sq.ft. |
| Utilities Included | | | | |

Summary of Income Approach (including support for market rent and GRM):

| | | | |
|---|---|---|---|

Opinion of Monthly Market Rent $    N/A    X Gross Rent Multiplier    0.00    = $    Indicated Value by Income Approach

## COST

| COST APPROACH TO VALUE (if developed) | ☒ The Cost Approach was not developed for this appraisal. |
|---|---|

Summary of Cost Approach:

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $  5,700,000    Cost Approach (if developed) $    Income Approach (if developed) $

Final Reconciliation   The Sales Comparison Approach is typically the most reliable indicator in the valuation of individual condominium units.  The Cost and Income Approach are not considered reliable.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is:  $    5,700,000    , as of:    06/19/2019    ., which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains    26    pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| ☒ Scope of Work | ☒ Limiting Cond./Certifications | ☒ Narrative Addendum | ☒ Photograph Addenda | ☒ Sketch Addendum |
|---|---|---|---|---|
| ☒ Map Addenda | ☒ Additional Sales | ☐ Additional Rentals | ☐ Flood Addendum | ☐ Hypothetical Conditions |
| ☐ Extraordinary Assumptions | ☐ Budget Analysis | ☐ | | |

Client Contact:   Rob Glucksman    Client Name:    Colorado Regional Center Project Solaris, LLLP

E-Mail: rglucksman@coloradoregionalcenter.com    Address:    1644 Platte St., Suite 417, Denver, CO 80202

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| | |
| Appraiser Name:  Angelo Lane | Supervisory or Co-Appraiser Name: |
| Company:  Angelos Appraisal Inc | Company: |
| Phone: (970) 845-5056    Fax: (970) 845-9472 | Phone:    Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date of Report (Signature):  08/02/2019 | Date of Report (Signature):  08/04/2016 |
| License or Certification #:   CR1318912    State: CO | License or Certification #:    State: |
| Designation:   Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification:    12/31/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection:    06/19/2019 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.

**GPCONDO**

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

6/2007

CRC 000966

190714/Solaris5GW19

Page # 6 of 26

## ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr , #5G West Vail, CO 81657 | 141 E Meadow Dr # 1A South Vail, CO 81657 | | 675 Lionshead Pl # 330 Vail, CO 81657 | | 141 E Meadow Dr # 6E West Vail, CO 81657 | |
| Project | Solans Residences | Solaris Residences | | Arrabelle at Vail Square | | Solaris Residences | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0.01 miles S | | 0.68 miles W | | 0.02 miles NE | |
| Sale Pnce | $ | $ | 4,550,000 | $ | 3,400,000 | $ | 2,780,000 |
| Sale Price/GLA | $ /sq.ft | $ 1,770.43 /sq.ft. | | $ 1,606 81 /sq.ft. | | $ 1,597.70 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#V322313;DOM 2168 | | VBRMLS#931500;DOM 11 | | VBRMLS#934477;DOM 27 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing Concessions | | Cash Furnished | -25,000 | Cash Furnished | -25,000 | Conventional Furnished | -25,000 |
| Date of Sale/Time | | 06/13/2019 | | 03/30/2018 | | 04/30/2019 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Vail Village | | Lionshead | | Vail Village | |
| HOA Fees ($/Month) | 4,275.15 | 4,209.00 | | 2,545.00 | | 2,850.00 | |
| Common Elements and Recreational Facilities | Pool, Spa, Lobby Athletic facilities | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | |
| Floor Location | 5th/Mid Level | 1st/Lower Level | 0 | 3rd/Mid Level | 0 | 6th/Mid Level | 0 |
| View | Gd/Mtn/SmSki | Good/Mtn/West | +1,125,000 | Good/Mtn/Nr Slope | +2,025,000 | Good/Mtn | +1,775,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | VrGd-Excellent | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | 11 yrs, 6 eff | +42,500 | 9 yrs, 5 eff | |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade Room Count | Total 6 Bdrms 3 Baths 4.0 | Total 6 Bdrms 3 Baths 3 1 | +17,500 | Total 5 Bdrms 2 Baths 3.0 | +35,000 | Total 5 Bdrms 2 Baths 2.1 | +52,500 |
| Gross Living Area | 2,526 sq.ft. | 2,570 sq.ft. | -44,000 | 2,116 sq.ft. | +410,000 | 1,740 sq.ft. | +786,000 |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| Net Adjustment (Total) | | ☒ + ☐ − $ | 1,073,500 | ☒ + ☐ − $ | 2,487,500 | ☒ + ☐ − $ | 2,588,500 |
| Adjusted Sale Pnce of Comparables | | Net 23.6 % Gross 26.6 % $ | 5,623,500 | Net 73.2 % Gross 74.6 % $ | 5,887,500 | Net 93.1 % Gross 94.9 % $ | 5,368,500 |
| Summary of Sales Comparison Approach | | | | | | | |

SALES COMPARISON APPROACH

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited

Form GPCONDO.(AC) — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    6/2007

GP CONDO

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000967

190714/Solaris5GW19

Page # 7 of 26

# ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | | COMPARABLE SALE # 8 | | COMPARABLE SALE # 9 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr., #5G West | 141 E Meadow Dr # 7E West | | | | | |
| | Vail, CO 81657 | Vail, CO 81657 | | | | | |
| Project | Solans Residences | Solans Residences | | | | | |
| Phase | N/A | N/A | | | | | |
| Proximity to Subject | | 0.02 miles NE | | | | | |
| Sale Price | $ | | $ 3,750,000 | | $ | | $ |
| Sale Price/GLA | $ /sq.ft. | $ 1,653.44 /sq.ft. | | $ /sq ft | | $ /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#934804;DOM 73 | | | | | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(–) $ Adjust | DESCRIPTION | +(–) $ Adjust. | DESCRIPTION | +(–) $ Adjust. |
| Sales or Financing | | Listing | | | | | |
| Concessions | | Furnished | -25,000 | | | | |
| Date of Sale/Time | | Active | -75,000 | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | Vail Village | Vail Village | | | | | |
| HOA Fees ($/Month) | 4,275.15 | 3,304.33 | | | | | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | | | | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | | | | |
| Floor Location | 5th/Mid Level | 7th/Mid Level | 0 | | | | |
| View | Gd/Mtn/SmSki | Good/Mtn | +1,775,000 | | | | |
| Design (Style) | Condo | Condo | | | | | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | | | | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | | | | |
| Condition | Very Good | Very Good | | | | | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths |
| Room Count | 6 | 3 | 4.0 | 7 | 3+D | 3 1 | +17,500 | | | | | |
| Gross Living Area | 2,526 sq.ft. | 2,268 sq ft. | +258,000 | sq. ft. | | sq. ft. | |
| Basement & Finished | None | None | | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Parking | 1 prking garage | 1 prking garage | | | | | |
| Porch/Patio/Deck | Deck | Deck | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ – | $ 1,950,500 | ☐ + ☐ – | $ | ☐ + ☐ – | $ |
| Adjusted Sale Price | | Net 52.0 % | | Net % | | Net % | |
| of Comparables | | Gross 57.3 % | $ 5,700,500 | Gross % | $ | Gross % | $ |
| Summary of Sales Comparison Approach | | | | | | | |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

Form GPCONDO.(AC) – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE

6/2007

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

CRC 000968

**Supplemental Addendum**                    File No.

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |

**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472



## ADDENDUM TO THE APPRAISAL OF:
141 E Meadow Drive, #G West
Residences at Solaris-Vail Unit 5G West
Vail, Colorado 81657
Eagle County, Colorado

### Purpose of the Appraisal
The purpose of this appraisal is to provide an opinion of the market value of the subject property, in an "as is" condition and a fee simple estate.

### Client and Intended Users:
This appraisal report is intended for the use by Colorado Regional Center Project Solaris, LLLP. No other use of this appraisal is permitted.

### Intended Use:
The appraisal report is to determine a current opinion of value for the Colorado Regional Center Project Solaris, LLLP only and is not for any other use.

### Scope of Work
#### Extent of the Appraisal Process
The appraisal of the subject property includes a physical observation of the interior and exterior of the subject property along with data on file with the Eagle County Assessor's office as of the date of this appraisal. An examination of market factors, recent transactions, a locational analysis of the home site and neighborhood, an economic analysis of the market and other pertinent data that may have an influence on the property were reviewed. Sales and related information utilized in this report are gathered from the local multiple listing service and public records. They are confirmed whenever possible with the involved parties, are the best available and the most recent sales which represent various aspects of the subject's market appeal. When conflicting information was provided the source deemed most reliable was used. All of this information is compiled and analyzed before a final opinion of value is determined.

The appraisal is in compliance with the guidelines set forth by:
Federal Financial Institutions Reform Recovery and Enforcement Act of 1989 (FIRREA)
Uniform Standards of Professional Appraisal Practices (USPAP)

#### Type of Appraisal and type of Appraisal Report:
This appraisal is an "Appraisal Report" that is presented on the General Purpose Condo form.

#### Property Observation
The appraiser completed an interior and exterior observation of the subject property. This observation is not the same as a home inspection and did not include a viewing of the crawl space and attic area of the home (if applicable). It is based on the observations of an appraiser who visited the property and does not include a physical analysis of the major components of the home. The appraiser is not a mechanical engineer, electrical engineer, environmental engineer or structural engineer. Therefore, no warranty of the components which include, but are not limited to, the electrical, plumbing, heating, structural, and roofing are made or implied. All the above mentioned systems are presumed to be in working condition with the opinion of value herein subject to that assumption. Furthermore, no analysis of environmental conditions, including but not limited to, moisture, mold and radon gas has been made or implied. It is assumed no adverse environmental conditions exist with the opinion of value herein subject to that assumption.

## Supplemental Addendum

| | | | | | File No | |
|---|---|---|---|---|---|---|
| Borrower | Not Applicable | | | | | |
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |

### Gramm-Leach-Bliley Act of 1999
In compliance with the Gramm-Leach Bliley Act, the appraiser does not disclose any non-public personal information that is not specifically permitted by law.

### Competency
The appraiser has the competency and appropriate knowledge, training, and experience to complete this assignment.

### Extraordinary Assumptions or Hypothetical Conditions:
No extraordinary assumptions or hypothetical conditions were utilized in the report.

### Prohibited Influences
The appraisal assignment was not based upon a requested minimum valuation, specific valuation, or approval of a loan. Employment and compensation are not contingent upon the reporting of a predetermined value, a direction of the value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event.

### Definition of Market Value
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1) Buyer and seller are typically motivated;
2) Both parties are well informed or well advised, and each acting in what they consider their own best interests;
3) A reasonable time is allowed for exposure in the open market;
4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto;
5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
(Per Uniform Standards of Professional Appraisal Practice 2018-2019 USPAP Pg 153).

## Area and Neighborhood Comments
The subject property is located in the Vail Village portion of the town of Vail. Vail is located about 100 miles west of Denver along Interstate 70, in a narrow mountain valley situated against the west side of the Gore mountain range.

The first development corresponded with the opening of the Vail ski area in 1962. This is when completion of the first lifts and support facilities were built on what were previously ranch lands. Development in the region has steadily expanded over the years to the east and west. This has created an area of development thirty miles long that contains three ski areas, numerous golf courses, and extensive commercial and residential development. These factors have transformed the area into a four season resort, which has allowed for national and international appeal.

Vail Village is modeled after European villages with a large pedestrian core that contains extensive dining, entertainment and shopping facilities. Uses within the village consist predominately of resort commercial and condominiums, most dating to the 60's and 70's. Since the area is built-out many properties are undergoing extensive renovations with demolition and rebuilding occurring in some instances. Vail Village properties typically exhibited high values and good marketability to second and third home recreational buyers attracted to Vail's renowned recreation amenities. Appeal is enhanced by good views of the Gore Mountain Range and Gore Creek which runs through the village.

Also present at the eastern edge of the Vail Village area is the Gold Peak base area. This base area which recently underwent an extensive renovation consists of two chair lifts and two commercial buildings. These buildings house lift ticket offices, ski school facilities, ski rental shops, restaurants, parking facilities and a base lodge.

**Supplemental Addendum**                                    File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | | |

## Market Trends/Conditions

During 2000 to 2001 sales declined and inventory increased causing a stabilization of values. From 2001 to mid-2006 rapid appreciation occurred. Then in 2008 values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

## Subject Project Comments

**Location:** The project site is located south of the South Frontage Road on East Meadow Drive at its intersection with Willow Bridge Road. This location is within the central core of Vail Village enhancing its overall appeal. It should be noted that the subject project represents the upper end of quality within the central village. This project is considered a "Condotel" as it has many of the amenities of a luxury hotel including the ability to have nightly rentals through the front desk.

**Year of construction:** Construction of the subject project began in 2007 with completion in 2010. This was after the demolition of the Crossroads Mall which previously occupied the site.

**Association Fees:** Currently the association fees for the subject unit are $4,375.15 per month. It should be noted that presently there are no special assessments.

**Project Size/Configuration:** The project consists of 79 residential condominium units within approximately 202,000 square feet. There also is 70,000 square feet of commercial space that is comprised of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink, a bank and numerous other retail shops. Also present are 307 parking spaces within an underground parking garage.

**Project amenities:** Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**Parking facilities:** There are a total of 307 parking spaces in the project's garage of which 112 are designated for the residential condominium units.

**Views:** The subject project has average to excellent views of the surrounding mountains and the ski slopes depending on the location within the project. Units on the north side of the building do not have ski slope views while southern facing units have good to excellent ski slope and mountain views.

**Surrounding uses:** Neighboring properties consist of a mix of improved multi-family, hotel and commercial projects.

**Topography:** Level to sloping

**Adverse conditions/easements:** No unusual or adverse conditions or easements were visually apparent or known by the appraiser.

**Vegetation:** The landscaping consists of grass, trees, shrubs and flowers.

## Subject Unit

**Structure/condition:** The subject property is a residential condominium dwelling that contains three bedrooms and four baths within 2,526 square feet of living space on one level. Also present is an undetermined amount of decking and a parking space in the project's parking garage. The dwelling's floor plan exhibits good traffic flow and space utilization. Condition was observed to be very good due to attentive care along with short term rental use. No functional or external losses were noted. The subject property is currently listed for sale in the local MLS. It has been listed for 113 days at $5,950,000.

**Quality of construction:** Quality of construction was noted to be very good to excellent with a high level of materials and workmanship being noted.

**Views:** The subject unit has good mountain views with limited ski slope views from its position on the western aspect of the building. It has restricted views to the north and west due to the adjacent building

**Supplemental Addendum**

File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | |

but is has limited ski slope views to the southwest. The visual impacts from the nearby interstate are minimal but the sonic impacts are still evident.

## Ownership and Sales History
**Present owner per public records:** Solaris Property Owner I LLC.

**Acquisition date:** None per Eagle County records.

**Recent activity:** No sale of the subject is evident per Eagle County records.

## Highest and Best Use
Highest and best use may be defined as:

*"The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value."*

The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, this development was built from 2007 through 2010 after the original Crossroads Mall development had been demolished.

## Approaches to Value
There are three approaches to arriving at an opinion of value in the appraisal process: These are the Cost Approach, the Sales Comparison Approach and the Income Capitalization Approach. They are described as follows:

The *Cost Approach* is based on the presumption that the value of a property is indicated by the current cost of the vacant building site plus the cost to construct a similar property, less depreciation. These forms of depreciation consist of physical deterioration, functional obsolescence and external obsolescence.

The *Sales Comparison* approach is the process of comparing the subject property to sales of similar competing properties. Adjustments are made for differences in size, location and other market recognized differences.

The *Income Capitalization* approach is based on the measurement of the present value of future benefits. This is arrived at through a process of capitalizing economic or contract rent into an indication of value using market derived rents and market derived capitalization rates.

The appraiser has made a reasonable effort to employ each of the three approaches to value. In this valuation the Sales Comparison Approach was primarily relied upon in forming the final opinion of value. Although the resort nature of the subject marketplace has many examples of units utilized for long and short term rental purposes, the income often does not offset the cost of ownership. Therefore, the income associated with rental use has little bearing on prices paid for properties in the subject marketplace. Rental income is often secondary or inconsequential among purchaser's criteria with data for market rents and multipliers being diverse and inconsistent. As a result, while considered, the Income Approach was not utilized in this report. The cost approach has no meaningful basis for application in the valuation of individual multi-family interests in the local marketplace, and is omitted from discussion.

## Sales Comparison Approach
Although the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties which represent various aspects of the subject's market appeal.

**Comparable 1** is a sale of a slightly larger unit with a more marketable location from the subject project. It enjoys direct ski slope views from its location on the southern aspect of the building but the east and western views look onto electrical boxes on the adjacent roof. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with an effective age of

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |

three years due to attentive care along with limited second home use and no short term rental use. Additional adjustments were required for furnishings that were included in the sale and a $500 credit the seller gave the buyer for repairs. This sale provides excellent overall similarity to the subject and is from the subject project.

**Comparable 2** is a very recent sale of a larger unit from the competing Four Seasons Resort. This unit has similar limited ski slope views from its location on the southern aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and garage count. This very recent sale also provides excellent similarity to the subject.

**Comparable 3** is a sale of a larger unit from the competing Lion project. The unit has more marketable ski slope views but is in the less marketable Lionshead portion of Vail. Therefore no view adjusted was made. Quality of construction was rated as very good which was adjusted at a rate of $100 per square foot. Condition was reported to be new as the property had never been lived in prior to its sale. Additional adjustments were required for bath count and a $48,770 HOA credit the seller gave the buyer at closing. This sale provides good similarity to the subject.

**Comparable 4** is a very recent sale of a larger unit with less marketable views from within the subject project. It lacks ski slope views and looks directly into the adjacent building to the west. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is divergent in terms of view but provides good similarity in all other aspects and is the most recent project sale.

**Comparable 5** is a dated sale of a smaller unit from the competing Arrabelle at Vail Square project. The unit enjoys a location near the base of the Lionshead gondola and chair lift but lacks ski slope views and is within the less marketable Lionshead portion of Vail. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 6 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This is divergent in terms of view but provides good similarity in all other aspects.

**Comparable 6** is a very recent sale of a smaller unit with less marketable views from the subject project. This unit has a less marketable location on the northern aspect of the building. It lacks ski slope views and has greater impact from the interstate. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with an effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This very recent sale from the project is divergent in terms of view and gross living area but provides good similarity in all other aspects. It is the second most recent project sale.

**Comparable 7** is a listing of a smaller unit from the subject project. The unit has less marketable views from its location on the northern aspect of the building. It lacks ski slope views and has greater impact from the interstate. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count, furnishings that are to be included in the sale and a list to sales price adjustment. The list to sales price ratio adjustment utilized in the report is based on the median sale price as a percent of list price from the analysis that was completed to determine the current market conditions.

**Due to the lack of recent sales of similar properties from within the subject neighborhood, it was necessary to utilize sales with sales prices that were greater than 15% less than the subject's opinion of value.**

## Comments on Adjustments to Sales

Please note the following criteria utilized for the adjustments in the sales comparison approach:

## Supplemental Addendum

| Borrower | Not Applicable | | | | | File No | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County Eagle | | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | | |

**Market Conditions adjustment:** All condominium sales that sold for more than $2,000,000 within the Vail Village and Lionshead markets were analyzed. The current twelve month period indicates a median sales price of $3,412,500 based on 38 sales ranging from $2,000,000 to $10,500,000. The prior twelve month period indicates a median sales price of $3,400,000 based on 45 sales ranging from $2,075,000 to $14,000,000. This indicates a slight increase of 0.35% over the twelve month period or a relatively stable market. Therefore no market condition adjustments were made in this report.

**View and floor location adjustments:** Derived from sales of properties with varying appeal and locational characteristics, based on matched pair analysis.

**Quality adjustments:** Based on estimated cost differences, together with cost to cure approximations, when appropriate. Secondary support is provided via conversations with involved parties regarding the effect of differing quality on purchase prices.

**Age and condition characteristics:** These are combined into one adjustment with consideration given to each property's actual and effective ages. Typical condition adjustments for properties in average condition are estimated at about 1.5% per year, reflecting a total estimated life of about 65 years in a straight line age/life analysis. Properties differing in their effective ages are assigned greater or lesser amounts of adjustment based on their relative condition, together with consideration of cost-to-cure estimation, if appropriate. Therefore, an estimated per square foot cost to build is multiplied by the square footage of the comparable to arrive at an estimated cost to build. This figure is then multiplied by the difference in the effective age (difference between the subject's effective age and the comparables effective age) then multiplied by the aforementioned 1.5% to arrive at the age/condition adjustment.

**Room count:** $35,000 per bathroom, based on matched pair analysis. No bedroom count adjustment was evident in the available market data.

**Gross living area:** Differences in gross living area are adjusted at $1,000 per square foot in this report, which is indicative of the sensitivity to size that this marketplace is presently tending to exhibit.

**Homeowners Association Fees:** HOA fees are often based on the size of the unit along with the level and quality of the project's amenities. Sometimes these fees include heat for not only the common area but each individual unit. As a result these fees can vary between units within the same project along with units from competing projects, making an adjustment for these items very difficult to extract from the available data. The more amenities and/or the higher quality of amenities results in higher fees. An analysis of the market data did not readily display an adjustment for the difference between HOA fees of each comparable, therefore no adjustments were made.

**The appraiser recognizes that some of these comparables have larger than typical individual, net and/or gross adjustments. It should be pointed out that variations like this are a common occurrence in this marketplace. Differences in gross living area, quality, conditions, location, etc. often vary substantially from property to property while at the same time maintaining a level of common appeal. Even with these adjustments the sales cited are considered to be similar in appeal, adequately reliable, the best available indicators of subject value.**

## Estimate of Reasonable Exposure Time

A reasonable Exposure Time may be defined as "the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal" Implicit in this definition are the following characteristics:

The property will be actively exposed and aggressively marketed to potential purchasers. This marketing is to be directed through marketing channels commonly used by buyers and sellers of similar type properties.

The property will be offered at a price reflecting the most probable markup over market value used by sellers of similar type properties.

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |

A sale will consummate under terms and conditions of the definition of market value.

An examination of recent sales activity within the subject marketplace reflects a wide range of typical exposure times. Purchase mortgage funds are readily available for properties within the subject area, and a significant number of sales close under all cash terms. An exposure time estimate for the subject property of twelve to twenty four months is considered realistic in the present market.

### Final Value Indication

Although the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties. The adjusted data provides adequate similarity to the subject property and a range of indications from $5,368,500 to $5,892,230. Comparable one is the most similar to the subject property. Comparables one, four and six are from the subject project. Therefore, with support from the other comparables, a value of $5,700,000 is selected and considered reasonable and supportable in the current marketplace. The opinion of value of the subject property is above the predominant value within the subject marketplace. This is typical of the proximal area due to the large disparity in terms of gross living area, condition, views and quality of construction. An analysis of the market data does not indicate that there is an effect on the marketability of the subject due to its correspondence to the predominate value.

### Furnishings and other Personal Property

The subject property is appraised unfurnished with no contribution given to any furnishings, personal property, or intangible items that are not real property. Fixtures, such as built-in appliances, window coverings, wall and floor coverings, electrical fixtures and plumbing fixtures are typically considered as real property in the valuation of residential property, and are included in the value assigned herein.

# USPAP ADDENDUM

Page # 25 of 26

190714/Solaris5GW19

File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender | | | | | | |

---

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report                    This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report    This report was prepared in accordance with USPAP Standards Rule 2-2(b).

---

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:    12 to 24 months

---

**Additional Certifications**

I certify that, to the best of my knowledge and belief:

☐ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☒ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).
- Prior appraisals of this unit were completed by the appraiser on 7/26/16, 2/27/17, 10/3/17, 4/4/18 and 11/6/18.

---

**Additional Comments**

**No undue influence was placed on the appraiser during the development of this report.**

---

| APPRAISER: | SUPERVISORY APPRAISER: (only if required) |
|---|---|
| Signature. | Signature: |
| Name:  Angelo Loria | Name: |
| Date Signed:  08/02/2019 | Date Signed:  08/04/2016 |
| State Certification #:  CR1318912 | State Certification #: |
| or State License #: | or State License #: |
| State:  CO | State: |
| Expiration Date of Certification or License:  12/31/2019 | Expiration Date of Certification or License: |
| Effective Date of Appraisal:  06/19/2019 | Supervisory Appraiser Inspection of Subject Property: |
| | ☐ Did Not    ☐ Exterior-only from Street    ☐ Interior and Exterior |

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000976



**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472

Re: Property:    141 E Meadow Dr
                 Vail, CO 81657
    Borrower:    Not Applicable
    File No.:    190714/Solaris5GW19

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Angelo Ferria

Angelo's Appraisals (970) 845-5056

190714/Solaris5GW19

Page # 2 of 26

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.

| | |
|---|---|
| Property Address: 141 E Meadow Dr | Unit #: 5G West  City: Vail  State: CO |

**SUBJECT**

Property Address: 141 E Meadow Dr   Unit #: 5G West   City: Vail   State: CO
Zip Code. 81657   County: Eagle   Legal Description: Residences at Solaris-Vail Unit 5G West
Assessor's Parcel #. 2101-082-94-049
Tax Year: 2018   R.E. Taxes: $ 42,260.04   Special Assessments: $ 0   Borrower (if applicable): Not Applicable
Current Owner of Record: Solaris Property Owner I LLC   Occupant: ☐ Owner ☒ Tenant (Market Rent) ☐ Tenant (Regulated Rent) ☐ Vacant
Project Type. ☒ Condominium ☐ Other (describe)   HOA $ 4,275.15 ☐ per year ☒ per month
Market Area Name: Vail Village   Map Reference: 20780   Census Tract: 0007 02
Project Name: Solaris Residences   Phase: N/A

**ASSIGNMENT**

The purpose of this appraisal is to develop an opinion of   ☒ Market Value (as defined), or ☐ other type of value (describe)
This report reflects the following value (if not Current, see comments): · ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)
Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
Intended Use. To provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP

Intended User(s) (by name or type): Colorado Regional Center Project Solaris, LLLP
Client. Colorado Regional Center Project Solaris, LLLP   Address 1644 Platte St , Suite 417, Denver, CO 80202
Appraiser: Angelo Loria   Address. PO Box 4175, Avon, CO 81620-4175

**MARKET AREA DESCRIPTION**

| Location: | Predominant Occupancy | Condominium Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|
| ☐ Urban ☒ Suburban ☐ Rural | ☒ Owner | PRICE $(000) | AGE (yrs) | One-Unit 5% | ☒ Not Likely |
| Built up: ☒ Over 75% ☐ 25-75% ☐ Under 25% | ☐ Tenant | | | 2-4 Unit 1% | ☐ Likely * ☐ In Process * |
| Growth rate: ☐ Rapid ☒ Stable ☐ Slow | ☐ Vacant (0-5%) | 640 Low 2 | | Multi-Unit 54% | * To: |
| Property values: ☐ Increasing ☒ Stable ☐ Declining | ☐ Vacant (>5%) | 15,000 High 60 | | Comm'l 40% | |
| Demand/supply: ☐ Shortage ☐ In Balance ☒ Over Supply | | 2,000 Pred 30 | | % | |
| Marketing time: ☐ Under 3 Mos. ☐ 3-6 Mos. ☒ Over 6 Mos. | | | | | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends). The Vail Village area is bound by the Vail Golf Course on the east, Lionshead on the west, Interstate-70 on the north and Vail Ski Resort and slopes on the south. The immediate Vail Village area is built-out with extensive renovations and rebuilding after demolition. The area enjoys good marketability due to its excellent views and proximity to the main Vail base area and the Gold Peak base area. During 2000 to 2001 sales declined causing a stabilization of values. From 2001 to mid 2006 rapid appreciation occurred. Then the subject marketplace slowed and the values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

Zoning Classification   Special Development District   Description: Public Accommodation
Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
Ground Rent (if applicable) $ N/A /   Comments: Not applicable

Highest & Best Use as improved (or as proposed per plans & specifications): ☒ Present use, or ☐ Other use (explain)

**PROJECT SITE DESCRIPTION**

Actual Use as of Effective Date:  Residential Condominium   Use as appraised in this report.  Residential Condominium
Summary of Highest & Best Use:  The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was rebuilt and completed in 2010.

| Utilities | Public | Other | Provider/Description · | Off-site Improvements | Type | Public | Private | Density | Average |
|---|---|---|---|---|---|---|---|---|---|
| Electricity · | ☒ | ☐ | Unknown | Street | Asphalt | ☒ | ☐ | Size | Typical/Condo |
| Gas | ☒ | ☐ | Unknown | Curb/Gutter | Concrete | ☒ | ☐ | Topography | Level to sloping |
| Water | ☒ | ☐ | Unknown | Sidewalk | Concrete | ☒ | ☐ | View | Gd/Mtn/Sm Ski |
| Sanitary Sewer | ☒ | ☐ | Unknown | Street Lights | Electric | ☒ | ☐ | | |
| Storm Sewer | ☒ | ☐ | Unknown | Alley | None | ☐ | ☐ | | |

Other site elements: ☐ Inside Lot ☒ Corner Lot ☐ Cul de Sac ☒ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X   FEMA Map # 08037C0469D   FEMA Map Date 12/04/2007
Site Comments:  No adverse site conditions were evident at the time of observation.

**PROJECT INFORMATION**

Data source(s) for project information   Management/MLS
Project Description ☐ Detached ☐ Row or Townhouse ☐ Garden ☐ Mid-Rise ☒ High-Rise ☐ Other (describe)

| General Description of Project | | Subject Phase | # | If Project Completed | # | If Project Incomplete | # |
|---|---|---|---|---|---|---|---|
| # of Stories | 9 | Exterior Walls Frame/Rock | Units 79 | Phases 1 | Planned Phases | |
| # of Elevators | 9 | Roof Surface Zinc | Units Completed 79 | Units 79 | Planned Units | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | Total # Parking 112 | Units for Sale 21 | Units for Sale | Units for Sale | |
| Design (Style) Condo | Ratio (spaces/unit) 1.4:1 | Units Sold | Units Sold 37 | Units Sold | |
| Actual Age (Yrs.) 9 | Parking Type(s) Prk Garage | Units Rented | Units Rented Unkn | Units Rented | |
| Effective Age (Yrs.) 5 | Guest Parking Avg | Owner Occup. Units Unkn | Owner Occup. Units Unkn | Owner Occup. Units | |

Project Primary Occupancy ☒ Principal Residence ☒ Second Home or Recreational ☐ Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No
Management Group: ☐ Homeowners' Association ☐ Developer ☒ Management Agent (name of management agent or company). Jeff Fruin (970)
790-6406 or jfruin@solarisresidences.com
Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No  If Yes, describe the original use and date of conversion.

**PROJECT INFORMATION** (continued)

Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown  Have the documents been reviewed? ☐ Yes ☒ No  Comments: These documents were not reviewed for this appraisal
Project Comments (condition, quality of construction, completion status, etc.):  Thirty five percent of the project consists of commercial space. This commercial space consists of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink/putting green, a bank and numerous other retail shops.

Common Elements and Recreational Facilities:  Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**GP CONDO**

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE   6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13 ·

CRC 000963

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

## PROJECT ANALYSIS

Summary of condominium project budget analysis for the current year (if analyzed):   The condominium budget was not reviewed for this appraisal.

Other fees for the use of the project facilities (other than regular HOA charges):   The appraiser is unaware of any additional fees for the use of the project facilities.

Compared to other competitive projects of similar quality and design, the subject unit charge appears   ☐ High  ☒ Average  ☐ Low   (If High or Low, describe)

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?   ☐ Yes  ☒ No   If Yes, describe and explain the effect on value and marketability.   No condominium documents or HOA meeting minutes were reviewed for this appraisal.  The appraiser is unaware of any special or unusual characteristics of the project.

Unit Charge: $ 4,275.15   per month X 12 = $ 51,301.80   per year.   Annual assessment charge per year per SF of GLA = $   20.31

Utilities included in the Unit Charge:   ☐ None  ☒ Heat  ☒ Air Conditioning  ☐ Electricity  ☒ Gas  ☒ Water  ☒ Sewer  ☒ Cable  ☐ Other

Source(s) used for physical characteristics of property:   ☐ New Inspection  ☒ Previous Appraisal Files  ☐ MLS  ☐ Assessment and Tax Records  ☒ Prior Inspection
☐ Property Owner   ☐ Other (describe)   Data Source for Gross Living Area  Interior dimensions from prior inspection

## DESCRIPTION OF THE UNIT IMPROVEMENTS

### General Description
Floor Location  5th/Mid Level
# of Levels  1
Design (Style)  Condo
☒ Existing  ☐ Proposed
☐ Under Construction
Actual Age (Yrs.)  9
Effective Age (Yrs.)  5

### Exterior Description
Foundation  Concrete
Exterior Walls  Frame/Rock
Roof Surface  Zinc
Gutters & Dwnspts.  Yes
Window Type  Wood-Alum clad
Storm/Screens  No/Yes

### Foundation
☒ N/A
Slab
Crawl Space
Basement
Sump Pump ☐
Dampness ☐
Settlement
Infestation

### Basement
☒ N/A
Area Sq. Ft.
% Finished
Ceiling
Walls
Floor
Outside Entry

### Heating
Type  In-floor radiant
Fuel  NG

Cooling
Central  Yes
Other

Car Storage  ☐ None
☒ Garage  # 1
☐ Covered  # 0
☐ Open  # 0
Total # of cars  1  ◄
☐ Assigned
☒ Owned
Space #(s) Unassigned

### Interior Description
Floors  Wood-Stone-Carpet
Walls  Plaster
Trim/Finish  Cherry/Stained
Bath Floor  Stone-Ceramic
Bath Wainscot  Stone-Ceramic
Doors  Solid Cherry Stained

### Appliances
Refrigerator  ☒
Range/Oven  ☒
Disposal  ☒
Dishwasher  ☒
Fan/Hood  ☒
Microwave  ☒
Washer/Dryer  ☒

### Attic  ☒ N/A
Stairs ☐
Drop Stair ☐
Scuttle ☐
Doorway ☐
Floor ☐
Heated ☐
Finished ☐

### Amenities
Fireplace(s) # 1   Woodstove(s) # 0
Patio  None
Deck  Yes
Porch  None
Fence  None
Pool  None
Balcony  None

Finished area above grade contains:   6   Rooms   3   Bedrooms   4.0   Bath(s)   2,526   Square Feet of Gross Living Area Above Grade

Are the heating and cooling for the individual units separately metered?  ☐ Yes  ☒ No (If No, describe)   This is typical of many large projects within the Vail marketplace.

Additional features:   See attached addendum.

Describe the condition of the property (including physical, functional and external obsolescence):   See attached addendum

## TRANSFER HISTORY

My research  ☐ did  ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s):  Eagle County records.

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing:   No prior sale is evident per Eagle County |
|---|---|
| Date: | records. |
| Price: | |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited

**GP CONDO**

190714/Solaris5GW19

Page # 4 of 26

## INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

| SALES COMPARISON APPROACH TO VALUE (if developed) ☐ The Sales Comparison Approach was not developed for this appraisal. | | | | | | | |
|---|---|---|---|---|---|---|---|
| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
| Address 141 E Meadow Dr #5G West | | 141 E Meadow Dr # 4B East | | 1 Vail Rd # 9201 | | 701 W Lionshead Cir # E403 | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | |
| Project Solaris Residences | | Solaris Residences | | Four Seasons Resort Vail | | The Lion | |
| Phase N/A | | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0 05 miles E | | 0 16 miles W | | 0.79 miles W | |
| Sale Price | $ | | $ 5,950,000 | | $ 6,200,000 | | $ 6,250,000 |
| Sale Price/GLA | $ /sq.ft. | $ 2,351.78 /sq.ft. | | $ 2,118.93 /sq.ft. | | $ 2,219 46 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#927731;DOM 525 | | VBRMLS#932941;DOM 231 | | MLS#931697,DOM 158 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Cash | | Cash | | Cash | |
| Concessions | | Furnished/Credit | -25,500 | None | 0 | 1 yrs HOA /Credit | -48,770 |
| Date of Sale/Time | | 03/23/2018 | | 04/29/2019 | | 09/04/2018 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Vail Village | | Vail Village | | Lionshead | |
| HOA Fees ($/Month) | 4,275.15 | 3,783.33 | | 6,312.67 | | 3,196.67 | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | Pool, Spa, Lobby | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | Athletic facilities | |
| Floor Location | 5th/Mid Level | 4th/Mid Level | | 9th/Mid Level | 0 | 4th/Mid Level | 0 |
| View | Gd/Mtn/SmSki | VrGd/Mtn/Ski | -225,000 | Gd/Mtn/SmSki | | VrGd/Ski | 0 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | Very Good | +281,500 |
| Age | 9 yrs, 5 eff | 8 yrs, 3 eff | -101,500 | 9 yrs, 5 eff | | 2 yrs, 0 eff | -283,000 |
| Condition | Very Good | Very Good | | Very Good | | New | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6 3 4.0 | 7 4 4 0 | 0 | 6 3 3.0 | +35,000 | 7 4 4.1 | -17,500 |
| Gross Living Area | 2,526 sq.ft. | 2,530 sq.ft. | -4,000 | 2,926 sq.ft. | -400,000 | 2,816 sq.ft. | -290,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 2 prking garage | -50,000 | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| Net Adjustment (Total) | | ☐ + ☒ − $ | -356,000 | ☐ + ☒ − $ | -415,000 | ☐ + ☒ − $ | -357,770 |
| Adjusted Sale Price | | Net 6.0 % | | Net 6.7 % | | Net 5.7 % | |
| of Comparables | | Gross 6.0 % $ 5,594,000 | | Gross 7.8 % $ 5,785,000 | | Gross 14.7 % $ 5,892,230 | |

Summary of Sales Comparison Approach All comparable data is obtained from Eagle County Clerk and Assessor, the local Multiple Listing service and/or involved parties. See attached addendum for comments on the sales comparison approach.

Indicated Value by Sales Comparison Approach $ 5,700,000

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

GP CONDO

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000965

190714/Solaris5GW19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

Page # 5 of 26

File No.:

## INCOME APPROACH TO VALUE (if developed)   ☒ The Income Approach was not developed for this appraisal

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 141 E Meadow Dr., #5G West | | | |
| | Vail, CO 81657 | | | |
| Project | Solaris Residences | | | |
| Phase | N/A | | | |
| Proximity to Subject | | | | |
| Current Monthly Rent | $ | $ | $ | $ |
| Rent/GLA | $        /sq.ft. | $        /sq.ft. | $        /sq.ft. | $        /sq.ft. |
| Rent Control | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Data Source(s) | | | | |
| Date of Lease(s) | | | | |
| Location | Vail Village | | | |
| View | | | | |
| Age | 9 yrs, 5 eff | | | |
| Condition | Very Good | | | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths |
| Room Count | 6 | 3 | 4 0 | | | | | | | | | |
| Gross Living Area | 2,526 sq.ft. | sq.ft. | sq.ft. | sq.ft. |
| Utilities Included | | | | |

Summary of Income Approach (including support for market rent and GRM):

Opinion of Monthly Market Rent $    N/A    X Gross Rent Multiplier    0.00    = $        • Indicated Value by Income Approach

## COST APPROACH TO VALUE (if developed)   ☒ The Cost Approach was not developed for this appraisal.

Summary of Cost Approach

Indicated Value by: Sales Comparison Approach $   5,700,000    Cost Approach (if developed) $        Income Approach (if developed) $

Final Reconciliation   The Sales Comparison Approach is typically the most reliable indicator in the valuation of individual condominium units. The Cost and Income Approach are not considered reliable.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $    5,700,000    , as of:    06/19/2019    , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains   26   pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| | | | |
|---|---|---|---|
| ☒ Scope of Work | ☒ Limiting Cond./Certifications | ☒ Narrative Addendum | ☒ Photograph Addenda | ☒ Sketch Addendum |
| ☒ Map Addenda | ☒ Additional Sales | ☐ Additional Rentals | ☐ Flood Addendum | ☐ Hypothetical Conditions |
| ☐ Extraordinary Assumptions | ☐ Budget Analysis | ☐ | | |

Client Contact:   Rob Glucksman    Client Name:   Colorado Regional Center Project Solaris, LLLP

E-Mail: rglucksman@coloradoregionalcenter.com    Address:   1644 Platte St., Suite 417, Denver, CO 80202

## APPRAISER

Appraiser Name:   Angelo Lane

Company:   Angelos Appraisal Inc

Phone:   (970) 845-5056    Fax:   (970) 845-9472

E-Mail: Angelosappraisal@comcast.net

Date of Report (Signature):   08/02/2019

License or Certification #:   CR1318912    State:   CO

Designation:   Certified Residential Appraiser

Expiration Date of License or Certification:   12/31/2019

Inspection of Subject: ☒ Interior & Exterior   ☐ Exterior Only   ☐ None

Date of Inspection:   06/19/2019

## SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)

Supervisory or Co-Appraiser Name:

Company:

Phone:    Fax:

E-Mail:

Date of Report (Signature):   08/04/2016

License or Certification #:    State:

Designation:

Expiration Date of License or Certification:

Inspection of Subject: ☐ Interior & Exterior   ☐ Exterior Only   ☐ None

Date of Inspection.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited

GP CONDO    Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    6/2007

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

CRC 000966

Page # 6 of 26

190714/Solaris5GW19

## ADDITIONAL COMPARABLE SALES

File No.

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr., #5G West Vail, CO 81657 | 141 E Meadow Dr # 1A South Vail, CO 81657 | | 675 Lionshead Pl # 330 Vail, CO 81657 | | 141 E Meadow Dr # 6E West Vail, CO 81657 | |
| Project | Solaris Residences | Solaris Residences | | Arrabelle at Vail Square | | Solaris Residences | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0.01 miles S | | 0.68 miles W | | 0.02 miles NE | |
| Sale Price | $ | $ | 4,550,000 | $ | 3,400,000 | $ | 2,780,000 |
| Sale Price/GLA | $ /sq.ft. | $ 1,770.43 /sq.ft. | | $ 1,606.81 /sq.ft. | | $ 1,597.70 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#V322313;DOM 2168 | | VBRMLS#931500;DOM 11 | | VBRMLS#934477, DOM 27 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Cash | | Cash | | Conventional | |
| Concessions | | Furnished | -25,000 | Furnished | -25,000 | Furnished | -25,000 |
| Date of Sale/Time | | 06/13/2019 | | 03/30/2018 | | 04/30/2019 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Vail Village | | Lionshead | | Vail Village | |
| HOA Fees ($/Month) | 4,275.15 | 4,209.00 | | 2,545.00 | | 2,850.00 | |
| Common Elements and Recreational Facilities | Pool, Spa, Lobby Athletic facilities | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | |
| Floor Location | 5th/Mid Level | 1st/Lower Level | 0 | 3rd/Mid Level | 0 | 6th/Mid Level | 0 |
| View | Gd/Mtn/SmSki | Good/Mtn/West | +1,125,000 | Good/Mtn/Nr Slope | +2,025,000 | Good/Mtn | +1,775,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | VrGd-Excellent | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | 11 yrs, 6 eff | +42,500 | 9 yrs, 5 eff | |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6   3   4.0 | 6   3   3.1 | +17,500 | 5   2   3.0 | +35,000 | 5   2   2.1 | +52,500 |
| Gross Living Area | 2,526 sq.ft. | 2,570 sq.ft. | -44,000 | 2,116 sq.ft. | +410,000 | 1,740 sq.ft. | +786,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ − | $ 1,073,500 | ☒ + ☐ − | $ 2,487,500 | ☒ + ☐ − | $ 2,588,500 |
| Adjusted Sale Price of Comparables | | Net 23.6 % Gross 26.6 % | $ 5,623,500 | Net 73.2 % Gross 74.6 % | $ 5,887,500 | Net 93.1 % Gross 94.9 % | $ 5,368,500 |
| Summary of Sales Comparison Approach | | | | | | | |

SALES COMPARISON APPROACH

**GP CONDO**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.
Form GPCONDO.(AC) − "TOTAL" appraisal software by a la mode, inc. − 1-800-ALAMODE                                6/2007
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000967

Page # 7 of 26

190714/Solaris5GW19

# ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | | COMPARABLE SALE # 8 | | COMPARABLE SALE # 9 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr., #5G West Vail, CO 81657 | 141 E Meadow Dr # 7E West Vail, CO 81657 | | | | | |
| Project | Solaris Residences | Solaris Residences | | | | | |
| Phase | N/A | N/A | | | | | |
| Proximity to Subject | | 0.02 miles NE | | | | | |
| Sale Price | $ | | $ 3,750,000 | | $ | | $ |
| Sale Price/GLA | $ /sq.ft | $ 1,653.44 /sq.ft. | | $ /sq ft | | $ /sq.ft | |
| Data Source(s) | Inspection | VBRMLS#934804;DOM 73 | | | | | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Listing | | | | | |
| Concessions | | Furnished | −25,000 | | | | |
| Date of Sale/Time | | Active | −75,000 | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | Vail Village | Vail Village | | | | | |
| HOA Fees (S/Month) | 4,275.15 | 3,304.33 | | | | | |
| Common Elements and Recreational Facilities | Pool, Spa, Lobby Athletic facilities | Pool, Spa, Lobby Athletic facilities | | | | | |
| Floor Location | 5th/Mid Level | 7th/Mid Level | 0 | | | | |
| View | Gd/Mtn/SmSki | Good/Mtn | +1,775,000 | | | | |
| Design (Style) | Condo | Condo | | | | | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | | | | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | | | | |
| Condition | Very Good | Very Good | | | | | |
| Above Grade | Total \| Bdrms \| Baths | Total \| Bdrms \| Baths | | Total \| Bdrms \| Baths | | Total \| Bdrms \| Baths | |
| Room Count | 6 \| 3 \| 4.0 | 7 \| 3+D \| 3.1 | +17,500 | | | | |
| Gross Living Area | 2,526 sq.ft. | 2,268 sq.ft. | +258,000 | sq.ft. | | sq.ft. | |
| Basement & Finished Rooms Below Grade | None | None | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Parking | 1 prking garage | 1 prking garage | | | | | |
| Porch/Patio/Deck | Deck | Deck | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ − $ | 1,950,500 | ☐ + ☐ − $ | | ☐ + ☐ − $ | |
| Adjusted Sale Price of Comparables | | Net 52.0 % Gross 57.3 % $ | 5,700,500 | Net % Gross % $ | | Net % Gross % $ | |
| Summary of Sales Comparison Approach | | | | | | | |

*(left margin, rotated: SALES COMPARISON APPROACH)*

**GP CONDO**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.
Form GPCONDO.(AC) — "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE   6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000968

**Supplemental Addendum**                              File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |

Angelo's Appraisal, Inc.
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472



## ADDENDUM TO THE APPRAISAL OF:
141 E Meadow Drive, #G West
Residences at Solaris-Vail Unit 5G West
Vail, Colorado 81657
Eagle County, Colorado

### Purpose of the Appraisal
The purpose of this appraisal is to provide an opinion of the market value of the subject property, in an "as is" condition and a fee simple estate.

### Client and Intended Users:
This appraisal report is intended for the use by Colorado Regional Center Project Solaris, LLLP.  No other use of this appraisal is permitted.

### Intended Use:
The appraisal report is to determine a current opinion of value for the Colorado Regional Center Project Solaris, LLLP only and is not for any other use.

### Scope of Work
#### Extent of the Appraisal Process
The appraisal of the subject property includes a physical observation of the interior and exterior of the subject property along with data on file with the Eagle County Assessor's office as of the date of this appraisal.  An examination of market factors, recent transactions, a locational analysis of the home site and neighborhood, an economic analysis of the market and other pertinent data that may have an influence on the property were reviewed.  Sales and related information utilized in this report are gathered from the local multiple listing service and public records.  They are confirmed whenever possible with the involved parties, are the best available and the most recent sales which represent various aspects of the subject's market appeal.  When conflicting information was provided the source deemed most reliable was used.  All of this information is compiled and analyzed before a final opinion of value is determined.

The appraisal is in compliance with the guidelines set forth by:
Federal Financial Institutions Reform Recovery and Enforcement Act of 1989 (FIRREA)
Uniform Standards of Professional Appraisal Practices (USPAP)

### Type of Appraisal and type of Appraisal Report:
This appraisal is an "Appraisal Report" that is presented on the General Purpose Condo form.

### Property Observation
The appraiser completed an interior and exterior observation of the subject property.  This observation is not the same as a home inspection and did not include a viewing of the crawl space and attic area of the home (if applicable).  It is based on the observations of an appraiser who visited the property and does not include a physical analysis of the major components of the home.  The appraiser is not a mechanical engineer, electrical engineer, environmental engineer or structural engineer.  Therefore, no warranty of the components which include, but are not limited to, the electrical, plumbing, heating, structural, and roofing are made or implied.  All the above mentioned systems are presumed to be in working condition with the opinion of value herein subject to that assumption.  Furthermore, no analysis of environmental conditions, including but not limited to, moisture, mold and radon gas has been made or implied.  It is assumed no adverse environmental conditions exist with the opinion of value herein subject to that assumption.

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | |

**Gramm-Leach-Bliley Act of 1999**
In compliance with the Gramm-Leach Bliley Act, the appraiser does not disclose any non-public personal information that is not specifically permitted by law.

**Competency**
The appraiser has the competency and appropriate knowledge, training, and experience to complete this assignment.

**Extraordinary Assumptions or Hypothetical Conditions:**
No extraordinary assumptions or hypothetical conditions were utilized in the report.

**Prohibited Influences**
The appraisal assignment was not based upon a requested minimum valuation, specific valuation, or approval of a loan. Employment and compensation are not contingent upon the reporting of a predetermined value, a direction of the value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event.

**Definition of Market Value**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1) Buyer and seller are typically motivated;
2) Both parties are well informed or well advised, and each acting in what they consider their own best interests;
3) A reasonable time is allowed for exposure in the open market;
4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto;
5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
(Per Uniform Standards of Professional Appraisal Practice 2018-2019 USPAP Pg 153).

## Area and Neighborhood Comments

The subject property is located in the Vail Village portion of the town of Vail. Vail is located about 100 miles west of Denver along Interstate 70, in a narrow mountain valley situated against the west side of the Gore mountain range.

The first development corresponded with the opening of the Vail ski area in 1962. This is when completion of the first lifts and support facilities were built on what were previously ranch lands. Development in the region has steadily expanded over the years to the east and west. This has created an area of development thirty miles long that contains three ski areas, numerous golf courses, and extensive commercial and residential development. These factors have transformed the area into a four season resort, which has allowed for national and international appeal.

Vail Village is modeled after European villages with a large pedestrian core that contains extensive dining, entertainment and shopping facilities. Uses within the village consist predominately of resort commercial and condominiums, most dating to the 60's and 70's. Since the area is built-out many properties are undergoing extensive renovations with demolition and rebuilding occurring in some instances. Vail Village properties typically exhibited high values and good marketability to second and third home recreational buyers attracted to Vail's renowned recreation amenities. Appeal is enhanced by good views of the Gore Mountain Range and Gore Creek which runs through the village.

Also present at the eastern edge of the Vail Village area is the Gold Peak base area. This base area which recently underwent an extensive renovation consists of two chair lifts and two commercial buildings. These buildings house lift ticket offices, ski school facilities, ski rental shops, restaurants, parking facilities and a base lodge.

## Supplemental Addendum                              File No

| Borrower | Not Applicable | | | | | |
|----------|----------------|--|--|--|--|--|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code  81657 |
| Lender/Client | | | | | | |

## Market Trends/Conditions

During 2000 to 2001 sales declined and inventory increased causing a stabilization of values. From 2001 to mid-2006 rapid appreciation occurred. Then in 2008 values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

## Subject Project Comments

**Location:** The project site is located south of the South Frontage Road on East Meadow Drive at its intersection with Willow Bridge Road. This location is within the central core of Vail Village enhancing its overall appeal. It should be noted that the subject project represents the upper end of quality within the central village. This project is considered a "Condotel" as it has many of the amenities of a luxury hotel including the ability to have nightly rentals through the front desk.

**Year of construction:** Construction of the subject project began in 2007 with completion in 2010. This was after the demolition of the Crossroads Mall which previously occupied the site.

**Association Fees:** Currently the association fees for the subject unit are $4,375.15 per month. It should be noted that presently there are no special assessments.

**Project Size/Configuration:** The project consists of 79 residential condominium units within approximately 202,000 square feet. There also is 70,000 square feet of commercial space that is comprised of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink, a bank and numerous other retail shops. Also present are 307 parking spaces within an underground parking garage.

**Project amenities:** Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**Parking facilities:** There are a total of 307 parking spaces in the project's garage of which 112 are designated for the residential condominium units.

**Views:** The subject project has average to excellent views of the surrounding mountains and the ski slopes depending on the location within the project. Units on the north side of the building do not have ski slope views while southern facing units have good to excellent ski slope and mountain views.

**Surrounding uses:** Neighboring properties consist of a mix of improved multi-family, hotel and commercial projects.

**Topography:** Level to sloping

**Adverse conditions/easements:** No unusual or adverse conditions or easements were visually apparent or known by the appraiser.

**Vegetation:** The landscaping consists of grass, trees, shrubs and flowers.

## Subject Unit

**Structure/condition:** The subject property is a residential condominium dwelling that contains three bedrooms and four baths within 2,526 square feet of living space on one level. Also present is an undetermined amount of decking and a parking space in the project's parking garage. The dwelling's floor plan exhibits good traffic flow and space utilization. Condition was observed to be very good due to attentive care along with short term rental use. No functional or external losses were noted. The subject property is currently listed for sale in the local MLS. It has been listed for 113 days at $5,950,000.

**Quality of construction:** Quality of construction was noted to be very good to excellent with a high level of materials and workmanship being noted.

**Views:** The subject unit has good mountain views with limited ski slope views from its position on the western aspect of the building. It has restricted views to the north and west due to the adjacent building

**Supplemental Addendum**  File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

but is has limited ski slope views to the southwest. The visual impacts from the nearby interstate are minimal but the sonic impacts are still evident.

## Ownership and Sales History
**Present owner per public records:** Solaris Property Owner I LLC.

**Acquisition date:** None per Eagle County records.

**Recent activity:** No sale of the subject is evident per Eagle County records.

## Highest and Best Use
Highest and best use may be defined as:

*"The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value."*

The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, this development was built from 2007 through 2010 after the original Crossroads Mall development had been demolished.

## Approaches to Value
There are three approaches to arriving at an opinion of value in the appraisal process. These are the Cost Approach, the Sales Comparison Approach and the Income Capitalization Approach. They are described as follows:

The *Cost Approach* is based on the presumption that the value of a property is indicated by the current cost of the vacant building site plus the cost to construct a similar property, less depreciation. These forms of depreciation consist of physical deterioration, functional obsolescence and external obsolescence.

The *Sales Comparison* approach is the process of comparing the subject property to sales of similar competing properties. Adjustments are made for differences in size, location and other market recognized differences.

The *Income Capitalization* approach is based on the measurement of the present value of future benefits. This is arrived at through a process of capitalizing economic or contract rent into an indication of value using market derived rents and market derived capitalization rates.

The appraiser has made a reasonable effort to employ each of the three approaches to value. In this valuation the Sales Comparison Approach was primarily relied upon in forming the final opinion of value. Although the resort nature of the subject marketplace has many examples of units utilized for long and short term rental purposes, the income often does not offset the cost of ownership. Therefore, the income associated with rental use has little bearing on prices paid for properties in the subject marketplace. Rental income is often secondary or inconsequential among purchaser's criteria with data for market rents and multipliers being diverse and inconsistent. As a result, while considered, the Income Approach was not utilized in this report. The cost approach has no meaningful basis for application in the valuation of individual multi-family interests in the local marketplace, and is omitted from discussion.

## Sales Comparison Approach
Although the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties which represent various aspects of the subject's market appeal.

**Comparable 1** is a sale of a slightly larger unit with a more marketable location from the subject project. It enjoys direct ski slope views from its location on the southern aspect of the building but the east and western views look onto electrical boxes on the adjacent roof. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with an effective age of

## Supplemental Addendum

| | | | | | | | File No. |
|---|---|---|---|---|---|---|---|
| Borrower | Not Applicable | | | | | | |
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |

three years due to attentive care along with limited second home use and no short term rental use. Additional adjustments were required for furnishings that were included in the sale and a $500 credit the seller gave the buyer for repairs. This sale provides excellent overall similarity to the subject and is from the subject project.

**Comparable 2** is a very recent sale of a larger unit from the competing Four Seasons Resort. This unit has similar limited ski slope views from its location on the southern aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and garage count. This very recent sale also provides excellent overall similarity to the subject.

**Comparable 3** is a sale of a larger unit from the competing Lion project. The unit has more marketable ski slope views but is in the less marketable Lionshead portion of Vail. Therefore no view adjusted was made. Quality of construction was rated as very good which was adjusted at a rate of $100 per square foot. Condition was reported to be new as the property had never been lived in prior to its sale. Additional adjustments were required for bath count and a $48,770 HOA credit the seller gave the buyer at closing. This sale provides good similarity to the subject.

**Comparable 4** is a very recent sale of a larger unit with less marketable views from within the subject project. It lacks ski slope views and looks directly into the adjacent building to the west. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is divergent in terms of view but provides good similarity in all other aspects and is the most recent project sale.

**Comparable 5** is a dated sale of a smaller unit from the competing Arrabelle at Vail Square project. The unit enjoys a location near the base of the Lionshead gondola and chair lift but lacks ski slope views and is within the less marketable Lionshead portion of Vail. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 6 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This is divergent in terms of view but provides good similarity in all other aspects.

**Comparable 6** is a very recent sale of a smaller unit with less marketable views from the subject project. This unit has a less marketable location on the northern aspect of the building. It lacks ski slope views and has greater impact from the interstate. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with an effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This very recent sale from the project is divergent in terms of view and gross living area but provides good similarity in all other aspects. It is the second most recent project sale.

**Comparable 7** is a listing of a smaller unit from the subject project. The unit has less marketable views from its location on the northern aspect of the building. It lacks ski slope views and has greater impact from the interstate. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count, furnishings that are to be included in the sale and a list to sales price adjustment. The list to sales price ratio adjustment utilized in the report is based on the median sale price as a percent of list price from the analysis that was completed to determine the current market conditions.

**Due to the lack of recent sales of similar properties from within the subject neighborhood, it was necessary to utilize sales with sales prices that were greater than 15% less than the subject's opinion of value.**

## Comments on Adjustments to Sales
Please note the following criteria utilized for the adjustments in the sales comparison approach:

**Supplemental Addendum**

File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | |

**Market Conditions adjustment:** All condominium sales that sold for more than $2,000,000 within the Vail Village and Lionshead markets were analyzed. The current twelve month period indicates a median sales price of $3,412,500 based on 38 sales ranging from $2,000,000 to $10,500,000. The prior twelve month period indicates a median sales price of $3,400,000 based on 45 sales ranging from $2,075,000 to $14,000,000. This indicates a slight increase of 0.35% over the twelve month period of a relatively stable market. Therefore no market condition adjustments were made in this report.

**View and floor location adjustments:** Derived from sales of properties with varying appeal and locational characteristics, based on matched pair analysis.

**Quality adjustments:** Based on estimated cost differences, together with cost to cure approximations, when appropriate. Secondary support is provided via conversations with involved parties regarding the effect of differing quality on purchase prices.

**Age and condition characteristics:** These are combined into one adjustment with consideration given to each property's actual and effective ages. Typical condition adjustments for properties in average condition are estimated at about 1.5% per year, reflecting a total estimated life of about 65 years in a straight line age/life analysis. Properties differing in their effective ages are assigned greater or lesser amounts of adjustment based on their relative condition, together with consideration of cost-to-cure estimation, if appropriate. Therefore, an estimated per square foot cost to build is multiplied by the square footage of the comparable to arrive at an estimated cost to build. This figure is then multiplied by the difference in the effective age (difference between the subject's effective age and the comparables effective age) then multiplied by the aforementioned 1.5% to arrive at the age/condition adjustment.

**Room count:** $35,000 per bathroom, based on matched pair analysis. No bedroom count adjustment was evident in the available market data.

**Gross living area:** Differences in gross living area are adjusted at $1,000 per square foot in this report, which is indicative of the sensitivity to size that this marketplace is presently tending to exhibit.

**Homeowners Association Fees:** HOA fees are often based on the size of the unit along with the level and quality of the project's amenities. Sometimes these fees include heat for not only the common area but each individual unit. As a result these fees can vary between units within the same project along with units from competing projects, making an adjustment for these items very difficult to extract from the available data. The more amenities and/or the higher quality of amenities results in higher fees. An analysis of the market data did not readily display an adjustment for the difference between HOA fees of each comparable, therefore no adjustments were made.

**The appraiser recognizes that some of these comparables have larger than typical individual, net and/or gross adjustments. It should be pointed out that variations like this are a common occurrence in this marketplace. Differences in gross living area, quality, conditions, location, etc. often vary substantially from property to property while at the same time maintaining a level of common appeal. Even with these adjustments the sales cited are considered to be similar in appeal, adequately reliable, the best available indicators of subject value.**

## Estimate of Reasonable Exposure Time

A reasonable Exposure Time may be defined as "the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal" Implicit in this definition are the following characteristics:

The property will be actively exposed and aggressively marketed to potential purchasers. This marketing is to be directed through marketing channels commonly used by buyers and sellers of similar type properties.

The property will be offered at a price reflecting the most probable markup over market value used by sellers of similar type properties.

## Supplemental Addendum

| | | | File No. |
|---|---|---|---|
| Borrower | Not Applicable | | |
| Property Address | 141 E Meadow Dr | | |
| City | Vail | County Eagle | State CO    Zip Code 81657 |
| Lender/Client | | | |

A sale will consummate under terms and conditions of the definition of market value.

An examination of recent sales activity within the subject marketplace reflects a wide range of typical exposure times. Purchase mortgage funds are readily available for properties within the subject area, and a significant number of sales close under all cash terms. An exposure time estimate for the subject property of twelve to twenty four months is considered realistic in the present market.

## Final Value Indication

Although the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties. The adjusted data provides adequate similarity to the subject property and a range of indications from $5,368,500 to $5,892,230. Comparable one is the most similar to the subject property. Comparables one, four and six are from the subject project. Therefore, with support from the other comparables, a value of $5,700,000 is selected and considered reasonable and supportable in the current marketplace. The opinion of value of the subject property is above the predominant value within the subject marketplace. This is typical of the proximal area due to the large disparity in terms of gross living area, condition, views and quality of construction. An analysis of the market data does not indicate that there is an effect on the marketability of the subject due to its correspondence to the predominate value.

## Furnishings and other Personal Property

The subject property is appraised unfurnished with no contribution given to any furnishings, personal property, or intangible items that are not real property. Fixtures, such as built-in appliances, window coverings, wall and floor coverings, electrical fixtures and plumbing fixtures are typically considered as real property in the valuation of residential property, and are included in the value assigned herein.

# USPAP ADDENDUM

190714/Solaris5GW19

File No.

| | |
|---|---|
| Borrower | Not Applicable |
| Property Address | 141 E Meadow Dr |
| City | Vail     County Eagle     State CO     Zip Code 81657 |
| Lender | |

This report was prepared under the following USPAP reporting option:

[X] Appraisal Report — This report was prepared in accordance with USPAP Standards Rule 2-2(a).

[ ] Restricted Appraisal Report — This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**
My opinion of a reasonable exposure time for the subject property at the market value stated in this report is     12 to 24 months

**Additional Certifications**
I certify that, to the best of my knowledge and belief:

[ ] I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

[X] I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).
- **Prior appraisals of this unit were completed by the appraiser on 7/26/16, 2/27/17, 10/3/17, 4/4/18 and 11/6/18.**

**Additional Comments**
**No undue influence was placed on the appraiser during the development of this report.**

| APPRAISER: | SUPERVISORY APPRAISER: (only if required) |
|---|---|
| Signature. | Signature. |
| Name: Angelo Lord | Name: |
| Date Signed: 08/02/2019 | Date Signed: 08/04/2016 |
| State Certification #: CR1318912 | State Certification #: |
| or State License #: | or State License #: |
| State: CO | State: |
| Expiration Date of Certification or License: 12/31/2019 | Expiration Date of Certification or License: |
| Effective Date of Appraisal: 06/19/2019 | Supervisory Appraiser Inspection of Subject Property: [ ] Did Not  [ ] Exterior-only from Street  [ ] Interior and Exterior |

Form ID14AP - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000976



**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472

Re: Property:   141 E Meadow Dr
                Vail, CO 81657
Borrower:   Not Applicable
File No.:   190706Solans6CW19

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Angelo Luria

Angelo's Appraisal (970) 845-5056

190706Solaris6CW19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

## SUBJECT

| | | | | |
|---|---|---|---|---|
| Property Address: 141 E Meadow Dr | | Unit #: 6C West | City: Vail | State: CO |

Zip Code: 81657   County: Eagle   Legal Description: Residences at Solaris-Vail Unit 6C West

Assessor's Parcel #: 2101-082-94-060

Tax Year: 2018   R.E. Taxes: $ 24,560.72   Special Assessments: $ 0   Borrower (if applicable):   Not Applicable

Current Owner of Record: Solaris Property Owner I LLC   Occupant: ☐ Owner ☒ Tenant (Market Rent) ☐ Tenant (Regulated Rent) ☐ Vacant

Project Type: ☒ Condominium ☐ Other (describe)   HOA: $ 2,816.96   ☐ per year ☒ per month

Market Area Name: Vail Village   Map Reference: 20780   Census Tract: 0007 02

Project Name: Solaris Residences   Phase:   NE

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach   (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use:   To provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP

Intended User(s) (by name or type):   Colorado Regional Center Project Solaris, LLLP

Client:   Colorado Regional Center Project Solaris, LLLP   Address:  1644 Platte St , Suite 417, Denver, CO 80202

Appraiser:   Angelo Loria   Address:  PO Box 4175, Avon, CO 81620-4175

## MARKET AREA DESCRIPTION

| Location | | Predominant Occupancy | Condominium Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|
| Location | ☐ Urban ☒ Suburban ☐ Rural | | PRICE | AGE | One-Unit 5 % | ☒ Not Likely |
| Built up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | ☒ Owner | $(000) | (yrs) | 2-4 Unit 1 % | ☐ Likely * ☐ In Process * |
| Growth rate | ☒ Rapid ☐ Stable ☐ Slow | ☐ Tenant | 640 Low 2 | | Multi-Unit 54 % | * To: |
| Property values | ☐ Increasing ☒ Stable ☐ Declining | ☐ Vacant (0-5%) | 15,000 High 60 | | Comm'l 40 % | |
| Demand/supply | ☐ Shortage ☒ In Balance ☐ Over Supply | ☐ Vacant (>5%) | 2,000 Pred 30 | | % | |
| Marketing time | ☐ Under 3 Mos. ☒ 3-6 Mos. ☐ Over 6 Mos. | | | | | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends):   The Vail Village area is bound by the
Vail Golf Course on the east, Lionshead on the west, Interstate-70 on the north and Vail Ski Resort and slopes on the south.  The immediate
Vail Village area is built-out with extensive renovations and rebuilding after demolition.  The area enjoys good marketability due to its
excellent views and proximity to the main Vail base area and the Gold Peak base area  During 2000 to 2001 sales declined causing a
stabilization of values.  From 2001 to mid 2006 rapid appreciation occurred.  Then the subject marketplace slowed and the values stabilized
until late 2008 when the marketplace began to decline.  In 2010-2011 the market entered a period of recovery with appreciation beginning in
2013.  Recently this portion of the market appears to have stabilized.

Zoning Classification   Special Development District   Description:  Public Accommodation

Zoning Compliance:  ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Ground Rent (if applicable)  $   N/A  /   Comments:   Not applicable

## PROJECT SITE DESCRIPTION

Highest & Best Use as improved (or as proposed per plans & specifications):  ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date:   Residential Condominium   Use as appraised in this report:   Residential Condominium

Summary of Highest & Best Use:   The subject is a legally permissible use based on its current zoning  Additionally, the site size shape and density indicate good utilization
of the improvements and is typical of surrounding properties  Based on the current market conditions the existing project is financially feasible and maximally productive.
Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was finished and completed in 2010

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Density | Average |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Unknown | Street | Asphalt | ☒ | ☐ | Size | Typical/Condo |
| Gas | ☒ | ☐ | Unknown | Curb/Gutter | Concrete | ☒ | ☐ | Topography | Level to sloping |
| Water | ☒ | ☐ | Unknown | Sidewalk | Concrete | ☒ | ☐ | View | Good/Mtn |
| Sanitary Sewer | ☒ | ☐ | Unknown | Street Lights | Electric | ☒ | ☐ | | |
| Storm Sewer | ☒ | ☐ | Unknown | Alley | None | ☐ | ☐ | | |

Other site elements: ☐ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone  X   FEMA Map #  08037C0469D   FEMA Map Date  12/4/2007

Site Comments:   No adverse site conditions were evident at the time of observation.

## PROJECT INFORMATION

Data source(s) for project information   Management/MLS

Project Description ☐ Detached ☐ Row or Townhouse ☐ Garden ☐ Mid-Rise ☒ High-Rise ☐ Other (describe)

### General Description of Project

| | | | Subject Phase | # | If Project Completed | # | If Project Incomplete | # |
|---|---|---|---|---|---|---|---|---|
| # of Stories | 9 | Exterior Walls  Frame/Rock | Units | 79 | Phases | 1 | Planned Phases | |
| # of Elevators | 4 | Roof Surface  Zinc | Units Completed | 79 | Units Completed | 79 | Planned Units | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | Total # Parking  112 | Units For Sale | 21 | Units for Sale | 21 | Units for Sale | |
| Design (Style)  Condo | Ratio (spaces/unit)  1.4:1 | Units Sold | 37 | Units Sold | 37 | Units Sold | |
| Actual Age (Yrs.)  9 | Parking Type(s)  Prk Garage | Units Rented | Unkn | Units Rented | Unkn | Units Rented | |
| Effective Age (Yrs.) 5 | Guest Parking  Avg | Owner Occup. Units | Unkn | Owner Occup. Units | Unkn | Owner Occup. Units | |

Project Primary Occupancy ☐ Principal Residence ☒ Second Home or Recreational ☐ Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No

Management Group: ☐ Homeowners' Association ☐ Developer ☒ Management Agent (name of management agency or company).   Jeff Fruin (970)
790-6406 or jfruin@solarisresidences.com

Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No   If Yes, describe the original use and date of conversion.

Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown   Have the documents been reviewed? ☐ Yes ☒ No   Comments:   These documents were not
reviewed for this appraisal

Project Comments (condition, quality of construction, completion status, etc.):   Thirty five percent of the project consists of commercial space.  This
commercial space consists of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink/putting green, a bank and
numerous other retail shops.

Common Elements and Recreational Facilities.   Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities,
fitness center, landscaped common areas and parking garage.



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE   6/2007

Page # 3 of 26

190706Solaris6CW19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

**PROJECT ANALYSIS**

Summary of condominium project budget analysis for the current year (if analyzed):   The condominium budget was not reviewed for this appraisal.

Other fees for the use of the project facilities (other than regular HOA charges):   The appraiser is unaware of any additional fees for the use of the project facilities.

Compared to other competitive projects of similar quality and design, the subject unit charge appears   ☐ High   ☒ Average   ☐ Low   (If High or Low, describe)

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
☐ Yes   ☒ No   If Yes, describe and explain the effect on value and marketability.   No condominium documents or HOA meeting minutes were reviewed for this appraisal.  The appraiser is unaware of any special or unusual characteristics of the project.

---

Unit Charge: $ 2,816.96   per month X 12 = $ 33,803.52   per year   Annual assessment charge per year per SF of GLA = $   19.98

Utilities included in the Unit Charge:   ☐ None   ☒ Heat   ☒ Air Conditioning   ☐ Electricity   ☒ Gas   ☒ Water   ☒ Sewer   ☒ Cable   ☐ Other
Source(s) used for physical characteristics of property:   ☒ New Inspection   ☒ Previous Appraisal Files   ☐ MLS   ☐ Assessment and Tax Records   ☒ Prior Inspection
☐ Property Owner   ☐ Other (describe)   Data Source for Gross Living Area   Interior dimensions from prior inspection

**DESCRIPTION OF THE UNIT IMPROVEMENTS**

| General Description | | Exterior Description | | Foundation | ☒ N/A | Basement | ☒ N/A | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| Floor Location 6th/Mid Level | | Foundation | Concrete | Slab | | Area Sq. Ft. | | Type | In-floor radiant |
| # of Levels   1 | | Exterior Walls | Frame/Rock | Crawl Space | | % Finished | | Fuel | NG |
| Design (Style) Condo | | Roof Surface | Zinc | Basement | | Ceiling | | | |
| ☒ Existing   ☐ Proposed | | Gutters & Dwnspts. Yes | | Sump Pump ☐ | | Walls | | **Cooling** | |
| ☐ Under Construction | | Window Type | Wood-Alum clad | Dampness ☐ | | Floor | | Central | Yes |
| Actual Age (Yrs.)   9 | | Storm/Screens | No/Yes | Settlement | | Outside Entry | | Other | |
| Effective Age (Yrs.)   5 | | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic ☒ N/A | | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Wood-Stone-Carpet | Refrigerator | ☒ | Stairs ☐ | Fireplace(s) # 1 | | Woodstove(s) # 0 | ☒ Garage | # 1 |
| Walls | Plaster | Range/Oven | ☒ | Drop Stair ☐ | Patio | None | | ☐ Covered | # 0 |
| Trim/Finish | Cherry/Stained | Disposal | ☒ | Scuttle ☐ | Deck | Yes | | ☐ Open | # 0 |
| Bath Floor | Stone | Dishwasher | ☒ | Doorway ☐ | Porch | None | | Total # of cars | 1 |
| Bath Wainscot | Stone-Ceramic | Fan/Hood | ☒ | Floor ☐ | Fence | None | | ☐ Assigned | |
| Doors | Solid Cherry Stained | Microwave | ☒ | Heated ☐ | Pool | None | | ☒ Owned | |
| | | Washer/Dryer | ☒ | Finished ☐ | Balcony | None | | Space #(s) Unassigned | |

Finished area above grade contains   6   Rooms   2+D   Bedrooms   3.0   Bath(s)   1,692   Square Feet of Gross Living Area Above Grade
Are the heating and cooling for the individual units separately metered?   ☐ Yes   ☒ No (If No, describe)   This is typical of many large projects within the Vail marketplace.

Additional features:   See attached addendum.

Describe the condition of the property (including physical, functional and external obsolescence):   See attached addendum.

**TRANSFER HISTORY**

My research ☐ did   ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s):   Eagle County records.

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing:   No prior sale is evident per Eagle County |
|---|---|
| Date: | records. |
| Price: | |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited

**GP CONDO**

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE   6/2007
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000979

190706Solaris6CW19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

Page # 4 of 26

File No.:

| SALES COMPARISON APPROACH TO VALUE (if developed) | | | The Sales Comparison Approach was not developed for this appraisal. | | | | |
|---|---|---|---|---|---|---|---|
| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
| Address | 141 E Meadow Dr # 6C West | 141 E Meadow Dr # 6E West | | 728 W Lionshead Cir # R308 | | 675 Lionshead Pl # 330 | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | |
| Project | Solaris Residences | Solaris Residences | | Ritz Carlton Residences | | Arrabelle at Vail Square | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0 01 miles W | | 0.92 miles W | | 0.70 miles W | |
| Sale Price | $ . | | $ 2,780,000 | | $ 2,560,000 | | $ 3,400,000 |
| Sale Price/GLA | $ /sq ft | $ 1,597.70 /sq.ft. | | $ 1,679.79 /sq.ft. | | $ 1,606.81 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#934477;DOM 27 | | VBRMLS#934199;DOM 53 | | VBRMLS#931500;DOM 11 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Conventional | | Cash | | Cash | |
| Concessions | | Furnished | -25,000 | Furnished | -25,000 | Furnished | -25,000 |
| Date of Sale/Time | | 04/30/2019 | | 04/23/2019 | | 03/30/2018 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Vail Village | | Lionshead | | Lionshead | |
| HOA Fees ($/Month) | 2,816.96 | 2,850.00 | | 2,570.00 | | 2,545.00 | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | Pool, Spa, Lobby | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | Athletic facilities | |
| Floor Location | 6th/Mid Level | 6th/Mid Level | | 5th/Mid Level | 0 | 3rd/Mid Level | 0 |
| View | Good/Mtn | Good/Mtn | | Gd/Mtn/Lionshead | +200,000 | Good/Mtn/Nr Slope | -250,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | VrGd-Excellent | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | 9 yrs, 5 eff | | 11 yrs, 6 eff | +42,500 |
| Condition | Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6 2+D 3.0 | 5 2 2.1 | +17,500 | 5 2 3 0 | 0 | 5 2 3 0 | 0 |
| Gross Living Area | 1,692 sq.ft. | 1,740 sq ft | -48,000 | 1,524 sq.ft. | +168,000 | 2,116 sq.ft. | -424,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ − $ | -55,500 | ☒ + ☐ − $ | 343,000 | ☐ + ☒ − $ | -656,500 |
| Adjusted Sale Price | | Net 2.0 % | | Net 13.4 % | | Net 19.3 % | |
| of Comparables | | Gross 3.3 % $ | 2,724,500 | Gross 15.4 % $ | 2,903,000 | Gross 21.8 % $ | 2,743,500 |

Summary of Sales Comparison Approach   All comparable data is obtained from Eagle County Clerk and Assessor, the local Multiple Listing service and/or involved parties. See attached addendum for comments on the sales comparison approach.

Indicated Value by Sales Comparison Approach $   2,735,000

**GP CONDO**

Copyright© 2007 by a la mode. inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000980

Page # 5 of 26
190706Solans6CW19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

## INCOME APPROACH TO VALUE (if developed)   ☒ The Income Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 141 E Meadow Dr # 6C West Vail, CO 81657 | | | |
| Project | Solaris Residences | | | |
| Phase | N/A | | | |
| Proximity to Subject | | | | |
| Current Monthly Rent | $ | $ | $ | $ |
| Rent/GLA | $        /sq ft | $        /sq.ft. | $        /sq ft | $        /sq.ft. |
| Rent Control | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Data Source(s) | | | | |
| Date of Lease(s) | | | | |
| Location | Vail Village | | | |
| View | | | | |
| Age | 9 yrs, 5 eff | | | |
| Condition | Good | | | |
| Above Grade | Total  Bdrms  Baths | Total  Bdrms  Baths | Total  Bdrms  Baths | Total  Bdrms  Baths |
| Room Count | 6   2+D   3.0 | | | |
| Gross Living Area | 1,692 sq.ft. | sq.ft. | sq.ft. | sq.ft. |
| Utilities Included | | | | |

Summary of Income Approach (including support for market rent and GRM):

Opinion of Monthly Market Rent $  N/A   X Gross Rent Multiplier  0.00  = $  **Indicated Value by Income Approach**

## COST APPROACH TO VALUE (if developed)   ☒ The Cost Approach was not developed for this appraisal.

Summary of Cost Approach

Indicated Value by: Sales Comparison Approach $ 2,735,000   Cost Approach (if developed) $   Income Approach (if developed) $

Final Reconciliation   The Sales Comparison Approach is typically the most reliable indicator in the valuation of individual condominium units.  The Cost and Income Approach are not considered reliable

This appraisal is made ☒ "as is",  ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed,  ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed,  ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $     2,735,000     , as of:     06/19/2019     , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains   26   pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
☒ Scope of Work        ☒ Limiting Cond./Certifications   ☒ Narrative Addendum      ☒ Photograph Addenda      ☒ Sketch Addendum
☒ Map Addenda          ☒ Additional Sales               ☐ Additional Rentals      ☐ Flood Addendum          ☐ Hypothetical Conditions
☐ Extraordinary Assumptions  ☐ Budget Analysis           ☐

Client Contact:  Rob Glucksman        Client Name:   Colorado Regional Center Project Solans, LLLP
E-Mail: rglucksman@coloradoregionalcenter.com    Address:   1644 Platte St , Suite 417, Denver, CO 80202

### APPRAISER

Appraiser Name:  Angelo Leria
Company:  Angelos Appraisal Inc
Phone: (970) 845-5056        Fax: (970) 845-9472
E-Mail: Angelosappraisal@comcast.net
Date of Report (Signature):  08/02/2019
License or Certification #:   CR1318912        State:  CO
Designation:  Certified Residential Appraiser
Expiration Date of License or Certification:  12/31/2019
Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection:  06/19/2019

### SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)

Supervisory or
Co-Appraiser Name:
Company:
Phone:        Fax:
E-Mail:
Date of Report (Signature):
License or Certification #:        State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection:

**GP CONDO**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE        6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000981

Page # 6 of 26

190706Solaris6CW19

# ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr # 6C West | 610 W Lionshead Cir # 517 | | 141 E Meadow Dr # 1A South | | 701 W Lionshead Cir # E506 | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | |
| Project | Solaris Residences | Landmark Vail | | Solaris Residences | | The Lion | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0.75 miles W | | 0.03 miles SW | | 0.81 miles W | |
| Sale Price | $ | $ | 2,225,000 | $ | 4,550,000 | $ | 2,000,000 |
| Sale Price/GLA | $          /sq.ft. | $  1,397.61 /sq.ft. | | $  1,770.43 /sq.ft. | | $  1,291.16 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#V314309;DOM 3643 | | VBRMLS#V322313;DOM 2168 | | VBRMLS#934506,DOM 68 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Cash | | Cash | | Cash | |
| Concessions | | None | 0 | Furnished | -25,000 | HOA Credit/Furn | -35,788 |
| Date of Sale/Time | | 01/24/2018 | | 06/13/2019 | | 06/12/2019 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Lionshead | | Vail Village | | Lionshead | |
| HOA Fees ($/Month) | 2,816.96 | 1,163.00 | | 4,209.00 | | 1,798.00 | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | Pool, Spa, Lobby | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | Athletic facilities | |
| Floor Location | 6th/Mid Level | 5th/Top Level | -35,000 | 1st/Lower Level | 0 | 5th/Mid Level | 0 |
| View | Good/Mtn | Gd/Ski/Lionshead | +500,000 | Good/Mtn/West | -650,000 | Gd/Hwy/Lionshead | +575,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | Very Good | +155,000 |
| Age | 9 yrs, 5 eff | 9 yrs, 2 eff | -96,000 | 9 yrs, 5 eff | | 3 yrs, 1 eff | -124,500 |
| Condition | Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6  2+D    3.0 | 5   2    3.0 | 0 | 6   3    3.1 | -17,500 | 5   2    3 0 | 0 |
| Gross Living Area | 1,692 sq.ft. | 1,592 sq.ft. | +100,000 | 2,570 sq.ft. | -878,000 | 1,549 sq.ft. | +143,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ +   ☐ − | $  469,000 | ☐ +  ☒ − | $ -1,570,500 | ☒ +  ☐ − | $  712,712 |
| Adjusted Sale Price | | Net   21.1 % | | Net   34.5 % | | Net   35.6 % | |
| of Comparables | | Gross  32.9 % | $ 2,694,000 | Gross  34.5 % | $ 2,979,500 | Gross  51.7 % | $ 2,712,712 |

SALES COMPARISON APPROACH

Summary of Sales Comparison Approach

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

GP CONDO

Form GPCONDO.(AC) − "TOTAL" appraisal software by a la mode, inc. − 1-800-ALAMODE

6/2007

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

CRC 000982

190706Solaris6CW19

## ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | | COMPARABLE SALE # 8 | | COMPARABLE SALE # 9 | |
|---|---|---|---|---|---|---|---|
| Address 141 E Meadow Dr # 6C West | | 141 E Meadow Dr # 7E East | | | | | |
| Vail, CO 81657 | | Vail, CO 81657 | | | | | |
| Project Solaris Residences | | Solaris Residences | | | | | |
| Phase N/A | | N/A | | | | | |
| Proximity to Subject | | 0.03 miles E | | | | | |
| Sale Price | $ | $ | 3,250,000 | $ | | $ | |
| Sale Price/GLA | /sq.ft. | $ 1,649 75 /sq.ft. | | $ /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#934805;DOM 73 | | | | | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(–) $ Adjust. | DESCRIPTION | +(–) $ Adjust. | DESCRIPTION | +(–) $ Adjust. |
| Sales or Financing | | Listing | | | | | |
| Concessions | | Furnished | -25,000 | | | | |
| Date of Sale/Time | | Active | -65,000 | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | Vail Village | Vail Village | | | | | |
| HOA Fees ($/Month) | 2,816 96 | 3,304.33 | | | | | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | | | | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | | | | |
| Floor Location | 6th/Mid Level | 7th/Mid Level | 0 | | | | |
| View | Good/Mtn | Good/Mtn | | | | | |
| Design (Style) | Condo | Condo | | | | | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | | | | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | | | | |
| Condition | Good | Very Good | | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6 2+D 3.0 | 5 2 2.1 | +17,500 | | | | |
| Gross Living Area | 1,692 sq.ft. | 1,970 sq.ft. | -278,000 | sq.ft. | | sq.ft. | |
| Basement & Finished | None | None | | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Parking | 1 prking garage | 1 prking garage | | | | | |
| Porch/Patio/Deck | Deck | Deck | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ – $ | -350,500 | ☐ + ☐ – $ | | ☐ + ☐ – $ | |
| Adjusted Sale Price | | Net 10.8 % | | Net % | | Net % | |
| of Comparables | | Gross 11.9 % $ | 2,899,500 | Gross % $ | | Gross % $ | |
| Summary of Sales Comparison Approach | | | | | | | |

*(vertical label: SALES COMPARISON APPROACH)*

Copyright© 2007 by a la mode, inc This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited

**GP CONDO**

Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE     6/2007

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

CRC 000983

Page # 8 of 26

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |

**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472



## ADDENDUM TO THE APPRAISAL OF:
141 E Meadow Drive, #6C West
Residences at Solaris-Vail Unit 6C West
Vail, Colorado 81657
Eagle County, Colorado

### Purpose of the Appraisal
The purpose of this appraisal is to provide an opinion of the market value of the subject property, in an "as is" condition and a fee simple estate.

### Client and Intended Users:
This appraisal report is intended for the use by Colorado Regional Center Project Solaris, LLLP.  No other use of this appraisal is permitted.

### Intended Use:
The appraisal report is to determine a current opinion of value for the Colorado Regional Center Project Solaris, LLLP only and is not for any other use.

### Scope of Work
**Extent of the Appraisal Process**
The appraisal of the subject property includes a physical observation of the interior and exterior of the subject property along with data on file with the Eagle County Assessor's office as of the date of this appraisal.  An examination of market factors, recent transactions, a locational analysis of the home site and neighborhood, an economic analysis of the market and other pertinent data that may have an influence on the property were reviewed.  Sales and related information utilized in this report are gathered from the local multiple listing service and public records.  They are confirmed whenever possible with the involved parties, are the best available and the most recent sales which represent various aspects of the subject's market appeal.  When conflicting information was provided the source deemed most reliable was used.  All of this information is compiled and analyzed before a final opinion of value is determined.

The appraisal is in compliance with the guidelines set forth by:
Federal Financial Institutions Reform Recovery and Enforcement Act of 1989 (FIRREA)
Uniform Standards of Professional Appraisal Practices (USPAP)

**Type of Appraisal and type of Appraisal Report:**
This appraisal is an "Appraisal Report" that is presented on the General Purpose Condo form.

**Property Observation**
The appraiser completed an interior and exterior observation of the subject property.  This observation is not the same as a home inspection and did not include a viewing of the crawl space and attic area of the home (if applicable).  It is based on the observations of an appraiser who visited the property and does not include a physical analysis of the major components of the home.  The appraiser is not a mechanical engineer, electrical engineer, environmental engineer or structural engineer.  Therefore, no warranty of the components which include, but are not limited to, the electrical, plumbing, heating, structural, and roofing are made or implied.  All the above mentioned systems are presumed to be in working condition with the opinion of value herein subject to that assumption.  Furthermore, no analysis of environmental conditions, including but not limited to, moisture, mold and radon gas has been made or implied.  It is assumed no adverse environmental conditions exist with the opinion of value herein subject to that assumption.

CRC 000984

## Supplemental Addendum

| Borrower | Not Applicable | | | | File No. | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |

### Gramm-Leach-Bliley Act of 1999
In compliance with the Gramm-Leach Bliley Act, the appraiser does not disclose any non-public personal information that is not specifically permitted by law.

### Competency
The appraiser has the competency and appropriate knowledge, training, and experience to complete this assignment.

### Extraordinary Assumptions or Hypothetical Conditions:
No extraordinary assumptions or hypothetical conditions were utilized in the report.

### Prohibited Influences
The appraisal assignment was not based upon a requested minimum valuation, specific valuation, or approval of a loan. Employment and compensation are not contingent upon the reporting of a predetermined value, a direction of the value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event.

### Definition of Market Value
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1) Buyer and seller are typically motivated;
2) Both parties are well informed or well advised, and each acting in what they consider their own best interests;
3) A reasonable time is allowed for exposure in the open market;
4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto;
5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
(Per Uniform Standards of Professional Appraisal Practice 2018-2019 USPAP,Pg 153).

## Area and Neighborhood Comments
The subject property is located in the Vail Village portion of the town of Vail. Vail is located about 100 miles west of Denver along Interstate 70, in a narrow mountain valley situated against the west side of the Gore mountain range.

The first development corresponded with the opening of the Vail ski area in 1962. This is when completion of the first lifts and support facilities were built on what were previously ranch lands. Development in the region has steadily expanded over the years to the east and west. This has created an area of development thirty miles long that contains three ski areas, numerous golf courses, and extensive commercial and residential development. These factors have transformed the area into a four season resort, which has allowed for national and international appeal.

Vail Village is modeled after European villages with a large pedestrian core that contains extensive dining, entertainment and shopping facilities. Uses within the village consist predominately of resort commercial and condominiums, most dating to the 60's and 70's. Since the area is built-out many properties are undergoing extensive renovations with demolition and rebuilding occurring in some instances. Vail Village properties typically exhibited high values and good marketability to second and third home recreational buyers attracted to Vail's renowned recreation amenities. Appeal is enhanced by good views of the Gore Mountain Range and Gore Creek which runs through the village.

Also present at the eastern edge of the Vail Village area is the Gold Peak base area. This base area which recently underwent an extensive renovation consists of two chair lifts and two commercial buildings. These buildings house lift ticket offices, ski school facilities, ski rental shops, restaurants, parking facilities and a base lodge.

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |

## Market Trends/Conditions

During 2000 to 2001 sales declined and inventory increased causing a stabilization of values. From 2001 to mid-2006 rapid appreciation occurred. Then in 2008 values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

## Subject Project Comments

**Location:** The project site is located south of the South Frontage Road on East Meadow Drive at its intersection with Willow Bridge Road. This location is within the central core of Vail Village enhancing its overall appeal. It should be noted that the subject project represents the upper end of quality within the central village. This project is considered a "Condotel" as it has many of the amenities of a luxury hotel including the ability to have nightly rentals through the front desk.

**Year of construction:** Construction of the subject project began in 2007 with completion in 2010. This was after the demolition of the Crossroads Mall which previously occupied the site.

**Association Fees:** Currently the association fees for the subject unit are $2,816.96 per month. It should be noted that presently there are no special assessments.

**Project Size/Configuration:** The project consists of 79 residential condominium units within approximately 202,000 square feet. There also is 70,000 square feet of commercial space that is comprised of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink, a bank and numerous other retail shops. Also present are 307 parking spaces within an underground parking garage.

**Project amenities:** Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**Parking facilities:** There are a total of 307 parking spaces in the project's garage of which 112 are designated for the residential condominium units.

**Views:** The subject project has average to excellent views of the surrounding mountains and the ski slopes depending on the location within the project. Units on the north side of the building do not have ski slope views while southern facing units have good to excellent ski slope and mountain views.

**Surrounding uses:** Neighboring properties consist of a mix of improved multi-family, hotel and commercial projects.

**Topography:** Level to sloping

**Adverse conditions/easements:** No unusual or adverse conditions or easements were visually apparent or known by the appraiser.

**Vegetation:** The landscaping consists of grass, trees, shrubs and flowers.

## Subject Unit

**Structure/condition:** The subject property is a residential condominium dwelling that contains two bedrooms plus a den and three baths within 1,692 square feet of living space on one level. Also present is an undetermined amount of decking and a parking space in the project's parking garage. The dwelling's floor plan exhibits good traffic flow and space utilization. Condition was observed to be very good with an effective age of four years due to attentive care. No functional or external losses were noted.

**Quality of construction:** Quality of construction was noted to be very good to excellent with a high level of materials and workmanship being noted.

**Views:** The subject unit has good mountain views from its position on the northern aspect of the building. It lacks ski slope views and has both sonic and visual impacts from the nearby interstate.

**Supplemental Addendum**                                         File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

## Ownership and Sales History
**Present owner per public records:** Solaris Property Owner I LLC.

**Acquisition date:** None per Eagle County records.

**Recent activity:** No sale of the subject is evident per Eagle County records.

## Highest and Best Use
Highest and best use may be defined as:

"*The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value.*"

The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, this development was built from 2007 through 2010 after the original Crossroads Mall development had been demolished.

## Approaches to Value
There are three approaches to arriving at an opinion of value in the appraisal process. These are the Cost Approach, the Sales Comparison Approach and the Income Capitalization Approach. They are described as follows:

The *Cost Approach* is based on the presumption that the value of a property is indicated by the current cost of the vacant building site plus the cost to construct a similar property, less depreciation. These forms of depreciation consist of physical deterioration, functional obsolescence and external obsolescence.

The *Sales Comparison* approach is the process of comparing the subject property to sales of similar competing properties. Adjustments are made for differences in size, location and other market recognized differences.

The *Income Capitalization* approach is based on the measurement of the present value of future benefits. This is arrived at through a process of capitalizing economic or contract rent into an indication of value using market derived rents and market derived capitalization rates.

The appraiser has made a reasonable effort to employ each of the three approaches to value. In this valuation the Sales Comparison Approach was primarily relied upon in forming the final opinion of value. Although the resort nature of the subject marketplace has many examples of units utilized for long and short term rental purposes, the income often does not offset the cost of ownership. Therefore, the income associated with rental use has little bearing on prices paid for properties in the subject marketplace. Rental income is often secondary or inconsequential among purchaser's criteria with data for market rents and multipliers being diverse and inconsistent. As a result, while considered, the Income Approach was not utilized in this report. The cost approach has no meaningful basis for application in the valuation of individual multi-family interests in the local marketplace, and is omitted from discussion.

## Sales Comparison Approach
The comparables cited are the best available and the most recent sales along with a listing of similar properties which represent various aspects of the subject's market appeal.

**Comparable 1** is a very recent sale of a slightly larger unit from the subject project. This unit has similar views from its location on the northern aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale provides excellent overall similarity to the subject. It is the second most recent project sale.

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | |

**Comparable 2** is a very recent sale of a slightly smaller unit with a less marketable location within the competing Ritz Carlton project. The unit has similar northern views but is within the less marketable Lionshead portion of Vail. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. An additional adjustment was required for furnishings that were included in the sale. This sale provides excellent overall similarity to the subject.

**Comparable 3** is a dated sale of a larger unit from the competing Arrabelle at Vail Square project. The unit has a more marketable location at the base of the Lionshead gondola and chair lift. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 6 years due to attentive care along with short term rental use, similar to the subject. An additional adjustment was required for furnishings that were included in the sale. This sale provides good overall similarity to the subject.

**Comparable 4** is a dated sale of a smaller unit from the competing Landmark Vail project. The unit has more marketable ski slope views but is within the less marketable Lionshead portion of town. It has a more marketable top level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 2 years. Although the unit was 9 years old it reportedly had never been lived in. This sale is divergent in terms of view but provides good similarity to the subject in all other aspects.

**Comparable 5** is a very recent sale of a larger unit with more marketable views from the subject project. The unit has western views along with less interstate impacts from its location on the western aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is the most recent project sale.

**Comparable 6** is a very recent sale of a smaller unit from the competing Lion project. The unit has similar views but is in the less marketable Lionshead portion of Vail. Quality of construction was rated as very good which was adjusted at a rate of $100 per square foot. Condition was reported to be very good with and effective age of 1 year due to some short term rental use. Additional adjustments were required for furnishings that were included in the sale and a $10,788 HOA credit the seller gave the buyer at closing. This sale is divergent in terms of view but provides good similarity in all other aspects.

**Comparable 7** is a listing of a larger unit from the subject project. This unit has similar views from its location on the northern aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count, furnishings that are to be included in the sale and a list to sales price adjustment. The list to sales price ratio adjustment utilized in the report is based on the median sale price as a percent of list price from the analysis that was completed to determine the current market conditions.

**Due to the lack of recent sales of similar properties from within the subject neighborhood, it was necessary to utilize sales with sales prices that were greater than 15% more or less than the subject's opinion of value.**

## Comments on Adjustments to Sales
Please note the following criteria utilized for the adjustments in the sales comparison approach:

**Market Conditions adjustment:** All condominium sales that sold for more than $2,000,000 within the Vail Village and Lionshead markets were analyzed. The current twelve month period indicates a median sales price of $3,412,500 based on 38 sales ranging from $2,000,000 to $10,500,000. The prior twelve month period indicates a median sales price of $3,400,000 based on 45 sales ranging from $2,075,000 to $14,000,000. This indicates a slight increase of 0.35% over the twelve month period or a relatively stable market. Therefore no market condition adjustments were made in this report.

**View and floor location adjustments:** Derived from sales of properties with varying appeal and locational characteristics, based on matched pair analysis.

## Supplemental Addendum

File No

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

**Quality adjustments:** Based on estimated cost differences, together with cost to cure approximations, when appropriate. Secondary support is provided via conversations with involved parties regarding the effect of differing quality on purchase prices.

**Age and condition characteristics:** These are combined into one adjustment with consideration given to each property's actual and effective ages. Typical condition adjustments for properties in average condition are estimated at about 1.5% per year, reflecting a total estimated life of about 65 years in a straight line age/life analysis. Properties differing in their effective ages are assigned greater or lesser amounts of adjustment based on their relative condition, together with consideration of cost-to-cure estimation, if appropriate. Therefore, an estimated per square foot cost to build is multiplied by the square footage of the comparable to arrive at an estimated cost to build. This figure is then multiplied by the difference in the effective age (difference between the subject's effective age and the comparables effective age) then multiplied by the aforementioned 1.5% to arrive at the age/condition adjustment.

**Room count:** $35,000 per bathroom, based on matched pair analysis. No bedroom count adjustment was evident in the available market data.

**Gross living area:** Differences in gross living area are adjusted at $1,000 per square foot in this report, which is indicative of the sensitivity to size that this marketplace is presently tending to exhibit.

**Homeowners Association Fees:** HOA fees are often based on the size of the unit along with the level and quality of the project's amenities. Sometimes these fees include heat for not only the common area but each individual unit. As a result these fees can vary between units within the same project along with units from competing projects, making an adjustment for these items very difficult to extract from the available data. The more amenities and/or the higher quality of amenities results in higher fees. An analysis of the market data did not readily display an adjustment for the difference between HOA fees of each comparable, therefore no adjustments were made.

**The appraiser recognizes that some of these comparables have larger than typical individual, net and/or gross adjustments. It should be pointed out that variations like this are a common occurrence in this marketplace. Differences in gross living area, quality, conditions, location, etc. often vary substantially from property to property while at the same time maintaining a level of common appeal. Even with these adjustments the sales cited are considered to be similar in appeal, adequately reliable, the best available indicators of subject value.**

## Estimate of Reasonable Exposure Time

A reasonable Exposure Time may be defined as "the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal" Implicit in this definition are the following characteristics:

The property will be actively exposed and aggressively marketed to potential purchasers. This marketing is to be directed through marketing channels commonly used by buyers and sellers of similar type properties.

The property will be offered at a price reflecting the most probable markup over market value used by sellers of similar type properties.

A sale will consummate under terms and conditions of the definition of market value.

An examination of recent sales activity within the subject marketplace reflects a wide range of typical exposure times. Purchase mortgage funds are readily available for properties within the subject area, and a significant number of sales close under all cash terms. An exposure time estimate for the subject property of twelve to twenty four months is considered realistic in the present market.

## Final Value Indication

The comparables cited are the best available and the most recent sales along with a listing of similar properties. The adjusted data provides good similarity to the subject property and a range of indications

Page # 14 of 26

**Supplemental Addendum**                                          File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County  Eagle | State  CO | Zip Code  81657 |
| Lender/Client | | | | | | |

from $2,694,000 to $2,979,500. Comparable one is the most similar to the subject property and is from the subject project. Comparables five and six are the most recent sales. Therefore, with support from the other comparables, a value of $2,735,000 is selected and considered reasonable and supportable in the current marketplace. The opinion of value of the subject property is above the predominant value within the subject marketplace. This is typical of the proximal area due to the large disparity in terms of gross living area, condition, views and quality of construction. An analysis of the market data does not indicate that there is an effect on the marketability of the subject due to its correspondence to the predominate value.

## Furnishings and other Personal Property

The subject property is appraised unfurnished with no contribution given to any furnishings, personal property, or intangible items that are not real property. Fixtures, such as built-in appliances, window coverings, wall and floor coverings, electrical fixtures and plumbing fixtures are typically considered as real property in the valuation of residential property, and are included in the value assigned herein.

## Subject Photo Page

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



**Subject Front**

141 E Meadow Dr # 6C West

| | |
|---|---|
| Sales Price | |
| Gross Living Area | 1,692 |
| Total Rooms | 6 |
| Total Bedrooms | 2+D |
| Total Bathrooms | 3.0 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



**Subject Rear**



**Subject Street**

Form PIC3x5.SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No  1:19-cv-02443-STV
Exhibit 13

CRC 000991

## Photograph Addendum

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



**Main living area**



**Dining**



**Kitchen**



**Bedroom**



**Bedroom**



**Bath**



**Bath**



**Bath**



**Den**



**View**



**View**

Form PIC15 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000992

## Comparable Photo Page

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |



**Comparable 1**
141 E Meadow Dr # 6E West
| Prox. to Subject | 0.01 miles W |
|---|---|
| Sale Price | 2,780,000 |
| Gross Living Area | 1,740 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



**Comparable 2**
728 W Lionshead Cir # R308
| Prox. to Subject | 0.92 miles W |
|---|---|
| Sale Price | 2,560,000 |
| Gross Living Area | 1,524 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Mtn/Lionshead |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



**Comparable 3**
675 Lionshead Pl # 330
| Prox. to Subject | 0.70 miles W |
|---|---|
| Sale Price | 3,400,000 |
| Gross Living Area | 2,116 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Good/Mtn/Nr Slope |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 11 yrs, 6 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000993

## Comparable Photo Page

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | |



**Comparable 4**

610 W Lionshead Cir # 517

| | |
|---|---|
| Prox. to Subject | 0.75 miles W |
| Sale Price | 2,225,000 |
| Gross Living Area | 1,592 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Ski/Lionshead |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 2 eff |



**Comparable 5**

141 E Meadow Dr # 1A South

| | |
|---|---|
| Prox. to Subject | 0.03 miles SW |
| Sale Price | 4,550,000 |
| Gross Living Area | 2,570 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.1 |
| Location | Vail Village |
| View | Good/Mtn/West |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



**Comparable 6**

701 W Lionshead Cir # E506

| | |
|---|---|
| Prox. to Subject | 0.81 miles W |
| Sale Price | 2,000,000 |
| Gross Living Area | 1,549 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Hwy/Lionshead |
| Site | Typical/Condo |
| Quality | Very Good |
| Age | 3 yrs, 1 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000994

# Comparable Photo Page

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | |



## Comparable 7

141 E Meadow Dr # 7E East

| Prox. to Subject | 0.03 miles E |
|---|---|
| Sale Price | 3,250,000 |
| Gross Living Area | 1,970 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |

## Comparable 8

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

## Comparable 9

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

Form PICPIX.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000995

**Building Sketch (Page - 1)**

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | |



Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000996

## Building Sketch (Page - 2)

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Not Applicable | | | | |
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County  Eagle | State  CO | Zip Code  81657 | |
| Lender/Client | | | | | |

TOTAL Sketch by a la mode, inc

## Area Calculations Summary

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1692.45 Sq ft | 53.5 × 1 | = 53.5 |
| | | 52.5 × 2.7 | = 141.75 |
| | | 0.5 × 7.99 × 7.99 | = 31.92 |
| | | 44.51 × 7.99 | = 355.65 |
| | | 42.02 × 0.7 | = 29.41 |
| | | 35.72 × 24.11 | = 861.19 |
| | | 15.22 × 6 7 | = 101.97 |
| | | 11.92 × 9.8 | = 116.81 |
| | | 0.5 × 0.99 × 0.5 | = 0.25 |
| Total Living Area (Rounded): | 1692 Sq ft | | |

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000997

## Location Map

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000998

## Assumptions, Limiting Conditions & Scope of Work

File No.:

Page # 23 of 26

| Property Address: | 141 E Meadow Dr | | City: Vail | State: CO | Zip Code. 81657 |
|---|---|---|---|---|---|
| Client: | Colorado Regional Center Project Solans, LLLP | Address: | 1644 Platte St., Suite 417, Denver, CO 80202 | | |
| Appraiser | Angelo Loria | Address: | PO Box 4175, Avon, CO 81620-4175 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis

of it being under responsible ownership.
- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch
is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.
- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other
data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.
- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.
- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best
use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction
with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance
value, and should not be used as such.
- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence
of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the
normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous

wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of
the property.
- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items

that were furnished by other parties.
- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.
- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.
- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the

client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements
applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.
- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.
- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence
of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors
are encouraged to engage the appropriate type of expert to investigate.


**The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by
the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.**


**Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):**

**GP** RESIDENTIAL

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 000999

190706Solaris6CW19

**Page # of 26**

## Certifications

File No.:

| | | | | |
|---|---|---|---|---|
| Property Address: 141 E Meadow Dr | | City: Vail | State: CO | Zip Code: 81657 |
| Client: Colorado Regional Center Project Solaris, LLLP | Address: 1644 Platte St., Suite 417, Denver, CO 80202 | | | |
| Appraiser: Angelo Loria | Address: PO Box 4175, Avon, CO 81620-4175 | | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

**DEFINITION OF MARKET VALUE *:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| | |
|---|---|
| Client Contact: Rob Glucksman | Client Name: Colorado Regional Center Project Solaris, LLLP |
| E-Mail: rglucksman@coloradoregionalcenter.com | Address: 1644 Platte St., Suite 417, Denver, CO 80202 |

**APPRAISER** / **SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)**

Appraiser Name: Angelo Loria
Company: Angelos Appraisal Inc
Phone: (970) 845-5056     Fax: (970) 845-9472
E-Mail: Angelosappraisal@comcast.net
Date Report Signed: 08/02/2019
License or Certification #: CR1318912     State: CO
Designation: Certified Residential Appraiser
Expiration Date of License or Certification: 12/31/2019
Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection: 06/19/2019

Supervisory or Co-Appraiser Name:
Company:
Phone:     Fax:
E-Mail:
Date Report Signed:
License or Certification #:     State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection:

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE     3/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001000

# USPAP ADDENDUM

190706Solaris6CW19

File No

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender | | | | | | |

This report was prepared under the following USPAP reporting option:
- [X] Appraisal Report — This report was prepared in accordance with USPAP Standards Rule 2-2(a).
- [ ] Restricted Appraisal Report — This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**
My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: 12 to 24 months

**Additional Certifications**
I certify that, to the best of my knowledge and belief:

- [ ] I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

- [X] I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).
- Prior appraisals of this unit were completed by the appraiser on 7/25/16, 4/28/17, 10/3/17, 4/4/18 and 11/06/18.

**Additional Comments**
No undue influence was placed on the appraiser during the development of this report.

**APPRAISER:**
Signature:
Name: Angelo Lorn
Date Signed: 08/02/2019
State Certification #: CR1318912
or State License #:
State: CO
Expiration Date of Certification or License: 12/31/2019
Effective Date of Appraisal: 06/19/2019

**SUPERVISORY APPRAISER: (only if required)**
Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:
Supervisory Appraiser Inspection of Subject Property
[ ] Did Not   [ ] Exterior-only from Street   [ ] Interior and Exterior

**Appraisers License**

State of Colorado
Department of Regulatory Agencies
Division of Real Estate

Board of Real Estate Appraisers

Angelo Joseph Loria
Po Box 4175
Avon, CO 81620

Angelo Joseph Loria
Certified Residential Appraiser

*Marcia Waters*
Director: Marcia Waters

License #: CR.001318912
Status: Active
Expires: 12/31/2019

For the most up to date information regarding this credential, visit http://dora.colorado.gov/dre

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001002

Page # 1 of 26



**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472

Re: Property·    141 E Meadow Dr
                 Vail, CO 81657
Borrower:        Not Applicable
File No.:         190718/Solaris6DE19

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Angelo Luria

CRC 001003

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT                          File No.

## SUBJECT

| | |
|---|---|
| Property Address: 141 E Meadow Dr | Unit #: 6D East | City: Vail | State: CO |

| Zip Code: 81657 | County: Eagle | Legal Description: Residences at Solaris-Vail Unit 6D East |
|---|---|---|

Assessor's Parcel #: 2101-082-94-053

| Tax Year 2018 | R.E. Taxes: $ 62,279.64 | Special Assessments $ 0 | Borrower (if applicable): Not Applicable |
|---|---|---|---|

Current Owner of Record: Solaris Property Owner LLC   Occupant: ☐ Owner ☒ Tenant (Market Rent) ☐ Tenant (Regulated Rent) ☐ Vacant

Project Type: ☒ Condominium ☐ Other (describe)   HOA: $ 4,606 55 ☐ per year ☒ per month

Market Area Name: Vail Village   Map Reference: 20780   Census Tract: 0007 02

Project Name: Solaris Residences   Phase: N/A

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not current, see comments): ☒ Current (the Inspection was the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: To provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP

Intended User(s) (by name or type) Colorado Regional Center Project Solaris, LLLP

Client: Colorado Regional Center Project Solaris, LLLP   Address: 1644 Platte St., Suite 417, Denver, CO 80202

Appraiser: Angelo Loria   Address: PO Box 4175, Avon, CO 81620-4175

## MARKET AREA DESCRIPTION

| Location: ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | Condominium Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|
| Built up. ☒ Over 75% ☐ 25-75% ☐ Under 25% | ☒ Owner | PRICE S(000) | AGE (yrs) | One-Unit 5% | ☒ Not Likely |
| Growth rate ☐ Rapid ☒ Stable ☐ Slow | ☐ Tenant | | | 2-4 Unit 1% | ☐ Likely * ☐ In Process * |
| Property values. ☐ Increasing ☒ Stable ☐ Declining | ☐ Vacant (0-5%) | 640 Low 2 | | Multi-Unit 54% | * To: |
| Demand/supply ☐ Shortage ☐ In Balance ☒ Over Supply | ☒ Vacant (>5%) | 15,000 High 60 | | Comm'l 40% | |
| Marketing time: ☐ Under 3 Mos. ☐ 3-6 Mos. ☒ Over 6 Mos | | 2,000 Pred 30 | | % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends)      The Vail Village area is bound by the Vail Golf Course on the east, Lionshead on the west, Interstate-70 on the north and Vail Ski Resort on the south. The immediate Vail Village area is built-out with extensive renovations and rebuilding after demolition. The area enjoys good marketability due to its excellent views and proximity to the main Vail base area and the Gold Peak base area. During 2000 to 2001 values declined causing a stabilization of values. From 2001 to mid 2006 rapid appreciation occurred. The subject marketplace slowed and the values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized

## PROJECT SITE DESCRIPTION

Zoning Classification: Special Development District   Description: Public Accommodation

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Ground Rent (if applicable) $ N/A /   Comments: Not applicable

Highest & Best Use as improved (or as proposed per plans & specifications) · ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: Residential Condominium   Use as appraised in this report. Residential Condominium

Summary of Highest & Best Use:   The subject is a legally permissible use based on its current zoning. Additionally, the site size,shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was rebuilt and completed in 2010.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Density | Average |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Unknown | Street | Asphalt | ☒ | ☐ | Size | Typical/Condo |
| Gas | ☒ | ☐ | Unknown | Curb/Gutter | Concrete | ☒ | ☐ | Topography | Level to sloping |
| Water | ☒ | ☐ | Unknown | Sidewalk | Concrete | ☒ | ☐ | View | VrGd-Exc/Mtn/Ski |
| Sanitary Sewer | ☒ | ☐ | Unknown | Street Lights | Electric | ☒ | ☐ | | |
| Storm Sewer | ☒ | ☐ | Unknown | Alley | None | ☐ | ☐ | | |

Other site elements: ☐ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X   FEMA Map # 08037C0469D   FEMA Map Date 12/4/2007

Site Comments: No adverse site conditions were evident at the time of observation.

## PROJECT INFORMATION

Data source(s) for project information   Management/MLS

Project Description ☐ Detached ☐ Row or Townhouse ☐ Garden ☐ Mid-Rise ☒ High-Rise ☐ Other (describe)

| General Description of Project | | Subject Phase | # | If Project Completed | # | If Project Incomplete | # |
|---|---|---|---|---|---|---|---|
| # of Stories | 9 | Exterior Walls | Frame/Rock | Units | 79 | Phases | 1 | Planned Phases | |
| # of Elevators | 9 | Roof Surface | Zinc | Units Completed | 79 | Units | 79 | Planned Units | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Total # Parking | 112 | Units For Sale | 21 | Units for Sale | 21 | Units for Sale | |
| Design (Style) | Condo | Ratio (spaces/unit) | 1.4:1 | Units Sold | 37 | Units Sold | 37 | Units Sold | |
| Actual Age (Yrs) | 9 | Parking Type(s) | Prk Garage | Units Rented | Unkn | Units Rented | Unkn | Units Rented | |
| Effective Age (Yrs.) 5 | | Guest Parking | Avg | Owner Occup. Units | Unkn | Owner Occup. Units | Unkn | Owner Occup. Units | |

Project Primary Occupancy ☐ Principal Residence ☒ Second Home or Recreational ☐ Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No

Management Group ☐ Homeowners' Association ☐ Developer ☒ Management Agent (name of management company or company). Jeff Fruin (970) 790-6406 or jfruin@solarisresidences.com

Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No   If Yes, describe the original use and date of conversion.

Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown   Have the documents been reviewed? ☐ Yes ☒ No   Comments: These documents were not reviewed for this appraisal

Project Comments (condition, quality of construction, completion status, etc.):   Thirty five percent of the project consists of commercial space. This commercial space consists of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink/putting green, a bank and numerous other retail shops.

Common Elements and Recreational Facilities:   Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.

GP CONDO.

Form GPCONDO – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE   6/2007

Page # 3 of 26

190718/Solaris6DE19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

## PROJECT ANALYSIS

Summary of condominium project budget analysis for the current year (if analyzed):   The condominium budget was not reviewed for this appraisal.

Other fees for the use of the project facilities (other than regular HOA charges):   The appraiser is unaware of any additional fees for the use of the project facilities.

Compared to other competitive projects of similar quality and design, the subject unit charge appears   ☐ High   ☒ Average   ☐ Low   (If High or Low, describe)

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?   ☐ Yes   ☒ No   If Yes, describe and explain the effect on value and marketability.   No condominium documents or HOA meeting minutes were reviewed for this appraisal.  The appraiser is unaware of any special or unusual characteristics of the project.

## DESCRIPTION OF THE UNIT IMPROVEMENTS

Unit Charge: $ 4,606.55    per month X 12 = $ 55,278.60    per year.    Annual assessment charge per year per SF of GLA = $    19.53

Utilities included in the Unit Charge:  ☐ None  ☒ Heat  ☒ Air Conditioning  ☐ Electricity  ☒ Gas  ☒ Water  ☒ Sewer  ☐ Cable  ☐ Other

Source(s) used for physical characteristics of property:  ☐ New Inspection  ☒ Previous Appraisal Files  ☐ MLS  ☐ Assessment and Tax Records  ☒ Prior Inspection
☐ Property Owner  ☐ Other (describe)    Data Source for Gross Living Area  Interior dimensions from prior inspection

| General Description | Exterior Description | Foundation | | Basement ☒ N/A | Heating |
|---|---|---|---|---|---|
| Floor Location 6th/Mid Level | Foundation Concrete | Slab ☒ N/A | | Area Sq. Ft. | Type In-floor radiant |
| # of Levels 1 | Exterior Walls Frame/Rock | Crawl Space | | % Finished | Fuel NG |
| Design (Style) Condo | Roof Surface Zinc | Basement | | Ceiling | |
| ☒ Existing  ☐ Proposed | Gutters & Dwnspts Yes | Sump Pump ☐ | | Walls | Cooling |
| ☐ Under Construction | Window Type Wood-Alum clad | Dampness ☐ | | Floor | Central Yes |
| Actual Age (Yrs.) 9 | Storm/Screens No/Yes | Settlement | | Outside Entry | Other |
| Effective Age (Yrs.) 5 | | Infestation | | | |

| Interior Description | | Appliances | Attic ☒ N/A | Amenities | | Car Storage ☐ None |
|---|---|---|---|---|---|---|
| Floors | Wood-Stone-Carpet | Refrigerator ☒ | Stairs ☐ | Fireplace(s) # 1 | Woodstove(s) # 0 | ☒ Garage  # 1 |
| Walls | Plaster | Range/Oven ☒ | Drop Stair ☐ | Patio None | | ☐ Covered  # 0 |
| Trim/Finish | Cherry/Stained | Disposal ☒ | Scuttle ☐ | Deck Yes | | ☐ Open  # 0 |
| Bath Floor | Stone-Ceramic | Dishwasher ☒ | Doorway ☐ | Porch None | | Total # of cars 1 |
| Bath Wainscot | Stone-Ceramic | Fan/Hood ☒ | Floor ☐ | Fence None | | ☐ Assigned |
| Doors | Solid Cherry Stained | Microwave ☒ | Heated ☐ | Pool None | | ☒ Owned |
| | | Washer/Dryer ☒ | Finished ☐ | Balcony None | | Space #(s) Unassigned |

Finished area above grade contains:    8 Rooms    4+D Bedrooms    4.1 Bath(s)    2,831 Square Feet of Gross Living Area Above Grade

Are the heating and cooling for the individual units separately metered?  ☐ Yes  ☒ No (If No, describe)  This is typical of many large projects within the Vail marketplace

Additional features:   See attached addendum.

Describe the condition of the property (including physical, functional and external obsolescence):   No interior inspection was made for this report.  An interior inspection was made on October 3, 2017.  An extraordinary assumption about the condition of the subject property was made.  This extraordinary assumption may have an effect on the opinion of value assigned in this report.  The interior photos are from the October 3, 2017 inspection.

## TRANSFER HISTORY

My research  ☐ did  ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s):  Eagle County records.

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing:   No prior sale is evident per Eagle County records. |
|---|---|
| Date: | |
| Price: | |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s) | |

Copyright © 2007 by a la mode, Inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

**GP** CONDO

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    6/2007

CRC 001005

190718/Solaris6DE19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

| SALES COMPARISON APPROACH TO VALUE (if developed) | | ☐ The Sales Comparison Approach was not developed for this appraisal | | | | |
|---|---|---|---|---|---|---|
| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 |
| Address 141 E Meadow Dr # 6D East | | 595 Vail Valley Dr# 324 | | 1 Vail Rd # 9201 | | 141 E Meadow Dr # 4B East |
| Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 |
| Project Solaris Residences | | Manor Vail | | Four Seasons Resort Vail | | Solaris Residences |
| Phase N/A | | N/A | | N/A | | N/A |
| Proximity to Subject | | 0.42 miles SE | | 0.23 miles W | | 0.02 miles W |
| Sale Price | $ | | $ 7,500,000 | | $ 6,200,000 | | $ 5,950,000 |
| Sale Price/GLA | $ /sq.ft. | $ 2,188.50 /sq.ft. | | $ 2,118.93 /sq.ft. | | $ 2,351.78 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#928299;DOM 719 | | VBRMLS#932941;DOM 231 | | VBRMLS#927731;DOM 525 |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Conventional | | Cash | | Cash | |
| Concessions | | Credit repairs | -40,000 | None | 0 | Furnished/Credit | -25,500 |
| Date of Sale/Time | | 01/28/2019 | | 04/29/2019 | | 03/23/2018 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Vail Village | | Vail Village | | Vail Village | |
| HOA Fees ($/Month) | 4,606.55 | 3,024.00 | 0 | 6,312.67 | 0 | 3,783.33 | 0 |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | Pool, Spa, Lobby | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | Athletic facilities | |
| Floor Location | 6th/Mid Level | 3rd/Top Level | -35,000 | 9th/Mid Level | 0 | 4th/Mid Level | 0 |
| View | VrGd-Exc/Mtn/Ski | VrGd/Mtn/Ski/Crk | 0 | Gd/Mtn/Sm Ski | +500,000 | VrGd/Mtn/Ski | +275,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Exc | | VrGd-Excellent | |
| Age | 9 yrs, 5 eff | 11 yrs, 5 eff | | 9 yrs, 5 eff | | 8 yrs, 3 eff | -101,500 |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths |
| Room Count | 8 | 4+D | 4.1 | 8 | 5 | 5.0 | -17,500 | 6 | 3 | 3.0 | +52,500 | 7 | 4 | 4.0 | +17,500 |
| Gross Living Area | 2,831 sq.ft. | 3,427 sq.ft. | -596,000 | 2,926 sq.ft. | -95,000 | 2,530 sq.ft. | +301,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 2 prking garage | -50,000 | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| Net Adjustment (Total) | | ☐ + ☒ − $ | -688,500 | ☒ + ☐ − $ | 407,500 | ☒ + ☐ − $ | 466,500 |
| Adjusted Sale Price | | Net 9.2 % | | Net 6.6 % | | Net 7.8 % | |
| of Comparables | | Gross 9.2 % $ | 6,811,500 | Gross 11.3 % $ | 6,607,500 | Gross 12.1 % $ | 6,416,500 |

Summary of Sales Comparison Approach   All comparable data is obtained from Eagle County Clerk and Assessor, the local Multiple Listing service and/or involved parties. See attached addendum for comments on the sales comparison approach.

Indicated Value by Sales Comparison Approach $   6,600,000

**GP CONDO**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc - 1-800-ALAMODE    6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001006

190718/Solaris6DE19

**INDIVIDUAL CONDO UNIT APPRAISAL REPORT**

| Page # 5 of 26 |
| File No.: |

## INCOME APPROACH

| INCOME APPROACH TO VALUE (if developed) | ☒ The Income Approach was not developed for this appraisal. | | | |
|---|---|---|---|---|
| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
| Address | 141 E Meadow Dr # 6D East | | | |
| | Vail, CO 81657 | | | |
| Project | Solaris Residences | | | |
| Phase | N/A | | | |
| Proximity to Subject | | | | |
| Current Monthly Rent | $ | $ | $ | $ |
| Rent/GLA | $ /sq.ft. | $ /sq.ft. | $ /sq.ft. | $ /sq.ft. |
| Rent Control | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Data Source(s) | | | | |
| Date of Lease(s) | | | | |
| Location | Vail Village | | | |
| View | | | | |
| Age | 9 yrs, 5 eff | | | |
| Condition | Very Good | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | Total Bdrms Baths | Total Bdrms Baths |
| Room Count | 8 4+D 4.1 | | | |
| Gross Living Area | 2,831 sq.ft. | sq.ft. | sq.ft. | sq.ft. |
| Utilities Included | | | | |
| | | | | |
| | | | | |

Summary of Income Approach (including support for market rent and GRM).

| Opinion of Monthly Market Rent $ | N/A | X Gross Rent Multiplier | 0.00 | = $ | Indicated Value by Income Approach |
|---|---|---|---|---|---|

## COST APPROACH

| COST APPROACH TO VALUE (if developed) | ☒ The Cost Approach was not developed for this appraisal. |
|---|---|

Summary of Cost Approach

## RECONCILIATION

| Indicated Value by: Sales Comparison Approach $ | 6,600,000 | Cost Approach (if developed) $ | Income Approach (if developed) $ |
|---|---|---|---|

Final Reconciliation   The Sales Comparison Approach is typically the most reliable indicator in the valuation of individual condominium units   The Cost and Income Approach are not considered reliable.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is:  $ **6,600,000**  , as of:  **06/19/2019**  , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report.  See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains  26  pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits

| ☒ Scope of Work | ☒ Limiting Cond./Certifications | ☒ Narrative Addendum | ☒ Photograph Addenda | ☒ Sketch Addendum |
|---|---|---|---|---|
| ☒ Map Addenda | ☒ Additional Sales | ☐ Additional Rentals | ☐ Flood Addendum | ☐ Hypothetical Conditions |
| ☒ Extraordinary Assumptions | ☐ Budget Analysis | ☐ | | |

Client Contact:  Rob Glucksman          Client Name:  Colorado Regional Center Project Solaris, LLLP
E-Mail: rglucksman@coloradoregionalcenter.com    Address:  1644 Platte St., Suite 417, Denver, CO 80202

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| | |
| Appraiser Name: Angelo Lara | Supervisory or Co-Appraiser Name: |
| Company: Angelos Appraisal Inc | Company: |
| Phone: (970) 845-5056    Fax: (970) 845-9472 | Phone:    Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date of Report (Signature):  08/02/2019 | Date of Report (Signature): |
| License or Certification #:  CR1318912   State:  CO | License or Certification #:    State: |
| Designation:  Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification:  12/31/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☐ Interior & Exterior ☒ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection:  06/19/2019 | Date of Inspection: |

**GP CONDO**

Copyright© 2007 by a la mode, inc  This form may be reproduced unmodified without written permission, however, a la mode, inc  must be acknowledged and credited

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE          6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001007

190718/Solaris6DE19

## ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr # 6D East | 701 W Lionshead Cir # E403 | | 141 E Meadow Dr # A1 South | | 675 Lionshead Pl # 330 | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | |
| Project | Solaris Residences | The Lion | | Solaris Residences | | Arrabelle at Vail Square | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0.86 miles W | | 0.07 miles W | | 0.75 miles W | |
| Sale Price | $ | | $ 6,250,000 | | $ 4,550,000 | | $ 3,400,000 |
| Sale Price/GLA | $        /sq.ft. | $ 2,219.46 /sq.ft. | | $ 1,770.43 /sq.ft. | | $ 1,606 81 /sq.ft. | |
| Data Source(s) | Inspection | MLS#931697;DOM 158 | | VBRMLS#V322313;DOM 2168 | | VBRMLS#931500;DOM 11 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Cash | | Cash | | Cash | |
| Concessions | | 1 yrs HOA /Credit | -48,770 | Furnished | -25,000 | Furnished | -25,000 |
| Date of Sale/Time | | 09/04/2018 | | 06/13/2019 | | 03/30/2018 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Lionshead | | Vail Village | | Lionshead | |
| HOA Fees ($/Month) | 4,606.55 | 3,196.67 | 0 | 4,209.00 | 0 | 2,545.00 | 0 |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | Pool, Spa, Lobby | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | Athletic facilities | |
| Floor Location | 6th/Mid Level | 4th/Mid Level | 0 | 1st/Lower Level | 0 | 3rd/Mid Level | 0 |
| View | VrGd-Exc/Mtn/Ski | VrGd/Ski | +500,000 | Good/Mtn/West | +1,625,000 | Good/Mtn/Nr Slope | +2,525,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | Very Good | +281,500 | VrGd-Excellent | | VrGd-Excellent | |
| Age | 9 yrs, 5 eff | 2 yrs, 0 eff | -283,000 | 9 yrs, 5 eff | | 11 yrs, 6 eff | +42,500 |
| Condition | Very Good | New | | Very Good | | Very Good | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths |
| Room Count | 8 | 4+D | 4 1 | 7 | 4 | 4.1 | 0 | 6 | 3 | 3.1 | +35,000 | 5 | 2 | 3.0 | +52,500 |
| Gross Living Area | 2,831 sq.ft. | 2,816 sq.ft. | +15,000 | 2,570 sq ft | +261,000 | 2,116 sq.ft. | +715,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ − | $ 464,730 | ☒ + ☐ − | $ 1,896,000 | ☒ + ☐ − | $ 3,310,000 |
| Adjusted Sale Price | | Net 7.4 % | | Net 41.7 % | | Net 97.4 % | |
| of Comparables | | Gross 18.1 % | $ 6,714,730 | Gross 42.8 % | $ 6,446,000 | Gross 98.8 % | $ 6,710,000 |
| Summary of Sales Comparison Approach | | | | | | | |

SALES COMPARISON APPROACH

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited

**GP** CONDO

Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001008

# ADDITIONAL COMPARABLE SALES

190718/Solaris6DE19

Page # 7 of 26

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | | COMPARABLE SALE # 8 | | COMPARABLE SALE # 9 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr # 6D East | 141 E Meadow Dr # 6E West | | 141 E Meadow Dr # 7E West | | | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | | |
| Project | Solaris Residences | Solaris Residences | | Solaris Residences | | | |
| Phase | N/A | N/A | | N/A | | | |
| Proximity to Subject | | 0.06 miles NW | | 0.06 miles NW | | | |
| Sale Price | $ | $ | 2,780,000 | $ | 3,750,000 | $ | |
| Sale Price/GLA | $ /sq.ft. | $ 1,597.70 /sq.ft. | | $ 1,653.44 /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#934477;DOM 27 | | VBRMLS#934804;DOM 73 | | | |
| Verification Source(s) | | Agent/Public rec | | Ex Insp/Agent/County Assessor | | | |
| | | Ex Insp/Agent/County Assessor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Conventional | | Listing | | | |
| Concessions | | Furnished | -25,000 | Furnished | -25,000 | | |
| Date of Sale/Time | | 04/30/2019 | | Active | -75,000 | | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | | |
| Location | Vail Village | Vail Village | | Vail Village | | | |
| HOA Fees ($/Month) | 4,606.55 | 2,850.00 | 0 | 3,304.33 | 0 | | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | | |
| Floor Location | 6th/Mid Level | 6th/Mid Level | 0 | 7th/Mid Level | 0 | | |
| View | VrGd-Exc/Mtn/Ski | Good/Mtn | +2,275,000 | Good/Mtn | +2,275,000 | | |
| Design (Style) | Condo | Condo | | Condo | | | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | 9 yrs, 5 eff | | | |
| Condition | Very Good | Very Good | | Very Good | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 8 4+D 4.1 | 5 2 2.1 | +70,000 | 7 3+D 3.1 | +35,000 | | |
| Gross Living Area | 2,831 sq.ft. | 1,740 sq ft | +1,091,000 | 2,268 sq ft | +563,000 | sq. ft. | |
| Basement & Finished | None | None | | None | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | | |
| Energy Efficient Items | Standard | Standard | | Standard | | | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ − $ | 3,411,000 | ☒ + ☐ − $ | 2,773,000 | ☐ + ☐ − $ | |
| Adjusted Sale Price | | Net 122.7 % | | Net 73.9 % | | Net % | |
| of Comparables | | Gross 124.5 % $ | 6,191,000 | Gross 79.3 % $ | 6,523,000 | Gross % $ | |
| Summary of Sales Comparison Approach | | | | | | | |

*SALES COMPARISON APPROACH*

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited
Form GPCONDO.(AC) — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE                6/2007

**GP CONDO**

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001009

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | |

Angelo's Appraisal, Inc.
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472



## ADDENDUM TO THE APPRAISAL OF:

141 E Meadow Drive, #6D East
Residences at Solaris-Vail, Unit 6D East
Vail, Colorado 81657
Eagle County, Colorado

### Purpose of the Appraisal

The purpose of this appraisal is to provide an opinion of the market value of the subject property, in an "as is" condition and a fee simple estate.

### Client and Intended Users:

This appraisal report is intended for the use by Colorado Regional Center Project Solaris, LLLP.  No other use of this appraisal is permitted.

### Intended Use:

The appraisal report is to provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP.

### Scope of Work

**Extent of the Appraisal Process**

The appraisal of the subject property includes a physical observation of the exterior of the subject property along with data on file with the Eagle County Assessor's office as of the date of this appraisal.  An examination of market factors, recent transactions, a locational analysis of the home site and neighborhood, an economic analysis of the market and other pertinent data that may have an influence on the property were reviewed.  Sales and related information utilized in this report are gathered from the local multiple listing service and public records.  They are confirmed whenever possible with the involved parties, are the best available and the most recent sales which represent various aspects of the subject's market appeal.  When conflicting information was provided the source deemed most reliable was used.  All of this information is compiled and analyzed before a final opinion of value is determined.

The appraisal is in compliance with the guidelines set forth by:
Federal Financial Institutions Reform Recovery and Enforcement Act of 1989 (FIRREA)
Uniform Standards of Professional Appraisal Practices (USPAP)

**Type of Appraisal and type of Appraisal Report:**

This appraisal is an "Appraisal Report" that is presented on the General Purpose Condo form.

**Property Observation**

The appraiser completed an exterior observation of the subject property.  This observation is not the same as a home inspection and did not include a viewing of the crawl space and attic area of the home (if applicable).  It is based on the observations of an appraiser who visited the property and does not include a physical analysis of the major components of the home.  The appraiser is not a mechanical engineer, electrical engineer, environmental engineer or structural engineer.  Therefore, no warranty of the components which include, but are not limited to, the electrical, plumbing, heating, structural, and roofing are made or implied.  All the above mentioned systems are presumed to be in working condition with the opinion of value herein subject to that assumption. Furthermore, no analysis of environmental conditions, including but not limited to, moisture, mold and radon gas has been made or implied.  It is assumed no adverse environmental conditions exist with the opinion of value herein subject to that assumption.

CRC 001010

## Supplemental Addendum

File No

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

**Gramm-Leach-Bliley Act of 1999**
In compliance with the Gramm-Leach Bliley Act, the appraiser does not disclose any non-public personal information that is not specifically permitted by law.

**Competency**
The appraiser has the competency and appropriate knowledge, training, and experience to complete this assignment.

**Extraordinary Assumptions or Hypothetical Conditions:**
No hypothetical condition was utilized in the report. An extraordinary assumption was made in this report. No interior inspection was made for this report. An interior inspection was made on October 3, 2017. An extraordinary assumption about the condition of the subject property was made. This extraordinary assumption may have an effect on the opinion of value assigned in this report. The interior photos of the subject property in the report were from the October 3, 2017 inspection.

**Prohibited Influences**
The appraisal assignment was not based upon a requested minimum valuation, specific valuation, or approval of a loan. Employment and compensation are not contingent upon the reporting of a predetermined value, a direction of the value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event.

**Definition of Market Value**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1) Buyer and seller are typically motivated;
2) Both parties are well informed or well advised, and each acting in what they consider their own best interests;
3) A reasonable time is allowed for exposure in the open market;
4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto;
5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
(Per Uniform Standards of Professional Appraisal Practice 2018-2019 USPAP Pg 153).

## Area and Neighborhood Comments

The subject property is located in the Vail Village portion of the town of Vail. Vail is located about 100 miles west of Denver along Interstate 70, in a narrow mountain valley situated against the west side of the Gore mountain range.

The first development corresponded with the opening of the Vail ski area in 1962. This is when completion of the first lifts and support facilities were built on what were previously ranch lands. Development in the region has steadily expanded over the years to the east and west. This has created an area of development thirty miles long that contains three ski areas, numerous golf courses, and extensive commercial and residential development. These factors have transformed the area into a four season resort, which has allowed for national and international appeal.

Vail Village is modeled after European villages with a large pedestrian core that contains extensive dining, entertainment and shopping facilities. Uses within the village consist predominately of resort commercial and condominiums, most dating to the 60's and 70's. Since the area is built-out many properties are undergoing extensive renovations with demolition and rebuilding occurring in some instances. Vail Village properties typically exhibited high values and good marketability to second and third home recreational buyers attracted to Vail's renowned recreation amenities. Appeal is enhanced by good views of the Gore Mountain Range and Gore Creek which runs through the village.

### Supplemental Addendum

File No.

| Borrower, | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

Also present at the eastern edge of the Vail Village area is the Gold Peak base area. This base area which recently underwent an extensive renovation consists of two chair lifts and two commercial buildings. These buildings house ski lift ticket offices, ski school facilities, ski rental shops, restaurants, parking facilities and a base lodge.

## Market Trends/Conditions

During 2000 to 2001 sales declined and inventory increased causing a stabilization of values. From 2001 to mid-2006 rapid appreciation occurred. Then in 2008 values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

## Subject Project Comments

**Location:** The project site is located south of the South Frontage Road on East Meadow Drive at its intersection with Willow Bridge Road. This location is within the central core of Vail Village enhancing its overall appeal. It should be noted that the subject project represents the upper end of quality within the central village. This project is considered a "Condotel" as it has many of the amenities of a luxury hotel including the ability to have nightly rentals through the front desk.

**Year of construction:** Construction of the subject project began in 2007 with completion in 2010. This was after the demolition of the Crossroads Mall which previously occupied the site.

**Association Fees:** Currently the association fees for the subject unit are $4,606.55 per month. It should be noted that presently there are no special assessments.

**Project Size/Configuration:** The project consists of 79 residential condominium units within approximately 202,000 square feet. There also is 70,000 square feet of commercial space that is comprised of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink, a bank and numerous other retail shops. Also present are 307 parking spaces within an underground parking garage.

**Project amenities:** Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**Parking facilities:** There are a total of 307 parking spaces in the project's garage of which 112 are designated for the residential condominium units.

**Views:** The subject project has average to excellent views of the surrounding mountains and the ski slopes depending on the location within the project. Units on the north side of the building do not have ski slope views while southern facing units have good to excellent ski slope and mountain views.

**Surrounding uses:** Neighboring properties consist of a mix of improved multi-family, hotel and commercial projects.

**Topography:** Level to sloping

**Adverse conditions/easements:** No unusual or adverse conditions or easements were visually apparent or known by the appraiser.

**Vegetation:** The landscaping consists of grass, trees, shrubs and flowers.

## Subject Unit

**Structure/condition:** The subject property is a residential condominium dwelling that contains four bedrooms plus a den and four and one half baths within 2,831 square feet of living space on one level. Also present is an undetermined amount of decking and a parking space in the project's parking garage. The dwelling's floor plan exhibits good traffic flow and space utilization. Condition was observed to be very good due to attentive care along with short rental use. No functional or external losses were noted. No interior inspection was made for this report. An interior inspection was made on October 3, 2017. An extraordinary assumption about the condition of the subject property was made. This

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | |
|----------|----------------|--|--|--|--|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

extraordinary assumption may have an effect on the opinion of value assigned in this report. The interior photos are from the October 3, 2017 inspection.

**Quality of construction:** Quality of construction was rated as very good to excellent with a very high level of materials and workmanship being noted.

**Views:** The subject unit has very good to excellent ski slope and mountain views from its position on the southern aspect of the building. The sonic and visual impacts from the nearby interstate are minimized due to its southern orientation.

## Ownership and Sales History
**Present owner per public records:** Solaris Property Owner 1 LLC.

**Acquisition date:** None per Eagle County records.

**Recent activity:** No sale of the subject is evident per Eagle County records.

## Highest and Best Use
Highest and best use may be defined as:

*"The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value."*

The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was rebuilt and completed in 2010.

## Approaches to Value
There are three approaches to arriving at an opinion of value in the appraisal process. These are the Cost Approach, the Sales Comparison Approach and the Income Capitalization Approach. They are described as follows:

The *Cost Approach* is based on the presumption that the value of a property is indicated by the current cost of the vacant building site plus the cost to construct a similar property, less depreciation. These forms of depreciation consist of physical deterioration, functional obsolescence and external obsolescence.

The *Sales Comparison* approach is the process of comparing the subject property to sales of similar competing properties. Adjustments are made for differences in size, location and other market recognized differences.

The *Income Capitalization* approach is based on the measurement of the present value of future benefits. This is arrived at through a process of capitalizing economic or contract rent into an indication of value using market derived rents and market derived capitalization rates.

The appraiser has made a reasonable effort to employ each of the three approaches to value. In this valuation the Sales Comparison Approach was primarily relied upon in forming the final opinion of value. Although the resort nature of the subject marketplace has many examples of units utilized for long and short term rental purposes, the income often does not offset the cost of ownership. Therefore, the income associated with rental use has little bearing on prices paid for properties in the subject marketplace. Rental income is often secondary or inconsequential among purchaser's criteria with data for market rents and multipliers being diverse and inconsistent. As a result, while considered, the Income Approach was not utilized in this report. The cost approach has no meaningful basis for application in the valuation of individual multi-family interests in the local marketplace, and is omitted from discussion.

## Sales Comparison Approach

**Supplemental Addendum**                                                File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | |

Although the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties which represent various aspects of the subject's market appeal.

**Comparable 1** is a recent sale of a much larger unit with similar views from the competing Manor Vail project. The unit has direct ski slope views along with Gore Creek and Gore Range views but is within the less marketable outer core of Vail Village. The unit has a more marketable top level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with an effective age of 5 years due to attentive care along with limited second home use. Additional adjustments were required for bath count and a $40,000 credit the seller gave the buyer for repairs. This recent sale provides very good overall similarity to the subject. This sale was included to bracket the subject's view.

**Comparable 2** is a very recent sale of a slightly larger unit from the competing Four Seasons Resort. This unit has less marketable limited ski slope views from its location on the southern aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and garage count. This very recent sale also provides very good overall similarity to the subject.

**Comparable 3** is a sale of a smaller unit with a less marketable location from within the subject project. It enjoys direct ski slope views from its location on the southern aspect of the building but the east and western views look onto electrical boxes on the adjacent roof. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with an effective age of three years due to attentive care along with limited second home use and no short term rental use. Additional adjustments were required for bath count, furnishings that were included in the sale and a $500 credit the seller gave the buyer for repairs. This sale provides very good overall similarity to the subject and is from the subject project.

**Comparable 4** is a sale of a slightly smaller unit from the competing Lion project. The unit enjoys ski slope views but is in the less marketable Lionshead portion of Vail. Quality of construction was rated as very good which was adjusted at a rate of $100 per square foot. Condition was reported to be new as the property had never been lived in prior to its sale. An additional adjustment was required for bath count and a $48,770 HOA credit the seller gave the buyer at closing. This sale provides very good overall similarity to the subject.

**Comparable 5** is a very recent sale of a smaller unit with less marketable views from within the subject project. It lacks ski slope views and looks directly into the adjacent building to the west. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is divergent in terms of view but provides good similarity in all other aspects and is the most recent project sale.

**Comparable 6** is a dated sale of a slightly larger unit from the competing Arrabelle at Vail Square project. The unit enjoys a location near the base of the Lionshead gondola and chair lift but lacks ski slope views and is within the less marketable Lionshead portion of Vail. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 6 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is divergent in terms of view but provides good similarity in all other aspects.

**Comparable 7** is a very recent sale of a much smaller unit with less marketable views from the subject project. This unit has a marketable location on the northern aspect of the building. It lacks ski slope views and has greater impact from the interstate. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with an effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This very recent sale from the project is divergent in terms of view and gross living area but is the second most recent project sale.

## Supplemental Addendum

| | | | | File No. | |
|---|---|---|---|---|---|
| Borrower | Not Applicable | | | | |
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | |

**Comparable 8** is a listing of a smaller unit from within the subject project. The unit has less marketable views from its location on the northern aspect of the building. It lacks ski slope views and has greater impact from the interstate. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for furnishings that are to be included in the sale and a list to sales price adjustment. The list to sales price ratio adjustment utilized in the report is based on the median sale price as a percent of list price from the analysis that was completed to determine the current market conditions.

**Due to the lack of recent sales of similar properties from within the Vail Village portion of town it was necessary to utilize sales from the competing Lionshead portion of town. Due to the lack of similar four bedroom units it was necessary to utilize sales of two, three, four and five bedroom units.**

## Comments on Adjustments to Sales

Please note the following criteria utilized for the adjustments in the sales comparison approach:

**Market Conditions adjustment:** All condominium sales that sold for more than $2,000,000 within the Vail Village and Lionshead markets were analyzed. The current twelve month period indicates a median sales price of $3,412,500 based on 38 sales ranging from $2,000,000 to $10,500,000. The prior twelve month period indicates a median sales price of $3,400,000 based on 45 sales ranging from $2,075,000 to $14,000,000. This indicates a slight increase of 0.35% over the twelve month period or a relatively stable market. Therefore no market condition adjustments were made in this report.

**View and floor location adjustments:** Derived from sales of properties with varying appeal and locational characteristics, based on matched pair analysis.

**Quality adjustments:** Based on estimated cost differences, together with cost to cure approximations, when appropriate. Secondary support is provided via conversations with involved parties regarding the effect of differing quality on purchase prices.

**Age and condition characteristics:** These are combined into one adjustment with consideration given to each property's actual and effective ages. Typical condition adjustments for properties in average condition are estimated at about 1.5% per year, reflecting a total estimated life of about 65 years in a straight line age/life analysis. Properties differing in their effective ages are assigned greater or lesser amounts of adjustment based on their relative condition, together with consideration of cost-to-cure estimation, if appropriate. Therefore, an estimated per square foot cost to build is multiplied by the square footage of the comparable to arrive at an estimated cost to build. This figure is then multiplied by the difference in the effective age (difference between the subject's effective age and the comparables effective age) then multiplied by the aforementioned 1.5% to arrive at the age/condition adjustment.

**Room count:** $35,000 per bathroom, based on matched pair analysis. No bedroom count adjustments were evident in the available market data.

**Gross living area:** Differences in gross living area are adjusted at about $1,000 per square foot in this report, which is indicative of the sensitivity to size that this marketplace is presently tending to exhibit.

**Homeowners Association Fees:** HOA fees are often based on the size of the unit along with the level and quality of the project's amenities. Sometimes these fees include heat for not only the common area but each individual unit. As a result these fees can vary between units within the same project along with units from competing projects, making an adjustment for these items very difficult to extract from the available data. The more amenities and/or the higher quality of amenities results in higher fees. An analysis of the market data did not readily display an adjustment for the difference between HOA fees of each comparable, therefore no adjustments were made.

**The appraiser recognizes that some of these comparables have larger than typical individual, net and/or gross adjustments. It should be pointed out that variations like this are a common occurrence in this marketplace. Differences in gross living area, quality, conditions, location, etc.**

**Supplemental Addendum**

File No.

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | | |

often vary substantially from property to property while at the same time maintaining a level of common appeal. Even with these adjustments the sales cited are considered to be similar in appeal, adequately reliable, the best available indicators of subject value.

## Estimate of Reasonable Exposure Time

A reasonable Exposure Time may be defined as "the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal" Implicit in this definition are the following characteristics:

The property will be actively exposed and aggressively marketed to potential purchasers. This marketing is to be directed through marketing channels commonly used by buyers and sellers of similar type properties.

The property will be offered at a price reflecting the most probable markup over market value used by sellers of similar type properties.

A sale will consummate under terms and conditions of the definition of market value.

An examination of recent sales activity within the subject marketplace reflects a wide range of typical exposure times. Purchase mortgage funds are readily available for properties within the subject area, and a significant number of sales close under all cash terms. An exposure time estimate for the subject property of twelve to twenty four months is considered realistic in the present market.

## Final Value Indication

Although the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties. The adjusted data provides adequate similarity to the subject property and a range of indications from $6,191,000 to $6,811,500. Comparable one is the most similar to the subject property while comparable 5 is the most recent sale. Therefore, with support from the other comparables, a value of $6,600,000 is selected and considered reasonable and supportable in the current marketplace. No interior inspection was made for this report. An extraordinary assumption about the condition of the subject property was made. This extraordinary assumption may have an effect on the opinion of value assigned in this report.

## Furnishings and other Personal Property

The subject property is appraised unfurnished with no contribution given to any furnishings, personal property, or intangible items that are not real property. Fixtures, such as built-in appliances, window coverings, wall and floor coverings, electrical fixtures and plumbing fixtures are typically considered as real property in the valuation of residential property, and are included in the value assigned herein.

## Subject Photo Page

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | | |



**Subject Front**

141 E Meadow Dr # 6D East
Sales Price
Gross Living Area     2,831
Total Rooms           8
Total Bedrooms        4+D
Total Bathrooms       4.1
Location              Vail Village
View                  VrGd-Exc/Mtn/Ski
Site                  Typical/Condo
Quality               VrGd-Excellent
Age                   9 yrs, 5 eff



**Subject Rear**



**Subject Street**

Form PIC3x5.SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001017

## Photograph Addendum

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | |


**Main living area**


**Dining**


**Kitchen**


**Bedroom**


**Bedroom**


**Bedroom**


**Bedroom**


**Bath**


**Bath**


**Bath**


**Bath**


**Bath**


**View**


**View**


**View**

# Comparable Photo Page

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



**Comparable 1**

| | |
|---|---|
| | 595 Vail Valley Dr# 324 |
| Prox. to Subject | 0.42 miles SE |
| Sale Price | 7,500,000 |
| Gross Living Area | 3,427 |
| Total Rooms | 8 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.0 |
| Location | Vail Village |
| View | VrGd/Mtn/Ski/Crk |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 11 yrs, 5 eff |



**Comparable 2**

| | |
|---|---|
| | 1 Vail Rd # 9201 |
| Prox. to Subject | 0 23 miles W |
| Sale Price | 6,200,000 |
| Gross Living Area | 2,926 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | Vail Village |
| View | Gd/Mtn/Sm Ski |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |





**Comparable 3**

| | |
|---|---|
| | 141 E Meadow Dr # 4B East |
| Prox. to Subject | 0.02 miles W |
| Sale Price | 5,950,000 |
| Gross Living Area | 2,530 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4.0 |
| Location | Vail Village |
| View | VrGd/Mtn/Ski |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 8 yrs, 3 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001019

## Comparable Photo Page

| | |
|---|---|
| Borrower | Not Applicable |
| Property Address | 141 E Meadow Dr |
| City | Vail |
| County | Eagle |
| State | CO |
| Zip Code | 81657 |
| Lender/Client | |



### Comparable 7

141 E Meadow Dr # 6E West

| | |
|---|---|
| Prox. to Subject | 0.06 miles NW |
| Sale Price | 2,780,000 |
| Gross Living Area | 1,740 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 8

141 E Meadow Dr # 7E West

| | |
|---|---|
| Prox. to Subject | 0.06 miles NW |
| Sale Price | 3,750,000 |
| Gross Living Area | 2,268 |
| Total Rooms | 7 |
| Total Bedrooms | 3+D |
| Total Bathrooms | 3.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |

### Comparable 9

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

Form PICPIX.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001020

## Comparable Photo Page

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |



**Comparable 4**

701 W Lionshead Cir # E403

| | |
|---|---|
| Prox. to Subject | 0.86 miles W |
| Sale Price | 6,250,000 |
| Gross Living Area | 2,816 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4 1 |
| Location | Lionshead |
| View | VrGd/Ski |
| Site | Typical/Condo |
| Quality | Very Good |
| Age | 2 yrs, 0 eff |



**Comparable 5**

141 E Meadow Dr # A1 South

| | |
|---|---|
| Prox. to Subject | 0 07 miles W |
| Sale Price | 4,550,000 |
| Gross Living Area | 2,570 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.1 |
| Location | Vail Village |
| View | Good/Mtn/West |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



**Comparable 6**

675 Lionshead Pl # 330

| | |
|---|---|
| Prox. to Subject | 0.75 miles W |
| Sale Price | 3,400,000 |
| Gross Living Area | 2,116 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Good/Mtn/Nr Slope |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 11 yrs, 6 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001021

## Building Sketch (Page - 1)

| | | | | |
|---|---|---|---|---|
| Borrower | Not Applicable | | | |
| Property Address | 141 E Meadow Dr | | | |
| City | Vail | County  Eagle | State  CO | Zip Code  81657 |
| Lender/Client | | | | |



Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001022

## Building Sketch (Page – 2)

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County  Eagle | State  CO | Zip Code  81657 |
| Lender/Client | | | | | |

TOTAL Sketch by a la mode, inc                                    Area Calculations Summary

| Living Area | | Calculation Details |
|---|---|---|
| First Floor | 2830.81 Sq ft | 37.9 × 30.9 = 1171.11 |
| | | 28.1 × 15.6 =  438.36 |
| | | 32.8 × 30   =  984 |
| | | 11 × 21.1   =  232.1 |
| | | 13.1 × 0.4  =  5.24 |
| Total Living Area (Rounded): | 2831 Sq ft | |

Form SKT.BLDSKI – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001023

## Location Map

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001024

## Assumptions, Limiting Conditions & Scope of Work

| | | | | File No.: | |
|---|---|---|---|---|---|
| Property Address   141 E Meadow Dr | | City: Vail | | State: CO | Zip Code: 81657 |
| Client:   Colorado Regional Center Project Solaris, LLLP | Address:   1644 Platte St , Suite 417, Denver, CO 80202 | | | | |
| Appraiser:   Angelo Loria | Address   PO Box 4175, Avon, CO 81620-4175 | | | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.


**The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.**


**Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):**

Copyright© 2007 by a la mode, inc  This form may be reproduced unmodified without written permission, however, a la mode, inc  must be acknowledged and credited
**GP RESIDENTIAL**
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                3/2007

CRC 001025

## Certifications

| | File No.: |
|---|---|
| Property Address: 141 E Meadow Dr | City: Vail    State: CO'    Zip Code: 81657 |
| Client: Colorado Regional Center Project Solaris, LLLP | Address: 1644 Platte St., Suite 417, Denver, CO 80202 |
| Appraiser: Angelo Loria | Address: PO Box 4175, Avon, CO 81620-4175 |

**APPRAISER'S CERTIFICATION**

**I certify that, to the best of my knowledge and belief:**
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

**DEFINITION OF MARKET VALUE \*:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: Rob Glucksman | | Client Name: Colorado Regional Center Project Solaris, LLLP |
|---|---|---|
| E-Mail: rglucksman@coloradoregionalcenter com. | | Address: 1644 Platte St., Suite 417, Denver, CO 80202 |

| **APPRAISER** | **SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)** |
|---|---|
| Appraiser Name: Angelo Loria | Supervisory or Co-Appraiser Name: |
| Company: Angelos Appraisal Inc | Company: |
| Phone: (970) 845-5056     Fax: (970) 845-9472 | Phone:     Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date Report Signed: 08/02/2019 | Date Report Signed: |
| License or Certification #: CR1318912     State: CO | License or Certification #:     State: |
| Designation: Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 12/31/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☐ Interior & Exterior  ☒ Exterior Only  ☐ None | Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection: 06/19/2019 | Date of Inspection: |

**GP RESIDENTIAL**

Copyright © 2007 by a la mode, inc This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                                             3/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001026

## USPAP ADDENDUM

190718/Solaris6DE19

File No.

| Borrower | Not Applicable | | | |
|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender | | | | |

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report — This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report — This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:    12 to 24 months

**Additional Certifications**

I certify that, to the best of my knowledge and belief:

☐ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☒ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).
- Prior appraisals of this unit were completed by the appraiser on 7/14/16, 2/27/17, 10/3/17, 4/4/18 and 11/06/18.

**Additional Comments**

**No undue influence was placed on the appraiser during the development of this report.**
**No interior inspection was made for this report. An interior inspection was made on October 3, 2017. An extraordinary assumption about the condition of the subject property was made. This extraordinary assumption may have an effect on the opinion of value assigned in this report.**
**The interior photos provided in the report are from the October 3, 2017 inspection.**

| APPRAISER: | SUPERVISORY APPRAISER: (only if required) |
|---|---|
| Signature | Signature |
| Name:  Angelo Loria | Name: |
| Date Signed:  08/02/2019 | Date Signed: |
| State Certification #:  CR1318912 | State Certification #: |
| or State License #: | or State License #: |
| State:  CO | State |
| Expiration Date of Certification or License:  12/31/2019 | Expiration Date of Certification or License: |
| Effective Date of Appraisal:  06/19/2019 | Supervisory Appraiser Inspection of Subject Property |
| | ☐ Did Not   ☐ Exterior-only from Street   ☐ Interior and Exterior |

Form ID14AP - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001027

**Appraisers License**



Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001028



**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472

Re. Property.   141 E Meadow Dr
                 Vail, CO 81657
Borrower:       Not Applicable
File No.:        190707/Solaris6EE19

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Angelo Loria

# INDIVIDUAL CONDO UNIT SUMMARY REPORT

File No. _____

**SUBJECT**

| | |
|---|---|
| Property Address: 141 E Meadow Dr | Unit #: 6E East    City: Vail    State: CO |
| Zip Code: 81657    County: Eagle | Legal Description: Residences at Solaris-Vail Unit 6E East |

Assessor's Parcel #:   2101-082-94-056
Tax Year: 2018    R.E. Taxes: $ 24,703.32    Special Assessments. $ 0    Borrower (if applicable):   Not Applicable
Current Owner of Record:   Solaris Property Owner 1 LLC    Occupant: ☐ Owner ☒ Tenant (Market Rent) ☐ Tenant (Regulated Rent) ☐ Vacant
Project Type.  ☒ Condominium  ☐ Other (describe) _____    HOA: $ 2,850.10 ☐ per year ☒ per month
Market Area Name: Vail Village    Map Reference: 20780    Census Tract.  0007.02
Project Name:  Solaris Residences    Phase: N/A
The purpose of this appraisal is to develop an opinion of _____  ☒ Market Value (as defined), or ☐ other type of value (describe) _____
This report reflects the following value (if not Current, see comments). ☒ Current (the Inspection Date is the Effective Date)  ☐ Retrospective  ☐ Prospective
Approaches developed for this appraisal:  ☒ Sales Comparison Approach  ☐ Cost Approach  ☐ Income Approach  (See Reconciliation Comments and Scope of Work)
Property Rights Appraised:  ☒ Fee Simple  ☐ Leasehold  ☐ Leased Fee  ☐ Other (describe) _____

**ASSIGNMENT**

Intended Use:  To provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP
Intended User(s) (by name or type):  Colorado Regional Center Project Solaris, LLLP
Client   Colorado Regional Center Project Solaris, LLLP    Address:  1644 Platte St, Suite 417, Denver, CO 80202
Appraiser:  Angelo Loria    Address:  PO Box 4175, Avon, CO 81620-4175

**MARKET AREA DESCRIPTION**

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy: | Condominium Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit 5% | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner | | | 2-4 Unit 1% | ☐ Likely * ☐ In Process * |
| Property values | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant | 640 Low 2 | | Multi-Unit 54% | * To: ___ |
| Demand/supply: | ☐ Shortage ☒ In Balance ☐ Over Supply | ☒ Vacant (0-5%) | 15,000 High 60 | | Comm'l 40% | |
| Marketing time: | ☐ Under 3 Mos. ☒ 3-6 Mos. ☐ Over 6 Mos. | ☐ Vacant (>5%) | 2,000 Pred 30 | | _____ % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends):   The Vail Village area is bound by the Vail Golf Course on the east, Lionshead on the west, Interstate-70 on the north and Vail Ski Resort and slopes on the south  The immediate Vail Village area is built-out with extensive renovations and rebuilding after demolition.  The area enjoys good marketability due to its excellent views and proximity to the main Vail base area and the Gold Peak base area  During 2000 to 2001 sales declined causing a stabilization of values.  From 2001 to mid 2006 rapid appreciation occurred.  Then the subject marketplace slowed and the values stabilized until late 2008 when the marketplace began to decline.  In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013.  Recently this portion of the mareket appears to have stabilized.

Zoning Classification:   Special Development District    Description  Public Accommodation
Zoning Compliance.  ☒ Legal  ☐ Legal nonconforming (grandfathered)  ☐ Illegal  ☐ No zoning
Ground Rent (if applicable)  $    N/A   /    Comments:   Not applicable

**PROJECT SITE DESCRIPTION**

Highest & Best Use as improved (or as proposed per plans & specifications).  ☒ Present use, or  ☐ Other use (explain) _____
Actual Use as of Effective Date:   Residential Condominium    Use as appraised in this report.   Residential Condominium
Summary of Highest & Best Use:   The subject is a legally permissible use based on its current zoning  Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties.  Based on the current market conditions the existing project is financially feasible and maximally productive  Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was rebuilt and completed in 2010

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Density | Average |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Unknown | Street | Asphalt | ☒ | ☐ | Size | Typical/Condo |
| Gas | ☒ | ☐ | Unknown | Curb/Gutter | Concrete | ☒ | ☐ | Topography | Level to sloping |
| Water | ☒ | ☐ | Unknown | Sidewalk | Concrete | ☒ | ☐ | View | Good/Mtn |
| Sanitary Sewer | ☒ | ☐ | Unknown | Street Lights | Electric | ☒ | ☐ | | |
| Storm Sewer | ☒ | ☐ | Unknown | Alley | None | ☐ | ☐ | | |

Other site elements:  ☐ Inside Lot  ☒ Corner Lot  ☐ Cul de Sac  ☒ Underground Utilities  ☐ Other (describe) _____
FEMA Spec'l Flood Hazard Area  ☐ Yes ☒ No  FEMA Flood Zone  X    FEMA Map #  08037C0469D    FEMA Map Date  12/4/2007
Site Comments.   No adverse site conditions were evident at the time of observation.

**PROJECT INFORMATION**

Data source(s) for project information    Management/MLS
Project Description  ☐ Detached  ☐ Row or Townhouse  ☐ Garden  ☐ Mid-Rise  ☒ High-Rise  ☐ Other (describe) _____

| General Description of Project | | Subject Phase | # | If Project Completed | # | If Project Incomplete | # |
|---|---|---|---|---|---|---|---|
| # of Stories | 9 | Units | 79 | Phases | 1 | Planned Phases | |
| # of Elevators | 9 | Units Completed | 79 | Units | 79 | Planned Units | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | Total # Parking | 112 | Units For Sale | 21 | Units For Sale | 21 | Planned Units For Sale | |
| Design (Style) | Condo | Ratio (spaces/unit) | 1.4:1 | Units Sold | 37 | Units Sold | 37 | Planned Units Sold | |
| Actual Age (Yrs.) | 9 | Parking Type(s) | Prk Garage | Units Rented | Unkn | Units Rented | Unkn | Planned Units Rented | |
| Effective Age (Yrs.) | 5 | Guest Parking | Avg | Owner Occup. Units | Unkn | Owner Occup. Units | Unkn | Owner Occup. Units | |

Exterior Walls: Frame/Rock
Roof Surface: Zinc *

Project Primary Occupancy  ☐ Principal Residence  ☒ Second Home or Recreational  ☐ Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☒ No
Management Group:  ☐ Homeowners' Association  ☐ Developer  ☒ Management Agent (name of management agent or company).   Jeff Fruin (970) 790-6406 or jfruin@solarisresidences.com
Was the project created by the conversion of existing building(s) into a condominium?  ☐ Yes  ☒ No  If Yes, describe the original use and date of conversion.

Are CC&Rs applicable?  ☒ Yes  ☐ No  ☐ Unknown    Have the documents been reviewed?  ☐ Yes ☒ No  Comments:   These documents were not reviewed for this appraisal
Project Comments (condition, quality of construction, completion status, etc.):   Thirty five percent of the project consists of commercial space.  This commercial space consists of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink/putting green, a bank and numerous other retail shops.

Common Elements and Recreational Facilities:   Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc  must be acknowledged and credited
Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    6/2007

190707/Solaris6EE19

Page # 3 of 27

# INDIVIDUAL CONDO UNIT SUMMARY REPORT

File No.:

## PROJECT ANALYSIS

Summary of condominium project budget analysis for the current year (if analyzed):   The condominium budget was not reviewed for this appraisal.

Other fees for the use of the project facilities (other than regular HOA charges):   The appraiser is unaware of any additional fees for the use of the project facilities.

Compared to other competitive projects of similar quality and design, the subject unit charge appears   ☐ High - ☒ Average   ☐ Low   (If High or Low, describe)

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?   ☐ Yes   ☒ No   If Yes, describe and explain the effect on value and marketability.   No condominium documents or HOA meeting minutes were reviewed for this appraisal.  The appraiser is unaware of any special or unusual characteristics of the project.

Unit Charge: $ 2,850.10   per month X 12 = $ 34,201.20   per year   Annual assessment charge per year per SF of GLA = $   20.37

Utilities included in the Unit Charge:   ☐ None ☒ Heat ☒ Air Conditioning   ☐ Electricity ☒ Gas   ☒ Water ☒ Sewer ☒ Cable ☐ Other

Source(s) used for physical characteristics of property:   ☐ New Inspection   ☒ Previous Appraisal Files   ☐ MLS   ☐ Assessment and Tax Records   ☐ Prior Inspection

☐ Property Owner   ☐ Other (describe)   Data Source for Gross Living Area   Interior dimensions from prior inspection

## DESCRIPTION OF THE UNIT IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | ☒ N/A | Basement | ☒ N/A | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| Floor Location | 6th/Mid Level | Foundation | Concrete | Slab | | Area Sq. Ft. | | Type | In-floor radiant |
| # of Levels | 1 | Exterior Walls | Frame/Rock | Crawl Space | | % Finished | | Fuel | NG |
| Design (Style) | Condo | Roof Surface | Zinc | Basement | | Ceiling | | | |
| ☒ Existing   ☐ Proposed | | Gutters & Dwnspts. | Yes | Sump Pump ☐ | | Walls | | Cooling | |
| ☐ Under Construction | | Window Type | Wood-Alum clad | Dampness ☐ | | Floor | | Central | Yes |
| Actual Age (Yrs.) | 9 | Storm/Screens | No/Yes | Settlement | | Outside Entry | | Other | |
| Effective Age (Yrs.) | 5 | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic ☒ N/A | | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Wood-Stone-Carpet | Refrigerator ☒ | Stairs ☐ | | Fireplace(s) # 1 | | Woodstove(s) # 0 | ☒ Garage | # 1 |
| Walls | Plaster | Range/Oven ☒ | Drop Stair ☐ | | Patio | None | | ☐ Covered | # 0 |
| Trim/Finish | Cherry/Stained | Disposal ☒ | Scuttle ☐ | | Deck | Yes | | ☐ Open | # 0 |
| Bath Floor | Stone-Ceramic | Dishwasher ☒ | Doorway ☐ | | Porch | None | | Total # of cars | 1 |
| Bath Wainscot | Stone-Ceramic | Fan/Hood ☒ | Floor ☐ | | Fence | None | | ☐ Assigned | |
| Doors | Solid Cherry Stained | Microwave ☒ | Heated ☐ | | Pool | None | | ☒ Owned | |
| | | Washer/Dryer ☒ | Finished ☐ | | Balcony | None | | Space #(s) Unassigned | |

Finished area above grade contains:   6   Rooms   2+D   Bedrooms   3.0   Bath(s)   1,679   Square Feet of Gross Living Area Above Grade

Are the heating and cooling for the individual units separately metered?   ☐ Yes   ☒ No (If No, describe)   This is typical of many large projects within the Vail marketplace.

Additional features:   See attached addendum.

Describe the condition of the property (including physical, functional and external obsolescence):   No interior inspection was made for this report.  An interior inspection was made on October 3, 2017.  An extraordinary assumption about the condition of the subject property was made.  It is assumed that the current condition is similar to what was observed on October 3, 2017.  This extraordinary assumption may have an effect on the opinion of value assigned in this report.

## TRANSFER HISTORY

My research   ☐ did   ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s):   Eagle County records.

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing:   No prior sale is evident per Eagle County |
|---|---|
| Date: | records. |
| Price: | |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date | |
| Price: | |
| Source(s): | |

Copyright© 2007 by a la mode, inc.  This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP CONDO**

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

6/2007

CRC 001031

190707/Solaris6EE19 | Page 4 of 27

## INDIVIDUAL CONDO UNIT SUMMARY REPORT     File No.:

| SALES COMPARISON APPROACH TO VALUE (if developed) | ☐ The Sales Comparison Approach was not developed for this appraisal. | | | | | | |
|---|---|---|---|---|---|---|---|
| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
| Address | 141 E Meadow Dr # 6E East | 141 E Meadow Dr # 6E West | | 728 W Lionshead Cir # R308 | | 675 Lionshead Pl # 330 | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | |
| Project | Solaris Residences | Solaris Residences | | Ritz Carlton Residences | | Arrabelle at Vail Square | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0 05 miles W | | 0.96 miles W | | 0.74 miles W | |
| Sale Price | $ | | $     2,780,000 | | $     2,560,000 | | $     3,400,000 |
| Sale Price/GLA | $              /sq ft | $  1,597.70 /sq.ft. | | $  1,679.79 /sq.ft. | | $  1,606.81 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#934477;DOM 27 | | VBRMLS#934199;DOM 53 | | VBRMLS#931500;DOM 11 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Conventional | | Cash | | Cash | |
| Concessions | | Furnished | −25,000 | Furnished | −25,000 | Furnished | −25,000 |
| Date of Sale/Time | | 04/30/2019 | | 04/23/2019 | | 03/30/2018 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Vail Village | | Lionshead | | Lionshead | |
| HOA Fees ($/Month) | 2,850.10 | 2,850.00 | | 2,570.00 | | 2,545.00 | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | Pool, Spa, Lobby | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | Athletic facilities | |
| Floor Location | 6th/Mid Level | 6th/Mid Level | | 5th/Mid Level | 0 | 3rd/Mid Level | 0 |
| View | Good/Mtn | Good/Mtn | | Gd/Mtn/Lionshead | +200,000 | Good/Mtn/Nr Slope | −250,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | VrGd-Excellent | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | 9 yrs, 5 eff | | 11 yrs, 6 eff | +42,500 |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths |
| Room Count | 6 | 2+D | 3 0 | 5 | 2 | 2 1 | +17,500 | 5 | 2 | 3 0 | 0 | 5 | 2 | 3.0 | 0 |
| Gross Living Area | 1,679 sq.ft. | 1,740 sq ft | −61,000 | 1,524 sq.ft. | +155,000 | 2,116 sq ft | −437,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| Net Adjustment (Total) | | ☐ +  ☒ −  $ | −68,500 | ☒ +  ☐ −  $ | 330,000 | ☐ +  ☒ −  $ | −669,500 |
| Adjusted Sale Price | | Net     2.5 % | | Net     12.9 % | | Net     19.7 % | |
| of Comparables | | Gross  3.7 % $ | 2,711,500 | Gross  14.8 % $ | 2,890,000 | Gross  22.2 % $ | 2,730,500 |

Summary of Sales Comparison Approach   All comparable data is obtained from Eagle County Clerk and Assessor, the local Multiple Listing service and/or involved parties.  See attached addendum for comments on the sales comparison approach.

(marginal vertical label: SALES COMPARISON APPROACH)

Indicated Value by Sales Comparison Approach $   2,725,000

**GP CONDO**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

6/2007

CRC 001032

190707/Solaris6EE19

Page # 5 of 27

## INDIVIDUAL CONDO UNIT SUMMARY REPORT

File No.:

**INCOME APPROACH TO VALUE (if developed)**   ☒ The Income Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 141 E Meadow Dr # 6E East Vail, CO 81657 | | | |
| Project | Solaris Residences | | | |
| Phase | N/A | | | |
| Proximity to Subject | | | | |
| Current Monthly Rent | $ | $ | $ | $ |
| Rent/GLA | $ /sq ft | $ /sq.ft. | $ /sq.ft. | $ /sq.ft. |
| Rent Control | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Data Source(s) | | | | |
| Date of Lease(s) | | | | |
| Location | Vail Village | | | |
| View | | | | |
| Age | 9 yrs, 5 eff | | | |
| Condition | Very Good | | | |

| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | | Total | Bdrms | Baths | | Total | Bdrms | Baths |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Room Count | 6 | 2+D | 3.0 | | | | | | | | | | | |
| Gross Living Area | | 1,679 sq.ft. | | | sq.ft. | | | | sq.ft. | | | | sq.ft. | |
| Utilities Included | | | | | | | | | | | | | | |

Summary of Income Approach (including support for market rent and GRM)

| Opinion of Monthly Market Rent $ | N/A | X Gross Rent Multiplier | 0.00 | = $ | **Indicated Value by Income Approach** |
|---|---|---|---|---|---|

**COST APPROACH TO VALUE (if developed)**   ☒ The Cost Approach was not developed for this appraisal.

Summary of Cost Approach

Indicated Value by: Sales Comparison Approach $  2,725,000      Cost Approach (if developed) $           Income Approach (if developed) $

Final Reconciliation  The Sales Comparison Approach is typically the most reliable indicator in the valuation of individual condominium units. The Cost and Income Approach are not considered reliable

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $      2,725,000      , as of:      06/19/2019      , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains      27      pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| ☒ Scope of Work | ☒ Limiting Cond./Certifications | ☒ Narrative Addendum | ☒ Photograph Addenda | ☒ Sketch Addendum |
|---|---|---|---|---|
| ☒ Map Addenda | ☒ Additional Sales | ☐ Additional Rentals | ☐ Flood Addendum | ☐ Hypothetical Conditions |
| ☒ Extraordinary Assumptions | ☐ Budget Analysis | ☐ | ☐ | ☐ |

Client Contact:  Rob Glucksman      Client Name:  Colorado Regional Center Project Solaris, LLLP
E-Mail: rglucksman@coloradoregionalcenter.com    Address:  1644 Platte St., Suite 417, Denver, CO 80202

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| | |
| Appraiser Name: Angela Luna | Supervisory or Co-Appraiser Name: |
| Company:  Angela's Appraisal Inc | Company: |
| Phone: (970) 845-5056     Fax: (970) 845-9472 | Phone:      Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date of Report (Signature):  08/02/2019 | Date of Report (Signature): |
| License or Certification #:  CR1318912     State  CO | License or Certification #:      State: |
| Designation:  Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification:  12/31/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☐ Interior & Exterior ☒ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection:  06/19/2019 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                6/2007

GP CONDO

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001033

# ADDITIONAL COMPARABLE SALES

File No.:

190707/Solaris6EE19

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr # 6E East Vail, CO 81657 | 610 W Lionshead Cir # 517 Vail, CO 81657 | | 141 E Meadow Dr # 1A South Vail, CO 81657 | | 701 W Lionshead Cir # E506 Vail, CO 81657 | |
| Project | Solans Residences | Landmark Vail | | Solaris Residences | | The Lion | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0.78 miles W | | 0.06 miles W | | 0.85 miles W | |
| Sale Price ($) | $ | $ | 2,225,000 | $ | 4,550,000 | $ | 2,000,000 |
| Sale Price/GLA | $ /sq.ft. | $ 1,397.61 /sq.ft. | | $ 1,770.43 /sq.ft. | | $ 1,291.16 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#V314309;DOM 3643 | | VBRMLS#V322313;DOM 2168 | | VBRMLS#934506;DOM 68 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Cash | | Cash | | Cash | |
| Concessions | | None | 0 | Furnished | -25,000 | HOA Credit/Furn | -35,788 |
| Date of Sale/Time | | 01/24/2018 | | 06/13/2019 | | 06/12/2019 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Lionshead | | Vail Village | | Lionshead | |
| HOA Fees ($/Month) | 2,850.10 | 1,163.00 | | 4,209.00 | | 1,798.00 | |
| Common Elements and Recreational Facilities | Pool, Spa, Lobby Athletic facilities | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | |
| Floor Location | 6th/Mid Level | 5th/Top Level | -35,000 | 1st/Lower Level | 0 | 5th/Mid Level | 0 |
| View | Good/Mtn | Gd/Ski/Lionshead | +500,000 | Good/Mtn/West | -650,000 | Gd/Hwy/Lionshead | +575,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | Very Good | +155,000 |
| Age | 9 yrs, 5 eff | 9 yrs, 2 eff | -96,000 | 9 yrs, 5 eff | | 3 yrs, 1 eff | -124,500 |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6 2+D 3.0 | 5 2 3.0 | 0 | 6 3 3.1 | -17,500 | 5 2 3.0 | 0 |
| Gross Living Area | 1,679 sq.ft. | 1,592 sq.ft. | +87,000 | 2,570 sq.ft. | -891,000 | 1,549 sq.ft. | +130,000 |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ − $ | 456,000 | ☐ + ☒ − $ | -1,583,500 | ☒ + ☐ − $ | 699,712 |
| Adjusted Sale Price of Comparables | | Net 20.5 % Gross 32.3 % $ | 2,681,000 | Net 34.8 % Gross 34.8 % $ | 2,966,500 | Net 35.0 % Gross 51.0 % $ | 2,699,712 |
| Summary of Sales Comparison Approach | | | | | | | |

SALES COMPARISON APPROACH

GP CONDO

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.
Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001034

190707/Solaris6EE19

## ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE #7 | +(−) $ Adjust. | COMPARABLE SALE #8 | +(−) $ Adjust. | COMPARABLE SALE #9 | +(−) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr # 6E East | 141 E Meadow Dr # 7E East | | | | | |
| | Vail, CO 81657 | Vail, CO 81657 | | | | | |
| Project | Solaris Residences | Solaris Residences | | | | | |
| Phase | N/A | N/A | | | | | |
| Proximity to Subject | | Less than 0 01 miles | | | | | |
| Sale Price | $ | $ 3,250,000 | | $ | | $ | |
| Sale Price/GLA | $ /sq.ft. | $ 1,649.75 /sq.ft. | | $ /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#934805,DOM 73 | | | | | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Listing | | | | | |
| Concessions | | Furnished | -25,000 | | | | |
| Date of Sale/Time | | Active | -65,000 | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | Vail Village | Vail Village | | | | | |
| HOA Fees ($/Month) | 2,850 10 | 3,304.33 | | | | | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | | | | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | | | | |
| Floor Location | 6th/Mid Level | 7th/Mid Level | 0 | | | | |
| View | Good/Mtn | Good/Mtn | | | | | |
| Design (Style) | Condo | Condo | | | | | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | | | | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | | | | |
| Condition | Very Good | Very Good | | | | | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | | Total | Bdrms | Baths | | Total | Bdrms | Baths | |
| Room Count | 6 | 2+D | 3.0 | 5 | 2 | 2.1 | +17,500 | | | | | | | | |
| Gross Living Area | 1,679 sq.ft. | 1,970 sq.ft. | -291,000 | sq.ft. | | sq.ft. | |
| Basement & Finished | None | None | | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Parking | 1 prking garage | 1 prking garage | | | | | |
| Porch/Patio/Deck | Deck | Deck | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ − $ | -363,500 | ☐ + ☐ − $ | | ☐ + ☐ − $ | |
| Adjusted Sale Price | | Net 11.2 % | | Net % | | Net % | |
| of Comparables | | Gross 12.3 % $ | 2,886,500 | Gross % $ | | Gross % $ | |

Summary of Sales Comparison Approach

SALES COMPARISON APPROACH

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited
Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                                      6/2007

**GP CONDO**

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001035

**Supplemental Addendum** File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472



## ADDENDUM TO THE APPRAISAL OF:
141 E Meadow Drive, #6E East
Residences at Solaris-Vail, Unit 6E East
Vail, Colorado 81657
Eagle County, Colorado

## Purpose of the Appraisal
The purpose of this appraisal is to provide an opinion of the market value of the subject property, in an "as is" condition and a fee simple estate.

## Client and Intended Users:
This appraisal report is intended for the use by Colorado Regional Center Project Solaris, LLLP. No other use of this appraisal is permitted.

## Intended Use:
The appraisal report is to provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP.

## Scope of Work
**Extent of the Appraisal Process**
The appraisal of the subject property includes a physical observation of the exterior of the subject property along with data on file with the Eagle County Assessor's office as of the date of this appraisal. An examination of market factors, recent transactions, a locational analysis of the home site and neighborhood, an economic analysis of the market and other pertinent data that may have an influence on the property were reviewed. Sales and related information utilized in this report are gathered from the local multiple listing service and public records. They are confirmed whenever possible with the involved parties, are the best available and the most recent sales which represent various aspects of the subject's market appeal. When conflicting information was provided the source deemed most reliable was used. All of this information is compiled and analyzed before a final opinion of value is determined.

The appraisal is in compliance with the guidelines set forth by:
Federal Financial Institutions Reform Recovery and Enforcement Act of 1989 (FIRREA)
Uniform Standards of Professional Appraisal Practices (USPAP)

**Type of Appraisal and type of Appraisal Report:**
This appraisal is an "Appraisal Report" that is presented on the General Purpose Condo form.

**Property Observation**
The appraiser completed an exterior observation of the subject property. This observation is not the same as a home inspection and did not include a viewing of the crawl space and attic area of the home (if applicable). It is based on the observations of an appraiser who visited the property and does not include a physical analysis of the major components of the home. The appraiser is not a mechanical engineer, electrical engineer, environmental engineer or structural engineer. Therefore, no warranty of the components which include, but are not limited to, the electrical, plumbing, heating, structural, and roofing are made or implied. All the above mentioned systems are presumed to be in working condition with the opinion of value herein subject to that assumption. Furthermore, no analysis of environmental conditions, including but not limited to, moisture, mold and radon gas has been made or implied. It is assumed no adverse environmental conditions exist with the opinion of value herein subject to that assumption.

CRC 001036

## Supplemental Addendum

File No. .

| Borrower | Not Applicable · | | | | | |
|----------|------------------|--|--|--|--|--|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | |

**Gramm-Leach-Bliley Act of 1999**
In compliance with the Gramm-Leach Bliley Act, the appraiser does not disclose any non-public personal information that is not specifically permitted by law.

**Competency**
The appraiser has the competency and appropriate knowledge, training, and experience to complete this assignment.

**Extraordinary Assumptions or Hypothetical Conditions:**
No hypothetical condition was utilized in the report. An extraordinary assumption was made in this report. No interior inspection was made for this report. An interior inspection was made on October 3, 2017. An extraordinary assumption about the condition of the subject property was made. It is assumed that the current condition is similar to what was observed on October 3, 2017. This extraordinary assumption may have an effect on the opinion of value assigned in this report. The interior photos of the subject property in the report were from the October 3, 2017 inspection.

**Prohibited Influences**
The appraisal assignment was not based upon a requested minimum valuation, specific valuation, or approval of a loan. Employment and compensation are not contingent upon the reporting of a predetermined value, a direction of the value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event.

**Definition of Market Value**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1) Buyer and seller are typically motivated;
2) Both parties are well informed or well advised, and each acting in what they consider their own best interests;
3) A reasonable time is allowed for exposure in the open market;
4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto;
5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
(Per Uniform Standards of Professional Appraisal Practice 2018-2019 USPAP Pg 153).

## Area and Neighborhood Comments

The subject property is located in the Vail Village portion of the town of Vail. Vail is located about 100 miles west of Denver along Interstate 70, in a narrow mountain valley situated against the west side of the Gore mountain range.

The first development corresponded with the opening of the Vail ski area in 1962. This is when completion of the first lifts and support facilities were built on what were previously ranch lands. Development in the region has steadily expanded over the years to the east and west. This has created an area of development thirty miles long that contains three ski areas, numerous golf courses, and extensive commercial and residential development. These factors have transformed the area into a four season resort, which has allowed for national and international appeal.

Vail Village is modeled after European villages with a large pedestrian core that contains extensive dining, entertainment and shopping facilities. Uses within the village consist predominately of resort commercial and condominiums, most dating to the 60's and 70's. Since the area is built-out many properties are undergoing extensive renovations with demolition and rebuilding occurring in some instances. Vail Village properties typically exhibited high values and good marketability to second and third home recreational buyers attracted to Vail's renowned recreation amenities. Appeal is enhanced by good views of the Gore Mountain Range and Gore Creek which runs through the village.

## Supplemental Addendum

File No. .

| Borrower | . Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | ı State CO | Zip Code 81657 | |
| Lender/Client | | | | | |

Also present at the eastern edge of the Vail Village area is the Gold Peak base area. This base area which recently underwent an extensive renovation consists of two chair lifts and two commercial buildings. These buildings house lift ticket offices, ski school facilities, ski rental shops, restaurants, parking facilities and a base lodge.

## Market Trends/Conditions

During 2000 to 2001 sales declined and inventory increased causing a stabilization of values. From 2001 to mid-2006 rapid appreciation occurred. Then in 2008 values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market stabilized.

## Subject Project Comments

**Location:** The project site is located south of the South Frontage Road on East Meadow Drive at its intersection with Willow Bridge Road. This location is within the central core of Vail Village enhancing its overall appeal. It should be noted that the subject project represents the upper end of quality within the central village. This project is considered a "Condotel" as it has many of the amenities of a luxury hotel including the ability to have nightly rentals through the front desk.

**Year of construction:** Construction of the subject project began in 2007 with completion in 2010. This was after the demolition of the Crossroads Mall which previously occupied the site.

**Association Fees:** Currently the association fees for the subject unit are $2,850.10 per month. It should be noted that presently there are no special assessments.

**Project Size/Configuration:** The project consists of 79 residential condominium units within approximately 202,000 square feet. There also is 70,000 square feet of commercial space that is comprised of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink, a bank and numerous other retail shops. Also present are 307 parking spaces within an underground parking garage.

**Project amenities:** Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**Parking facilities:** There are a total of 307 parking spaces in the project's garage of which 112 are designated for the residential condominium units.

**Views:** The subject project has average to excellent views of the surrounding mountains and the ski slopes depending on the location within the project. Units on the north side of the building do not have ski slope views while southern facing units have good to excellent ski slope and mountain views.

**Surrounding uses:** Neighboring properties consist of a mix of improved multi-family, hotel and commercial projects.

**Topography:** Level to sloping

**Adverse conditions/easements:** No unusual or adverse conditions or easements were visually apparent or known by the appraiser.

**Vegetation:** The landscaping consists of grass, trees, shrubs and flowers.

## Subject Unit

**Structure/condition:** The subject property is a residential condominium dwelling that contains two bedrooms plus a den and three baths within 1,679 square feet of living space on one level. Also present is an undetermined amount of decking and a parking space in the project's parking garage. The dwelling's floor plan exhibits good traffic flow and space utilization. Condition was observed to be very good due to attentive care along with short term rental use. No functional or external losses were noted. Quality of construction and condition are based on a prior inspection on October 3, 2017. No interior inspection was made for this report. It is assumed that the current condition is similar to what was observed on October 3,

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |

2017. An extraordinary assumption about the condition of the subject property was made. This extraordinary assumption may have an effect on the opinion of value assigned in this report.

**Quality of construction:** Quality of construction was rated as very good to excellent with a very high level of materials and workmanship being noted.

**Views:** The subject unit has good mountain views from its position on the northern aspect of the building. It lacks ski slope views and has both sonic and visual impacts from the nearby interstate.

## Ownership and Sales History
**Present owner per public records:** Solaris Property Owner I LLC.

**Acquisition date:** None per Eagle County records.

**Recent activity:** No sale of the subject is evident per Eagle County records.

## Highest and Best Use
Highest and best use may be defined as:

*"The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value."*

The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was rebuilt and completed in 2010.

## Approaches to Value
There are three approaches to arriving at an opinion of value in the appraisal process. These are the Cost Approach, the Sales Comparison Approach and the Income Capitalization Approach. They are described as follows:

The *Cost Approach* is based on the presumption that the value of a property is indicated by the current cost of the vacant building site plus the cost to construct a similar property, less depreciation. These forms of depreciation consist of physical deterioration, functional obsolescence and external obsolescence.

The *Sales Comparison* approach is the process of comparing the subject property to sales of similar competing properties. Adjustments are made for differences in size, location and other market recognized differences.

The *Income Capitalization* approach is based on the measurement of the present value of future benefits. This is arrived at through a process of capitalizing economic or contract rent into an indication of value using market derived rents and market derived capitalization rates.

The appraiser has made a reasonable effort to employ each of the three approaches to value. In this valuation the Sales Comparison Approach was primarily relied upon in forming the final opinion of value. Although the resort nature of the subject marketplace has many examples of units utilized for long and short term rental purposes, the income often does not offset the cost of ownership. Therefore, the income associated with rental use has little bearing on prices paid for properties in the subject marketplace. Rental income is often secondary or inconsequential among purchaser's criteria with data for market rents and multipliers being diverse and inconsistent. As a result, while considered, the Income Approach was not utilized in this report. The cost approach has no meaningful basis for application in the valuation of individual multi-family interests in the local marketplace, and is omitted from discussion.

## Sales Comparison Approach
The comparables cited are the best available and the most recent sales along with a listing of similar properties which represent various aspects of the subject's market appeal. Due to the lack of similar

### Supplemental Addendum    File No

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |

product within Vail Village it was necessary to go to the competing Lionshead portion of town for similar comparables.

**Comparable 1** is a very recent sale of a slightly larger unit from the subject project. This unit has similar views from its location on the northern aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale provides excellent overall similarity to the subject. It is the second most recent project sale.

**Comparable 2** is a very recent sale of a slightly smaller unit with a less marketable location within the competing Ritz Carlton project. The unit has similar northern views but is within the less marketable Lionshead portion of Vail. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. An additional adjustment was required for furnishings that were included in the sale. This sale provides excellent overall similarity to the subject.

**Comparable 3** is a dated sale of a larger unit from the competing Arrabelle at Vail Square project. The unit has a more marketable location at the base of the Lionshead gondola and chair lift. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 6 years due to attentive care along with short term rental use, similar to the subject. An additional adjustment was required for furnishings that were included in the sale. This sale provides good overall similarity to the subject.

**Comparable 4** is a dated sale of a smaller unit from the competing Landmark Vail project. The unit has more marketable ski slope views but is within the less marketable Lionshead portion of town. It has a more marketable top level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 2 years. Although the unit was 9 years old it reportedly had never been lived in. This sale is divergent in terms of view but provides good similarity to the subject in all other aspects.

**Comparable 5** is a very recent sale of a larger unit with more marketable views from the subject project. The unit has western views along with less interstate impacts from its location on the western aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is the most recent project sale.

**Comparable 6** is a very recent sale of a smaller unit from the competing Lion project. The unit has similar views but is in the less marketable Lionshead portion of Vail. Quality of construction was rated as very good which was adjusted at a rate of $100 per square foot. Condition was reported to be very good with and effective age of 1 year due to some short term rental use. Additional adjustments were required for furnishings that were included in the sale and a $10,788 HOA credit the seller gave the buyer at closing. This sale is divergent in terms of view but provides good similarity in all other aspects.

**Comparable 7** is a listing of a larger unit from the subject project. This unit has similar views from its location on the northern aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count, furnishings that are to be included in the sale and a list to sales price adjustment. The list to sales price ratio adjustment utilized in the report is based on the median sale price as a percent of list price from the analysis that was completed to determine the current market conditions.

**Due to the lack of recent sales of similar properties from within the subject neighborhood, it was necessary to utilize sales with sales prices that were greater than 15% more or less than the subject's opinion of value.**

## Comments on Adjustments to Sales

Please note the following criteria utilized for the adjustments in the sales comparison approach:

## Supplemental Addendum

File No

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | |

**Market Conditions adjustment:** All condominium sales that sold for more than $2,000,000 within the Vail Village and Lionshead markets were analyzed. The current twelve month period indicates a median sales price of $3,412,500 based on 38 sales ranging from $2,000,000 to $10,500,000. The prior twelve month period indicates a median sales price of $3,400,000 based on 45 sales ranging from $2,075,000 to $14,000,000. This indicates a slight increase of 0.35% over the twelve month period or a relatively stable market. Therefore no market condition adjustments were made in this report.

**View and floor location adjustments:** Derived from sales of properties with varying appeal and locational characteristics, based on matched pair analysis.

**Quality adjustments:** Based on estimated cost differences, together with cost to cure approximations, when appropriate. Secondary support is provided via conversations with involved parties regarding the effect of differing quality on purchase prices.

**Age and condition characteristics:** These are combined into one adjustment with consideration given to each property's actual and effective ages. Typical condition adjustments for properties in average condition are estimated at about 1.5% per year, reflecting a total estimated life of about 65 years in a straight line age/life analysis. Properties differing in their effective ages are assigned greater or lesser amounts of adjustment based on their relative condition, together with consideration of cost-to-cure estimation, if appropriate.. Therefore, an estimated per square foot cost to build is multiplied by the square footage of the comparable to arrive at an estimated cost to build. This figure is then multiplied by the difference in the effective age (difference between the subject's effective age and the comparables effective age) then multiplied by the aforementioned 1.5% to arrive at the age/condition adjustment.

**Room count:** $35,000 per bathroom, based on matched pair analysis. No bedroom count adjustments were evident in the available market data.

**Gross living area:** Differences in gross living area are adjusted at about $1,000 per square foot in this report, which is indicative of the sensitivity to size that this marketplace is presently tending to exhibit.

**Homeowners Association Fees:** HOA fees are often based on the size of the unit along with the level and quality of the project's amenities. Sometimes these fees include heat for not only the common area but each individual unit. As a result these fees can vary between units within the same project along with units from competing projects, making an adjustment for these items very difficult to extract from the available data. The more amenities and/or the higher quality of amenities results in higher fees. An analysis of the market data did not readily display an adjustment for the difference between HOA fees of each comparable, therefore no adjustments were made.

**The appraiser recognizes that some of these comparables have larger than typical individual, net and/or gross adjustments. It should be pointed out that variations like this are a common occurrence in this marketplace. Differences in gross living area, quality, conditions, location, etc. often vary substantially from property to property while at the same time maintaining a level of common appeal. Even with these adjustments the sales cited are considered to be similar in appeal, adequately reliable, the best available indicators of subject value.**

## Estimate of Reasonable Exposure Time

A reasonable Exposure Time may be defined as "the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal". Implicit in this definition are the following characteristics:

The property will be actively exposed and aggressively marketed to potential purchasers. This marketing is to be directed through marketing channels commonly used by buyers and sellers of similar type properties.

The property will be offered at a price reflecting the most probable markup over market value used by sellers of similar type properties.

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |

A sale will consummate under terms and conditions of the definition of market value.

An examination of recent sales activity within the subject marketplace reflects a wide range of typical exposure times. Purchase mortgage funds are readily available for properties within the subject area, and a significant number of sales close under all cash terms. An exposure time estimate for the subject property of twelve to twenty four months is considered realistic in the present market.

## Final Value Indication

The comparables cited are the best available and the most recent sales along with a listing of similar properties. The adjusted data provides good similarity to the subject property and a range of indications from $2,699,712 to $2,966,500. Comparable one is the most similar to the subject property and is from the subject project. Comparables five and six are the most recent sales. Therefore, with support from the other comparables, a value of $2,725,000 is selected and considered reasonable and supportable in the current marketplace. An extraordinary assumption was made in this report. No interior inspection was made for this report. An interior inspection was made on October 3, 2017. An extraordinary assumption about the condition of the subject property was made. It is assumed that the current condition is similar to what was observed on October 3, 2017. This extraordinary assumption may have an effect on the opinion of value assigned in this report. The interior photos of the subject property in the report were from the October 3, 2017 inspection.

## Furnishings and other Personal Property

The subject property is appraised unfurnished with no contribution given to any furnishings, personal property, or intangible items that are not real property. Fixtures, such as built-in appliances, window coverings, wall and floor coverings, electrical fixtures and plumbing fixtures are typically considered as real property in the valuation of residential property, and are included in the value assigned herein.

## Subject Photo Page

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | | |



**Subject Front**

141 E Meadow Dr # 6E East
Sales Price
Gross Living Area    1,679
Total Rooms    6
Total Bedrooms    2+D
Total Bathrooms    3.0
Location    Vail Village
View    Good/Mtn
Site    Typical/Condo
Quality    VrGd-Excellent
Age    9 yrs, 5 eff



**Subject Rear**



**Subject Street**

Form PIC3x5.SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001043

## Photograph Addendum

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County | Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



**Main living area**



**Dining**



**Kitchen**



**Bedroom**



**Bedroom**



**Den**



**Bath**



**Bath**



**Bath**



**View**



**View**

Form PIC15 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001044

## Comparable Photo Page

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



**Comparable 1**

141 E Meadow Dr # 6E West
Prox. to Subject     0 05 miles W
Sale Price            2,780,000
Gross Living Area     1,740
Total Rooms           5
Total Bedrooms        2
Total Bathrooms       2.1
Location              Vail Village
View                  Good/Mtn
Site                  Typical/Condo
Quality               VrGd-Excellent
Age                   9 yrs, 5 eff



**Comparable 2**

728 W Lionshead Cir # R308
Prox. to Subject     0.96 miles W
Sale Price           2,560,000
Gross Living Area    1,524
Total Rooms          5
Total Bedrooms       2
Total Bathrooms      3.0
Location             Lionshead
View                 Gd/Mtn/Lionshead
Site                 Typical/Condo
Quality              VrGd-Excellent
Age                  9 yrs, 5 eff



**Comparable 3**

675 Lionshead Pl # 330
Prox. to Subject     0.74 miles W
Sale Price           3,400,000
Gross Living Area    2,116
Total Rooms          5
Total Bedrooms       2
Total Bathrooms      3.0
Location             Lionshead
View                 Good/Mtn/Nr Slope
Site                 Typical/Condo
Quality              VrGd-Excellent
Age                  11 yrs, 6 eff

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001045

## Comparable Photo Page

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |



**Comparable 4**

| | |
|---|---|
| | 610 W Lionshead Cir # 517 |
| Prox. to Subject | 0.78 miles W |
| Sale Price | 2,225,000 |
| Gross Living Area | 1,592 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Ski/Lionshead |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 2 eff |



**Comparable 5**

| | |
|---|---|
| | 141 E Meadow Dr # 1A South |
| Prox. to Subject | 0.06 miles W |
| Sale Price | 4,550,000 |
| Gross Living Area | 2,570 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.1 |
| Location | Vail Village |
| View | Good/Mtn/West |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



**Comparable 6**

| | |
|---|---|
| | 701 W Lionshead Cir # E506 |
| Prox. to Subject | 0.85 miles W |
| Sale Price | 2,000,000 |
| Gross Living Area | 1,549 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Hwy/Lionshead |
| Site | Typical/Condo |
| Quality | Very Good |
| Age | 3 yrs, 1 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001046

# Comparable Photo Page

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | | County  Eagle | State  CO | Zip Code  81657 |
| Lender/Client | | | | | |



### Comparable 7

141 E Meadow Dr # 7E East

| | |
|---|---|
| Prox. to Subject | Less than 0.01 miles |
| Sale Price | 3,250,000 |
| Gross Living Area | 1,970 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |

### Comparable 8

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

### Comparable 9

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

Form PICPIX.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001047

## Comparable Photo Page

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

### Comparable 10

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

### Comparable 11

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

### Comparable 12

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

Form PICPIX.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001048

## Building Sketch (Page - 1)

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | | |



Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001049

## Building Sketch (Page - 2)

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |

TOTAL Sketch by a la mode, inc

### Area Calculations Summary

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1678.78 Sq ft | 22.92 × 5.76 | = 131.92 |
| | | 0.5 × 4.95 × 2.47 | = 6.13 |
| | | 36.92 × 1.34 | = 49.63 |
| | | 0.5 × 1.34 × 1.34 | = 0.9 |
| | | 0.5 × 1.34 × 1.34 | = 0.9 |
| | | 1.34 × 3.61 | = 4.84 |
| | | 0.5 × 1.34 × 1.34 | = 0.9 |
| | | 43.72 × 1.34 | = 58.74 |
| | | 0.5 × 14.92 × 14.92 | = 111.3 |
| | | 35.09 × 14.92 | = 523.58 |
| | | 29.09 × 17.3 | = 503.3 |
| | | 28.19 × 1.5 | = 42.29 |
| | | 0.5 × 0.64 × 0.64 | = 0.2 |
| | | 28.19 × 0.64 | = 17.94 |
| | | 0.5 × 8.56 × 8.56 | = 36.6 |
| | | 20.27 × 8.56 | = 173.45 |
| | | 0.5 × 1.27 × 0.64 | = 0.41 |
| | | 17.5 × 0.9 | = 15.75 |
| **Total Living Area (Rounded):** | **1679 Sq ft** | | |

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001050

## Location Map

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001051

# Assumptions, Limiting Conditions & Scope of Work

File No.:

| Property Address: | 141 E Meadow Dr | | City Vail | | State: CO | | Zip Code: 81657 |
|---|---|---|---|---|---|---|---|
| Client: | Colorado Regional Center Project Solaris, LLLP | | Address: | 1644 Platte St., Suite 417, Denver, CO 80202 | | | |
| Appraiser: | Angelo Loria | | Address: | PO Box 4175, Avon, CO 81620-4175 | | | |

## STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis
of it being under responsible ownership.
- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch
is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.
- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other
data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.
- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.
- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best
use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction
with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance
value, and should not be used as such.
- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence
of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the
normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any
hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous
wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and
makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any
such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the
appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of
the property.
- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items
that were furnished by other parties.
- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.
- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report
and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.
- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the
client does not become a party to the appraiser–client relationship. Any persons receiving this appraisal report because of disclosure requirements
applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.
- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.
- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence
of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors
are encouraged to engage the appropriate type of expert to investigate.


The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by
the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.


Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
3/2007

CRC 001052

Page # 25 of 27

190707/Solaris6EE19

## Certifications

File No.:

| Property Address: | 141 E Meadow Dr | City: Vail | State: CO | Zip Code: 81657 |
|---|---|---|---|---|
| Client: | Colorado Regional Center Project Solaris, LLLP | Address: 1644 Platte St., Suite 417, Denver, CO 80202 | | |
| Appraiser: | Angelo Lona | Address: PO Box 4175, Avon, CO 81620-4175 | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

Additional Certifications:

**DEFINITION OF MARKET VALUE \*:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: Rob Glucksman | Client Name Colorado Regional Center Project Solaris, LLLP |
|---|---|
| E-Mail: rglucksman@coloradoregionalcenter.com | Address: 1644 Platte St., Suite 417, Denver, CO 80202 |

| APPRAISER: | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Angelo Lona | Supervisory or Co-Appraiser Name: |
| Company: Angelos Appraisal Inc | Company: |
| Phone: (970) 845-5056   Fax: (970) 845-9472 | Phone:   Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date Report Signed: 08/02/2019 | Date Report Signed: |
| License or Certification #: CR1318912   State CO | License or Certification #:   State |
| Designation: Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 12/31/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☐ Interior & Exterior  ☒ Exterior Only  ☐ None | Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection: 06/19/2019 | Date of Inspection: |

SIGNATURES

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

CRC 001053

Page # 26 of 27

190707/Solaris6EE19

## USPAP ADDENDUM

File No

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender | | | | | |

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report          This report was prepared in accordance with USPAP Standards Rule 2-2(a)

☐ Restricted Appraisal Report     This report was prepared in accordance with USPAP Standards Rule 2-2(b).

### Reasonable Exposure Time

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:     12 to 24 months

### Additional Certifications

I certify that, to the best of my knowledge and belief:

☐ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☒ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).
- Prior appraisals of this unit were completed by the appraiser on 7/13/16, 3/6/17, 10/3/17, 4/4/18 and 11/06/18.

### Additional Comments

**No undue influence was placed on the appraiser during the development of this report.**
**No interior inspection was made for this report. An interior inspection was made on October 3, 2017. An extraordinary assumption about the condition of the subject property was made. It is assumed that the current condition is similar to what was observed on October 3, 2017. This extraordinary assumption may have an effect on the opinion of value assigned in this report.**
**The interior photos provided in the report are from the October 3, 2017 inspection.**

| APPRAISER: | SUPERVISORY APPRAISER: (only if required) |
|---|---|
| Signature: | Signature |
| Name: Angelo Lon_ | Name: |
| Date Signed: 08/02/2019 | Date Signed: |
| State Certification #: CR1318912 | State Certification #: |
| or State License #: | or State License #: |
| State CO | State: |
| Expiration Date of Certification or License: 12/31/2019 | Expiration Date of Certification or License: |
| Effective Date of Appraisal: 06/19/2019 | Supervisory Appraiser Inspection of Subject Property: |
| | ☐ Did Not  ☐ Exterior-only from Street  ☐ Interior and Exterior |

**Appraisers License**

State of Colorado
Department of Regulatory Agencies
Division of Real Estate

Board of Real Estate Appraisers

Angelo Joseph Loria
Po Box 4175
Avon, CO 81620

*Marcia Waters*
Director: Marcia Waters

Angelo Joseph Loria
Certified Residential Appraiser

License #: CR.001318912
Status: Active
Expires: 12/31/2019

DORA
CO

For the most up to date information regarding this credential, visit http://dora.colorado.gov/dre

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001055



**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472

Re: Property:  141 E Meadow Dr
                Vail, CO 81657
     Borrower   Not Applicable
     File No.:   190708/Solaris7EE19

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you

Sincerely,

Angelo Luria

Angelo's Appraisal Inc. (970) 845-5056

Page 2 of 2?

190708/Solaris7EE19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

GP CONDO

## SUBJECT

| | |
|---|---|
| Property Address: 141 E Meadow Dr | Unit #: 7E East   City: Vail   State: CO |
| Zip Code: 81657   County: Eagle | Legal Description: Residences at Solaris-Vail Unit 7E East |
| | Assessor's Parcel #: 2101-082-94-069 |

Tax Year: 2018   R E Taxes: $ 27,947.00   Special Assessments: $ 0   Borrower (if applicable):   Not Applicable

Current Owner of Record   Solaris Property Owner I LLC   Occupant: ☐ Owner ☐ Tenant (Market Rent) ☐ Tenant (Regulated Rent) ☐ Vacant

Project Type: ☒ Condominium ☐ Other (describe)   HOA $ 3,247.78 ☐ per year ☒ per month

Market Area Name: Vail Village   Map Reference: 20780   Census Tract: 0007.02   Phase: N/A

Project Name: Solaris Residences

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not defined, see comments): ☒ Current (the inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach   (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use:   To provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP

Intended User(s) (by name or type):   Colorado Regional Center Project Solaris, LLLP

Client:   Colorado Regional Center Project Solaris, LLLP   Address   1644 Platte St., Suite 417, Denver, CO 80202

Appraiser   Angelo Loria   Address   PO Box 4175, Avon, CO 81620-4175

## MARKET AREA DESCRIPTION

| Location: ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | Condominium Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|
| Built up: ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit 5 % | ☒ Not Likely |
| Growth rate: ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner | Low | | 2-4 Unit 1 % | ☐ Likely * ☐ In Process * |
| Property values: ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant | 640 Low 2 | | Multi-Unit 54 % | * To: |
| Demand/supply: ☐ Shortage ☐ In Balance ☒ Over Supply | ☒ Vacant (0-5%) | 15,000 High 60 | | Comm'l 40 % | |
| Marketing time: ☐ Under 3 Mos ☐ 3-6 Mos. ☒ Over 6 Mos. | ☐ Vacant (>5%) | 2,000 Pred 30 | | % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends):   The Vail Village area is bound by the Vail Golf Course on the east, Lionshead on the west, Interstate-70 on the north and Vail Ski Resort and slopes on the south. The immediate Vail Village area is built-out with extensive renovations and rebuilding after demolition. The area enjoys good marketability due to its excellent views and proximity to the main Vail base area and the Gold Peak base area. During 2000 to 2001 sales declined causing a stabilization of values. From 2001 to mid 2006 rapid appreciation occurred. Then the subject marketplace slowed and the values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market has stabilized.

Zoning Classification:   Special Development District   Description:   Public Accommodation

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Ground Rent (if applicable) $   N/A   /   Comments.   Not applicable

Highest & Best Use as improved (or as proposed per plans & specifications). ☒ Present use, or ☐ Other use (explain)

## PROJECT SITE DESCRIPTION

Actual Use as of Effective Date:   Residential Condominium   Use as appraised in this report:   Residential Condominium

Summary of Highest & Best Use:   The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was rebuilt and completed in 2010.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Unknown | Street | Asphalt | ☒ | ☐ | Size | Typical/Condo |
| Gas | ☒ | ☐ | Unknown | Curb/Gutter | Concrete | ☒ | ☐ | Topography | Level to sloping |
| Water | ☒ | ☐ | Unknown | Sidewalk | Concrete | ☒ | ☐ | View | Good/Mtn |
| Sanitary Sewer | ☒ | ☐ | Unknown | Street Lights | Electric | ☒ | ☐ | | |
| Storm Sewer | ☒ | ☐ | Unknown | Alley | None | ☐ | ☐ | | |

Other site elements: ☐ Inside Lot ☒ Corner Lot ☐ Cul de Sac ☒ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone   X   FEMA Map # 08037C0469D   FEMA Map Date 12/4/2007

Site Comments:   No adverse site conditions were evident at the time of observation

## PROJECT INFORMATION

Data source(s) for project information   Management/MLS

Project Description ☐ Detached ☐ Row or Townhouse ☐ Garden ☐ Mid-Rise ☒ High-Rise ☐ Other (describe)

| General Description of Project | | Subject Phase # | If Project Completed # | If Project Incomplete # |
|---|---|---|---|---|
| # of Stories 9 | Exterior Walls Frame/Rock | Units 79 | Phases 1 | Planned Phases |
| # of Elevators 9 | Roof Surface Zinc | Units Completed 79 | Units 79 | Planned Units |
| ☒ Existing ☐ Proposed ☐ Und. Cons. | Total # Parking 112 | Units for Sale 21 | Units for Sale 21 | Units for Sale |
| Design (Style) Condo | Ratio (spaces/unit) 1.4:1 | Units Sold 37 | Units Sold 37 | Units Sold |
| Actual Age (Yrs.) 9 | Parking Type(s) Prk Garage | Units Rented | Units Rented Unkn | Units Rented |
| Effective Age (Yrs.) 5 | Guest Parking Avg | Owner Occup. Units Unkn | Owner Occup. Units Unkn | Owner Occup. Units |

Project Primary Occupancy ☐ Principal Residence ☒ Second Home or Recreational ☐ Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No

Management Group: ☐ Homeowners' Association ☐ Developer ☒ Management Agent (name of management agent or company).   Jeff Fruin (970) 790-6406 or jfruin@solarisresidences.com

Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No   If Yes, describe the original use and date of conversion.

Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown   Have the documents been reviewed? ☐ Yes ☒ No   Comments.   These documents were not reviewed for this appraisal

Project Comments (condition, quality of construction, completion status, etc.):   Thirty five percent of the project consists of commercial space. This commercial space consists of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink/putting green, a bank and numerous other retail shops.

Common Elements and Recreational Facilities:   Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE   6/2007

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

CRC 001057

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

**PROJECT ANALYSIS**

Summary of condominium project budget analysis for the current year (if analyzed):   The condominium budget was not reviewed for this appraisal

Other fees for the use of the project facilities (other than regular HOA charges):   The appraiser is unaware of any additional fees for the use of the project facilities.

Compared to other competitive projects of similar quality and design, the subject unit charge appears  ☐ High  ☒ Average  ☐ Low   (If High or Low, describe)

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
☐ Yes  ☒ No   If Yes, describe and explain the effect on value and marketability.   No condominium documents or HOA meeting minutes were reviewed for this appraisal. The appraiser is unaware of any special or unusual characteristics of the project.

Unit Charge: $ 3,247.78   per month X 12 = $ 38,973.36   per year.   Annual assessment charge per year per SF of GLA = $   19.85
Utilities included in the Unit Charge.  ☐ None  ☒ Heat  ☒ Air Conditioning  ☐ Electricity  ☒ Gas  ☐ Water  ☒ Sewer  ☒ Cable  ☐ Other
Source(s) used for physical characteristics of property:  ☐ New Inspection  ☒ Previous Appraisal Files  ☐ MLS  ☐ Assessment and Tax Records  ☒ Prior Inspection
☐ Property Owner  ☐ Other (describe)   Data Source for Gross Living Area   Interior dimensions from prior inspection

**DESCRIPTION OF THE UNIT IMPROVEMENTS**

| General Description | | Exterior Description | | Foundation | ☒ N/A | Basement | ☒ N/A | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| Floor Location | 7th/Mid Level | Foundation | Concrete | Slab | | Area Sq. Ft. | | Type | In-floor radiant |
| # of Levels | 1 | Exterior Walls | Frame/Rock | Crawl Space | | % Finished | | Fuel | NG |
| Design (Style) | Condo | Roof Surface | Zinc | Basement | | Ceiling | | | |
| ☒ Existing  ☐ Proposed | | Gutters & Dwnspts. | Yes | Sump Pump ☐ | | Walls | | Cooling | |
| ☐ Under Construction | | Window Type | Wood-Alum clad | Dampness ☐ | | Floor | | Central | Yes |
| Actual Age (Yrs) | 9 | Storm/Screens | No/Yes | Settlement | | Outside Entry | | Other | |
| Effective Age (Yrs.) | 5 | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic ☒ N/A | | Amenities | | | Car Storage | | ☐ None |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | Wood-Stone-Carpet | Refrigerator | ☒ | Stairs | ☐ | Fireplace(s) # 1 | | Woodstove(s) # 0 | ☒ Garage | # | 1 |
| Walls | Plaster | Range/Oven | ☒ | Drop Stair | ☐ | Patio | None | | ☐ Covered | # | 0 |
| Trim/Finish | Cherry/Stained | Disposal | ☒ | Scuttle | ☐ | Deck | Yes | | ☐ Open | # | 0 |
| Bath Floor | Stone-Ceramic | Dishwasher | ☒ | Doorway | ☐ | Porch | None | | Total # of cars | | 1 |
| Bath Wainscot | Stone-Ceramic | Fan/Hood | ☒ | Floor | ☐ | Fence | None | | ☐ Assigned | | |
| Doors | Solid Cherry Stained | Microwave | ☒ | Heated | ☐ | Pool | None | | ☒ Owned | | |
| | | Washer/Dryer | ☒ | Finished | ☐ | Balcony | None | | Space #(s) Unassigned | | |

Finished area above grade contains:    6 Rooms    2+D Bedrooms    2.1 Bath(s)    1,963 Square Feet of Gross Living Area Above Grade
Are the heating and cooling for the individual units separately metered?  ☐ Yes  ☒ No (If No, describe)   This is typical of many large projects within the Vail marketplace.

Additional features.   See attached addendum.

Describe the condition of the property (including physical, functional and external obsolescence):   No interior inspection was made for this report. An interior inspection was made on March 1, 2017. An extraordinary assumption about the condition of the subject property was made. It is assumed that the current condition is similar to what was observed on March 1, 2017. This extraordinary assumption may have an effect on the opinion of value assigned in this report.

**The subject property is currently listed for sale in the local MLS. It has been listed for 73 days at $3,250,000.**

**TRANSFER HISTORY**

My research  ☐ did  ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s):   Eagle County records.

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing:   No prior sale is evident per Eagle County records. |
|---|---|
| Date: | |
| Price: | |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date | |
| Price: | |
| Source(s): | |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited

**GP CONDO**
Form GPCONDO — "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13
6/2007

CRC 001058

190708/Solaris7EE19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

| SALES COMPARISON APPROACH TO VALUE (if developed) | ☐ The Sales Comparison Approach was not developed for this appraisal. | | | | | |
|---|---|---|---|---|---|---|
| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 |
| Address | 141 E Meadow Dr # 7E East | 141 E Meadow Dr # 6E West | | 675 Lionshead Pl # 330 | | 728 W Lionshead Cir # R308 |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 |
| Project | Solaris Residences | Solans Residences | | Arrabelle at Vail Square | | Ritz Carlton Residences |
| Phase | N/A | N/A | | N/A | | N/A |
| Proximity to Subject | | 0 04 miles W | | 0.73 miles W | | 0.95 miles W |
| Sale Price | $ | | $ 2,780,000 | | $ 3,400,000 | $ 2,560,000 |
| Sale Price/GLA | $ /sq. ft. | $ 1,597.70 /sq ft. | | $ 1,606.81 /sq ft. | | $ 1,679.79 /sq ft. |
| Data Source(s) | Inspection | VBRMLS#934477,DOM 27 | | VBRMLS#931500;DOM 11 | | VBRMLS#934199;DOM 53 |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Conventional | | Cash | | Cash | |
| Concessions | | Furnished | -25,000 | Furnished | -25,000 | Furnished | -25,000 |
| Date of Sale/Time | | 04/30/2019 | | 03/30/2018 | | 04/23/2019 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Vail Village | | Lionshead | | Lionshead | |
| HOA Fees ($/Month) | 3,247.78 | 2,850.00 | | 2,545 00 | | 2,570.00 | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | Pool, Spa, Lobby | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | Athletic facilities | |
| Floor Location | 7th/Mid Level | 6th/Mid Level | 0 | 3rd/Mid Level | 0 | 5th/Mid Level | 0 |
| View | Good/Mtn | Good/Mtn | | Good/Mtr/Nr Slope | -250,000 | Gd/Mtn/Lionshead | +200,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | VrGd-Excellent | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | 11 yrs, 6 eff | +42,500 | 9 yrs, 5 eff | |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6 2+D 2.1 | 5 2 2.1 | 0 | 5 2 3.0 | -17,500 | 5 2 3.0 | -17,500 |
| Gross Living Area | 1,963 sq.ft. | 1,740 sq.ft. | +223,000 | 2,116 sq.ft. | -153,000 | 1,524 sq.ft. | +439,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ − $ | 198,000 | ☐ + ☒ − $ | -403,000 | ☒ + ☐ − $ | 596,500 |
| Adjusted Sale Price | | Net 7.1 % | | Net 11.9 % | | Net 23.3 % | |
| of Comparables | | Gross 8.9 % $ 2,978,000 | | Gross 14.4 % $ 2,997,000 | | Gross 26.6 % $ 3,156,500 | |
| Summary of Sales Comparison Approach | All comparable data is obtained from Eagle County Clerk and Assessor, the local Multiple Listing service | | | | | | |
| | and/or involved parties. See attached addendum for comments on the sales comparison approach | | | | | | |

*(left margin, vertical text)* SALES COMPARISON APPROACH

Indicated Value by Sales Comparison Approach $ 2,995,000

**GP CONDO**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

Form GPCONDO — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

6/2007

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

CRC 001059

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

**INCOME APPROACH TO VALUE (if developed)** ☒ The Income Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 141 E Meadow Dr # 7E East Vail, CO 81657 | | | |
| Project | Solaris Residences | | | |
| Phase | N/A | | | |
| Proximity to Subject | | | | |
| Current Monthly Rent | $ | $ | $ | $ |
| Rent/GLA | $ /sq.ft | $ /sq.ft. | $ /sq.ft. | $ /sq.ft. |
| Rent Control | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Data Source(s) | | | | |
| Date of Lease(s) | | | | |
| Location | Vail Village | | | |
| View | | | | |
| Age | 9 yrs, 5 eff | | | |
| Condition | Very Good | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | Total Bdrms Baths | Total Bdrms Baths |
| Room Count | 6  2+D  2 1 | | | |
| Gross Living Area | 1,963 sq.ft. | sq.ft. | sq.ft. | sq.ft. |
| Utilities Included | | | | |

Summary of Income Approach (including support for market rent and GRM):

Opinion of Monthly Market Rent $ N/A  X Gross Rent Multiplier  0.00  = $  Indicated Value by Income Approach

**COST APPROACH TO VALUE (if developed)** ☒ The Cost Approach was not developed for this appraisal.

Summary of Cost Approach.

Indicated Value by: Sales Comparison Approach $ 2,995,000  Cost Approach (if developed) $  Income Approach (if developed) $

Final Reconciliation  The Sales Comparison Approach is typically the most reliable indicator in the valuation of individual condominium units. The Cost and Income Approach are not considered reliable

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 2,995,000  as of:  06/19/2019  , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains  27  pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits
☒ Scope of Work  ☒ Limiting Cond./Certifications  ☒ Narrative Addendum  ☒ Photograph Addenda  ☒ Sketch Addendum
☒ Map Addenda  ☒ Additional Sales  ☐ Additional Rentals  ☐ Flood Addendum  ☐ Hypothetical Conditions
☒ Extraordinary Assumptions  ☐ Budget Analysis  ☐  ☐  ☐

Client Contact:  Rob Glucksman  Client Name.  Colorado Regional Center Project Solans, LLLP
E-Mail:  rglucksman@coloradoregionalcenter.com  Address:  1644 Platte St., Suite 417, Denver, CO 80202

**APPRAISER**

Appraiser Name  Angelo Lena
Company:  Angelo's Appraisal Inc
Phone: (970) 845-5056  Fax: (970) 845-9472
E-Mail: Angelosappraisal@comcast.net
Date of Report (Signature)  08/02/2019
License or Certification #.  CR1318912  State: CO
Designation:  Certified Residential Appraiser
Expiration Date of License or Certification:  12/31/2019
Inspection of Subject: ☐ Interior & Exterior ☒ Exterior Only ☐ None
Date of Inspection.  06/19/2019

**SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)**

Supervisory or Co-Appraiser Name:
Company:
Phone:  Fax:
E-Mail:
Date of Report (Signature):
License or Certification #:  State:
Designation:
Expiration Date of License or Certification.
Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None
Date of Inspection:

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP CONDO**

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE  6/2007
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001060

**ADDITIONAL COMPARABLE SALES**

File No.:

190708/Solaris7EE19

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr # 7E East | 141 E Meadow Dr # 1A South | | 610 W Lionshead Cir # 517 | | 701 W Lionshead Cir # E506 | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | |
| Project | Solaris Residences | Solaris Residences | | Landmark Vail | | The Lion | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0.05 miles W | | 0.78 miles W | | 0.84 miles W | |
| Sale Price | $ | $ | 4,550,000 | $ | 2,225,000 | $ | 2,000,000 |
| Sale Price/GLA | $          /sq ft | $  1,770.43 /sq.ft. | | $  1,397.61 /sq.ft. | | $  1,291.16 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#V322313;DOM 2168 | | VBRMLS#V314309;DOM 3643 | | VBRMLS#934506;DOM 68 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Cash | | Cash | | Cash | |
| Concessions | | Furnished | -25,000 | None | 0 | HOA,Credit/Furn | -35,788 |
| Date of Sale/Time | | 06/13/2019 | | 01/24/2018 | | 06/12/2019 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Vail Village | | Lionshead | | Lionshead | |
| HOA Fees ($/Month) | 3,247.78 | 4,209.00 | | 1,163.00 | | 1,798.00 | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | Pool, Spa, Lobby | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | Athletic facilities | |
| Floor Location | 7th/Mid Level | 1st/Lower Level | 0 | 5th/Top Level | -35,000 | 5th/Mid Level | 0 |
| View | Good/Mtn | Good/Mtn/West | -650,000 | Gd/Ski/Lionshead | +500,000 | Gd/Hwy/Lionshead | +575,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | Very Good | +155,000 |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | 9 yrs, 2 eff | -96,000 | 3 yrs, 1 eff | -124,500 |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | | Total | Bdrms | Baths | | Total | Bdrms | Baths | |
| Room Count | 6 | 2+D | 2.1 | 6 | 3 | 3.1 | -35,000 | 5 | 2 | 3.0 | -17,500 | 5 | 2 | 3.0 | -17,500 |
| Gross Living Area | 1,963 sq.ft. | 2,570 sq ft | -607,000 | 1,592 sq.ft. | +371,000 | 1,549 sq ft | +414,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ − | $ -1,317,000 | ☒ + ☐ − | $ 722,500 | ☒ + ☐ − | $ 966,212 |
| Adjusted Sale Price | | Net 28.9 % | | Net 32.5 % | | Net 48.3 % | |
| of Comparables | | Gross 28.9 % $ 3,233,000 | | Gross 45.8 % $ 2,947,500 | | Gross 66.1 % $ 2,966,212 | |

Summary of Sales Comparison Approach

*(left margin, vertical text)* SALES COMPARISON APPROACH

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

GP CONDO

6/2007

CRC 001061

# ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | | COMPARABLE SALE # 8 | | COMPARABLE SALE # 9 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr # 7E East | 141 E Meadow Dr # 7E West | | | | | |
| | Vail, CO 81657 | Vail, CO 81657 | | | | | |
| Project | Solans Residences | Solaris Residences | | | | | |
| Phase | N/A | N/A | | | | | |
| Proximity to Subject | | 0.04 miles W | | | | | |
| Sale Price | $ | | $ 3,750,000 | | $ | | $ |
| Sale Price/GLA | $ /sq.ft. | $ 1,653.44 /sq.ft. | | $ /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#934804, DOM 73 | | | | | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Listing | | | | | |
| Concessions | | Furnished | -25,000 | | | | |
| Date of Sale/Time | | Active | -75,000 | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | Vail Village | Vail Village | | | | | |
| HOA Fees ($/Month) | 3,247.78 | 3,768.33 | | | | | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | | | | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | | | | |
| Floor Location | 7th/Mid Level | 7th/Mid Level | 0 | | | | |
| View | Good/Mtn | Good/Mtn | | | | | |
| Design (Style) | Condo | Condo | | | | | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | | | | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | | | | |
| Condition | Very Good | Very Good | | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6 2+D 2.1 | 7 3+D 3.1 | -35,000 | | | | |
| Gross Living Area | 1,963 sq.ft. | 2,268 sq ft | -305,000 | sq ft | | sq.ft. | |
| Basement & Finished | None | None | | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Parking | 1 prking garage | 1 prking garage | | | | | |
| Porch/Patio/Deck | Deck | Deck | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ − | $ -440,000 | ☐ + ☐ − | $ | ☐ + ☐ − | $ |
| Adjusted Sale Price | | Net 11.7 % | | Net % | | Net % | |
| of Comparables | | Gross 11.7 % | $ 3,310,000 | Gross % | $ | Gross % | $ |

Summary of Sales Comparison Approach

GP CONDO

CRC 001062

## Supplemental Addendum

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |

File No. ____

**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472



## ADDENDUM TO THE APPRAISAL OF:
141 E Meadow Drive, #7E East
Residences at Solaris-Vail, Unit 7E East
Vail, Colorado 81657
Eagle County, Colorado

### Purpose of the Appraisal
The purpose of this appraisal is to provide an opinion of the market value of the subject property, in an "as is" condition and a fee simple estate.

### Client and Intended Users:
This appraisal report is intended for the use by Colorado Regional Center Project Solaris, LLLP.  No other use of this appraisal is permitted.

### Intended Use:
The appraisal report is to provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP.

### Scope of Work
**Extent of the Appraisal Process**
The appraisal of the subject property includes a physical observation of the exterior of the subject property along with data on file with the Eagle County Assessor's office as of the date of this appraisal.  An examination of market factors, recent transactions, a locational analysis of the home site and neighborhood, an economic analysis of the market and other pertinent data that may have an influence on the property were reviewed.  Sales and related information utilized in this report are gathered from the local multiple listing service and public records.  They are confirmed whenever possible with the involved parties, are the best available and the most recent sales which represent various aspects of the subject's market appeal.  When conflicting information was provided the source deemed most reliable was used. All of this information is compiled and analyzed before a final opinion of value is determined.

The appraisal is in compliance with the guidelines set forth by:
Federal Financial Institutions Reform Recovery and Enforcement Act of 1989 (FIRREA)
Uniform Standards of Professional Appraisal Practices (USPAP)

**Type of Appraisal and type of Appraisal Report:**
This appraisal is an "Appraisal Report" that is presented on the General Purpose Condo form.

**Property Observation**
The appraiser completed an exterior observation of the subject property.  This observation is not the same as a home inspection and did not include a viewing of the crawl space and attic area of the home (if applicable).  It is based on the observations of an appraiser who visited the property and does not include a physical analysis of the major components of the home.  The appraiser is not a mechanical engineer, electrical engineer, environmental engineer or structural engineer.  Therefore, no warranty of the components which include, but are not limited to, the electrical, plumbing, heating, structural, and roofing are made or implied.  All the above mentioned systems are presumed to be in working condition with the opinion of value herein subject to that assumption.  Furthermore, no analysis of environmental conditions, including but not limited to, moisture, mold and radon gas has been made or implied.  It is assumed no adverse environmental conditions exist with the opinion of value herein subject to that assumption.

## Supplemental Addendum

| Borrower | Not Applicable | | | | | File No. | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County Eagle | | State CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |

**Gramm-Leach-Bliley Act of 1999**
In compliance with the Gramm-Leach Bliley Act, the appraiser does not disclose any non-public personal information that is not specifically permitted by law.

**Competency**
The appraiser has the competency and appropriate knowledge, training, and experience to complete this assignment.

**Extraordinary Assumptions or Hypothetical Conditions:**
No hypothetical condition was utilized in the report. An extraordinary assumption was made in this report. No interior inspection was made for this report. An interior inspection was made on March 1, 2017. An extraordinary assumption about the condition of the subject property was made. It is assumed that the current condition is similar to what was observed on March 1, 2017. This extraordinary assumption may have an effect on the opinion of value assigned in this report. The interior photos of the subject property in the report were from the March 1, 2017 inspection.

**Prohibited Influences**
The appraisal assignment was not based upon a requested minimum valuation, specific valuation, or approval of a loan. Employment and compensation are not contingent upon the reporting of a predetermined value, a direction of the value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event.

**Definition of Market Value**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1) Buyer and seller are typically motivated;
2) Both parties are well informed or well advised, and each acting in what they consider their own best interests;
3) A reasonable time is allowed for exposure in the open market;
4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto;
5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
(Per Uniform Standards of Professional Appraisal Practice 2018-2019 USPAP Pg 153).

## Area and Neighborhood Comments
The subject property is located in the Vail Village portion of the town of Vail. Vail is located about 100 miles west of Denver along Interstate 70, in a narrow mountain valley situated against the west side of the Gore mountain range.

The first development corresponded with the opening of the Vail ski area in 1962. This is when completion of the first lifts and support facilities were built on what were previously ranch lands. Development in the region has steadily expanded over the years to the east and west. This has created an area of development thirty miles long that contains three ski areas, numerous golf courses, and extensive commercial and residential development. These factors have transformed the area into a four season resort, which has allowed for national and international appeal.

Vail Village is modeled after European villages with a large pedestrian core that contains extensive dining, entertainment and shopping facilities. Uses within the village consist predominately of resort commercial and condominiums, most dating to the 60's and 70's. Since the area is built-out many properties are undergoing extensive renovations with demolition and rebuilding occurring in some instances. Vail Village properties typically exhibited high values and good marketability to second and third home recreational buyers attracted to Vail's renowned recreation amenities. Appeal is enhanced by good views of the Gore Mountain Range and Gore Creek which runs through the village.

## Supplemental Addendum

| Borrower | Not Applicable | | | File No. | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | |

Also present at the eastern edge of the Vail Village area is the Gold Peak base area. This base area which recently underwent an extensive renovation consists of two chair lifts and two commercial buildings. These buildings house lift ticket offices, ski school facilities, ski rental shops, restaurants, parking facilities and a base lodge.

### Market Trends/Conditions
During 2000 to 2001 sales declined and inventory increased causing a stabilization of values. From 2001 to mid-2006 rapid appreciation occurred. Then in 2008 values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market has stabilized.

### Subject Project Comments
**Location:** The project site is located south of the South Frontage Road on East Meadow Drive at its intersection with Willow Bridge Road. This location is within the central core of Vail Village enhancing its overall appeal. It should be noted that the subject project represents the upper end of quality within the central village. This project is considered a "Condotel" as it has many of the amenities of a luxury hotel including the ability to have nightly rentals through the front desk.

**Year of construction:** Construction of the subject project began in 2007 with completion in 2010. This was after the demolition of the Crossroads Mall which previously occupied the site.

**Association Fees:** Currently the association fees for the subject unit are $3,247.78 per month. It should be noted that presently there are no special assessments.

**Project Size/Configuration:** The project consists of 79 residential condominium units within approximately 202,000 square feet. There also is 70,000 square feet of commercial space that is comprised of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink, a bank and numerous other retail shops. Also present are 307 parking spaces within an underground parking garage.

**Project amenities:** Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**Parking facilities:** There are a total of 307 parking spaces in the project's garage of which 112 are designated for the residential condominium units.

**Views:** The subject project has average to excellent views of the surrounding mountains and the ski slopes depending on the location within the project. Units on the north side of the building do not have ski slope views while southern facing units have good to excellent ski slope and mountain views.

**Surrounding uses:** Neighboring properties consist of a mix of improved multi-family, hotel and commercial projects.

**Topography:** Level to sloping

**Adverse conditions/easements:** No unusual or adverse conditions or easements were visually apparent or known by the appraiser.

**Vegetation:** The landscaping consists of grass, trees, shrubs and flowers.

### Subject Unit
**Structure/condition:** The subject property is a residential condominium dwelling that contains two bedrooms plus a den and two and one half baths within 1,963 square feet of living space on one level. Also present is an undetermined amount of decking and a parking space in the project's parking garage. The dwelling's floor plan exhibits good traffic flow and space utilization. Condition was observed to be very good due to attentive care along with short term rental use. No functional or external losses were noted. No interior inspection was made for this report. An interior inspection was made on March 1, 2017. An extraordinary assumption about the condition of the subject property was made. It is assumed that the current condition is similar to what was observed on March 1, 2017. This extraordinary

CRC 001065

## Supplemental Addendum

| Borrower | Not Applicable | | | | | | File No. | |
|---|---|---|---|---|---|---|---|---|
| Property Address: | 141 E Meadow Dr | | | | | | | |
| City | Vail | | County | Eagle | | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | | |

assumption may have an effect on the opinion of value assigned in this report. The subject property is currently listed for sale in the local MLS. It has been listed for 73 days at $3,250,000.

**Quality of construction:** Quality of construction was rated as very good to excellent with a very high level of materials and workmanship being noted.

**Views:** The subject unit has good mountain views from its position on the northern aspect of the building. It lacks ski slope views and has both sonic and visual impacts from the nearby interstate.

## Ownership and Sales History
**Present owner per public records:** Solaris Property Owner I LLC.

**Acquisition date:** None per Eagle County records.

**Recent activity:** No sale of the subject is evident per Eagle County records.

## Highest and Best Use
Highest and best use may be defined as:

*"The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value."*

The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was rebuilt and completed in 2010.

## Approaches to Value
There are three approaches to arriving at an opinion of value in the appraisal process. These are the Cost Approach, the Sales Comparison Approach and the Income Capitalization Approach. They are described as follows:

The *Cost Approach* is based on the presumption that the value of a property is indicated by the current cost of the vacant building site plus the cost to construct a similar property, less depreciation. These forms of depreciation consist of physical deterioration, functional obsolescence and external obsolescence.

The *Sales Comparison* approach is the process of comparing the subject property to sales of similar competing properties. Adjustments are made for differences in size, location and other market recognized differences.

The *Income Capitalization* approach is based on the measurement of the present value of future benefits. This is arrived at through a process of capitalizing economic or contract rent into an indication of value using market derived rents and market derived capitalization rates.

The appraiser has made a reasonable effort to employ each of the three approaches to value. In this valuation the Sales Comparison Approach was primarily relied upon in forming the final opinion of value. Although the resort nature of the subject marketplace has many examples of units utilized for long and short term rental purposes, the income often does not offset the cost of ownership. Therefore, the income associated with rental use has little bearing on prices paid for properties in the subject marketplace. Rental income is often secondary or inconsequential among purchaser's criteria with data for market rents and multipliers being diverse and inconsistent. As a result, while considered, the Income Approach was not utilized in this report. The cost approach has no meaningful basis for application in the valuation of individual multi-family interests in the local marketplace, and is omitted from discussion.

## Sales Comparison Approach
The comparables cited are the best available and the most recent sales along with a listing of similar properties which represent various aspects of the subject's market appeal. Due to the lack of similar

## Supplemental Addendum

| Borrower | Not Applicable | | | | File No | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | |

product within Vail Village it was necessary to go to the competing Lionshead portion of town for similar comparables.

**Comparable 1** is a very recent sale of a smaller unit from the subject project. This unit has similar views from its location on the northern aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. An additional adjustment was required for furnishings that were included in the sale. This sale provides excellent overall similarity to the subject. It is the second most recent project sale.

**Comparable 2** is a dated sale of a larger unit from the competing Arrabelle at Vail Square project. The unit has a more marketable location at the base of the Lionshead gondola and chair lift. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 6 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale provides good overall similarity to the subject.

**Comparable 3** is a very recent sale of a smaller unit with a less marketable location within the competing Ritz Carlton project. The unit has similar northern views but is within the less marketable Lionshead portion of Vail. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is divergent in terms of gross living area but provides good similarity to the subject in all other aspects.

**Comparable 4** is a very recent sale of a larger unit with more marketable views from the subject project. The unit has western views along with less interstate impacts from its location on the western aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is divergent in terms of view and gross living area but is the most recent project sale.

**Comparable 5** is a dated sale of a smaller unit from the competing Landmark Vail project. The unit has more marketable ski slope views but is within the less marketable Lionshead portion of town. It has a more marketable top level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 2 years. Although the unit was 9 years old it reportedly had never been lived in. This sale is divergent in terms of view and gross living area but provides good similarity to the subject in all other aspects.

**Comparable 6** is a very recent sale of a smaller unit from the competing Lion project. The unit has similar views but is in the less marketable Lionshead portion of Vail. Quality of construction was rated as very good which was adjusted at a rate of $100 per square foot. Condition was reported to be very good with and effective age of 1 year due to some short term rental use. Additional adjustments were required for bath count, furnishings that were included in the sale and a $10,788 HOA credit the seller gave the buyer at closing. This sale is divergent in terms of view and gross living area but provides good similarity in all other aspects.

**Comparable 7** is a listing of a larger unit from the subject project. This unit has similar views from its location on the northern aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count, furnishings that are to be included in the sale and a list to sales price adjustment. The list to sales price ratio adjustment utilized in the report is based on the median sale price as a percent of list price from the analysis that was completed to determine the current market conditions.

**Due to the lack of recent sales of similar properties from within the Vail Village portion of town it was necessary to utilize sales from the competing Lionshead portion of town.**

## Supplemental Addendum                                        File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |

## Comments on Adjustments to Sales

Please note the following criteria utilized for the adjustments in the sales comparison approach:

**Market Conditions adjustment:** All condominium sales that sold for more than $2,000,000 within the Vail Village and Lionshead markets were analyzed. The current twelve month period indicates a median sales price of $3,412,500 based on 38 sales ranging from $2,000,000 to $10,500,000. The prior twelve month period indicates a median sales price of $3,400,000 based on 45 sales ranging from $2,075,000 to $14,000,000. This indicates a slight increase of 0.35% over the twelve month period or a relatively stable market. Therefore no market condition adjustments were made in this report.

**View and floor location adjustments:** Derived from sales of properties with varying appeal and locational characteristics, based on matched pair analysis.

**Quality adjustments:** Based on estimated cost differences, together with cost to cure approximations, when appropriate. Secondary support is provided via conversations with involved parties regarding the effect of differing quality on purchase prices.

**Age and condition characteristics:** These are combined into one adjustment with consideration given to each property's actual and effective ages. Typical condition adjustments for properties in average condition are estimated at about 1.5% per year, reflecting a total estimated life of about 65 years in a straight line age/life analysis. Properties differing in their effective ages are assigned greater or lesser amounts of adjustment based on their relative condition, together with consideration of cost-to-cure estimation, if appropriate. Therefore, an estimated per square foot cost to build is multiplied by the square footage of the comparable to arrive at an estimated cost to build. This figure is then multiplied by the difference in the effective age (difference between the subject's effective age and the comparables effective age) then multiplied by the aforementioned 1.5% to arrive at the age/condition adjustment.

**Room count:** $35,000 per bathroom, based on matched pair analysis. No bedroom count adjustments were evident in the available market data.

**Gross living area:** Differences in gross living area are adjusted at about $1,000 per square foot in this report, which is indicative of the sensitivity to size that this marketplace is presently tending to exhibit.

**Homeowners Association Fees:** HOA fees are often based on the size of the unit along with the level and quality of the project's amenities. Sometimes these fees include heat for not only the common area but each individual unit. As a result these fees can vary between units within the same project along with units from competing projects, making an adjustment for these items very difficult to extract from the available data. The more amenities and/or the higher quality of amenities results in higher fees. An analysis of the market data did not readily display an adjustment for the difference between HOA fees of each comparable, therefore no adjustments were made.

**The appraiser recognizes that some of these comparables have larger than typical individual, net and/or gross adjustments. It should be pointed out that variations like this are a common occurrence in this marketplace. Differences in gross living area, quality, conditions, location, etc. often vary substantially from property to property while at the same time maintaining a level of common appeal. Even with these adjustments the sales cited are considered to be similar in appeal, adequately reliable, the best available indicators of subject value.**

## Estimate of Reasonable Exposure Time

A reasonable Exposure Time may be defined as "the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal" Implicit in this definition are the following characteristics:

The property will be actively exposed and aggressively marketed to potential purchasers. This marketing is to be directed through marketing channels commonly used by buyers and sellers of similar type properties.

**Supplemental Addendum**                                                      File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

The property will be offered at a price reflecting the most probable markup over market value used by sellers of similar type properties.

A sale will consummate under terms and conditions of the definition of market value.

An examination of recent sales activity within the subject marketplace reflects a wide range of typical exposure times. Purchase mortgage funds are readily available for properties within the subject area, and a significant number of sales close under all cash terms. An exposure time estimate for the subject property of twelve to twenty four months is considered realistic in the present market.

## Final Value Indication

The comparables cited are the best available and the most recent sales along with a listing of similar properties. The adjusted data provides adequate similarity to the subject property and a range of indications from $2,947,500 to $3,310,000. Comparable one is the most similar to the subject property. Comparables four and six are the most recent sales. Therefore, with support from the other comparables, a value of $2,995,000 is selected and considered reasonable and supportable in the current marketplace. No interior inspection was made for this report. An extraordinary assumption about the condition of the subject property was made. It is assumed that the current condition is similar to what was observed on March 1, 2017. This extraordinary assumption may have an effect on the opinion of value assigned in this report.

## Furnishings and other Personal Property

The subject property is appraised unfurnished with no contribution given to any furnishings, personal property, or intangible items that are not real property. Fixtures, such as built-in appliances, window coverings, wall and floor coverings, electrical fixtures and plumbing fixtures are typically considered as real property in the valuation of residential property, and are included in the value assigned herein.

## Subject Photo Page

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | | |



**Subject Front**

141 E Meadow Dr # 7E East
Sales Price
Gross Living Area    1,963
Total Rooms    6
Total Bedrooms    2+D
Total Bathrooms    2 1
Location    Vail Village
View    Good/Mtn
Site    Typical/Condo
Quality    VrGd-Excellent
Age    9 yrs, 5 eff



**Subject Rear**



**Subject Street**



Form PIC3x5 SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001070

Page # 16 of 27

## Photograph Addendum

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County Eagle | | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | | |



**Main Living Area**



**Dining**



**Kitchen**



**Bedroom**



**Bedroom**



**Den**



**Bath**



**Bath**



**Bath**



**View**



**View**

Form PIC15 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001071

# Comparable Photo Page

| | |
|---|---|
| Borrower | Not Applicable |
| Property Address | 141 E Meadow Dr |
| City | Vail |
| County | Eagle |
| State | CO |
| Zip Code | 81657 |
| Lender/Client | |



### Comparable 1

141 E Meadow Dr # 6E West

| | |
|---|---|
| Prox. to Subject | 0.04 miles W |
| Sale Price | 2,780,000 |
| Gross Living Area | 1,740 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 2

675 Lionshead Pl # 330

| | |
|---|---|
| Prox. to Subject | 0.73 miles W |
| Sale Price | 3,400,000 |
| Gross Living Area | |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Good/Mtn/Nr Slope |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 11 yrs, 6 eff |



### Comparable 3

728 W Lionshead Cir # R308

| | |
|---|---|
| Prox. to Subject | 0.95 miles W |
| Sale Price | 2,560,000 |
| Gross Living Area | |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Mtn/Lionshead |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001072

# Comparable Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Not Applicable | | | | | | |
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |

## Comparable 4

141 E Meadow Dr # 1A South

| | |
|---|---|
| Prox to Subject | 0.05 miles W |
| Sale Price | 4,550,000 |
| Gross Living Area | |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.1 |
| Location | Vail Village |
| View | Good/Mtn/West |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |

## Comparable 5

610 W Lionshead Cir # 517

| | |
|---|---|
| Prox. to Subject | 0.78 miles W |
| Sale Price | 2,225,000 |
| Gross Living Area | |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Ski/Lionshead |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 2 eff |

## Comparable 6

701 W Lionshead Cir # E506

| | |
|---|---|
| Prox. to Subject | 0.84 miles W |
| Sale Price | 2,000,000 |
| Gross Living Area | |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Hwy/Lionshead |
| Site | Typical/Condo |
| Quality | Very Good |
| Age | 3 yrs, 1 eff |

**Comparable Photo Page**

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



### Comparable 7

| | |
|---|---|
| 141 E Meadow Dr # 7E West | |
| Prox. to Subject | 0.04 miles W |
| Sale Price | 3,750,000 |
| Gross Living Area | |
| Total Rooms | 7 |
| Total Bedrooms | 3+D |
| Total Bathrooms | 3.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |

### Comparable 8

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

### Comparable 9

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

Form PICPIX CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001074

## Comparable Photo Page

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | | |

### Comparable 10

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

### Comparable 11

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

### Comparable 12

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

Form PICPIX.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001075

## Building Sketch (Page – 1)

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Not Applicable | | | | |
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



Deck

0.7'
0.8'
20'
0.8'
0.8'

1.6'
1.6'

Deck

13'
13'

0.7'
0.8'

1.6'
1.6'

Main living area

0.8'
0.52'

5.6'

Bedroom
Bedroom

2.9'

**First Floor**
**[1963.04 Sq ft]**

Dining

36'
41.3'

Bath
Bath

Kitchen

Entry

Half
Bath

6'
16'
6.5'

Den

5'
0.8'
5'
14'

TOTAL Sketch by a la mode, inc

Form SKT.BLDSKI – "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001076

## Building Sketch (Page – 2)

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

TOTAL Sketch by a la mode, inc

### Area Calculations Summary

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1963.04 Sq ft | 20 × 0.8 | = 16 |
| | | 0.5 × 1.13 × 0.57 | = 0.32 |
| | | 0.5 × 0.99 × 0.5 | = 0.25 |
| | | 0.5 × 8.63 × 8.63 | = 37.21 |
| | | 0.5 × 8.63 × 8.63 | = 37.21 |
| | | 25.32 × 8.63 | = 218.44 |
| | | 0.5 × 0.07 × 0.07 | = 0 |
| | | 0.5 × 0.07 × 0.07 | = 0 |
| | | 42.5 × 0.07 | = 3 |
| | | 0.5 × 0.5 × 0.5 | = 0.12 |
| | | 0.5 × 0.5 × 0.5 | = 0.12 |
| | | 41.58 × 0.5 | = 20.58 |
| | | 0.5 × 41.58 × 0 | = 0 |
| | | 41.58 × 1.6 | = 66.53 |
| | | 42.9 × 5.6 | = 240.24 |
| | | 40 × 29.2 | = 1168 |
| | | 10 × 6 | = 60 |
| | | 5 × 0.8 | = 4 |
| | | 14 × 6.5 | = 91 |

**Total Living Area (Rounded):**          **1963 Sq ft**

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001077

## Location Map

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |



Form MAP.LOC — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001078

190708/Solaris7EE19

## Assumptions, Limiting Conditions & Scope of Work

File No.:

| Property Address: | 141 E Meadow Dr | | City: Vail | State: CO | Zip Code: 81657 |
|---|---|---|---|---|---|
| Client: | Colorado Regional Center Project Solaris, LLLP | Address | 1644 Platte St , Suite 417, Denver, CO 80202 | | |
| Appraiser: | Angelo Lona | Address: | PO Box 4175, Avon, CO 81620-4175 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis

of it being under responsible ownership.
- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch
is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.
- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other
data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.
- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.
- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best
use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction
with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance
value, and should not be used as such.
- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence
of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the
normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous

wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of
the property.
- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items

that were furnished by other parties.
- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.
- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.
- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the

client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements
applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.
- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.
- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence
of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors
are encouraged to engage the appropriate type of expert to investigate.


**The Scope of Work** is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by
the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.


Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited
Form GPRES2AD – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE                3/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001079

## Certifications

File No.:

| Property Address: 141 E Meadow Dr | | City: Vail | | State: CO | Zip Code: 81657 |
|---|---|---|---|---|---|
| Client: Colorado Regional Center Project Solans, LLLP | Address: 1644 Platte St , Suite 417, Denver, CO 80202 | | | | |
| Appraiser: Angelo Loria | Address: PO Box 4175, Avon, CO 81620-4175 | | | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

**DEFINITION OF MARKET VALUE \*:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: Rob Glucksman | Client Name Colorado Regional Center Project Solans, LLLP | |
|---|---|---|
| E-Mail: rglucksman@coloradoregionalcenter com | Address: 1644 Platte St., Suite 417, Denver, CO 80202 | |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Angelo Loria | Supervisory or Co-Appraiser Name: |
| Company: Angelos Appraisal Inc | Company: |
| Phone: (970) 845-5056   Fax: (970) 845-9472 | Phone:     Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date Report Signed: 08/02/2019 | Date Report Signed: |
| License or Certification #: CR1318912   State: CO | License or Certification #:     State: |
| Designation: Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 12/31/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☐ Interior & Exterior ☒ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection 06/19/2019 | Date of Inspection: |

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                    3/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001080

# USPAP ADDENDUM

190708/Solaris7EE19

File No

| Borrower | Not Applicable |
|---|---|
| Property Address | 141 E Meadow Dr |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender | | | | | | | |

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report       This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report   This report was prepared in accordance with USPAP Standards Rule 2-2(b).

## Reasonable Exposure Time

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:    12 to 24 months

## Additional Certifications

I certify that, to the best of my knowledge and belief:

☐ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☒ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).
- Prior appraisals of this unit were completed by the appraiser on 6/27/16, 3/1/17, 10/3/17, 4/4/18 and 11/06/18.

## Additional Comments

No undue influence was placed on the appraiser during the development of this report.
No interior inspection was made for this report. An interior inspection was made on March 1, 2017. An extraordinary assumption about the condition of the subject property was made. It is assumed that the current condition is similar to what was observed on March 1, 2017. This extraordinary assumption may have an effect on the opinion of value assigned in this report.
The interior photos provided in the report are from the March 1, 2017 inspection.

| APPRAISER: | SUPERVISORY APPRAISER: (only if required) |
|---|---|
| Signature: | Signature: |
| Name: Angelo Loria | Name: |
| Date Signed: 08/02/2019 | Date Signed: |
| State Certification #: CR1318912 | State Certification #: |
| or State License #: | or State License #: |
| State: CO | State: |
| Expiration Date of Certification or License: 12/31/2019 | Expiration Date of Certification or License: |
| Effective Date of Appraisal: 06/19/2019 | Supervisory Appraiser Inspection of Subject Property: |
| | ☐ Did Not   ☐ Exterior-only from Street   ☐ Interior and Exterior |

Form ID14AP - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001081

**Appraisers License**



CRC 001082



**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472

Re  Property:    141 E Meadow Dr
                 Vail, CO 81657
    Borrower:    Not Applicable
    File No.:    190710/Solaris7EW19

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Angelo Luria

Angelo's Appraisal Inc. (970) 845-5056

190710/Solaris7EW19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

| | | | |
|---|---|---|---|
| Property Address: 141 E Meadow Dr | | Unit #: 7E West | City: Vail | State: CO |

**SUBJECT**

Zip Code: 81657   County: Eagle   Legal Description: Residences at Solaris-Vail Unit 7E West

Assessor's Parcel #: 2101-082-94-074

Tax Year 2018   R.E. Taxes: $ 32,110.56   Special Assessments: $ 0   Borrower (if applicable): Not Applicable

Current Owner of Record: Solaris Property Owner I LLC   Occupant: ☐ Owner ☒ Tenant (Market Rent) ☐ Tenant (Regulated Rent) ☐ Vacant

Project Type: ☒ Condominium ☐ Other (describe)   HOA: $ 3,711.75 ☐ per year ☒ per month

Market Area Name: Vail Village   Map Reference: 20780   Census Tract: 0007.02

Project Name: Solaris Residences   Phase N/A

**ASSIGNMENT**

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: To provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP

Intended User(s) (by name or type) Colorado Regional Center Project Solaris, LLLP

Client: Colorado Regional Center Project Solars, LLLP   Address: 1644 Platte St , Suite 417, Denver, CO 80202

Appraiser: Angelo Loria   Address: PO Box 4175, Avon, CO 81620-4175

**MARKET AREA DESCRIPTION**

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | Condominium Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit 5% | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner | | | 2-4 Unit 1% | ☐ Likely * ☐ In Process * |
| Property values | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant | High | | Multi-Unit 54% | * To: |
| Demand/supply | ☐ Shortage ☒ In Balance ☒ Over Supply | ☒ Vacant (0-5%) | 15,000 | Low 640 High 60 | Comm'l 40% | |
| Marketing time | ☐ Under 3 Mos ☒ 3-6 Mos. ☒ Over 6 Mos. | ☐ Vacant (>5%) | 2,000 | Pred 30 | % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The Vail Village area is bound by the Vail Golf Course on the east, Lionshead on the west, Interstate-70 on the north and Vail Ski Resort and slopes on the south  The immediate Vail Village area is built-out with extensive renovations and rebuilding after demolition. The area enjoys good marketability due to its excellent views and proximity to the main Vail base area and the Gold Peak base area. During 2000 to 2001 sales declined causing a stabilization of values. From 2001 to mid 2006 rapid appreciation occurred. Then the subject marketplace slowed and the values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market has stabilized

Zoning Classification: Special Development District   Description: Public Accommodation

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Ground Rent (if applicable) $  N/A /   Comments: Not applicable

Highest & Best Use as improved (or as proposed per plans & specifications): ☒ Present use, or ☐ Other use (explain)

**PROJECT SITE DESCRIPTION**

Actual Use as of Effective Date: Residential Condominium   Use as appraised in this report: Residential Condominium

Summary of Highest & Best Use: The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was rebuilt and completed in 2010

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Unknown | Street | Asphalt | ☒ | ☐ | Size | Typical/Condo |
| Gas | ☒ | ☐ | Unknown | Curb/Gutter | Concrete | ☒ | ☐ | Topography | Level to sloping |
| Water | ☒ | ☐ | Unknown | Sidewalk | Concrete | ☒ | ☐ | View | Good/Mtn |
| Sanitary Sewer | ☒ | ☐ | Unknown | Street Lights | Electric | ☒ | ☐ | | |
| Storm Sewer | ☒ | ☐ | Unknown | Alley | None | ☐ | ☐ | | |

Density Average

Other site elements: ☐ Inside Lot ☒ Corner Lot ☐ Cul de Sac ☒ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X   FEMA Map # 08037C0469D   FEMA Map Date 12/4/2007

Site Comments: No adverse site conditions were evident at the time of observation.

**PROJECT INFORMATION**

Data source(s) for project information   Management/MLS

Project Description ☐ Detached ☐ Row or Townhouse ☐ Garden ☐ Mid-Rise ☒ High-Rise ☐ Other (describe)

| General Description of Project | | Subject Phase | # | If Project Completed | # | If Project Incomplete | # |
|---|---|---|---|---|---|---|---|
| # of Stories | 9 | Exterior Walls | Frame/Rock | Units | 79 | Phases | 1 | Planned Phases | |
| # of Elevators | 9 | Roof Surface | Zinc | Units Completed | 79 | Units | 79 | Planned Units | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Total # of Parking | 112 | Units for Sale | 21 | Units for Sale | 21 | Units for Sale | |
| Design (Style) | Condo | Ratio (spaces/unit) | 1.4.1 | Units Sold | 37 | Units Sold | 37 | Units Sold | |
| Actual Age (Yrs.) | 9 | Parking Type(s) | Prk Garage | Units Rented | Unkn | Units Rented | Unkn | Units Rented | |
| Effective Age (Yrs.) | 5 | Guest Parking | Avg | Owner Occup. Units | Unkn | Owner Occup. Units | Unkn | Owner Occup. Units | |

Project Primary Occupancy ☐ Principal Residence ☒ Second Home or Recreational ☐ Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No

Management Group.   ☐ Homeowners' Association ☐ Developer ☒ Management Agent (name of management agent or company): Jeff Fruin (970) 790-6406 or jfruin@solarisresidences.com

Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No   If Yes, describe the original use and date of conversion.

Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown   Have the documents been reviewed? ☐ Yes ☒ No   Comments: These documents were not reviewed for this appraisal

Project Comments (condition, quality of construction, completion status, etc.)   Thirty five percent of the project consists of commercial space. This commercial space consists of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink/putting green, a bank and numerous other retail shops.

Common Elements and Recreational Facilities.   Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage

Copyright© 2007 by a la mode, inc  This form may be reproduced unmodified without written permission, however, a la mode, inc  must be acknowledged and credited

**GP CONDO**

Form GPCONDO – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE   6/2007

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

CRC 001084

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

## PROJECT ANALYSIS

Summary of condominium project budget analysis for the current year (if analyzed):  The condominium budget was not reviewed for this appraisal

Other fees for the use of the project facilities (other than regular HOA charges):  The appraiser is unaware of any additional fees for the use of the project facilities.

Compared to other competitive projects of similar quality and design, the subject unit charge appears  ☐ High  ☒ Average  ☐ Low  (If High or Low, describe)

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
☐ Yes  ☒ No  . If Yes, describe and explain the effect on value and marketability.  No condominium documents or HOA meeting minutes were reviewed for this appraisal.  The appraiser is unaware of any special or unusual characteristics of the project.

---

Unit Charge: $ 3,711.75  per month X 12 = $ 44,541.00  per year.  Annual assessment charge per year per SF of GLA = $  19.66
Utilities included in the Unit Charge.  ☐ None  ☒ Heat  ☒ Air Conditioning  ☐ Electricity  ☒ Gas  ☒ Water  ☒ Sewer  ☒ Cable  ☐ Other
Source(s) used for physical characteristics of property  ☒ New Inspection  ☒ Previous Appraisal Files  ☐ MLS  ☐ Assessment and Tax Records  ☒ Prior Inspection
☐ Property Owner  ☐ Other (describe)  . Data Source for Gross Living Area  Interior dimensions from prior inspection

## DESCRIPTION OF THE UNIT IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| Floor Location | 7th/Mid Level | Foundation | Concrete | Slab | | Area Sq. Ft. | ☒ N/A | Type | In-floor radiant |
| # of Levels | 1 | Exterior Walls | Frame/Rock | Crawl Space | ☒ N/A | % Finished | | Fuel | NG |
| Design (Style) | Condo | Roof Surface | Zinc | Basement. | | Ceiling | | | |
| ☒ Existing  ☐ Proposed | | Gutters & Dwnspts. | Yes | Sump Pump | ☐ | Walls | | Cooling | |
| ☐ Under Construction | | Window Type | Wood-Alum clad | Dampness | ☐ | Floor | | Central | Yes |
| Actual Age (Yrs.) | 9 | Storm/Screens | No/Yes | Settlement | | Outside Entry | | Other | |
| Effective Age (Yrs ) | 5 | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic ☒ N/A | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|
| Floors | Wood-Stone-Carpet | Refrigerator | ☒ | Stairs ☐ | Fireplace(s) # 1 | Woodstove(s) # 0 | ☒ Garage  # 1 |
| Walls | Plaster | Range/Oven | ☒ | Drop Stair ☐ | Patio | None | ☐ Covered  # 0 |
| Trim/Finish | Cherry/Stained | Disposal | ☐ | Scuttle ☐ | Deck | Yes | ☐ Open  # 0 |
| Bath Floor | Stone-Ceramic | Dishwasher | ☒ | Doorway ☐ | Porch | None | Total # of cars  1 |
| Bath Wainscot | Stone-Ceramic | Fan/Hood | ☒ | Floor ☐ | Fence | None | ☐ Assigned |
| Doors | Solid Cherry Stained | Microwave | ☒ | Heated ☐ | Pool | None | ☒ Owned |
| | | Washer/Dryer | ☒ | Finished ☐ | Balcony | None | Space #(s) Unassigned |

Finished area above grade contains  7  Rooms  3+D  Bedrooms  3.1  Bath(s)  2,266  Square Feet of Gross Living Area Above Grade
Are the heating and cooling for the individual units separately metered?  ☐ Yes  ☒ No (If No, describe)  . This is typical of many large projects within the Vail marketplace.

Additional features:  See attached addendum.

Describe the condition of the property (including physical, functional and external obsolescence):  See attached addendum.

## TRANSFER HISTORY

My research ☐ did  ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s):  Eagle County records.

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing:  No prior sale is evident per Eagle County |
|---|---|
| Date | records |
| Price: | |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date. | |
| Price: | |
| Source(s): | |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP CONDO**
Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE  6/2007

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

**SALES COMPARISON APPROACH TO VALUE (if developed)** ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr #7E West Vail, CO 81657 | 675 Lionshead Pl # 330 Vail, CO 81657 | | 141 E Meadow Dr # 6E West Vail, CO 81657 | | 141 E Meadow Dr # 1A South Vail, CO 81657 | |
| Project | Solaris Residences | Arrabelle at Vail Square | | Solaris Residences | | Solaris Residences | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0.70 miles W | | Less than 0 01 miles | | 0.02 miles SW | |
| Sale Price | $ | | $ 3,400,000 | | $ 2,780,000 | | $ 4,550,000 |
| Sale Price/GLA | $ /sq.ft. | $ 1,606.81 /sq.ft. | | $ 1,597 70 /sq.ft. | | $ 1,770.43 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#931500;DOM 11 | | VBRMLS#934477;DOM 27 | | VBRMLS#V322313;DOM 2168 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing Concessions | | Cash Furnished | −25,000 | Conventional Furnished | −25,000 | Cash Furnished | −25,000 |
| Date of Sale/Time | | 03/30/2018 | | 04/30/2019 | | 06/13/2019 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Lionshead | | Vail Village | | Vail Village | |
| HOA Fees ($/Month) | 3,711.75 | 2,545.00 | | 2,850 00 | | 4,209.00 | |
| Common Elements and Recreational Facilities | Pool, Spa, Lobby Athletic facilities | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | |
| Floor Location | 7th/Mid Level | 3rd/Mid Level | | 6th/Mid Level | 0 | 1st/Lower Level | 0 |
| View | Good/Mtn | Good/Mtn/Nr Slope | −250,000 | Good/Mtn | | Good/Mtn/West | −650,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | VrGd-Excellent | |
| Age | 9 yrs, 5 eff | 11 yrs, 6 eff | +42,500 | 9 yrs, 5 eff | | 9 yrs, 5 eff | |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total 7 Bdrms 3+D Baths 3 1 | Total 5 Bdrms 2 Baths 3.0 | +17,500 | Total 5 Bdrms 2 Baths 2.1 | +35,000 | Total 6 Bdrms 3 Baths 3.1 | 0 |
| Room Count | | | | | | | |
| Gross Living Area | 2,266 sq.ft. | 2,116 sq ft | +150,000 | 1,740 sq.ft. | +526,000 | 2,570 sq.ft. | −304,000 |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ − $ | −65,000 | ☒ + ☐ − $ | 536,000 | ☐ + ☒ − $ | −979,000 |
| Adjusted Sale Price of Comparables | | Net 1.9 % Gross 14.3 % $ | 3,335,000 | Net 19.3 % Gross 21.1 % $ | 3,316,000 | Net 21.5 % Gross 21.5 % $ | 3,571,000 |

Summary of Sales Comparison Approach   All comparable data is obtained from Eagle County Clerk and Assessor, the local Multiple Listing service and/or involved parties. See attached addendum for comments on the sales comparison approach.

Indicated Value by Sales Comparison Approach $   3,500,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited

**GP CONDO**

Form GPCONDO − "TOTAL" appraisal software by a la mode, inc. − 1-800-ALAMODE   6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001086

Page # 5 of 26

**INDIVIDUAL CONDO UNIT APPRAISAL REPORT**

File No.:

190710/Solaris7EW19

| INCOME APPROACH TO VALUE (if developed) | ☒ The Income Approach was not developed for this appraisal | | | | | |
|---|---|---|---|---|---|---|
| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | | COMPARABLE RENTAL # 2 | | COMPARABLE RENTAL # 3 |
| Address | 141 E Meadow Dr #7E West | | | | | |
| | Vail, CO 81657 | | | | | |
| Project | Solaris Residences | | | | | |
| Phase | N/A | | | | | |
| Proximity to Subject | | | | | | |
| Current Monthly Rent | $ | $ | | $ | | $ |
| Rent/GLA | $ /sq ft | $ /sq.ft. | | $ /sq.ft. | | $ /sq.ft. |
| Rent Control | ☐ Yes ☐ No | ☐ Yes ☒ No | | ☐ Yes ☐ No | | ☐ Yes ☐ No |
| Data Source(s) | | | | | | |
| Date of Lease(s) | | | | | | |
| Location | Vail Village | | | | | |
| View | | | | | | |
| Age | 9 yrs, 5 eff | | | | | |
| Condition | Very Good | | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths |
| Room Count | 7 3+D 3.1 | | | | | |
| Gross Living Area | 2,266 sq.ft. | sq.ft. | | sq.ft. | | sq.ft. |
| Utilities Included | | | | | | |

Summary of Income Approach (including support for market rent and GRM): _____

Opinion of Monthly Market Rent $   N/A   X Gross Rent Multiplier   0.00   = $      Indicated Value by Income Approach

| COST APPROACH TO VALUE (if developed) | ☒ The Cost Approach was not developed for this appraisal. |
|---|---|

Summary of Cost Approach: _____

Indicated Value by: Sales Comparison Approach $  3,500,000  Cost Approach (if developed) $    Income Approach (if developed) $

Final Reconciliation  The Sales Comparison Approach is typically the most reliable indicator in the valuation of individual condominium units  The Cost and Income Approach are not considered reliable

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: _____

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $  3,500,000  , as of:  06/19/2019  , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains  26  pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
☒ Scope of Work    ☒ Limiting Cond./Certifications    ☒ Narrative Addendum    ☒ Photograph Addenda    ☒ Sketch Addendum
☒ Map Addenda    ☒ Additional Sales    ☐ Additional Rentals    ☐ Flood Addendum    ☐ Hypothetical Conditions
☐ Extraordinary Assumptions    ☐ Budget Analysis    ☐

Client Contact:  Rob Glucksman     Client Name:   Colorado Regional Center Project Solans, LLLP
E-Mail: rglucksman@coloradoregionalcenter.com    Address:   1644 Platte St., Suite 417, Denver, CO 80202

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Angelo Larra | Supervisory or Co-Appraiser Name: |
| Company: Angelo's Appraisal Inc | Company: |
| Phone: (970) 845-5056   Fax: (970) 845-9472 | Phone:   Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date of Report (Signature): 08/02/2019 | Date of Report (Signature): |
| License or Certification #: CR1318912   State: CO | License or Certification #:   State: |
| Designation: Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 12/31/2019 | Expiration Date of License or Certification |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 06/19/2019 | Date of Inspection: |

Copyright© 2007 by a la mode, inc  This form may be reproduced unmodified without written permission, however, a la mode, inc  must be acknowledged and credited

**GP CONDO**

Form GPCONDO – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE    6/2007

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

CRC 001087

Page # 6 of 26

190710/Solaris7EW19

# ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr #7E West | 141 E Meadow Dr # 4B East | | 1 Vail Rd # 9201 | | 701 W Lionshead Cir # E506 | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | |
| Project | Solaris Residences | Solaris Residences | | Four Seasons Resort Vail | | The Lion | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0.03 miles SE | | 0.18 miles W | | 0.81 miles W | |
| Sale Price | $ | | $ 5,950,000 | | $ 6,200,000 | | $ 2,000,000 |
| Sale Price/GLA | $ /sq.ft. | $ 2,351.78 /sq.ft. | | $ 2,118.93 /sq.ft. | | $ 1,291.16 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#927731;DOM 525 | | VBRMLS#932941;DOM 231 | | VBRMLS#934506;DOM 68 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (−) $ Adjust. | DESCRIPTION | + (−) $ Adjust. | DESCRIPTION | + (−) $ Adjust. |
| Sales or Financing | | Cash | | Cash | | Cash | |
| Concessions | | Furnished/Credit | -25,500 | None | 0 | HOA Credit/Furn | -35,788 |
| Date of Sale/Time | | 03/23/2018 | | 04/29/2019 | | 06/12/2019 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Vail Village | | Vail Village | | Lionshead | |
| HOA Fees ($/Month) | 3,711.75 | 3,783.33 | | 6,312.67 | | 1,798.00 | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | Pool, Spa, Lobby | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | Athletic facilities | |
| Floor Location | 7th/Mid Level | 4th/Mid Level | 0 | 9th/Mid Level | 0 | 5th/Mid Level | |
| View | Good/Mtn | VrGd/Mtn/Ski | -2,000,000 | Good/Mtn/SmSki | -1,850,000 | Gd/Hwy/Lionshead | +575,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | Very Good | +155,000 |
| Age | 9 yrs, 5 eff | 8 yrs, 3 eff | -101,500 | 9 yrs, 5 eff | | 3 yrs, 1 eff | -124,500 |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | |

| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | | Total | Bdrms | Baths | | Total | Bdrms | Baths | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Room Count | 7 | 3+D | 3.1 | 7 | 4 | 4 0 | -17,500 | 6 | 3 | 3 0 | +17,500 | 5 | 2 | 3.0 | +17,500 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gross Living Area | 2,266 sq.ft. | 2,530 sq.ft. | -264,000 | 2,926 sq.ft. | -660,000 | 1,549 sq.ft. | +717,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 2 prking garage | -50,000 | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ − | $ -2,408,500 | ☐ + ☒ − | $ -2,542,500 | ☒ + ☐ − | $ 1,304,212 |
| Adjusted Sale Price | | Net 40.5 % | | Net 41.0 % | | Net 65.2 % | |
| of Comparables | | Gross 40.5 % $ 3,541,500 | | Gross 41.6 % $ 3,657,500 | | Gross 81.2 % $ 3,304,212 | |

Summary of Sales Comparison Approach

*(vertical text, left margin)* SALES COMPARISON APPROACH

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

**GP CONDO**

Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

6/2007

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

CRC 001088

190710/Solans7EW19

## ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | | COMPARABLE SALE # 8 | | COMPARABLE SALE # 9 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr #7E West | 141 E Meadow Dr # 7E East | | | | | |
| | Vail, CO 81657 | Vail, CO 81657 | | | | | |
| Project | Solaris Residences | Solans Residences | | | | | |
| Phase | N/A | N/A | | | | | |
| Proximity to Subject | | 0 04 miles E | | | | | |
| Sale Price | $ | $ | 3,250,000 | $ | | $ | |
| Sale Price/GLA | $ /sq.ft. | $ 1,649.75 /sq.ft. | | $ /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#934805,DOM 73 | | | | | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(–) $ Adjust. | DESCRIPTION | +(–) $ Adjust. | DESCRIPTION | +(–) $ Adjust. |
| Sales or Financing | | Listing | | | | | |
| Concessions | | Furnished | -25,000 | | | | |
| Date of Sale/Time | | Active | -65,000 | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | Vail Village | Vail Village | | | | | |
| HOA Fees ($/Month) | 3,711.75 | 3,304.33 | | | | | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | | | | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | | | | |
| Floor Location | 7th/Mid Level | 7th/Mid Level | 0 | | | | |
| View | Good/Mtn | Good/Mtn | | | | | |
| Design (Style) | Condo | Condo | | | | | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | | | | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | | | | |
| Condition | Very Good | Very Good | | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 7  3+D  3.1 | 5  2  2.1 | +35,000 | | | | |
| Gross Living Area | 2,266 sq.ft. | 1,970 sq.ft | +296,000 | sq ft | | sq ft | |
| Basement & Finished | None | None | | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Parking | 1 prking garage | 1 prking garage | | | | | |
| Porch/Patio/Deck | Deck | Deck | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ +  ☐ – $ | 241,000 | ☐ +  ☐ – $ | | ☐ +  ☐ – $ | |
| Adjusted Sale Price | | Net  7.4 % | | Net  % | | Net  % | |
| of Comparables | | Gross 13.0 % $ | 3,491,000 | Gross % $ | | Gross % $ | |
| Summary of Sales Comparison Approach | | | | | | | |

SALES COMPARISON APPROACH

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.
Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    6/2007

GP CONDO

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001089

## Supplemental Addendum                                           File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | |

**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472



## ADDENDUM TO THE APPRAISAL OF:
141 E Meadow Drive, #7E West
Residences at Solaris-Vail Unit 7E West
Vail, Colorado 81657
Eagle County, Colorado

## Purpose of the Appraisal
The purpose of this appraisal is to provide an opinion of the market value of the subject property, in an "as is" condition and a fee simple estate.

## Client and Intended Users:
This appraisal report is intended for the use by Colorado Regional Center Project Solaris, LLLP. No other use of this appraisal is permitted.

## Intended Use:
The appraisal report is to determine a current opinion of value for the Colorado Regional Center Project Solaris, LLLP only and is not for any other use.

## Scope of Work
### Extent of the Appraisal Process
The appraisal of the subject property includes a physical observation of the interior and exterior of the subject property along with data on file with the Eagle County Assessor's office as of the date of this appraisal. An examination of market factors, recent transactions, a locational analysis of the home site and neighborhood, an economic analysis of the market and other pertinent data that may have an influence on the property were reviewed. Sales and related information utilized in this report are gathered from the local multiple listing service and public records. They are confirmed whenever possible with the involved parties, are the best available and the most recent sales which represent various aspects of the subject's market appeal. When conflicting information was provided the source deemed most reliable was used. All of this information is compiled and analyzed before a final opinion of value is determined.

The appraisal is in compliance with the guidelines set forth by:
Federal Financial Institutions Reform Recovery and Enforcement Act of 1989 (FIRREA)
Uniform Standards of Professional Appraisal Practices (USPAP)

### Type of Appraisal and type of Appraisal Report:
This appraisal is an "Appraisal Report" that is presented on the General Purpose Condo form.

### Property Observation
The appraiser completed an interior and exterior observation of the subject property. This observation is not the same as a home inspection and did not include a viewing of the crawl space and attic area of the home (if applicable). It is based on the observations of an appraiser who visited the property and does not include a physical analysis of the major components of the home. The appraiser is not a mechanical engineer, electrical engineer, environmental engineer or structural engineer. Therefore, no warranty of the components which include, but are not limited to, the electrical, plumbing, heating, structural, and roofing are made or implied. All the above mentioned systems are presumed to be in working condition with the opinion of value herein subject to that assumption. Furthermore, no analysis of environmental conditions, including but not limited to, moisture, mold and radon gas has been made or implied. It is assumed no adverse environmental conditions exist with the opinion of value herein subject to that assumption.

## Supplemental Addendum

| Borrower | Not Applicable | | | | | File No. | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County Eagle | | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | | |

**Gramm-Leach-Bliley Act of 1999**
In compliance with the Gramm-Leach Bliley Act, the appraiser does not disclose any non-public personal information that is not specifically permitted by law.

**Competency**
The appraiser has the competency and appropriate knowledge, training, and experience to complete this assignment.

**Extraordinary Assumptions or Hypothetical Conditions:**
No extraordinary assumptions or hypothetical conditions were utilized in the report.

**Prohibited Influences**
The appraisal assignment was not based upon a requested minimum valuation, specific valuation, or approval of a loan. Employment and compensation are not contingent upon the reporting of a predetermined value, a direction of the value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event.

**Definition of Market Value**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1) Buyer and seller are typically motivated; .
2) Both parties are well informed or well advised, and each acting in what they consider their own best interests;
3) A reasonable time is allowed for exposure in the open market;
4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto;
5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
(Per Uniform Standards of Professional Appraisal Practice 2018-2019 USPAP Pg 153).

## Area and Neighborhood Comments

The subject property is located in the Vail Village portion of the town of Vail. Vail is located about 100 miles west of Denver along Interstate 70, in a narrow mountain valley situated against the west side of the Gore mountain range.

The first development corresponded with the opening of the Vail ski area in 1962. This is when completion of the first lifts and support facilities were built on what were previously ranch lands. Development in the region has steadily expanded over the years to the east and west. This has created an area of development thirty miles long that contains three ski areas, numerous golf courses, and extensive commercial and residential development. These factors have transformed the area into a four season resort, which has allowed for national and international appeal.

Vail Village is modeled after European villages with a large pedestrian core that contains extensive dining, entertainment and shopping facilities. Uses within the village consist predominately of resort commercial and condominiums, most dating to the 60's and 70's. Since the area is built-out many properties are undergoing extensive renovations with demolition and rebuilding occurring in some instances. Vail Village properties typically exhibited high values and good marketability to second and third home recreational buyers attracted to Vail's renowned recreation amenities. Appeal is enhanced by good views of the Gore Mountain Range and Gore Creek which runs through the village.

Also present at the eastern edge of the Vail Village area is the Gold Peak base area. This base area which recently underwent an extensive renovation consists of two chair lifts and two commercial buildings. These buildings house lift ticket offices, ski school facilities, ski rental shops, restaurants, parking facilities and a base lodge.

CRC 001091

## Supplemental Addendum                          File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | |

## Market Trends/Conditions

During 2000 to 2001 sales declined and inventory increased causing a stabilization of values. From 2001 to mid-2006 rapid appreciation occurred. Then in 2008 values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

## Subject Project Comments

**Location:** The project site is located south of the South Frontage Road on East Meadow Drive at its intersection with Willow Bridge Road. This location is within the central core of Vail Village enhancing its overall appeal. It should be noted that the subject project represents the upper end of quality within the central village. This project is considered a "Condotel" as it has many of the amenities of a luxury hotel including the ability to have nightly rentals through the front desk.

**Year of construction:** Construction of the subject project began in 2007 with completion in 2010. This was after the demolition of the Crossroads Mall which previously occupied the site.

**Association Fees:** Currently the association fees for the subject unit are $3,711.75 per month. It should be noted that presently there are no special assessments.

**Project Size/Configuration:** The project consists of 79 residential condominium units within approximately 202,000 square feet. There also is 70,000 square feet of commercial space that is comprised of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink, a bank and numerous other retail shops. Also present are 307 parking spaces within an underground parking garage.

**Project amenities:** Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**Parking facilities:** There are a total of 307 parking spaces in the project's garage of which 112 are designated for the residential condominium units.

**Views:** The subject project has average to excellent views of the surrounding mountains and the ski slopes depending on the location within the project. Units on the north side of the building do not have ski slope views while southern facing units have good to excellent ski slope and mountain views.

**Surrounding uses:** Neighboring properties consist of a mix of improved multi-family, hotel and commercial projects.

**Topography:** Level to sloping

**Adverse conditions/easements:** No unusual or adverse conditions or easements were visually apparent or known by the appraiser.

**Vegetation:** The landscaping consists of grass, trees, shrubs and flowers.

## Subject Unit

**Structure/condition:** The subject property is a residential condominium dwelling that contains three bedrooms plus a den and three and one half baths within 2,266 square feet of living space on one level. Also present is an undetermined amount of decking and a parking space in the project's parking garage. The dwelling's floor plan exhibits good traffic flow and space utilization. Condition was observed to be very good due to attentive care along with short term rental use. No functional or external losses were noted. The subject property is currently listed for sale in the local MLS. It has been listed for 100 days at $3,750,000.

**Quality of construction:** Quality of construction was noted to be very good to excellent with a high level of materials and workmanship being noted.

**Views:** The subject unit has good mountain views from its position on the northern aspect of the building. It lacks ski slope views and has both sonic and visual impacts from the nearby interstate.

CRC 001092

## Supplemental Addendum

| Borrower | Not Applicable | | | | | File No. | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code  81657 |
| Lender/Client | | | | | | | |

## Ownership and Sales History

**Present owner per public records:** Solaris Property Owner I LLC.

**Acquisition date:** None per Eagle County records.

**Recent activity:** No sale of the subject is evident per Eagle County records.

## Highest and Best Use

Highest and best use may be defined as:

*"The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value."*

The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, this development was built from 2007 through 2010 after the original Crossroads Mall development had been demolished.

## Approaches to Value

There are three approaches to arriving at an opinion of value in the appraisal process. These are the Cost Approach, the Sales Comparison Approach and the Income Capitalization Approach. They are described as follows:

The *Cost Approach* is based on the presumption that the value of a property is indicated by the current cost of the vacant building site plus the cost to construct a similar property, less depreciation. These forms of depreciation consist of physical deterioration, functional obsolescence and external obsolescence.

The *Sales Comparison* approach is the process of comparing the subject property to sales of similar competing properties. Adjustments are made for differences in size, location and other market recognized differences.

The *Income Capitalization* approach is based on the measurement of the present value of future benefits. This is arrived at through a process of capitalizing economic or contract rent into an indication of value using market derived rents and market derived capitalization rates.

The appraiser has made a reasonable effort to employ each of the three approaches to value. In this valuation the Sales Comparison Approach was primarily relied upon in forming the final opinion of value. Although the resort nature of the subject marketplace has many examples of units utilized for long and short term rental purposes, the income often does not offset the cost of ownership. Therefore, the income associated with rental use has little bearing on prices paid for properties in the subject marketplace. Rental income is often secondary or inconsequential among purchaser's criteria with data for market rents and multipliers being diverse and inconsistent. As a result, while considered, the Income Approach was not utilized in this report. The cost approach has no meaningful basis for application in the valuation of individual multi-family interests in the local marketplace, and is omitted from discussion.

## Sales Comparison Approach

Although the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties which represent various aspects of the subject's market appeal.

**Comparable 1** is a dated sale of a larger unit from the competing Arrabelle at Vail Square project. The unit has a more marketable location at the base of the Lionshead gondola and chair lift. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 6 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale provides very good overall similarity to the subject.

## Supplemental Addendum

| | | | | | | File No |
|---|---|---|---|---|---|---|
| Borrower | Not Applicable | | | | | |
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | |

**Comparable 2** is a sale of a smaller unit with less marketable views from the subject project. This unit has a similar location on the northern aspect of the building. It lacks ski slope views. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This very recent sale from the project is divergent in terms of gross living area but provides good similarity in all other aspects. It is the second most recent project sale.

**Comparable 3** is a very recent sale of a larger unit with more marketable views from within the subject project. It lacks ski slope views but has less impact from the interstate from its location on the western aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. An additional adjustment was required for furnishings that were included in the sale. This sale is divergent in terms of view but provides good similarity and is the most recent project sale.

**Comparable 4** is a sale of a larger unit with a more marketable location from the subject project. It enjoys direct ski slope views from its location on the southern aspect of the building but the east and western views look onto electrical boxes on the adjacent roof. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with an effective age of three years due to attentive care along with limited second home use and no short term rental use. Additional adjustments were required for bath count, furnishings that were included in the sale and a $500 credit the seller gave the buyer for repairs. This sale is divergent in terms of view but is from the subject project.

**Comparable 5** is a very recent sale of a larger unit from the competing Four Seasons Resort. This unit has more marketable ski slope views from its location on the southern aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and garage count. This very recent sale is divergent in terms of view and gross living area but provides good similarity in all other aspects.

**Comparable 6** is a very recent sale of a smaller unit from the competing Lion project. The unit has similar views but is in the less marketable Lionshead portion of Vail. Quality of construction was rated as very good which was adjusted at a rate of $100 per square foot. Condition was reported to be very good with and effective age of 1 year due to some short term rental use. Additional adjustments were required for bath count, furnishings that were included in the sale and a $10,788 HOA credit the seller gave the buyer at closing. This sale is divergent in terms of view and gross living area but provides good similarity in all other aspects.

**Comparable 7** is a listing of a smaller unit from the subject project. The unit has similar views from its location on the northern aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count, furnishings that are to be included in the sale and a list to sales price adjustment. The list to sales price ratio adjustment utilized in the report is based on the median sale price as a percent of list price from the analysis that was completed to determine the current market conditions.

**Due to the lack of recent sales of similar properties from within the subject neighborhood, it was necessary to utilize sales with sales prices that were greater than 15% more or less than the subject's opinion of value.**

## Comments on Adjustments to Sales

Please note the following criteria utilized for the adjustments in the sales comparison approach:

**Market Conditions adjustment:** All condominium sales that sold for more than $2,000,000 within the Vail Village and Lionshead markets were analyzed. The current twelve month period indicates a median sales price of $3,412,500 based on 38 sales ranging from $2,000,000 to $10,500,000. The prior twelve month period indicates a median sales price of $3,400,000 based on 45 sales ranging from $2,075,000 to

## Supplemental Addendum

Page # 13 of 26

File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | |

$14,000,000. This indicates a slight increase of 0.35% over the twelve month period or a relatively stable market. Therefore no market condition adjustments were made in this report.

**View and floor location adjustments:** Derived from sales of properties with varying appeal and locational characteristics, based on matched pair analysis.

**Quality adjustments:** Based on estimated cost differences, together with cost to cure approximations, when appropriate. Secondary support is provided via conversations with involved parties regarding the effect of differing quality on purchase prices.

**Age and condition characteristics:** These are combined into one adjustment with consideration given to each property's actual and effective ages. Typical condition adjustments for properties in average condition are estimated at about 1.5% per year, reflecting a total estimated life of about 65 years in a straight line age/life analysis. Properties differing in their effective ages are assigned greater or lesser amounts of adjustment based on their relative condition, together with consideration of cost-to-cure estimation, if appropriate. Therefore, an estimated per square foot cost to build is multiplied by the square footage of the comparable to arrive at an estimated cost to build. This figure is then multiplied by the difference in the effective age (difference between the subject's effective age and the comparables effective age) then multiplied by the aforementioned 1.5% to arrive at the age/condition adjustment.

**Room count:** $35,000 per bathroom, based on matched pair analysis. No bedroom count adjustment was evident in the available market data.

**Gross living area:** Differences in gross living area are adjusted at $1,000 per square foot in this report, which is indicative of the sensitivity to size that this marketplace is presently tending to exhibit.

**Homeowners Association Fees:** HOA fees are often based on the size of the unit along with the level and quality of the project's amenities. Sometimes these fees include heat for not only the common area but each individual unit. As a result these fees can vary between units within the same project along with units from competing projects, making an adjustment for these items very difficult to extract from the available data. The more amenities and/or the higher quality of amenities results in higher fees. An analysis of the market data did not readily display an adjustment for the difference between HOA fees of each comparable, therefore no adjustments were made.

**The appraiser recognizes that some of these comparables have larger than typical individual, net and/or gross adjustments. It should be pointed out that variations like this are a common occurrence in this marketplace. Differences in gross living area, quality, conditions, location, etc. often vary substantially from property to property while at the same time maintaining a level of common appeal. Even with these adjustments the sales cited are considered to be similar in appeal, adequately reliable, the best available indicators of subject value.**

## Estimate of Reasonable Exposure Time

A reasonable Exposure Time may be defined as "the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal" Implicit in this definition are the following characteristics:

The property will be actively exposed and aggressively marketed to potential purchasers. This marketing is to be directed through marketing channels commonly used by buyers and sellers of similar type properties.

The property will be offered at a price reflecting the most probable markup over market value used by sellers of similar type properties.

A sale will consummate under terms and conditions of the definition of market value.

An examination of recent sales activity within the subject marketplace reflects a wide range of typical exposure times. Purchase mortgage funds are readily available for properties within the subject area, and a

## Supplemental Addendum

| Borrower | Not Applicable | | | | File No. | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County  Eagle | | State  CO | Zip Code  81657 |
| Lender/Client | | | | | | |

significant number of sales close under all cash terms.  An exposure time estimate for the subject property of twelve to twenty four months is considered realistic in the present market.

## Final Value Indication

Although the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties.  The adjusted data provides adequate similarity to the subject property and a range of indications from $3,304,212 to $3,657,500.  Comparable one is the most similar to the subject property.  Comparables two, three and four are from the subject project.  Therefore, with support from the other comparables, a value of $3,500,000 is selected and considered reasonable and supportable in the current marketplace.  The opinion of value of the subject property is above the predominant value within the subject marketplace.  This is typical of the proximal area due to the large disparity in terms of gross living area, condition, views and quality of construction.  An analysis of the market data does not indicate that there is an effect on the marketability of the subject due to its correspondence to the predominate value.

## Furnishings and other Personal Property

The subject property is appraised unfurnished with no contribution given to any furnishings, personal property, or intangible items that are not real property.  Fixtures, such as built-in appliances, window coverings, wall and floor coverings, electrical fixtures and plumbing fixtures are typically considered as real property in the valuation of residential property, and are included in the value assigned herein.

## Subject Photo Page

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State CO | Zip Code | 81657 |
| Lender/Client | | | | | | |




**Subject Front**

141 E Meadow Dr #7E West
Sales Price
Gross Living Area    2,266
Total Rooms          7
Total Bedrooms       3+D
Total Bathrooms      3.1
Location             Vail Village
View                 Good/Mtn
Site                 Typical/Condo
Quality              VrGd-Excellent
Age                  9 yrs, 5 eff



**Subject Rear**



**Subject Street**

Form PIC3x5 SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001097

## Photograph Addendum

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |


**Main living area**


**Dining**


**Kitchen**


**Bedroom**


**Bedroom**


**Bedroom**


**Bath**


**Bath**


**Bath**


**Bath**


**Den**


**View**


**View**

Form PIC15 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001098

## Comparable Photo Page

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |



### Comparable 1

675 Lionshead Pl # 330

| | |
|---|---|
| Prox. to Subject | 0.70 miles W |
| Sale Price | 3,400,000 |
| Gross Living Area | 2,116 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3 0 |
| Location | Lionshead |
| View | Good/Mtn/Nr Slope |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 11 yrs, 6 eff |



### Comparable 2

141 E Meadow Dr # 6E West

| | |
|---|---|
| Prox. to Subject | Less than 0.01 miles |
| Sale Price | 2,780,000 |
| Gross Living Area | 1,740 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 3

141 E Meadow Dr # 1A South

| | |
|---|---|
| Prox. to Subject | 0.02 miles SW |
| Sale Price | 4,550,000 |
| Gross Living Area | 2,570 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.1 |
| Location | Vail Village |
| View | Good/Mtn/West |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001099

# Comparable Photo Page

| | |
|---|---|
| Borrower | Not Applicable |
| Property Address | 141 E Meadow Dr |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | |



### Comparable 4

| | |
|---|---|
| | 141 E Meadow Dr # 4B East |
| Prox. to Subject | 0.03 miles SE |
| Sale Price | 5,950,000 |
| Gross Living Area | 2,530 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4.0 |
| Location | Vail Village |
| View | VrGd/Mtn/Ski |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 8 yrs, 3 eff |



### Comparable 5

| | |
|---|---|
| | 1 Vail Rd # 9201 |
| Prox. to Subject | 0.18 miles W |
| Sale Price | 6,200,000 |
| Gross Living Area | 2,926 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | Vail Village |
| View | Good/Mtn/SmSki |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 6

| | |
|---|---|
| | 701 W Lionshead Cir # E506 |
| Prox. to Subject | 0 81 miles W |
| Sale Price | 2,000,000 |
| Gross Living Area | 1,549 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Hwy/Lionshead |
| Site | Typical/Condo |
| Quality | Very Good |
| Age | 3 yrs, 1 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001100

## Comparable Photo Page

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | | |



**Comparable 7**

141 E Meadow Dr # 7E East
Prox. to Subject    0.04 miles E
Sale Price    3,250,000
Gross Living Area    1,970
Total Rooms    5
Total Bedrooms    2
Total Bathrooms    2.1
Location    Vail Village
View    Good/Mtn
Site    Typical/Condo
Quality    VrGd-Excellent
Age    9 yrs, 5 eff

**Comparable 8**

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

**Comparable 9**

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

Form PICPIX.CR — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001101

**Building Sketch (Page – 1)**

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |



**First Floor**
**[2265.79 Sq ft]**

Deck

Main living area

Deck

Bedroom

Bedroom

Bath

Dining

Bedroom

Lndry

Bath

Bath

Kitchen

Bath

Den

Half Bath

Entry

TOTAL Sketch by a la mode, inc

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001102

# Building Sketch (Page - 2)

| Borrower | Not Applicable | | | |
|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | |
| City | Vail | County Eagle | State CO | Zip Code : 81657 |
| Lender/Client | | | | |

TOTAL Sketch by a la mode, inc

**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 2265.79 Sq ft | 19.8 × 0.8 | = 15.84 |
| | | 13.3 × 4.2 | = 55.86 |
| | | 19.3 × 8 | = 154.4 |
| | | 5 × 0.8 | = 4 |
| | | 9.4 × 6.9 | = 64.86 |
| | | 18 × 6.9 | = 124.2 |
| | | 43 × 19.7 | = 847.1 |
| | | 40 × 9.87 | = 394.63 |
| | | 5.43 × 0.8 | = 4.35 |
| | | 41.42 × 6 | = 248.51 |
| | | 40.62 × 0.93 | = 37.95 |
| | | 40.62 × 0.57 | = 22.98 |
| | | 0.5 × 0.57 × 0.57 | = 0.16 |
| | | 40.62 × 0.57 | = 22.98 |
| | | 0.5 × 0.57 × 0.57 | = 0.16 |
| | | 0.5 × 0.57 × 0.57 | = 0.16 |
| | | 25.06 × 8.06 | = 202.03 |
| | | 0.5 × 8.06 × 8.06 | = 32.49 |
| | | 0.5 × 8.06 × 8.06 | = 32.49 |
| | | 0.5 × 1.13 × 0.57 | = 0.32 |
| | | 0.5 × 1.13 × 0.57 | = 0.32 |
| **Total Living Area (Rounded):** | **2266 Sq ft** | | |

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001103

## Location Map

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | | |



Form MAP LOC — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001104

## Certifications

File No.:

190710/Solans7EW19

| Property Address: | 141 E Meadow Dr | | City: Vail | State: CO | Zip Code. 81657 |
|---|---|---|---|---|---|
| Client: | Colorado Regional Center Project Solaris, LLLP | Address: | 1644 Platte St , Suite 417, Denver, CO 80202 | | |
| Appraiser: | Angelo Loria | Address: | PO Box 4175, Avon, CO 81620-4175 | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

**DEFINITION OF MARKET VALUE *:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale; the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: Rob Glucksman | Client Name Colorado Regional Center Project Solaris, LLLP |
|---|---|
| E-Mail: rglucksman@coloradoregionalcenter.com | Address: 1644 Platte St., Suite 417, Denver, CO 80202 |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Angelo Loria | Supervisory or Co-Appraiser Name: |
| Company: Angelos Appraisal Inc | Company: |
| Phone: (970) 845-5056     Fax: (970) 845-9472 | Phone:          Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date Report Signed: 08/02/2019 | Date Report Signed: |
| License or Certification #. CR1318912     State: CO | License or Certification #:          State: |
| Designation: Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification. 12/31/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject:  ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection: 06/19/2019 | Date of Inspection: |

SIGNATURES

GP **RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and created Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE     3/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001106

## USPAP ADDENDUM

190710/Solaris7EW19

| Borrower | Not Applicable | | | | | File No |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County  Eagle | | State  CO | Zip Code  81657 |
| Lender | | | | | | |

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report          This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report     This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**
My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:     12 to 24 months

**Additional Certifications**
I certify that, to the best of my knowledge and belief:

☐ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☒ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report)
- Prior appraisals of this unit were completed by the appraiser on 7/14/16, 3/1/17, 10/3/17, 4/4/18 and 11/06/18.

**Additional Comments**
**No undue influence was placed on the appraiser during the development of this report.**

| APPRAISER: | SUPERVISORY APPRAISER: (only if required) |
|---|---|
| Signature. | Signature |
| Name:  Angelo Loria | Name: |
| Date Signed:  08/02/2019 | Date Signed: |
| State Certification #:  CR1318912 | State Certification #: |
| or State License #: | or State License #: |
| State:  CO | State |
| Expiration Date of Certification or License:  12/31/2019 | Expiration Date of Certification or License: |
| Effective Date of Appraisal.  06/19/2019 | Supervisory Appraiser Inspection of Subject Property |
| | ☐ Did Not   ☐ Exterior-only from Street   ☐ Interior and Exterior |

CRC 001107

## Appraisers License



State of Colorado
Department of Regulatory Agencies
Division of Real Estate

Board of Real Estate Appraisers

Angelo Joseph Loria
Po Box 4175
Avon, CO 81620

Angelo Joseph Loria
Certified Residential Appraiser

*Marcia Waters*

Director: Marcia Waters

License #: CR.001318912
Status: Active
Expires: 12/31/2019

For the most up to date information regarding this credential, visit http://dora.colorado.gov/dre

CRC 001108



**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472

Re  Property·    141 E Meadow Dr
                 Vail, CO 81657
    Borrower:    Not Applicable
    File No.:    190703/Solaris3EE19

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Angelo Leria

Angelo's Appraisal Inc (970) 845-5056

Page # 2 of 26

190703/Solaris3EE19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

| | |
|---|---|
| Property Address: 141 E Meadow Dr | Unit #: 3E East | City: Vail | State: CO |
| Zip Code: 81657 | County Eagle | Legal Description: Residences at Solaris-Vail Unit 3E East |

**SUBJECT**

Assessor's Parcel #: 2101-082-94-013

Tax Year: 2018  R.E. Taxes: $ 18,905.64  Special Assessments: $ 0  Borrower (if applicable): Not Applicable

Current Owner of Record: Solaris Property Owner I LLC  Occupant ☐ Owner ☒ Tenant (Market Rent) ☐ Tenant (Regulated Rent) ☐ Vacant

Project Type: ☒ Condominium  ☐ Other (describe)  HOA: $ 2,717.54 ☐ per year ☒ per month

Market Area Name: Vail Village  Map Reference: 20780  Census Tract: 0007.02

Project Name: Solaris Residences  Phase: N/A

**ASSIGNMENT**

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach  (See Reconciliation Comments and Scope of Work)

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: To provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP

Intended User(s) (by name or type): Colorado Regional Center Project Solaris, LLLP

Client: Colorado Regional Center Project Solaris, LLLP  Address 1644 Platte St , Suite 417, Denver, CO 80202

Appraiser: Angelo Lona  Address: PO Box 4175, Avon, CO 81620-4175

**MARKET AREA DESCRIPTION**

| Location: ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | Condominium Housing | Present Land Use | Change in Land Use |
|---|---|---|---|---|
| Built up: ☒ Over 75% ☐ 25-75% ☐ Under 25% | ☒ Owner | PRICE $(000) | AGE (yrs) | One-Unit 5% | ☒ Not Likely |
| Growth rate: ☐ Rapid ☒ Stable ☐ Slow | ☐ Tenant | 640 Low 2 | 2-4 Unit 1% | ☐ Likely * ☐ In Process * |
| Property values: ☐ Increasing ☒ Stable ☐ Declining | ☒ Vacant (0-5%) | 15,000 High 60 | Multi-Unit 54% | * To: |
| Demand/supply: ☐ Shortage ☐ In Balance ☒ Over Supply | ☐ Vacant (>5%) | 2,000 Pred 30 | Comm'l 40% | |
| Marketing time: ☐ Under 3 Mos ☐ 3-6 Mos. ☒ Over 6 Mos. | | | % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The Vail Village area is bound by the Vail Golf Course on the east, Lionshead on the west, Interstate-70 on the north and Vail Ski Resort and slopes on the south. The immediate Vail Village area is built-out with extensive renovations and rebuilding after demolition. The area enjoys good marketability due to its excellent views and proximity to the main Vail base area and the Gold Peak base area. During 2000 to 2001 sales declined causing a stabilization of values. From 2001 to mid 2006 rapid appreciation occurred. Then the subject marketplace slowed and the values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

Zoning Classification: Special Development District  Description Public Accommodation

Zoning Compliance ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Ground Rent (if applicable) $ N/A /  Comments: Not applicable

**PROJECT SITE DESCRIPTION**

Highest & Best Use as improved (or as proposed per plans & specifications): ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date  Residential Condominium  Use as appraised in this report. Residential Condominium

Summary of Highest & Best Use: The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was rebuilt and completed in 2010

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Unknown | Street | Asphalt | ☒ | ☐ | Size | Typical/Condo |
| Gas | ☒ | ☐ | Unknown | Curb/Gutter | Concrete | ☒ | ☐ | Topography | Level to sloping |
| Water | ☒ | ☐ | Unknown | Sidewalk | Concrete | ☒ | ☐ | View | Good/Mtn |
| Sanitary Sewer | ☒ | ☐ | Unknown | Street Lights | Electric | ☒ | ☐ | | |
| Storm Sewer | ☒ | ☐ | Unknown | Alley | None | | | | |

Other site elements: ☐ Inside Lot ☒ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 08037C0469D  FEMA Map Date 12/4/2007

Site Comments: No adverse site conditions were evident at the time of observation.

**PROJECT INFORMATION**

Data source(s) for project information  Management/MLS

Project Description ☐ Detached ☐ Row or Townhouse ☐ Garden ☐ Mid-Rise ☒ High-Rise ☐ Other (describe)

| General Description of Project | | Subject Phase | # | If Project Completed | # | If Project Incomplete | # |
|---|---|---|---|---|---|---|---|
| # of Stories | 9 | Exterior Walls | Frame/Rock | Units | 79 | Phases | 1 | Planned Phases | |
| # of Elevators | 9 | Roof Surface | Zinc | Units Completed | 79 | Units | 79 | Planned Units | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Total # Parking | 112 | Units for Sale | 21 | Units for Sale | | Units for Sale | |
| Design (Style) | Condo | Ratio (spaces/unit) | 1.4 1 | Units Sold | 37 | Units Sold | 37 | Units Sold | |
| Actual Age (Yrs.) | 8 | Parking Type(s) | Prk Garage | Units Rented | Unkn | Units Rented | Unkn | Units Rented | |
| Effective Age (Yrs.) 5 | | Guest Parking | Avg | Owner Occup. Units | Unkn | Owner Occup. Units | Unkn | Owner Occup. Units | |

Project Primary Occupancy ☒ Principal Residence ☒ Second Home or Recreational ☐ Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No

Management Group ☐ Homeowners' Association ☐ Developer ☒ Management Agent (name of management agent or company)  Jeff Fruin (970) 790-6406 or jfruin@solarisresidences.com

Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No  If Yes, describe the original use and date of conversion.

Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown  Have the documents been reviewed? ☐ Yes ☒ No  Comments: These documents were not reviewed for this appraisal

Project Comments (condition, quality of construction, completion status, etc.): Thirty five percent of the project consists of commercial space. This commercial space consists of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink/putting green, a bank and numerous other retail shops

Common Elements and Recreational Facilities: Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

## GP CONDO

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

6/2007

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

CRC 001110

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

190703/Solans3EE19

**PROJECT ANALYSIS**

Summary of condominium project budget analysis for the current year (if analyzed).    The condominium budget was not reviewed for this appraisal

Other fees for the use of the project facilities (other than regular HOA charges):    The appraiser is unaware of any additional fees for the use of the project facilities.

Compared to other competitive projects of similar quality and design, the subject unit charge appears    [ ] High  [X] Average  [ ] Low    (If High or Low, describe)

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
[ ] Yes  [X] No    If Yes, describe and explain the effect on value and marketability    No condominium documents or HOA meeting minutes were reviewed for this appraisal.  The appraiser is unaware of any special or unusual characteristics of the project

Unit Charge: $ 2,717.54    per month X 12 = $ 32,610.48    per year.    Annual assessment charge per year per SF of GLA = $    19.90
Utilities included in the Unit Charge:   [ ] None [X] Heat [X] Air Conditioning [X] Electricity [X] Gas [X] Water [X] Sewer [X] Cable [ ] Other
Source(s) used for physical characteristics of property:   [X] New Inspection  [X] Previous Appraisal Files  [ ] MLS  [ ] Assessment and Tax Records  [X] Prior Inspection
[ ] Property Owner   [ ] Other (describe)    Data Source for Gross Living Area    Interior dimensions from prior inspection

**DESCRIPTION OF THE UNIT IMPROVEMENTS**

| General Description | Exterior Description | | Foundation | [X] N/A | Basement | [X] N/A | Heating | |
|---|---|---|---|---|---|---|---|---|
| Floor Location 3rd/Mid Level | Foundation | Concrete | Slab | | Area Sq. Ft. | | Type | In-floor radiant |
| # of Levels 1 | Exterior Walls | Frame/Rock | Crawl Space | | % Finished | | Fuel | NG |
| Design (Style) Condo | Roof Surface | Zinc | Basement | | Ceiling | | | |
| [X] Existing  [ ] Proposed | Gutters & Dwnspts | Yes | Sump Pump [ ] | | Walls | | Cooling | |
| [ ] Under Construction | Window Type | Wood-Alum clad | Dampness [ ] | | Floor | | Central | Yes |
| Actual Age (Yrs.) 9 | Storm/Screens | No/Yes | Settlement | | Outside Entry | | Other | |
| Effective Age (Yrs.) 5 | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic | [X] N/A | Amenities | | Car Storage | [ ] None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Wood-Stone-Carpet | Refrigerator | [X] | Stairs | [ ] | Fireplace(s) # 1 | Woodstove(s) # 0 | [X] Garage # | 1 |
| Walls | Plaster | Range/Oven | [X] | Drop Stair | [ ] | Patio | None | [ ] Covered # | 0 |
| Trim/Finish | Cherry/Stained | Disposal | [X] | Scuttle | [ ] | Deck | Yes | [ ] Open # | 0 |
| Bath Floor | Stone-Ceramic | Dishwasher | [X] | Doorway | [ ] | Porch | None | Total # of cars | 1 |
| Bath Wainscot | Stone-Ceramic | Fan/Hood | [X] | Floor | [ ] | Fence | None | [ ] Assigned | |
| Doors | Solid Cherry Stained | Microwave | [X] | Heated | [ ] | Pool | None | [X] Owned | |
| | | Washer/Dryer | [X] | Finished | [ ] | Balcony | None | Space #(s) Unassigned | |

Finished area above grade contains:    6 Rooms    2+D Bedrooms    2.1 Bath(s)    1,639 Square Feet of Gross Living Area Above Grade
Are the heating and cooling for the individual units separately metered?    [ ] Yes  [X] No (If No, describe)    This is typical of many large projects within the Vail marketplace.

Additional features.    See attached addendum.

Describe the condition of the property (including physical, functional and external obsolescence):    See attached addendum.

**TRANSFER HISTORY**

My research [ ] did  [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s): Eagle County records.

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing:    No prior sale is evident per Eagle County records. |
|---|---|
| Date: | |
| Price: | |
| Source(s). | |
| 2nd Prior Subject Sale/Transfer | |
| Date | |
| Price: | |
| Source(s) | |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited

**GP CONDO**

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    6/2007

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

CRC 001111

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

| SALES COMPARISON APPROACH TO VALUE (if developed) | | ☐ The Sales Comparison Approach was not developed for this appraisal. | | | | | |
|---|---|---|---|---|---|---|---|
| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
| Address | 141 E Meadow Dr # 3E East Vail, CO 81657 | 728 W Lionshead Cir # R308 Vail, CO 81657 | | 610 W Lionshead Cir # 517 Vail, CO 81657 | | 141 E Meadow Dr # 6E West Vail, CO 81657 | |
| Project | Solaris Residences | Ritz Carlton Residences | | Landmark Vail | | Solaris Residences | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0.96 miles W | | 0.78 miles W | | 0.05 miles W | |
| Sale Price | $ | | $ 2,560,000 | | $ 2,225,000 | | $ 2,780,000 |
| Sale Price/GLA | $ /sq.ft. | $ 1,679.79 /sq.ft. | | $ 1,397.61 /sq.ft. | | $ 1,597.70 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#934199,DOM 53 | | VBRMLS#V314309,DOM 3643 | | VBRMLS#934477,DOM 27 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing Concessions | | Cash Furnished | -25,000 | Cash None | 0 | Conventional Furnished | -25,000 |
| Date of Sale/Time | | 04/23/2019 | | 01/24/2018 | | 04/30/2019 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Lionshead | | Lionshead | | Vail Village | |
| HOA Fees ($/Month) | 2,717.54 | 2,570.00 | | 1,163.00 | | 2,850.00 | |
| Common Elements and Recreational Facilities | Pool, Spa, Lobby Athletic facilities | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | |
| Floor Location | 3rd/Mid Level | 5th/Mid Level | 0 | 5th/Top Level | -35,000 | 6th/Mid Level | 0 |
| View | Gd/Mtn/Restricted | Gd/Mtn/Lionshead | +184,000 | Gd/Ski/Lionshead | +166,000 | Good/Mtn | -417,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | VrGd-Excellent | |
| Age | 8 yrs, 5 eff | 9 yrs, 5 eff | | 9 yrs, 2 eff | -96,000 | 9 yrs, 5 eff | |
| Condition | Average Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6 2+D 2.1 | 5 2 3.0 | -17,500 | 5 2 3.0 | -17,500 | 5 2 2.1 | 0 |
| Gross Living Area | 1,639 sq.ft. | 1,524 sq.ft. | +115,000 | 1,592 sq.ft. | +47,000 | 1,740 sq.ft. | -101,000 |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | Patio | Deck | | Deck | | Deck | |
| Net Adjustment (Total) | | ☒ + ☐ − $ | 256,500 | ☒ + ☐ − $ | 64,500 | ☐ + ☒ − $ | -543,000 |
| Adjusted Sale Price of Comparables | | Net 10.0 % Gross 13.3 % $ | 2,816,500 | Net 2.9 % Gross 16.2 % $ | 2,289,500 | Net 19.5 % Gross 19.5 % $ | 2,237,000 |

Summary of Sales Comparison Approach   All comparable data is obtained from Eagle County Clerk and Assessor, the local Multiple Listing service and/or involved parties.  See attached addendum for comments on the sales comparison approach.

*(left vertical label)* SALES COMPARISON APPROACH

Indicated Value by Sales Comparison Approach $  2,340,000

Copyright© 2007 by a la mode, inc  This form may be reproduced unmodified without written permission, however, a la mode, inc  must be acknowledged and credited

**GP CONDO**

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001112

Page # 5 of 26

190703/Solans3EE19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)**  ☒ The Income Approach was not developed for this appraisal

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 141 E Meadow Dr # 3E East Vail, CO 81657 | | | |
| Project | Solaris Residences | | | |
| Phase | N/A | | | |
| Proximity to Subject | | | | |
| Current Monthly Rent | $ | $ | $ | $ |
| Rent/GLA | $        /sq ft | $        /sq.ft. | $        /sq ft | $        /sq.ft. |
| Rent Control | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Data Source(s) | | | | |
| Date of Lease(s) | | | | |
| Location | Vail Village | | | |
| View | | | | |
| Age | 8 yrs, 5 eff | | | |
| Condition | Average Good | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | Total Bdrms Baths | Total Bdrms Baths |
| Room Count | 6   2+D   2.1 | | | |
| Gross Living Area | 1,639 sq.ft. | sq.ft. | sq.ft. | sq.ft. |
| Utilities Included | | | | |

Summary of Income Approach (including support for market rent and GRM)

Opinion of Monthly Market Rent $ .  N/A   X Gross Rent Multiplier   0.00   = $                Indicated Value by Income Approach

## COST

**COST APPROACH TO VALUE (if developed)**   ☒ The Cost Approach was not developed for this appraisal.

Summary of Cost Approach

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $  2,340,000   Cost Approach (if developed) $          Income Approach (if developed) $

Final Reconciliation   The Sales Comparison Approach is typically the most reliable indicator in the valuation of individual condominium units.  The Cost and Income Approach are not considered reliable

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $   2,340,000   , as of:   06/19/2019   , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report.  See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains   26   pages, including exhibits which are considered an integral part of this report.  This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
☒ Scope of Work        ☒ Limiting Cond./Certifications   ☒ Narrative Addendum      ☒ Photograph Addenda      ☒ Sketch Addendum
☒ Map Addenda          ☐ Additional Sales               ☐ Additional Rentals      ☐ Flood Addendum           ☐ Hypothetical Conditions
☐ Extraordinary Assumptions  ☐ Budget Analysis          ☐

Client Contact:  Rob Glucksman          Client Name.   Colorado Regional Center Project Solans, LLLP
E-Mail.  rglucksman@coloradoregionalcenter.com    Address.   1644 Platte St., Suite 417, Denver, CO 80202

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name.   Angelo Laria | Supervisory or Co-Appraiser Name. |
| Company.   Angelo's Appraisal Inc | Company. |
| Phone: (970) 845-5056      Fax: (970) 845-9472 | Phone:          Fax. |
| E-Mail: Angelosappraisal@comcast.net | E-Mail. |
| Date of Report (Signature):  08/02/2019 | Date of Report (Signature): |
| License or Certification #:  CR1318912   State:  CO | License or Certification #:          State. |
| Designation   Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification:  12/31/2019 | Expiration Date of License or Certification |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection.  06/19/2019 | Date of Inspection: |

**GP CONDO**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited
Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE       6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001113

190703/Solaris3EE19

## ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | +(−) $ Adjust | COMPARABLE SALE # 5 | +(−) $ Adjust | COMPARABLE SALE # 6 | +(−) $ Adjust |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr # 3E East Vail, CO 81657 | 701 W Lionshead Cir # E506 Vail, CO 81657 | | 675 Lionshead Pl # 330 Vail, CO 81657 | | 141 E Meadow Dr # 1A South Vail, CO 81657 | |
| Project | Solaris Residences | The Lion | | Arrabelle at Vail Square | | Solaris Residences | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0.85 miles W | | 0.74 miles W | | 0.06 miles W | |
| Sale Price | $ | $ 2,000,000 | | $ 3,400,000 | | $ 4,550,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 1,291.16 /sq.ft. | | $ 1,606.81 /sq.ft. | | $ 1,770.43 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#934506,DOM 68 | | VBRMLS#931500;DOM 11 | | VBRMLS#V322313;DOM 2168 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust | DESCRIPTION | +(−) $ Adjust | DESCRIPTION | +(−) $ Adjust |
| Sales or Financing | | Cash | | Cash | | Cash | |
| Concessions | | HOA Credit/Furn | -35,788 | Furnished | -25,000 | Furnished | -25,000 |
| Date of Sale/Time | | 06/12/2019 | | 03/30/2018 | | 06/13/2019 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Lionshead | | Lionshead | | Vail Village | |
| HOA Fees ($/Month) | 2,717.54 | 1,798.00 | | 2,545.00 | | 4,209.00 | |
| Common Elements and Recreational Facilities | Pool, Spa, Lobby Athletic facilities | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | |
| Floor Location | 3rd/Mid Level | 5th/Mid Level | 0 | 3rd/Mid Level | 0 | 1st/Lower Level | 0 |
| View | Gd/Mtn/Restricted | Gd/Hwy/Lionshead | +275,000 | Good/Mtn/Nr Slope | -760,000 | Good/Mtn | -1,070,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | Very Good | +155,000 | VrGd-Excellent | | VrGd-Excellent | |
| Age | 8 yrs, 5 eff | 3 yrs, 1 eff | -124,500 | 11 yrs, 6 eff | +42,500 | 9 yrs, 5 eff | |
| Condition | Average Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths |
| Room Count | 6 | 2+D | 2.1 | 5 | 2 | 3.0 | -17,500 | 5 | 2 | 3 0 | -17,500 | 6 | 3 | 3 1 | -35,000 |
| Gross Living Area | 1,639 sq.ft. | 1,549 sq.ft. | +90,000 | 2,116 sq.ft. | -477,000 | 2,570 sq.ft. | -931,000 |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | Patio | Deck | | Deck | | Deck | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ − | $ 342,212 | ☐ + ☒ − | $ -1,237,000 | ☐ + ☒ − | $ -2,061,000 |
| Adjusted Sale Price of Comparables | | Net 17.1 % Gross 34.9 % | $ 2,342,212 | Net 36.4 % Gross 38.9 % | $ 2,163,000 | Net 45.3 % Gross 45.3 % | $ 2,489,000 |

SALES COMPARISON APPROACH

Summary of Sales Comparison Approach

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.

GP CONDO

CRC 001114

Page # 7 of 26

190703/Solaris3EE19

File No.:

# ADDITIONAL COMPARABLE SALES

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | | COMPARABLE SALE # 8 | | COMPARABLE SALE # 9 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr # 3E East | 141 E Meadow Dr # 7E East | | | | | |
| | Vail, CO 81657 | Vail, CO 81657 | | | | | |
| Project | Solans Residences | Solans Residences | | | | | |
| Phase | N/A | N/A | | | | | |
| Proximity to Subject | | Less than 0 01 miles | | | | | |
| Sale Price | $ | $ | 3,250,000 | $ | | $ | |
| Sale Price/GLA | $ /sq.ft. | $ 1,649.75 /sq.ft. | | $ /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#934805,DOM 73 | | | | | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(–) $ Adjust | DESCRIPTION | +(–) $ Adjust. | DESCRIPTION | +(–) $ Adjust |
| Sales or Financing | | Listing | | | | | |
| Concessions | | Furnished | -25,000 | | | | |
| Date of Sale/Time | | Active | -65,000 | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | Vail Village | Vail Village | | | | | |
| HOA Fees ($/Month) | 2,717.54 | 3,304 33 | | | | | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | | | | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | | | | |
| Floor Location | 3rd/Mid Level 1 | 7th/Mid Level | 0 | | | | |
| View | Gd/Mtn/Restricted | Good/Mtn | -417,000 | | | | |
| Design (Style) | Condo | Condo | | | | | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | | | | |
| Age | 8 yrs, 5 eff | 9 yrs, 5 eff | | | | | |
| Condition | Average Good | Very Good | | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6 2+D 2.1 | 5 2 2.1 | 0 | | | | |
| Gross Living Area | 1,639 sq.ft. | 1,970 sq ft | -331,000 | sq. ft. | | sq. ft. | |
| Basement & Finished | None | None | | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Parking | 1 prkng garage | 1 prkng garage | | | | | |
| Porch/Patio/Deck | Patio | Deck | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ – $ | -838,000 | ☐ + ☐ – $ | | ☐ + ☐ – $ | |
| Adjusted Sale Price | | Net 25.8 % | | Net % | | Net % | |
| of Comparables | | Gross 25 8 % $ | 2,412,000 | Gross % $ | | Gross % $ | |

Summary of Sales Comparison Approach

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited
Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

6/2007

Civil Action No 1:19-cv-02443-STV

Exhibit 13

GP CONDO

CRC 001115

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | |



**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472

## ADDENDUM TO THE APPRAISAL OF:
141 E Meadow Drive, #3E East
Residences at Solaris-Vail Unit 3E East
Vail, Colorado 81657
Eagle County, Colorado

## Purpose of the Appraisal
The purpose of this appraisal is to provide an opinion of the market value of the subject property, in an "as is" condition and a fee simple estate.

## Client and Intended Users:
This appraisal report is intended for the use by Colorado Regional Center Project Solaris, LLLP. No other use of this appraisal is permitted.

## Intended Use:
The appraisal report is to determine a current opinion of value for the Colorado Regional Center Project Solaris, LLLP only and is not for any other use.

## Scope of Work
### Extent of the Appraisal Process
The appraisal of the subject property includes a physical observation of the interior and exterior of the subject property along with data on file with the Eagle County Assessor's office as of the date of this appraisal. An examination of market factors, recent transactions, a locational analysis of the home site and neighborhood, an economic analysis of the market and other pertinent data that may have an influence on the property were reviewed. Sales and related information utilized in this report are gathered from the local multiple listing service and public records. They are confirmed whenever possible with the involved parties, are the best available and the most recent sales which represent various aspects of the subject's market appeal. When conflicting information was provided the source deemed most reliable was used. All of this information is compiled and analyzed before a final opinion of value is determined.

The appraisal is in compliance with the guidelines set forth by:
Federal Financial Institutions Reform Recovery and Enforcement Act of 1989 (FIRREA)
Uniform Standards of Professional Appraisal Practices (USPAP)

## Type of Appraisal and type of Appraisal Report:
This appraisal is an "Appraisal Report" that is presented on the General Purpose Condo form.

## Property Observation
The appraiser completed an interior and exterior observation of the subject property. This observation is not the same as a home inspection and did not include a viewing of the crawl space and attic area of the home (if applicable). It is based on the observations of an appraiser who visited the property and does not include a physical analysis of the major components of the home. The appraiser is not a mechanical engineer, electrical engineer, environmental engineer or structural engineer. Therefore, no warranty of the components which include, but are not limited to, the electrical, plumbing, heating, structural, and roofing are made or implied. All the above mentioned systems are presumed to be in working condition with the opinion of value herein subject to that assumption. Furthermore, no analysis of environmental conditions, including but not limited to, moisture, mold and radon gas has been made or implied. It is assumed no adverse environmental conditions exist with the opinion of value herein subject to that assumption.

## Supplemental Addendum
File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County | Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

**Gramm-Leach-Bliley Act of 1999**
In compliance with the Gramm-Leach Bliley Act, the appraiser does not disclose any non-public personal information that is not specifically permitted by law.

**Competency**
The appraiser has the competency and appropriate knowledge, training, and experience to complete this assignment.

**Extraordinary Assumptions or Hypothetical Conditions:**
No extraordinary assumptions or hypothetical conditions were utilized in the report.

**Prohibited Influences**
The appraisal assignment was not based upon a requested minimum valuation, specific valuation, or approval of a loan. Employment and compensation are not contingent upon the reporting of a predetermined value, a direction of the value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event.

**Definition of Market Value**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1) Buyer and seller are typically motivated;
2) Both parties are well informed or well advised, and each acting in what they consider their own best interests;
3) A reasonable time is allowed for exposure in the open market;
4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto;
5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
(Per Uniform Standards of Professional Appraisal Practice 2018-2019 USPAP Pg 153).

## Area and Neighborhood Comments
The subject property is located in the Vail Village portion of the town of Vail. Vail is located about 100 miles west of Denver along Interstate 70, in a narrow mountain valley situated against the west side of the Gore mountain range.

The first development corresponded with the opening of the Vail ski area in 1962. This is when completion of the first lifts and support facilities were built on what were previously ranch lands. Development in the region has steadily expanded over the years to the east and west. This has created an area of development thirty miles long that contains three ski areas, numerous golf courses, and extensive commercial and residential development. These factors have transformed the area into a four season resort, which has allowed for national and international appeal.

Vail Village is modeled after European villages with a large pedestrian core that contains extensive dining, entertainment and shopping facilities. Uses within the village consist predominantly of resort commercial and condominiums, most dating to the 60's and 70's. Since the area is built-out many properties are undergoing extensive renovations with demolition and rebuilding occurring in some instances. Vail Village properties typically exhibited high values and good marketability to second and third home recreational buyers attracted to Vail's renowned recreation amenities. Appeal is enhanced by good views of the Gore Mountain Range and Gore Creek which runs through the village.

Also present at the eastern edge of the Vail Village area is the Gold Peak base area. This base area which recently underwent an extensive renovation consists of two chair lifts and two commercial buildings. These buildings house lift ticket offices, ski school facilities, ski rental shops, restaurants, parking facilities and a base lodge.

CRC 001117

## Supplemental Addendum

| Borrower | Not Applicable | | | | | File No. | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County Eagle | | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | | |

## Market Trends/Conditions

During 2000 to 2001 sales declined and inventory increased causing a stabilization of values. From 2001 to mid-2006 rapid appreciation occurred. Then in 2008 values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

## Subject Project Comments

**Location:** The project site is located south of the South Frontage Road on East Meadow Drive at its intersection with Willow Bridge Road. This location is within the central core of Vail Village enhancing its overall appeal. It should be noted that the subject project represents the upper end of quality within the central village. This project is considered a "Condotel" as it has many of the amenities of a luxury hotel including the ability to have nightly rentals through the front desk.

**Year of construction:** Construction of the subject project began in 2007 with completion in 2010. This was after the demolition of the Crossroads Mall which previously occupied the site.

**Association Fees:** Currently the association fees for the subject unit are $2,717.54 per month. It should be noted that presently there are no special assessments.

**Project Size/Configuration:** The project consists of 79 residential condominium units within approximately 202,000 square feet. There also is 70,000 square feet of commercial space that is comprised of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink, a bank and numerous other retail shops. Also present are 307 parking spaces within an underground parking garage.

**Project amenities:** Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**Parking facilities:** There are a total of 307 parking spaces in the project's garage of which 112 are designated for the residential condominium units.

**Views:** The subject project has average to excellent views of the surrounding mountains and the ski slopes depending on the location within the project. Units on the north side of the building do not have ski slope views while southern facing units have good to excellent ski slope and mountain views.

**Surrounding uses:** Neighboring properties consist of a mix of improved multi-family, hotel and commercial projects.

**Topography:** Level to sloping

**Adverse conditions/easements:** No unusual or adverse conditions or easements were visually apparent or known by the appraiser.

**Vegetation:** The landscaping consists of grass, trees, shrubs and flowers.

## Subject Unit

**Structure/condition:** The subject property is a residential condominium dwelling that contains two bedroom plus a den and two and one half baths within 1,639 square feet of living space on one level. Also present is an undetermined amount of patio area and a parking space in the project's parking garage. The dwelling's floor plan exhibits good traffic flow and space utilization. Condition was observed to be good with an effective age of 5 years due to some updating after its use as an office for Colorado Regional Center Project Solaris, LLLP. No functional or external losses were noted.

**Quality of construction:** Quality of construction was noted to be very good to excellent with a high level of materials and workmanship being noted.

**Views:** The subject unit has good mountain views from its position on the northern aspect of the building. It lacks ski slope views and has both sonic and visual impacts from the nearby interstate. Additionally it has restricted views due to the shrubbery and a vent stack from the parking garage.

CRC 001118

## Supplemental Addendum

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Not Applicable | | | | | File No. |
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | |

## Ownership and Sales History

**Present owner per public records:** Solaris Property Owner I LLC.

**Acquisition date:** None per Eagle County records.

**Recent activity:** No sale of the subject is evident per Eagle County records.

## Highest and Best Use

Highest and best use may be defined as:

*"The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value."*

The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, this development was built from 2007 through 2010 after the original Crossroads Mall development had been demolished.

## Approaches to Value

There are three approaches to arriving at an opinion of value in the appraisal process. These are the Cost Approach, the Sales Comparison Approach and the Income Capitalization Approach. They are described as follows:

The *Cost Approach* is based on the presumption that the value of a property is indicated by the current cost of the vacant building site plus the cost to construct a similar property, less depreciation. These forms of depreciation consist of physical deterioration, functional obsolescence and external obsolescence.

The *Sales Comparison* approach is the process of comparing the subject property to sales of similar competing properties. Adjustments are made for differences in size, location and other market recognized differences.

The *Income Capitalization* approach is based on the measurement of the present value of future benefits. This is arrived at through a process of capitalizing economic or contract rent into an indication of value using market derived rents and market derived capitalization rates.

The appraiser has made a reasonable effort to employ each of the three approaches to value. In this valuation the Sales Comparison Approach was primarily relied upon in forming the final opinion of value. Although the resort nature of the subject marketplace has many examples of units utilized for long and short term rental purposes, the income often does not offset the cost of ownership. Therefore, the income associated with rental use has little bearing on prices paid for properties in the subject marketplace. Rental income is often secondary or inconsequential among purchaser's criteria with data for market rents and multipliers being diverse and inconsistent. As a result, while considered, the Income Approach was not utilized in this report. The cost approach has no meaningful basis for application in the valuation of individual multi-family interests in the local marketplace, and is omitted from discussion.

## Sales Comparison Approach

Although some of the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties which represent various aspects of the subject's market appeal.

**Comparable 1** is a very recent sale of a slightly smaller unit with a less marketable location within the competing Ritz Carlton project. The unit has similar northern views but is within the less marketable Lionshead portion of Vail. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath

## Supplemental Addendum

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County Eagle | | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | | |

File No

count and furnishings that were included in the sale. This sale provides excellent overall similarity to the subject.

**Comparable 2** is a dated sale of a slightly smaller unit from the competing Landmark Vail project. The unit has more marketable ski slope views but is within the less marketable Lionshead portion of town. It has a more marketable top level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 2 years. Although the unit was 9 years old it reportedly had never been lived in. An additional adjustment was required for bath count. This sale also provides excellent overall similarity to the subject.

**Comparable 3** is a very recent sale of a larger unit from the subject project. This unit has less restricted views from its location on the northern aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. An additional adjustment was required for furnishings that were included in the sale. This sale is divergent in terms of view but provides good similarity in all other aspects. It is the second most recent sale.

**Comparable 4** is a very recent sale of a slightly smaller unit from the competing Lion project. The unit has similar views but is in the less marketable Lionshead portion of Vail. Quality of construction was rated as very good which was adjusted at a rate of $100 per square foot. Condition was reported to be very good with and effective age of 1 year due to some short term rental use. Additional adjustments were required for bath count, furnishings that were included in the sale and a $10,788 HOA credit the seller gave the buyer at closing. This sale is divergent in terms of view but provides good similarity in all other aspects.

**Comparable 5** is a dated sale of a larger unit from the competing Arrabelle at Vail Square project. The unit has a more marketable location at the base of the Lionshead gondola and chair lift. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 6 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is divergent in terms of view and gross living area but provides good similarity in all other aspects.

**Comparable 6** is a very recent sale of a larger unit with more marketable views from the subject project. The unit has less restricted views and interstate impacts from its location on the western aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is the most recent project sale.

**Comparable 7** is a listing of a larger unit from the subject project. This unit has less restricted views from its location on the northern aspect of the building. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for furnishings that are to be included in the sale and a list to sales price adjustment. The list to sales price ratio adjustment utilized in the report is based on the median sale price as a percent of list price from the analysis that was completed to determine the current market conditions.

**Due to the lack of recent sales of similar properties from within the subject neighborhood, it was necessary to utilize sales with sales prices that were greater than 15% more or less than the subject's opinion of value.**

## Comments on Adjustments to Sales

Please note the following criteria utilized for the adjustments in the sales comparison approach:

**Market Conditions adjustment:** All condominium sales that sold for more than $2,000,000 within the Vail Village and Lionshead markets were analyzed. The current twelve month period indicates a median sales price of $3,412,500 based on 38 sales ranging from $2,000,000 to $10,500,000. The prior twelve month period indicates a median sales price of $3,400,000 based on 45 sales ranging from $2,075,000 to

## Supplemental Addendum

| | | | | | File No. |
|---|---|---|---|---|---|
| Borrower | Not Applicable | | | | |
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | |

$14,000,000. This indicates a slight increase of 0.35% over the twelve month period or a relatively stable market. Therefore no market condition adjustments were made in this report.

**View and floor location adjustments:** Derived from sales of properties with varying appeal and locational characteristics, based on matched pair analysis.

**Quality adjustments:** Based on estimated cost differences, together with cost to cure approximations, when appropriate. Secondary support is provided via conversations with involved parties regarding the effect of differing quality on purchase prices.

**Age and condition characteristics:** These are combined into one adjustment with consideration given to each property's actual and effective ages. Typical condition adjustments for properties in average condition are estimated at about 1.5% per year, reflecting a total estimated life of about 65 years in a straight line age/life analysis. Properties differing in their effective ages are assigned greater or lesser amounts of adjustment based on their relative condition, together with consideration of cost-to-cure estimation, if appropriate. Therefore, an estimated per square foot cost to build is multiplied by the square footage of the comparable to arrive at an estimated cost to build. This figure is then multiplied by the difference in the effective age (difference between the subject's effective age and the comparables effective age) then multiplied by the aforementioned 1.5% to arrive at the age/condition adjustment.

**Room count:** $35,000 per bathroom, based on matched pair analysis. No bedroom count adjustment was evident in the available market data.

**Gross living area:** Differences in gross living area are adjusted at $1,000 per square foot in this report, which is indicative of the sensitivity to size that this marketplace is presently tending to exhibit.

**Homeowners Association Fees:** HOA fees are often based on the size of the unit along with the level and quality of the project's amenities. Sometimes these fees include heat for not only the common area but each individual unit. As a result these fees can vary between units within the same project along with units from competing projects, making an adjustment for these items very difficult to extract from the available data. The more amenities and/or the higher quality of amenities results in higher fees. An analysis of the market data did not readily display an adjustment for the difference between HOA fees of each comparable, therefore no adjustments were made.

**The appraiser recognizes that some of these comparables have larger than typical individual, net and/or gross adjustments. It should be pointed out that variations like this are a common occurrence in this marketplace. Differences in gross living area, quality, conditions, location, etc. often vary substantially from property to property while at the same time maintaining a level of common appeal. Even with these adjustments the sales cited are considered to be similar in appeal, adequately reliable, the best available indicators of subject value.**

## Estimate of Reasonable Exposure Time

A reasonable Exposure Time may be defined as "the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal" Implicit in this definition are the following characteristics:

The property will be actively exposed and aggressively marketed to potential purchasers. This marketing is to be directed through marketing channels commonly used by buyers and sellers of similar type properties.

The property will be offered at a price reflecting the most probable markup over market value used by sellers of similar type properties.

A sale will consummate under terms and conditions of the definition of market value.

An examination of recent sales activity within the subject marketplace reflects a wide range of typical exposure times. Purchase mortgage funds are readily available for properties within the subject area, and a

## Supplemental Addendum

| Borrower | Not Applicable | | | | File No | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | | |

significant number of sales close under all cash terms. An exposure time estimate for the subject property of twelve to twenty four months is considered realistic in the present market.

## Final Value Indication

Although some of the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties. The adjusted data provides good similarity to the subject property and a range of indications from $2,163,000 to $2,816,500. Comparable one is the most similar to the subject property. Comparables three and six are the most recent project sales. Therefore, with support from the other comparables, a value of $2,340,000 is selected and considered reasonable and supportable in the current marketplace. The opinion of value of the subject property is above the predominant value within the subject marketplace. This is typical of the proximal area due to the large disparity in terms of gross living area, condition, views and quality of construction. An analysis of the market data does not indicate that there is an effect on the marketability of the subject due to its correspondence to the predominate value.

## Furnishings and other Personal Property

The subject property is appraised unfurnished with no contribution given to any furnishings, personal property, or intangible items that are not real property. Fixtures, such as built-in appliances, window coverings, wall and floor coverings, electrical fixtures and plumbing fixtures are typically considered as real property in the valuation of residential property, and are included in the value assigned herein.

## Subject Photo Page

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |



**Subject Front**

| | |
|---|---|
| 141 E Meadow Dr | |
| Sales Price | |
| Gross Living Area | 1,639 |
| Total Rooms | 6 |
| Total Bedrooms | 2+D |
| Total Bathrooms | 2 1 |
| Location | Vail Village |
| View | Gd/Mtn/Restricted |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 8 yrs, 5 eff |



**Subject Rear**



**Subject Street**

Form PIC3x5 SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001123

**Photograph Addendum**

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



**Main living area**



**Dining**



**Kitchen**



**Bedroom**



**Bedroom**



**Bath**



**Bath**



**Bath**



**Den**



**View**



**View**

Form PIC15 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001124

# Comparable Photo Page

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | |



### Comparable 1

| | |
|---|---|
| 728 W Lionshead Cir # R308 | |
| Prox. to Subject | 0 96 miles W |
| Sale Price | 2,560,000 |
| Gross Living Area | 1,524 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Mtn/Lionshead |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 2

| | |
|---|---|
| 610 W Lionshead Cir # 517 | |
| Prox. to Subject | 0.78 miles W |
| Sale Price | 2,225,000 |
| Gross Living Area | 1,592 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Ski/Lionshead |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 2 eff |



### Comparable 3

| | |
|---|---|
| 141 E Meadow Dr # 6E West | |
| Prox. to Subject | 0.05 miles W |
| Sale Price | 2,780,000 |
| Gross Living Area | 1,740 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |

Form PIC3x5 CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001125

## Comparable Photo Page

| | |
|---|---|
| Borrower | Not Applicable |
| Property Address | 141 E Meadow Dr |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | |



**Comparable 4**

| | |
|---|---|
| 701 W Lionshead Cir # E506 | |
| Prox. to Subject | 0.85 miles W |
| Sale Price | 2,000,000 |
| Gross Living Area | 1,549 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Hwy/Lionshead |
| Site | Typical/Condo |
| Quality | Very Good |
| Age | 3 yrs, 1 eff |



**Comparable 5**

| | |
|---|---|
| 675 Lionshead Pl # 330 | |
| Prox. to Subject | 0.74 miles W |
| Sale Price | 3,400,000 |
| Gross Living Area | 2,116 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3 0 |
| Location | Lionshead |
| View | Good/Mtn/Nr Slope |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 11 yrs, 6 eff |



**Comparable 6**

| | |
|---|---|
| 141 E Meadow Dr # 1A South | |
| Prox. to Subject | 0.06 miles W |
| Sale Price | 4,550,000 |
| Gross Living Area | 2,570 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001126

## Comparable Photo Page

| | |
|---|---|
| Borrower | Not Applicable |
| Property Address | 141 E Meadow Dr |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | |



### Comparable 7

| | |
|---|---|
| | 141 E Meadow Dr # 7E East |
| Prox. to Subject | Less than 0.01 miles |
| Sale Price | 3,250,000 |
| Gross Living Area | 1,970 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |

### Comparable 8

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Comparable 9

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

Form PICPIX.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001127

## Building Sketch (Page - 1)

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | | |



18'    1'    2.7'    PATIO

11.5'

Bedroom

2.7'

0.6'

Main living area

18.5'

46.5'    Bath

6.6'    0.87'

11.5'

Kitchen    Dining

Bedroom

Den

12'

14.8''    7.1'    Entry    Half Bath    Bath    5.78'

**First Floor**
[1639.06 Sq ft]

20.88'

TOTAL Sketch by a la mode, inc.

CRC 001128

## Building Sketch (Page - 2)

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | |

TOTAL Sketch by a la mode, inc

### Area Calculations Summary

| Living Area | | Calculation Details |
|---|---|---|
| First Floor | 1639 06 Sq ft | 0.5 × 16.26 × 8.13 = 66 12 |
| | | 0.5 × 0.35 × 0.35 = 0.06 |
| | | 17 13 × 0.35 = 6 06 |
| | | 23 27 × 6.25 = 145 34 |
| | | 41 77 × 0.6 = 25 06 |
| | | 0.5 × 8.13 × 8.13 = 33.06 |
| | | 44.47 × 8.13 = 361 6 |
| | | 52 6 × 2 7 = 142.02 |
| | | 53 6 × 3.2 = 171 52 |
| | | 46.5 × 14.8 = 688 2 |
| **Total Living Area (Rounded):** | **1639 Sq ft** | |

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001129

**Location Map**

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County | Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | | |



Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001130

190703/Solaris3EE19

## Assumptions, Limiting Conditions & Scope of Work

Page # 23 of 26

File No.:

| Property Address: | 141 E Meadow Dr | | City: Vail | | State: CO | Zip Code: 81657 |
|---|---|---|---|---|---|---|
| Client: | Colorado Regional Center Project Solaris, LLLP | Address: | 1644 Platte St., Suite 417, Denver, CO 80202 | | | |
| Appraiser: | Angelo Loria | | Address: | PO Box 4175, Avon, CO 81620-4175 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis

of it being under responsible ownership.
- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch
is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.
- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other
data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.
- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.
- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best
use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction
with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance
value, and should not be used as such.
- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence
of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the
normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous

wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of
the property.
- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items

that were furnished by other parties.
- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.
- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.
- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the

client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements
applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.
- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.
- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence
of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors
are encouraged to engage the appropriate type of expert to investigate.


**The Scope of Work** is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by
the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.


Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

**GP RESIDENTIAL**

190703/Solaris3EE19
Page # 24 of 26

# Certifications

File No.:

| Property Address: | 141 E Meadow Dr | | City: Vail | | State: CO | Zip Code: 81657 |
|---|---|---|---|---|---|---|
| Client: | Colorado Regional Center Project Solans, LLLP | Address: | 1644 Platte St , Suite 417, Denver, CO 80202 | | | |
| Appraiser: | Angelo Loria | Address: | PO Box 4175, Avon, CO 81620-4175 | | | |

**APPRAISER'S CERTIFICATION**

**I certify that, to the best of my knowledge and belief:**

- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

**DEFINITION OF MARKET VALUE *:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: Rob Glucksman | | Client Name Colorado Regional Center Project Solaris, LLLP . |
|---|---|---|
| E-Mail: rglucksman@coloradoregionalcenter.com | Address: | 1644 Platte St , Suite 417, Denver, CO 80202 |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Angelo Loria | Supervisory or Co-Appraiser Name |
| Company: Angelos Appraisal Inc | Company: |
| Phone: (970) 845-5056     Fax: (970) 845-9472 | Phone:                Fax: |
| E-Mail: Angelosappraisal@comcast net | E-Mail: |
| Date Report Signed: 08/02/2019 | Date Report Signed: |
| License or Certification #: CR1318912     State CO | License or Certification #:                State: |
| Designation  Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 12/31/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection: 06/19/2019 | Date of Inspection: |

**GP RESIDENTIAL**

Copyright© 2007 by a la mode inc  This form may be reproduced unmodified without written permission, however, a la mode, inc  must be acknowledged and credited

Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001132

# USPAP ADDENDUM

190703/Solans3EE19

File No

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender | | | | | | |

---

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report          This report was prepared in accordance with USPAP Standards Rule 2-2(a)

☐ Restricted Appraisal Report   This report was prepared in accordance with USPAP Standards Rule 2-2(b)

---

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:     12 to 24 months

---

**Additional Certifications**

I certify that, to the best of my knowledge and belief:

☐ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☒ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).
- **Prior appraisals of this unit were completed by the appraiser on 8/2/16, 4/25/17, 10/3/17, 4/4/18 and 11/06/2018.**

---

**Additional Comments**

**No undue influence was placed on the appraiser during the development of this report.**

---

| APPRAISER: | SUPERVISORY APPRAISER: (only if required) |
|---|---|
| Signature: | Signature |
| Name:  Angelo Loria | Name |
| Date Signed:  08/02/2019 | Date Signed: |
| State Certification #.  CR1318912 | State Certification #. |
| or State License #: | or State License #: |
| State.  CO | State. |
| Expiration Date of Certification or License:  12/31/2019 | Expiration Date of Certification or License. |
| Effective Date of Appraisal  06/19/2019 | Supervisory Appraiser Inspection of Subject Property: |
| | ☐ Did Not   ☐ Exterior-only from Street   ☐ Interior and Exterior |

Form ID14AP - "TOTAL" appraisal software by a la mode, inc - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001133

**Appraisers License**

Angelo Joseph Loria
Po Box 4175
Avon, CO 81620

**State of Colorado**
**Department of Regulatory Agencies**
**Division of Real Estate**

**Board of Real Estate Appraisers**

Angelo Joseph Loria

Certified Residential Appraiser

*Marcia Waters*
Director: Marcia Waters

License #: CR.001318912
Status: Active
Expires: 12/31/2019

C O P Y

For the most up to date information regarding this credential, visit http://dora.colorado.gov/dre

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001134



**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472

Re: Property:   141 E Meadow Dr
                Vail, CO 81657
    Borrower:    Not Applicable
    File No :    190702/SolarisPhCE19

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you

Sincerely,

Angelo Luria

Angelo's Appraisal, inc (970) 845-5056

190702/SolarisPhCE19

| Page 2 of 26 |
|---|

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

**SUBJECT**

Property Address: 141 E Meadow Dr       Unit #: PhC East       City: Vail       State: CO
Zip Code: 81657       County: Eagle       Legal Description: Residences at Solaris-Vail Unit   Penthouse C East
Assessor's Parcel #: 2101-082-94-070
Tax Year: 2018       R.E. Taxes: $17,924.92       Special Assessments: $0       Borrower (if applicable): Not Applicable
Current Owner of Record: Solaris Property Owner I LLC       Occupant: ☐ Owner ☒ Tenant (Market Rent) ☐ Tenant (Regulated Rent) ☐ Vacant
Project Type: ☒ Condominium ☐ Other (describe)       HOA: $1,922.16 ☐ per year ☒ per month
Market Area Name: Vail Village       Map Reference: 20780       Census Tract: 0007 02
Project Name: Solaris Residences       Phase: N/A

**ASSIGNMENT**

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)
Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
Intended Use: To provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP

Intended User(s) (by name or type): Colorado Regional Center Project Solaris, LLLP
Client: Colorado Regional Center Project Solaris, LLLP       Address: 1644 Platte St., Suite 417, Denver, CO 80202
Appraiser: Angelo Loria       Address: PO Box 4175, Avon, CO 81620-4175

**MARKET AREA DESCRIPTION**

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | Condominium Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit 5% | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner | | | 2-4 Unit 1% | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant | 640 Low 2 | | Multi-Unit 54% | * To |
| Demand/supply: | ☐ Shortage ☒ In Balance ☐ Over Supply | ☐ Vacant (0-5%) | 15,000 High 60 | | Comm'l 40% | |
| Marketing time: | ☐ Under 3 Mos. ☒ 3-6 Mos ☐ Over 6 Mos. | ☐ Vacant (>5%) | 2,000 Pred 30 | | % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The Vail Village area is bound by the Vail Golf Course on the east, Lionshead on the west, Interstate-70 on the north and Vail Ski Resort and slopes on the south. The immediate Vail Village area is built-out with extensive renovations and rebuilding after demolition. The area enjoys good marketability due to its excellent views and proximity to the main Vail base area and the Gold Peak base area. During 2000 to 2001 sales declined causing a stabilization of values. From 2001 to mid 2006 rapid appreciation occurred. Then the subject marketplace slowed and the values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

**PROJECT SITE DESCRIPTION**

Zoning Classification: Special Development District       Description: Public Accommodation
Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
Ground Rent (if applicable) $ N/A /       Comments: Not applicable

Highest & Best Use as improved (or as proposed per plans & specifications): ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: Residential Condominium       Use as appraised in this report: Residential Condominium
Summary of Highest & Best Use: The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was rebuilt and completed in 2010

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Density | Average |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Unknown | Street | Asphalt | ☒ | ☐ | Size • | Typical/Condo |
| Gas | ☒ | ☐ | Unknown | Curb/Gutter | Concrete | ☒ | ☐ | Topography | Level to sloping |
| Water | ☒ | ☐ | Unknown | Sidewalk | Concrete | ☒ | ☐ | View | Gd/Mtn/Restricted |
| Sanitary Sewer | ☒ | ☐ | Unknown | Street Lights | Electric | ☒ | ☐ | | |
| Storm Sewer | ☒ | • | Unknown | Alley | None | ☐ | ☐ | | |

Other site elements: ☐ Inside Lot ☒ Corner Lot ☐ Cul de Sac ☒ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X       FEMA Map # 08037C0469D       FEMA Map Date 12/4/2007
Site Comments: No adverse site conditions were evident at the time of observation.

**PROJECT INFORMATION**

Data source(s) for project information: Management/MLS
Project Description: ☐ Detached ☐ Row or Townhouse ☐ Garden • ☐ Mid-Rise ☒ High-Rise ☐ Other (describe)

| General Description of Project | | Subject Phase | # | If Project Completed | # | If Project Incomplete | # |
|---|---|---|---|---|---|---|---|
| # of Stories | 9 | Exterior Walls | Frame/Rock | Units | 79 | Phases | 1 | Planned Phases | |
| # of Elevators | 9 | Roof Surface | Zinc | Units Completed | 79 | Units | 79 | Planned Units | |
| ☒ Existing ☐ Proposed ☐ Und Cons. | | Total # of Parking | 112 | Units For Sale | 21 | Units for Sale | 21 | Units for Sale | |
| Design (Style) | Condo | Ratio (spaces/unit) | 1.4:1 | Units Sold | 37 | Units Sold | 37 | Units Sold | |
| Actual Age (Yrs.) | 8 | Parking Type | Prk Garage | Units Rented | Unkn | Units Rented | Unkn | Units Rented | |
| Effective Age (Yrs.) | 5 | Guest Parking | Avg | Owner Occup. Units | Unkn | Owner Occup Units | Unkn | Owner Occup. Units | |

Project Primary Occupancy ☒ Principal Residence ☐ Second Home or Recreational ☐ Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No
Management Group: ☐ Homeowners' Association ☐ Developer ☒ Management Agent (name of management agent or company): Jeff Fruin (970) 790-6406 or jfruin@solarisresidences.com
Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No If Yes, describe the original use and date of conversion.

Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown   Have the documents been reviewed? ☐ Yes ☒ No   Comments: These documents were not reviewed for this appraisal
Project Comments (condition, quality of construction, completion status, etc.): Thirty five percent of the project consists of commercial space. This commercial space consists of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink/putting green, a bank and numerous other retail shops.

Common Elements and Recreational Facilities: Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**GP CONDO**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE       6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001136

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

**PROJECT ANALYSIS**

Summary of condominium project budget analysis for the current year (if analyzed)    The condominium budget was not reviewed for this appraisal

Other fees for the use of the project facilities (other than regular HOA charges):    The appraiser is unaware of any additional fees for the use of the project facilities.

Compared to other competitive projects of similar quality and design, the subject unit charge appears    ☐ High  ☒ Average  ☐ Low    (If High or Low, describe)

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
☐ Yes  ☒ No    If Yes, describe and explain the effect on value and marketability.    No condominium documents or HOA meeting minutes were reviewed for this appraisal.  The appraiser is unaware of any special or unusual characteristics of the project.

Unit Charge: $ 1,922.16   per month X 12 = $ 23,065.92   per year.    Annual assessment charge per year per SF of GLA = $   19.61  .
Utilities included in the Unit Charge:  ☐ None  ☒ Heat  ☒ Air Conditioning  ☐ Electricity  ☒ Gas  ☒ Water  ☒ Sewer  ☒ Cable  ☐ Other
Source(s) used for physical characteristics of property:  ☒ New Inspection  ☒ Previous Appraisal Files  ☐ MLS  ☐ Assessment and Tax Records  ☒ Prior Inspection
☐ Property Owner  ☐ Other (describe)    Data Source for Gross Living Area   Interior dimensions from prior inspection

**DESCRIPTION OF THE UNIT IMPROVEMENTS**

| General Description | | Exterior Description | | Foundation | ☒ N/A | Basement | ☒ N/A | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| Floor Location | 7th/Top Level | Foundation | Concrete | Slab | | Area Sq. Ft. | | Type | In-floor radiant |
| # of Levels | 1 | Exterior Walls | Frame/Rock | Crawl Space | | % Finished | | Fuel | NG |
| Design (Style) | Condo | Roof Surface | Zinc | Basement | | Ceiling | | | |
| ☒ Existing  ☐ Proposed | | Gutters & Dwnspts. | Yes | Sump Pump ☐ | | Walls | | Cooling | |
| ☐ Under Construction | | Window Type | Wood-Alum clad | Dampness ☐ | | Floor | | Central | Yes |
| Actual Age (Yrs.) | 9 | Storm/Screens | No/Yes | Settlement | | Outside Entry | | Other | |
| Effective Age (Yrs.) | 5 | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic ☒ N/A | Amenities | | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Wood-Stone-Carpet | Refrigerator ☒ | Stairs ☐ | | Fireplace(s) # 1 | Woodstove(s) # 0 | | ☒ Garage  # | 1 |
| Walls | Plaster | Range/Oven ☒ | Drop Stair ☐ | Patio | None | | | ☐ Covered  # | 0 |
| Trim/Finish | Cherry/Stained | Disposal ☒ | Scuttle ☐ | Deck | None | | | ☐ Open  # | 0 |
| Bath Floor | Stone | Dishwasher ☒ | Doorway ☐ | Porch | None | | | Total # of cars | 1 |
| Bath Wainscot | Stone | Fan/Hood ☒ | Floor ☐ | Fence | None | | | ☐ Assigned | |
| Doors | Solid Cherry Stained | Microwave ☒ | Heated ☐ | Pool | None | | | ☒ Owned | |
| | | Washer/Dryer ☒ | Finished ☐ | Balcony | None | | | Space #(s) Unassigned | |

Finished area above grade contains:    5 Rooms    2 Bedrooms    2 1 Bath(s)    1,176 Square Feet of Gross Living Area Above Grade
Are the heating and cooling for the individual units separately metered?    ☐ Yes  ☒ No (If No, describe)   This is typical of many large projects within the Vail marketplace

Additional features.    See attached addendum.

Describe the condition of the property (including physical, functional and external obsolescence):   The subject property had been listed for sale in the local MLS at a list price of $2,750,000 from 09/20/2017 through 03/07/2019.  It is not currently listed in the local MLS.

**TRANSFER HISTORY**

My research ☐ did  ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s):  Eagle County records.

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing:   No prior sale is evident per Eagle County |
|---|---|
| Date: | records. |
| Price: | |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP CONDO**

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

6/2007

CRC 001137

190702/SolansPhCE19

Page # 4 of 26

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT.

File No.:

| SALES COMPARISON APPROACH TO VALUE (if developed) | | ☐ The Sales Comparison Approach was not developed for this appraisal. | | | | | |
|---|---|---|---|---|---|---|---|
| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
| Address 141 E Meadow Dr #PhCE | | 141 E Meadow Dr # 6E West | | 728 W Lionshead Cir # R308 | | 675 Lionshead Pl # 330 | |
| Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | |
| Project   Solans Residences | | Solans Residences | | Ritz Carlton Residences | | Arrabelle at Vail Square | |
| Phase   N/A | | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0 04 miles W | | 0.95 miles W | | 0.73 miles W | |
| Sale Price | $ | | $ 2,780,000 | | $ 2,560,000 | | $ 3,400,000 |
| Sale Price/GLA | $ /sq.ft. | $ 1,597.70 /sq ft. | | $ 1,679.79 /sq ft | | $ 1,606.81 /sq ft. | |
| Data Source(s) | Inspection | VBRMLS#934477;DOM 27 | | VBRMLS#934199;DOM 53 | | VBRMLS#931500;DOM 11 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Conventional | | Cash | | Cash | |
| Concessions | | Furnished | -25,000 | Furnished | -25,000 | Furnished | -25,000 |
| Date of Sale/Time | | 04/30/2019 | | 04/23/2019 | | 03/30/2018 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Vail Village | | Lionshead | | Lionshead | |
| HOA Fees ($/Month) | 1,922.16 | 2,850.00 | | 2,570.00 | | 2,545.00 | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | Pool, Spa, Lobby | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | Athletic facilities | |
| Floor Location | 7th/Top Level | 6th/Mid Level | +35,000 | 5th/Mid Level | +35,000 | 3rd/Mid Level | +35,000 |
| View | Good/Mtn | Good/Mtn | | Gd/Mtn/Lionshead | +200,000 | Good/Mtn/Nr Slope | -250,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | VrGd-Excellent | |
| Age | 8 yrs, 5 eff | 9 yrs, 5 eff | | 9 yrs, 5 eff | | 11 yrs, 6 eff | +42,500 |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total\|Bdrms\|Baths | Total\|Bdrms\|Baths | | Total\|Bdrms\|Baths | | Total\|Bdrms\|Baths | |
| Room Count | 5 \| 2 \| 2.1 | 5 \| 2 \| 2 1 | | 5 \| 2 \| 3 0 | -17,500 | 5 \| 2 \| 3.0 | -17,500 |
| Gross Living Area | 1,176 sq ft | 1,740 sq ft | -564,000 | 1,524 sq ft. | -348,000 | 2,116 sq ft. | -940,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ − \|$ | -554,000 | ☐ + ☒ − \|$ | -155,500 | ☐ + ☒ − \|$ | -1,155,000 |
| Adjusted Sale Price | | Net 19.9 % | | Net 6.1 % | | Net 34.0 % | |
| of Comparables | | Gross 22.4 % \|$ | 2,226,000 | Gross 24.4 % \|$ | 2,404,500 | Gross 38.5 % \|$ | 2,245,000 |

Summary of Sales Comparison Approach   All comparable data is obtained from Eagle County Clerk and Assessor, the local Multiple Listing service
and/or involved parties.   See attached addendum for comments on the sales comparison approach.

(vertical left margin) SALES COMPARISON APPROACH

Indicated Value by Sales Comparison Approach $   2,235,000

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

**GP CONDO**

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

6/2007

190702/SolansPhCE19

Page # 5 of 26

## INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No. _____

| INCOME APPROACH TO VALUE (if developed) | ☒ The Income Approach was not developed for this appraisal | | | |
|---|---|---|---|---|

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 141 E Meadow Dr #PhCE | | | |
| | Vail, CO 81657 | | | |
| Project | Solans Residences | | | |
| Phase | N/A | | | |
| Proximity to Subject | | | | |
| Current Monthly Rent | $ | $ | $ | $ |
| Rent/GLA | $        /sq ft | $        /sq ft | $        /sq ft | $        /sq ft. |
| Rent Control | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Data Source(s) | | | | |
| Date of Lease(s) | | | | |
| Location | Vail Village | | | |
| View | | | | |
| Age | 8 yrs, 5 eff | | | |
| Condition | Very Good | | | |
| Above Grade | Total   Bdrms   Baths | Total   Bdrms   Baths | Total   Bdrms   Baths | Total   Bdrms   Baths |
| Room Count | 5.      2      2.1 | | | |
| Gross Living Area | 1,176 sq.ft. | sq.ft. | sq.ft. | sq.ft. |
| Utilities Included | | | | |

Summary of Income Approach (including support for market rent and GRM)

Opinion of Monthly Market Rent $        N/A        X Gross Rent Multiplier        0.00        = $        **Indicated Value by Income Approach**

| COST APPROACH TO VALUE (if developed) | ☒ The Cost Approach was not developed for this appraisal |
|---|---|

Summary of Cost Approach.

Indicated Value by: Sales Comparison Approach $  **2,235,000**   Cost Approach (if developed) $        Income Approach (if developed) $

Final Reconciliation   The Sales Comparison Approach is typically the most reliable indicator in the valuation of individual condominium units   The Cost and Income Approach are not considered reliable

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $        2,235,000        , as of:        06/19/2019        , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains   26   pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
☒ Scope of Work   ☒ Limiting Cond./Certifications   ☒ Narrative Addendum   ☒ Photograph Addenda   ☒ Sketch Addendum
☒ Map Addenda   ☒ Additional Sales   ☐ Additional Rentals   ☐ Flood Addendum   ☐ Hypothetical Conditions
☐ Extraordinary Assumptions   ☐ Budget Analysis   ☐

Client Contact:   Rob Glucksman        Client Name.   Colorado Regional Center Project Solans, LLLP

E-Mail:  rglucksman@coloradoregionalcenter com        Address.   1644 Platte St , Suite 417, Denver, CO 80202

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name:  Angelo Laria | Supervisory or Co-Appraiser Name |
| Company:   Angelo's Appraisal Inc | Company: |
| Phone:  (970) 845-5056.      Fax: (970) 845-9472 | Phone:        Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date of Report (Signature)·  08/02/2019 | Date of Report (Signature): |
| License or Certification #:   CR1318912        State:  CO | License or Certification #:        State: |
| Designation.   Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification.   12/31/2019 | Expiration Date of License or Certification |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection.   06/19/2019 | Date of Inspection· |

Copyright© 2007 by a la mode  inc  This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited

**GP CONDO**

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. · 1-800-ALAMODE

6/2007

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

CRC 001139

Page # 6 of 26

190702/SolarisPhCE19

## ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | +(−) $ Adjust. | COMPARABLE SALE # 5 | +(−) $ Adjust. | COMPARABLE SALE # 6 | +(−) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr #PhCE Vail, CO 81657 | 610 W Lionshead Cir # 517 Vail, CO 81657 | | 701 W Lionshead Cir # E506 Vail, CO 81657 | | 416 Vail Valley Dr # 1 Vail, CO 81657 | |
| Project | Solaris Residences | Landmark Vail | | The Lion | | Rams-Horn Lodge #1 | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0.77 miles W | | 0 84 miles W | | 0 31 miles SE | |
| Sale Price | $ | $ 2,225,000 | | $ 2,000,000 | | $ 1,400,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 1,397.61 /sq.ft. | | $ 1,291 16 /sq.ft. | | $ 1,846.97 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#V314309;DOM 3643 | | VBRMLS#934506;DOM 68 | | VBRMLS#931484;DOM 355 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Cash | | Cash | | Cash | |
| Concessions | | None | 0 | HOA Credit/Furn | -35,788 | Furnished | -25,000 |
| Date of Sale/Time | | 01/24/2018 | | 06/12/2019 | | 03/01/2019 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Lionshead | | Lionshead | | Vail Village | |
| HOA Fees ($/Month) | 1,922.16 | 1,163.00 | | 1,798.00 | | 1,050.00 | |
| Common Elements and Recreational Facilities | Pool, Spa, Lobby Athletic facilities | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | |
| Floor Location | 7th/Top Level | 5th/Top Level | 0 | 5th/Mid Level | +35,000 | 1st/Lower Level | +35,000 |
| View | Good/Mtn | Gd/Ski/Lionshead | +500,000 | Gd/Hwy/Lionshead | +575,000 | Good/Mtn | +250,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | Very Good | +155,000 | Good | +151,500 |
| Age | 8 yrs, 5 eff | 9 yrs, 2 eff | -96,000 | 3 yrs, 1 eff | -124,500 | 9 yrs, 5 eff | |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | | Total | Bdrms | Baths | | Total | Bdrms | Baths | |
| Room Count | 5 | 2 | 2.1 | 5 | 2 | 3.0 | -17,500 | 5 | 2 | 3.0 | -17,500 | 4 | 1 | 2.0 | +17,500 |
| Gross Living Area | 1,176 sq.ft. | 1,592 sq.ft. | -416,000 | 1,549 sq ft | -373,000 | 758 sq.ft. | +418,000 |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 2 Open parking | 0 |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Patio | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | □ + ☒ − | $ -29,500 | ☒ + □ − | $ 214,212 | ☒ + □ − | $ 847,000 |
| Adjusted Sale Price of Comparables | | Net 1.3 % Gross 46.3 % | $ 2,195,500 | Net 10.7 % Gross 65.8 % | $ 2,214,212 | Net 60.5 % Gross 64.1 % | $ 2,247,000 |
| Summary of Sales Comparison Approach | | | | | | | |

SALES COMPARISON APPROACH

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

GP CONDO

Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    6/2007

Civil Action No 1:19-cv-02443-STV

Exhibit 13

CRC 001140

# ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | | COMPARABLE SALE # 8 | | COMPARABLE SALE # 9 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr #PhCE | 141 E Meadow Dr # 7E East | | | | | |
| | Vail, CO 81657 | Vail, CO 81657 | | | | | |
| Project | Solaris Residences | Solaris Residences | | | | | |
| Phase | N/A | N/A | | | | | |
| Proximity to Subject | | 0.01 miles E | | | | | |
| Sale Price | $ | | $ 3,250,000 | | $ | | $ |
| Sale Price/GLA | $ /sq.ft. | $ 1,649 75 /sq.ft. | | $ /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#934805;DOM 73 | | | | | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(–) $ Adjust | DESCRIPTION | +(–) $ Adjust | DESCRIPTION | +(–) $ Adjust. |
| Sales or Financing | | Listing | | | | | |
| Concessions | | Furnished | -25,000 | | | | |
| Date of Sale/Time | | Active | -65,000 | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | Vail Village | Vail Village | | | | | |
| HOA Fees ($/Month) | 1,922.16 | 3,304.33 | | | | | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | | | | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | | | | |
| Floor Location | 7th/Top Level | 7th/Mid Level | +35,000 | | | | |
| View | Good/Mtn | Good/Mtn | | | | | |
| Design (Style) | Condo | Condo | | | | | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | | | | |
| Age | 8 yrs, 5 eff | 9 yrs, 5 eff | | | | | |
| Condition | Very Good | Very Good | | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 5 2 2.1 | 5 2 2.1 | | | | | |
| Gross Living Area | 1,176 sq.ft. | 1,970 sq ft | -794,000 | sq ft | | sq.ft. | |
| Basement & Finished | None | None | | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Parking | 1 prking garage | 1 prking garage | | | | | |
| Porch/Patio/Deck | Deck | Deck | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ – | $ -849,000 | ☐ + ☐ – | $ | ☐ + ☐ – | $ |
| Adjusted Sale Price | | Net 26.1 % | | Net % | | Net % | |
| of Comparables | | Gross 28.3 % | $ 2,401,000 | Gross % | $ | Gross % | $ |

Summary of Sales Comparison Approach

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited
Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE     6/2007
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

GP CONDO

CRC 001141

## Supplemental Addendum                                      File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472



## ADDENDUM TO THE APPRAISAL OF:
141 E Meadow Drive, #Ph C East
Residences at Solaris-Vail Unit Penthouse C East
Vail, Colorado 81657
Eagle County, Colorado

### Purpose of the Appraisal
The purpose of this appraisal is to provide an opinion of the market value of the subject property, in an "as is" condition and a fee simple estate.

### Client and Intended Users:
This appraisal report is intended for the use by Colorado Regional Center Project Solaris, LLLP. No other use of this appraisal is permitted.

### Intended Use:
The appraisal report is to determine a current opinion of value for the Colorado Regional Center Project Solaris, LLLP only and is not for any other use.

### Scope of Work
**Extent of the Appraisal Process**
The appraisal of the subject property includes a physical observation of the interior and exterior of the subject property along with data on file with the Eagle County Assessor's office as of the date of this appraisal. An examination of market factors, recent transactions, a locational analysis of the home site and neighborhood, an economic analysis of the market and other pertinent data that may have an influence on the property were reviewed. Sales and related information utilized in this report are gathered from the local multiple listing service and public records. They are confirmed whenever possible with the involved parties, are the best available and the most recent sales which represent various aspects of the subject's market appeal. When conflicting information was provided the source deemed most reliable was used. All of this information is compiled and analyzed before a final opinion of value is determined.

The appraisal is in compliance with the guidelines set forth by:
Federal Financial Institutions Reform Recovery and Enforcement Act of 1989 (FIRREA)
Uniform Standards of Professional Appraisal Practices (USPAP)

### Type of Appraisal and type of Appraisal Report:
This appraisal is an "Appraisal Report" that is presented on the General Purpose Condo form.

### Property Observation
The appraiser completed an interior and exterior observation of the subject property. This observation is not the same as a home inspection and did not include a viewing of the crawl space and attic area of the home (if applicable). It is based on the observations of an appraiser who visited the property and does not include a physical analysis of the major components of the home. The appraiser is not a mechanical engineer, electrical engineer, environmental engineer or structural engineer. Therefore, no warranty of the components which include, but are not limited to, the electrical, plumbing, heating, structural, and roofing are made or implied. All the above mentioned systems are presumed to be in working condition with the opinion of value herein subject to that assumption. Furthermore, no analysis of environmental conditions, including but not limited to, moisture, mold and radon gas has been made or implied. It is assumed no adverse environmental conditions exist with the opinion of value herein subject to that assumption.

## Supplemental Addendum

File No

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | | |

**Gramm-Leach-Bliley Act of 1999**
In compliance with the Gramm-Leach Bliley Act, the appraiser does not disclose any non-public personal information that is not specifically permitted by law.

**Competency**
The appraiser has the competency and appropriate knowledge, training, and experience to complete this assignment.

**Extraordinary Assumptions or Hypothetical Conditions:**
No extraordinary assumptions or hypothetical conditions were utilized in the report.

**Prohibited Influences**
The appraisal assignment was not based upon a requested minimum valuation, specific valuation, or approval of a loan. Employment and compensation are not contingent upon the reporting of a predetermined value, a direction of the value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event.

**Definition of Market Value**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1) Buyer and seller are typically motivated;
2) Both parties are well informed or well advised, and each acting in what they consider their own best interests;
3) A reasonable time is allowed for exposure in the open market;
4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto;
5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
(Per Uniform Standards of Professional Appraisal Practice 2018-2019 USPAP Pg 153).

## Area and Neighborhood Comments

The subject property is located in the Vail Village portion of the town of Vail. Vail is located about 100 miles west of Denver along Interstate 70, in a narrow mountain valley situated against the west side of the Gore mountain range.

The first development corresponded with the opening of the Vail ski area in 1962. This is when completion of the first lifts and support facilities were built on what were previously ranch lands. Development in the region has steadily expanded over the years to the east and west. This has created an area of development thirty miles long that contains three ski areas, numerous golf courses, and extensive commercial and residential development. These factors have transformed the area into a four season resort, which has allowed for national and international appeal.

Vail Village is modeled after European villages with a large pedestrian core that contains extensive dining, entertainment and shopping facilities. Uses within the village consist predominately of resort commercial and condominiums, most dating to the 60's and 70's. Since the area is built-out many properties are undergoing extensive renovations with demolition and rebuilding occurring in some instances. Vail Village properties typically exhibited high values and good marketability to second and third home recreational buyers attracted to Vail's renowned recreation amenities. Appeal is enhanced by good views of the Gore Mountain Range and Gore Creek which runs through the village.

Also present at the eastern edge of the Vail Village area is the Gold Peak base area. This base area which recently underwent an extensive renovation consists of two chair lifts and two commercial buildings. These buildings house lift ticket offices, ski school facilities, ski rental shops, restaurants, parking facilities and a base lodge.

## Supplemental Addendum

File No

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County | Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | | |

## Market Trends/Conditions

During 2000 to 2001 sales declined and inventory increased causing a stabilization of values. From 2001 to mid-2006 rapid appreciation occurred. Then in 2008 values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

## Subject Project Comments

**Location:** The project site is located south of the South Frontage Road on East Meadow Drive at its intersection with Willow Bridge Road. This location is within the central core of Vail Village enhancing its overall appeal. It should be noted that the subject project represents the upper end of quality within the central village. This project is considered a "Condotel" as it has many of the amenities of a luxury hotel including the ability to have nightly rentals through the front desk.

**Year of construction:** Construction of the subject project began in 2007 with completion in 2010. This was after the demolition of the Crossroads Mall which previously occupied the site.

**Association Fees:** Currently the association fees for the subject unit are $1,922.16 per month. It should be noted that presently there are no special assessments.

**Project Size/Configuration:** The project consists of 79 residential condominium units within approximately 202,000 square feet. There also is 70,000 square feet of commercial space that is comprised of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink, a bank and numerous other retail shops. Also present are 307 parking spaces within an underground parking garage.

**Project amenities:** Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**Parking facilities:** There are a total of 307 parking spaces in the project's garage of which 112 are designated for the residential condominium units.

**Views:** The subject project has average to excellent views of the surrounding mountains and the ski slopes depending on the location within the project. Units on the north side of the building do not have ski slope views while southern facing units have good to excellent ski slope and mountain views.

**Surrounding uses:** Neighboring properties consist of a mix of improved multi-family, hotel and commercial projects.

**Topography:** Level to sloping

**Adverse conditions/easements:** No unusual or adverse conditions or easements were visually apparent or known by the appraiser.

**Vegetation:** The landscaping consists of grass, trees, shrubs and flowers.

## Subject Unit

**Structure/condition:** The subject property is a residential condominium dwelling that contains two bedroom and two and one half baths within 1,176 square feet of living space on one level. Also present is a parking space in the project's parking garage. The unit enjoys a more marketable top level location. The dwelling's floor plan exhibits good traffic flow and space utilization. Condition was observed to be very good due to attentive care along with short term rental use. No functional or external losses were noted.

**Quality of construction:** Quality of construction was noted to be very good to excellent with a high level of materials and workmanship being noted.

**Views:** The subject unit has good mountain views from its position on the northern aspect of the building. It lacks ski slope views and has both sonic and visual impacts from the nearby interstate.

## Ownership and Sales History

**Supplemental Addendum**                                          File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

**Present owner per public records:** Solaris Property Owner I LLC.

**Acquisition date:** None per Eagle County records.

**Recent activity:** No sale of the subject is evident per Eagle County records.

## Highest and Best Use

Highest and best use may be defined as:

*"The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value."*

The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, this development was built from 2007 through 2010 after the original Crossroads Mall development had been demolished.

## Approaches to Value

There are three approaches to arriving at an opinion of value in the appraisal process. These are the Cost Approach, the Sales Comparison Approach and the Income Capitalization Approach. They are described as follows:

The *Cost Approach* is based on the presumption that the value of a property is indicated by the current cost of the vacant building site plus the cost to construct a similar property, less depreciation. These forms of depreciation consist of physical deterioration, functional obsolescence and external obsolescence.

The *Sales Comparison* approach is the process of comparing the subject property to sales of similar competing properties. Adjustments are made for differences in size, location and other market recognized differences.

The *Income Capitalization* approach is based on the measurement of the present value of future benefits. This is arrived at through a process of capitalizing economic or contract rent into an indication of value using market derived rents and market derived capitalization rates.

The appraiser has made a reasonable effort to employ each of the three approaches to value. In this valuation the Sales Comparison Approach was primarily relied upon in forming the final opinion of value. Although the resort nature of the subject marketplace has many examples of units utilized for long and short term rental purposes, the income often does not offset the cost of ownership. Therefore, the income associated with rental use has little bearing on prices paid for properties in the subject marketplace. Rental income is often secondary or inconsequential among purchaser's criteria with data for market rents and multipliers being diverse and inconsistent. As a result, while considered, the Income Approach was not utilized in this report. The cost approach has no meaningful basis for application in the valuation of individual multi-family interests in the local marketplace, and is omitted from discussion.

## Sales Comparison Approach

Although the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties which represent various aspects of the subject's market appeal.

**Comparable 1** is a very recent sale of a larger unit from the subject project. This unit has similar views as the subject from its location on the northern aspect of the building. It has a less marketable middle level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. An additional adjustment was required for furnishings that were included in the sale. This sale provides excellent similarity in terms of view, quality of construction and condition but is divergent in terms of gross living area. It is the second most recent project sale.

Form TADD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV.
Exhibit 13

CRC 001145

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |

**Comparable 2** is a very recent sale of a larger unit with a less marketable location within the competing Ritz Carlton project. The unit has similar northern views but is within the less marketable Lionshead portion of Vail. The unit has a less marketable middle level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is divergent in terms of gross living area but provides good similarity in all other aspects.

**Comparable 3** is a sale of a larger unit from the competing Arrabelle at Vail Square project. The unit has a more marketable location at the base of the Lionshead gondola and chair lift. The unit has a less marketable middle level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 6 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is divergent in terms of gross living area but provides good similarity in all other aspects.

**Comparable 4** is a dated sale of a larger unit from the competing Landmark Vail project. The unit has more marketable ski slope views but is within the less marketable Lionshead portion of town. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 2 years. Although the unit was 9 years old it reportedly had never been lived in. An additional adjustment was required for bath count. This sale is divergent in terms of gross living area and view but provides good similarity with its top level location.

**Comparable 5** is a very recent sale of a larger unit from the competing Lion project. The unit has similar views but is in the less marketable Lionshead portion of Vail. It has a less marketable middle level location. Quality of construction was rated as very good which was adjusted at a rate of $100 per square foot. Condition was reported to be very good with and effective age of 1 year due to some short term rental use. Additional adjustments were required for bath count, furnishings that were included in the sale and a $10,788 HOA credit the seller gave the buyer at closing. This sale is divergent in terms of gross living area and view but provides good similarity in all other aspects.

**Comparable 6** is a very recent sale of a smaller unit from the competing Rams Horn Lodge project. The unit has a less marketable location that is on the outer edge of the central core of Vail Village. Additionally it has restricted views from its less marketable lower level position although it has less impact from the interstate. Quality of construction was rated as good which was adjusted at a rate of $200 per square foot. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale was included to bracket the subject's gross living area.

**Comparable 7** is a listing of a larger unit with similar views from the subject project. The unit has a less marketable middle level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for furnishings that are to be included in the sale and a list to sales price adjustment. The list to sales price ratio adjustment utilized in the report is based on the median sale price as a percent of list price from the analysis that was completed to determine the current market conditions.

**Due to the lack of recent sales of similar properties from within the subject neighborhood, it was necessary to utilize sales with sales prices that were greater than 15% more or less than the subject's opinion of value.**

## Comments on Adjustments to Sales

Please note the following criteria utilized for the adjustments in the sales comparison approach:

**Market Conditions adjustment:** All condominium sales that sold for more than $2,000,000 within the Vail Village and Lionshead markets were analyzed. The current twelve month period indicates a median sales price of $3,412,500 based on 38 sales ranging from $2,000,000 to $10,500,000. The prior twelve month period indicates a median sales price of $3,400,000 based on 45 sales ranging from $2,075,000 to

## Supplemental Addendum

| Borrower | Not Applicable | | | File No. | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County Eagle | | State CO | Zip Code | 81657 |
| Lender/Client | | | | | | |

$14,000,000. This indicates a slight increase of 0.35% over the twelve month period or a relatively stable market. Therefore no market condition adjustments were made in this report.

**View and floor location adjustments:** Derived from sales of properties with varying appeal and locational characteristics, based on matched pair analysis.

**Quality adjustments:** Based on estimated cost differences, together with cost to cure approximations, when appropriate. Secondary support is provided via conversations with involved parties regarding the effect of differing quality on purchase prices.

**Age and condition characteristics:** These are combined into one adjustment with consideration given to each property's actual and effective ages. Typical condition adjustments for properties in average condition are estimated at about 1.5% per year, reflecting a total estimated life of about 65 years in a straight line age/life analysis. Properties differing in their effective ages are assigned greater or lesser amounts of adjustment based on their relative condition, together with consideration of cost-to-cure estimation, if appropriate. Therefore, an estimated per square foot cost to build is multiplied by the square footage of the comparable to arrive at an estimated cost to build. This figure is then multiplied by the difference in the effective age (difference between the subject's effective age and the comparables effective age) then multiplied by the aforementioned 1.5% to arrive at the age/condition adjustment.

**Room count:** $35,000 per bathroom, based on matched pair analysis. No bedroom count adjustment was evident in the available market data.

**Gross living area:** Differences in gross living area are adjusted at $1,000 per square foot in this report, which is indicative of the sensitivity to size that this marketplace is presently tending to exhibit.

**Homeowners Association Fees:** HOA fees are often based on the size of the unit along with the level and quality of the project's amenities. Sometimes these fees include heat for not only the common area but each individual unit. As a result these fees can vary between units within the same project along with units from competing projects, making an adjustment for these items very difficult to extract from the available data. The more amenities and/or the higher quality of amenities results in higher fees. An analysis of the market data did not readily display an adjustment for the difference between HOA fees of each comparable, therefore no adjustments were made.

**The appraiser recognizes that some of these comparables have larger than typical individual, net and/or gross adjustments. It should be pointed out that variations like this are a common occurrence in this marketplace. Differences in gross living area, quality, conditions, location, etc. often vary substantially from property to property while at the same time maintaining a level of common appeal. Even with these adjustments the sales cited are considered to be similar in appeal, adequately reliable, the best available indicators of subject value.**

## Estimate of Reasonable Exposure Time

A reasonable Exposure Time may be defined as "the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal". Implicit in this definition are the following characteristics:

The property will be actively exposed and aggressively marketed to potential purchasers. This marketing is to be directed through marketing channels commonly used by buyers and sellers of similar type properties.

The property will be offered at a price reflecting the most probable markup over market value used by sellers of similar type properties.

A sale will consummate under terms and conditions of the definition of market value.

An examination of recent sales activity within the subject marketplace reflects a wide range of typical exposure times. Purchase mortgage funds are readily available for properties within the subject area, and a

**Supplemental Addendum**

File No.

| Borrower | Not Applicable | | | | | |
|----------|----------------|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | |

significant number of sales close under all cash terms. An exposure time estimate for the subject property of twelve to twenty four months is considered realistic in the present market.

## Final Value Indication

Although the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties. The adjusted data provides adequate similarity to the subject property and a range of indications from $2,195,500 to $2,404,500. Comparable one is the most similar to the subject property and is from the subject project. Comparable five is the most recent sale. Therefore, with support from the other comparables, a value of $2,235,000 is selected and considered reasonable and supportable in the current marketplace. The opinion of value of the subject property is above the predominant value within the subject marketplace. This is typical of the proximal area due to the large disparity in terms of gross living area, condition, views and quality of construction. An analysis of the market data does not indicate that there is an effect on the marketability of the subject due to its correspondence to the predominate value.

## Furnishings and other Personal Property

The subject property is appraised unfurnished with no contribution given to any furnishings, personal property, or intangible items that are not real property. Fixtures, such as built-in appliances, window coverings, wall and floor coverings, electrical fixtures and plumbing fixtures are typically considered as real property in the valuation of residential property, and are included in the value assigned herein.

## Subject Photo Page

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County | Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



**Subject Front**

141 E Meadow Dr #PhCE
Sales Price
Gross Living Area    1,176
Total Rooms          5
Total Bedrooms       2
Total Bathrooms      2.1
Location             Vail Village
View                 Good/Mtn
Site                 Typical/Condo
Quality              VrGd-Excellent
Age                  8 yrs, 5 eff



**Subject Rear**



**Subject Street**



Form PIC3x5.SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001149

## Photograph Addendum

| | | |
|---|---|---|
| Borrower | Not Applicable | |
| Property Address | 141 E Meadow Dr | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | |



**Main living area**



**Dining**



**Kitchen**



**Bedroom**



**Bedroom**



**Bath**



**Bath**



**Bath**



**View**



**View**

Form PIC15 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001150

## Comparable Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Not Applicable | | | | |
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | |



### Comparable 1

141 E Meadow Dr # 6E West
| | |
|---|---|
| Prox. to Subject | 0 04 miles W |
| Sale Price | 2,780,000 |
| Gross Living Area | 1,740 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 2

728 W Lionshead Cir # R308
| | |
|---|---|
| Prox. to Subject | 0 95 miles W |
| Sale Price | 2,560,000 |
| Gross Living Area | 1,524 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Mtn/Lionshead |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 3

675 Lionshead Pl # 330
| | |
|---|---|
| Prox. to Subject | 0.73 miles W |
| Sale Price | 3,400,000 |
| Gross Living Area | 2,116 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Good/Mtn/Nr Slope |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 11 yrs, 6 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc  - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001151

## Comparable Photo Page

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | |



**Comparable 4**

610 W Lionshead Cir # 517

| | |
|---|---|
| Prox. to Subject | 0.77 miles W |
| Sale Price | 2,225,000 |
| Gross Living Area | 1,592 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Ski/Lionshead |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 2 eff |



**Comparable 5**

701 W Lionshead Cir # E506

| | |
|---|---|
| Prox. to Subject | 0.84 miles W |
| Sale Price | 2,000,000 |
| Gross Living Area | 1,549 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Hwy/Lionshead |
| Site | Typical/Condo |
| Quality | Very Good |
| Age | 3 yrs, 1 eff |



**Comparable 6**

416 Vail Valley Dr # 1

| | |
|---|---|
| Prox. to Subject | 0.31 miles SE |
| Sale Price | 1,400,000 |
| Gross Living Area | 758 |
| Total Rooms | 4 |
| Total Bedrooms | 1 |
| Total Bathrooms | 2 0 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | Good |
| Age | 9 yrs, 5 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001152

## Comparable Photo Page

| | |
|---|---|
| Borrower | Not Applicable |
| Property Address | 141 E Meadow Dr |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | |



**Comparable 7**

141 E Meadow Dr # 7E East
| | |
|---|---|
| Prox. to Subject | 0.01 miles E |
| Sale Price | 3,250,000 |
| Gross Living Area | 1,970 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |

**Comparable 8**

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

**Comparable 9**

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

Form PICPIX.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001153

**Building Sketch**

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | |



Deck

36'

7.2'   4.3'

11'

Bedroom

Bath

Main living area

Bedroom

16.3'

35.6'

Bath

20.3'

Dining

**First Floor**
[1176.07 Sq ft]

Half
Bath

Lndry

Kitchen

Entry

26.9'

TOTAL Sketch by a la mode, inc

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001154

## Building Sketch

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County  Eagle | | State  CO | Zip Code  81657 |
| Lender/Client | | | | | |

TOTAL Sketch by a la mode, inc

### Area Calculations Summary

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1176.07 Sq ft | 36 × 4.3 | = 154 8 |
| | | 43.2 × 11 | = 475.2 |
| | | 26.9 × 20.3 | = 546.07 |
| **Total Living Area (Rounded):** | **1176 Sq ft** | | |

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc  - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001155

## Location Map

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County | Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | | |



Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001156

## Assumptions, Limiting Conditions & Scope of Work

File No.:

| Property Address: | 141 E Meadow Dr | | City: Vail | | State: CO | Zip Code 81657 |
|---|---|---|---|---|---|---|
| Client: | Colorado Regional Center Project Solans, LLLP | Address: | 1644 Platte St., Suite 417, Denver, CO 80202 | | | |
| Appraiser: | Angelo Lorla | Address: | PO Box 4175, Avon, CO 81620-4175 | | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

**The Scope of Work** is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however a la mode, inc. must be acknowledged and credited

Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                    3/2007

CRC 001157

## Certifications

File No.:

| Property Address: | 141 E Meadow Dr | | City  Vail | | State: CO | Zip Code: 81657 |
|---|---|---|---|---|---|---|
| Client: | Colorado Regional Center Project Solaris, LLLP | Address: | 1644 Platte St , Suite 417, Denver, CO 80202 | | | |
| Appraiser: | Angelo Loria | Address: | PO Box 4175, Avon, CO 81620-4175 | | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

**DEFINITION OF MARKET VALUE *:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact:  Rob Glucksman | Client Name  Colorado Regional Center Project Solaris, LLLP |
|---|---|
| E-Mail:  rglucksman@coloradoregionalcenter.com | Address  1644 Platte St., Suite 417, Denver, CO 80202 |

| **APPRAISER** | **SUPERVISORY APPRAISER** (if required)<br>or **CO-APPRAISER** (if applicable) |
|---|---|
| Appraiser Name  Angelo Loria | Supervisory or<br>Co-Appraiser Name |
| Company:  Angelos Appraisal Inc | Company: |
| Phone: (970) 845-5056      Fax: (970) 845-9472 | Phone:                          Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date Report Signed:  08/02/2019 | Date Report Signed: |
| License or Certification #.  CR1318912      State CO | License or Certification #.                  State. |
| Designation:  Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification:  12/31/2019 | Expiration Date of License or Certification: |
| Inspection of Subject.  ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject.  ☐ Interior & Exterior  ☐ Exterior Only  ☒ None |
| Date of Inspection:  06/19/2019 | Date of Inspection. |

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc  This form may be reproduced unmodified without written permission, however, a la mode, inc  must be acknowledged and credited
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                3/2007

# USPAP ADDENDUM

File No

| Borrower | Not Applicable | | | |
|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | |
| City | Vail | County  Eagle | State  CO | Zip Code  81657 |
| Lender | | | | |

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report    This report was prepared in accordance with USPAP Standards Rule 2-2(a)

☐ Restricted Appraisal Report    This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**
My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:    12 to 24 months

**Additional Certifications**
I certify that, to the best of my knowledge and belief:

☐ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☒ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).
- Prior appraisals of this unit were completed by the appraiser on 7/26/16, 3/8/17, 10/3/17, 4/4/18 and 11/06/18.

**Additional Comments**
**No undue influence was placed on the appraiser during the development of this report.**

| APPRAISER: | SUPERVISORY APPRAISER: (only if required) |
|---|---|
| Signature. | Signature |
| Name:  Angelo Lord | Name |
| Date Signed:  08/02/2019 | Date Signed: |
| State Certification #:  CR1318912 | State Certification #: |
| or State License #. | or State License #: |
| State:  CO | State. |
| Expiration Date of Certification or License:  12/31/2019 | Expiration Date of Certification or License. |
| Effective Date of Appraisal.  06/19/2019 | Supervisory Appraiser Inspection of Subject Property:  ☐ Did Not  ☐ Exterior-only from Street  ☐ Interior and Exterior |

**Appraisers License**



Angelo Joseph Loria
Po Box 4175
Avon, CO 81620

**State of Colorado**
**Department of Regulatory Agencies**
**Division of Real Estate**

DORA CO

**Board of Real Estate Appraisers**

Angelo Joseph Loria

Certified Residential Appraiser

License #: CR.001318912
Status: Active
Expires: 12/31/2019

*Marcia Waters*
Director: Marcia Waters

For the most up to date information regarding this credential, visit http://dora.colorado.gov/dre

CRC 001160



**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472

Re: Property:   141 E Meadow Dr
                Vail, CO 81657
Borrower:       Not Applicable
File No.:       190701/SolarisPhCW19

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Angelo Luria

CRC 001161

Angelo's Appraisal (970) 845-5056   Page # 2 of 26
190701/SolarisPhCW19

## INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No. _____

SUBJECT

| | | | |
|---|---|---|---|
| Property Address: 141 E Meadow Dr | Unit #: PhC West | City: Vail | State: CO |

Zip Code: 81657   County: Eagle   Legal Description: Residences at Solaris-Vail Unit Penthouse C West

Assessor's Parcel #: 2101-082-94-073

Tax Year  2018   .R.E. Taxes: $ 17,997.52   Special Assessments: $ 0   Borrower (if applicable):   Not Applicable

Current Owner of Record   Solaris Property Owner I LLC   Occupant: ☐ Owner ☒ Tenant (Market Rent) ☐ Tenant (Regulated Rent) ☐ Vacant

Project Type ☒ Condominium ☐ Other (describe)   HOA: $ 1,955.30 ☐ per year ☒ per month

Market Area Name: Vail Village   Map Reference: 20780   Census Tract: 0007.02

Project Name: Solaris Residences   Phase: N/A

ASSIGNMENT

The purpose of this appraisal is to develop an opinion of:   ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments):   ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal:   ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach   (See Reconciliation Comments and Scope of Work)

Property Rights Appraised   ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use:   To provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP

Intended User(s) (by name or type):   Colorado Regional Center Project Solaris, LLLP

Client:   Colorado Regional Center Project Solans, LLLP   Address:   1644 Platte St., Suite 417, Denver, CO 80202

Appraiser:   Angelo Loria   Address:   PO Box 4175, Avon, CO 81620-4175

MARKET AREA DESCRIPTION

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | Condominium Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit 5% | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner | 640 Low 2 | | 2-4 Unit 1% | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant | | | Multi-Unit 54% | * To |
| Demand/supply | ☐ Shortage ☐ In Balance ☒ Over Supply | ☒ Vacant (0-5%) | 15,000 High 60 | | Comm'l 40% | |
| Marketing time: | ☐ Under 3 Mos ☐ 3-6 Mos. ☒ Over 6 Mos. | ☐ Vacant (>5%) | 2,000 Pred 30 | | % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends):   The Vail Village area is bound by the
Vail Golf Course on the east, Lionshead on the west, Interstate-70 on the north and Vail Ski Resort and slopes on the south. The immediate
Vail Village area is built-out with extensive renovations and rebuilding after demolition. The area enjoys good marketability due to its
excellent views and proximity to the main Vail base area and the Gold Peak base area. During 2000 to 2001 sales declined causing a
stabilization of values. From 2001 to mid 2006 rapid appreciation occurred. Then the subject marketplace slowed and the values stabilized
until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in
2013. Recently this portion of the market appears to have stabilized

PROJECT SITE DESCRIPTION

Zoning Classification:   Special Development District   Description   Public Accommodation

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Ground Rent (if applicable)   $   N/A   /   Comments:   Not applicable

Highest & Best Use as improved (or as proposed per plans & specifications):   ☒ Present use, or ☐ Other use (explain)

Actual Use as Effective Date   Residential Condominium   Use as appraised in this report   Residential Condominium

Summary of Highest & Best Use   The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization
of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive
Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was rebuilt and completed in 2010

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Density | Average |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Unknown | Street | Asphalt | ☒ | ☐ | Size | Typical/Condo |
| Gas | ☒ | ☐ | Unknown | Curb/Gutter | Concrete | ☒ | ☐ | Topography | Level to sloping |
| Water | ☒ | ☐ | Unknown | Sidewalk | Concrete | ☒ | ☐ | View | Good/Mtn |
| Sanitary Sewer | ☒ | ☐ | Unknown | Street Lights | Electric | ☒ | ☐ | | |
| Storm Sewer | ☒ | ☐ | Unknown | Alley | None | ☐ | ☐ | | |

Other site elements:   ☐ Inside Lot ☒ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X   FEMA Map # 08037C0469D   FEMA Map Date  12/4/2007

Site Comments:   No adverse site conditions were evident at the time of observation.

PROJECT INFORMATION

Data source(s) for project information   Management/MLS

Project Description ☐ Detached ☐ Row or Townhouse ☐ Garden ☐ Mid-Rise ☒ High-Rise ☐ Other (describe)

| General Description of Project | | Subject Phase | # | If Project Completed | # | If Project Incomplete | # |
|---|---|---|---|---|---|---|---|
| # of Stones | 9 | Exterior Walls | Frame/Rock | Units | 79 | Phases | 1 | Planned Phases | |
| # of Elevators | 9 | Roof Surface | Zinc | Units Completed | 79 | Units | 79 | Planned Units | |
| ☒ Existing ☐ Proposed ☐ Und Cons. | Total # Parking | 112 | Units For Sale | 21 | Units for Sale | 21 | Units for Sale | |
| Design (Style) | Condo | Ratio (spaces/unit) | 1.4:1 | Units Sold | 37 | Units Sold | 37 | Units Sold | |
| Actual Age (Yrs.) | 8 | Parking Type(s) | Prk Garage | Units Rented | Unkn | Units Rented | Unkn | Units Rented | |
| Effective Age (Yrs.) | 5 | Guest Parking | Avg | Owner Occup. Units | Unkn | Owner Occup. Units | Unkn | Owner Occup. Units | |

Project Primary Occupancy ☐ Principal Residence ☒ Second Home or Recreational ☐ Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No

Management Group: ☐ Homeowners' Association ☐ Developer ☒ Management Agent (name of management agent or company):   Jeff Fruin (970)
790-6406 or jfruin@solarisresidences.com

Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No   If Yes, describe the original use and date of conversion.

Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown   Have the documents been reviewed? ☐ Yes ☒ No   Comments   These documents were not
reviewed for this appraisal

Project Comments (condition, quality of construction, completion status, etc.):   Thirty five percent of the project consists of commercial space. This
commercial space consists of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink/putting green, a bank and
numerous other retail shops

Common Elements and Recreational Facilities:   Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities,
fitness center, landscaped common areas and parking garage.

GP CONDO

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited
Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001162

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

190701/SolarisPhCW19

Page # 3 of 26

File No.:

**PROJECT ANALYSIS**

Summary of condominium project budget analysis for the current year (if analyzed): The condominium budget was not reviewed for this appraisal.

Other fees for the use of the project facilities (other than regular HOA charges): The appraiser is unaware of any additional fees for the use of the project facilities.

Compared to other competitive projects of similar quality and design, the subject unit charge appears ☐ High ☒ Average ☐ Low (If High or Low, describe)

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
☐ Yes ☒ No If Yes, describe and explain the effect on value and marketability No condominium documents or HOA meeting minutes were reviewed for this appraisal. The appraiser is unaware of any special or unusual characteristics of the project.

Unit Charge: $ 1,955.30 per month X 12 = $ 23,463.60 per year. Annual assessment charge per year per SF of GLA = $ 19.97

Utilities included in the Unit Charge. ☐ None ☒ Heat ☒ Air Conditioning ☐ Electricity ☒ Gas ☒ Water ☒ Sewer ☐ Cable ☐ Other

Source(s) used for physical characteristics of property: ☒ New Inspection ☒ Previous Appraisal Files ☐ MLS ☐ Assessment and Tax Records ☒ Prior Inspection
☐ Property Owner ☐ Other (describe) Data Source for Gross Living Area Interior dimensions from prior inspection

**DESCRIPTION OF THE UNIT IMPROVEMENTS**

| General Description | | Exterior Description | | Foundation | | Basement ☒ N/A | | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| Floor Location | 7th/Top Level | Foundation | Concrete | Slab | | Area Sq. Ft. | | Type | In-floor radiant |
| # of Levels | 1 | Exterior Walls | Frame/Rock | Crawl Space | | % Finished | | Fuel | NG |
| Design (Style) | Condo | Roof Surface | Zinc | Basement | | Ceiling | | | |
| ☒ Existing ☐ Proposed | | Gutters & Dwnspts. | Yes | Sump Pump ☐ | | Walls | | Cooling | |
| ☐ Under Construction | | Window Type | Wood-Alum clad | Dampness ☐ | | Floor | | Central | Yes |
| Actual Age (Yrs.) | 9 | Storm/Screens | No/Yes | Settlement | | Outside Entry | | Other | |
| Effective Age (Yrs) | 5 | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic ☒ N/A | | Amenities | | Car Storage ☐ None | |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Wood-Stone-Carpet | Refrigerator ☒ | | Stairs ☐ | | Fireplace(s) # 1 | Woodstove(s) # 0 | ☒ Garage # | 1 |
| Walls | Plaster | Range/Oven ☒ | | Drop Stair ☐ | | Patio None | | ☐ Covered # | 0 |
| Trim/Finish | Cherry/Stained | Disposal ☒ | | Scuttle ☐ | | Deck Yes | | ☐ Open # | 0 |
| Bath Floor | Stone | Dishwasher ☒ | | Doorway ☐ | | Porch None | | Total # of cars | 1 |
| Bath Wainscot | Stone-Ceramic | Fan/Hood ☒ | | Floor ☐ | | Fence None | | ☐ Assigned | |
| Doors | Solid Cherry Stained | Microwave ☒ | | Heated ☐ | | Pool None | | ☒ Owned | |
| | | Washer/Dryer ☒ | | Finished ☐ | | Balcony None | | Space #(s) Unassigned | |

Finished area above grade contains: 5 Rooms 2 Bedrooms 2.1 Bath(s) 1,175 Square Feet of Gross Living Area Above Grade

Are the heating and cooling for the individual units separately metered? ☐ Yes ☒ No (If No, describe) This is typical of many large projects within the Vail marketplace.

Additional features: See attached addendum.

Describe the condition of the property (including physical, functional and external obsolescence): See attached addendum.

**TRANSFER HISTORY**

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s): Eagle County records.

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: No prior sale is evident per Eagle County |
|---|---|
| Date: | records. |
| Price: | |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

**GP CONDO**

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited
Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001163

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

190701/SolarisPhCW19

File No.:

| SALES COMPARISON APPROACH TO VALUE (if developed) | | The Sales Comparison Approach was not developed for this appraisal. | | | | | |
|---|---|---|---|---|---|---|---|
| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
| Address | 141 E Meadow Dr #PhCW | 141 E Meadow Dr # 6E West | | 728 W Lionshead Cir # R308 | | 675 Lionshead Pl # 330 | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | |
| Project | Solaris Residences | Solaris Residences | | Ritz Carlton Residences | | Arrabelle at Vail Square | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0 01 miles NW | | 0 92 miles W | | 0.71 miles W | |
| Sale Price | $ | | $ , , 2,780,000 | | $ 2,560,000 | | $ 3,400,000 |
| Sale Price/GLA | $ /sq.ft. | $ 1,597.70 /sq.ft. | | $ 1,679.79 /sq.ft | | $ 1,606 81 /sq ft | |
| Data Source(s) | Inspection | VBRMLS#934477,DOM 27 | | VBRMLS#934199;DOM 53 | | VBRMLS#931500;DOM 11 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Conventional | | Cash | | Cash | |
| Concessions | | Furnished | -25,000 | Furnished | -25,000 | Furnished | -25,000 |
| Date of Sale/Time | | 04/30/2019 | | 04/23/2019 | | 03/30/2018 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Vail Village | | Lionshead | | Lionshead | |
| HOA Fees ($/Month) | 1,955.30 | 2,850.00 | | 2,570.00 | | 2,545.00 | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | Pool, Spa, Lobby | |
| Recreational Facilities | Athletic facilities | Athletic facilites | | Athletic facilities | | Athletic facilites | |
| Floor Location | 7th/Top Level | 6th/Mid Level | +35,000 | 5th/Mid Level | +35,000 | 3rd/Mid Level | +35,000 |
| View | Good/Mtn | Good/Mtn | | Gd/Mtn/Lionshead | +200,000 | Good/Mtn/Nr Slope | -250,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | VrGd-Excellent | |
| Age | 8 yrs, 5 eff | 9 yrs, 5 eff | | 9 yrs, 5 eff | | 11 yrs, 6 eff | +42,500 |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 5 2 2 1 | 5 2 2.1 | | 5 2 3.0 | -17,500 | 5 2 3 0 | -17,500 |
| Gross Living Area | 1,175 sq.ft. | 1,740 sq ft | -565,000 | 1,524 sq.ft. | -349,000 | 2,116 sq.ft. | -941,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | [ ] + [X] − $ | -555,000 | [ ] + [X] − $ | -156,500 | [ ] + [X] − $ | -1,156,000 |
| Adjusted Sale Price | | Net 20.0 % | | Net 6.1 % | | Net 34.0 % | |
| of Comparables | | Gross 22.5 % $ | 2,225,000 | Gross 24.5 % $ | 2,403,500 | Gross 38.6 % $ | 2,244,000 |

Summary of Sales Comparison Approach   All comparable data is obtained from Eagle County Clerk and Assessor, the local Multiple Listing service and/or involved parties.  See attached addendum for comments on the sales comparison approach.

Indicated Value by Sales Comparison Approach $   2,235,000

**GP CONDO**

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.
Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001164

**INDIVIDUAL CONDO UNIT·APPRAISAL REPORT**

190701/SolarisPhCW19

Page # 5 of 26

File No.:

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)**   ☒ The Income Approach was not developed for this appraisal

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 141 E Meadow Dr #PhCW | | | |
| | Vail, CO 81657 | | | |
| Project | Solaris Residences | | | |
| Phase | N/A | | | |
| Proximity to Subject | | | | |
| Current Monthly Rent | $ | $ | $ | $ |
| Rent/GLA | $ /sq ft | $ /sq.ft. | $ /sq.ft. | $ /sq ft |
| Rent Control | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Data Source(s) | | | | |
| Date of Lease(s) | | | | |
| Location | Vail Village | | | |
| View | | | | |
| Age | 8 yrs, 5 eff | | | |
| Condition | Very Good | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | Total Bdrms Baths | Total Bdrms Baths |
| Room Count | 5 2 2.1 | | | |
| Gross Living Area | 1,175 sq.ft. | sq.ft. | sq.ft. | sq.ft. |
| Utilities Included | | | | |

Summary of Income Approach (including support for market rent and GRM): _____

Opinion of Monthly Market Rent $ ___N/A___   X Gross Rent Multiplier  0.00   = $ ___   **Indicated Value by Income Approach**

## COST

**COST APPROACH TO VALUE (if developed)** .   ☒ The Cost Approach was not developed for this appraisal.

Summary of Cost Approach.

## RECONCILIATION

**Indicated Value by: Sales Comparison Approach $** 2,235,000    **Cost Approach (if developed) $**    **Income Approach (if developed) $**

Final Reconciliation   The Sales Comparison Approach is typically the most reliable indicator in the valuation of individual condominium units. The Cost and Income Approach are not considered reliable.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: _____

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $   2,235,000   , as of:   06/19/2019   , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains  26  pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

☒ Scope of Work            ☒ Limiting Cond./Certifications   ☒ Narrative Addendum      ☒ Photograph Addenda   ☒ Sketch Addendum
☒ Map Addenda             ☒ Additional Sales               ☐ Additional Rentals      ☐ Flood Addendum       ☐ Hypothetical Conditions
☐ Extraordinary Assumptions ☐ Budget Analysis              ☐

Client Contact:   Rob Glucksman                        Client Name:   Colorado Regional Center Project Solans, LLLP
E-Mail.  rglucksman@coloradoregionalcenter com        Address·   1644 Platte St., Suite 417, Denver, CO 80202

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| _(signature)_ | |
| Appraiser Name:   Angelo Lara | Supervisory or Co-Appraiser Name: _____ |
| Company:   Angelo's Appraisal Inc | Company: _____ |
| Phone: (970) 845-5056    Fax: (970) 845-9472 | Phone: _____ Fax: _____ |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: _____ |
| Date of Report (Signature):  08/02/2019 | Date of Report (Signature): _____ |
| License or Certification #:  CR1318912    State:  CO | License or Certification #: _____ State: _____ |
| Designation:   Certified Residential Appraiser | Designation: _____ |
| Expiration Date of License or Certification:   12/31/2019 | Expiration Date of License or Certification: _____ |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection:   06/19/2019 | Date of Inspection: _____ |

**GP CONDO**

Copyright© 2007 by a la mode, inc This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc - 1-800-ALAMODE

6/2007

CRC 001165

Page # 6 of 26

190701/SolarisPhCW19

## ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | +(−) $ Adjust. | COMPARABLE SALE # 5 | +(−) $ Adjust. | COMPARABLE SALE # 6 | +(−) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr #PhCW | 610 W Lionshead Cir # 517 | | 701 W Lionshead Cir # E506 | | 416 Vail Valley Dr # 1 | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | |
| Project | Solaris Residences | Landmark Vail | | The Lion | | Rams-Horn Lodge #1 | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0.75 miles W | | 0 82 miles W | | 0 33 miles SE | |
| Sale Price | $ | $ 2,225,000 | | $ 2,000,000 | | $ 1,400,000 | |
| Sale Price/GLA | $          /sq ft | $ 1,397 61 /sq.ft. | | $ 1,291 16 /sq.ft. | | $ 1,846.97 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#V314309;DOM 3643 | | VBRMLS#934506;DOM 68 | | VBRMLS#931484;DOM 355 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Cash | | Cash | | Cash | |
| Concessions | | None | 0 | HOA Credit/Furn | -35,788 | Furnished | -25,000 |
| Date of Sale/Time | | 01/24/2018 | | 06/12/2019 | | 03/01/2019 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Lionshead | | Lionshead | | Vail Village | |
| HOA Fees ($/Month) | 1,955.30 | 1,163.00 | | 1,798.00 | | 1,050.00 | |
| Common Elements and Recreational Facilities | Pool, Spa, Lobby Athletic facilities | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | |
| Floor Location | 7th/Top Level | 5th/Top Level | 0 | 5th/Mid Level | +35,000 | 1st/Lower Level | +35,000 |
| View | Good/Mtn | Gd/Ski/Lionshead | +500,000 | Gd/Hwy/Lionshead | +575,000 | Good/Mtn | +250,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | Very Good | +155,000 | Good | +151,500 |
| Age | 8 yrs, 5 eff | 9 yrs, 2 eff | -96,000 | 3 yrs, 1 eff | -124,500 | 9 yrs, 5 eff | |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade Room Count | Total 5  Bdrms 2  Baths 2 1 | Total 5  Bdrms 2  Baths 3.0 | -17,500 | Total 5  Bdrms 2  Baths 3.0 | -17,500 | Total 4  Bdrms 1  Baths 2.0 | +17,500 |
| Gross Living Area | 1,175 sq.ft. | 1,592 sq ft | -417,000 | 1,549 sq ft | -374,000 | 758 sq ft. | +417,000 |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 2 Open parking | 0 |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Patio | |
| Net Adjustment (Total) | | ☐ +  ☒ −  $ -30,500 | | ☒ +  ☐ −  $ 213,212 | | ☒ +  ☐ −  $ 846,000 | |
| Adjusted Sale Price of Comparables | | Net 1.4 % Gross 46.3 % $ 2,194,500 | | Net 10.7 % Gross 65.8 % $ 2,213,212 | | Net 60.4 % Gross 64.0 % $ 2,246,000 | |

SALES COMPARISON APPROACH

Summary of Sales Comparison Approach

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    6/2007

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

**GP** CONDO

CRC 001166

Page # 7 of 26

190701/SolarisPhCW19

## ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | | COMPARABLE SALE # 8 | | COMPARABLE SALE # 9 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr #PhCW | 141 E Meadow Dr # 7E East | | | | | |
| | Vail, CO 81657 | Vail, CO 81657 | | | | | |
| Project | Solans Residences | Solaris Residences | | | | | |
| Phase | N/A | N/A | | | | | |
| Proximity to Subject | | 0.06 miles E | | | | | |
| Sale Price | $ | $ | 3,250,000 | $ | | $ | |
| Sale Price/GLA | /sq.ft. | $ 1,649.75/sq.ft. | | $ /sq.ft. | | $ /sq ft | |
| Data Source(s) | Inspection | VBRMLS#934805;DOM 73 | | | | | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Listing | | | | | |
| Concessions | | Furnished | -25,000 | | | | |
| Date of Sale/Time | | Active | -65,000 | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | Vail Village | Vail Village | | | | | |
| HOA Fees ($/Month) | 1,955.30 | 3,304.33 | | | | | |
| Common Elements and Recreational Facilities | Pool, Spa, Lobby Athletic facilities | Pool, Spa, Lobby Athletic facilities | | | | | |
| Floor Location | 7th/Top Level | 7th/Mid Level | +35,000 | | | | |
| View | Good/Mtn | Good/Mtn | | | | | |
| Design (Style) | Condo | Condo | | | | | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | | | | |
| Age | 8 yrs, 5 eff | 9 yrs, 5 eff | | | | | |
| Condition | Very Good | Very Good | | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 5  2  2.1 | 5  2  2:1 | | | | | |
| Gross Living Area | 1,175 sq.ft. | 1,970 sq.ft. | -795,000 | sq.ft. | | sq.ft. | |
| Basement & Finished Rooms Below Grade | None | None | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Parking | 1 prking garage | 1 prking garage | | | | | |
| Porch/Patio/Deck | Deck | Deck | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ +  ☒ −  $ | -850,000 | ☐ +  ☐ −  $ | | ☐ +  ☐ −  $ | |
| Adjusted Sale Price of Comparables | | Net  26.2 % Gross  28.3 % $ | 2,400,000 | Net  % Gross  % $ | | Net  % Gross  % $ | |
| Summary of Sales Comparison Approach | | | | | | | |

SALES COMPARISON APPROACH

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.

**GPCONDO**

Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

6/2007

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

CRC 001167

Page # 8 of 26

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |

**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472



## ADDENDUM TO THE APPRAISAL OF:
141 E Meadow Drive, #Ph C West
Residences at Solaris-Vail Unit Penthouse C West
Vail, Colorado 81657
Eagle County, Colorado

### Purpose of the Appraisal
The purpose of this appraisal is to provide an opinion of the market value of the subject property, in an "as is" condition and a fee simple estate.

### Client and Intended Users:
This appraisal report is intended for the use by Colorado Regional Center Project Solaris, LLLP.  No other use of this appraisal is permitted.

### Intended Use:
The appraisal report is to determine a current opinion of value for the Colorado Regional Center Project Solaris, LLLP only and is not for any other use.

### Scope of Work
**Extent of the Appraisal Process**
The appraisal of the subject property includes a physical observation of the interior and exterior of the subject property along with data on file with the Eagle County Assessor's office as of the date of this appraisal.  An examination of market factors, recent transactions, a locational analysis of the home site and neighborhood, an economic analysis of the market and other pertinent data that may have an influence on the property were reviewed.  Sales and related information utilized in this report are gathered from the local multiple listing service and public records.  They are confirmed whenever possible with the involved parties, are the best available and the most recent sales which represent various aspects of the subject's market appeal.  When conflicting information was provided the source deemed most reliable was used.  All of this information is compiled and analyzed before a final opinion of value is determined.

The appraisal is in compliance with the guidelines set forth by:
Federal Financial Institutions Reform Recovery and Enforcement Act of 1989 (FIRREA)
Uniform Standards of Professional Appraisal Practices (USPAP)

### Type of Appraisal and type of Appraisal Report:
This appraisal is an "Appraisal Report" that is presented on the General Purpose Condo form.

### Property Observation
The appraiser completed an interior and exterior observation of the subject property.  This observation is not the same as a home inspection and did not include a viewing of the crawl space and attic area of the home (if applicable).  It is based on the observations of an appraiser who visited the property and does not include a physical analysis of the major components of the home.  The appraiser is not a mechanical engineer, electrical engineer, environmental engineer or structural engineer.  Therefore, no warranty of the components which include, but are not limited to, the electrical, plumbing, heating, structural, and roofing are made or implied.  All the above mentioned systems are presumed to be in working condition with the opinion of value herein subject to that assumption. Furthermore, no analysis of environmental conditions, including but not limited to, moisture, mold and radon gas has been made or implied.  It is assumed no adverse environmental conditions exist with the opinion of value herein subject to that assumption.

CRC 001168

**Supplemental Addendum**                                    File No

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | |

**Gramm-Leach-Bliley Act of 1999**
In compliance with the Gramm-Leach Bliley Act, the appraiser does not disclose any non-public personal information that is not specifically permitted by law.

**Competency**
The appraiser has the competency and appropriate knowledge, training, and experience to complete this assignment.

**Extraordinary Assumptions or Hypothetical Conditions:**
No extraordinary assumptions or hypothetical conditions were utilized in the report.

**Prohibited Influences**
The appraisal assignment was not based upon a requested minimum valuation, specific valuation, or approval of a loan. Employment and compensation are not contingent upon the reporting of a predetermined value, a direction of the value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event.

**Definition of Market Value**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1) Buyer and seller are typically motivated;
2) Both parties are well informed or well advised, and each acting in what they consider their own best interests;
3) A reasonable time is allowed for exposure in the open market;
4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto;
5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
(Per Uniform Standards of Professional Appraisal Practice 2018-2019 USPAP Pg 153).

## Area and Neighborhood Comments
The subject property is located in the Vail Village portion of the town of Vail. Vail is located about 100 miles west of Denver along Interstate 70, in a narrow mountain valley situated against the west side of the Gore mountain range.

The first development corresponded with the opening of the Vail ski area in 1962. This is when completion of the first lifts and support facilities were built on what were previously ranch lands. Development in the region has steadily expanded over the years to the east and west. This has created an area of development thirty miles long that contains three ski areas, numerous golf courses, and extensive commercial and residential development. These factors have transformed the area into a four season resort, which has allowed for national and international appeal.

Vail Village is modeled after European villages with a large pedestrian core that contains extensive dining, entertainment and shopping facilities. Uses within the village consist predominately of resort commercial and condominiums, most dating to the 60's and 70's. Since the area is built-out many properties are undergoing extensive renovations with demolition and rebuilding occurring in some instances. Vail Village properties typically exhibited high values and good marketability to second and third home recreational buyers attracted to Vail's renowned recreation amenities. Appeal is enhanced by good views of the Gore Mountain Range and Gore Creek which runs through the village.

Also present at the eastern edge of the Vail Village area is the Gold Peak base area. This base area which recently underwent an extensive renovation consists of two chair lifts and two commercial buildings. These buildings house lift ticket offices, ski school facilities, ski rental shops, restaurants, parking facilities and a base lodge.

## Supplemental Addendum

| Borrower | Not Applicable | | | | File No |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

## Market Trends/Conditions

During 2000 to 2001 sales declined and inventory increased causing a stabilization of values. From 2001 to mid-2006 rapid appreciation occurred. Then in 2008 values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

## Subject Project Comments

**Location:** The project site is located south of the South Frontage Road on East Meadow Drive at its intersection with Willow Bridge Road. This location is within the central core of Vail Village enhancing its overall appeal. It should be noted that the subject project represents the upper end of quality within the central village. This project is considered a "Condotel" as it has many of the amenities of a luxury hotel including the ability to have nightly rentals through the front desk.

**Year of construction:** Construction of the subject project began in 2007 with completion in 2010. This was after the demolition of the Crossroads Mall which previously occupied the site.

**Association Fees:** Currently the association fees for the subject unit are $1,955.30 per month. It should be noted that presently there are no special assessments.

**Project Size/Configuration:** The project consists of 79 residential condominium units within approximately 202,000 square feet. There also is 70,000 square feet of commercial space that is comprised of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink, a bank and numerous other retail shops. Also present are 307 parking spaces within an underground parking garage.

**Project amenities:** Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**Parking facilities:** There are a total of 307 parking spaces in the project's garage of which 112 are designated for the residential condominium units.

**Views:** The subject project has average to excellent views of the surrounding mountains and the ski slopes depending on the location within the project. Units on the north side of the building do not have ski slope views while southern facing units have good to excellent ski slope and mountain views.

**Surrounding uses:** Neighboring properties consist of a mix of improved multi-family, hotel and commercial projects.

**Topography:** Level to sloping

**Adverse conditions/easements:** No unusual or adverse conditions or easements were visually apparent or known by the appraiser.

**Vegetation:** The landscaping consists of grass, trees, shrubs and flowers.

## Subject Unit

**Structure/condition:** The subject property is a residential condominium dwelling that contains two bedrooms and two and one half baths within 1,175 square feet of living space on one level. Also present is an undetermined amount of decking and a parking space in the project's parking garage. The dwelling's floor plan exhibits good traffic flow and space utilization. Condition was observed to be very good due to attentive care along with short term rental use. No functional or external losses were noted. Although this is a top level unit it has no vaulted ceilings.

**Quality of construction:** Quality of construction was noted to be very good to excellent with a high level of materials and workmanship being noted.

**Views:** The subject unit has good mountain views from its position on the northern aspect of the building. It lacks ski slope views and has both sonic and visual impacts from the nearby interstate.

**Supplemental Addendum**                                        File No.

| Borrower | Not Applicable | | | | |
|----------|----------------|--|--|--|--|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

## Ownership and Sales History
**Present owner per public records:** Solaris Property Owner I LLC.

**Acquisition date:** None per Eagle County records.

**Recent activity:** No sale of the subject is evident per Eagle County records.

## Highest and Best Use
Highest and best use may be defined as:

*"The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value."*

The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, this development was built from 2007 through 2010 after the original Crossroads Mall development had been demolished.

## Approaches to Value
There are three approaches to arriving at an opinion of value in the appraisal process. These are the Cost Approach, the Sales Comparison Approach and the Income Capitalization Approach. They are described as follows:

The *Cost Approach* is based on the presumption that the value of a property is indicated by the current cost of the vacant building site plus the cost to construct a similar property, less depreciation. These forms of depreciation consist of physical deterioration, functional obsolescence and external obsolescence.

The *Sales Comparison* approach is the process of comparing the subject property to sales of similar competing properties. Adjustments are made for differences in size, location and other market recognized differences.

The *Income Capitalization* approach is based on the measurement of the present value of future benefits. This is arrived at through a process of capitalizing economic or contract rent into an indication of value using market derived rents and market derived capitalization rates.

The appraiser has made a reasonable effort to employ each of the three approaches to value. In this valuation the Sales Comparison Approach was primarily relied upon in forming the final opinion of value. Although the resort nature of the subject marketplace has many examples of units utilized for long and short term rental purposes, the income often does not offset the cost of ownership. Therefore, the income associated with rental use has little bearing on prices paid for properties in the subject marketplace. Rental income is often secondary or inconsequential among purchaser's criteria with data for market rents and multipliers being diverse and inconsistent. As a result, while considered, the Income Approach was not utilized in this report. The cost approach has no meaningful basis for application in the valuation of individual multi-family interests in the local marketplace, and is omitted from discussion.

## Sales Comparison Approach
Although the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties which represent various aspects of the subject's market appeal.

**Comparable 1** is a very recent sale of a larger unit from the subject project. This unit has similar views as the subject from its location on the northern aspect of the building. It has a less marketable middle level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. An additional adjustment was required for furnishings that were included in the sale. This sale provides excellent similarity in terms of view, quality of construction and condition but is divergent in terms of gross living area. It is the second most recent project sale.

## Supplemental Addendum

File No

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

**Comparable 2** is a very recent sale of a larger unit with a less marketable location within the competing Ritz Carlton project. The unit has similar northern views but is within the less marketable Lionshead portion of Vail. The unit has a less marketable middle level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is divergent in terms of gross living area but provides excellent similarity in all other aspects.

**Comparable 3** is a sale of a larger unit from the competing Arrabelle at Vail Square project. The unit has a more marketable location at the base of the Lionshead gondola and chair lift. The unit has a less marketable middle level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 6 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is divergent in terms of gross living area but provides good similarity in all other aspects.

**Comparable 4** is a dated sale of a larger unit from the competing Landmark Vail project. The unit has more marketable ski slope views but is within the less marketable Lionshead portion of town. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 2 years. Although the unit was 9 years old it reportedly had never been lived in. An additional adjustment was required for bath count. This sale is divergent in terms of gross living area and view but provides good similarity with its top level location.

**Comparable 5** is a very recent sale of a larger unit from the competing Lion project. The unit has similar views but is in the less marketable Lionshead portion of Vail. It has a less marketable middle level location. Quality of construction was rated as very good which was adjusted at a rate of $100 per square foot. Condition was reported to be very good with and effective age of 1 year due to some short term rental use. Additional adjustments were required for bath count, furnishings that were included in the sale and a $10,788 HOA credit the seller gave the buyer at closing. This sale is divergent in terms of gross living area and view but provides good similarity in all other aspects.

**Comparable 6** is a very recent sale of a smaller unit from the competing Rams Horn Lodge project. The unit has a less marketable location that is on the outer edge of the central core of Vail Village. Additionally it has restricted views from its less marketable lower level position although it has less impact from the interstate. Quality of construction was rated as good which was adjusted at a rate of $200 per square foot. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale was included to bracket the subject's gross living area.

**Comparable 7** is a listing of a larger unit with similar views from the subject project. The unit has a less marketable middle level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for furnishings that are to be included in the sale and a list to sales price adjustment. The list to sales price ratio adjustment utilized in the report is based on the median sale price as a percent of list price from the analysis that was completed to determine the current market conditions.

**Due to the lack of recent sales of similar properties from within the subject neighborhood, it was necessary to utilize sales with sales prices that were greater than 15% more or less than the subject's opinion of value.**

## Comments on Adjustments to Sales

Please note the following criteria utilized for the adjustments in the sales comparison approach:

**Market Conditions adjustment:** All condominium sales that sold for more than $2,000,000 within the Vail Village and Lionshead markets were analyzed. The current twelve month period indicates a median sales price of $3,412,500 based on 38 sales ranging from $2,000,000 to $10,500,000. The prior twelve

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |

month period indicates a median sales price of $3,400,000 based on 45 sales ranging from $2,075,000 to $14,000,000. This indicates a slight increase of 0.35% over the twelve month period or a relatively stable market. Therefore no market condition adjustments were made in this report.

**View and floor location adjustments:** Derived from sales of properties with varying appeal and locational characteristics, based on matched pair analysis.

**Quality adjustments:** Based on estimated cost differences, together with cost to cure approximations, when appropriate. Secondary support is provided via conversations with involved parties regarding the effect of differing quality on purchase prices.

**Age and condition characteristics:** These are combined into one adjustment with consideration given to each property's actual and effective ages. Typical condition adjustments for properties in average condition are estimated at about 1.5% per year, reflecting a total estimated life of about 65 years in a straight line age/life analysis. Properties differing in their effective ages are assigned greater or lesser amounts of adjustment based on their relative condition, together with consideration of cost-to-cure estimation, if appropriate. Therefore, an estimated per square foot cost to build is multiplied by the square footage of the comparable to arrive at an estimated cost to build. This figure is then multiplied by the difference in the effective age (difference between the subject's effective age and the comparables effective age) then multiplied by the aforementioned 1.5% to arrive at the age/condition adjustment.

**Room count:** $35,000 per bathroom, based on matched pair analysis. No bedroom count adjustment was evident in the available market data.

**Gross living area:** Differences in gross living area are adjusted at $1,000 per square foot in this report, which is indicative of the sensitivity to size that this marketplace is presently tending to exhibit.

**Homeowners Association Fees:** HOA fees are often based on the size of the unit along with the level and quality of the project's amenities. Sometimes these fees include heat for not only the common area but each individual unit. As a result these fees can vary between units within the same project along with units from competing projects, making an adjustment for these items very difficult to extract from the available data. The more amenities and/or the higher quality of amenities results in higher fees. An analysis of the market data did not readily display an adjustment for the difference between HOA fees of each comparable, therefore no adjustments were made.

**The appraiser recognizes that some of these comparables have larger than typical individual, net and/or gross adjustments. It should be pointed out that variations like this are a common occurrence in this marketplace. Differences in gross living area, quality, conditions, location, etc. often vary substantially from property to property while at the same time maintaining a level of common appeal. Even with these adjustments the sales cited are considered to be similar in appeal, adequately reliable, the best available indicators of subject value.**

## Estimate of Reasonable Exposure Time

A reasonable Exposure Time may be defined as "the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal" Implicit in this definition are the following characteristics:

The property will be actively exposed and aggressively marketed to potential purchasers. This marketing is to be directed through marketing channels commonly used by buyers and sellers of similar type properties.

The property will be offered at a price reflecting the most probable markup over market value used by sellers of similar type properties.

A sale will consummate under terms and conditions of the definition of market value.

An examination of recent sales activity within the subject marketplace reflects a wide range of typical exposure times. Purchase mortgage funds are readily available for properties within the subject area, and a

**Supplemental Addendum**                                     File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | |

significant number of sales close under all cash terms. An exposure time estimate for the subject property of twelve to twenty four months is considered realistic in the present market.

## Final Value Indication

Although the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties. The adjusted data provides adequate similarity to the subject property and a range of indications from $2,194,100 to $2,403,500. Comparable one is the most similar to the subject property and is from the subject project. Comparable five is the most recent sale. Therefore, with support from the other comparables, a value of $2,235,000 is selected and considered reasonable and supportable in the current marketplace. The opinion of value of the subject property is above the predominant value within the subject marketplace. This is typical of the proximal area due to the large disparity in terms of gross living area, condition, views and quality of construction. An analysis of the market data does not indicate that there is an effect on the marketability of the subject due to its correspondence to the predominate value.

## Furnishings and other Personal Property

The subject property is appraised unfurnished with no contribution given to any furnishings, personal property, or intangible items that are not real property. Fixtures, such as built-in appliances, window coverings, wall and floor coverings, electrical fixtures and plumbing fixtures are typically considered as real property in the valuation of residential property, and are included in the value assigned herein.

## Subject Photo Page

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |



**Subject Front**

141 E Meadow Dr #PhCW
Sales Price
Gross Living Area     1,175
Total Rooms           5
Total Bedrooms        2
Total Bathrooms       2.1
Location              Vail Village
View                  Good/Mtn
Site                  Typical/Condo
Quality               VrGd-Excellent
Age                   8 yrs, 5 eff



**Subject Rear**



**Subject Street**



Form PIC3x5 SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001175

## Photograph Addendum

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



**Main living area**



**Dining**



**Kitchen**



**Bedroom**



**Bedroom**



**Bath**



**Bath**



**Bath**



**View**



**View**

## Comparable Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Not Applicable | | | | |
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County | Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



### Comparable 1

141 E Meadow Dr # 6E West
| Prox. to Subject | 0.01 miles NW |
|---|---|
| Sale Price | 2,780,000 |
| Gross Living Area | 1,740 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 2

728 W Lionshead Cir # R308
| Prox. to Subject | 0.92 miles W |
|---|---|
| Sale Price | 2,560,000 |
| Gross Living Area | 1,524 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Mtn/Lionshead |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 3

675 Lionshead Pl # 330
| Prox. to Subject | 0.71 miles W |
|---|---|
| Sale Price | 3,400,000 |
| Gross Living Area | 2,116 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Good/Mtn/Nr Slope |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 11 yrs, 6 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc · 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001177

## Comparable Photo Page

| | | | | |
|---|---|---|---|---|
| Borrower | Not Applicable | | | |
| Property Address | 141 E Meadow Dr | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | |



### Comparable 4
610 W Lionshead Cir # 517
| | |
|---|---|
| Prox. to Subject | 0 75 miles W |
| Sale Price | 2,225,000 |
| Gross Living Area | 1,592 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Ski/Lionshead |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 2 eff |



### Comparable 5
701 W Lionshead Cir # E506
| | |
|---|---|
| Prox. to Subject | 0.82 miles W |
| Sale Price | 2,000,000 |
| Gross Living Area | 1,549 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Hwy/Lionshead |
| Site | Typical/Condo |
| Quality | Very Good |
| Age | 3 yrs, 1 eff |



### Comparable 6
416 Vail Valley Dr # 1
| | |
|---|---|
| Prox. to Subject | 0.33 miles SE |
| Sale Price | 1,400,000 |
| Gross Living Area | 758 |
| Total Rooms | 4 |
| Total Bedrooms | 1 |
| Total Bathrooms | 2.0 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | Good |
| Age | 9 yrs, 5 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode. inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001178

# Comparable Photo Page

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | |



## Comparable 7

141 E Meadow Dr # 7E East

| Prox. to Subject | 0.06 miles E |
|---|---|
| Sale Price | 3,250,000 |
| Gross Living Area | 1,970 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |

## Comparable 8

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

## Comparable 9

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

Form PICPIX CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001179

**Building Sketch (Page - 1)**

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001180

## Building Sketch (Page - 2)

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County | Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1174.88 Sq ft | 26.4 × 20.2 = 533.28 |
| | | 11 × 7.4 = 81.4 |
| | | 15.5 × 35.3 = 547.15 |
| | | 14.5 × 0.9 = 13.05 |
| **Total Living Area (Rounded):** | **1175 Sq ft** | | |

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001181

## Location Map

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | | |



Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001182

## Assumptions, Limiting Conditions & Scope of Work

File No.:

| Property Address: 141 E Meadow Dr | | City: Vail | State: CO | Zip Code. 81657 |
|---|---|---|---|---|
| Client: Colorado Regional Center Project Solans, LLLP | | Address: 1644 Platte St., Suite 417, Denver, CO 80202 | | |
| Appraiser: Angelo Lona | | Address: PO Box 4175, Avon, CO 81620-4175 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis

of it being under responsible ownership.
- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch
is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.
- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other
data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.
- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.
- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best
use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction
with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance
value, and should not be used as such.
- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence
of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the
normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous

wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of
the property.
- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items

that were furnished by other parties.
- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.
- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.
- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the

client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements
applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.
- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.
- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence
of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors
are encouraged to engage the appropriate type of expert to investigate.


**The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by**
the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.


Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however a la mode, inc must be acknowledged and credited
Form GPRES2AD – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE                3/2007

CRC 001183

## Certifications

File No.:

| Property Address: 141 E Meadow Dr | | City: Vail | State: CO | Zip Code: 81657 |
|---|---|---|---|---|
| Client: Colorado Regional Center Project Solans, LLLP | Address: 1644 Platte St., Suite 417, Denver, CO 80202 | | | |
| Appraiser: Angelo Loria | Address: PO Box 4175, Avon, CO 81620-4175 | | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

**DEFINITION OF MARKET VALUE *:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: Rob Glucksman | Client Name Colorado Regional Center Project Solaris, LLLP |
|---|---|
| E-Mail: rglucksman@coloradoregionalcenter.com | Address: 1644 Platte St., Suite 417, Denver, CO 80202 |

**SIGNATURES**

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Angelo Loria | Supervisory or Co-Appraiser Name: |
| Company: Angelo's Appraisal Inc | Company: |
| Phone: (970) 845-5056   Fax: (970) 845-9472 | Phone:   Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date Report Signed: 08/02/2019 | Date Report Signed: |
| License or Certification #: CR1318912   State: CO | License or Certification #:   State: |
| Designation: Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 12/31/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection: 06/19/2019 | Date of Inspection: |

GP RESIDENTIAL

*Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited

Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001184

190701/SolansPHCW19

# USPAP ADDENDUM

File No

| Borrower | Not Applicable |
|---|---|
| Property Address | 141 E Meadow Dr |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender | |

This report was prepared under the following USPAP reporting option:

[X] Appraisal Report — This report was prepared in accordance with USPAP Standards Rule 2-2(a).

[ ] Restricted Appraisal Report — This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:    12 to 24 months

**Additional Certifications**

I certify that, to the best of my knowledge and belief:

[ ] I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

[X] I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report)
- Prior appraisals of this unit were completed by the appraiser on 7/12/16, 2/27/17, 10/3/17, 4/4/18 and 11/06/2018.

**Additional Comments**

**No undue influence was placed on the appraiser during the development of this report.**

| **APPRAISER:** | **SUPERVISORY APPRAISER: (only if required)** |
|---|---|
| Signature. | Signature. |
| Name: Angelo Loria | Name: |
| Date Signed: 08/02/2019 | Date Signed: |
| State Certification #: CR1318912 | State Certification #: |
| or State License #: | or State License #: |
| State: CO | State |
| Expiration Date of Certification or License: 12/31/2019 | Expiration Date of Certification or License: |
| Effective Date of Appraisal: 06/19/2019 | Supervisory Appraiser Inspection of Subject Property: |
| | [ ] Did Not [ ] Exterior-only from Street [ ] Interior and Exterior |

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001185

**Appraisers License**

| | State of Colorado | |
|---|---|---|
| Angelo Joseph Loria | Department of Regulatory Agencies | |
| Po Box 4175 | Division of Real Estate | DORA CO |
| Avon, CO 81620 | | |
| | Board of Real Estate Appraisers | |

*Marcia Waters*

Director: Marcia Waters

Angelo Joseph Loria
Certified Residential Appraiser

License #: CR.001318912
Status: Active
Expires: 12/31/2019

C O P Y

For the most up to date information regarding this credential, visit http://dora.colorado.gov/dre

CRC 001186



**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472

Re: Property    141 E Meadow Dr # PhEE
                Vail, CO 81657
Borrower:       Not Applicable
File No .        190605/Solaris PhEE19

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Angelo J. Oria

Angelo's Appraisal Inc (970) 845-5056

190605/Solaris PhEE19

Page # 2 of 26

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

## SUBJECT

Property Address: 141 E Meadow Dr · Unit #: PhE East · City: Vail · State: CO ·
Zip Code: 81657 · County: Eagle · Legal Description: Residences at Solaris-Vail Unit Penthouse E East
Assessor's Parcel #: 2101-082-94-078
Tax Year: 2018 · R.E. Taxes: $ 20,671.80 · Special Assessments $ 0 · Borrower (if applicable): Not Applicable
Current Owner of Record: Solaris Property Owner I LLC · Occupant: ☐ Owner ☐ Tenant (Market Rent) ☐ Tenant (Regulated Rent) ☐ Vacant
Project Type: ☒ Condominium ☐ Other (describe) · HOA: $ 2,220.43 ☐ per year ☒ per month
Market Area Name: Vail Village · Map Reference: 20780 · Census Tract: 0007 02
Project Name: Solaris Residences · Phase: N/A

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)
Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
Intended Use: To provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP
Intended User(s) (by name or type): Colorado Regional Center Project Solaris, LLLP
Client: Colorado Regional Center Project Solaris, LLLP · Address: 1644 Platte St., Suite 417, Denver, CO 80202
Appraiser: Angelo Loria · Address: PO Box 4175, Avon, CO 81620-4175

## MARKET AREA DESCRIPTION

| | | | Predominant Occupancy | Condominium Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|---|
| Location: | ☐ Urban ☒ Suburban ☐ Rural | | | PRICE $(000) | AGE (yrs) | One-Unit 5% | ☒ Not Likely |
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | ☒ Owner | | | 2-4 Unit 1% | ☐ Likely * ☐ In Process * |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | | ☐ Tenant | 640 Low 2 | | Multi-Unit 54% | * To: |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | | ☒ Vacant (0-5%) | 15,000 High 60 | | Comm'l 40% | |
| Demand/supply: | ☐ Shortage ☒ In Balance ☒ Over Supply | | ☐ Vacant (>5%) | 2,000 Pred 30 | | % | |
| Marketing time: | ☐ Under 3 Mos. ☐ 3-6 Mos ☒ Over 6 Mos | | | | | | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The Vail Village area is bound by the Vail Golf Course on the east, Lionshead on the west, Interstate-70 on the north and Vail Ski Resort and slopes on the south. The immediate Vail Village area is built-out with extensive renovations and rebuilding after demolition. The area enjoys good marketability due to its excellent views and proximity to the main Vail base area and the Gold Peak base area. During 2000 to 2001 sales declined causing a stabilization of values. From 2001 to mid 2006 rapid appreciation occurred. Then the subject marketplace slowed and the values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

## PROJECT SITE DESCRIPTION

Zoning Classification: Special Development District · Description: Public Accommodation
Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
Ground Rent (if applicable) $ N/A / · Comments: Not applicable

Highest & Best Use as improved (or as proposed per plans & specifications): ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: Residential Condominium · Use as appraised in this report: Residential Condominium
Summary of Highest & Best Use: The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indication good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was rebuilt and completed in 2010.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Unknown | Street | Asphalt | ☒ | ☐ | Density | Average |
| Gas | ☒ | ☐ | Unknown | Curb/Gutter | Concrete | ☒ | ☐ | Size | Typical/Condo |
| Water | ☒ | ☐ | Unknown | Sidewalk | Concrete | ☒ | ☐ | Topography | Level to sloping |
| Sanitary Sewer | ☒ | ☐ | Unknown | Street Lights | Electric | ☒ | ☐ | View | Good/Mtn |
| Storm Sewer | ☒ | ☐ | Unknown | Alley | None | | | | |

Other site elements: ☐ Inside Lot ☒ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X · FEMA Map # 08037C0469D · FEMA Map Date 12/4/2007
Site Comments: No adverse site conditions were evident at the time of observation.

## PROJECT INFORMATION

Data source(s) for project information: Management/MLS
Project Description: ☐ Detached ☐ Row or Townhouse ☐ Garden ☐ Mid-Rise ☒ High-Rise ☐ Other (describe)

| General Description of Project | | Subject Phase | # | If Project Completed | # | If Project Incomplete | # |
|---|---|---|---|---|---|---|---|
| # of Stories | 9 | Exterior Walls Frame/Rock | Units | 79 | Phases | 1 | Planned Phases | |
| # of Elevators | 9 | Roof Surface Zinc | Units Completed | 79 | Units | 79 | Planned Units | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Total # Parking 112 | Units For Sale | 21 | Units for Sale | 21 | Units for Sale | |
| Design (Style) Condo | | Ratio (spaces/unit) 1.4:1 | Units Sold | 37 | Units Sold | 37 | Units Sold | |
| Actual Age (Yrs.) 9 | | Parking Type(s) Prk Garage | Units Rented | Unkn | Units Rented | Unkn | Units Rented | |
| Effective Age (Yrs.) 5 | | Guest Parking Avg | Owner Occup Units | Unkn | Owner Occup. Units | Unkn | Owner Occup Units | |

Project Primary Occupancy ☐ Principal Residence ☒ Second Home or Recreational ☐ Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No
Management Group: ☐ Homeowners' Association ☐ Developer ☒ Management Agent (name of management agent or company) Jeff Fruin (970)
790-6406 or jfruin@solarisresidences.com
Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No  If Yes, describe the original use and date of conversion.

Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown Have the documents been reviewed? ☐ Yes ☒ No Comments: These documents were not reviewed for this appraisal
Project Comments (condition, quality of construction, completion status, etc.): Thirty five percent of the project consists of commercial space. This commercial space consists of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink/putting green, a bank and numerous other retail shops.

Common Elements and Recreational Facilities: Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited

**GP CONDO**

Form GPCNDDD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE · 6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001188

Page # 3 of 26

190605/Solaris PhEE19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

## PROJECT ANALYSIS

Summary of condominium project budget analysis for the current year (if analyzed):   The condominium budget was not reviewed for this appraisal

Other fees for the use of the project facilities (other than regular HOA charges):   The appraiser is unaware of any additional fees for the use of the project facilities.

Compared to other competitive projects of similar quality and design, the subject unit charge appears   ☐ High   ☒ Average   ☐ Low   (If High or Low, describe)

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
☐ Yes   ☒ No   If Yes, describe and explain the effect on value and marketability.   No condominium documents or HOA meeting minutes were reviewed for this appraisal.  The appraiser is unaware of any special or unusual characteristics of the project.

Unit Charge $ 2,220.43   per month X 12 = $ 26,645.16   per year.   Annual assessment charge per year per SF of GLA = $   19.58

Utilities included in the Unit Charge:   ☐ None   ☒ Heat   ☒ Air Conditioning   ☐ Electricity   ☒ Gas   ☒ Water   ☒ Sewer   ☒ Cable   ☐ Other

Source(s) used for physical characteristics of property:   ☒ New Inspection   ☒ Previous Appraisal Files   ☐ MLS   ☐ Assessment and Tax Records   ☒ Prior Inspection
☐ Property Owner   ☐ Other (describe)   Data Source for Gross Living Area   Interior dimensions from prior inspection

## DESCRIPTION OF THE UNIT IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | Basement | Heating | |
|---|---|---|---|---|---|---|---|
| Floor Location | 8th/Top Level | Foundation | Concrete | Slab   ☒ N/A | ☒ N/A | Type | In-floor radiant |
| # of Levels | 1 | Exterior Walls | Frame/Rock | Crawl Space | Area Sq. Ft. | Fuel | NG |
| Design (Style) | Condo | Roof Surface | Zinc | Basement | % Finished | | |
| ☒ Existing   ☐ Proposed | | Gutters & Dwnspts. | Yes | Sump Pump ☐ | Ceiling | Cooling | |
| ☐ Under Construction | | Window Type | Wood-Alum clad | Dampness ☐ | Walls | Central | Yes |
| Actual Age (Yrs.) | 9 | Storm/Screens | No/Yes | Settlement | Floor | Other | |
| Effective Age (Yrs) | 5 | | | Infestation | Outside Entry | | |

| Interior Description | | Appliances | | Attic   ☒ N/A | Amenities | | | Car Storage | | ☐ None |
|---|---|---|---|---|---|---|---|---|---|---|
| Floors | Wood-Stone-Carpet | Refrigerator ☒ | | Stairs ☐ | Fireplace(s) # 1 | | Woodstove(s) # 0 | ☒ Garage # | 1 | |
| Walls | Plaster | Range/Oven ☒ | | Drop Stair ☐ | Patio | None | | ☐ Covered # | 0 | |
| Trim/Finish | Cherry/Stained | Disposal ☒ | | Scuttle ☐ | Deck | None | | ☐ Open # | 0 | |
| Bath Floor | Stone | Dishwasher ☒ | | Doorway ☐ | Porch | None | | Total # of cars | 1 | |
| Bath Wainscot | Stone | Fan/Hood ☒ | | Floor ☐ | Fence | None | | ☐ Assigned | | |
| Doors | Solid Cherry Stained | Microwave ☒ | | Heated ☐ | Pool | None | | ☒ Owned | | |
| | | Washer/Dryer ☒ | | Finished ☐ | Balcony | None | | Space #(s) Unassigned | | |

Finished area above grade contains:   5 Rooms   1+D Bedrooms   2 0 Bath(s)   1,361 Square Feet of Gross Living Area Above Grade

Are the heating and cooling for the individual units separately metered?   ☐ Yes   ☒ No (If No, describe)   This is typical of many large projects within the Vail marketplace.

Additional features:   See attached addendum.

Describe the condition of the property (including physical, functional and external obsolescence):   See attached addendum.

## TRANSFER HISTORY

My research ☐ did   ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s):   Eagle County records

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing:   No prior sale is evident per Eagle County records. |
|---|---|
| Date: | |
| Price: | |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

GP CONDO

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE   6/2007

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

CRC 001189

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

| SALES COMPARISON APPROACH TO VALUE (if developed) | | ☐ The Sales Comparison Approach was not developed for this appraisal. | | | | | |
|---|---|---|---|---|---|---|---|
| **FEATURE** | **SUBJECT** | **COMPARABLE SALE # 1** | | **COMPARABLE SALE # 2** | | **COMPARABLE SALE # 3** | |
| Address 141 E Meadow Dr, # PhE East | Vail, CO 81657 | 141 E Meadow Dr #6E West Vail, CO 81657 | | 728 W Lionshead Cir # R308 Vail, CO 81657 | | 675 Lionshead Pl # 330 Vail, CO 81657 | |
| Project Solaris Residences | | Solaris Residences | | Ritz Carlton Residences | | Arrabelle at Vail Square | |
| Phase N/A | | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0 04 miles W | | 0.96 miles W | | 0.73 miles W | |
| Sale Price | $ | $ | 2,780,000 | $ | 2,560,000 | $ | 3,400,000 |
| Sale Price/GLA | $              /sq ft | $  1,597.70 /sq ft. | | $  1,679.79 /sq ft | | $  1,606.81 /sq ft. | |
| Data Source(s) | Inspection | VBRMLS#934477;DOM 27 | | VBRMLS#934199;DOM 53 | | VBRMLS#931500;DOM 11 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Conventional | | Cash | | Cash | |
| Concessions | | Furnished | -25,000 | Furnished | -25,000 | Furnished | -25,000 |
| Date of Sale/Time | | 04/30/2019 | | 04/23/2019 | | 03/30/2018 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Vail Village | | Lionshead | | Lionshead | |
| HOA Fees ($/Month) | 2,220.43 | 2,850.00 | 0 | 2,570.00 | 0 | 2,545.00 | |
| Common Elements and Recreational Facilities | Pool, Spa, Lobby Athletic facilities | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | |
| Floor Location | 8th/Top Level | 6th/Mid Level | +35,000 | 5th/Mid Level | +35,000 | 3rd/Mid Level | +35,000 |
| View | Good/Mtn | Good/Mtn | | Gd/Mtn/Lionshead | +200,000 | Good/Mtn/Nr Slope | -250,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | VrGd-Excellent | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | 9 yrs, 5 eff | | 11 yrs, 6 eff | +42,500 |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 5  1+D  2 0 | 5   2    2.1 | -17,500 | 5   2    3.0 | -35,000 | 5   2    3 0 | -35,000 |
| Gross Living Area | 1,361 sq.ft. | 1,740 sq.ft. | -379,000 | 1,524 sq ft. | -163,000 | 2,116 sq ft | -755,000 |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | None | Deck | 0 | Deck | 0 | Deck | 0 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ − | $     -386,500 | ☒ + ☐ − | $    12,000 | ☐ + ☒ − | $   -987,500 |
| Adjusted Sale Price of Comparables | | Net   13.9 %   Gross   16.4 % | $ 2,393,500 | Net   0.5 %   Gross   17.9 % | $ 2,572,000 | Net   29.0 %   Gross   33.6 % | $ 2,412,500 |
| Summary of Sales Comparison Approach   All comparable data is obtained from Eagle County Clerk and Assessor, the local Multiple Listing service and/or involved parties.  See attached addendum for comments on the sales comparison approach. | | | | | | | |

Indicated Value by Sales Comparison Approach $   2,400,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP CONDO**

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

6/2007

CRC 001190

190605/Solaris PhEE19

## INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

| INCOME APPROACH TO VALUE (if developed) | ☒ The Income Approach was not developed for this appraisal | | |
|---|---|---|---|

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 141 E Meadow Dr, # PhE East Vail, CO 81657 | | | |
| Project | Solaris Residences | | | |
| Phase | N/A | | | |
| Proximity to Subject | | | | |
| Current Monthly Rent | $ | $ | $ | $ |
| Rent/GLA | $        /sq. ft. | $        /sq. ft. | $        /sq.ft. | $        /sq.ft. |
| Rent Control | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Data Source(s) | | | | |
| Date of Lease(s) | | | | |
| Location | Vail Village | | | |
| View | | | | |
| Age | 9 yrs, 5 eff | | | |
| Condition | Very Good | | | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths |
| Room Count | 5 | 1+D | 2.0 | | | | | | | | | |
| Gross Living Area | 1,361 sq.ft. | sq.ft. | sq.ft. | sq.ft. |
| Utilities Included | | | | |

Summary of Income Approach (including support for market rent and GRM): _____

| Opinion of Monthly Market Rent $ | N/A | X Gross Rent Multiplier | 0.00 | = $ | Indicated Value by Income Approach |
|---|---|---|---|---|---|

| COST APPROACH TO VALUE (if developed) | ☒ The Cost Approach was not developed for this appraisal |
|---|---|

Summary of Cost Approach.

Indicated Value by: Sales Comparison Approach $ 2,400,000    Cost Approach (if developed) $    Income Approach (if developed) $

Final Reconciliation  The Sales Comparison Approach is typically the most reliable indicator in the valuation of individual condominium units  The Cost and Income Approach are not considered reliable

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: _____

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 2,400,000 , as of: 06/19/2019 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains 26 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| ☒ Scope of Work | ☒ Limiting Cond./Certifications | ☒ Narrative Addendum | ☒ Photograph Addenda | ☒ Sketch Addendum |
|---|---|---|---|---|
| ☒ Map Addenda | ☒ Additional Sales | ☐ Additional Rentals | ☐ Flood Addendum | ☐ Hypothetical Conditions |
| ☐ Extraordinary Assumptions | ☒ Budget Analysis | ☐ | ☐ | ☐ |

Client Contact:  Rob Glucksman                Client Name:    Colorado Regional Center Project Solaris, LLLP
E-Mail:  rglucksman@coloradoregionalcenter.com     Address:  1644 Platte St , Suite 417, Denver, CO 80202

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Angelo Lara | Supervisory or Co-Appraiser Name: |
| Company:  Angelos Appraisal Inc | Company: |
| Phone: (970) 845-5056     Fax: (970) 845-9472 | Phone:        Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date of Report (Signature): 08/02/2019 | Date of Report (Signature): |
| License or Certification #: CR1318912     State: CO | License or Certification #:        State: |
| Designation:  Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 12/31/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 06/19/2019 | Date of Inspection: |

## GP CONDO

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited

Form GPCONDO – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE            6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001191

## ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr, # PhE East Vail, CO 81657 | 610 W Lionshead Cir # 517 Vail, CO 81657 | | 701 W Lionshead Cir # E506 Vail, CO 81657 | | 416 Vail Valley Dr #1 Vail, CO 81657 | |
| Project | Solans Residences | Landmark Vail | | The Lion | | Rams-Horn Lodge #1 | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0.78 miles W | | 0.85 miles W | | 0.31 miles SE | |
| Sale Price | $ | $ | 2,225,000 | $ | 2,000,000 | $ | 1,400,000 |
| Sale Price/GLA | $ /sq.ft. | $ 1,397.61 /sq.ft. | | $ 1,291.16 /sq.ft. | | $ 1,846.97 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#V314309;DOM 3643 | | VBRMLS#934506;DOM 68 | | VBRMLS#931484;DOM 355 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing Concessions | | Cash None | | Cash HOA Credit/Furn | -35,788 | Cash Furnished | -25,000 |
| Date of Sale/Time | | 01/24/2018 | | 06/12/2019 | | 03/01/2019 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Lionshead | | Lionshead | | Vail Village | |
| HOA Fees ($/Month) | 2,220.43 | 1,163.00 | | 1,798.00 | 0 | 1,050.00 | 0 |
| Common Elements and Recreational Facilities | Pool, Spa, Lobby Athletic facilities | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | |
| Floor Location | 8th/Top Level | 5th/Top Level | 0 | 5th/Mid Level | +35,000 | 1st/Low level | +35,000 |
| View | Good/Mtn | Gd/Ski/Lionshead | +500,000 | Gd/Hwy/Lionshead | +575,000 | Good/Mtn | +250,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | Very Good | +155,000 | Good | +151,500 |
| Age | 9 yrs, 5 eff | 9 yrs, 2 eff | -96,000 | 3 yrs, 1 eff | -124,500 | 9 yrs, 5 eff | |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 5 1+D 2.0 | 5 2 3.0 | -35,000 | 5 2 3.0 | -35,000 | 4 1 2 0 | 0 |
| Gross Living Area | 1,361 sq.ft. | 1,592 sq.ft. | -231,000 | 1,549 sq.ft. | -188,000 | 758 sq.ft. | +603,000 |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 2 Open parking | 0 |
| Porch/Patio/Deck | None | Deck | | Deck | 0 | Patio | 0 |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + □ − $ | 138,000 | ☒ + □ − $ | 381,712 | ☒ + □ − $ | 1,014,500 |
| Adjusted Sale Price of Comparables | | Net 6.2 % Gross 38.7 % $ | 2,363,000 | Net 19.1 % Gross 57.4 % $ | 2,381,712 | Net 72.5 % Gross 76.0 % $ | 2,414,500 |
| Summary of Sales Comparison Approach | | | | | | | |

SALES COMPARISON APPROACH

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.
Form GPCONDO.(AC) – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE
6/2007

**GP CONDO**

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001192

Page # 7 of 26
190605/Solaris PhEE19

## ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE #7 | | COMPARABLE SALE #8 | | COMPARABLE SALE #9 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr, # PhE East | 141 E Meadow Dr #7E East | | | | | |
| | Vail, CO 81657 | Vail, CO 81657 | | | | | |
| Project | Solans Residences | Solans Residences | | | | | |
| Phase | N/A | N/A | | | | | |
| Proximity to Subject | | Less than 0.01 miles | | | | | |
| Sale Price | $ | $ | 3,250,000 | $ | | $ | |
| Sale Price/GLA | $ /sq ft | $ 1,649.75 /sq.ft. | | $ /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#934805,DOM 73 | | | | | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Listing | | | | | |
| Concessions | | Furnished | -25,000 | | | | |
| Date of Sale/Time | | Active | -65,000 | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | Vail Village | Vail Village | | | | | |
| HOA Fees ($/Month) | 2,220.43 | 3,304.33 | 0 | | | | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | | | | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | | | | |
| Floor Location | 8th/Top Level | 7th/Mid Level | +35,000 | | | | |
| View | Good/Mtn | Good/Mtn | | | | | |
| Design (Style) | Condo | Condo | | | | | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | | | | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | | | | |
| Condition | Very Good | Very Good | | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 5   1+D   2.0 | 5   2   2 1 | -17,500 | | | | |
| Gross Living Area | 1,361 sq.ft. | 1,970 sq.ft. | -609,000 | sq ft | | sq.ft. | |
| Basement & Finished | None | None | | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Parking | 1 prking garage | 1 prking garage | | | | | |
| Porch/Patio/Deck | None | Deck | 0 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ − $ | -681,500 | ☐ + ☐ − $ | | ☐ + ☐ − $ | |
| Adjusted Sale Price | | Net      21 0 % | | Net      % | | Net      % | |
| of Comparables | | Gross   23.1 % $ | 2,568,500 | Gross   % $ | | Gross   % $ | |

Summary of Sales Comparison Approach

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited
Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                6/2007

GP CONDO

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001193

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr # PhEE | | | | |
| City | Vail | County Eagle | | State · CO | Zip Code  81657 |
| Lender/Client | | | | | |

**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472



## ADDENDUM TO THE APPRAISAL OF:

141 E Meadow Drive, #Ph E East
Residences at Solaris-Vail Unit Penthouse E East
Vail, Colorado 81657
Eagle County, Colorado

## Purpose of the Appraisal

The purpose of this appraisal is to provide an opinion of the market value of the subject property, in an "as is" condition and a fee simple estate.

## Client and Intended Users:

This appraisal report is intended for the use by Colorado Regional Center Project Solaris, LLLP.  No other use of this appraisal is permitted.

## Intended Use:

The appraisal report is to determine a current opinion of value for the Colorado Regional Center Project Solaris, LLLP only and is not for any other use.

## Scope of Work

### Extent of the Appraisal Process

The appraisal of the subject property includes a physical observation of the interior and exterior of the subject property along with data on file with the Eagle County Assessor's office as of the date of this appraisal.  An examination of market factors, recent transactions, a locational analysis of the home site and neighborhood, an economic analysis of the market and other pertinent data that may have an influence on the property were reviewed.  Sales and related information utilized in this report are gathered from the local multiple listing service and public records.  They are confirmed whenever possible with the involved parties, are the best available and the most recent sales which represent various aspects of the subject's market appeal.  When conflicting information was provided the source deemed most reliable was used.  All of this information is compiled and analyzed before a final opinion of value is determined.

The appraisal is in compliance with the guidelines set forth by:
Federal Financial Institutions Reform Recovery and Enforcement Act of 1989 (FIRREA)
Uniform Standards of Professional Appraisal Practices (USPAP)

### Type of Appraisal and type of Appraisal Report:

This appraisal is an "Appraisal Report" that is presented on the General Purpose Condo form.

### Property Observation

The appraiser completed an interior and exterior observation of the subject property.  This observation is not the same as a home inspection and did not include a viewing of the crawl space and attic area of the home (if applicable).  It is based on the observations of an appraiser who visited the property and does not include a physical analysis of the major components of the home.  The appraiser is not a mechanical engineer, electrical engineer, environmental engineer or structural engineer.  Therefore, no warranty of the components which include, but are not limited to, the electrical, plumbing, heating, structural, and roofing are made or implied.  All the above mentioned systems are presumed to be in working condition with the opinion of value herein subject to that assumption. Furthermore, no analysis of environmental conditions, including but not limited to, moisture, mold and radon gas has been made or implied.  It is assumed no adverse environmental conditions exist with the opinion of value herein subject to that assumption.

CRC 001194

## Supplemental Addendum                    File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr # PhEE | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

**Gramm-Leach-Bliley Act of 1999**
In compliance with the Gramm-Leach Bliley Act, the appraiser does not disclose any non-public personal information that is not specifically permitted by law.

**Competency**
The appraiser has the competency and appropriate knowledge, training, and experience to complete this assignment.

**Extraordinary Assumptions or Hypothetical Conditions:**
No extraordinary assumptions or hypothetical conditions were utilized in the report.

**Prohibited Influences**
The appraisal assignment was not based upon a requested minimum valuation, specific valuation, or approval of a loan. Employment and compensation are not contingent upon the reporting of a predetermined value, a direction of the value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event.

**Definition of Market Value**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1) Buyer and seller are typically motivated;
2) Both parties are well informed or well advised, and each acting in what they consider their own best interests;
3) A reasonable time is allowed for exposure in the open market;
4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto;
5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
(Per Uniform Standards of Professional Appraisal Practice 2018-2019 USPAP Pg 153).

## Area and Neighborhood Comments
The subject property is located in the Vail Village portion of the town of Vail. Vail is located about 100 miles west of Denver along Interstate 70, in a narrow mountain valley situated against the west side of the Gore mountain range.

The first development corresponded with the opening of the Vail ski area in 1962. This is when completion of the first lifts and support facilities were built on what were previously ranch lands. Development in the region has steadily expanded over the years to the east and west. This has created an area of development thirty miles long that contains three ski areas, numerous golf courses, and extensive commercial and residential development. These factors have transformed the area into a four season resort, which has allowed for national and international appeal.

Vail Village is modeled after European villages with a large pedestrian core that contains extensive dining, entertainment and shopping facilities. Uses within the village consist predominately of resort commercial and condominiums, most dating to the 60's and 70's. Since the area is built-out many properties are undergoing extensive renovations with demolition and rebuilding occurring in some instances. Vail Village properties typically exhibited high values and good marketability to second and third home recreational buyers attracted to Vail's renowned recreation amenities. Appeal is enhanced by good views of the Gore Mountain Range and Gore Creek which runs through the village.

Also present at the eastern edge of the Vail Village area is the Gold Peak base area. This base area which recently underwent an extensive renovation consists of two chair lifts and two commercial buildings. These buildings house lift ticket offices, ski school facilities, ski rental shops, restaurants, parking facilities and a base lodge.

**Supplemental Addendum**                                      File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr # PhEE | | | | | |
| City | Vail | | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | |

## Market Trends/Conditions

During 2000 to 2001 sales declined and inventory increased causing a stabilization of values. From 2001 to mid-2006 rapid appreciation occurred. Then in 2008 values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

## Subject Project Comments

**Location:** The project site is located south of the South Frontage Road on East Meadow Drive at its intersection with Willow Bridge Road. This location is within the central core of Vail Village enhancing its overall appeal. It should be noted that the subject project represents the upper end of quality within the central village. This project is considered a "Condotel" as it has many of the amenities of a luxury hotel including the ability to have nightly rentals through the front desk.

**Year of construction:** Construction of the subject project began in 2007 with completion in 2010. This was after the demolition of the Crossroads Mall which previously occupied the site.

**Association Fees:** Currently the association fees for the subject unit are $2,220.43 per month. It should be noted that presently there are no special assessments.

**Project Size/Configuration:** The project consists of 79 residential condominium units within approximately 202,000 square feet. There also is 70,000 square feet of commercial space that is comprised of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink, a bank and numerous other retail shops. Also present are 307 parking spaces within an underground parking garage.

**Project amenities:** Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**Parking facilities:** There are a total of 307 parking spaces in the project's garage of which 112 are designated for the residential condominium units.

**Views:** The subject project has average to excellent views of the surrounding mountains and the ski slopes depending on the location within the project. Units on the north side of the building do not have ski slope views while southern facing units have good to excellent ski slope and mountain views.

**Surrounding uses:** Neighboring properties consist of a mix of improved multi-family, hotel and commercial projects.

**Topography:** Level to sloping

**Adverse conditions/easements:** No unusual or adverse conditions or easements were visually apparent or known by the appraiser.

**Vegetation:** The landscaping consists of grass, trees, shrubs and flowers.

## Subject Unit

**Structure/condition:** The subject property is a residential condominium dwelling that contains one bedroom plus a den and two baths within 1,361 square feet of living area. Also present is a parking space in the project's parking garage. The unit enjoys a more marketable top level location. The dwelling's floor plan exhibits good traffic flow and space utilization. Condition was observed to be very good due to attentive care along with short term rental use. No functional or external losses were noted.

**Quality of construction:** Quality of construction was noted to be very good to excellent with a high level of materials and workmanship being noted.

**Views:** The subject unit has good mountain views from its position on the northern aspect of the building. It lacks ski slope views and has both sonic and visual impacts from the nearby interstate.

## Ownership and Sales History

### Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr # PhEE | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | |

**Present owner per public records:** Solaris Property Owner I LLC.

**Acquisition date:** None per Eagle County records.

**Recent activity:** No sale of the subject is evident per Eagle County records.

## Highest and Best Use

Highest and best use may be defined as:

*"The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value."*

The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, this development was built from 2007 through 2010 after the original Crossroads Mall development had been demolished.

## Approaches to Value

There are three approaches to arriving at an opinion of value in the appraisal process. These are the Cost Approach, the Sales Comparison Approach and the Income Capitalization Approach. They are described as follows:

The *Cost Approach* is based on the presumption that the value of a property is indicated by the current cost of the vacant building site plus the cost to construct a similar property, less depreciation. These forms of depreciation consist of physical deterioration, functional obsolescence and external obsolescence.

The *Sales Comparison* approach is the process of comparing the subject property to sales of similar competing properties. Adjustments are made for differences in size, location and other market recognized differences.

The *Income Capitalization* approach is based on the measurement of the present value of future benefits. This is arrived at through a process of capitalizing economic or contract rent into an indication of value using market derived rents and market derived capitalization rates.

The appraiser has made a reasonable effort to employ each of the three approaches to value. In this valuation the Sales Comparison Approach was primarily relied upon in forming the final opinion of value. Although the resort nature of the subject marketplace has many examples of units utilized for long and short term rental purposes, the income often does not offset the cost of ownership. Therefore, the income associated with rental use has little bearing on prices paid for properties in the subject marketplace. Rental income is often secondary or inconsequential among purchaser's criteria with data for market rents and multipliers being diverse and inconsistent. As a result, while considered, the Income Approach was not utilized in this report. The cost approach has no meaningful basis for application in the valuation of individual multi-family interests in the local marketplace, and is omitted from discussion.

## Sales Comparison Approach

Although some of the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties which represent various aspects of the subject's market appeal.

**Comparable 1** is a very recent sale of a larger unit from the subject project. This unit has similar views as the subject from its location on the northern aspect of the building. It has a less marketable middle level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale provides excellent similarity in terms of view, quality of construction and condition but is somewhat divergent in terms of gross living area. It is the second most recent project sale.

## Supplemental Addendum

File No

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr # PhEE | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | |

**Comparable 2** is a very recent sale of a larger unit with a less marketable location within the competing Ritz Carlton project. The unit has similar northern views but is within the less marketable Lionshead portion of Vail. The unit has a less marketable middle level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale provides excellent similarity in terms of gross living area, quality of construction and condition.

**Comparable 3** is a sale of a larger unit from the competing Arrabelle at Vail Square project. The unit has a more marketable location at the base of the Lionshead gondola and chair lift. The unit has a less marketable middle level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 6 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is divergent in terms of gross living area but provides good similarity in all other aspects.

**Comparable 4** is a dated sale of a larger unit from the competing Landmark Vail project. The unit has more marketable ski slope views but is within the less marketable Lionshead portion of town. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 2 years. Although the unit was 9 years old it reportedly had never been lived in. An additional adjustment was required for bath count. This sale is divergent in terms of gross living area and view but provides good similarity with its top level location.

**Comparable 5** is a very recent sale of a larger unit from the competing Lion project. The unit has similar views but is in the less marketable Lionshead portion of Vail. It has a less marketable middle level location. Quality of construction was rated as very good which was adjusted at a rate of $100 per square foot. Condition was reported to be very good with and effective age of 1 year due to some short term rental use. Additional adjustments were required for bath count, furnishings that were included in the sale and a $10,788 HOA credit the seller gave the buyer at closing. This sale is divergent in terms of view but provides good similarity in all other aspects.

**Comparable 6** is a very recent sale of a smaller unit from the competing Rams Horn Lodge project. The unit has a less marketable location that is on the outer edge of the central core of Vail Village. Additionally it has restricted views from its less marketable lower level position although it has less impact from the interstate. Quality of construction was rated as good which was adjusted at a rate of $200 per square foot. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. An additional adjustment was required for furnishings that were included in the sale. This sale was included to bracket the subject's gross living area.

**Comparable 7** is a listing of a larger unit with similar views from the subject project. The unit has a less marketable middle level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count, furnishings that are to be included in the sale and a list to sales price adjustment. The list to sales price ratio adjustment utilized in the report is based on the median sale price as a percent of list price from the analysis that was completed to determine the current market conditions.

**Due to the lack of recent sales of similar properties from within the subject neighborhood, it was necessary to utilize sales with sales prices that were greater than 15% more or less than the subject's opinion of value.**

## Comments on Adjustments to Sales

Please note the following criteria utilized for the adjustments in the sales comparison approach:

**Market Conditions adjustment:** All condominium sales that sold for more than $2,000,000 within the Vail Village and Lionshead markets were analyzed. The current twelve month period indicates a median sales price of $3,412,500 based on 38 sales ranging from $2,000,000 to $10,500,000. The prior twelve

## Supplemental Addendum

| | | | | | | File No. |
|---|---|---|---|---|---|---|
| Borrower | Not Applicable | | | | | |
| Property Address | 141 E Meadow Dr # PhEE | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |

month period indicates a median sales price of $3,400,000 based on 45 sales ranging from $2,075,000 to $14,000,000. This indicates a slight increase of 0.35% over the twelve month period or a relatively stable market. Therefore no market condition adjustments were made in this report.

**View and floor location adjustments:** Derived from sales of properties with varying appeal and locational characteristics, based on matched pair analysis.

**Quality adjustments:** Based on estimated cost differences, together with cost to cure approximations, when appropriate. Secondary support is provided via conversations with involved parties regarding the effect of differing quality on purchase prices.

**Age and condition characteristics:** These are combined into one adjustment with consideration given to each property's actual and effective ages. Typical condition adjustments for properties in average condition are estimated at about 1.5% per year, reflecting a total estimated life of about 65 years in a straight line age/life analysis. Properties differing in their effective ages are assigned greater or lesser amounts of adjustment based on their relative condition, together with consideration of cost-to-cure estimation, if appropriate. Therefore, an estimated per square foot cost to build is multiplied by the square footage of the comparable to arrive at an estimated cost to build. This figure is then multiplied by the difference in the effective age (difference between the subject's effective age and the comparables effective age) then multiplied by the aforementioned 1.5% to arrive at the age/condition adjustment.

**Room count:** $35,000 per bathroom, based on matched pair analysis. No bedroom count adjustment was evident in the available market data.

**Gross living area:** Differences in gross living area are adjusted at $1,000 per square foot in this report, which is indicative of the sensitivity to size that this marketplace is presently tending to exhibit.

**Homeowners Association Fees:** HOA fees are often based on the size of the unit along with the level and quality of the project's amenities. Sometimes these fees include heat for not only the common area but each individual unit. As a result these fees can vary between units within the same project along with units from competing projects, making an adjustment for these items very difficult to extract from the available data. The more amenities and/or the higher quality of amenities results in higher fees. An analysis of the market data did not readily display an adjustment for the difference between HOA fees of each comparable, therefore no adjustments were made.

**The appraiser recognizes that some of these comparables have larger than typical individual, net and/or gross adjustments. It should be pointed out that variations like this are a common occurrence in this marketplace. Differences in gross living area, quality, conditions, location, etc. often vary substantially from property to property while at the same time maintaining a level of common appeal. Even with these adjustments the sales cited are considered to be similar in appeal, adequately reliable, the best available indicators of subject value.**

## Estimate of Reasonable Exposure Time

A reasonable Exposure Time may be defined as "the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal" Implicit in this definition are the following characteristics:

The property will be actively exposed and aggressively marketed to potential purchasers. This marketing is to be directed through marketing channels commonly used by buyers and sellers of similar type properties.

The property will be offered at a price reflecting the most probable markup over market value used by sellers of similar type properties.

A sale will consummate under terms and conditions of the definition of market value.

An examination of recent sales activity within the subject marketplace reflects a wide range of typical exposure times. Purchase mortgage funds are readily available for properties within the subject area, and a

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr # PhEE | | | | | |
| City | Vail | | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | | |

significant number of sales close under all cash terms. An exposure time estimate for the subject property of twelve to twenty four months is considered realistic in the present market.

## Final Value Indication

Although some of the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties. The adjusted data provides good similarity to the subject property and a range of indications from $2,363,000 to $2,572,000. Comparable one is the most similar to the subject property and is from the subject project. Comparable five is the most recent sale. Therefore, with support from the other comparables, a value of $2,400,000 is selected and considered reasonable and supportable in the current marketplace. The opinion of value of the subject property is above the predominant value within the subject marketplace. This is typical of the proximal area due to the large disparity in terms of gross living area, condition, views and quality of construction. An analysis of the market data does not indicate that there is an effect on the marketability of the subject due to its correspondence to the predominate value.

## Furnishings and other Personal Property

The subject property is appraised unfurnished with no contribution given to any furnishings, personal property, or intangible items that are not real property. Fixtures, such as built-in appliances, window coverings, wall and floor coverings, electrical fixtures and plumbing fixtures are typically considered as real property in the valuation of residential property, and are included in the value assigned herein.

CRC 001200

## Subject Photo Page

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr # PhEE | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |



**Subject Front**

141 E Meadow Dr, # PhE East

| | |
|---|---|
| Sales Price | |
| Gross Living Area | 1,361 |
| Total Rooms | 5 |
| Total Bedrooms | 1+D |
| Total Bathrooms | 2.0 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



**Subject Rear**



**Subject Street**

Form PIC3x5.SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001201

## Photograph Addendum

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr # PhEE | | | | |
| City | Vail | County  Eagle | | State  CO | Zip Code  81657 |
| Lender/Client | | | | | |



**Main living area**



**Dining**



**Kitchen**



**Bedroom**



**Den**



**Bath**



**Bath**

Form PIC15 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001202

# Comparable Photo Page

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr # PhEE | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | |



## Comparable 1

**141 E Meadow Dr #PhC East**

| | |
|---|---|
| Prox to Subject | 0 04 miles W |
| Sale Price | 2,780,000 |
| Gross Living Area | 1,740 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



## Comparable 2

**728 W Lionshead Cir # R308**

| | |
|---|---|
| Prox to Subject | 0.96 miles W |
| Sale Price | 2,560,000 |
| Gross Living Area | 1,524 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Mtn/Lionshead |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



## Comparable 3

**675 Lionshead Pl # 330**

| | |
|---|---|
| Prox. to Subject | 0.73 miles W |
| Sale Price | 3,400,000 |
| Gross Living Area | 2,116 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Good/Mtn/Nr Slope |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 11 yrs, 6 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1.19-cv-02443-STV
Exhibit 13

CRC 001203

# Comparable Photo Page

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr # PhEE | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



**Comparable 4**

610 W Lionshead Cir # 517

| | |
|---|---|
| Prox. to Subject | 0.78 miles W |
| Sale Price | 2,225,000 |
| Gross Living Area | 1,592 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Ski/Lionshead |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 2 eff |



**Comparable 5**

701 W Lionshead Cir # E506

| | |
|---|---|
| Prox. to Subject | 0 85 miles W |
| Sale Price | 2,000,000 |
| Gross Living Area | 1,549 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Hwy/Lionshead |
| Site | Typical/Condo |
| Quality | Very Good |
| Age | 3 yrs, 1 eff |



**Comparable 6**

ail Valley Dr #1

| | |
|---|---|
| Prox. to Subject | 0.31 miles SE |
| Sale Price | 1,400,000 |
| Gross Living Area | 758 |
| Total Rooms | 4 |
| Total Bedrooms | 1 |
| Total Bathrooms | 2.0 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | Good |
| Age | 9 yrs, 5 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001204

## Comparable Photo Page

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr # PhEE | | | | | |
| City | Vail | | County  Eagle | | State  CO | Zip Code  81657 |
| Lender/Client | | | | | | |



### Comparable 7

141 E Meadow Dr #7E East
| | |
|---|---|
| Prox. to Subject | Less than 0.01 miles |
| Sale Price | 3,250,000 |
| Gross Living Area | 1,970 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |

### Comparable 8

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

### Comparable 9

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

Form PICPIX.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001205

## Building Sketch (Page - 1)

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr # PhEE | | | | |
| City | Vail | County | Eagle | State CO | Zip Code  81657 |
| Lender/Client | | | | | |



**First Floor**

[1360.98 Sq ft]

TOTAL Sketch by a la mode, inc

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001206

# Building Sketch (Page - 2)

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr # PhEE | | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | |

TOTAL Sketch by a la mode, inc                                      Area Calculations Summary

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1360.98 Sq ft | 20 × 0.7 | = 14 |
| | | 5.4 × 6.6 | = 35.64 |
| | | 28.5 × 43.7 | = 1245.45 |
| | | 0.7 × 1.77 | = 1.24 |
| | | 0.5 × 1.77 × 1.77 | = 1.56 |
| | | 2.47 × 24.4 | = 60.21 |
| | | 0.5 × 2.47 × 2.33 | = 2.88 |
| **Total Living Area (Rounded):** | **1361 Sq ft** | | |

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001207

## Location Map

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr # PhEE | | | | | | |
| City | Vail | | County Eagle | | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | | |



Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001208

190605/Solaris PhEE19

# Assumptions, Limiting Conditions & Scope of Work

Page # 23 of 26

File No.:

| Property Address. | 141 E Meadow Dr # PhEE | | City: Vail | | State. CO | | Zip Code: 81657 |
|---|---|---|---|---|---|---|---|
| Client. | Colorado Regional Center Project Solaris, LLLP | | Address | 1644 Platte St , Suite 417, Denver, CO 80202 | | | |
| Appraiser | Angelo Loria | | Address. | PO Box 4175, Avon, CO 81620-4175 | | | |

## STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis

of it being under responsible ownership.
- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch
is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.
- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other
data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.
- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.
- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best
use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction
with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance
value, and should not be used as such.
- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence
of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the
normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous

wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of
the property.
- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items

that were furnished by other parties.
- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.
- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.
- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the

client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements
applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.
- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.
- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence
of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors
are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by
the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.


Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

**GP** RESIDENTIAL

Copyright© 2007 by a la mode, inc  This form may be reproduced unmodified without written permission, however  a la mode, inc  must be acknowledged and credited
Form GPRES2AD – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE

3/2007

CRC 001209

## Certifications

| | | | | |
|---|---|---|---|---|
| Property Address: | 141 E Meadow Dr # PhEE | City: Vail | State: CO | Zip Code: 81657 |
| Client: | Colorado Regional Center Project Solans, LLLP | Address | 1644 Platte St , Suite 417, Denver, CO 80202 | |
| Appraiser: | Angelo Loria | Address: | PO Box 4175, Avon, CO 81620-4175 | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

**DEFINITION OF MARKET VALUE *:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| | | | |
|---|---|---|---|
| Client Contact: Rob Glucksman | | Client Name | Colorado Regional Center Project Solans, LLLP |
| E-Mail: rglucksman@coloradoregionalcenter com | | Address: | 1644 Platte St., Suite 417, Denver, CO 80202 |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Angelo Loria | Supervisory or Co-Appraiser Name: |
| Company: Angelo's Appraisal Inc | Company: |
| Phone: (970) 845-5056      Fax: (970) 845-9472 | Phone:      Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date Report Signed: 08/02/2019 | Date Report Signed |
| License or Certification # CR1318912      State CO | License or Certification #:      State: |
| Designation   Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 12/31/2019 | Expiration Date of License or Certification: |
| Inspection of Subject. [X] Interior & Exterior  [ ] Exterior Only  [ ] None | Inspection of Subject.  [ ] Interior & Exterior  [ ] Exterior Only  [ ] None |
| Date of Inspection: 06/19/2019 | Date of Inspection: |

SIGNATURES

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc This form may be reproduced unmodified without written permission, however a la mode, inc. must be acknowledged and credited
Form GPRES2AO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE     3/2007

CRC 001210

Page # 25 of 26

190605/Solaris PhEE19

## USPAP ADDENDUM

File No

| Borrower | Not Applicable | | | |
|---|---|---|---|---|
| Property Address | 141 E Meadow Dr # PhEE | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender | | | | |

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report      This report was prepared in accordance with USPAP Standards Rule 2-2(a)

☐ Restricted Appraisal Report      This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:      12 to 24 months

**Additional Certifications**

I certify that, to the best of my knowledge and belief:

☐ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☒ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).
- **Prior appraisals of this unit were completed by the appraiser on 7/12/16, 2/27/17, 10/3/17, 4/4/18 and 11/06/2018.**

**Additional Comments**

**No undue influence was placed on the appraiser during the development of this report.**

| APPRAISER: | SUPERVISORY APPRAISER: (only if required) |
|---|---|
| Signature: | Signature: |
| Name: Angelo Long | Name: |
| Date Signed: 08/02/2019 | Date Signed: |
| State Certification #: CR1318912 | State Certification #: |
| or State License #: | or State License #: |
| State CO | State |
| Expiration Date of Certification or License: 12/31/2019 | Expiration Date of Certification or License: |
| Effective Date of Appraisal: 06/19/2019 | Supervisory Appraiser Inspection of Subject Property<br>☐ Did Not ☐ Exterior-only from Street ☐ Interior and Exterior |

**Appraisers License**

Angelo Joseph Loria
Po Box 4175
Avon, CO 81620

**State of Colorado
Department of Regulatory Agencies
Division of Real Estate**

**Board of Real Estate Appraisers**

*Marcia Waters*
Director: Marcia Waters

Angelo Joseph Loria
Certified Residential Appraiser

License #: CR.001318912
Status: Active
Expires: 12/31/2019

For the most up to date information regarding this credential, visit http://dora.colorado.gov/dre

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001212



**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472

Re. Property·    141 E Meadow Dr , # PhE West
                 Vail, CO 81657
Borrower:        Not Applicable
File No :         190606/Solaris PhEW19

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you

Sincerely,

Angelo Luria

Angelo's Appraisal Inc (970) 845-5056

Page # 2 of 26

190606/Solaris PhEW19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.

## SUBJECT

Property Address: 141 E Meadow Dr    Unit #: PhE West    City: Vail    State: CO

Zip Code: 81657    County: Eagle    Legal Description: Residences at Solaris-Vail Unit Penthouse E West

Assessor's Parcel #: 2101-082-94-079

Tax Year: 2018    R.E Taxes: $ 20,386.60    Special Assessments: $ 0    Borrower (if applicable): Not Applicable

Current Owner of Record: Solaris Property Owner I LLC    Occupant: ☐ Owner ☒ Tenant (Market Rent) ☐ Tenant (Regulated Rent) ☐ Vacant

Project Type: ☒ Condominium ☐ Other (describe)    HOA: $ 2,220.43 ☐ per year ☒ per month

Market Area Name: Vail Village    Map Reference: 20780    Census Tract: 0007 02

Project Name: Solaris Residences    Phase: N/A

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach    (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: To provide a current opinion of value for the Colorado Regional Center Project Solaris, LLLP

Intended User(s) (by name or type): Colorado Regional Center Project Solaris, LLLP

Client: Colorado Regional Center Project Solaris, LLLP    Address: 1644 Platte St., Suite 417, Denver, CO 80202

Appraiser: Angelo Loria    Address: PO Box 4175, Avon, CO 81620-4175

## MARKET AREA DESCRIPTION

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | Condominium Housing | | Present Land Use | | Change in Land Use | |
|---|---|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit | 5% | ☒ Not Likely | |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner | | | 2-4 Unit | 1% | ☐ Likely * | ☐ In Process * |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant | 640 Low | 2 | Multi-Unit | 54% | * To: | |
| Demand/supply: | ☐ Shortage ☐ In Balance ☒ Over Supply | ☒ Vacant (0-5%) | 15,000 High | 60 | Comm'l | 40% | | |
| Marketing time: | ☐ Under 3 Mos. ☐ 3-6 Mos ☒ Over 6 Mos. | ☐ Vacant (>5%) | 2,000 Pred | 30 | | % | | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The Vail Village area is bound by the Vail Golf Course on the east, Lionshead on the north and Interstate-70 on the north and Vail Ski Resort and slopes on the south. The immediate Vail Village area is built-out with extensive renovations and rebuilding after demolition. The area enjoys good marketability due to its excellent views and proximity to the main Vail base area and the Gold Peak base area. During 2000 to 2001 sales declined causing a stabilization of values. From 2001 to mid 2006 rapid appreciation occurred. Then the subject marketplace slowed and the values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

Zoning Classification: Special Development District    Description: Public Accommodation

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Ground Rent (if applicable) $ N/A /    Comments: Not applicable

Highest & Best Use as improved (or as proposed per plans & specifications): ☒ Present use, or ☐ Other use (explain)

## PROJECT SITE DESCRIPTION

Actual Use as of Effective Date: Residential Condominium    Use as appraised in this report: Residential Condominium

Summary of Highest & Best Use: The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was rebuilt and completed in 2010

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Unknown | Street | Asphalt | ☒ | ☐ | Size | Typical/Condo |
| Gas | ☒ | ☐ | Unknown | Curb/Gutter | Concrete | ☒ | ☐ | Topography | Level to sloping |
| Water | ☒ | ☐ | Unknown | Sidewalk | Concrete | ☒ | ☐ | View | Good/Mtn |
| Sanitary Sewer | ☒ | ☐ | Unknown | Street Lights | Electric | ☒ | ☐ | | |
| Storm Sewer | ☒ | ☐ | Unknown | Alley | None | ☐ | ☐ | | |

Other site elements: ☐ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 08037C0469D   FEMA Map Date 12/4/2007

Site Comments: No adverse site conditions were evident at the time of observation.

## PROJECT INFORMATION

Data source(s) for project information: Management/MLS

Project Description: ☐ Detached ☐ Row or Townhouse ☐ Garden ☐ Mid-Rise ☒ High-Rise ☐ Other (describe)

| General Description of Project | | Subject Phase | # | If Project Completed | # | If Project Incomplete | # |
|---|---|---|---|---|---|---|---|
| # of Stories | 9 | Exterior Walls | Frame/Rock | Units | 79 | Phases | 1 | Planned Phases | |
| # of Elevators | 9 | Roof Surface | Zinc | Units Completed | 79 | Units | 79 | Planned Units | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | Total # Parking | 112 | Units For Sale | * 21 | Units for Sale | 21 | Units for Sale | |
| Design (Style) | Condo | Ratio (spaces/unit) | 1.4:1 | Units Sold | 39 | Units Sold | 39 | Units Sold | |
| Actual Age (Yrs.) | 8 | Parking Type(s) | Prk Garage | Units Rented | | Units Rented | Unkn | Units Rented | |
| Effective Age (Yrs.) | 5 | Guest Parking | Avg | Owner Occup. Units | Unkn | Owner Occup. Units | Unkn | Owner Occup. Units | |

Project Primary Occupancy ☒ Principal Residence ☐ Second Home or Recreational ☐ Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No #

Management Group: ☐ Homeowners' Association ☐ Developer ☒ Management Agent (name of management agent or company): Jeff Fruin (970) 790-6406 or jfruin@solarisresidences.com

Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No   If Yes, describe the original use and date of conversion.

Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown   Have the documents been reviewed? ☐ Yes ☒ No   Comments: These documents were not reviewed for this appraisal

Project Comments (condition, quality of construction, completion status, etc.): Thirty five percent of the project consists of commercial space. This commercial space consists of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink/putting green, a bank and numerous other retail shops

Common Elements and Recreational Facilities: Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

Civil Action No. 1:19-cv-02443-STV

Exhibit 13

CRC 001214

Page # 3 of 26

190606/Solaris PhEW19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

## PROJECT ANALYSIS

Summary of condominium project budget analysis for the current year (if analyzed):   The condominium budget was not reviewed for this appraisal

Other fees for the use of the project facilities (other than regular HOA charges):   The appraiser is unaware of any additional fees for the use of the project facilities.

Compared to other competitive projects of similar quality and design, the subject unit charge appears   ☐ High   ☒ Average   ☐ Low   (If High or Low, describe)

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
☐ Yes ☒ No   If Yes, describe and explain the effect on value and marketability.   No condominium documents or HOA meeting minutes were reviewed for this appraisal. The appraiser is unaware of any special or unusual characteristics of the project

Unit Charge: $ 2,220.43   per month X 12 = $ 26,645.16   per year.   Annual assessment charge per year per SF of GLA = $   19.69
Utilities included in the Unit Charge:   ☐ None   ☒ Heat   ☒ Air Conditioning   ☐ Electricity   ☒ Gas   ☒ Water   ☒ Sewer   ☒ Cable   ☐ Other
Source(s) used for physical characteristics of property:   ☒ New Inspection   ☒ Previous Appraisal Files   ☐ MLS   ☐ Assessment and Tax Records   ☒ Prior Inspection
☐ Property Owner   ☐ Other (describe)   Data Source for Gross Living Area   Interior dimensions from prior inspection

## DESCRIPTION OF THE UNIT IMPROVEMENTS

| General Description | Exterior Description | | Foundation ☒ N/A | Basement ☒ N/A | Heating | |
|---|---|---|---|---|---|---|
| Floor Location 8th/Top Level | Foundation | Concrete | Slab | Area Sq. Ft. | Type | In-floor radiant |
| # of Levels 1 | Exterior Walls | Frame/Rock | Crawl Space | % Finished | Fuel | NG |
| Design (Style) Condo | Roof Surface | Zinc | Basement | Ceiling | | |
| ☒ Existing ☐ Proposed | Gutters & Dwnspts. | Yes | Sump Pump ☐ | Walls | Cooling | |
| ☐ Under Construction | Window Type | Wood-Alum clad | Dampness ☐ | Floor | Central | Yes |
| Actual Age (Yrs.) 9 | Storm/Screens | No/Yes | Settlement | Outside Entry | Other | |
| Effective Age (Yrs.) 5 | | | Infestation | | | |

| Interior Description | | Appliances | | Attic ☒ N/A | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|
| Floors | Wood-Stone-Carpet | Refrigerator ☒ | Stairs ☐ | | Fireplace(s) # 1 | Woodstove(s) # 0 | ☒ Garage # | 1 |
| Walls | Plaster | Range/Oven ☒ | Drop Stair ☐ | | Patio None | | ☐ Covered # | 0 |
| Trim/Finish | Cherry/Stained | Disposal ☒ | Scuttle ☐ | | Deck None | | ☐ Open # | 0 |
| Bath Floor | Stone | Dishwasher ☒ | Doorway ☐ | | Porch None | | Total # of cars | 1 |
| Bath Wainscot | Stone | Fan/Hood ☒ | Floor ☐ | | Fence None | | ☐ Assigned | |
| Doors | Solid Cherry Stained | Microwave ☒ | Heated ☐ | | Pool None | | ☒ Owned | |
| | | Washer/Dryer ☒ | Finished ☐ | | Balcony None | | Space #(s) Unassigned | |

Finished area above grade contains:   5 Rooms   1+D Bedrooms   2.0 Bath(s)   1,353 Square Feet of Gross Living Area Above Grade
Are the heating and cooling for the individual units separately metered?   ☐ Yes ☒ No (If No, describe)   This is typical of many large projects within the Vail marketplace.

Additional features:   See attached addendum.

Describe the condition of the property (including physical, functional and external obsolescence):   See attached addendum.

## TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s):   Eagle County records.

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing:   No prior sale is evident per Eagle County records. |
|---|---|
| Date: | |
| Price: | |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s) | |

**GP CONDO**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited
Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE   6/2007
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001215

Page # 4 of 26
190606/Solaris PhEW19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

| SALES COMPARISON APPROACH TO VALUE (if developed) | ☐ The Sales Comparison Approach was not developed for this appraisal | | | | | |
|---|---|---|---|---|---|---|
| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 |
| Address | 141 E Meadow Dr , # PhE West | 141 E Meadow Dr # 6E West | | 728 W Lionshead Cir # R308 | | 675 Lionshead Pl # 330 |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 |
| Project | Solaris Residences | Solaris Residences | | Ritz Carlton Residences | | Arrabelle at Vail Square |
| Phase | N/A | N/A | | N/A | | N/A |
| Proximity to Subject | | Less than 0 01 miles | | 0.91 miles W | | 0 69 miles W |
| Sale Price | $ | $ | 2,780,000 | $ | 2,560,000 | $ | 3,400,000 |
| Sale Price/GLA | $ /sq.ft. | $ 1,597.70 /sq.ft. | | $ 1,679.79 /sq.ft. | | $ 1,606 81 /sq.ft. |
| Data Source(s) | Inspection | VBRMLS#934477;DOM 27 | | VBRMLS#934199;DOM 53 | | VBRMLS#931500;DOM 11 |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing Concessions | | Conventional Furnished | -25,000 | Cash Furnished | -25,000 | Cash Furnished | -25,000 |
| Date of Sale/Time | | 04/30/2019 | | 04/23/2019 | | 03/30/2018 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Vail Village | | Lionshead | | Lionshead | |
| HOA Fees ($/Month) | 2,220.43 | 2,850.00 | | 2,570 00 | | 2,545.00 | |
| Common Elements and Recreational Facilities | Pool, Spa, Lobby Athletic facilities | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | |
| Floor Location | 8th/Top Level | 6th/Mid Level | +35,000 | 5th/Mid Level | +35,000 | 3rd/Mid Level | +35,000 |
| View | Good/Mtn | Good/Mtn | | Gd/Mtn/Lionshead | +200,000 | Good/Mtn/Nr Slope | -250,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | VrGd-Excellent | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | 9 yrs, 5 eff | | 11 yrs, 6 eff | +42,500 |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 5 1+D 2.0 | 5 2 2.1 | -17,500 | 5 2 3 0 | -35,000 | 5 2 3.0 | -35,000 |
| Gross Living Area | 1,353 sq.ft. | 1,740 sq.ft. | -387,000 | 1,524 sq.ft. | -171,000 | 2,116 sq ft | -763,000 |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | None | Deck | | Deck | | Deck | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ − $ | -394,500 | ☒ + ☐ − $ | 4,000 | ☐ + ☒ − $ | -995,500 |
| Adjusted Sale Price of Comparables | | Net 14.2 % Gross 16.7 % $ | 2,385,500 | Net 0.2 % Gross 18 2 % $ | 2,564,000 | Net 29.3 % Gross 33.8 % $ | 2,404,500 |
| Summary of Sales Comparison Approach | All comparable data is obtained from Eagle County Clerk and Assessor, the local Multiple Listing service and/or involved parties. See attached addendum for comments on the sales comparison approach. | | | | | | |

Indicated Value by Sales Comparison Approach $   2,395,000

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

**GP CONDO**

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001216

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

**INCOME APPROACH TO VALUE (if developed)** ☒ The Income Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 141 E Meadow Dr , # PhE West Vail, CO 81657 | | | |
| Project | Solaris Residences | | | |
| Phase | N/A | | | |
| Proximity to Subject | | | | |
| Current Monthly Rent | $ | $ | $ | $ |
| Rent/GLA | $ /sq ft | $ /sq ft. | $ /sq ft | $ /sq ft. |
| Rent Control | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Data Source(s) | | | | |
| Date of Lease(s) | | | | |
| Location | Vail Village | | | |
| View | | | | |
| Age | 9 yrs, 5 eff | | | |
| Condition | Very Good | | | |
| Above Grade Room Count | Total 5, Bdrms 1+D, Baths 2.0 | Total, Bdrms, Baths | Total, Bdrms, Baths | Total, Bdrms, Baths |
| Gross Living Area | 1,353 sq ft | sq.ft. | sq.ft. | sq.ft. |
| Utilities Included | | | | |

Summary of Income Approach (including support for market rent and GRM).

Opinion of Monthly Market Rent $ N/A X Gross Rent Multiplier 0 00 = $ **Indicated Value by Income Approach**

**COST APPROACH TO VALUE (if developed)** ☒ The Cost Approach was not developed for this appraisal.

Summary of Cost Approach:

**Indicated Value by: Sales Comparison Approach $** 2,395,000 **Cost Approach (if developed) $** **Income Approach (if developed) $**

Final Reconciliation The Sales Comparison Approach is typically the most reliable indicator in the valuation of individual condominium units The Cost and Income Approach are not considered reliable

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

**Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $** 2,395,000 **, as of:** 06/19/2019 **, which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.**

**ATTACHMENTS**

A true and complete copy of this report contains 26 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

- ☒ Scope of Work
- ☒ Limiting Cond./Certifications
- ☒ Narrative Addendum
- ☒ Photograph Addenda
- ☒ Sketch Addendum
- ☒ Map Addenda
- ☒ Additional Sales
- ☐ Additional Rentals
- ☐ Flood Addendum
- ☐ Hypothetical Conditions
- ☐ Extraordinary Assumptions
- ☐ Budget Analysis

Client Contact: Rob Glucksman Client Name: Colorado Regional Center Project Solaris, LLLP
E-Mail: rglucksman@coloradoregionalcenter com Address: 1644 Platte St , Suite 417, Denver, CO 80202

**SIGNATURES**

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Angelo Loria | Supervisory or Co-Appraiser Name: |
| Company: Angelo's Appraisal Inc | Company: |
| Phone: (970) 845-5056 Fax: (970) 845-9472 | Phone: Fax: |
| E-Mail: Angelosappraisal@comcast net | E-Mail: |
| Date of Report (Signature): 08/02/2019 | Date of Report (Signature): |
| License or Certification #: CR1318912 State: CO | License or Certification #: State: |
| Designation: Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 12/31/2019 | Expiration Date of License or Certification |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 06/19/2019 | Date of Inspection: |

Copyright © 2007 by a la mode, inc This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

Page # 6 of 26

190606/Solaris PHEW19

# ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr , # PhE West | 610 W Lionshead Cir # 517 | | 701 W Lionshead Cir # E506 | | 416 Vail Valley Dr # 1 | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | |
| Project | Solaris Residences | Landmark Vail | | The Lion | | Rams-Horn Lodge #1 | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0.74 miles W | | 0.81 miles W | | 0.34 miles SE | |
| Sale Price | $ | | $ 2,225,000 | | $ 2,000,000 | | $ 1,400,000 |
| Sale Price/GLA | $ /sq.ft. | $ 1,397.61 /sq.ft. | | $ 1,291.16 /sq.ft. | | $ 1,846.97 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#V314309;DOM 3643 | | VBRMLS#934506;DOM 68 | | VBRMLS#931484;DOM 355 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust | DESCRIPTION | +(−) $ Adjust | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Cash | | Cash | | Cash | |
| Concessions | | None | | HOA Credit/Furn | -35,788 | Furnished | -25,000 |
| Date of Sale/Time | | 01/24/2018 | | 06/12/2019 | | 03/01/2019 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Lionshead | | Lionshead | | Vail Village | |
| HOA Fees ($/Month) | 2,220.43 | 1,163.00 | | 1,798.00 | | 1,050.00 | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | Pool, Spa, Lobby | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | Athletic facilities | |
| Floor Location | 8th/Top Level | 5th/Top Level | 0 | 5th/Mid Level | +35,000 | 1st/Lower Level | +35,000 |
| View | Good/Mtn | Gd/Ski/Lionshead | +500,000 | Gd/Hwy/Lionshead | +575,000 | Good/Mtn | +250,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | Very Good | +155,000 | Good | +151,500 |
| Age | 9 yrs, 5 eff | 9 yrs, 2 eff | -96,000 | 3 yrs, 1 eff | -124,500 | 9 yrs, 5 eff | |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 5 1+D 2.0 | 5 2 3.0 | -35,000 | 5 2 3.0 | -35,000 | 4 1 2 0 | 0 |
| Gross Living Area | 1,353 sq.ft. | 1,592 sq.ft. | -239,000 | 1,549 sq.ft. | -196,000 | 758 sq.ft. | +595,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 2 Open parking | 0 |
| Porch/Patio/Deck | None | Deck | | Deck | | Patio | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ − $ | 130,000 | ☒ + ☐ − $ | 373,712 | ☒ + ☐ − $ | 1,006,500 |
| Adjusted Sale Price | | Net 5.8 % | | Net 18.7 % | | Net 71.9 % | |
| of Comparables | | Gross 39.1 % $ | 2,355,000 | Gross 57.8 % $ | 2,373,712 | Gross 75.5 % $ | 2,406,500 |
| Summary of Sales Comparison Approach | | | | | | | |

SALES COMPARISON APPROACH

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.

Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc - 1-800-ALAMODE

Civil Action No 1:19-cv-02443-STV

Exhibit 13

GP CONDO

6/2007

CRC 001218

190606/Solaris PhEW19

## ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | | COMPARABLE SALE # 8 | | COMPARABLE SALE # 9 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr , # PhE West | 141 E Meadow Dr # 7E East | | | | | |
| | Vail, CO 81657 | Vail, CO 81657 | | | | | |
| Project | Solaris Residences | Solaris Residences | | | | | |
| Phase | N/A | N/A | | | | | |
| Proximity to Subject | | 0.04 miles E | | | | | |
| Sale Price | $ | $ | 3,250,000 | $ | | $ | |
| Sale Price/GLA | $ /sq.ft. | $ 1,649.75 /sq.ft. | | $ /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#934805;DOM 73 | | | | | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust |
| Sales or Financing | | Listing | | | | | |
| Concessions | | Furnished | -25,000 | | | | |
| Date of Sale/Time | | Active | -65,000 | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | Vail Village | Vail Village | | | | | |
| HOA Fees (S/Month) | 2,220.43 | 3,304.33 | | | | | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | | | | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | | | | |
| Floor Location | 8th/Top Level | 7th/Mid Level | +35,000 | | | | |
| View | Good/Mtn | Good/Mtn | | | | | |
| Design (Style) | Condo | Condo | | | | | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | | | | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | | | | |
| Condition | Very Good | Very Good | | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 5  1+D  2.0 | 5  2  2.1 | -17,500 | | | | |
| Gross Living Area | 1,353 sq.ft. | 1,970 sq ft | -617,000 | sq ft | | sq ft | |
| Basement & Finished | None | None | | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Parking | 1 prking garage | 1 prking garage | | | | | |
| Porch/Patio/Deck | None | Deck | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ − $ | -689,500 | ☐ + ☐ − $ | | ☐ + ☐ − $ | |
| Adjusted Sale Price | | Net 21.2 % | | Net % | | Net % | |
| of Comparables | | Gross 23.4 % $ | 2,560,500 | Gross % $ | | Gross % $ | |

Summary of Sales Comparison Approach

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited

Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

6/2007

Civil Action No. 1.19-cv-02443-STV

Exhibit 13

CRC 001219

## Supplemental Addendum                          File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr , # PhE West | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472



## ADDENDUM TO THE APPRAISAL OF:

141 E Meadow Drive, #Ph E West
Residences at Solaris-Vail Unit Penthouse E West
Vail, Colorado 81657
Eagle County, Colorado

### Purpose of the Appraisal

The purpose of this appraisal is to provide an opinion of the market value of the subject property, in an "as is" condition and a fee simple estate.

### Client and Intended Users:

This appraisal report is intended for the use by Colorado Regional Center Project Solaris, LLLP.  No other use of this appraisal is permitted.

### Intended Use:

The appraisal report is to determine a current opinion of value for the Colorado Regional Center Project Solaris, LLLP only and is not for any other use.

### Scope of Work

**Extent of the Appraisal Process**

The appraisal of the subject property includes a physical observation of the interior and exterior of the subject property along with data on file with the Eagle County Assessor's office as of the date of this appraisal.  An examination of market factors, recent transactions, a locational analysis of the home site and neighborhood, an economic analysis of the market and other pertinent data that may have an influence on the property were reviewed.  Sales and related information utilized in this report are gathered from the local multiple listing service and public records.  They are confirmed whenever possible with the involved parties, are the best available and the most recent sales which represent various aspects of the subject's market appeal.  When conflicting information was provided the source deemed most reliable was used. All of this information is compiled and analyzed before a final opinion of value is determined.

The appraisal is in compliance with the guidelines set forth by:
Federal Financial Institutions Reform Recovery and Enforcement Act of 1989 (FIRREA)
Uniform Standards of Professional Appraisal Practices (USPAP)

**Type of Appraisal and type of Appraisal Report:**

This appraisal is an "Appraisal Report" that is presented on the General Purpose Condo form.

### Property Observation

The appraiser completed an interior and exterior observation of the subject property.  This observation is not the same as a home inspection and did not include a viewing of the crawl space and attic area of the home (if applicable).  It is based on the observations of an appraiser who visited the property and does not include a physical analysis of the major components of the home.  The appraiser is not a mechanical engineer, electrical engineer, environmental engineer or structural engineer.  Therefore, no warranty of the components which include, but are not limited to, the electrical, plumbing, heating, structural, and roofing are made or implied.  All the above mentioned systems are presumed to be in working condition with the opinion of value herein subject to that assumption.  Furthermore, no analysis of environmental conditions, including but not limited to, moisture, mold and radon gas has been made or implied.  It is assumed no adverse environmental conditions exist with the opinion of value herein subject to that assumption.

**Supplemental Addendum**                    File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr , # PhE West | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

**Gramm-Leach-Bliley Act of 1999**
In compliance with the Gramm-Leach Bliley Act, the appraiser does not disclose any non-public personal information that is not specifically permitted by law.

**Competency**
The appraiser has the competency and appropriate knowledge, training, and experience to complete this assignment.

**Extraordinary Assumptions or Hypothetical Conditions:**
No extraordinary assumptions or hypothetical conditions were utilized in the report.

**Prohibited Influences**
The appraisal assignment was not based upon a requested minimum valuation, specific valuation, or approval of a loan.  Employment and compensation are not contingent upon the reporting of a predetermined value, a direction of the value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event.

**Definition of Market Value**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus.  Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1) Buyer and seller are typically motivated;
2) Both parties are well informed or well advised, and each acting in what they consider their own best interests;
3) A reasonable time is allowed for exposure in the open market;
4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto;
5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
(Per Uniform Standards of Professional Appraisal Practice 2018-2019 USPAP Pg 153).

## Area and Neighborhood Comments
The subject property is located in the Vail Village portion of the town of Vail. Vail is located about 100 miles west of Denver along Interstate 70, in a narrow mountain valley situated against the west side of the Gore mountain range.

The first development corresponded with the opening of the Vail ski area in 1962.  This is when completion of the first lifts and support facilities were built on what were previously ranch lands. Development in the region has steadily expanded over the years to the east and west.  This has created an area of development thirty miles long that contains three ski areas, numerous golf courses, and extensive commercial and residential development.  These factors have transformed the area into a four season resort, which has allowed for national and international appeal.

Vail Village is modeled after European villages with a large pedestrian core that contains extensive dining, entertainment and shopping facilities.  Uses within the village consist predominately of resort commercial and condominiums, most dating to the 60's and 70's.  Since the area is built-out many properties are undergoing extensive renovations with demolition and rebuilding occurring in some instances.  Vail Village properties typically exhibited high values and good marketability to second and third home recreational buyers attracted to Vail's renowned recreation amenities.  Appeal is enhanced by good views of the Gore Mountain Range and Gore Creek which runs through the village.

Also present at the eastern edge of the Vail Village area is the Gold Peak base area.  This base area which recently underwent an extensive renovation consists of two chair lifts and two commercial buildings. These buildings house lift ticket offices, ski school facilities, ski rental shops, restaurants, parking facilities and a base lodge.

CRC 001221

Page # 10 of 26

## Supplemental Addendum

File No

| Borrower | Not Applicable | | | | |
| Property Address | 141 E Meadow Dr , # PhE West | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

## Market Trends/Conditions

During 2000 to 2001 sales declined and inventory increased causing a stabilization of values. From 2001 to mid-2006 rapid appreciation occurred. Then in 2008 values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

## Subject Project Comments

**Location:** The project site is located south of the South Frontage Road on East Meadow Drive at its intersection with Willow Bridge Road. This location is within the central core of Vail Village enhancing its overall appeal. It should be noted that the subject project represents the upper end of quality within the central village. This project is considered a "Condotel" as it has many of the amenities of a luxury hotel including the ability to have nightly rentals through the front desk.

**Year of construction:** Construction of the subject project began in 2007 with completion in 2010. This was after the demolition of the Crossroads Mall which previously occupied the site.

**Association Fees:** Currently the association fees for the subject unit are $2,220.43 per month. It should be noted that presently there are no special assessments.

**Project Size/Configuration:** The project consists of 79 residential condominium units within approximately 202,000 square feet. There also is 70,000 square feet of commercial space that is comprised of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink, a bank and numerous other retail shops. Also present are 307 parking spaces within an underground parking garage.

**Project amenities:** Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**Parking facilities:** There are a total of 307 parking spaces in the project's garage of which 112 are designated for the residential condominium units.

**Views:** The subject project has average to excellent views of the surrounding mountains and the ski slopes depending on the location within the project. Units on the north side of the building do not have ski slope views while southern facing units have good to excellent ski slope and mountain views.

**Surrounding uses:** Neighboring properties consist of a mix of improved multi-family, hotel and commercial projects.

**Topography:** Level to sloping

**Adverse conditions/easements:** No unusual or adverse conditions or easements were visually apparent or known by the appraiser.

**Vegetation:** The landscaping consists of grass, trees, shrubs and flowers.

## Subject Unit

**Structure/condition:** The subject property is a residential condominium dwelling that contains one bedroom plus a den and two baths within 1,353 square feet of living space on one level. Also present is a parking space in the project's parking garage. The unit enjoys a more marketable top level location. The dwelling's floor plan exhibits good traffic flow and space utilization. Condition was observed to be very good due to attentive care along with short term rental use. No functional or external losses were noted.

**Quality of construction:** Quality of construction was noted to be very good to excellent with a high level of materials and workmanship being noted.

**Views:** The subject unit has good mountain views from its position on the northern aspect of the building. It lacks ski slope views and has both sonic and visual impacts from the nearby interstate.

## Ownership and Sales History

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001222

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | |
|---|---|---|---|---|
| Property Address | 141 E Meadow Dr , # PhE West | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | |

**Present owner per public records:** Solaris Property Owner I LLC.

**Acquisition date:** None per Eagle County records.

**Recent activity:** No sale of the subject is evident per Eagle County records.

## Highest and Best Use

Highest and best use may be defined as:

*"The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value."*

The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, this development was built from 2007 through 2010 after the original Crossroads Mall development had been demolished.

## Approaches to Value

There are three approaches to arriving at an opinion of value in the appraisal process. These are the Cost Approach, the Sales Comparison Approach and the Income Capitalization Approach. They are described as follows:

The *Cost Approach* is based on the presumption that the value of a property is indicated by the current cost of the vacant building site plus the cost to construct a similar property, less depreciation. These forms of depreciation consist of physical deterioration, functional obsolescence and external obsolescence.

The *Sales Comparison* approach is the process of comparing the subject property to sales of similar competing properties. Adjustments are made for differences in size, location and other market recognized differences.

The *Income Capitalization* approach is based on the measurement of the present value of future benefits. This is arrived at through a process of capitalizing economic or contract rent into an indication of value using market derived rents and market derived capitalization rates.

The appraiser has made a reasonable effort to employ each of the three approaches to value. In this valuation the Sales Comparison Approach was primarily relied upon in forming the final opinion of value. Although the resort nature of the subject marketplace has many examples of units utilized for long and short term rental purposes, the income often does not offset the cost of ownership. Therefore, the income associated with rental use has little bearing on prices paid for properties in the subject marketplace. Rental income is often secondary or inconsequential among purchaser's criteria with data for market rents and multipliers being diverse and inconsistent. As a result, while considered, the Income Approach was not utilized in this report. The cost approach has no meaningful basis for application in the valuation of individual multi-family interests in the local marketplace, and is omitted from discussion.

## Sales Comparison Approach

Although some of the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties which represent various aspects of the subject's market appeal.

**Comparable 1** is a very recent sale of a larger unit from the subject project. This unit has similar views as the subject from its location on the northern aspect of the building. It has a less marketable middle level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale provides excellent similarity in terms of view, quality of construction and condition but is somewhat divergent in terms of gross living area. It is the second most recent project sale.

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr , # PhE West | | | | | |
| City | Vail | | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | | |

**Comparable 2** is a very recent sale of a larger unit with a less marketable location within the competing Ritz Carlton project. The unit has similar northern views but is within the less marketable Lionshead portion of Vail. The unit has a less marketable middle level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale provides excellent similarity in terms of gross living area, quality of construction and condition.

**Comparable 3** is a sale of a larger unit from the competing Arrabelle at Vail Square project. The unit has a more marketable location at the base of the Lionshead gondola and chair lift. The unit has a less marketable middle level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 6 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is divergent in terms of gross living area but provides good similarity in all other aspects.

**Comparable 4** is a dated sale of a larger unit from the competing Landmark Vail project. The unit has more marketable ski slope views but is within the less marketable Lionshead portion of town. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 2 years. Although the unit was 9 years old it reportedly had never been lived in. An additional adjustment was required for bath count. This sale is divergent in terms of gross living area and view but provides good similarity with its top level location.

**Comparable 5** is a very recent sale of a larger unit from the competing Lion project. The unit has similar views but is in the less marketable Lionshead portion of Vail. It has a less marketable middle level location. Quality of construction was rated as very good which was adjusted at a rate of $100 per square foot. Condition was reported to be very good with and effective age of 1 year due to some short term rental use. Additional adjustments were required for bath count, furnishings that were included in the sale and a $10,788 HOA credit the seller gave the buyer at closing. This sale is divergent in terms of view but provides good similarity in all other aspects.

**Comparable 6** is a very recent sale of a smaller unit from the competing Rams Horn Lodge project. The unit has a less marketable location that is on the outer edge of the central core of Vail Village. Additionally it has restricted views from its less marketable lower level position although it has less impact from the interstate. Quality of construction was rated as good which was adjusted at a rate of $200 per square foot. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. An additional adjustment was required for furnishings that were included in the sale. This sale was included to bracket the subject's gross living area.

**Comparable 7** is a listing of a larger unit with similar views from the subject project. The unit has a less marketable middle level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count, furnishings that are to be included in the sale and a list to sales price adjustment. The list to sales price ratio adjustment utilized in the report is based on the median sale price as a percent of list price from the analysis that was completed to determine the current market conditions.

**Due to the lack of recent sales of similar properties from within the subject neighborhood, it was necessary to utilize sales with sales prices that were greater than 15% more or less than the subject's opinion of value.**

## Comments on Adjustments to Sales

Please note the following criteria utilized for the adjustments in the sales comparison approach:

**Market Conditions adjustment:** All condominium sales that sold for more than $2,000,000 within the Vail Village and Lionshead markets were analyzed. The current twelve month period indicates a median sales price of $3,412,500 based on 38 sales ranging from $2,000,000 to $10,500,000. The prior twelve

## Supplemental Addendum

File No

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr , # PhE West | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | |

month period indicates a median sales price of $3,400,000 based on 45 sales ranging from $2,075,000 to $14,000,000. This indicates a slight increase of 0.35% over the twelve month period or a relatively stable market. Therefore no market condition adjustments were made in this report.

**View and floor location adjustments:** Derived from sales of properties with varying appeal and locational characteristics, based on matched pair analysis.

**Quality adjustments:** Based on estimated cost differences, together with cost to cure approximations, when appropriate. Secondary support is provided via conversations with involved parties regarding the effect of differing quality on purchase prices.

**Age and condition characteristics:** These are combined into one adjustment with consideration given to each property's actual and effective ages. Typical condition adjustments for properties in average condition are estimated at about 1.5% per year, reflecting a total estimated life of about 65 years in a straight line age/life analysis. Properties differing in their effective ages are assigned greater or lesser amounts of adjustment based on their relative condition, together with consideration of cost-to-cure estimation, if appropriate. Therefore, an estimated per square foot cost to build is multiplied by the square footage of the comparable to arrive at an estimated cost to build. This figure is then multiplied by the difference in the effective age (difference between the subject's effective age and the comparables effective age) then multiplied by the aforementioned 1.5% to arrive at the age/condition adjustment.

**Room count:** $35,000 per bathroom, based on matched pair analysis. No bedroom count adjustment was evident in the available market data.

**Gross living area:** Differences in gross living area are adjusted at $1,000 per square foot in this report, which is indicative of the sensitivity to size that this marketplace is presently tending to exhibit.

**Homeowners Association Fees:** HOA fees are often based on the size of the unit along with the level and quality of the project's amenities. Sometimes these fees include heat for not only the common area but each individual unit. As a result these fees can vary between units within the same project along with units from competing projects, making an adjustment for these items very difficult to extract from the available data. The more amenities and/or the higher quality of amenities results in higher fees. An analysis of the market data did not readily display an adjustment for the difference between HOA fees of each comparable, therefore no adjustments were made.

**The appraiser recognizes that some of these comparables have larger than typical individual, net and/or gross adjustments. It should be pointed out that variations like this are a common occurrence in this marketplace. Differences in gross living area, quality, conditions, location, etc. often vary substantially from property to property while at the same time maintaining a level of common appeal. Even with these adjustments the sales cited are considered to be similar in appeal, adequately reliable, the best available indicators of subject value.**

## Estimate of Reasonable Exposure Time

A reasonable Exposure Time may be defined as "the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal" Implicit in this definition are the following characteristics:

The property will be actively exposed and aggressively marketed to potential purchasers. This marketing is to be directed through marketing channels commonly used by buyers and sellers of similar type properties.

The property will be offered at a price reflecting the most probable markup over market value used by sellers of similar type properties.

A sale will consummate under terms and conditions of the definition of market value.

An examination of recent sales activity within the subject marketplace reflects a wide range of typical exposure times. Purchase mortgage funds are readily available for properties within the subject area, and a

CRC 001225

## Supplemental Addendum                                              File No.

| Borrower | Not Applicable | | | | |
|----------|----------------|--|--|--|--|
| Property Address | 141 E Meadow Dr , # PhE West | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

significant number of sales close under all cash terms.  An exposure time estimate for the subject property of twelve to twenty four months is considered realistic in the present market.

### Final Value Indication

Although some of the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties.  The adjusted data provides good similarity to the subject property and a range of indications from $2,355,000 to $2,564,000.  Comparable one is the most similar to the subject property and is from the subject project.  Comparable five is the most recent sale. Therefore, with support from the other comparables, a value of $2,395,000 is selected and considered reasonable and supportable in the current marketplace.  The opinion of value of the subject property is above the predominant value within the subject marketplace.  This is typical of the proximal area due to the large disparity in terms of gross living area, condition, views and quality of construction.  An analysis of the market data does not indicate that there is an effect on the marketability of the subject due to its correspondence to the predominate value.

### Furnishings and other Personal Property

The subject property is appraised unfurnished with no contribution given to any furnishings, personal property, or intangible items that are not real property.  Fixtures, such as built-in appliances, window coverings, wall and floor coverings, electrical fixtures and plumbing fixtures are typically considered as real property in the valuation of residential property, and are included in the value assigned herein.

## Subject Photo Page

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr , # PhE West | | | | | |
| City | Vail | | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | |



**Subject Front**

141 E Meadow Dr , # PhE West
Sales Price
Gross Living Area 1,353
Total Rooms 5
Total Bedrooms 1+D
Total Bathrooms 2.0
Location Vail Village
View Good/Mtn
Site Typical/Condo
Quality VrGd-Excellent
Age 9 yrs, 5 eff



**Subject Rear**



**Subject Street**

Form PIC3x5 SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001227

## Photograph Addendum

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr , # PhE West | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | |



**Main living area**



**Dining**



**Kitchen**



**Bedroom**



**Den**



**Bath**



**Bath**

## Comparable Photo Page

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr , # PhE West | | | | | | |
| City | Vail | | County | Eagle | State CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |



### Comparable 1

141 E Meadow Dr # 6E
| | |
|---|---|
| Prox. to Subject | Less than 0 01 miles |
| Sale Price | 2,780,000 |
| Gross Living Area | 1,740 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 2

728 W Lionshead Cir # R308
| | |
|---|---|
| Prox. to Subject | 0.91 miles W |
| Sale Price | 2,560,000 |
| Gross Living Area | 1,524 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Mtn/Lionshead |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 3

675 Lionshead Pl # 330
| | |
|---|---|
| Prox. to Subject | 0.69 miles W |
| Sale Price | 3,400,000 |
| Gross Living Area | 2,116 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Good/Mtn/Nr Slope |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 11 yrs, 6 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001229

## Comparable Photo Page

| | |
|---|---|
| Borrower | Not Applicable |
| Property Address | 141 E Meadow Dr , # PhE West |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | |



### Comparable 4
610 W Lionshead Cir # 517

| | |
|---|---|
| Prox. to Subject | 0.74 miles W |
| Sale Price | 2,225,000 |
| Gross Living Area | 1,592 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Ski/Lionshead |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 2 eff |



### Comparable 5
701 W Lionshead Cir # E506

| | |
|---|---|
| Prox. to Subject | 0.81 miles W |
| Sale Price | 2,000,000 |
| Gross Living Area | 1,549 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Hwy/Lionshead |
| Site | Typical/Condo |
| Quality | Very Good |
| Age | 3 yrs, 1 eff |



### Comparable 6
416 Vail Valley Dr # 1

| | |
|---|---|
| Prox. to Subject | 0.34 miles SE |
| Sale Price | 1,400,000 |
| Gross Living Area | 758 |
| Total Rooms | 4 |
| Total Bedrooms | 1 |
| Total Bathrooms | 2.0 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | Good |
| Age | 9 yrs, 5 eff |

Form PIC3x5 CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001230

## Comparable Photo Page

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr , # PhE West | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



### Comparable 7

141 E Meadow Dr # 7E

| | |
|---|---|
| Prox. to Subject | 0.04 miles E |
| Sale Price | 3,250,000 |
| Gross Living Area | 1,970 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |

### Comparable 8

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Comparable 9

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

Form PICPIX.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001231

# Building Sketch (Page - 1)

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Not Applicable | | | | |
| Property Address | 141 E Meadow Dr , # PhE West | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



**First Floor**
[1352.95 Sq ft]

Main living area

Bedroom

Bath

Dining

Den

Kitchen

Lndry

Bath

Entry

20.3'

2'

3'

2'

3'

43.5'

50.5'

23.54'

7'

5'

TOTAL Sketch by a la mode, inc

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001232

# Building Sketch (Page - 2)

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr , # PhE West | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

TOTAL Sketch by a la mode, inc

**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1352.95 Sq ft | 20.3 × 1 | = 20.3 |
| | | 5 × 7 | = 35 |
| | | 28.54 × 43.5 | = 1241.6 |
| | | 24.3 × 2.12 | = 51.55 |
| | | 0.5 × 2.12 × 2.12 | = 2.25 |
| | | 0.5 × 2.12 × 2.12 | = 2.25 |
| **Total Living Area (Rounded):** | **1353 Sq ft** | | |

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001233

## Location Map

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr , # PhE West | | | | |
| City | Vail | County | Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



CRC 001234

190606/Solaris PhEW19
Page # 23 of 26

## Assumptions, Limiting Conditions & Scope of Work

File No.:

| Property Address. | 141 E Meadow Dr , # PhE West | City: Vail | State: CO | Zip Code: 81657 |
|---|---|---|---|---|
| Client: | Colorado Regional Center Project Solaris, LLLP | Address: | 1644 Platte St., Suite 417, Denver, CO 80202 | |
| Appraiser: | Angelo Loria | Address: | PO Box 4175, Avon, CO 81620-4175 | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis

of it being under responsible ownership.
- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch
is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.
- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other
data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.
- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.
- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best
use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction
with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance
value, and should not be used as such.
- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence
of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the
normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous

wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of
the property.
- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items

that were furnished by other parties.
- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.
- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.
- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the

client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements
applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.
- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.
- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence
of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors
are encouraged to engage the appropriate type of expert to investigate.


**The Scope of Work** is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by
the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.


**Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):**

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc  This form may be reproduced unmodified without written permission, however, a la mode, inc  must be acknowledged and credited
Form GPRES2AD – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE                    3/2007

CRC 001235

## Certifications

File No.:

| | | | |
|---|---|---|---|
| Property Address: 141 E Meadow Dr., # PhE West | City: Vail | State: CO | Zip Code: 81657 |
| Client: Colorado Regional Center Project Solans, LLLP | Address: 1644 Platte St., Suite 417, Denver, CO 80202 | | |
| Appraiser: Angelo Loria | Address: PO Box 4175, Avon, CO 81620-4175 | | |

**APPRAISER'S CERTIFICATION**
I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by
the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report
within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction
in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event
directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional
Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion,
sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present
owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

**DEFINITION OF MARKET VALUE \*:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite
to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.
Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions
whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions
granted by anyone associated with the sale.
\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions
Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System
(FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS),
and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS,
FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| | |
|---|---|
| Client Contact: Rob Glucksman | Client Name: Colorado Regional Center Project Solans, LLLP |
| E-Mail: rglucksman@coloradoregionalcenter.com | Address: 1644 Platte St., Suite 417, Denver, CO 80202 |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Angelo Loria | Supervisory or Co-Appraiser Name: |
| Company: Angelo's Appraisal Inc | Company: |
| Phone: (970) 845-5056   Fax: (970) 845-9472 | Phone:   Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date Report Signed: 08/02/2019 | Date Report Signed: |
| License or Certification #: CR1318912   State: CO | License or Certification #:   State: |
| Designation: Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 12/31/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 06/19/2019 | Date of Inspection: |

GP RESIDENTIAL

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited
Form GPRES2AD – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE                           3/2007
Civil Action No. 1:19-cv-02443-STV
Exhibit 13                                                                CRC 001236

Page # 25 of 26
190606/Solans PhEW19

# USPAP ADDENDUM

File No

| | |
|---|---|
| Borrower | Not Applicable |
| Property Address | 141 E Meadow Dr , # PhE West |
| City | Vail |
| County | Eagle |
| State | CO |
| Zip Code | 81657 |
| Lender | |

**This report was prepared under the following USPAP reporting option:**

☒ Appraisal Report    This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report    This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:     12 to 24 months

**Additional Certifications**

I certify that, to the best of my knowledge and belief:

☐ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☒ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report)
- **Prior appraisals of this unit were completed by the appraiser on 7/12/16, 2/27/17, 10/3/17, 4/4/18 and 11/06/2018.**

**Additional Comments**

**No undue influence was placed on the appraiser during the development of this report.**

| APPRAISER: | SUPERVISORY APPRAISER: (only if required) |
|---|---|
| Signature: | Signature: |
| Name:  Angelo Lona | Name: |
| Date Signed:  08/02/2019 | Date Signed: |
| State Certification #:  CR1318912 | State Certification #: |
| or State License #: | or State License #: |
| State:  CO | State: |
| Expiration Date of Certification or License:  12/31/2019 | Expiration Date of Certification or License: |
| Effective Date of Appraisal  06/19/2019 | Supervisory Appraiser Inspection of Subject Property |
| | ☐ Did Not    ☐ Exterior-only from Street    ☐ Interior and Exterior |

**Appraisers License**



State of Colorado
Department of Regulatory Agencies
Division of Real Estate

Board of Real Estate Appraisers

Angelo Joseph Loria
Po Box 4175
Avon, CO 81620

Angelo Joseph Loria
Certified Residential Appraiser

License #: CR.001318912
Status: Active
Expires: 12/31/2019

*Marcia Waters*
Director: Marcia Waters

For the most up to date information regarding this credential, visit http://dora.colorado.gov/dre

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001238

**Solaris Unit Breakdown**

| One Bedroom Units | View | Opinion of Value | Change |
|---|---|---|---|
| Pent E East – 1 bed + Den / 2 bath 1361sf | North | $2,400,000 / $1,765sf | -$550,000 |
| Pent E West - 1 bed + Den / 2 bath 1353sf | North | $2,395,000 / $1,770sf | -$505,000 |

| Two Bedroom Units | View | Opinion of Value | Change |
|---|---|---|---|
| Pent C West – 2 bed / 2.1 bath 1175sf | North | $2,235,000 / $1,902sf | -$505000 |
| Pent C East - 2 bed / 2.1 bath 1176sf | North | $2,235,000 / $1,901sf | -$505,000 |
| 3E East - 2 bed + D / 2.1 bath 1639sf | North | $2,650,000 / $1,428sf | -$310,000 |
| 5C West - 2 bed +D / 3 bath 1692sf | North | $2,735,000 / $1,616sf | -$565,000 |
| 5E West - 2 bed +D / 3 bath 1686sf | North | $2,730,000 / $1,619sf | -$570,000 |
| 6C West - 2 bed +D / 3 bath 1692sf | North | $2,735,000 / $1,616sf | -$565,000 |
| 6E East - 2 bed +D / 3 bath 1679sf | North | $2,725,000 / $1,623sf | -$575,000 |
| 7E East - 2 bed +D / 2.1 bath 1963sf | North | $2,995,000 / $1,526sf | -$580,000 |
| Pent G West - 2 bed +D / 3 bath 1771sf | South | $4,400,000 / $2,484sf | +$50,000 |

| Three Bedroom Units | View | Opinion of Value | Change |
|---|---|---|---|
| 7E West - 3 bed + Den / 3.1 bath 2266sf | North | $3,500,000 / $1,545sf | -$900,000 |
| 5G West - 3 bed / 4 bath 2526sf | So/West | $5,700,000 / $2,257sf | -$80,000 |
| 4G West - 3 bed / 4 bath 2526sf | So/West | $5,700,000 / $2,257sf | -$80,000 |
| 2A South - 3 bed / 3.1 bath 1986sf | South | $5,725,000 / $2,883sf | -$150,000 |

| Four Bedroom Units | View | Opinion of Value | Change |
|---|---|---|---|
| 6D East – 4 bed + Den 4.1 bath 2831sf | South | $6,600,000 / $2,331sf | -$250,000 |
| 4D East - 4 bed +Den / 5 bath 2831sf | South | $6,625,000 / $2,340sf | -$240,000 |



**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 □ Fax (970) 845.9472

Re  Property:     141 E Meadow Dr
                  Vail, CO 81657
    Borrower:     Not Applicable
    File No ·     190709/SolarisPhGW19

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Angelo Luria

CRC 001240

Angelo's Appraisal Inc.(970) 845-5056

Page # 2 of 27

190709/SolarisPhGW19

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.

| | | |
|---|---|---|
| **SUBJECT** | Property Address: 141 E Meadow Dr   Unit #: PhG West   City: Vail   State: CO | |
| | Zip Code: 81657   County: Eagle   Legal Description: Residences at Solaris-Vail Unit Penthouse G West | |
| | Assessor's Parcel #: 2101-082-94-076 | |
| | Tax Year: 2018   R.E. Taxes: $ 35,415.04   Special Assessments: $ 0   Borrower (if applicable): Not Applicable | |
| | Current Owner of Record   Solaris Property Owner I LLC   Occupant: ☐ Owner ☒ Tenant (Market Rent) ☐ Tenant (Regulated Rent) ☐ Vacant | |
| | Project Type ☒ Condominium ☐ Other (describe)   HOA: $ 3,082.08 ☐ per year ☒ per month | |
| | Market Area Name: Vail Village   Map Reference: 20780   Census Tract: 0007.02 | |
| | Project Name: Solaris Residences   Phase: N/A | |

| | | |
|---|---|---|
| **ASSIGNMENT** | The purpose of this appraisal is to develop an opinion of ☒ Market Value (as defined), or ☐ other type of value (describe) | |
| | This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective | |
| | Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work) | |
| | Property Rights Appraised. ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe) | |
| | Intended Use. To provide a market value opinion of value for the Colorado Regional Center Project Solaris, LLLP | |
| | Intended User(s) (by name or type): Colorado Regional Center Project Solaris, LLLP | |
| | Client: Colorado Regional Center Project Solaris, LLLP   Address: 1644 Platte St., Suite 417, Denver, CO 80202 | |
| | Appraiser: Angelo Loria   Address: PO Box 4175, Avon, CO 81620-4175 | |

## MARKET AREA DESCRIPTION

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | Condominium Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit 5% | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner | | | 2-4 Unit 1% | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant | 640 Low 2 | | Multi-Unit 54% | * To: |
| Demand/supply: | ☐ Shortage ☐ In Balance ☒ Over Supply | ☒ Vacant (0-5%) | 15,000 High 60 | | Comm'l 40% | |
| Marketing time: | ☐ Under 3 Mos. ☐ 3-6 Mos ☒ Over 6 Mos. | ☐ Vacant (>5%) | 2,000 Pred 30 | | % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The Vail Village area is bound by the Vail Golf Course on the east, Lionshead on the west, Interstate-70 on the north and Vail Ski Resort and slopes on the south. The immediate Vail Village area is built-out with extensive renovations and rebuilding after demolition. The area enjoys good marketability due to it's excellent views and proximity to the main Vail base area and the Gold Peak base area. During 2000 to 2001 sales declined causing a stabilization of values. From 2001 to mid 2006 rapid appreciation occurred. Then the subject marketplace slowed and the values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market has stabilized.

## PROJECT SITE DESCRIPTION

| | |
|---|---|
| Zoning Classification: Special Development District   Description: Public Accommodation | |
| Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning | |
| Ground Rent (if applicable): $   N/A   /   Comments: Not applicable | |
| Highest & Best Use as improved (or as proposed per plans & specifications): ☒ Present use, or ☐ Other use (explain) | |
| Actual Use as of Effective Date: Residential Condominium   Use as appraised in this report: Residential Condominium | |

Summary of Highest & Best Use: The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, the original development on the subject site, Crossroads at Vail was demolished and the current development, Solaris was rebuilt and completed in 2010.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Unknown | Street | Asphalt | ☒ | ☐ | Size | Typical/Condo |
| Gas | ☒ | ☐ | Unknown | Curb/Gutter | Concrete | ☒ | ☐ | Topography | Level to sloping |
| Water | ☒ | ☐ | Unknown | Sidewalk | Concrete | ☒ | ☐ | View | Good/Mtn |
| Sanitary Sewer | ☒ | ☐ | Unknown | Street Lights | Electric | ☒ | ☐ | | |
| Storm Sewer | ☒ | ☐ | Unknown | Alley | None | ☐ | ☐ | | |

Other site elements: ☐ Inside Lot ☒ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 08037C0469D   FEMA Map Date 12/4/2007

Site Comments: No adverse site conditions were evident at the time of observation.

## PROJECT INFORMATION

Data source(s) for project information   Management/MLS

Project Description: ☐ Detached ☐ Row or Townhouse ☐ Garden ☐ Mid-Rise ☒ High-Rise ☐ Other (describe)

| General Description of Project | | Subject Phase | # | If Project Completed | # | If Project Incomplete | # |
|---|---|---|---|---|---|---|---|
| # of Stories | 9 | Exterior Walls Frame/Rock | Units | 79 | Phases | 1 | Planned Phases | |
| # of Elevators | 9 | Roof Surface Zinc | Units Completed | 79 | Units | 79 | Planned Units | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | Total # of Parking | 112 | Units for Sale | 21 | Units for Sale | 21 | Units for Sale | |
| Design (Style) Condo | Ratio (spaces/unit) | 1.4:1 | Units Sold | 37 | Units Sold | 37 | Units Sold | |
| Actual Age (Yrs.) 9 | Parking Type(s) Prk Garage | Units Rented | Unkn | Units Rented | Unkn | Units Rented | Unkn |
| Effective Age (Yrs.) 5 | Guest Parking Avg | Owner Occup. Units | Unkn | Owner Occup. Units | Unkn | Owner Occup. Units | Unkn |

Project Primary Occupancy ☐ Principal Residence ☒ Second Home or Recreational ☐ Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No

Management Group: ☐ Homeowners' Association ☐ Developer ☒ Management Agent (name of management agent or company). Jeff Fruin (970) 790-6406 or jfruin@solarisresidences.com

Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No If Yes, describe the original use and date of conversion.

Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown   Have the documents been reviewed? ☐ Yes ☒ No   Comments: These documents were not reviewed for this appraisal

Project Comments (condition, quality of construction, completion status, etc.): Thirty five percent of the project consists of commercial space. This commercial space consists of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink/putting green, a bank and numerous other retail shops.

Common Elements and Recreational Facilities: Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**GP CONDO**

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

6/2007

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.:

**PROJECT ANALYSIS**

Summary of condominium project budget analysis for the current year (if analyzed). The condominium budget was not reviewed for this appraisal.

Other fees for the use of the project facilities (other than regular HOA charges) The appraiser is unaware of any additional fees for the use of the project facilities.

Compared to other competitive projects of similar quality and design, the subject unit charge appears ☐ High ☒ Average ☐ Low (If High or Low, describe)

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser? ☐ Yes ☒ No If Yes, describe and explain the effect on value and marketability. No condominium documents or HOA meeting minutes were reviewed for this appraisal. The appraiser is unaware of any special or unusual characteristics of the project.

Unit Charge: $ 3,082.08 per month X 12 = $ 36,984.96 per year. Annual assessment charge per year per SF of GLA = $ 20.88

Utilities included in the Unit Charge: ☐ None ☐ Heat ☒ Air Conditioning ☐ Electricity ☒ Gas ☒ Water ☒ Sewer ☐ Cable ☐ Other

Source(s) used for physical characteristics of property: ☒ New Inspection ☒ Previous Appraisal Files ☐ MLS ☐ Assessment and Tax Records ☒ Prior Inspection ☐ Property Owner ☐ Other (describe)    Data Source for Gross Living Area   Interior dimensions from prior inspection

**DESCRIPTION OF THE UNIT IMPROVEMENTS**

| General Description | Exterior Description | Foundation ☒ N/A | Basement ☒ N/A | Heating |
|---|---|---|---|---|
| Floor Location 7th/Top Level | Foundation Concrete | Slab | Area Sq. Ft. | Type In-floor radiant |
| # of Levels 1 | Exterior Walls Frame/Rock | Crawl Space | % Finished | Fuel NG |
| Design (Style) Condo | Roof Surface Zinc | Basement | Ceiling | |
| ☒ Existing ☐ Proposed | Gutters & Dwnspts Yes | Sump Pump ☐ | Walls | Cooling |
| ☐ Under Construction | Window Type Wood-Alum clad | Dampness ☐ | Floor | Central Yes |
| Actual Age (Yrs.) 9 | Storm/Screens No/Yes | Settlement | Outside Entry | Other |
| Effective Age (Yrs ) 5 | | Infestation | | |

| Interior Description | Appliances | Attic ☒ N/A | Amenities | Car Storage ☐ None |
|---|---|---|---|---|
| Floors Wood-Stone-Carpet | Refrigerator ☒ | Stairs ☐ | Fireplace(s) # 1   Woodstove(s) # 0 | ☒ Garage # 1 |
| Walls Plaster | Range/Oven ☒ | Drop Stair ☐ | Patio None | ☐ Covered # 0 |
| Trim/Finish Cherry/Stained | Disposal ☒ | Scuttle ☐ | Deck None | ☐ Open # 0 |
| Bath Floor Stone | Dishwasher ☒ | Doorway ☐ | Porch None | Total # of cars 1 |
| Bath Wainscot Stone-Ceramic | Fan/Hood ☒ | Floor ☐ | Fence None | ☐ Assigned |
| Doors Solid Cherry Stained | Microwave ☒ | Heated ☐ | Pool None | ☒ Owned |
| | Washer/Dryer ☒ | Finished ☐ | Balcony None | Space #(s) Unassigned |

Finished area above grade contains: 6 Rooms 2+D Bedrooms 3.0 Bath(s) 1,771 Square Feet of Gross Living Area Above Grade

Are the heating and cooling for the individual units separately metered? ☐ Yes ☒ No (If No, describe) This is typical of many large projects within the Vail marketplace.

Additional features: See attached addendum.

Describe the condition of the property (including physical, functional and external obsolescence): See attached addendum.

**TRANSFER HISTORY**

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s): Eagle County records.

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: No prior sale is evident per Eagle County records. |
|---|---|
| Date: | |
| Price: | |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s) | |

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited

**GP CONDO**

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    6/2007

190709/SolarisPhGW19

## INDIVIDUAL CONDO UNIT APPRAISAL REPORT
File No.:

| SALES COMPARISON APPROACH TO VALUE (if developed) | ☐ The Sales Comparison Approach was not developed for this appraisal. | | | | | |
|---|---|---|---|---|---|---|
| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 |
| Address | 141 E Meadow Dr #PhG West | 141 E Meadow Dr # 4B East | | 141 E Meadow Dr # 1A South | | 675 Lionshead Pl # 330 |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 |
| Project | Solaris Residences | Solaris Residences | | Solaris Residences | | Arrabelle at Vail Square |
| Phase | N/A | N/A | | N/A | | N/A |
| Proximity to Subject | | 0.05 miles E | | 0.01 miles NE | | 0.68 miles W |
| Sale Price | $ | $ | 5,950,000 | $ | 4,550,000 | $ | 3,400,000 |
| Sale Price/GLA | $ /sq.ft. | $ 2,351.78 /sq.ft. | | $ 1,770.43 /sq.ft. | | $ 1,606.81 /sq.ft. |
| Data Source(s) | Inspection | VBRMLS#927731;DOM 525 | | VBRMLS#V322313;DOM 2168 | | VBRMLS#931500;DOM 11 |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Cash | | Cash | | Cash | |
| Concessions | | Furnished/Credit | -25,500 | Furnished | -25,000 | Furnished | -25,000 |
| Date of Sale/Time | | 03/23/2018 | | 06/13/2019 | | 03/30/2018 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Vail Village | | Vail Village | | Lionshead | |
| HOA Fees ($/Month) | 3,082.08 | 3,783.33 | | 4,209.00 | | 2,545.00 | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | Pool, Spa, Lobby | | Pool, Spa, Lobby | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | Athletic facilities | | Athletic facilities | |
| Floor Location | 7th/Top Level | 4th/Mid Level | +35,000 | 1st/Lower Level | +35,000 | 3rd/Mid Level | +35,000 |
| View | Gd/Mtn/Sm Ski | VrGd/Mtn/Ski | -600,000 | Good/Mtn/West | +850,000 | Good/Mtn/Nr Slope | +1,250,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | VrGd-Excellent | |
| Age | 9 yrs, 5 eff | 8 yrs, 3 eff | -101,500 | 9 yrs, 5 eff | | 11 yrs, 6 eff | +42,500 |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6 2+D 3.0 | 7 4 4 0 | -35,000 | 6 3 3 1 | -17,500 | 5 2 3.0 | 0 |
| Gross Living Area | 1,771 sq.ft. | 2,530 sq.ft. | -759,000 | 2,570 sq.ft. | -799,000 | 2,116 sq.ft. | -345,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prkng garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | None | Deck | | Deck | | Deck | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ − $ | -1,486,000 | ☒ + ☐ − $ | 43,500 | ☒ + ☐ − $ | 957,500 |
| Adjusted Sale Price | | Net 25.0 % | | Net 1.0 % | | Net 28.2 % | |
| of Comparables | | Gross 26.2 % $ | 4,464,000 | Gross 37.9 % $ | 4,593,500 | Gross 49.9 % $ | 4,357,500 |
| Summary of Sales Comparison Approach | All comparable data is obtained from Eagle County Clerk and Assessor, the local Multiple Listing service and/or involved parties. See attached addendum for comments on the sales comparison approach. | | | | | | |

Indicated Value by Sales Comparison Approach $   4,400,000

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.

Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

GP CONDO

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001243

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

Page # 5 of 27
190709/SolarisPhGW19

File No.:

| INCOME APPROACH TO VALUE (if developed) | ☒ The Income Approach was not developed for this appraisal. | | | |
|---|---|---|---|---|

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 141 E Meadow Dr #PhG West | | | |
| | Vail, CO 81657 | | | |
| Project | Solaris Residences | | | |
| Phase | N/A | | | |
| Proximity to Subject | | | | |
| Current Monthly Rent | $ | $ | $ | $ |
| Rent/GLA | $        /sq.ft. | $        /sq ft | $        /sq ft | $        /sq.ft. |
| Rent Control | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Data Source(s) | | | | |
| Date of Lease(s) | | | | |
| Location | Vail Village | | | |
| View | | | | |
| Age | 9 yrs, 5 eff | | | |
| Condition | Very Good | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | Total Bdrms Baths | Total Bdrms Baths |
| Room Count | 6   2+D   3.0 | | | |
| Gross Living Area | 1,771 sq.ft. | sq.ft. | sq.ft. | sq ft. |
| Utilities Included | | | | |
| | | | | |
| | | | | |
| | | | | |

Summary of Income Approach (including support for market rent and GRM):

Opinion of Monthly Market Rent $   N/A        X Gross Rent Multiplier   0.00   = $        **Indicated Value by Income Approach**

| COST APPROACH TO VALUE (if developed) | ☒ The Cost Approach was not developed for this appraisal. |
|---|---|

Summary of Cost Approach:

Indicated Value by: Sales Comparison Approach $ 4,400,000    Cost Approach (if developed) $        Income Approach (if developed) $

Final Reconciliation   The Sales Comparison Approach is typically the most reliable indicator in the valuation of individual condominium units. The Cost and Income Approach are not considered reliable.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: _____

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $   4,400,000   , as of:   06/19/2019   , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains   27   pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
| ☒ Scope of Work | ☒ Limiting Cond./Certifications | ☒ Narrative Addendum | ☒ Photograph Addenda | ☒ Sketch Addendum |
|---|---|---|---|---|
| ☒ Map Addenda | ☒ Additional Sales | ☐ Additional Rentals | ☐ Flood Addendum | ☐ Hypothetical Conditions |
| ☐ Extraordinary Assumptions | ☐ Budget Analysis | ☐ | ☐ | ☐ |

Client Contact:   Rob Glucksman        Client Name:   Colorado Regional Center Project Solans, LLLP

E-Mail: rglucksman@coloradoregionalcenter.com    Address:   1644 Platte St., Suite 417, Denver, CO 80202

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| | |
| Appraiser Name:  Angelo Lara | Supervisory or Co-Appraiser Name: |
| Company:   Angelo's Appraisal Inc | Company: |
| Phone: (970) 845-5056        Fax: (970) 845-9472 | Phone:        Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date of Report (Signature):  08/02/2019 | Date of Report (Signature): |
| License or Certification #.   CR1318912      State: CO | License or Certification #:        State: |
| Designation:   Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification:   12/31/2019 | Expiration Date of License or Certification |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject. ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection:   06/19/2019 | Date of Inspection: |

**GP CONDO**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited
Form GPCONDO - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE        6/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001244

Page # 6 of 27
190709/SolarisPhGW19

# ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | +(−) $ Adjust. | COMPARABLE SALE # 5 | +(−) $ Adjust. | COMPARABLE SALE # 6 | +(−) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr #PhG West | 141 E Meadow Dr # 6E West | | 728 W Lionshead Cir # R308 | | 610 W Lionshead Cir # 517 | |
| | Vail, CO 81657 | Vail, CO 81657 | | Vail, CO 81657 | | Vail, CO 81657 | |
| Project | Solaris Residences | Solaris Residences | | Ritz Carlton Residences | | Landmark Vail | |
| Phase | N/A | N/A | | N/A | | N/A | |
| Proximity to Subject | | 0.03 miles NE | | 0.89 miles W | | 0.72 miles W | |
| Sale Price | $ | $ 2,780,000 | | $ 2,560,000 | | $ 2,225,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 1,597.70 /sq.ft. | | $ 1,679.79 /sq.ft. | | $ 1,397.61 /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#934477;DOM 27 | | VBRMLS#934199;DOM 53 | | VBRMLS#V314309;DOM 3643 | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | | Ex Insp/Agent/County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | | Conventional | | Cash | | Cash | |
| Concessions | | Furnished | -25,000 | Furnished | -25,000 | None | 0 |
| Date of Sale/Time | | 04/30/2019 | | 04/23/2019 | | 01/24/2018 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Vail Village | Vail Village | | Lionshead | | Lionshead | |
| HOA Fees ($/Month) | 3,082.08 | 2,850.00 | | 2,570.00 | | 1,163.00 | |
| Common Elements and Recreational Facilities | Pool, Spa, Lobby Athletic facilities | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | | Pool, Spa, Lobby Athletic facilities | |
| Floor Location | 7th/Top Level | 6th/Mid Level | +35,000 | 5th/Mid Level | +35,000 | 5th/Top Level | 0 |
| View | Gd/Mtn/Sm Ski | Good/Mtn | +1,500,000 | Gd/Mtn/Lionshead | +1,700,000 | Gd/Ski/Lionshead | +2,000,000 |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | VrGd-Excellent | | VrGd-Excellent | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | 9 yrs, 5 eff | | 9 yrs, 2 eff | -96,000 |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total 6 | Bdrms 2+D | Baths 3.0 | Total 5 | Bdrms 2 | Baths 2.1 | +17,500 | Total 5 | Bdrms 2 | Baths 3.0 | 0 | Total 5 | Bdrms 2 | Baths 3.0 | 0 |
| Room Count | | | | | | | |
| Gross Living Area | 1,771 sq.ft. | 1,740 sq.ft. | +31,000 | 1,524 sq.ft. | +247,000 | 1,592 sq.ft. | +179,000 |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | Gas heat/AC | | Gas heat/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | 1 prking garage | 1 prking garage | | 1 prking garage | | 1 prking garage | |
| Porch/Patio/Deck | None | Deck | | Deck | | Deck | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ − | $ 1,558,500 | ☒ + ☐ − | $ 1,957,000 | ☒ + ☐ − | $ 2,083,000 |
| Adjusted Sale Price of Comparables | | Net 56.1 % Gross 57.9 % | $ 4,338,500 | Net 76.4 % Gross 78.4 % | $ 4,517,000 | Net 93.6 % Gross 102.2 % | $ 4,308,000 |

Summary of Sales Comparison Approach

**SALES COMPARISON APPROACH**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPCONDO.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

6/2007

GP CONDO

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001245

## ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | | COMPARABLE SALE # 8 | | COMPARABLE SALE # 9 | |
|---|---|---|---|---|---|---|---|
| Address | 141 E Meadow Dr #PhG West | 141 E Meadow Dr # 7E West | | | | | |
| | Vail, CO 81657 | Vail, CO 81657 | | | | | |
| Project | Solaris Residences | Solaris Residences | | | | | |
| Phase | N/A | N/A | | | | | |
| Proximity to Subject | | 0.03 miles NE | | | | | |
| Sale Price | $ | $ 3,750,000 | | $ | | $ | |
| Sale Price/GLA | $ /sq.ft. | $ 1,653.44 /sq.ft. | | $ /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | Inspection | VBRMLS#934804;DOM 73 | | | | | |
| Verification Source(s) | Agent/Public rec | Ex Insp/Agent/County Assessor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(–) $ Adjust. | DESCRIPTION | +(–) $ Adjust | DESCRIPTION | +(–) $ Adjust. |
| Sales or Financing | | Listing | | | | | |
| Concessions | | Furnished | -25,000 | | | | |
| Date of Sale/Time | | Active | -75,000 | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | Vail Village | Vail Village | | | | | |
| HOA Fees ($/Month) | 3,082.08 | 3,768.33 | | | | | |
| Common Elements and | Pool, Spa, Lobby | Pool, Spa, Lobby | | | | | |
| Recreational Facilities | Athletic facilities | Athletic facilities | | | | | |
| Floor Location | 7th/Top Level | 7th/Mid Level | +35,000 | | | | |
| View | Gd/Mtn/Sm Ski | Good/Mtn | +1,500,000 | | | | |
| Design (Style) | Condo | Condo | | | | | |
| Quality of Construction | VrGd-Excellent | VrGd-Excellent | | | | | |
| Age | 9 yrs, 5 eff | 9 yrs, 5 eff | | | | | |
| Condition | Very Good | Very Good | | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6 2+D 3.0 | 7 3+D 3 1 | -17,500 | | | | |
| Gross Living Area | 1,771 sq.ft. | 2,268 sq.ft. | -497,000 | sq.ft. | | sq.ft. | |
| Basement & Finished | None | None | | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Gas heat/AC | Gas heat/AC | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Parking | 1 prking garage | 1 prking garage | | | | | |
| Porch/Patio/Deck | None | Deck | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ – $ | 920,500 | ☐ + ☐ – $ | | ☐ + ☐ – $ | |
| Adjusted Sale Price | | Net 24.5 % | | Net % | | Net % | |
| of Comparables | | Gross 57.3 % $ | 4,670,500 | Gross % $ | | Gross % $ | |

Summary of Sales Comparison Approach

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited.
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

**GP CONDO**

CRC 001246

**Supplemental Addendum**                                     File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County  Eagle | State  CO | Zip Code  81657 |
| Lender/Client | | | | | |

**Angelo's Appraisal, Inc.**
Real Estate Appraisers
P.O. Box 4175 Avon, Colorado 81620
Phone (970) 845.5056 ☐ Fax (970) 845.9472



## ADDENDUM TO THE APPRAISAL OF:
141 E Meadow Drive, #PhG West
Residences at Solaris-Vail Unit Penthouse G West
Vail, Colorado 81657
Eagle County, Colorado:

## Purpose of the Appraisal
The purpose of this appraisal is to provide an opinion of the market value of the subject property, in an "as is" condition and a fee simple estate.

## Client and Intended Users:
This appraisal report is intended for the use by Colorado Regional Center Project Solaris, LLLP. No other use of this appraisal is permitted.

## Intended Use:
The appraisal report is to determine a current opinion of value for the Colorado Regional Center Project Solaris, LLLP only and is not for any other use.

## Scope of Work
**Extent of the Appraisal Process**
The appraisal of the subject property includes a physical observation of the interior and exterior of the subject property along with data on file with the Eagle County Assessor's office as of the date of this appraisal. An examination of market factors, recent transactions, a locational analysis of the home site and neighborhood, an economic analysis of the market and other pertinent data that may have an influence on the property were reviewed. Sales and related information utilized in this report are gathered from the local multiple listing service and public records. They are confirmed whenever possible with the involved parties, are the best available and the most recent sales which represent various aspects of the subject's market appeal. When conflicting information was provided the source deemed most reliable was used. All of this information is compiled and analyzed before a final opinion of value is determined.

The appraisal is in compliance with the guidelines set forth by:
Federal Financial Institutions Reform Recovery and Enforcement Act of 1989 (FIRREA)
Uniform Standards of Professional Appraisal Practices (USPAP)

**Type of Appraisal and type of Appraisal Report:**
This appraisal is an "Appraisal Report" that is presented on the General Purpose Condo form.

**Property Observation**
The appraiser completed an interior and exterior observation of the subject property. This observation is not the same as a home inspection and did not include a viewing of the crawl space and attic area of the home (if applicable). It is based on the observations of an appraiser who visited the property and does not include a physical analysis of the major components of the home. The appraiser is not a mechanical engineer, electrical engineer, environmental engineer or structural engineer. Therefore, no warranty of the components which include, but are not limited to, the electrical, plumbing, heating, structural, and roofing are made or implied. All the above mentioned systems are presumed to be in working condition with the opinion of value herein subject to that assumption. Furthermore, no analysis of environmental conditions, including but not limited to, moisture, mold and radon gas has been made or implied. It is assumed no adverse environmental conditions exist with the opinion of value herein subject to that assumption.

## Supplemental Addendum

| Borrower | Not Applicable | | | | File No. | |
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |

**Gramm-Leach-Bliley Act of 1999**
In compliance with the Gramm-Leach Bliley Act, the appraiser does not disclose any non-public personal information that is not specifically permitted by law.

**Competency**
The appraiser has the competency and appropriate knowledge, training, and experience to complete this assignment.

**Extraordinary Assumptions or Hypothetical Conditions:**
No extraordinary assumptions or hypothetical conditions were utilized in the report.

**Prohibited Influences**
The appraisal assignment was not based upon a requested minimum valuation, specific valuation, or approval of a loan. Employment and compensation are not contingent upon the reporting of a predetermined value, a direction of the value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event.

**Definition of Market Value**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1) Buyer and seller are typically motivated;
2) Both parties are well informed or well advised, and each acting in what they consider their own best interests;
3) A reasonable time is allowed for exposure in the open market;
4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto;
5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
(Per Uniform Standards of Professional Appraisal Practice 2018-2019 USPAP Pg 153).

## Area and Neighborhood Comments

The subject property is located in the Vail Village portion of the town of Vail. Vail is located about 100 miles west of Denver along Interstate 70, in a narrow mountain valley situated against the west side of the Gore mountain range.

The first development corresponded with the opening of the Vail ski area in 1962. This is when completion of the first lifts and support facilities were built on what were previously ranch lands. Development in the region has steadily expanded over the years to the east and west. This has created an area of development thirty miles long that contains three ski areas, numerous golf courses, and extensive commercial and residential development. These factors have transformed the area into a four season resort, which has allowed for national and international appeal.

Vail Village is modeled after European villages with a large pedestrian core that contains extensive dining, entertainment and shopping facilities. Uses within the village consist predominately of resort commercial and condominiums, most dating to the 60's and 70's. Since the area is built-out many properties are undergoing extensive renovations with demolition and rebuilding occurring in some instances. Vail Village properties typically exhibited high values and good marketability to second and third home recreational buyers attracted to Vail's renowned recreation amenities. Appeal is enhanced by good views of the Gore Mountain Range and Gore Creek which runs through the village.

Also present at the eastern edge of the Vail Village area is the Gold Peak base area. This base area which recently underwent an extensive renovation consists of two chair lifts and two commercial buildings. These buildings house ski lift ticket offices, ski school facilities, ski rental shops, restaurants, parking facilities and a base lodge.

CRC 001248

**Supplemental Addendum**                                    File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

## Market Trends/Conditions
During 2000 to 2001 sales declined and inventory increased causing a stabilization of values. From 2001 to mid-2006 rapid appreciation occurred. Then in 2008 values stabilized until late 2008 when the marketplace began to decline. In 2010-2011 the market entered a period of recovery with appreciation beginning in 2013. Recently this portion of the market appears to have stabilized.

## Subject Project Comments
**Location:** The project site is located south of the South Frontage Road on East Meadow Drive at its intersection with Willow Bridge Road. This location is within the central core of Vail Village enhancing its overall appeal. It should be noted that the subject project represents the upper end of quality within the central village. This project is considered a "Condotel" as it has many of the amenities of a luxury hotel including the ability to have nightly rentals through the front desk.

**Year of construction:** Construction of the subject project began in 2007 with completion in 2010. This was after the demolition of the Crossroads Mall which previously occupied the site.

**Association Fees:** Currently the association fees for the subject unit are $3,082.08 per month. It should be noted that presently there are no special assessments.

**Project Size/Configuration:** The project consists of 79 residential condominium units within approximately 202,000 square feet. There also is 70,000 square feet of commercial space that is comprised of a restaurant, three screen movie theater, ten lane bowling alley, ice skating rink, a bank and numerous other retail shops. Also present are 307 parking spaces within an underground parking garage.

**Project amenities:** Front desk services, full concierge services, room services, swimming pool, hot tub, spa facilities, fitness center, landscaped common areas and parking garage.

**Parking facilities:** There are a total of 307 parking spaces in the project's garage of which 112 are designated for the residential condominium units.

**Views:** The subject project has average to excellent views of the surrounding mountains and the ski slopes depending on the location within the project. Units on the north side of the building do not have ski slope views while southern facing units have good to excellent ski slope and mountain views.

**Surrounding uses:** Neighboring properties consist of a mix of improved multi-family, hotel and commercial projects.

**Topography:** Level to sloping

**Adverse conditions/easements:** No unusual or adverse conditions or easements were visually apparent or known by the appraiser.

**Vegetation:** The landscaping consists of grass, trees, shrubs and flowers.

## Subject Unit
**Structure/condition:** The subject property is a residential condominium dwelling that contains two bedrooms plus a den and three baths within 1,771 square feet of living space on one level. Also present is a parking space in the project's parking garage. The dwelling's floor plan exhibits good traffic flow and space utilization. Condition was observed to be very good due to attentive care along with short term rental use. No functional or external losses were noted. This property was listed for sale in the local MLS. It was listed at $4,850,000 from August 29,2018 through March 7, 2019.

**Quality of construction:** Quality of construction was noted to be very good to excellent with a high level of materials and workmanship being noted.

**Views:** Although the unit is south facing it has limited ski slope views. The roof from an adjacent portion of the subject building blocks a portion of the subject's views.

## Supplemental Addendum

File No.

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | |

## Ownership and Sales History

**Present owner per public records:** Solaris Property Owner I LLC.

**Acquisition date:** None per Eagle County records.

**Recent activity:** No sale of the subject is evident per Eagle County records.

## Highest and Best Use

Highest and best use may be defined as:

*"The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value."*

The subject is a legally permissible use based on its current zoning. Additionally, the site size shape and density indicate good utilization of the improvements and is typical of surrounding properties. Based on the current market conditions the existing project is financially feasible and maximally productive. Additionally, this development was built from 2007 through 2010 after the original Crossroads Mall development had been demolished.

## Approaches to Value

There are three approaches to arriving at an opinion of value in the appraisal process. These are the Cost Approach, the Sales Comparison Approach and the Income Capitalization Approach. They are described as follows:

The *Cost Approach* is based on the presumption that the value of a property is indicated by the current cost of the vacant building site plus the cost to construct a similar property, less depreciation. These forms of depreciation consist of physical deterioration, functional obsolescence and external obsolescence.

The *Sales Comparison* approach is the process of comparing the subject property to sales of similar competing properties. Adjustments are made for differences in size, location and other market recognized differences.

The *Income Capitalization* approach is based on the measurement of the present value of future benefits. This is arrived at through a process of capitalizing economic or contract rent into an indication of value using market derived rents and market derived capitalization rates.

The appraiser has made a reasonable effort to employ each of the three approaches to value. In this valuation the Sales Comparison Approach was primarily relied upon in forming the final opinion of value. Although the resort nature of the subject marketplace has many examples of units utilized for long and short term rental purposes, the income often does not offset the cost of ownership. Therefore, the income associated with rental use has little bearing on prices paid for properties in the subject marketplace. Rental income is often secondary or inconsequential among purchaser's criteria with data for market rents and multipliers being diverse and inconsistent. As a result, while considered, the Income Approach was not utilized in this report. The cost approach has no meaningful basis for application in the valuation of individual multi-family interests in the local marketplace, and is omitted from discussion.

## Sales Comparison Approach

Although the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties which represent various aspects of the subject's market appeal.

**Comparable 1** is a sale of a larger unit with a more marketable location from the subject project. It enjoys direct ski slope views from its location on the southern aspect of the building but the east and western views look onto electrical boxes on the adjacent roof. It has a less marketable middle level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with an effective age of three years due to attentive care along with limited second home use and no short term rental use. Additional adjustments were required for bath count, furnishings that

## Supplemental Addendum

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |

were included in the sale and a $500 credit the seller gave the buyer for repairs. This project sale is divergent in terms of view and gross living area but is from the subject project.

Comparable 2 is a very recent sale of a larger unit with less marketable views from the subject project. The unit has western views but lacks the ski slope views of the subject from its location on the western aspect of the building. It has a less marketable middle level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This sale is the most recent project sale.

Comparable 3 is a dated sale of a larger unit from the competing Arrabelle at Vail Square project. The unit has a more marketable location at the base of the Lionshead gondola and chair lift. It has a less marketable middle level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 6 years due to attentive care along with short term rental use, similar to the subject. An additional adjustment was required for furnishings that were included in the sale. This sale is divergent in term of view but provides good similarity to the subject in all other aspects.

Comparable 4 is a very recent sale of a smaller unit from the subject project. This unit has less marketable views from its location on the northern aspect of the building. It lacks ski slope views. It has a less marketable middle level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. Additional adjustments were required for bath count and furnishings that were included in the sale. This very recent sale from the project is divergent in terms of view but provides good similarity in all other aspects. It is the second most recent project sale.

Comparable 5 is a very recent sale of a smaller unit with a less marketable location within the competing Ritz Carlton project. The unit has northern views with greater impacts from the interstate and is within the less marketable Lionshead portion of Vail. It has a less marketable middle level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term rental use, similar to the subject. An additional adjustment was required for furnishings that were included in the sale. This sale is divergent in terms of view but provides good similarity to the subject in all other aspects.

Comparable 6 is a dated sale of a smaller unit from the competing Landmark Vail project. The unit has good ski slope views but is within the less marketable Lionshead portion of town. It has a similar top level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 2 years. Although the unit was 9 years old it reportedly had never been lived in. This sale is divergent in terms of view but provides good similarity to the subject in all other aspects. It was included to bracket the subject top level location.

Comparable 7 is a listing of a larger unit from the subject project. This unit has less marketable views from its location on the northern aspect of the building. It lacks ski slope views. It has a less marketable middle level location. Quality of construction was rated as very good to excellent, similar to the subject. Condition was reported to be very good with and effective age of 5 years due to attentive care along with short term use, similar to the subject. Additional adjustments were required for bath count, furnishings that are to be included in the sale and a list to sales price adjustment. The list to sales price ratio adjustment utilized in the report is based on the median sale price as a percent of list price from the analysis that was completed to determine the current market conditions.

**Due to the lack of recent sales of similar properties from within the subject neighborhood, it was necessary to utilize sales with sales prices that were greater than 15% more or less than the subject's opinion of value.**

## Comments on Adjustments to Sales
Please note the following criteria utilized for the adjustments in the sales comparison approach:

CRC 001251

## Supplemental Addendum

| Borrower | Not Applicable | | | | | File No. | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County Eagle | | State CO | Zip Code | 81657 |
| Lender/Client | | | | | | | |

**Market Conditions adjustment:** All condominium sales that sold for more than $2,000,000 within the Vail Village and Lionshead markets were analyzed. The current twelve month period indicates a median sales price of $3,412,500 based on 38 sales ranging from $2,000,000 to $10,500,000. The prior twelve month period indicates a median sales price of $3,400,000 based on 45 sales ranging from $2,075,000 to $14,000,000. This indicates a slight increase of 0.35% over the twelve month period or a relatively stable market. Therefore no market condition adjustments were made in this report.

**View and floor location adjustments:** Derived from sales of properties with varying appeal and locational characteristics, based on matched pair analysis.

**Quality adjustments:** Based on estimated cost differences, together with cost to cure approximations, when appropriate. Secondary support is provided via conversations with involved parties regarding the effect of differing quality on purchase prices.

**Age and condition characteristics:** These are combined into one adjustment with consideration given to each property's actual and effective ages. Typical condition adjustments for properties in average condition are estimated at about 1.5% per year, reflecting a total estimated life of about 65 years in a straight line age/life analysis. Properties differing in their effective ages are assigned greater or lesser amounts of adjustment based on their relative condition, together with consideration of cost-to-cure estimation, if appropriate. Therefore, an estimated per square foot cost to build is multiplied by the square footage of the comparable to arrive at an estimated cost to build. This figure is then multiplied by the difference in the effective age (difference between the subject's effective age and the comparables' effective age) then multiplied by the aforementioned 1.5% to arrive at the age/condition adjustment.

**Room count:** $35,000 per bathroom, based on matched pair analysis. No bedroom count adjustment was evident in the available market data.

**Gross living area:** Differences in gross living area are adjusted at $1,000 per square foot in this report, which is indicative of the sensitivity to size that this marketplace is presently tending to exhibit.

**Homeowners Association Fees:** HOA fees are often based on the size of the unit along with the level and quality of the project's amenities. Sometimes these fees include heat for not only the common area but each individual unit. As a result these fees can vary between units within the same project along with units from competing projects, making an adjustment for these items very difficult to extract from the available data. The more amenities and/or the higher quality of amenities results in higher fees. An analysis of the market data did not readily display an adjustment for the difference between HOA fees of each comparable, therefore no adjustments were made.

**The appraiser recognizes that some of these comparables have larger than typical individual, net and/or gross adjustments. It should be pointed out that variations like this are a common occurrence in this marketplace. Differences in gross living area, quality, conditions, location, etc. often vary substantially from property to property while at the same time maintaining a level of common appeal. Even with these adjustments the sales cited are considered to be similar in appeal, adequately reliable, the best available indicators of subject value.**

## Estimate of Reasonable Exposure Time

A reasonable Exposure Time may be defined as "the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal" Implicit in this definition are the following characteristics:

The property will be actively exposed and aggressively marketed to potential purchasers. This marketing is to be directed through marketing channels commonly used by buyers and sellers of similar type properties.

The property will be offered at a price reflecting the most probable markup over market value used by sellers of similar type properties.

A sale will consummate under terms and conditions of the definition of market value.

## Supplemental Addendum

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Not Applicable | | | | | |
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | | |

An examination of recent sales activity within the subject marketplace reflects a wide range of typical exposure times. Purchase mortgage funds are readily available for properties within the subject area, and a significant number of sales close under all cash terms. An exposure time estimate for the subject property of twelve to twenty four months is considered realistic in the present market.

### Final Value Indication

Although the comparables cited are not considered ideal they are the best available and the most recent sales along with a listing of similar properties. The adjusted data provides adequate similarity to the subject property and a range of indications from $4,308,000 to $4,670,500. Comparable one is the most similar to the subject property and is from the subject project. Comparables two and four are the most recent sales and are from the subject project. Therefore, with support from the other comparables, a value of $4,400,000 is selected and considered reasonable and supportable in the current marketplace. The opinion of value of the subject property is above the predominant value within the subject marketplace. This is typical of the proximal area due to the large disparity in terms of gross living area, condition, views and quality of construction. An analysis of the market data does not indicate that there is an effect on the marketability of the subject due to its correspondence to the predominate value.

### Furnishings and other Personal Property

The subject property is appraised unfurnished with no contribution given to any furnishings, personal property, or intangible items that are not real property. Fixtures, such as built-in appliances, window coverings, wall and floor coverings, electrical fixtures and plumbing fixtures are typically considered as real property in the valuation of residential property, and are included in the value assigned herein.

CRC 001253

## Subject Photo Page

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County Eagle | | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | | |



**Subject Front**

141 E Meadow Dr #PhG West

| Sales Price | |
|---|---|
| Gross Living Area | 1,771 |
| Total Rooms | 6 |
| Total Bedrooms | 2+D |
| Total Bathrooms | 3.0 |
| Location | Vail Village |
| View | Gd/Mtn/Sm Ski |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |





**Subject Rear**



**Subject Street**

Page # 16 of 27

**Photograph Addendum**

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County Eagle | | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | | |



**Main living area**



**Dining**



**Kitchen**



**Bedroom**



**Bedroom**



**Bath**



**Bath**



**Bath**



**Den**



**Laundry Room**



**View**



**View**

Form PIC15 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001255

## Comparable Photo Page

| | |
|---|---|
| Borrower | Not Applicable |
| Property Address | 141 E Meadow Dr |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | |



### Comparable 1

141 E Meadow Dr # 4B East

| | |
|---|---|
| Prox. to Subject | 0 05 miles E |
| Sale Price | 5,950,000 |
| Gross Living Area | 2,530 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4.0 |
| Location | Vail Village |
| View | VrGd/Mtn/Ski |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 8 yrs, 3 eff |



### Comparable 2

141 E Meadow Dr # 1A South

| | |
|---|---|
| Prox. to Subject | 0 01 miles NE |
| Sale Price | 4,550,000 |
| Gross Living Area | 2,570 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.1 |
| Location | Vail Village |
| View | Good/Mtn/West |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 3

675 Lionshead Pl # 330

| | |
|---|---|
| Prox. to Subject | 0 68 miles W |
| Sale Price | 3,400,000 |
| Gross Living Area | 2,116 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Good/Mtn/Nr Slope |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 11 yrs, 6 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001256

## Comparable Photo Page

| | |
|---|---|
| Borrower | Not Applicable |
| Property Address | 141 E Meadow Dr |
| City | Vail |
| County | Eagle |
| State | CO |
| Zip Code | 81657 |
| Lender/Client | |



### Comparable 4
141 E Meadow Dr # 6E West
| | |
|---|---|
| Prox. to Subject | 0.03 miles NE |
| Sale Price | 2,780,000 |
| Gross Living Area | 1,740 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 5
728 W Lionshead Cir # R308
| | |
|---|---|
| Prox. to Subject | 0.89 miles W |
| Sale Price | 2,560,000 |
| Gross Living Area | 1,524 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Lionshead |
| View | Gd/Mtn/Lionshead |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |



### Comparable 6
610 W Lionshead Cir # 517
| | |
|---|---|
| Prox. to Subject | 0.72 miles W |
| Sale Price | 2,225,000 |
| Gross Living Area | 1,592 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3 0 |
| Location | Lionshead |
| View | Gd/Ski/Lionshead |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 2 eff |

Form PIC3x5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001257

## Comparable Photo Page

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County | Eagle | State CO | Zip Code 81657 |
| Lender/Client | | | | | |



### Comparable 7

141 E Meadow Dr # 7E West

| | |
|---|---|
| Prox. to Subject | 0.03 miles NE |
| Sale Price | 3,750,000 |
| Gross Living Area | 2,268 |
| Total Rooms | 7 |
| Total Bedrooms | 3+D |
| Total Bathrooms | 3.1 |
| Location | Vail Village |
| View | Good/Mtn |
| Site | Typical/Condo |
| Quality | VrGd-Excellent |
| Age | 9 yrs, 5 eff |

### Comparable 8

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

### Comparable 9

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

Form PICPIX.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001258

**Comparable Photo Page**

| Borrower | Not Applicable | | | | |
|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | |
| City | Vail | County Eagle | | State CO | Zip Code 81657 |
| Lender/Client | | | | | |

**Comparable 10**

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

**Comparable 11**

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

**Comparable 12**

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

Form PICPIX.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001259

## Building Sketch (Page - 1)

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | | County Eagle | State CO | Zip Code 81657 | |
| Lender/Client | | | | | | |



First Floor
[1770.76 Sq ft]

TOTAL Sketch by a la mode, inc

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001260

## Building Sketch (Page - 2)

| Borrower | Not Applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | | |
| City | Vail | | County | Eagle | State | CO | Zip Code 81657 |
| Lender/Client | | | | | | | |

TOTAL Sketch by a la mode, inc          Area Calculations Summary

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1770.76 Sq ft | 2.6 × 0.7 | = 1.82 |
| | | 19.8 × 12.3 | = 243.54 |
| | | 23.8 × 7.41 | = 176.35 |
| | | 33.41 × 33.69 | = 1125.59 |
| | | 4.91 × 10 | = 49.1 |
| | | 9.91 × 5.5 | = 54.5 |
| | | 8.91 × 9 | = 80.19 |
| | | 0.5 × 8.91 × 8.91 | = 39.69 |
| Total Living Area (Rounded): | 1771 Sq ft | | |

CRC 001261

**Location Map**

| Borrower | Not Applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | | | |
| City | Vail | County | Eagle | State | CO | Zip Code | 81657 |
| Lender/Client | | | | | | |



Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001262

## Assumptions, Limiting Conditions & Scope of Work

File No.:

| Property Address: | 141 E Meadow Dr | | City: Vail | | State: CO | | Zip Code: 81657 |
|---|---|---|---|---|---|---|---|
| Client: | Colorado Regional Center Project Solaris, LLLP | Address: | 1644 Platte St., Suite 417, Denver, CO 80202 | | | | |
| Appraiser: | Angelo Loria | Address: | PO Box 4175, Avon, CO 81620-4175 | | | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis

of it being under responsible ownership.
- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch
is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.
- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other
data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.
- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.
- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best
use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction
with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance
value, and should not be used as such.
- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence
of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the
normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous

wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of
the property.
- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items
that were furnished by other parties.
- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.
- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.
- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the

client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements
applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.
- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.
- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence
of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors
are encouraged to engage the appropriate type of expert to investigate.


The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by
the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.


Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

**GP** RESIDENTIAL

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                    3/2007

CRC 001263

# Certifications

File No.

| Property Address: 141 E Meadow Dr | | City: Vail | State: CO | Zip Code: 81657 |
|---|---|---|---|---|
| Client: Colorado Regional Center Project Solaris, LLLP | Address: 1644 Platte St., Suite 417, Denver, CO 80202 | | | |
| Appraiser: Angelo Loria | Address: PO Box 4175, Avon, CO 81620-4175 | | | |

## APPRAISER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

Additional Certifications:

## DEFINITION OF MARKET VALUE *:

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact Rob Glucksman | | Client Name Colorado Regional Center Project Solaris, LLLP |
|---|---|---|
| E-Mail: rglucksman@coloradoregionalcenter.com | | Address: 1644 Platte St., Suite 417, Denver, CO 80202 |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Angelo Loria | Supervisory or Co-Appraiser Name |
| Company: Angelo's Appraisal Inc | Company: |
| Phone: (970) 845-5056    Fax: (970) 845-9472 | Phone:    Fax: |
| E-Mail: Angelosappraisal@comcast.net | E-Mail: |
| Date Report Signed: 08/02/2019 | Date Report Signed: |
| License or Certification #: CR1318912    State: CO | License or Certification #    State: |
| Designation: Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 12/31/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 06/19/2019 | Date of Inspection: |

GP RESIDENTIAL

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc must be acknowledged and credited
Form GPRES2AD – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE                                                  3/2007

Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001264

Page # 26 of 27
190709/SolarisPhGW19

## USPAP ADDENDUM

File No.

| Borrower | Not Applicable | | | |
|---|---|---|---|---|
| Property Address | 141 E Meadow Dr | | | |
| City | Vail | County Eagle | State CO | Zip Code 81657 |
| Lender | | | | |

---

**This report was prepared under the following USPAP reporting option:**

☒ Appraisal Report          This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report     This report was prepared in accordance with USPAP Standards Rule 2-2(b).

---

**Reasonable Exposure Time**
My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:     12  to 24 months

---

**Additional Certifications**
I certify that, to the best of my knowledge and belief:

☐ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☒ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).
- Prior appraisals of this unit were completed by the appraiser on 7/13/16, 3/1/17, 10/3/17, 4/4/18 and 11/06/18.

---

**Additional Comments**
**No undue influence was placed on the appraiser during the development of this report.**

---

| APPRAISER: | SUPERVISORY APPRAISER: (only if required) |
|---|---|
| Signature: | Signature: |
| Name:  Angelo Loria | Name: |
| Date Signed:  08/02/2019 | Date Signed: |
| State Certification #:  CR1318912 | State Certification #: |
| or State License #: | or State License #: |
| State:  CO | State: |
| Expiration Date of Certification or License:  12/31/2019 | Expiration Date of Certification or License: |
| Effective Date of Appraisal:  06/19/2019 | Supervisory Appraiser Inspection of Subject Property: ☐ Did Not  ☐ Exterior-only from Street  ☐ Interior and Exterior |

CRC 001265

**Appraisers License**

State of Colorado
Department of Regulatory Agencies
Division of Real Estate

Board of Real Estate Appraisers

Angela Joseph Loria
Po Box 4175
Avon, CO  81620

Angela Joseph Loria
Certified Residential Appraiser

License #: CR.001318912
Status: Active
Expires: 12/31/2019

*Marcia Waters*
Director: Marcia Waters

For the most up to date information regarding this credential, visit http://dora.colorado.gov/dre

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Civil Action No. 1:19-cv-02443-STV
Exhibit 13

CRC 001266