| | |
|---|---|
| **From:** | Wu Nick <billwzj@hotmail.com> |
| **To:** | Rob Glucksman; Meagan C. Hayes |
| **⌐C:** | robin@rahlegal.com |
| **nt:** | 7/10/2019 2:32:36 AM |
| **ubject:** | Withdrawal of the put exercise notice |

Hi, staff and management team of Colorado Regional Center ,
I hereby withdraw the put exercise notice previously given to your office and further withdraw from any and all related documents that would allow the borrower to return less than $500,000 cash consideration to me. You do NOT have my approval to accept any collateral in repayment for the loan to the borrow unless such collateral exceeds $500,000 net to me in proceeds following a sale.

Regards,
Zhijian Wu

CRC 001267

| | |
|---|---|
| **From:** | alina hu <alina.hudm@gmail.com> |
| **To:** | Meagan C. Hayes; Rob Glucksman; roger@rahlegal.com |
| **Sent:** | 7/10/2019 11:27:29 AM |
| **Subject:** | About Fair Market Value of CRCPS LLLP Property and Exit Strategy |

Dear sir.

In view of the fact that after I signed the exit agreement, GP did not stand in our position to maximize the interests of LP to implement the corresponding exit process, and in the entire project management process, GP did not fulfill its own fiduciary responsibility and did its best to keep LP investment funds safe and increase. I hereby withdraw the put exercise notice previously given to your office and further withdraw from any and all related documents that would allow the borrower to return less than $500,000 cash consideration to me. You do NOT have my approval to accept any collateral in repayment for the loan to the borrow unless such collateral exceeds $500,000 net to me in proceeds following a sale.

Please reply within one week to confirm this.

Thanks

刘毅 YI LIU

571-265-7740
+86 13873122188

CRC 001268

| | |
|---|---|
| **From:** | Li Jun <jim_lijun@hotmail.com> |
| **To:** | Rob Glucksman; roger@rahlegal.com; Meagan C. Hayes |
| **Sent:** | 7/10/2019 7:11:49 AM |
| **Subject:** | Withdraw the put exercise notice |

I hereby withdraw the put exercise notice previously given to your office and further withdraw from any and all related documents that would allow the borrower to return less than $500,000 cash consideration to me.

You do NOT have my approval to accept any collateral in repayment for the loan to the borrow unless such collateral exceeds $500,000 net to me in proceeds following a sale.

发送自 Windows 10 版邮件应用

CRC 001269

| | |
|---|---|
| **From:** | nyq661230@sina.com |
| **To:** | Meagan C. Hayes; Rob Glucksman |
| **ent:** | 7/10/2019 5:07:49 PM |
| **bject:** | |

To : General Partner ("GP") of Colorado Regional Center Project Solaris, LLLP ("CRCPS" or the "Partnership")

Date: July 11,2019

Dear Sir :

In view of the fact that after I signed the exit agreement, GP did not stand in our position to maximize the interests of LP to implement the corresponding exit process, and in the entire project management process, GP did not fulfill its own fiduciary responsibility and did its best to keep LP investment funds safe and increase. I hereby withdraw the put exercise notice previously given to your office and further withdraw from any and all related documents that would allow the borrower to return less than $500,000 cash consideration to me.  You do NOT have my approval to accept any collateral in repayment for the loan to borrow unless such collateral exceeds $600,000 net to me in proceeds following a sale.

Please reply within one week to confirm this.

Thanks

倪玉泉

YUQUAN  NI

| | |
|---|---|
| **From:** | Evan Shao <xshao1994@gmail.com> |
| **To:** | Meagan C. Hayes |
| **C:** | Rick Hayes; Johan Segerdahl; Rob Glucksman |
| **nt:** | 7/10/2019 11:53:19 AM |
| **ubject:** | Withdraw the put exercise notice. |

Hi Meagan,

My name is Shunli Shao, one of the EB5 investor of the Solaris project.

I hereby withdraw the put exercise notice previously given to your office and further withdraw from any and all related documents that would allow the borrower to return less than $500,000 cash consideration to me.

You do NOT have my approval to accept any collateral in repayment for the loan to the borrow unless such collateral exceeds $500,000 net to me in proceeds following a sale.

请于2019年7月20日前回复邮件确认上述，回复邮件请发至：xshao1994@gmail.com

Best regards,
Shunli

| | |
|---|---|
| From: | 程纵军 <czj8856@163.com> |
| To: | Rob Glucksman |
| ~ent: | 7/10/2019 1:56:19 AM |
| bject: | (无主题) |

I hereby withdraw the put exercise notice previously given to your office and further withdraw from any and all related documents that would allow the borrower to return less than $500,000 cash consideration to me.  You do NOT have my approval to accept any collateral in repayment for the loan to the borrow unless such collateral exceeds $500,000 net to me in proceeds following a sale.

Fang Sheng
7/9/2019

**程纵军**

邮箱：czj8856@163.com

签名由 网易邮箱大师 定制

| From: | 程纵军 <czj8856@163.com> |
|---|---|
| To: | Rob Glucksman |
| ent: | 7/10/2019 8:19:48 AM |
| bject: | 回复:(无主题) |

Meagan C.Hayes,  Meagan Dillard

Colorado Regional Center

美国科罗拉多州区域中心 项目方 及相关方负责人:


I hereby withdraw the put exercise notice previously given to your office and further withdraw from any and all related documents that would allow the borrower to return less than $500,000 cash consideration to me. You will need my further approval to accept any collateral in repayment for the loan to the borrow.

请于2019年7月20日前回复邮件确认上述事项, 回复邮件请发至:   czj8856@163.com



中国北京时间:2019年7月9日

发件人:Fang Sheng


**程纵军**

邮箱 : czj8856@163.com

签名由 网易邮箱大帅 定制



在2019年07月10日 15:56, 程纵军 写道:

I hereby withdraw the put exercise notice previously given to your office and further withdraw from any and all related documents that would allow the borrower to return less than $500,000 cash consideration to me.  You do NOT have my approval to accept any collateral in repayment for the loan to the borrow unless such collateral exceeds $500,000 net to me in proceeds following a sale.

g Sheng

7/9/2019

CRC 001273

**程纵军**

邮箱：czj8856@163.com

签名由 网易邮箱大师 定制

CRC 001274

| From: | Meagan C. Hayes </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A3AA00A0A0E34769B2123D715AF57875-MEAGAN C. H> |
|---|---|
| : | Rob Glucksman |
| _ent: | 7/10/2019 1:55:10 PM |
| Subject: | Fwd: 6th Notice of Fair Market Value of CRCPS LLLP Property and Exit Strategy and 2018 Financial Statements |
| Attachments: | 0B306328-095F-4232-87ED-AF70E3890F72.png; 71F34834-6FBE-4EE6-8D0E-6DF06C3DDB8D.png; A5792536-053E-4FDE-B2E3-7D6D7CD93270.png; ATT00001.htm; ATT00002.htm; ATT00003.htm; ATT00004.htm; ATT00005.htm; D882BFFC-2126-4C00-B204-15042DBE1D1B.png; 要求撤回卖出委托.PDF |

Sent from my iPhone

Begin forwarded message:

**From:** kk  <kkwky@163.com>
**Date:** July 10, 2019 at 11:04:06 AM CDT
**To:** <Mhayes@coloradoregionalcenter com>
**Subject: Re:re: 6th Notice of Fair Market Value of CRCPS LLLP Property and Exit Strategy and 2018 Financial Statements**

# Meagan C.Hayes,  Meagan Dillard

## olorado Regional Center

美国科罗拉多州区域中心  项目方  及相关方负责人：


I hereby withdraw the put exercise notice previously given to your office and further withdraw from any and all related documents that would allow the borrower to return less than $500,000 cash consideration to me.
You will need my further approval to accept any collateral in repayment for the loan to the borrow.


请于2019年7月20日前回复邮件确认上述事项，回复邮件请发至：kkwky@163.com


谢谢！


吴井元

中国北京时间:2019.7.11

Civil Action No. 1:19-cv-02443-STV
Exhibit 14

CRC 001275

在 2019-05-31 02:32:54, "Meagan C. Hayes" <mhayes@coloradoregionalcenter.com> 写道：

CRCPS Limited Partner:

The Partnership is now providing the 6th Notice of Fair Market Value of the Partnership Property and the Partnership's Exit Strategy and Plan for Return of LP Capital Contributions.

For further detail, please see (i) the attached 6th Notice of Fair Market Value of the Partnership Property and the Partnership's Exit Strategy and Plan for Return of LP Capital Contributions, (ii) Put Exercise Notice Form, (iii) tax basis financial statements of Colorado Regional Center Project Solaris LLLP as of December 31, 2018 and (iv) modified cash basis financial statements of Colorado Regional Center Project Solaris LLLP as of December 31, 2018.

CRC 001276

Please let me know if you have any questions.

CRCPS有限合伙人：

合伙公司现在向您提供合伙公司房产公平市价估价，合伙公司退出策略和有限合伙人资本出资退还计划的第六次通知。

有关详细信息，请参阅(1)随附的合伙公司房产公平市价估价，合伙公司退出策略和有限合伙人资本出资退还计划的第六次通知，(2)出售通知，(3)CRCPS有限合伙截至2018年12月31日的计税基数财务报表，和(4)修订后的2018年12月31日CRCPS有限合伙的现金收付财务报表。

如果您有任何问题，请告知。

此致，


Best regards,


    agan Dillard

Colorado Regional Center

Mobile: 512.739.7564

Mhayes@coloradoregionalcenter.com



CRC 001278



CRC 001279



CRC 001280

IRS CIRCULAR 230 DISCLOSURE: To comply with U.S. Treasury regulations, we advise you that any U.S. federal tax advice included in this communication is not intended or written to be used, and can not be used, to avoid any U.S. federal tax penalties or to promote, market, or recommend to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Meagan Dillard <mhayes@coloradoregionalcenter.com>

**Date:** Thursday, March 14, 2019 at 2:38 PM

**To:** Meagan Dillard <mhayes@coloradoregionalcenter.com>

**Cc:** Johan Segerdahl <jcs@seger-co.com>, Rob Glucksman <rglucksman@coloradoregionalcenter.com>, Rick Hayes <rhayes@wavelandventures.com>

**Subject:** Re: Colorado Regional Center Project Solaris, LLLP Update

CRCPS Limited Partner:

Please see the attached "Update on Portfolio Offer Process and Additional Partnership Information". Please direct any feedback or questions to mhayes@coloradoregionalcenter.com or rglucksman@coloradoregionalcenter.com.

CRCPS 有限合伙人,

请参看附上的投资组合要约流程和其他合伙公司最新消息。 任何反馈或问题，请直接发送邮件至 mhayes@coloradoregionalcenter.com 或 rglucksman@coloradoregionalcenter.com。 我们欢迎您告诉我们您的想法和意见。

谢谢 ，

Best regards,

CRC 001281

Meagan Dillard

Authorized Representative

Colorado Regional Center

Mobile: 512.739.7564

Mhayes@coloradoregionalcenter.com

CRC 001282

IRS CIRCULAR 230 DISCLOSURE: To comply with U.S. Treasury regulations, we advise you that any U.S federal tax advice included in this communication is not intended or written to be used, and can not be used, to avoid any U.S. federal tax penalties or to promote, market, or recommend to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Meagan Dillard <mhayes@coloradoregionalcenter.com>

**Date:** Tuesday, January 29, 2019 at 5:19 PM

**To:** Meagan Dillard <mhayes@coloradoregionalcenter.com>

**Cc:** Johan Segerdahl <jcs@seger-co.com>, Rob Glucksman <rglucksman@coloradoregionalcenter.com>, Rick Hayes <rhayes@wavelandventures.com>

**Subject:** Re: Colorado Regional Center Project Solaris, LLLP Update

CRCPS Limited Partner:

Please see the attached "Update on Portfolio Offer Process and Additional Partnership Information". Please direct any feedback or questions to mhayes@coloradoregionalcenter.com or rglucksman@coloradoregionalcenter.com. We welcome your thoughts and input. Please provide any feedback by February 15th.

CRCPS 有限合伙人：

请参看附上的投资组合要约流程和其他合伙公司最新消息。 任何反馈或问题，请直接发送邮件至 mhayes@coloradoregionalcenter.com 或 rglucksman@coloradoregionalcenter.com。 我们欢迎您告诉我们您的想法和意见。如您有任何反馈，请在2月15日之前提供。

谢谢，

Best regards,

CRC 001283

Meagan Dillard

Authorized Representative

Colorado Regional Center

Mobile: 512.739.7564

Mhayes@coloradoregionalcenter.com

IRS CIRCULAR 230 DISCLOSURE· To comply with U.S. Treasury regulations, we advise you that any U.S. federal tax advice included in this communication is not intended or written to be used, and can not be used, to avoid any U.S. federal tax penalties or to promote, market, or recommend to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer.

**From:** Meagan Dillard <mhayes@coloradoregionalcenter.com>

**Date:** Tuesday, December 11, 2018 at 2:16 PM

**To:** Meagan Dillard <mhayes@coloradoregionalcenter.com>

**Cc:** Johan Segerdahl <jcs@seger-co.com>; Rob Glucksman <rglucksman@coloradoregionalcenter.com>, Rick Hayes <rhayes@wavelandventures.com>, Meagan Dillard <mhayes@coloradoregionalcenter.com>

**Subject:** Colorado Regional Center Project Solaris, LLLP Update

CRCPS Limited Partner:

We understand there has been some confusion about potential inquiries received by CRCPS to acquire Partnership property.  We wanted to provide you with the following update in order to clarify where things presently stand.  In particular, the General Partner has received multiple indications of interest from a handful of parties interested in acquiring all or a portion of the units presently held by CRCPS.  These parties include the original project Solaris developer, a company called StormHarbour, and other third party purchasers.  Given that we have received multiple indications of interest, and with a view towards maximizing value for CRCPS and its Limited Partners, we have opted to undertake a modified auction process.  In particular, we have asked each party that has expressed an interest to us to provide us with firm and final offers for the Partnership portfolio.  We have also offered each of those parties access to any due diligence they may reasonably request, with a view towards ensuring that all parties have an equal opportunity to participate in the process.  We anticipate receiving those firm and final offers shortly, and expect to thoroughly evaluate them before selecting what we believe provides the best outcome under the circumstances for CRCPS and its Limited Partners.  While the General Partner is not required to do so under the Partnership Agreement, we would expect to seek your approval of any final offer before we ultimately accept it.

As this process remains ongoing, it has come to our attention that at least one of the purported bidders may be attempting to communicate directly with certain Limited Partners regarding its prior indication of interest, potentially with a view towards disrupting our modified auction process.  In particular, StormHarbour previously sent an indication of interest to us for the entire portfolio for $50.7 million.  Their indication of interest also included a 6% acquisition fee payable to themselves, so the true indication was $47.7 million.  However, the

CRC 001285

StormHarbour indication was subject to a 90-day due diligence period which means there was no obligation for StormHarbour to close, nothing proving their source of funding, and nothing preventing them from trying to renegotiate price or terms. Nevertheless, we asked StormHarbour to be part of the modified auction process in view of the other indications of interest we received, and to provide a firm and final offer to us for comparison to the others we expect to receive. Unfortunately, StormHarbour indicated to us that they did not desire to continue to participate in the process or perform any due diligence alongside the other potential bidders. While we understand they have complained that their indication of interest was not shown to our Limited Partners, it would be unusual to present such preliminary indications of interest for approval where due diligence has not been fully completed by the potential buyer. Under those circumstances, there are many ways a potential buyer could get out of a transaction.

We have also received an offer from the developer to acquire 3 of the south-facing units presently held by CRCPS. The developer's offer is firm as it does not require additional due diligence and the developer stands ready to close.

We are involved in discussions with additional parties who have agreed to participate in our modified auction process and we expect to receive their final offers by the end of this week. Once the General Partner has reviewed the bids and selected the most attractive for consideration, a letter will be distributed to Limited Partners containing further detail on the bids as well as additional pertinent Partnership information.

We appreciate your patience as we continue to work through this modified auction process.

CRCPS收到一些有关合伙公司财产收购建议的潜在咨询，我们理解有些人对此存在有一些疑问。我们希望为您提供以下更新，以便澄清目前的情况。重点是普通合伙人已收到多个收购建议，这些人士有兴趣收购CRCPS目前持有的全部或部分单位的权益。这些人士包括项目的开发商Solaris，一家名为StormHarbour的公司以及其他第三方购买者。鉴于我们已收到多个收购建议，并且为了使CRCPS及其有限合伙人价值最大化，我们打算使用招标式拍卖流程。特别是，我们已经要求对有兴趣的各方向我们提供收购合伙公司投资组合的最终确定报价。我们还向每个当事方提供任何他们可能合理要求的尽职调查，以确保所有各方都有平等的机会参与这一流程。我们预计不久将收到这些公司的最终确定报价，并期望我们可以全面评估这些报价，然后选择我们认为对CRCPS及其有限合伙人来说最佳的方案。虽然根据合伙协议不要求普通合伙人这样做，但我们希望在最终接受报价之前寻求您对任何最终报价的批准。

由于此流程仍在进行中，我们注意到至少有一名投标人可能试图直接与某些有限合伙人就其先前的收购意向进行沟通，这可能会破坏我们的招标式拍卖流程。特别是，StormHarbour之前以5070万美元的价格向我们发出整个投资组合的收购指示。他们的收购指示还包括6%的收购费

CRC 001286

用，因此真正的收购价格只有4770万美元。 然而，StormHarbour的收购指示受限于90天的尽职调查期限，这意味着StormHarbour没有义务成交，无法证明他们的资金来源，也无法保证他们不会要求重新就价格和条款进行谈判。尽管如此，鉴于我们收到的其他收购指示，我们要求StormHarbour参与招标式拍卖流程，并向我们提供最终报价，以便与我们其他人进行比较。不幸的是，StormHarbour向我们表示，他们不希望继续参与此过程或与其他潜在竞标者一起进行任何尽职调查。 虽然我们了解他们抱怨我们未将他们的收购指示给有限合伙人看，但潜在买家尚未完成尽职调查就要求对收购指示进行初步表决，这样的做法并不常见。在这种情况下，潜在买家可以通过多种方式退出交易。

我们也收到了开发商提出的收购CRCPS目前持有的3个朝南单位的建议。开发商的报价是确定的，因为它不需要额外的尽职调查，可以随时准备成交。

我们与同意参与我们的招标式拍卖流程的其他各方进行了讨论，我们希望在本周末之前收到他们的最终报价。一旦普通合伙人审核了投标文件，并选择了最具吸引力的投标，我们将向有限合伙人发出通知，其中将包含有关投标的更多详细信息以及其他相关的合伙公司信息。

我们将继续努力完成此招标式拍卖流程，非常感谢您的耐心。

Best regards,

Meagan Dillard
Authorized Representative
Colorado Regional Center
Mobile: 512.739.7564
Mhayes@coloradoregionalcenter.com

IRS CIRCULAR 230 DISCLOSURE: To comply with U.S. Treasury regulations, we advise you that any U.S. federal tax advice included in this communication is not intended or written to be used, and can not be used, to avoid any U.S. federal tax penalties or to promote, market, or recommend to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer.



CRC 001289

Meagan C.Hayes,    Meagan Dillard

Colorado Regional Center

美国科罗拉多州区域中心　项目方　及相关方负责人：


I hereby withdraw the put exercise notice previously given to

your office and further withdraw from any and all related

documents that would allow the borrower to return less than

$500,000 cash consideration to me.

You will need my further approval to accept any collateral in

repayment for the loan to the borrow.


　　请于 2019 年 7 月 20 日前回复邮件确认上述事项，回复邮件

请发至：kkwky@163.com

中国北京时间：2019 年 7 月 10 日

CRC 001290

| | |
|---|---|
| **From:** | 杨 杰 <whjiayang@hotmail.com> |
| **To:** | Rob Glucksman; roger@rahlegal.com; Meagan C. Hayes |
| **:** | Johan Segerdahl |
| **nt:** | 7/10/2019 10:56:21 AM |
| **Subject:** | Withdraw of the Put Exercise Notice |
| **Attachments:** | 撤回信.pdf |

To whom it may concern,
Colorado Regional Center Project Solaris, LLLP

I hereby withdraw the Put Exercise Notice previously given to your office and further withdraw from any and all related documents that would allow the Borrower to return less than $500,000 cash consideration to me.

Please find the attached signed letter to your refence, please note the mail of the same letter to your office.

Please contact with me by:
Email: whjiayang@hotmail.com
Mailing Address: 10170 Grandwiew Sq, Johns Creek, Ga30097

Your cooperation is highly appreciated.
Jie Yang

发送自 Windows 10 版邮件应用

Date: July 10,2019

To whom it may concern,

Cc: Meagan C. Hayes, Meagan Dillard,

   Rob Glucksman

   Johan Segerdahl

Colorado Regional Center Project Solaris, LLLP

P.O.Box 4627, Greenwood Village, CO 80155


I hereby withdraw the Put Exercise Notice previously given to your office and further

withdraw from any and all related documents that would allow the Borrower to return

less than $500,000 cash consideration to me.

You do NOT have any approval to accept any collateral in repayment for the loan to the

Borrow unless such collateral exceeds $500,000 net to me in proceeds following a sale.


Please contact with me at:

Email address: whjiayang@hotmail.com

Phone number: 770-5457798

Mailing address: 10170 Grandview Square, Johns Creek, Ga 30097


Your cooperation is highly appreciated.

Jie Yang

7/10/201 9

CRC 001292