

## COLORADO REGIONAL CENTER

## EB-5 Benefits

Benefits to the investor, and the United States - an alignment of interests.

- A direct route to a U.S. Green Card, including permanent residency in the United States for you, your spouse, and any children under the age of 21.
- Freedom to live, work, and retire anywhere in the United States.
- Children may attend college/university at U.S. resident costs.

The investor has the opportunity to become a U.S. citizen after five years.

## Why invest with Colorado Regional Center?

Colorado Regional Center is a wholly owned subsidiary of Waveland Ventures, LLC. Formed in 2002, Waveland Ventures manages approximately $750 million of investment capital with the dual bottom line goals of investor return and economic development. Waveland Ventures is one of the largest participants in the U.S. Treasury's New Market Tax Credit Program, having received $227 million in New Market Tax Credits since 2007. Waveland also manages state-sponsored venture capital funds in Colorado, Alabama, and Texas. Since its formation in 2002, investments funded by Waveland Ventures have created over 12,000 jobs in the United States. To learn more about Waveland Ventures, please visit our website at www.wavelandventures.com.





EB-5 Project Solaris

Colorado Regional Center
4643 S. Ulster Street, Suite 950
Denver, CO 80237
www.coloradoregionalcenter.com
chet@coloradoregionalcenter.com



unique bar/restaurant with ten ultra high-end bowling lanes, Vail Village's only ice-skating rink, and a wide variety of retail boutiques. The founder of Solaris, Peter Knobel, is one of the most successful real estate investors in the United States, having developed a variety of projects in New York City prior to relocation to Vail, Colorado.

## Project Overview

| | |
|---|---|
| Total Project Cost: | $375 million |
| Residential Units: | 79 |
| Residential Square Feet: | 202,001 |
| Commercial Square Feet: | 70,129 |
| Project Gross Square Feet: | 547,000 |
| Parking: | 304 spaces |
| Job Creation: | 2,111 |

Colorado Regional Center's current project, Solaris, is located in Vail, Colorado. Vail is perennially recognized as the #1 ski destination in North America and has historically been home to one of the strongest real estate markets in the country. Solaris is the largest, most luxurious mixed-use development in the Rocky Mountains. The 547,000 square foot development includes 79 condominium units featuring the highest-end construction, finishes, and amenities. The development also includes 70,000 square feet of retail space, featuring tenants that include the world-renowned Nobu/Matsuhisa restaurant, a state-of-the-art movie theater with full dining service, a

