**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:19-cv-02443-STV**

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu, Zhijian Wu, Zhongwei Li, Sa Wu, Fan Zhang, Lin Qiao, Jinge Hu, Rujun Liu, Ying Xu, Lu Li, and Yuwei Dong, individually, as well as Derivatively for Colorado Regional Center Project Solaris LLLP,

Plaintiffs,

v.

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I LLC, and
Peter Knobel,

Defendants.

---

**DEFENDANTS' PROPOSED ORDER GRANTING PETITION FOR ORDER TO SHOW CAUSE PURSUANT TO C.R.S. § 38-35-204 [ECF 20]**

---

Defendants Colorado Regional Center Project Solaris, LLLP ("CRCPS") and Solaris Property Owner I, LLC ("SPO I") (together, the "Defendants"), by and through respective undersigned counsel, jointly submit the Proposed Order Granting Petition for Order to Show Cause Pursuant to C.R.S. § 38-35-204 [ECF 20] (the "Proposed Order"), attached hereto as **Exhibit A**. The parties conferred on the form of this Proposed Order. Plaintiffs object to the extent that Defendants are seeking an award of attorney fees for the fees associated with this Petition [ECF

20]. From Defendants' perspective, an award of attorneys' fees is mandatory under C.R.S. § 38-35-204(2).

Dated: October 22, 2019

*/ Stephanie A. Kanan*
James D. Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email: jkilroy@swlaw.com
Email: skanan@swlaw.com

***Counsel for Defendants Colorado Regional Center Project Solaris, LLLP and Colorado Regional Center I, LLC***

*/s/ Ty Gee*
Harold A. Haddon
Ty Gee
Haddon Morgan Foreman
150 East 10th Avenue
Denver, CO 80203
Phone: (303) 831-7364
Fax: (303) 832-2628
Email: hhaddon@hmflaw.com
Email: tgee@hmflaw.com

***Counsel for Solaris Property Owner I, LLC***

**CERTIFICATE OF SERVICE**

This is to certify that on October 22, 2019, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

*/s/ Dorinda Mangan*
for Snell & Wilmer L.L.P.