**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:19-cv-02443-STV**

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Zhongzao
Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu, Zhijian
Wu, Zhongwei Li, Sa Wu, Fan Zhang, Lin Qiao, Jinge
Hu, Rujun Liu, Ying Xu, Lu Li, and Yuwei Dong,
individually, as well as Derivatively for Colorado
Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I LLC, and
Peter Knobel,

    Defendants.

**[PROPOSED] ORDER GRANTING PETITION FOR ORDER TO SHOW CAUSE
PURSUANT TO C.R.S. § 38-35-204 [ECF 20]**

THIS MATTER comes before the Court pursuant to a hearing conducted on October 22, 2019 regarding Defendants Colorado Regional Center Project Solaris LLLP's ("CRCPS") and Solaris Property Owner I, LLC's ("SPO I") Petition for Order to Show Cause Pursuant to C.R.S. § 38-35-204 (the "Petition") [ECF 20]. The Court, being fully advised, and having considered the testimony and documentary evidence submitted on the record during the hearing, as well as CRCPS' and SPO I's Petition, together with the supporting affidavits from Rick Hayes and Peter Knobel, hereby

1

4816-7536-4518.2

**EXHIBIT A**

2

FINDS that Plaintiffs' Original Complaint seeks only to recover monetary damages and does not assert any claim or requested any affirmative relief affecting title to real property to justify the Notice of Lis Pendens Pursuant to C.R.S. § 38-35-110 (the "Notice of Lis Pendens"), recorded in Eagle County, Colorado, Reception No. 201915152, on September 13, 2019.  The claims asserted in the Original Complaint arise from alleged misconduct related to the purchase and sale of Plaintiffs' partnership interests and the subsequent management of the real property owned by the partnership.  Plaintiffs generally complain that CRCPS has failed to sell the real property, but they do not seek any affirmative relief affecting title to the real property.  Instead, Plaintiffs only seek a rescission of their investment contracts, a return of their capital contributions and other monetary damages.  And while Plaintiffs improperly include "lis pendens" as a standalone claim, they failed to include any requested relief associated with such "claim" that could be construed as affecting title to the real property.

The Petition for Order to Show Cause Pursuant to C.R.S. § 38-35-204 is therefore GRANTED.  The Court FURTHER ORDERS that

1.  Plaintiffs' Notice of Lis Pendens [ECF 16], recorded in Eagle County, Colorado, Reception No. 201915152, on September 13, 2019, is spurious and therefore invalid under C.R.S. § 38-35-201(3), and released pursuant to C.R.S. § 38-35-204(2);

2.  The Clerk of the Court is directed to place under seal Plaintiffs' Notice of Lis Pendens [ECF 16]; and

3.  CRCPS' and SPO I's requests for costs and reasonable attorney fees is GRANTED.  CRCPS and SPO I shall submit its costs and fees within fourteen (14) days from entry of this order.

2

4816-7536-4518.2

**EXHIBIT A**

3

Dated this \_\_\_\_ day of October, 2019.

                                          BY THE COURT:

                                        _____
                                        United States Magistrate Judge

**EXHIBIT A**