**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:19-cv-02443-STV**

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu, Zhijian Wu, Zhongwei Li, Sa Wu, Fan Zhang, Lin Qiao, Jinge Hu, Rujun Liu, Ying Xu, Lu Li, and Yuwei Dong, individually, as well as Derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I LLC, and
Peter Knobel,

    Defendants.

---

**JOINT NOTICE REGARDING PROPOSED ORDER GRANTING PETITION FOR ORDER TO SHOW CAUSE PURSUANT TO C.R.S. § 38-35-204 [ECF 20] AND REQUEST TO VACATE NOVEMBER 1, 2019 HEARING [ECF 63]**

---

Defendants Colorado Regional Center Project Solaris LLLP and Solaris Property Owner I, LLC, and Plaintiffs Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu, Zhijian Wu, Zhongwei Li, Sa Wu, Fan Zhang, Lin Qiao, Jinge Hu, Rujun Liu, Ying Xu, Lu Li, and Yuwei Dong, by and through undersigned counsel, hereby submit this Joint Notice Regarding Proposed Order Granting Petition for Order to Show Cause Pursuant to C.R.S. § 38-35-204 [ECF 20] and Request to Vacate November 1, 2019 Hearing [ECF 63]. The

1

parties conferred and agree on the form of the Proposed Order, attached hereto as **Exhibit A**. In light of Plaintiffs' agreement to not file or record any additional notice of lis pendens on the real property at issue, Defendants agree to waive their request for an award of attorney fees associated with the Petition [ECF 20]. The parties therefore respectfully request that the Court enter the Proposed Order and vacate the November 1, 2019 Telephonic Discovery Hearing [ECF 63].

Dated:  October 24, 2019

/s/ James D. Kilroy
James D. Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email:  jkilroy@swlaw.com
Email:  skanan@swlaw.com

*Counsel for Defendant Colorado Regional Center Project Solaris, LLLP*


/s/ Ty Gee
Harold A. Haddon
Ty Gee
Haddon Morgan Foreman
150 East 10th Avenue
Denver, CO 80203
Phone: (303) 831-7364
Fax: (303) 832-2628
Email: hhaddon@hmflaw.com
Email: tgee@hmflaw.com

*Counsel for Solaris Property Owner I, LLC*

3

*/s/Douglas Litowitz*
Douglas Litowitz
413 Locus Place
Deerfield, IL  60015
Phone: (312) 622-2848
Email:  Litowitz@gmail.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on October 24, 2019, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Harold A. Haddon
Ty Gee
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

                                                  */s/Sandy Braverman*
                                                  for Snell & Wilmer L.L.P.

4812-0331-1274.1