**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:19-cv-02443-STV**

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Zhongzao
Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu, Zhijian Wu,
Zhongwei Li, Sa Wu, Fan Zhang, Lin Qiao, Jinge Hu,
Rujun Liu, Ying Xu, Lu Li, and Yuwei Dong,
individually, as well as Derivatively for Colorado
Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

Waveland Ventures, LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I LLC, and
Peter Knobel,

    Defendants.

**NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that James D. Kilroy of the law firm Snell & Wilmer L.L.P., hereby enters his appearance on behalf of Defendant Waveland Ventures, LLC, and requests that he receive copies of all electronic filings in this case.

///

1

4840-0417-5531

DATED: November 1, 2019.

/s/ James D. Kilroy
James D. Kilroy
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email: jkilroy@swlaw.com
*Counsel for Defendants Waveland Ventures, LLC, Colorado Regional Center Project Solaris LLLP, Colorado Regional Center, and Colorado Regional Center I, LLC*

2

4840-0417-5531

## CERTIFICATE OF SERVICE

This is to certify that on November 1, 2019, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

*/s/ Erika Conner*
for Snell & Wilmer L.L.P.