**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:19-cv-02443-STV**

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu, Zhijian Wu, Zhongwei Li, Sa Wu, Fan Zhang, Lin Qiao, Jinge Hu, Rujun Liu, Ying Xu, Lu Li, and Yuwei Dong, individually, as well as Derivatively for Colorado Regional Center Project Solaris LLLP,

      Plaintiffs,

v.

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I LLC, and
Peter Knobel,

      Defendants.

**DEFENDANTS WAVELAND VENTURES, LLC, COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, COLORADO REGIONAL CENTER, LLC AND COLORADO REGIONAL CENTER I, LLC'S RESPONSE TO PLAINTIFFS' MOTION TO ADD ONE PLAINTIFF (CAO XIAOLONG) UNDER F.R.C.P. 20 [ECF 72]**

Defendants Waveland Ventures, LLC, Colorado Regional Center Project Solaris LLLP, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC's (collectively, the "CRC Entities"), by and through undersigned counsel, hereby submit their Response to Plaintiffs' Motion to Add One Plaintiff (Cao Xiaolong) Under F.R.C.P. 20 [ECF 72], stating as follows:

On October 31, 2019, Plaintiffs filed their Motion to Add One Plaintiff (Cao Xiaolong) Under F.R.C.P. 20 (the "Motion"), misstating the result of the parties' conferral by falsely

1

2

representing to the Court that all defendants objected to the relief requested in the Motion. The CRC Entities, however, made no such objection. On October 29, 2019, Plaintiffs' counsel sent an email to undersigned counsel and counsel for Solaris Property Owner, LLC, Solaris Property Owner I, LLC and Peter Knobel (the "Solaris Parties"), conferring as to whether the parties objected to Plaintiffs' request to join an additional plaintiff. *See* **Exhibit A**. While the Solaris Parties did in fact state their objection, undersigned counsel responded on October 30, 2019 that the CRC Entities did not object. *See id.* Accordingly, the CRC Entities object to Plaintiffs' misrepresentation of their position, but do not oppose the joinder of one additional plaintiff provided that Plaintiffs file an amended complaint to reflect such addition.

Dated:  November 1, 2019

*/s/ James D. Kilroy*
James D. Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email:  jkilroy@swlaw.com
Email:  skanan@swlaw.com

*Counsel for Defendants Waveland Ventures, LLC, Colorado Regional Center Project Solaris, LLLP, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC*

## CERTIFICATE OF SERVICE

      This is to certify that on November 1, 2019, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Harold A. Haddon
Ty Gee
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

                                            */s/Erika Conner*
                                            for Snell & Wilmer L.L.P.