**From:** Kilroy, James
**Sent:** Wednesday, October 30, 2019 12:34 PM
**To:** Dlitowit .; Ty Gee
**Subject:** RE: From Doug re adding 1 plaintiff in Solaris Case?


On behalf of my clients I do not object.

**James D. Kilroy**
**Snell & Wilmer L.L.P.**
**1200 17th Street, Suite 1900**
**Denver, Colorado 80202**
**Office: 303.634.2005**
**Cell: 720.341.3579**
jkilroy@swlaw.com   www.swlaw.com

## Snell & Wilmer

Denver, Las Vegas, Los Angeles, Los Cabos, Orange County, Phoenix, Reno, Salt Lake City, Tucson


**From:** Dlitowit . <litowitz@gmail.com>
**Sent:** Tuesday, October 29, 2019 6:55 PM
**To:** Kilroy, James <jkilroy@swlaw.com>; Ty Gee <tgee@hmflaw.com>
**Subject:** From Doug re adding 1 plaintiff in Solaris Case?

**[EXTERNAL]**

Guys,

Do either of you have any objection if I add another plaintiff?


Doug

1

EXHIBIT A