**Ty Gee**

| | |
|---|---|
| **From:** | Dlitowit <litowitz@gmail.com> |
| **Sent:** | Wednesday, October 30, 2019 4:38 PM |
| **To:** | Ty Gee |
| **Cc:** | Kilroy, James |
| **Subject:** | Re: From Doug re adding 1 plaintiff in Solaris Case? |

I'll go straight to the judge.

Sent from my iPhone

On Oct 31, 2019, at 5:28 AM, Ty Gee <tgee@hmflaw.com> wrote:

> What are your grounds for adding the plaintiff?
>
>> On Oct 30, 2019, at 3:11 PM, Dlitowit <litowitz@gmail.com> wrote:
>>
>> On what grounds?
>>
>> Sent from my iPhone
>>
>> On Oct 31, 2019, at 2:30 AM, Ty Gee <tgee@hmflaw.com> wrote:
>>
>>> SPO entities and Mr. Knobel object.
>>>
>>> **From:** Dlitowit . <litowitz@gmail.com>
>>> **Sent:** Tuesday, October 29, 2019 6:55 PM
>>> **To:** Kilroy, James <jkilroy@swlaw.com>; Ty Gee <tgee@hmflaw.com>
>>> **Subject:** From Doug re adding 1 plaintiff in Solaris Case?
>>>
>>> Guys,
>>>
>>> Do either of you have any objection if I add another plaintiff?
>>>
>>> Doug

Exhibit A