**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:19-cv-02443-STV**

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Zhongzao
Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu,
Zhijian Wu, Zhongwei Li, and Yuwei Dong,

    Plaintiffs,

v.

Waveland Ventures, LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I LLC, and
Peter Knobel,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Stephanie A. Kanan of the law firm Snell & Wilmer L.L.P., hereby enters her appearance on behalf of Defendants Waveland Ventures, LLC and Colorado Regional Center, and requests that she receive copies of all electronic filings in this case.

///

1

DATED: November 12, 2019.

                    */s/ Stephanie A. Kanan*
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email:  skanan@swlaw.com
*Counsel for Defendants Waveland Ventures, LLC, Colorado Regional Center Project Solaris LLLP, Colorado Regional Center, and Colorado Regional Center I, LLC*

2

**CERTIFICATE OF SERVICE**

This is to certify that on November 12, 2019, a true and correct copy of the above and foregoing **NOTICE OF ENTRY OF APPEARANCE** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Harold A. Haddon
Ty Gee
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

                                          */s/ Sandy Braverman*
                                          for Snell & Wilmer L.L.P.