**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:19-cv-02443-STV**

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu, Zhijian Wu, Zhongwei Li, Sa Wu, Fan Zhang, Lin Qiao, Jinge Hu, Rujun Liu, Ying Xu, Lu Li, and Yuwei Dong, individually, as well as Derivatively for Colorado Regional Center Project Solaris LLLP,

      Plaintiffs,

v.

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I LLC, and
Peter Knobel,

      Defendants.

---

**DEFENDANT WAVELAND VENTURES, LLC'S CORPORATE
DISCLOSURE STATEMENT**

---

Defendant Waveland Ventures, LLC ("Waveland"), by and through undersigned counsel, respectfully submits this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1.

Waveland hereby states that (1) it is a non-governmental corporate party; and (2) Iron Block Holdings, LLC owns more than 10% of its company interest.

///

1

4829-3462-8267

DATED: November 12, 2019.

/s/ James D. Kilroy
James D. Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email:  jkilroy@swlaw.com
Email: skanan@swlaw.com
*Counsel for Defendants Waveland Ventures, LLC, Colorado Regional Center Project Solaris LLLP, Colorado Regional Center and Colorado Regional Center I, LLC*

## CERTIFICATE OF SERVICE

This is to certify that on November 12, 2019, a true and correct copy of the above and foregoing **DEFENDANT WAVELAND VENTURES, LLC'S CORPORATE DISCLOSURE STATEMENT** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Harold A. Haddon
Ty Gee
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

*/s/ Sandy Braverman*
for Snell & Wilmer L.L.P.

3

4829-3462-8267