**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:19-cv-02443-STV**

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu, Zhijian Wu, Zhongwei Li, and Yuwei Dong,

    Plaintiffs,

v.

Waveland Ventures, LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I LLC, and
Peter Knobel,

    Defendants.

---

**ELECTION CONCERNING CONSENT/NON-CONSENT TO
UNITED STATES MAGISTRATE JUDGE JURISDICTION**

---

Under 28 U.S.C. § 636(c) and

(1)    D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2)    Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3)    D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

1

4839-9957-6749

**CHECK ONE**

_____  all parties in this civil action CONSENT to have United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

__ *X* __ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| Print name: __James D. Kilroy__ | | |
| *s/James D. Kilroy* | Waveland Ventures, LLC,<br>Colorado Regional Center, LLC<br>Colorado Regional Center I, LLC<br>Colorado Regional Center Project Solaris, LLC | November 18, 2019 |
| Print name: __Douglas Litowitz__ | | |
| *s/Douglas Litowitz* | Plaintiffs | November 18, 2019 |
| Print name: __Ty Gee__ | | |
| *s/Ty Gee* | Solaris Property Owner, LLC<br>Solaris Property Owner I, LLC<br>Peter Knobel | November 18, 2019 |

2

4839-9957-6749

# CERTIFICATE OF SERVICE

This is to certify that on November 18, 2019, a true and correct copy of the above and foregoing **ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISIDICTION** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Harold A. Haddon
Ty Gee
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

*/s/ Sandy Braverman*
for Snell & Wilmer L.L.P.

3

4839-9957-6749