# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, et al.,
          Plaintiffs,

          v.                    Hon. Magistrate Scott Varholak

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I, and
Peter Knobel,
          Defendants.

## Clarification that Attorney Kilroy had Conferred and Consented to Add One Plaintiff (Cao Xiaolong)

This clarification is made with respect to the recent motions and the order from Judge Varholak adding a single plaintiff (Cao Xiaolong) under F.R.C.P. 20.

The motion to add Cao Xiaolong mistakenly reported that during conferral attorney Kilroy (who represents Colorado Regional Center LLC and affiliated parties) opposed the motion. In fact, he did not oppose it. The party opposing it was attorney Gee (who represents Solaris Property Owner LLC and affiliates). The briefing was between attorney Litowitz and attorney Gee.

The confusion occurred because attorneys Kilroy and Gee had agreed on previous matters in a single email to Litowitz, so when he received an email opposing

the motion from attorney Gee, he assumed (wrongly) that attorney Kilroy was also joining the opposition.

Litowitz now files this correction to erase any implication that attorney Kilroy opposed the motion or did not confer. Attorney Kilroy did not cause any extra work for this Court.

/s/ Douglas Litowitz
Counsel for Plaintiffs

November 19, 2019

**Certificate of Service:**

I filed the foregoing on the ECF system on November 19, 2019.

/s/ Douglas Litowitz