**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-cv-02443-RM-STV

Jun Li,
Qi Qin,
Yi Liu,
Jie Yang,
Yuquan Ni,
Zhongzao Shi,
Fang Sheng,
Shunli Shao,
Kaiyuan Wu,
Zhijian Wu,
Zhongwei Li,
Sa Wu,
Fan Zhang,
Lin Qiao,
Jinge Hu,
Rujun Liu,
Ying Xu,
Lu Li,
Cao Xiaolong, and
Yuwei Dong, individually,
as well as Derivatively for Colorado Regional Center Project
Solaris LLLP,

   Plaintiffs,
v.

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I LLC, and
Peter Knobel,

   Defendants.

___

**ORDER**
___

This matter is before the Court on the parties' Stipulated Motion to Consolidate (ECF No. 85) seeking to consolidate *Cui v. Waveland Ventures LLC*, No. 19-cv-02637-DDD, pending in this District, with this action. The Motion was filed pursuant to Fed. R. Civ. P. 42(a)(2) and D.C.COLO.LCivR 42.1.

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, in actions which involve "a common question of law or fact," the court may consolidate the actions or issue any other orders to avoid unnecessary cost or delay. Under this District's Local Rules, "[a] motion to consolidate…shall be decided by the district judge to whom the lowest numbered case is assigned." D.C.COLO.LCivR. 42.1. Whether to consolidate is vested in the broad discretion of the district court. *American Employers' Ins. Co. v. King Res. Co.*, 545 F.2d 1265, 1269 (10th Cir. 1976).

The Court's review of the papers in both cases show Plaintiffs are allegedly some of the 165 foreigners (EB-5 investors) who were defrauded into investing approximately $500,000 each to fund a condominium project in Vail, Colorado. The investors allegedly expected a 2% return and the receipt of green cards. Based on its review, the Court finds the cases should be consolidated as they share common questions of fact and law arising out of Plaintiffs' alleged investment in the project. Accordingly, it is **ORDERED** as follows:

(1) That the Stipulated Motion to Consolidate (ECF No. 85) is GRANTED;

(2) That *Cui v. Waveland Ventures LLC*, No. 19-cv-02637-DDD shall be consolidated with the above-captioned matter, *Li v. Waveland Ventures, LLC*, No. 19-cv-2443-RM-STV, with Magistrate Judge Scott T. Varholak as the sole referral Magistrate Judge in this consolidated action;

(3) That all papers in this consolidated action shall be filed in the lowest case number, No. 19-cv-2443-RM-STV; and

(4) That this Order shall also be filed in Civil Action No. 19-cv-02637-DDD.

DATED this 19th day of November, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge