**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 19-cv-02443-RM-STV**

Li, *et al.*,

      Plaintiffs,

v.

Waveland Ventures, LLC, *et al.*,

      Defendants.

---

**MOTION FOR REDACTION OF OCTOBER 22, 2019
HEARING TRANSCRIPT [ECF 76]**

---

      Defendants Waveland Ventures, LLC, Colorado Regional Center Project Solaris LLLP, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC's (collectively, the "CRC Entities"), by and through undersigned counsel, hereby submit their Motion for Redaction of October 22, 2019 Hearing Transcript [ECF 76], stating as follows:

**CERTIFICATE OF CONFERRAL**

      Pursuant to D.C.COLO.L.CivR. 7.1(a), counsel for the CRC entities attempted to confer in good faith with counsel for Plaintiffs in Case No. 19-cv-2443 (the "Li Plaintiffs"), Plaintiffs in Case No. 19-cv-2637 (the "Cui Plaintiffs") and Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC and Peter Knobel (the "SPO Defendants") regarding the substance of this Motion.  The Li Plaintiffs and the SPO Defendants do not oppose the relief requested herein.  The Cui Plaintiffs did not participate at the hearing, and did not respond to counsel's conferral efforts.

1

1.      On October 22, 2019, the Court held an evidentiary hearing on Plaintiffs' Motion for Preliminary Injunction to Block Bulk Sale of Collateral Units [ECF 32] and heard argument from the parties on three other pending motions, including the CRC Entities' Motion for Protective Order [ECF 54].

2.      The Court entered the Protective Order [ECF 62] on the record during the hearing, and further ordered that the Letter of Intent dated June 5, 2019 (the "Letter of Intent"), which contains a confidentiality provision that prevents the CRC Entities from disclosing its contents absent a court order, to be disclosed in this action, subject to the Protective Order.

3.      Following the Court's oral ruling, the CRC Entities proceeded to use the Letter of Intent as an exhibit during the hearing.  The Court restricted certain portions of the hearing involving examination and testimony relating to the Letter of Intent, but there were additional references to the Letter of Intent throughout the hearing that were inadvertently left unrestricted.

4.      On November 4, 2019, a transcript of the October 22, 2019 hearing was filed with the Court [ECF 76].

5.      Pursuant to the Notice of Electronic Availability and Redaction of Transcripts, adopted by the Judicial Conference, JCUS-SEP 07, pp. 11-12, a party may move the Court to redact other information not related to personal identifiers within 21-days after the filing of the transcript.  Accordingly, the current deadline to request additional redaction is November 25, 2019.

6.      The CRC Entities therefore request the Court to permit the redaction of all remaining references to the Letter of Intent.  In particular, the CRC Entities' request redaction of the following portions of the October 22, 2019 hearing transcript [ECF 76]:

- Page 54, lines 2-5

2

- Page 65, lines 6-8
- Page 68, lines 24-25
- Page 72, line 10
- Page 75, lines 20-22
- Page 76, lines 9-12
- Page 77, lines 1-25
- Page 78, lines 1-11

7.      This further redaction not only comports with the entry of the Protective Order, but it is also consistent with the Court's (and the parties') intent of protecting the Letter of Intent from public disclosure.

WHEREFORE, the CRC Entities respectfully request the Court to enter an order permitting additional redactions to the October 22, 2019 hearing transcript.

DATED: November 25, 2019.

/s/ Stephanie A. Kanan
James D. Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email:  jkilroy@swlaw.com

**Counsel for Defendants Waveland Ventures, LLC, Colorado Regional Center Project Solaris LLLP, Colorado Regional Center, and Colorado Regional Center I, LLC**

4817-3878-4173

## **CERTIFICATE OF SERVICE**

This is to certify that on November 25, 2019, a true and correct copy of the above and foregoing **MOTION FOR REDACTION OF OCTOBER 22, 2019 HEARING TRANSCRIPT [ECF 76]** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Brian P. Stewart
Herbert Kuo
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Harold A. Haddon
Ty Gee
David G. Maxted
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

/s/ Sandy Braverman
for Snell & Wilmer L.L.P.
