**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-02443-RM-STV

Li, *et al.*,

    Plaintiffs,

v.

Waveland Ventures, LLC, *et al.*,

    Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'
SECOND AMENDED COMPLAINT [ECF 86]**

---

Defendants Waveland Ventures, LLC, Colorado Regional Center Project Solaris LLLP, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC's (collectively, the "CRC Entities"), by and through undersigned counsel, hereby submit their Unopposed Motion for Extension of Time to Respond to Plaintiffs' Second Amended Complaint, [ECF 86], stating as follows:

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.COLO.L.CivR. 7.1(a), counsel for the CRC Entities conferred in good faith with counsel for Plaintiffs in Case No. 19-cv-2443 (the "Li Plaintiffs") regarding the substance of this Motion. As set forth below, the Li Plaintiffs agreed to the requested extension at the October 22, 2019 evidentiary hearing.

1.    The Li Plaintiffs filed their original Complaint on August 28, 2019 [ECF 1], and their First Amended Complaint ("FAC") on October 17, 2019 [ECF 53].

1

2. Defendants Colorado Regional Center Project Solaris LLLP and Colorado Regional Center I, LLC waived service of the Complaint on October 1, 2019, which set the deadline by which to respond to December 2, 2019 [ECF 42].

3. On October 22, 2019, the Court held an evidentiary hearing on the Li Plaintiffs' Motion for Preliminary Injunction to Block Bulk Sale of Collateral Units [ECF 32] and heard argument from the parties on three other pending motions. At the conclusion of the hearing, counsel for the Li Plaintiffs indicated on the record that he agreed that all defendants could answer or otherwise respond to the FAC on December 12, 2019. *See* **Exhibit A**.

4. Defendants Waveland Ventures, LLC and Colorado Regional Center, LLC waived service of the FAC on October 25, 2019 [ECF 70 and 71].

5. Plaintiffs filed their Second Amended Complaint ("SAC") on November 18, 2019 [ECF 86].

6. Consistent with the agreement described at the October 22, 2019 evidentiary hearing, the CRC Entities request an extension of ten (10) days, up to and including December 12, 2019, to answer or otherwise respond to the SAC.

7. This is the first extension requested by the CRC Entities.

8. Good cause exists to extend the deadline for the CRC entities to file its answer or otherwise respond. The Li Plaintiffs do not object to the CRC Entities' request and will not be prejudiced by this brief extension.

WHEREFORE, the CRC Entities respectfully request that the Court enter an order granting an extension of time, up to and including December 12, 2019, to file their answer or other responsive pleading.

DATED: December 2, 2019.

/s/ *Stephanie A. Kanan*

James D. Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email:  jkilroy@swlaw.com

*Counsel for Defendants Waveland Ventures, LLC, Colorado Regional Center Project Solaris LLLP, Colorado Regional Center, and Colorado Regional Center I, LLC*

3

4820-4292-0366

## CERTIFICATE OF SERVICE

This is to certify that on December 2, 2019, a true and correct copy of the above and foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT [ECF 86]** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Brian P. Stewart
Herbert Kuo
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Harold A. Haddon
Ty Gee
David G. Maxted
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

*/s/ Sandy Braverman*
for Snell & Wilmer L.L.P.