```
 1                IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF COLORADO

 3
     Civil Action No. 19-cv-02443-STV
 4

 5    JUN LI, QI QIN, YI LIU, JIE YANG,
      YUQUAN NI, ZHONGZAO SHI, FANG SHENG,
 6    SHUNLI SHAO, KAIYUAN WU, ZHIJIAN WU,
      ZHONGWEI LI, SA WU, FAN ZHANG, LIN QIAO,
 7    JINGE HU, RUJUN LIU, YING XU, LU LI, and
      YUWEI DONG, individually, as well as
 8    derivatively for COLORADO REGIONAL CENTER
      PROJECT SOLARIS LLLP,
 9
             Plaintiffs,
10
             vs.
11
     WAVELAND VENTURES LLC,
12   COLORADO REGIONAL CENTER PROJECT SOLARIS
     LLLP, COLORADO REGIONAL CENTER,
13   COLORADO REGIONAL CENTER I LLC,
     SOLARIS PROPERTY OWNER LLC,
14   SOLARIS PROPERTY OWNER I LLC, and
     PETER KNOBEL,
15
             Defendants.
16
     -----------------------------------------------------------
17
          TRANSCRIPT OF ELECTRONICALLY RECORDED PROCEEDINGS
18                          MOTION HEARING

19   -----------------------------------------------------------

20         Proceedings before the HONORABLE SCOTT T. VARHOLAK,
     Magistrate Judge, United States District Court for the
21   District of Colorado, commencing at 9:22 a.m. on the 28th day
     of October, 2019, in Courtroom A402, Alfred A. Arraj United
22   States Courthouse, Denver, Colorado.

23
     Transcriber:   JULIE H. THOMAS
24                  901 19th Street, Room A256
                    Denver, CO 80294
25                  (303)335-2111

         Proceedings recorded by electronic recording device;
                 transcription produced via computer.
```

Exhibit A

```
19-cv-02443-STV                                          10/22/19    104
```

1    I will order the parties to confer over an
2    appropriate written order to go with that.
3         That, I believe, resolves all pending motions that
4    are currently before me.
5         Do we have a scheduling conference set up in this
6    matter?  I don't recall.
7         MR. KILROY:  Your Honor, it was set for the first
8    week of November, and the Court vacated in favor of this one.
9         THE COURT:  Okay.
10        MR. KILROY:  And we don't have a proposed scheduling
11   order from the plaintiffs.
12        THE COURT:  Why don't we -- answers are due
13   December 2nd.  I think it makes sense to set a scheduling
14   conference shortly after that.
15        UNIDENTIFIED SPEAKER:  I'm going to be overseas, and
16   I told them they could take until the 12th.
17        THE COURT:  Until what date?  I'm sorry.
18        UNIDENTIFIED SPEAKER:  I come back on the 9th, so I
19   told them they could take to the 12th to answer.
20        THE COURT:  Okay.  So -- and we're talking about
21   December?
22        UNIDENTIFIED SPEAKER:  Yes.
23        THE COURT:  Why don't we look -- we start getting
24   into the holidays.  Again, my calendar doesn't seem to --
25   that's still very busy.

Exhibit A