# In the United States District Court for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## The Solaris Property Defendants and Mr. Knobel's Unopposed Motion for Extension of Time to Respond to the Second Amended Complaint

Defendants Solaris Property Owner LLC, Solaris Property Owner I LLC, and Peter Knobel, through their attorneys Haddon, Morgan and Foreman, P.C., move unopposed under Federal Rule of Civil Procedure 6(b) and D.C.Colo.LCivR 6.1 for an extension of time to respond to the Second Amended Complaint (Doc.86) filed by plaintiffs Jun Li, *et al.*, in the original No. 19-cv-2443 (before consolidation with No.19-cv-2637, *see* Doc.93 (granting stipulated consolidation motion)).

*Certificate of conferral.* I certify I conferred with counsel for the *Li* plaintiffs, who do not object to the relief requested.

1. The *Li* plaintiffs filed their Second Amended Complaint on November 18, 2019. Our response is due December 2, 2019.

2. Counsel for the *Li* plaintiffs said last week he plans to move within a few days to add a new plaintiff. We are in the process of conferral. It is not clear whether the *Li* plaintiffs also will add new averments. To date the conferral has been via email because plaintiffs' counsel said he is in Kazakhstan.

3. We respectfully submit it makes more sense and preserves the defendants' resources to await the outcome of any Rule 15/20 motion before filing a response. For example, in the event the Court grants the *Li* plaintiffs leave to file a third amended complaint, it would supersede the Second Amended Complaint and all defendants would need to file a response to the third amended complaint.

4. There is additional good cause. Undersigned counsel is reviewing line by line hundreds of sealed and redacted motions, responses, replies, exhibits and orders in a case pending in the Southern District of New York to determine whether the papers should remain sealed or redacted. The Second Circuit in August held that the question whether the papers should remain sealed or redacted should be decided on an expedited basis. It is a substantial undertaking and is occupying a substantial amount of my time.

5. This Motion is the equivalent of a D.C.Colo.LCivR 6.1(a) stipulation since we have not requested previously an extension of time to respond to the Second Amended Complaint.

6. We respectfully submit that the relief requested will not prejudice the plaintiffs. The *Li* plaintiffs imminently will be moving to amend their complaint. The response to the *Cui* plaintiffs' complaint is due December 20.

December 2, 2019

        Respectfully submitted,

        *s/ Ty Gee*
        Harold A. Haddon
        Ty Gee
        HADDON, MORGAN AND FOREMAN, P.C.
        150 East Tenth Avenue
        Denver, CO 80203
        Tel 303.831.7364
        hhaddon@hmflaw.com; tgee@hmflaw.com

        *Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*