# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, et al.,
        Plaintiffs,

                v.                              Hon. Magistrate Scott Varholak

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I, and
Peter Knobel,
        Defendants.

## Notice of Agenda Items Requested for Scheduling Conference
## on December 19, 2019

The Plaintiffs request that this Honorable Court add two items on the agenda for the Scheduling Conference on December 19th.

To recap, at the evidentiary hearing on October 22nd this Court found that the original Complaint didn't support the *lis pendens* filed on the condo units at Solaris Vail, and ordered it removed. The Court recognized that the *Amended* Complaint supported a new *lis pendens*, but advised against such a filing in light of the impending bulk sale of all the units. The Court reasoned that a bulk sale would put some money in the pockets of the Chinese investors and still allow them to sue for the remainder of their lost investment. <u>However, the bulk sale is now dead.</u>

This leaves two avenues for resolving most of this lawsuit quickly, without generating a blizzard of paperwork. These items are worth discussing on December 19th. They are stated below.

**Item 1:  Why Not Refinance the Collateral and Pay the Chinese Investors?**

    **Facts:**  Defendant Colorado Regional Center Project Solaris LLLP (CRCPS) wrote to investors that the remaining collateral had a fair market value of $73,130,000 on unpaid principal of $78,500,000 (See Ex. 1 dated May 30, 2019 at page 2).  If CRCPS isn't lying, the collateral is worth almost the same as the unpaid balance owed to the Chinese investors.

    **Question:**  Why doesn't CRCPS simply refinance the remaining condo units and distribute the money to the Chinese investors?

**Item 2: Why Not Enforce the Promissory Note?**

    **Facts:** CRCPS' financial statements and federal tax return for 2018 (See Exs. 2 & 3) show a current "Note Receivable" from Defendant Solaris Property Owner I LLC in the amount of $82,500,000.  In other words, CRCPS is still telling the Chinese investors - and still telling the IRS - that there is still an overdue promissory note on which SPO I owes them $82,500,000.

    **Question:** Why doesn't CRCPS enforce this outstanding "Note Receivable" and give the money to the Chinese investors?

**<u>Conferral</u>**

    Attorney Litowitz is currently in Kazakhstan *en route* to Istanbul with limited phone access. He has raised these agenda items with all parties by email on November 18th and November 21st. He received no clear answer.  These agenda items are not "discovery" -- Plaintiffs are not asking anyone to disclose anything.  These are just two agenda items that could possibly move this case forward to a resolution, and they ought to be discussed.

/s/ Douglas Litowitz
Counsel for Plaintiffs

December 3, 2019

**Certificate of Service:**

I filed the foregoing on the ECF system on December 3, 2019.

/s/ Douglas Litowitz