# Colorado Regional Center Project Solaris LLLP

**Modified Cash Basis Financial Report**

**December 31, 2018**

**Colorado Regional Center Project Solaris LLLP**

# Contents

**Independent Accountants' Compilation Report**   1

**Modified Cash Basis Financial Statements**

    Statement of Assets, Liabilities, and Members' Equity   2

    Statement of Revenue and Expenses   3

    Statement of Members' Equity   4

**Plante & Moran, PLLC**
Suite 600
8181 E. Tufts Avenue
Denver, CO 80237
Tel: 303.740.9400
Fax: 303.740.9009
plantemoran.com

## Accountant's Compilation Report

To the Board of Directors
Colorado Regional Center Project Solaris LLLP

Management is responsible for the accompanying modified cash basis financial statements of Colorado Regional Center Project Solaris LLLP (the "Company"), which comprise the modified cash basis statement of assets, liabilities, and members' equity arising from cash transactions as of December 31, 2018 and the related modified cash basis statements of revenue and expenses and members' equity for the year then ended in accordance with the cash basis of accounting, and for determining that the cash basis of accounting is an acceptable financial reporting framework. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the American Institute of Certified Public Accountants. We did not audit or review the modified cash basis financial statements, nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on these modified cash basis financial statements.

The financial statements are prepared on the modified cash basis of accounting, which is a basis of accounting other than accounting principles generally accepted in the United States of America.

Management has elected to omit all of the disclosures ordinarily included in modified cash basis financial statements prepared in accordance with the modified cash basis of accounting. If the omitted disclosures were included in the modified cash basis financial statements, they might influence the user's conclusions about the Company's assets, liabilities, equity, revenue, and expenses. Accordingly, the modified cash basis financial statements are not designed for those who are not informed about such matters.

*Plante & Moran, PLLC*

May 16, 2019



1

# Colorado Regional Center Project Solaris LLLP

## Modified Cash Basis Statement of Assets, Liabilities, and Members' Equity

**December 31, 2018**

### Assets

**Assets**
|  |  |  |
|---|---|---|
| Cash | $ | 153,436 |
| Notes receivable | | 82,500,000 |
| Total assets | $ | **82,653,436** |

### Liabilities and Members' Equity

| | | |
|---|---|---|
| **Liabilities** | $ | - |
| **Members' Equity** | | 82,653,436 |
| Total liabilities and members' equity | $ | **82,653,436** |

See accountant's compilation report.                              2

## Colorado Regional Center Project Solaris LLLP

## Modified Cash Basis Statement of Revenue and Expenses

**Year Ended December 31, 2018**

| | |
|---|---:|
| **Revenue** | |
| Rental income | $ 2,462,064 |
| Interest income | 212,456 |
| Total revenue | 2,674,520 |
| **Expenses** | |
| Management fees | 707,517 |
| HOA dues | 698,196 |
| Real estate taxes | 596,396 |
| Maintenance and repairs | 303,920 |
| Other general and administrative | 111,349 |
| Credit card fees | 45,807 |
| Commissions | 5,000 |
| Total expenses | 2,468,185 |
| **Net Income** | $ 206,335 |

See accountant's compilation report.            3

## Colorado Regional Center Project Solaris LLLP

## Modified Cash Basis Statement of Members' Equity

**Year Ended December 31, 2018**

| | |
|---|---:|
| **Balance** - December 31, 2017 | $ 84,167,437 |
| Net income | 206,335 |
| Distributions | (1,720,336) |
| **Balance** - December 31, 2018 | **$ 82,653,436** |

See accountant's compilation report.              4