```
8XX063 1.000                                                                    STATEMENT   1

           4908EY   N752                117323

           COLORADO REGIONAL CENTER PROJECT SOLARIS,              XX-XXX6020
           FORM 1065, SUPPORTING SCHEDULES
           ================================================================

           SCHEDULE L - LINE 13 - OTHER ASSETS
           ===================================
                                                      BEGINNING            ENDING
                                                     ------------      ------------
           NOTES RECEIVABLE                            82,500,000.       82,500,000.
                                                     ------------      ------------
           TOTAL OTHER ASSETS                          82,500,000.       82,500,000.
                                                     ============      ============

           SCHEDULE M-2 - LINE 6A - CASH DISTRIBUTIONS
           ===========================================
                                                                      ------------
           CASH DISTRIBUTIONS                                            1,720,337.
                                                                      ------------
           TOTAL CASH DISTRIBUTIONS                                      1,720,337.
                                                                      ============
```