# In the United States District Court
# for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV

JUN LI, *et al.*,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## The Solaris Property Defendants and Mr. Knobel's Unopposed Motion for Extension of Time to Respond to the Cui Plaintiffs' First Amended Complaint

Defendants Solaris Property Owner LLC, Solaris Property Owner I LLC, and Peter Knobel, through their attorneys Haddon, Morgan and Foreman, P.C., move unopposed under Federal Rule of Civil Procedure 6(b) and D.C.Colo.LCivR 6.1 for an extension of time to respond to the First Amended Complaint (Doc. 21) filed by plaintiffs Dianwen Cui, *et al.*, in case No. 19-cv-2637 which has been consolidated into this action in case 19-cv-2443, *see* Doc. 93 (granting stipulated consolidation motion).

*Certificate of conferral.* Counsel conferred with counsel for the *Cui* plaintiffs, who indicated they do not object to an extension of time to December 31, 2019.

1. The *Cui* plaintiffs filed their First Amended Complaint on November 8, 2019. Our response is currently due December 20, 2019.

2. Since the filing of the First Amended Complaint, the two cases have been consolidated and the parties have engaged in conferral regarding the Scheduling Order for the consolidated matters.

3. On December 3, 2019, this Court granted a request for an extension of time to respond to the *Li* complaint, and stated that the Court will set a new response deadline at the Scheduling Conference set for December 19, 2019. Doc. 100.

4. The *Cui* plaintiffs do not oppose an extension to December 31, 2019. We ask the Court to grant this motion for an extension of time and issue an order stating that a new response deadline will be selected at the Scheduling Conference on December 19, 2019.

5. Granting this motion will streamline the case and align deadlines for the efficiency of the parties as well as the Court. Additionally, there have been multiple amendments filed by both sets of plaintiffs in this consolidated matter. Extending the time to respond will allow us a fair opportunity to respond. We respectfully submit that the relief requested will not prejudice the plaintiffs.

December 12, 2019

Respectfully submitted,

*s/ Ty Gee*

Harold A. Haddon
Ty Gee
HADDON, MORGAN AND FOREMAN, P.C.
150 East Tenth Avenue
Denver, CO 80203
Tel 303.831.7364
hhaddon@hmflaw.com; tgee@hmflaw.com

*Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*