**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-02443-RM-STV

Li, *et al.*,

    Plaintiffs,

v.

Waveland Ventures, LLC, *et al.*,

    Defendants.

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO
FIRST AMENDED COMPLAINT AND JURY TRIAL DEMAND
[ECF 21; CASE NO. 19-CV-02637]**

Pursuant to D.C.COLO.L.CivR. 6.1(a), Defendants Waveland Ventures, LLC Colorado Regional Center Project Solaris LLLP, Colorado Regional Center, LLC and Colorado Regional Center I, LLC (the "CRC Entities"), and Plaintiffs in Case No. 19-cv-02637 (the "Cui Plaintiffs"), by and through undersigned counsel, hereby stipulate to an extension of time within which the CRC Entities must answer or respond to the First Amended Complaint and Jury Trial Demand [ECF 21; Case No. 19-cv-02637], stating as follows:

1.    The Cui Plaintiffs filed their original Complaint and Jury Trial Demand ("Complaint") on September 16, 2019 [ECF 1; Case No. 19-cv-02637].

2.    The CRC Entities waived service of the Complaint, which set the deadline by which to respond to December 17, 2019 [ECF 12-15; Case No. 19-cv-02637].

1

3. The Cui Plaintiffs filed their First Amended Complaint and Jury Trial Demand ("FAC") on November 8, 2019 [ECF 21; Case No. 19-cv-02637].

4. The CRC Entities request an extension of fourteen (14) days, up to and including December 31, 2019, to answer or otherwise respond to the FAC.

5. This is the first extension requested by the CRC Entities.

6. Good cause exists to extend the deadline for the CRC Entities to file its answer or otherwise respond. The Cui Plaintiffs stipulate to the CRC Entities' request and no party will be prejudiced by this brief extension.

WHEREFORE, the CRC Entities respectfully requests that the Court enter an order granting its request for an extension of time, up to and including December 31, 2019, to file their answer or other responsive pleading.

DATED: December 12, 2019

*/s/Brian P. Stewart*
Herbert Kuo
Brian P. Stewart
Ardent Law Group
4340 Von Karman Avenue
Suite 290
Newport Beach, California  92660
Telephone:  949.299.0188
Email:  hkuo@ardentlawgroup.com
Email:  bstewart@ardentlawgroup.com

*Counsel for Plaintiffs*

*/s/James D. Kilroy*
James D. Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202
Telephone: 303.634.2000
Facsimile: .303.634.2020
Email: jkilroy@swlaw.com
Email: skanan@swlaw.com

*Counsel for Defendants Waveland Ventures, LLC, Colorado Regional Center Project Solaris, LLLP, Colorado Regional Center, LLC and Colorado Regional Center I, LLC*

2

4821-7501-7902.1

**CERTIFICATE OF SERVICE**

This is to certify that on December 12, 2019, a true and correct copy of the above and foregoing **STIPULATION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO FIRST AMENDED COMPLAINT AND JURY TRIAL DEMAND [ECF 21; CASE NO. 19-CV-02637]** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Hubert Kuo
Brian P. Stewart
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Harold A. Haddon
Ty Gee
David Maxted
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

*/s/Sandy Braverman*
for Snell & Wilmer L.L.P.

3