IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Courtroom Deputy: Monique Ortiz | FTR - Reporter Deck - Courtroom A1002 |
| Date: December 19, 2019 | Alfred A. Arraj United States Courthouse |

Civil Action No.19-cv-02443-RM-STV

| <u>Parties</u>: | <u>Counsel</u>: |
|---|---|
| JUN LI<br>QI QIN,<br>YI LIU,<br>JIE YANG,<br>YUQUAN NI,<br>LI FANG,<br>ZHONGZAO SHI,<br>FANG SHENG,<br>SHUNLI SHAO,<br>KAIYUAN WU,<br>ZHIJIAN WU,<br>ZHINGWEI LI,<br>YUWEI DONG,<br>LIN QIAO,<br>JINGE HU,<br>RUJUN LIU,<br>FAN ZHANF<br>LU LI,<br>SA WU,<br>YING XU,<br>CAO XIAOLONG, | Douglas Litowitz (by phone) |
|      Plaintiff, | |
| v. | |
| COLORADO REGIONAL CENTER<br>PROJECT SOLARIS LLLP,<br>COLORADO REGIONAL CENTER I, LLC, | James D. Kilroy, Stephanie Kanan |
| SOLARIS PROPERTY OWNER LLC,<br>PETER KNOBEL,<br>WAVELAND VENTURES LLC, | Harold Haddon, Ty Gee (by phone) |

COLORADO REGIONAL CENTER,
SOLARIS PROPERTY OWNER LLLC

       Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:** 2:09 p.m.
Court calls case. Appearance of counsel.

The Court shares with the parties his thoughts regarding entering one Scheduling Order for this case and Consolidated case 19-cv-2637-RM-STV.

Discussion regarding the filing of an Amended Complaint.

Arguments by counsel

For the reasons stated on the record, it is:

**ORDERED:**    Deadline to Amend the Complaint is **January 31, 2020.** Answers or any other Responsive Pleadings are due **on or before February 28, 2020.**

    A Status Hearing is set for **August 20, 2020 at 9:30 a.m.**

    Until these cases become unconsolidated, the deadlines provided today shall apply to both this cse and 19-cv-02637-RM-STV.

HEARING CONCLUDED.
**Court in recess:**    2:32 p.m.
Total In-Court Time:    00:23

To order a transcript of this proceeding, contact Patterson Transcription Company at

(303) 755-4536 <u>OR</u> AB Court Reporting & Video, Inc. at (303)629-8534

3