# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-2443-RM-STV;
Consolidated with Civil Action No. 1:19-cv-02637-DDD

DIANWEN CUI, LEI GU, SUFEN LENG, XUE MEI, ZHOU MEI, YAN SONG, LU WANG, YUE WU, ZHUO YANG, JINGWEN ZHANG, LEI ZHANG, LING ZHANG, XIAOHONG ZHANG, QIN ZHOU, XUN ZHU, CHUNYI ZOU, individually, and on behalf of COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,

    Plaintiffs,

v.

WAVELAND VENTURES, LLC, COLORADO REGIONAL CENTER, LLC, COLORADO REGIONAL CENTER I, LLC, COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP, SOLARIS PROPERTY OWNER LLC, SOLARIS PROPERTY OWNER LLC I, and JOHN DOES 1-10,

    Defendants,

-and-

COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,

    Nominal Defendant.

---

**PARTIAL WITHDRAWAL OF LIS PENDENS C.R.S. 38-35-110**

---

1

Notice is hereby given that Pursuant to C.R.S. 38-35-110 that certain Notice of Lis Pendens recorded on November 14, 2019 in the Eagle County Recorder's Office as instrument number 201919399 in connection with the above titled action (the "Action") is hereby partially released and formally and specifically withdrawn as to the following units in the Residences at Solaris-Vail:

1. Unit 6EWest ;and

2. Unit 3CEast.

And shall no longer constitute or be a lien, cloud and/or claim to, in and/or against that portion of the released property identified herein. The Real property which is the subject of this Release and Withdrawal of Lis Pendens as identified herein is the real property legally described as:

CONDOMINIUM UNIT NUMBERS 6EWEST AND 3CEAST THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDED OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 25, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO

DATED at Newport Beach, California, this 21st day of January 2020.

Brian P. Stewart
Ardent Law Group
4340 Von Karman Ave.,
Suite 290
Newport Beach, California 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127
bstewart@ardentlawgroup.com

2

## CERTIFICATION OF SERVICE

The undersigned attorney certifies that copies of the foregoing:

PARTIAL WITHDRAWAL OF LIS PENDENS C.R.S. 38-35-110

was served through ECF on January 21, 2020 upon all parties who have appeared.

/s/ Brian Stewart

Brian Stewart

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ORANGE )

On JANUARY 21, 2020 before me, JANET YOUNG LEE
(insert name and title of the officer)

personally appeared BRIAN P. STEWART,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____   (Seal)

JANET YOUNG LEE
Notary Public · California
Orange County
Commission # 2285331
My Comm. Expires Apr 15, 2023