

# COLORADO REGIONAL CENTER

www.solarisvail.com

# 科罗拉多区域中心
## Solaris豪宅项目

www.solarisvail.com



## 项目简介
*Project Brief*



**Solaris**豪宅项目位于美国科罗拉多州维尔市，是北美最富盛名的滑雪胜地，也是全美房价最坚挺的地区之一。维尔市交通便利，距离科罗拉多州首府丹佛市不到100英里，2010年前往当地滑雪的游客超过250万人次，旅游业收入超过7.3亿美元。除了滑雪的旅客，当地也吸引到大批观光旅游、休闲度假的游客。游客可以进行爬山、骑单车、打高尔夫、划橡皮艇等休闲活动。虽然维尔市只是一个旅游城市，但是当地的房价却是美国最坚挺的地区之一，远高于美国房产均价。

www.solarisvail.com






Solaris豪宅项目坐落于维尔市最黄金的地段，可以一览维尔山脉的优美风光，是当地的新娱乐地标。Solaris豪宅项目是目前洛基山上最大型和最豪华的多用途房地产项目，占地54.7万平方英尺，包含79套豪华酒店式公寓、世界著名日本料理Nobu、电影院、酒吧等一系列休闲娱乐设施，中庭还拥一个世界级的溜冰场，有资质承办国际大赛。酒店式公寓的面积在1200-6500平方英尺之间，所有公寓都是按精装标准装修，售价从145万美元起价，最高至1920万美元。项目从2007年开始破土动工，已于2010年9月完成公寓基本建设，配套设施等会在2012年年初全部完工。截止到2011年4月12日，Solaris已成功交割22套公寓，并产生超过1.41亿美元现金收入。

Solaris豪宅项目现向海外EB-5投资人募资8000万美元，用于79套公寓和相关配套设施的建造，3-5年后现金归还EB-5投资人。





# 投资结构
## Investment Structure

总投资额：**$ 375,695,224**



**21%** EB-5投入(占总投资额21%)
$ 80,000,000

**20%** 开发商投入(已到位)
$ 73,444,133

**59%** 贷款(已到位)
$ 222,251,091

### 项目收益
- 每年2％利息
- 公寓出租收益
- 每年21天免费住宿

### 资金安全
在投资期的前三年，EB-5资金会由相应等值的Solaris公寓作为实物抵押，EB-5投资人拥有第一顺位还款权。第三年时，相应等值的公寓产权会转到EB-5有限合伙企业名下，EB-5投资人有权选择何时出售这些房产取回投资款。

### 退出机制
在投资期满三年时，开发商会将等值的公寓产权转至EB-5有限合伙企业名下。在投资期满第三、四和五年时，管理方会对所有持有产权的公寓做出市场评估，根据当时的公寓市价，每一位EB-5投资人可选择是否退出。如选择退出，公寓折现所得会平均归还给每一位选择退出的EB-5投资人。如公寓出售有所盈利，盈利部分的30％归EB-5投资人，70％归区域中心。

### 绿卡保障
由美国知名经济学家迈克尔•埃文斯博士做出详细经济效益分析，该项目在建筑期内可创造1500个直接和间接的就业机会；酒店式公寓的运营和维护会产生76个直接和间接的就业机会；最后，商业零售店铺和停车设施可为当地创造534个直接加间接的就业机会。所以，整个项目共可创造2111个新的就业机会，足以满足160个EB-5投资人的1600个就业机会的要求，就业盈余为32％。

投资款： 50万美元　　项目发行费+律师费： 5万美元