3:24 PM
11/21/18
Accrual Basis

# Colorado Regional Center Project Solaris, LLLP
## Profit & Loss
### January through October 2018

|  | Jan - Oct 18 |
|---|---:|
| **Income** |  |
| Interest Income | 204,099.33 |
| Rental Income | 2,622,152.89 |
| **Total Income** | 2,826,252.22 |
| **Expense** |  |
| Appraisal Fees | 13,500.00 |
| Audit Fees | 26,300.00 |
| Bank Service Charge | 438.16 |
| Commission - IC | 5,000.00 |
| Credit Card Fees | 47,968.40 |
| HOA Dues | 581,367.40 |
| Legal | 7,320.50 |
| Maintenance and Repairs | 357,772.61 |
| Management Fees | 762,567.86 |
| Office Supplies | 231.69 |
| Owner Gratuity | 9,650.00 |
| Real Estate Taxes | 501,491.40 |
| Taxes | -91.00 |
| Travel | 710.30 |
| Utilities | 34,357.61 |
| **Total Expense** | 2,348,584.93 |
| **Net Income** | 477,667.29 |

3:25 PM
11/21/18
Accrual Basis

# Colorado Regional Center Project Solaris, LLLP
## Balance Sheet
### As of October 31, 2018

|  | Oct 31, 18 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       JP Morgan Checking | 218,779.12 |
|     **Total Checking/Savings** | 218,779.12 |
|     **Other Current Assets** | |
|       Due from ERM | 205,330.42 |
|     **Total Other Current Assets** | 205,330.42 |
|   **Total Current Assets** | 424,109.54 |
|   **Other Assets** | 82,500,000.00 |
| **TOTAL ASSETS** | **82,924,109.54** |
| **LIABILITIES & EQUITY** | 82,924,109.54 |