# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443    Hon. Judge Moore
                                Hon. Magistrate Judge Varholak

**Derivatively:**
Jun Li, Hsin-Yi Wu, and Qi Qin,
in their capacity as limited partners of
Colorado Regional Center Project Solaris LLLP,
      Plaintiffs,
v.

Colorado Regional Center Project Solaris LLLP,
      Nominal Defendant,

and

**Directly:**
Hsin-Yi Wu, Jun Li, Qi Qin, et al.,
      Plaintiffs,
v.

Colorado Regional Center LLC, et al.

      Defendants.

## VERIFICATION

### Pursuant to Fed. R. Civ. Pro. 23.1

The undersigned is a derivative plaintiff in the foregoing action and hereby states as follows:

1) I have read the foregoing Complaint for Derivative and Direct Relief and attest to its accuracy.

2) I have been a limited partner for the duration of the matters for which the Complaint seeks relief;

3) I have not joined this action to collusively confer jurisdiction upon any Court; and

54

4) The Plaintiff limited partners directly pursued the relief herein by submitting a derivative action demand letter through our attorney Douglas Litowitz dated July 1, 2019, to nominal defendant Colorado Regional Center Project Solaris LLLP, but the relief was denied. This demand letter satisfied the Colorado law requirements for making a request prior to bringing an action for derivative relief.

*Hsin-Yi Wu*     Jan 19, 2019

Hsin-Yi Wu

Plaintiff

Rec'd Douglas Litowitz 1/20/2020

Notary:

ANDREW J FEELEY
Official Seal
Notary Public   State of Illinois
My Commission Expires Sep 12, 2021

Andrew J. Feeley
1-19-2020