# EXHIBIT A

## Kilroy, James

| | |
|---|---|
| **From:** | Dlitowit <litowitz@gmail.com> |
| **Sent:** | Saturday, November 30, 2019 7:16 AM |
| **To:** | Ty Gee |
| **Cc:** | Kilroy, James; Hubert Kuo |
| **Subject:** | Re: 7.1 Conferral |

**[EXTERNAL]**

Ty,

Are you saying that the addition of one name in the caption of the case is an "amendment" that creates extra work for you?

Doug

Sent from my iPhone

On Nov 29, 2019, at 11:15 PM, Ty Gee <tgee@hmflaw.com> wrote:

> Do you have any grounds that weren't raised last time? What communications, if any, has he had with my clients? What relationship does he have with my clients? When do you plan on moving to amend your complaint? We have a deadline next week to file a response to the Second Amended Complaint. Please let us know immediately. If you intend to file a Third Amended Complaint, it would be a waste of time for us to file a response to the Second Amended Complaint.
>
> Until this is resolved I intend to request a two week extension of time to respond to the Second Amended Complaint, unless you agree now that you will not be filing a Third Amended Complaint. Please let me know whether you oppose the relief requested.
>
> Ty
>
> On Nov 28, 2019, at 10:40 PM, Dlitowit <litowitz@gmail.com> wrote:
>
>> Guys,
>>
>> I am in Kazakhstan teaching now so I cannot call you but do you have any new arguments that were not raised last time?
>>
>> Doug
>>
>> Sent from my iPhone
>>
>> On Nov 29, 2019, at 10:31 AM, Ty Gee <tgee@hmflaw.com> wrote:
>>
>>> The SPO entities and Mr. Knobel object.
>>> **From:** Dlitowit . <litowitz@gmail.com>
>>> **Sent:** Sunday, November 24, 2019 7:02 PM
>>> **To:** Kilroy, James <jkilroy@swlaw.com>; Ty Gee <tgee@hmflaw.com>;

1

Hubert Kuo <hkuo@ardentlawgroup.com>
**Subject:** 7.1 Conferral
Jim and Ty:
Does anyone object if I add another plaintiff, Wu Hsin Yi?
Doug Litowitz