**In the United States District Court
for the District of Colorado**

Civil Action No. 1:19-cv-02443-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

Defendants.

---

**Defendants Solaris Property Owner, Solaris Property Owner I, and
Peter Knobel's Joinder in Co-Defendants' Motion to Strike
*Li* Plaintiffs' Third Amended Complaint**

---

Defendants Solaris Property Owner, LLC ("SPO"), Solaris Property Owner I, LLC ("SPO I"), and Peter Knobel (collectively "the SPO Defendants") join the Motion to Strike (Doc.127) filed by co-defendants Colorado Regional Center Project Solaris LLLP, Colorado Regional Center, LLC, Colorado Regional Center I, LLC, and Waveland Ventures, LLC.

The SPO Defendants previously opposed the *Li* plaintiffs' Federal Rule of Civil Procedure 15(a) motion to amend their complaint even though plaintiffs sought only to add a plaintiff. Doc.79. The opposition was grounded in part on prejudice to the SPO Defendants, namely, serial amendments that appeared to have no end, that repeatedly unsettled our preparation of a motion to dismiss and motion for sanctions against the *Li* plaintiffs' counsel, and that delayed these proceedings. *See id.* at 5-12.

The *Li* plaintiffs' Third Amended Complaint, their fourth attempt to plead a viable lawsuit, inflicts the prejudice manifold. For nearly a half year these plaintiffs have been asserting the same or similar facts and legal theories. Now, half a year later, they have dramatically altered their complaint, contrary to the *Li* plaintiffs' counsel's representation at the December 19 scheduling conference that he intended only to add two additional plaintiffs, and without requesting leave of the Court, as Rule 15(a) requires. The Federal Rules and this Court's Local Rules permit amendment once as a matter of course, or by the parties' consent; all other amendments require this Court's permission. *See* Fed. R. Civ. P. 15(a)(1) & (2); D.C.Colo.LCivR 15.1(a) & (b).

The Third Amended Complaint should be stricken. *See Bertolo v. Raemisch*, No. 17-cv-00773-RM-KLM, 2020 WL 132764, at *4 (D. Colo. Jan. 13, 2020) (noting that *pro se* "[p]laintiff has already amended the complaint four times and fails to show why he should be allowed to amend once again," and denying motion to amend: "While the Federal Rules of Civil Procedure permit and require a liberal amendment of pleadings, the rules do not grant parties an unlimited right to amend.").

January 27, 2020.

Respectfully submitted,

*s/ Ty Gee*
_____
Harold A. Haddon
Ty Gee
HADDON, MORGAN AND FOREMAN, P.C.
150 East Tenth Avenue
Denver, CO 80203
Tel 303.831.7364
hhaddon@hmflaw.com; tgee@hmflaw.com

*Attorneys for Defendants Solaris Property Owner,*
*LLC, Solaris Property Owner I, LLC, and Peter Knobel*