# In the United States District Court
# for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV

*Consolidated with Civil Action No. 1:19-cv-2637*

JUN LI, *et al.*,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## Notice of Withdrawal

David G. Maxted gives notice of his withdrawal from this case as counsel for defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel ("the SPO Defendants"). due to his departure from the firm Haddon, Morgan and Foreman, P.C. He requests that his name be removed from all future electronic notifications and service lists. The SPO Defendants will continue to be represented in this case by Harold A. Haddon and Ty Gee.

January 30, 2020

Respectfully submitted,

*s/ David Maxted*

Harold A. Haddon
Ty Gee
David Maxted
HADDON, MORGAN AND FOREMAN, P.C.
150 East Tenth Avenue
Denver, CO 80203
Tel 303.831.7364
hhaddon@hmflaw.com; tgee@hmflaw.com; dmaxted@hmflaw.com

*Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*