# In the United States District Court
# for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV

*Consolidated with Civil Action No. 1:19-cv-2637*

JUN LI, *et al.*,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## Motion to Withdraw

David G. Maxted, counsel for Defendants Solaris Property Owner LLC, Solaris Property Owner I LLC, and Peter Knobel, moves for an order allowing him to withdraw as counsel in this matter:

*Certificate of conferral.* Because this motion to withdraw is filed pursuant to D.C.COLO.LAtty5(b), conferral with opposing counsel is not required under D.C.COLO.L.CivR7(b)(4).

1. Attorney David G. Maxted is establishing a new law firm and will no longer be employed with the law firm Haddon, Morgan and Foreman, P.C., effective February 1, 2020.

2. Ty Gee and Harold A. Haddon of Haddon, Morgan and Foreman. P.C., will continue to represent these defendants.

3. Defendants have received notification of the proposed withdrawal.

4. Because defendants' representation will be continuous with Haddon, Morgan and Foreman, P.C., undersigned counsel did not notify defendants as to particular compliance issues as would otherwise be required under D.C.COLO.L.AttyR5(b).

WHEREFORE, undersigned counsel respectfully requests that this Court grant the motion and permit him to withdraw as counsel in this consolidated matter.

January 30, 2020

Respectfully submitted,

*s/ David Maxted*
Harold A. Haddon
Ty Gee
David Maxted
HADDON, MORGAN AND FOREMAN, P.C.
150 East Tenth Avenue
Denver, CO 80203
Tel 303.831.7364
hhaddon@hmflaw.com; tgee@hmflaw.com; dmaxted@hmflaw.com
*Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*