**LIS PENDENS NOTICE**
--------------------------------------------------------------------------------
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOARDO

Civil Action No. 19-CV-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Zhongzao Shi,
Fang Sheng, et al., individually, as well as Derivatively for
Colorado Regional Center Project Solaris LLLP,
                  Plaintiffs,

                v.

Waveland Ventures LLC, Colorado Regional Center Project
Solaris LLLP, Colorado Regional Center, Colorado Regional
Center I, LLC, Solaris Property Owner LLC, Solaris Property
Owner I LLC, and Peter Knobel,
                  Defendants.

Attorney for Plaintiffs:
Douglas Litowitz, 413 Locust Place, Deerfield, IL 60015
312-622-2848; litowitz@gmail.com

---

Notice of Lis Pendens Pursuant to C.R.S. 38-35-110

---

Notice is hereby given that the Second Amended Complaint in the above-entitled action ("Action") has been filed affecting title to real property located in Eagle County, more particularly described as the condominium units listed on Exhibit A (the "Property").  The Action asserts that Solaris Property Owner LLC (whose successor is current title holder Solaris Property Owner I LLC) borrowed $84.5 million from Colorado Regional Center Project Solaris LLLP (the "LP") using the Property as collateral.  The borrower failed to repay the $84.5 million loan and was required to transfer title of the Property to the LP as the new rightful owner.  It never did so, leaving the LP with a rightful claim to take title to the Property. The limited partners assert a derivative claim under C.R.S. 7-62-1001 to compel the LP to take title to the Property as enforcement of its right to judgment and collection of collateral under the transaction documents described in the Action. Upon transfer of title to the LP, the Property may be sold and the proceeds distributed pro rata to limited partners.  This document was prepared by and should be returned to Douglas Litowitz, 413 Locust Place, Deerfield, IL, 60015.

                                          /s/ Douglas Litowitz
                                          _____
                                          Douglas Litowitz January 31, 2020

# Exhibit A

Common Address:   141 East Meadow Drive, Vail, Colorado 81657

Common Name:   Residences at Solaris Vail

Property Type:   Condominium Subdivision

Tax Area:   SC226

Parcel No.:   2.10E+11

Title Holder:   Solaris Property Owner I LLC

Units:
1) 2A South
2) Pent E West
3) 6E East
4) Pent E East
5) 5E West
6) 4G West
7) 7E West
8) Pent C East
9) 6D East
10) 5C West
11) 6C West
12) 5G West
13) 3E East
14) 7E East
15) 4D East
16) Pent G West
17) Pent C West