**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-cv-02443-RM-STV
      Consolidated with 19-cv-2637-RM-STV

Jun Li,
Qi Qin,
Yi Liu,
Jie Yang,
Yuquan Ni,
Zhongzao Shi,
Fang Sheng,
Shunli Shao,
Kaiyuan Wu,
Zhijian Wu,
Zhongwei Li,
Sa Wu,
Fan Zhang,
Lin Qiao,
Jinge Hu,
Rujun Liu,
Ying Xu,
Lu Li,
Cao Xiaolong, and
Yuwei Dong, individually,
as well as Derivatively for Colorado Regional Center Project
Solaris LLLP,

      Plaintiffs,
v.

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I LLC, and
Peter Knobel,

      Defendants.

---

**ORDER**

---

This matter is before the Court upon consideration of the Li Plaintiffs' motion (ECF No. 141) which requests expedited briefing and a hearing on their intent to file lis pendens on properties at issue in this case, and of the matters pending in this case. Upon such consideration, and being otherwise fully advised, the Court **ORDERS** as follows:

(1) Motion for Order to Show Cause (ECF No. 115):

    (a) Deadline to file any response: February 7, 2020

    (b) Deadline to file any reply: February 20, 2020

(2) Motion for Expedited Briefing and Hearing (ECF No. 141):

    (a) The Motion is GRANTED to the extent it requests expedited briefing and otherwise DEFERRED on the merits;

    (b) Deadline to file any response: February 10, 2020;

    (c) Deadline to file any reply: February 20, 2020.

(3) A hearing is set on the Motion for Order to Show Cause (ECF No. 115), Motion for Forthwith Hearing (ECF No. 134), and Motion for Hearing (ECF No. 141) on **Thursday, February 27, 2020 at 1:00 p.m. MST** at the Alfred A. Arraj Courthouse, 6th Floor, Courtroom A601, 901 19th St., Denver, Colorado.

**SO ORDERED.**

DATED this 31st day of January, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge