# EXHIBIT I

# Brian Stewart

**From:** Roger Hauptman <roger@rahlegal.com>
**Sent:** Friday, January 24, 2020 5:54 PM
**To:** 'Brian Stewart'
**Subject:** RE: Withdrawal of Lis Pendens on 6CWest

Brian,

The terms of the contract are as I previously represented to you - $2.8 million with a $200,000 closing credit, closing within 30 days of mutual execution. I truly believe that you continue to completely misunderstand the cost structure - the costs that we have been trying to avoid are transactional, not carrying costs. I am available tomorrow should you wish to discuss.

Thanks,

Roger

-----Original Message-----
From: Brian Stewart <bstewart@ardentlawgroup.com>
Sent: Friday, January 24, 2020 5:35 PM
To: 'Brian Stewart' <bstewart@ardentlawgroup.com>
Cc: 'Hubert Kuo' <hkuo@ardentlawgroup.com>; 'Roger Hauptman' <roger@rahlegal.com>
Subject: RE: Withdrawal of Lis Pendens on 6CWest

Jim - My prior e-mail contains a typo and should say that "the Collateral Unit Agreement which is not supported by consideration."


Brian P. Stewart, Esq.
ARDENT LAW GROUP, P.C.
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
PH:       949.299.0188
FAX:     949.299.0127
Email: bstewart@ardentlawgroup.com


This message and any attached documents contain information from the law firm of Ardent Law Group, P.C. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.


-----Original Message-----
From: Brian Stewart [mailto:bstewart@ardentlawgroup.com]
Sent: Friday, January 24, 2020 4:28 PM
To: 'Kilroy, James' <jkilroy@swlaw.com>

1

Cc: 'Hubert Kuo' <hkuo@ardentlawgroup.com>; 'Roger Hauptman' <roger@rahlegal.com>
Subject: RE: Withdrawal of Lis Pendens on 6CWest

Jim - I apologize for not responding sooner. Rogers e-mail was sent yesterday at 3:40 p.m. and said that a decision needed to be made by the 25th (tomorrow) at 5:00 p.m. I was in meetings all morning and have only just gotten around to this.

The main problem is that as I understand Rogers prior e-mails, the GP intends to take all of the proceeds from the sale to pay for its legal fees and for transfer fees that we contend the LLLP is not and should not be liable for.

While I recognize that it is your position that the GP is saving the LLLP money by not transferring the property, there is nothing in the documents that requires the Lender to pay for these fees and costs. The only place this is mentioned is in the exhibit to the Collateral Unit Agreement which is supported by consideration. We are currently amending the complaint to invalidate several of the agreements entered into between the GP and SPOI that are completely one-sided, in favor of SPOI, and lack any consideration whatsoever.

Currently neither Roger or you have provided any information about the sale other than that it will fall through if we don't remove the lis pendens. Of course I would need the specifics of the offer before I can approve it but mostly who is the buyer and what is the purchase price. But assuming that it is a reasonable offer, I would only agree to the sale if the proceeds of the sale are placed in escrow pending resolution of the issues regarding the GP's rights to siphon off all of the proceeds.

Brian P. Stewart, Esq.
ARDENT LAW GROUP, P.C.
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
PH:      949.299.0188
FAX:     949.299.0127
Email: bstewart@ardentlawgroup.com

This message and any attached documents contain information from the law firm of Ardent Law Group, P.C. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

-----Original Message-----
From: Kilroy, James [mailto:jkilroy@swlaw.com]
Sent: Friday, January 24, 2020 3:24 PM
To: Roger Hauptman <roger@rahlegal.com>
Cc: Brian Stewart <bstewart@ardentlawgroup.com>; Hubert Kuo <hkuo@ardentlawgroup.com>
Subject: Re: Withdrawal of Lis Pendens on 6CWest

Brian: consider this a conferral under the Colorado local federal rules. We intend to file a motion on Monday morning asking for a forthwith hearing next week on our motion to extinguish the lis pendens. Let me know your position immediately as this is a time-critical situation.

As you know, we have an immediate opportunity to sell one of the units and you have not even given us the courtesy of a response to Roger's email. The possible sale will not happen with your lis pendens on record.

2

Please be sure to advise your clients of the liability they and all related parties have assumed for filing the lis pendens.

I will file by 9 am on Monday because I need to do so if there is any prospect of saving this deal. I will ask for a hearing on Tuesday or Wednesday and under our local rules I intend to call the court's chambers at 9 am Monday morning to advise of the motion for forthwith relief. I can discuss any time over the weekend. Cell number is below.

Thanks.

Jim

James D. Kilroy
Snell & Wilmer, LLP
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202
Direct line: (303) 634-2005
Main line: (303) 634-2000
Cell phone: (720) 341-3579

On Jan 24, 2020, at 8:13 AM, Roger Hauptman <roger@rahlegal.com> wrote:

[EXTERNAL]

Can you please let me know you intentions, one way or the other, The title objection deadline is 7 days after mutual execution date of the contract.

From: Brian Stewart <bstewart@ardentlawgroup.com>
Sent: Thursday, January 16, 2020 3:40 PM
To: 'Roger Hauptman' <roger@rahlegal.com>
Cc: 'Hubert Kuo' <hkuo@ardentlawgroup.com>; 'Kilroy, James' <jkilroy@swlaw.com>
Subject: RE: Withdrawal of Lis Pendens on 6CWest

Roger – Attached is the proposed form for the withdrawal of lis pendens. As to the application of the proceed I have the following observations.

1. The status of title has virtually nothing to do with your client and everything to do with SPO I and the repayment of the loan. Although everyone keeps saying it, why would the LLLP be responsible for these expenses. As I understand it, the borrower is exercising its option to transfer title rather than repay the loan. Where in the loan documents does it require the LLLP to pay the transfer expenses if the buyer exercises this option;

2. What are the accrued and unpaid liabilities of the partnership? As a "lender" these should be minimal but I suspect that they are not;

3. What do you believe are the amounts necessary to establish reserves for working capital?

We will need a breakdown of the amount of each of these deductions, before approving the sale.

Brian P. Stewart, Esq.

3

ARDENT LAW GROUP, P.C.

4340 Von Karman Ave., Suite 290

Newport Beach, CA 92660

PH:        949.299.0188

FAX:     949.299.0127

Email: bstewart@ardentlawgroup.com<mailto:bstewart@ardentlawgroup.com>

This message and any attached documents contain information from the law firm of Ardent Law Group, P.C. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

From: Roger Hauptman [mailto:roger@rahlegal.com]
Sent: Thursday, January 16, 2020 11:47 AM
To: 'Brian Stewart' <bstewart@ardentlawgroup.com<mailto:bstewart@ardentlawgroup.com>>
Cc: 'Hubert Kuo' <hkuo@ardentlawgroup.com<mailto:hkuo@ardentlawgroup.com>>; 'Kilroy, James' <jkilroy@swlaw.com<mailto:jkilroy@swlaw.com>>
Subject: RE: Withdrawal of Lis Pendens on 6CWest

Brian,

I don't know the name of the buyer, but will provide it as soon as I am provided with a copy of the contract. With respect to proceeds, they would be applied as follows:

* First, given the volume of concerns my client has heard from LPs regarding the status of title (even though we believe that they are without merit), to fund the necessary expenses to effectuate the transfer of all remaining collateral units from SPO to CRCPS, including closing costs, HOA payments, etc.
* Second, to accrued and unpaid liabilities of the partnership;
* Third, to establish adequate reserves for working capital expenses; and
* To the extent there are available proceeds, to the LPs on a pro rata basis.

Please let me know asap how you would like to proceed. I am happy to jump on a call as well to discuss any questions you may have.

Thank you,

Roger Hauptman

<image001.png>

4

280 Detroit Street
Denver, CO 80206
Ph: 303.495.5599
Mobile: 303.521.4727
Email: roger@rahlegal.com<mailto:roger@rahlegal.com>

From: Brian Stewart <bstewart@ardentlawgroup.com<mailto:bstewart@ardentlawgroup.com>>
Sent: Thursday, January 16, 2020 12:16 PM
To: 'Roger Hauptman' <roger@rahlegal.com<mailto:roger@rahlegal.com>>
Cc: 'Hubert Kuo' <hkuo@ardentlawgroup.com<mailto:hkuo@ardentlawgroup.com>>
Subject: RE: Withdrawal of Lis Pendens on 6CWest

Roger – I am waiting for approval from the client. In addition, we would like to have the name of the buyer, which we would keep confidential, and would like to know how the proceeds will be applied to the debt.

Brian P. Stewart, Esq.

ARDENT LAW GROUP, P.C.

4340 Von Karman Ave., Suite 290

Newport Beach, CA 92660

PH:       949.299.0188

FAX:      949.299.0127

Email: bstewart@ardentlawgroup.com<mailto:bstewart@ardentlawgroup.com>

This message and any attached documents contain information from the law firm of Ardent Law Group, P.C. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

From: Roger Hauptman [mailto:roger@rahlegal.com]
Sent: Tuesday, January 14, 2020 10:58 AM
To: 'Hubert Kuo' <hkuo@ardentlawgroup.com<mailto:hkuo@ardentlawgroup.com>>; 'Brian Stewart' <bstewart@ardentlawgroup.com<mailto:bstewart@ardentlawgroup.com>>
Cc: 'Kilroy, James' <jkilroy@swlaw.com<mailto:jkilroy@swlaw.com>>
Subject: Withdrawal of Lis Pendens on 6CWest

Hubert and Brian,

5

As we discussed, CRCPS has received an offer to sell Unit 6CWest and prior to executing the contract, needs to have assurance that your clients will release the lis pendens on the property in a manner to allow the sale to proceed. The effective purchase price for the unit is $2.6 million, with the offer to be written at $2.8 with $200,000 of credits and allocations (such as HOA, etc.). The buyer is neither a related party nor an affiliate of any CRCPS/Waveland or Knobel controlled entity. I am not sure if the title company is identified in the contract, but I will get you that information asap so you may deposit an extinguishment document in escrow as you indicated.

Please provide me with written assurance as soon as possible that you will withdraw the lis pendens on this particular unit so that CRCPS may proceed with the sale.

Let me know if you need any additional information before providing the assurance/instruction that we discussed.

Thank you,

Roger Hauptman


<image001.png>

280 Detroit Street
Denver, CO 80206
Ph: 303.495.5599
Mobile: 303.521.4727
Email: roger@rahlegal.com<mailto:roger@rahlegal.com>