# In the United States District Court
# for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV
—*Consolidated with* No. 19-cv-2637-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## Solaris Property Owner I's Joinder in CRCPS's Petition to Show Cause

Defendant Solaris Property Owner I, LLC ("SPO I"), through its attorneys Haddon, Morgan and Foreman, P.C., joins defendant Colorado Regional Center Project Solaris LLLP's ("CRCPS") Petition for an Order to Show Cause (Doc.115). SPO I adopts and incorporates by reference the arguments in CRCPS's petition.

February 14, 2020

        Respectfully submitted,

        *s/ Ty Gee*
        Harold A. Haddon
        Ty Gee
        HADDON, MORGAN AND FOREMAN, P.C.
        150 East Tenth Avenue
        Denver, CO 80203
        Tel 303.831.7364
        hhaddon@hmflaw.com; tgee@hmflaw.com

        *Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*