# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 19-cv-02443**
**Consolidated with Civil Action No. 19-cv-02637**

Jun Li, Qi Qin, Yi Liu, et al.,
        Plaintiffs,

v.　　　　　　　　　　　　　　　　Hon. Magistrate Scott Varholak

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner LLC I, and
Peter Knobel,
        Defendants.

## Notice of Errata

On November 11, 2019, Plaintiffs, Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong Zhang, Qin Zhou, Xun Zhu, Chunyi Zou (collectively the "Cui Plaintiffs") filed and served its First Amended Complaint and Jury Trial Demand (hereinafter referred to as the "FAC"). The following errors occurred in the FAC:

    1. Page 25 line 14 through 15 inadvertently states "(By Plaintiffs Individually and Derivatively on Behalf of the LLLP for Specific Performance against SPO) "

The FAC should properly state as follows:

"(By Plaintiffs Individually and Derivatively on Behalf of the LLLP for Specific Performance against SPO and SPO I) "

2. Page 26 line 18 through line 19 inadvertently states "(By Plaintiffs Individually and Derivatively on Behalf of the LLLP for False Advertising 15 USC 1125a(1) (B) Specific Performance against SPO)"

The FAC should properly state as follows:

3. "(By Plaintiffs Individually and Derivatively on Behalf of the LLLP for False Advertising 15 USC 1125a(1) (B) against SPO)"

/s/ Brian P. Stewart
Brian P. Stewart
**Ardent Law Group**
4340 Von Karman Ave.,
Suite 290
Newport Beach, California 92660
Telephone: (949) 299-0188
Facsimile:  (949) 299-0127
bstewart@ardentlawgroup.com
Attorney for Plaintiffs Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong Zhang, Qin Zhou Chunyu Zou, individually, and on behalf of Colorado Regional Center Project Solaris LLLP

**CERTIFICATION OF SERVICE**

The undersigned attorney certifies that copies of the foregoing:
Notice of Errata was served through ECF on February 26, 2020 upon all parties who have appeared.

/s/ Brian P. Stewart
Brian P. Stewart
For Ardent Law Group, P.C.
