# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 19-cv-02443**
**Consolidated with Civil Action No. 19-cv-02637**

Jun Li, Qi Qin, Yi Liu, et al.,
       Plaintiffs,

       v.                           Hon. Magistrate Judge Scott Varholak

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner LLC I, and
Peter Knobel,
       Defendants.

---

## ATTORNEY BRIAN P. STEWART'S REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER

---

This request is made by Brian P. Stewart ("Mr. Stewart") who is an attorney for the Consolidated Plaintiffs Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong Zhang, Qin Zhou Chunyu Zou, individually, and on behalf of Colorado Regional Center Project Solaris LLLP (collectively, "Plaintiffs").

I ask the court to allow myself to appear telephonically from telephone number 949-299-0188 for a hearing on a Motion for Order to Show Cause and a Motion for Expedited Briefing to be heard on February 27, 2020 at 1:00 p.m. in Courtroom A402 of the above named court.

Good cause exists for this request because Mr. Stewart's flight to Denver, Colorado was unable to board his flight with Frontier Airlines on the morning of February 27, 2020, because the flight was rescheduled to depart later in the afternon.  His intent was to appear personally for the hearing, but given that he was unable to board his flight, he is unable to arrive on time for the hearing.

Plaintiffs' attorneys contacted and spoke with opposing counsel, Stephanie Canon of Snell & Wilmer, with regard to his request to appear telephonically for the two Motions.  Stephanie Cannon did not object to Mr. Stewart appearing telephonically.  Also, Plaintiffs' counsel left a voicemail for opposing counsel, Ty Gee of Haddon, Morgan and Foreman, P.C.  Attorney Ty Gee has not responded with any objection at this time.

As such, Mr. Stewart seeks the court's permission to appear telephonically.

/s/ Brian P. Stewart
Brian P. Stewart
**Ardent Law Group**
4340 Von Karman Ave.,
Suite 290
Newport Beach, California 92660
Telephone: (949) 299-0188
Facsimile:  (949) 299-0127
bstewart@ardentlawgroup.com
Attorney for Plaintiffs Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong Zhang, Qin Zhou Chunyu Zou, individually, and on behalf of Colorado Regional Center Project Solaris LLLP

## [PROPOSED] ORDER

This Request is GRANTED. Counsel shall be allowed to appear telephonically for the Motion for Order to Show Cause and Motion for Expedited Briefing to be hearing on February 27, 2020 at 1:00 p.m. in Courtroom A402 of the United State District Court, District of Colorado.

_____

Hon. Magistrate Judge Raymond Moore

## **CERTIFICATION OF SERVICE**

The undersigned attorney certifies that copies of the foregoing: Attorney Brian P. Stewart's Request for Telephonic Appearance was served through ECF on February 27, 2020 upon all parties who have appeared.

                                                                /s/ Brian P. Stewart
                                                                Brian P. Stewart
                                                                For Ardent Law Group, P.C.