# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:     Tammy Hoffschildt | Date:   February 27, 2020 |

**CASE NO.   19-cv-02443-RM-STV**

| Parties | Counsel |
|---|---|
| JUN LI, *et al.*, | Douglas Litowitz (by phone)<br>Brian Stewart (by phone) |
| Plaintiffs, | |
| v. | |
| COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, *et al.*, | Stephanie Kanan<br>Ty Gee |
| Defendants. | |

## COURTROOM MINUTES

**MOTION HEARING**
**Court in session:   1:01 p.m.**

Appearances of counsel.   Present at Defendants' table are Ryan Smith and Rob Glucksman.

Preliminary remarks made by the Court regarding how to proceed today.

**ORDERED:**   The Court deems the Order to Show Cause to have issued.

Discussion held regarding pending motions (Docs. 115, 134, 141).

**ORDERED:**   Defendant Colorado Regional Center Project Solaris, LLLP's Motion for Forthwith Hearing re: Petition for Order to Show Cause Pursuant to C.R.S. § 38-35-204 (Doc. 134) is deemed MOOT as stated on the record.

**ORDERED:**   Petition for Order to Show Cause Pursuant to C.R.S. § 38-35-204 (Doc. 115), joined by Solaris Property Owner I (Doc. 158), is GRANTED as stated on the record.

**ORDERED:**  The lis pendens notice (Doc. 28 filed in 19-cv-02637-RM-STV) is INVALID, and the Errata (Doc. 161) is STRICKEN.

**ORDERED:**  The Motion for Expedited Briefing and Hearing for Declaratory Relief Authorizing the Li Plaintiffs to Record a Lis Pendens (Doc. 141) is DENIED as stated on the record.

**ORDERED:**  The parties shall confer and file within ten (10) days of this date findings of fact, along with a proposed order, as stated on the record.

**ORDERED:**  The parties shall confer regarding attorneys' fees within ten (10) days of this date.   If the parties are unable to reach an agreement as to attorneys' fees, the documentation necessary to support an award of attorneys' fees shall be filed within two weeks of this date.

**Court in recess:**        1:44 p.m.
**Total in court time:**    00:43
**Hearing concluded**