# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Li Fang,
Zhongzao Shi, Fang Sheng, et al.,
        Plaintiffs,

                          Hon. Judge Raymond Moore
        v.                    Hon. Magistrate Scott Varholak

Waveland Ventures LLC, Colorado Regional Center I, LLC,
Colorado Regional Center LLC, Solaris Property Owner LLC,
Colorado Regional Center Project Solaris LLLP,
Solaris Property Owner I LLC, and Peter Knobel,
        Defendants.

---

# ORDER

---

        This matter coming to be heard on the Li Plaintiffs' Motion For Mandatory Injunction (i) Forcing CRCPS to Call the Loan and Repay Investors, and (ii) Enjoining CRCPS's Plan to Distribute Collateral in Kind to Limited Partners, the Court having been advised in the premises and reviewing arguments from counsels, IT IS HEREBY ORDERED AS FOLLOWS:

1. Colorado Regional Center Project Solaris LLLP ("CRCPS") is hereby ordered to send notice to Defendant Solaris Property Owner LLC and its successor ("SPO1") calling the loan from CRCPS for immediate payment in an amount calculated by CRCPS to include all applicable interest and fees owed by SPO1;
2. CRCPS is enjoined from pursing its planned distribution in kind to business entities set up by groups of limited partners.

                                            _____
                                            Judge/Magistrate
                                            Date of Entry: