IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Courtroom Deputy: Brandy Wilkins | FTR - Reporter Deck - Courtroom A402 |
| Date: March 2, 2020 | Alfred A. Arraj United States Courthouse |

Civil Action No.19-cv-02443-RM-STV

<u>Parties</u>:  <u>Counsel</u>:

JUN LI  Douglas E. Litowitz
QI QIN,  Brian P. Stewart
YI LIU,
JIE YANG,
YUQUAN NI,
LI FANG,
ZHONGZAO SHI,
FANG SHENG,
SHUNLI SHAO,
KAIYUAN WU,
ZHIJIAN WU,
ZHINGWEI LI,
YUWEI DONG,
LIN QIAO,
JINGE HU,
RUJUN LIU,
FAN ZHANF
LU LI,
SA WU,
YING XU,
CAO XIAOLONG,

     Plaintiffs,

v.

COLORADO REGIONAL CENTER  Stephanie Kanan
PROJECT SOLARIS LLLP,  Ty C. Gee
COLORADO REGIONAL CENTER I, LLC,
SOLARIS PROPERTY OWNER LLC,
PETER KNOBEL,
WAVELAND VENTURES LLC,

COLORADO REGIONAL CENTER,
SOLARIS PROPERTY OWNER LLLC

     Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session**: **1:33 p.m.**
Court calls case and appearances of counsel. Present with Mr. Gee is Mr. Ryan Smith.

This matter is before the Court regarding Rule 59(e) Motion to Amend Judgment due to Breach of Local Rules, Response to Motion to Strike, and Motion for Amended Compliant under Rule 15(a)(2) [131] filed January 28, 2020, and Plaintiffs' Motion for Leave to File a Second Amended Complaint Under F.R.C.P. 15 [144] filed January 31, 2020.

For reasons stated on the record, it is

**ORDERED:** Rule 59(e) Motion to Amend Judgment due to Breach of Local Rules, Response to Motion to Strike, and Motion for Amended Compliant under Rule 15(a)(2) [131] is GRANTED to the extent it seeks leave to file an Amended Complaint.

**ORDERED:** Plaintiffs' Motion for Leave to File a Second Amended Complaint Under F.R.C.P. 15 [144] is GRANTED.The Court will issue a further minute order regarding the Second Amended Complaint [144-11].

**ORDERED:** The Clerk of Court shall accept the Third Amended Complaint for Derivative and Direct Relief [121] as the Operative Complaint.  The response to the operative complaints is STAYED.

**ORDERED:** The deadline for joinder of parties and amendment of pleadings is set for March 23, 2020.

HEARING CONCLUDED.

**Court in recess: 2:20 p.m.**
Total In-Court Time:     00:47

To order a transcript of this proceeding, contact Patterson Transcription Company at (303) 755-4536 <u>OR</u> AB Litigation Services at (303)629-8534.

2