**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:19-cv-02443-RM-STV;
Consolidated with Civil Action No. 1:19-cv-02637

JUN LI, *et al*., individually and derivatively for Colorado Regional Center Project Solaris LLLP,

Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al*.,

Defendants.

## COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP'S PROPOSED ORDER GRANTING PETITION FOR ORDER TO SHOW CAUSE PURSUANT TO C.R.S. § 38-35-204 [ECF 115]

Defendant Colorado Regional Center Project Solaris, LLLP ("CRCPS"), by and through undersigned counsel, submits its Proposed Order Granting Petition for Order to Show Cause Pursuant to C.R.S. § 38-35-204 [ECF 115] (the "Proposed Order"), attached hereto as **Exhibit A**. The parties conferred on the form of the Proposed Order.  Solaris Property Owner I, LLC has no objection to the Proposed Order.  The Cui Plaintiffs object to the Proposed Order only as it relates to the finding that the Notice of Lis Pendens was spurious.  From CRCPS' perspective, however, it challenged the validity of the Notice of Lis Pendens based on C.R.S. § 38-25-204(1), which provides the mechanism for declaring a document spurious and therefore invalid.

1

Dated:  March 9, 2020

/ *James D. Kilroy*
James D. Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email:  jkilroy@swlaw.com
Email:  skanan@swlaw.com

*Counsel for Defendants Colorado Regional Center Project Solaris, LLLP and Colorado Regional Center I, LLC*

2

4827-4547-3974

**CERTIFICATE OF SERVICE**

   This is to certify that on March 9, 2020, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Hubert Kuo
Brian P. Stewart
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Harold A. Haddon
Ty Gee
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

             */s/ Sandy Braverman*
             for Snell & Wilmer L.L.P.

3

4827-4547-3974