IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02443-RM-STV;
Consolidated with Civil Action No. 1:19-cv-02637

JUN LI, *et al*., individually and derivatively for Colorado Regional Center Project Solaris LLLP,

Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al*.,

Defendants.

### [PROPOSED] ORDER GRANTING PETITION FOR ORDER TO SHOW CAUSE PURSUANT TO C.R.S. § 38-35-204 [ECF 115]

THIS MATTER comes before the Court pursuant to a hearing conducted on February 27, 2020 regarding Defendant Colorado Regional Center Project Solaris LLLP's ("CRCPS") Petition for Order to Show Cause Pursuant to C.R.S. § 38-35-204 (the "Petition") [ECF 115], which was joined by Solaris Property Owner I, LLC ("SPO I") [ECF 158]. The Court, being fully advised, and having considered counsel's argument on the record during the hearing, as well as CRCPS' Petition, together with the supporting affidavits from Rick Hayes and Peter Knobel, hereby

FINDS that the Cui Plaintiffs' First Amended Complaint does not assert any claim or requested any affirmative relief affecting title to real property to justify the Notice of Lis Pendens Pursuant to C.R.S. § 38-35-110 (the "Notice of Lis Pendens"), recorded in Eagle County, Colorado, Reception No. 201919399, on November 14, 2019. The Cui Plaintiffs asserted a claim

1

for "specific performance" against Solaris Property Owner, LLC ("SPO"), which does not hold title to the real property. SPO I holds title, and the Cui Plaintiffs failed to assert any claim against it that would affect title to the real property. The Court further finds that the Cui Plaintiffs failed to comply with the requirements under Fed. R. Civ. P. 23.1 and therefore did not plead any viable derivative claim on behalf of CRCPS, including their claim for "specific performance."

The Petition for Order to Show Cause Pursuant to C.R.S. § 38-35-204 is therefore GRANTED. The Court FURTHER ORDERS that

1. The Cui Plaintiffs' Notice of Lis Pendens [ECF 28; Case No. 19-cv-02637], recorded in Eagle County, Colorado, Reception No. 201919399, on November 14, 2019, is spurious and therefore invalid under C.R.S. § 38-35-201(3), and released pursuant to C.R.S. § 38-35-204(2);

2. The Clerk of the Court is directed to place under seal the Cui Plaintiffs' Notice of Lis Pendens [ECF 28; Case No. 19-cv-02637]; and

3. CRCPS shall submit its request for attorneys' fees under C.R.S. § 38-25-204(2) on or before March 12, 2020.

Dated this ____ day of March, 2020.

BY THE COURT:

_____
United States District Judge