IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:19-cv-02443-RM-STV;
Consolidated with Civil Action No. 1:19-cv-02637

Li, *et al*.,

       Plaintiffs,

v.

Waveland Ventures, LLC, *et al*.,

       Defendants.

---

## DECLARATION OF JAMES D. KILROY

---

      I, James D. Kilroy being of lawful age and declare under penalty of perjury that the foregoing is true and correct:

      1.      This Declaration is provided in support of Colorado Regional Center Project Solaris, LLLP's ("CRCPS") Motion for Attorney Fees Pursuant to C.R.S. § 38-35-204(2).

      2.      I am a partner with the law firm of Snell & Wilmer L.L.P. ("SW") and lead trial counsel for CRCPS, Waveland Ventures, LLC, Colorado Regional Center, LLC and Colorado Regional Center I, LLC (collectively, the "CRC Entities") in the above-captioned matters.  I am the attorney primarily responsible for the representation of the CRC Entities in these matters and have personal knowledge of the facts set forth in this Declaration and/or have gained knowledge of these matters through discussions with other attorneys within my firm and my review of documents.

3.    SW is a full-service law firm with more than 400 attorneys practicing in nine locations throughout the western United States and in Mexico.   SW has well-recognized commercial and securities litigation practices.

4.    A    full    description    of    each    practice    can    be    found    at www.swlaw.com/services/commercial-litigation   and   www.swlaw.com/services/securities-and-shareholder-litigation.

5.    I have twenty-eight years of experience handling litigation in jurisdictions across the United States in complex matters involving, among other things, federal and state securities violations.  *See* **Exhibit 1**.

6.    Along with myself, this case is staffed primarily with one then-senior associate (now junior partner) at my firm, Stephanie A. Kanan.  Ms. Kanan has worked on this matter since its commencement and has approximately seven years of experience handling commercial disputes, including securities and shareholder litigation, Colorado Consumer Protection Act, and other business tort cases.  *See* Ex. 1.  Ms. Kanan has assisted me with handling all aspects of the case (we divide tasks where appropriate so that only one of us primarily handled any given item), including legal research and briefing for the Petition for Order to Show Cause Pursuant to C.R.S. § 38-35-204 (the "Petition") and Reply, and preparing for and attending the hearing on February 27, 2020.

7.    Each core member of the team played an active and important role with regard to the lis pendens issue.  Tasks generally were divided so that only one biller performed any given task with minimal oversight billed to the client in order to keep costs low and increase efficiencies.  The regular hourly rates of the team members were $550 per hour for me, which represents a 12% discount from 2020 standard hourly rate; $445.00 for Ms. Kanan; and

$200.00 per hour for Jamie Ward, the paralegal who assisted with the lis pendens matter. *See* **Exhibit 2**.

8.      The CRC Entities, including CRCPS, retained SW to represent it in this action in or around August 2019 and generally agreed to pay the firm's standard hourly rates for this case. These standard hourly rates were subject to increase on a year-to-year basis and are reflected in the attached billing records showing all fees incurred related to the lis pendens matter.   *See* Ex. 2.

9.      I personally reviewed each of the invoices and believe them to fairly and accurately set forth the time spent and costs incurred in connection with the lis pendens matter in all material respects.  *See* Ex. 2.  These invoices were generated from SW's billing system that contains the contemporaneous time records showing the work performed by SW in connection with the matter, the hourly rates of the attorneys who performed these services, and the fees incurred by CRCPS in connection with the services provided.  *Id*.

10.      Based on my experience for work of this nature, the fees charged by SW to CRCPS in connection with the lis pendens matter are reasonable under the circumstances, were necessary, and represent fairly and accurately the time my firm spent on this matter.  As set forth in the Motion for Award of Attorney Fees, the total amount of fees billed by SW for work in connection with this matter was $22,270.50 and the total amount of hours expended by SW billers was 46.9 hours.  *See* Ex. 2.

11.      As part of my review of the fees for this application, both myself and Ms. Kanan thoroughly reviewed each time entry billed to confirm whether additional reductions to the fee request were appropriate.  Based on this review, we determined that amounts requested did not include any unnecessary duplication or peripheral issues unrelated to the lis pendens matter.

4839-7196-7159

12.     Given my experience with litigation of this nature and size, spending 46.9 hours to address and extinguish an invalid lis pendens recorded against real property that is individually valued at over $62 million was more than reasonable.

13.     Specifically, the time and hours sought through this application are as follows:

**Table 1: Lodestar Calculation**

| Timekeeper | Title (experience) | Rate | Hours | Total Fees |
|---|---|---|---|---|
| Jim Kilroy | Partner (+ 28 yrs) | $550/hr | 14.5 | $7,975.00 |
| Stephanie Kanan | Associate/Partner (+7 yrs) | $445/hr | 31.9 | $14,195.50 |
| Jamie Ward | Paralegal | $180/hr | .5 | $100.00 |
| | | **TOTAL LODESTAR** | **46.9** | **$22,270.50** |

14.     The table above is representative of the lodestar calculation and was generated using the time records and accurately reflects the portions of the billing statements that are being sought with this application.  *See* Ex. 2.

15.     Based on my knowledge and experience, the hourly rates charged by SW's attorneys are consistent with the rates charged for this type of litigation by attorneys with similar levels of experience, reputation, and expertise in the areas of business and securities litigation. In addition, my 2017 rate of $575/hour was determined to be reasonable by a Colorado district court in El Paso County (*Legacy Colo. Springs, LLC v. Coco's Restaurants, et al.*, Case No. 2017CV31518) and my 2018 rate of $585/hr was undisputed and approved by Judge Jackson in a Lanham Act case in this District last year (*Mionix, LLC, et al. v. ACS Technology (aka) Mionix CO., et al.*, Case No. 16-cv-02154-RBJ).

16.     The hours expended by Snell & Wilmer were reasonable, particularly given the Cui Plaintiffs' conduct, which significantly expanded the scope of the issues CRCPS was forced to address.  CRCPS gave the Cui Plaintiffs numerous opportunities to reconsider their position and release the lis pendens without resorting to judicial intervention.  After weeks of refusing to cooperate, CRCPS filed its Petition and Motion for Forthwith Hearing, both of which were opposed by the Cui Plaintiffs.  In their Opposition to the Petition, the Cui Plaintiffs not only ignored, or attempted to minimize, the numerous pleading deficiencies in their Amended Complaint, which alone rendered the lis pendens invalid, but they also raised several issues that were wholly irrelevant to the Court's analysis.  This required CRCPS to research and prepare responses to such arguments in its briefing and/or for oral argument. For example, the Opposition to the Petition described the details of the Cui Plaintiffs' offer to release the lis pendens in exchange for an agreement to escrow any sale proceeds of the units, which would have effectively amounted to a pre-judgment attachment.  Although CRCPS did not specifically address this issue in its Reply, CRCPS was nevertheless required to research it in preparation for the hearing.

17.     The Cui Plaintiffs also forced CRCPS to spend unnecessary time drafting a reply to their Opposition to the Motion for Forthwith Hearing.  The Cui Plaintiffs entirely misconstrued CRCPS' request for a hearing and, again, raised issues that were inapplicable or altogether irrelevant.  Ultimately, the Court set a hearing to address the Petition and the other related motions, which eliminated the need to file any reply, but by that time, CRCPS had already finished drafting the motion.

18.     Moreover, given CRCPS' experience with prior hearings and the briefing in this matter, and the propensity of counsel to raise ancillary issues not before the Court,

CRCPS prepared oral argument not only for the lis pendens issues, but also various unrelated issues that the Cui Plaintiffs had raised by email leading up to the hearing.   In addition, on the evening before the hearing, the Cui Plaintiffs filed a Notice of Errata, purporting to correct certain deficiencies contained in their Amended Complaint.  This required CRCPS to expend additional time researching this issue and preparing additional argument for the hearing the next day.

19.     Furthermore, the services provided were done in a cost-efficient manner and work was distributed in an effort to reduce the economic burden. The matter was not overstaffed, and hours billed were appropriate given the complexity of the issues.  The primary staffing ratio was 1 partner; 1 associate (now junior partner); and 1 paralegal.  The majority of the tasks related to the lis pendens issue were performed by Ms. Kanan with oversight from me.

20.     In my opinion, the overall fee amount of $22,270.50 is reasonable based on the complexity of the issues, the results obtained, the substantial amount at stake, and the amount of time that was required to be spent on this matter as well as other factors such as the difficulty of the legal issues and the experience and reputation of all counsel involved.

21.     The redacted copies of the invoices from SW to the CRC Entities for work on this matter are attached hereto as Exhibit 2.  These statements have been redacted to protect attorney-client privileged communications and to eliminate entries that are not being pursued as part of this fee application.  These invoices represent the total amount billed and incurred by CRCPS for SW's representation as it relates to the lis pendens.   These statements represent the contemporaneous time records indicating, for each attorney or paralegal, the date, the hours expended, and the nature of the work performed. *See generally* Ex. 2.

I hereby swear, under penalty of perjury of the laws of the United States of America, that the statements in this Declaration are true and accurate.

Executed on March 12, 2020.

James D. Kilroy

4839-7196-7159

# Exhibit 1

# Snell & Wilmer



## James D. Kilroy

**Partner | Denver**

Tel. 303.634.2005
jkilroy@swlaw.com

## Main Bio

Jim Kilroy is a partner in Snell & Wilmer's Denver office. His trial, appellate and arbitration practice covers all areas of business and employment litigation.

Jim represents clients in jurisdictions across the United States in matters involving contracts, securities, shareholder claims, officer and director liability, intellectual property, trade secrets, noncompetition agreements, mineral rights, real estate, construction, federal and state employment claims, and professional liability. He has extensive experience in complex litigation proceedings, including multidistrict litigation matters, class actions and collective actions.

## Education

- Tulane University (J.D., magna cum laude, 1991)
  - Order of the Coif
  - Articles Editor, Tulane Law Review
- University of Wisconsin (B.A., History, with honors, 1986)

## Professional Memberships & Activities

- Colorado Lawyers Committee
  - Board of Directors
- Colorado Judicial Institute
  - Board of Directors
- Denver Bar Association
- Colorado Bar Association
  - Court Reform Committee
- American Bar Association
  - Litigation Section
    - Business Torts Subcommittee
    - Corporate Counsel Subcommittee
- Faculty of Federal Advocates (Colorado)
- American Bar Foundation

## Exhibit 1

- Colorado Fellows of American Bar Foundation
  - Fellow
- Rocky Mountain Mineral Law Foundation

## Representative Presentations & Publications

- "Law firms strive to meet pro bono goals," Quoted, Denver Business Journal (June 14, 2013)

## Professional Recognition & Awards

- The Best Lawyers in America®, Commercial Litigation, Labor & Employment Litigation (2015-2020); Mass Tort Litigation/Class Actions - Defendants (2020)
- Colorado Super Lawyers®, Business Litigation (2006-2019)
  - Colorado Top 100 (2013-2019)
- Law Week Colorado, Barrister's Choice Award, Best Overall Litigator (2018)
- Task Force of the Year Award, Colorado Lawyers Committee's Homeless ID Task Force Steering Committee (2009)

## Community Involvement

- Boys & Girls Club of Metro Denver, Volunteer (2010-present)
- Colorado Lawyers for the Arts (2010-present)
- Metropolitan Volunteer Lawyers (2000-present)

## Other Professional Experience

- Freeborn & Peters, Partner
- James D. Kilroy, Sole Practitioner
- Baker & Hostetler, Associate

## Bar Admissions

- Colorado

## Court Admissions

- Supreme Court of Colorado
- United States Supreme Court
- United States District Court, District of Colorado
- United States Court of Appeals, Fifth Circuit
- United States Court of Appeals, Ninth Circuit
- United States Court of Appeals, Tenth Circuit

**Exhibit 1**

# Snell & Wilmer



## Stephanie A. Kanan

**Partner | Denver**

Tel. 303.634.2086
skanan@swlaw.com

## Main Bio

Stephanie Kanan focuses her practice on complex commercial litigation. She represents clients from a variety of industries in both state and federal courts. She has experience in commercial disputes, corporate governance and shareholder disputes, consumer lending litigation for institutional clients, contract negotiations, real estate and construction litigation, and insurance coverage disputes. As a former trial attorney at the Colorado State Public Defender's Office, Stephanie has tried many cases to verdict and has extensive courtroom experience.

Stephanie also has experience with various bankruptcy-related matters, such as recovering and distributing assets, negotiating and forming reorganization plans, and litigating adversary proceedings. She has represented Chapter 7 and Chapter 11 trustees, as well as secured and unsecured creditors, in litigating preference claims, avoidance actions and relief from stay proceedings.

## Representative Matters

- Represented an infrastructure management solutions company in a multi-million dollar lawsuit related to power disruption at a computer chip making plant.
- Represented midstream oil and gas company in breach of contract and bad faith denial of insurance coverage dispute arising out of the construction of a pipeline.
- Represented Chapter 7 Trustee at trial involving various fraud claims, including fraudulent conveyance, breach of fiduciary duty, and civil conspiracy.
- Represented members in a limited liability company asserting individual and derivative claims in an action against other members for breach of contract, unjust enrichment, breach of fiduciary duty, civil conspiracy and dissolution of the company.
- Represented member in a limited liability company in membership interest dispute.
- Represented financial institution in complex federal litigation involving a trust benefitting an heir to the one of the largest private companies in America.
- Represented court-appointed limited receiver of licensed collection agency.
- Represented financial institution in many matters following its purchase of assets from the FDIC.

## Education

- University of Colorado School of Law (J.D., 2010)

## Exhibit 1

- ○ Recipient, Public Service Pledge Award
- ○ Moot Court Board
- ○ Public Interest Student Association, Secretary
- ○ Diversity Awareness Now, Vice President
- University of Puget Sound (B.A., Political Science, 2003)

## Professional Memberships & Activities
- Colorado LGBT Bar Association
- Colorado Bar Association, Young Lawyers Division
- Colorado Women's Bar Association
- Faculty of Federal Advocates
- American Bar Association, Business Law Section
  - ○ Business Law Fellow

## Representative Presentations & Publications
- "Case Law and Legislative Updates for Financial Services Industry Practitioners," Co-Presenter, CBA-CLE, Denver, CO (April 17, 2019)
- "'Prenups' Are Not Just for Individuals: Protecting Your Client in a Business Divorce," Co-Author, Corporate Counsel Magazine (April 2018)
- "Same-Sex Married Couples Can Now File Joint Consumer Bankruptcy Petitions," Author, Law Week Colorado, Volume 14, Number 21 (May 23, 2016)

## Community Involvement
- City Year Denver, Associate Board Member (Present)
- Colorado Lawyers Committee
  - ○ Co-Chair, Denver Legal Night Clinics (2015-2019)
  - ○ Young Lawyers Division, Board Member (2015-2019)
- Rocky Mountain Immigrant Advocacy Network (RMIAN), Volunteer Attorney (2013-present)
- Impact Denver Leadership Program, Denver Metro Chamber of Commerce (Class of 2016)
- United States Peace Corps, Western Kenya, Health Education Resource Volunteer (2003-2005)

## Other Professional Experience
- Lindquist & Vennum, LLP, Associate (2013-2016)
- Colorado State Public Defender's Office, Trial Attorney (2010-2013)

## Bar Admissions
- Colorado

## Court Admissions
- Supreme Court of Colorado

## Exhibit 1

# Exhibit 2

Federal Tax ID Numbe █████



## Snell & Wilmer
### L.L.P
LAW OFFICES

One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
602.382.6000
www.swlaw.com

ALBUQUERQUE
BOISE
DENVER
LAS VEGAS
LOS ANGELES
LOS CABOS
ORANGE COUNTY
PHOENIX
RENO
SALT LAKE CITY
TUCSON
WASHINGTON DC

Colorado Regional Center I, LLC
██████████

Invoice Number: 2498828
Invoice Date: February 29, 2020
Client ID: ████

DUE UPON RECEIPT
PAYABLE IN $USD
When making payment, please refer to our
Client ID (above) and include remittance copy.

### INVOICE SUMMARY

Summary of Invoices Rendered Through: January 31, 2020

| Matter | File Title | Previous Balance Due | Current Fees | Current Costs | Total |
|---|---|---|---|---|---|
| ███ | Limited Partners Claim | ████ | ████ | ███ | ████ |
| | Total: | ████ | ████ | ███ | ████ |
| | Total Due This Statement: | | | | ████ |
| | Previous Balance: | | | | ████ |
| | Please Pay This Amount: | | | | ████ |

# Exhibit 2

Colorado Regional Center I, LLC

Invoice Number: 2498828
Invoice Date: February 29, 2020
Client ID: ▮

Page 2

DUE UPON RECEIPT
PAYABLE IN $USD
When making payment, please refer to our
Client ID (above) and include remittance copy.

Matter:                                    ▮ Limited Partners Claim
Billing Attorney:        Kilroy, James
Email: ▮

Professional Services Rendered Through 01/31/20:

| Timekeeper<br>Attorney Services | | Date | Rate | Hours | Amount |
|---|---|---|---|---|---|
| S. Kanan | Telephone call with R. Hayes, R. Hauptman, R. Glucksman and J. Kilroy to discuss ▮ ▮ | 01/09/20 | 445.00 | 0.80 | 356.00 |
| S. Kanan | Conduct research re ▮ lis pendens. | 01/09/20 | 445.00 | 0.60 | 267.00 |
| J. Kilroy | Telephone conference re: withdrawal of lis pendens with B. Stewart. | 01/15/20 | 550.00 | 0.80 | 440.00 |

**Exhibit 2**

Colorado Regional Center I, LLC

Invoice Number: 2498828
Invoice Date: February 29, 2020
Client ID: ███

Page 3

DUE UPON RECEIPT
PAYABLE IN $USD
When making payment, please refer to our
Client ID (above) and include remittance copy.

| Timekeeper | | Date | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | | | | |
| J. Kilroy | Draft motion to extinguish Cui Plaintiffs' lis pendens. | 01/16/20 | 550.00 | 5.50 | 3,025.00 |
| | | | | | |
| J. Kilroy | Telephone conference with R. Hayes and P. Knobel; draft motion for forthwith hearing. | 01/20/20 | 550.00 | 4.10 | 2,255.00 |
| | | | | | |
| S. Kanan | Review and revise motion for forthwith hearing. | 01/28/20 | 445.00 | 0.30 | 133.50 |

**Exhibit 2**

Colorado Regional Center I, LLC

Invoice Number: 2498828
Invoice Date: February 29, 2020
Client ID: ▮

Page 4

DUE UPON RECEIPT
PAYABLE IN $USD
When making payment, please refer to our
Client ID (above) and include remittance copy.

| Timekeeper | | Date | Rate | Hours | Amount |
|---|---|---|---|---|---|
| ▮ | ▮ | | | | |
| S. Kanan | Review and analyze communications from opposing counsel re amended pleadings and lis pendens motion. | 01/29/20 | 445.00 | 0.20 | 89.00 |
| ▮ | ▮ | | | | |
| J. Kilroy | Prepare reply in support of forthwith motion. | 01/31/20 | 550.00 | 4.10 | 2,255.00 |

Attorney Services ▮

Total All Services: ▮ ▮

Costs Advanced Through 01/31/20:

| Cost | Description | Date | Rate | Qty | Amount |
|---|---|---|---|---|---|
| ▮ | | | | | |

Total Costs Advanced: ▮

**Time Summary:**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Attorney Services | | | |
| ▮ | | | |

**Costs Summary:**

▮

TOTAL ▮

**Exhibit 2**

Colorado Regional Center I, LLC

Invoice Number: 2498828
Invoice Date: February 29, 2020
Client ID: ███

Page 5

DUE UPON RECEIPT
PAYABLE IN $USD
When making payment, please refer to our
Client ID (above) and include remittance copy.

Total Current Fees:
Total Current Costs:

Total Due:

THIS STATEMENT MAY NOT INCLUDE CHARGES FOR EXPENSES INCURRED DURING
THE PERIOD COVERED BY THIS BILLING BUT NOT YET RECEIVED BY THIS OFFICE

**Exhibit 2**

Federal Tax ID Number ████



Snell & Wilmer
L.L.P.
LAW OFFICES

One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
602.382.6000
www.swlaw.com

ALBUQUERQUE
BOISE
DENVER
LAS VEGAS
LOS ANGELES
LOS CABOS
ORANGE COUNTY
PHOENIX
RENO
SALT LAKE CITY
TUCSON
WASHINGTON DC

Colorado Regional Center I, LLC
████

Invoice Number: 2498831
Invoice Date: February 29, 2020
Client ID: ████

DUE UPON RECEIPT
PAYABLE IN $USD
When making payment, please refer to our
Client ID (above) and include remittance copy.

## INVOICE SUMMARY

Summary of Invoices Rendered Through: January 31, 2020

| Matter | File Title | Previous Balance Due | Current Fees | Current Costs | Total |
|---|---|---|---|---|---|
| ████ | DIANWEN CUI | ████ | ████ | ████ | ████ |
| | Total: | ████ | 3,204.00 | ████ | ████ |

| | | |
|---|---|---|
| Total Due This Statement: | | ████ |
| Previous Balance: | | ████ |
| Please Pay This Amount: | | ████ |

# Exhibit 2

Colorado Regional Center I, LLC

Invoice Number: 2498831
Invoice Date: February 29, 2020
Client ID: ▮

Page 2

DUE UPON RECEIPT
PAYABLE IN $USD
When making payment, please refer to our
Client ID (above) and include remittance copy.

Matter:                    ▮ DIANWEN CUI
Billing Attorney:          Kilroy, James
Email: ▮

Professional Services Rendered Through 01/31/20:

| Timekeeper | | Date | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **Attorney Services** | | | | | |
| S. Kanan | Draft petition for order to show cause to release second lis pendens. | 01/16/20 | 445.00 | 4.70 | 2,091.50 |
| S. Kanan | Review and revise petition for order to show cause to release second lis pendens and prepare for filing. | 01/17/20 | 445.00 | 1.90 | 845.50 |
| S. Kanan | Review and analyze notice of partial withdrawal of lis pendens and notice of errata. | 01/17/20 | 445.00 | 0.20 | 89.00 |
| S. Kanan | Communications with R. Hayes, R. Glucksman, R. Hauptman and J. Sergerdahl re ▮ | 01/18/20 | 445.00 | 0.20 | 89.00 |
| S. Kanan | Review and analyze recorded lis pendens and send to R. Hayes. | 01/30/20 | 445.00 | 0.20 | 89.00 |

Attorney Services ▮

Total All Services: ▮ ▮

Costs Advanced Through 01/31/20:

| Cost | Description | Date | Rate | Qty | Amount |
|---|---|---|---|---|---|
| ▮ | | | | | |

Total Costs Advanced: ▮

**Time Summary:**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Attorney Services** | | | |
| ▮ | | | |

**Exhibit 2**

Colorado Regional Center I, LLC

Invoice Number: 2498831
Invoice Date: February 29, 2020
Client ID: ■■

Page 3

DUE UPON RECEIPT
PAYABLE IN $USD
When making payment, please refer to our
Client ID (above) and include remittance copy.

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| ████████████████████████████████████ | | | |

**Costs Summary:**

████████████████████████████████████

TOTAL                                                    ████

Total Current Fees:
Total Current Costs:

Total Due:

THIS STATEMENT MAY NOT INCLUDE CHARGES FOR EXPENSES INCURRED DURING
THE PERIOD COVERED BY THIS BILLING BUT NOT YET RECEIVED BY THIS OFFICE

**Exhibit 2**



Federal Tax ID Number:

Run Date: 3/3/2020  3:57 PM

**Snell & Wilmer L.L.P.**

**1244   Kilroy, James**

Client Code:

Colorado Regional Center I, LLC

DRAFT PREBILL

Print Date: 3/3/2020  3:57 PM

Prebill Number:      1076668

Client Prebill Notes

Client Billing Notes      Through Date:  2/29/2020

Email:

| Matter | Blend | Actual AR | AR Other | Fees | Cost | Total | Unapplied Bal   On Acct Fee Bal |
|--------|-------|-----------|----------|------|------|-------|---------------------------------|
| Matter Name | | | | | | | Retainer Bal   On Acct Disb Bal |
| Limited Partners Claim | | | | | | | |

Colorado Regional Center I, LLC

Totals

Balance Forward

Total



**Exhibit 2**

Run Date: 3/3/2020  3:57 PM

**Snell & Wilmer L.L.P.**

DRAFT PREBILL

Print Date: 3/3/2020  3:57 PM

Prebill Number:          1076668

Federal Tax ID Number: ▊

**1244   Kilroy, James**

Client Code: ▊

Colorado Regional Center I, LLC

Colorado Regional Center I, LLC  ▊ - J. Kilroy @$▊

Estimated Fee:

**Limited Partners Claim**

**Responsible Atty:   Kilroy, James**

**Comments**

**Matter Prebill Notes**

**Matter Billing Notes**

**Time Detail**

| Time ID | Timekeeper | Print | Loc | Phase.Task | Date | Base Hrs | Bill Hrs | Eff Rate | Std Value | Base Value | Bill Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Attorney Services | | | | | | | | | | | |
| 20302866 | 5877 S. Kanan | Y | NA | . | 2/17/2020 | 0.5 | 0.5 | 445.00 | 222.50 | 222.50 | 222.50 |
| | | | | Review and analyze response to petition for order to show cause and formulate reply arguments. | | | | | | | |
| 20302867 | 5877 S. Kanan | Y | NA | . | 2/17/2020 | 0.5 | 0.5 | 445.00 | 222.50 | 222.50 | 222.50 |
| | | | | Telephone call with R. Glucksman, R. Hayes and J. Segerdahl re ▊ | | | | | | | |

Federal Tax ID Number: ▮

Run Date: 3/3/2020 3:57 PM

## Snell & Wilmer L.L.P.

Prebill Number:   1076668

DRAFT PREBILL
Print Date: 3/3/2020  3:57 PM

Colorado Regional Center I, LLC   - J. Kilroy @ $▮

**1244   Kilroy, James**
Client Code:   ▮
Colorado Regional Center I, LLC   ▮

**Limited Partners Claim**
**Responsible Atty:   Kilroy, James**
**Comments**

Estimated Fee:

**Matter Prebill Notes**        **Matter Billing Notes**

**Time Detail**

| Time ID | Timekeeper | Print | Loc | Phase.Task | Date | Base Hrs | Bill Hrs | Eff Rate | Std Value | Base Value | Bill Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20302889 | 5877 S. Kanan | Y | NA . | | 2/18/2020 | 4.9 | 4.9 | 445.00 | 2,180.50 | 2,180.50 | 2,180.50 |
| | | | | | Draft reply in support of petition for order to show cause. | | | | | | |
| 20312161 | 5877 S. Kanan | Y | NA . | | 2/19/2020 | 3.1 | 3.1 | 445.00 | 1,379.50 | 1,379.50 | 1,379.50 |
| | | | | | Draft reply in support of petition for order to show cause. | | | | | | |
| 20312451 | 5877 S. Kanan | Y | NA . | | 2/20/2020 | 1.4 | 1.4 | 445.00 | 623.00 | 623.00 | 623.00 |
| | | | | | Review and revise reply in support of petition for order to show cause and prepare for filing. | | | | | | |
| 20349203 | 5877 S. Kanan | Y | NA . | | 2/24/2020 | 0.6 | 0.6 | 445.00 | 267.00 | 267.00 | 267.00 |
| | | | | | Prepare for motions hearing on lis pendens. | | | | | | |
| 20349266 | 5877 S. Kanan | Y | NA . | | 2/25/2020 | 0.3 | 0.3 | 445.00 | 133.50 | 133.50 | 133.50 |
| | | | | | Call with R. Hayes ▮ | | | | | | |

**Exhibit 2**

Federal Tax ID Number: █████

**Snell & Wilmer L.L.P.**

Run Date: 3/3/2020  3:57 PM

**1244   Kilroy, James**

Client Code: ██████

Colorado Regional Center I, LLC

DRAFT PREBILL
Print Date: 3/3/2020  3:57 PM

Prebill Number:      1076668

**Limited Partners Claim**
**Responsible Atty:   Kilroy, James**
Comments
**Time Detail**

Estimated Fee:

Colorado Regional Center I, LLC ████ - J. Kilroy @$████

**Matter Prebill Notes**                **Matter Billing Notes**

| Time ID | Timekeeper | Print | Loc | Phase.Task | Date | Base Hrs | Bill Hrs | Eff Rate | Std Value | Base Value | Bill Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20349272 | 5877<br>S. Kanan | Y | NA | . | 2/25/2020<br>Prepare for lis pendens hearing. | 0.5 | 0.5 | 445.00 | 222.50 | 222.50 | 222.50 |
| 20349423 | 5877<br>S. Kanan | Y | NA | . | 2/26/2020<br>Communications with R. Glucksman re ████████. | 0.4 | 0.4 | 445.00 | 178.00 | 178.00 | 178.00 |
| 20349429 | 5877<br>S. Kanan | Y | NA | . | 2/26/2020<br>Conduct research re ████████████ for lis pendens hearing. | 2.4 | 2.4 | 445.00 | 1,068.00 | 1,068.00 | 1,068.00 |
| 20349546 | 5877<br>S. Kanan | Y | NA | . | 2/27/2020<br>Meeting with R. Glucksman and R. Hauptman to discuss ████. | 0.5 | 0.5 | 445.00 | 222.50 | 222.50 | 222.50 |
| 20349553 | 5877<br>S. Kanan | Y | NA | . | 2/27/2020<br>Conduct research re ████████████ for lis pendens hearing. | 2.3 | 2.3 | 445.00 | 1,023.50 | 1,023.50 | 1,023.50 |
| 20349569 | 5877<br>S. Kanan | Y | NA | . | 2/27/2020<br>Draft arguments in preparation lis pendens hearing. | 2.4 | 2.4 | 445.00 | 1,068.00 | 1,068.00 | 1,068.00 |
| 20349574 | 5877<br>S. Kanan | Y | NA | . | 2/27/2020<br>Attend and argue lis pendens issues at hearing with J. Moore. | 1.9 | 1.9 | 445.00 | 845.50 | 845.50 | 845.50 |

**Exhibit 2**

Run Date: 3/3/2020 3:57 PM

**Snell & Wilmer L.L.P.**

Federal Tax ID Number:

**1244   Kilroy, James**

Client Code:

Colorado Regional Center I, LLC

DRAFT PREBILL

Print Date: 3/3/2020 3:57 PM

Prebill Number:   1076668

Colorado Regional Center I, LLC — J. Kilroy @$$

**Limited Partners Claim**

**Responsible Atty:   Kilroy, James**

**Comments**

Estimated Fee:

**Time Detail**

**Matter Prebill Notes**

**Matter Billing Notes**

| Time ID | Timekeeper | Print | Loc | Phase.Task | Date | Base Hrs | Bill Hrs | Eff Rate | Std Value | Base Value | Bill Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20349644 | 5877 S. Kanan | Y | NA | . | 2/28/2020 | 0.7 | 0.7 | 445.00 | 311.50 | 311.50 | 311.50 |
| | | | | | Draft proposed order releasing lis pendens and record minute order. | | | | | | |
| 20349650 | 5877 S. Kanan | Y | NA | . | 2/28/2020 | 0.4 | 0.4 | 445.00 | 178.00 | 178.00 | 178.00 |
| | | | | | Communications with R. Glucksman and R. Hauptman re | | | | | | |

Attorney Services

Para-Professional Services

**Exhibit 2**

Federal Tax ID Number: [redacted]

**Snell & Wilmer L.L.P.**

Run Date: 3/3/2020  3:57 PM

**1244   Kilroy, James**

Client Code: [redacted]

Colorado Regional Center I, LLC

DRAFT PREBILL

Print Date: 3/3/2020  3:57 PM

Prebill Number:        1076668

Colorado Regional Center I, LLC    -J. Kilroy @$c

**Limited Partners Claim**

**Responsible Atty:   Kilroy, James**

**Comments**

Estimated Fee:

**Matter Prebill Notes**

**Matter Billing Notes**

**Time Detail**

| Time ID | Timekeeper | Print | Loc | Phase.Task | Date | Base Hrs | Bill Hrs | Eff Rate | Std Value | Base Value | Bill Value | Summ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20351410 | 5866 | Y | NA | . | 2/28/2020 | 0.5 | 0.5 | 200.00 | 100.00 | 100.00 | 100.00 | |
| | J. Ward | | | | | | | | | | | |

Prep and execute for recording with Eagle County Clerk and Recorder, Minute Order, and e-mail to S. Kanan re the same.

Para-Professional Services

Total All Services

Preset Discount

**Costs Advanced**

| Disb ID | Cost Code | | | | Date | | | | Rate | Qty | Bill Value | Summ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Snell & Wilmer L.L.P.**

Federal Tax ID Number: 

Run Date: 3/3/2020 3:57 PM

**1244   Kilroy, James**

Client Code:

Colorado Regional Center I, LLC

Prebill Number:   1076668

DRAFT PREBILL

Print Date: 3/3/2020 3:57 PM

Colorado Regional Center I, LLC   - J. Kilroy @$

**Limited Partners Claim**

**Responsible Atty:   Kilroy, James**

**Comments**

**Costs Advanced**

Estimated Fee:

**Matter Prebill Notes**

**Matter Billing Notes**

Disb ID      Cost Code      Date      Rate      Qty      Bill Value      Summ

Total Costs

**Time Summary**

Timekeeper      Eff Rate      Base Hrs      Bill Hrs      Adjustments      Discounts      Date      Std Value      Base Value      Bill Value

Attorney Services

1244      J. Kilroy

5877      S. Kanan

Attorney Services

Para-Professional Services

5866      J. Ward

Para-Professional Services

Preset Discount

Total Fees for this Matter

**Phase.Task Summary**

Phase.Task      Hours      Amount

**Exhibit 2**



**Snell & Wilmer L.L.P.**

Run Date: 3/3/2020  3:57 PM

DRAFT PREBILL

Print Date: 3/3/2020  3:57 PM

Prebill Number:     1076668

Federal Tax ID Number:

**1244     Kilroy, James**

Client Code:

Colorado Regional Center I, LLC

**Limited Partners Claim**

**Responsible Atty:   Kilroy, James**

**Comments**

Colorado Regional Center I, LLC - J. Kilroy @$0...

Estimated Fee:

**Phase.Task Summary**

**Matter Prebill Notes**

**Matter Billing Notes**

Phase.Task

Hours          Amount

Totals

Hours

**Cost Summary**

Cost Code    Description

From          Through          Billed Amt

Total Costs

Year - To - Date

Hours          Dollars          Rate          From          Through          ITD Dollars

**Timekeeper Type**

Totals

**Aged Accounts Receivable**

0 - 30 Days          31 - 60 Days          61 - 90 Days          Over 90 Days          Total

Totals

Billing Instructions: Fees & Cost _____  Costs Only _____  Bill & Apply (UA Cash Only) _____  New Draft _____  Write Off _____  Hold _____  Internal _____

**Exhibit 2**