# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Li Fang,
Zhongzao Shi, Fang Sheng,  et al.,
              Plaintiffs,

                                        Hon. Judge Raymond Moore
           v.                           Hon. Magistrate Scott Varholak

Waveland Ventures LLC, Colorado Regional Center I, LLC,
Colorado Regional Center LLC, Solaris Property Owner LLC,
Colorado Regional Center Project Solaris LLLP,
Solaris Property Owner I LLC, and Peter Knobel,
              Defendants.

---

## Request for Scheduling Order on Motion for Mandatory Injunction

---

      The Li Plaintiffs' Motion for Mandatory Injunction [ECF 165] was stayed until the later of

March 23rd or order of this Court [ECF 168].  The Li Plaintiffs hereby ask that the stay be lifted

and the Motion briefed per Local Rule 7.1(d), or on an accelerated timetable.

      As explained in the Motion, the whole case can be solved in one stroke, fairly and legally,

without wasting any more judicial resources.

      WHEREFORE, the Li Plaintiffs ask for this Court to start the clock ticking under Local

Rule 7.1(d) on the Motion for Mandatory Injunction.

      Dated: March 24, 2020

                                  Respectfully Submitted,

                                  /s/ Douglas Litowitz
                                  413 Locust Place

Deerfield, IL 60015
312-622-2848
Litowitz@gmail.com

CERTIFICATE OF SERVICE

I, Douglas Litowitz, certify that this Request for Scheduling Order was served on all counsels of record by filing the same with the ECF system for the District of Colorado on March 24, 2020.

/s/ Douglas Litowitz