IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443-RM-STV

Li, *et al*.,

    Plaintiffs,

v.

Waveland Ventures, LLC, *et al*.,

    Defendants.

## DEFENDANTS WAVELAND VENTURES, LLC, COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, COLORADO REGIONAL CENTER, LLC AND COLORADO REGIONAL CENTER I'S MOTION TO SET BRIEFING SCHEDULE FOR DEFENDANTS' REPSONSES

Defendants Waveland Ventures, LLC, Colorado Regional Center Project Solaris, LLLP, Colorado Regional Center, LLC and Colorado Regional Center I (the "CRC Entities") by and through undersigned counsel, hereby submit this Motion to Set Briefing Schedule for Defendants' Responses, stating as follows:

**CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1 (a)**

Undersigned counsel has conferred with counsel for the Li Plaintiffs, the Cui Plaintiffs and the SPO Defendants, which constitute all counsel in this case, regarding the subject matter of this Motion. All parties agree to the relief requested herein.

1.    On March 3, 2020, Magistrate Judge Varholak issued a minute order setting the deadline for joinder of parties and amendment of pleadings for March 23, 2020 and staying Defendants' responses. [ECF 166].

2. It is now clear that the Li Plaintiffs' operative complaint is its Third Amended Complaint [ECF 121]. The Cui Plaintiffs' operative complaint is their Second Amended Complaint. [ECF 169]. Counsel for the Cui Plaintiffs has indicated that a Third Amended Complaint will be filed and that such filing should not disrupt this proposed briefing schedule.

3. The stay on Defendants' responses is no longer necessary in light of the clarity regarding the operative pleadings.

4. The CRC Entities propose and request a lift of this stay, and a briefing schedule such that Defendants' responses to Plaintiffs' operative pleadings identified above be on or before May 11, 2020.

WHEREFORE, the CRC Entities respectfully request a briefing schedule such that Defendants' responses to Plaintiffs' operative pleadings identified above be due on or before May 11, 2020.

DATED: April 2, 2020.

/s/James D. Kilroy
James D. Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202
Telephone: 303.634.2000
Facsimile: .303.634.2020
Email: jkilroy@swlaw.com
Email: skanan@swlaw.com

***Counsel for Defendants Waveland Ventures, LLC, Colorado Regional Center Project Solaris, LLLP, Colorado Regional Center, LLC and Colorado Regional Center I, LLC***

2

4852-3575-8265.1

## CERTIFICATE OF SERVICE

  This is to certify that on April 2, 2020, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Hubert Kuo
Brian P. Stewart
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Harold A. Haddon
Ty Gee
David Maxted
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

            */s/Amy Kovarsky*
            for Snell & Wilmer L.L.P.