# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 19-cv-02443**
**Consolidated with Civil Action No. 19-cv-02637**

Jun Li, Qi Qin, Yi Liu, et al.,
        Plaintiffs,

v.                                                                   Hon. Magistrate Scott Varholak

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner LLC I, and
Peter Knobel,
        Defendants.

## Declaration of Brian P. Stewart

I, Brian P. Stewart, am over the age of eighteen and have personal knowledge of the facts stated herein and hereby to state as follows:

1. I am an attorney at The Ardent Law Group, attorneys of record for the Plaintiff's in Civil Action No. 19-cv-02637. This declaration is offered in support of Plaintiffs Opposition to the Motion for Attorney's Fees [ECF 173].

2. After the lis pendens was filed and recorded in this matter, I had several telephone conversations with James Kilroy, counsel for the moving parties, with respect to my clients lis pendens. We discussed his request that we remove the lis pendens to allow for sales of portions of the real property affected by the lis pendens. On each occasion I offered to remove the lis pendens so long as the sale proceeds were held in an escrow account pending resolution of the claims in the lawsuit. This suggestion was always rejected. During these conversation, Mr. Kilroy

never articulated a reason why he felt the lis pendens was improper, other than to state that the lis pendens in the Li matter had already been found to be spurious.

3. At no time during these conversations did Mr. Kilroy ever suggest that the real property claim in the complaint was plead against the wrong party. Additionally, during these conversations, Mr. Kilroy never indicated that he believed the real property claim in the First Amended Complaint was insufficient because it was not verified.

4. On or about January 16, 2020, I exchanged e-mails with James Kilroy wherein he indicated that he intended to bring an Order to Show Cause re Removal of the Lis Pendens. His meet and confer failed to offer any basis upon which the motion would be made. I responded in a good faith attempt to meet and confer, but was never given any further guidance as to what the issues were. (a true and correct copy of the e-mail exchange is attached hereto as Exhibit "A").

5. Had Mr. Kilroy ever presented these issues during the conferral process, we would have withdrawn the lis pendens and sought to amend the Complaint to correct these technical errors.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of April 2020.

/s/ Brian P. Stewart_____
Brian P. Stewart
**Ardent Law Group**
4340 Von Karman Ave.,
Suite 290
Newport Beach, California 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127
bstewart@ardentlawgroup.com
*Counsel for Plaintiffs Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong Zhang, Qin Zhou, Xun Zhu, Chunyi Zou, individually, and on behalf of Colorado Regional Center Project Solaris LLLP*

## CERTIFICATION OF SERVICE

The undersigned attorney certifies that copies of the foregoing:
Declaration of Brian P. Stewart
was served through ECF on April 2, 2020 upon all parties who have appeared.

/s/ Brian P. Stewart
Brian P. Stewart
