# Brian Stewart

**From:** Brian Stewart <bstewart@ardentlawgroup.com>
**Sent:** Thursday, January 16, 2020 3:44 PM
**To:** 'Kilroy, James'
**Cc:** 'Hubert Kuo'
**Subject:** RE: Withdrawal of Lis Pendens on 6CWest

Jim – As you have pointed out, I do not agree with you on this issue. However, I believe that in a meet and confer you are supposed to explain your position a little more thoroughly. Your statement that our pleading does not support a lis pendens under Colorado law is a general opinion. Our complaint alleges that the plaintiffs have a claim to an interest in real property. Our complaint is directed at the fact that the borrower has neither repaid the loan nor transferred title to the real property to the LLLP. Your defense in the related action was that it will be too costly to transfer the property which is why the borrower continues to hold title while being allowed to no longer repay the loan and no longer incur any expenses related to ownership of the property (I would point out that the other action featured a request for a restraining order and a complaint that did not allege a claim to an interest in real property).

The only document that suggests that the LENDER should assume responsibility for any of the expenses related to the borrower choosing to convey title to the security in lieu of repayment of the loan is the Agreement Regarding Collateral Units. This agreement was entered into in April 2015 and purports to have the GP relinquish its rights to interest payments or default interest while allowing SPO I to maintain title to the property without any obligations to pay the expenses. It also purports to alter the original loan documents by way of an attached proposed Transfer Agreement which requires the LENDER to assume responsibility for all fees and costs associated with the borrowers election to transfer title in lieu of repayment. The Agreement Regarding Collateral Units is not supported by any consideration whatsoever and is unenforceable. It is clear that the GP entered into this agreement purely for the benefit of the borrower, with the GP lender receiving no benefit of any kind. It seems clear that the only party that benefits from SPO I maintaining title to the Units is SPO I. If you can show me anywhere else in the documents that the lender is required to pay any of the fees being demanded in connection with the borrowers choice to convey title to the security to the lender that would be helpful. Additionally, please provide me with the legal authority you intend to rely upon in making your motion, then I would be in a better position to meet and confer.

And for the record I continue to be mystified why your office continues to carry the water for the borrower while borrowers counsel is silent in this regard. While I believe that the Agreement Regarding Collateral Units is unenforceable it would provide better optics if SPOI's attorney actually tried to make the argument.

Brian P. Stewart, Esq.
ARDENT LAW GROUP, P.C.
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
PH:         949.299.0188
FAX:        949.299.0127
Email: bstewart@ardentlawgroup.com

This message and any attached documents contain information from the law firm of Ardent Law Group, P.C. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

1

From: Kilroy, James [mailto:jkilroy@swlaw.com]
Sent: Thursday, January 16, 2020 2:29 PM
To: Roger Hauptman <roger@rahlegal.com>; 'Brian Stewart' <bstewart@ardentlawgroup.com>
Cc: 'Hubert Kuo' <hkuo@ardentlawgroup.com>; Kanan, Stephanie A. <skanan@swlaw.com>
Subject: RE: Withdrawal of Lis Pendens on 6CWest

Brian:

I know you are working with Roger on lifting the lis pendens as to three units (one that CRC has an offer to sell, we hope) and two others that were sold a long time ago. I encourage you to continue that effort with Roger.

Independent of that effort, this is a formal meet and confer regarding our planned petition for order to show cause under CRS 38-35-204. As you know from the Li action before the court consolidated the cases, this petition will be for an extinguishment of the entire lis pendens you filed. Your pleading does not – because it cannot – support a lis pendens filing under Colorado law.

While we appreciate your willingness to discuss one-off lifts of the lis pendens on a unit by unit basis, the fact remains that your lis pendens filing killed a bulk sale opportunity weeks ago and it may have now killed this single unit opportunity. Based on our conversations, I understand you intend to oppose our petition. We intend to file tomorrow morning so please confirm your intention – or correct it.

Thanks.

Jim

**James D. Kilroy**
**Snell & Wilmer L.L.P.**
**1200 17th Street, Suite 1900**
**Denver, Colorado 80202**
**Office: 303.634.2005**
**Cell: 720.341.3579**
jkilroy@swlaw.com   www.swlaw.com

# Snell & Wilmer

Denver, Las Vegas, Los Angeles, Los Cabos, Orange County, Phoenix, Reno, Salt Lake City, Tucson

From: Roger Hauptman <roger@rahlegal.com>
Sent: Thursday, January 16, 2020 12:47 PM
To: 'Brian Stewart' <bstewart@ardentlawgroup.com>
Cc: 'Hubert Kuo' <hkuo@ardentlawgroup.com>; Kilroy, James <jkilroy@swlaw.com>
Subject: RE: Withdrawal of Lis Pendens on 6CWest

[EXTERNAL]

Brian,

I don't know the name of the buyer, but will provide it as soon as I am provided with a copy of the contract. With respect to proceeds, they would be applied as follows:

2

- First, given the volume of concerns my client has heard from LPs regarding the status of title (even though we believe that they are without merit), to fund the necessary expenses to effectuate the transfer of all remaining collateral units from SPO to CRCPS, including closing costs, HOA payments, etc.
- Second, to accrued and unpaid liabilities of the partnership;
- Third, to establish adequate reserves for working capital expenses; and
- To the extent there are available proceeds, to the LPs on a pro rata basis.

Please let me know asap how you would like to proceed. I am happy to jump on a call as well to discuss any questions you may have.

Thank you,

Roger Hauptman



**HAUPTMAN**
LLC

280 Detroit Street
Denver, CO 80206
Ph: 303.495.5599
Mobile: 303.521.4727
Email: roger@rahlegal.com


**From:** Brian Stewart <bstewart@ardentlawgroup.com>
**Sent:** Thursday, January 16, 2020 12:16 PM
**To:** 'Roger Hauptman' <roger@rahlegal.com>
**Cc:** 'Hubert Kuo' <hkuo@ardentlawgroup.com>
**Subject:** RE: Withdrawal of Lis Pendens on 6CWest

Roger – I am waiting for approval from the client. In addition, we would like to have the name of the buyer, which we would keep confidential, and would like to know how the proceeds will be applied to the debt.

Brian P. Stewart, Esq.
ARDENT LAW GROUP, P.C.
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
PH:        949.299.0188
FAX:       949.299.0127
Email: bstewart@ardentlawgroup.com


This message and any attached documents contain information from the law firm of Ardent Law Group, P.C. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy,

distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

**From:** Roger Hauptman [mailto:roger@rahlegal.com]
**Sent:** Tuesday, January 14, 2020 10:58 AM
**To:** 'Hubert Kuo' <hkuo@ardentlawgroup.com>; 'Brian Stewart' <bstewart@ardentlawgroup.com>
**Cc:** 'Kilroy, James' <jkilroy@swlaw.com>
**Subject:** Withdrawal of Lis Pendens on 6CWest

Hubert and Brian,

As we discussed, CRCPS has received an offer to sell Unit 6CWest and prior to executing the contract, needs to have assurance that your clients will release the lis pendens on the property in a manner to allow the sale to proceed. The effective purchase price for the unit is $2.6 million, with the offer to be written at $2.8 with $200,000 of credits and allocations (such as HOA, etc.). The buyer is neither a related party nor an affiliate of any CRCPS/Waveland or Knobel controlled entity. I am not sure if the title company is identified in the contract, but I will get you that information asap so you may deposit an extinguishment document in escrow as you indicated.

Please provide me with written assurance as soon as possible that you will withdraw the lis pendens on this particular unit so that CRCPS may proceed with the sale.

Let me know if you need any additional information before providing the assurance/instruction that we discussed.

Thank you,

Roger Hauptman



**HAUPTMAN**
LLC

280 Detroit Street
Denver, CO 80206
Ph: 303.495.5599
Mobile: 303.521.4727
Email: roger@rahlegal.com