AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

DIANWEN CUI, LEI GU, SUFEN LENG, XUE MEI, ZHOU MEI, YAN SONG, LU WANG, YUE WU, ZHUO YANG, JINGWEN ZHANG, LEI ZHANG, see Attachment: Additional Parties for Plaintiffs )
)
)
)
)
*Plaintiff(s)* )
v. )
)
WAVELAND VENTURES, LLC, COLORADO REGIONAL CENTER, LLC, COLORADO REGIONAL CENTER I, LLC, see Attachment Additional Parties for Defendants )
)
)
)
*Defendant(s)* )

Civil Action No. 1:19-cv-02443-RM-STV
Consolidated with Case No. 1:19-cv-2637-RM-STV

## SUMMONS IN A CIVIL ACTION
For Second Amended Complaint

To: *(Defendant's name and address)* 1. WAVELAND VENTURES, LLC
280 Detroit St.,
Denver, CO 80206

See Attachment: Additional Defendants' Names and Addresses

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Hubert H. Kuo
Ardent Law Group, P.C.
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: April 7, 2020

CLERK OF COURT

s/ R. Villa, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

# ATTACHMENT: ADDITIONAL PARTIES FOR PLAINTIFFS

LING ZHANG, XIAOHONG ZHANG, QIN ZHOU, XUN ZHU, CHUNYI ZOU, individually, and on behalf of COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP

## ATTACHMENT: ADDITIONAL PARTIES FOR DEFENDANTS

COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP, SOLARIS PROPERTY OWNER LLC, SOLARIS PROPERTY OWNER LLC I, RICK HAYES, an individual, PETER KNOBBEL, an individual, and JOHN DOES 1-10,

Case No. 1:19-cv-02443-RM-STV   Document 182   filed 04/07/20   USDC Colorado   pg 4 of 4

## ATTACHMENT: ADDITIONAL DEFENDANTS' NAMES AND ADDRESSES

2. COLORADO REGIONAL CENTER, LLC
280 Detroit St.,
Denver, CO 80206

3. COLORADO REGIONAL CENTER I, LLC
280 Detroit St.,
Denver, CO 80206

4. COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
280 Detroit St.,
Denver, CO 80206

5. SOLARIS PROPERTY OWNER LLC
c/o The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

6. SOLARIS PROPERTY OWNER LLC I
c/o The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

7. RICK HAYES
300 West 6TH St., Suite 1810
Austin, TX 78701

8. PETER KNOBBEL
141 E. Meadow Dr., Suite 1000
Veil, CO 81657