# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, et al.,
        Plaintiffs,

                                            Hon. Raymond Moore
        v.                                       Hon. Magistrate Scott Varholak

Waveland Ventures LLC,
Colorado Regional Center I, LLC, et al.,
        Defendants.

## Status Report on Removal of General Partner By Proxies and Written Consents

At least one hundred and six (106) limited partners of Colorado Regional Center Project Solaris LLLP (the "LP") have signed proxies and written consents demanding removal of the general partner, Colorado Regional Center I LLC ("GP"). This is approximately 70% of the 152 known limited partners, and the number has been increasing daily. See Exhibits 1-3 for proxies and written consents #1 to 105.

Sections 9.07 of the Limited Liability Limited Partnership Agreement allows a majority of limited partners to call a special meeting or take action by written consent. Section 9.06 allows limited partners to remove the general partner for "cause" by a two-thirds (66%) vote or consent. Section 12.02 defines "cause" to include "fraud" (**not** as finally determined by a court or tribunal). Fraud, breach of fiduciary duty, and self-dealing are alleged in the complaints by the Li Plaintiffs and the Cui Plaintiffs and by 106 limited partners in the proxies and written consents. By Section 13.01(4), removal of the sole general partner triggers dissolution and winding up of the LP unless

the limited partners appoint a substitute general partner within 90 days. A letter from the proxyholder removing the GP and causing dissolution and winding up of the LP is attached hereto. See Exhibit 4.

The letter of removal extends an olive branch. If during the winding up period, the GP collects <u>in cash</u> the entire overdue principal and interest on the limited partners' money loaned to Solaris Property Owner I LLC and other entities related to defendant Peter Knobel, then the limited partners (assuming they have been made whole) will hold the GP and its affiliates harmless from any current or future claims.

As this is not a motion, there was no conferral with opposing counsel under Local Rule 7.1.

Dated: April 20, 2020

Respectfully Submitted,

/s/ Douglas Litowitz
413 Locust Place
Deerfield, IL 60015
312-622-2848
Litowitz@gmail.com

CERTIFICATE OF SERVICE

I, Douglas Litowitz, certify that this Status Update was served on all counsels of record by filing the same with the ECF system for the District of Colorado on April 20, 2020.

/s/ Douglas Litowitz