**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING  OF**
**LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER**
of
**COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP**
**("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依奴提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately.* 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** _____ (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

# PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
## of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** _Yufang Wu_ (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

### PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
### COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :**_____(签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** Zhijian Wu (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER** :_____ (签名)

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING  OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only.  I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : _____ (签名)  (LIN QIAO)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

扫描全能王 创建

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER**
**of**
**COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP**
**("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依奴提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** _____ (签名) ZHUO YANG.
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依纹提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人 。

**LIMITED PARTNER** :＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿(签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任;

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依纹提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** Hui CHEH _____(签名)

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

### PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
#### of
### COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
### ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : _Zhongwei Li_ _____(签名)

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依奴提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : _Yuwei Dong_____ (签名) 董鸿泽

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF
LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
of
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** _Yi Liu  刘 毅_ (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依奴提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately.* 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

3/21/2020.

LIMITED PARTNER : _____ (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING  OF
LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
of
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only.  I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** _ShaWu_____ (签名) Sha Wu

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依玟提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : _____ (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER**
of
**COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依奴提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER** :_____(签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** Yan Song  (签名)

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER**
of
**COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了受信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately.* 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :**_____(签名)
Rertern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF
LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
of
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately.* 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :**_____(签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依奴提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** _____Yuquan Ni_____(签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER**
of
**COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依奴提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** Xiao long _____ (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only.  I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** _____ Xiaofeng Liang (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER :＿＿＿＿＿＿＿＿＿＿＿＿＿＿(签名) SUI FEN LENG

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING  OF
LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER**
of
**COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only.  I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** _____(签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
### ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依奴提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : 邵衍艳 (签名)

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF
LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
of
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依奴提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合伙人。

**LIMITED PARTNER :** _____ (签名) *Rujun Lin*
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

### PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
### COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
### ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : _____ (签名)   Qi Qin

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER**
of
**COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因"是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依奴提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : _Lu Wang_ （签名）
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER**
of
**COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** _Qin Zhou_____(签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF
LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
of
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是: 现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合伙人。

**LIMITED PARTNER :** Yu Qinfang 俞勤芳 (签名)

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : _____(签名)  03 - 25 - 2020
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : _____(签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER :_____（签名）
Retern by scan to vick̶i̶i̶c̶h̶e̶n̶?̶h̶o̶t̶m̶a̶i̶l̶.̶c̶o̶m or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : _Fang Sheng_ (签名)

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER**
of
**COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依奴提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，米结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** _____ (签名) ZHOU MEI
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506