# PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
### ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依奴提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人，

LIMITED PARTNER : _Naidong Liu_ (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

扫描全能王 创建

# 92, Lei Zhang, (+1) 929-448-7840

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF
LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
of
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因"是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依纹提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** _____ (签名)

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF**
**LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER**
of
**COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP**
**("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务;

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任;

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务;

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务;

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately.* 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** _____ (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合伙人。

**LIMITED PARTNER :** _____ (签名) *Xiao shen wang*.

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** *Yong Jun Lee* (签名)   4/1/2020

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : _Qiu Li_____ (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : Li Yue _____ (签名)

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING  OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER**
**of**
**COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP**
**("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only.  I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任;

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** _____*Yizhen Dai*_____ (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF
LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
of
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因"是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任;

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务;

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** _____(签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依奴提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合伙人。

LIMITED PARTNER : Xue Han 伟雪 (签名)

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : ⟨signature⟩ (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER**
**of**
**COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** _____ 和 力 Weili (签名)

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER**
of
**COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依奴提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** Haowen Guan _____ (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only.  I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任;

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately.* 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** _Ying Li_____ (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER**
of
**COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** _Beili  Hueng_ (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER**

of

**COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现行普通合伙人未能催收 CRCPS 与 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现行普通合伙人拒绝催缴贷款，绝为了自己的利益和利润，该行为构成违反的做法。此外，整个交易结构以及我们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了投信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我授此向 Douglas Litowitz 的助理陈怡妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，将普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务.

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催缴贷款并将收益分配给所有有限合人。

LIMITED PARTNER : *Weigiong Su* (签名)

Retern by scan to vickichen@hotmail.com or WeChat vickichen506

# PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
## of
# COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
## ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依纹提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER** : Xin Ping Geng (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依纹提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners immediately. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** _Yudn Bi_ (签名)

**Rertern by scan to** vickiichen@hotmail.com **or WeChat vickiichen506**

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
### COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : _____ (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF
LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
of
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依奴投标书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

HAIBIN LI

**LIMITED PARTNER :** _____(签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : _____Yuan Qiao_____ (签名)

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF
LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
of
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因"是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依奴提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** *Tanya 袁淋* (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING  OF
LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
of
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only.  I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : Xiaoling Li  范应花(签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF
## LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
## ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依奴提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER :＿＿＿＿＿＿＿＿＿＿(签名)  RONG, JIE

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING  OF
LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
of
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only.  I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈侬妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** _____ (签名) Lian Shen
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER**
**of**
**COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任;

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依奴提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** _chenkaifang_ (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only.  I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER :_____(签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

### PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
### COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
### ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因"是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :___/S/Hsin-Yi WU_____**(签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
### ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :**_____(签名)

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER**
**of**
**COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty;"原因"是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任;

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依奴提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** 于建    Man Yu (签名)

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARTNER
### of
### COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
### ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : _____ (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING  OF
## LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
### ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only.  I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依纹提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER: _____ (签名)

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

## PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
### of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务：

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合伙人。

**LIMITED PARTNER :** _xusheng zhang_ (签名)

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

# PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
## of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : _____ (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

**PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER of COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")**

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依奴提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER** _____ (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

# PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARTNER
## of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
## ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务：

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款。现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : _____ (签名)   LIU ZHONG

Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506