# DOUGLAS LITOWITZ
Attorney-at-Law
413 Locust Place   Deerfield, IL 60015
312-622-2848   Litowitz@gmail.com   WeChat: ChicagoD

April 20, 2020

**By Email Attachment to Counsel**

Attn: Roger Hauptman
Registered Agent
Colorado Regional Center I LLC
280 Detroit Street, Denver, CO 80206

    Re:    **Removal of General Partner and Instructions on Winding Up**

Dear Mr. Hauptman,

My name is Yiwen "Vicki" Chen. I have been appointed as proxy for greater than two-thirds (66%) of the limited partners in Colorado Regional Center Project Solaris LLLP (the "LP"). Reference is made to the Limited Liability Limited Partnership Agreement effective November 12, 2010 (the "LPA"). The current general partner of the LP is Colorado Regional Center I LLC (the "GP"). The limited partners take the following actions by written consent as if taken by vote at a duly called special meeting:

1. The GP is hereby removed by written consent of the limited partners pursuant to sections 9.06, 9.07, and 12.02 of the LPA.
2. The removal is for cause due to fraud, breach of fiduciary duty, and self-dealing.
3. The removal shall cause a dissolution of the LP pursuant to Section 13 of the LPA.
4. The GP is instructed to wind up the affairs of the LP in the next 90 days.
5. Any amounts allegedly owing to the GP by the LP will be offset against claims by the limited partners against the GP and finally determined by a court of competent jurisdiction or agreement of the parties.
6. During the wind up period, the GP is instructed to demand immediate payment **in cash** of all outstanding principal and interest on the unpaid loan to Solaris Property Owner I LLC ("Borrower"). Such collection can be made from the Borrower, its predecessor entity, affiliated entities, or from defendant Peter Knobel as principal of the Borrower.
7. The LP is clearly adverse to the GP, and may hire independent counsel for the LP in case 19-cv-02443 (D. Colo.). GP shall fully cooperate with such counsel.
8. If during the winding up period, the GP collects all principal and interest due to the limited partners **in cash**, thereby making the limited partners whole, then the limited partners shall hold the GP and its affiliates harmless against any present or future claims.
9. The proxyholder may at any time appoint a successor general partner, in which case the GP shall remove itself from its current office and sever its contracts with affiliates.
10. The LP shall not pay attorneys or advisors' fees of the GP except to effectuate the demand for loan repayment as set forth above.

Sincerely,

/s/ Yiwen Chen
Assistant to Attorney Litowitz