# EXHIBIT C

```
 1                  IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLORADO
 2
       Civil Action No. 19-cv-2443-RM
 3
       Consolidated with Civil Action No. 1:19-cv-02637
 4

 5     JUN LI, et al., individually and derivatively for Colorado

 6     Regional Center Project Solaris, LLLP,

 7     Plaintiffs,

 8

 9     v.

10     WAVELAND VENTURES LLC, et al.,

11     Defendants.

12     _____

13                           REPORTER'S TRANSCRIPT
                                   HEARING
14
       _____
15
              Proceedings before the HONORABLE RAYMOND MOORE,
16     Judge, United States District Court for the District of
       Colorado, commencing at 1 p.m., on the 27th day of February,
17     2020, in Courtroom A601, United States Courthouse, Denver,
       Colorado.
18
                                   APPEARANCES
19
       Brian Patrick Stewart, Ardent Law Group, P.C. 4340 Von Karman
20     Avenue, Suite 290, Newport Beach, CA 92660, Douglas Eliot
       Litowitz Douglas Litowitz, Law Office of 413 Locust Place,
21     Deerfield, IL 60015 For the Plaintiffs.

22     Ty Cheung Gee, Haddon Morgan & Foreman, P.C.  150 East 10th
       Avenue, Denver, CO 80203, 303-831-7364 and Stephanie Kanan
23     Snell & Wilmer LLP-Denver, 1200 17th Street, One Tabor Center,
       Suite 1900 Denver, CO 80202 303-634-2000 For the Defendants.
24

25
```

1  amended Complaint that has been filed, asserting the derivative
2  claim or attempting to assert the derivative claim in the first
3  instance.  It's not as if there was some agreement with respect
4  to one case and then everything changed thereafter.  By the
5  time this thing hits the Court, this notion of the derivative
6  claim and the broader conduct is known to both parties and yet
7  the language is what the language is.
8         More than that, what am I giving a declaratory
9  judgment on?  Right now, the operative pleading refers to
10 seeking a declaratory judgment with respect to a lis pendens
11 that is the one that Judge Varholak already ruled on.  So, I
12 don't have an underlying matter here that is a pled claim that
13 I'm somehow advancing or giving a ruling on.  And then, of
14 course, there is the matter that I raised sua sponte, that I
15 raised with respect to the Cuis, as well; and that is, you
16 might have a derivative claim right now, but you don't have an
17 effective one, and so, I'm not going to sit here and say that
18 you can or can't do anything.  I'm just going to deny the
19 motion asking me to declare your right to file this lis
20 pendens.
21         I understand the argument, I'm being asked to give a
22 declaratory -- an advisory opinion.  I don't know that I
23 necessarily agree with that, but I am being asked to, in
24 essence, guide plaintiffs' ship, and I am not inclined to do
25 so.