EXHIBIT "B"

# Brian Stewart

| | |
|---|---|
| **From:** | Brian Stewart <bstewart@ardentlawgroup.com> |
| **Sent:** | Thursday, February 27, 2020 2:07 PM |
| **To:** | 'James Kilroy (jkilroy@swlaw.com)'; 'Kanan, Stephanie A.'; 'Ty Gee' |
| **Subject:** | Monday's hearing |
| **Attachments:** | Letter to Counsel. 2-27-20.doc |

Please see attached correspondence. I will need to know your thoughts in the next hour or two.

Thank you

Brian P. Stewart, Esq.
ARDENT LAW GROUP, P.C.
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
PH:         949.299.0188
FAX:       949.299.0127
Email: bstewart@ardentlawgroup.com

This message and any attached documents contain information from the law firm of Ardent Law Group, P.C. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

1



4340 Von Karman Ave., Suite 290
Newport Beach, California 92660
Tel: 949-299-0188
Fax: 949-299-0127
www.ardentlawgroup.com

February 27, 2020

**[Sent Via Mail and E-Mail]**
James Kilroy, Esq.
Stephanie A. Kanan
Snell & Wilmer
1200 Seventeenth Street
Suite 1900
Denver, CO 80202
jkilroy@swlaw.com

**[Sent Via Mail and E-Mail]**
Ty Gee, Esq.
Haddon, Morgan and Freeman, P.C.
150 East 10th Avenue
Denver, CO 80203
tgee@hmflaw.com

Re: *Cui et al. v. Waveland Ventures, LLC et al.*, *U.S. District Court for the District of Colorado, Case No. 1:19-cv-02637*

Dear Mr. Kilroy & Ms. Kannan:

In light of the Court's ruling today. I will be withdrawing the lis pendens. I am also inclined to withdraw the motion to amend set for Monday and file a new motion to amend to correct the issues discussed with Judge Moore during today's hearing and possibly add claims for breach of contract related to the transfer of the two units to the investor groups. It does not make sense to go forward, only to request leave to amend again. Judge Moore, at least, has encouraged us to work together, rather than run to court every time we disagree. I have attempted to reach agreements with you on contested issues and will continue to try to do so.

Contrary to Ms. Kanan's assertions, with a few minor alterations, the derivative claim can be made right. Additionally, as I have always indicated, if you are willing to have the proceeds of any property sales deposited in an escrow or trust account pending resolution of the contract issues, then there would be no need for a lis pendens.

February 27, 2020
Page 2


Please let me know if you will stipulate to take the motion off calendar as I will need to make arrangements to cancel me travel plans if we can reach an agreement.


                              Very Truly Yours,

                                      /s/

                              Brian P. Stewart, Esq.