EXHIBIT "C"

# Brian Stewart

**From:** Brian Stewart <bstewart@ardentlawgroup.com>
**Sent:** Friday, March 20, 2020 2:27 PM
**To:** 'Kanan, Stephanie A.'
**Subject:** Cui v. Solaris

Stephanie – When we last spoke, I presented the idea that we stipulate to allow my clients to file an amended complaint to address the issues related to the verifications and including SPOI in the 7th cause of action. You indicated that you felt that Judge Moore's March 5th Sua Sponte Order allowed for amendments up to March 23, 2020. Without your comments, I would not necessarily have read that order as the Court allowing a further amended complaint. Please call to discuss at either this afternoon or Monday morning.

Thank you

Brian P. Stewart, Esq.
ARDENT LAW GROUP, P.C.
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
PH:         949.299.0188
FAX:       949.299.0127
Email: bstewart@ardentlawgroup.com

This message and any attached documents contain information from the law firm of Ardent Law Group, P.C. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

1