EXHIBIT "D"

# Brian Stewart

| | |
|---|---|
| **From:** | Brian Stewart <bstewart@ardentlawgroup.com> |
| **Sent:** | Monday, March 23, 2020 5:15 PM |
| **To:** | 'James Kilroy (jkilroy@swlaw.com)'; 'Kanan, Stephanie A.'; 'Ty Gee'; 'Hal Haddon' |
| **Cc:** | 'Hubert Kuo'; 'Dlitowit .' |
| **Subject:** | Cui v. Waveland |
| **Attachments:** | 3rd Amended Complaint.docx; Verifications.Cui.3rd.docx |

Last week, I contacted Ms. Kanan to request that we think about stipulating to a third Amended Complaint, to correct the slight errors in naming SPOI and to attach verifications from the Cui Plaintiff's. This makes sense, rather than waiting for a 12(b) (6) Motion and then asking for leave again, particularly in light of Judge Varholak's comments at the last hearing. Stephanie indicated that she thought the court ordered that I could file such an amendment without stipulation or leave if done prior to March 23, 2020. I have reviewed the Courts orders and am not convinced that such an amendment would be met with the courts approval.

This afternoon I spoke with Mr. Kilroy and he indicated that if the changes to the Complaint were as minor as I had indicated, that he would be willing to stipulate to filing a 3rd Amended Complaint, in order to save time, attorney's fees and court resources. Please see the attached proposed amended complaint. The only changes are to add SPOI to the title of the VI & VII Counts for Specific Performance and Declaratory Relief, and the addition of three new paragraphs at # 127 –which reiterates the allegations in ¶ 15 that SPO assigned its rights under the agreements to SPOI; #132 which reiterates the allegations in ¶ 92 that a pre suit demand on the GP would be futile; and # 133 which restates the obvious that Plaintiffs have suffered damages in that they have neither been repaid on the loan nor received title to the real property. Complaint will also include signed verifications from the Plaintiffs. None of these allegations are actually "new", and were incorporated into the included into Count VI of the 2nd amended complaint by reference, but now are specifically plead so Count VI may stand alone. There is also a slightly different paragraph in the prayer at # 5 (old #150). Otherwise there are no changes.

Please let me know how you would like to proceed.

Brian P. Stewart, Esq.
ARDENT LAW GROUP, P.C.
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
PH:         949.299.0188
FAX:       949.299.0127
Email: bstewart@ardentlawgroup.com

This message and any attached documents contain information from the law firm of Ardent Law Group, P.C. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

1