EXHIBIT "E"

## Brian Stewart

| | |
|---|---|
| From: | Brian Stewart <bstewart@ardentlawgroup.com> |
| Sent: | Wednesday, April 1, 2020 6:05 PM |
| To: | 'Kilroy, James'; 'Ty Gee' |
| Cc: | 'Dlitowit .'; 'Kanan, Stephanie A.' |
| Subject: | RE: Deadline for 12b6 briefing |

I did not and do not understand Judge Varholak's order as an invitation for motions to amend the pleadings. I intended to file a 3rd Amended Complaint, with the very minor changes that you all seem to have no objection to, pursuant to stipulation of the parties, assuming you would stipulate. Neither of you ever say you will stipulate you only say that you won't oppose a Motion. I am simply trying to speed this process up, and reach an agreement as Judge Varholak indicated he would like to see us achieve. I still need to collect verifications from all my clients in order to do that, should be a day or two and should not interfere with your proposed schedule.

Brian P. Stewart, Esq.
ARDENT LAW GROUP, P.C.
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
PH:         949.299.0188
FAX:       949.299.0127
Email: bstewart@ardentlawgroup.com

This message and any attached documents contain information from the law firm of Ardent Law Group, P.C. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

**From:** Kilroy, James [mailto:jkilroy@swlaw.com]
**Sent:** Wednesday, April 1, 2020 2:58 PM
**To:** Ty Gee <tgee@hmflaw.com>
**Cc:** Dlitowit . <litowitz@gmail.com>; Brian Stewart <bstewart@ardentlawgroup.com>; Kanan, Stephanie A. <skanan@swlaw.com>
**Subject:** RE: Deadline for 12b6 briefing

Brian?

Doug – I believe you have already agreed but pls confirm just in case.

**James D. Kilroy**
**Snell & Wilmer L.L.P.**
**1200 17th Street, Suite 1900**
**Denver, Colorado 80202**
**Office: 303.634.2005**
**Cell: 720.341.3579**
jkilroy@swlaw.com   www.swlaw.com

1

# Snell & Wilmer

Denver, Las Vegas, Los Angeles, Los Cabos, Orange County, Phoenix, Reno, Salt Lake City, Tucson

---

**From:** Ty Gee <tgee@hmflaw.com>
**Sent:** Wednesday, April 1, 2020 1:51 PM
**To:** Kilroy, James <jkilroy@swlaw.com>
**Cc:** Dlitowit . <litowitz@gmail.com>; Brian Stewart <bstewart@ardentlawgroup.com>; Kanan, Stephanie A. <skanan@swlaw.com>
**Subject:** Re: Deadline for 12b6 briefing

[EXTERNAL]

---

I'm good with this motion.

Ty

> On Apr 1, 2020, at 1:07 PM, Kilroy, James <jkilroy@swlaw.com> wrote:
>
> Attached motion with this one.
>
> **James D. Kilroy**
> **Snell & Wilmer L.L.P.**
> **1200 17th Street, Suite 1900**
> **Denver, Colorado 80202**
> **Office: 303.634.2005**
> **Cell: 720.341.3579**
> jkilroy@swlaw.com  www.swlaw.com
>
> <image001.png>
> Denver, Las Vegas, Los Angeles, Los Cabos, Orange County, Phoenix, Reno, Salt Lake City, Tucson
>
> **From:** Kilroy, James
> **Sent:** Wednesday, April 1, 2020 1:10 PM
> **To:** 'Dlitowit .' <litowitz@gmail.com>; 'Brian Stewart' <bstewart@ardentlawgroup.com>; 'Ty Gee' <tgee@hmflaw.com>
> **Cc:** Kanan, Stephanie A. <skanan@swlaw.com>
> **Subject:**
>
> All:
>
> See proposed motion. Everyone has now agreed to the May 11 deadline. I honestly still don't know what Brian intends to do so Brian please advise. I've drafted this based on Magistrate Judge Varholak's March 3 order and we just want to get this case going. If everyone agrees, I will file this today. If not, please let me know so we all have proper notice.
>
> Jim

2

James D. Kilroy
Snell & Wilmer L.L.P.
1200 17th Street, Suite 1900
Denver, Colorado 80202
Office: 303.634.2005
Cell: 720.341.3579
jkilroy@swlaw.com   www.swlaw.com

<image001.png>
Denver, Las Vegas, Los Angeles, Los Cabos, Orange County, Phoenix, Reno, Salt Lake City, Tucson

<CRCPS Motion to Set Briefing Schedule 4852-3575-8265_1.docx>