EXHIBIT "F"

# Brian Stewart

| | |
|---|---|
| **From:** | Brian Stewart <bstewart@ardentlawgroup.com> |
| **Sent:** | Thursday, April 16, 2020 6:03 PM |
| **To:** | 'Kilroy, James'; 'Kanan, Stephanie A.'; 'Ty Gee'; 'Hal Haddon' |
| **Cc:** | 'Dlitowit .' |
| **Subject:** | Stipulation to file 3rd Amended Complaint, Cui v. Waveland |
| **Attachments:** | Stipulation to file 3rd Amended Complaint.pdf |

Attached is the proposed Stipulation to file 3rd amended complaint. The Proposed 3rd Amended complaint is attached as Exhibit A. As represented previously, the only changes are the verifications attached and the change of SPO to SPOI in the title of the 6th and 7th Counts and paragraphs 127, 132 and 137. None of these allegations are new and appeared in the previous Complaints and were incorporated into the Sixth Count by reference. I apologize for the delay, but with the ongoing Corona virus complications and Plaintiffs in multiple states, it took a while to collect all of the verifications. You have all previously indicated that you have no objection to the changes, which correct minor errors in the pleadings. These proposed 3rd Amended Complaint does not add any parties nor does it allege any new claims against the Defendants. As such there is no prejudice that will be suffered by the Defendants, and ther should be no adverse effect upon the briefing schedule for the proposed Motions to Dismiss.

Please let us know if you authorize the filing of the Stipulation.


Brian P. Stewart, Esq.
ARDENT LAW GROUP, P.C.
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
PH:      949.299.0188
FAX:    949.299.0127
Email: bstewart@ardentlawgroup.com


This message and any attached documents contain information from the law firm of Ardent Law Group, P.C. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

1