# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, et al.

          Plaintiffs,

        v.                               Hon. Judge Moore
                                       Hon. Magistrate Varholak

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC, et al.

          Defendants.

## LI PLAINTIFFS' REQUEST FOR HEARING ON MOTION FOR INJUNCTION TO CALL THE LOAN

The Li Plaintiffs are among the Asian immigrants who invested $82.5 million in Colorado Regional Center Project Solaris LLLP ("CRCPS"). Its general partner, Colorado Regional Center I LLC ("CRC"), lent all $82.5 million to Solaris Property Owner I LLC ("SPO"). The borrower SPO never repaid the loan in cash at maturity, nor prepaid by transferring collateral units by special warranty deed, as required under the loan documents. The loan is unpaid and past due. The Asians were never repaid and are still accruing management fees 8 years into the 5 year loan, while both CRC and SPO are benefitting from usage of the Asian money, which they refuse to repay or collect. Of the remaining 152 Asian limited partners, 107 (so far) have signed a proxy and written consent saying that they want CRC removed as general partner and ordering it to wind up the affairs of CRCPS by collecting the loan in cash from SPO.

2

The Li Plaintiffs moved for injunctive relief asking this Court to require collection of the overdue debt.  The matter is fully briefed per Judge Moore's order [ECF 176].  The Li Plaintiffs ask this Court to schedule a hearing for oral argument at a date and time convenient to the Court given the current health crisis, or advise the parties if it will decide the motion on the papers.

Dated: April 30, 2020

Respectfully Submitted,

/s/ Douglas Litowitz
413 Locust Place
Deerfield, IL 60015
312-622-2848
Litowitz@gmail.com

Certificate of Service:  This document was filed on the ECF system for the District of Colorado and thereby sent to all counsels of record.

2