# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, et al.

           Plaintiffs,

      v.                              Hon. Judge Moore
                                    Hon. Magistrate Varholak

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC, et al.

           Defendants.

---

## LI PLAINTIFFS' AMENDED REQUEST FOR HEARING ON MOTION FOR INJUNCTION TO CALL THE LOAN

---

The Li Plaintiffs' did not believe that a Request for Hearing on Motion [ECF 191] was itself an independent "motion" subject to D.C.COLO.LCiv 7.1 (entitled "Motions"). After all, ECF 191 did not ask for any dispositive ruling on any matter of substance. It merely raised a scheduling issue by giving the Judge discretion to set a date for oral argument, or, if the Judge preferred, to decide the underlying motion on the briefs. Yet Judge Moore ruled [ECF 192] that the request for a hearing was itself a "motion" and subject to Local Rule 7.1. **In compliance with this order the Li Plaintiffs have done what the Judge requested, and conferred with opposing counsel, who cordially agree to follow whatever the Court decides (e.g., oral argument or not).** So now maybe we can pass to the question of how tens of millions was never repaid to Asian investors, why the lender refuses to call the loan that it made with Asian money, and why the borrower refuses to repay the Asian money.

2

Dated: May 1, 2020

                                            Respectfully Submitted,

                                            /s/ Douglas Litowitz
                                            413 Locust Place
                                            Deerfield, IL 60015
                                            312-622-2848
                                            Litowitz@gmail.com

Certificate of Service:  This document was filed on the ECF system for the District of Colorado and thereby sent to all counsels of record.