**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:19-cv-02443-RM-STV
Consolidated with Civil Action No. 1:19-cv-02637**

Jun Li, *et al*.,

    Plaintiffs,

v.

Waveland Ventures, LLC, *et al*.,

    Defendants.

---

**JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

---

Defendants Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC's (collectively, the "CRC Defendants"), and Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel (collectively, the "SPO Defendants"), by and through respective undersigned counsel, hereby submit this Joint Motion for Leave to Exceed Page Limit (this "Motion"), stating as follows:

**CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1 (a)**

Undersigned counsel has conferred with counsel for the Plaintiffs regarding the subject matter of this Motion. The Cui Plaintiffs do not oppose this motion to the extent that the requested relief also applies to their response. The Li Plaintiffs oppose this Motion.

1. On April 2, 2020, Magistrate Judge Varholak granted the CRC Entities' Motion to Set Briefing Schedule for Defendants' Responses, lifting the stay on responsive pleadings and setting a deadline to respond to the operative complaints on or before May 11, 2020. [ECF 179].

1

2.      The Li Plaintiffs' Third Amended Complaint is 54-pages with ten separate causes of action. [ECF 121]. The Cui Plaintiffs' Third Amended Verified Complaint and Jury Demand is 32-pages with nine separate causes of action.[1] [ECF 190].

3.      In response to the complaints, both the CRC Defendants and the SPO Defendants intend to move for dismissal pursuant to Fed. R. Civ. P. 12(b)(6).

4.      Pursuant to the Court's Practice Standards, all motions and responses pursuant to Fed. R. Civ. P. 12 are limited to no more than twenty pages. *See* Civ. Practice Standard IV.C.1.

5.      Given the length of the complaints, the nature of the dispute and the complexity of the issues to be addressed, however, the CRC Defendants and SPO Defendants require an additional ten pages to fully respond to the claims asserted in each complaint.

5.      Counsel for the CRC Defendants and SPO Defendants have diligently tried to confine their Fed. R. Civ. P. 12 motions to the 20-page limit, but simply cannot do so and still accurately and thoroughly respond to each claim asserted.

6.      For the above reasons, the CRC Defendants and the SPO Defendants respectfully request that the Court increase the page limitation to allow an additional ten pages for each Fed. R. Civ. P. 12 motion.

7.      The CRC Defendants and the SPO Defendants also request that the Court allow an additional ten pages for the Li Plaintiffs' and the Cui Plaintiffs' responses to the Fed. R. Civ. P. 12 motions.

---

[1] Count V combines two separate causes of action.

2

DATED: May 6, 2020

*s/Ty Gee*
Harold A. Haddon
Ty Gee
HADDON, MORGAN AND FOREMAN, P.C.
150 East Tenth Avenue
Denver, Colorado 80203
Telephone:  303.831.7364
Email:  hhaddon@hmflaw.com
Email: tgee@hmflaw.com

***Counsel for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel***

*/s/James D. Kilroy*
James D. Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202
Telephone: 303.634.2000
Facsimile: .303.634.2020
Email: jkilroy@swlaw.com
Email: skanan@swlaw.com

***Counsel for Defendants Waveland Ventures, LLC, Colorado Regional Center, LLC and Colorado Regional Center I, LLC***

3

4850-9602-3483.1

## CERTIFICATE OF SERVICE

This is to certify that on May 6, 2020, a true and correct copy of the above and foregoing **JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMIT** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Hubert Kuo
Brian P. Stewart
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Harold A. Haddon
Ty Gee
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

*s/Sandy Braverman*
for Snell & Wilmer L.L.P.

4

4850-9602-3483.1