# DOUGLAS LITOWITZ
Attorney-at-Law
413 Locust Place   Deerfield, IL 60015
312-622-2848   Litowitz@gmail.com   WeChat: ChicagoD

May 5, 2020

**By Email Attachment to Counsel**

Attn: Roger Hauptman
Registered Agent
Colorado Regional Center I LLC
280 Detroit Street, Denver, CO 80206

     Re:     **Termination of Snell & Wilmer**

Dear Mr. Hauptman (via attorney),

I am proxy for 107 limited partners who have authorized me to remove Colorado Regional Center I LLC (the "GP").  We have removed the GP and only allowed it to wind up affairs of the LLLP by collecting the remaining principal on the loan, not to do anything else, least of all oppose any actions by the limited partners. Obviously you are not complying with our instructions.

Your law firm is fired.  You are not to represent the LLLP, nor bill it for anything.  As your former client, we ask you to produce all bills submitted to the LLLP for your services since this matter began.  We reserve the right to pursue claims against your firm for malpractice for opposing remedies sought by the LLLP while purporting to represent the LLLP, all while your interests were with the GP instead.  It was a massive conflict of interest to represent a general partner while representing limited partnership adverse to the general partner.

You learned information about the LLLP while they were your client, and that prevents you from representing the GP adverse to the LLLP as your former client, under Model Rule 1.9(a).


Sincerely,

/s/ Yiwen Chen