# In the United States District Court
# for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV
—*Consolidated with* No. 19-cv-2637-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## SPO Defendants' Unopposed Motion for Extension of Time to File Motion to Dismiss

Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel (collectively "the SPO defendants"), through their attorneys Haddon, Morgan and Foreman, P.C., move in this consolidated case under Federal Rule of Civil Procedure and D.C.Colo.LCivR 6.1 for a 30-day extension of time, to and including June 10, 2020, within which to submit their motions to dismiss (i) the Li plaintiffs' Third Amended Complaint, and (ii) the *Cui* plaintiffs' Third Amended Complaint.

*Certificate of conferral.* I certify I conferred with all counsel regarding the subject matter of this Motion. No party objects to the relief requested.

    1.    The deadline to file responses to the operative complaints is May 11, 2020. Doc.24.

2. The SPO defendants have not previously requested an extension of time to respond to plaintiffs' respective third amended complaints. None of the defendants has filed any responsive papers to any of the complaints because before any deadline to respond one or both sets of plaintiffs indicated they intended to amend their complaints.

3. Counsel for the Waveland Ventures and CRC defendants said they will be filing their responsive papers on May 11, 2020.

4. For good cause the SPO defendants need additional time. Like all other litigation counsel my and my paralegal's and legal assistant's work has been affected by the Governor's pandemic-related orders and by the necessary safety practices implemented at my office. For the last six weeks no more than about three or four persons are present in the office. Separate and apart from the pandemic-related issues, I have been unable to devote the necessary time to prepare the motions. An arbitration that was settled in 2018 has erupted into extensive litigation concerning a time-sensitive merger of a large privately held company with a large publicly traded foreign corporation. On April 24, 2020, the AAA arbitrator bifurcated the case and directed the parties to complete disclosures and discovery for a hearing to be held within thirty days, at which time he would decide an important legal claim, related counterclaims and affirmative defenses. Although that hearing now appears to be mooted because of recent developments, a significant amount of time was expended in the interim. I prepared for a Tenth Circuit oral argument held yesterday morning in *United States v. Sanchez*, No. 19-6034. The argument had been postponed once already due to the pandemic, and

my client is incarcerated. I have been preparing a principal brief in a consolidated appeal in the Colorado Court of Appeals, *Silver v. S&D Law*, No. 2019CA1784. The verdict was handed down February 2019 and judgment was entered August 2019.

5. None of the parties will be prejudiced by the relief requested in this Motion, particularly since the conclusion of the pre-answer motion proceedings necessarily will be delayed because of uncertainty over who controls defendant Colorado Regional Center Project Solaris, LLLP. *See* Docs.199-200.

The SPO defendants respectfully request that the Court extend by 30 days, to and including June 10, 2020, the time within they may file their responsive papers.

May 8, 2020

Respectfully submitted,

*s/ Ty Gee*
Harold A. Haddon
Ty Gee
HADDON, MORGAN AND FOREMAN, P.C.
150 East Tenth Avenue
Denver, CO 80203
Tel 303.831.7364
hhaddon@hmflaw.com; tgee@hmflaw.com

*Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*

3