# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 19-cv-02443**
**Consolidated with Civil Action No. 19-cv-02637**

Jun Li, Qi Qin, Yi Liu, et al.,
             Plaintiffs,

      v.                                     Hon. Raymond P. Moore

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner LLC I, and
Peter Knobel,
             Defendants.

---

## Request For Judicial Notice in Support of
## Plaintiffs' Motion for Appointment of Receiver

---

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:**

Plaintiffs  Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong Zhang, Qin Zhou, Xun Zhu, Chunyi Zou (collectively "EB-5 Investors" or "Cui Plaintiffs"), by and through their undersigned counsel, respectfully request, pursuant to Federal Rules of Evidence ("FRE"), Rule 201, that the Court take judicial notice of the following documents:

1.      A Special Warranty Deed, recorded in the Eagle County Recorder's Office on February 12, 2019 as document number 201902021.  A true and correct copy of which is attached hereto as **Exhibit "1"**.

2.      A Deed of Trust, recorded in the Eagle County Recorder's Office on February 12,

2019 as document number 201902022.  A true and correct copy of which is attached hereto as **Exhibit "2"**.

      3.      A Special Warranty Deed, recorded in the Eagle County Recorder's Office on May 2, 2019 12, 2019 as document number 201906491.  A true and correct copy of which is attached hereto as **Exhibit "3"**.

      4.      A Statement of Authority, recorded in the Eagle County Recorder's Office on July 12, 2019 as document number 201910996.  A true and correct copy of which is attached hereto as **Exhibit "4"**.

      5.      A Special Warranty Deed, recorded in the Eagle County Recorder's Office on July 12, 2019 as document number 201910997.  A true and correct copy of which is attached hereto as **Exhibit "5"**.

      6.      A Deed of Trust, recorded in the Eagle County Recorder's Office on July 12, 2019 as document number 201910998.  A true and correct copy of which is attached hereto as **Exhibit "6"**.

      7.      A Special Warranty Deed, recorded in the Eagle County Recorder's Office on March 6, 2020 as document number 202003630.  A true and correct copy of which is attached hereto as **Exhibit "7"**.

///

///

///

///

///

///

///

///

///

Therefore, Defendants respectfully request that this Court take judicial notice of the aforementioned documents.

Dated: May 29, 2020

/s/ Brian Stewart
Hubert Kuo
Brian P. Stewart
**Ardent Law Group**
4340 Von Karman Ave.,
Suite 290
Newport Beach, California 92660
Telephone: (949) 299-0188
Facsimile:  (949) 299-0127
bstewart@ardentlawgroup.com
Plaintiffs, Dianwen Cui, Lei Gu, Sufen
Leng, Xue Mei, Zhou Mei, Yan Song, Lu
Wang, Yue Wu, Zhuo Yang, Jingwen
Zhang, Lei Zhang, Ling Zhang, Xiaohong
Zhang, Qin Zhou, Xun Zhu, Chunyi Zou in
the consolidated case

## <u>CERTIFICATION OF SERVICE</u>

This is to certify that on May 29, 2020, a true and correct copy of the above and foregoing **Request For Judicial Notice in Support of Plaintiffs' Motion for Appointment of Receiver** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

<u>/s/ Brian P. Stewart</u>
For Ardent Law Group, P.C.