# EXHIBIT 1

| | |
|---|---|
| Eagle County, CO | 201902021 |
| Regina O'Brien | 02/12/2019 |
| Pgs: 3 | 03:10:35 PM |
| REC: $23.00   DOC: $0.00 | |


Land Title

State Documentary Fee
Date: February 01, 2019
$0.00

## Special Warranty Deed
(Pursuant to 38-30-115 C.R.S.)

THIS DEED, made on February 1st, 2019 by SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY Grantor(s), of the County of Eagle and State of Colorado for the consideration of ($10.00) ****** Ten and 00/100 dollars in hand paid, hereby sells and conveys to CDWE LLC, A COLORADO LIMITED LIABILITY COMPANY Grantee(s), whose street address is 2 ADAMS STREET, SUITE 210, Denver, CO 90206, County of Denver, and State of Colorado, the following real property in the County of Eagle, and State of Colorado, to wit:

CONDOMINIUM UNIT 6E WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

also known by street and number as: 141 EAST MEADOW DRIVE # 6E WEST, VAIL, CO 81657

with all its appurtenances and warrants the title against all persons claiming under the Grantor(s) except GENERAL TAXES AND ASSESSMENTS FOR THE YEAR 2019 AND SUBSEQUENT YEARS AND SUBJECT TO THOSE ITEMS AS SET FORTH ON EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN.

SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY

By: _____
Ryan Smith, Designated Agent

State of Colorado )
                  )ss.
County of Denver  )

The foregoing instrument was acknowledged before me on this day of ___2/8/19___ by RYAN SMITH, AS DESIGNATED AGENT FOR SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY

Witness my hand and official seal

My Commission expires: __03/30/19__

_____
Notary Public

MELODY EGGE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19994008699
MY COMMISSION EXPIRES 03/30/2019

When recorded return to:   CDWE LLC, A COLORADO LIMITED LIABILITY COMPANY
                           2 ADAMS STREET, SUITE 210, Denver, CO 80206

Form 36   closing/deeds/wd.html          50051969   (425539)



## EXHIBIT "A"

Property Address: 141 EAST MEADOW DRIVE # 6E WEST, VAIL, CO 81657

1. RIGHT OF PROPRIETOR OF A VEIN OR LODE TO EXTRACT AND REMOVE HIS ORE THEREFROM SHOULD THE SAME BE FOUND TO PENETRATE OR INTERSECT THE PREMISES AS RESERVED IN UNITED STATES PATENT RECORDED JULY 12, 1899, IN BOOK 48 AT PAGE 475.
2. RIGHT OF WAY FOR DITCHES OR CANALS CONSTRUCTED BY THE AUTHORITY OF THE UNITED STATES AS RESERVED IN UNITED STATES PATENT RECORDED JULY 12, 1899, IN BOOK 48 AT PAGE 475.
3. TERMS, CONDITIONS AND PROVISIONS OF PARKING RIGHTS AGREEMENT RECORDED NOVEMBER 30, 2006 AT RECEPTION NO. 200632758.
4. BURDENS AND OBLIGATIONS UNDER DEVELOPMENT AGREEMENT RECORDED DECEMBER 18, 2006 AT RECEPTION NO. 200634299, AS AMENDED.
5. TERMS, CONDITIONS AND PROVISIONS OF CONSOLIDATED SERVICE PLAN RECORDED JANUARY 05, 2007 AT RECEPTION NO. 200700327.
6. TERMS, CONDITIONS AND PROVISIONS OF ORDER OF INCLUSION RECORDED APRIL 27, 2007 AT RECEPTION NO. 200710831.
7. TERMS, CONDITIONS AND PROVISIONS OF ORDER OF INCLUSION RECORDED APRIL 27, 2007 AT RECEPTION NO. 200710832 AND RECORDED MARCH 19, 2008 AT RECEPTION NO. 200805845.
8. TERMS, CONDITIONS AND PROVISIONS OF ORDER OF INCLUSION RECORDED APRIL 27, 2007 AT RECEPTION NO. 200710833 AND RECORDED MARCH 19, 2008 RECEPTION NO. 200805846.
9. TERMS, CONDITIONS AND PROVISIONS OF CROSSROADS PROTECTIVE COVENANTS BUT OMITTING ANY COVENANTS OR RESTRICTIONS, IF ANY, BASED UPON RACE, COLOR, RELIGION, SEX, SEXUAL ORIENTATION, FAMILIAL STATUS, MARITAL STATUS, DISABILITY, HANDICAP, NATIONAL ORIGIN, ANCESTRY, OR SOURCE OF INCOME, AS SET FORTH IN APPLICABLE STATE OR FEDERAL LAWS, EXCEPT TO THE EXTENT THAT SAID COVENANT OR RESTRICTION IS PERMITTED BY APPLICABLE LAW RECORDED AUGUST 16, 2007 UNDER RECEPTION NO. 200721910, RE-RECORDED AUGUST 28, 2007 UNDER RECEPTION NO. 200722884.
10. TERMS, CONDITIONS AND PROVISIONS OF TRENCH, CONDUIT & VAULT AGREEMENT RECORDED OCTOBER 10, 2007 AT RECEPTION NO. 200727140.
11. TERMS, CONDITIONS AND PROVISIONS OF UNDERGROUND RIGHT-OF-WAY EASEMENT RECORDED OCTOBER 10, 2007 AT RECEPTION NO. 200727141 AND UNDERGROUND RIGHT OF WAY EASEMENT RECORDED OCTOBER 10, 2007 AT RECEPTION NO. 200727142.
12. BURDENS AND OBLIGATIONS UNDER CONSTRUCTION LICENSE AGREEMENT RECORDED DECEMBER 05, 2007 AT RECEPTION NO. 200731952.
13. TERMS, CONDITIONS AND PROVISIONS OF EASEMENT AGREEMENT BETWEEN SOLARIS PROPERTY OWNER, LLC, A DELAWARE LIMITED LIABILITY COMPANY AND SOLARIS METROPOLITAN DISTRICT NO. 1 RECORDED MAY 28, 2008 AT RECEPTION NO. 200811070.
14. THE EFFECT OF SOLARIS METROPOLITAN DISTRICT NOS. 1 - 3 MAP RECORDED DECEMBER 22, 2009 UNDER RECEPTION NO. 200927310.
15. EASEMENTS, RESERVATIONS AND RESTRICTIONS AS SHOWN OR RESERVED ON THE CONDOMINIUM PLAT FOR SOLARIS-VAIL RECORDED APRIL 26, 2010 UNDER RECEPTION NO. 201007816.
16. TERMS, CONDITIONS AND PROVISIONS OF SHARED FACILITIES AGREEMENT RECORDED APRIL 26, 2010 AT RECEPTION NO. 201007817, FIRST AMENDMENT RECORDED JUNE 30, 2010 RECEPTION NO. 201013179 AND SECOND AMENDMENT THERETO RECORDED DECEMBER 10, 2010 UNDER RECEPTION NO. 201024897 AND THIRD AMENDMENT THERETO RECORDED NOVEMBER 10, 2011 UNDER RECEPTION NO. 201121109.
17. EASEMENTS, RESERVATIONS AND RESTRICTIONS AS SHOWN OR RESERVED ON THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT THERETO RECORDED APRIL 25, 2012 AT RECEPTION NO. 201206075.
18. THOSE PROVISIONS, COVENANTS AND CONDITIONS, EASEMENTS, AND RESTRICTIONS, WHICH ARE A BURDEN TO THE CONDOMINIUM UNIT DESCRIBED IN SCHEDULE A, BUT OMITTING ANY COVENANTS OR RESTRICTIONS, IF ANY, BASED UPON RACE, COLOR, RELIGION, SEX, SEXUAL ORIENTATION, FAMILIAL STATUS, MARITAL STATUS, DISABILITY, HANDICAP, NATIONAL ORIGIN, ANCESTRY, OR SOURCE OF INCOME, AS SET FORTH IN APPLICABLE STATE OR FEDERAL LAWS, EXCEPT TO THE EXTENT THAT SAID COVENANT OR RESTRICTION IS PERMITTED BY APPLICABLE LAW, AS CONTAINED IN CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED APRIL 26, 2010 UNDER RECEPTION NO. 201007819, FIRST AMENDMENT RECORDED JUNE 30, 2010 UNDER RECEPTION NO. 201013180, SECOND AMENDMENT RECORDED NOVEMBER 10, 2011 UNDER RECEPTION NO. 201121110 AND THIRD AMENDMENT RECORDED APRIL 25, 2012 UNDER RECEPTION NO. 201206076 AND FOURTH AMENDMENT RECORDED APRIL 24, 2014 UNDER RECEPTION NO. 201406410 AND FIFTH AMENDMENT RECORDED DECEMBER 29, 2014 UNDER RECEPTION NO. 201422174 AND SIXTH AMENDMENT RECORDED APRIL 21, 2016 UNDER RECEPTION NO. 201605526.

SAID DECLARATION CONTAINS A RIGHT OF FIRST REFUSAL PROVISION DESCRIBED IN ARTICLE 19 OF SAID DECLARATION.

201902021

19. TERMS, CONDITIONS AND PROVISIONS OF SIDEWALK/STREETSCAPE & SNOWMELT MAINTENANCE AGREEMENT RECORDED SEPTEMBER 21, 2010 AT RECEPTION NO. 201018719.
20. TERMS, CONDITIONS AND PROVISIONS OF TRAFFIC IMPACT FEE SECURITY AGREEMENT RECORDED OCTOBER 07, 2010 AT RECEPTION NO. 201020237.
21. TERMS, CONDITIONS AND PROVISIONS OF TOWN OF VAIL REVOCABLE PERMIT TO ERECT OR MAIINTAIN IMPROVEMENTS ON A PUBLIC RIGHT-OF-WAY RECORDED DECEMBER 16, 2010 AT RECEPTION NO. 201025482.
22. TERMS, CONDITIONS AND PROVISIONS OF GRANT OF EASEMENT RECORDED MAY 09, 2012 AT RECEPTION NO. 201209258.
23. TERMS, CONDITIONS AND PROVISIONS OF EASEMENT RECORDED NOVEMBER 01, 2016 AT RECEPTION NO. 201618510.

201902021