# EXHIBIT 3

|  |  |
|---|---|
| Eagle County, CO | 201906491 |
| Regina O'Brien | 05/02/2019 |
| Pgs: 5 | 05:03:14 PM |
| REC: $33.00 | DOC: $278.00 |



**State Documentary Fee**
Date: April 30, 2019
$278.00

## Special Warranty Deed
(Pursuant to 38-30-115 C.R.S.)

THIS DEED, made on April 30th, 2019 by **CDWE LLC, A COLORADO LIMITED LIABILITY COMPANY** Grantor(s), of the City and County of Denver and State of Colorado for the consideration of ($2,780,000.00) ***Two Million Seven Hundred Eighty Thousand and 00/100*** dollars in hand paid, hereby sells and conveys to **SOLARIS BELLA LLC, A COLORADO LIMITED LIABILITY COMPANY** Grantee(s), whose street address is PO Box 5450, Avon, CO 81620, County of Eagle, and State of Colorado, the following real property in the County of Eagle, and State of Colorado, to wit:

**CONDOMINIUM UNIT 6E WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 28, 2010 AT RECEPTION NO. 201007818, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 28, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.**

also known by street and number as: **141 EAST MEADOW DRIVE # 6E WEST, VAIL, CO 81657**

with all its appurtenances and warrants the title to the same against all persons claiming under me, subject to the matters shown in the attached Exhibit A, which, by reference, is incorporated herein.

(SEE ATTACHED "SIGNATURE PAGE")

When recorded return to: **SOLARIS BELLA LLC, A COLORADO LIMITED LIABILITY COMPANY**
PO Box 5450, Avon, CO 81620

Form 1041  closing/deeds/swd_2019.html

50051969.1
(515349)



## Exhibit A

1. GENERAL TAXES FOR THE YEAR OF CLOSING.

2. DISTRIBUTION UTILITY EASEMENTS (INCLUDING CABLE TV).

3. THOSE SPECIFICALLY DESCRIBED RIGHTS OF THIRD PARTIES NOT SHOWN BY THE PUBLIC RECORDS OF WHICH GRANTEE HAS ACTUAL KNOWLEDGE AND WHICH WERE ACCEPTED BY GRANTEE IN ACCORDANCE WITH § 8.3 (OFF-RECORD TITLE) AND § 9 (NEW ILC OR NEW SURVEY) OF THE CONTRACT TO BUY AND SELL REAL ESTATE RELATING TO THE REAL PROPERTY CONVEYED BY THIS DEED.

4. INCLUSION OF THE PROPERTY WITHIN ANY SPECIAL TAXING DISTRICT.

5. ANY SPECIAL ASSESSMENT IF THE IMPROVEMENTS WERE NOT INSTALLED AS OF THE DATE OF GRANTEE'S SIGNATURE TO THE CONTRACT TO BUY AND SELL REAL ESTATE RELATING TO THE REAL PROPERTY CONVEYED BY THIS DEED, WHETHER ASSESSED PRIOR TO OR AFTER CLOSING.

6. TERMS, CONDITIONS AND PROVISIONS OF RESERVATIONS AND RESTRICTIONS AS CONTAINED IN SPECIAL WARRANTY DEED RECORDED FEBRUARY 12, 2019 UNDER RECEPTION NO. 201902021.

Special Warranty Deed

SIGNATURE PAGE - Page 1 of 2

By: _____ Bei Yu _____
BEI YU, MANAGER

State of NEW JERSEY )
County of MONMOUTH ) ss.
 )

The foregoing instrument was acknowledged before me on this day of April 26, 2019 by BEI YU, AS MANAGER OF CDWE LLC, A COLORADO LIMITED LIABILITY COMPANY

Witness my hand and official seal

My Commission expires: JUNE 09 2022

_____
Notary Public

SHIRLEY TORRES
Notary Public – State of New Jersey
My Commission Expires Jun 9, 2022

Form 1041   closing/deeds/swd_2019.html                    50051969.1 (515349)

201906491

**Special Warranty Deed**

**SIGNATURE PAGE - Page 2 of 2**

CDWE LLC, A COLORADO LIMITED LIABILITY COMPANY

By: *Yonghong Huang* (signature)

YONGHONG HUANG, MANAGER

Please see attached Acknowledgment

State of _____ )
                          )ss.
County of _____ )

The foregoing instrument was acknowledged before me on this day of _____ by YONGHONG HUANG, AS MANAGER OF CDWE LLC, A COLORADO LIMITED LIABILITY COMPANY

Witness my hand and official seal

My Commission expires: _____  _____
                                              Notary Public

Form 1041   closing/deeds/swd_2019.html                    50051959.1  (515349)

201906491



# All-purpose Acknowledgment   California only

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ___Los Angeles___

On __4/25/19__ before me, __Charssy Chi Zhang, notary public__ (here insert name and title of the officer),

personally appeared ___Yongheng Huang___

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

CHARSSY CHI ZHANG
COMM. #2239054
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Commission Expires 04/21/2022

Notary Seal

WITNESS my hand and official seal.

Signature _____

**For Bank Purposes Only**

Description of Attached Document

Type or Title of Document ___Special Warranty Deed___

Document Date ___4/25/19___   Number of Pages _____

Signer(s) Other Than Named Above _____

DSG5360CA (Rev 02 - 05/17)

201906491

```
Eagle County, CO        201906699
Regina O'Brien          05/07/2019
Pgs: 1                  02:39:31 PM
REC: $13.00   DOC: $0.00
```

Original Note and Deed of Trust Returned to:
WHEN RECORDED RETURN TO: **Colorado Regional Center Project Solaris, LLLP, a Colorado limited liability limited partnership, 825 North Jefferson Street, Suite 300, Milwaukee, WI 53202**

Prepared/Received by:

REQUEST FOR [X] Full / [ ] Partial

**RELEASE OF DEED OF TRUST AND RELEASE** BY HOLDER OF THE EVIDENCE OF DEBT WITH PRODUCTION OF EVIDENCE OF DEBT PURSUANT TO § 38-39-102 (1)(e), COLORADO REVISED STATUTES

| | |
|---|---|
| February 08, 2019 | Date |
| CDWE LLC, a Colorado limited liability company | Original Grantor (Borrower) |
| 116 East Live Oak Avenue #91 | Current Address of Original Grantor, or |
| Arcadia, CA 91006 | Assuming Party, or Current Owner |
| [ ] Check here if current address is unknown | |
| Colorado Regional Center Project Solaris, LLLP, a Colorado limited liability limited partnership | Original Beneficiary (Lender) |
| February 08, 2019 | Date of Deed of Trust |
| February 12, 2019 | Date of Recording and/or Re-recording of Deed of Trust |
| 201902022 | Recording Information |

County Rcpt. No and/or Film No. and/or Book/Page No. and/or Torrens Reg. No.

TO THE PUBLIC TRUSTEE OF **Eagle** COUNTY (The County of the Public Trustee who is the appropriate grantee to whom the above Deed of Trust should grant an interest in the property described in the Deed of Trust.)

PLEASE EXECUTE AND RECORD A RELEASE OF THE DEED OF TRUST DESCRIBED ABOVE. The indebtedness secured by the Deed of Trust has been fully or partially paid and/or the purpose of the Deed of Trust has been fully or partially satisfied in regard to the property encumbered by the Deed of Trust as described therein as to a full release or, in the event of a partial release, only that portion of the real property described as:

**Colorado Regional Center Project Solaris, LLLP, a Colorado limited liability limited partnership, 825 North Jefferson Street, Suite 300, Milwaukee, WI 53202**

Name and Address of the Current Holder of the Evidence of Debt Secured by the Deed of Trust (Lender)

Robert Glucksman, Authorized Representative, 825 N. Jefferson St., Ste 300 Milwaukee, WI 53202
Name, Title and Address of Officer, Agent, or Attorney or Current Holder

Signature: _[signed]_ — Authorized Representative         Signature: N/A

State of **Colorado**   County of **Arapahoe**
The foregoing Request for Release was acknowledged before me on **April 25th, 2019** (date) by* **Robert May Glucksman**.

Date Commission Expires **12/16/2019**
*If applicable, insert title of officer and name of current holder

Notary Public: _[signed]_ Witness my hand and official seal

```
YARA MELANO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20114073560
MY COMMISSION EXPIRES DECEMBER 16, 2019
```

## RELEASE OF DEED OF TRUST

WHEREAS, the Grantor(s) named above, by Deed of Trust, granted certain real property described in the Deed of Trust to the Public Trustee of the County referenced above, in the State of Colorado, to be held in trust to secure the payment of the indebtedness referred to therein; and

WHEREAS, the indebtedness secured by the Deed of Trust has been fully or partially paid and/or the purpose of the Deed of Trust has been fully or partially satisfied according to the written request of the current holder of the evidence of debt;

NOW THEREFORE, in consideration of the premises and the payment of the statutory sum, receipt of which is hereby acknowledged, I, as the Public Trustee in the County named above, do hereby fully and absolutely release, cancel, and forever discharge the Deed of Trust or that portion of the real property described above in the Deed of Trust, together with all privileges and appurtenances thereto belonging.

(Public Trustee use only; use appropriate label)    [Eagle County Public Trustee SEAL]

Public Trustee: _Kimmie K Hile_    Date: 5/6/19
Deputy Public Trustee

(If applicable: Notary seal)

(If applicable, Name and Address of Person Creating New Legal Description as Required by §38-35-106.5, Colorado Revised Statutes.)

Form 309   closing/payoffs/private_po_rev.html                50051969.1  (76589)

```
Eagle County, CO        201902020
Regina O'Brien          02/12/2019
Pgs: 2                  03:10:35 PM
REC: $18.00  DOC: $0.00
```

After recording return to:
Beck, Payne, Frank & Piper, P.C.
3025 S. Parker Road, Suite 200
Aurora, CO 80014

# STATEMENT OF AUTHORITY

1. This Statement of Authority relates to an entity named CDWE LLC, and is executed on behalf of the entity pursuant to the provisions of Section 38-30-172, C.R.S.

2. The type of entity is a:

   ☐ Corporation                    ☐ Registered limited liability partnership

   ☐ Nonprofit corporation          ☐ Registered limited liability limited partnership

   ☒ Limited liability company      ☐ Limited partnership association

   ☐ General partnership            ☐ Government or governmental subdivision

   ☐ Limited partnership            ☐ Trust

3. The entity is formed under the laws of Colorado.

4. The mailing address for the entity is 2 Adams Street, Suite 210, Denver, Colorado 80206.

5. The name and position of each person authorized to execute instruments conveying, encumbering, or otherwise affecting title to real property on behalf of the entity are:

    Ms. Yonghong Huang, Manager
    2 Adams Street, Ste. 210
    Denver, Colorado 80206

    Ms. Bei Yu, Manager
    2 Adams Street, Ste. 210
    Denver, Colorado 80206

6. The authority of the foregoing persons to bind the entity is not limited.

[Signature Page Follows]



50057969

Executed this 23rd day of January, 2019.

CDWE LLC,<br>
a Colorado limited liability company<br><br>
By: _____<br>
Ms. Yonghong Huang, Manager<br><br>
By: _____<br>
Ms. Bei Yu, Manager

STATE OF __California__ )
) ss.
COUNTY OF __Los Angeles__ )

The foregoing instrument was acknowledged before me this __28th__ day of January, 2019 by Ms. Yonghong Huang as Manager of CDWE LLC, a Colorado limited liability company.

Witness my hand and official seal.

My Commission expires:
__4/21/2022__

Notary Public

CHARSSY CHI ZHANG
COMM. #2239054
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Commission Expires 04/21/2022

STATE OF __NJ__ )
) ss.
COUNTY OF __Monmouth__ )

The foregoing instrument was acknowledged before me this __23rd__ day of January, 2019 by Ms. Bei Yu as Manager of CDWE LLC, a Colorado limited liability company.

Witness my hand and official seal.

My Commission expires:
__11/21/20__

Notary Public

LATOYA ALLEN
Notary Public
State of New Jersey
My Commission Expires Nov 21, 2020

2

201902020