# EXHIBIT 4

```
Eagle County, CO        201910996
Regina O'Brien          07/12/2019
Pgs: 1                  12:01:36 PM
REC: $13.00  DOC: $0.00
```

## STATEMENT OF AUTHORITY

This Statement of Authority relates to an entity named **LUCKY FIVE, LLC, a Delaware limited liability company** and is executed on behalf of the entity pursuant to the provisions of Section 38-30-172, C.R.S.

1. The type of entity is a **limited liability company**.

2. The entity is formed under the laws of the State of **Delaware**.

3. The mailing address for the entity is:

    c/o King & Wood Mallesons LLP
    500 Fifth Avenue, 50th Floor
    New York, NY 10110

4. The name and position of the person(s) authorized to execute instruments conveying, encumbering, or otherwise affecting title to real property on behalf of the entity is:

    **Hongbin Shen, as Manager** or

    **Sarah J. Baker, as Legal Counsel**

5. The authority of the foregoing person(s) to bind the entity is not limited. The signature of either Mr. Shen or Ms. Baker shall be sufficient to bind the entity.

6. Other matters concerning the manner in which the entity deals with interests in real property: None.

Executed this _2nd_ day of July, 2019.

LUCKY FIVE, LLC
A Delaware limited liability company

By: _Sarah J. Baker_
Sarah J. Baker, Legal Counsel

STATE OF COLORADO    )
                     ) ss.
COUNTY OF Eagle      )

Subscribed and sworn to before me this __2nd__ day of July, 2019, by Sarah J. Baker as Legal Counsel to Lucky Five, LLC, a Delaware limited liability company.

Witness my hand and official seal.
My commission expires: _____

_____
Notary Public

**LAUREEN BLICKENSTAFF**
**NOTARY PUBLIC**
**STATE OF COLORADO**
NOTARY ID 20054026538
My Commission Expires August 8, 2022

1