# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 19-cv-02443**
**Consolidated with Civil Action No. 19-cv-02637**

Jun Li, Qi Qin, Yi Liu, et al.,
        Plaintiffs,

        v.                                        Hon. Raymond P. Moore

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner LLC I, and
Peter Knobel,
        Defendants.

## Declaration of Brian P. Stewart Motion for Forthwith Hearing of Motion for Appointment of Receiver

I, Brian P. Stewart, am over the age of eighteen and have personal knowledge of the facts stated herein and hereby to state as follows:

1. I am an attorney at The Ardent Law Group, attorneys of record for the Plaintiffs in Civil Action No. 19-cv-02637.

**2.** This declaration is offered in support of the Cui Plaintiffs' Motion for Forthwith Hearing of Motion for Appointment of Receiver. The Cui Plaintiffs seek, pursuant to the terms of the loan documents, to have a Receiver Appointed to manage the real property (certain condominium units

at the Residences at Solaris – Vail) that secures the loan from the LLLP to Solaris Property Owner ("SPO")[1].

3. Attached hereto as **Exhibit "A"** is a true and correct copy of the Deed of Trust for Unit 2A South at the Residences at Solaris. All of the 16 Units securing the Loan are secured the identical form of this Deed of Trust and are attached to the Declaration of Leng Sufen served with the Motion for Appointment of Receiver served concurrently herewith.

4. Each of the Deeds of Trust contains a provision on page 11 for the ex parte appointment of a receiver.

5. Attached hereto as **Exhibit "B"** is a true and correct copy of the Limited Partnership Agreement which is the basis of the formation of Colorado Regional Center Project Solaris LLLP ("LLLP").

6. Attached hereto as **Exhibit "C"** is a true and correct copy of the Special Warranty Deed from SPOI to CDWE, LLC recorded February 12, 2019 as instrument number 20190202, showing a sale price of $10.00.

7. Attached hereto as **Exhibit "D"** is a true and correct copy of the Special Warranty Deed from SPOI to Lucky Five, LLC recorded July 12, 2019 as instrument number 201910997, showing a sale price of $10.00.

8. On or about March 5, 2020 SPOI sold Unit 6C West for $2,800,000.00 to RRS Eagle Properties, LLC. Attached hereto as **Exhibit "E"** is a true and correct copy of the Special Warranty Deed from SPOI to RRS Eagle Properties, LLC.

---

[1]. SPO later assigned its rights under the loan documents to Solaris Property Owner I ("SPOI").

9. The amount of the loan advanced and secured by Unit 6C West was $3,500,000. Attached hereto as **Exhibit "F"** is a true and correct copy of the Promissory Note which identifies the amount advanced against each unit securing the loan.

10. On or about January 16, 2020 Roger Hauptman sent me an e-mail outlining how the GP intended to apply the proceeds of the sale of Unit 6C West. Attached hereto as **Exhibit "G"** is a true and correct copy of the Promissory Note which identifies the amount advanced against each unit securing the loan.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of May, 2020.

*/s/ Brian P. Stewart*
Brian P. Stewart

**CERTIFICATION OF SERVICE**

This is to certify that on May 29, 2020, a true and correct copy of the above and foregoing **Declaration of Brian P. Stewart Motion for Forthwith Hearing of Motion for Appointment of Receiver** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Brian P. Stewart*
For Ardent Law Group, P.C.