# EXHIBIT BB

# COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP

Financial Statements - Modified Cash Basis
and
Independent Accountants' Compilation Report
December 31, 2017



# COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP

## Table of Contents

|  | Page |
|---|---|
| Independent Accountants' Compilation Report | 1 |

Financial Statements

| | |
|---|---|
| Statement of Assets, Liabilities, and Members' Equity - Modified Cash Basis | 2 |
| Statement of Revenues and Expenses - Modified Cash Basis | 3 |
| Statement of Members' Equity - Modified Cash Basis | 4 |



8181 East Tufts Avenue, Suite 600
Denver, Colorado 80237-2579
P: 303-740-9400
F: 303-740-9009
www.EKSH.com

EKS&H LLLP

## INDEPENDENT ACCOUNTANTS' COMPILATION REPORT

To the Members
Colorado Regional Center Project Solaris LLLP
Denver, Colorado

Management is responsible for the accompanying financial statements of Colorado Regional Center Project Solaris LLLP, which comprises the statement of assets, liabilities, and members' equity - modified cash basis as of December 31, 2017, and the related statements of revenues and expenses and changes in members' equity for the year then ended, in accordance with the modified cash basis of accounting. We have performed a compilation engagement in accordance with *Statements on Standards for Accounting and Review Services* promulgated by the Accounting and Review Services Committee of the AICPA. We did not audit or review the financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on these financial statements.

The financial statements are prepared in accordance with the modified cash basis of accounting, which is a basis of accounting other than accounting principles generally accepted in the United States of America.

Management has elected to omit substantially all the disclosures ordinarily included in financial statements prepared in accordance with the modified cash basis of accounting. If the omitted disclosures were included in the financial statements, they might influence the user's conclusions about the Company's assets, liabilities, equity, revenues, and expenses. Accordingly, these financial statements are not designed for those who are not informed about such matters.

*EKS+H LLLP*
EKS&H LLLP

Denver, Colorado
April 3, 2018

## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP

### Statement of Assets, Liabilities, and Members' Equity - Modified Cash Basis
### December 31, 2017

### Assets

| | |
|---|---:|
| Assets | |
|   Cash | $ 1,667,437 |
|   Notes receivable | 82,500,000 |
| Total assets | $ 84,167,437 |

### Liabilities and Members' Equity

| | |
|---|---:|
| Equity | |
|   Members' equity | $ 84,167,437 |
| Total liabilities and members' equity | $ 84,167,437 |

- 2 -

## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP

### Statement of Revenues and Expenses - Modified Cash Basis
### For the Year Ended December 31, 2017

| | |
|---|---:|
| **Revenues** | |
| Rental income | $ 2,450,547 |
| Interest income | 1,432,138 |
| Total revenues | 3,882,685 |
| **Expenses** | |
| Management fees | 984,983 |
| HOA dues | 667,836 |
| Real estate taxes | 465,482 |
| Maintenance and repairs | 323,563 |
| Commissions | 281,575 |
| Other general and administrative | 99,589 |
| Credit card fees | 41,192 |
| Total expenses | 2,864,220 |
| Net income | $ 1,018,465 |

- 3 -

## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP

### Statement of Members' Equity - Modified Cash Basis
### For the Year Ended December 31, 2017

| | |
|---|---:|
| Balance - December 31, 2016 | $ 84,918,646 |
| Member distributions | (1,769,674) |
| Net income | 1,018,465 |
| Balance - December 31, 2017 | $ 84,167,437 |

- 4 -