# EXHIBIT  CC



4340 Von Karman Ave., Suite 290
Newport Beach, California 92660
Tel: 949-299-0188
Fax: 949-299-0127
www.ardentlawgroup.com

November 21, 2019

**[Sent Via Mail and E-Mail]**
James Kilroy, Esq.
Snell & Wilmer
1200 Seventeenth Street
Suite 1900
Denver, CO 80202
jkilroy@swlaw.com

> **Re:** *Cui et al. v. Waveland Ventures, LLC et al., U.S. District Court for the District of Colorado, Case No. 1:19-cv-02637*

Dear Mr. Kilroy:

Please accept this correspondence as our client's formal demand that Colorado Regional Center I, LLC (the General Partner "GP" of Colorado Regional Center Project Solaris, LLLP "LLLP") immediately declare the entire unpaid principal balance of the Note and all accrued interest due and payable, if it has not already done so. Further demand is made that the GP declare, pursuant to the terms of the Note, that all interest due and owning on the note from this day forward shall be payable at the **"Default Rate"** as defined in the Note. Finally, as clearly delineated in the Note, all interest payments are listed as exceptions to the non-recourse language contained in the Note. Because the borrower claims that the real property is not worth the amount of the loan, we expect that the GP will demand payment of all accrued interest from the borrower immediately.     5.7% on an $82.5 million loan would be $4,702,500 per year. None of the Financial Statements or the Tax Returns that we have seen indicate interest payments of this level.   Please have the GP prepare an analysis of the interest payments due over the past 7 years.

Very Truly Yours,

Brian P. Stewart, Esq.