# EXHIBIT DD

**Patrick M. Donovan**
**Court-Appointed Receivership History**
**Current as of March 2020**

1. First Western Trust Bank, Plaintiff v. Paul J. Zecchi, Patricia A. Zecchi, and Night Loon, LLC, a Colorado limited liability company, Defendants, District Court, Denver County, Colorado, Case No.: 2019CV034602

   - Court-appointed Receiver over an art collection pledged by Defendants as collateral to secure loans from Plaintiff.

2. Rito Luna, Plaintiff v. Jurah Shabazz, Clean Connection Trucking LLC, a Colorado limited liability company, Clean Connection Truck and Energy Services LLC, a Colorado limited liability company, Defendants, District Court Weld County, Colorado, Case No.: 2018CV30437

   - Court-appointed Receiver over Defendants to preserve, protect, and liquidate assets of two oil field service companies for the benefit of judgment creditor Plaintiff.

3. Credence ID, LLC, Plaintiff v. Biomorf Lone, LLC, Defendant, State of Minnesota, County of Hennepin, Fourth Judicial District, Court File No.: 27-CV-19-2794

   - Court-appointed General Receiver over Defendant Biomorf Lone, LLC to preserve and protect assets of the entity during the pendency of the litigation between Plaintiff and Defendant.

4. Plaintiffs: Kip Korthuis, an individual and on behalf of Peak Property Group, LLC, v. Defendants: Susan Eliya; Peak Property Group, LLC, a Colorado limited liability company; JSC Property Group, LLC, a Nevada limited liability company; Green Star Rising, Inc., a Nevada corporation; and Juan Crespin, District Court, Denver County, Colorado, Case No.: 2018CV34332

   - Court-appointed receiver over Defendant Peak Property Group, LLC to preserve and protect assets of the entity and pursue potential fraudulent transfers of property by Defendants.

5. Glenda Cadman, Plaintiff v. Gene Myers and NT North, Inc., Defendants v. NT Management, Inc. and Dan Connerly, Third-Party Defendants, United States District Court for the District of Colorado, Case No.: 1:17-CV-02088-MSK-MEH

   - Court-appointed receiver over Third-Party Defendant, NT Management, Inc. to prosecute defense of litigation matters including claimed breach of fiduciary duty and separate construction defect litigation.

6. Farmers Bank v. Pickert Dairy, LLC, W. Bradley Pickert, Sr., W. Bradley Pickert, Jr., and Scott J. Pickert, District Court, Weld County, Colorado, Case No.: 18CV30374

   - Court-appointed receiver over the assets of a dairy, including real property, livestock, milk production, machinery and equipment, pledged as collateral by Defendants to secure loans from Plaintiff.

7. In re: Marriage of Petitioner: Rande Lyn Bernal and Respondent: Gilbert James Bernal, District Court, Weld County, Colorado, Case No.: 2014 DR 30185

   - Court-appointed receiver over a marital estate consisting of several businesses including oil field services, trucking, and real estate, along with substantial domestic and international

**Patrick M. Donovan**
**Court-Appointed Receivership History**
**Current as of March 2020**

    personal marital assets.

8. Capital One, National Association, a national banking association v. Garrison Chapel Hills Owner, LLC, a Delaware limited liability company, District Court, El Paso County, Colorado, Case No.: 2017CV320198

   - Court-appointed receiver over the Chapel Hills Mall in Colorado Springs pledged as collateral by Defendants to secure loans from Plaintiffs.

9. Securities and Exchange Commission, Plaintiff v. Donald J. Lester; Rubicon Alliance, LLC; CFI Fund, LLC; and NuPower, LLC, Defendants, and Equity Edge Preferred Income Fund I, LLC; Equity Edge, LLC, and Equity Edge Companies, LLC, Relief Defendants, United States District Court of Colorado, Case No.: 1:15-cv-02301-CMA-CBS

   - Court-appointed receiver over Defendant and Relief Defendant entities in settlement of claims brought by the Securities and Exchange Commission including fraud, sales of unregistered securities, and violations of the Investment Advisers Act of 1940.

10. Ute Mesa Lot 1, LLC, a Colorado limited liability company; and Leathem Stearn, an individual; Ute Mesa Lot 2, LLC, a Colorado limited liability company; 999 Ute Avenue, LLC, a Colorado limited liability company; 999 Ute Avenue, LLC, a Colorado limited liability company; 1011 Ute Avenue Homeowners Association, a Colorado corporation v. Paul J.A. Van Hessen, an individual; and Ute Holdings, LLC, a Colorado limited liability company, District Court, Pitkin County, State of Colorado, Case No.: 17CV30041

    - Court-appointed receiver over residential real estate consisting of a 16,726 square foot residence and associated personal property pledged as collateral by Plaintiffs Stearn and Ute Mesa Lot 2, LLC to secure a loan from Defendants.

11. Katmai Energy LLC v. Eastbrook Ventures, LLC, District Court, Larimer County, State of Colorado, Case No.: 2017CV30383

    - Court-appointed receiver over real estate assets consisting of a commercial office building in Fort Collins, Colorado.

12. Ryan Wheatley (an individual and shareholder of Streamline Anesthesia, Inc.); Seth Wolff (an individual and shareholder of Wolff anesthesia, Inc.); Streamline Anesthesia, Inc., a Colorado corporation; Wolff Anesthesia, Inc., a Colorado corporation v. Eastern Plains Anesthesia & Pain Services, LLC, a Colorado limited liability company; and Jon Brookins, an individual, District Court, Morgan County, Colorado, Case No.: 2017CV30023.

    - Court-appointed receiver over an anesthesia practice pending resolution of litigation among the members of the practice.

13. Academy Bank, N.A. v. Gilstrap Enterprises, Inc., a Colorado corporation, Gilco Petroleum Park, LLC, a Colorado limited liability company, Kathleen L. Gilstrap, Individually, and Keith Gilstrap, Individually, District Court, Garfield County, State of Colorado, Case No.: 2016CV30272

    - Court-appointed receiver over real estate assets consisting of a commercial fueling operation, repair shop, and associated personal property pledged as collateral to the Plaintiff to secure a loan.

**Patrick M. Donovan**
**Court-Appointed Receivership History**
**Current as of March 2020**

14. Microalloyed Steel Institute, Inc.; and Harvey J. Williamson and Paul A. Gray as Co-Trustees for the J. Malcolm Gray Family Trust U/T/A Dated 4/3/2007 v. Hinto Energy, Inc., District Court, Arapahoe County, State of Colorado, Case No.: 2016CV30844

    - Court-appointed receiver over the books and records of Hinto Energy, Inc., an oil and gas exploration and production company with operations in Utah and Montana.

15. Summit Bank & Trust, a Colorado corporation v. Eduss Learning, Inc., a Colorado corporation, District Court, Arapahoe County, State of Colorado, Case No.: 2015CV31226

    - Court-appointed receiver over the assets of Eduss Learning, Inc., an educational software company, pledged as collateral to Plaintiff to secure a loan.

16. Summit Bridge Credit Investments IV, LLC as Successor-in-Interest to First Midwest Bank v. First Midwest Bank, Successor-in-Interest to First Midwest Bank and Trust Company NA, not Personally, but as Trustee under Trust Agreement Dated December 15, 1998 and Known as Trust No. 6373, Green Oaks Properties, L.L.C., and Unknown Owners and Non-Record Claimants, Circuit Court of the Nineteenth Judicial District, Lake County, IL, Case No.: 13-CH-2387

    - Court-appointed receiver over real estate assets consisting of retail and commercial buildings, land, and associated personal property pledged as collateral to the Plaintiff to secure a loan.

17. In re: Marriage of Lois Jean Soule and Thomas Shane Soule, District Court, Elbert County, State of Colorado, Case Number: 12DR79

    - Court-appointed receiver over Top Hand Enterprises, Inc., an oil field services company, and the primary asset of the marital estate, with operations in Arkansas, Louisiana, and Texas.

18. U.S. Bank, National Association v. LTPM 5, LLC, a Colorado limited liability company and Jorden-21, LLC, a Colorado limited liability company, District Court, Douglas County, State of Colorado, Case Number: 2012CV2656

    - Court-appointed receiver over real property consisting of an office building, a commercial business park, land, and associated personal property pledged as collateral to the Plaintiff to secure a loan.

19. Community Banks of Colorado, a Division of Bank Midwest, NA v. Guaranty Enterprises, Inc., an Oklahoma corporation, Omni Hospital Services, LLC, a Colorado limited liability company, King Real Estate, LLC, a Colorado limited liability company, Roger L. King, an individual, and Katherine A. King, an individual, District Court, County of Denver, State of Colorado, Case Number: 2011CV8723

    - Court-appointed receiver over a commercial linen and laundry service business, its machinery, equipment, receivables and accounts pledged as collateral to Plaintiff for a series of loans.

20. Wells Fargo Financial Leasing, Inc. v. Preston McEachern and Harold Mitchell, District Court, Montrose County, State of Colorado Case Number: 2011cv184

**Patrick M. Donovan**
**Court-Appointed Receivership History**
**Current as of March 2020**

- Court-appointed receiver over real estate assets consisting of a multi-building business park, land, and associated personal property pledged as collateral to Plaintiff to secure a loan.

21. Pulsewave, LLC, a Colorado limited liability company v. CA Arnold & Associates, Inc., a Colorado corporation, Charles A. Arnold, an individual, Quantic Research Systems, Inc., a Colorado corporation, William Parfet, an individual, et al. District Court, Jefferson County, State of Colorado, Case Number: 2005CV3946

    - Court-appointed receiver over a company holding a portfolio of patents and intellectual property rights during resolution of disputes among the members of the company.

22. PNC Bank, National Association v. Intermountain Resources, LLC and Intermountain Forest Products, LLC, District Court, Montrose County, State of Colorado Case Number: 2010cv227

    - Court-appointed receiver over the assets of a commercial sawmill operator consisting of sawmills in Colorado and Wyoming, machinery, equipment, inventory and accounts pledged as collateral to the Plaintiff for a series of loans.

**Patrick M. Donovan**
**History of Other Court-Appointed Fiduciary Engagements**
**Current as of March 2020**

1. In re: Colorado National Bancorp, In the United States Bankruptcy Court for the District of Colorado, Chapter 11 Case No.: 17-20315 EEB

    - Court-appointed Plan Administrator for the Second Amended Plan of Reorganization of Colorado National Bancorp dated June 28, 2018. Served as Plan Administrator to pay administrative claims, claims of unsecured creditors, and liquidate the Debtor following the sale of its wholly-owned subsidiary Colorado National Bank.

2. Thomas J. Harvey, Claimant v. Mitchell Wiens and M.M.A. Design, LLC, Respondents and Counterclaimants, District Court, County of Boulder, State of Colorado, Case Number: 16 CV 31001.

    - Court-appointed custodian over M.M.A. Design, LLC, a designer and manufacturer of antennas, solar arrays, and deployable apparatus for the space industry.

3. In re: the Marriage of Marcia Edwards, Petitioner, and John Keith Edwards, Respondent, District Court, County of Denver, State of Colorado, Case No.: 12DR3787

    - Court-appointed special master over the assets of Bearcat Energy, LLC, an oil and gas exploration and production company and the largest asset in the marital estate, with operations in Colorado and Wyoming.

4. In re: the Marriage of Tia Fischer Christianssen, Petitioner, and Keith Eric Christianssen, Respondent, District Court, City and County of Broomfield, State of Colorado, Case No.: 15 DR 30024

    - Court-appointed financial monitor over the businesses of Impact Sports Medicine and Mustard Seed Wellness, providers of physical therapy and rehabilitation services, from three office locations in the Denver metropolitan area.

# Patrick M. Donovan
## Professional Resume

### Experience

**Pear Partners, LLC**
Managing Member                                              January 2019 - Present
As the Managing Member of Pear Partners, LLC, oversee and conduct engagements in Court-appointed fiduciary roles, perform forensic accounting, litigation support, and provide expert witness testimony

**Cordes & Company**
Managing Director                                            May 2010 – December 2018
As a Managing Director and shareholder of Cordes & Company, oversee engagements and supervise staff in the performance of financial advisory services.
- Represent creditors in the enforcement, servicing, workout and restructure of secured financings and provide financial advisory services to creditors with respect to collateral and strategies for achieving maximum recovery of loans.
- Serve as court-appointed receiver, custodian, special master, and financial monitor in multiple jurisdictions and a variety of matters including real estate, oil and gas, manufacturing, intellectual property, and business disputes.
- Serve as a court-appointed bankruptcy examiner and provide forensic accounting services to clients.
- Provide litigation support and expert witness testimony.

**Phillips Capital, Inc.**
Chief Financial Officer                                      July 2006 - April 2010
Served as Chief Financial Officer of Denver-based broker/dealer structuring, and underwriting equity and debt transactions completed through private placement offerings to accredited investors. Responsibilities included:
- Oversight of financial reporting to FINRA and the Securities and Exchange Commission
- Coordination of annual financial statement audit and income tax return preparation.
- Directed structuring, underwriting, due diligence, and issuer disclosure in preparation of private placement memoranda.
- Completed debt and equity transactions totaling over $187 million during a four-year period including transactions in real estate, water rights, healthcare, intellectual property, and hospitality industries.
- Served as nominee-agent and loan servicer on syndicated debt transactions.

**Flatiron Real Property Consulting, LLC**
Principal                                                    November 2004 - April 2010
Provided consulting services to real estate owners and operators including:
- Served as interim President of Boulder, Colorado commercial real estate development and property management company.
- Structured and negotiated commercial leases, debt and equity financing arrangements for commercial real estate owners.
- Structured sale/leaseback transactions for corporate real estate owner to generate liquidity for the company.
- Provided outsourced real estate advisory services to a private wealth management firm directing the real estate strategies implemented for its clients.

Patrick M. Donovan
Page 2


**Cornerstone Holdings, LLC**
**Chief Financial Officer** May 2002 - October 2004
Family office headquartered in Aspen, Colorado with interests in real estate development, venture capital, private equity, aircraft charter, and marketable securities.
- Directed financial operations of the holding company with primary responsibility for debt and equity structuring, investment allocation, risk management, financial reporting and taxation.

**Cornerstone Private Capital, LLC**
**President and Chief Operating Officer** January 1999 – October 2004
Affiliate of Cornerstone Holdings, LLC providing short-term ("bridge") real estate- secured financing.
- Directed operations of the company following defalcation by predecessor overseeing national portfolio of loans and REO properties.
- Created value in foreclosed properties through initiatives including rezoning, redevelopment and strategic partnering to effect disposition.
- Coordinated strategies with outside counsel for opposition to borrower bankruptcy filings to successfully achieve relief from stay of bankruptcy or other means to negotiate title to properties.

**ARV Assisted Living, Inc.**
**Vice President Finance** October 1995 – December 1998
Publicly traded senior housing provider based in Costa Mesa, California with multi- state operations. Through acquisition and development, the company grew from thirteen communities and annual revenue of $10 million at its initial public offering in October 1995 to 70 communities, including seven in development, and annual revenue of $129 million by December 1998.
- Involved in negotiation, structuring and procurement of debt and equity financing inclusive of convertible subordinated debt offerings, private placement of common equity, revolving lines of credit, mortgages and sale/leaseback financings.
- Prepared periodic filings for the Securities and Exchange Commission.
- Managed company communications with buy and sell-side analysts and investors.

**Transpacific Development Company, Inc.**
**Vice President Finance** July 1994 – September 1995
Privately held developer and owner of Class "A" office buildings and retail centers with operations in California, Arizona and Hawaii.
- Negotiated the restructure and workout of mortgage loans secured by Company's portfolio of office properties on terms favorable to the Company.
- Oversaw accounting and reporting function, inclusive of financial reporting to institutional investors.
- Planned and implemented computer system and accounting software conversion with minimal interruption to regular accounting and reporting schedule.

**Real Estate Consultant** February 1993 – June 1994
- Performed expert witness and litigation support services uncovering significant misappropriation of capital and fraudulent conveyances of real property leading to multi-million dollar judgement for client.
- Performed contract due diligence on behalf of publicly traded investment funds for purposes of purchasing pools of performing and sub-performing assets.

Patrick M. Donovan
Page 3

### Messenger Investment Company, Inc.
**Vice President Finance**                                                                                      **October 1989 – January 1993**

Privately held developer and owner of office and industrial properties with operations in California, Arizona, Texas and Illinois.
- Negotiated and obtained construction and permanent financing for the Company's real estate projects.
- Structured and negotiated partnership agreements with institutional partners.
- Instrumental in large land assemblages and creation of master-planned commercial developments.
- Directed financial reporting and taxation for multiple entities.

### The O'Donnell Group
**Controller,**                                                                                                      **August 1984 – September 1989**

Privately held commercial and industrial real estate developer with operations in California, Washington and Alaska. Through acquisition and development, the company grew its portfolio from 10 million square feet in August 1994 to in excess of 22 million square feet by July 1989.
- Maintained day-to-day responsibility for the accounting and reporting functions associated with over 120 real estate partnerships and five operating entities.
- Designed and implemented standardized monthly financial reporting packages for joint venture partners and third-party owners.
- Analyzed buying, selling and trading of real estate in Company's portfolio with an emphasis on financial feasibility and tax impacts of various strategies.

### BDO Seidman
**Senior Accountant**                                                                                                       **June 1982 – July 1984**

National public accounting firm.
- Performed and supervised audit and tax work for clients in the real estate, construction, education and gaming (casino) industries obtaining experience required for license.

### Education
University of Notre Dame, Mendoza College of Business, 1982, BBA Accountancy

### Credentials
Certified Public Accountant (Inactive)
Series 7 – General Securities Representative (Inactive)

### Professional Memberships
Turnaround Management Association - Rocky Mountain Chapter
Board member and Treasurer 2010 to 2017

## Patrick M. Donovan
## Expert Witness Testimony

In re:   Alkire Real Estate LLC, Claimant v. TR Alkire, LLC and Top Rock Investments LLLP, Respondents, AAA Case No. 01-18-003-3551

Arbitration Testimony: December 10, 2018

In re:   Rich Global, LLC, Debtor, Tracy L. Zubrod, Trustee, Plaintiff v. Robert T. Kiyosaki, Kim Kiyosaki, Pele-Kala Corporation, Cashflow Technologies, Inc., BI Capital, LLC, and Rich Dad Operating Company, LLC, Defendants, United States District Court for the District of Wyoming, Case No.: 16CV00217

Deposition Testimony: July 18, 2018
Trial Testimony: November 28 – 29, 2018

In re:   Ellis Corporation, an Illinois corporation v. W2007 MVP Denver, LLC, a Delaware limited liability company, District Court, City and County of Denver, Colorado, Case No.: 2017CV30761

Deposition Testimony: January 30, 2018
Trial Testimony: February 23, 2018

In re:   Kimberly A. Nanke v. Respondents: Winston H. Conkling, Maggie's Farm, LLC, and Virtual Marketing, LLC; Case No. 2016-0584A, Judicial Arbiter Group, Denver, Colorado

Trial Testimony: July 26, 2017

In re:   Lord Abbett Municipal Income Fund, Inc., a Maryland Corporation, on behalf of its series Lord Abbett High Yield Municipal Bond Fund, Lord Abbett National Tax-Free Income Fund and Lord Abbett California Tax- Free Income Fund, Plaintiff, v. Joann Asami, R. Thomas Beach, Natasha Beery, Jane Breyer, Jennifer Lowe Campbell, Oren Cheyette, Sarah Clugg, Orpheus Crutchfield, Lynn De Jonghe, Roz Hamar, Natalie Lenz-Acuna, Tim Moppin, Gina Moreland, Joanne Rubio, Jennifer Curry Villeneueve, Andrew Weill, Valerie McCann Woodson, Defendants United States District Court, Northern District of California, Oakland Division (Case No. C12-03694) ("California Litigation")

and

Lord Abbett Municipal Income Fund, Inc., a Maryland Corporation, on behalf of its series Lord Abbett High Yield Municipal Bond Fund, Lord Abbett National Tax-Free Income Fund and Lord Abbett California Tax- Free Income Fund, Plaintiff, v. Stone & Youngberg LLC and John Does 1-10, Defendants, United States District Court, District of New Jersey, Newark Vicinage (Case No. 2:12-cv-04661) ("New Jersey Litigation")

Deposition Testimony: June 12, 2014

In re:   Pioneer Series Trust II, on behalf of its series Pioneer AMT-Free Municipal Fund, a Delaware statutory trust, AIM Tax Exempt Funds (Invesco Tax Exempt Funds), on behalf of its portfolio, Invesco High Income Municipal Fund, a Delaware statutory trust; Lord Abbett Municipal Income Fund, Inc., on behalf of its series Lord Abbett High Yield Municipal Bond Fund, a Maryland corporation; Lord Abbett Municipal Income Fund, Inc., on behalf of its series Lord Abbett High Yield Municipal Bond Fund, a Maryland corporation; Lord Abbett Municipal Income Fund, Inc., on gehalf of its series Lord Abbett

## Patrick M. Donovan
## Expert Witness Testimony

National Tax-Free Income Fund, a Maryland corporation
v. D.A. Davidson & CO., a Montana corporation; Third-Party Plaintiff: D.A. Davidson & CO., a Montana corporation v. Third-Party Defendants: Vail Christian School, Inc., a Colorado nonprofit corporation; VCHS Funding Entity, LLC, a dissolved Colorado limited liability company; Vail Christian High School, a dissolved Colorado nonprofit corporation; Gracious Savior Lutheran Church, a Colorado non-profit corporation; Wheeler Family foundation, Inc., a Delaware nonprofit corporation; Richard J. Gyde; Michael V. Barry; Lisa Wheeler Huzela; Gregory G. Repetti; Megan Lynch Green: Howard F. Gardner; Terry L. Halverson; and Michael R. Dunlevie.  District Court, Jefferson County, Colorado; (Case No. 2010 CV 5196)

Deposition Testimony: September 17, 2013 and May 20, 2014