# EXHIBIT EE

# Christopher P. Harff, CPA

(720) 334-3865 Phone

**Highline Financial Group – Denver, CO (2006-Current)**
*Principal* - Highline is a privately-owned investment and consulting firm with a history of commercial and residential real estate investment, development, lending, workouts, and note acquisitions. The principal has also served as a court appointed receiver for both corporate and real estate entities.

### *Commercial and Residential Real Estate Development and Investment:*
Processed transactions for its own portfolio and as a partner in other projects.
- Responsible for sourcing, underwriting, closing and managing commercial investments.
- Residential land deals, underwriting, entitlement and metro district responsibilities.
- Performed financial analysis and created proformas to evaluate economic scenarios and financing strategies. Ultimately responsible for risk evaluation for portfolio investments.
- Negotiated and executed Operating Agreements, Lender Documentation, LOIs, Purchase and Sale Agreements, Leases, Development Agreements and other related documentation.
- Performed rezoning and entitlement efforts to approve commercial and residential redevelopments and convey plats to residential homebuilders.

### *Receiverships:*
Court appointed Receiver for business entities and commercial real estate projects.
- As a Receiver, represented all stakeholders as an officer of the Court.
- Actively managed the assets to not only preserve value but created value for the stakeholders through asset monetization and for real estate assets, through leasing and property management activities.
- Prepared financial and managerial reports to the Court and conducted forensic analysis of historical records resulting in recoveries to the estate.

### *Restructuring and Reorganization:*
- Financial advisor to Debtor in Chapter 11 bankruptcy with assets of over $160 million.
    Secured $30 million DIP facility.
    Expert witness (i.e. priming, critical vendors, mechanic's liens).
    Managed financial reporting and performed forensic analysis of intercompany issues.
    Negotiated post-petition disputes, related company obligations and implemented other cost reductions saving the estate over $850,000.
- Financial advisor to Real Estate Holding Company negotiating out of court restructurings.
    Prepared a global cash flow analysis to prioritize critical issues.
    Negotiated discounted payoffs with lenders and managed the sale of assets.
    Engaged in restructurings with the successor to lending institutions ceased by the FDIC.

### *Lending (2006-2009)*
Responsible for the origination, underwriting, and management of a $20 million loan portfolio.
- Raised capital for the leveraged fund and responsible for managing financial relationships.
- Member of Investment Committee and head of the underwriting and asset management.
- Responsible for the management of the investments and the disposition of portfolio assets.

**Signature Capital Partners, LLC - Denver, CO (2001-2006)**
*Principal/Chief Financial Officer*
Founding partner of Signature Capital Partners, a special situations investment firm with $30 million of invested capital.
- Responsible for evaluating and structuring distressed note purchases from regional banks.
- Created financial reporting packages for management, lenders and investors.
- Negotiated the senior debt, subordinated debt and preferred membership interests on behalf of the company as part of the capital raising process.
- Negotiated restructuring alternatives in order to properly renegotiate the existing debt commitments which entails balancing a borrowers' ability to pay with protecting the lender's rights and interests in the underlying collateral.

# Christopher P. Harff, CPA

(720) 334-3865 Phone

**Republic Financial Corp. - Denver, CO (2000-2001)**
*Director of Distressed Companies*
Responsible for the management of a $40 million international leasing business acquired by purchasing distressed senior debt at a substantial discount.
- Managed company through a Chapter 11 proceeding to capture a $12 million net operating loss and mitigate future unidentified obligations.
- Negotiated settlement agreements and revised covenants with senior lenders of company subsidiaries to prevent foreclosures.
- Reconstructed historical financial information as the company was dormant for eight months and designed financial management reports to effectively monitor the ongoing operations of the business.
- Negotiated new senior debt facility for assets foreclosed upon by the special purpose entity.

**DriveOff.com, Inc. - Denver, CO (1999-2000 – Company sold)**
*Chief Financial Officer, Secretary and Treasurer*
- Member of the Executive Committee and managed and coordinated the sale of the company to Microsoft's CarPoint.
- Directed financing activities, treasury, budgeting, audit, tax, accounting and long-range forecasting for the company.
- Established procedures necessary to maintain proper records and accounting controls including management of a $15 million annual operating budget.
- Evaluated the company's financial position and issued weekly, monthly or quarterly reports on the company's financial stability, liquidity and growth.
- Assisted in the preparation of parent company's public filings.

**Imperial Capital, LLC - Beverly Hills, CA (1994-1999)**
*Vice President – Corporate Finance / Real Estate*
- Structured and executed private placements of high yield debt and equity in excess of $1 billion for acquisitions, recapitalizations and leveraged buyouts.
- Structured transactions and negotiated final credit terms and covenants with lenders.
- Prepared investment memorandums, managed the due diligence process and the preparation of offering materials.
- Coordinated and negotiated the refinancing and subsequent disposition of real estate assets.
- Performed valuation analyses and created detailed comprehensive financial models.

**Ernst & Young - Atlanta, GA (1991-1994)**
*Restructuring and Reorganization Group*
- Financial advisor to Creditors' Committees in Chapter 11 bankruptcy cases.  Represented two regional retail chains with revenues of $1 billion and $200 million, respectively.
- Led operational and financial restructuring of a $20 million transportation company.
- Performed valuation and restructuring services for a multi-billion real estate portfolio.

**Professional Certifications:**
Certified Public Accountant (currently non-practicing CPA), Member of the AICPA
Series 7, Series 63, Passed Level 1 of the Charted Financial Analysts Exam.

**Education:**
**University of North Carolina – Chapel Hill, NC**
**1990 - 1991**   *Master of Accounting.*  Specializing in accounting and finance.
**1986 - 1990**   *Bachelor of Science in Business Administration.*   Concentration in Accounting.
Varsity letterman in Swimming and Diving – 1986-1989

# Christopher P. Harff, CPA
## Receivership / Restructuring Qualifications

9493 Shadow Hill Circle<br>
Lone Tree, CO 80129<br>
Phone: (720) 334-3865

**Highline Financial Group – Denver, CO**

*Receiverships:*

- $4.7 million note – 134 acre development project, Aurora, CO
- $2.6 million note – 16,000 sq ft shopping center, Grand Junction, CO
- $600,000 note – Black River Caviar, Inc., Breckenridge, CO
- $3.8 million note – 14,900 sq ft shopping center, Highlands Ranch, CO
- $12 million note – 135,400 sq ft grocery anchored shopping center, Lakewood, CO
- $2.1 million note – 12,500 sq ft retail/office building, Denver, CO
- $3.0 million note – 5,000 sq ft restaurant, Denver, CO
- $1.3 million note – 6,250 sq ft parking lot, Denver, CO
- $1.2 million note – 8,000 sq ft shopping center, Aurora, CO
- $1.6 million note – 44,000 sq ft shopping center, Lakewood, CO
- $4.1 million note – 120 room limited service hotel, Denver, CO
- $3.6 million note – 132 room limited service hotel, Ft Collins, CO
- $1.6 million note – branded gas station, Aurora, CO

- Financial advisor to Receiver for $235 million defaulted condo/retail center.
    - Prepared budgets and monthly draws for lending group
    - Negotiated mechanics liens
    - Investigated improprieties discovered by the Receiver and prepared reports for the Court

*Restructuring and Reorganization*

- Principal of a special situations fund chartered to invest in distressed C&I notes.
    - Asset management responsibilities for $30 million distressed portfolio assets
    - Credit committee member, underwriting responsibilities

- Financial advisor to Debtor in Chapter 11 bankruptcy with assets of over $160 million.
    - Secured $30 million DIP facility
    - Expert witness (i.e. priming, critical vendors, mechanic's liens)
    - Prepared DIP budget and managed financial reporting and cash collateral
    - Forensic analysis of intercompany transfer issues
    - Negotiated post-petition disputes, related company obligations and implemented other
    - Cost reductions saving the estate over $850,000

- Financial advisor to Real Estate Holding Company negotiating out of court restructurings.
    - Prepared a global cash flow analysis to prioritize critical issues
    - Negotiated with lenders and managed the disposition of assets
    - Engaged in restructurings with the successor to lending institutions seized by the FDIC

*Career Summary*

Mr. Harff has over 20 years of experience in the financial and commercial real estate industries. At a principal level, Mr. Harff has extensive experience financing, originating, underwriting and servicing notes collateralized by business assets across a variety of industries from manufacturing to aerospace to consumer products. In addition, Mr. Harff has been both a lender and owner of commercial real estate during his career which provides a unique perspective for real estate receiverships. As a Receiver, Mr. Harff has been successful in increasing occupancy and/or recovering or reducing costs in many of his receiverships. In addition, he has worked with creditor's committees in Chapter 11 proceedings, organized operational restructurings and performed valuations services on a multi-billion dollar real estate portfolio. Mr. Harff also has an extensive accounting background and has served as the CFO for two companies.