# EXHIBIT D

## ALLONGE TO PROMISSORY NOTE

### ENDORSEMENT SEPARATE FROM INSTRUMENT

Borrower: Solaris Property Owner I, LLC
Lender: Colorado Regional Center Project Solaris, LLLP
Date of Note: April 18, 2012
Original Principal Amount: $100,000,000

This Allonge shall be and remain attached to and shall constitute an integral part of the above-described Promissory Note (the "Note") from and after the effective date of this Allonge.

Effective as of the original date of the Note, the Interest Rate (as defined in the Note) shall be 5.55% and all references to the Interest Rate shall mean 5.55%.

Except as expressly amended by this Allonge, the provisions of the Note shall remain in full force and effect and are hereby ratified and confirmed by the undersigned.

DATED to be effective as of April 18, 2012.

BORROWER:

Solaris Property Owner I, LLC, a Delaware limited liability company

By: _[signature]_
Name: Ryan Smith
Title: Designated Agent

Lender hereby consents to the amendment of the Note as set forth in this Allonge effective as of the date first set forth above.

Colorado Regional Center Project Solaris, LLLP, a Colorado limited liability limited partnership

By: _[signature]_
Name: Chester P Schwartz
Title: Manager

[handwritten annotation: "COPY - Oris in safe dep box 5/2/13"]