# EXHIBIT  E

| Eagle County, CO | 202003630 |
|---|---|
| Regina O'Brien | 03/06/2020 |
| Pgs: 4 | 01:50:42 PM |
| REC: $28.00   DOC: $280.00 | |

## SPECIAL WARRANTY DEED

THIS DEED, made this 5th day of March, 2020, between

**SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY**
whose address is 141 East Meadow Drive, Suite 211, Vail, CO 81657, GRANTOR(S), and
**RRS EAGLE PROPERTIES, LLC, A FLORIDA LIMITED LIABILITY COMPANY**
whose address is 141 E Meadow Dr   Unit 6C West _____ GRANTEE(S):
Vail CO 81657

WITNESS, that the grantor(s), for and in consideration of the sum of Two Million Eight Hundred Thousand and 00/100 Dollars ($2,800,000.00), the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm unto the grantee(s), grantee's heirs and assigns forever, all the real property, together with improvements, if any, situate, lying and being in the County of Eagle and State of Colorado, described as follows:

### FOR LEGAL DESCRIPTION
**SEE EXHIBIT "A" ATTACHED HERETO AND FORMING A PART HEREOF**

also known by street and number as: **141 East Meadow Drive, Unit 6C West, Vail, CO 81657**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appurtaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee, grantee's heirs and assigns forever. The grantor(s), for the grantor, grantor's heirs, and personal representatives or successors, does covenant and agree that grantor shall and will **WARRANT AND FOREVER DEFEND** the above-bargained premises in the quiet and peaceable possession of the grantee, grantee's heirs and assigns, against all and every person or persons lawfully claiming the whole or any part thereof, by, through or under the grantor, but not otherwise, **SUBJECT TO** taxes for the current and subsequent years, and to the exceptions attached hereto as Exhibit B and incorporated herein.

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor has executed this deed on the date set forth above.

Solaris Property Owner I, LLC, a Delaware limited liability company

By: _____
Ryan Smith, Authorized Signatory

**STATE OF:** Colorado
**COUNTY OF:** Eagle

The foregoing instrument was subscribed, sworn to, and acknowledged before me this 5th day of March, 2020 by Ryan Smith, Authorized Signatory of Solaris Property Owner I, LLC, a Delaware limited liability company.

My Commission expires: MAY 17, 2021        Witness my hand and official seal.

PAIGE KATHERINE JAPINGA
Notary Public – State of Colorado
Notary ID 20174020963
My Commission Expires May 17, 2021

_____
Notary Public

TITLE COMPANY        SPECIAL WARRANTY DEED –        **2001320**
March 4, 2020
11:41 AM

EXHIBIT "A"
Attached to and forming a part of
SPECIAL WARRANTY DEED
between

GRANTOR:   SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY
COMPANY

GRANTEE:   RRS EAGLE PROPERTIES, LLC, A FLORIDA LIMITED LIABILITY COMPANY

LEGAL DESCRIPTION

Condominium Unit 6C WEST, THE RESIDENCES AT SOLARIS-VAIL, according to the Condominium Plat for the Residences at Solaris-Vail recorded April 26, 2010 as Reception No. 201007818, First Amendment and Supplement thereto recorded April 25, 2012 as Reception No. 201208075, Second Amendment and Supplement recorded April 24, 2014 as Reception No. 201406409, Third Amendment and Supplement recorded April 21, 2016 as Reception No. 201605527, and Fourth Amendment and Supplement recorded April 20, 2018 as Reception No. 201806012, and as defined and described in the Condominium Declaration for the Residences at Solaris-Vail recorded April 26, 2010 as Reception No. 201007819, First Amendment recorded June 30, 2010 as Reception No. 201013180, Second Amendment recorded November 10, 2011 as Reception No. 201121110, Third Amendment recorded April 25, 2012 as Reception No. 201208076, Fourth Amendment recorded April 24, 2014 as Reception No. 201406410, Fifth Amendment recorded December 29, 2014 as Reception No. 201422174, Sixth Amendment recorded April 21, 2016 as Reception No. 201605526, and Seventh Amendment recorded April 20, 2018 as Reception No. 201806013, all in the office of the Clerk and Recorder of Eagle County, Colorado.

County of Eagle, State of Colorado.

also known by street and number as: 141 East Meadow Drive, Unit 6C West, Vail, CO 81657


TITLE COMPANY
of the state.

SPECIAL WARRANTY DEED -

2001320
March 4, 2020
11:41 AM

202003630

**EXHIBIT "B"**
Attached to and forming a part of
**SPECIAL WARRANTY DEED**
between

GRANTOR:   **SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY**
GRANTEE:   **RRS EAGLE PROPERTIES, LLC, A FLORIDA LIMITED LIABILITY COMPANY**

## EXCEPTIONS TO TITLE

- Right of proprietor of a vein or lode to extract and remove his ore therefrom should the same be found to penetrate or intersect the premises as reserved in United States Patent recorded July 12, 1899, in Book 48 at Page 475.

- Right of way for ditches or canals constructed by the authority of the United States as reserved in United States patent recorded July 12, 1899, in Book 48 at Page 475.

- Terms, conditions and provisions of Consolidated Service Plan recorded January 05, 2007 as Reception No. 200700327.

- Terms, conditions and provisions of Order of Inclusion recorded April 27, 2007 as Reception No. 200710831.

- Terms, conditions and provisions of Order of Inclusion recorded April 27, 2007 as Reception No. 200710832 and recorded March 19, 2008 as Reception No. 200805845.

- Terms, conditions and provisions of Order of Inclusion recorded April 27, 2007 as Reception No. 200710833 and recorded March 19, 2008 as Reception No. 200805846.

- Terms, conditions and provisions of Crossroads Protective Covenants recorded August 16, 2007 as Reception No. 200721910, re-recorded August 28, 2007 as Reception No. 200722884.

- Terms, conditions and provisions of Underground Right-of-Way Easement recorded October 10, 2007 as Reception No. 200727141 and Underground Right of Way Easement recorded October 10, 2007 as Reception No. 200727142. (Affects common elements)

- Terms, conditions and provisions of Easement Agreement between Solaris Property Owner, LLC, a Delaware limited liability company and Solaris Metropolitan District No. 1 recorded May 28, 2008 as Reception No. 200811070. (Affects common elements)

- The effect of Solaris Metropolitan District Nos. 1 -3 Map recorded December 22, 2009 as Reception No. 200927310.

- Easements, reservations and restrictions as shown or reserved on the Condominium Plat for Solaris-Vail recorded April 26, 2010 as Reception No. 201007816.

- Terms, conditions and provisions of Shared Facilities Agreement recorded April 26, 2010 as Reception No. 201007817, First Amendment recorded June 30, 2010 as Reception No. 201013179, Second Amendment recorded December 10, 2010 as Reception No. 201024997 and Third Amendment recorded November 10, 2011 as Reception No. 201121109.

- Easements, reservations and restrictions as shown or reserved on the Condominium Plat for The Residences at Solaris-Vail recorded April 26, 2010 as Reception No. 201007818, First Amendment and Supplement thereto recorded April 25, 2012 as Reception No. 201208075, Second Amendment and Supplement recorded April 24, 2014 as Reception No. 201406409, Third Amendment and Supplement recorded April 21, 2016 as Reception No. 201605527, and Fourth Amendment and Supplement recorded April 20, 2018 as Reception No. 201806012.

 **TITLE COMPANY** of the rockies

SPECIAL WARRANTY DEED -

**2001320**
March 3, 2020
10:26 AM

202003630

- Covenants, conditions, obligations, easements and restrictions contained in the Condominium Declaration for The Residences at Solaris-Vail recorded April 26, 2010 as Reception No. 201007819, First Amendment recorded June 30, 2010 as Reception No. 201013180, Second Amendment recorded November 10, 2011 as Reception No. 201121110, Third Amendment recorded April 25, 2012 as Reception No. 201208076, Fourth Amendment recorded April 24, 2014 as Reception No. 201406410, Fifth Amendment recorded December 29, 2014 as Reception No. 201422174, Sixth Amendment recorded April 21, 2016 as Reception No. 201605526, and Seventh Amendment recorded April 20, 2018 as Reception No. 201806013.

- Terms, conditions and provisions of Sidewalk/Streetscape & Snowmelt Maintenance Agreement recorded September 21, 2010 as Reception No. 201018719. (Affects common elements)

- Terms, conditions and provisions of Town of Vail Revocable Permit to Erect or Maintain improvements on a public right-of-way recorded December 16, 2010 as Reception No. 201025482. (Affects common elements)

- Terms, conditions and provisions of Grant of Easement recorded May 09, 2012 as Reception No. 201209258. (Affects common elements)

- Terms, conditions and provisions of Grant of Easement recorded November 1, 2016 as Reception No. 201618510. (Affects common elements)



TITLE COMPANY
of the rockies

SPECIAL WARRANTY DEED - PHOTOGRAPHIC RECORD

2001320
March 3, 2020
10:26 AM

202003630