# EXHIBIT G

ARDENT LAW GROUP, P.C.

4340 Von Karman Ave., Suite 290

Newport Beach, CA 92660

PH:       949.299.0188

FAX:     949.299.0127

Email: bstewart@ardentlawgroup.com<mailto:bstewart@ardentlawgroup.com>

This message and any attached documents contain information from the law firm of Ardent Law Group, P.C. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

From: Roger Hauptman [mailto:roger@rahlegal.com]
Sent: Thursday, January 16, 2020 11:47 AM
To: 'Brian Stewart' <bstewart@ardentlawgroup.com<mailto:bstewart@ardentlawgroup.com>>
Cc: 'Hubert Kuo' <hkuo@ardentlawgroup.com<mailto:hkuo@ardentlawgroup.com>>; 'Kilroy, James' <jkilroy@swlaw.com<mailto:jkilroy@swlaw.com>>
Subject: RE: Withdrawal of Lis Pendens on 6CWest

Brian,

I don't know the name of the buyer, but will provide it as soon as I am provided with a copy of the contract. With respect to proceeds, they would be applied as follows:

* First, given the volume of concerns my client has heard from LPs regarding the status of title (even though we believe that they are without merit), to fund the necessary expenses to effectuate the transfer of all remaining collateral units from SPO to CRCPS, including closing costs, HOA payments, etc.
* Second, to accrued and unpaid liabilities of the partnership;
* Third, to establish adequate reserves for working capital expenses; and
* To the extent there are available proceeds, to the LPs on a pro rata basis.

Please let me know asap how you would like to proceed. I am happy to jump on a call as well to discuss any questions you may have.

Thank you,

Roger Hauptman

<image001.png>

4