# EXHIBIT 3

# COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP

**Financial Statements - Cash Basis
and
Accountants' Compilation Report
December 31, 2014**



EKS&H
AUDIT | TAX | CONSULTING

# COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP

## Table of Contents

|  | Page |
|---|---|
| Accountants' Compilation Report | 1 |
| **Financial Statements** | |
| Statement of Assets, Liabilities, and Members' Equity - Cash Basis | 2 |
| Statement of Revenues and Expenses - Cash Basis | 3 |
| Statement of Members' Equity - Cash Basis | 4 |



7979 E. Tufts Avenue, Suite 400
Denver, Colorado 80237-2521
P: 303-740-9400
F: 303-740-9009
www.EKSH.com

# ACCOUNTANTS' COMPILATION REPORT

To the Members
Colorado Regional Center Project Solaris LLLP
Denver, Colorado

Management is responsible for the accompanying financial statements of Colorado Regional Center Project Solaris LLLP, which are comprised of the statement of assets, liabilities, and members' equity as of December 31, 2014, and the related statements of revenues and expenses and members' equity utilizing a cash basis method of accounting. We have performed a compilation engagement in accordance with *Statements on Standards for Accounting and Review Services* promulgated by the Accounting and Review Services Committee of the American Institute of Certified Public Accountants. We did not audit or review the financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on these financial statements.

Management has elected to omit all of the disclosures ordinarily included in financial statements prepared in accordance with the cash basis of accounting. If the omitted disclosures were included in the financial statements, they might influence the user's conclusions about the Company's assets, liabilities, equity, revenues, and expenses. Accordingly, the financial statements are not designed for those who are not informed about such matters.

*EKS+H LLLP*

EKS&H LLLP

June 30, 2016
Denver, Colorado

## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP

### Statement of Assets, Liabilities, and Members' Equity - Cash Basis
### December 31, 2014
### (See Accountants' Compilation Report)

**Assets**

| | |
|---|---:|
| Assets | |
|   Cash | $ 3,997,517 |
|   Restricted cash | 1,500,000 |
|   Notes receivable | 80,000,000 |
| Total assets | $ 85,497,517 |

**Liabilities and Members' Equity**

| | |
|---|---:|
| Equity | |
|   Members' equity | $ 85,497,517 |
| Total liabilities and members' equity | $ 85,497,517 |

# COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP

## Statement of Revenues and Expenses - Cash Basis
## For the Year Ended December 31, 2014
## (See Accountants' Compilation Report)

| | |
|---|---:|
| **Revenues** | |
| Rental income | $ 2,110,704 |
| Interest income | 4,440,000 |
| Total revenues | 6,550,704 |
| **Expenses** | |
| Management fees | 2,092,078 |
| HOA dues | 504,995 |
| Real estate taxes | 445,264 |
| Maintenance and repairs | 239,207 |
| Commissions | 74,164 |
| Other general and administrative | 62,957 |
| Credit card fees | 42,324 |
| Utilities | 37,931 |
| Total expenses | 3,498,920 |
| Net income | $ 3,051,784 |

- 3 -

## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP

### Statement of Members' Equity - Cash Basis
### For the Year Ended December 31, 2014
### (See Accountants' Compilation Report)

| | |
|---|---:|
| Balance - December 31, 2013 | $ 83,892,005 |
| Member contributions | - |
| Member distributions | (1,446,272) |
| Net income | 3,051,784 |
| Balance - December 31, 2014 | $ 85,497,517 |

- 4 -