IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443
Consolidated with Civil Action No. 19-cv-02637

Jun Li, Qi Qin, Yi Liu, et al.,
        Plaintiffs,

v.                              Hon. Raymond P. Moore

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I, and
Peter Knobel,
        Defendants.

## CUI Plaintiffs' Joinder in LI Plaintiffs' Response to CRC Defendants' Motion to Dismiss Cui Plaintiffs' Third And LI Plaintiffs' Third Amended Complaint [ECF #210]

Plaintiffs Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong Zhang, Qin Zhou Chunyu Zou, individually, and derivatively on behalf of Colorado Regional Center Project Solaris LLLP (the "CUI Plaintiffs") by and through the undersigned counsel, hereby joins in the factual and legal arguments raised in the LI Plaintiffs' Opposition to the CRC Defendants'

combined Motion to Dismiss the Li Plaintiffs Third Amended Complaint and the Cui Plantiffs' Third Amended Complaint.

DATED: June 1, 2020                                            /s/ Brian P. Stewart
                                                               Brian P. Stewart
                                                               **Ardent Law Group**
                                                               4340 Von Karman Ave.,
                                                               Suite 290
                                                               Newport Beach, California 92660
                                                               Telephone: (949) 299-0188
                                                               Facsimile:  (949) 299-0127
                                                               bstewart@ardentlawgroup.com
                                                               Attorney for Plaintiffs Dianwen Cui, Lei Gu,
                                                               Sufen Leng, Xue Mei, Zhou Mei, Yan Song,
                                                               Lu Wang, Yue Wu, Zhuo Yang, Jingwen
                                                               Zhang, Lei Zhang, Ling Zhang, Xiaohong
                                                               Zhang, Qin Zhou Chunyu Zou, individually,
                                                               and on behalf of Colorado Regional Center
                                                               Project Solaris LLLP

## CERTIFICATION OF SERVICE

This is to certify that on June 1, 2020, a true and correct copy of the above and foregoing **CUI Plaintiffs' Joinder in LI Plaintiffs' Response to CRC Defendants' Motion to Dismiss Cui Plaintiffs' Third And LI Plaintiffs' Third Amended Complaint [ECF #210]** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Brian P. Stewart*
For Ardent Law Group, P.C.
