# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  1:19-cv-02443-RM-STV;
Consolidated with Civil Action No. 1:19-cv-02637

Li, *et al.*,

      Plaintiffs,

v.

Waveland Ventures, LLC, *et al.*,

      Defendants.

---

## DECLARATION OF JAMES D. KILROY

---

    I, James D. Kilroy, being of lawful age and declare under penalty of perjury that the foregoing is true and correct:

    1.    I am lead counsel for Defendants Waveland Ventures LLC Colorado Regional Center LLC and Colorado Regional Center I, LLC (the "CRC Entities").

    2.    Beginning on or about May 1, 2020, counsel for the Li Plaintiffs Douglas Litowitz has been accusing me and my law firm of charging the limited partners of Colorado Regional Center Project Solaris LLLP (CRCPS) legal fees for defending the CRC Entities in this lawsuit.

    3.    I have repeatedly informed Mr. Litowitz and Brian Stewart, counsel for the Cui Plaintiffs, that CRCPS' officer and director insurance policy has covered this claim.

    4.    Attached hereto is a series of emails from and to Mr. Litowitz. *See* Attachment 1.

5.      Immediately after this series of emails, I and my law firm started receiving emails from limited partners purporting to fire me.  *See* Attachment 2. I have no idea what these limited partners have been told, or why they apparently believe I currently represent them or CRCPS.

6.      I, along with my partner Stephanie A. Kanan moved to withdraw from representing CRCPS on May 6, 2020. [ECF 197]. The Court granted the motion on May 18, 2020. [ECF 207].

I hereby swear, under penalty of perjury of the laws of the State of Colorado and the United States of America, that the statements in this Declaration are true and accurate.

Executed on June 3 , 2020.

James D. Kilroy

4838-2103-4943.1

**Kovarsky, Amy H.**

| | |
|---|---|
| **From:** | Dlitowit <litowitz@gmail.com> |
| **Sent:** | Monday, June 1, 2020 2:39 PM |
| **To:** | Kilroy, James |
| **Cc:** | Brian Stewart; Kanan, Stephanie A.; Ty Gee |
| **Subject:** | Re: Insurance paying your fees |

**[EXTERNAL]**

I remember the conversation. It is silly that the LP which fired you and is adverse to you is paying your legal fees.

Doug

Sent from my iPhone

On Jun 1, 2020, at 1:10 PM, Kilroy, James <jkilroy@swlaw.com> wrote:

> Doug:
> We had this discussion about ten days ago.
> Again, our firm is defending this case under D&O insurance coverage. When we last discussed this issue, you accused me of violating FRCP 26(a)(1) by not producing a copy of the insurance policy. I explained to you that at the scheduling conference that you attended Magistrate Judge Varholak expressly stayed discovery and FRCP 26(a)(1) obligations until ruling on the motion to dismiss. As I explained to you, for this very reason none of the plaintiffs have complied with FRCP 26(a)(1) any more than defendants have. Again, if you file a motion on this issue you may explain that I oppose it in light of Magistrate Judge Varholak's prior order.
> Thanks.
> Jim
> James D. Kilroy
> Snell & Wilmer L.L.P.
> 1200 Seventeenth Street, Suite 1900
> Denver, CO 80202-5854
> Office: 303.634.2005
> Cell: 720.341.3579
> jkilroy@swlaw.com www.swlaw.com
> The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone 303.634.2000, and delete the original message. Thank you.
> **From:** Dlitowit . <litowitz@gmail.com>
> **Sent:** Monday, June 1, 2020 10:36 AM
> **To:** Kilroy, James <jkilroy@swlaw.com>; Brian Stewart <bstewart@ardentlawgroup.com>; Kanan, Stephanie A. <skanan@swlaw.com>
> **Subject:** Re: Insurance paying your fees
> **[EXTERNAL]**

ATTACHMENT 1

Jim, if you do not answer this question, I will presume that your fees are being paid by the LP or with funds from the LP and I will report to the Court that you are representing one party with fees drawn from the other party. I need an answer by EOB today.

Doug

On Mon, Jun 1, 2020 at 1:14 AM Dlitowit . <litowitz@gmail.com> wrote:

> Jim and Stephanie,
>
> Please send me and Brian the insurance contract which is covering your fees or at least the name of the insurance company and the policy number. I want to make sure that it is not being funded by the LP which you no longer represent.
>
> Doug Litowitz

ATTACHMENT 1

**Kovarsky, Amy H.**

| | |
|---|---|
| **From:** | Jessie Li <lixiaoling12@gmail.com> |
| **Sent:** | Tuesday, June 2, 2020 4:30 PM |
| **To:** | Kilroy, James |
| **Subject:** | from Xiaoling Li |

**[EXTERNAL]**

Mr. Kilroy,

My name isvXiaoling Li. I am a limited partner in CRCPS. I gave a proxy to Vicki Chen demanding your client Colorado Regional Center to call the loan to SPOI, and you received 106 proxies which you disobeyed. Your law firm is fired and you have no consent to represent anyone against us limited partners. We will ask your law firm to pay back the money it took from CRCPS.

Thank you
Xiaoling

ATTACHMENT 2

| | |
|---|---|
| **From:** | Lin Qiao < qiaolinjq@gmail.com> |
| **Sent:** | Tuesday, June 2, 2020 4:04 PM |
| **To:** | Kilroy, James |
| **Subject:** | Letter from limited partner in CRCPS |

**[EXTERNAL]**

Mr. Kilroy,

My name is Lin Qiao. I am a limited partner in CRCPS. I gave a proxy to Vicki Chen demanding your client Colorado Regional Center to call the loan to SPOI, and you received 106 proxies which you disobeyed. Your law firm is fired and you have no consent to represent anyone against us limited partners. We will ask your law firm to pay back the money it took from CRCPS.

BR!

Lin Qiao

发送自 Windows 10 版邮件应用

ATTACHMENT 2

**Kovarsky, Amy H.**

---

**From:** Nick Wu <billwzj@hotmail.com>
**Sent:** Tuesday, June 2, 2020 5:07 PM
**To:** Kilroy, James
**Subject:** Letter from limited partner in CRCPS

[EXTERNAL]

---

Mr. Kilroy,

My name is Zhijian Wu. I am a limited partner in CRCPS. I gave a proxy to Vicki Chen demanding your client Colorado Regional Center to call the loan to SPOI, and you received 106 proxies which you disobeyed. Your law firm is fired and you have no consent to represent anyone against us limited partners. We will ask your law firm to pay back the money it took from CRCPS.

Zhijian Wu

ATTACHMENT 2

**Kovarsky, Amy H.**

---

**From:**          nyq661230@sina.com
**Sent:**          Tuesday, June 2, 2020 6:20 PM
**To:**            Kilroy, James
**Subject:**       letter from limited partner in CRCPS

**[EXTERNAL]**

---

Mr. Kilroy
My name is YUQUAN NI. I am a limited partner in CRCPS. I gave a proxy to Vicki Chen
demanding your client Colorado Regional Center to call the loan to SPOI, and you received
106 proxies which you disobeyed. Your law firm is fired and you have no consent to
represent anyone against us limited partners. We will ask your law firm to pay back the
money it took from CRCPS.

YUQUAN NI

ATTACHMENT 2

**Kovarsky, Amy H.**

---

| | |
|---|---|
| **From:** | 程纵军 <czj8856@163.com> |
| **Sent:** | Tuesday, June 2, 2020 6:11 PM |
| **To:** | Kilroy, James |
| **Subject:** | letter from limited partner in CRCPS |

**[EXTERNAL]**

Mr.Kilroy,
My name is Fang Sheng. I am a limited partner in CRCPS. I gave a proxy to Vicki Chen demanding your client Colorado Regional Center to call the loan to SPOI, and you received 106 proxies which you disobeyed. Your law firm is fired and you have no consent to represent anyone against us limited partners. We will ask your law firm to pay back the money it took from CRCPS.

Fang Sheng

ATTACHMENT 2

**Kovarsky, Amy H.**

| | |
|---|---|
| **From:** | xuxuy1999@sina.com |
| **Sent:** | Tuesday, June 2, 2020 6:37 PM |
| **To:** | Kilroy, James |
| **Subject:** | letter from limited partner in CRCPS |

**[EXTERNAL]**

Mr. Kilroy,

My name is Ying Xu. I am a limited partner in CRCPS. I gave a proxy to Vicki Chen demanding your client Colorado Regional Center to call the loan to SPOI, and you received 106 proxies which you disobeyed. Your law firm is fired and you have no consent to represent anyone against us limited partners. We will ask your law firm to pay back the money it took from CRCPS.

Ying Xu

发自新浪邮箱客户端

ATTACHMENT 2

## Kovarsky, Amy H.

**From:**      Liu, Rujun <lrj2166@vip.163.com>
**Sent:**      Tuesday, June 2, 2020 7:28 PM
**To:**        Kilroy, James
**Subject:**   Letter From Limited Partner in CRCPS

**[EXTERNAL]**

Mr. Kilroy,

My name is Rujun Liu. I am a limited partner in CRCPS. I gave a proxy to Vicki Chen demanding your client Colorado Regional Center to call the loan to SPOI, and you received 106 proxies which you disobeyed. Your law firm is fired and you have no consent to represent anyone against us limited partners. We will ask your law firm to pay back the money it took from CRCPS.

Rujun Liu

ATTACHMENT 2

**Kovarsky, Amy H.**

| | |
|---|---|
| **From:** | RONG Jackson <jacksonrong@hotmail.com> |
| **Sent:** | Tuesday, June 2, 2020 8:09 PM |
| **To:** | Kilroy, James |
| **Subject:** | pay back my money |

<span style="color:red">**[EXTERNAL]**</span>

---

Mr. Kilroy,

My name is Jie Rong. I am a limited partner in CRCPS. I gave a proxy to Vicki Chen demanding your client Colorado Regional Center to call the loan to SPOI, and you received 106 proxies which you disobeyed. Your law firm is fired and you have no consent to represent anyone against us limited partners. We will ask your law firm to pay back the money it took from CRCPS.

Best regards,
Jie Rong

ATTACHMENT 2

**Kovarsky, Amy H.**

| | |
|---|---|
| **From:** | Jinge Hu <huchinko@gmail.com> |
| **Sent:** | Tuesday, June 2, 2020 8:16 PM |
| **To:** | Kilroy, James |
| **Subject:** | Letter from limited partner in CRCPS |

**[EXTERNAL]**

Mr. Kilroy,

My name is Jinge Hu, I am a limited partner in CRCPS. I gave a proxy to Vicki Chen demanding your client Colorado Regional Center to call the loan to SPOI, and you received 106 proxies which you disobeyed. Your law firm is fired and you have no consent to represent anyone against us limited partners. We will ask your law firm to pay back the money it took from CRCPS.

Jinge Hu
June 2, 2020

--

Jinge HU

ATTACHMENT 2

**Kovarsky, Amy H.**

| | |
|---|---|
| **From:** | HAIBO XIE <chinarb-1@hotmail.com> |
| **Sent:** | Tuesday, June 2, 2020 8:49 PM |
| **To:** | Kilroy, James |
| **Subject:** | LETTER FROM LIMITED PARTNER IN CRCPS |

**[EXTERNAL]**

ATTEN TO : Mr. Kilroy,
My name is Haibo Yu I am a limited partner in CRCPS. I gave a proxy to Vicki Chen demanding your client Colorado Regional Center to call the loan to SPOI, and you received 106 proxies which you disobeyed. Your law firm is fired and you have no consent to represent anyone against us limited partners. We will ask your law firm to pay back the money it took from CRCPS.

BEST REGARDS,

Haibo Yu

1

ATTACHMENT 2

**Kovarsky, Amy H.**

| | |
|---|---|
| **From:** | Qi Qin <qq.chin318@gmail.com> |
| **Sent:** | Tuesday, June 2, 2020 9:42 PM |
| **To:** | Kilroy, James |
| **Subject:** | letter from imited partner in CRCPS |

**[EXTERNAL]**

Mr. Kilroy,

My name is <u>Qi Qin</u>. I am a limited partner in CRCPS. I gave a proxy to Vicki Chen demanding your client Colorado Regional Center to call the loan to SPOI, and you received 106 proxies which you disobeyed. Your law firm is fired and you have no consent to represent anyone against us limited partners. We will ask your law firm to pay back the money it took from CRCPS.

秦奇 **Qi Qin**

ATTACHMENT 2

**Kovarsky, Amy H.**

| | |
|---|---|
| **From:** | Kelly Song <kellysong1116@gmail.com> |
| **Sent:** | Tuesday, June 2, 2020 9:47 PM |
| **To:** | Kilroy, James |
| **Subject:** | Fwd: Statement from LIN SONG |

**[EXTERNAL]**

Mr. Kilroy,


My name is LIN SONG. I am a limited partner in CRCPS. I gave a proxy to Vicki Chen demanding your client Colorado Regional Center to call the loan to SPOI, and you received 106 proxies which you disobeyed. Your law firm is fired and you have no consent to represent anyone against us limited partners. We will ask your law firm to pay back the money it took from CRCPS.

Kind Regards, Lin Song

1

ATTACHMENT 2

**Kovarsky, Amy H.**

| | |
|---|---|
| **From:** | Lucy Li <lilu_hangzhou@hotmail.com> |
| **Sent:** | Tuesday, June 2, 2020 10:52 PM |
| **To:** | Kilroy, James |
| **Subject:** | A Letter from limited Partner in CRCPS |

**[EXTERNAL]**

Mr. Kilroy, My name is Li, Lu I am a limited partner in CRCPS. I gave a proxy to Vicki Chen demanding your client Colorado Regional Center to call the loan to SPOI, and you received 106 proxies which you disobeyed. Your law firm is fired and you have no consent to represent anyone against us limited partners. We will ask your law firm to pay back the money it took from CRCPS.

Lu Li

ATTACHMENT 2

**Kovarsky, Amy H.**

| | |
|---|---|
| **From:** | Jane zirui <505507291@qq.com> |
| **Sent:** | Tuesday, June 2, 2020 11:21 PM |
| **To:** | Kilroy, James |
| **Subject:** | crcps |

**[EXTERNAL]**

Mr. Kilroy,

My name is Zhongzao Shi. I am a limited partner in CRCPS. I gave a proxy to Vicki Chen demanding your client Colorado Regional Center to call the loan to SPOI, and you received 106 proxies which you disobeyed. Your law firm is fired and you have no consent to represent anyone against us limited partners. We will ask your law firm to pay back the money it took from CRCPS.

Zhongzao Shi and his family

发自我的iPhone

ATTACHMENT 2

| From: | Wang-Sowind <sowind@sowindcn.com> |
|---|---|
| Sent: | Wednesday, June 3, 2020 12:35 AM |
| To: | Kilroy, James |
| Cc: | sophia |
| Subject: | Letter from limited partner in CRCPS |

[EXTERNAL]

Hello, Mr. Kilroy,

My name is LIJUN SUN. I am a limited partner in CRCPS. I gave a proxy to Vicki Chen demanding your client Colorado Regional Center to call the loan to SPOI, and you received 106 proxies which you disobeyed. Your law firm is fired and you have no consent to represent anyone against us limited partners. We will ask your law firm to pay back the money it took from CRCPS.

Rgds,

LIJUN SUN

sophia@sowindcn.com

sowind@sowindcn.com

ATTACHMENT 2

**Kovarsky, Amy H.**

| | |
|---|---|
| **From:** | kk <kkwky@163.com> |
| **Sent:** | Wednesday, June 3, 2020 1:46 AM |
| **To:** | Kilroy, James |
| **Subject:** | letter from limited partner in CRCPS |

**[EXTERNAL]**

Mr. Kilroy, My name is Kaiyuan Wu. I am a limited partner in CRCPS. I gave a proxy to Vicki Chen demanding your client Colorado Regional Center to call the loan to SPOI, and you received 106 proxies which you disobeyed. Your law firm is fired and you have no consent to represent anyone against us limited partners. We will ask your law firm to pay back the money it took from CRCPS.

Kaiyuan Wu

1

ATTACHMENT 2

**Kovarsky, Amy H.**

| | |
|---|---|
| **From:** | 俞勤芳 <lvmengbuyi@163.com> |
| **Sent:** | Wednesday, June 3, 2020 2:38 AM |
| **To:** | Kilroy, James |
| **Subject:** | Letter from limited partner in CRCPS |

**[EXTERNAL]**

Mr.Kilroy,

     My name is Qinfang Yu.I am limited partner in CRCPS. I gave a proxy to Vicki Chen demanding your client Colorado Regional Center to call the loan to SPOI, ande you received 106 proxies which you disobeyed. Your law firm is fired and you have no consent to represent anyone against us limited partners. We will ask your law firm to pay back the money it took from CRCPS.

Qinfang Yu

ATTACHMENT 2

**Kovarsky, Amy H.**

| | |
|---|---|
| **From:** | 杨 杰 <whjiayang@hotmail.com> |
| **Sent:** | Wednesday, June 3, 2020 12:09 PM |
| **To:** | Kilroy, James |
| **Cc:** | vickiichen@hotmail.com |
| **Subject:** | Vicki Chen has my proxy |
| **Attachments:** | To Mr.Kilroy.pdf |

[EXTERNAL]

Mr. Kilroy,

My name is Jie Yang. I am a limited partner in CRCPS. I gave a proxy to Vicki Chen demanding your client Colorado Regional Center to call the loan to SPOI, and you received 106 proxies which you disobeyed. Your law firm is fired and you have no consent to represent anyone against us limited partners. We will ask your law firm to pay back the money it took from CRCPS.

Your cooperation is highly appreciatd!

Jie Yang
6/3/2020

ATTACHMENT 2

Mr. Kilroy,

My name is Jie Yang. I am a limited partner in CRCPS. I gave a proxy to Vicki Chen demanding your client Colorado Regional Center to call the loan to SPOI, and you received 106 proxies which you disobeyed. Your law firm is fired and you have no consent to represent anyone against us limited partners. We will ask your law firm to pay back the money it took from CRCPS.

Your cooperation is highly appreciated!

Jie Yang

6/3/2020

ATTACHMENT 2