1 Fuqiang Sun
2 Jie Yang
3 Ming Zheng
4 Guohai He
5 Xiaolong Cao
6 Rujun Liu
7 Lin Qiao
8 Sha Wu
9 Qi Qin
10 Yichen Dai
11 Hui Chen
12 Feng Ling
13 Yan Lu
14 hao Ying
15 Ying Xu
16 Yong Jun Lee
17 Na Li
18 Lu Li
19 Zhong Liu
20 Sheng Yuan
21 Shaowu Kong
22 Yuwei Dong
23 Xinping Geng
24 Youwei Zhang
25 Kewen Zhou
26 Jie Rong
27 Jiaqi Yuan
28 Ruolin Dong
29 Jae Seok Hur
30 Xizohong Zhang
31 Lian Shen
32 Yue Wu
33 Zhen Huang
34 Wen Chen
35 Xuyan Shao
36 Yue Li
37 Beilei Huang
38 Xue Han
39 Haibo Yu
40 Chengyu Xu
41 Ling Zhang
42 Zhou Mei
43 Yufang Wu
44 Kaiyuan Wu
45 Lei Gu
46 Yu Zhao
47 Xiaofeng Liang
48 Eunjeong Kim
49 Weiqiang Su
50 Naidong Liu
51 Ji Ma
52 Yan Song
53 Sufen Leng
54 Chunyi Shou
55 Lei Zhang
56 Xue Mei
57 Yudong Cao
58 Qin Zhou
59 Lijun Sun
60 Xun Zhu
61 Yu Zhang
62 Yibo Bao
63 Yuquan Ni
64 Jingwen Zhang
65 Haifeng Chen
66 Zhou Yang
67 Fan Zhang
68 Zhongzao Shi
69 Qinfang Yu
70 Qiushi Li
71 Hanying Fu
72 Man Yu
73 Haowen Guan
74 Tao Yuan
75 Zhijian Wu
76 Li Fang
77 Jinge Hu
78 Lu Wang
79 Wei Li
80 Hui Zhang
81 Shengyun Huang
82 Xusheng Zhang
83 Yi Liu
84 Ying Li
85 Quanzhi Ding
86 Gang Li
87 Shunli Shao
88 Yi Hou
89 Xiaohe Xu
90 Zhongwei Li
91 Youg Zhang
92 Mingquan Li
93 Xiaoshen Wang
94 Yuan Qiao
95 Zhangang Li
96 Jianru Zheng
97 Yuzhen Wang
98 Xiaoling Li
99 Jun Li
100 Lei Zhang
101 Hiukit Wong
102 Dianwen Cui
103 Qiu Li
104 Yunxia Liu
105 Yuan Bi
106 Lin Song
107 Xiaolin Liu
108 Meirong Huang
109 Rong Zhu
110 Tao Jiang
111 Il Youg Kim

# PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
## of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因"是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依奴提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : _Tao Jiang_ (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

# PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
## of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
## ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务;

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任;

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依奴提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务;

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务;

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

**LIMITED PARTNER :** ___*Ron ʃ ʌʍ*___ (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER of COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务;

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原 因"是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的 投资构成的贷款, 现任普通合伙人拒绝催偿贷款, 是为了自己的利益和利润, 该行为构成 违反信托法。此外, 整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现 任普通合伙人的行为违反了授信责任;

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任, 代表我 投票召开特别会议以解除普通合伙人的职务;

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条, 解除普通合伙人的职 务可以触发对 CRCPS 的解散, 此时, 普通合伙人必须通过收回贷款并将其收益与相应的利 息、费用和成本分配给投资者, 来结束合伙企业的事务;

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners immediately. 无论如何, 我要求普通合伙人结束 CRCPS 的事务, 立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : *Huang Meirong* (签名) Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

# PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
## of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
## ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : _Xiaolin Liu_ (签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506

# PROXY AND WRITTEN CONSENT TO A SPECIAL MEETING OF LIMITED PARTNERS TO REVOKE THE GENERAL PARNTER
## of
## COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
## ("CRCPS")

This document is a special proxy to vote my limited partnership interest for a special meeting and special purpose only. I consent to the following actions:

1. I vote in favor of calling a special meeting to remove the General Partner (Colorado Regional Center I LLC) for cause under sections 9.06 and 12.02 of the Limited Partnership Agreement; 我同意召开特别会议，根据 9.06 和 12.02 条的原因解除普通合伙人 Colorado Regional Center I LLC 的职务；

2. The "cause" is fraud due to failure of the General Partner to return the capital investments by failing to collect the loan to Solaris Property Owner I LLC. Furthermore the entire structure of this transaction and the material given to us in China was fraudulent. The General Partner's conduct is a breach of fiduciary duty; "原因" 是：现任普通合伙人未能催偿 CRCPS 向 Solaris Property Owner I LLC 提供的由我们的投资构成的贷款，现任普通合伙人拒绝催偿贷款，是为了自己的利益和利润，该行为构成违反信托法。此外，整个交易结构以及他们在中国提供给我们的资料都是有欺诈性的。现任普通合伙人的行为违反了授信责任；

3. I give a written proxy to Yi Wen Chen, assistant to attorney Douglas Litowitz, or her assignee, to cast my vote to call a special meeting and for removal of the General Partner at such meeting; 我据此向 Douglas Litowitz 的助理陈依妏提供书面委任，代表我投票召开特别会议以解除普通合伙人的职务；

4. Under 13.01 of the LPA, removal of the General Partner shall trigger dissolution of CRCPS, at which point the General Partner must wind up the affairs of the partnership by calling the loan and distributing its proceeds back to the investors with all applicable interest, fees, and costs; 根据有限合伙协议第 13.01 条，解除普通合伙人的职务可以触发对 CRCPS 的解散，此时，普通合伙人必须通过收回贷款并将其收益与相应的利息、费用和成本分配给投资者，来结束合伙企业的事务；

5. In any event, I instruct the General Partner wind up the affairs of CRCPS by calling the Loan and distributing the proceeds to the limited partners *immediately*. 无论如何，我要求普通合伙人结束 CRCPS 的事务，立即催偿贷款并将收益分配给所有有限合人。

LIMITED PARTNER : ___Kim il yong___(签名)
Retern by scan to vickiichen@hotmail.com or WeChat vickiichen506