**YIWEN CHEN**
413 Locust Place   Deerfield, IL 60015
847-287-7181   Vickiichen@hotmail.com

June 1, 2020

**By Email Attachment to:** tgee@hmflaw.com

Attorney Ty Gee
Haddon, Morgan, & Foreman PC
150 E. 10th Ave., Denver, CO 80203

      Re:    **Notice of Failure to Cure Default**

Mr. Gee,

I received your letter of May 28th (attached) responding to my May 18th default notice calling the loan from Colorado Regional Center Project Solaris LLLP as lender (the "LP") to your client Solaris Property Owner I LLC as borrower ("SPO"). Your client has failed to cure the default within ten days, as required, and so I will seek enforcement in court.

Among the many errors in your letter, you say I *purport* to be acting via proxy and that I *purport* to call the loan. That's incorrect: there is no "purport" about it, except in your mind. I *am* the proxy of 109 limited partners and they have directed me to call the loan. The GP refused to call the loan as directed by the limited partners, so they were fired. When a GP is fired, the limited partners have 90 days to name a substitute or else (as in the current case) the LP winds down and collects any amounts owed to it, per the limited partnership agreement. At this point there is no GP so the demand is coming straight from the limited partners - who are the ultimate owners of the lender. The owners of the LP are demanding repayment immediately.

Your client took *their* money through their LP entity which they own, so if *they* want the money paid back, your client has to repay it. This should not surprise you 8 years into a 5 year loan.

Yiwen Chen
Proxy for 109 limited partners

06/01/2020