# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Li Fang,
Zhongzao Shi, Fang Sheng, et al.,
       Plaintiffs,

                                  Hon. Judge Raymond Moore
        v.                      Hon. Magistrate Scott Varholak

Waveland Ventures LLC, Colorado Regional Center I, LLC,
Colorado Regional Center LLC, Solaris Property Owner LLC,
Colorado Regional Center Project Solaris LLLP,
Solaris Property Owner I LLC, and Peter Knobel,
       Defendants.

## Verification of Third Amended Complaint Under Fed. R. Civ. Pro. 23.1

The undersigned, being duly sworn, states that they are a derivative plaintiff in the above-entitled action and states as follows:

1. I have read the Third Amended Complaint and know the contents thereof, and the same is true and correct to my knowledge, except as to matters therein alleged on information and belief, and as to those matters he believes them to be true.
2. I have been a limited partner for the duration of the matters for which relief is sought under the Third Amended Complaint.
3. I have not joined this action to collusively confer jurisdiction on any court.
4. The Plaintiff limited partners directly pursued the relief sought by a derivative demand letter through attorney Douglas Litowitz, dated July 1, 2019 and addressed to the nominal defendant Colorado Regional Center Project Solaris LLLP and its general partner Colorado Regional Center I LLC, but the derivative relief was denied.

Name in English: Qi Qin
Date: Jun 9, 2020

NOTARY:

**Document Name:** VERIFICATION OF THIRD AMENDED COMPLIANT UNDER FED. R. CIV PRO. 23.1

### State of Florida Jurat Notary Certificate

**STATE OF FLORIDA**
**COUNTY OF BROWARD**
Sworn to (or affirmed) and subscribed by personally appearing before me by physical presence this 09 day of JUNE, 2020, by, QI QIN (name of person making statement).

PETER S. RAMPERSAD
Notary Public, State of Florida
Commission# GG 272653
My comm. expires Oct. 30, 2022

*(Signature of notary public)*

PETER  RAMPERSAD

*(Name of notary public)*

**My commission expires:** OCT 30TH 2022

**Official Seal**

Personally known            OR
Produced identification X Type of identification produced: FL DL

05-74-0432NSB  03-2020