IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Li Fang,
Zhongzao Shi, Fang Sheng, et al.,
            Plaintiffs,

v.

Hon. Judge Raymond Moore
Hon. Magistrate Scott Varholak

Waveland Ventures LLC, Colorado Regional Center I, LLC,
Colorado Regional Center LLC, Solaris Property Owner LLC,
Colorado Regional Center Project Solaris LLLP,
Solaris Property Owner I LLC, and Peter Knobel,
            Defendants.

## Verification of Third Amended Complaint Under Fed. R. Civ. Pro. 23.1

The undersigned, being duly sworn, states that they are a derivative plaintiff in the above-entitled action and states as follows:

1. I have read the Third Amended Complaint and know the contents thereof, and the same is true and correct to my knowledge, except as to matters therein alleged on information and belief, and as to those matters he believes them to be true.
2. I have been a limited partner for the duration of the matters for which relief is sought under the Third Amended Complaint.
3. I have not joined this action to collusively confer jurisdiction on any court.
4. The Plaintiff limited partners directly pursued the relief sought by a derivative demand letter through attorney Douglas Litowitz, dated July 1, 2019 and addressed to the nominal defendant Colorado Regional Center Project Solaris LLLP and its general partner Colorado Regional Center I LLC, but the derivative relief was denied.

Name in English: Jinse Hu
Date: June 9, 2020

NOTARY:

CHERYL LYNN BRIDGES
Notary Public - State of New York
No. 01BR6282782
Qualified in Erie County
My Commission Expires May 28, 2021