IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Li Fang,
Zhongzao Shi, Fang Sheng, et al.,
        Plaintiffs,

v.

Hon. Judge Raymond Moore
Hon. Magistrate Scott Varholak

Waveland Ventures LLC, Colorado Regional Center I, LLC,
Colorado Regional Center LLC, Solaris Property Owner LLC,
Colorado Regional Center Project Solaris LLLP,
Solaris Property Owner I LLC, and Peter Knobel,
        Defendants.

## Verification of Third Amended Complaint Under Fed. R. Civ. Pro. 23.1

The undersigned, being duly sworn, states that they are a derivative plaintiff in the above-entitled action and states as follows:

1. I have read the Third Amended Complaint and know the contents thereof, and the same is true and correct to my knowledge, except as to matters therein alleged on information and belief, and as to those matters he believes them to be true.
2. I have been a limited partner for the duration of the matters for which relief is sought under the Third Amended Complaint.
3. I have not joined this action to collusively confer jurisdiction on any court.
4. The Plaintiff limited partners directly pursued the relief sought by a derivative demand letter through attorney Douglas Litowitz, dated July 1, 2019 and addressed to the nominal defendant Colorado Regional Center Project Solaris LLLP and its general partner Colorado Regional Center I LLC, but the derivative relief was denied.

*Fang sheng*

Name in English:
Date: 06/09/2020

NOTARY:

See Attached

**CALIFORNIA ACKNOWLEDGMENT**　　　　　　　　　　　　　　　CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Los Angeles__

On __06/09/2020__ before me, __Bea DC Bihn, Notary Public__,
　　　　Date　　　　　　　　　　　　　Here Insert Name and Title of the Officer

personally appeared __Fang Sheng__
　　　　　　　　　　　　Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: BEA DC BIHN, Notary Public - California, Los Angeles County, Commission # 2305582, My Comm. Expires Sep 16, 2023]

Place Notary Seal and/or Stamp Above

Signature _____
　　　　　　　Signature of Notary Public

---— OPTIONAL ———

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _____
Document Date: _____　Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual　　☐ Attorney in Fact
☐ Trustee　　　☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual　　☐ Attorney in Fact
☐ Trustee　　　☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2018 National Notary Association