

SUMMARY OF FINDINGS

# Solaris Residences – EB5 Partner

141 EAST MEADOW DRIVE, SUITE 1000
VAIL, COLORADO



**SUBMITTED TO:**

Bill Miner
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2300, GLOBAL Address 2
Portland, OR 97201

(503) 778-5477

**PREPARED BY:**

HVS Golf Services
1007 Pearl Street, Suite 240
Boulder, Colorado 80302

(303) 301-1126

**August 2016**



August 5, 2016

HVS Golf Services
1007 Pearl Street, Suite 240
Boulder, Colorado 80302
(303) 301-1126
www.hvs.com

Atlanta
Boston
Boulder
Chicago
Dallas
Denver
Las Vegas
Mexico City
Miami
Nassau
New York
Newport
San Francisco
Toronto
Vancouver
Washington
Athens
Buenos Aires
Dubai
Hong Kong
Lima
London
Madrid
Mumbai
New Delhi
Sao Paulo
Shanghai
Singapore

Specialists in Golf & Resort
Community Consulting and Appraisal
Worldwide

Bill Miner
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2300, GLOBAL Address 2
Portland, OR 97201

      Re: Solaris Residences
         Vail, Colorado
         HVS Reference: 2016461506

Dear Mr. Miner:

This letter is an amendment to the original draft report provided to you on July 1, 2016. The intent of this writing is to help the EB5 investors understand the likely outcomes in regards to the future sales of the 19 Solaris condominium units held as collateral (the "Partnership Property") for the $82.5mm Loan made by Colorado Regional Center Project Solaris, LLLP, a Colorado limited liability limited partnership (the "EB5 Lender") to the Solaris Developer in 19 separate loan advances commencing April 18, 2012 and continuing until January 30, 2015 ("the Loan Advances"). The Solaris Project is a high-end 79 condominium unit development (including the 19 units of Partnership Property) along with parking, restaurants, retail and other amenities.

**Pertinent Dates**

The effective date of the conclusions is July 1, 2016. The subject property was inspected by Ned Prosser and Michael Hassman on June 8, 2016. Darius M Hatami participated in the analysis and reviewed the findings and inspected the property on July 8, 2016. We understand additional appraisals are being performed that may provide additional insights into the disposition of the properties.

**Objectives**

There are two objectives in this report. The first is to explore why the value of the Partnership Property is insufficient to fully secure the Loan Advances based on the March 15, 2016 Notice of Fair Market Value of the Partnership Property ("Put Notice"), which shows the value of the Partnership Property as $66.36mm based on appraisals conducted by Pack Appraisal Company at the end of 2015. The second question addresses the future disposition of the units, and likely returns of the investment.



**Values at the time of investment**

As shown by the green bars in Figure 1 below, the average home sale price (including condominiums) rose beginning in 2005 to a high of about $1.5mm average sales price in 2007-2008. Beginning in 2009 and continuing to 2011, the average sales price declined to below $1mm, and stayed at about that level in 2012 and 2013. Pricing began to recover in 2014 and 2015, with prices close to the 2007-2008 peak. The volume of sales (red line) began to decline in 2007 and hit bottom around 2009 at about 350 sales. It has grown modestly to about 500 sales in 2015.



**FIGURE 1    VAIL HOME LISTINGS, SALES AND AVERAGE SALES PRICES**



The condominium unit listing prices at Solaris (including for the Partnership Property) were based upon the initial list prices that were included as total sales in the Confidential Information Memorandum dated March 31, 2011. (See Ex. I pg, 126 of Confidential Information Memorandum). As of March 2011, the developer had already sold at least 18 units, all of them at or near the list prices. The project sales pace dramatically slowed in 2011, and have been basically unchanged since 2012, at about 2 a year (See Figure 2). The Solaris Developer has never adjusted the prices downward on any of their units, notwithstanding the general downward pressure on average sales prices and slow sales velocity of only 2 per year. Some of the Solaris Developer units have been on the market for over 1,300 days. Accordingly, the listing price of all the units has been out of step with the market since 2011. With only 2 sales per year, and listing times of *over three and one-half years*, the market is "saying" the prices are too high to sell within a normal marketing period, much less to sell multiple similar and undesirable units. The list prices remain elevated in 2016, and as of the date of this report, only one unit has sold in 2016. See Figure 2.



When the Loan Advances were made (between 2012 and 2015) and mortgages were granted on the Partnership Property, the value allocated to the Partnership Property (as shown in the Put Notice) was above the market value at that time, but consistent with the listing prices within Solaris. This explains, in part, why the Partnership Property currently does not fully secure the Loan Advances. The value of the property at the time the Loan Advances were made were based upon Solaris list prices, as opposed to the general market, and were not adequate from the outset.

**FIGURE 2    SOLARIS RESIDENCES – DEVELOPER SALES SUMMARY**

|  | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|
| Units Sold | 18 | 5 | 2 | 2 | 2 | 3 | 1 | 33 |
| Average SQFT | 2,843 | 2,723 | 2,308 | 2,923 | 2,718 | 3,301 | 1,730 | 2,798 |
| Average Sale Price | $6,934,541 | $6,015,240 | $4,712,500 | $6,250,000 | $6,850,000 | $9,400,833 | $3,025,000 | $6,719,710 |
| Average Sale Price/SF | $2,397 | $2,227 | $1,983 | $2,131 | $2,537 | $2,807 | $1,749 | $2,356 |

The Collateral Units (Partnership Properties) for the Loan Advances from the EB5 Lender were not allocated based upon a fair share of the south facing units, as well as the larger units, which are the preferred units in the building. If these units had been allocated pro rata, the market value of these units would be much closer to the value in the Put Notice, and would have been more fully secured.

**Resales Prospects**

There are many issues that will impact the real estate sales of the Partnership Property units at Solaris, but there are three dynamics that the EB5 lender group controls that will largely factor into eventual sellout. These factors include the unit prices, which units are put on the market, and how many units are put on the market at one time.

These factors will work together to determine the actual return to the EB5 investors. It should be noted that the strategy can be adapted based upon the speed at which the investor group wants to receive their money back.  If the investors want their money back quicker, there will be a need for greater discounting in the pricing. The south units have sold at close to asking price, while the north, and east properties were overpriced relative to the market. There have been no sales of the west properties.

We are assuming that the objective is to return the investment as quickly as possible, and there is little consideration given to the Solaris Developer's objectives, or any other operational income to the investors or the managing partner.

At this time a new marketing strategy needs to be implemented to begin to sell the Partnership Property at a quicker pace than the developer has sold units. Future pricing will factor into the pace of sales. At two units per year, with competition from the Solaris Developer units, the ultimate sellout of the units would take over a decade to complete. While the market is strengthening, the property resides in a very narrow band of pricing, and the depth of the market in this price range is



limited. The cycle is unlikely to significantly impact the prices that the units will ultimately sell for, due to the specialized nature of this market.

It would be beneficial if many or all of the currently listed Solaris Developer units were pulled off the market. Most of these units have languished on the market for well over 1,000 days and would at this point appear stale or stigmatized to potential buyers. They will not be selling in any case at prices significantly above the Partnership Property units.

At the same time as the Solaris Developer units are pulled off the market, a select few of the Partnership Property units should begin to be listed. As there are only four south facing units, they could all be listed as well as all of the 3 bedroom units regardless of view. We would further recommend that two 1-bedroom units and two 2-bedroom units also be listed immediately.  This would offer maximum diversity in product, and provide the opportunity to maximize sales.

It should be understood that one primary market for these units is affluent visitors from Latin America. These visitors typically bring their families and friends, and desire the larger units, in central areas similar to the location of Solaris.  In order to sell the smaller, one bedroom units, a different geographic and demographic of buyers needs to be developed.  Other options may be the combining of some of the units so that they can function together as a larger unit.

Deferred maintenance and overall wear and tear in the Partnership Property should be addressed; the Partnership Property units have been rented since the Project opened in 2010 and ski rentals are typically subject to more wear and tear than other types of rentals. Also, the finish of the units needs to be upgraded to achieve higher sales prices, especially for the units that will be more difficult to sell, such as the north facing and the one bedroom units.

The pricing needs to be reevaluated, and while the Pack Appraisal identified the market value of each unit, the fact that there are a significant number of units of a similar type that need to be sold within a few years to cash out EB5 investors, we believe that these values are in fact higher than the ultimate prices that will be paid for the units.

The 3 bedroom west facing properties require significant discounts according to the fair market value appraisal. This would equate to approximately a $1,500,000 per unit discount. This seems like a reasonable place to start the pricing for these units.

The north facing units will also require significant discounts. The appraiser priced these units at a discount of about $800,000 a unit. While this might be a reasonable price from a market value perspective, the number of remaining units is so high, that there needs to be additional discounts in order to satisfactorily dispose of these units within a few years. We would estimate that an additional discount of $500,000 a unit would be required to achieve the sale of these north facing units at an acceptable pace.



Under a likely scenario, the Partnership Property units would take at least 3-4 years to sell out, but a majority of the sales could be completed in 1-2 years if priced appropriately, with the North facing and small units either needing more time, a significant property upgrade or substantial discounts to sell out in the following years. It may be difficult to sell the last remaining north facing and 1 bedroom units, and higher discounts are likely to occur to finalize the sellout of the properties.

Sincerely,
HVS

Darius M Hatami, MAI
dhatami@hvs.com, +1 303 301-1126