**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Li Fang,
Zhongzao Shi, Fang Sheng, et al.,
        Plaintiffs,

                                Hon. Judge Raymond Moore
        v.                      Hon. Magistrate Scott Varholak

Waveland Ventures LLC, Colorado Regional Center I, LLC,
Colorado Regional Center LLC, Solaris Property Owner LLC,
Colorado Regional Center Project Solaris LLLP,
Solaris Property Owner I LLC, and Peter Knobel,
        Defendants.

---

### Verification of Third Amended Complaint Under Fed. R. Civ. Pro. 23.1

---

      The undersigned, being duly sworn, states that they are a derivative plaintiff in the above-entitled action and states as follows:

1. I have read the Third Amended Complaint and know the contents thereof, and the same is true and correct to my knowledge, except as to matters therein alleged on information and belief, and as to those matters he believes them to be true.
2. I have been a limited partner for the duration of the matters for which relief is sought under the Third Amended Complaint.
3. I have not joined this action to collusively confer jurisdiction on any court.
4. The Plaintiff limited partners directly pursued the relief sought by a derivative demand letter through attorney Douglas Litowitz, dated July 1, 2019 and addressed to the nominal defendant Colorado Regional Center Project Solaris LLLP and its general partner Colorado Regional Center I LLC, but the derivative relief was denied.

Name in English: Qi Qin
Date: Jun 9, 2020

NOTARY:

**Document Name:** VERIFICATION OF THIRD AMENDED COMPLIANT UNDER FED. R. CIV PRO. 23.1

### State of Florida Jurat Notary Certificate

**STATE OF FLORIDA**
**COUNTY OF BROWARD**

Sworn to (or affirmed) and subscribed by personally appearing before me by physical presence this 09 day of JUNE, 2020, by, QI QIN (name of person making statement).

PETER S. RAMPERSAD
Notary Public, State of Florida
Commission# GG 272653
My comm. expires Oct. 30, 2022

_____
*(Signature of notary public)*

PETER  KAMPERSAD,
_____
*(Name of notary public)*

My commission expires: OCT 30TH 2022

**Official Seal**

Personally known _____ OR
Produced identification  X  Type of identification produced: FL DL

05-74-0432NSB  03-2020

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Li Fang,
Zhongzao Shi, Fang Sheng, et al.,
        Plaintiffs,

                                Hon. Judge Raymond Moore
        v.                        Hon. Magistrate Scott Varholak

Waveland Ventures LLC, Colorado Regional Center I, LLC,
Colorado Regional Center LLC, Solaris Property Owner LLC,
Colorado Regional Center Project Solaris LLLP,
Solaris Property Owner I LLC, and Peter Knobel,
        Defendants.

## Verification of Third Amended Complaint Under Fed. R. Civ. Pro. 23.1

    The undersigned, being duly sworn, states that they are a derivative plaintiff in the above-entitled action and states as follows:

1. I have read the Third Amended Complaint and know the contents thereof, and the same is true and correct to my knowledge, except as to matters therein alleged on information and belief, and as to those matters he believes them to be true.
2. I have been a limited partner for the duration of the matters for which relief is sought under the Third Amended Complaint.
3. I have not joined this action to collusively confer jurisdiction on any court.
4. The Plaintiff limited partners directly pursued the relief sought by a derivative demand letter through attorney Douglas Litowitz, dated July 1, 2019 and addressed to the nominal defendant Colorado Regional Center Project Solaris LLLP and its general partner Colorado Regional Center I LLC, but the derivative relief was denied.

                                 *Fang sheng*

                                Name in English:
                                Date: *06 / 09 / 2020*

NOTARY:

    *See Attached*

**CALIFORNIA ACKNOWLEDGMENT**                                    CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_  }

On _06/09/2020_ before me, _Bea DC Bihn, Notary Public_
    Date                         Here Insert Name and Title of the Officer

personally appeared _Fang Sheng_
                               Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.



BEA DC BiHN
Notary Public - California
Los Angeles County
Commission # 2305582
My Comm. Expires Sep 16, 2023

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

Place Notary Seal and/or Stamp Above         Signature of Notary Public

─────────────────────────── OPTIONAL ───────────────────────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____  Signer's Name: _____
☐ Corporate Officer – Title(s): _____  ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General  ☐ Partner – ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact  ☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator  ☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____  ☐ Other: _____
Signer is Representing: _____  Signer is Representing: _____

©2018 National Notary Association

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Li Fang,
Zhongzao Shi, Fang Sheng, et al.,
             Plaintiffs,

v.

Hon. Judge Raymond Moore
Hon. Magistrate Scott Varholak

Waveland Ventures LLC, Colorado Regional Center I, LLC,
Colorado Regional Center LLC, Solaris Property Owner LLC,
Colorado Regional Center Project Solaris LLLP,
Solaris Property Owner I LLC, and Peter Knobel,
             Defendants.

## Verification of Third Amended Complaint Under Fed. R. Civ. Pro. 23.1

The undersigned, being duly sworn, states that they are a derivative plaintiff in the above-entitled action and states as follows:

1. I have read the Third Amended Complaint and know the contents thereof, and the same is true and correct to my knowledge, except as to matters therein alleged on information and belief, and as to those matters he believes them to be true.
2. I have been a limited partner for the duration of the matters for which relief is sought under the Third Amended Complaint.
3. I have not joined this action to collusively confer jurisdiction on any court.
4. The Plaintiff limited partners directly pursued the relief sought by a derivative demand letter through attorney Douglas Litowitz, dated July 1, 2019 and addressed to the nominal defendant Colorado Regional Center Project Solaris LLLP and its general partner Colorado Regional Center I LLC, but the derivative relief was denied.

Name in English: Jinse Hu
Date: June 9, 2020

NOTARY:

CHERYL LYNN BRIDGES
Notary Public - State of New York
No. 01BR6282782
Qualified in Erie County
My Commission Expires May 28, 2021

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Li Fang,
Zhongzao Shi, Fang Sheng, et al.,
      Plaintiffs,

                                 Hon. Judge Raymond Moore
      v.                      Hon. Magistrate Scott Varholak

Waveland Ventures LLC, Colorado Regional Center I, LLC,
Colorado Regional Center LLC, Solaris Property Owner LLC,
Colorado Regional Center Project Solaris LLLP,
Solaris Property Owner I LLC, and Peter Knobel,
      Defendants.

## Verification of Third Amended Complaint Under Fed. R. Civ. Pro. 23.1

The undersigned, being duly sworn, states that they are a derivative plaintiff in the above-entitled action and states as follows:

1. I have read the Third Amended Complaint and know the contents thereof, and the same is true and correct to my knowledge, except as to matters therein alleged on information and belief, and as to those matters he believes them to be true.
2. I have been a limited partner for the duration of the matters for which relief is sought under the Third Amended Complaint.
3. I have not joined this action to collusively confer jurisdiction on any court.
4. The Plaintiff limited partners directly pursued the relief sought by a derivative demand letter through attorney Douglas Litowitz, dated July 1, 2019 and addressed to the nominal defendant Colorado Regional Center Project Solaris LLLP and its general partner Colorado Regional Center I LLC, but the derivative relief was denied.

Name in English: SHUNLI SHAO
Date: 6/9/2020

NOTARY:

PLEASE SEE ATTACHED
California Compliant Notarial Certificate
(ACK) - CA Civil Code Sec. 1189
JURAT - CA Govt Code Sec. 8202

SK      6/9/2020



**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                     CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Los Angeles__ }

On ___6/9/2020___ before me, __S. KAWIBAWA , NOTARY PUBLIC__
     *Date*                               *Here Insert Name and Title of the Officer*

personally appeared __SHUNLI SHAO__
                               *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

> **S. KAWIBAWA**
> COMM. #2205557
> Notary Public - California
> Los Angeles County
> My Comm. Expires July 16, 2021

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                *Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

————————————— **OPTIONAL** —————————————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: __VERIFICATION OF THIRD AMENDED COMPLAINT__

Document Date: __N/A__ _____ Number of Pages: __1__

Signer(s) Other Than Named Above: __NONE__

**Capacity(ies) Claimed by Signer(s)**

| | |
|---|---|
| Signer's Name: _____ | Signer's Name: _____ |
| ☐ Corporate Officer – Title(s): _____ | ☐ Corporate Officer – Title(s): _____ |
| ☐ Partner – ☐ Limited ☐ General | ☐ Partner – ☐ Limited ☐ General |
| ☐ Individual   ☐ Attorney in Fact | ☐ Individual   ☐ Attorney in Fact |
| ☐ Trustee   ☐ Guardian of Conservator | ☐ Trustee   ☐ Guardian of Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer is Representing: _____ | Signer is Representing: _____ |

©2017 National Notary Association

> S. KAWIBAWA
> MM. #2205557
> y Public - California
> s Angeles County
> m. Expires July 16, 2021



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qiu, Yi Liu, Jie Yang, Yuquan Ni, Li Fang,
Zhongzao Shi, Fang Sheng, et al.,
                                    Plaintiffs,

v.

                                                    Hon. Judge Raymond Moore
                                                    Hon. Magistrate Scott Varholak

Waveland Ventures LLC, Colorado Regional Center I, LLC,
Colorado Regional Center LLC, Solaris Property Owner LLC,
Colorado Regional Center Project Solaris LLLP,
Solaris Property Owner I LLC, and Peter Knobel,
                                    Defendants.

## Verification of Third Amended Complaint Under Fed. R. Civ. Pro. 23.1

The undersigned, being duly sworn, states that they are a derivative plaintiff in the above-captioned action and states as follows:

I have read the Third Amended Complaint and know the contents thereof, and the same is true and correct to my knowledge, except as to matters therein alleged on information and belief, and as to those matters he believes them to be true.

I have been a limited partner for the duration of the matters for which relief is sought under the Third Amended Complaint.

I was not joined this action to collusively confer jurisdiction on any court.

The Plaintiff limited partners directly pursued the relief sought by a derivative demand through their attorney Douglas Litowitz, dated July 1, 2019 and addressed to the defendant Colorado Regional Center Project Solaris LLLP and its general partner Colorado Regional Center I LLC, but the derivative relief was denied.

_Nick Wu_

Name in English:  Nick Wu
Date: 06/09/2020

PLEASE SEE
ATTACHED NOTARY

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _____ Orange _____ )

On _06/09/2020_ before me, Seongjo Kim, Notary Public,

(insert name and title of the officer) .

personally appeared _____ Nick Wu _____ ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

SEONGJO KIM
COMM. # 2184302
NOTARY PUBLIC-CALIFORNIA
COUNTY OF ORANGE
MY COMM. EXP. MAR. 22, 2021