# In the United States District Court
# for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV
—*Consolidated with* No. 19-cv-2637-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## Solaris Property Owner, Solaris Property Owner I and Peter Knobel's Certificate of Compliance

I certify that for conferral purposes I provided plaintiffs' counsel with detailed grounds for the SPO Defendants' motion to dismiss (Doc.224; filed June 10, 2020) the *Li* plaintiffs' and *Cui* plaintiffs' third amended complaints. We exchanged communications on June 5, 6 and 8. Plaintiffs oppose the relief requested in the motion.

June 11, 2020

        Respectfully submitted,

        *s/ Ty Gee*
        Ty Gee
        HADDON, MORGAN AND FOREMAN, P.C.
        150 East Tenth Avenue | Denver, CO 80203
        Tel 303.831.7364
        tgee@hmflaw.com

        *Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*