# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:19-cv-02443-RM-STV;
Consolidated with Civil Action No. 1:19-cv-02637

Li, *et al.*,

        Plaintiffs,

v.

Waveland Ventures, LLC, *et al.*,

        Defendants.

## DECLARATION OF JAMES D. KILROY

    I, James D. Kilroy, being of lawful age and declare under penalty of perjury that the foregoing is true and correct:

    1.     I am lead counsel for Defendants Waveland Ventures LLC, Colorado Regional Center LLC and Colorado Regional Center I, LLC (the "CRC Entities").

    2.     I have reviewed the Cui Plaintiffs' motion for appointment of a receiver. [ECF 211].

    3.     On pages 14-15 of this motion, the Cui Plaintiffs claim: (a) that I have stated on several occasions that I intend to withdraw from representing Colorado Regional Center I, LLC ("CRC I"), the general partner of Colorado Regional Center Project Solaris, LLLP ("CRCPS") now that I understand I have a conflict of interest; (b) that I filed a motion to withdraw [ECF 197] that the Court granted [ECF 207]; and, (c) that I have been evasive on the issue of the removal and replacement of the general partner of CRCPS. [ECF 211, pp. 14-15, paragraph 41.

4.      The Cui Plaintiffs' first claim is completely false. I never told anyone that I intend to withdraw as counsel for CRC I. I told Mr. Stewart and Mr. Litowitz that I intended to withdraw as counsel for CRCPS, which I did.

5.      The Cui Plaintiffs' second claim is true, but misleading to the extent it appears to suggest that I have withdrawn from representing CRC I. I, along with my partner Stephanie A. Kanan moved to withdraw from representing CRCPS on May 6, 2020. [ECF 197]. The Court granted the motion on May 18, 2020. [ECF 207].

6.      The Cui Plaintiffs' third claim is completely false. I have not been evasive on the issue of the purported removal of CRC I as general partner of CRCPS. I have instead been clear, transparent and consistent in advising the parties and the Court that CRC I does not believe it has been removed as general partner of CRCPS and that there is no basis for removal.

7.      In support of these three claims, the Cui Plaintiffs cite to paragraph 16 of the declaration of Brian Stewart [ECF 211-9] and paragraph 11 of the declaration of Douglas Litowitz, [ECF 211-19]. Neither of these declarations even mentions me, my alleged representations regarding representation of CRC I or my alleged evasiveness regarding the general partner of CRCPS. Indeed, there is no paragraph 16 of the Stewart Declaration, and paragraph 11 of the Litowitz Declaration states only that I filed an answer and counterclaim in this action, which Mr. Litowitz believes is baseless.

2

4821-6432-0704.1

I hereby swear, under penalty of perjury of the laws of the State of Colorado and the United States of America, that the statements in this Declaration are true and accurate.

Executed on June 17, 2020.

James D. Kilroy

3