# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 19-cv-02443**
**Consolidated with Civil Action No. 19-cv-02637**

Jun Li, Qi Qin, Yi Liu, et al.,
              Plaintiffs,

          v.                                                     Hon. Raymond P. Moore

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I, and
Peter Knobel,
              Defendants.

---

## CUI Plaintiffs' Joinder in LI Plaintiffs' Response to SPO Defendants' Motion to Dismiss Third Amended Complaint [ECF #230]

---

Plaintiffs Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong Zhang, Qin Zhou Chunyu Zou, individually, and derivatively on behalf of Colorado Regional Center Project Solaris LLLP (the "CUI Plaintiffs") by and through the undersigned counsel, hereby joins in the factual and legal arguments raised in the LI Plaintiffs' Opposition to the SPO Defendants' Motion to Dismiss Third Amended Complaint.

| | |
|---|---|
| DATED: July 1, 2020 | /s/ Brian P. Stewart<br>Hubert Kuo<br>Brian P. Stewart<br>**Ardent Law Group**<br>4340 Von Karman Ave.,<br>Suite 290<br>Newport Beach, California 92660<br>Telephone: (949) 299-0188<br>Facsimile:  (949) 299-0127<br>bstewart@ardentlawgroup.com<br>Attorney for Plaintiffs Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong Zhang, Qin Zhou Chunyu Zou, individually, and on behalf of Colorado Regional Center Project Solaris LLLP |

## CERTIFICATION OF SERVICE

      This is to certify that on July 1, 2020, a true and correct copy of the above and foregoing **CUI Plaintiffs' Joinder in LI Plaintiffs' Response to SPO Defendants' Motion to Dismiss Third Amended Complaint [ECF #230]** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

      */s/ Brian P. Stewart*
      For Ardent Law Group, P.C.

3