# In the United States District Court
# for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV
—*Consolidated with* No. 19-cv-2637-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## SPO Defendants' Unopposed Motion for Extension of Time to File Reply in Support of Their Motion to Dismiss the *Cui* Complaint

    Solaris Property Owner, Solaris Property Owner I, and Peter Knobel (collectively, "SPO Defendants") move under Federal Rule of Civil Procedure 6(b) and D.C.Colo.LCivR 6.1 for an extension of time to file their reply in support of their motion to dismiss the *Cui* complaint.

    *Certificate of conferral.* I certify I conferred with plaintiffs' counsel regarding this Motion. Counsel for the *Li* and *Cui* plaintiffs said plaintiffs do not oppose the relief requested.

    1.   On June 10, 2020, the SPO Defendants filed a consolidated motion to dismiss both the *Li* and *Cui* complaints. The *Li* plaintiffs filed their response June 21. The SPO Defendants filed their reply June 29. The *Cui* plaintiffs filed their response July 1. The SPO Defendants have until July 8 to file their reply.

2. For good cause I am unable to complete the reply by July 8. I am lead counsel in a fast-tracked arbitration pending before the American Arbitration Association. The arbitrator issued a preliminary injunction and imposed a deadline of July 3 for me to file a motion for a bond to be imposed by the injunction movant. For various reasons the motion was factually complex. I did not complete and file the seventeen-page motion until close to midnight July 3. I have not had adequate time to evaluate and prepare a reply to the *Cui* plaintiffs' response.

3. The SPO Defendants have not previously requested an extension of time to file a reply in support of their motion to dismiss.

4. Granting this motion will not delay the disposition of the pending motions to dismiss. Counsel for one of the parties, defendant Colorado Regional Center Project Solaris, LLLP (which is listed by the *Li* plaintiffs as a "nominal defendant" and is listed by the *Cui* plaintiffs as a defendant), has withdrawn, and successor counsel for the partnership has not entered an appearance. The Court has set a hearing on the motions to dismiss for August 31.

5. I certify I served a copy of this Motion on the SPO Defendants.

The SPO Defendants respectfully request that the Court extend by seven days, to and including July 8, 2020, the date by which they may file their reply in support of their motion to dismiss the *Cui* complaint.

Case No. 1:19-cv-02443-RM-STV   Document 235   filed 07/06/20   USDC Colorado   pg 3 of 3


July 6, 2020

        Respectfully submitted,

        *s/ Ty Gee*
        Harold A. Haddon
        Ty Gee
        HADDON, MORGAN AND FOREMAN, P.C.
        150 East Tenth Avenue
        Denver, CO 80203
        Tel 303.831.7364
        hhaddon@hmflaw.com; tgee@hmflaw.com

        *Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*