**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 19-cv-02443-RM-STV
     Consolidated with 19-cv-2637-RM-STV

**<u>Derivatively:</u>**
Hsin-Yi Wu, and Qi Qin,
in their capacity as limited partners of
Colorado Regional Center Project Solaris LLLP,

     Plaintiffs

v.

Colorado Regional Center Project Solaris LLLP,

     Nominal Defendant,
and

**<u>Directly:</u>**
Hsin-Yi Wu, Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni,
Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu,
Zhijian Wu, Zhongwei Li, Sa Wu, Fan Zhang, Lin Qiao,
Jinge Hu, Rujun Liu,Ying Xu, Lu Li, Cao Xiaolong,
and Yuwei Dong,

     Plaintiffs,

v.

Colorado Regional Center LLC,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I LLC,
Peter Knobel, and
Colorado Regional Center Project Solaris LLLP, and
all principals and ultimate owners of business entities pursuant to
piercing of the limited liability veil,

     Defendants.

---

**ORDER**

---

This matter is before the Court *sua sponte* upon review of this matter and the hearing set for Monday, August 31, 2020 at 9:00 a.m. at the Alfred A. Arraj Courthouse. The hearing is scheduled to be held in-person. However, to assist in the preservation of public health and safety while effectively administering justice in this case, the Court has determined to set certain limitations concerning the hearing. Specifically, each law firm may have one attorney appear in-person at the hearing. If a party (or group of parties) is being represented by more than one law firm, that party (or group of parties) is limited to one attorney from one firm, not one attorney from each law firm. All other counsel who wish to appear shall appear via video teleconference (VTC).

Instructions for access to the court's VTC system for attorneys are attached. The Court strongly recommends that the attorneys test the use of the VTC system before the hearing. The attorneys should contact the Court's Courtroom Deputy, Cathy Pearson, before any testing. She can be reached at Cathy_Pearson@cod.uscourts.gov.

**SO ORDERED**.

DATED this 27th day of July, 2020.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge