# Cisco Meeting App Instructions

# Judge Moore

- For Video Teleconference - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, click on the link below to join.  **IMPORTANT:  Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting:**

    https://join.uc.uscourts.gov/invited.sf?secret=jCt5MlKkkwAg7qdyE9D25A&id=386935613

    **Note:  Use the default of "Continue with browser" to join the meeting.**

- For Audio Only:

    - Phone: 571-353-2300, then enter 386935613

- **Once you have joined the conference either by Video or Audio, please MUTE YOUR MIC.**

    <u>Family Member/Public/Media "listen" to hearing:</u>

    Toll Free: 888-636-3807
    Access Code: 4296144#