# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, et al.
        Plaintiffs,

      v.

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC, et al.
        Defendants.

Hon. Judge Moore
Hon. Magistrate Varholak

## Motion to Shorten Response Time to ECF 242 to Ten (10) Days

In ECF 242, the Li Plaintiffs moved this Court to admonish and assess attorney fees against attorney Ty Gee for threating both sets of Plaintiffs' counsels (attorney Litowitz for the Li Plaintiffs and attorney Stewart for the Cui Plaintiffs) that he would file a Rule 11 motion against them on August 27th unless they voluntarily dismissed all of his clients.

Mr. Gee's Rule 11 Motion is timed to precede by 4 days the hearing set by Judge Moore for August 31st. This would allow Mr. Gee to submit his Rule 11 motion without giving Plaintiffs time to respond, and cast an unopposed veil of impropriety over Plaintiffs' counsel at the August 31st hearing.

By D.C.COLO.L.CivR 7.1(d) this Court may shorten the time for response to a motion. Accordingly, the Li Plaintiffs ask this Court to require Mr. Gee to respond to ECF 242 within 10 days (August 21st), so the issue of Rule 11 does not cloud the hearing on August 31st.

2

Dated: August 10, 2020                               Respectfully Submitted,


/s/ Douglas Litowitz
413 Locust Place,
Deerfield, IL 60015
312-622-2848
Litowitz@gmail.com


**Certificate of Service**

This document was filed on the ECF system for the District of Colorado on August 10, 2020 and thereby sent to all counsels of record.

2