**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:       Tammy Hoffschildt (VTC) | Date:   August 31, 2020 |

**CASE NO.   19-cv-02443-RM-STV**

| Parties | Counsel |
|---|---|
| JUN LI, *et al.*, | Douglas Litowitz |
| Plaintiffs, | |
| DIANWEN CUI, *et al.* | Brian Stewart |
| Consolidated Plaintiffs, | |
| v. | |
| COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP, *et al.*, | (No appearance) |
| | James Kilroy |
| Defendants. | Stephanie Kanan (VTC) |
| | Ty Gee |

**COURTROOM MINUTES**

**IN-COURT HEARING – Video Teleconference (VTC)
Court in session:           9:03 a.m.**

Appearances of counsel.   Mr. Kilroy and Ms. Kanan appear for Colorado Regional Center I (CRC1), Colorado Regional Center (CRC), and Waveland Ventures.   Mr. Gee appears for Solaris Property Owner (SPO) and Peter Knobel.

Preliminary remarks made by the Court.

Discussion held regarding the Court's practice standards regarding page limits and joinder of pleadings.   Review of the various parties, claims, and the Third Amended Complaint.

Argument given and discussion held regarding Motion to Disqualify Snell & Wilmer LLP from Continuing to Represent the General Partner as a Current Client against its Former Client the Limited Partnership when they are Directly Adverse (Doc. 198).

Discussion held regarding Li Plaintiffs' Motion to Dismiss Counterclaim by CRC Defendants under Fed.R.Civ.P. 12(b)(6) and for Order Declaring General Partner Removed Instanter (Doc. 208) and Li Plaintiffs' Joinder in CRC Entities' Demand for Declaratory Judgment as to Whether the General Partner has been Removed (Doc. 225).

**Court in recess:     10:35 a.m.**
**Court in session:   10:50 a.m.**

Further discussion regarding pending motions, including Plaintiffs' Motion for Appointment of Receiver (On *Ex Parte* Basis Without Bond As Permitted by the Loan Documents) (Doc. 211) and CRC Defendants' Fed. R. Civ. P. 12(b)(6) Motion to Dismiss Cui Plaintiffs' Third Amended Verified Complaint [ECF 190] and Li Plaintiffs' Third Amended Complaint [121] (Doc. 203).

**Court in recess:     12:03 p.m.**
**Court in session:   1:14 p.m.**

Continued discussion and argument regarding CRC Defendants' Fed. R. Civ. P. 12(b)(6) Motion to Dismiss Cui Plaintiffs' Third Amended Verified Complaint [ECF 190] and Li Plaintiffs' Third Amended Complaint [121] (Doc. 203).

Argument given and discussion held regarding Solaris Property Owner, Solaris Property Owner I and Peter Knobel's Amended Motion to Dismiss the Li and Cui Complaints (Doc. 224).

Argument given and discussion held regarding Li Plaintiffs' Motion to Dismiss Counterclaim by CRC Defendants under Fed.R.Civ.P. 12(b)(6) and for Order Declaring General Partner Removed Instanter (Doc. 208).

The Court addresses CUI Plaintiffs' Joinder in LI Plaintiffs' Response to CRC Defendants' Motion to Dismiss Cui Plaintiffs' Third and LI Plaintiffs' Third Amended Complaint [ECF #210] (Doc. 214) and Li Plaintiffs' Joinder in CRC Entities' Demand for Declaratory Judgment as to Whether the General Partner has been Removed (Doc. 225).

The following motions are taken under advisement:   Motion to Disqualify Snell & Wilmer LLP from Continuing to Represent the General Partner as a Current Client against its Former Client the Limited Partnership when they are Directly Adverse (Doc. 198), CRC Defendants' Fed. R. Civ. P. 12(b)(6) Motion to Dismiss Cui Plaintiffs' Third Amended Verified Complaint [ECF 190] and Li Plaintiffs' Third Amended Complaint [121] (Doc. 203), Li Plaintiffs' Motion to Dismiss Counterclaim by CRC Defendants under Fed.R.Civ.P. 12(b)(6) and for Order Declaring General Partner Removed Instanter (Doc. 208), Plaintiffs' Motion for Appointment of Receiver (On *Ex Parte* Basis Without Bond As Permitted by the Loan Documents) (Doc. 211), regarding Solaris Property Owner, Solaris Property Owner I and Peter Knobel's Amended Motion to Dismiss the Li and Cui Complaints (Doc. 224).

**ORDERED:**  CUI Plaintiffs' Joinder in LI Plaintiffs' Response to CRC Defendants' Motion to Dismiss Cui Plaintiffs' Third and LI Plaintiffs' Third Amended Complaint [ECF #210] (Doc. 214) and Li Plaintiffs' Joinder in CRC Entities' Demand for Declaratory Judgment as to Whether the General Partner has been Removed (Doc. 225) are GRANTED as stated on the record.

**Court in recess:**     2:48 p.m.
**Total in court time:**  4:19
**Hearing concluded**