**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:19-cv-02443-RM-STV;
Consolidated with Civil Action No. 1:19-cv-02637

Li, *et al*.,

    Plaintiffs,

v.

Waveland Ventures, LLC, *et al*.,

    Defendants.

---

**DEFENDANT COLORADO REGIONAL CENTER I, LLC'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE IN OPPOSITION [ECF 229] TO THE CUI PLAINTIFFS' MOTION FOR APPOINTMENT OF RECEIVER [ECF 211]**

---

Defendant Colorado Regional Center I, LLC's ("CRC I"), submits its Motion for Leave to File Supplemental Response in Opposition to the Cui Plaintiffs' Motion for Appointment of Receiver [ECF 211], stating as follows:

**Certificate of Conferral**

Pursuant to D.C.COLO.LCivR 7.1(A) and Practice Standard IV.E.3., undersigned counsel has attempted to confer with the parties regarding the substance of this Motion. Defendant SPO I does not oppose this Motion. Plaintiffs have not responded to the conferral effort as of the time of this filing.

**Motion**

1. CRC I respectfully requests leave to supplement its Response in Opposition [ECF 229] to the Cui Plaintiffs' Motion for Appointment of Receiver. [ECF 211], and specifically requests that the Court accept for filing its Supplemental Response in Opposition to the Cui Plaintiffs' Motion for Appointment of Receiver, attached hereto as Exhibit A.

2. CRC I requests leave to file this short supplement in order to advise the Court of changed circumstances, material to the Motion to Appoint Receiver. Specifically, throughout this lawsuit and specifically in connection with the Motion to Appoint Receiver, Plaintiffs have complained that title to the Property at issue in this case (condominium units in Vail, Colorado) should be placed in CRCPS. CRC I has repeatedly explained why the title has remained with SPO I – for the benefit of CRCPS – and Plaintiffs' have repeatedly rejected that explanation.

3. As set forth in the attached proposed supplemental response, SPO I has recently advised CRC I that SPO I will no longer hold title to the Property and that title will be transferred by the end of December 2020.

4. This factual development is material to the Cui Plaintiffs' Motion to Appoint Receiver.

WHEREFORE, Defendant CRC I respectfully requests leave to file the Supplemental Response to its Response in Opposition [ECF 229] to the Cui Plaintiff's Motion for Appointment of Receiver [ECF 211], attached hereto as Exhibit A.

Dated:  December 14, 2020

*/s/ James D. Kilroy*

James D. Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email:  jkilroy@swlaw.com
Email:  skanan@swlaw.com

***Counsel for Defendant Colorado Regional Center I, LLC***

## **CERTIFICATE OF SERVICE**

This is to certify that on December 14, 2020, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Hubert Kuo
Brian P. Stewart
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Harold A. Haddon
Ty Gee
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

*/s/Amy Kovarsky*
for Snell & Wilmer L.L.P.