# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02443-RM-STV;
Consolidated with Civil Action No. 1:19-cv-02637

Li, *et al.*,

    Plaintiffs,

v.

Waveland Ventures, LLC, *et al.*,

    Defendants.

**DEFENDANT COLORADO REGIONAL CENTER I, LLC'S SUPPLEMENTAL RESPONSE IN OPPOSITION TO THE CUI PLAINTIFFS' MOTION FOR APPOINTMENT OF RECEIVER [ECF 211]**

Defendant Colorado Regional Center I, LLC's ("CRC I"), submits its Supplemental Response in Opposition to the Cui Plaintiffs' Motion for Appointment of Receiver [ECF 211], stating as follows:

1.  In their Motion for Appointment of Receiver [ECF 211], the Cui Plaintiffs argued that the appointment of a receiver was necessary, in part, to secure title to condominium units in Vail, Colorado (the "Property").

2.  In its Response in Opposition to the Cui Plaintiffs' Motion for Appointment of Receiver, CRC I explained that title to the Property currently resides in SPO I because of an Agreement Regarding Collateral Units ("ARCU") between CRCPS and SPO I, whereby SPO I agreed, at CRCPS' request to hold title pending sale of the Property (or units of the Property) to

third parties. [ECF 229, pp. 3-4 and 229-1]. This provision of the ARCU was designed to save CRCPS transaction costs, including HOA dues, taxes and other payments. [ECF 229, pp. 3-4 and 229-1].

3. SPO I has just advised CRC I that SPO I will no longer hold title to the Property, and that it will transfer title to the Property to CRCPS by end of December 2020. *See* Exhibit A, Declaration of Rick Hayes.

4. CRC I submits this supplemental response in order to advise the Court of the changed circumstances that are material to the Cui Plaintiffs' Motion for Appointment of Receiver [ECF 211] – as well as this overall lawsuit.

Dated: December 14, 2020

*/s/ James D. Kilroy*
James D. Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email:  jkilroy@swlaw.com
Email:  skanan@swlaw.com

**Counsel for Defendant Colorado Regional Center I, LLC**

**CERTIFICATE OF SERVICE**

       This is to certify that on December 14, 2020, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Hubert Kuo
Brian P. Stewart
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Harold A. Haddon
Ty Gee
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

                                 */s/Amy Kovarsky*
                                 for Snell & Wilmer L.L.P.

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02443-RM-STV;
Consolidated with Civil Action No. 1:19-cv-02637

Li, et al.,

    Plaintiffs,

v.

Waveland Ventures, LLC, et al.,

    Defendants.

## DECLARATION OF RICK HAYES

I, Rick Hayes, being of lawful age and declare under penalty of perjury that the foregoing is true and correct:

1. I am a managing partner of Colorado Regional Center, LLC ("CRC"), a Colorado limited liability company.

2. CRC is an approved EB-5 Regional Center, authorized by U.S. Citizenship and Immigration Services ("USCIS") to operate anywhere within the State of Colorado.

3. I am also a managing partner of Colorado Regional Center I, LLC ("CRC I"), a Colorado limited liability company, which is the general partner of Colorado Regional Center Project Solaris LLLP ("CRCPS"), a Colorado limited liability limited partnership.

4. In a declaration I submitted as part of CRC I's Response in Opposition to the Cui Plaintiffs' Motion for Appointment of a Receiver [ECF 229, 229-1], I explained that pursuant to

4815-1963-4387.1

the terms of an Agreement Regarding Collateral Units (the "ARCU") between CRCPS and SPO I, CRCPS has not yet been assigned title to the remaining units comprising the "Property" because SPO I agreed to continue to hold title and, upon the instruction of CRCPS, to directly sell the units to a buyer designated by CRCPS.

5.   The "Property" was each of 19 condominium units in Vail, Colorado valued in the aggregate at approximately $82.5 million at the time of the execution of the loan agreement between CRCPS and SPO I's predecessor in interest, SPO.

6.   Such deferral of title transfer benefitted CRCPS and its limited partners because it south to avoid approximately $1 million in HOA dues, taxes and other payments.

7.   Accordingly, SPO I currently holds title to the Property (now 16 units) and CRCPS continues to hold a first priority lien on the Property by means of the respective deeds of trust.

8.   SPO I has recently announced to CRC I that SPO I will transfer title to CRCPS and no longer hold title to the Property.

9.   The transfer of title to the Property to CRC I from SPO I is scheduled to occur in the month of December 2020.

10.  The Declaration is submitted to describe the change of circumstances since CRC I responded to the Cui Plaintiffs' Motion for Appointment of Receiver.

///

4815-1963-4387.1

I hereby swear, under penalty of perjury of the laws of the State of Colorado and the United States of America, that the statements in this Declaration are true and accurate.

Executed on December 4, 2020.

Rick Hayes

3