

# Transfer Tax Issue That You Returned My Call On

**Kathleen Halloran** <KHalloran@vailgov.com>  Mon, Sep 21, 2020 at 8:23 PM
To: Dlitowit <litowitz@gmail.com>

While we cannot issue legal advice, the town attorney agrees that this transaction will most likely be exempt from RETT, however we do require an exemption form to be filed along with supporting documentation. Thank you

**Kathleen Halloran, CPA**
Finance Director

Finance Department



970.479.2116

970.390.7917 cell

vailgov.com
twitter.com/vailgov



# Transfer Tax Issue That You Returned My Call On

**Dlitowit** <litowitz@gmail.com> Fri, Sep 11, 2020 at 11:08 AM
To: Kathleen Halloran <KHalloran@vailgov.com>
Cc: Stephanie Bibbens <SBibbens@vailgov.com>

Hi Kathleen and Stephanie,

I think that you are missing my point, I cannot fill out the form because there is no transaction pending. Here are the facts:
1) There is a company called Solaris Property Owner I LLC who owned 19 (now 16) condo units at Solaris Vail Condominiums.
2) They borrowed $82.5 million dollars from Colorado Regional Center Project Solaris LP and gave Deeds of Trust on all of the condos as collateral.
3) All of these Deeds of Trust were recorded with the Eagle County Recorder of Deeds and can be looked up on their web site.
4) Solaris Property Owner I LLC did not pay back the $82.5 million loan in cash at maturity.
5) Solaris Property Owner I LLC proposes to transfer the Deeds to the condos as payment for the loan.
6) This is not a "buyer" and "seller" situation: it is foreclosure on collateral.
7) The question is whether Vail will impose a transfer tax.
8) There would be no 'consideration' for the Deed, in fact the lender/grantee lost money by lending out $82.5 million against condos that have a fair market value of far less.
9) This is basically a deed in lieu of foreclosure to secure a pre-existing debt.
10) After transfer of time by foreclosure, the lender would have title and then would have to turn around and sell the condos to third parties, which WOULD obviously be subject to the Vail Transfer Tax.
11). The question is whether the foreclosure itself (the giving of a deed in lieu of foreclosure) is subject to the Vail tax.
12). It seems to me that the Vail tax should not apply to the foreclosure for a preexisting debt, but would only apply to a subsequent sale of a condo to an unrelated third party outside the debtor-creditor relationship.

Does that make sense? I am trying to get an answer without sending you a subpoena to testify in federal court.

Best,

Doug Litowitz