IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02443-RM-STV;
Consolidated with Civil Action No. 1:19-cv-02637

Li, *et al.*,

    Plaintiffs,

v.

Waveland Ventures, LLC, *et al.*,

    Defendants.

## DECLARATION OF ROBERT GLUCKSMAN

I, Robert Glucksman, being of lawful age, and with personal knowledge of all matters described herein declare under penalty of perjury that the foregoing is true and correct:

1. I am a Managing Director of Colorado Regional Center, LLC ("CRC"), a Colorado limited liability company, which in turn is the owner of CRC I, the general partner of Colorado Regional Center Project Solaris LLLP ("CRCPS"), and the manager of CRCPS.

2. Pursuant to the terms of an Agreement Regarding Collateral Units (the "ARCU") between CRCPS and SPO I, CRCPS has not yet been assigned title to the remaining units comprising the "Property" because SPO I agreed to continue to hold title and, as may be applicable, upon the instruction of CRCPS, to directly sell or transfer the units to a buyer designated by CRCPS.

3. The "Property" was each of 19 condominium units in Vail, Colorado valued in the aggregate at approximately $82.5 million at the time of the execution of the loan agreement between CRCPS and SPO I's predecessor in interest, SPO.

4. Such deferral of title transfer was designed to and did benefit CRCPS and its limited partners because it sought to avoid approximately $1 million in HOA dues, taxes and other payments that would otherwise be payable by CRCPS upon transfer of title to CRCPS as well as CRCPS' ultimate sale of the Property or transfer of any units of the Property to a third party. The ARCU was specifically designed to permit SPO I to sell the Property or transfer units of the Property to third parties in a manner that would not trigger the transaction fees. Under the ACRU, and as adopted in practice, should SPO I sell or transfer units to third parties designated by CRCPS, CRCPS received all proceeds, if any, of the sale under a three-way transaction.

5. In particular, Vail Town Code § 2-6-2 provides that "[t]here is a tax imposed on all transfers whether by deeds, instruments, writings, leases, or any other documents, or otherwise, by which any lands, tenements or other interests in real property located in the Town are sold, granted, let, assigned, transferred, exchanged or otherwise conveyed to or vested in a purchaser, or purchasers thereof, or any other person or persons, except as may be specifically exempted," which is due and payable at the time of transfer and contemporaneously therewith.

6. For transfers exceeding a purchase price of five hundred dollars ($500), the amount of tax payable is one percent (1%) of the purchase price. *See* Vail Town Code § 2-6-4(B).

7. The real estate transfer tax imposed by § 2-6-2 does not apply, however, to "[t]ransfers to secure a debt or other obligation, or release on real property which is security for a debt or other obligation." *See* Vail Town Code § 2-6-5(L).

2

8. In the event that a transfer is claimed to be exempt from the real estate transfer tax imposed under § 2-6-2, the grantor or grantee "shall apply for and obtain from the town manager a certificate of exemption, which may be affixed to the deed or instrument of transfer." *See* Vail Town Code § 2-6-6.

9. On behalf of CRCPS as the grantee, I completed the Town of Vail Real Estate Tax Exemption Application for Units 6C West, 6E West and 3C East (the "Exemption Applications"), each of which were granted and certified by the Town Manager for the Town of Vail. True and correct copies of the granted Exemption Applications are attached hereto as **Exhibit A**.

10. The three units that were transferred through the contemplated three-way deal. With the Town of Vail's approval, when the units were sold or transferred to the ultimate third parties, those transfers were deemed to retire debt on the Property, and no transfer tax fees were assessed. CRC I had hoped to continue with this approach, in an effort to save CRCPS' money.

11. SPO I currently holds title to the Property, which is now 16 units, and CRCPS continues to hold a first priority lien on the Property by means of the respective deeds of trust. However, SPO I has advised CRCPS that it will no longer hold title to the Property, and that it will convey title to the Property to CRCPS by the end of December 2020.

///

I hereby swear, under penalty of perjury of the laws of the State of Colorado and the United States of America, that the statements in this Declaration are true and accurate.

Executed on December 15, 2020.

_____
Robert Glucksman

# TOWN OF VAIL
## REAL ESTATE TRANSFER TAX
## EXEMPTION APPLICATION

**Grantor (Seller):** Solaris Property Owner, LLC

**Grantee (Buyer):** CDWE, LLC

**Date of Closing:** N/A

*(All appropriate documents pertaining to this request must be submitted with this request.)*

**Legal description:** Subdivision: Residences at Solaris Vail Unit 6E West
Parcel: 210108294061 SITUS ADD: 000141 6E WES E MEADOW DR VAIL AREA

**Address of property:** 141 E. Meadow Dr., 6E West, Vail, CO 81657

The undersigned, as grantor/grantee of a deed or instrument of conveyance dated April 18, 2012 hereby applies for exemption from the payment of the Land Transfer Tax, imposed by Title 2, Chapter 6 of the Vail Municipal Code, of the Town of Vail. The basis for such exemption is as follows:

2-6-5(L) Debt Securities: Transfers to secure a debt or other obligation, or releases on real property which is security for a debt or other obligation.

I hereby certify under penalty of perjury that the foregoing statements are true and correct.

*Rob Glucksman*                    9/26/2018
**Grantor/Grantee**                **Date**

**PLEASE PRINT**         **Name:** Robert Glucksman
**\*\*See below**        **Address:** PO Box 4627
                                  Greenwood Village, CO 80155

                         **Phone:** 303-888-9052

### EXEMPTION

The above requested exemption is: ___✓___ Granted

_____ Denied

*Patty McKenny*                    alt2ug
10/9/18                            **Town Manager**
                                   **Date**

Please fill out and return to: Town of Vail, 75 S. Frontage Road, Vail, CO 81657
along with a self-addressed, stamped envelope.

\*\* Original executed copy of this application will be sent back to applicant (at address noted above) upon approval/denial of application. If others are to receive a response, please provide the appropriate self-addressed, stamped envelopes for return.

Exhibit A

# TOWN OF VAIL
## REAL ESTATE TRANSFER TAX
## EXEMPTION APPLICATION

Grantor (Seller): Solaris Property Owner, LLC

Grantee (Buyer): Colorado Regional Center Project Solaris, LLLP

Date of Closing: N/A

*(All appropriate documents pertaining to this request must be submitted with this request.)*

Legal description: Subdivision: Residences at Solaris-Vail  Unit: 6E West
Parcel: 210108294061  SITUS ADD: 000141 6E WES E MEADOW DR VAIL AREA

Address of property: 141 E. Meadow Dr #6E West  Vail, CO 81657

The undersigned, as grantor/grantee of a deed or instrument of conveyance dated April 18, 2012 hereby applies for exemption from the payment of the Land Transfer Tax, imposed by Title 2, Chapter 6 of the Vail Municipal Code, of the Town of Vail. The basis for such exemption is as follows: 2-6-5(L) Debt Securities: Transfers to secure a debt or other obligation, or releases on real property which is security for a debt or other obligation.

I hereby certify under penalty of perjury that the foregoing statements are true and correct.

_____  4/20/15
Grantor/Grantee                  Date

**PLEASE PRINT**   Name: Rob Glucksman
**See below**      Address: 1850 Bassett St, #612
                            Denver, CO 80202
                   Phone: (303) 888-9052

### EXEMPTION

The above requested exemption is: ✓ Granted
                                  ___ Denied

_____ Town Manager
5/7/15                          Date

Please fill out and return to: Town of Vail, 75 S. Frontage Road, Vail, CO 81657
                               along with a self-addressed, stamped envelope.

** Original executed copy of this application will be sent back to applicant (at address noted above) upon approval/denial of application. If others are to receive a response, please provide the appropriate self-addressed, stamped envelopes for return.

Exhibit A

**TOWN OF VAIL**
**REAL ESTATE TRANSFER TAX**
**EXEMPTION APPLICATION**

**Grantor (Seller):** Solaris Property Owner, I LLC

**Grantee (Buyer):** LUCKY FIVE LLC

**Date of Closing:** N/A

(*All appropriate documents pertaining to this request must be submitted with this request.*)

**Legal description:** Subdivision: Residences at Solaris Vail Unit 3C East
Parcel Number 2101-082-94-014
SITUS ADD: 000141 E MEADOW DR #3C EAST
**Address of property:**
141 E. Meadow Dr., Unit 3C East, Vail, CO 81657

The undersigned, as grantor/grantee of a deed or instrument of conveyance dated 1/30/2015 hereby applies for exemption from the payment of the Land Transfer Tax, imposed by Title 2, Chapter 6 of the Vail Municipal Code, of the Town of Vail. The basis for such exemption is as follows: 2-6-5(L): Debt Securities - Transfers to secure a debt or other obligation, or releases on real property which is security for a debt or other obligation.

I hereby certify under penalty of perjury that the foregoing statements are true and correct.

_Robert Glucksman_  6/3/2019
Grantor/Grantee                Date

**PLEASE PRINT**      **Name:** Robert Glucksman
**\*\*See below**       **Address:** PO Box 4627, Greenwood Village, CO 80155

**Phone:** 303-888-9052

**EXEMPTION**

The above requested exemption is: ✓ Granted
                                  ___ Denied

_Pauly McK_  _____ Town Manager
             6/12/19 Date

Please fill out and return to:  Town of Vail, 75 S. Frontage Road, Vail, CO 81657
                                along with a self-addressed, stamped envelope.

\*\* Original executed copy of this application will be sent back to applicant (at address noted above) upon approval/denial of application. If others are to receive a response, please provide the appropriate self-addressed, stamped envelopes for return.

Exhibit A

**TOWN OF VAIL**
**REAL ESTATE TRANSFER TAX**
**EXEMPTION APPLICATION**

Grantor (Seller): Solaris Property Owner, LLC

Grantee (Buyer): Colorado Regional Center Project Solaris, LLLP

Date of Closing: N/A

*(All appropriate documents pertaining to this request must be submitted with this request.)*

Subdivision: Residences at Solaris Vail    Unit: 3C East

Legal description: Parcel: 2101-082-94-014

Situs: 000141 E. Meadow Dr, 3C East, VAIL AREA

Address of property: 141 E. Meadow Dr., 3C East
Vail, CO 81657

The undersigned, as grantor/grantee of a deed or instrument of conveyance dated 1/30/15 hereby applies for exemption from the payment of the Land Transfer Tax, imposed by Title 2, Chapter 6 of the Vail Municipal Code, of the Town of Vail. The basis for such exemption is as follows: 2-6-5(L) Debt Securities: Transfers to secure a debt or other obligation, or releases on real property which is security for a debt or other obligation.

I hereby certify under penalty of perjury that the foregoing statements are true and correct.

_____  3/2/16
Grantor/Grantee          Date

**PLEASE PRINT**    Name: Robert Glucksman
**\*\*See below**    Address: 1644 Platte St., Ste. 417
                              Denver, CO 80202

                   Phone: (303) 888-9052

**EXEMPTION**

The above requested exemption is: ✓✓ Granted
                                  ____ Denied

_____ Town Manager
    4/11/16              Date

Please fill out and return to: Town of Vail, 75 S. Frontage Road, Vail, CO 81657
                               along with a self-addressed, stamped envelope.

\*\* Original executed copy of this application will be sent back to applicant (at address noted above) upon approval/denial of application. If others are to receive a response, please provide the appropriate self-addressed, stamped envelopes for return.

Exhibit A

When recorded return to:

_____
_____
_____

## SPECIAL WARRANTY DEED

**THIS DEED**, made this ___ day of _____, 20__, between SOLARIS PROPERTY OWNER I, LLC, a Delaware limited liability company with its principal place of business located at 141 East Meadow Drive, Suite 211, Vail, Colorado 81657 ("Grantor"), and _____, a _____ with its principal place of business located at _____ ("Grantee"):

**WHEREAS**, that the Grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey, and confirm, unto the Grantee, its successors and assigns forever, all the real property, together with improvements, if any, situate, lying and being in the County of Eagle, State of Colorado, described on <u>Schedule A</u> attached hereto and incorporated herein by this reference:

Subject to those items as set for on <u>Schedule B</u> attached hereto and incorporated herein by this reference.

**TOGETHER** with all and singular the hereditaments and appurtenances thereto belonging, or in anywise appertaining, the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargain premises, with the hereditaments and appurtenances, unto the Grantee,

**TO HAVE AND TO HOLD** the said premises above bargained and described with the appurtenances, unto the Grantee, its successors and assigns forever.  The Grantor, for itself, its successors and assigns does covenant and agree that it shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee, its successors and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor.

[SIGNATURE PAGE FOLLOWS]

Exhibit A

**IN WITNESS WHEREOF**, Grantor has executed this deed as of the date set forth above.

        SOLARIS PROPERTY OWNER I, LLC,
a Delaware limited liability company

By:_____
Name: _____
Its: _____

STATE OF COLORADO    )
                                ) ss.
COUNTY OF EAGLE      )

The foregoing instrument was acknowledged before me this \_\_\_ day of _____, 2018, by _____ as _____ of Solaris Property Owner I, LLC, a Delaware limited liability company.

WITNESS my hand and official seal.

My Commission Expires: _____

_____
Notary Public

Exhibit A

## SCHEDULE A
## TO DEED

### Legal Description of Property

CONDOMINIUM UNIT _____, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO,

also known by street and number as 141 East Meadow Drive, Unit _____, Vail, Colorado 81657.

SCHEDULE B
TO DEED

Exceptions

1. Any facts, rights, interests, or claims thereof, not shown by the Public Records but that could be ascertained by an inspection of the Land or that may be asserted by persons in possession of the Land.

2. Easements, liens or encumbrances, or claims thereof, not shown by the Public Records.

3. Any encroachment, encumbrance, violation, variation, or adverse circumstance affecting the Title that would be disclosed by an accurate and complete land survey of the Land and not shown by the Public Records.

4. Any lien, or right to a lien, for services, labor or material heretofore or hereafter furnished, imposed by law and not shown by the Public Records.

5. Defects, liens, encumbrances, adverse claims or other matters, if any, created, first appearing in the public records or attaching subsequent to the effective date hereof but prior to the date of the proposed insured acquires of record for value the estate or interest or mortgage thereon covered by this Commitment.

6. Any and all unpaid taxes, assessments and unredeemed tax sales.

7. (a) Unpatented mining claims; (b) reservations or exceptions in patents or in Acts authorizing the issuance thereof; (c) water rights, claims or title to water. Reservations, rights of way, restrictions and covenants of record.

8. Any "real estate transfer tax" imposed by Ordinance No. 26, Series of 1979, of the Town of Vail, Colorado.

9. EXISTING LEASES AND TENANCIES, IF ANY.

10. RIGHT OF PROPRIETOR OF A VEIN OR LODE TO EXTRACT AND REMOVE HIS ORE THEREFROM SHOULD THE SAME BE FOUND TO PENETRATE OR INTERSECT THE PREMISES AS RESERVED IN UNITED STATES PATENT RECORDED JULY 12, 1899, IN BOOK 48 AT PAGE 475.

11. RIGHT OF WAY FOR DITCHES OR CANALS CONSTRUCTED BY THE AUTHORITY OF THE UNITED STATES AS RESERVED IN UNITED STATES PATENT RECORDED JULY 12, 1899, IN BOOK 48 AT PAGE 475.

12. TERMS, CONDITIONS AND PROVISIONS OF PARKING RIGHTS AGREEMENT RECORDED NOVEMBER 30, 2006 AT RECEPTION NO. 200632758.

Exhibit A

13. BURDENS AND OBLIGATIONS UNDER DEVELOPMENT AGREEMENT RECORDED DECEMBER 18, 2006 AT RECEPTION NO. 200634299, AS AMENDED.

14. TERMS, CONDITIONS AND PROVISIONS OF CONSOLIDATED SERVICE PLAN RECORDED JANUARY 05, 2007 AT RECEPTION NO. 200700327.

15. TERMS, CONDITIONS AND PROVISIONS OF ORDER OF INCLUSION RECORDED APRIL 27, 2007 AT RECEPTION NO. 200710831.

16. TERMS, CONDITIONS AND PROVISIONS OF ORDER OF INCLUSION RECORDED APRIL 27, 2007 AT RECEPTION NO. 200710832 AND RECORDED MARCH 19, 2008 AT RECEPTION NO. 200805845.

17. TERMS, CONDITIONS AND PROVISIONS OF ORDER OF INCLUSION RECORDED APRIL 27, 2007 AT RECEPTION NO. 200710833 AND RECORDED MARCH 19, 2008 RECEPTION NO. 200805846.

18. TERMS, CONDITIONS AND PROVISIONS OF CROSSROADS PROTECTIVE COVENANTS BUT OMITTING ANY COVENANTS OR RESTRICTIONS, IF ANY, BASED UPON RACE, COLOR, RELIGION, SEX, SEXUAL ORIENTATION, FAMILIAL STATUS, MARITAL STATUS, DISABILITY, HANDICAP, NATIONAL ORIGIN, ANCESTRY, OR SOURCE OF INCOME, AS SET FORTH IN APPLICABLE STATE OR FEDERAL LAWS, EXCEPT TO THE EXTENT THAT SAID COVENANT OR RESTRICTION IS PERMITTED BY APPLICABLE LAW RECORDED AUGUST 16, 2007 UNDER RECEPTION NO. 200721910, RERECORDED AUGUST 28, 2007 UNDER RECEPTION NO. 200722884.

19. TERMS, CONDITIONS AND PROVISIONS OF TRENCH, CONDUIT & VAULT AGREEMENT RECORDED OCTOBER 10, 2007 AT RECEPTION NO. 200727140.

20. TERMS, CONDITIONS AND PROVISIONS OF UNDERGROUND RIGHT-OF-WAY EASEMENT RECORDED OCTOBER 10, 2007 AT RECEPTION NO. 200727141 AND UNDERGROUND RIGHT OF WAY EASEMENT RECORDED OCTOBER 10, 2007 AT RECEPTION NO. 200727142.

21. BURDENS AND OBLIGATIONS UNDER CONSTRUCTION LICENSE AGREEMENT RECORDED DECEMBER 05, 2007 AT RECEPTION NO. 200731952.

22. TERMS, CONDITIONS AND PROVISIONS OF EASEMENT AGREEMENT BETWEEN SOLARIS PROPERTY OWNER, LLC, A DELAWARE LIMITED LIABILITY COMPANY AND SOLARIS METROPOLITAN DISTRICT NO. 1 RECORDED MAY 28, 2008 AT RECEPTION NO. 200811070.

23. THE EFFECT OF SOLARIS METROPOLITAN DISTRICT NOS. 1 - 3 MAP RECORDED DECEMBER 22, 2009 UNDER RECEPTION NO. 200927310.

24. EASEMENTS, RESERVATIONS AND RESTRICTIONS AS SHOWN OR RESERVED ON THE CONDOMINIUM PLAT FOR SOLARIS-VAIL RECORDED APRIL 26, 2010 UNDER RECEPTION NO. 201007816.

25. TERMS, CONDITIONS AND PROVISIONS OF SHARED FACILITIES AGREEMENT RECORDED APRIL 26, 2010 AT RECEPTION NO. 201007817, FIRST AMENDMENT RECORDED JUNE 30, 2010 RECEPTION NO. 201013179 AND SECOND AMENDMENT THERETO RECORDED DECEMBER 10, 2010 UNDER RECEPTION NO. 201024997 AND THIRD AMENDMENT THERETO RECORDED NOVEMBER 10, 2011 UNDER RECEPTION NO. 201121109.

26. EASEMENTS, RESERVATIONS AND RESTRICTIONS AS SHOWN OR RESERVED ON THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED APRIL 26, 2010 AT RECEPTION NO. 201007818; FIRST AMENDMENT RECORDED JUNE 30, 2010 UNDER RECEPTION NO. 201013179; SECOND AMENDMENT RECORDED APRIL 24, 2014 UNDER RECEPTION NO. 201406409; THIRD AMENDMENT RECORDED APRIL 24, 2016 UNDER RECEPTION NO. 201605527.

27. THOSE PROVISIONS, COVENANTS AND CONDITIONS, EASEMENTS, AND RESTRICTIONS, WHICH ARE A BURDEN TO THE CONDOMINIUM UNIT DESCRIBED IN SCHEDULE A, BUT OMITTING ANY COVENANTS OR RESTRICTIONS, IF ANY, BASED UPON RACE, COLOR, RELIGION, SEX, SEXUAL ORIENTATION, FAMILIAL STATUS, MARITAL STATUS, DISABILITY, HANDICAP, NATIONAL ORIGIN, ANCESTRY, OR SOURCE OF INCOME, AS SET FORTH IN APPLICABLE STATE OR FEDERAL LAWS, EXCEPT TO THE EXTENT THAT SAID COVENANT OR RESTRICTION IS PERMITTED BY APPLICABLE LAW, AS CONTAINED IN CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED APRIL 26, 2010 UNDER RECEPTION NO. 201007819, FIRST AMENDMENT RECORDED JUNE 30, 2010 UNDER RECEPTION NO. 201013180, SECOND AMENDMENT RECORDED NOVEMBER 10, 2011 UNDER RECEPTION NO. 201121110, THIRD AMENDMENT RECORDED APRIL 25, 2012 UNDER RECEPTION NO. 201208076, FOURTH AMENDMENT RECORDED APRIL 24, 2014 UNDER RECEPTION NO. 201406410, FIFTH AMENDMENT RECORDED DECEMBER 29, 2014 UNDER RECEPTION NO. 201422174, AND SIXTH AMENDMENT RECORDED APRIL 21, 2016 UNDER RECEPTION NO. 201605526.

28. TERMS, CONDITIONS AND PROVISIONS OF SIDEWALK/STREETSCAPE & SNOWMELT MAINTENANCE AGREEMENT RECORDED SEPTEMBER 21, 2010 AT RECEPTION NO. 201018719.

29. TERMS, CONDITIONS AND PROVISIONS OF TRAFFIC IMPACT FEE SECURITY AGREEMENT RECORDED OCTOBER 07, 2010 AT RECEPTION NO. 201020237.

Exhibit A

30. TERMS, CONDITIONS AND PROVISIONS OF TOWN OF VAIL REVOCABLE PERMIT TO ERECT OR MAINTAIN IMPROVEMENTS ON A PUBLIC RIGHT-OF-WAY RECORDED DECEMBER 16, 2010 AT RECEPTION NO. 201025482.

31. TERMS, CONDITIONS, PROVISIONS, BURDENS, OBLIGATIONS AND EASEMENTS AS SET FORTH AND GRANTED IN GRANT OF EASEMENT RECORDED MAY 09, 2012 UNDER RECEPTION NO. 201209258.

32. TERMS, CONDITIONS, PROVISIONS, BURDENS AND OBLIGATIONS AS SET FORTH IN SOLARIS METROPOLITAN DISTRICT NO. 2 SPECIAL DISTRICT DISCLOSURE RECORDED DECEMBER 17, 2014 UNDER RECEPTION NO. 201421735.

33. TERMS, CONDITIONS, PROVISIONS, BURDENS AND OBLIGATIONS AS SET FORTH IN SOLARIS METROPOLITAN DISTRICT NO. 3 SPECIAL DISTRICT DISCLOSURE RECORDED DECEMBER 17, 2014 UNDER RECEPTION NO. 201421736.

34. DEED OF TRUST DATED APRIL 18, 2012, FROM SOLARIS PROPERTY OWNER, LLC. TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECTS SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED APRIL 18, 2012, UNDER RECEPTION NO. 201207658.

35. CONSEQUENCES OF ANY ALLEGATION OR DETERMINATION THAT THE TRANSFER TO THE INSURED IS A PREFERENCE OR FRAUDULENT TRANSFER BY REASON OF THE OPERATION OF FEDERAL BANKRUPTCY OR STATE INSOLVENCY LAWS.

Exhibit A

## TOWN OF VAIL
## REAL ESTATE TRANSFER TAX
## EXEMPTION APPLICATION

**Grantor (Seller):** Solaris Property Owner I, LLC

**Grantee (Buyer):** Colorado Regional Center Project Solaris, LLLP (Lender) and NewCO (Buyer)

**Date of Closing:** February 24, 2020

*(All appropriate documents pertaining to this request must be submitted with this request.)*

**Legal description:** Subdivision: Residences at Solaris Vail Unit 6C West; Parcel Number 2101-082-94-060 ; SITUS ADD: 000141 E MEADOW DR # 6C West Vail Area

**Address of property:** 141 E. Meadow Dr., Unit 6C West, Vail, CO 81657

The undersigned, as grantor/grantee of a deed or instrument of conveyance dated <u>November 20, 2012</u> hereby applies for exemption from the payment of the Land Transfer Tax, imposed by Title 2, Chapter 6 of the Vail Municipal Code, of the Town of Vail. The basis for such exemption is as
follows: 2-6-5(L): Debt Securities - Transfers to secure a debt or other obligation, or releases on real property which is security for a debt or other obligation.

I hereby certify under penalty of perjury that **the foregoing statements are true and correct.**

_Robert Glucksman_     1/29/2020
**Grantor/Grantee**     Date

**PLEASE PRINT**
**\*\*See below**

Name: Robert Glucksman, Authorized Representative, CRCPS, LLLP

Address: PO Box 4627, Greenwood Village, CO 80155

Phone: 303-888-9052

### EXEMPTION

The above requested exemption is: __X__ Granted

_____ Denied

_signature_ Town Manager
2/6/2020 Date

Please fill out and return to:  Town of Vail, 75 S. Frontage Road, Vail, CO 81657
along with a self-addressed, stamped envelope.

\*\* Original executed copy of this application will be sent back to applicant (at address noted above) upon approval/denial of application. If others are to receive a response, please provide the appropriate self-addressed, stamped envelopes for return.

Exhibit A

## SPECIAL WARRANTY DEED

THIS DEED, made this 24th day of February, 2020, between

**SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY**
whose address is 141 East Meadow Drive Suite 211, Vail, CO 81657, GRANTOR(S), and
NEWCO, A _____ **LIMITED LIABILTY COMPANY**
whose address is _____ GRANTEE(S):

**WITNESS**, that the grantor(s), for and in consideration of the sum of Ten Dollars and 00/100 Dollars ($10.00) and other goods and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm unto the grantee(s), grantee's heirs and assigns forever, all the real property, together with improvements, if any, situate, lying and being in the County of Eagle and State of Colorado, described as follows:

**FOR LEGAL DESCRIPTION**
**SEE EXHIBIT "A" ATTACHED HERETO AND FORMING A PART HEREOF**

also known by street and number as: **141 East Meadow Drive, Unit 6C West, Vail, CO 81657**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appurtaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee, grantee's heirs and assigns forever. The grantor(s), for the grantor, grantor's heirs, and personal representatives or successors, does covenant and agree that grantor shall and will **WARRANT AND FOREVER DEFEND** the above-bargained premises in the quiet and peaceable possession of the grantee, grantee's heirs and assigns, against all and every person or persons lawfully claiming the whole or any part thereof, by, through or under the grantor, but not otherwise subject to general taxes for the current year and subsequent years, and except easements, covenants, conditions, restrictions, reservations, and rights of way of record, if any.

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor has executed this deed on the date set forth above.

**Solaris Property Owner I, LLC, a Delaware limited liability company**

By: _____
    Ryan Smith, Authorized Signatory

STATE OF: Colorado
COUNTY OF: Eagle

The foregoing instrument was subscribed, sworn to, and acknowledged before me this _____ day of February, 2020 by Ryan Smith, Authorized Signatory of Solaris Property Owner I, LLC, a Delaware limited liability company.

My Commission expires:                    Witness my hand and official seal.

_____
Notary Public



SPECIAL WARRANTY DEED -

2001285
January 29, 2020
2:58 PM

Exhibit A

**EXHIBIT "A"**
Attached to and forming a part of
**SPECIAL WARRANTY DEED**
between

GRANTOR: **SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY**

GRANTEE: **NEWCO, A _____ LIMITED LIABILITY COMPANY**

LEGAL DESCRIPTION

Condominium Unit 6C WEST, THE RESIDENCES AT SOLARIS-VAIL, according to the Condominium Plat for the Residences at Solaris-Vail recorded April 26, 2010 as Reception No. 201007818, First Amendment and Supplement thereto recorded April 25, 2012 as Reception No. 201208075, Second Amendment and Supplement recorded April 24, 2014 as Reception No. 201406409, Third Amendment and Supplement recorded April 21, 2016 as Reception No. 201605527, and Fourth Amendment and Supplement recorded April 20, 2018 as Reception No. 201806012, and as defined and described in the Condominium Declaration for the Residences at Solaris-Vail recorded April 26, 2010 as Reception No. 201007819, First Amendment recorded June 30, 2010 as Reception No. 201013180, Second Amendment recorded November 10, 2011 as Reception No. 201121110, Third Amendment recorded April 25, 2012 as Reception No. 201208076, Fourth Amendment recorded April 24, 2014 as Reception No. 201406410, Fifth Amendment recorded December 29, 2014 as Reception No. 201422174, Sixth Amendment recorded April 21, 2016 as Reception No. 201605526, and Seventh Amendment recorded April 20, 2018 as Reception No. 201806013, all in the office of the Clerk and Recorder of Eagle County, Colorado.

County of **Eagle,** State of **Colorado**.

also known by street and number as: **141 East Meadow Drive, Unit 6C West, Vail, CO 81657**


TITLE COMPANY of the rockies

SPECIAL WARRANTY DEED -

2001285
January 29, 2020
2:58 PM

Exhibit A