**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:19-cv-02443-RM-STV;
Consolidated with Civil Action No. 1:19-cv-02637

Li, *et al.*,

    Plaintiffs,

v.

Waveland Ventures, LLC, *et al.*,

    Defendants.

---

**DEFENDANT COLORADO REGIONAL CENTER I, LLC'S SUPPLEMENTAL RESPONSE IN OPPOSITION TO THE CUI PLAINTIFFS' MOTION FOR APPOINTMENT OF RECEIVER [ECF 211]**

---

Defendant Colorado Regional Center I, LLC's ("CRC I"), submits its Supplemental Response in Opposition to the Cui Plaintiffs' Motion for Appointment of Receiver [ECF 211], stating as follows:

1.    In their Motion for Appointment of Receiver [ECF 211], the Cui Plaintiffs argued that the appointment of a receiver was necessary, in part, to secure title to condominium units in Vail, Colorado (the "Property").

2.    In its Response in Opposition to the Cui Plaintiffs' Motion for Appointment of Receiver, CRC I explained that title to the Property currently resides in SPO I because of an Agreement Regarding Collateral Units ("ARCU") between CRCPS and SPO I, whereby SPO I agreed, at CRCPS' request to hold title pending sale of the Property (or units of the Property) to

third parties. [ECF 229, pp. 3-4 and 229-1]. This provision of the ARCU was designed to save CRCPS transaction costs, including HOA dues, taxes and other payments. [ECF 229, pp. 3-4 and 229-1].

3. SPO I has just advised CRC I that SPO I will no longer hold title to the Property, and that it will transfer title to the Property to CRCPS by end of December 2020. *See* Exhibit A, Declaration of Rick Hayes.

4. CRC I submits this supplemental response in order to advise the Court of the changed circumstances that are material to the Cui Plaintiffs' Motion for Appointment of Receiver [ECF 211] – as well as this overall lawsuit.

Dated: December 30, 2020

/s/ James D. Kilroy
James D. Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email: jkilroy@swlaw.com
Email: skanan@swlaw.com

***Counsel for Defendant Colorado Regional Center I, LLC***

2

**CERTIFICATE OF SERVICE**

  This is to certify that on December 30, 2020, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Hubert Kuo
Brian P. Stewart
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Harold A. Haddon
Ty Gee
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

            */s/Sandy Braverman*
            for Snell & Wilmer L.L.P.

3