# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02443-RM-STV;
Consolidated with Civil Action No. 1:19-cv-02637

Li, et al.,

    Plaintiffs,

v.

Waveland Ventures, LLC, et al.,

    Defendants.

## DECLARATION OF RICK HAYES

I, Rick Hayes, being of lawful age and declare under penalty of perjury that the foregoing is true and correct:

1. I am a managing partner of Colorado Regional Center, LLC ("CRC"), a Colorado limited liability company.

2. CRC is an approved EB-5 Regional Center, authorized by U.S. Citizenship and Immigration Services ("USCIS") to operate anywhere within the State of Colorado.

3. I am also a managing partner of Colorado Regional Center I, LLC ("CRC I"), a Colorado limited liability company, which is the general partner of Colorado Regional Center Project Solaris LLLP ("CRCPS"), a Colorado limited liability limited partnership.

4. In a declaration I submitted as part of CRC I's Response in Opposition to the Cui Plaintiffs' Motion for Appointment of a Receiver [ECF 229, 229-1], I explained that pursuant to

4815-1963-4387.1

the terms of an Agreement Regarding Collateral Units (the "ARCU") between CRCPS and SPO I, CRCPS has not yet been assigned title to the remaining units comprising the "Property" because SPO I agreed to continue to hold title and, upon the instruction of CRCPS, to directly sell the units to a buyer designated by CRCPS.

5. The "Property" was each of 19 condominium units in Vail, Colorado valued in the aggregate at approximately $82.5 million at the time of the execution of the loan agreement between CRCPS and SPO I's predecessor in interest, SPO.

6. Such deferral of title transfer benefitted CRCPS and its limited partners because it south to avoid approximately $1 million in HOA dues, taxes and other payments.

7. Accordingly, SPO I currently holds title to the Property (now 16 units) and CRCPS continues to hold a first priority lien on the Property by means of the respective deeds of trust.

8. SPO I has recently announced to CRC I that SPO I will transfer title to CRCPS and no longer hold title to the Property.

9. The transfer of title to the Property to CRC I from SPO I is scheduled to occur in the month of December 2020.

10. The Declaration is submitted to describe the change of circumstances since CRC I responded to the Cui Plaintiffs' Motion for Appointment of Receiver.

///

I hereby swear, under penalty of perjury of the laws of the State of Colorado and the United States of America, that the statements in this Declaration are true and accurate.

Executed on December [illegible], 2020.

Rick Hayes