IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, et al.
    Plaintiffs,

                   Hon. Judge Moore
    v.                Hon. Magistrate Varholak

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC, et al.
    Defendants.

## Motion for Clarification of Court Order at ECF#266

  When a court order is not clear, a party may move for clarification. *Sweger v. Texaco, Inc.,* 930 F.2d 35, 1991 WL 35345 *2 (Feb. 22, 1991, 10th Cir.).  That is the situation here.

  The Li Plaintiffs' Motion at ECF#264 asked for **two** forms of relief: **first,** to deny CRC1's filing of the Supplemental Response to the Cui Plaintiffs' Motion for a Receiver since is not a "response" on the issue of receivership but rather a proposed transfer of collateral titles in purported repayment of the loan instead of actually repaying the loan in cash as required by the loan documents; and **second**, a nullification/reversal of the transfer of collateral titles from SPO1 to CRCPS announced in the Supplemental Response since the loan can only be repaid in cash under the loan documents. These two forms of relief were stated in the Motion's title: "Motion for Hearing/Conference to Deny CRC1's Supplemental Response **and** to Nullify its Purported Effect of Transferring Titles."

  The Court's Order at ECF#266 answers the first question by allowing the Supplemental Response to be filed, but it leaves open the second question of nullification/reversal of the

purported repayment of the loan by transferring of titles from SPO1 to CRCPS. The Li Plaintiffs have repeatedly told this Court that such transfer violates the loan documents and that there is no one to speak for CRCPS to accept such titles because a motion is pending to determine who may act for CRCPS. If this Court believes that a transfer of titles can take place in violation of the loan documents and against the transferee's will, it needs to say so in an appealable order. The Court Order at ECF#266 does not make clear its response to the Li Plaintiffs' motion to nullify and reverse the transfer of collateral titles.

WHEREFORE, the Li Plaintiffs request a clarification of ECF#266 so this Court will take a position on whether it is approves the transfer of titles by SPO1 to CRCPS, and its reasons for so ruling, or whether it is preserving this issue for later, or if it wants further briefing on this issue, or how it plans to deal with this transfer being made without its approval while motions on this very issue are pending but undecided.

Dated: December 30, 2020                              Respectfully Submitted,

/s/ Douglas Litowitz
413 Locust Place,
Deerfield, IL 60015
312-622-2848
Litowitz@gmail.com

### Certificate of Service

This document was filed on the ECF system for the District of Colorado on December 30, 2020 and thereby sent to all counsels of record.

2