*** NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME IN THE LOWER RIGHT CORNER OF THIS FORM (CHOOSE ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.***

AO 133 (Rev. 12/09) Bill of Costs
USDC Colo. Version – (Rev. (10/01/2020)

# BILL OF COSTS

**United States District Court**
DISTRICT: **DISTRICT OF COLORADO**

Jun Li, et al.,
v.
Waveland Ventures, LLC, et al.

DOCKET NO.:
CASE NO.: 19-cv-02443-RM-STV consolidated with 19-cv-2637-RM-STV

Judgment having been entered in the above entitled action on **March 2, 2021 as to CRC Defendants** against **Li Plaintiffs and Cui Plaintiffs** the clerk is requested to tax the following as costs:

## BILL OF COSTS

| Item | Amount |
|---|---|
| Fees of the clerk | $152.67 |
| Fees for service of summons and complaint | $ - |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $1,522.65 |
| Fees and disbursements for printing | $2,650.35 |
| Fees for witnesses (itemized on reverse side) | $ - |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $2,369.36 |
| Docket fees under 28 U.S.C. § 1923 | $ - |
| Costs incident to taking of depositions | $ - |
| Costs as shown on Mandate of Court of Appeals | $ - |
| Other costs (Please itemize) | |
| **TOTAL** | **$6,695.03** |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
Mar. 17, 2021
JEFFREY P. COLWELL, CLERK

**Please review and comply with D.C.COLO.LCivR 54.1**

(See Notice section on reverse side)

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney: /s/James D. Kilroy
Print Name: James D. Kilroy
Phone Number: 303-634-2005
For: Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC
Date: 3/16/2021
Name of Claiming Party

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time:

Date and Time: 3/31/2021 @ 9:30 a.m. Phone Hearing Requested

Costs are hereby taxed in the following amount and included in the judgment:

Amount Taxed $ 0

(BY) DEPUTY CLERK: s/ Kelsey Montalban

CLERK OF COURT
JEFFREY P. COLWELL

DATE: March 17, 2021

Costs are denied without prejudice and with leave to re-file upon entry of a final judgement in this case. See local rule D.C.COLO.LCivR 54.1.