# In the United States District Court for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## The Solaris Property Defendants' and Peter Knobel's Motion for Extension of Time to Respond to Motion to Dismiss and Submit Jurisdictional Briefing

Defendants Solaris Property Owner LLC, Solaris Property Owner I LLC, and Peter Knobel (together, the "Solaris and Knobel Defendants") move unopposed under Federal Rule of Civil Procedure 6(b) and D.C.Colo.LCivR 6.1 for a seven-day extension of time to respond to the "Li Plaintiffs' Briefing on Subject Matter Jurisdiction and Motion to Dismiss the State-Law Claims under Fed R. Civ. P. 12(h)(3) and 12(b)(1)" ("Motion to Dismiss"), Doc. 272, and submit jurisdictional briefing, *see* Doc. 271.

*Certificate of conferral.* I certify that my co-counsel attempted to confer by leaving a voicemail with counsel for the *Li* plaintiffs and following up by email. He has not yet received a response. If counsel receives a response before the Court rules on this motion, he will file a notice advising the Court of the Li Plaintiffs' position.

1. In its Order on Pending Motions, Doc. 271, the Court directed the parties to brief the question of subject matter jurisdiction no later than April 1, 2021.

2. On March 11, 2021, the Li Plaintiffs filed the Motion to Dismiss, in which they asked the Court to dismiss their own claims. A response to that motion is also due April 1, 2021.

3. Ty Gee, lead counsel for the Solaris and Knobel Defendants, is also lead counsel in a confidential arbitration, AAA No. 01-17-0007-2991 (the "Arbitration"). Hal Haddon and Chris Montville, who will be entering an appearance on behalf of the Solaris and Knobel Defendants, are also counsel of record in the Arbitration.

4. The Arbitration involves five parties, four sets of counsel, nearly 1,000 exhibits, and is the culmination of complex commercial litigation that has been pending for nearly four years.

5. The Arbitration was scheduled to commence on March 15, 2021, but, due to an historic snowstorm, began a day late. Although the Arbitration was scheduled to conclude on March 26, 2021, it is now not expected to finish any earlier than April 2, 2021.

6. Both Mr. Gee and Mr. Montville have been devoting the vast majority of their waking hours to the Arbitration. Although they originally expected to have several days following the Arbitration to respond to the Motion to Dismiss and submit jurisdictional briefing, it is now apparent that this will not be the case.

7. No previous extensions have been granted.

8. Good cause therefore exists for the requested extension of seven days, up to and including April 8, 2021.

Dated March 31, 2021

Respectfully submitted,

*s/ Ty Gee*
Harold A. Haddon
Ty Gee
HADDON, MORGAN AND FOREMAN, P.C.
150 East Tenth Avenue
Denver, CO 80203
Tel 303.831.7364
hhaddon@hmflaw.com; tgee@hmflaw.com

*Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*