**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 19-cv-02443**
**Consolidated with Civil Action No. 19-cv-02637**

Jun Li, Qi Qin, Yi Liu, et al.,
    Plaintiffs,

    v.            Hon. Magistrate Scott Varholak

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner LLC I, and
Peter Knobel,
    Defendants.

## Declaration of Brian P. Stewart

I, Brian P. Stewart, am over the age of eighteen and have personal knowledge of the facts stated herein and hereby to state as follows:

1. I am an attorney at The Ardent Law Group, attorneys of record for the Plaintiff's in Civil Action No. 19-cv-02637.

**2.** This declaration is offered in support of the Cui Plaintiffs Brief Regarding Subject Matter Jurisdiction.

3. In preparing the Complaints in this matter our office searched the online records of the Delaware Secretary of State and the Colorado Secretary of State in an attempt to determine the names and likely citizenship of the owners of Solaris Property Owner LLC ("SPO") and Solaris Property Owner I LLC ("SPO I"). We were able to determine that both SPO and SPO I are Delaware Limited Liability Company's licensed to conduct business in the State of Colorado.

2

Neither website includes the names or addresses of any of the owners. However numerous documents provided to the Plaintiffs by the Defendants identify Peter Knobel as the principal of SPO and SPO I including representations that he would personally guarantee the Note. Nothing in our investigation indicates that Mr. Knobel or anyone else connected to the SPO or SPO I are citizens of the Peoples Republic of China or the State of California.

4.      In preparing the Complaints in this matter our office searched the online records of the Texas Secretary of State and the Colorado Secretary of State in an attempt to determine the names and likely citizenship of the owners of Waveland Ventures, LLC ("Waveland"), Colorado Regional Center, LLC ("CRC") and Colorado Regional Center, LLC ("CRC I"). We were able to determine that Waveland is a Texas Limited Liability Company doing business in the State of Colorado and that both CRC and CRC I are Colorado Limited Liability Company's licensed to conduct business in the State of Colorado. Neither website includes the names or addresses of any of the owners. Documents provided by Waveland indicate that Waveland is owned by Rick Hayes who is domiciled in Texas, John Sergardahl who is domiciled in Wisconsin and Paul Delongchamp who is domiciled in Michigan. Nothing in our investigation indicates that Mr. Hayes, Mr. Sergardahl, Mr. Delongchamp, or anyone else connected to the SPO or SPO I are citizens of the Peoples Republic of China or the State of California.

5. In their Third amended Complaint the Cui Plaintiffs allege a short and plain allegation regarding diversity jurisdiction (TAC ¶ 50) Plaintiffs believe, to the best of their knowledge that complete diversity exists as between the Plaintiffs and all Defendants. There is no evidence which indicates that any of the Defendants is a citizen of the Peoples Republic of China or the State of California.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of March 2021.

*/s/ Brian P. Stewart*
Brian P. Stewart

**CERTIFICATION OF SERVICE**

This is to certify that on March 31, 2021, a true and correct copy of the above and foregoing **Declaration of Brian P. Stewart** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Brian P. Stewart*
For Ardent Law Group, P.C.
