# In the United States District Court
# for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## Notice of Nonopposition to
## The Solaris Property Defendants' and Peter Knobel's
## Motion for Extension of Time to Respond to
## Motion to Dismiss and Submit Jurisdictional Briefing

    Defendants Solaris Property Owner LLC, Solaris Property Owner I LLC, and Peter Knobel (together, the "Solaris and Knobel Defendants") hereby notify the Court that the Li Plaintiffs <u>do not oppose</u> the relief sought in the Solaris and Knobel Defendants' Motion for Extension of Time, *Doc.* 285.

    Dated April 1, 2021

Respectfully submitted,

*s/ Ty Gee*

Harold A. Haddon
Ty Gee
HADDON, MORGAN AND FOREMAN, P.C.
150 East Tenth Avenue
Denver, CO 80203
Tel 303.831.7364
hhaddon@hmflaw.com; tgee@hmflaw.com

*Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*

2