# In the United States District Court
# for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## Notice of Entry of Appearance

PLEASE TAKE NOTICE that Christopher Montville of the law firm Haddon Morgan and Foreman, P.C., hereby enters his appearance on behalf of Solaris Property Owner, LLC, and Peter Knobel, and requests that he receive copies of all electronic filings in this matter.

DATED: April 1, 2021.

Respectfully submitted,

*s/ Christopher P. Montville*
Harold A. Haddon
Ty Gee
Christopher P. Montville
HADDON, MORGAN AND FOREMAN, P.C.
150 East Tenth Avenue
Denver, CO 80203
Tel 303.831.7364
hhaddon@hmflaw.com; tgee@hmflaw.com;
cmontville@hmflaw.com

*Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*