**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02443-RM-STV;
Consolidated with Civil Action No. 1:19-cv-02637

Li, *et al.*,

    Plaintiffs,

v.

Waveland Ventures, LLC, *et al.*,

    Defendants.

**COUNTERCLAIM PLAINTIFF COLORADO REGIONAL CENTER I, LLC'S NOTICE OF VOLUNTARY DISMISSAL OF COUNTERCLAIM [ECF 204]**

Counterclaim Plaintiff Colorado Regional Center I, LLC ("CRC I"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of its Counterclaim against the Li Plaintiffs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [ECF 204], stating as follows:

1. This is a consolidated action with two sets of Plaintiffs: the Li Plaintiffs and the Cui Plaintiffs.

2. The final Complaint of the Cui Plaintiffs was the Cui Plaintiffs' Third Amended Complaint ("CTAC") [ECF 190]. The final Complaint of the Li Plaintiffs was the Li Plaintiffs' Third Amended Complaint ("LTAC").

3. CRC I, along with Waveland Ventures LLC and Colorado Regional Center LLC (collectively, the "CRC Defendants") filed a Fed. R. Civ. P. 12(b)(6) Motion to Dismiss the CTAC and the LTAC. [ECF 203]. CRC I also filed a single counterclaim against the Li Plaintiffs for

1

4821-3141-1167.1

declaratory relief. [ECF 204].  The Li Plaintiffs then filed a "Motion to Dismiss Counterclaim by CRC Defendants Under Fed. R. Civ. P. 12(b)(6) and For Order Declaring General Partner Removed Instanter" [ECF 208].

4. On March 2, 2021, the Court issued an Order on Pending Motions. [ECF 271]. The Court granted the CRC Defendants' Motion to Dismiss, and dismissed all claims asserted by the Cui Plaintiffs and the Li Plaintiffs against the CRC Defendants. [ECF 271, pp. 52-55]. The Court denied the Li Plaintiffs' "Motion to Dismiss Counterclaim by CRC Defendants Under Fed. R. Civ. P. 12(b)(6) and For Order Declaring General Partner Removed Instanter" [ECF 271, pp. 52-55].

5. To date, the Li Plaintiffs – the opposing parties as to CRC I's Counterclaim – have not filed an answer or a motion for summary judgment as to CRC I's Counterclaim.

6. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), CRC I hereby dismisses its Counterclaim against the Li Plaintiffs [ECF 204], without prejudice.

DATED: April 1, 2021

/s/James Kilroy
James Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202
Telephone: 303.634.2000
Facsimile: .303.634.2020
Email: jkilroy@swlaw.com
Email: skanan@swlaw.com

**Counsel for Counterclaim Plaintiff Colorado Regional Center I, LLC**

2

4821-3141-1167.1

## CERTIFICATE OF SERVICE

  This is to certify that on April 1, 2021, a true and correct copy of the above and foregoing **COUNTERCLAIM PLAINTIFF COLORADO REGIONAL CENTER I, LLC'S NOTICE OF DISMISSAL OF COUNTERCLAIM [ECF 204]** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Hubert Kuo
Brian P. Stewart
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Harold A. Haddon
Ty Gee
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

              *Amy Kovarsky*
              for Snell & Wilmer L.L.P.

3