**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-cv-02443-RM-STV
      Consolidated with 19-cv-2637-RM-STV

**Derivatively:**
Hsin-Yi Wu, and Qi Qin,
in their capacity as limited partners of
Colorado Regional Center Project Solaris LLLP,

    Plaintiffs

v.

Colorado Regional Center Project Solaris LLLP,

    Nominal Defendant,
and

**Directly:**
Hsin-Yi Wu, Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni,
Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu,
Zhijian Wu, Zhongwei Li, Sa Wu, Fan Zhang, Lin Qiao,
Jinge Hu, Rujun Liu, Ying Xu, Lu Li, Cao Xiaolong,
and Yuwei Dong,

    Plaintiffs,

v.

Colorado Regional Center LLC,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I LLC,
Peter Knobel, and
Colorado Regional Center Project Solaris LLLP, and
all principals and ultimate owners of business entities pursuant to
piercing of the limited liability veil,

    Defendants.

Civil Action No. 19-cv-2637-RM-STV ("Cui Plaintiffs")

Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei,
Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang,
Lei Zhang, Ling Zhang, Xiaohong Zhang, Qin Zhou,
Xun Zhu, and Chunyi Zou,

    Plaintiffs,

v.

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I, and
Peter Knobel,

    Defendants.

## ORDER TO SHOW CAUSE

    This matter is before the Court *sua sponte*. By Order dated March 2, 2021 (ECF No. 271), the Court addressed various pending motions. In doing so, the Court raised the issue that Cui Plaintiffs failed to identify Colorado Regional Center, LLC ("CRC") and Rick Hayes in the caption of the complaint and that Fed. R. Civ. P. 10(a) requires the title of the complaint to "name all the parties." The Court left the matter for another day, "as appropriate." That day is today.

    In *Nat'l Commodity & Barter Ass'n v. Gibbs*, 886 F.2d 1240, 1245 (10th Cir. 1989), in dealing with unnamed plaintiffs, the Tenth Circuit stated that "federal courts lack jurisdiction over the unnamed parties, as a case has not been commenced with respect to them." *See M.A.C. v. Gildner*, No. 20-3105, 2021 WL 1016422, at *3 (10th Cir. Mar. 17, 2021) ("proceeding

2

3

anonymously without permission is a jurisdictional defect that may (and, indeed, must) be raised *sua sponte*"). Accordingly it is

**ORDERED** that on or before April 15, 2021, Cui Plaintiffs shall **SHOW CAUSE** why this Court should not dismiss, without prejudice, Colorado Regional Center, LLC and Rick Hayes as defendants in this action and, concomitantly, vacate or amend the Order of March 2, 2021 as to Colorado Regional Center, LLC only for lack of subject matter jurisdiction; and it is

**FURTHER ORDERED** that on or before April 15, 2021, Colorado Regional Center, LLC may also respond if it wishes to do so.

DATED this 1st day of April, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge