# In the United States District Court
# for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

Defendants.

---

## ERRATA TO SPO DEFENDANTS'
## BRIEFING REGARDING JURISDICTION AND
## RESPONSE TO LI PLAINTIFFS' MOTION TO DISMISS

---

Solaris Property Owner ("SPO"), Solaris Property Owner I ("SPO I"), and Peter Knobel (collectively, "SPO Defendants") advise the Court of the following error in their Briefing Regarding Jurisdiction and Response to Li Plaintiffs' Motion To Dismiss (the "Brief and Response"), Doc. 296:

The final sentence of Section II.A on page 8 of the Brief and Response reads as follows: "None of the dismissed counts had anything to do with fiduciary duties or breach of contract." The sentence should have more accurately stated as follows: "None of the dismissed counts *against the SPO Defendants* had anything to do with fiduciary duties or breach of contract."

April 9, 2021

Respectfully submitted,

*s/ Christopher P. Montville*

Harold A. Haddon
Ty Gee
Christopher P. Montville
Haddon, Morgan and Foreman, P.C.
150 East Tenth Avenue
Denver, CO 80203
Tel 303.831.7364
hhaddon@hmflaw.com; tgee@hmflaw.com;
cmontville@hmflaw.com

*Attorneys for Defendants Solaris Property Owner, LLC,
Solaris Property Owner I, LLC, and Peter Knobel*