# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 19-cv-02443**
**Consolidated with Civil Action No. 19-cv-02637**

Jun Li, Qi Qin, Yi Liu, et al.,
        Plaintiffs,

v.                                                  Hon. Raymond P. Moore

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner LLC I, and
Peter Knobel,
        Defendants.

## Declaration of Brian P. Stewart

I, Brian P. Stewart, am over the age of eighteen and have personal knowledge of the facts stated herein and hereby to state as follows:

1. I am an attorney at The Ardent Law Group, attorneys of record for the Plaintiff's in Civil Action No. 19-cv-02637. This declaration is offered in support of Plaintiffs Opposition to the Order to Show Cause Pursuant issued by the Court on April 1, 2021.

2. This office filed the Complaint on September 16, 2019. The First Amended Complaint ("FAC") was filed on November 8, 2019.

3. On November 17, 2019, our office filed the Partial Withdrawal of Lis Pendens [ECF 35 Cui Matter] and a Notice of Errata [ECF 35 Cui Matter] in the Cui case 19-cv-02637-NYW.

4. On November 19, 2019 the Court issued its order Consolidating the *Cui Matter* with the Li Matter Case Number 19-cv-02443 [ECF 93]. The Courts Order indicated "That all papers filed in this consolidated action shall be filed in the lowest case number, No. 19-cv-2443-RM-STV."

5. On January 21, 2020 the Court issued a Minute Order in the *Cui Matter* admonishing Counsel for the Cui Plaintiffs that all pleadings "…shall be filed in the lowest case number No. 19-cv-02443 [ECF 37; *Cui Matter*]".

6. On December 11, 2019 the Cui Plaintiffs filed a Proposed Scheduling Order [ECF 103] with the caption for the lead case and the caption for the Cui Matter included.

7. On or about December 14, 2019, our office was contacted by the Court Clerk's office and was instructed by the clerk that all documents filed in this matter going forward must be filed with the Li Caption including a reference to the consolidation with the *Cui Matter*.

8. On December 16, 2019 our office filed the Joint Scheduling Order [ECF 109] in the format directed by the Court Clerk. From that point forward, **all pleadings filed by all parties** herein were filed in that format with the Li Caption and the consolidation reference to the *Cui Matter*.

///

///

///

///

///

///

///

///

///

We understood from the Clerk's representations that documents would not be accepted for filing unless they were filed in this format.  In fact, the first document filed that includes both captions since December 11, 2019 is this Order to Show Cause [ECF 292] issued by the Court.  I do not understand why that caption excludes CRC as the 1st Amended Complaint clearly includes CRC and no other documents have been filed dismissing them.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 15th day of April 2021.

        /s/ Brian P. Stewart_____
        Brian P. Stewart

## CERTIFICATION OF SERVICE

The undersigned attorney certifies that copies of the foregoing:
Declaration of Brian P. Stewart
] was served through ECF on April 15, 2021 upon all parties who have appeared.

/s/ Brian P. Stewart
Brian P. Stewart
