# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 19-cv-02443**
**Consolidated with Civil Action No. 19-cv-02637**

Jun Li, Qi Qin, Yi Liu, et al.,
        Plaintiffs,

v.                                     Hon. Raymond P. Moore

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner LLC I, and
Peter Knobel,
        Defendants.

## Declaration of Janet Lee

I, Janet Lee, am over the age of eighteen and have personal knowledge of the facts stated herein and hereby to state as follows:

1. I am a legal assistant and office manager at The Ardent Law Group, attorneys of record for the Plaintiff's in Civil Action No. 19-cv-02637. This declaration is offered in support of Plaintiffs' Opposition to the Order to Show Cause Pursuant issued by the Court on April 1, 2021.

2. We had received several advisory's notices in the later part of 2019, related to deficiencies in the documents filed in the Cui Matter 19-cv-02637-NYW.

3. On November 19, 2019 the Court issued its order Consolidating the *Cui Matter* with the Li Matter Case Number 19-cv-02443 [ECF 93]. The Courts Order indicated "That all papers filed in this consolidated action shall be filed in the lowest case number, No. 19-cv-2443-RM-STV."

4. On December 11, 2019 the Cui Plaintiffs filed a Proposed Scheduling Order [ECF 103] with the caption for the lead case, the Li matter, and the caption for the Cui Matter both included.

5. On or about December 14, 2019, our office was contacted by the Court Clerk's office and was instructed by the clerk that all documents filed in this matter going forward must be filed with the Li Caption only and a reference to the consolidation with the *Cui Matter*.

6. On December 16, 2019 our office filed the Joint Scheduling Order [ECF 109] in the format directed by the Court Clerk. From that point forward, all pleadings filed by our office herein were filed in that format with the Li Caption and the consolidation reference to the *Cui Matter*.

7. We understood from the Clerk's representations that documents would not be accepted for filing unless they were filed in this format. In fact, the first document filed that includes both captions since December 11, 2019 is this Order to Show Cause [ECF 292] issued by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of April 2020.

*/s/ Janet Lee*
Janet Lee

**CERTIFICATION OF SERVICE**

The undersigned attorney certifies that copies of the foregoing:

Declaration of Janet Lee

was served through ECF on April 15, 2021 upon all parties who have appeared.

*/s/ Brian P. Stewart*
Brian P. Stewart
