# EXHIBIT A

1    IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLORADO

2

Civil Action No. 19-cv-2443-RM

3

JUN LI, et al.,

4

    Plaintiffs,

5

6    DIANWEN CUI, et al.,

7    Consolidated Plaintiffs

8    vs.

9    COLORADO REGIONAL CENTER PROJECT

10   SOLARIS LLLP, et al.,

11   _____

12

13                  **REPORTER'S TRANSCRIPT**
                          Hearing

14

15   _____

16        Proceedings before the HONORABLE RAYMOND MOORE, Judge,

17   United States District Court for the District of Colorado,

18   commencing at 9 a.m., on the 31st day of August, 2020, in

19   Courtroom A601 and VTC, United States Courthouse, Denver,

20   Colorado.

21

22

23

24   Proceeding Recorded by Mechanical Stenography, Transcription
     Produced via Computer by Tammy Hoffschildt, 901 19th Street,
25       Room A251, Denver, Colorado, 80294, (303) 292-1088

1    Having said that, I'm not striking anything that

2 anybody has filed up to now or not considering it.  Just

3 saying, going forward, let's just get in line with the way that

4 I normally do things and proceed along those lines.  Okay.

5    The next thing I want to do may sound a little absurd,

6 and frankly I don't care how much absurd it sounds, but what I

7 want to do is to walk through and make sure that I have an

8 understanding as to who the various counts of the Complaint are

9 against.  Having said this, let me be clear about something,

10 the documents are what they are, and I'm not suggesting that by

11 asking this question.  I am allowing some amendment or change

12 in the -- in the pleadings, but it is possible that I simply

13 have misunderstood something and want to, at least, identify

14 where there may be issues and what those issues might be.

15    So, I'm starting with the Li Plaintiff's Third

16 Amendment Complaint, and I'm just going to walk through this

17 count by count, telling you what I see.

18    There are, as I understand things, five counts that

19 are still in play?

20    *MR. LITOWITZ:*  Exactly.

21    *THE COURT:*  Count 1 is against CRC I, Breach Of

22 Fiduciary Duty?

23    *MR. LITOWITZ:*  Correct.

24    *THE COURT:*  Count 2 is against CRC, SPO, SPO I, Knobel

25 and the LLC Principles for Civil Theft.

1  investment, plus the administrative fees they paid."

2          So, it purports to be against everyone, but only seeks

3  relief -- specified relief against one, and the one it seeks

4  the specified relief against isn't included in the definition

5  of the everyone.  Am I -- again, look, I'm not here shaking a

6  finger or wagging or even getting upset.  I just want to make

7  sure that I give everyone an opportunity, if I have screwed

8  this up, to let me know what it is that I'm just not seeing

9  right.  And if I'm seeing it correctly, and you agree, well,

10  then we move on, because I'm not here to decide an issue based

11  on this.  I'm simply trying to make sure that my understanding

12  is correct.

13          MR. STEWART:  Your Honor, if you are reading it --

14  it's correct.  It's the way that -- you are reading it

15  correctly.

16          THE COURT:  Okay.

17          MR. STEWART:  I can't -- that's fine.

18          THE COURT:  All right.  Count 6 is against SPO I for

19  Breach Of Contract?

20          MR. STEWART:  Correct.

21          THE COURT:  Count 7 is against, CRCPS, SPO and SPO I,

22  for Declaratory Relief?

23          MR. STEWART:  Correct.

24          THE COURT:  Count 8 is against CRCPS and SPO I for

25  Piercing The Veil?

1    try to challenge that.

2         *THE COURT:*  Again, like I said, that's why I wanted to

3    have this, rather than go through the motions of, you know,

4    writing something up and then having everyone say, "Well, wait,

5    that wasn't my claim.  Wait, I thought this, I thought that."

6         There is this other issue, regardless of whether or

7    not -- regardless of whether or not it is a direct or

8    derivative claim, there is this other issue, with respect to

9    whether or not there can be a breach of contract regarding the

10   agreement regarding collateral units, where nothing has

11   occurred, which is not provided for by the agreement itself.

12        I understand, the argument, at the end of the day is,

13   I'm trying to get money for my people.  I get that.  But as I'm

14   understanding the argument, the argument is, essentially, this,

15   what is the breach of this contract that has occurred; more

16   specifically, what provision or what have I done that, whether

17   derivatively or directly --

18        *MR. STEWART:*  Your Honor.

19        *THE COURT:*  Go ahead.

20        *MR. STEWART:*  So, the point of the specific

21   performance action, which is the breach of contract, has

22   nothing to do with that.  All that's saying is you are -- under

23   the agreement, you are supposed to pay us or give us the

24   property.  You have opted to give us the property, and you have

25   chosen not to.  Collateral -- and then I don't even discuss