**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:19-cv-02443-RM-STV;
Consolidated with Civil Action No. 1:19-cv-02637

Li, *et al*.,

      Plaintiffs,

v.

Waveland Ventures, LLC, *et al*.,

      Defendants.

---

## D.C.COLO.LCivR 3.2 NOTICE OF RELATED CASE

---

Defendants Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC (collectively, the "CRC Defendants"), by and through undersigned counsel, hereby file this Notice of Related Case, under D.C.COLO.LCivR 3.2, stating as follows:

1.      Attached hereto is a "Petition to Perpetuate Testimony under Fed. R. Civ. P. 27," filed in the District Court for the Eastern District of Wisconsin, Milwaukee Division, on April 20, 2021 by Qi Qin, one of the Li Plaintiffs in this case, and "others similarly situated." *See* Exhibit A.

2.      Despite the fact that this is clearly a "related case" under D.C.COLO.LCivR 3.2, counsel for the Li Plaintiffs did not file a Notice of Related Case, as required under that rule. Nor did counsel for the Li Plaintiffs ever advise undersigned counsel of this related case.

3.      It is unclear what Exhibit A is. It at least appears to be some kind of action or attempted action permitting counsel for the Li Plaintiffs, Douglas Litowitz, to take the deposition

1

4821-8261-9366.1

of Paul Deslongchamps, a member/owner of Defendant Waveland Ventures LLC ("Waveland").

4.    By way of background for the Court's benefit, this new filing in the Eastern District of Wisconsin appears to be a reaction by Mr. Litowitz, to a demand from undersigned counsel that Mr. Litowitz cease and desist from his *ex parte* and abusive contact with Mr. Deslongchamps. Attached hereto as Exhibits B and C, respectively, are Declarations of James Kilroy and of Paul Deslongchamps that provide this background.

5.    In sum, despite the fact that Magistrate Varholak's order staying discovery is currently in effect and despite the fact that the Court has dismissed the CRC Defendants from this case, Mr. Litowitz issued a subpoena from this Court to take Mr. Deslongchamps' deposition. When undersigned counsel stated that he would oppose any motion to compel this deposition, Mr. Litowitz, without notifying undersigned counsel or the Court, filed the related case in the Eastern District of Wisconsin.

6.    Notably, in the attached Petition, Mr. Qin appears to represent to the Court in the Eastern District of Wisconsin that this Court has ruled that Mr. Qin is "free to bring a contract claim against CRC I if they can determine its citizenship." Exhibit A, p. 2, ¶ 9.  The CRC Defendants are aware of no such ruling from this Court.

4821-8261-9366.1

DATED: April 23, 2021

/s/James Kilroy
James Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202
Telephone: 303.634.2000
Facsimile: .303.634.2020
Email: jkilroy@swlaw.com
Email: skanan@swlaw.com
**Counsel for Colorado Regional Center I, LLC, Colorado Regional Center, LLC, and Waveland Ventures, LLC**

4821-8261-9366.1

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on April 23, 2021, a true and correct copy of the above and foregoing **NOTICE OF RELATED CASE** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Hubert Kuo
Brian P. Stewart
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Harold A. Haddon
Ty Gee
Christopher P. Montville
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

<u>s/Amy Kovarsky</u>
for Snell & Wilmer L.L.P.

4