# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | |
|---|---|
| Qi Qin, ) | |
| for himself and others similarly situated, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Judge: |
| Paul Deslongchamps, ) | |
| Defendant. ) | |

### Petition to Perpetuate Testimony under Fed. R. Civ. P. 27

1. Petitioner Qi Qin is a citizen of China who is living in Florida.

2. Petitioner and approximately 152 other Chinese citizens are limited partners in Colorado Regional Center Project Solaris LLLP ("CRCPS").

3. Petitioners, as limited partners of CRCPS, are parties to a limited partnership agreement ("LPA") with general partner Colorado Regional Center I LLC ("CRCI").

4. The Petitioners want to bring a Breach of Contract action against CRCI.

5. This action would lie in federal court because the Petitioners are citizens of a foreign country and the defendants are citizens of American states.

6. Since CRCI is an LLC, its citizenship is dependent on the citizenship of its ultimate owners and members. So to bring a claim against CRCI for breach of contract, the Petitioners need to locate the ultimate owners of CRCI.

7. It appears that CRCI is ultimately owned by Waveland Ventures LLC, which has an office in Milwaukee, and that Defendant Paul Deslongchamps of Milwaukee is a member of Waveland Ventures LLC and/or a member of CRCI.

8. Accordingly, Petitioners believe that Paul Deslongchamp has information sufficient to determine the ultimate owners and members of CRCI, and to describe its activities in connection with the LPA.

9. The Petitioners have previously sued CRCI in Colorado District Court (19-cv-02443) but that court ruled that Petitioners had not brought a breach of contract claim against CRCI, so the Petitioners are free to bring a breach of contract claim against CRCI if they can determine its citizenship.

10. Attached hereto is a subpoena requesting the taking of the deposition of Mr. Deslongchamps at his office in Milwaukee.

11. Petitioners have conferred with Mr. Deslongchamps' attorney, and he does not consent to a deposition.

12. It is likely that Mr. Deslongchamps is hiding the true ultimate ownership of CRCI to prevent discovery of the jurisdiction in which suit can be brought against it.

13. As this Court warned in *Edgewood Manor Apartment Homes LLC v. RSUI Indem. Co.*, 2010 WL 2430996 (E.D. Wis. June 14, 2010), a plaintiff must ascertain the citizenship of the members of an LLC in order to assert diversity jurisdiction, otherwise the attorney may face sanctions.

14. Counsel for CRCI refuses to reveal the identity of its ultimate members.

15. Rather than file myriad lawsuits against CRCI in many courts across the country, without knowing the citizenship of CRCI, the Petitioners simply ask for such information from Mr. Deslongchamps who is in Milwaukee and purports to be a principal of CRCI.

2

16. This is why Petitioners cannot at this time bring a lawsuit in this Court against CRCI, until they come out of hiding and reveal their owners to the 150-plus parties with whom they are in contractual privity.

17. Verification follows on the next page.

WHEREFORE, the Plaintiffs seek an order directing the examination of Paul Deslongchamps before a stenographer at the time and place set forth on the attached subpoena.

Dated: April 20, 2021

Respectfully Submitted,

/s/ Douglas Litowitz
Attorney at Law
413 Locust Place
Deerfield, IL 60015
(312) 622-2848
Litowitz@gmail.com

3