# EXHIBIT C

4818-6041-4438

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02443-RM-STV
Consolidated with Civil Action No. 1:19-cv-02637

Jun Li, *et al.*,

    Plaintiff,

v.

Waveland Ventures, LLC, *et al.*,

    Defendants.

## DECLARATION OF PAUL DESLONGCHAMPS

I, Paul Deslongchamps, being of lawful age and pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct:

1. This Declaration is provided in support of Defendants Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC's (collectively the "CRC Defendants") Motion for Protective Order.

2. I am a principal and one of the owners of Waveland Ventures, LLC ("Waveland").

3. I reside in Wisconsin.

4. On April 19, 2021, I received a telephone call from the following telephone number: 312-622-2848.

5. The individual who called me asked me about Colorado Regional Center Project Solaris LLLP ("CRCPS") transactions. I asked him to clarify who he was, and the individual identified himself as Doug Litowitz. I said "I know who you are," and told Mr. Litowitz that if he had any questions he should ask Waveland's attorney.

6. Mr. Litowitz then became abusive. He said: "I know who you are – you are the guy who lost $40 million." He then demanded to know why I was involved with the Colorado Solaris project if I live in Wisconsin. I refused to engage further with him and hung up the telephone.

I hereby swear, under penalty of perjury of the laws of the United States of America, that the statements in this Declaration are true and accurate.

Executed on April 20, 2021.

                                                    Paul Deslongchamps

5