## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, et al.
        Plaintiffs,

                                             Hon. Judge Moore

        v.                                    Hon. Magistrate Varholak

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC, et al.
        Defendants.

---

## Li Plaintiffs' Response to Notice of Related Case
## by the CRC Defendants [ECF 308]

---

The filing by Qi Qin of a *Petition to Perpetuate Testimony Under Fed. R. Civ. P. 27* in the Eastern District of Wisconsin (2:21-mc-00017)(the "Wisconsin Matter") is not a "related case" triggering notice to this Court.

1).    Under Local Rule 3.2, a "related case" is one that has "common facts and claims." But none of the CRC Defendants are named in the Wisconsin Matter, and none of the facts are similar. There are no damages sought; no declaratory relief sought; no injunction sought; no claims asserted, no complaint filed, and it isn't a derivative case. It's not even a civil action since it is designated "mc" (miscellaneous) instead of "cv" (civil).

2).    The CRC Defendants should not be filing anything in this Court if they claim to be "no longer parties to this lawsuit." [ECF 291: 5]. They lack standing to file anything.

3).     Attorney Kilroy withdrew from representing CRCPS, so he cannot complain if someone contacts an officer of CRCPS.  Mr. Deslongchamps is listed on CRCPS' federal tax return as "personal representative," and used an address of 825 N. Jefferson Street in Milwaukee.  Various recent filings in the Eagle County Recorder's Office (File 201902022, 2019100998) show CRCPS with an address of 825 N. Jefferson Street in Milwaukee.  As long as Mr. Deslongchamps professes to be a representative of CRCPS while in Wisconsin, then he can be approached in that capacity.

4).     This Court has no jurisdiction in Wisconsin.  If and when the Li Plaintiffs file a case in Wisconsin that has overlapping facts and claims with this case, then at that time they will inform the Court of a "related case."

5).     Attorney Kilroy told this Court that "Mr. Litowitz issued a subpoena from this Court to take Mr. Deslongchamps' deposition." [ECF 308: 2].  Mr. Kilroy should produce the supposed "subpoena from this Court" or be charged with lying to this Court.

6).     Colorado Attorney Roger Hauptman, who is the registered agent for **CRCPS**, telephoned Professional Process Servers, Inc. of Milwaukee, Wisconsin, on April 21, 2021 and spoke with the process server Kurt, trying to persuade him that the petition in Wisconsin was without merit.   A Colorado lawyer has no business trying to block service of process on anyone, anywhere, period.

Dated: April 23, 2021                                  Respectfully Submitted,

                                                       /s/ Douglas Litowitz
                                                       413 Locust Place,
                                                       Deerfield, IL 60015
                                                       312-622-2848
                                                       Litowitz@gmail.com

**Certificate of Service**

This document was filed on the ECF system for the District of Colorado on April 23, 2021.