# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, et al.
    Plaintiffs,

                    Hon. Judge Moore
    v.               Hon. Magistrate Varholak

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC, et al.
    Defendants.

## Li Plaintiffs Request for Clarification of Court Order
## [ECF 311] As Including a Stay Until Hearing

  The Li Plaintiffs ask this Court to clarify its Order at ECF 311, to impose a stay on any transactions by CRCI until the hearing June 7, 2021 where the Court will decide if CRCI is actually the general partner of CRCPS. As this Court knows, CRCI plans to use the remaining assets of CRCPS to secure a $7 million loan to pay themselves a $6 million management fee; they also plan to sell a collateral unit and use the proceeds to repay that loan. This is detrimental and unfair to the Chinese investors. CRCI has already lost most of the Chinese investment money due to incompetence. CRCI was removed in April of 2020 [ECF 183] and have withdrawn their opposition to removal [ECF 290], so they shouldn't be considered the general partner of CRCPS, let alone give themselves a reward. Until this Court decides on removal of CRCI (which it can do before the hearing) no one has the power to take drastic action affecting CRCPS.

  WHEREFORE, The Li Plaintiffs ask for a clarification that ECF 311 preserves the status quo and puts a stay on any significant actions by CRCI until the hearing on June 7th, or such earlier time as the Court decides on the existing motions to remove CRCI.

Dated: May 1, 2021                               Respectfully Submitted,

/s/ Douglas Litowitz
413 Locust Place,
Deerfield, IL 60015
312-622-2848; litowitz@gmail.com

**Certificate of Service**

This document was filed on the ECF system for the District of Colorado on May 1, 2021.

2