### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, et al.
        Plaintiffs,

        v.
                                      Hon. Judge Moore
                                      Hon. Magistrate Varholak

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC, et al.
        Defendants.

## Bias in ECF 313 and 314

      Judge Moore's ruling at ECF 313 gives no reason why he is allowing CRCI to remain as general partner of CRCPS by default for the next five weeks into the indefinite future, allowing them to take even more deleterious action toward the Chinese Plaintiffs. CRCI has been removed as general partner of CRCPS, they have withdrawn their opposition to removal, so there is no articulated basis on which this Court is allowing them to take further destructive action toward the Chinese. The Chinese have already lost more than half their money, and now the Court is refusing to issue a stay that would prevent them from losing even more. This Court cannot rule by fiat, it must provide *reasons*. In the absence of *reasons*, the Chinese can only assume it is because they are foreigners.

      Magistrate Varholak's minute order at ECF 314 refers to ECF 110 which imposed a stay on *discovery*, but the issue here is a stay on *transactions* -- e.g., a stay on CRCI's plan to borrow money against the assets of CRCPS to pay themselves more money even though they have been removed as general partner. If ECF 110 was a stay on *transactions*, then the Judges need to explain

why they permitted a transaction in December of 2020 whereby titles to the collateral were transferred from SPOI to CRCPS during the pendency of the motions to dismiss.

If the Li Plaintiffs are forced to wait 6 weeks for a "forthwith hearing" (the word "forthwith" meaning "immediate"), then it is unfair and biased for this delay to be unilaterally imposed on the Li Plaintiffs while CRCI is free to engage in further plundering of CRCPS assets that are ultimately owned by the Li Plaintiffs. There is no *logical* reason to tie the hands of the Li Plaintiffs only.

Dated: May 3, 2021                                  Respectfully Submitted,

/s/ Douglas Litowitz
413 Locust Place,
Deerfield, IL 60015
312-622-2848; litowitz@gmail.com

**Certificate of Service**

This document was filed on the ECF system for the District of Colorado on May 3, 2021.

2