IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02443-RM-STV
Consolidated with Civil Action No. 1:19-cv-02637

Jun Li, *et al.*,

    Plaintiffs,

v.

Waveland Ventures, LLC, *et al.*,

    Defendants.

---

**CRC DEFENDANTS' REPLY IN SUPPORT OF NOTICE OF RELATED CASE [ECF 308]**

---

Defendants Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC (collectively, the "CRC Defendants") respectfully submit this Reply in support of their Notice of Related Case [ECF 308], stating as follows:

1. On April 23, 2021 the CRC Defendants filed a Notice of Related Case [ECF 308], advising the Court of counsel for Li Plaintiffs' filing of proceeding in the United States District Court for the Eastern District of Wisconsin ("Wisconsin Action"). [ECF 308].

2. The Li Plaintiffs filed a "Response" to this Notice, denying, among other things, that the Wisconsin Action is related to this proceeding. [ECF 309]

3. In paragraph 5 of Li Plaintiffs' Response they state: "*Attorney Kilroy told this Court that 'Mr. Litowitz issued a subpoena from this Court to take Mr. Deslongchamps' deposition.' [ECF 308:2]. Mr. Kilroy should produce the supposed "subpoena from this Court" or be charged with lying to this Court.*" [ECF 309, paragraph 5](emphasis added).

2

4. That subpoena, electronically signed by Mr. Litowitz on April 19, 2021, was, of course, actually attached as Exhibit B to the Notice of Related Case itself, along with the correspondence related to Mr. Litowitz' demand for Mr. Deslongchamps' deposition *in this proceeding.* [ECF 308-2, pp 1-9].

5. After CRC Defendants filed the Notice of Related Case, counsel for Li Plaintiffs served Mr. Deslongchamps with the Petition to Perpetuate Testimony and a subpoena setting a deposition in Wisconsin for May 19, 2021. *See* Exhibit A, the subpoena issued in the Wisconsin Action, electronically signed by Mr. Litowitz on April 20, 2021.

6. On May 3, 2021 Magistrate Judge Varholak issued a Minute Order, reminding the parties that the discovery stay entered in this proceeding remains in place and that the Court will address scheduling and "concerns regarding the stay, including Notice of Case Association," at a status conference originally scheduled for June 16, 2021 and now scheduled for June 7, 2021 [ECF 314 and 316].

7. The following day, May 4, 2021, and in spite of Magistrate Varholak's Minute Order, counsel for the Li Plaintiffs confirmed to the Court in the Wisconsin Action his intent to proceed with a deposition of Mr. Deslongchamps on May 19, 2021. *See* Exhibit B.

8. The CRC Defendants will now have to respond to the Petition in the Wisconsin Action and they intend to do so today.

3

DATED: May 5, 2021.

        <u>*s/ James Kilroy*</u>
James Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email:  jkilroy@swlaw.com
Email:  skanan@swlaw.com

**Counsel for Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC**

**CERTIFICATE OF SERVICE**

  This is to certify that on May 5, 2021, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL 60015

Hubert Kuo Brian P. Stewart
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Harold A. Haddon
Ty Gee
Christopher P. Montville
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

             *s/ Amy Kovarsky*
             for Snell & Wilmer L.L.P.

4

4845-7700-0168