# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Qi Qin,<br>for himself and others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>Paul Deslongchamps,<br>Defendant. | )<br>)<br>)<br>) Case 2:21-mc-00017<br>)<br>)<br>)<br>) |

### Amended Case Number in Subpoena

On April 20, 2021, Plaintiff Qi Qin filed a Petition to Perpetuate Testimony of Defendant Paul Deslongchamps. The Petition attached a Subpoena for Mr. Deslongchamps to testify under oath on May 19, 2021. The Petition and Subpoena were served on Mr. Deslongchamps on April 29, 2021.

The Petition had the correct case number, but the Subpoena did not. A revised Subpoena with the correct case number is attached. In all other respects there are no changes.

Dated: May 4, 2021

                                              Respectfully Submitted,

                                              /s/ Douglas Litowitz
                                              Attorney at Law
                                              413 Locust Place
                                              Deerfield, IL 60015
                                              (312) 622-2848
                                              Litowitz@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

| | |
|---|---|
| Qi Qin, for himself and others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>Paul Deslongchamps,<br>Defendant. | Case 2:21-mc-00017 |

## Amended Case Number in Subpoena

On April 20, 2021, Plaintiff Qi Qin filed a Petition to Perpetuate Testimony of Defendant Paul Deslongchamps. The Petition attached a Subpoena for Mr. Deslongchamps to testify under oath on May 19, 2021. The Petition and Subpoena were served on Mr. Deslongchamps on April 29, 2021.

The Petition had the correct case number, but the Subpoena did not. A revised Subpoena with the correct case number is attached. In all other respects there are no changes.

Dated: May 4, 2021

Respectfully Submitted,

/s/ Douglas Litowitz
Attorney at Law
413 Locust Place
Deerfield, IL 60015
(312) 622-2848
Litowitz@gmail.com