# In the United States District Court
# for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV
—*Consolidated with* No. 19-cv-2637-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## Ty Gee's Entry of Appearance on behalf of Defendants Solaris Property Owner, Solaris Property Owner I and Peter Knobel

Ty Gee of the law firm Haddon, Morgan and Foreman, P.C., re-enters his appearance in this consolidated action on behalf of defendants Solaris Property Owner, LLC, and Solaris Property Owner I, LLC, and Peter Knobel.

May 11, 2021

        Respectfully submitted,

        *s/ Ty Gee*
        Harold A. Haddon
        Ty Gee
        Christopher P. Montville
        HADDON, MORGAN AND FOREMAN, P.C.
        150 East Tenth Avenue
        Denver, CO 80203
        Tel 303.831.7364
        hhaddon@hmflaw.com; tgee@hmflaw.com;
        cmontville@hmflaw.com

*Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*