# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, et al.
        Plaintiffs,

       v.                           Hon. Judge Moore
                                Hon. Magistrate Varholak

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC, et al.
        Defendants.

## Status Report: The Defendants Are Hiding Their Identities
## From the People Who Pay Their Compensation

      The Li Plaintiffs and all limited partners have compensated CRCI at the rate of 2% annually and have done so for a decade.  Tens of millions in Chinese money flowed through CRCI and its parent companies to specific human beings who took this Chinese money gladly.

      Now the Li Plaintiffs want to sue CRCI and need to identify these human beings to assess jurisdiction.  Suddenly these human beings behind CRCI are in hiding like fugitives despite being on the payroll of the limited partners who are literally the **owners** of CRCPS.

      Attached hereto is an affidavit of limited partner Jie Yang who has been telephoning and emailing CRCI and its parent companies repeatedly.  She is not the only limited partner doing this and getting no responses. Let's be clear: the members of CRCI and their parent LLCs are in hiding to prevent lawsuits, just as surely as a bank robber hides from the police.  The PRINCIPALS are not allowed to know the identities of their AGENTS whose salary they pay, according to this Court [ECF 113, 114].  That is illogical, unjust, and since it falls on Chinese people only, suspicious.

Dated: May 14, 2021                                     Respectfully Submitted,


/s/ Douglas Litowitz
413 Locust Place,
Deerfield, IL 60015
312-622-2848; litowitz@gmail.com


**Certificate of Service**

This document was filed on the ECF system for the District of Colorado on May 14, 2021.

2