### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, et al.
                    Plaintiffs,

                                                    Hon. Judge Moore
            v.                                      Hon. Magistrate Varholak

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC, et al.
                    Defendants.

---

## Affidavit of Limited Partner Jie Yang

---

I, Jie Yang, of Atlanta, Georgia, state as follows based on my personal knowledge:

1. I am a limited partner who invested $500,000 for a unit in Colorado Regional Center Project Solaris LLLP ("CRCPS");

2. Colorado Regional Center I LLC ("CRCI") claims to be the general partner of CRCPS.

3. CRCI takes a management fee of 2% per year from CRCPS - that is, they take money from me and other limited partners.

4. CRCI refuses to reveal the human beings managing my money behind the LLC business form.

5. I have a right to know which humans are handling - losing - my money.

6. I telephoned Meagan Hayes of CRC's parent company Colorado Regional Center LLC (CRC) on May 12, 2021 a total of eight (8) times.

7. I left 6 voices mails for Meagan Hayes. Two times there was a technical problem because I think they are avoiding limited partners.

8. I also sent an email to Megan to ask why she has not answered my emails or phone calls about CRCI's misconduct in harming the limited partners.

9.    I left a messages asking why they are not returning emails or calls from limited partners.

10.    I also called Rob at CRC and left 2 voice mails.

11.    I then received hang-up calls from Colorado from Megan and Rob's number, the phone rang twice and when I picked up the phone the other party had hung up, so it showed as a missed call.

12.    CRCI and CRC are unresponsive to the limited partners, they have been removed by our vote, and we do not understand how they can hide from the very people who pay their salary.

13.    On May 13, 2021, I called Paul Deslongchamps of Milwaukee who is listed as the managing partner of the parent company of CRCI, and the offering materials say that he will play a big role with CRCPS.

14.    I called him 5 times. He said that he did not understand me, and then asked me to call CRCI's main office, then he hung up.

15.    I called back 3 more times and there was no answer.

16.    Further affiant sayeth naught.

x _____

Print:   JIE YANG

STATE OF GEORGIA     )
                           ) ss.
FULTON COUNTY      )

Subscribed and sworn before me this 14 day of May, 2021 by Jie Yang. Below is my official seal.

_____
Notary Public

**SONG XUHAN**
NOTARY PUBLIC
Fulton County
State of Georgia
My Comm. Expires June 12, 2023

My Commission Expires: 6/12/2023

[Seal]

2