# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 19-cv-02443**
**Consolidated with Civil Action No. 19-cv-02637**

Jun Li, Qi Qin, Yi Liu, et al.,
        Plaintiffs,

v.                                            Hon. Raymond P. Moore

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I, and
Peter Knobel,
        Defendants.

## PLAINTIFFS' UNOPPOSED REQUEST TO APPEAR TELEPHONICALLY

Pursuant to C.R.C.P. 60, Plaintiffs, Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong Zhang, Qin Zhou, Xun Zhu, Chunyi Zou (collectively "EB-5 Investors" or "Cui Plaintiffs"), by and through their undersigned counsel, respectfully request that COUNSLE Brian P. Stewart be allowed to appear by telephone at the hearings currently set to be heard on June 7, 2021before the Honorable Raymond Moore:

**CERTIFICATE OF COMPLIANCE WITH D.C. COLO. L CivR 7.1(a)**

The undersigned counsel has conferred with counsel for all of the defendants regarding the subject matter of this Request   The Defendants have indicated that they do not intend to oppose this request.

1

## I.  BACKGROUND

On April 27, 2021 the Court set this matter for an in-person hearing on all pending motions to be heard on June 7, 2021 at 9:00 a.m. in Courtroom A402.  Thereafter, on May 4, 2021 the Court issued a minute order moving the in-person hearing to 3:00 p.m. on June 7, 2021 in Courtroom A402.   The Cui Plaintiffs hereby respectfully request that their counsel, Brian P. Stewart of the Ardent Law Group, be allowed to appear telephonically from telephone number 949-299-0188 for the hearings currently set on June 7, 2021 at 1:00 p.m. in Courtroom A402 of the above named court.

Counsel is also set to argue pretrial motions in the matter entitled <u>Zhao v. Minghui Home Trading Inc.</u> at 1:00 on June 7, 2021.  Counsel for the Cui Plaintiffs will only be able to appear at both hearings if this request to appear telephonically is granted.

Dated: May 27, 2021

/s/ Brian P. Stewart
Hubert Kuo
Brian P. Stewart
**Ardent Law Group**
4340 Von Karman Ave.,
Suite 290
Newport Beach, California 92660
Telephone: (949) 299-0188
Facsimile:  (949) 299-0127
bstewart@ardentlawgroup.com
Counsel for Plaintiffs, Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo, Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong, Zhang, Qin, Zhou, Xun Zhu, Chunyi Zou in the consolidated case

**[PROPOSED] ORDER**

This Request is GRANTED. Counsel shall be allowed to appear telephonically for the Pending Motions set to be heard in this matter on June 7, 2021 at 3:00 p.m. in Courtroom A402 of the United State District Court, District of Colorado.

_____
Hon. Magistrate Judge Raymond Moore

## CERTIFICATION OF SERVICE

The undersigned attorney certifies that copies of the foregoing: **PLAINTIFFS' UNOPPOSED REQUEST TO APPEAR TELEPHONICALLY** was served through ECF on May 27, 2021 upon all parties who have appeared.

*/s/ Brian P. Stewart*
Brian P. Stewart
For Ardent Law Group, P.C.