# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 19-cv-02443**
**Consolidated with Civil Action No. 19-cv-02637**

Jun Li, Qi Qin, Yi Liu, et al.,
                Plaintiffs,

        v.                               Hon. Raymond P. Moore

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner LLC I, and
Peter Knobel,
                Defendants.

---

# Declaration of Brian P. Stewart

---

I, Brian P. Stewart, am over the age of eighteen and have personal knowledge of the facts stated herein and hereby to state as follows:

1.      I am an attorney at The Ardent Law Group, attorneys of record for the Plaintiffs in Civil Action No. 19-cv-02637.

**2.**      This declaration is offered in support of Plaintiffs' Reply to Response of the CRC Defendants to Motion for Clarification.

3.      I appeared before the Court on August 31, 2020 at the CRC Defendants' Motion to Dismiss and the other 6 Motions on calendar that day.

4.      Defendants' Opposition contains reference to an exchange with the Court wherein it asked about Count 7 for Declaratory Relief and that I indicated that it was plead against CRCPS, SPO and SPO I. and that I indicated that to be correct.  I have no recollection of this exchange.  If it did

happen, then I was confused and misunderstood the courts question.   Count 7 was never plead against CRCPS.  A review of the Pleadings clearly indicate the Defendants to be the GP who was defined as CRC I on page 2 of the 3rd Amended Complaint ("TAC").

     I declare under penalty of perjury that the foregoing is true and correct.  Executed this 27th day of May, 2021.

/s/ Brian P. Stewart

Brian P. Stewart

**Ardent Law Group**

4340 Von Karman Ave.,

Suite 290

Newport Beach, California 92660

Telephone: (949) 299-0188

Facsimile:  (949) 299-0127

bstewart@ardentlawgroup.com

Attorney for Plaintiffs Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong Zhang, Qin Zhou Chunyu Zou, individually, and on behalf of Colorado Regional Center Project Solaris LLLP

## <u>CERTIFICATION OF SERVICE</u>

This is to certify that on May 27, 2021, a true and correct copy of the above and foregoing **Declaration of Brian P. Stewart** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*<u>/s/ Brian P. Stewart</u>*
For Ardent Law Group, P.C.
