**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-cv-02443-RM-STV
       Consolidated with 19-cv-2637-RM-STV

**Derivatively:**
Hsin-Yi Wu, and Qi Qin,
in their capacity as limited partners of
Colorado Regional Center Project Solaris LLLP,

       Plaintiffs

v.

Colorado Regional Center Project Solaris LLLP,

       Nominal Defendant,
and

**Directly:**
Hsin-Yi Wu, Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni,
Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu,
Zhijian Wu, Zhongwei Li, Sa Wu, Fan Zhang, Lin Qiao,
Jinge Hu, Rujun Liu,Ying Xu, Lu Li, Cao Xiaolong,
and Yuwei Dong,

       Plaintiffs,

v.

Colorado Regional Center LLC,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I LLC,
Peter Knobel, and
Colorado Regional Center Project Solaris LLLP, and
all principals and ultimate owners of business entities pursuant to
piercing of the limited liability veil,

       Defendants.

Civil Action No. 19-cv-2637-RM-STV ("Cui Plaintiffs")

Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei,
Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang,
Lei Zhang, Ling Zhang, Xiaohong Zhang, Qin Zhou,
Xun Zhu, and Chunyi Zou,

    Plaintiffs,

v.

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I, and
Peter Knobel,

    Defendants.

---

## ORDER

This matter is before the Court on Cui Plaintiffs' Unopposed Request to Appear Telephonically (ECF No. 323) at the upcoming **in-person** hearing before the undersigned. The Court finds good cause to grant the Motion. Accordingly, it is ORDERED:

(1) That the Motion (ECF No. 323) is GRANTED[1];

(2) That Cui Plaintiffs' counsel may appear telephonically at the hearing set for:

    **June 7, 2021 at 3:00 p.m. (MDT)**
    **Courtroom A601, 6th Floor**
    **Alfred A. Arraj United States Courthouse**
    **901 19th St., Denver, CO 80294**

---

[1] Instructions for Cui Plaintiffs' counsel to appear telephonically are attached.

2

(3) That all other counsel are expected to appear in-person; and

(4) That members of the public may listen to the hearing by calling Toll Free: 888-636-3807, using Access Code: 4296144#.

DATED this 28th day of May, 2021.

                                        BY THE COURT:

                                        RAYMOND P. MOORE
                                        United States District Judge