# Form 1065 — U.S. Return of Partnership Income

Department of the Treasury — Internal Revenue Service

For calendar year 2020, or tax year beginning _____, 2020, ending _____, 20 ___.
▶ Go to www.irs.gov/Form1065 for instructions and the latest information.

OMB No. 1545-0123

**2020**

| | | |
|---|---|---|
| **A** Principal business activity | Name of partnership | **D** Employer identification number |
| REAL ESTATE INVESTMENTS | COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP | 27-3946020 |
| **B** Principal product or service | Number, street, and room or suite no. If a P.O. box, see instructions. | **E** Date business started |
| REAL ESTATE INVESTMENTS | 300 W. 6TH STREET SUITE 1810 | 01/01/2012 |
| **C** Business code number | City or town, state or province, country, and ZIP or foreign postal code | **F** Total assets (see instructions) |
| 525990 | AUSTIN, TX 78701 | $ 72,588,028. |

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

**H** Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶ _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 153

**J** Check if Schedules C and M-3 are attached . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☒

**K** Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

Caution: Include only trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

### Income

| | | |
|---|---|---|
| 1a | Gross receipts or sales . . . . . . . . . . . . . . . . 1a | |
| b | Returns and allowances . . . . . . . . . . . . . . . 1b | |
| c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . . | 1c |
| 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . . | 2 |
| 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . | 3 |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) . . . . . . | 4 |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) . . . . . . . . . . . . . . . . | 5 |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . . . . . . | 6 |
| 7 | Other income (loss) (attach statement) . . . . . . . . . . . . . . . . . . . . . . | 7 |
| 8 | **Total income (loss).** Combine lines 3 through 7 . . . . . . . . . . . . . . . . . . | 8 |

### Deductions (see instructions for limitations)

| | | |
|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) . . . . . . . . . . | 9 |
| 10 | Guaranteed payments to partners . . . . . . . . . . . . . . . . . . . . . . . . | 10 |
| 11 | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
| 12 | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 |
| 13 | Rent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 |
| 14 | Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 |
| 15 | Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 |
| 16a | Depreciation (if required, attach Form 4562) . . . . . . . 16a | |
| b | Less depreciation reported on Form 1125-A and elsewhere on return 16b | 16c |
| 17 | Depletion (Do not deduct oil and gas depletion.) . . . . . . . . . . . . . . . . . | 17 |
| 18 | Retirement plans, etc. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 |
| 19 | Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 |
| 20 | Other deductions (attach statement) . . . . . . . . . . . . . . . . . . . . . . . | 20 |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 . . . | 21 |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 . . . . . . . . . . . . | 22 |

### Tax and Payment

| | | |
|---|---|---|
| 23 | Interest due under the look-back method - completed long-term contracts (attach Form 8697) | 23 |
| 24 | Interest due under the look-back method - income forecast method (attach Form 8866) | 24 |
| 25 | BBA AAR imputed underpayment (see instructions) . . . . . . . . . . . . . . . . | 25 |
| 26 | Other taxes (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . | 26 |
| 27 | **Total balance due.** Add lines 23 through 26 . . . . . . . . . . . . . . . . . . . | 27 |
| 28 | Payment (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | 28 |
| 29 | **Amount owed.** If line 28 is smaller than line 27, enter amount owed . . . . . . . . . | 29 |
| 30 | **Overpayment.** If line 28 is larger than line 27, enter overpayment . . . . . . . . . . | 30 |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member: ▶ PARTNER — PAUL DESLONGCHAMPS
Date: ▶ 09/15/2021

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

### Paid Preparer Use Only

| | |
|---|---|
| Print/Type preparer's name | JEREMY WILSON |
| Preparer's signature | |
| Date | |
| Check if self-employed | ☐ |
| PTIN | P00441191 |
| Firm's name ▶ | PLANTE & MORAN, PLLC |
| Firm's address ▶ | 1155 CANYON BLVD, SUITE 400, BOULDER, CO 80302 |
| Firm's EIN ▶ | 38-1357951 |
| Phone no. | 303-740-9400 |

For Paperwork Reduction Act Notice, see separate instructions.
Form **1065** (2020)

JSA 0P1010 1.000
4908EY  N752     117323

2020

```
  COLORADO REGIONAL CENTER PROJECT SOLARIS,                       27-3946020
FORM 1065, SUPPORTING SCHEDULES
================================================================================
SCHEDULE L - LINE 6 - OTHER CURRENT ASSETS        BEGINNING           ENDING
==========================================    ---------------   ---------------
UTILITY ESCROW                                           NONE            2,400.
                                              ---------------   ---------------
  TOTAL OTHER CURRENT ASSETS                             NONE            2,400.
                                              ===============   ===============


SCHEDULE L - LINE 13 - OTHER ASSETS               BEGINNING           ENDING
===================================           ---------------   ---------------
NOTES RECEIVABLE                                   76,000,000.             NONE
CONDOMINIUMS                                             NONE       72,500,000.
                                              ---------------   ---------------
  TOTAL OTHER ASSETS                               76,000,000.       72,500,000.
                                              ===============   ===============
```

                                                                    STATEMENT  2
0XX063 1.000
    4908EY  N752                         117323

| Form **1065** | **U.S. Return of Partnership Income** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | For calendar year 2019, or tax year beginning _____, 2019, ending _____, 20 ____.<br>▶ Go to *www.irs.gov/Form1065* for instructions and the latest information. | **2019** |

| **A** Principal business activity<br>REAL ESTATE INVESTMENTS | Name of partnership<br>COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP | **D** Employer identification number<br>27-3946020 |
|---|---|---|
| **B** Principal product or service<br>REAL ESTATE INVESTMENTS | Type or Print | Number, street, and room or suite no. If a P.O. box, see instructions.<br>300 W. 6TH STREET, SUITE 1810 | **E** Date business started<br>01/01/2012 |
| **C** Business code number<br>525990 | | City or town, state or province, country, and ZIP or foreign postal code<br>AUSTIN, TX 78701 | **F** Total assets (see instructions)<br>$ 76,048,328. |

**G** Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return
**H** Check accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶ _____
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 166
**J** Check if Schedules C and M-3 are attached. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☒
**K** Check if Partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes  (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

### Income
| | | | | |
|---|---|---|---|---|
| 1a | Gross receipts or sales | 1a | | |
| b | Returns and allowances | 1b | | |
| c | Balance. Subtract line 1b from line 1a | | 1c | |
| 2 | Cost of goods sold (attach Form 1125-A) | | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | | 3 | |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040 or 1040-SR)) | | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 6 | |
| 7 | Other income (loss) (attach statement) | | 7 | |
| 8 | **Total income (loss).** Combine lines 3 through 7 | | 8 | |

### Deductions (see instructions for limitations)
| | | | | |
|---|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | | 9 | |
| 10 | Guaranteed payments to partners | | 10 | |
| 11 | Repairs and maintenance | | 11 | |
| 12 | Bad debts | | 12 | |
| 13 | Rent | | 13 | |
| 14 | Taxes and licenses | | 14 | |
| 15 | Interest (see instructions) | | 15 | |
| 16a | Depreciation (if required, attach Form 4562) | 16a | | |
| b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | 16c | |
| 17 | Depletion (**Do not deduct oil and gas depletion.**) | | 17 | |
| 18 | Retirement plans, etc. | | 18 | |
| 19 | Employee benefit programs | | 19 | |
| 20 | Other deductions (attach statement) | | 20 | |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | 21 | |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | | 22 | |

### Tax and Payment
| | | | |
|---|---|---|---|
| 23 | Interest due under the look-back method - completed long-term contracts (attach Form 8697) | 23 | |
| 24 | Interest due under the look-back method - income forecast method (attach Form 8866) | 24 | |
| 25 | BBA AAR imputed underpayment (see instructions) | 25 | |
| 26 | Other taxes (see instructions) | 26 | |
| 27 | **Total balance due.** Add lines 23 through 26 | 27 | |
| 28 | Payment (see instructions) | 28 | |
| 29 | **Amount owed.** If line 28 is smaller than line 27, enter amount owed | 29 | |
| 30 | **Overpayment.** If line 28 is larger than line 27, enter overpayment | 30 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

PARTNER
PAUL DESLONGCHAMPS
▶ Signature of partner or limited liability company member    ▶ Date

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**
| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| JEREMY WILSON | | | | P00441191 |
| Firm's name ▶ | PLANTE & MORAN, PLLC | | Firm's EIN ▶ | 38-1357951 |
| Firm's address ▶ | 1155 CANYON BLVD, SUITE 400<br>BOULDER, CO 80302 | | Phone no. | 303-740-9400 |

For Paperwork Reduction Act Notice, see separate instructions.    Form **1065** (2019)
JSA  9P1010 1.000
4908EY  N752                                   117323

2019

```
  COLORADO REGIONAL CENTER PROJECT SOLARIS,           27-3946020
FORM 1065, SUPPORTING SCHEDULES
===============================================================================
SCHEDULE L - LINE 13 - OTHER ASSETS          BEGINNING         ENDING
===================================          ---------------   ---------------
NOTES RECEIVABLE                                82,500,000.       76,000,000.
                                             ---------------   ---------------
   TOTAL OTHER ASSETS                           82,500,000.       76,000,000.
                                             ===============   ===============


SCHEDULE M-2 - LINE 4 - OTHER INCREASES
=======================================
ADJUSTMENT FOR FINAL K-1S                                             29,582.
                                                                 ---------------
TOTAL OTHER INCREASES                                                 29,582.
                                                                 ===============


SCHEDULE M-2 - LINE 6A - CASH DISTRIBUTIONS
===========================================
CASH DISTRIBUTIONS                                                     9,973.
                                                                 ---------------
TOTAL CASH DISTRIBUTIONS                                               9,973.
                                                                 ===============


SCHEDULE M-2 - LINE 7 - OTHER DECREASES
=======================================
ADJUSTMENT FOR FINAL K-1S                                             29,582.
                                                                 ---------------
TOTAL OTHER DECREASES                                                 29,582.
                                                                 ===============
```

STATEMENT 2