**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, et al.
            Plaintiffs,

                                                    Hon. Judge Moore
            v.                                      Hon. Magistrate Varholak

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC, et al.
            Defendants.

---

## Status Report of $7,250,000 Loan Taken by CRCI for Themselves against Limited Partnership Property

---

On April 22, 2021, defendant CRCI borrowed $7,250,000 from Thorofare Asset Based Lending REIT Fund V LLC, using CRCPS' 16 remaining properties as collateral for the payment to themselves. See Eagle County Recorder #202109230. This is money that CRCI will pay itself using the property of the limited partners, knowing that they were already removed as general partner and knowing that their removal was before the Court.

**By the Li Plaintiffs' figures, the initial investment was $82.5 million loaned to SPOI, and CRCI has received over $16 million in "management fees" and another $16 million in interest payments, for a <u>total exceeding $30 million</u>. The 150-some limited partners who remain and own the company have received $30,000 each, <u>a total of $5 million</u>. How can a loan of $82.5 million generate $30 million to the manager and only $5,000,000 to the investors? And how can a judge, any judge, any person, think this is acceptable?** This Court enabled this inequity by keeping CRCI as general partner, by refusing to allow a lis pendens on

the properties so that they could not be drained of collateral value, and by refusing to do anything when warned that the limited partners did not want the properties but instead wanted the loan to be called.

This is self-dealing on a massive, unthinkable scale against foreigners.

Dated: June 7, 2021                                    Respectfully Submitted,


/s/ Douglas Litowitz
413 Locust Place,
Deerfield, IL 60015
312-622-2848; litowitz@gmail.com


**Certificate of Service**

This document was filed on the ECF system for the District of Colorado on June 7, 2021.