**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter:   Tammy Hoffschildt | Date:   June 7, 2021 |

**CASE NO.   19-cv-02443-RM-STV**

| Parties | Counsel |
|---|---|
| JUN LI, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, *et al.*,<br><br>     Defendants. | Douglas Litowitz<br>Brian Stewart (by VTC Audio only)<br><br><br><br><br>James Kilroy<br>Ty Gee |

**COURTROOM MINUTES**

**MOTION HEARING
Court in session:           3:19 p.m.**

Appearances of counsel.

Preliminary remarks made by the Court.

Discussion held and argument given regarding the Order to Show Cause (Doc. 292) and pending motions.

**ORDERED:** The Order to Show Cause (Doc. 292) is made absolute as to Rick Hayes and discharged as to Colorado Regional Center, LLC, for reasons stated on the record.

The Court states findings prior to ruling on each motion.

**ORDERED:** Li Plaintiffs' Motion for Reconsideration: Request to Reinstate Count I of the Third Amended Complaint (Doc. 282) is DENIED as stated on the record.

**ORDERED:**  Plaintiffs' Motion for Clarification of Courts Order Pursuant to Federal Rule of Civil Procedure Rule 60 (Doc. 307) is DENIED as stated on the record.

A written order will issue as to Li Plaintiffs' Briefing on Subject Matter Jurisdiction and Motion to Dismiss the State-Law Claims under Fed. R. Civ. P. 12(h)(3) and 12(b)(1) (Doc. 272) and CRC Defendants' Motion for Award of Attorney Fees (Doc. 274).

**ORDERED:**  Li Plaintiffs Motion to Declare Default Judgment Removing CRI as General Partner [ECF 208] and Granting Appointment of Receiver [ECF 221] (Doc. 294) is DENIED as stated on the record.

The Court address Status Reports (Docs. 322, 326, and 327).

**Court in recess:**          4:50 p.m.
**Total in court time:**      1:31
**Hearing concluded**