IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 19-cv-02443**
**Consolidated with Civil Action No. 19-cv-02637**

Jun Li, Qi Qin, Yi Liu, et al.,
        Plaintiffs,

        v.                                        Hon. Magistrate Scott Varholak

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I, and
Peter Knobel,
        Defendants.

## Notice of Errata re Plaintiffs' Unopposed Motion for Leave to File Fourth Amended Complaint Under F.R.C.P. 15 [Dkt. 330]

        Plaintiffs Plaintiffs Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong, Zhang, Qin Zhou Chunyu Zou, individually, and on behalf of Colorado Regional Center (collectively "Cui Plaintiffs") advise the Court of the following error in their filing for the Plaintiffs' Unopposed Motion for Leave to File Fourth Amended Complaint Under F.R.C.P. 15:

        The Motion for Leave to File Fourth Amended Complaint is opposed by all of the Defendants. Every reference in the body of the Motion so states. The title of the document inadvertently and incorrectly stated that the Motion for Leave to File the Fourth Amended Complaint was unopposed. The title was erroneous and should properly state as follows: Plaintiffs' Motion for Leave to File Fourth Amended Complaint Under F.R.C.P 15.

                                                Respectfully Submitted,

DATED: June 11, 2021                  */s/ Brian P. Stewart*
                                                Brian P. Stewart
                                                **Ardent Law Group**
                                                4340 Von Karman Ave.,
                                                Suite 290
                                                Newport Beach, California 92660
                                                Telephone: (949) 299-0188
                                                Facsimile:  (949) 299-0127
                                                bstewart@ardentlawgroup.com
                                                Attorney for Plaintiffs Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong Zhang, Qin Zhou Chunyu Zou, individually, and on behalf of Colorado Regional Center Project Solaris LLLP

## CERTIFICATION OF SERVICE

This is to certify that on June 11, 2021, a true and correct copy of the above and foregoing **Notice of Errata re Plaintiffs' Unopposed Motion for Leave to File Fourth Amended Complaint Under F.R.C.P. 15 [Dkt. 330]** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Brian P. Stewart*
For Ardent Law Group, P.C.

3