## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, et al.
          Plaintiffs,

                                   Hon. Judge Moore
          v.                        Hon. Magistrate Varholak

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC, et al.
          Defendants.

## NOTICE OF APPEAL

The so-called "Li Plaintiffs" (as distinct from the so-called "Cui Plaintiffs") as those terms have been used by the District Court in the above-named consolidated case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the District Court's Final Judgement at ECF 335 entered on June 14, 2021 (the "Final Judgment"). The Final Judgement expressly incorporates the District Court's Order Regarding Subject Matter Jurisdiction (ECF 334) and the District Court's oral orders on June 7, 2021 denying the Li Plaintiffs' motions with respect to reconsideration or alteration of the Court's previous Order on Pending Motions (ECF 271). This Notice of Appeal includes any subsequent post-Judgment award of fees or costs.

Dated: June 18, 2021               /s/ Douglas Litowitz
                               413 Locust Place
                               Deerfield, IL 60015
                               312-622-2848
                               Litowitz@gmail.com