IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, et al.
         Plaintiffs,

                                   Hon. Judge Moore
     v.                           Hon. Magistrate Varholak

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC, et al.
         Defendants.

---

**PAYMENT OF NOTICE OF APPEAL**

---

The so-called "Li Plaintiffs" filed a Notice of Appeal on June 18, 2021, and hereby make this filing to pay the appeals fee.


Dated: June 21, 2021                  /s/ Douglas Litowitz
                                         413 Locust Place
                                        Deerfield, IL 60015
                                        312-622-2848
                                        Litowitz@gmail.com