

COURTS/USDC-CO
901 19TH ST STE 105A
DENVER, CO 80294
(303) 335-2053
3033352526

**SALE**

MID: 000025547489
TID: 003               REF#: 00005566
Bank ID: 1396
Batch #: 172001        RRN: 250100001
06/21/21               13:47:17
AVS: Z                 CVC: M
APPR CODE: 446036
MASTERCARD             Manual CNP
************5295        **/**

**AMOUNT       $505.00**

APPROVED

CUSTOMER COPY

---

Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX099430
Cashier ID: cp
Transaction Date: 06/21/2021
Payer Name: Douglas Litowitz
--------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Douglas Litowitz
 Case/Party: D-COX-1-19-CV-002443-001
 Amount:       $505.00
--------------------------------------
CREDIT CARD
 Amt Tendered: $505.00
--------------------------------------
Total Due:       $505.00
Total Tendered: $505.00
Change Amt:       $0.00

Appeal fee
19-vcv-2443-RM-STV

A fee of $53.00 will be assessed on
any returned check.