# In the United States District Court
# for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV
—*Consolidated with* No. 19-cv-2637-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## Defendants Solaris Property Owner, Solaris Property Owner I and Mr. Knobel's Motion to Amend the Judgment or, in the Alternative, for Findings and Order on PSLRA Attorney Fees

Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel (collectively, "SPO Defendants"), through their attorneys Haddon, Morgan, and Foreman, P.C., move under Federal Rule of Civil Procedure 59(e) to amend the judgment to add the findings required under 15 U.S.C. § 78u-4(c) (2018) regarding compliance by each party and each attorney with Rule 11(b) and to impose such sanctions it finds warranted. In the alternative, the SPO Defendants request that the Court, post-judgment, make such findings and impose such sanctions it finds warranted.

*Conferral.* I certify I conferred with the parties' counsel about the relief requested. Counsel for defendants Waveland Ventures, LLC, Colorado Regional Center, LLC, and

Colorado Regional Center I, LLC, said his clients do not oppose the relief requested. Plaintiffs oppose.

1. Section 21D(c)(1) of the Private Litigation Securities Reform Act of 1995 ("PSLRA"), Pub. L. 104-67, 109 Stat. 748, *codified at* § 78u-4(c), requires review of the parties' compliance with Rule 11(b) in any action arising under the Securities and Exchange Act of 1934:

> In any private action arising under this chapter, upon final adjudication of the action, the court shall include in the record specific findings regarding compliance by each party and each attorney representing any party with each requirement of Rule 11(b) of the Federal Rules of Civil Procedure as to any complaint, responsive pleading, or dispositive motion.

§ 78u-4(c)(1).

2. The Court entered Final Judgment on June 14, 2021. Doc.335. The Court did not make § 78u-4(c)(1) findings.

3. There is conflicting authority on whether it is necessary to move to amend the judgment or even whether the findings must be included in the judgment. *Compare de la Fuente v. DCI Telecommc'ns, Inc.*, 259 F. Supp. 2d 250, 257 (S.D.N.Y. 2003) (acknowledging that judgment did not include PSLRA findings but stating, "I am aware of no authority stating that a party must invoke Rule 59, or any other procedural rule, to ask for Rule 11 findings at the conclusion of a securities litigation.") *with Richter v. Achs*, 174 F.R.D. 316, 319 (S.D.N.Y. 1997) (acknowledging that judgment did not include PSLRA findings, granting Rule 59(e) motion, and making findings) *and Ledford v. Peeples*, 657 F.3d 1222, 1247-48 (11th Cir. 2011) (noting that district court did not make PSLRA

findings before entering judgment, granted Rule 59(e) motion, and made findings). As the district court said in *de la Fuente*, the PSLRA does not explicitly require that the judgment itself contain the § 78u-4(c)(1) findings and does not preclude the court from making the findings post-judgment. We submit this Motion to raise the issue.

4. We are filing contemporaneously with this Motion, in accordance with Rule 54(d)(2) a post-judgment motion for attorney fees. It requests fees on various grounds, including § 78u-4(c). To the extent the Court concludes that § 78u-4(c)(1) findings should or must be made before or at the time of entry of judgment, we request that the Court grant this Motion. Otherwise, we assume the Court will deny the Motion and consider our fees motion in due course.

The SPO Defendants respectfully request that the Court consider whether the judgment needs to be amended for the purpose of making § 78u-4(c)(1) findings and, if so, amend the judgment accordingly.

June 23, 2021

          Respectfully submitted,

          *s/ Ty Gee*
          Harold A. Haddon
          Ty Gee
          Christopher P. Montville
          HADDON, MORGAN AND FOREMAN, P.C.
          150 East Tenth Avenue
          Denver, CO 80203
          Tel 303.831.7364
          hhaddon@hmflaw.com; tgee@hmflaw.com;
          cmontville@hmflaw.com

*Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*

4