# In the United States District Court
# for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV
—*Consolidated with* No. 19-cv-2637-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## Defendants SPO, SPO I and Peter Knobel's Motion for Leave to Submit Overlength Motion for Attorney Fees

Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel (collectively, "SPO Defendants"), through their attorneys Haddon, Morgan, and Foreman, P.C., move under Practice Standard IV.C.1 for leave to file an overlength motion for attorney fees.

*Conferral.* I certify I conferred with the parties' counsel about the relief requested. Counsel for defendants Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC, said his clients do not oppose the relief requested. Plaintiffs oppose.

    1.  Practice Standard IV.C.1 limits motions to twenty pages. We respectfully submit we have good cause to exceed the page limit by eight pages.

2. The fees motion is brought against both sets of plaintiffs. Four grounds are asserted—two contractual, two statutory—for an award of fees: the Loan Agreement; the Agreement Regarding Collateral Units; section 13-17-201, Colo. Rev. Stats. (2020); and 15 U.S.C. § 78u-4(c). The analysis of each ground is fact-bound and complex, and requires a discussion of Plaintiffs' respective factual allegations and legal claims along with documents referenced in the complaints.

3. We exercised due diligence in trying to bring the motion to twenty pages but could not do so without, in our view, impairing our arguments' merits.

The SPO Defendants respectfully request that the Court grant them leave to submit a 28-page fees motion.

June 23, 2021

> Respectfully submitted,
>
> *s/ Ty Gee*
> Harold A. Haddon
> Ty Gee
> Christopher P. Montville
> HADDON, MORGAN AND FOREMAN, P.C.
> 150 East Tenth Avenue
> Denver, CO 80203
> Tel 303.831.7364
> hhaddon@hmflaw.com; tgee@hmflaw.com; cmontville@hmflaw.com
>
> *Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*