# Declaration of Ryan Smith

I, Ryan Smith, declare:

1. I have personal knowledge of the contents of this Declaration.

2. I assume the reader's familiarity with the facts set forth in the Court's Order, Doc.271, in the consolidated action, *Li v. Waveland Ventures, LLC*, No. 1:19-cv-2443-RM-STV (D. Colo.) ("the Lawsuit").

3. I am a Colorado-licensed lawyer and general counsel to Solaris Property Owner, LLC ("SPO"), and Solaris Property Owner I, LLC ("SPO I"), both of which are Delaware limited liability companies.

4. Peter Knobel is the manager of both SPO and SPO I. He is a member of neither.

5. I am submitting this Declaration in support of a motion for attorney fees filed in the Lawsuit by SPO, SPO I and Mr. Knobel (collectively, "the SPO Defendants").

6. In November 2010 SPO entered into the Loan Agreement with Colorado Regional Center Project Solaris, LLLP, a Colorado limited liability limited partnership ("CRCPS"). The Loan Agreement provides that SPO has the "absolute right" to assign the Loan Agreement and all Loan Documents to an affiliated single-purpose entity. Upon assignment, SPO's rights and obligations under the Loan Agreement and Loan Documents "shall automatically and forever terminate" and SPO "shall have no further obligation of any kind whatsoever with respect to the Loan or Loan Documents."

EXHIBIT C

7. In October 2011, in a contract titled "Assignment of Loan Agreement," SPO assigned, transferred, sold and conveyed to SPO I all SPO's right, title and interest in, to and under the Loan Agreement. SPO I assumed all of SPO's duties and obligations under the Loan Agreement. CRCPS acknowledged and consented to the assignment. Thereafter SPO has not engaged in any business activities relating to CRCPS or the Loan Documents (as defined in the Assignment of Loan Agreement).

8. Beginning in April 2012, CRCPS made various loan advances to SPO I under the Loan Agreement. CRCPS made no loan advances to SPO; SPO received no loan advance proceeds.

9. Since the commencement of the *Li* and *Cui* actions, SPO I has been responsible for payment of all attorney fees and costs for all the SPO Defendants. SPO is not responsible for payment of any fees and costs. SPO I and SPO are responsible under their respective operating agreements to indemnify and hold Mr. Knobel harmless from attorney fees and costs incurred in the Lawsuit because of his position as their manager.

10. As of the date below, SPO I has incurred and is responsible for $238,985.68 in attorney fees in the *Li* action and $71,730.79 in fees in the *Cui* action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23d day of June 2021.

*s/ Ryan Smith*