**Itemization of Costs Requested**

| | **Electronic Legal Research Charges Necessarily Incurred for Defending the Claims** | |
|---|---|---|
| 1. | Westlaw charges incurred primarily in preparation for successful 12(b)(6) motion (Doc. 223; granted in part by Doc. 271). *See* Westlaw invoices attached as Exhibit B.<br><br>*See Xtreme Coil Driling Corp v. Encana Oil & Gas (USA), Inc.* 958 F. Supp. 2d 1238, 1261 (D. Colo. 2013) (holding that electronic legal research properly is taxable as costs if the research was relevant to the claims at issue, increased the efficiency of cost movant's attorney time, and is separately billed as itemized costs to client) (citing ; Exhibit C (declaration of Gee addressing *Xtreme Coil Drilling Corp.* factors); *cf. Jones v. Unisys Corp.*, 54 F.3d 624, 633 (10th Cir. 1995) (holding that computer legal research costs are not statutorily authorized but indicating that district court may "sparingly exercise its discretion" to award such costs) (internal quotations omitted). | $ 1,001.29 |

EXHIBIT A

| Charges by Month | |
|---:|:---|
| $86.37 | Nov.19 |
| $114.43 | May.20 |
| $221.65 | Jun.20 |
| $26.44 | Jun.20 |
| $98.32 | Jul.20 |
| $142.93 | Aug.20 |
| $51.83 | Mar.21 |
| $0.66 | Mar.21 |
| $10.06 | Mar.21 |
| $121.63 | Apr.21 |
| $77.65 | Apr.21 |
| $49.32 | May.21 |
| $1,001.29 | **Total** |