

QuickView+ - Report

Client SILVER, JOE

Client SOLARIS
User Name MAXTED,DAVID (16679954)
Day 11/10/2019

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 5 | 175.00 USD | 6.28 USD | 0.27 USD | 6.55 USD |
| Totals for Day 11/10/2019 | 5 | 175.00 USD | 6.28 USD | 0.27 USD | 6.55 USD |
| Day 11/11/2019 | | | | | |
| Totals for Included | 11 | 503.00 USD | 18.04 USD | 0.78 USD | 18.82 USD |
| Totals for Day 11/11/2019 | 11 | 503.00 USD | 18.04 USD | 0.78 USD | 18.82 USD |
| Totals for User Name MAXTED,DAVID (16679954) | 16 | 678.00 USD | 24.32 USD | 1.05 USD | 25.37 USD |
| Totals for Client SOLARIS | 16 | 678.00 USD | 24.32 USD | 1.05 USD | 25.37 USD |
| Client SOLARIS/LI | | | | | |
| User Name GEE,TY C (352163) | | | | | |
| Day 11/01/2019 | | | | | |
| Totals for Included | 16 | 782.00 USD | 28.05 USD | 1.21 USD | 29.26 USD |
| Totals for Day 11/01/2019 | 16 | 782.00 USD | 28.05 USD | 1.21 USD | 29.26 USD |
| Day 11/04/2019 | | | | | |
| Totals for Included | 65 | 2,924.00 USD | 104.90 USD | 4.52 USD | 109.42 USD |
| Totals for Day 11/04/2019 | 65 | 2,924.00 USD | 104.90 USD | 4.52 USD | 109.42 USD |
| Day 11/05/2019 | | | | | |
| Totals for Included | 10 | 645.00 USD | 23.14 USD | 1.00 USD | 24.14 USD |
| Totals for Day 11/05/2019 | 10 | 645.00 USD | 23.14 USD | 1.00 USD | 24.14 USD |
| Day 11/07/2019 | | | | | |
| Totals for Included | 76 | 4,506.00 USD | 161.65 USD | 6.97 USD | 168.62 USD |
| Totals for Day 11/07/2019 | 76 | 4,506.00 USD | 161.65 USD | 6.97 USD | 168.62 USD |
| Day 11/08/2019 | | | | | |
| Totals for Included | 41 | 1,966.00 USD | 70.53 USD | 3.04 USD | 73.57 USD |

EXHIBIT B

QuickView+ - Report

| | | | | | |
|---|---|---|---|---|---|
| /2019 | 41 | 1,966.00 USD | 70.53 USD | 3.04 USD | 73.57 USD |
| /2019 | | | | | |
| for Included | 2 | 70.00 USD | 2.51 USD | 0.11 USD | 2.62 USD |
| Totals for Day 11/13/2019 | 2 | 70.00 USD | 2.51 USD | 0.11 USD | 2.62 USD |
| Day 11/14/2019 | | | | | |
| Totals for Included | 25 | 1,510.00 USD | 54.17 USD | 2.33 USD | 56.50 USD |
| Totals for Day 11/14/2019 | 25 | 1,510.00 USD | 54.17 USD | 2.33 USD | 56.50 USD |
| Day 11/19/2019 | | | | | |
| Totals for Included | 87 | 4,624.00 USD | 165.88 USD | 7.15 USD | 173.03 USD |
| Totals for Day 11/19/2019 | 87 | 4,624.00 USD | 165.88 USD | 7.15 USD | 173.03 USD |
| Totals for User Name GEE,TY C (352163) | 322 | 17,027.00 USD | 610.83 USD | 26.33 USD | 637.16 USD |
| Totals for Client SOLARIS/LI | 322 | 17,027.00 USD | 610.83 USD | 26.33 USD | 637.16 USD |
| Client SOLARIS/LI/CUI | | | | | |
| User Name GEE,TY C (352163) | | | | | |
| Day 11/11/2019 | | | | | |
| Totals for Included | 32 | 1,510.00 USD | 54.17 USD | 2.33 USD | 56.50 USD |
| Totals for Day 11/11/2019 | 32 | 1,510.00 USD | 54.17 USD | 2.33 USD | 56.50 USD |
| Day 11/12/2019 | | | | | |
| Totals for Included | 11 | 798.00 USD | 28.63 USD | 1.23 USD | 29.86 USD |
| Totals for Day 11/12/2019 | 11 | 798.00 USD | 28.63 USD | 1.23 USD | 29.86 USD |
| Totals for User Name GEE,TY C (352163) | 43 | 2,308.00 USD | 82.80 USD | 3.57 USD | 86.37 USD |
| Totals for Client SOLARIS/LI/CUI | 43 | 2,308.00 USD | 82.80 USD | 3.57 USD | 86.37 USD |

(5474520)

QuickView+ - Report

Client SOLARIS/LI
  User Name GEE,TY C (352163)
    Day 05/18/2020

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 7 | | 738.00 USD | 15.13 USD | 0.65 USD | 15.78 USD |
| Totals for Day 05/18/2020 | 7 | | 738.00 USD | 15.13 USD | 0.65 USD | 15.78 USD |
| Totals for User Name GEE,TY C (352163) | 7 | | 738.00 USD | 15.13 USD | 0.65 USD | 15.78 USD |
| Totals for Client SOLARIS/LI | 7 | | 738.00 USD | 15.13 USD | 0.65 USD | 15.78 USD |

  Client SOLARIS/LI/CUI
    User Name GEE,TY C (352163)
      Day 05/27/2020

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 19 | | 1,817.00 USD | 37.24 USD | 1.60 USD | 38.85 USD |
| Totals for Day 05/27/2020 | 19 | | 1,817.00 USD | 37.24 USD | 1.60 USD | 38.85 USD |

      Day 05/28/2020

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 16 | | 1,045.00 USD | 21.42 USD | 0.92 USD | 22.34 USD |
| Totals for Day 05/28/2020 | 16 | | 1,045.00 USD | 21.42 USD | 0.92 USD | 22.34 USD |

      Day 05/29/2020

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 7 | | 501.00 USD | 10.27 USD | 0.44 USD | 10.71 USD |
| Totals for Day 05/29/2020 | 7 | | 501.00 USD | 10.27 USD | 0.44 USD | 10.71 USD |

      Day 05/30/2020

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 24 | | 1,989.00 USD | 40.77 USD | 1.76 USD | 42.53 USD |
| Totals for Day 05/30/2020 | 24 | | 1,989.00 USD | 40.77 USD | 1.76 USD | 42.53 USD |
| Totals for User Name GEE,TY C (352163) | 66 | | 5,352.00 USD | 109.70 USD | 4.73 USD | 114.43 USD |
| Totals for Client SOLARIS/LI/CUI | 66 | | 5,352.00 USD | 109.70 USD | 4.73 USD | 114.43 USD |

7/6/2020                                    QuickView+ - Report

| | | | | | |
|---|---|---|---|---|---|
| Client SOLARIS/LI | | | | | |
| User Name GEE,TY C (352163) | | | | | |
| Day 06/24/2020 | | | | | |
| Totals for Included | 10 | | 730.00 USD | 7.24 USD | 0.31 USD | 7.55 USD |
| Totals for Day 06/24/2020 | 10 | | 730.00 USD | 7.24 USD | 0.31 USD | 7.55 USD |
| Day 06/27/2020 | | | | | |
| Totals for Included | 23 | | 1,646.00 USD | 16.33 USD | 0.70 USD | 17.03 USD |
| Totals for Day 06/27/2020 | 23 | | 1,646.00 USD | 16.33 USD | 0.70 USD | 17.03 USD |
| Day 06/29/2020 | | | | | |
| Totals for Included | 37 | | 2,748.00 USD | 27.26 USD | 1.18 USD | 28.44 USD |
| Totals for Day 06/29/2020 | 37 | | 2,748.00 USD | 27.26 USD | 1.18 USD | 28.44 USD |
| Totals for User Name GEE,TY C (352163) | 70 | | 5,124.00 USD | 50.83 USD | 2.19 USD | 53.02 USD |
| Totals for Client SOLARIS/LI | 70 | | 5,124.00 USD | 50.83 USD | 2.19 USD | 53.02 USD |
| Client SOLARIS/LI/CUI | | | | | |
| User Name GEE,TY C (352163) | | | | | |
| Day 06/03/2020 | | | | | |
| Totals for Included | 11 | | 873.00 USD | 8.66 USD | 0.37 USD | 9.03 USD |
| Totals for Day 06/03/2020 | 11 | | 873.00 USD | 8.66 USD | 0.37 USD | 9.03 USD |
| Day 06/04/2020 | | | | | |
| Totals for Included | 38 | | 2,534.00 USD | 25.14 USD | 1.08 USD | 26.22 USD |
| Totals for Day 06/04/2020 | 38 | | 2,534.00 USD | 25.14 USD | 1.08 USD | 26.22 USD |
| Day 06/05/2020 | | | | | |
| Totals for Included | 6 | | 658.00 USD | 6.53 USD | 0.28 USD | 6.81 USD |
| Totals for Day 06/05/2020 | 6 | | 658.00 USD | 6.53 USD | 0.28 USD | 6.81 USD |
| Day 06/06/2020 | | | | | |
| Totals for Included | 17 | | 1,431.00 USD | 14.20 USD | 0.61 USD | 14.81 USD |

7/6/2020                                                QuickView+ - Report

| | | | | | |
|---|---|---|---|---|---|
| Totals for Day 06/06/2020 | 17 | 1,431.00 USD | 14.20 USD | 0.61 USD | 14.81 USD |
| Day 06/07/2020 | | | | | |
| Totals for Included | 25 | 1,875.00 USD | 18.60 USD | 0.80 USD | 19.40 USD |
| Totals for Day 06/07/2020 | 25 | 1,875.00 USD | 18.60 USD | 0.80 USD | 19.40 USD |
| Day 06/08/2020 | | | | | |
| Totals for Included | 50 | 3,550.00 USD | 35.22 USD | 1.52 USD | 36.74 USD |
| Totals for Day 06/08/2020 | 50 | 3,550.00 USD | 35.22 USD | 1.52 USD | 36.74 USD |
| Day 06/09/2020 | | | | | |
| Totals for Included | 118 | 9,811.00 USD | 97.33 USD | 4.20 USD | 101.53 USD |
| Totals for Day 06/09/2020 | 118 | 9,811.00 USD | 97.33 USD | 4.20 USD | 101.53 USD |
| Day 06/10/2020 | | | | | |
| Totals for Included | 8 | 644.00 USD | 6.39 USD | 0.28 USD | 6.66 USD |
| Totals for Day 06/10/2020 | 8 | 644.00 USD | 6.39 USD | 0.28 USD | 6.66 USD |
| Day 06/11/2020 | | | | | |
| Totals for Included | 1 | 43.00 USD | 0.43 USD | 0.02 USD | 0.44 USD |
| Totals for Day 06/11/2020 | 1 | 43.00 USD | 0.43 USD | 0.02 USD | 0.44 USD |
| Totals for User Name GEE,TY C (352163) | 274 | 21,419.00 USD | 212.49 USD | 9.16 USD | 221.65 USD |
| User Name GEE-TAYLOR,GLENNA (19389835) | | | | | |
| Day 06/09/2020 | | | | | |
| Totals for Included | 36 | 2,555.00 USD | 25.35 USD | 1.09 USD | 26.44 USD |
| Totals for Day 06/09/2020 | 36 | 2,555.00 USD | 25.35 USD | 1.09 USD | 26.44 USD |
| Totals for User Name GEE-TAYLOR,GLENNA (19389835) | 36 | 2,555.00 USD | 25.35 USD | 1.09 USD | 26.44 USD |
| Totals for Client SOLARIS/LI/CUI | 310 | 23,974.00 USD | 237.84 USD | 10.25 USD | 248.09 USD |

8/3/2020

QuickView+ - Report

Client SOLARIS/CUI
  User Name GEE,TY C (352163)
    Day 07/10/2020

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 48 | 4,378.00 USD | 74.53 USD | 3.21 USD | 77.74 USD |
| Totals for Day 07/10/2020 | 48 | 4,378.00 USD | 74.53 USD | 3.21 USD | 77.74 USD |
| Day 07/11/2020 | | | | | |
| Totals for Included | 13 | 1,159.00 USD | 19.73 USD | 0.85 USD | 20.58 USD |
| Totals for Day 07/11/2020 | 13 | 1,159.00 USD | 19.73 USD | 0.85 USD | 20.58 USD |
| Totals for User Name GEE,TY C (352163) | 61 | 5,537.00 USD | 94.26 USD | 4.06 USD | 98.32 USD |
| Totals for Client SOLARIS/CUI | 61 | 5,537.00 USD | 94.26 USD | 4.06 USD | 98.32 USD |

QuickView+ - Report

Client SOLARIS/LI
User Name GEE,TY C (352163)
Day 08/10/2020

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 8 | 544.00 USD | 10.09 USD | 0.43 USD | 10.53 USD |
| Totals for Day 08/10/2020 | 8 | 544.00 USD | 10.09 USD | 0.43 USD | 10.53 USD |
| Totals for User Name GEE,TY C (352163) | 8 | 544.00 USD | 10.09 USD | 0.43 USD | 10.53 USD |
| Totals for Client SOLARIS/LI | 8 | 544.00 USD | 10.09 USD | 0.43 USD | 10.53 USD |

QuickView+ - Report

ARIS/LICUI
Name GEE, TY C (352163)

| | | | | | |
|---|---|---|---|---|---|
| Day 08/03/2020 | | | | | |
| Totals for Included | 34 | 2,262.00 USD | 41.96 USD | 1.81 USD | 43.77 USD |
| Totals for Day 08/03/2020 | 34 | 2,262.00 USD | 41.96 USD | 1.81 USD | 43.77 USD |
| Day 08/06/2020 | | | | | |
| Totals for Included | 30 | 2,190.00 USD | 40.63 USD | 1.75 USD | 42.38 USD |
| Totals for Day 08/06/2020 | 30 | 2,190.00 USD | 40.63 USD | 1.75 USD | 42.38 USD |
| Day 08/17/2020 | | | | | |
| Totals for Included | 38 | 2,934.00 USD | 54.43 USD | 2.35 USD | 56.78 USD |
| Totals for Day 08/17/2020 | 38 | 2,934.00 USD | 54.43 USD | 2.35 USD | 56.78 USD |
| Totals for User Name GEE,TY C (352163) | 102 | 7,386.00 USD | 137.02 USD | 5.91 USD | 142.93 USD |
| Totals for Client SOLARIS/LICUI | 102 | 7,386.00 USD | 137.02 USD | 5.91 USD | 142.93 USD |



| 03/30/2021 | 28 | 2,088.00 USD | 25.17 USD | 1.21 USD | 26.38 USD |

Client CUI LI
User Name MONTVILLE,CHRISTOPHER
(20185812)

| Day 03/31/2021 | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 56 | 4,102.00 USD | 49.45 USD | 2.38 USD | 51.83 USD |
| Totals for Day 03/31/2021 | 56 | 4,102.00 USD | 49.45 USD | 2.38 USD | 51.83 USD |
| Totals for User Name MONTVILLE,CHRISTOPHER (20185812) | 56 | 4,102.00 USD | 49.45 USD | 2.38 USD | 51.83 USD |
| Totals for Client CUI LI | 56 | 4,102.00 USD | 49.45 USD | 2.38 USD | 51.83 USD |

25.92 each



Totals for User Name MUELLER,ADAM N
(15709732)                                              1          52.00 USD      0.63 USD      0.03 USD      0.66 USD
Totals for Client KNOBEL/LI                             1          52.00 USD      0.63 USD      0.03 USD      0.66 USD



Client SOLARIS/LI
  User Name GEE,TY C (352163)
    Day 03/12/2021

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals for Included | | 4 | 276.00 USD | 3.33 USD | 0.16 USD | 3.49 USD |
| Totals for Day 03/12/2021 | | 4 | 276.00 USD | 3.33 USD | 0.16 USD | 3.49 USD |
| Totals for User Name GEE,TY C (352163) | | 4 | 276.00 USD | 3.33 USD | 0.16 USD | 3.49 USD |
| Totals for Client SOLARIS/LI | | 4 | 276.00 USD | 3.33 USD | 0.16 USD | 3.49 USD |

ARIS/LI/CUI
me GEE,TY C (352163)
y 03/20/2021

| | | | | | |
|---|---|---|---|---|---|
| als for Included | 13 | 796.00 USD | 9.60 USD | 0.46 USD | 10.06 USD |
| Totals for Day 03/20/2021 | 13 | 796.00 USD | 9.60 USD | 0.46 USD | 10.06 USD |
| Totals for User Name GEE,TY C (352163) | 13 | 796.00 USD | 9.60 USD | 0.46 USD | 10.06 USD |
| Totals for Client SOLARIS/LI/CUI | 13 | 796.00 USD | 9.60 USD | 0.46 USD | 10.06 USD |



(20046652)
Day 04/05/2021
To

(15709732)

Client KNOBEL-LI
User Name MONTVILLE,CHRISTOPHER
(20185812)
Day 04/08/2021

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 90 | | 6,924.00 USD | 116.05 USD | 5.58 USD | 121.63 USD |
| Totals for Day 04/08/2021 | 90 | | 6,924.00 USD | 116.05 USD | 5.58 USD | 121.63 USD |
| Totals for User Name | 90 | | 6,924.00 USD | 116.05 USD | 5.58 USD | 121.63 USD |

QuickView+ - Report

(21)

.ent

Client PERSONAL

Client SOLARIS/LI/CUI
  User Name GEE,TY C (352163)
    Day 04/08/2021

| | | | | | |
|---|---|---|---|---|---|
| Totals for included | 20 | 1,760.00 USD | 29.50 USD | 1.42 USD | 30.92 USD |
| Totals for Day 04/08/2021 | 20 | 1,760.00 USD | 29.50 USD | 1.42 USD | 30.92 USD |
| Day 04/10/2021 | | | | | |
| Totals for included | 35 | 2,660.00 USD | 44.58 USD | 2.14 USD | 46.73 USD |
| Totals for Day 04/10/2021 | 35 | 2,660.00 USD | 44.58 USD | 2.14 USD | 46.73 USD |
| Totals for User Name GEE,TY C (352163) | 55 | 4,420.00 USD | 74.08 USD | 3.56 USD | 77.65 USD |
| Totals for Client SOLARIS/LI/CUI | 55 | 4,420.00 USD | 74.08 USD | 3.56 USD | 77.65 USD |



Client 2839.0003
User Name MACPHAIL,ANDREW (19597182)
Day 05/25/2021

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 5 | | 380.00 USD | 5.05 USD | 0.24 USD | 5.29 USD |
| Totals for Day 05/25/2021 | 5 | | 380.00 USD | 5.05 USD | 0.24 USD | 5.29 USD |

Day 05/26/2021

| Totals for Included | 14 | 796.00 USD | 10.58 USD | 0.51 USD | 11.09 USD |
| Totals for Day 05/26/2021 | 14 | 796.00 USD | 10.58 USD | 0.51 USD | 11.09 USD |

Day 05/27/2021

| Totals for Included | 6 | 312.00 USD | 4.15 USD | 0.20 USD | 4.35 USD |
| Totals for Day 05/27/2021 | 6 | 312.00 USD | 4.15 USD | 0.20 USD | 4.35 USD |

Day 05/28/2021

| Totals for Included | 24 | 2,052.00 USD | 27.28 USD | 1.31 USD | 28.59 USD |
| Totals for Day 05/28/2021 | 24 | 2,052.00 USD | 27.28 USD | 1.31 USD | 28.59 USD |
| Totals for User Name MACPHAIL,ANDREW (19597182) | 49 | 3,540.00 USD | 47.05 USD | 2.26 USD | 49.32 USD |
| Totals for Client 2839.0003 | 49 | 3,540.00 USD | 47.05 USD | 2.26 USD | 49.32 USD |