6/17/2021 QuickView+ - Report

**Account:** HADDON MORGAN & FOREMAN PC, DENVER CO (1000195448)
**Date Range:** October 01, 2019 - October 31, 2019
**Report Format:** Summary-Account by Client by User by Day **(Targeted)**
**Products:** Westlaw, Westlaw Retired
**Content Families:** All Content Families

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Account: **1000195448** | | | | | | | | |
| Client KNOBEL SOLARIS | | | | | | | | |
| User Name MAXTED,DAVID (16679954) | | | | | | | | |
| Day 10/19/2019 | | | | | | | | |
| Totals for Included | | 29 | | | 1,414.00 USD | 56.82 USD | 2.45 USD | 59.27 USD |
| Totals for Day 10/19/2019 | | 29 | | | 1,414.00 USD | 56.82 USD | 2.45 USD | 59.27 USD |
| Day 10/20/2019 | | | | | | | | |
| Totals for Included | | 8 | | | 280.00 USD | 11.25 USD | 0.49 USD | 11.74 USD |
| Totals for Day 10/20/2019 | | 8 | | | 280.00 USD | 11.25 USD | 0.49 USD | 11.74 USD |
| Totals for User Name MAXTED,DAVID (16679954) | | 37 | | | 1,694.00 USD | 68.07 USD | 2.93 USD | 71.00 USD |
| Totals for Client KNOBEL SOLARIS | | 37 | | | 1,694.00 USD | 68.07 USD | 2.93 USD | 71.00 USD |
| Client KNOBEL, PETER 03 | | | | | | | | |
| User Name ROGERS,HOLLY A (14896083) | | | | | | | | |
| Day 10/08/2019 | | | | | | | | |
| Totals for Included | 648 | 1 | 2 | 648 | 848.73 USD | 34.10 USD | 1.47 USD | 35.57 USD |
| Totals for Day 10/08/2019 | 648 | 1 | 2 | 648 | 848.73 USD | 34.10 USD | 1.47 USD | 35.57 USD |
| Day 10/11/2019 | | | | | | | | |
| Totals for Included | 237 | | | 237 | 38.50 USD | 1.55 USD | 0.07 USD | 1.61 USD |
| Totals for Day 10/11/2019 | 237 | | | 237 | 38.50 USD | 1.55 USD | 0.07 USD | 1.61 USD |
| Totals for User Name ROGERS,HOLLY A (14896083) | 885 | 1 | 2 | 885 | 887.23 USD | 35.65 USD | 1.54 USD | 37.19 USD |
| Totals for Client KNOBEL, PETER 03 | 885 | 1 | 2 | 885 | 887.23 USD | 35.65 USD | 1.54 USD | 37.19 USD |
| Client KNOBEL/SOLARIS PROPERTY OWNER | | | | | | | | |
| User Name GEE,TY C (352163) | | | | | | | | |
| Day 10/10/2019 | | | | | | | | |
| Totals for Included | | 8 | | | 457.00 USD | 18.36 USD | 0.79 USD | 19.15 USD |
| Totals for Day 10/10/2019 | | 8 | | | 457.00 USD | 18.36 USD | 0.79 USD | 19.15 USD |
| Day 10/11/2019 | | | | | | | | |
| Totals for Included | | 2 | | | 70.00 USD | 2.81 USD | 0.12 USD | 2.93 USD |
| Totals for Day 10/11/2019 | | 2 | | | 70.00 USD | 2.81 USD | 0.12 USD | 2.93 USD |
| Day 10/23/2019 | | | | | | | | |
| Totals for Included | | 3 | | | 105.00 USD | 4.22 USD | 0.18 USD | 4.40 USD |
| Totals for Day 10/23/2019 | | 3 | | | 105.00 USD | 4.22 USD | 0.18 USD | 4.40 USD |
| Totals for User Name GEE,TY C (352163) | | 13 | | | 632.00 USD | 25.40 USD | 1.09 USD | 26.49 USD |
| Totals for Client KNOBEL/SOLARIS PROPERTY OWNER | | 13 | | | 632.00 USD | 25.40 USD | 1.09 USD | 26.49 USD |
| Client KNOBLE SOLARIS | | | | | | | | |
| User Name MAXTED,DAVID (16679954) | | | | | | | | |
| Day 10/07/2019 | | | | | | | | |
| Totals for Included | | 13 | | | 455.00 USD | 18.28 USD | 0.79 USD | 19.07 USD |
| Totals for Day 10/07/2019 | | 13 | | | 455.00 USD | 18.28 USD | 0.79 USD | 19.07 USD |
| Day 10/18/2019 | | | | | | | | |
| Totals for Included | | 4 | | | 199.00 USD | 8.00 USD | 0.34 USD | 8.34 USD |
| Totals for Day 10/18/2019 | | 4 | | | 199.00 USD | 8.00 USD | 0.34 USD | 8.34 USD |
| Totals for User Name MAXTED,DAVID (16679954) | | 17 | | | 654.00 USD | 26.28 USD | 1.13 USD | 27.41 USD |
| Totals for Client KNOBLE SOLARIS | | 17 | | | 654.00 USD | 26.28 USD | 1.13 USD | 27.41 USD |
| Client SOLARIS | | | | | | | | |
| User Name MAXTED,DAVID (16679954) | | | | | | | | |
| Day 10/21/2019 | | | | | | | | |
| Totals for Included | | 3 | | | 105.00 USD | 4.22 USD | 0.18 USD | 4.40 USD |
| Totals for Day 10/21/2019 | | 3 | | | 105.00 USD | 4.22 USD | 0.18 USD | 4.40 USD |
| Day 10/23/2019 | | | | | | | | |
| Totals for Included | | 39 | | | 1,955.00 USD | 78.56 USD | 3.39 USD | 81.94 USD |
| Totals for Day 10/23/2019 | | 39 | | | 1,955.00 USD | 78.56 USD | 3.39 USD | 81.94 USD |
| Day 10/30/2019 | | | | | | | | |
| Totals for Included | | 41 | | | 1,553.00 USD | 62.40 USD | 2.69 USD | 65.09 USD |
| Totals for Day 10/30/2019 | | 41 | | | 1,553.00 USD | 62.40 USD | 2.69 USD | 65.09 USD |
| Totals for User Name MAXTED,DAVID (16679954) | | 83 | | | 3,613.00 USD | 145.18 USD | 6.26 USD | 151.44 USD |
| Totals for Client SOLARIS | | 83 | | | 3,613.00 USD | 145.18 USD | 6.26 USD | 151.44 USD |
| Client SOLARIS/LI | | | | | | | | |
| User Name GEE,TY C (352163) | | | | | | | | |
| Day 10/31/2019 | | | | | | | | |
| Totals for Included | | 6 | | | 328.00 USD | 13.18 USD | 0.57 USD | 13.75 USD |
| Totals for Day 10/31/2019 | | 6 | | | 328.00 USD | 13.18 USD | 0.57 USD | 13.75 USD |
| Totals for User Name GEE,TY C (352163) | | 6 | | | 328.00 USD | 13.18 USD | 0.57 USD | 13.75 USD |
| Totals for Client SOLARIS/LI | | 6 | | | 328.00 USD | 13.18 USD | 0.57 USD | 13.75 USD |
| Totals for Account: **1000195448** | 885 | 157 | 2 | 885 | 7,808.23 USD | 313.75 USD | 13.52 USD | 327.28 USD |

EXHIBIT B

...2019

| | | | | | |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| Client SILVER, JOE | | | | | |
| [redacted] | | | | | |
| Client SOLARIS | | | | | |
| User Name MAXTED,DAVID (16679954) | | | | | |
| Day 11/10/2019 | | | | | |
| Totals for Included | 5 | 175.00 USD | 6.28 USD | 0.27 USD | 6.55 USD |
| Totals for Day 11/10/2019 | 5 | 175.00 USD | 6.28 USD | 0.27 USD | 6.55 USD |
| Day 11/11/2019 | | | | | |
| Totals for Included | 11 | 503.00 USD | 18.04 USD | 0.78 USD | 18.82 USD |
| Totals for Day 11/11/2019 | 11 | 503.00 USD | 18.04 USD | 0.78 USD | 18.82 USD |
| Totals for User Name MAXTED,DAVID (16679954) | 16 | 678.00 USD | 24.32 USD | 1.05 USD | 25.37 USD |
| Totals for Client SOLARIS | 16 | 678.00 USD | 24.32 USD | 1.05 USD | 25.37 USD |
| Client SOLARIS/LI | | | | | |
| User Name GEE,TY C (352163) | | | | | |
| Day 11/01/2019 | | | | | |
| Totals for Included | 16 | 782.00 USD | 28.05 USD | 1.21 USD | 29.26 USD |
| Totals for Day 11/01/2019 | 16 | 782.00 USD | 28.05 USD | 1.21 USD | 29.26 USD |
| Day 11/04/2019 | | | | | |
| Totals for Included | 65 | 2,924.00 USD | 104.90 USD | 4.52 USD | 109.42 USD |
| Totals for Day 11/04/2019 | 65 | 2,924.00 USD | 104.90 USD | 4.52 USD | 109.42 USD |
| Day 11/05/2019 | | | | | |
| Totals for Included | 10 | 645.00 USD | 23.14 USD | 1.00 USD | 24.14 USD |
| Totals for Day 11/05/2019 | 10 | 645.00 USD | 23.14 USD | 1.00 USD | 24.14 USD |
| Day 11/07/2019 | | | | | |
| Totals for Included | 76 | 4,506.00 USD | 161.65 USD | 6.97 USD | 168.62 USD |
| Totals for Day 11/07/2019 | 76 | 4,506.00 USD | 161.65 USD | 6.97 USD | 168.62 USD |
| Day 11/08/2019 | | | | | |
| Totals for Included | 41 | 1,966.00 USD | 70.53 USD | 3.04 USD | 73.57 USD |

| | | | | | |
|---|---|---|---|---|---|
| …019 | 41 | 1,966.00 USD | 70.53 USD | 3.04 USD | 73.57 USD |
| …2019 | | | | | |
| …s for Included | 2 | 70.00 USD | 2.51 USD | 0.11 USD | 2.62 USD |
| Totals for Day 11/13/2019 | 2 | 70.00 USD | 2.51 USD | 0.11 USD | 2.62 USD |
| Day 11/14/2019 | | | | | |
| Totals for Included | 25 | 1,510.00 USD | 54.17 USD | 2.33 USD | 56.50 USD |
| Totals for Day 11/14/2019 | 25 | 1,510.00 USD | 54.17 USD | 2.33 USD | 56.50 USD |
| Day 11/19/2019 | | | | | |
| Totals for Included | 87 | 4,624.00 USD | 165.88 USD | 7.15 USD | 173.03 USD |
| Totals for Day 11/19/2019 | 87 | 4,624.00 USD | 165.88 USD | 7.15 USD | 173.03 USD |
| Totals for User Name GEE,TY C (352163) | 322 | 17,027.00 USD | 610.83 USD | 26.33 USD | 637.16 USD |
| Totals for Client SOLARIS/LI | 322 | 17,027.00 USD | 610.83 USD | 26.33 USD | 637.16 USD |
| Client SOLARIS/LI/CUI | | | | | |
| User Name GEE,TY C (352163) | | | | | |
| Day 11/11/2019 | | | | | |
| Totals for Included | 32 | 1,510.00 USD | 54.17 USD | 2.33 USD | 56.50 USD |
| Totals for Day 11/11/2019 | 32 | 1,510.00 USD | 54.17 USD | 2.33 USD | 56.50 USD |
| Day 11/12/2019 | | | | | |
| Totals for Included | 11 | 798.00 USD | 28.63 USD | 1.23 USD | 29.86 USD |
| Totals for Day 11/12/2019 | 11 | 798.00 USD | 28.63 USD | 1.23 USD | 29.86 USD |
| Totals for User Name GEE,TY C (352163) | 43 | 2,308.00 USD | 82.80 USD | 3.57 USD | 86.37 USD |
| Totals for Client SOLARIS/LI/CUI | 43 | 2,308.00 USD | 82.80 USD | 3.57 USD | 86.37 USD |

[redacted]

(5474520)

[redacted]

[redacted]

| | | | | | |
|---|---|---|---|---|---|
| Client SOLARIS | | | | | |
| User Name MAXTED,DAVID (16679954) | | | | | |
| Day 01/05/2020 | | | | | |
| Totals for Included | 9 | 315.00 USD | 13.62 USD | 0.59 USD | 14.21 USD |
| Totals for Day 01/05/2020 | 9 | 315.00 USD | 13.62 USD | 0.59 USD | 14.21 USD |
| Totals for User Name MAXTED,DAVID (16679954) | 9 | 315.00 USD | 13.62 USD | 0.59 USD | 14.21 USD |
| Totals for Client SOLARIS | 9 | 315.00 USD | 13.62 USD | 0.59 USD | 14.21 USD |
| Client SOLARIS/LI | | | | | |
| User Name GEE,TY C (352163) | | | | | |
| Day 01/27/2020 | | | | | |
| Totals for Included | 13 | 809.00 USD | 34.99 USD | 1.51 USD | 36.50 USD |
| Totals for Day 01/27/2020 | 13 | 809.00 USD | 34.99 USD | 1.51 USD | 36.50 USD |
| Totals for User Name GEE,TY C (352163) | 13 | 809.00 USD | 34.99 USD | 1.51 USD | 36.50 USD |
| Totals for Client SOLARIS/LI | 13 | 809.00 USD | 34.99 USD | 1.51 USD | 36.50 USD |

[redacted]

(4896084)

| | | | | | |
|---|---|---|---|---|---|
| Client SOLARIS/LI | | | | | |
| User Name GEE,TY C (352163) | | | | | |
| Day 02/05/2020 | | | | | |
| Totals for Included | 8 | 644.00 USD | 18.53 USD | 0.80 USD | 19.33 USD |
| Totals for Day 02/05/2020 | 8 | 644.00 USD | 18.53 USD | 0.80 USD | 19.33 USD |
| Day 02/06/2020 | | | | | |
| Totals for Included | 25 | 1,775.00 USD | 51.06 USD | 2.20 USD | 53.26 USD |
| Totals for Day 02/06/2020 | 25 | 1,775.00 USD | 51.06 USD | 2.20 USD | 53.26 USD |
| Day 02/07/2020 | | | | | |
| Totals for Included | 6 | 458.00 USD | 13.18 USD | 0.57 USD | 13.74 USD |
| Totals for Day 02/07/2020 | 6 | 458.00 USD | 13.18 USD | 0.57 USD | 13.74 USD |
| Day 02/08/2020 | | | | | |
| Totals for Included | 12 | 1,195.00 USD | 34.38 USD | 1.48 USD | 35.86 USD |
| Totals for Day 02/08/2020 | 12 | 1,195.00 USD | 34.38 USD | 1.48 USD | 35.86 USD |
| Day 02/09/2020 | | | | | |
| Totals for Included | 46 | 3,671.00 USD | 105.61 USD | 4.55 USD | 110.16 USD |
| Totals for Day 02/09/2020 | 46 | 3,671.00 USD | 105.61 USD | 4.55 USD | 110.16 USD |
| Day 02/10/2020 | | | | | |
| Totals for Included | 64 | 5,245.00 USD | 150.89 USD | 6.50 USD | 157.39 USD |
| Totals for Day 02/10/2020 | 64 | 5,245.00 USD | 150.89 USD | 6.50 USD | 157.39 USD |
| Day 02/11/2020 | | | | | |
| Totals for Included | 97 | 7,985.00 USD | 229.72 USD | 9.90 USD | 239.62 USD |
| Totals for Day 02/11/2020 | 97 | 7,985.00 USD | 229.72 USD | 9.90 USD | 239.62 USD |
| Day 02/12/2020 | | | | | |
| Totals for Included | 13 | 1,159.00 USD | 33.34 USD | 1.44 USD | 34.78 USD |
| Totals for Day 02/12/2020 | 13 | 1,159.00 USD | 33.34 USD | 1.44 USD | 34.78 USD |
| Totals for User Name GEE,TY C (352163) | 271 | 22,132.00 USD | 636.70 USD | 27.44 USD | 664.14 USD |
| Totals for Client SOLARIS/LI | 271 | 22,132.00 USD | 636.70 USD | 27.44 USD | 664.14 USD |

4/2/2020

QuickView+ - Report

Client SOLARIS/LI
User Name GEE,TY C (352163)
Day 03/03/2020

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 79 | 5,197.00 USD | 247.64 USD | 10.67 USD | 258.31 USD |
| Totals for Day 03/03/2020 | 79 | 5,197.00 USD | 247.64 USD | 10.67 USD | 258.31 USD |
| Totals for User Name GEE,TY C (352163) | 79 | 5,197.00 USD | 247.64 USD | 10.67 USD | 258.31 USD |
| Totals for Client SOLARIS/LI | 79 | 5,197.00 USD | 247.64 USD | 10.67 USD | 258.31 USD |

| | | | | | |
|---|---|---|---|---|---|
| | 8 | | | | |
| | 8 | | | | |
| | 4 | 172.00 USD | 4.98 USD | | |
| | 4 | 172.00 USD | 4.98 USD | 0.21 USD | 5.19 USD |
| Client SOLARIS/LI | | | | | |
| User Name GEE,TY C (352163) | | | | | |
| Day 04/22/2020 | | | | | |
| Totals for Included | 22 | 1,446.00 USD | 41.83 USD | 1.80 USD | 43.63 USD |
| Totals for Day 04/22/2020 | 22 | 1,446.00 USD | 41.83 USD | 1.80 USD | 43.63 USD |
| Totals for User Name GEE,TY C (352163) | 22 | 1,446.00 USD | 41.83 USD | 1.80 USD | 43.63 USD |
| Totals for Client SOLARIS/LI | 22 | 1,446.00 USD | 41.83 USD | 1.80 USD | 43.63 USD |

| | | | | | |
|---|---|---|---|---|---|
| Client SOLARIS/LI | | | | | |
| User Name GEE,TY C (352163) | | | | | |
| Day 05/18/2020 | | | | | |
| Totals for Included | 7 | 738.00 USD | 15.13 USD | 0.65 USD | 15.78 USD |
| Totals for Day 05/18/2020 | 7 | 738.00 USD | 15.13 USD | 0.65 USD | 15.78 USD |
| Totals for User Name GEE,TY C (352163) | 7 | 738.00 USD | 15.13 USD | 0.65 USD | 15.78 USD |
| Totals for Client SOLARIS/LI | 7 | 738.00 USD | 15.13 USD | 0.65 USD | 15.78 USD |
| Client SOLARIS/LI/CUI | | | | | |
| User Name GEE,TY C (352163) | | | | | |
| Day 05/27/2020 | | | | | |
| Totals for Included | 19 | 1,817.00 USD | 37.24 USD | 1.60 USD | 38.85 USD |
| Totals for Day 05/27/2020 | 19 | 1,817.00 USD | 37.24 USD | 1.60 USD | 38.85 USD |
| Day 05/28/2020 | | | | | |
| Totals for Included | 16 | 1,045.00 USD | 21.42 USD | 0.92 USD | 22.34 USD |
| Totals for Day 05/28/2020 | 16 | 1,045.00 USD | 21.42 USD | 0.92 USD | 22.34 USD |
| Day 05/29/2020 | | | | | |
| Totals for Included | 7 | 501.00 USD | 10.27 USD | 0.44 USD | 10.71 USD |
| Totals for Day 05/29/2020 | 7 | 501.00 USD | 10.27 USD | 0.44 USD | 10.71 USD |
| Day 05/30/2020 | | | | | |
| Totals for Included | 24 | 1,989.00 USD | 40.77 USD | 1.76 USD | 42.53 USD |
| Totals for Day 05/30/2020 | 24 | 1,989.00 USD | 40.77 USD | 1.76 USD | 42.53 USD |
| Totals for User Name GEE,TY C (352163) | 66 | 5,352.00 USD | 109.70 USD | 4.73 USD | 114.43 USD |
| Totals for Client SOLARIS/LI/CUI | 66 | 5,352.00 USD | 109.70 USD | 4.73 USD | 114.43 USD |

[redacted]

| | | | | | |
|---|---|---|---|---|---|
| Client SOLARIS/LI | | | | | |
| User Name GEE,TY C (352163) | | | | | |
| Day 06/24/2020 | | | | | |
| Totals for Included | 10 | 730.00 USD | 7.24 USD | 0.31 USD | 7.55 USD |
| Totals for Day 06/24/2020 | 10 | 730.00 USD | 7.24 USD | 0.31 USD | 7.55 USD |
| Day 06/27/2020 | | | | | |
| Totals for Included | 23 | 1,646.00 USD | 16.33 USD | 0.70 USD | 17.03 USD |
| Totals for Day 06/27/2020 | 23 | 1,646.00 USD | 16.33 USD | 0.70 USD | 17.03 USD |
| Day 06/29/2020 | | | | | |
| Totals for Included | 37 | 2,748.00 USD | 27.26 USD | 1.18 USD | 28.44 USD |
| Totals for Day 06/29/2020 | 37 | 2,748.00 USD | 27.26 USD | 1.18 USD | 28.44 USD |
| Totals for User Name GEE,TY C (352163) | 70 | 5,124.00 USD | 50.83 USD | 2.19 USD | 53.02 USD |
| Totals for Client SOLARIS/LI | 70 | 5,124.00 USD | 50.83 USD | 2.19 USD | 53.02 USD |
| Client SOLARIS/LI/CUI | | | | | |
| User Name GEE,TY C (352163) | | | | | |
| Day 06/03/2020 | | | | | |
| Totals for Included | 11 | 873.00 USD | 8.66 USD | 0.37 USD | 9.03 USD |
| Totals for Day 06/03/2020 | 11 | 873.00 USD | 8.66 USD | 0.37 USD | 9.03 USD |
| Day 06/04/2020 | | | | | |
| Totals for Included | 38 | 2,534.00 USD | 25.14 USD | 1.08 USD | 26.22 USD |
| Totals for Day 06/04/2020 | 38 | 2,534.00 USD | 25.14 USD | 1.08 USD | 26.22 USD |
| Day 06/05/2020 | | | | | |
| Totals for Included | 6 | 658.00 USD | 6.53 USD | 0.28 USD | 6.81 USD |
| Totals for Day 06/05/2020 | 6 | 658.00 USD | 6.53 USD | 0.28 USD | 6.81 USD |
| Day 06/06/2020 | | | | | |
| Totals for Included | 17 | 1,431.00 USD | 14.20 USD | 0.61 USD | 14.81 USD |

| | | | | | |
|---|---|---|---|---|---|
| Totals for Day 06/06/2020 | 17 | 1,431.00 USD | 14.20 USD | 0.61 USD | 14.81 USD |
| Day 06/07/2020 | | | | | |
| Totals for Included | 25 | 1,875.00 USD | 18.60 USD | 0.80 USD | 19.40 USD |
| Totals for Day 06/07/2020 | 25 | 1,875.00 USD | 18.60 USD | 0.80 USD | 19.40 USD |
| Day 06/08/2020 | | | | | |
| Totals for Included | 50 | 3,550.00 USD | 35.22 USD | 1.52 USD | 36.74 USD |
| Totals for Day 06/08/2020 | 50 | 3,550.00 USD | 35.22 USD | 1.52 USD | 36.74 USD |
| Day 06/09/2020 | | | | | |
| Totals for Included | 118 | 9,811.00 USD | 97.33 USD | 4.20 USD | 101.53 USD |
| Totals for Day 06/09/2020 | 118 | 9,811.00 USD | 97.33 USD | 4.20 USD | 101.53 USD |
| Day 06/10/2020 | | | | | |
| Totals for Included | 8 | 644.00 USD | 6.39 USD | 0.28 USD | 6.66 USD |
| Totals for Day 06/10/2020 | 8 | 644.00 USD | 6.39 USD | 0.28 USD | 6.66 USD |
| Day 06/11/2020 | | | | | |
| Totals for Included | 1 | 43.00 USD | 0.43 USD | 0.02 USD | 0.44 USD |
| Totals for Day 06/11/2020 | 1 | 43.00 USD | 0.43 USD | 0.02 USD | 0.44 USD |
| Totals for User Name GEE,TY C (352163) | 274 | 21,419.00 USD | 212.49 USD | 9.16 USD | 221.65 USD |
| User Name GEE-TAYLOR,GLENNA (19389835) | | | | | |
| Day 06/09/2020 | | | | | |
| Totals for Included | 36 | 2,555.00 USD | 25.35 USD | 1.09 USD | 26.44 USD |
| Totals for Day 06/09/2020 | 36 | 2,555.00 USD | 25.35 USD | 1.09 USD | 26.44 USD |
| Totals for User Name GEE-TAYLOR,GLENNA (19389835) | 36 | 2,555.00 USD | 25.35 USD | 1.09 USD | 26.44 USD |
| Totals for Client SOLARIS/LI/CUI | 310 | 23,974.00 USD | 237.84 USD | 10.25 USD | 248.09 USD |

[redacted]


| | | | | | |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Client SOLARIS/LI | | | | | |
| User Name GEE,TY C (352163) | | | | | |
| Day 08/10/2020 | | | | | |
| Totals for Included | 8 | 544.00 USD | 10.09 USD | 0.43 USD | 10.53 USD |
| Totals for Day 08/10/2020 | 8 | 544.00 USD | 10.09 USD | 0.43 USD | 10.53 USD |
| Totals for User Name GEE,TY C (352163) | 8 | 544.00 USD | 10.09 USD | 0.43 USD | 10.53 USD |
| Totals for Client SOLARIS/LI | 8 | 544.00 USD | 10.09 USD | 0.43 USD | 10.53 USD |

QuickView+ - Report

...ARIS/LI/CUI
... Name GEE, TY C (352163)

| | | | | | |
|---|---|---|---|---|---|
| Day 08/03/2020 | | | | | |
| Totals for Included | 34 | 2,262.00 USD | 41.96 USD | 1.81 USD | 43.77 USD |
| Totals for Day 08/03/2020 | 34 | 2,262.00 USD | 41.96 USD | 1.81 USD | 43.77 USD |
| Day 08/06/2020 | | | | | |
| Totals for Included | 30 | 2,190.00 USD | 40.63 USD | 1.75 USD | 42.38 USD |
| Totals for Day 08/06/2020 | 30 | 2,190.00 USD | 40.63 USD | 1.75 USD | 42.38 USD |
| Day 08/17/2020 | | | | | |
| Totals for Included | 38 | 2,934.00 USD | 54.43 USD | 2.35 USD | 56.78 USD |
| Totals for Day 08/17/2020 | 38 | 2,934.00 USD | 54.43 USD | 2.35 USD | 56.78 USD |
| Totals for User Name GEE,TY C (352163) | 102 | 7,386.00 USD | 137.02 USD | 5.91 USD | 142.93 USD |
| Totals for Client SOLARIS/LI/CUI | 102 | 7,386.00 USD | 137.02 USD | 5.91 USD | 142.93 USD |

[redacted]

[redacted]



| | | | | | |
|---|---|---|---|---|---|
| 03/30/2021 | 28 | 2,088.00 USD | 25.17 USD | 1.21 USD | 26.38 USD |

Client CUI LI

User Name MONTVILLE,CHRISTOPHER (20185812)

Day 03/31/2021

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 56 | 4,102.00 USD | 49.45 USD | 2.38 USD | 51.83 USD |
| Totals for Day 03/31/2021 | 56 | 4,102.00 USD | 49.45 USD | 2.38 USD | 51.83 USD |
| Totals for User Name MONTVILLE,CHRISTOPHER (20185812) | 56 | 4,102.00 USD | 49.45 USD | 2.38 USD | 51.83 USD |
| Totals for Client CUI LI | 56 | 4,102.00 USD | 49.45 USD | 2.38 USD | 51.83 USD |

25.92 each

| | | | | | |
|---|---|---|---|---|---|
| Totals for User Name MUELLER,ADAM N (15709732) | 1 | 52.00 USD | 0.63 USD | 0.03 USD | 0.66 USD |
| Totals for Client KNOBEL/LI | 1 | 52.00 USD | 0.63 USD | 0.03 USD | 0.66 USD |

Client SOLARIS/LI
User Name GEE,TY C (352163)
Day 03/12/2021

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 4 | 276.00 USD | 3.33 USD | 0.16 USD | 3.49 USD |
| Totals for Day 03/12/2021 | 4 | 276.00 USD | 3.33 USD | 0.16 USD | 3.49 USD |
| Totals for User Name GEE,TY C (352163) | 4 | 276.00 USD | 3.33 USD | 0.16 USD | 3.49 USD |
| Totals for Client SOLARIS/LI | 4 | 276.00 USD | 3.33 USD | 0.16 USD | 3.49 USD |

| | | | | | |
|---|---|---|---|---|---|
| ...ARIS/LI/CUI | | | | | |
| ...ame GEE,TY C (352163) | | | | | |
| ...y 03/20/2021 | | | | | |
| ...als for Included | 13 | 796.00 USD | 9.60 USD | 0.46 USD | 10.06 USD |
| Totals for Day 03/20/2021 | 13 | 796.00 USD | 9.60 USD | 0.46 USD | 10.06 USD |
| Totals for User Name GEE,TY C (352163) | 13 | 796.00 USD | 9.60 USD | 0.46 USD | 10.06 USD |
| Totals for Client SOLARIS/LI/CUI | 13 | 796.00 USD | 9.60 USD | 0.46 USD | 10.06 USD |

5.03 ea

[redacted]

(20046652)

Day 04/05/2021

(15709732)

Client KNOBEL-LI

User Name MONTVILLE,CHRISTOPHER (20185812)

Day 04/08/2021

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 90 | 6,924.00 USD | 116.05 USD | 5.58 USD | 121.63 USD |
| Totals for Day 04/08/2021 | 90 | 6,924.00 USD | 116.05 USD | 5.58 USD | 121.63 USD |
| Totals for User Name | 90 | 6,924.00 USD | 116.05 USD | 5.58 USD | 121.63 USD |

QuickView+ - Report

O

21)

1
1
1
1

ent

Client PERSONAL

1
1
1
1

Client SOLARIS/LI/CUI
User Name GEE,TY C (352163)
Day 04/08/2021

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 20 | 1,760.00 USD | 29.50 USD | 1.42 USD | 30.92 USD |
| Totals for Day 04/08/2021 | 20 | 1,760.00 USD | 29.50 USD | 1.42 USD | 30.92 USD |
| Day 04/10/2021 | | | | | |
| Totals for Included | 35 | 2,660.00 USD | 44.58 USD | 2.14 USD | 46.73 USD |
| Totals for Day 04/10/2021 | 35 | 2,660.00 USD | 44.58 USD | 2.14 USD | 46.73 USD |
| Totals for User Name GEE,TY C (352163) | 55 | 4,420.00 USD | 74.08 USD | 3.56 USD | 77.65 USD |
| Totals for Client SOLARIS/LI/CUI | 55 | 4,420.00 USD | 74.08 USD | 3.56 USD | 77.65 USD |

| | | | | | |
|---|---|---|---|---|---|
| Client 2839.0003 | | | | | |
| User Name MACPHAIL,ANDREW (19597182) | | | | | |
| Day 05/25/2021 | | | | | |
| Totals for Included | 5 | 380.00 USD | 5.05 USD | 0.24 USD | 5.29 USD |
| Totals for Day 05/25/2021 | 5 | 380.00 USD | 5.05 USD | 0.24 USD | 5.29 USD |
| Day 05/26/2021 | | | | | |
| Totals for Included | 14 | 796.00 USD | 10.58 USD | 0.51 USD | 11.09 USD |
| Totals for Day 05/26/2021 | 14 | 796.00 USD | 10.58 USD | 0.51 USD | 11.09 USD |
| Day 05/27/2021 | | | | | |
| Totals for Included | 6 | 312.00 USD | 4.15 USD | 0.20 USD | 4.35 USD |
| Totals for Day 05/27/2021 | 6 | 312.00 USD | 4.15 USD | 0.20 USD | 4.35 USD |
| Day 05/28/2021 | | | | | |
| Totals for Included | 24 | 2,052.00 USD | 27.28 USD | 1.31 USD | 28.59 USD |
| Totals for Day 05/28/2021 | 24 | 2,052.00 USD | 27.28 USD | 1.31 USD | 28.59 USD |
| Totals for User Name MACPHAIL,ANDREW (19597182) | 49 | 3,540.00 USD | 47.05 USD | 2.26 USD | 49.32 USD |
| Totals for Client 2839.0003 | 49 | 3,540.00 USD | 47.05 USD | 2.26 USD | 49.32 USD |