FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**June 24, 2021**

Christopher M. Wolpert
Clerk of Court

_____

HSIN-YI WU, et al.,

    Plaintiffs - Appellants,

and

DIANWEN CUI, et al.,

    Plaintiffs,

v.

COLORADO REGIONAL CENTER LLC, et al.,

    Defendants - Appellees.

No. 21-1232
(D.C. No. 1:19-CV-02443-RM-STV)
(D. Colo.)

_____

**ORDER**
_____

This matter is before the court following the receipt of appellants' docketing statement and this court's review of the district court's docket, which docket shows that—on June 23, 2021—defendants-appellees Solaris Property Owner, LLC, Solaris Property Owner I, LLC and Peter Knobel (the "SPO Defendants") filed a *Motion to Amend the Judgment or, in the Alternative for Findings and Order on PSLRA Attorney Fees* [ECF No. 341]. The district court has yet to rule on that motion. Accordingly, the court:

    1.    Vacates the existing deadlines for appellants' opening brief and appendix;

2. Abates this appeal pending the district court's disposition of the motion docketed as ECF No. 341; and

3. Directs appellants—on the earlier of July 26, 2021 or five days after the district court rules on ECF No. 341—to file a written report advising this court as to the status in the district court of ECF No. 341.

Once the district court has ruled on ECF No. 341: (1) the Clerk of the district court shall supplement the preliminary record as Tenth Circuit Rule 3.2(B) requires; and (2) this court will provide the parties with additional directives regarding the prosecution of this appeal.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Lisa A. Lee
    Counsel to the Clerk