

# INVOICE

**PACER**
Public Access to Court Electronic Records

Invoice Date: 10/07/2019
Usage From: 07/01/2019 to: 09/30/2019

## Account Summary

| | |
|---|---|
| **Account #:** | |
| **Invoice #:** | 4413927-Q32019 |
| **Due Date:** | 11/12/2019 |
| **Amount Due:** | |

**Pages:**
Rate:
Subtotal:

**Audio Files:**
Rate:
Subtotal:

**Current Billed Usage:**

**Previous Balance:**

Current Balance:

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My Account** section of the PACER Service Center website at pacer.gov.

The PACER Federal Tax ID is:

Questions about the invoice?
Visit **pacer.gov/billing**

---

## Total Amount Due: ➡

---

### Seven More Courts Convert to NextGen CM/ECF

During the third quarter of 2019, seven more courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system. To date, 60 courts have converted, and more will follow in the coming months. For more information and updates on NextGen conversion, please continue to check your court's website. Below is a list of the most recent NextGen courts:

· Guam Bankruptcy Court
· Michigan Western District Court
· Missouri Eastern Bankruptcy Court
· New Mexico Bankruptcy Court
· Oklahoma Eastern District Court
· Oklahoma Northern District Court
· U.S. Court of Federal Claims

---

*Please detach the coupon below and return with your payment.* **Thank you!**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



**PACER**
Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| | 11/12/2019 | |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

*Visit pacer.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Snell & Wilmer
Bobbi Case
One Arizona Center
400 E Van Buren Ave
Suite 1900 Floor 1
Phoenix, AZ 85004

```
sharonhansen  Sharon Hansen (          )          00PCL          08/29/2019
78919.00001                    2       0    $0.20
sharonhansen  Sharon Hansen (          )          CODC           08/29/2019
78919.00001                   17       0    $1.70

Subtotal                       19 pages                          $1.90
                                0 audio files ($ 2.40 ea)        $0.00
```



# INVOICE

**Public Access to Court Electronic Records**

Invoice Date: 01/07/2020

Usage From: 10/01/2019    to: 12/31/2019

**Account Summary**

**Pages:**
Rate:
Subtotal:

Q594595

**Audio Files:**
Rate:
Subtotal:

**Current Billed Usage:**

**Previous Balance:**

Current Balance:

**Account #:**

**Invoice #:**    4509704-Q42019

**Due Date:**    02/10/2020

**Amount Due:**

**Total Amount Due:** ➡

## Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My Account** section of the PACER Service Center website at pacer.gov.

The PACER Federal Tax ID is:

**Questions about the invoice?**
Visit **pacer.gov/billing**

### PACER Users Gain More Free Access in 2020

As of January 1, PACER usage fees are waived if they total $30 or less. The April 2020 billing statement will reflect the new waiver.

This is an increase from the previous $15 or less per quarter, and it will result in more than 75 percent of users paying no quarterly fee.

To learn more about PACER fees, check the electronic public access fee schedule on the Resources page at pacer.gov.

---

*Please detach the coupon below and return with your payment.* **Thank you!**



**Public Access to Court Electronic Records**

| Account # | Due Date | Amount Due |
|-----------|----------|------------|
|           | 02/10/2020 |          |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

*Visit pacer.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Snell & Wilmer
Mary Catherine Baker
1200 17th Street
Suite 1900
Denver, CO 80202



cojkil7675 James Kilroy (          )                    CODC                10/15/2019
78919.00001                    10          0    $1.00



Public Access to Court Electronic Records

# INVOICE

Invoice Date:  10/07/2020

Usage From:  07/01/2020      to:  09/30/2020

**Account Summary**

| | |
|---|---|
| **Account #:** | 4509704 |
| **Invoice #:** | 4509704-Q32020 |
| **Due Date:** | 11/10/2020 |
| **Amount Due:** | |

**Pages:**
Rate:
Subtotal:

**Audio Files:**
Rate:
Subtotal:

**Current Billed Usage:**

**Previous Balance:**

Current Balance:

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My Account** section of the PACER Service Center website at pacer.gov.

**Total Amount Due:** 

The PACER Federal Tax ID is:

Questions about the invoice?
Visit **pacer.gov/billing**

### New PACER Website Launches

The fully updated and redesigned PACER website launched in June, and it offers several new features to improve the user experience. The new site provides easier access to PACER and PACER-related applications.

The PACER website:
* Is mobile-friendly.
* Groups court-specific information all in one place.
* Provides an interactive way to find frequently asked questions.
* Features new accessibility tools.

Visit https://pacer.uscourts.gov to check out the new design, and to sign up for PACER announcements and other email updates.

---

*Please detach the coupon below and return with your payment.*  ***Thank you!***



Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| | 11/10/2020 | |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

*Visit pacer.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Snell & Wilmer
Mary Catherine Baker
1200 17th Street
Suite 1900
Denver, CO 80202



```
cojkil7675 James Kilroy (          )              CODC              07/07/2020
78919.00001              33         0     $3.30

Total                    33 pages                              $3.30
                          0 audio files ($ 2.40 ea)           $0.00
```