# Invoice

Marathon Document Solutions, Inc.

700 17th St. #800
Denver, CO 80202
(303) 607-9999



| DATE | INVOICE # |
|---|---|
| 10/24/2019 | 45640 |

| BILL TO | SHIP TO |
|---|---|
| Snell & Wilmer<br>1200 17th St., Suite 1950<br>Tabor Center<br>Denver, CO 80202 | Snell & Wilmer<br>1200 17th St., Suite 1950<br>Tabor Center<br>Denver, CO 80202 |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | MDS Job# |
|---|---|---|---|---|---|---|
| 78919.000001 | Net 15 | TAR | 10/24/2019 | Free Delivery | Stefanie S. | 19100089 |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 3,132 | BBK | 8.5x11 B&W Prints | 0.10 | 313.20T |
| 2,112 | Color | 8.5 x 11 Color Laser | 0.79 | 1,668.48T |
| 64 | Tabs | Standard Tabs | 0.35 | 22.40T |
| 8 | 4TRB | 4" Three Ring Binder | 20.00 | 160.00T |
|  |  | Sales Tax | 8.31% | 179.84 |

**Total** $2,343.92

**EXHIBIT 3-2**



ACCOUNTING CHARGEBACK REPORT for  78919.00001

| | | | |
|---|---|---|---|
| Project: **CRC101819** | Requestor: **Sanchez, Stefanie** | | Client: **Colorado Regional Center I, Llc - Limited Partners Claim** |
| Date: **10/18/2019** | Extension: **2065** | | |

| Scanning | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| B&W Straight Feed | 0.06/Pg | | |
| B&W Light Litigation | 0.09/Pg | | |
| B&W Medium Litigation | 0.11/Pg | | |
| B&W Heavy Litigation | 0.13/Pg | | |
| B&W Glass Work | 0.16/Pg | | |
| Color Standard | 0.105/Pg | | |
| Color Glass Work | 0.39/Pg | | |

| File Conversion | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Image File Conversion | 0.02/Pg | | |
| Native File Conversion/PDF/TIFF | 0.02/Pg | | |
| File Conversion Per Gig | 250/GB | | |

| OCR | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Searchable PDF | 0.01/Pg | | |
| OCR Text Files | 0.01/Pg | | |

| Document / Page Modifications | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Document Unitization (Breaks/Bookmarks) | 0.1/Doc | | |
| Document Naming | 0.25/Doc | | |
| Bates / Annotations | 0.005/Pg | 1288 | $6.44 |

| Data Extraction | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Data Extract Per Hour | 37/Hr | | |

| File Conversion | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Search Term Processing | 55/GB | | |

| Media Creation / Duplication | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| CD Burn | 10/Ea | | |
| DVD Burn | 15/Ea | | |
| Data Copy (Hard Drive) | | | |

| Printing | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| B&W Standard Print | 0.025/Pg | | |
| B&W 11x17 Print | 0.025/Pg | | |
| Color Standard Print | 0.1/Pg | | |
| Color 11x17 Print | 0.1/Pg | | |

| Labor | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| General Labor - SPLT | 50/Hr | 0.38 | $19.00 |
| Labor Credit | -22.85/Hr | | |
| Overtime - SPLT | 75/Hr | | |
| Overtime - CSA | 33.6/Hr | | |
| Overtime - TL | 36.29/Hr | | |

| Misc. | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Flat Fee | | | |

6/25/2021

**ACCOUNTING CHARGEBACK REPORT for 78919.00001**

Notes:  Total: **$25.44**