## Eagle County, Recorder

Transaction Number: 141899

Receipt Number: 201911547

Cashier By: eCommerce Agent | Cashier Date:9/4/2019 11:33:56 AM

**Customer Info**
Email: jlward@swlaw.com
Name: Jamie Ward
Address: 1200 17th St., Ste 1900
Denver CO 80202 USA

**Payment**
Description: Credit card via web processing.
**Total: $5.37**

### Transaction Summary

**Item #1**
Name: CROSSROADS EAST ONE
Reverse Name: VAIL REINVESTMENT AUTHORITY
Doc Type: LIS PENDENS
Book/Page: 0/0
Reception Number: 200708929

**Item#1 Fees**
Fee description: Default web copy fees, doctypes mapped to this category by default. For custom webcopy fee, set SubCategory to (OverrideDefaultWebCopyFees).
Fee: $4.50

Pages to Copy:

**Miscellaneous Items**
[WEBConvFeeCC]For Web Transactions, this Miscellaneous doctype is a convenience fee holder. The fee is charged by the third-party credit card vendor like Colorado.gov, etc. for CC payments

**Miscellaneous Item Fees**
Fee description: For Web Transactions, the fee is charged by the third-party credit card vendor like Colorado.gov, etc. for CC payments.
Fee: $0.87

**Total: $5.37**

# Eagle County, Recorder

Transaction Number: 142497                                                       Receipt Number: 201912126

Cashier By: eCommerce Agent | Cashier Date: 9/16/2019 10:18:06 AM

**Customer Info**
Email: jlward@swlaw.com
Name: Jamie Ward
Address: 1200 17th St., Ste 1900
Denver CO 80202 USA
Account Balance: $0.00

**Payment**
Description: Credit card via web processing.
**Total: $2.30**

## Transaction Summary

Item #1
Name: COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP
Reverse Name: LI,JUN
Doc Type: LIS PENDENS
Book/Page: /
Reception Number: 201915152

Item#1 Fees
Fee description: Default web copy fees, doctypes mapped to this category by default. For custom webcopy fee, set SubCategory to (OverrideDefaultWebCopyFees).
**Fee: $1.50**

Pages to Copy:

Miscellaneous Items
(WEBConvFeeCC)For Web Transactions, this Miscellaneous doctype is a convenience fee holder. The fee is charged by the third-party credit card vendor like Colorado.gov, etc. for CC payments.

Miscellaneous Item Fees
Fee description: For Web Transactions, the fee is charged by the third-party credit card vendor like Colorado.gov, etc. for CC payments.
**Fee: $0.80**

**Total: $2.30**

# Eagle County, Recorder

Transaction Number: 146089                    Receipt Number: 201915594

Cashier By: eCommerce Agent | Cashier Date:11/15/2019 10:15:50 AM

**Customer Info**
Email: jlward@swlaw.com
Name: Jamie Ward
Address: 1200 17th St., Ste 1900
Denver CO 80202 USA
Account Balance: $0.00

**Payment**
Description: Credit card via web processing.
**Total: $4.35**

## Transaction Summary

Item #1
Name: WAVELAND VENTURES
Reverse Name: CUI,DIANWEN
Doc Type: LIS PENDENS
Book/Page: /
Reception Number: 201919399

Item#1 Fees
Fee description: Default web copy fees, doctypes mapped to this category by default. For custom webcopy fee, set SubCategory to (OverrideDefaultWebCopyFees).
**Fee: $3.50**

Pages to Copy:

Miscellaneous Items
(WEBConvFeeCC)For Web Transactions, this Miscellaneous doctype is a convenience fee holder. The fee is charged by the third-party credit card vendor like Colorado.gov, etc. for CC payments.

Miscellaneous Item Fees
Fee description: For Web Transactions, the fee is charged by the third-party credit card vendor like Colorado.gov, etc. for CC payments.
**Fee: $0.85**

**Total: $4.35**

**simplifile.**

Pay to the order of:
Simplifile
5072 N 3
Provo UT
United Sta

Q608190

# Invoice

#15 0012486 83
10/31/2019

**Bill To**

Snell & Wilmer, LLP
1200 Seventeenth Street, Suite 1900
Denver CO 80202
United States

**TOTAL**

Due Date: 11/1/2019

| Package Name - Processed Date | Description | Amount |
|---|---|---|
| COT3P8 - Order re Stricken Notice of Lis Pendens_Eagle County, CO_78919.00001_JLW - Processed on: 10/23/2019 | Submission Fee | $8.00 |
| COT3P8 - Order re Stricken Notice of Lis Pendens_Eagle County, CO_78919.00001_JLW - Processed on: 10/23/2019 | Recording Fee | $23.00 |
| COT3P8 - Order to Show Cause_Eagle County_78919.1_JLW - Processed on: 10/24/2019 | Submission Fee | $8.00 |
| COT3P8 - Order to Show Cause_Eagle County_78919.1_JLW - Processed on: 10/24/2019 | Recording Fee | $23.00 |

Recording Fee Total
Submission Fee Total
Sales Tax Total
Total
Current Unpaid Balance

**Check Request Approval**
Date: 11/4/2019
Amount to be Paid: $175.00
GL Acct Code: various →
Mail to Vendor: ☒
Return to Requestor: ☐
Approved by: MCB...

78919.00001 = $31.00

78919.00001 = $31.00

RECEIVED
NOV 5 2019
ACCOUNTING

1 of 1



Pay to the order of:
Simplifile, LC
5072 N 300 W
Provo UT 84604
United States


Q609762

# Invoice

#15001303308
11/15/2019

**Bill To**

Snell & Wilmer, LLP
1200 Seventeenth Street, Suite 1900
Denver CO 80202
United States

**TOTAL**

**$31.00**

Due Date: 11/16/2019

| Package Name - Processed Date | Description | Amount |
|---|---|---|
| COT3P8 - Release of Lis Pendens_Certified_Eagle County_78919.00001_JLW - Processed on: 11/12/2019 | Submission Fee | $8.00 |
| COT3P8 - Release of Lis Pendens_Certified_Eagle County_78919.00001_JLW - Processed on: 11/12/2019 | Recording Fee | $23.00 |

| | |
|---|---|
| Recording Fee Total | $23.00 |
| Submission Fee Total | $8.00 |
| Sales Tax Total | |
| Total | $31.00 |
| Current Unpaid Balance | $31.00 |

Check Request Approval
Date  11/18/2019
Amount to be Paid  $31.00
GL Acct Code  78919.00001
Mail to Vendor  ☒
Return to Requestor  ☐
Approved by  *MCBaker*

1 of 1



Pay to the order of:
Simplifile, LC
5072 N 300 W
Provo UT 84604
United States



Q625051

# Invoice
#15001516745
2/29/2020

**Bill To**

Snell & Wilmer, LLP
1200 Seventeenth Street, Suite 1900
Denver CO 80202
United States

**TOTAL**

Due Date: 3/1/2020

| Package Name - Processed Date | Description | Amount |
|---|---|---|
| COT3P8 - Minute Order-Invalid Lis Pendens_Eagle County_78919.1_JLW - Processed on: 2/28/2020 | Submission Fee | $8.00 |
| COT3P8 - Minute Order-Invalid Lis Pendens_Eagle County_78919.1_JLW - Processed on: 2/28/2020 | Recording Fee | $18.00 |

Recording Fee Total
Submission Fee Total
Sales Tax Total
Total
Current Unpaid Balance

78919.00001 = $26.00
Total:

Check Request Approval
Date 3/2/20
Amount to be Paid $ 98.00
GL Acct Code   See above
Mail to Vendor
Return to Requestor
Approved by  /s/ MBaker

RECEIVED
MAR 03 2020
ACCOUNTING

1 of 1