

# INVOICE

**Invoice Date:** 01/07/2020
**Usage From:** 10/01/2019   **to:** 12/31/2019

## Account Summary

**Pages:**
Rate:
Subtotal:

Q594595

**Audio Files:**
Rate:
Subtotal:

**Current Billed Usage:**

**Previous Balance:**

Current Balance:

**Total Amount Due:**

| Account #: | |
|---|---|
| Invoice #: | 4509704-Q42019 |
| Due Date: | 02/10/2020 |
| Amount Due: | |

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My Account** section of the PACER Service Center website at pacer.gov.

The PACER Federal Tax ID is:
**74-2747938**

Questions about the invoice?
Visit **pacer.gov/billing**

### PACER Users Gain More Free Access in 2020

As of January 1, PACER usage fees are waived if they total $30 or less. The April 2020 billing statement will reflect the new waiver.

This is an increase from the previous $15 or less per quarter, and it will result in more than 75 percent of users paying no quarterly fee.

To learn more about PACER fees, check the electronic public access fee schedule on the Resources page at pacer.gov.

---

*Please detach the coupon below and return with your payment.* **Thank you!**



| Account # | Due Date | Amount Due |
|---|---|---|
|  | 02/10/2020 |  |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

*Visit pacer.gov for address changes.*

Snell & Wilmer
Mary Catherine Baker
1200 17th Street
Suite 1900
Denver, CO 80202

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

```
mattrozier Carey Rozier (5337008)                CODC              10/04/2019
78919.00002                    13        0    $1.30

Subtotal                           13 pages                         $1.30
                                    0 audio files ($ 2.40 ea)       $0.00
```

```
mattrozier Carey Rozier (5337008)                CODC              11/11/2019
78919.00002                    20         0    $2.00
```