

Patterson Transcription Company
P.O. Box 370837
Denver, CO 80231
scheduling@pattersontranscription.com
303-755-4536

# INVOICE

SNELL & WILMER, LLP - DENVER
ATTN: James Kilroy, Esq.
1200 Seventeenth Street
Suite 1900
Denver, CO  80202

**Invoice Number:** 105732
Invoice Date: 01/23/2020

In Re:  Jun Li, et al. v. Colorado Regioinal Center Project Solaris, LLLP, et al.
Witness(s): Rule 16(b) Scheduling Conference
Attendance Date: 12/19/2019, 2:00 p.m.
Reporter: Dyann Patterson

| Description | Ext |
|---|---|
| Audio Transcript (Copy) | 15.30 |
| | Invoice Total: 15.30 |

Bill of Costs

Li  Plaintiffs -   7.65
Cui Plaintiffs -  7.65

Carol Patterson
Patterson Transcription Company
P.O. Box 370837
Denver, CO 80231
303-755-4536

scheduling@pattersontranscription.com

March 3, 2020

Tamara Hoffschildt, FCRR, CRR, RMR
901 19th Street, Room A251
Denver, CO  80294

19-cv-2443 Li et al v Waveland Ventures, LLC

February 27, 2020 hearing.

30 pages

14-day rate @$4.25 per page

TOTAL DUE: $145.50

THANK YOU

**Bill of Costs:**
**Li Plaintiffs - $72.75**
**Cui Plaintiffs - $72.75**



Patterson Transcription Company
P.O. Box 370837
Denver, CO 80231
scheduling@pattersontranscription.com
303-755-4536

# INVOICE

SNELL & WILMER, LLP - DENVER
ATTN: James Kilroy, Esq.
1200 Seventeenth Street
Suite 1900
Denver, CO  80202

**Invoice Number:** 105874
**Invoice Date:** 03/20/2020

In Re: Jun Li, et al. v. Colorado Regioinal Center Project Solaris, LLLP, et al.
Witness(s): Motion Hearing
Attendance Date: 03/02/2020, 1:30 p.m.
Reporter: Dyann Patterson

| Description | Ext |
|---|---|
| Audio Transcript | 169.75 |

Bill of Costs:

Li Plaintiffs -   84.88
Cui Plaintiffs - 84.87

**Invoice Total:** 169.75

Carol Patterson
Patterson Transcription Company
P.O. Box 370837
Denver, CO 80231
303-755-4536

scheduling@pattersontranscription.com

September 2, 2020

Tamara Hoffschildt, FCRR, CRR, RMR
12150 Forest Street
Thornton, CO 80241

19-cv-2443,   li, et al vs. Waveland Ventures,

Date of hearing: August 31, 2020

Number of pages 145

Page rate: $4.85 (seven-day rate)

Bill of Costs                          TOTAL DUE: 703.25

LI Plaintiffs -   351.63              Thank you
Cui Plaintiffs - 351.62

June 12, 2021

Tamara Hoffschildt, FCRR, CRR, RMR
12150 Forest Street
Thornton, CO  80241

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-2443-RM-STV

JUN LI, et al,

   Plaintiffs,

vs.

COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, et al,

   Defendants.

Expedited transcript 50 pages @4.85 per page

Bill of Costs

**TOTAL DUE: $242.50**

Li Plaintiffs -    121.25
Cui Plaintiffs - 121.25

THANK YOU