**simplifile.**

Pay to the order of:
Simplifile, LC
5072 N 300 W
Provo UT 84604
United States

# Invoice

#15001527824

3/15/2020

**Bill To**

Snell & Wilmer, LLP
1200 Seventeenth Street, Suite 1900
Denver CO 80202
United States

Check Request Approval
Date: 3/18/2020
Amount to be Paid: $644.00
GL Acct Code: TOTAL see below
Mail to Vendor: ☐
Return to Requestor: ☑
Approved by: [signature]

Due Date: 3/16/2020

| Package Name - Processed Date | Description | Amount |
|---|---|---|
| COT3P8 - Decree re Lis Pendens_78919.00001_Eagle County_JLW - Processed on: 3/13/2020 | Submission Fee | $8.00 |
| COT3P8 - Decree re Lis Pendens_78919.00001_Eagle County_JLW - Processed on: 3/13/2020 | Recording Fee | $18.00 |