IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:19-cv-02443-RM-STV**
**Consolidated with Civil Action No. 1:19-cv-02637**

Jun Li, *et al.*,

    Plaintiffs,

v.

Waveland Ventures, LLC, *et al.*,

    Defendants.

## JOINT STATEMENT REGARDING BILLS OF COSTS HEARING

Pursuant to the Clerk's Notice dated June 29, 2021 [ECF 358], the parties hereby submit this Joint Statement Regarding Bills of Costs Hearing to vacate and reschedule the hearing currently set for July 8, 2021 at 9:30 a.m. [ECF 348]. The parties conferred and jointly agree to set the hearing on August 18, 2021 at 9:30 a.m.

DATED: July 1, 2021

*s/Douglas Litowitz*
Douglas Litowitz
413 Locust Place
Deerfield, IL 60015
**Counsel for Li Plaintiffs**

*s/Brian P. Stewart*
Brian P. Stewart
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA 92660
**Counsel for Cui Plaintiffs**

1

4834-4011-7744.1

| | |
|---|---|
| *s/Ty Gee* | *s/James D.Kilroy* |
| Harold A. Haddon | James D. Kilroy |
| Ty Gee | Stephanie A. Kanan |
| Haddon Morgan and Foreman, P.C. | SNELL & WILMER L.L.P. |
| 150 East 10th Avenue | 1200 Seventeenth Street, Suite 1900 |
| Denver, CO  80203 | Denver, Colorado 80202 |
| | |
| **Counsel for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC and Peter Knobel** | **Counsel for Defendants Waveland Ventures, LLC, Colorado Regional Center, LLC and Colorado Regional Center I, LLC** |

4834-4011-7744.1

## CERTIFICATE OF SERVICE

      This is to certify that on July 1, 2021, a true and correct copy of the above and foregoing **JOINT REPORT RE HEARING ON BILLS OF COST** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Hubert Kuo
Brian P. Stewart
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Harold A. Haddon
Ty Gee
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

      *s/Sandy Braverman*
      for Snell & Wilmer L.L.P.