```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX099678
Cashier ID: cp
Transaction Date: 07/12/2021
Payer Name: Hubert Kuo
-----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Hubert Kuo
 Case/Party: D-COX-1-19-CV-002443-00A
 Amount:         $505.00
-----------------------------------------
CREDIT CARD
 Amt Tendered:   $505.00
-----------------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

Appeal Fee
19-cv-2443-RM-STV

A fee of $53.00 will be assessed on
any returned check.
```

COURTS/USDC-CO
901 19TH ST STE 105A
DENVER, CO 80294
(303) 335-2053
3033352526

## SALE

MID: 000025547489
TID: 003                REF#: 00005622
Bank ID: 1396
Batch #: 193001         RRN: 250100005
07/12/21                      15:14:01
AVS: Z                        CVC: M
APPR CODE: 05445G
VISA                    Manual CNP
************0041              **/**

**AMOUNT**              **$505.00**

APPROVED

CUSTOMER COPY