# In the United States District Court
# for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV
—*Consolidated with* No. 19-cv-2637-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## Defendants SPO, SPO I and Mr. Knobel's Motion for Leave to Supplement the Motion for Attorney Fees

Defendants Solaris Property Owner, LLC ("SPO"), Solaris Property Owner I, LLC ("SPO I"), and Peter Knobel (collectively, the "SPO Defendants"), through their attorneys Haddon, Morgan, and Foreman, P.C. ("HMF"), move for leave to supplement their motion for an award of attorney fees ("Fees Motion") (Doc.344).

*Certificate of conferral.* I certify I conferred with counsel for the *Li* Plaintiffs and for the *Cui* Plaintiffs about the relief requested in this Motion.

A party moving for fees is entitled to fees incurred in preparing the motion. *See, e.g.*, *Case v. Unified Sch. Dist. No. 233, Johnson Cnty., Kan.*, 157 F.3d 1243, 1254 (10th Cir. 1998) (citing cases). Separately, the PSLRA authorizes as a sanction the assessment of fees to prepare a fees motion. *See Gurary v. Nu-Tech Bio-Med, Inc.*, 303 F.3d 212, 225 (2d Cir. 2002).

There is good cause to supplement the Fees Motion. The SPO Defendants submitted their Fees Motion on June 23, 2021. Since that date, they incurred additional fees. The total additional fees are $10,681.00. If granted leave, we would supplement the Fees Motion as follows.

## Supplement

**The attorney fees requested for the period June 24-July 21, 2021 were reasonable and necessary.**

The SPO Defendants request an award of $10,681.00 in attorney fees incurred in prosecuting the Fees Motion for the period June 24-July 21, 2021. These fees were not requested in the Fees Motion. *See* Gee Decl. ¶¶ 4-5 (July 21, 2021) ("Gee Declaration II").[1] HMF's separate, redacted time entries for work performed during this period in the *Li* and *Cui* actions are appended to Gee's Declaration II. *See id.* ¶ 4.

The hourly rates are reasonable. *See* Gee Decl. II ¶ 7; Doc.345 ¶ 8; Doc.344 at 26-28. Gee's time was spent primarily in preparing and finalizing the Fees Motion and related submissions, reviewing Plaintiffs' respective responses to the Fees Motion, and preparing replies to Plaintiffs' respective responses.

The hours expended by the SPO Defendants' counsel were reasonable. The time spent on the work for which fees are requested was reasonable and necessary. This time properly would be billed to one's client in accordance with good billing judgment. The

---

[1] This declaration is EXHIBIT A to this Motion for Leave to Supplement.

time spent on the specific tasks was within the range of time a lawyer of my experience and abilities would have spent. There was no duplication of efforts. *See* Gee Decl. II ¶ 6. The paralegals' work for the period was essential to the prosecution of the Fees Motion. *Id.*

The fees for the period June 24-July 21, 2021 should be allocated based on the ground on which they are awarded. If they are awarded under the Loan Agreement, the ARCU or section 13-17-201, C.R.S., then (1) the *Li* Plaintiffs should be required to pay all fees incurred in connection with the *Li* action, for which HMF has separate invoices, and (2) the *Cui* Plaintiffs should be required to pay all fees incurred in connection with the *Cui* action. *See* Doc.344 at 6-21. If the fees are awarded under the PSLRA, then the *Cui* plaintiffs should be required to pay all fees incurred in connection with the *Cui* action.

This is a summary all fees requested under the four grounds for an award of attorney fees:

|  | Loan Agreement/ARCU/ § 13-17-201 | PSLRA |
|---|---|---|
| *Li* Plaintiffs | | |
| 8/2019-6/23/2021 | $238,985.68 | |
| 6/24/2021-7/21/2021 | $5.035.00 | |
| —Total *Li* Fees | $244,020.68 | |
| *Cui* Plaintiffs | | |
| 8/2019-6/23/2021 | $71,730.79 | $35,865.40 |
| 6/24/2021-7/21/2021 | $5,646.00 | $2,823.00 |
| —Total *Cui* Fees | $77,376.79 | $38,688.40 |

◆

3

The SPO Defendants respectfully request that the Court grant them leave to supplement their Fees Motion.

July 21, 2021

Respectfully submitted,

*s/ Ty Gee*
Harold A. Haddon
Ty Gee
Christopher P. Montville
HADDON, MORGAN AND FOREMAN, P.C.
150 East Tenth Avenue
Denver, CO 80203
Tel 303.831.7364
hhaddon@hmflaw.com; tgee@hmflaw.com; cmontville@hmflaw.com

*Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*

4