# In the United States District Court
# for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV
—*Consolidated with* No. 19-cv-2637-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## Defendants SPO, SPO I and Mr. Knobel's Supplemental Certificate of Conferral

    Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel (collectively, the "SPO Defendants"), through their attorneys Haddon, Morgan, and Foreman, P.C. ("HMF"), submit this Supplemental Certificate of Conferral, as directed by the Court (Doc.372).

    I conferred with respective counsel for the *Li* Plaintiffs and *Cui* Plaintiffs about the relief requested in the SPO Defendants' motion for leave to supplement their motion for an award of attorney fees (Doc.370). Both sets of Plaintiffs oppose the relief requested.

July 21, 2021

        Respectfully submitted,

        *s/ Ty Gee*
        Harold A. Haddon
        Ty Gee
        Christopher P. Montville
        HADDON, MORGAN AND FOREMAN, P.C.
        150 East Tenth Avenue
        Denver, CO 80203
        Tel 303.831.7364
        hhaddon@hmflaw.com; tgee@hmflaw.com; cmontville@hmflaw.com

        *Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*