**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 28, 2021**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

———————————————

| | |
|---|---|
| DIANWEN CUI, et al., | |
| Plaintiffs - Appellants, | |
| and | |
| JUN LI, et al., | |
| Plaintiffs, | |
| v. | No. 21-1253<br>(D.C. Nos. 1:19-CV-02443-RM-STV &<br>1:19-CV-02637-RM-STV)<br>(D. Colo.) |
| COLORADO REGIONAL CENTER LLC, et al., | |
| Defendants - Appellees. | |

———————————————

**ORDER**

———————————————

This matter is before the court following the receipt of appellants' docketing statement and this court's review of the district court's docket, which docket shows that—on June 23, 2021—defendants-appellees Solaris Property Owner, LLC, Solaris Property Owner I, LLC and Peter Knobel (the "SPO Defendants") filed a *Motion to Amend the Judgment or, in the Alternative for Findings and Order on PSLRA Attorney Fees* [ECF No. 341]. The district court has yet to rule on that motion. Accordingly, the court:

1. Abates this appeal pending the district court's disposition of the motion docketed as ECF No. 341; and

    2.    Directs appellants—on the earlier of August 27, 2021 or five days after the district court rules on ECF No. 341—to file a written report advising this court as to the status in the district court of ECF No. 341.

Once the district court has ruled on ECF No. 341: (1) the Clerk of the district court shall supplement the preliminary record as Tenth Circuit Rule 3.2(B) requires; and (2) this court will provide the parties with additional directives regarding the prosecution of this appeal.

        Entered for the Court
        CHRISTOPHER M. WOLPERT, Clerk

        by: Lisa A. Lee
            Counsel to the Clerk