FILED  
United States Court of Appeals  
Tenth Circuit

July 28, 2021

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

HSIN-YI WU, et al.,

    Plaintiffs - Appellants,

and

DIANWEN CUI, et al.,

    Plaintiffs,

v.

COLORADO REGIONAL CENTER LLC, et al.,

    Defendants - Appellees.

No. 21-1232  
(D.C. Nos. 1:19-CV-02443-RM-STV &  
1:19-CV-02637-RM-STV)  
(D. Colo.)

_____

DIANWEN CUI, et al.,

    Plaintiffs - Appellants,

and

JUN LI, et al.,

    Plaintiffs,

v.

COLORADO REGIONAL CENTER LLC, et al.,

    Defendants - Appellees.

No. 21-1253  
(D.C. Nos. 1:19-CV-02443-RM-STV &  
1:19-CV-02637-RM-STV)  
(D. Colo.)

_____

**ORDER**

_____

These related appeals are before the court sua sponte following receipt and review of appellants' docketing statements in both appeals and review of the consolidated district court docket. The "Li Plaintiffs" (Appeal No. 21-1232) and the "Cui Plaintiffs" (Appeal No. 21-1253)—limited partners in Colorado Regional Center Project Solaris LLLP ("CRCPS")—each filed actions alleging federal security law violations and state law claims, which actions the district court consolidated. The Li Plaintiffs and the Cui Plaintiffs each seek review of the same district court orders and judgment [ECF Nos. 271, 334 & 335], and the appellees in both cases are the same.

Defendants-appellees Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel (collectively, the "SPO Defendants") filed a Fed. R. Civ. P. 59(e) motion [ECF No. 341] to: (1) amend the judgment to "add the findings required under 15 U.S.C. § 78u-4(c) (2018) regarding compliance by each party and each attorney with Rule 11(b) and to impose such sanctions [the district court] finds warranted"; or (2) in the alternative, to request that the district court, "post-judgment, make such findings and impose such sanctions it finds warranted." The district court has not yet ruled on that motion, and this court has abated both appeals pending its resolution.

In Appeal No. 21-1232, the Li Plaintiffs filed a *Motion for Clerk of this Court to Strike Abatement and Set Briefing Schedule, per 10th Cir. R. 27.5(A)(7)*, as supplemented, in which they ask the Clerk to lift the abeyance and "set a briefing schedule whereby [the Li Plaintiffs] Opening Brief will be filed by August 1, 2021, with responses and replies due according to the normal briefing schedule." The Li Plaintiffs represent that the SPO Defendants oppose the motion and that "counsel for other

defendants take no position on it." That motion is also now before the court in Appeal No. 21-1232.

Upon consideration, the court:

1. Continues the abatement of No. 21-1232 and abates No. 21-1253 through separate orders;

2. Directs appellees in No. 21-1232 to respond to the Li Plaintiffs' motion to strike abatement on or before August 11, 2021;

3. Directs all parties in both appeals to jointly respond to this order on or before August 11, 2021, and include in the response each party's respective position regarding the possibility of consolidation of these appeals after the abatement of each is lifted—including:

    (a) The possibility of filing staggered opening briefs to minimize duplication, appellees' filing of a single response brief, the preparation and filing of a consolidated joint appendix that contains all portions of the district court's records necessary for this court to consider all issues the parties intend to raise in either or both of these appeals and/or the desirability of consolidated argument, if the court directs argument to be had;

    (b) Any other procedural issues the parties or any of them anticipate at this juncture; and

    (c)  A proposal highlighting any areas of mutual agreement.

              Entered for the Court
              CHRISTOPHER M. WOLPERT, Clerk

              *[signature]*

              by: Lisa A. Lee
                Counsel to the Clerk