IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:19-cv-02443-RM-STV**
**Consolidated with Civil Action No. 1:19-cv-02637**

Jun Li, *et al.*,

    Plaintiffs,

v.

Waveland Ventures, LLC, *et al.*,

    Defendants.

**NOTICE OF CRC DEFENDANTS' SUPPLEMENTAL INFORMATION IN SUPPORT OF PROPOSED BILLS OF COSTS**

In advance of the hearing on the Proposed Bills of Costs submitted by Defendants Colorado Regional Center I, LLC, Colorado Regional Center, LLC and Waveland Venture, LLC (the "CRC Defendants"), the CRC Defendants respectfully submit this Notice of CRC Defendants' Supplemental Information in Support of Proposed Bills of Costs.

1. On March 16, 2021, the CRC Defendants filed a Proposed Bill of Costs as to both the Li Plaintiffs and the Cui Plaintiffs. (ECF No. 276.)

2. On June 23, 2021, the Court set a hearing for July 8, 2021 on the Proposed Bill of Costs. (ECF No. 348.)

3. On June 28, 2021, to comply with the Hearing Officer's Guide to Bills of Costs, CRC Defendants refiled separate bills of costs as to the Li Plaintiffs and the Cui Plaintiffs. (ECF No. 356 (Proposed Bill of Costs as to Li Plaintiffs) & ECF No. 357 (Proposed Bill of Costs as to

1

Cui Plaintiffs)).

4. On July 1, 2021, the parties filed a Joint Status Report requesting that the Court reschedule the hearing for August 18, 2021 at 9:30 a.m., which the Court did. (ECF Nos. 359 & 360.)

5. In advance of that hearing, the CRC Defendants respectfully submit the attached Supplemental Information supporting their Proposed Bills of Costs.

6. Exhibit A supports the Proposed Bill of Costs as to the Li Plaintiffs. (ECF No. 356.)

7. Exhibit B supports the Proposed Bill of Costs as to the Cui Plaintiffs. (ECF No. 357.)

DATED: August 13, 2021

/s/James Kilroy
James Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202
Telephone: 303.634.2000
Facsimile: .303.634.2020
Email: jkilroy@swlaw.com
Email: skanan@swlaw.com
***Counsel for Colorado Regional Center I, LLC, Colorado Regional Center, LLC, and Waveland Ventures, LLC***

### CERTIFICATE OF SERVICE

This is to certify that on August 13, 2021, a true and correct copy of the above and foregoing **NOTICE OF CRC DEFENDANTS' SUPPLEMENTAL INFORMATION IN SUPPORT OF PROPOSED BILLS OF COSTS** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Hubert Kuo
Brian P. Stewart
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Harold A. Haddon
Ty Gee
Christopher P. Montville
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

<em>s/Amy Kovarsky</em><br>for Snell & Wilmer L.L.P.

3