# EXHIBIT A

**EXHIBIT A TO AMENDED BILL OF COSTS OF THE CRC DEFENDANTS**

<u>**19-cv-02443-RM-STV**</u> **consolidated with 19-cv-2637-RM-STV**

**Itemization of Costs Requested Pursuant to 28 U.S.C. §1920**

**FEES OF THE COURT CLERK NECESSARILY OBTAINED IN THE CASE – EXHIBIT 1**

| Date | Vendor/Payee | Amount |
|---|---|---|
| 08/29/19 | Download of CRC Documents filed 08/29/19 VENDOR: Pacer Service Center Arizona #4413927; INVOICE#: 4413927-Q32019; INVOICE DATE: 11/12/19. Requested as recoverable cost per 28 U.S.C. § 1920(1).<br><br>*See* Invoice at **EXHIBIT 1-1**. | $1.90 |
| 10/15/19 | Download of Various Court Filings VENDOR: Pacer Services Account DEN #4509704; INVOICE#: 4509704-Q42019; INVOICE DATE: 1/07/2020. Requested as recoverable cost per 28 U.S.C. § 1920(1).<br><br>*See* Invoice at **EXHIBIT 1-2**. | $1.00 |
| 07/07/20 | Download of Various Court Filings VENDOR: Pacer Services Account DEN #4509704; INVOICE#: 4509704-Q32020; INVOICE DATE: 10/07/2020. Requested as recoverable cost per 28 U.S.C. § 1920(1).<br><br>*See* Invoice at **EXHIBIT 1-3**. | $3.30 |
| | **TOTAL:** | **$ 6.20** |

**FEES OF THE COURT REPORTER FOR ALL OR ANY PART OF THE TRANSCRIPT NECESSARILY OBTAINED IN THE CASE – EXHIBIT 2**

| Date | Vendor/Payee | Amount |
|---|---|---|
| 10/22/19 | Transcript of 10/22/19 Hearing re Li Motion for Preliminary Injunction - VENDOR: Hedelson Reporting, LLC; INVOICE#: 201900158 INVOICE DATE 11/05/19. Requested as recoverable cost per 28 U.S.C. § 1920(2); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs statute allows a judge or clerk of | $484.50 |

| Date | Vendor/Payee | Amount |
|---|---|---|
|  | any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'").<br><br>*See* Invoice at **EXHIBIT 02-1** |  |
| 12/19/19 | Transcript of 12/19/19 Scheduling Conference for Li and Cui Matters - VENDOR: Patterson Reporting & Video; INVOICE#: 105732; INVOICE DATE: 1/27/2020. Requested as recoverable cost per 28 U.S.C. § 1920(2); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs statute allows a judge or clerk of any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'").<br><br>*See* Invoice at **EXHIBIT 02-2**. | $7.65 |
| 02/27/20 | Transcript of 02/27/20 Hearing re Li Plaintiffs for Declaratory Relief Authorizing the Li Plaintiffs to Record a Lis Pendens and CRC Defendants Order Show Cause to Remove a Lis Pendens Filed by the Cui Plaintiffs- PAYEE: Tamara Hoffschildt; REQUEST#: 653710; INVOICE DATE: 3/3/2020. Requested as recoverable cost per 28 U.S.C. § 1920(2); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs statute allows a judge or clerk of any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'").<br><br>*See* Invoice at **EXHIBIT 02-3.** | $72.75 |
| 03/02/20 | Transcript of 3/2/2020 hearing re Li and Cui Motions for Leave to Amend Complaints - Patterson Transcription Company. INVOICE#: 105874; INVOICE DATE: 3/20/2020. Requested as recoverable cost per 28 U.S.C. § 1920(2); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs statute allows a judge or clerk of any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'").<br><br>*See*  Invoice at **EXHIBIT 02-4.** | $84.88 |
| 08/31/20 | Transcript of 08/31/20 Hearings re  Motions to Dismiss Li/Cui Complaint and Cui Motion for Appointment of Receiver PAYEE: Tamara Hoffschildt; REQUEST#: 662588; INVOICE DATE: 9/2/2020. Requested as recoverable cost per 28 U.S.C. § 1920(2); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs | $351.63 |

| Date | Vendor/Payee | Amount |
|---|---|---|
|  | statute allows a judge or clerk of any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'"). <br><br>*See* Invoice at **EXHIBIT 02-5**. |  |
| 06/14/21 | Transcript of 06/07/21 Hearing re CRC Defendant's Motion to Dismiss Chi Plaintiffs Third Amended Complaint, and LI Plaintiffs' Third Amended Complaint; Li Plaintiffs' Motion to Dismiss Counterclaim by CRC Defendants; SPO Defendants Motion to Dismiss the LI and Cui Complaints; The Cui Plaintiffs' Motion for Receiver and Li Plaintiffs' Motion for Sanctions PAYEE: Tamara Hoffschildt; REQUEST#:061421; INVOICE DATE: 09/12/21.  Requested as recoverable cost per 28 U.S.C. § 1920(2); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs statute allows a judge or clerk of any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'"). <br><br>*See* Invoice at **EXHIBIT 02-6**. | $121.50 |
|  | TOTAL: | $1,122.66 |

4812-3537-9440.3

**FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS NECESSARILY OBTAINED FOR USE IN THE CASE – EXHIBIT 3**

| Date | Vendor/Payee | Amount |
|---|---|---|
| 10/24/19 | Charges for Exhibits for Li Preliminary Injunction Hearing. VENDOR: Marathon Document Solutions, Inc.; INVOICE#: 45640; INVOICE DATE 10/24/19 PAID DATE: 11/12/2019 – Requested as recoverable cost per 28 U.S.C. § 1920(4); *see Entek Grb, LLC v. Stull Ranches, LLC*, No. 11-CV-01557-PAB-KLM, 2016 WL 4733166, at *4 (D. Colo. Sept. 12, 2016) (costs for copies of exhibits at preliminary injunction hearing "reasonably necessary for use in the case at the time the expenses were incurred.").<br><br>*See* Invoice at **EXHIBIT 3-1**. | 2343.92 |
| 10/18/19 | Charges for Exhibits for 10/22/19 Li Preliminary Injunction Hearing.<br>NOVITEX LITIGATION SUPPORT SERVICES-PHX Litigation Support Services.  Requested as recoverable cost per 28 U.S.C. § 1920(4); *see Entek Grb, LLC v. Stull Ranches, LLC*, No. 11-CV-01557-PAB-KLM, 2016 WL 4733166, at *4 (D. Colo. Sept. 12, 2016) (costs for copies of exhibits at preliminary injunction hearing "reasonably necessary for use in the case at the time the expenses were incurred.").<br><br>*See* Invoice at **EXHIBIT 3-2.** | 25.44 |
| | TOTAL: | **2,369.36** |

**MISCELLANEOUS – EXHIBIT 4**

| Date | Vendor/Payee | Amount |
|---|---|---|
| 09/04/19 | Eagle County Recorder Eagle County Recorder Charges for web copy of Lis Pendens VENDOR: Chase Purchasing Cards INVOICE#: 092419 DATE: 9/24/2019  CO COUNTY SERVICES. Requested as recoverable cost per 28 U.S.C. §1920 (1), (4); *see Tilton v. Capital Cities/ABC, Inc.*, 115 F.3d 1471, 1476 (10th Cir. 1997) (holding district court did not abuse its discretion in awarding costs for imaged documents and copying third-party documents that were reasonably necessary to the litigation).<br><br>*See* Invoice at **EXHIBIT 4-1**. | $5.37 |
| 09/16/19 | Eagle County Recorder Charges for web copy of  Li Lis Pendens VENDOR: Chase Purchasing Cards INVOICE#: 102419 DATE: 10/24/2019  CO COUNTY SERVICES. Requested as recoverable cost per 28 U.S.C. §1920 (1), (4); *see Tilton v. Capital Cities/ABC, Inc.*, 115 F.3d 1471, 1476 (10th Cir. 1997) (holding district court did not abuse its discretion in awarding costs for imaged documents and copying third-party documents that were reasonably necessary to the litigation).<br><br>*See* Invoice at **EXHIBIT 4-2**. | $2.30 |
| 11/15/19 | Eagle County Recorder Eagle County Recorder Charges for web copy of Lis Pendens VENDOR: Chase Purchasing Cards INVOICE#: 112619 INVOICE DATE: 11/15/2019  CO COUNTY SERVICE.  Requested as recoverable cost per 28 U.S.C. §1920 (5).<br><br>*See* Invoice at **EXHIBIT 4-3**. | $4.35 |
| 11/23/19 | Order Re Stricken Notice of Lis Pendens - Eagle County VENDOR: Simplifile - Denver -  Acct: COT3P8; INVOICE#: 15001248683; INVOICE DATE: 10/31/2019. Requested as recoverable cost per 28 U.S.C. §1920 (5).<br><br>*See* Invoice at **EXHIBIT 4-4**. | $31.00 |
| 11/12/19 | Release of Lis Pendens Certified Eagle County - VENDOR: Simplifile - Denver -  Acct: COT3P8; INVOICE#: 15001303308; Invoice DATE: 11/15/2019.  Requested as recoverable cost per 28 U.S.C. §1920 (5). | $31.00 |

4812-3537-9440.3

| Date | Vendor/Payee | Amount |
|---|---|---|
|  | *See* Invoice at **EXHIBIT 4-5**. |  |
| 02/28/20 | Submission/Recording Fee - Minute Order - Invalid Lis Pendens - VENDOR: Simplifile - Denver -  Acct: COT3P8; INVOICE#: 15001516745; INVOICE DATE 2/29/20. Requested as recoverable cost per 28 U.S.C. §1920 (5).<br><br>*See* Invoice at **EXHIBIT 4-6**. | 26.00 |
|  | **TOTAL MISC. LIS PENDENES:** | **$100.02** |

4812-3537-9440.3