# EXHIBIT B

**EXHIBIT B TO BILL OF COSTS OF THE CRC DEFENDANTS**

**19-cv-2637-RM-STV consolidated with 19-cv-02443-RM-STV**

**Itemization of Costs Requested Pursuant to 28 U.S.C. §1920**

**FEES OF THE CLERK – EXHIBIT 1**

| Date | Vendor/Payee | Amount |
|---|---|---|
| 10/04/19 | Transcript of 12/19/19 Scheduling Conference for Li and Cui Matters - VENDOR: Patterson Reporting & Video; INVOICE#: 105732; INVOICE DATE: 1/27/2020. Requested as recoverable cost per 28 U.S.C. § 1920(1).<br><br>See Invoice at **EXHIBIT 1, Page 2.** | $2.00 |
| 11/11/19 | Transcript of 02/27/20 Hearing re Li Plaintiffs for Declaratory Relief Authorizing the Li Plaintiffs to Record a Lis Pendens and CRC Defendants Order Show Cause to Remove a Lis Pendens Filed by the Cui Plaintiffs- PAYEE: Tamara Hoffschildt; REQUEST#: 653710; INVOICE DATE: 3/3/2020. Requested as recoverable cost per 28 U.S.C. § 1920(1).<br><br>See Invoice at **EXHIBIT 1, Page 3.** | $1.30 |
| | TOTAL: | $3.30 |

**FEES OF THE COURT REPORTER FOR AL OR AY PART OF THE TRANSCRIPT NECESSARILY OBTAINED IN THE CASE – EXHIBIT 2**

| Date | Vendor/Payee | Amount |
|---|---|---|
| 12/19/19 | Transcript of 12/19/19 Scheduling Conference for Li and Cui Matters - VENDOR: Patterson Reporting & Video; INVOICE#: 105732; INVOICE DATE: 1/27/2020. Requested as recoverable cost per 28 U.S.C. § 1920(2); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs statute allows a judge or clerk of any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'").<br><br>See Invoice at **EXHIBIT 2-1.** | $7.65 |

| Date | Vendor/Payee | Amount |
|---|---|---|
| 02/27/20 | Transcript of 02/27/20 Hearing re Li Plaintiffs for Declaratory Relief Authorizing the Li Plaintiffs to Record a Lis Pendens and CRC Defendants Order Show Cause to Remove a Lis Pendens Filed by the Cui Plaintiffs- PAYEE: Tamara Hoffschildt; REQUEST#: 653710; INVOICE DATE: 3/3/2020. Requested as recoverable cost per 28 U.S.C. § 1920(2); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs statute allows a judge or clerk of any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'").<br><br>*See Invoice at* **EXHIBIT 2-2.** | $72.75 |
| 03/02/20 | Transcript of 3/2/2020 hearing re Li and Cui Motions for Leave to Amend Complaints - Patterson Transcription Company; INVOICE#: 105874; INVOICE DATE: 3/20/2020. Requested as recoverable cost per 28 U.S.C. § 1920(2); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs statute allows a judge or clerk of any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'").<br><br>*See Invoice at* **EXHIBIT 2-3.** | $84.87 |
| 08/31/20 | Transcript of 08/31/20 Hearings re Motions to Dismiss Li/Cui Complaint and Cui Motion for Appointment of Receiver PAYEE: Tamara Hoffschildt; REQUEST#: 662588; INVOICE DATE: 9/2/2020. Requested as recoverable cost per 28 U.S.C. § 1920(2); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs statute allows a judge or clerk of any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'").<br><br>*See Invoice at* **EXHIBIT 2-4.** | $351.62 |
| 06/14/21 | Transcript of **06/07/21** Hearing re CRC Defendant's Motion to Dismiss Chi Plaintiffs Third Amended Complaint, and LI Plaintiffs' Third Amended Complaint; Li Plaintiffs' Motion to Dismiss Counterclaim by CRC Defendants; SPO Defendants Motion to Dismiss the LI and Cui Complaints; The Cui Plaintiffs' Motion for Receiver and Li Plaintiffs' Motion for Sanctions PAYEE: Tamara Hoffschildt; | $121.25 |

| Date | Vendor/Payee | Amount |
|---|---|---|
| | REQUEST#:061421 , INVOICE DATE: 6/12/2021. Requested as recoverable cost per 28 U.S.C. § 1920(2); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs statute allows a judge or clerk of any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'").<br><br>*See Invoice at* **EXHIBIT 2-5.** | |
| | TOTAL: | $638.14 |

**MISCELLANEOUS – EXHIBIT 3**

| Date | Vendor/Payee | Amount |
|---|---|---|
| 03/13/20 | Decress re Lis Penden – Eagle County VENDOR: Simplifile - Denver -  Acct: COT3P8; INVOICE#: 15001527824; DATE: 3/15/2020.  Requested as recoverable cost per 28 U.S.C. §1920 (5).<br><br>*See Invoice at* **EXHIBIT 3.** | $26.00 |
| | TOTAL: | $26.00 |