# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 19-cv-02443**
**Consolidated with Civil Action No. 19-cv-02637**

Jun Li, Qi Qin, Yi Liu, et al.,
        Plaintiffs,

        v.                                        Hon. Raymond P. Moore

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I, and
Peter Knobel,
        Defendants.

## CUI PLAINTIFFS' UNOPPOSED REQUEST TO APPEAR TELEPHONICALLY

Pursuant to C.R.C.P. 60, Plaintiffs, Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong Zhang, Qin Zhou, Xun Zhu, Chunyi Zou (collectively "EB-5 Investors" or "Cui Plaintiffs"), by and through their undersigned counsel, respectfully request that counsel Brian P. Stewart be allowed to appear by telephone at the hearings currently set to be heard on August 18, 2021, before the Honorable Raymond Moore:

### CERTIFICATE OF COMPLIANCE WITH D.C. COLO. L CivR 7.1(a)

The undersigned counsel has conferred with counsel for all of the defendants regarding the subject matter of this Request   The Defendants have indicated that they do not intend to oppose this request.

1

## I.   BACKGROUND

On June 23, 2021 the Court set this matter for an in-person hearing on the Cost Bills filed by the CRC Defendants and the SPO Defendants. The Hearing was set for hearing on July 8, 2021 at 9:00 a.m. in Courtroom A402. Thereafter, on July 1, 2021 the Parties filed a Joint Status Report requesting that the Court reschedule the hearing for August 18, 2021. Pursuant to the party's request, the Court continued the in-person hearing to August 18, 2021 at 9:30 a.m. in Courtroom A402. The Cui Plaintiffs hereby respectfully request that their counsel, Brian P. Stewart of the Ardent Law Group, be allowed to appear telephonically from telephone number 949-299-0188 for the hearing currently set on August 18, 2021 at 9:30 p.m. in Courtroom A402 of the above-named court.

Counsel is also set to attend a mandatory Issues Conference in the matter entitled <u>Zhao v. Mega Homes, LLC v. Traditions Drywall Inc.</u> at 1:00 on August 18, 2021. Counsel for the Cui Plaintiffs will only be able to appear at both hearings if this request to appear telephonically is granted.

Dated: August 16, 2021

/s/ *Brian P. Stewart*
Hubert Kuo
Brian P. Stewart
**Ardent Law Group**
4340 Von Karman Ave.,
Suite 290
Newport Beach, California 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127
bstewart@ardentlawgroup.com
Counsel for Plaintiffs, Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo, Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong, Zhang, Qin, Zhou, Xun Zhu, Chunyi Zou in the consolidated case

## [PROPOSED] ORDER

This Request is GRANTED. Counsel shall be allowed to appear telephonically for the Pending Motions set to be heard in this matter on August 18, 2021 at 9:30 p.m. in Courtroom A402 of the United State District Court, District of Colorado.

_____
Hon. Magistrate Judge Raymond Moore

## CERTIFICATION OF SERVICE

The undersigned attorney certifies that copies of the foregoing: **CUI PLAINTIFFS' UNOPPOSED REQUEST TO APPEAR TELEPHONICALLY** was served through ECF on August 16, 2021 upon all parties who have appeared.

/s/ Brian P. Stewart
Brian P. Stewart
For Ardent Law Group, P.C.