IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:19-cv-02443-RM-STV**
**Consolidated with Civil Action No. 1:19-cv-02637**

Jun Li, *et al.*,

    Plaintiffs,
v.

Waveland Ventures, LLC, *et al.*,

    Defendants.

---

### CRC DEFENDANTS' CERTIFICATE OF CONFERRAL REGARDING THE PROPOSED BILL OF COSTS AS TO LI PLAINTIFFS [ECF 356]

---

Defendants Colorado Regional Center I, LLC, Colorado Regional Center, LLC and Waveland Ventures, LLC (the "CRC Defendants"), respectfully submit this Certificate of Conferral Regarding the Proposed Bill of Costs as to Li Plaintiffs [ECF 356].

1. On March 16, 2021, the CRC Defendants filed a Proposed Bill of Costs as to both the Li Plaintiffs and the Cui Plaintiffs. [ECF 276].

2. On June 27, 2021, the Li Plaintiffs filed their Objections to Bill of Costs from CRC Defendants. [ECF No. 355].

3. The Li Plaintiffs objected to several categories of costs requested in the Proposed Bill of Costs as to both the Li Plaintiffs and the Cui Plaintiffs, including:

    a. $2,343.92 relating to the rule to show cause on the lis pendens in October of 2019;

1

  b. $1,668.48 for an outside vendor to make color copies at $0.79 per page;

  c. $1,397.25 for in-house color copies at $0.25 per page;

  d. $152.67 for filing fees; and

  e. $1,522.65 for transcripts, with the request that transcripts be apportioned between the parties.

4. On June 28, 2021, to comply with the Hearing Officer's Guide to Bills of Costs, CRC Defendants refiled separate bills of costs as to the Li Plaintiffs and the Cui Plaintiffs. [ECF 356 (Proposed Bill of Costs as to Li Plaintiffs) & ECF 357 (Proposed Bill of Costs as to Cui Plaintiffs)].

5. On August 13, 2021, CRC Defendants filed the Notice of CRC Defendants' Supplemental Information in Support of Proposed Bills of Costs. [ECF 382].

6. Exhibit A to the Supplemental Information in Support of Proposed Bills of Costs shows that the CRC Defendants request the following costs from the Li Plaintiffs:

  a. $6.20 for filing fees;

  b. $1,122.66 for transcripts;

  c. $2,369.36 for exemplification and copies of paper; and

  d. $100.02 for miscellaneous fees relating to the lis pendens.

7. On August 16, 2021, counsel for the CRC Defendants conferred with counsel for the Li Plaintiffs regarding the Bill of Costs. Counsel for the Li Plaintiffs stated that he would pay $0.07 per page for color copies and a pro rata share of transcripts. Counsel for Li Plaintiffs objected to the filing fees requested and costs relating to the lis pendens.

8. Counsel for the Li Plaintiffs did not specify if he was objecting to the costs listed in the Proposed Bill of Costs as to both the Li Plaintiffs and the Cui Plaintiffs [ECF No. 276], or

4821-2527-2310.1

to the costs listed in Exhibit A to the Supplemental Information in Support of Proposed Bills of Costs [ECF 382].

9. The CRC Defendants concede they are not entitled to recover the $6.20 of "filing fees" requested in the Proposed Bill of Costs as to Li Plaintiffs, because those costs represent PACER fees which are not recoverable under 28 U.S.C. § 1920. [*See* ECF 382 at 5].

10. The CRC Defendants also concede that two of the miscellaneous costs related to the lis pendens were incurred in connection with the Cui Plaintiffs and so cannot be taxed to the Li Plaintiffs. The two costs are those from 11/15/19 for $4.35 [ECF 356, Ex. 4-3] and from 2/28/20 for $26.00 [ECF 356, Ex. 4-6].

11. The CRC Defendants are otherwise entitled to the full amount of the costs requested in their Bill of Costs as to Li Plaintiffs. [*See* ECF 356 & 382].

12. Accordingly, no agreement on to the Proposed Bill of Costs as to Li Plaintiffs has been reached.

DATED: August 17, 2021

*/s/James Kilroy*
James Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202
Telephone: 303.634.2000
Facsimile: .303.634.2020
Email: jkilroy@swlaw.com
Email: skanan@swlaw.com
**Counsel for Colorado Regional Center I, LLC, Colorado Regional Center, LLC, and Waveland Ventures, LLC**

## CERTIFICATE OF SERVICE

This is to certify that on August 17, 2021, a true and correct copy of the above and foregoing **CRC DEFENDANTS' CERTIFICATE OF CONFERRAL REGARDING THE PROPOSED BILL OF COSTS AS TO LI PLAINTIFFS** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Hubert Kuo
Brian P. Stewart
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Harold A. Haddon
Ty Gee
Christopher P. Montville
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203


*s/Amy Kovarsky*
for Snell & Wilmer L.L.P.