**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No.  1:19-cv-02443-RM-STV
Consolidated with Civil Action No. 1:19-cv-02637**

Jun Li, *et al.*,

      Plaintiffs,

v.

Waveland Ventures, LLC, *et al.*,

      Defendants.

---

**CRC DEFENDANTS' CERTIFICATE OF CONFERRAL REGARDING THE PROPOSED BILL OF COSTS AS TO CUI PLAINTIFFS [ECF 357]**

---

Defendants Colorado Regional Center I, LLC, Colorado Regional Center, LLC and Waveland Ventures, LLC (the "CRC Defendants"), respectfully submit this Certificate of Conferral Regarding the Proposed Bill of Costs as to Cui Plaintiffs [ECF 357].

Counsel for the CRC Defendants conferred with counsel for the Cui Plaintiffs who does not oppose the Proposed Bill of Costs as to Cui Plaintiffs.

1

4843-3547-3910.1

DATED: August 17, 2021

/s/James Kilroy
James Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202
Telephone: 303.634.2000
Facsimile: .303.634.2020
Email: jkilroy@swlaw.com
Email: skanan@swlaw.com
*Counsel for Colorado Regional Center I, LLC, Colorado Regional Center, LLC, and Waveland Ventures, LLC*

2

4843-3547-3910.1

**CERTIFICATE OF SERVICE**

This is to certify that on August 17, 2021, a true and correct copy of the above and foregoing **CRC DEFENDANTS' CERTIFICATE OF CONFERRAL REGARDING PROPOSED BILL OF COSTS AS TO CUI DEFENDANTS** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Hubert Kuo
Brian P. Stewart
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Harold A. Haddon
Ty Gee
Christopher P. Montville
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

*s/Amy Kovarsky*
for Snell & Wilmer L.L.P.