# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 19-cv-02443**
**Consolidated with Civil Action No. 19-cv-02637**

Jun Li, Qi Qin, Yi Liu, et al.,
                Plaintiffs,

        v.                                Hon. Raymond P. Moore

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I, and
Peter Knobel,
                Defendants.

---

Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong Zhang, Qin Zhou, Xun Zhu, Chunyi Zou, individually, and on behalf of Colorado Regional Center Project Solaris LLLP,

                Plaintiffs,

        v.

Waveland Ventures, LLC, Colorado Regional Center, LLC, Colorado Regional Center I, LLC, Colorado Regional Center Project Solaris LLLP, Solaris Property Owner LLC, Solaris Property Owner LLC I, and John Does 1-10,

                Defendants.

## NOTICE REGARDING CRC DEFENDANTS BILL OF COSTS

Notice is hereby given that Plaintiffs, DIANWEN CUI, LEI GU, SUFEN LENG, XUE MEI, ZHOU MEI, YAN SONG, LU WANG, YUE WU, ZHUO YANG, JINGWEN ZHANG, LEI ZHANG, LING ZHANG, XIAOHONG ZHANG, QIN ZHOU, XUN ZHU, CHUNYI ZOU, individually, and on behalf of COLORADO REGIONAL CENTER PROJECT SOLARIS

LLLP,(hereinafter collectively referred to as the "Cui Plaintiffs") do not object to the Cost Bill of the CRC Defendants [ECF 357] filed on June 28, 2021 and Supplemented [ECF 382] on August 13, 2021.

DATED: August 17, 2021             /s/ Brian P. Stewart_____
                                   Brian P. Stewart
                                   **Ardent Law Group**
                                   4340 Von Karman Ave.,
                                   Suite 290
                                   Newport Beach, California 92660
                                   Telephone: (949) 299-0188
                                   Facsimile:  (949) 299-0127
                                   bstewart@ardentlawgroup.com
                                   Attorney for Plaintiffs Dianwen Cui, Lei Gu,
                                   Sufen Leng, Xue Mei, Zhou Mei, Yan Song,
                                   Lu Wang, Yue Wu, Zhuo Yang, Jingwen
                                   Zhang, Lei Zhang, Ling Zhang, Xiaohong
                                   Zhang, Qin Zhou Chunyu Zou, individually,
                                   and on behalf of Colorado Regional Center
                                   Project Solaris LLLP

## CERTIFICATION OF SERVICE

The undersigned attorney certifies that copies of the foregoing: **NOTICE REGARDING CRC DEFENDANTS BILL OF COSTS** was served through ECF on August 17, 2021 upon all parties who have appeared.

*/s/ Brian P. Stewart*
Brian P. Stewart
For Ardent Law Group, P.C