## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, et al.
        Plaintiffs,

                                             Hon. Judge Moore
         v.                                  Hon. Magistrate Varholak

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC, et al.
        Defendants.

## Li Plaintiffs' Conferral on CRC Proposed Bill of Costs
## at ECF 282-1

      This is to inform the Clerk and the entire world that the Snell & Wilmer law firm - through two attorneys each being paid $500/hour -- are seeking costs from the Li Plaintiffs in the amounts of $1.00, $1.90, $3.30, $7.65, $5.37, $2.30, and other *de minimis* amounts. There is no dispute that their client CRCI lost $40,000,000 of Chinese money placed with them for safekeeping. Let's be clear: the Chinese gave $82,500,000 to CRCI to make a loan to the developer of Solaris Vail Condo Complex and the loan was never collected by CRCI, so 152 Chinese never received their money back. CRCI took itself 2% a year -- that is $1,600,000 every year since 2012, plus 5% annual interest on $82,500,000. So after losing tens of millions of Chinese money through sheer incompetence and breach of duty they come before this Court to ask for collection of a few dollars. That is a grotesque insult unworthy of civilized human beings (let alone lawyers), and no person with any conscience should be able to look themselves in the mirror after losing $40 million dollars of other people's money and then asking those same people for $1.00. This is a stain on this Court that will never be cleaned, ever. To be part of this proceeding is a complete personal insult and makes the Colorado Bar look petty and laughable. It would be funny if it wasn't true.

The Li Plaintiffs are willing to pay costs -- *reasonable* costs. They will pay 7 cents a page for copies; they will pay their portion of necessary filings, and pro-rated fees for transcripts.

The Li Plaintiffs will not pay for anything associated with the Lis Pendens hearing in 2019 since that was a wash where both sides agreed to stand down: the Li Plaintiffs agreed not to file a new lis pendens and CRCI agreed not to pursue attorney fees. Both sides walked away in 2019.

This case is already on appeal (10th Circuit number 21-1232), so if the case is reversed all the costs will come back anyway, making this award premature at best, and coverable by a bond at worst.

Dated: August 17, 2021                    Respectfully Submitted,

/s/ Douglas Litowitz
413 Locust Place, Deerfield, IL 60015
312-622-2848; Litowitz@gmail.com

**Certificate of Service**
This document was filed on the ECF system for the District of Colorado on August 17, 2021.