# In the United States District Court
# for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV
—*Consolidated with* No. 19-cv-2637-RM-STV

---

Civil Action No. 19-cv-02443-RM-STV ("Li Plaintiffs")

**Derivatively:**

HSIN-YI WU, and QI QIN, in their capacity as limited partners of Colorado Regional Center Project Solaris LLLP,

Plaintiffs,

v.

COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,

Nominal Defendant,

And

**Directly:**

HSIN-YI WU, JUN LI, QI QIN, YI LIU, JIE YANG, YUQUAN NI, ZHONGZAO SHI, FANG SHENG, SHUNLI SHAO, KAIYUAN WU, ZHIJIAN WU, ZHONGWEI LI, SA WU, FAN ZHANG, LIN QIAO, JINGE HU, RUJUN LIU, YING XU, LU LI, CAO XIAOLONG, AND YUWEI DONG,

Plaintiffs,

v.

COLORADO REGIONAL CENTER LLC,
COLORADO REGIONAL CENTER I, LLC,
SOLARIS PROPERTY OWNER, LLC
SOLARIS PROPERTY OWNER I, LLC,
PETER KNOBEL, and
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP, and all Principals and ultimate owners of business entities pursuant to piercing of the limited liability veil,

Defendants.

Civil Action No. 19-cv-2637-RM-STV ("Cui Plaintiffs")

DIANWEN CUI, LEI GU, SUFEN LENG, XUE MEI, ZHOU MEI, YAN SONG, LU WANG, YUE WU, ZHUO YANG, JINGWEN ZHANG, LEI ZHANG, LING ZHANG, XIAOHONG ZHANG, QIN ZHOU, XUN ZHU, AND CHUNYI ZOU,

Plaintiffs,

v.

WAVELAND VENTURES LLC,
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,
SOLARIS PROPERTY OWNER, LLC
SOLARIS PROPERTY OWNER I, LLC, and
PETER KNOBEL,

Defendants.

## Defendants SPO, SPO I and Mr. Knobel's Statement re Costs Conferral

Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel (collectively, the "SPO Defendants"), through their attorneys Haddon, Morgan, and Foreman, P.C., submit this statement re their conferral on the SPO Defendants' proposed bills of costs for the *Li* action and the *Cui* action (Docs.347 & 346).

***Li* Plaintiffs.** We conferred with counsel for the *Li* Plaintiffs. Counsel for the *Li* Plaintiffs said he would pay "a pro-rated percentage of the annual Westlaw subscription, but that is it." The parties failed to reach an agreement on the SPO Defendants' requested costs.

***Cui* Plaintiffs.** We conferred with counsel for the *Cui* Plaintiffs. Earlier today, the *Cui* Plaintiffs gave notice that they do not object to the SPO Defendants' proposed bill of costs (Doc.346). Doc.388.

August 17, 2021

    Respectfully submitted,

    *s/ Ty Gee*
    Harold A. Haddon
    Ty Gee
    Christopher P. Montville
    HADDON, MORGAN AND FOREMAN, P.C.
    150 East Tenth Avenue
    Denver, CO 80203
    Tel 303.831.7364
    hhaddon@hmflaw.com; tgee@hmflaw.com; cmontville@hmflaw.com

    *Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*