\*\*\* NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME IN THE LOWER RIGHT CORNER OF THIS FORM (CHOOSE ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.\*\*\*

AO 133(Rev. 12/09) Bill of Costs
USDC Colo. Version – (Rev. (10/01/2020)

# BILL OF COSTS

| United States District Court | DISTRICT | DISTRICT OF COLORADO |
|---|---|---|
| v. | DOCKET NO. | |
| | CASE NO. | |

Judgment having been entered in the above entitled action on _____ against _____ the clerk is requested to tax the following as costs:

## BILL OF COSTS

| | |
|---|---|
| Fees of the clerk | $ |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) **Clerk: costs not awarded in light of objection stated by counsel for Li Plaintiffs, and particularly in light of prevailing case law that does not permit an award of CALR - computer assisted legal research, including Westlaw expenses. A request for an award of CALR is more appropriate** | $ |
| **Please review and comply with D.C.COLO.LCivR 54.1 in an attorneys' fees and _expenses_ motion. See Sorbo v. U.P.S., 435 F.3d 1169, 1180 (10th Cir. 2005); Jones v.Unisys (See Notice section on reverse side) Corp., 54 F.3d 624, 633 (10th Cir. 1995). The Clerk notes that the caselaw submitted by counsel are not circuit holdings, appear to apply to cases involving trial, and the Clerk frankly disagrees with the holdings.** | **$0.00** |
| TOTAL | $ |

**FILED UNITED STATES DISTRICT COURT DENVER, COLORADO Aug. 18, 2021 JEFFREY P. COLWELL, CLERK**

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney _____
Print Name _____    Phone Number _____

For: _____    Date _____
Name of Claiming Party

**Hearing held Aug. 18, 2021**

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: **Hearing held Aug. 18, 2021, Courtroom A201, counsel for SPO and CRC Defendants appeared in person; counsel for Li Plaintiffs appeared in person, counsel for Cui Plaintiffs filed statement of no objection [ECF 387, 388] and thus did not appear. The parties are reminded that pursuant to Fed. R. Civ. P. 54(d)(1), "On motion served within the next 7 days, the court may review the clerk's action."**

Costs are hereby taxed in the following amount and included in the judgment:

| Date and Time | |
|---|---|
| Amount Taxed $ | **$0.00** |
| (BY) DEPUTY CLERK | **s/ Edward Butler** |
| DATE: | **August 18, 2021** |

CLERK OF COURT
JEFFREY P. COLWELL