*** NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME IN THE LOWER RIGHT CORNER OF THIS FORM (CHOOSE ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.***

AO 133(Rev. 12/09) Bill of Costs

USDC Colo. Version – (Rev. (10/01/2020)

# BILL OF COSTS

| United States District Court | DISTRICT |
|---|---|
| | **DISTRICT OF COLORADO** |
| | DOCKET NO. |
| v. | |
| | CASE NO. |

Judgment having been entered in the above entitled action on

against _____ the clerk is requested to tax the following as costs:

## BILL OF COSTS

| | |
|---|---|
| Fees of the clerk | $ |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) **In light of the Cui Plaintiffs' statement of no objection (ECF 388) to the SPO Defendants' bill of costs, the costs are awarded. The clerk notes that such costs are typically not recoverable under the costs statute and applicable case law.** | $ |

**FILED UNITED STATES DISTRICT COURT DENVER, COLORADO Aug. 18, 2021 JEFFREY P. COLWELL, CLERK**

**Please review and comply with D.C.COLO.LCivR 54.1**

**(See Notice section on reverse side)**

**$1,001.29**

TOTAL $

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney _____

Print Name _____  Phone Number _____

For: _____  Date _____
Name of Claiming Party

| | |
|---|---|
| Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: **Hearing held Aug. 18, 2021, Courtroom A201, counsel for SPO and CRC Defendants appeared in person; counsel for Li Plaintiffs appeared in person, counsel for Cui Plaintiffs filed statement of no objection [ECF 387, 388] and thus did not appear. The parties are reminded that pursuant to Fed. R. Civ. P. 54(d)(1), "On motion served within the next 7 days, the court may review the clerk's action."** | Date and Time **Hearing held Aug. 18, 2021** |
| | Amount Taxed $ **$1,001.29** |
| Costs are hereby taxed in the following amount and included in the judgment: | (BY) DEPUTY CLERK **s/ Edward Butler** |
| CLERK OF COURT JEFFREY P. COLWELL | DATE: **August 18, 2021** |