*** NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME IN THE LOWER RIGHT CORNER OF THIS FORM (CHOOSE ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.***

AO 133(Rev. 12/09)  Bill of Costs
USDC Colo. Version – (Rev. 10/01/2020)

## BILL OF COSTS

| United States District Court | DISTRICT | DISTRICT OF COLORADO |
|---|---|---|
| Jun Li, et al., | DOCKET NO. | |
| v. | CASE NO. | |
| Waveland Ventures, LLC, et al. | | 19-cv-02443-RM-STV consolidated with 19-cv-2637-RM-STV |

Judgment having been entered in the above entitled action on June 14, 2021 as to CRC Defendants

against Li Plaintiffs   the clerk is requested to tax the following as costs:

### BILL OF COSTS

| | | |
|---|---|---|
| Fees of the clerk | $ | **0.00** ~~6.20~~ |
| Fees for service of summons and complaint | $ | - |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ | **914.41** ~~1122.66~~ |
| Fees and disbursements for printing | $ | |
| Fees for witnesses (itemized on reverse side) | $ | - |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ | 2369.36 |
| Docket fees under 28 U.S.C. § 1923 | $ | - |
| Costs incident to taking of depositions | $ | - |
| Costs as shown on Mandate of Court of Appeals | $ | - |
| Other costs (Please itemize) | $ | 100.02 |

*UNITED STATES DISTRICT COURT
DENVER, COLORADO
JEFFREY P. COLWELL, CLERK*
*FILED*
*Aug. 18, 2021*

**Please review and comply with D.C.COLO.LCivR 54.1**

**(See Notice section on reverse side)**   TOTAL   $   **$3,383.79** ~~3598.24~~

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney   /s/James D. Kilroy

| Print Name | James D. Kilroy | Phone Number | 303-634-2005 |
|---|---|---|---|
| For: | Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC | Date | 06/28/21 |
| | Name of Claiming Party | | |

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: **Hearing held Aug. 18, 2021, Courtroom A201, counsel for SPO and CRC Defendants appeared in person; counsel for Li Plaintiffs appeared in person, counsel for Cui Plaintiffs filed statement of no objection [ECF 387, 388] and thus did not appear. The parties are reminded that pursuant to Fed. R. Civ. P. 54(d)(1),**

Costs are hereby taxed in the following amount and included in the judgment:

CLERK OF COURT
JEFFREY P. COLWELL

| Date and Time | ~~7/13/2021 @ 9:30 a.m. Phone Hearing Requested~~ |
|---|---|
| Amount Taxed $ | **3,383.79** |
| (BY) DEPUTY CLERK | **s/ Edward Butler** |
| DATE: | **August 18, 2021** |

**"On motion served within the next 7 days, the court may review the clerk's action."**

**Clerk's note: the CRC Defendants' "Supplemental Information in Support of Proposed Bills of Costs' [ECF 382] is incorporated in this Taxation of Costs, namely Exhibit A, the Itemization of Costs Requested Pursuant to 28 U.S.C. §1920, and is attached at the end of this document.**

USDC Colo. Version - (Rev. 10/01/2020) AO 133

(Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| **Witness Fees (see 28 U.S.C. § 1821 for statutory fees and www.gsa.gov for locality per diem rates)** | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

## NOTICE

**Section 1920, Title 28, U.S. Code provides:**

A judge or clerk of any court of the United States may tax as costs the following:

(1)  Fees of the clerk and marshal;
(2)  Fees for printed or electronically recorded transcripts necessarily obtained for use in the case;
(3)  Fees and disbursements for printing and witnesses;
(4)  Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;
(5)  Docket fees under section 1923 of this title;
(6)  Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree.

See also **Sec. 1924, Verification of bill of costs** [and keep in mind the equivalent effect of declarations under 28 U.S.C. § 1746]:

Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

The **Federal Rules of Civil Procedure** provides as follows regarding costs:

**Rule 54(d)(1)**:  "Unless a federal statute, these rules, or a court order provides otherwise, costs - - other than attorney's fees - - should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action."

**D.C.COLO.LCivR 54.1 Taxation of Costs:**

Each judgment or final order shall indicate any party entitled to costs. Unless otherwise ordered, the clerk shall tax costs in favor of a prevailing party or parties. A bill of costs shall be filed on the form provided by the court within 14 days after entry of the judgment or final order. After filing a bill of costs and prior to appearing before the clerk, counsel and any unrepresented party seeking costs shall file a written statement that they have conferred as to disputes regarding costs. If all disputes are resolved, a stipulation specifying costs shall be filed with the court.



# INVOICE

**Invoice Date:** 10/07/2019
**Usage From:** 07/01/2019    **to:** 09/30/2019

### Account Summary

**Pages:**
Rate:
Subtotal:

**Audio Files:**
Rate:
Subtotal:

**Current Billed Usage:**

**Previous Balance:**

Current Balance:

| | |
|---|---|
| **Account #:** | |
| **Invoice #:** | 4413927-Q32019 |
| **Due Date:** | 11/12/2019 |
| **Amount Due:** | |

## Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My Account** section of the PACER Service Center website at pacer.gov.

The PACER Federal Tax ID is:

Questions about the invoice?
Visit **pacer.gov/billing**

**Total Amount Due:** 

### Seven More Courts Convert to NextGen CM/ECF

During the third quarter of 2019, seven more courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system. To date, 60 courts have converted, and more will follow in the coming months. For more information and updates on NextGen conversion, please continue to check your court's website. Below is a list of the most recent NextGen courts:

· Guam Bankruptcy Court
· Michigan Western District Court
· Missouri Eastern Bankruptcy Court
· New Mexico Bankruptcy Court
· Oklahoma Eastern District Court
· Oklahoma Northern District Court
· U.S. Court of Federal Claims

*Please detach the coupon below and return with your payment.* **Thank you!**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



| Account # | Due Date | Amount Due |
|---|---|---|
| | 11/12/2019 | |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

*Visit pacer.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Snell & Wilmer
Bobbi Case
One Arizona Center
400 E Van Buren Ave
Suite 1900 Floor 1
Phoenix, AZ 85004



| sharonhansen Sharon Hansen ( | ) | | 00PCL | 08/29/2019 |
| 78919.00001 | 2 | 0 | $0.20 | |
| sharonhansen Sharon Hansen ( | ) | | CODC | 08/29/2019 |
| 78919.00001 | 17 | 0 | $1.70 | |

| Subtotal | 19 pages | $1.90 |
| | 0 audio files ($ 2.40 ea) | $0.00 |



# INVOICE

Invoice Date: 01/07/2020

Usage From: 10/01/2019    to: 12/31/2019

## Account Summary

**Account #:**

**Pages:**     Q594595    **Invoice #:**    4509704-Q42019

Rate:

Subtotal:    **Due Date:**    02/10/2020

**Audio Files:**    **Amount Due:**

Rate:

Subtotal:

**Current Billed Usage:**

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

**Previous Balance:**

Current Balance:

See pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

**Total Amount Due:**

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My Account** section of the PACER Service Center website at pacer.gov.

## PACER Users Gain More Free Access in 2020

As of January 1, PACER usage fees are waived if they total $30 or less. The April 2020 billing statement will reflect the new waiver.

This is an increase from the previous $15 or less per quarter, and it will result in more than 75 percent of users paying no quarterly fee.

To learn more about PACER fees, check the electronic public access fee schedule on the Resources page at pacer.gov.

The PACER Federal Tax ID is:

Questions about the invoice?
Visit **pacer.gov/billing**

---

*Please detach the coupon below and return with your payment.* **Thank you!**



| Account # | Due Date | Amount Due |
|---|---|---|
| | 02/10/2020 | |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

*Visit pacer.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Snell & Wilmer
Mary Catherine Baker
1200 17th Street
Suite 1900
Denver, CO 80202



cojkil7675 James Kilroy (░░░░░░)                    CODC                    10/15/2019
78919.00001                          10        0    $1.00


Public Access to Court Electronic Records

# INVOICE

Invoice Date: 10/07/2020
Usage From: 07/01/2020 to: 09/30/2020

Account Summary

| | |
|---|---|
| **Account #:** | 4509704 |
| **Invoice #:** | 4509704-Q32020 |
| **Due Date:** | 11/10/2020 |
| **Amount Due:** | |

**Pages:**
Rate:
Subtotal:

**Audio Files:**
Rate:
Subtotal:

**Current Billed Usage:**

**Previous Balance:**

Current Balance:

## Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My Account** section of the PACER Service Center website at pacer.gov.

The PACER Federal Tax ID is:

Questions about the invoice?
Visit **pacer.gov/billing**

**Total Amount Due:** 

### New PACER Website Launches

The fully updated and redesigned PACER website launched in June, and it offers several new features to improve the user experience. The new site provides easier access to PACER and PACER-related applications.

The PACER website:
* Is mobile-friendly.
* Groups court-specific information all in one place.
* Provides an interactive way to find frequently asked questions.
* Features new accessibility tools.

Visit https://pacer.uscourts.gov to check out the new design, and to sign up for PACER announcements and other email updates.

---

*Please detach the coupon below and return with your payment.* **Thank you!**


Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| | 11/10/2020 | |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

---

*Visit pacer.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Snell & Wilmer
Mary Catherine Baker
1200 17th Street
Suite 1900
Denver, CO 80202

**EXHIBIT 1-3**



```
cojkil7675 James Kilroy (          )              CODC              07/07/2020
78919.00001              33        0    $3.30

Total                  33 pages                              $3.30
                        0 audio files ($ 2.40 ea)            $0.00
```

EXHIBIT 2-1

**United States District Court**
**District of Colorado**

Date: 11/04/2019
Invoice Number: 201900158

To:

**Mr. James D Kilroy**
**Snell & Wilmer (Denver)**
1200 17th Street, One Tabor Center, Suite 1900
Denver, CO, 80202
**Phone:** (303) 634-2000
**Email:** jkilroy@swlaw.com
**Assistant's Name:** Sandy Braverman
**Assistant's Email:** sbraverman@swlaw.com

Make Checks Payable To:

**Ms. Julie H. Thomas, RMR, CRR**
**Hedelson Reporting, LLC**
EIN / Tax ID: 26-3042349
901 19th Street
Room A256
Denver, CO, 80294
**Phone:** (303) 296-3056
**Email:** jht.reporter@gmail.com

Case Details:

**Case Number:** 19-cv-02443-STV
**Case Title:** Li, et al. vs. Waveland, et al.
**Case Description:** Transcription of Audio Recorded 10/22/19
Motion hearing 106 pp (unrestricted) 8 pp (restricted)
**Criminal or Civil:** Civil

**Proceeding Date:** Oct 22, 2019
**Courthouse:** Denver
**Judge Hearing Case:** Magistrate Judge Varholak

Transcripts:

**Date Ordered:** Oct 25, 2019
**Date Delivered:** Nov 04, 2019
**Transcripts Requested By:** Sandy Braverman

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| 14-Day Original | 114 | $4.25 | $484.50 |

**Total:** $484.50

**Amount Due:** $484.50

*/s/ Julie Thomas*



Patterson Transcription Company
P.O. Box 370837
Denver, CO 80231
scheduling@pattersontranscription.com
303-755-4536

# INVOICE

SNELL & WILMER, LLP - DENVER
ATTN: James Kilroy, Esq.
1200 Seventeenth Street
Suite 1900
Denver, CO  80202

**Invoice Number:** **105732**
Invoice Date:  01/23/2020

In Re:   Jun Li, et al. v. Colorado Regioinal Center Project Solaris, LLLP, et al.
         Witness(s): Rule 16(b) Scheduling Conference
         Attendance Date: 12/19/2019, 2:00 p.m.
         Reporter: Dyann Patterson

| Description | | Ext |
|---|---|---|
| Audio Transcript (Copy) | Bill of Costs | 15.30 |
| | | Invoice Total:   15.30 |
| | Li  Plaintiffs -  7.65 | |
| | Cui Plaintiffs -  7.65 | |

Carol Patterson
Patterson Transcription Company
P.O. Box 370837
Denver, CO 80231
303-755-4536

scheduling@pattersontranscription.com

March 3, 2020

Tamara Hoffschildt, FCRR, CRR, RMR
901 19th Street, Room A251
Denver, CO  80294

███████████

19-cv-2443 Li et al v Waveland Ventures, LLC


February 27, 2020 hearing.

30 pages

14-day rate @$4.25 per page

TOTAL DUE: $145.50

THANK YOU

**Bill of Costs:**
**Li Plaintiffs - $72.75**
**Cui Plaintiffs - $72.75**



Patterson Transcription Company
P.O. Box 370837
Denver, CO 80231
scheduling@pattersontranscription.com
303-755-4536

# INVOICE

SNELL & WILMER, LLP - DENVER
ATTN: James Kilroy, Esq.
1200 Seventeenth Street
Suite 1900
Denver, CO 80202

**Invoice Number:** **105874**
Invoice Date: 03/20/2020

In Re: Jun Li, et al. v. Colorado Regioinal Center Project Solaris, LLLP, et al.
Witness(s): Motion Hearing
Attendance Date: 03/02/2020, 1:30 p.m.
Reporter: Dyann Patterson

| Description | Ext |
|---|---|
| Audio Transcript | 169.75 |

Bill of Costs:

Li Plaintiffs - 84.88
Cui Plaintiffs - 84.87

Invoice Total: 169.75

Carol Patterson
Patterson Transcription Company
P.O. Box 370837
Denver, CO 80231
303-755-4536

scheduling@pattersontranscription.com

September 2, 2020

Tamara Hoffschildt, FCRR, CRR, RMR
12150 Forest Street
Thornton, CO  80241

19-cv-2443,     li, et al vs. Waveland Ventures,

Date of hearing: August 31, 2020

Number of pages 145

Page rate: ~~$4.85 (seven-day rate)~~

**145 pages X standard daily rate @$3.65
= $529.25  529.25/2 = 264.63
(Court reporter fees are set by a USDC General Order -
see:  http://www.cod.uscourts.gov/Portals/0/Documents/
Orders/Max_Transcript_Rates_2019.pdf**

Bill of Costs                          **TOTAL DUE: 703.25**

LI Plaintiffs - ~~351.63~~  **$264.63**     Thank you
Cui Plaintiffs - 351.62

June 12, 2021

Tamara Hoffschildt, FCRR, CRR, RMR
12150 Forest Street
Thornton, CO  80241

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-2443-RM-STV

JUN LI, et al,

   Plaintiffs,

vs.

COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, et al,

   Defendants.

Expedited transcript 50 pages @4.85 per page

Bill of Costs

Li Plaintiffs - 121.25

Cui Plaintiffs - 121.25

**TOTAL DUE: $242.50**

**0.00 - Costs not awarded**

THANK YOU

EXHIBIT 3-1

# Invoice

**Marathon Document Solutions, Inc.**

700 17th St. #800
Denver, CO 80202
(303) 607-9999



| DATE | INVOICE # |
|------|-----------|
| 10/24/2019 | 45640 |

| BILL TO | SHIP TO |
|---------|---------|
| Snell & Wilmer<br>1200 17th St., Suite 1950<br>Tabor Center<br>Denver, CO 80202 | Snell & Wilmer<br>1200 17th St., Suite 1950<br>Tabor Center<br>Denver, CO 80202 |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | MDS Job# |
|-------------|-------|-----|------|-----|--------|----------|
| 78919.000001 | Net 15 | TAR | 10/24/2019 | Free Delivery | Stefanie S. | 19100089 |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 3,132 | BBK | 8.5x11 B&W Prints | 0.10 | 313.20T |
| 2,112 | Color | 8.5 x 11 Color Laser | 0.79 | 1,668.48T |
| 64 | Tabs | Standard Tabs | 0.35 | 22.40T |
| 8 | 4TRB | 4" Three Ring Binder | 20.00 | 160.00T |
| | | Sales Tax | 8.31% | 179.84 |

| | **Total** | $2,343.92 |
|--|-----------|-----------|

EXHIBIT 3-2

## ACCOUNTING CHARGEBACK REPORT for 78919.00001


Novitex
ENTERPRISE SOLUTIONS

Project: **CRC101819**

Date: **10/18/2019**

Requestor: **Sanchez, Stefanie**

Extension: **2065**

Client: **Colorado Regional Center I, Llc - Limited Partners Claim**

| Scanning | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| B&W Straight Feed | 0.06/Pg | | |
| B&W Light Litigation | 0.09/Pg | | |
| B&W Medium Litigation | 0.11/Pg | | |
| B&W Heavy Litigation | 0.13/Pg | | |
| B&W Glass Work | 0.16/Pg | | |
| Color Standard | 0.105/Pg | | |
| Color Glass Work | 0.39/Pg | | |

| File Conversion | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Image File Conversion | 0.02/Pg | | |
| Native File Conversion/PDF/TIFF | 0.02/Pg | | |
| File Conversion Per Gig | 250/GB | | |

| OCR | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Searchable PDF | 0.01/Pg | | |
| OCR Text Files | 0.01/Pg | | |

| Document / Page Modifications | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Document Unitization (Breaks/Bookmarks) | 0.1/Doc | | |
| Document Naming | 0.25/Doc | | |
| Bates / Annotations | 0.005/Pg | 1288 | $6.44 |

| Data Extraction | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Data Extract Per Hour | 37/Hr | | |

| File Conversion | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Search Term Processing | 55/GB | | |

| Media Creation / Duplication | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| CD Burn | 10/Ea | | |
| DVD Burn | 15/Ea | | |
| Data Copy (Hard Drive) | | | |

| Printing | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| B&W Standard Print | 0.025/Pg | | |
| B&W 11x17 Print | 0.025/Pg | | |
| Color Standard Print | 0.1/Pg | | |
| Color 11x17 Print | 0.1/Pg | | |

| Labor | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| General Labor - SPLT | 50/Hr | 0.38 | $19.00 |
| Labor Credit | -22.85/Hr | | |
| Overtime - SPLT | 75/Hr | | |
| Overtime - CSA | 33.6/Hr | | |
| Overtime - TL | 36.29/Hr | | |

| Misc. | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Flat Fee | | | |

**EXHIBIT 3-2**

**ACCOUNTING CHARGEBACK REPORT for  78919.00001**



Notes:                                                                                                              Total:     **$25.44**

# Eagle County, Recorder

Transaction Number: 141899

Receipt Number: 201911547

Cashier By: eCommerce Agent | Cashier Date: 9/4/2019 11:33:56 AM

**Customer Info**
Email: jlward@swlaw.com
Name: Jamie Ward
Address: 1200 17th St., Ste 1900
Denver CO 80202 USA

**Payment**
Description: Credit card via web processing.
**Total: $5.37**

## Transaction Summary

Item #1
Name: CROSSROADS EAST ONE
Reverse Name: VAIL REINVESTMENT AUTHORITY
Doc Type: LIS PENDENS
Book/Page: 0/0
Reception Number: 200708929

Item#1 Fees
Fee description: Default web copy fees, doctypes mapped to this category by default. For custom webcopy fee, set SubCategory to (OverrideDefaultWebCopyFees).
**Fee: $4.50**

Pages to Copy:

Miscellaneous Items
(WEBConvFeeCC)For Web Transactions, this Miscellaneous doctype is a convenience fee holder. The fee is charged by the third-party credit card vendor like Colorado.gov, etc. for CC payments

Miscellaneous Item Fees
Fee description: For Web Transactions, the fee is charged by the third-party credit card vendor like Colorado.gov, etc. for CC payments.
**Fee: $0.87**

**Total: $5.37**

# Eagle County, Recorder

Transaction Number: 142497

Receipt Number: 201912126

Cashier By: eCommerce Agent | Cashier Date:9/16/2019 10:18:06 AM

**Customer Info**

Email: jlward@swlaw.com
Name: Jamie Ward
Address: 1200 17th St., Ste 1900
Denver CO 80202 USA
Account Balance: $0.00

**Payment**

Description: Credit card via web processing.
**Total: $2.30**

## Transaction Summary

Item #1
Name: COLORADO REGIONAL CENTER PROJECT
SOLARIS LLLP
Reverse Name: LIJUN
Doc Type: LIS PENDENS
Book/Page: /
Reception Number: 201915152

Item#1 Fees
Fee description: Default web copy fees, doctypes mapped to this
category by default. For custom webcopy fee, set SubCategory to
(OverrideDefaultWebCopyFees).
**Fee: $1.50**

Pages to Copy:

Miscellaneous Items
(WEBConvFeeCC)For Web Transactions, this
Miscellaneous doctype is a convenience fee holder. The
fee is charged by the third-party credit card vendor like
Colorado.gov, etc. for CC payments.

Miscellaneous Item Fees
Fee description: For Web Transactions, the fee is charged by the
third-party credit card vendor like Colorado.gov, etc. for CC
payments.
**Fee: $0.80**

**Total: $2.30**

## Eagle County, Recorder

Transaction Number: 146089                          Receipt Number: 201915594

Cashier By: eCommerce Agent | Cashier Date:11/15/2019 10:15:50 AM

**Customer Info**                            **Payment**
Email: jlward@swlaw.com                       Description: Credit card via web processing.
Name: Jamie Ward                              **Total: $4.35**
Address: 1200 17th St., Ste 1900
Denver CO 80202 USA
Account Balance: $0.00

## Transaction Summary

Item #1                                      Item#1 Fees
Name: WAVELAND VENTURES                       Fee description: Default web copy fees, doctypes mapped to this
Reverse Name: CUI,DIANWEN                     category by default. For custom webcopy fee, set SubCategory to
Doc Type: LIS PENDENS                         (OverrideDefaultWebCopyFees).
Book/Page: /                                  **Fee: $3.50**
Reception Number: 201919399
                                             Pages to Copy:

Miscellaneous Items                           Miscellaneous Item Fees
(WEBConvFeeCC)For Web Transactions, this      Fee description: For Web Transactions, the fee is charged by the
Miscellaneous doctype is a convenience fee holder. The   third-party credit card vendor like Colorado.gov, etc. for CC
fee is charged by the third-party credit card vendor like   payments.
Colorado.gov, etc. for CC payments.           **Fee: $0.85**

**Total: $4.35**

EXHIBIT 4-4



Pay to the order of:
Simplifile
5072 N 3
Provo UT
United Sta

Q608190

# Invoice

**#15 001 2486 83**

10/31/2019

**Bill To**

Snell & Wilmer, LLP
1200 Seventeenth Street, Suite 1900
Denver CO 80202
United States

**TOTAL**

**Due Date: 11/1/2019**

| Package Name - Processed Date | Description | Amount |
|---|---|---|
| | | |
| **COT3P8 - Order re Stricken Notice of Lis Pendens_Eagle County, CO_78919.00001_JLW - Processed on: 10/23/2019** | Submission Fee | $8.00 |
| **COT3P8 - Order re Stricken Notice of Lis Pendens_Eagle County, CO_78919.00001_JLW - Processed on: 10/23/2019** | Recording Fee | $23.00 |
| | | |
| **COT3P8 - Order to Show Cause_Eagle County_78919.1_JLW - Processed on: 10/24/2019** | Submission Fee | $8.00 |
| **COT3P8 - Order to Show Cause_Eagle County_78919.1_JLW - Processed on: 10/24/2019** | Recording Fee | $23.00 |

**Recording Fee Total**

**Submission Fee Total**

**Sales Tax Total**

**Total**

**Current Unpaid Balance**

Check Request Approval

Date: 11/4/2019
Amount to be Paid: $175.00
GL Acct Code: Various
Mail to Vendor: ☒
Return to Requestor: ☐
Approved by: _MCBahe_

78919.00001 = $31.00

78919.00001 = $31.00

RECEIVED
NOV 5 2019
ACCOUNTING

1 of 1

EXHIBIT 4-5



Pay to the order of:
Simplifile, LC
5072 N 300 W
Provo UT 84604
United States



Q609762

# Invoice

#15001303308

11/15/2019

**Bill To**

Snell & Wilmer, LLP
1200 Seventeenth Street, Suite 1900
Denver CO 80202
United States

**TOTAL**

## $31.00

Due Date: 11/16/2019

| Package Name - Processed Date | Description | Amount |
|---|---|---|
| COT3P8 - Release of Lis Pendens_Certified_Eagle County_78919.00001_JLW - Processed on: 11/12/2019 | Submission Fee | $8.00 |
| COT3P8 - Release of Lis Pendens_Certified_Eagle County_78919.00001_JLW - Processed on: 11/12/2019 | Recording Fee | $23.00 |

| | |
|---|---|
| Recording Fee Total | $23.00 |
| Submission Fee Total | $8.00 |
| Sales Tax Total | |
| Total | $31.00 |
| Current Unpaid Balance | $31.00 |

**Check Request Approval**

Date 11/18/2019
Amount to be Paid $31.00
GL Acct Code 78919.00001
Mail to Vendor ☒
Return to Requestor ☐
Approved by

1 of 1



Pay to the order of:
Simplifile, LC
5072 N 300 W
Provo UT 84604
United States



Q625051

# Invoice
## #15001516745
2/29/2020

**Bill To**

Snell & Wilmer, LLP
1200 Seventeenth Street, Suite 1900
Denver CO 80202
United States

**TOTAL**

**Due Date: 3/1/2020**

| Package Name - Processed Date | Description | Amount |
|---|---|---|
| COT3P8 - Minute Order-Invalid Lis Pendens_Eagle County_78919.1_JLW - Processed on: 2/28/2020 | Submission Fee | $8.00 |
| COT3P8 - Minute Order-Invalid Lis Pendens_Eagle County_78919.1_JLW - Processed on: 2/28/2020 | Recording Fee | $18.00 |

| | |
|---|---|
| Recording Fee Total | |
| Submission Fee Total | |
| Sales Tax Total | |
| Total | |
| Current Unpaid Balance | |

**78919.00001 = $26.00**
**Total:**

---

**Check Request Approval**

Date 3/2/20
Amount to be Paid $ 98.00
GL Acct Code See above
Mail to Vendor
Return to Requestor
Approved by MBaker

RECEIVED

MAR 03 2020

ACCOUNTING

# EXHIBIT A

**EXHIBIT A TO AMENDED BILL OF COSTS OF THE CRC DEFENDANTS**

**19-cv-02443-RM-STV** consolidated with 19-cv-2637-RM-STV

**Itemization of Costs Requested Pursuant to 28 U.S.C. §1920**

**FEES OF THE COURT CLERK NECESSARILY OBTAINED IN THE CASE – EXHIBIT 1**

<span style="color:red">Clerk's note: Costs listed by the CRC Defendants are apportioned evenly between the two sets of Plaintiffs. The apportionment appears reasonable and is permitted under the law. See Nat. Union Fire Ins. Co. v. Fed. Ins. Co., No. 13–cv–00079–PAB–KMT, 2017 WL 4163352 at *4 (D.Colo. Sept. 9, 2017).</span>

| Date | Vendor/Payee | Amount |
|---|---|---|
| 08/29/19 | Download of CRC Documents filed 08/29/19 VENDOR: Pacer Service Center Arizona #4413927; INVOICE#: 4413927-Q32019; INVOICE DATE: 11/12/19. Requested as recoverable cost per 28 U.S.C. § 1920(1). *See* Invoice at **EXHIBIT 1-1**. | $1.90 |
| 10/15/19 | Download of Various Court Filings VENDOR: Pacer Services Account DEN #4509704; INVOICE#: 4509704-Q42019; INVOICE DATE: 1/07/2020. Requested as recoverable cost per 28 U.S.C. § 1920(1). *See* Invoice at **EXHIBIT 1-2**. | $1.00 |
| 07/07/20 | Download of Various Court Filings VENDOR: Pacer Services Account DEN #4509704; INVOICE#: 4509704-Q32020; INVOICE DATE: 10/07/2020. Requested as recoverable cost per 28 U.S.C. § 1920(1). *See* Invoice at **EXHIBIT 1-3**. | $3.30 |
| | **TOTAL:** | ~~$ 6.20~~ <span style="color:red">0.00</span> |

<span style="color:red">Withdrawn by CRD Defendants</span>

**FEES OF THE COURT REPORTER FOR ALL OR ANY PART OF THE TRANSCRIPT NECESSARILY OBTAINED IN THE CASE – EXHIBIT 2**

| Date | Vendor/Payee | Amount |
|---|---|---|
| 10/22/19 | Transcript of 10/22/19 Hearing re Li Motion for Preliminary Injunction - VENDOR: Hedelson Reporting, LLC; INVOICE#: 201900158 INVOICE DATE 11/05/19. Requested as recoverable cost per 28 U.S.C. § 1920(2); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs statute allows a judge or clerk of | $484.50 |

<span style="color:red">Used by CRC defendants in the record of the case - see ECF 184, CRC's Response to Prelim. Injunction motion, as Ex. D.</span>

<span style="color:red">Awarded</span>

| Date | Vendor/Payee | Amount |
|---|---|---|
| | any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'").<br><br>*See* Invoice at **EXHIBIT 02-1** | |
| 12/19/19 | Transcript of 12/19/19 Scheduling Conference for Li and Cui Matters - VENDOR: Patterson Reporting & Video; INVOICE#: 105732; INVOICE DATE: 1/27/2020. Requested as recoverable cost per 28 U.S.C. § 1920(2); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs statute allows a judge or clerk of any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'").<br><br>*See* Invoice at **EXHIBIT 02-2**. | $7.65 |
| 02/27/20 | Transcript of 02/27/20 Hearing re Li Plaintiffs for Declaratory Relief Authorizing the Li Plaintiffs to Record a Lis Pendens and CRC Defendants Order Show Cause to Remove a Lis Pendens Filed by the Cui Plaintiffs- PAYEE: Tamara Hoffschildt; REQUEST#: 653710; INVOICE DATE: 3/3/2020. Requested as recoverable cost per 28 U.S.C. § 1920(2); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs statute allows a judge or clerk of any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'").<br><br>*See* Invoice at **EXHIBIT 02-3**. | $72.75 |
| 03/02/20 | Transcript of 3/2/2020 hearing re Li and Cui Motions for Leave to Amend Complaints - Patterson Transcription Company. INVOICE#: 105874; INVOICE DATE: 3/20/2020. Requested as recoverable cost per 28 U.S.C. § 1920(2); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs statute allows a judge or clerk of any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'").<br><br>*See* Invoice at **EXHIBIT 02-4**. | $84.88 |
| 08/31/20 | Transcript of 08/31/20 Hearings re Motions to Dismiss Li/Cui Complaint and Cui Motion for Appointment of Receiver PAYEE: Tamara Hoffschildt; REQUEST#: 662588; INVOICE DATE: 9/2/2020. Requested as recoverable cost per 28 U.S.C. § 1920(2); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs | ~~$351.63~~<br><br>$264.63 |

**Used by CRC defendants - see ECF 127, Mtn. to Strike Amended Complaint as Ex. B; also, in ECF 308, Notice of Case Association**

**Awarded, no objection from Li Plaintiffs**

**Used by CRC defendants - see ECF 184, Response to Prelim. Injunction motion; also in ECF 203, Motion to Dismiss.**

**Awarded, no objection from Li Plaintiffs**

**Used by CRC defendants - see ECF 203, Motion to Dismiss.**

**Used by CRC defendants - see ECF 304, Response to Motion for Reconsideration.**

**The Clerk reduced the amount from an expedited rate - the ordering of the transcript was not done by court order - to the standard 30-day rate. See Invoice, ex. 02-5, for details.**

| Date | Vendor/Payee | Amount |
|------|--------------|--------|
| | statute allows a judge or clerk of any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'"). *See* Invoice at **EXHIBIT 02-5**. | |
| 06/14/21 | Transcript of 06/07/21 Hearing re CRC Defendant's Motion to Dismiss Chi Plaintiffs Third Amended Complaint, and LI Plaintiffs' Third Amended Complaint; Li Plaintiffs' Motion to Dismiss Counterclaim by CRC Defendants; SPO Defendants Motion to Dismiss the LI and Cui Complaints; The Cui Plaintiffs' Motion for Receiver and Li Plaintiffs' Motion for Sanctions PAYEE: Tamara Hoffschildt; REQUEST#:061421; INVOICE DATE: 09/12/21. Requested as recoverable cost per 28 U.S.C. § 1920(2); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs statute allows a judge or clerk of any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'"). *See* Invoice at **EXHIBIT 02-6**. | ~~$121.50~~ **Not awarded - this transcript appears to have been ordered for counsel's convenience and for future use in the event of more pretrial motion briefing.** |
| | **TOTAL:** | ~~$1,122.66~~ |

<span style="color:red">**$914.41**</span>

**FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS NECESSARILY OBTAINED FOR USE IN THE CASE – EXHIBIT 3**

| Date | Vendor/Payee | Amount |
|---|---|---|
| 10/24/19 | Charges for Exhibits for Li Preliminary Injunction Hearing. VENDOR: Marathon Document Solutions, Inc.; INVOICE#: 45640; INVOICE DATE 10/24/19 PAID DATE: 11/12/2019 – Requested as recoverable cost per 28 U.S.C. § 1920(4); *see Entek Grb, LLC v. Stull Ranches, LLC*, No. 11-CV-01557-PAB-KLM, 2016 WL 4733166, at *4 (D. Colo. Sept. 12, 2016) (costs for copies of exhibits at preliminary injunction hearing "reasonably necessary for use in the case at the time the expenses were incurred."). <br><br> *See* Invoice at **EXHIBIT 3-1**. | 2343.92 |
| 10/18/19 | Charges for Exhibits for 10/22/19 Li Preliminary Injunction Hearing. NOVITEX LITIGATION SUPPORT SERVICES-PHX Litigation Support Services.  Requested as recoverable cost per 28 U.S.C. § 1920(4); *see Entek Grb, LLC v. Stull Ranches, LLC*, No. 11-CV-01557-PAB-KLM, 2016 WL 4733166, at *4 (D. Colo. Sept. 12, 2016) (costs for copies of exhibits at preliminary injunction hearing "reasonably necessary for use in the case at the time the expenses were incurred."). <br><br> *See* Invoice at **EXHIBIT 3-2**. | 25.44 |
| | **TOTAL:** | **2,369.36** |

<span style="color:red">**Clerk: all copying charges awarded - all appear to be generated by the evidentiary preliminary injunction hearing of 10/22/19, with a substantial amount of exhibits and volumes of exhibit binders, with both color and black & white copies, produced pursuant to the operative judicial practice standards in place, Judge Moore's. See <u>Practice Standards, Exhibit Notebooks</u>, p. 7: http://www.cod.uscourts.gov/Portals/0/Documents/Judges/RM/RM_Civil_Practice_Standards_Aug19.pdf**</span>

**MISCELLANEOUS – EXHIBIT 4**

| Date | Vendor/Payee | Amount |
|------|--------------|--------|
| 09/04/19 | Eagle County Recorder Eagle County Recorder Charges for web copy of Lis Pendens VENDOR: Chase Purchasing Cards INVOICE#: 092419 DATE: 9/24/2019  CO COUNTY SERVICES. Requested as recoverable cost per 28 U.S.C. §1920 (1), (4); *see Tilton v. Capital Cities/ABC, Inc.*, 115 F.3d 1471, 1476 (10th Cir. 1997) (holding district court did not abuse its discretion in awarding costs for imaged documents and copying third-party documents that were reasonably necessary to the litigation). <br><br> *See* Invoice at **EXHIBIT 4-1**. | $5.37 |
| 09/16/19 | Eagle County Recorder Charges for web copy of  Li Lis Pendens VENDOR: Chase Purchasing Cards INVOICE#: 102419 DATE: 10/24/2019  CO COUNTY SERVICES. Requested as recoverable cost per 28 U.S.C. §1920 (1), (4); *see Tilton v. Capital Cities/ABC, Inc.*, 115 F.3d 1471, 1476 (10th Cir. 1997) (holding district court did not abuse its discretion in awarding costs for imaged documents and copying third-party documents that were reasonably necessary to the litigation). <br><br> *See* Invoice at **EXHIBIT 4-2**. | $2.30 |
| 11/15/19 | Eagle County Recorder Eagle County Recorder Charges for web copy of Lis Pendens VENDOR: Chase Purchasing Cards INVOICE#: 112619 INVOICE DATE: 11/15/2019  CO COUNTY SERVICE.  Requested as recoverable cost per 28 U.S.C. §1920 (5). <br><br> *See* Invoice at **EXHIBIT 4-3**. | $4.35 |
| 11/23/19 | Order Re Stricken Notice of Lis Pendens - Eagle County VENDOR: Simplifile - Denver -  Acct: COT3P8; INVOICE#: 15001248683; INVOICE DATE: 10/31/2019. Requested as recoverable cost per 28 U.S.C. §1920 (5). <br><br> *See* Invoice at **EXHIBIT 4-4**. | $31.00 |
| 11/12/19 | Release of Lis Pendens Certified Eagle County - VENDOR: Simplifile - Denver -  Acct: COT3P8; INVOICE#: 15001303308; Invoice DATE: 11/15/2019.  Requested as recoverable cost per 28 U.S.C. §1920 (5). | $31.00 |

| Date | Vendor/Payee | Amount |
|------|--------------|--------|
| | *See* Invoice at **EXHIBIT 4-5**. | |
| 02/28/20 | Submission/Recording Fee - Minute Order - Invalid Lis Pendens - VENDOR: Simplifile - Denver - Acct: COT3P8; INVOICE#: 15001516745; INVOICE DATE 2/29/20. Requested as recoverable cost per 28 U.S.C. §1920 (5). <br><br> *See* Invoice at **EXHIBIT 4-6**. | 26.00 |
| | **TOTAL MISC. LIS PENDENES:** | **$100.02** |

<span style="color:red">**Awarded, no objection**</span>