# In the United States District Court
# for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV
—*Consolidated with* No. 19-cv-2637-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## SPO Defendants' Motion for a One-Day Extension of Time to File Their Response to the Court's Rule 59(e) Order

    Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel (collectively, the "SPO Defendants"), through their attorneys Haddon, Morgan, and Foreman, P.C., move under Federal Rule of Civil Procedure 6(b) for a one-day extension of time to file their response to the Court's Rule 59(e) Order (Doc.377).

    *Conferral.* Because of the late hour, I have not conferred with counsel for the *Cui* Plaintiffs (the SPO Defendants' response to the Rule 59(e) Order would only relate to attorney fees for which the *Cui* Plaintiffs or their counsel would be responsible). I sent this evening an email request for conferral and will report the results of that conferral as soon as possible tomorrow.

    1.    The SPO Defendants' response to the Court's Rule 59(e) Order is due today. Doc.377 at 16.

2. I am the lawyer responsible for preparing the response. Mr. Montville just returned today from an out-of-state vacation. Another lawyer whom I would call upon to assist departed the firm earlier this month for a judicial clerkship.

3. Although I have made significant progress in preparing the response, I have not been able to complete it. I have been reviewing line-by-line monthly invoices going back to October 2019. It has been a time-consuming undertaking.

4. I respectfully submit that no parties will be prejudiced by a one-day extension of time for the SPO Defendants to file their response to the Court's Rule 59(e) Order.

The SPO Defendants respectfully request that the Court extend by one day the deadline for them to respond to the Rule 59(e) Order.

August 23, 2021

Respectfully submitted,

*s/ Ty Gee*
Harold A. Haddon
Ty Gee
Christopher P. Montville
HADDON, MORGAN AND FOREMAN, P.C.
150 East Tenth Avenue
Denver, CO 80203
Tel 303.831.7364
hhaddon@hmflaw.com; tgee@hmflaw.com; cmontville@hmflaw.com

*Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*