# In the United States District Court for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV
—*Consolidated with* No. 19-cv-2637-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## SPO Defendants' Supplemental Certificate of Conferral re Motion for a One-Day Extension of Time to File Their Response to the Court's Rule 59(e) Order

I certify I conferred with counsel for the *Cui* Plaintiffs regarding the SPO Defendants' motion for a one-day extension of time to file their response to the Court's Rule 59(e) Order (Doc.377). The *Cui* Plaintiffs do not object to the relief requested. (As I mentioned in the extension motion, I did not confer with counsel for the *Li* Plaintiffs because our response to the Rule 59(e) order only provides information on fees relating to the *Cui* Plaintiffs.)

August 24, 2021

        Respectfully submitted,

        *s/ Ty Gee*
        Harold A. Haddon
        Ty Gee
        Christopher P. Montville
        HADDON, MORGAN AND FOREMAN, P.C.
        150 East Tenth Avenue
        Denver, CO 80203
        Tel 303.831.7364
        hhaddon@hmflaw.com; tgee@hmflaw.com; cmontville@hmflaw.com

        *Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*