☑ Auto-Load Images

**Specific Pages:** [    ]

[Add to Cart]

**Book / Page:** ◀ ▶ [    ] / [Go]

**Reception Number:** ◀ ▶ 202109230 [Go]

◀ Search Results ▶

**EXHIBIT 1**
2 of 3

| | |
|---|---|
| Record Date: | 4/22/2021 |
| Book Type: | RE - Real Estate Book |
| Book / Page: | / |
| Reception #: | 202109230 |
| Secondary #: | |
| Number of Pages: | 41 |
| Doc Type: | 159 - DEED OF TRUST |
| Amount: | $7,275,000.00 |
| Grantor: | COLORADO REGIONAL CENTER PROJECT SOLARIS |
| Grantee: | THOROFARE ASSET BASED LENDING REIT FUND V |
| Document Date: | 4/21/2021 |
| # of Mining Claims: | 0 |
| Doc Legal: | SUB RESIDENCES AT SOLARIS-VAIL LOT 2A SOUTH |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT 3E EAST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT 4D EAST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT 4G WEST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT 5C WEST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT 5E WEST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT 5G WEST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT 6D EAST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT 6E EAST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT 7E EAST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT 7E WEST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT PENT E EAST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT PENTHOUSE C EAST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT PENTHOUSE C WEST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT PENTHOUSE E WEST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT PENTHOUSE G WEST |
| Reverse Related Doc: | 202117467 |

**Specific Pages:**

[Add to Cart]

**Book / Page:** ☐☐ / [Go]

**Reception Number:** ☐☐ 202113539 [Go]

Search Results

| | |
|---|---|
| Record Date: | 6/9/2021 |
| Book Type: | RE - Real Estate Book |
| Book / Page: | / |
| Reception #: | 202113539 |
| Secondary #: | |
| Number of Pages: | 4 |
| Doc Type: | 126 - DEED |
| Consideration: | $2,800,000.00 |
| Grantor: | COLORADO REGIONAL CENTER PROJECT SOLARIS |
| Grantee: | SOL 6E LLC |
| Document Date: | 5/28/2021 |
| # of Mining Claims: | 0 |
| Doc Legal: | SUB RESIDENCES AT SOLARIS-VAIL LOT 6E EAST |
| Deliver To: | First Title and Escrow Inc<br>15 w. gude drive<br>Rockville, MD 20850 |
| # of TD1000 pages: | 0 |
| Parcel: | Property Appraiser<br>Tax Collector |
| Doc fee: | $0.00 |

**EXHIBIT** 2 f 3

Eagle County Clerk & Recorder

202117467  HELP
Auto-Load Images

**Specific Pages:**

Add to Cart

**Book / Page:** [ ] / [Go]

**Reception Number:** [ ] 202117467 [Go]

Search Results

| | |
|---|---|
| Record Date: | 8/3/2021 |
| Book Type: | RE - Real Estate Book |
| Book / Page: | / |
| Reception #: | 202117467 |
| Secondary #: | |
| Number of Pages: | 7 |
| Doc Type: | 46 - ASSIGNMENT OF DEED OF TRUST |
| Grantor: | COLORADO REGIONAL CENTER PROJECT SOLARIS THOROFARE ASSET BASED LENDING REIT FUND V |
| Grantee: | PACIFIC PREMIER BANK |
| Document Date: | 6/11/2021 |
| Doc Legal: | SUB RESIDENCES AT SOLARIS-VAIL LOT 2A SOUTH |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT 3E EAST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT 4D EAST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT 4G WEST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT 5C WEST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT 5E WEST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT 5G WEST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT 6D EAST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT 6E EAST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT 7E EAST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT 7E WEST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT PENT E EAST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT PENTHOUSE C EAST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT PENTHOUSE C WEST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT PENTHOUSE E WEST |
| | SUB RESIDENCES AT SOLARIS-VAIL LOT PENTHOUSE G WEST |
| Related Doc: | 202109230 [159] |
| Deliver To: | REFS INC A CALIFORNIA CORP |
| | 9070 Irvine Center Dr., #120 |

EXHIBIT 3 of 3