

Colorado Secretary of State
ID#: 20211321168
Document #: 20211321168
Filed on: 03/31/2021 11:06:55 AM
Paid: $50.00

# Articles of Organization for a Limited Liability Company

filed pursuant to § 7-90-301 and § 7-80-204 of the Colorado Revised Statutes (C.R.S.)

**The domestic entity name of the limited liability company is** Sol 6 E LLC

**The principal office street address is** 141 E Meadow Drive
6E
East Vail CO 81657
US

**The principal office mailing address is** C/O Alejandro Garcia, 1251 Avenue of the Americas
37th Floor
New York NY 10020
US

**The name of the registered agent is** COGENCY GLOBAL INC.

**The registered agent's street address is** 7700 E Arapahoe Road
Suite 220
Centennial CO 80112
US

**The registered agent's mailing address is** 7700 E Arapahoe Road
Suite 220
Centennial CO 80112
US

The person above has agreed to be appointed as the registered agent for this limited liability company.

**The management of the limited liability company is vested in** Managers

There is at least one member of the limited liability company.

**Person(s) forming the limited liability company**

Alejandro Garcia
1251 Avenue of the Americas
37th Floor
New York NY 10020
US

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., and, if applicable, the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

**Name(s) and address(es) of the individual(s) causing the document to be delivered for filing**

Alejandro Garcia
1251 Avenue of the Americas
37th Floor
New York NY 10020
US