# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, et al.
    Plaintiffs,

                 Hon. Judge Moore
    v.             Hon. Magistrate Varholak

Colorado Regional Center I, LLC,
Solaris Property Owner I LLC, et al.
    Defendants.

## Li Plaintiffs' Supplemental Authority on CRC Defendants' Motion for Attorney Fees under Fee-Shifting Statute for Tort Actions

  Pending before this Court are motions by the CRC Defendants and SPO Defendants [ECF 274, 344] for attorney fees under a fee-shifting statute applicable only to actions in tort. Colo. Rev. Stat. §13-17-201.

  The Li Plaintiffs' response to SPO [ECF 354] cited a case that was accidentally omitted from its response to CRC [ECF 278], but should apply across the board to CRC's motion as well. In an abundance of caution it is being submitted as supplemental authority.

  The case is *Bermel v. BlueRadios*, Inc., 440 P.3d 1150, 1157 (Colo. 2019), in which the Colorado Supreme Court said, "We need not resolve today whether a claim for civil theft under section §18-4-405 is a claim sounding in tort".

  *Bermel* obviates the Li Plaintiffs' concession in ECF 278 that its count for civil theft is a tort claim. It also erases the concession that 20% of the operative complaint, i.e. one count out of five, falls within the fee-shifting statute. Again, this authority was cited to the Court in response to the SPO request for attorney fees, but it applies with equal force to CRC's request.

2

Dated: September 10, 2021                    Respectfully Submitted,


/s/ Douglas Litowitz
413 Locust Place,
Deerfield, IL 60015
312-622-2848
Litowitz@gmail.com




**Certificate of Service**

This document was filed on the ECF system for the District of Colorado on September 10, 2021 and thereby sent to all counsels of record.