**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:19-cv-02443-RM-STV;
Consolidated with Civil Action No. 1:19-cv-02637

Li, *et al*.,

    Plaintiffs,

v.

Waveland Ventures, LLC, *et al*.,

    Defendants.

---

**D.C.COLO.LCivR 3.2 NOTICE OF RELATED CASE**

---

Defendants Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC (collectively, the "CRC Defendants"), by and through undersigned counsel, hereby file this Notice of Related Case, under D.C.COLO.LCivR 3.2, stating as follows:

    1.    Attached hereto is a "Derivative Complaint for Breach of Contracts and Jury Demand," filed in the District Court, Denver County, State of Colorado, on September 15, 2021 by Hsin-Yi Wu and Qi Qin, two of the Li Plaintiffs in this case, and "similarly situated limited partners." *See* **Exhibit A** ("State Court Action").

    2.    It appears that the Li Plaintiffs retained separate counsel for the State Court Action, as the pleading is signed by Jakob Norman of the firm Jordan Herington & Rowley.

    3.    Colorado Regional Center Project Solaris LLLP is named as a nominal defendant in the State Court Action.

1

4. Thus, the State Court Action constitutes a "related case" under D.C.COLO.LCivR 3.2.

DATED: September 20, 2021

> /s/James Kilroy
> James Kilroy
> Stephanie A. Kanan
> SNELL & WILMER L.L.P.
> 1200 Seventeenth Street, Suite 1900
> Denver, Colorado 80202
> Telephone: 303.634.2000
> Facsimile: .303.634.2020
> Email: jkilroy@swlaw.com
> Email: skanan@swlaw.com
> ***Counsel for Colorado Regional Center I, LLC, Colorado Regional Center, LLC, and Waveland Ventures, LLC***

2

4835-1824-5883.1

**CERTIFICATE OF SERVICE**

This is to certify that on September 20, 2021, a true and correct copy of the above and foregoing **NOTICE OF RELATED CASE** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Hubert Kuo
Brian P. Stewart
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Harold A. Haddon
Ty Gee
Christopher P. Montville
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

*s/Sandy Braverman*
for Snell & Wilmer L.L.P.

3

4835-1824-5883.1