**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**September 29, 2021**

_____

**Christopher M. Wolpert**
**Clerk of Court**

| | |
|---|---|
| JUN LI, et al., | |
|     Plaintiffs - Appellants, | |
| and | |
| DIANWEN CUI, et al., | |
|     Plaintiffs, | |
| v. | No. 21-1232 |
| COLORADO REGIONAL CENTER I, LLC, et al., | (D.C. Nos. 1:19-CV-02443-RM-STV & 1:19-CV-02637-RM-STV) (D. Colo.) |
|     Defendants - Appellees. | |

_____

| | |
|---|---|
| DIANWEN CUI, et al., | |
|     Plaintiffs - Appellants, | |
| and | |
| JUN LI, et al., | |
|     Plaintiffs, | |
| v. | No. 21-1253 |
| COLORADO REGIONAL CENTER LLC, et al., | (D.C. Nos. 1:19-CV-02443-RM-STV & 1:19-CV-02637-RM-STV) (D. Colo.) |
|     Defendants - Appellees, | |
| and | |

PETER KNOBEL,

    Defendant.

_____

**ORDER**

_____

These matters are before the court on a status report filed by the Li Plaintiffs, advising that the district court has not yet completed its ruling on defendants-appellees Solaris Property Owner, LLC, Solaris Property Owner I, LLC and Peter Knobel's *Motion to Amend the Judgment or, in the Alternative for Findings and Order on PSLRA Attorney Fees* [ECF No. 341]. The court notes that the district court ordered supplemental briefing on remaining issues it identified [ECF No. 377], and that the parties appear to have completed the requested briefing. [*See* ECF Nos. 381, 399, 400, 404]. The court further notes that the Cui Plaintiffs did not file a status report in this court as directed.

Upon consideration:

1. The court continues the abatement of both appeals pending the district court's full resolution of the *Motion to Amend the Judgment or, in the Alternative for Findings and Order on PSLRA Attorney Fees* [ECF No. 341] and the related issues the district court identified [ECF No. 377], including, as applicable, the district court's entry of an amended judgment;

2. The court will not require additional status reports from either the Li Plaintiffs or the Cui Plaintiffs regarding the status of the district court proceedings;

3. The court reminds the parties that "[a]n application for an order or other relief" must be made "by motion unless these rules prescribe another form," *see* Fed. R. App. P. 27(a)(1), and that any such request must comply with the requirements set forth in Fed. R. App. P 27 and 10th Cir. R. 27.1; and

4. The court denies any requests for relief the Li Plaintiffs embedded in the status report without prejudice to their renewal upon full compliance with the applicable rules.

                                Entered for the Court
                                CHRISTOPHER M. WOLPERT, Clerk

                                by: Lisa A. Lee
                                    Counsel to the Clerk