## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, et al.
        Plaintiffs,

        v.

Colorado Regional Center I, LLC,
Solaris Property Owner I LLC, et al.
        Defendants.

Hon. Judge Moore
Hon. Magistrate Varholak

## NOTICE OF ATTORNEY'S CHARGING LIEN

## FOR "LI PLAINTIFFS"

## AND

## NON-REPRESENTED PERSONS IN THE DIVERSITY LAWSUIT

**LIENOR:** Law Office of Douglas Litowitz
**NOTICE:** To all Interested Parties and Counsels of Record

**WHEREAS**, one or more law firms are soliciting, approaching, and/or offering to be replacement counsel for attorney Litowitz, to represent both the current and former Li Plaintiffs as well as currently unrepresented investors in Colorado Regional Center Project Solaris LLLP ("CRCPS") who stand to benefit from counsel's work for the Li Plaintiffs in this derivative action.

**THEREFORE, PLEASE TAKE NOTICE** that pursuant to the provisions of Colo. Rev. Stat. §12-5-119, attorney Litowitz claims an attorney's charging lien on any monies, properties, choses in action, claims, demands, benefits, interests,

securities, redemptions, or other items of value, choate or inchoate, of any kind or description, whenever accrued or maturing, that are **obtained by either judgment or settlement** ("Proceeds").  As this is a derivative action, the term "Proceeds" specifically includes recovery that is either direct to limited partners or derivative to the limited partners via direct recovery to CRCPS.  The undersigned states as follows:

1. Attorney Litowitz was retained by the "Li Plaintiffs" whose names appear attached.

2. The Li Plaintiffs who remain clients as of this date are referred to as "Current Clients" and those who withdrew are referred to as "Former Clients."

3. Each Li Plaintiff signed a retainer agreement with attorney Litowitz calling for, *inter alia*, a recovery fee of 10% to 12.5%, and containing a *quantum meruit* clause: "You are free to cancel this Agreement at any time.  However, if you recover investment as the results of our work, we will be entitled to a portion of such recovery to cover prorated legal fees and costs at $400 per hour."  The "Retainer Agreement" is attached.

4. Colo. Rev. Stat. §12-5-119 provides that all attorneys shall have a lien on any "money, property, choses in action, or claims and demands" in which the lawyer "assisted in obtaining" (a "Charging Lien").

5. A Charging Lien extends to settlements assisted or occasioned by a previous attorney. See, e.g., *Cope v. Woznicki*, 140 P.3d 239, 241 (Colo. Ct. App. 2006)(a Charging Lien may arise "from services provided by the attorneys prior to withdrawal for which they were entitled to be compensated. As such, their lien attaches to the settlement proceeds.")

6. This action is derivative in nature, and thus any benefits to CRCPS will redound not only to the Li Plaintiffs but also to unrepresented limited partners who stand to benefit by virtue of attorney Litowitz's work (such persons "Unrepresented Persons").

7. Attorney Litowitz thereby claims two Charging Liens -- one for Current/Former Clients, and another for Unrepresented Persons.

8. For Current and Former Clients, attorney Litowitz claims a Charging Lien at the percentage set forth in their Retainer Agreement, or quantum meruit at $400 per hour, against any Proceeds.

9. For Unrepresented Persons, attorney Litowitz claims a Charging Lien to be set by the Court against any Proceeds.

10. If the case is remanded and Proceeds are obtained in the name of CRCPS, attorney Litowitz claims a Charging Lien against such recovery as if it was prorated to each investor.

11. The Charging Lien applies to Proceeds obtained in any manner, including any settlement negotiated outside attorney Litowitz.

12. A federal court may enforce the charging lien statute of the state in which it sits, which in this case is Colorado.

13. Notwithstanding the foregoing, attorney Litowitz disclaims any Charging Lien against parties known by him to be represented.

Dated: October 11, 2021

Respectfully Submitted,

/s/ Douglas Litowitz
413 Locust Place,
Deerfield, IL 60015
312-622-2848
Litowitz@gmail.com

## Certificate of Service

This document was filed on the ECF system for the District of Colorado on October 11, 2021 and thereby sent to all counsels of record and to the Clerk.

1 Zhongzao Shi

2 Quanzhi Din

3 Hui Zhang

4 Yi Liu

5 Li Fang

6 Lin Song (withdraw)

7 Man YU

8 Jie Rong

9 Tao Jiang

10 Wen Chen

11 Yudong Cso

12 Yuquan Ni

13 Zhijian Wu

14 Zhongwei Li

15 Jun Li

16 Jie Yang

17 Qi Qin

18 Lu Li

19 Qiao Lin

20 Qinfang Yu

21 Rujun Liu

22 Shunli Shao

23 Kaiyuan Wu

24 Sha Wu

25 Zhang Fan

26 Ruolin Dong

27 Zhang Fan

28 Yuang

29 Jinge Hu

30 Xiaoling Li

31 Yuwei Dong

32 Hsinyi Wu (withdraw)            33 Yuan Bi                34 Lijun Sun

**DOUGLAS LITOWITZ**
**Attorney at Law**
**413 Locust Place, Deerfield, IL 60015**
**+1-312-622-2848   Litowitz@gmail.com**

BY EMAIL ATTACHMENT

Re: <u>Colorado Solaris</u>

Dear Client,
亲爱的客户，

This letter sets forth the terms by which Douglas Litowitz will represent you as an attorney in your negotiations and dispute with Colorado Regional Center Project Solaris LLLP (the "LLLP"), Colorado Regional Center, and their respective affiliates in the Colorado Solaris Project. You will be added as a plaintiff in the case number 19-cv-02443 in the federal district court of Colorado.

这封信列出 Douglas Litowitz 将作为您的律师在代表您与 Colorado Regional Center Project Solaris LLLP ("LLLP") 和 区域中心及其各自的附属机构位于的争议谈判。您将会加入科州联邦庭按号 19-cv-02443 的起诉案件。

We will represent you to demand that they return your Capital Contribution of $500,000 and your Administrative Fee plus any appreciation. We will try our hardest to get you the best return possible within the law.

我们将代表您要求他们退还您的资本捐款５０万美元和您的行政费用以及投资项目市场增值部分。我们将尽最大的努力争取您的最大利益。

Your payment for our services will be:
(i) a retainer of $2500 per person on signing this agreement; and
(ii) twelve and one-half percent (12.5%) of the recovery that you are awarded by the court or by settlement. After the retainer of $2500, this is a 'contingency contract' in which you make payment of legal fees and costs only in the event (after) you recover money.

扫描全能王 创建

    (iii)    Your recovery will be wired directly to your account by the instructions attached to this letter.

我们服务的费用为：
- (i) 在签署本合同时我们将收取您$2500美元一次性的代理费用；以及
- (ii) 无论是经过法院裁判或是私下和解获得的退款金额百分之十二点五(12.5%)做为我们的律师服务费用。在支付代理费用＄2500美元后，这是一份 "contingency contract"，意思是你将支付法律费用在你收到你的退款的同时（或之后）。
- (iii) 您的退款将会直接汇入您的指定银行，（请在确定退款时填写好银行资料并传回）。

The retainer authorizes Douglas Litowitz to travel to Colorado in person to review documents if this is best for your case, and it will pay for a valuation report of the collateral. If attorney Litowitz incurs additional charges (copying, travel, translation, filing fees, expert fees), these will be shared equally by all clients on the same project and deducted from everyone's receipt of payment. You will receive a full accounting of costs. After the aggregate costs (total for all clients combined) exceed $10000, all clients will have the right to approve or disapprove further costs in advance.

在对您的案子有利的情况下，此合同授权 Douglas Litowitz 亲自到科州浏览审核项目相关关文件，以及包括评估专家对项目抵押品的会计审核。这份评估报告将是属于您的智慧财产。如果 litowitz 律师有额外费用(复印、旅行、翻译、起诉费、聘请专家费用)，所有客户将平等分担这些特别费用，并从每个人收到的付款中扣除这些特别费用。 您将收到一个完整的成本会计。当这个额外特别费用总花费超过＄10000 美金，所有的客户有权力批准／不批准接下来的特别费用。

You are free to cancel this agreement at any time. However, if you recover investment as the results of our work, we will be entitled to a portion of such recovery to cover prorated legal fees and costs at $400 per hour.

您可以随时取消本协议。但是，如果您在我们专业工作之后收回投资款，我们将有权要求获得每小时400美元的律师费和实际第三方费用的平均分配。

We will communicate with you by email and by WeChat in both English and Chinese.

我们将通过电子邮件和微信以英文和中文与您沟通。

扫描全能王 创建

If this meets with your approval, please sign below.
如果您的同意这份协议,请在下面签名.

The English version of this Retainer controls over the Chinese version.
此委托书以的英文版本为主中文版本为辅.

Sincerely,

/s/ Douglas Litowitz

**AGREED AND ACCEPTED**
同意并且签名



Name (PinYin):   Date: 09/26/2019
姓名             日期:



**TO BE COMPLETED AFTER RECOVERY:**
(确定退款时在填写)
Total Recovery:                              $
Itemized Expenses (listed on separate page): $
Net Recovery to all clients and attorney:    $

扫描全能王 创建

Bank Wire Instructions:

Client Bank（投资人银行）
Name of Bank:
Name on Account:
Swift Code or ABA Code #:
Account #:
Amount of Wire in USD:
WeChat or Email to receive notice of wire:

Attorney Bank （律师银行）
Name of Bank:  Fifth Third Bank
Name on Account:  Douglas Litowitz Attorney IOLTA
Swift Code or ABA Code #:
Account #:
Amount of W.re in USD:

扫描全能王 创建