# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, et al.
    Plaintiffs,

                              Hon. Judge Moore
    v.                       Hon. Magistrate Varholak

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC, et al.
    Defendants.

## AMENDED NOTICE OF APPEAL TO ADD
## POST-JUDGMENT AWARDS

On June 18, 2021 at ECF 336, the so-called "Li Plaintiffs" (as distinct from the so-called "Cui Plaintiffs") as those terms have been used by the District Court in the above-named consolidated case, submitted a Notice of Appeal to the Tenth Circuit on the District Court's Final Judgment at ECF 335. The Li Plaintiffs stated, "This Notice of Appeal includes any subsequent post-Judgment award of fees or costs." As of October 29, 2021, those post-Judgment awards have now been made pursuant to ECF 413, 414, and 415.

The Li Plaintiffs hereby add the District Court rulings at 413, 414, and 415 to their Notice of Appeal.

Dated: October 29, 2021                /s/ Douglas Litowitz
                                              413 Locust Place
                                              Deerfield, IL 60015
                                              312-622-2848
                                              Litowitz@gmail.com