**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-02443-RM-STV
      Consolidated with 19-cv-02637-RM-STV

_____

Civil Action No. 19-cv-02443-RM-STV ("Li Plaintiffs")

**Derivatively:**
HSIN-YI WU, AND QI QIN, IN THEIR CAPACITY AS LIMITED PARTNERS OF
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,

      Plaintiffs

v.

COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,

      Nominal Defendant,

and

**Directly:**
HSIN-YI WU, JUN LI, QI QIN, YI LIU, JIE YANG, YUQUAN NI, ZHONGZAO SHI, FANG
SHENG, SHUNLI SHAO, KAIYUAN WU, ZHIJIAN WU, ZHONGWEI LI, SA WU, FAN
ZHANG, LIN QIAO, JINGE HU, RUJUN LIU, YING XU, LU LI, CAO XIAOLONG, AND
YUWEI DONG,

      Plaintiffs,
v.

COLORADO REGIONAL CENTER LLC,
COLORADO REGIONAL CENTER I, LLC,
SOLARIS PROPERTY OWNER LLC,
SOLARIS PROPERTY OWNER I LLC,
PETER KNOBEL, AND COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,
AND ALL PRINCIPALS AND ULTIMATE OWNERS OF BUSINESS ENTITIES
PURSUANT TO PIERCING OF THE LIMITED LIABILITY VEIL,

      Defendants.

Civil Action No. 19-cv-2637-RM-STV ("Cui Plaintiffs")

DIANWEN CUI, LEI GU, SUFEN LENG, XUE MEI, ZHOU MEI, YAN SONG, LU WANG, YUE WU, ZHUO YANG, JINGWEN ZHANG, LEI ZHANG, LING ZHANG, XIAOHONG ZHANG, QIN ZHOU, XUN ZHU, AND CHUNYI ZOU,

     Plaintiffs,

v.

WAVELAND VENTURES LLC,
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,
COLORADO REGIONAL CENTER I, LLC,
SOLARIS PROPERTY OWNER LLC,
SOLARIS PROPERTY OWNER I, AND
PETER KNOBEL,

     Defendants.

## AMENDED FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered. Pursuant to the oral ruling on June 7, 2021; the Order on Pending Motions (Doc. 271); the Order Regarding Subject Matter Jurisdiction (Doc. 334); the Order on SPO Defendants' Motion to Amend the Judgment (Doc. 377); the Order on SPO Defendants' Motion for Attorney Fees (Doc. 413); Order on CRC Defendants' Motion for Attorney Fees (Doc. 414); and the Order on Fees Pursuant to the PSLRA (Doc. 415), it is hereby

ORDERED that judgment is hereby entered as follows:

1. The CRC Defendants are awarded $390,056.25 in attorney fees against Attorney Litowitz;

2. The SPO Defendants are awarded $244,020.68 in attorney fees against Attorney Litowitz;

3.  The SPO Defendants are awarded $244,020.68 in attorney fees against Attorney Litowitz;

4.  The SPO Defendants are awarded $5,000 in Rule 11 sanctions against Attorney Stewart

Dated this 29th day of October, 2021.

FOR THE COURT:
JEFFREY P. COLWELL


By:   s/ C.Pearson, Deputy Clerk