## IN THE UNITED STATES DISTRICT
## COURT FOR THE DISTRICT OF
## COLORADO

**Civil Action No. 19-cv-02443**
**Consolidated with Civil Action No. 19-cv-02637**

Jun Li, Qi Qin, Yi Liu, et al.,
                Plaintiffs,

        v.                                     Hon. Raymond P. Moore

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I, and
Peter Knobel,
                Defendants.

---

Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong Zhang, Qin Zhou, Xun Zhu, Chunyi Zou, individually, and on behalf of Colorado Regional Center Project Solaris LLLP,

                Plaintiffs,

        v.

Waveland Ventures, LLC, Colorado Regional Center, LLC, Colorado Regional Center I, LLC, Colorado Regional Center Project Solaris LLLP, Solaris Property Owner LLC, Solaris Property Owner LLC I, and John Does 1-10,

                Defendants.

---

## AMENDED NOTICE OF APPEAL TO
## ADD POST JUDGMENT AWARDS

On July 12, 2021 at ECF 366, the Plaintiffs, DIANWEN CUI, LEI GU, SUFEN LENG, XUE MEI, ZHOU MEI, YAN SONG, LU WANG, YUE WU, ZHUO YANG, JINGWEN ZHANG, LEI ZHANG, LING ZHANG, XIAOHONG ZHANG, QIN ZHOU, XUN ZHU, CHUNYI ZOU, individually, and on behalf of COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP, collectively referred to as the "Cui Plaintiffs" (as distinct from the so-called "Li Plaintiffs") as those terms have been used by the District Court in the above-named consolidated case, submitted a Notice of Appeal to the Tenth Circuit from the District Court's Final Judgment at ECF 335; the District Court's Order entered on Pending Motions [ECF 271]; the District Courts Order on the Cui Plaintiffs F.R.C.P. Rule 60 Motion; the Order Regarding Subject Matter Jurisdiction [ECF 334]; and the Order Denying the Cui Plaintiff's Motion for Leave to file Fourth Amended Complaint [ECF 333].

///

///

///

///

///

///

///

///

///

The District Court has since entered several post-judgment awards, ECF 413, 414, and 415. The Cui Plaintiffs, by filing this Amended Notice of Appeal, hereby amend their Notice of Appeal [ECF 335] to add the District Court rulings at 413, 414, and 415 to their Notice of Appeal.

DATED: November 12, 2021

*/s/ Brian P. Stewart*_____
Brian P. Stewart
**Ardent Law Group**
4340 Von Karman Ave.,
Suite 290
Newport Beach, California 92660
Telephone: (949) 299-0188
Facsimile:  (949) 299-0127
bstewart@ardentlawgroup.com
Attorney for Plaintiffs Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong Zhang, Qin Zhou Chunyu Zou, individually, and on behalf of Colorado Regional Center Project Solaris LLLP

## CERTIFICATION OF SERVICE

The undersigned attorney certifies that copies of the foregoing: AMENDED
NOTICE OF APPEAL TO ADD POST JUDGMENT AWARDS
was served through ECF on November 12, 2021, 2021 upon all parties who have
appeared.

*/s/ Brian Stewart*
Brian Stewart