IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02443-RM-STV
Consolidated with Civil Action No. 1:19-cv-02637

Jun Li, *et al.*,

    Plaintiffs,

v.

Waveland Ventures, LLC, *et al.*,

    Defendants.

## CRC DEFENDANTS' MOTION TO CORRECT AMENDED FINAL JUDGMENT

Defendants Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC (collectively, the "CRC Defendants"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 60(a) and the Tenth Circuit's November 16, 2021 Order, request that the Court correct the clerical errors and omissions in its October 29, 2021 Amended Final Judgment, so that the Amended Final Judgment may accurately reflect the Court's orders in this case.

CERTIFICATE OF CONFERRAL: Pursuant to D.C.COLO.LCivR 7.1, undersigned counsel conferred with counsel for the SPO Defendants, Cui Plaintiffs, and Li Plaintiffs before filing a substantively identical Motion for Leave to Allow the District Court to Correct Amended Final Judgment Pursuant to Fed. R. Civ. P. 60(a) with the Court of Appeals. The SPO Defendants and Cui Plaintiffs did not oppose the relief requested therein. The Li Plaintiffs opposed. Counsel presumes the parties' respective positions remain the same regarding this Motion.

4871-9461-1457

## INTRODUCTION

On October 29, 2021, the Court issued its Order on Fees Pursuant to the PSLRA [ECF 415] and ordered that final judgment enter pursuant to this Order and also various other Orders of the Court. [ECF 415, p. 19; ECF 271, ECF 334, ECF 377, ECF 413 and ECF 414. That same day the Clerk of Court entered an Amended Final Judgment that includes several clerical errors. The CRC Defendants request that the Court correct the Amended Final Judgment such that it incorporates the Court's Final Judgment at ECF 335 entering judgment for the various Defendants in this case against Plaintiffs, and provides that (1) the CRC Defendants are awarded $139,539.75 in attorney fees against the Cui Plaintiffs and Attorney Stewart, (2) the SPO Defendants are awarded $77,376.79 in attorney fees against the Cui Plaintiffs, and (3) that the fees are awarded against the Li Plaintiffs or Cui Plaintiffs and their respective attorneys.

## RELEVANT BACKGROUND

On June 14, 2021, the Court entered its Final Judgment in favor of the CRC Defendants and Solaris Property Owner LLC, Solaris Property Owner I LLC, and Peter Knobel ("SPO Defendants") and Richard Hayes against the Li Plaintiffs and Cui Plaintiffs in accordance with the Order Regarding Subject Matter Jurisdiction [ECF 334], the Court's oral order of June 7, 2021, and the Order on Pending Motion [ECF 271]. [ECF 335].

The Li Plaintiffs and Cui Plaintiffs each appealed that Final Judgment, on June 18, 2021 and July 12, 2021 respectively. The Li Plaintiffs' appeal was docketed on June 21, 2021 as Case No. 21-1232, and the Cui Plaintiffs' appeal was docketed on July 13, 2021 as Case No. 21-1253. The appeals have since been consolidated by under Case No. 21-1232 and were abated pending

2

resolution of the SPO Defendants' Motion to Amend the Judgment, or in the Alternative for Findings and Order on PLSRA Attorney Fees.

On October 29, 2021, the Court entered its Order on SPO Defendants' Motion for Attorney Fees, Order on CRC Defendants' Motion for Attorney Fees, and Order on Fees Pursuant to the PSLRA (collectively, the "Fee Orders"). [ECF 413, 414 & 415]. Pursuant to those Fee Orders, the Court ordered that: (1) the CRC Defendants are awarded $390,056.25 in attorney fees against the Li Plaintiffs and Attorney Litowitz; (2) the CRC Defendants are awarded $139,539.75 in attorney fees against the Cui Plaintiffs and Attorney Stewart; (3) the SPO Defendants are awarded $244,020.68 in attorney fees against the Li Plaintiffs and Attorney Litowitz; (4) the SPO Defendants are awarded $77,376.79 in attorney fees against the Cui Plaintiffs; and (5) the SPO Defendants are awarded $5,000 in Rule 11 sanctions against Attorney Stewart.

The Court then entered its Amended Final Judgment. [ECF 417]. The Amended Final Judgment provides: (1) the CRC Defendants are awarded $390,056.25 in attorney fees against Attorney Litowitz; (2) the SPO Defendants are awarded $244,020.68 in attorney fees against Attorney Litowitz; (3) the SPO Defendants are awarded $244,020.68 in attorney fees against Attorney Litowitz; and (4) the SPO Defendants are awarded $5,000 in Rule 11 sanctions against Attorney Stewart. The Amended Final Judgment also provides that "the following Final Judgment is hereby entered. Pursuant to the oral ruling on June 7, 2021; the Order on Pending Motions (Doc. 271); the Order Regarding Subject Matter Jurisdiction (Doc. 334)," but the Amended Final Judgment does not restate the Court's decision in the original Final Judgment granting judgment in favor of the CRC Defendants and SPO

Defendants on the Order on Pending Motions and the Order Regarding Subject Matter Jurisdiction. It also does not expressly provide whether the Amended Final Judgment supersedes the Final Judgment or should be read in conjunction with it. The Amended Final Judgment entered on October 29, 2021 and the Li Plaintiffs filed an Amended Notice of Appeal that same day.

As the appeals in this case have been docketed, on November 4, 2021, Colorado Regional Center I, LLC ("CRC I") filed its Motion for Leave to Allow the District Court to Correct Amended Final Judgment Pursuant to Fed. R. Civ. P. 60(a) with the Court of Appeals. Fed. R. Civ. P. 60(a) required CRC I to file this motion first in the Tenth Circuit because Plaintiffs' appeals in this matter were and had been docketed. *See* Fed. R. Civ. P. 60(a), which provides in pertinent part: "But after an appeal has been docketed in the appellate court and while it is pending, such a mistake may be corrected only with the appellate court's leave."). The Li Plaintiffs opposed the motion. On November 8, 2021, the Court of Appeals ordered the Li Plaintiffs to file a response to the motion. On November 11, 2021, the Li Plaintiffs filed their Opposition to Leave Allowing District Court to "Correct" its Amended Final Judgment and Motion for Affirmative Relief *Striking* the Amended Final Judgment arguing that correction under Rule 60(a) is not warranted because the Amended Final Judgment is based on substantive errors of law. On November 16, 2021, the Court of Appeals issued its Order stating that it was taking CRC I's motion for leave and the Li Plaintiffs opposition under advisement and directing CRC I, on before November 23, 2021, to file a status report with the Court of Appeals advising it if and when CRC I intends to file a Rule 60(a) motion with the district court and further advising the Court of Appeals of the

status of the district court proceedings, including whether the district court has made any indicative ruling pursuant to Fed. R. Civ. P. 62.1. Accordingly, the CRC Defendants file this motion requesting that the Court correct the omissions and mistakes in the Amended Final Judgment as explained below.

## ARGUMENT

Pursuant to Federal Rule of Civil Procedure 60(a), a district court's order may be corrected any time that a mistake, oversight, or omission is discovered. Fed. R. Civ. P. 60(a) ("The Court may correct a clerical mistake or a mistake arising from the oversight or omission whenever one is found in a judgment . . . ."). The Court may "invoke Rule 60(a) to resolve an ambiguity in its original order to more clearly reflect its contemporaneous intent and ensure that the court's purpose is fully implemented." *Burton v. Johnson*, 975 F.2d 690, 694 (10th Cir. 1992). Indeed, the Court may correct a mistake on its own volition or at the request of a party. Fed. R. Civ. P. 60(a). And, it may correct a mistake without notice. *Id.*

The CRC Defendants request that the Court correct the following errors and omissions in the Amended Final Judgment. First, the Amended Final Judgment erroneously provides twice that "[t]he SPO Defendants are awarded $244,020.68 in attorney fees against Attorney Litowitz." Second, the Amended Final Judgment does not provide that "[t]he CRC Defendants are awarded $139,539.75 in attorney fees against the Cui Plaintiffs and Attorney Stewart" in accordance with the Court's Fee Orders. Third, it does not provide that the "SPO Defendants are awarded $77,376.79 in attorney fees against the Cui Plaintiffs." Fourth, it does not provide that the fees are awarded against the Li Plaintiffs or Cui Plaintiffs and their respective attorneys. Finally, the Amended Final Judgment does not restate the Court's

decision in the original Final Judgment, nor does it expressly provide whether the Amended Final Judgment supersedes the Final Judgment or should be read in conjunction with it.

In sum, the Amended Final Judgment is not consistent with the Fee Orders—it omits certain fees awarded and erroneously awards certain fees twice. Moreover, the Court clearly intended the Amended Final Judgment to incorporate the original Final Judgment, but in its current form it does not do this. Instead, it includes only judgments as to attorney fees. This makes the Court's intent in the Amended Final Judgment unclear and warrants correction under Rule 60(a). *See Burton*, 975 F.2d at 694. Failure to correct the Amended Final Judgment will prevent the CRC Defendants and SPO Defendants from enforcing their judgment in this case and will create confusion on this appeal as the Orders and Amended Final Judgment in the case are not currently consistent. *See id.*

## CONCLUSION

The CRC Defendants respectfully request that pursuant to Rule 60(a) and the Court of Appeals' November 16, 2021 Order, the Court correct the Amended Final Judgment to reflect the full amount of attorney fees awarded to the CRC Defendants and SPO Defendants under the Courts' Fee Orders and to incorporate the Court's Final Judgment.

DATED:  November 23, 2021.

/s/*James Kilroy*

James Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email:  jkilroy@swlaw.com
Email:  skanan@swlaw.com

*Counsel for Defendants Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC*

**CERTIFICATE OF SERVICE**

    This is to certify that on November 23, 2021, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Hubert Kuo
Brian P. Stewart
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Harold A. Haddon
Ty Gee
Christopher P. Montville
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

                */s/Sandy Braverman*
                for Snell & Wilmer L.L.P.