# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443-RM-STV
    Consolidated with 19-cv-02637-RM-STV

---

Civil Action No. 19-cv-02443-RM-STV ("Li Plaintiffs")

**Derivatively:**
HSIN-YI WU, AND QI QIN, IN THEIR CAPACITY AS LIMITED PARTNERS OF COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,

    Plaintiffs

v.

COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,

    Nominal Defendant,

and

**Directly:**
HSIN-YI WU, JUN LI, QI QIN, YI LIU, JIE YANG, YUQUAN NI, ZHONGZAO SHI, FANG SHENG, SHUNLI SHAO, KAIYUAN WU, ZHIJIAN WU, ZHONGWEI LI, SA WU, FAN ZHANG, LIN QIAO, JINGE HU, RUJUN LIU, YING XU, LU LI, CAO XIAOLONG, AND YUWEI DONG,

    Plaintiffs,
v.

COLORADO REGIONAL CENTER LLC,
COLORADO REGIONAL CENTER I, LLC,
SOLARIS PROPERTY OWNER LLC,
SOLARIS PROPERTY OWNER I LLC,
PETER KNOBEL, AND COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,
AND ALL PRINCIPALS AND ULTIMATE OWNERS OF BUSINESS ENTITIES
PURSUANT TO PIERCING OF THE LIMITED LIABILITY VEIL,

    Defendants.

Civil Action No. 19-cv-2637-RM-STV ("Cui Plaintiffs")

DIANWEN CUI, LEI GU, SUFEN LENG, XUE MEI, ZHOU MEI, YAN SONG, LU WANG, YUE WU, ZHUO YANG, JINGWEN ZHANG, LEI ZHANG, LING ZHANG, XIAOHONG ZHANG, QIN ZHOU, XUN ZHU, AND CHUNYI ZOU,

  Plaintiffs,

v.

WAVELAND VENTURES LLC,
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,
COLORADO REGIONAL CENTER I, LLC,
SOLARIS PROPERTY OWNER LLC,
SOLARIS PROPERTY OWNER I, AND
PETER KNOBEL,

  Defendants.

## AMENDED FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered. Pursuant to the oral ruling on June 7, 2021; the Order on Pending Motions (Doc. 271); the Order Regarding Subject Matter Jurisdiction (Doc. 334); the Order on SPO Defendants' Motion to Amend the Judgment (Doc. 377); the Order on SPO Defendants' Motion for Attorney Fees (Doc. 413); Order on CRC Defendants' Motion for Attorney Fees (Doc. 414); and the Order on Fees Pursuant to the PSLRA (Doc. 415), it is hereby

  ORDERED that judgment is hereby entered as follows:

  1. Judgment is hereby entered in favor of Defendants Colorado Regional Center LLC, Colorado Regional Center I, LLC, and Waveland Ventures, LLC ('CRC Defendants") and against the Li Plaintiffs and Cui Plaintiffs;

2. Judgment is hereby entered in favor of Solaris Property Owner LLC, Solaris Property Owner I, LLC, and Peter Knobel ("SPO Defendants") and against the Li Plaintiffs and Cui Plaintiffs;

3. Judgment is hereby entered in favor of Defendant Rick Hayes and against the Cui Plaintiffs.

4. The Defendants are awarded their costs incurred in prosecuting this action in the amount consistent with prior Costs Taxed by the Clerk as amended by Order of this Court;

5. The CRC Defendants are awarded $390,056.25 in attorney fees against the Li Plaintiffs and Attorney Litowitz;

6. The CRC Defendants are awarded $139,539.755 in attorney fees against the Cui Plaintiffs and Attorney Stewart;

7. The SPO Defendants are awarded $244,020.68 in attorney fees against the Li Plaintiffs and Attorney Litowitz;

8. The SPO Defendants are awarded $77,376.79 in attorney fees against the Cui Plaintiffs;

9. The SPO Defendants are awarded $5,000 in Rule 11 sanctions against Attorney Stewart.

It is FURTHER ORDERED that both Civil Action No. 19-cv-02443-RM-STV and Civil Action No. 19-cv-0267-RM-STV are closed.

Dated this 23rd day of November, 2021.

FOR THE COURT:
JEFFREY P. COLWELL

By:   s/J. Dynes, Deputy Clerk