# In the United States District Court for the District of Colorado

Civil Action No. 1:19-cv-2443-RM-STV
—*Consolidated with* No. 19-cv-2637-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## [Proposed] Charging Order Against the *Li* Plaintiffs' Partnership Interests in CRCPS

This matter is before the Court on judgment creditors and defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel's (collectively, "SPO Defendants") Motion for Entry of Charging Order Against the *Li* Plaintiffs' Partnership Interests in CRCPS ("Motion").

The Court, being fully advised, FINDS:

A.   The *Li* Plaintiffs are: Hsin-Yi Wu, Jun Li, Qi Qin, Yi Liu, Jie Yang, Yuquan Ni, Zhongzao Shi, Fang Sheng, Shunli Shao, Kaiyuan Wu, Zhijian Wu, Zhongwei Li, Sa Wu, Fan Zhang, Lin Qiao, Jinge Hu, Rujun Liu, Ying Xu, Lu Li, Cao Xiaolong, and Yuwei Dong. Doc.222 at [1].

B.   The *Li* Plaintiffs are limited partners of Colorado Regional Center Project Solaris, LLLP ("CRCPS"), 280 Detroit Street, Suite 200, Denver, Colorado, 80206.

C. On November 23, 2021, the Court entered final judgment in favor of the SPO Defendants and against the *Li* Plaintiffs in the amount of $244,020.68. Doc.422 at 3.

D. Statutory post-judgment interest under 28 U.S.C. § 1961 is accruing at $1.20 per day.

E. The judgment has not been satisfied.

Now, therefore, it is hereby ORDERED:

1. This Order is hereby entered under section 7-62-703, Colo. Rev. Stats., charging the partnership interests of each of the *Li* Plaintiffs, as identified in Paragraph A, above, in CRCPS with payment of the unsatisfied amount of the judgment plus post-judgment interest. The partnership interests include each of the *Li* Plaintiffs' distributive share of CRCPS's profits, dividends, income, and surplus.

2. This Charging Order is entered in favor of and for the benefit of the SPO Defendants.

3. Within seven days of the date of this Order, the *Li* Plaintiffs shall cause to be served on CRCPS pursuant to Colorado Rule of Civil Procedure 4 a certified copy of this Charging Order.

4. Until such time as the judgment in favor of the SPO Defendants and against the *Cui* Plaintiffs is satisfied, CRCPS shall remit to the Registry of this Court all current and future distributions of profits, dividends, income, and surplus that any or each of the *Li* Plaintiffs would be entitled to as limited partners of CRCPS.

5. The SPO Defendants shall be authorized to obtain all such funds deposited into the interest-bearing account in the Registry of the Court for application to its judgment against the *Li* Plaintiffs.

6. The Clerk of this Court shall establish an interest-bearing account for purposes of implementation of this Charging Order.

7. A copy of this Charging Order may be filed in any civil action in which CRCPS is a party.

January ___, 2022

BY THE COURT:

_____
United States District Judge