IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 19-cv-02443**
**Consolidated with Civil Action No. 19-cv-02637**

Jun Li, Qi Qin, Yi Liu, et al.,
        Plaintiffs,

v.                              Hon. Raymond P. Moore

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I, and
Peter Knobel,
        Defendants.

**PLAINTIFFS' OPPOSITION TO DEFENDANTS WAVELAND VENTURES, LLC, COLORADO REGIONAL CENTER, LLC AND COLORADO REGIONAL CENTER I, LLC'S MOTION FOR CHARGING ORDER [ECF 426]**

## BACKGROUND

The CRC Defendants hold of a judgment against the Cui Plaintiffs, as the limited partners of Colorado Regional Center Project Solaris LLLP ("CRCPS"), which this Court entered on November 23, 2021 in the amount of $139,539.75 in

attorney fees [ECF 422] (the "Amended Judgment").  On December 23, 2021 the CRC Defendants filed a Motion for Charging Order Against Cui Plaintiffs' Partnership Interests in CRCPS [ECF 426]

## ARGUMENT

A. <u>Defendants base its request on authorities form out of the jurisdiction which are not controlling</u>

The CRC Defendants cite *Mountain States Bank v. Irvin* 809 P.2d 1113, 1115 for the proposition that a charging order may be entered against distributions from a limited partnership to a limited partner.  The *Mountain States* case involves a lien against real property, not a lien against distributions.   In *Mountain States*, the charging order was applied to an interest in real property.  However, the appellate court reversed the lower court denying the charging order, for failure to perfect the lien against the debtor's real property interest.  Here the Cui Plaintiffs' hold interests in real property, but any request for a charging order against the real property would fail for the same reasons stated in *Mountain States*.  The CRC Defendants then attempt to support this assertion with out-of-state authorities from Texas, *Stanley v. Reef Secs., Inc.,* 314 S.W.3d 659, 664 (Tex. Ct. App. 2010) and Georgia *Stewart v. Lanier Park Med. Off. Bldg., Ltd*., 578 S.E.2d 572, 574 (Ga. App. 2003).  To the extent that these cases are applicable at all, they are certainly not controlling authorities.  While the motion appears to make mention of some

2

"distributions" it fails to identify any partnership distributions that would be subject to the order.

      B. <u>Defendant's claims for a charging order are vague as to what is being requested</u>.

The CRC Defendants by way of this motion request that the Court order that CRCPS "….turn over to the Registry of this Court **all future distributions**, dividends, profits, and/or income that the Cui Plaintiffs would be entitled to as partners of CRCPS, until such time as the judgment herein is satisfied."  The judgment that the CRC Defendants seek to satisfy by way of this motion is $139,539.75.  CRCPS purportedly recently sold several units in the Solaris Project, which they have represented will net each of the limited partners a distribution of $80,000.  The CRC Defendants vague request for all future distributions is misleading and unnecessary and punitive measure calculated to deprive the Cui Plaintiffs of the full amount The CRC Defendants of their rightful distribution by tying it up in the Court's Registry.  To the extent that the CRRC Defendants have a right to request the issuance of such an order, the Cui Plaintiffs object to any order that would require CRCPS to deposit more than $139,539.75 plus the requested $0.80 of interest per day with the Court's Registry.

///

///

///

## CONCLUSION

The CRC Defendant's request for a Charging Order is vague, ambiguous, and misleading. Therefore, The Cui Plaintiffs respectfully request that the Court deny the CRC Defendants' request.

ARDENT LAW GROUP, PC

/s/ Brian P. Stewart
Hubert Kuo
Brian P. Stewart
**Ardent Law Group**
4340 Von Karman Ave.,
Suite 290
Newport Beach, California 92660
Telephone: (949) 299-0188
Facsimile:  (949) 299-0127
bstewart@ardentlawgroup.com

## CERTIFICATION OF SERVICE

The undersigned attorney certifies that copies of the foregoing:

**PLAINTIFFS' OPPOSITION TO DEFENDANTS WAVELAND VENTURES, LLC, COLORADO REGIONAL CENTER, LLC AND COLORADO REGIONAL CENTER I, LLC'S MOTION FOR CHARGING ORDER [ECF 426]**

was served through ECF on January 13, 2022 upon all parties who have appeared.

*/s/ Brian Stewart*
*Brian Stewart*
