IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02443-RM-STV

Consolidated with Civil Actions No. 1:19-cv-02637

Jun Li, *et al.*,

    Plaintiffs,

v.

Waveland Ventures, LLC, *et al.*,

    Defendants.

**UNNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF CRC DEFENDANTS' MOTION FOR CHARGING ORDER AGAINST CUI PLAINTIFFS' PARTNERSHIP INTERESTS IN CRCPS**

Judgment Creditors/Defendants Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC (collectively, the "CRC Defendants"), through undersigned counsel, respectfully submit this Unopposed Motion for Extension of Time to File Reply in Support of CRC Defendants' Motion for Charging Order Against Cui Plaintiffs' Partnership Interests in CRCPS (the "Motion for Charging Order") [ECF 426], stating as follows:

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.COLO.L.CivR. 7.1(a), undersigned counsel conferred in good faith with counsel for the Cui Plaintiffs. The Cui Plaintiffs do not oppose the requested extension.

1.    On December 23, 2021, the CRC Defendants filed their Motion for Charging Order requesting that the Court enter a charging order in favor of the CRC Defendants against the Cui

1

Plaintiffs' partnership interest in CRCPS to satisfy the judgment the Court entered against Cui Plaintiffs in favor of CRC Defendants. [ECF 426].

2. On January 13, 2022, the Cui Plaintiffs responded in opposition to the Motion for Charging Order. [ECF 434].

3. Accordingly, the CRC Defendants' reply in support of their Motion for Charging Order (the "Reply") is currently due on January 27, 2022.

4. For the past several weeks, the parties have engaged in good faith discussions regarding the requested charging order and are currently working towards a resolution.

5. To allow the parties to continue with negotiations, the CRC Defendants request an extension of two (2) weeks, up to and including February 10, 2022, to file their Reply.

6. Good cause exists to extend the deadline for the CRC Defendants to file their Reply. The Cui Plaintiffs have no objection to the CRC Defendants' request and will not be prejudiced by this extension. This is the first extension of the Reply deadline requested by the CRC Defendants and is not being sought for any improper purpose or delay.

7. Pursuant to D.C.Colo.LCivR 6.1(c), undersigned counsel contemporaneously serves a copy of this motion on the CRC Defendants.

WHEREFORE, the CRC Defendants respectfully request that the Court enter an Order granting an extension of time, up to and including February 10, 2022, for the CRC Defendants to file their Reply in support of their Motion for Charging Order.

2

4875-7201-6651

DATED: January 27, 2022.

/s/ Stephanie A. Kanan
James Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email:  jkilroy@swlaw.com;
skanan@swlaw.com
*Counsel for Defendants Waveland Ventures, LLC, Colorado Regional Center, LLC, Colorado Regional Center I, LLC and Colorado Regional Center Project Solaris LLLP*

3

**CERTIFICATE OF SERVICE**

      This is to certify that on January 27, 2022, a true and correct copy of the above and foregoing **UNNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF CRC DEFENDANTS' MOTION FOR CHARGING ORDER AGAINST CUI PLAINTIFFS' PARTNERSHIP INTERESTS IN CRCPS** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Brian P. Stewart
Herbert Kuo
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Ty Gee
David G. Maxted
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

                                                            */s/Sandy Braverman*
                                                            for Snell & Wilmer L.L.P.

4875-7201-6651