**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02443-RM-STV
Consolidated with Civil Action No. 1:19-cv-02637

Jun Li, *et al.*,

    Plaintiffs,

v.

Waveland Ventures, LLC, *et al.*,

    Defendants.

---

**CRC DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION
FOR CHARGING ORDER AGAINST CUI PLAINTIFFS' PARTNERSHIP
INTERESTS IN CRCPS [ECF 426]**

---

Judgment Creditors/Defendants Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC (collectively, the "CRC Defendants"), through undersigned counsel, hereby withdraw their Motion for Charging Order Against Cui Plaintiffs' Partnership Interests in CRCPS [ECF 426], pursuant to the parties' stipulation attached hereto as **Exhibit A**.

4863-8145-3326

DATED: February 10, 2022

/s/ Stephanie A. Kanan
James Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email: jkilroy@swlaw.com
Email: skanan@swlaw.com

*Counsel for Defendants Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC*

**CERTIFICATE OF SERVICE**

This is to certify that onFebruary 10, 2022, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Hubert Kuo
Brian P. Stewart
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Harold A. Haddon
Ty Gee
Christopher P. Montville
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

　　　　　　　　　　　　　　　　　　　　　　　*/s/Sandy Braverman*
　　　　　　　　　　　　　　　　　　　　　　　for Snell & Wilmer L.L.P.