# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 19-cv-02443**
**Consolidated with Civil Action No. 19-cv-02637**

Jun Li, Qi Qin, Yi Liu, et al.,
        Plaintiffs,

        v.                                Hon. Raymond P. Moore

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner LLC I, and
Peter Knobel,
        Defendants.

**STIPULATION REGARDING CRC DEFENDANTS' MOTION FOR**
**CHARGING ORDER [ECF 426] AGAINST CUI PLAINTIFFS' PARTNERSHIP**
**INTERESTS IN CRCPS**

      Plaintiffs DIANWEN CUI, LEI GU, SUFEN LENG, XUE MEI, ZHOU MEI, YAN SONG, LU WANG, YUE WU, ZHUO YANG, JINGWEN ZHANG, LEI ZHANG, LING ZHANG, XIAOHONG ZHANG, QIN ZHOU, XUN ZHU and CHUNYI ZOU (hereinafter the "Cui Plaintiffs") and Defendants WAVELAND VENTURES, LLC, COLORADO REGIONAL CENTER, LLC, and COLORADO REGIONAL CENTER I, LLC (the "CRC Defendants"), hereby stipulate to the following:

      1.      The CRC Defendants are the holder of a judgment against the Cui Plaintiffs, as the limited partners of Colorado Regional Center Project Solaris LLLP ("CRCPS"), which this Court

4877-9866-8045

entered on November 23, 2021 in the amount of $139,539.75 in attorney fees (the "Amended Judgment").  [ECF 422].

2. CRCPS has recently sold several of the partnership units in the Solaris Project and has proposed to distribute the sum of $80,000 to each of the limited partners in CRCPS.

3. On July 12, 2021, the Cui Plaintiffs' filed their Notice of Appeal in the 10th Circuit Court of Appeals.  This stipulation is not intended to, and, shall in no way constitute a waiver of the Cui Plaintiff's rights in the appeal.

4. On December 23, 2021, the CRC Defendants filed a Motion for Charging Order Against the Cui Plaintiffs seeking a Charging Order against the partnership interest of the Cui Plaintiff's in CRCPS, ordering CRCPS to turn over to the Registry of this Court all future distributions, dividends, profits, and/or income that the Cui Plaintiffs would be entitled to as partners of CRCPS until such time as the Amended Judgment is satisfied.  [ECF 426].

5. It is the intention of the parties to this stipulation to direct CRCPS to hold the amount of $139,539.75 from the Cui Plaintiffs' share of the proposed partnership distribution until April 29, 2022 for the purpose of making said funds available to the CRC Defendants to obtain such funds to apply to their outstanding judgment while the parties continue to engage in settlement negotiations while the appeal is pending.

6. If no settlement resolution has been reached on or before April 29, 2022, or at an earlier date based upon further stipulation of the parties, the CRC Defendants shall be entitled, without the necessity of further action, to obtain such funds from CRCPS to apply to its outstanding judgment.  Should the CRC Defendants elect to seek a charging order prior to such application of funds, the parties agree that the Cui Plaintiffs will not oppose a motion for entry of a charging

order by the CRC Defendants to immediately obtain such funds to apply to their outstanding judgment filed after the expiration of this stipulation, unless the 10th Circuit Court of Appeals rules in favor of the Cui Plaintiffs prior to April 29, 2022.

7. Based on the foregoing, the parties hereby stipulate that CRCPS shall hold the amount of $139,539.75 from the Cui Plaintiffs' share of the proposed partnership distributions for this purpose, and that if no resolution has been reached on or before April 29, 2022, or at an earlier date based upon further stipulation of the parties, the CRC Defendants shall be entitled, without the necessity of further action, to obtain such funds from CRCPS to apply to its outstanding judgment.  Should the CRC Defendants elect to seek a charging order prior to such application of funds, the parties agree that the Cui Plaintiffs' will not oppose a motion for entry of a charging order by the CRC Defendants to immediately obtain such funds to apply to their outstanding judgment filed after the expiration of this stipulation, unless the 10th Circuit Court of Appeals rules in favor of the Cui Plaintiffs prior to April 29, 2022.

8. This stipulation is not intended to, and shall in no way, constitute a waiver of the CRC Defendants' right to seek the entry of a charging order pursuant to C.R.S. § 7-62-703 against the Cui Plaintiffs until such time as the Amended Judgment is satisfied.

9. The parties agree that this stipulation relates only to the Amended Judgment against the Cui Plaintiffs, jointly and severally, in the amount of $139,539.75, and is not to be construed as settlement of any claims.

10. The parties further agree that this stipulation is not a settlement for purposes of Fed. R. Civ. P. 23.1.

It is so Stipulated.

|  |  |
|---|---|
|  | **The Ardent Law Group** |
| Date: February 10, 2022 | */s/ Brian P. Stewart* <br> Hubert H. Kuo <br> Brian P. Stewart Attorneys for Plaintiffs in the Cui Action |
| Date:  February 10, 2022 | **Snell & Wilmer L.L.P.** <br><br> */s/ Stephanie A. Kanan* <br> Stephanie A. Kanan <br> James D. Kilroy <br> Attorneys for Defendants Waveland Ventures LLC, and Colorado Regional Center I, LLC |

4877-9866-8045

4