## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, et al.
        Plaintiffs,

                                                                      Hon. Judge Moore

        v.

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC, et al.
        Defendants.

---

### Statement of Conferral under Local Rule 7.1(a)

---

The Li Plaintiffs today filed a Rule 62.1 Motion for Indicative Ruling, seeking a determination that this Court has authority under Rule 23.1(c) to supervise any payments from Defendants to limited partners in this derivative action which is on appeal (Dkt#438). That Motion did not contain a Statement of Conferral as required by Local Rule 7.1(a) because the CRC Defendants affected by the Motion have already indicated that they opposed the relief sought, namely supervision by this Court of payments to opposing parties. But to formally comply with Local Rule 7.1(a), the Li Plaintiffs hereby state that the CRC Defendants oppose the relief sought in the Motion.

Dated: March 31, 2022                        Respectfully Submitted,

                                                       */s/ Douglas Litowitz*
                                                       413 Locust Place
                                                       Deerfield, IL 60015
                                                       (312) 622-2848
                                                       litowitz@gmail.com

## Certificate of Service

This document was filed on the ECF system for the District of Colorado on March 31, 2022 and sent to all counsels of record.