# In the United States District Court
# for the District of Colorado

Civil Action No. 1:19-cv-2443-RM-STV
—*Consolidated with* No. 19-cv-2637-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## SPO Defendants' Request for Rulings on Their Motions for Entry of Charging Orders Against Plaintiffs' Interests in CRCPS

Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel (collectively, "SPO Defendants"), through their attorneys Haddon, Morgan, and Foreman, P.C., respectfully request rulings on their motions for entry of charging orders (Docs.429 & 430) against the partnership interests of the Plaintiffs in Colorado Regional Center Project Solaris LLLP ("CRCPS").

*Certificate of conferral.* I certify I conferred with counsel for Plaintiffs. The *Cui* Plaintiffs do not oppose the relief requested in this Motion, i.e., rulings on the two pending motions. The *Li* Plaintiffs do.

    1.    The SPO Defendants and CRC Defendants have a judgment against the *Li* Plaintiffs and *Cui* Plaintiffs. Doc.422.

2. The SPO Defendants' judgment is for $244,020.68 against the *Li* Plaintiffs and for $77,376.79 against the *Cui* Plaintiffs. Execution has not been stayed. The judgment amounts are outstanding.

3. **Status of CRC Defendants' motions for charging orders.** On December 23, 2021, defendants Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC (collectively, "CRC Defendants") moved for charging orders against the *Li* Plaintiffs' and *Cui* Plaintiffs' respective interests in CRCPS. Docs.426 and 427.

4. The *Li* Plaintiffs responded on December 28. Doc.428. The CRC Defendants replied on January 10, 2022. Doc.433.

5. The *Cui* Plaintiffs responded on January 13, 2022. On February 10, 2022, the CRC Defendants withdrew its charging order motion as to the *Cui* Plaintiffs. Doc.437. They attached a stipulation under which the CRC Defendants and *Cui* Plaintiffs agreed CRCPS would hold certain monies in escrow pending settlement discussions between them and if no settlement is reached by April 29, 2022, then the CRC Defendants would be entitled to obtain such monies from CRCPS to apply to their outstanding judgment against the CRC Defendants. Doc.437-1.

6. **Status of the SPO Defendants' motions for charging orders.** On December 29, 2021, the SPO Defendants moved for entry of charging orders against the *Li* Plaintiffs' and *Cui* Plaintiffs' respective interests in CRCPS. Docs.429 and 430.

7. The *Li* Plaintiffs responded on December 30. Doc.431. We filed a reply on December 31. Doc.432.

8. The *Cui* Plaintiffs did not file a response. The SPO Defendants and *Cui* Plaintiffs do not have a stipulation on CRCPS's escrowing monies for the SPO Defendants' judgment.

9. Both of the SPO Defendants' motions for charging orders remain pending.

10. **Request for rulings.** As noted, the SPO Defendants' judgment amounts against the *Li* Plaintiffs and *Cui* Plaintiffs are outstanding.

11. The *Li* Plaintiffs and *Cui* Plaintiffs are Chinese nationals, and there is no indication they hold any assets in the United States other than their interests in CRCPS. Insofar as the SPO Defendants are aware, CRCPS has no assets other than (a) the remaining condominium units that had served as collateral to the loan advances made to SPO/SPO I, fee title to which are held exclusively by CRCPS, and (b) proceeds from the sales of the units, which are being marketed for sale. Based on the *Li* Plaintiffs' court submissions last week, we understand CRCPS has been selling units to third parties and distributing proceeds to its limited partners, including the *Li* Plaintiffs and *Cui* Plaintiffs. We further understand that until all units are sold, CRCPS intends to continue selling and distributing proceeds to its limited partners, including the *Li* Plaintiffs and *Cui* Plaintiffs. *See* Docs.438 & 438-1.

12. The SPO Defendants are concerned that unless a charging order is entered against the interests of the *Li* Plaintiffs and *Cui* Plaintiffs in CRCPS, these Plaintiffs will be judgment proof.

13. As discussed in our charging order motions, *see, e.g.*, Doc.430 ¶ 11, this Court retains jurisdiction to enforce the judgment.

For these reasons, the SPO Defendants respectfully request that the Court rule on their pending charging order motions.

April 5, 2022

Respectfully submitted,

*s/ Ty Gee*
Harold A. Haddon
Ty Gee
Christopher P. Montville
HADDON, MORGAN AND FOREMAN, P.C.
950 17th St, Suite 1000
Denver, CO 80202
Tel 303.831.7364
hhaddon@hmflaw.com; tgee@hmflaw.com; cmontville@hmflaw.com

*Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*