```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX102957
Cashier ID: no
Transaction Date: 04/25/2022
Payer Name: Colorado Regional Center
----------------------------------------
TREASURY REGISTRY
 For: Colorado Regional Center
 Case/Party: D-COX-1-19-CV-002433-001
 Amount:         $711,954.22
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 1853
 Amt Tendered:   $711,954.22
----------------------------------------
Total Due:       $711,954.22
Total Tendered:  $711,954.22
Change Amt:      $0.00

Treasury Registry


for


19-cv-2443-RM-STV

Docket # 443

A fee of $53.00 will be assessed on
any returned check.
```