**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:19-cv-02443-RM-STV;
Consolidated with Civil Action No. 1:19-cv-02637

Li, *et al*.,

    Plaintiffs,

v.

Waveland Ventures, LLC, *et al*.,

    Defendants.

---

### D.C.COLO.LCivR 3.2 NOTICE OF RELATED CASE

---

    Defendants Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC (collectively, the "CRC Defendants"), by and through undersigned counsel, hereby file this Notice of Related Case, under D.C.COLO.LCivR 3.2, stating as follows:

    1.    Attached hereto is a "Complaint for Judicial Dissolution," filed in the District Court, Denver County, State of Colorado, on March 30, 2022 by Qinfang Yu, a limited partner in Colorado Regional Center Project Solaris LLLP ("CRCPS").  *See* **Exhibit A** ("Dissolution Action").

    2.    CRCPS is named as defendant in the Dissolution Action.

    3.    Counsel for Qinfang Yu stated via email to counsel for the CRC Defendants that she is serving as Mr. Litowitz's local counsel in the Dissolution Action.  *See* **Exhibit B**.

    4.    Thus, the State Court Action constitutes a "related case" under D.C.COLO.LCivR 3.2.

1

4860-1497-9099.1

DATED: April 28, 2022

/s/ Stephanie A. Kanan
James Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202
Telephone: 303.634.2000
Facsimile: .303.634.2020
Email: jkilroy@swlaw.com
Email: skanan@swlaw.com

*Counsel for Colorado Regional Center I, LLC, Colorado Regional Center, LLC, and Waveland Ventures, LLC*

4860-1497-9099.1

## CERTIFICATE OF SERVICE

      This is to certify that on April 28, 2022, a true and correct copy of the above and foregoing **NOTICE OF RELATED CASE** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz  
413 Locust Place  
Deerfield, IL  60015  

Hubert Kuo  
Brian P. Stewart  
Ardent Law Group  
4340 Von Karman Avenue, Suite 290  
Newport Beach, CA  92660  

Harold A. Haddon  
Ty Gee  
Christopher P. Montville  
Haddon Morgan and Foreman, P.C.  
150 East 10th Avenue  
Denver, CO  80203  

      *s/Sandy Braverman*  
      for Snell & Wilmer L.L.P.