**Braverman, Sandra**

| | |
|---|---|
| **From:** | Deborah Yim <dyim@primeralaw.com> |
| **Sent:** | Tuesday, April 5, 2022 1:14 PM |
| **To:** | Kilroy, James; Kanan, Stephanie A. |
| **Cc:** | Dlitowit; Allie Bachman |
| **Subject:** | Qinfang Yu v. Colorado Regional Center Project Solaris LLLP |

**[EXTERNAL]** dyim@primeralaw.com

Dear Mr. Kilroy and Ms. Kanan,

I am serving as Mr. Litowitz' local counsel on the *Qinfang Yu v. Colorado Regional Center Project Solaris LLLP* judicial dissolution case that was filed in Denver District Court last week.

We were wondering if you'd be willing to accept e-serve of the complaint and corresponding documents to avoid disturbing your client with personal service. Please let me know when you have a moment. Thank you.

Sincerely,



**Deborah Yim, Esq.**
(720) 239-2567 (t)
(720) 515-8259 (f)
dyim@primeralaw.com
1240 S. Parker Road, Suite 103
Denver, Colorado 80231

**Bio | Website | Facebook | Instagram | Scheduler**

This message may be confidential and legally privileged. If you are not the intended recipient, any distribution, use or copying is prohibited. If you have received this in error, please delete it and advise the sender as soon as possible.