# In the United States District Court for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV
—*Consolidated with* No. 19-cv-2637-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## SPO Defendants' Partially Unopposed Motion for Release of Funds Held in the Court Registry

    Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel (collectively, "SPO Defendants"), through their attorneys Haddon, Morgan, and Foreman, P.C., move for release of funds held in the Court's Registry.

    *Certificate of conferral.* I conferred with counsel for the *Li* Plaintiffs and *Cui* Plaintiffs. The *Cui* Plaintiffs do not oppose the relief requested; the *Li* Plaintiffs do.

    1.   On April 7, 2022, the Court entered charging orders in favor of and for the benefit of the SPO Defendants and against the *Li* Plaintiffs' and *Cui* Plaintiffs' partnership interests in Colorado Regional Center Project Solaris, LLLP ("CRCPS"). Doc.443, at 10-11. (The Court also entered charging orders in favor of and for the benefit of the SPO Defendants' codefendants, the CRC Defendants. *Id.* at 10.)

2. As to the *Li* Plaintiffs, the Charging Order required that CRCPS remit to the Court's Registry $244,020.68 plus post-judgment interest of $1.20 per day. *Id.* at 10.

3. As to the *Cui* Plaintiffs, the Charging Order required that CRCPS remit to the Court's Registry $77,376,79 plus post-judgment interest of $.38 per day. *Id.* at 10-11.

4. On April 26, 2022, the Clerk of the Court notified the parties that CRCPS had remitted $711,954.22 into the Court's Registry. Doc.445.

5. Of the amount remitted to the Registry, the SPO Defendants are entitled to a total of $321,397.47 plus post-judgment interest. *See* Doc.443, at 10-11.

6. The Court is empowered to order the release of funds from the Registry. *See Lipin v. Wisehart*, No. 16-CV-00661-RBJ-STV, 2019 WL 7598626, at *3 (D. Colo. Apr. 18, 2019); *O'Donnell v. Sullivan*, No. 10-CV-00133-LTB-MJW, 2012 WL 4510680, at *1 (D. Colo. Oct. 1, 2012); *see also Viking Ins. Co. of Wis. v. Baize*, 753 Fed. App'x 549, 551 (10th Cir. 2018) (noting that district court ordered insurer to pay $25,000 in insurance proceeds into the court registry and then ordered court clerk to release the funds to minor's guardian).

For the foregoing reasons, the SPO Defendants respectfully request that the Court enter an Order directing the Clerk to release to the SPO Defendants, care of their counsel (Ty Gee, Haddon, Morgan and Foreman, P.C., 950 17th Street, Denver, Colorado), $321,397.47, plus any accumulated post-judgment interest, calculated from the date of judgment, in satisfaction of the judgment against the *Li* Plaintiffs and the *Cui* Plaintiffs.

May 4, 2022

        Respectfully submitted,

        *s/ Ty Gee*
        Harold A. Haddon
        Ty Gee
        Christopher P. Montville
        HADDON, MORGAN AND FOREMAN, P.C.
        950 17th Street, Suite 1000
        Denver, CO 80202
        Tel 303.831.7364
        hhaddon@hmflaw.com; tgee@hmflaw.com; cmontville@hmflaw.com

        *Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*