**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02443-RM-STV
Consolidated with Civil Action No. 1:19-cv-02637

Jun Li, *et al.*,

    Plaintiffs,

v.

Waveland Ventures, LLC, *et al.*,

    Defendants.

---

## CRC DEFENDANTS' NOTICE OF APPLICABLE INTEREST RATE

---

Judgment Creditors/Defendants Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC (collectively, the "CRC Defendants"), through undersigned counsel, respectfully submit this Notice of Applicable Interest Rate in accordance with the Court's April 7, 2022 Order [ECF 443], stating as follows:

1. On April 7, 2022, the Court granted the CRC Defendants' Motion for Entry of Charging Order Against Li Plaintiffs' Interest in CRCPS, ordering CRCPS to deposit the funds at issue into the Registry of the Court. [ECF 443].

2. The Court also ordered the CRC Defendants to provide the applicable interest rate for the judgment against the Li Plaintiffs. [*Id.* at 10 n.19].

3. Accordingly, the CRC Defendants hereby give notice that the applicable interest rate pursuant to 28 U.S.C. § 1961 is $1.92 per day.

///

4861-0670-7486

2

DATED: May 9, 2022.

/s/ *Stephanie A. Kanan*
James Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email: jkilroy@swlaw.com
Email: skanan@swlaw.com

*Counsel for Defendants Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC*

2

## CERTIFICATE OF SERVICE

  This is to certify that on May 9, 2022, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Hubert Kuo
Brian P. Stewart
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Harold A. Haddon
Ty Gee
Christopher P. Montville
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

                */s/Sandy Braverman*
                for Snell & Wilmer L.L.P.

4861-0670-7486