**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-cv-02443-RM-STV
      Consolidated with 19-cv-02637-RM-STV

**Derivatively:**
HSIN-YI WU, and QI QIN,
IN THEIR CAPACITY AS LIMITED PARTNERS OF
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,

    Plaintiffs

v.

COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,

    Nominal Defendant,

and

**Directly:**
HSIN-YI WU, JUN LI, QI QIN, YI LIU, JIE YANG, YUQUAN NI,
ZHONGZAO SHI, FANG SHENG, SHUNLI SHAO, KAIYUAN WU,
ZHIJIAN WU, ZHONGWEI LI, SA WU, FAN ZHANG, LIN QIAO,
JINGE HU, RUJUN LIU,YING XU, LU LI, CAO XIAOLONG,
and YUWEI DONG,

    Plaintiffs,

v.

COLORADO REGIONAL CENTER LLC,
COLORADO REGIONAL CENTER I, LLC,
SOLARIS PROPERTY OWNER LLC,
SOLARIS PROPERTY OWNER I LLC,
PETER KNOBEL, and
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP, and
ALL PRINCIPALS AND ULTIMATE OWNERS OF BUSINESS ENTITIES PURSUANT TO
PIERCING OF THE LIMITED LIABILITY VEIL,

    Defendants.

Civil Action No. 19-cv-02637-RM-STV ("Cui Plaintiffs")

DIANWEN CUI, LEI GU, SUFEN LENG, XUE MEI, ZHOU MEI,
YAN SONG, LU WANG, YUE WU, ZHUO YANG, JINGWEN ZHANG,
LEI ZHANG, LING ZHANG, XIAOHONG ZHANG, QIN ZHOU,
XUN ZHU, and CHUNYI ZOU,

    Plaintiffs,

v.

WAVELAND VENTURES LLC,
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,
COLORADO REGIONAL CENTER I, LLC,
SOLARIS PROPERTY OWNER LLC,
SOLARIS PROPERTY OWNER I, and
PETER KNOBEL,

    Defendants.

---

## ORDER ON MOTION FOR RELEASE OF FUNDS

---

This matter comes before the Court on a Motion to Release Funds Held in the Court Registry (ECF No. 447) filed by Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel (together, "SPO Defendants"), (the "Motion"). The SPO Defendants seeks the release of funds in the amount of $321,397.47 deposited by Colorado Regional Center Project Solaris, LLLP ("CRCPS") into the Court Registry on April 25, 2022. (ECF No. 445.) Upon consideration of the Motion, and relevant parts of the record, and being otherwise fully advised, the Court concludes as follows.

This Case has been complicated by inconsistencies between the various parties throughout—for example, the SPO Defendants have now filed a Motion for Release of Funds yet the other Defendants, Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC (together, the "CRC Defendants"), have not yet done so.  The Court notes, however, that the 10th Circuit has not put a stay in place in this case.  Therefore, the Court is inclined to release the funds fourteen (14) days from the date of this Order unless an order for a stay issues.  However, the Court cannot currently enter such an Order because the Defendants have not specified the appropriate payees for their disbursements.  The Court, therefore, ORDERS the Defendants to file notice, in writing, within seven (7) days of the date of this Order, indicating the proper party to whom each check should issue.

The Court has done a projection of the total amounts that it concludes will be owed to the Defendants at the time the funds are released, including interest at the specified rates.[1]  The Court has calculated that the CRC Defendants should be paid $390,144.57 plus 55% of any interest accumulated in the Court Registry Account.  The SPO Defendants should be paid a total of $321,470.15 plus 45% of any interest accumulated in the Court Registry Account.  If any of the Parties disagree, however, they should specify the disagreement, and explain their bases for such, in filings to the Court within seven days of this Order.

Finally, based on the Court's calculations, some money will remain in the Court registry after the proper distributions are made.  The Court intends to order that any such money shall be returned to CRCPS.  The Defendants shall inform the Court of the appropriate Party to whom

---

[1] As Ordered by this Court, the CRC Defendants filed a Notice of the Applicable Interest Rate (ECF No. 448) specifying that, pursuant to 28 U.S.C. § 1961, the applicable interest rate on the amounts it is owed is $1.92 per day.

such a refund check should be issued when they submit their other filings. Again, if the Parties disagree with this disposition, they shall notify the Court by Motion filed within seven days.

Based on the foregoing, it is therefore ORDERED

(1) That the SPO Defendants shall file, no later than Monday, May 23, 2022, a Notice reflecting the proper entity to whom this Court should pay the distribution from the Court Registry;

(2) That the CRC Defendants shall file, no later than Monday, May 23, 2022, a Notice reflecting the proper entity to whom this Court should pay the distribution from the Court Registry;

(3) The Defendants shall include in their Notices the name of the proper entity to whom any excess funds should be returned, as well as where such funds should be sent;

(4) Any Party who objects to the Court's stated intention, or who disagrees with the Court's projections of the total amounts owed, shall file a Motion in this Court no later than noon on Friday, May 20, 2022.

DATED this 9th day of May, 2022.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge