# In the United States District Court for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV
—*Consolidated with* No. 19-cv-2637-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## SPO Defendants' Response to Order on Motion for Release of Funds

Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel (collectively, "SPO Defendants"), through their attorneys Haddon, Morgan, and Foreman, P.C., submit this Response to the Court's Order entered May 9, 2022, within seven days of the order, as directed (Doc.449).

1. **Proper party and address to whom the check to SPO Defendants should issue:**

> Ty Gee
> Haddon, Morgan and Foreman, P.C.
> 950 17th Street, Suite 1000
> Denver, CO 80202

2. **Amount:** The SPO Defendants agree with the Court's calculation of amounts owed to them.

3. **Refund of residue amount:** Because they do not know the source of the funds in the Registry, the SPO Defendants defer to the CRC Defendants on the question to whom any remaining amounts in the Registry should be paid (after payments to the SPO Defendants and CRC Defendants).

May 13, 2022

Respectfully submitted,

*s/ Ty Gee*
Harold A. Haddon
Ty Gee
Christopher P. Montville
HADDON, MORGAN AND FOREMAN, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Tel 303.831.7364
hhaddon@hmflaw.com; tgee@hmflaw.com; cmontville@hmflaw.com

*Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*