**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02443-RM-STV
Consolidated with Civil Action No. 1:19-cv-02637

Jun Li, *et al.*,

    Plaintiffs,

v.

Waveland Ventures, LLC, *et al.*,

    Defendants.

---

## CRC DEFENDANTS' RESPONSE TO ORDER ON MOTION FOR RELEASE OF FUNDS

Judgment Creditors/Defendants Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC (collectively, the "CRC Defendants"), through undersigned counsel, respectfully submit this Response to the Court's Order entered May 9, 2022, as directed [ECF 449 at 4]:

1. The proper party and address to whom the funds to the CRC Defendants should issue is:

    Colorado Regional Center I, LLC
    c/o Stephanie A. Kanan
    1200 17th Street, Suite 1900
    Denver, CO 80202-5854

2. The CRC Defendants agree with the Court's calculation of amounts owed to them.

4892-1206-8897

3. The proper party and address to whom the remaining funds in the Court Registry should be returned to after distribution to the CRC Defendants and the SPO Defendants is:

Colorado Regional Center Project Solaris, LLLP
280 Detroit Street
Denver, CO 80206

DATED: May 23, 2022.

/s/ Stephanie A. Kanan
James Kilroy
Stephanie A. Kanan
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email:  jkilroy@swlaw.com
Email:  skanan@swlaw.com

*Counsel for Defendants Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC*

2

4892-1206-8897

## CERTIFICATE OF SERVICE

This is to certify that on May 23, 2022, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Hubert Kuo
Brian P. Stewart
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Harold A. Haddon
Ty Gee
Christopher P. Montville
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

*/s/Sandy Braverman*
for Snell & Wilmer L.L.P.