IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 19-cv-02443-RM-STV
      Consolidated with 19-cv-02637-RM-STV

**Derivatively:**
HSIN-YI WU, and QI QIN,
IN THEIR CAPACITY AS LIMITED PARTNERS OF
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,

    Plaintiffs

v.

COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,

    Nominal Defendant,

and

**Directly:**
HSIN-YI WU, JUN LI, QI QIN, YI LIU, JIE YANG, YUQUAN NI,
ZHONGZAO SHI, FANG SHENG, SHUNLI SHAO, KAIYUAN WU,
ZHIJIAN WU, ZHONGWEI LI, SA WU, FAN ZHANG, LIN QIAO,
JINGE HU, RUJUN LIU, YING XU, LU LI, CAO XIAOLONG,
and YUWEI DONG,

    Plaintiffs,

v.

COLORADO REGIONAL CENTER LLC,
COLORADO REGIONAL CENTER I, LLC,
SOLARIS PROPERTY OWNER LLC,
SOLARIS PROPERTY OWNER I LLC,
PETER KNOBEL, and
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP, and
ALL PRINCIPALS AND ULTIMATE OWNERS OF BUSINESS ENTITIES PURSUANT TO
PIERCING OF THE LIMITED LIABILITY VEIL,

    Defendants.

Civil Action No. 19-cv-02637-RM-STV ("Cui Plaintiffs")

DIANWEN CUI, LEI GU, SUFEN LENG, XUE MEI, ZHOU MEI,
YAN SONG, LU WANG, YUE WU, ZHUO YANG, JINGWEN ZHANG,
LEI ZHANG, LING ZHANG, XIAOHONG ZHANG, QIN ZHOU,
XUN ZHU, and CHUNYI ZOU,

     Plaintiffs,

v.

WAVELAND VENTURES LLC,
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,
COLORADO REGIONAL CENTER I, LLC,
SOLARIS PROPERTY OWNER LLC,
SOLARIS PROPERTY OWNER I, and
PETER KNOBEL,

     Defendants.

## ORDER

This matter comes before the Court on a Motion to Release Funds Held in the Court Registry (ECF No. 447) filed by Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel (together, "SPO Defendants"), (the "Motion"). The SPO Defendants seeks the release of funds in the amount of $321,397.47 deposited by Colorado Regional Center Project Solaris, LLLP ("CRCPS") into the Court Registry on April 25, 2022. (ECF No. 445.) Pursuant to prior order of this Court both the SPO Defendants and Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC (together, the "CRC Defendants") have each filed a Response specifying the proper payees for the funds and indicating their agreement with the Court's preliminary calculations of the amounts owed. (ECF Nos. 450, 451.) The CRC Defendants also specified, as directed, the

proper party to receive all remaining funds in the Court registry once the distributions have been made. Upon consideration of the Motion, the Responses, and relevant parts of the record, and being otherwise fully advised, the Court ORDERS as follows.

(1) The Motion for Release of Funds (ECF No. 447) is GRANTED;

(2) That the Clerk of the Court shall issue a check drawn on the Court Registry in the amount of $390,144.57 plus 55% of any accrued interest, made payable to "Colorado Regional Center I, LLC." The check shall be mailed care of the CRC Defendants' counsel: Stephanie A. Kanan, Snell & Willmer L.L.P. 1200 17th Street, Suite 1900 Denver, Colorado 80202-5854;

(3) That the Clerk of Court shall issue a check drawn on the Court Registry in the amount of $321,470.15 plus 45% of any accrued interest, made payable to Ty Gee. The check shall be mailed to the SPO Defendants' counsel: Ty Gee, Haddon, Morgan and Foreman, P.C. 950 17th Street, Suite 1000 Denver, Colorado 80202;

(4) That the Clerk of Court shall issue a check draw on the Court Registry for any remaining funds in the Registry made payable to Colorado Regional Center Project Solaris, LLLP. The check shall be mailed to Colorado Regional Center Project Solaris, LLLP 280 Detroit Street Denver, Colorado 80206.

DATED this 27th day of May, 2022.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge