# In the United States District Court
# for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV
—*Consolidated with* No. 19-cv-2637-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## SPO Defendants' Request to Amend the Payee in the Order Disbursing Funds in the Registry

Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel (collectively, "SPO Defendants"), through their attorneys Haddon, Morgan, and Foreman, P.C., request that the Court amend the SPO Defendants' payee in the Court's Order Disbursing Funds in the Registry (Doc.452).

    1.  The Court requested that the parties identify the payee to whom a check from the Registry should be issued. Doc.449, at 3. I consulted our clients but not our law firm administrator. I said the check should issue to "Ty Gee – Haddon, Morgan and Foreman, P.C." That was a mistake. I assumed it would be a simple matter to sign over the check. I now understand it is more complicated than that.

2. I understand from the Clerk's Office that the amendment to payee requires a Court order. I regret bothering the Court with the correction of my mistake, and I apologize for the inconvenience.

3. The SPO Defendants request that the Court enter an Amended Order requiring that the Clerk disburse the Registry funds to:

> **Haddon, Morgan and Foreman, P.C.**
> **950 17th Street, Suite 1000**
> **Denver, Colorado 80202**

May 31, 2022

Respectfully submitted,

*s/ Ty Gee*
Harold A. Haddon
Ty Gee
Christopher P. Montville
HADDON, MORGAN AND FOREMAN, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Tel 303.831.7364
hhaddon@hmflaw.com; tgee@hmflaw.com; cmontville@hmflaw.com

*Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*