

From: Colorado Regional Center I, LLC (the "General Partner") on behalf of Colorado Regional Center Project Solaris, LLLP (the "Partnership")

To: Limited Partners ("LPs") of the Partnership

Date: November 29, 2021

Re: Solaris Project Update

---

CRCPS Limited Partners:

In the Solaris Project Update dated September 13, 2021, we informed you that six units (7E East, 5C West, 5E West, 7E West, Penthouse G West, and 3E East) had been placed under contract and were scheduled to close in October and early November. These transactions have closed and sold for an aggregate gross amount of $19.2 million. As a result, the Partnership has fully repaid the Thorofare loan and funded the Partnership's projected cash reserve requirements.

We are pleased to inform you that the Partnership has $12.16 million of available cash to distribute to the limited partners as a partial return of capital, or $80,000 per limited partner on a pro rata basis.  As we previously communicated, after repayment of the Thorofare loan, we planned to start making sequential return of capital distributions upon unit sales rather than waiting until all the units are sold before doing so. This remains our plan, subject to the adjustments described below with respect to limited partners that participated as Plaintiffs in the lawsuits.

As you will recall, we recently informed all limited partners that the court found the claims against CRC I were frivolous and entered the following judgment in favor of CRC I:

- The court entered the award in favor of CRC Defendants and against the Li Plaintiffs and their attorney Douglas Litowitz in the amount of $390,056.25; and
- The court entered the award in favor of CRC Defendants and against the Cui Plaintiffs and their attorney Brian Stewart in the amount of $139,539.75.

In sum, the district court awarded the CRC Defendants a total of $529,596 in attorney fees incurred in defending the baseless and frivolous case.  We are pursuing collection of the attorney fee judgment immediately.  If the attorneys fail or refuse to pay this judgment, we will of course have to obtain payment from the named Plaintiffs through charging orders on distributions they would otherwise receive as limited partners.  For this reason, we intend to withhold and place into a segregated account a portion of the planned distribution from each of the Plaintiffs identified in the court's ruling to serve as collateral as we pursue the judgment against the respective attorneys. Since there are 21 named "Li" Plaintiffs represented by attorney Douglas Litowitz, we will withhold $18,574.11 from each of their individual distributions. As there are 16 named "Cui" Plaintiffs represented by attorney Brian Stewart,  we will withhold $8,721.23 from each of their individual distributions.



To be clear, our placement of funds into the segregated account is not and will not be considered satisfaction (i.e., payment) of the judgment. Plaintiffs' attorneys are responsible for the entire attorney fee judgment and we expect Plaintiffs' attorneys to pay the attorney fee judgment so that we may release all distributable funds to the Plaintiffs so that they receive distributions equivalent to the other limited partners.  To be clear, those limited partners who are not named Plaintiffs in the lawsuit will not be affected and will receive the $80,000 distribution.

We plan to send funds on December 10, 2021 to everyone who provides complete wire instructions by December 6, 2021.  To ensure delivery and timeliness, we will only send wires and will not send hard copy checks.  Please send us your wire instructions as soon as possible so we can prepare the distribution instruction.    Wire instructions should include the following:

- Bank name
- Bank ABA number (for U.S. banks)
- SWIFT Code (for International banks)
- Account number
- Bank address
- Beneficiary name
- Beneficiary address

With respect to other matters, unit 2A South is currently under contract at a purchase price of $6.3 million and is scheduled to close in mid-December. A number of other units are also currently listed for sale. We are attempting to determine if there is a fair and practicable procedure to facilitate redemption transactions for the remaining units that are not subject to contracts.  If we can adopt a redemption strategy that is endorsed by all limited partners and we are not threatened with litigation relating to that strategy, we will work to implement a redemption program for the remaining units.  Of course, we will continue to aggressively pursue a sales strategy in the meantime to generate proceeds for additional distributions.

Please let us know if you have additional questions.


Sincerely,

Colorado Regional Center Project Solaris, LLLP, a Colorado limited liability limited partnership

By:    Colorado Regional Center I, LLC, a Colorado limited liability company

       its General Partner

*Johan Segerdahl*, Authorized Signatory