UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 19-cv-02443**
**Consolidated with Civil Action No. 19-cv-02637**

Jun Li, Qi Quin, Yi Liu, et al.,

    Plaintiffs

v.                                                                                          Hon. Magistrate Scott Vorholak

Waveland Ventures, LLC,
Colorado Regional Center Project Solaris, LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I, and
Peter Knobel

    Defendants.

## ORDER GRANTING CROSS-MOTION TO INTERVENE

The Court has considered the Cross-Motion to Intervene filed by the following non-parties who seek to intervene in this case: Yibo Bao, Yuan Bi, Yichen Dao, Xue Han, Guohai He, Yi Hou, Beilei Huang, Shenyun Huang, Fang Li, Gang Li, Yan Li, Ying Li, Yue Li, Zhongwei Li, Xiaofeng Liang, Song Lin, Naidong Liu, Yan Lv, Ji Ma, Fuqiang Sun, Wei Wang, Xiaoshen Wang, Li Wei, Hsinyi Wu, Jun Xie, Hao Ying, Jiaqi Yuan, Tao Yuan, Jun Zhang, Xushen Zhang, and Min Zheng (collectively "Non-Parties"), including the papers filed in support of the Cross-Motion and any papers filed in opposition, and for good cause shown;

IT IS HEREBY ORDERED that the Cross-Motion to Intervene is granted and that Non-Parties are permitted to intervene in this proceeding pursuant to Rule 24 of the Federal Rules of Civil Procedure.

DATED: _____, 2022

                                    BY THE COURT

                                    _____

                                    UNITED STATES DISTRICT JUDGE