# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, et al.
        Plaintiffs,

        v.

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC, et al.
        Defendants.

Hon. Judge Moore
Hon. Magistrate Varholak

### Li Plaintiffs' Request for Production of One-Page Document under Fed. R. Civ. P. 26(d) in Lieu of Reply on Motion for Attorney Fees

This Motion turns on whether the distribution of $80,000 to each limited partner in CRCPS was in the nature of a "settlement" or an "ordinary course distribution." CRCI ordered the distributions of $80,000 while it was being sued to return $500,000 to each limited partner in CRCPS, a lawsuit that remains pending.

If this distribution was in the nature of a "settlement" – <u>as the Li Plaintiffs contend in Dkt#456</u> – then it required Court approval and payment of fees to counsel under Rule 23.1(c).

If it was not in the nature of a "settlement" but was an "ordinary course distribution" – <u>as the CRC Defendants contend in Dkt#459</u> – then it didn't require Court approval or fees.

For the Court to answer this question – "Was it a full/partial settlement or an ordinary course distribution?" – it should examine the timing and magnitude of other distributions in the last 10 years. That will tell whether the $80,000 payment was 'ordinary' or 'extraordinary.' Accordingly, the Li Plaintiffs respectfully ask for the CRCI Defendants to produce a one-page sheet showing average distributions to limited partners over the last 10 years. Then everyone can

see if this distribution fits the pattern of prior ordinary course distributions from CRCPS.

Production of this one-page simple document is permitted by Fed. R. Civ. P. 26(d), which allows this Court to order discovery prior to a Rule 26(a) conference. The discovery sought here is miniscule and based on information that is ready to hand for the CRC Defendants. A discovery request is attached hereto for approval by the Court as a preliminary step in deciding the Motion.

The CRC Defendants should be happy to produce this one-page document. It will afford them an opportunity to prove their contention that the $80,000 distribution was an "ordinary course distribution" just like others they have made so far.

Of course, if CRCI's document shows that the $80,000 distribution was a unique event in the last 10 years, and that it was in fact intended to offset the $500,000 demanded of them in this derivative lawsuit, then it is a partial settlement in the wake of a lawsuit, triggering Rule 23.1(c).

The Li Plaintiffs don't have actual figures, but their informal calculations appear to show that this $80,000 distribution was *at least* 6 times the magnitude of the highest prior distribution, and thus cannot be "ordinary." But the Li Plaintiffs will wait for the CRC Defendants to provide the actual numbers, and this Court can then reach its own conclusion.

WHEREFORE, the Li Plaintiffs request the CRC Defendants produce a one-page document pursuant to the attached request for production, thereby enabling this Court to make a reasoned decision if Rule 23(c) was triggered.

Dated: October 13, 2022                    Respectfully Submitted,

/s/ Douglas Litowitz
413 Locust Place, Deerfield, IL 60015
312-622-2848; Litowitz@gmail.com

**Certificate of Service**
This document was filed on the ECF system for the District of Colorado on October 13, 2022 and thereby sent to all counsels of record.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02443

Jun Li, Qi Qin, Yi Liu, Jie Yang, et al.
        Plaintiffs,

                                                 Hon. Judge Moore
       v.                                      Hon. Magistrate Varholak

Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC, et al.
        Defendants.

## LI PLAINTIFFS' REQUEST FOR PRODUCTION OF
## DOCUMENT UNDER FED. R. CIV. P. 26(d) and 34

TO:        COLORADO REGIONAL CENTER I LLC, Defendant
AND TO:    JAMES KILROY and STEPHANIE KANAN, Attorneys for Defendant

Pursuant to Fed. R. Civ. P. 34, as authorized under Fed. R. Civ. P. 26(d), the Li Plaintiffs, through their attorney, hereby propound the following Request for Production of Document to be answered within thirty (30) days hereof by email to Attorney Douglas Litowitz at Litowitz@gmail.com.

**REQUESTS FOR PRODUCTION**: Produce a one-page sheet (or longer if necessary) showing the average annual distribution from CRCPS to each limited partner in Colorado Regional Center Project Solaris LLLP from inception of that entity until the present time. [Note: if you cannot prepare this document but have the underlying information, then produce such information with a statement attesting that you are unable to make the required calculation.]

Dated: October 13, 2022                      Respectfully Submitted,

                                                   /s/ Douglas Litowitz
                                                   413 Locust Place,
                                                   Deerfield, IL 60015
                                                   312-622-2848;
                                                   Litowitz@gmail.com

**Certificate of Service**
I hereby certify that on the 13th day of October, 2022, I served this Request for Production on James Kilroy and Stephanie Kanan of Snell & Wilmer, counsel for the CRC Defendants.   /s/ Doug Litowitz