**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-02443
    Consolidated with Civil Action No. 19-cv-02637

                                Hon. Judge Raymond P. Moore
                                Hon. Magistrate Judge Scott T. Varholak

**Derivatively:**
HSIN-YI WU, and QI QIN,
IN THEIR CAPACITY AS LIMITED PARTNERS OF COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,

    Plaintiffs,

v.

COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,

    Nominal Defendant,

and

**Directly:**
HSIN-YI WU, JUN LI, QI QIN, YI LIU, JIE YANG, YUQUAN NI, ZHONGZAO SHI, FANG SHENG, SHUNLI SHAO, KAIYUAN WU, ZHIJIAN WU, ZHONGWEI LI, SA WU, FAN ZHANG, LIN QIAO, JINGE HU, RUJUN LIU,YING XU, LU LI, CAO XIAOLONG, and YUWEI DONG,

    Plaintiffs,

v.

COLORADO REGIONAL CENTER LLC, COLORADO REGIONAL CENTER I, LLC, SOLARIS PROPERTY OWNER LLC, SOLARIS PROPERTY OWNER I LLC, PETER KNOBEL, and COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP, and
ALL PRINCIPALS AND ULTIMATE OWNERS OF BUSINESS ENTITIES PURSUANT TO PIERCING OF THE LIMITED LIABILITY VEIL,

    Defendants.

---

1

Civil Action No. 19-cv-02637-RM-STV ("Cui Plaintiffs")

DIANWEN CUI, LEI GU, SUFEN LENG, XUE MEI, ZHOU MEI, YAN SONG, LU WANG, YUE WU, ZHUO YANG, JINGWEN ZHANG, LEI ZHANG, LING ZHANG, XIAOHONG ZHANG, QIN ZHOU, XUN ZHU, and CHUNYI ZOU,

Plaintiffs,

v.

WAVELAND VENTURES LLC, COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP, COLORADO REGIONAL CENTER I, LLC, SOLARIS PROPERTY OWNER LLC, SOLARIS PROPERTY OWNER I, and PETER KNOBEL,

Defendants.

## AMENDMENT TO CROSS-MOTION TO INTERVENE

This Amendment to Cross-Motion to Intervene is filed by local Colorado Counsel, Sumeeta Gawande, Esq. of Gawande Law LLC, and lead counsel, Carlos M. Carvajal, Esq. of Liu, Chen & Hoffman, LLP, on behalf of the following non-parties: Yibo Bao, Yuan Bi, Yichen Dao, Xue Han, Guohai He, Yi Hou, Beilei Huang, Shenyun Huang, Fang Li, Gang Li, Yan Li, Ying Li, Yue Li, Zhongwei Li, Xiaofeng Liang, Song Lin, Naidong Liu, Yan Lv, Ji Ma, Fuqiang Sun, Wei Wang, Xiaoshen Wang, Li Wei, Hsinyi Wu, Jun Xie, Hao Ying, Jiaqi Yuan, Tao Yuan, Jun Zhang, Xushen Zhang, and Min Zheng (collectively "Non-Parties").

### CORRECTION TO STATEMENT OF CONFERRAL
### PER LOCAL CIVIL RULE 7.1

In the Cross-Motion filed on October 7, 2022 by the Non-Parties, the undersigned counsel stated that Carlos Carvajal, Esq., counsel for the Non-Parties, advised that on October 6 and 7, 2022, he conferred with counsel for defendants Colorado Regional Center Project Solaris LLLP,

2

Colorado Regional Center I, LLC, and Colorado Regional Center LLC ("Defendants") and that Defendants did not object to intervention by the Non-Parties. Please withdraw and revise the statement that "Defendants did not object to intervention by the Non-Parties" to instead state more accurately as follows: Defendants take no position regarding the Non-Parties' motion to intervene.

Dated October 14, 2022.

Respectfully submitted,

**GAWANDE LAW LLC**

By: _____
Sumeeta Gawande, Esq., #: 47524
Local Counsel for Non-Parties

**LIU, CHEN & HOFFMAN, LLP**

By: /s/ Carlos M. Carvajal_____
Carlos M. Carvajal, Esq.
Lead Counsel for Non-Parties

### CERTIFICATE OF SERVICE

I certify that on October 14, 2022 a true and accurate copy of this **AMENDMENT TO CROSS-MOTION TO INTERVENE** was served electronically on all counsel of record via ECF.

/s/ Sumeeta Gawande
Sumeeta Gawande