UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

November 01, 2022

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**   21-1232 &  21-1253, Li, et al., et al v. Colorado Regional Center I, et al
Dist/Ag docket: 1:19-CV-02443-RM-STV

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's October 7, 2022 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Ty Gee
Harold Haddon
Heather R. Hanneman
Stephanie Kanan
James D. Kilroy
Hubert H. Kuo
Douglas Eliot Litowitz
Christopher P. Montville

    Eric M Schiffer
    Brian Stewart

CMW/lg