**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**November 9, 2022**

_____

**Christopher M. Wolpert**
**Clerk of Court**

| | |
|---|---|
| JUN LI, et al., | |
| Plaintiffs - Appellants, | |
| and | |
| DIANWEN CUI, et al., | |
| Plaintiffs, | |
| v. | No. 21-1232 |
| | (D.C. No. 1:19-CV-02443-RM-STV) |
| COLORADO REGIONAL CENTER I, LLC, et al., | (D. Colo.) |
| Defendants - Appellees. | |

_____

| | |
|---|---|
| DIANWEN CUI, et al., | |
| Plaintiffs - Appellants, | |
| and | |
| JUN LI, et al., | |
| Plaintiffs, | |
| v. | No. 21-1253 |
| | (D.C. No. 1:19-CV-02443-RM-STV) |
| COLORADO REGIONAL CENTER LLC, et al., | (D. Colo.) |
| Defendants - Appellees, | |

and

PETER KNOBEL,

    Defendant.

---

**ORDER**

---

Before **MATHESON**, **KELLY**, and **PHILLIPS**, Circuit Judges.

---

This matter is before the Court on the "Motion For Appeal-Related Attorneys' Fees And Legal Expenses And Request For Remand To District Court For Determination Of Amount Of Fees And Expenses" filed by Appellees Solaris Property Owner I, LLC, Peter Knobel, and Solaris Property Owner, LLC (the "SPO Defendants") on October 21, 2022, and resubmitted on October 26, 2022. Upon consideration of the motion, the Appellants' responses, and the SPO Defendants' reply, we deny the motion on the ground that the SPO Defendants have not made a sufficient showing to warrant a fee award for this appeal.

This order supplements the mandate issued November 1, 2022.

    Entered for the Court,

    CHRISTOPHER M. WOLPERT, Clerk