UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | | Chief Deputy Clerk |

November 09, 2022

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** 21-1232, 21-1253, Li, et al., et al v. Colorado Regional Center I, et al
Dist/Ag docket: 1:19-CV-02443-RM-STV

Dear Clerk:

Please be advised that a supplemental mandate for this case issued today. It supplements the previously-issued mandate of this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Ty Gee
Harold Haddon
Heather R. Hanneman
Stephanie Kanan
James D. Kilroy
Hubert H. Kuo
Douglas Eliot Litowitz
Christopher P. Montville
Eric M Schiffer
Brian Stewart

CMW/na