**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-02443
      Consolidated with Civil Action No. 19-cv-02637

                              Hon. Judge Raymond P. Moore
                              Hon. Magistrate Judge Scott T. Varholak

**Derivatively:**
HSIN-YI WU, and QI QIN,
IN THEIR CAPACITY AS LIMITED PARTNERS OF COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,

      Plaintiffs,

v.

COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,

      Nominal Defendant,

and

**Directly:**
HSIN-YI WU, JUN LI, QI QIN, YI LIU, JIE YANG, YUQUAN NI, ZHONGZAO SHI, FANG SHENG, SHUNLI SHAO, KAIYUAN WU, ZHIJIAN WU, ZHONGWEI LI, SA WU, FAN ZHANG, LIN QIAO, JINGE HU, RUJUN LIU,YING XU, LU LI, CAO XIAOLONG, and YUWEI DONG,

      Plaintiffs,

v.

COLORADO REGIONAL CENTER LLC, COLORADO REGIONAL CENTER I, LLC, SOLARIS PROPERTY OWNER LLC, SOLARIS PROPERTY OWNER I LLC, PETER KNOBEL, and COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP, and ALL PRINCIPALS AND ULTIMATE OWNERS OF BUSINESS ENTITIES PURSUANT TO PIERCING OF THE LIMITED LIABILITY VEIL,

      Defendants.

  ---

1

Civil Action No. 19-cv-02637-RM-STV ("Cui Plaintiffs")

DIANWEN CUI, LEI GU, SUFEN LENG, XUE MEI, ZHOU MEI, YAN SONG, LU WANG, YUE WU, ZHUO YANG, JINGWEN ZHANG, LEI ZHANG, LING ZHANG, XIAOHONG ZHANG, QIN ZHOU, XUN ZHU, and CHUNYI ZOU,

Plaintiffs,

v.

WAVELAND VENTURES LLC, COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP, COLORADO REGIONAL CENTER I, LLC, SOLARIS PROPERTY OWNER LLC, SOLARIS PROPERTY OWNER I, and PETER KNOBEL,

Defendants.

---

## NON-PARTIES' REPLY IN SUPPORT OF CROSS-MOTION TO INTERVENE

---

The following Non-Parties hereby submit this Reply in further support of their Cross-Motion to Intervene through their local Colorado Counsel, Sumeeta Gawande, Esq. of Gawande Law LLC, and lead counsel, Carlos M. Carvajal, Esq. of Liu, Chen & Hoffman, LLP: Yibo Bao, Yuan Bi, Yichen Dao, Xue Han, Guohai He, Yi Hou, Beilei Huang, Shenyun Huang, Fang Li, Gang Li, Yan Li, Ying Li, Yue Li, Zhongwei Li, Xiaofeng Liang, Song Lin, Naidong Liu, Yan Lv, Ji Ma, Fuqiang Sun, Wei Wang, Xiaoshen Wang, Li Wei, Hsinyi Wu, Jun Xie, Hao Ying, Jiaqi Yuan, Tao Yuan, Jun Zhang, Xushen Zhang, and Min Zheng (collectively "Non-Parties").

On October 7, 2022, Non-Parties filed a Cross-Motion to Intervene. No opposition to the Cross-Motion has been filed, and the deadline to do so has now passed. Non-Parties therefore respectfully request the Court to enter the proposed Order granting the Cross-Motion and permitting intervention by the Non-Parties.

Dated November 11, 2022.

Respectfully submitted,

**GAWANDE LAW LLC**

By: _____
     Sumeeta Gawande, Esq., #: 47524
     Local Counsel for Non-Parties

**LIU, CHEN & HOFFMAN, LLP**

By: /s/ Carlos M. Carvajal
     Carlos M. Carvajal, Esq.
     Lead Counsel for Non-Parties

---

## CERTIFICATE OF SERVICE

I certify that on November 11, 2022 a true and accurate copy of this **NON-PARTIES' REPLY IN SUPPORT OF CROSS-MOTION TO INTERVENE** was served electronically on all counsel of record via ECF.

/s/ Sumeeta Gawande
Sumeeta Gawande