# In the United States District Court for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV

—*Consolidated with* No. 19-cv-2637-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

    v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Heather Hanneman of the law firm Haddon Morgan and Foreman, P.C., hereby enters her appearance on behalf of Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel and requests that she receive copies of all electronic filings in this matter.

December 1, 2022

Respectfully submitted,

*s/Heather Hanneman*

Heather Hanneman
Harold A. Haddon
Ty Gee
Christopher P. Montville
Haddon, Morgan and Foreman, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Tel 303.831.7364
hhanneman@hmflaw.com; hhaddon@hmflaw.com;
tgee@hmflaw.com; cmontville@hmflaw.com

*Attorneys for Defendants Solaris Property Owner, LLC,
Solaris Property Owner I, LLC, and Peter Knobel*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 1, 2022, I electronically filed the foregoing *Notice of Entry of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

      *All other counsel of record*

s/*Matthew MacPhail*
Paralegal