# In the United States District Court
# for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV

—*Consolidated with* No. 19-cv-2637-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

    v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

---

**SPO Defendants' Unopposed Motion for Extension of Time to File Response to Li Plaintiffs' Motion to Strike Fees Awarded to SPO Defendants**

---

Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel (collectively "the SPO defendants"), through their attorneys Haddon, Morgan and Foreman, P.C., move in this consolidated case under Federal Rule of Civil Procedure 6 and D.C.Colo.LCivR 6.1 for a 4-day extension of time, to and including December 9, 2022, within which to submit their response to the Li Plaintiffs' Motion to Strike Fees Awarded to SPO Defendants at Dkt. 413 Pursuant to the Tenth Circuit Supplemental Mandate and Fed. R. Civ. P. 60(b) ("Motion").

*Certificate of conferral.* The undersigned hereby certifies that she has conferred with counsel for all parties regarding the subject matter of this Motion. No party objects to the relief requested.

    1. The SPO Defendants' response to the Motion is due on December 5, 2022.

    2. The SPO Defendants have not previously requested an extension of time to respond to the Motion.

3.  Primary counsel for the SPO defendants contracted COVID this week, which has delayed the preparation of the response.

4.  The SPO Defendants, therefore, will need an additional 4 days to file their response.

5.  No party objects to this request or will be prejudiced by the relief requested herein.

The SPO Defendants, therefore, respectfully request that the Court grant them an extension of time of 4 days, up to and including December 9, 2022, in which to file their response to the Motion.

Date: December 2, 2022

Respectfully submitted,

*s/Heather R. Hanneman*

Heather R. Hanneman
Harold A. Haddon
Ty Gee
Christopher P. Montville
Haddon, Morgan and Foreman, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Tel 303.831.7364
hhanneman@hmflaw.com; hhaddon@hmflaw.com; tgee@hmflaw.com; cmontville@hmflaw.com

*Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record. I hereby further certify that I served via email the foregoing on Ryan Smith, the representative of SPO Defendants.

s/ *Nikki M. Chappelle*
Legal Assistant

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record. I hereby further certify that I served via email the foregoing on Ryan Smith, the representative of SPO Defendants.

s/ *Nikki M. Chappelle*
Legal Assistant