# In the United States District Court
# for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV

—*Consolidated with* No. 19-cv-2637-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

    v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## [Proposed] Order Granting SPO Defendants' Unopposed Motion for Extension of Time

Before the Court is Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel's (collectively, the "SPO Defendants") Unopposed Motion for Extension of Time to File Response to the Li Plaintiffs' Motion to Strike Fees Awarded to SPO Defendants ("Motion").

The SPO Defendants seek a four-day extension of time, through December 9, 2022, to respond to the Li Plaintiffs' Motion to Strike.

Having reviewed the Motion and the record in this matter and finding that good cause exists to extend the deadline, the Court hereby GRANTS the Motion.

It is ORDERED that the SPO Defendants' deadline to respond to the Motion to Strike is extended through December 9, 2022.

Dated this ___ day of December, 2022.

BY THE COURT:

_____
District Court Judge