# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 23, 2023

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  Jun Li, et al.
          v. Colorado Regional Center I, LLC, et al.
          No. 22-680
          (Your No. 21-1232, 21-1253)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on January 19, 2023 and placed on the docket January 23, 2023 as No. 22-680.

                                Sincerely,

                                **Scott S. Harris**, Clerk

                                by

                                Rashonda Garner
                                Case Analyst