IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02443-RM-STV
Consolidated with Civil Action No. 1:19-cv-02637

Jun Li, *et al.*,

    Plaintiffs,

v.

Waveland Ventures, LLC, *et al.*,

    Defendants.

---

**DEFENDANT CRC I AND COUNSEL'S RESPONSE TO THE LI PLAINTIFFS' "NOTICE OF D.C.Colo. LAttyR 2(a) VIOLATION" [ECF 479]**

---

Undersigned counsel James Kilroy and Stephanie Kanan, attorneys of record for Defendant Colorado Regional Center I, LLC ("CRC I"), on behalf of Defendant CRC I and themselves, file this Response to the Li Plaintiffs' "Notice of D.C.Colo. LAttyR 2(a) Violation" [ECF 479], stating as follows:

1. On April 30, 2023, counsel for the Li Plaintiffs served undersigned counsel with a "safe harbor" proposed motion under Fed. R. Civ. P. 11. The safe harbor motion raised the same issue identified in the Li Plaintiffs' Notice [ECF 479], and included the same accusations that undersigned counsel and CRC I fabricated evidence.

2. On May 15, 2023, counsel for the Li Plaintiffs asked undersigned counsel about the status of the safe harbor motion. Undersigned counsel responded, in writing: "We are still reviewing and working on this project, but it is our intention to file – before expiration of the

4872-0563-3380

safe harbor period – a submission with the Court to explain that the ARCU was executed on February 8, 2019."

3. Counsel for the Li Plaintiffs reacted by preemptively filing the Notice. [ECF 479].

4. As undersigned counsel previously informed the Li Plaintiffs' counsel, undersigned counsel and CRC I intend to file a submission with the Court directly addressing the issues raised in the Li Plaintiffs' safe harbor motion (which are identical to the issues raised in the Notice [ECF 479]) no later than May 21, 2023, which is within the safe harbor period set forth in Fed. R. Civ. P. 11(c)(2).

5. As will be further explained in the forthcoming submission, counsel for the Li Plaintiffs' selective presentation of discovery material from a parallel state court proceeding is incomplete and misleading. As counsel for the Li Plaintiffs is well aware, the accusation that undersigned counsel and CRC I fabricated evidence is false.

DATED: May 18, 2023.   SNELL & WILMER L.L.P.

*s/ James Kilroy*
James Kilroy
Stephanie A. Kanan
1200 Seventeenth Street, Suite 1900
Denver, CO 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
**Counsel for Defendants Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC**

2

4872-0563-3380

# CERTIFICATE OF SERVICE

This is to certify that on May 18, 2023, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Douglas Litowitz
413 Locust Place
Deerfield, IL  60015

Hubert Kuo
Brian P. Stewart
Ardent Law Group
4340 Von Karman Avenue, Suite 290
Newport Beach, CA  92660

Harold A. Haddon
Ty Gee
Christopher P. Montville
Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO  80203

/s/Amy Kovarsky
for Snell & Wilmer L.L.P.