# EXHIBIT B

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address:<br>1437 BANNOCK STREET, RM 256, DENVER, CO, 80202<br>**Plaintiff(s)** HSIN-YI WU et al.<br>v.<br>**Defendant(s)** SOLARIS PROP OWNER I LLC et al. | DATE FILED: May 2, 2023 12:30 PM<br>CASE NUMBER: 2021CV32918<br><br>⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2021CV32918 |
| | Division: 203      Courtroom: |
| **Order re: Request for hearing on Emergency Motion** | |

This matter comes before the Court on Plaintiff's Emergency Motion for Sanctions. The Court has reviewed the Motion and the Objections. filed by Defendants requesting additional time. The Court has also listened to the recording left by Counsel for Plaintiffs Mr. Litowitz for the Court Judicial Assistant. The Court has also reviewed the pleading, relevant Motions, Responses and Reply and the exhibits including the Agreement Regarding Collateral Units. ("ARCU"). The Court notes the ARCU is attached to Plaintiff's Amended Derivative Complaint for Breach of Contracts as Exhibit 3, referenced in the Plaintiff's Motion for Partial Summary Judgment, in which Plaintiff states "On April 17, 2015, on the day before the first Loan Advance reached year 3, CRCPS and SPOI entered into an Agreement Regarding Collateral Units ("ARCU") which "speaks for itself."" as an undisputed material fact. The ARCU is also identified in the Declaration of Douglas Litowitz in Support of Plaintiff's Motion for Partial Summary Judgment, paragraph 2(c).

After a review of the documents in this case, the Court concludes that the Motion this matter is not an emergency, does not require an expedited hearing, and the Court disagrees that the "opinion is wrong". Therefore, Defendants are given 21 days to respond to the Motion.

Finally, the CJA received a copy of the Emergency Motion by email on Friday April 28. The email notably did not include the counsel for Defendants. The Court reminds the parties that it does not accept Motions by email and will not take action on any motions improperly submitted.

SO ORDERED.

Issue Date: 5/2/2023

*Jill Dorancy*

JILL DEBORAH DORANCY
District Court Judge