# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02443-RM-STV
Consolidated with Civil Action No. 1:19-cv-02637

Jun Li, *et al.*,

      Plaintiff,

v.

Waveland Ventures, LLC, *et al.*,

      Defendants.

## DECLARATION OF JAMES KILROY IN SUPPORT OF CRC I AND COUNSEL'S SUBMISSION IN RESPONSE TO THE LI PLAINTIFFS' SERVICE OF SAFE HARBOR MOTION

I, James Kilroy, being of lawful age and pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct:

1. I am counsel of record in this matter for Defendants Waveland Ventures, LLC, Colorado Regional Center, LLC and Colorado Regional Center I, LLC (collectively, the "CRC Defendants"). I was originally retained on August 5, 2019 by Colorado Regional Center I LLC ("CRC I") to respond to a July 1, 2019 letter sent by counsel for the Li Plaintiffs, Douglas Litowitz, which I did by letter dated August 13, 2019.

2. Thereafter, on August 28, 2019, the Li Plaintiffs filed this lawsuit. At that time, the scope of my engagement expanded, and I began to represent the CRC Defendants and Colorado Regional Center Project Solaris, LLLP ("CRCPS") in this action.

3. Neither myself nor my law firm, Snell & Wilmer LLP represented the CRC Defendants or CRCPS prior to this, our first engagement, commencing on August 13, 2019.

4. Since the beginning of this case, my partner Stephanie Kanan and I have

continuously represented the CRC Defendants. The Court granted our motion to withdraw from representing CRCPS [ECF 197] on May 18, 2020 [ECF 207].

5. The Li Plaintiffs apparently contend that a document called the Agreement Regarding Collateral Units ("ARCU") was "fabricated."

6. It is unclear whether the Li Plaintiffs are accusing Snell & Wilmer LLP of fabricating the ARCU. If so, such accusation is false. Neither myself, Ms. Kanan, nor Snell & Wilmer LLP had anything to do with the negotiation, creation or execution of the ARCU.

I hereby swear, under penalty of perjury of the laws of the United States of America, that the statements in this Declaration are true and accurate.

Executed on May 19, 2023.

_____
James Kilroy

4874-8749-0404