| | |
|---|---|
| **From:** | Ryan Smith |
| **Sent:** | Tuesday, August 23, 2016 8:15 AM MDT |
| **To:** | Michael C. Bullock; Mark F. Bell; Rob Glucksman (rglucksman@coloradoregionalcenter.com) |
| **Subject:** | RE: Colorado Regional Center Project Solaris LLLP |

Mark, have you made a decision regarding title insurance? Solaris is prepared to make the transfers.

**From:** Ryan Smith
**Sent:** Tuesday, August 16, 2016 5:27 PM
**To:** Michael C. Bullock <mbullock@fostergraham.com>; Mark F. Bell <mbell@fostergraham.com>; Rob Glucksman (rglucksman@coloradoregionalcenter.com) <rglucksman@coloradoregionalcenter.com>
**Subject:** FW: Colorado Regional Center Project Solaris LLLP

Gentlemen: Has CRC determined which option it is going to take?

**From:** Gail Ferry [mailto:gferry@ltgc.com]
**Sent:** Thursday, August 11, 2016 2:31 PM
**To:** Ryan Smith <ryan@solarisvail.com>; Michael C. Bullock <mbullock@fostergraham.com>; Mark F. Bell <mbell@fostergraham.com>; Rob Glucksman <rglucksman@coloradoregionalcenter.com>; Peter Griffiths <pgriffiths@ltgc.com>; Condict, Wayne <wcondict@firstam.com>; Penn, Jim <jpenn@firstam.com>; Scott Bennetts <sbennetts@ltgc.com>
**Subject:** Colorado Regional Center Project Solaris LLLP

Thank you for your patience regarding the attached Memorandum. If you have any questions, both Peter Griffiths and I are available this afternoon and early Friday morning before 9AM. After that time on Friday, I will not be available but Peter will. His direct phone number is 303-331-6323.

Sincerely,
Gail



**Gail Ferry**
Vice President - Eagle County Manager
Colorado Title License # 32106
610 West Lionshead Circle, Suite 300
Vail, CO 81657
Direct: 970-477-4515
Office: 970-476-2251
Fax: 877-276-5043
Email: gferry@ltgc.com

SPO_0001734

[www.ltgc.com](http://www.ltgc.com)



SPO_0001735

| From: | Ryan Smith |
|---|---|
| Sent: | Thursday, August 25, 2016 10:20 AM MDT |
| To: | Michael C. Bullock; Mark F. Bell; Rob Glucksman (rglucksman@coloradoregionalcenter.com) |
| Subject: | RE: Colorado Regional Center Project Solaris LLLP |

Gentlemen: I am following up on my email below. Let's set a closing date for next week. Does Wednesday, August 31 work for you? Closing on the final day of the month would be clean for accounting purposes. Thanks, Ryan

**From:** Ryan Smith
**Sent:** Tuesday, August 23, 2016 8:23 AM
**To:** 'Michael C. Bullock' <mbullock@fostergraham.com>; Mark F. Bell <mbell@fostergraham.com>; Rob Glucksman (rglucksman@coloradoregionalcenter.com) <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Colorado Regional Center Project Solaris LLLP

Great. Can we set a closing date for the end of this week?

**From:** Michael C. Bullock [mailto:mbullock@fostergraham.com]
**Sent:** Tuesday, August 23, 2016 8:19 AM
**To:** Ryan Smith <ryan@solarisvail.com>; Mark F. Bell <mbell@fostergraham.com>; Rob Glucksman (rglucksman@coloradoregionalcenter.com) <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Colorado Regional Center Project Solaris LLLP

Ryan,

Yes, we are working with Gail to get the title insurance in place and coordinate the closing/transfer.

_____

**Michael C. Bullock**

**Foster Graham Milstein & Calisher, LLP**
360 South Garfield Street | Suite 600
Denver, CO 80209
**Main:** 303-333-9810
**Fax:** 303-333-9786
Fostergraham.com



FOSTER GRAHAM MILSTEIN & CALISHER LLP
ATTORNEYS AT LAW
DENVER - COLORADO SPRINGS



Confidentiality Notice and Disclaimer: The information contained in this e-mail may contain privileged and/or confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this e-mail is strictly prohibited. If you have received it in error, please immediately notify us by telephone (303-333-9810) or e-mail, and delete this message. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received, it is the responsibility of the recipient to ensure it is virus free and no responsibility is accepted by Foster Graham Milstein & Calisher, LLP for any loss or damage arising in any way from its use.

**From:** Ryan Smith [mailto:ryan@solarisvail.com]
**Sent:** Tuesday, August 23, 2016 8:16 AM
**To:** Michael C. Bullock <mbullock@fostergraham.com>; Mark F. Bell <mbell@fostergraham.com>; Rob Glucksman (rglucksman@coloradoregionalcenter.com) <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Colorado Regional Center Project Solaris LLLP

Mark, have you made a decision regarding title insurance? Solaris is prepared to make the transfers.

**From:** Ryan Smith
**Sent:** Tuesday, August 16, 2016 5:27 PM
**To:** Michael C. Bullock <mbullock@fostergraham.com>; Mark F. Bell <mbell@fostergraham.com>; Rob Glucksman (rglucksman@coloradoregionalcenter.com) <rglucksman@coloradoregionalcenter.com>
**Subject:** FW: Colorado Regional Center Project Solaris LLLP

Gentlemen: Has CRC determined which option it is going to take?

**From:** Gail Ferry [mailto:gferry@ltgc.com]
**Sent:** Thursday, August 11, 2016 2:31 PM
**To:** Ryan Smith <ryan@solarisvail.com>; Michael C. Bullock <mbullock@fostergraham.com>; Mark F. Bell <mbell@fostergraham.com>; Rob Glucksman <rglucksman@coloradoregionalcenter.com>; Peter Griffiths <pgriffiths@ltgc.com>; Condict, Wayne <wcondict@firstam.com>; Penn, Jim <jpenn@firstam.com>; Scott Bennetts <sbennetts@ltgc.com>
**Subject:** Colorado Regional Center Project Solaris LLLP

Thank you for your patience regarding the attached Memorandum. If you have any questions, both Peter Griffiths and I are available this afternoon and early Friday morning before 9AM. After that time on Friday, I will not be available but Peter will. His direct phone number is 303-331-6323.

Sincerely,
Gail

**Gail Ferry**
Vice President - Eagle County Manager
Colorado Title License # 32106

610 West Lionshead Circle, Suite 300
Vail, CO 81657
Direct: 970-477-4515
Office: 970-476-2251
Fax: 877-276-5043
Email: gferry@ltgc.com

www.ltgc.com

| From: | Ryan Smith |
|---|---|
| Sent: | Wednesday, September 7, 2016 2:44 PM MDT |
| To: | Rob Glucksman; Michael C. Bullock |
| CC: | Mark F. Bell |
| Subject: | RE: Closing |
| Attachments: | Transfer Agreement_Draft 9.7.16 (red).docx, Special Warranty Deed_9.7.16.docx, Special Warranty Deed_9.7.16.docx, Bill of Sale_FINAL.doc |

Michael and Mark,

In anticipation of closing, I took stock of the items that we need to finalize.

From a documentary perspective, we need to finalize the Transfer Agreement and Special Warranty Deed. I have made the below-described updates to each in order to conform them to the transaction.
1. Transfer Agreement
      a. Attached in clean and redline to CRC's latest draft of 7/6/16.
      b. Changes:
i. Deleted concept of Designee (as I believe that the Lender, CRCPS, LLLP, will be the grantee of all units).
ii. Deleted concept of "Lender Parties" as there is no longer a Designee.
iii. Highlighted in yellow the fields that we will need to complete for each unit.
      2. Special Warranty Deed
         a. Changes:
i. Inserted "September" in preamble and notary block
ii. Conformed Schedule A legal description to Title Commitment
iii. Conformed Schedule B Exceptions to Title Commitment
      3. Bill of Sale
         a. Previously agreed to final version attached.

Please let me know if the changes to the Transfer Agreement and Special Warranty Deed are acceptable. If so, we can begin to insert the unit-specific information.

In addition, the B-1 Requirements require submission to LTGC of the Loan Agreement and the Transfer Agreement. Have you already provided those to LTGC? If not, I would be glad to do so.

Thanks,

Ryan

**From:** Ryan Smith
**Sent:** Wednesday, September 7, 2016 11:26 AM
**To:** 'Rob Glucksman' <rglucksman@coloradoregionalcenter.com>; 'Michael C. Bullock' <mbullock@fostergraham.com>
**Cc:** 'Mark F. Bell' <mbell@fostergraham.com>
**Subject:** RE: Closing

Michael,

I just tried to call you. Is there a time today that works for you, Mark and/or Rob to speak? I'd like to touch base about next steps.

SPO_0001828

Thanks,

Ryan

**From:** Ryan Smith
**Sent:** Tuesday, September 6, 2016 11:00 AM
**To:** 'Rob Glucksman' <rglucksman@coloradoregionalcenter.com>; Michael C. Bullock
<mbullock@fostergraham.com>
**Cc:** Mark F. Bell <mbell@fostergraham.com>
**Subject:** RE: Closing

Let's plan to close on Thursday.

**From:** Rob Glucksman [mailto:rglucksman@coloradoregionalcenter.com]
**Sent:** Tuesday, September 6, 2016 10:38 AM
**To:** Michael C. Bullock <mbullock@fostergraham.com>; Ryan Smith <ryan@solarisvail.com>
**Cc:** Mark F. Bell <mbell@fostergraham.com>
**Subject:** re: Closing

All,

Can we shoot for closing Thursday or Friday this week?

Best,
Rob

Rob Glucksman
Colorado Regional Center
Cell: 303.888.9052
rglucksman@coloradoregionalcenter.com



IRS CIRCULAR 230 DISCLOSURE: To comply with U.S. Treasury regulations, we advise you that any U.S.
federal tax advice included in this communication is not intended or written to be used, and can not be
used, to avoid any U.S. federal tax penalties or to promote, market, or recommend to another party any
transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This e-mail is confidential and is intended only for the named recipient(s) and
may contain information that is privileged, attorney work product or exempt from disclosure under
applicable law. If you have received this message in error, or are not the named recipient(s), please
immediately notify the sender and delete this e-mail message from your computer.

SPO_0001829

| From: | Ryan Smith |
|---|---|
| Sent: | Wednesday, September 14, 2016 6:12 PM MDT |
| To: | Rob Glucksman (rglucksman@coloradoregionalcenter.com); mbullock@fostergraham.com; Mark F. Bell |
| Subject: | Solaris: Transfer Agreement & Bill of Sale |
| Attachments: | 1. Transfer Agreement_6E West.docx, 2. Transfer Agreement_2A South.docx, 3. Transfer Agreement_PH E West.docx, 4. Transfer Agreement_6E East.docx, 5. Transfer Agreement_PH E East.docx, 6. Transfer Agreement_5E West.docx, 7. Transfer Agreement_4G West.docx, 8. Transfer Agreement_7E West.docx, 9. Transfer Agreement_Pent C East.docx, 10. Transfer Agreement_6D East.docx, 11. Transfer Agreement_5C West.docx, 12. Transfer Agreement_6C West.docx, 13. Transfer Agreement_5G West.docx, 14. Transfer Agreement_3E East.docx, 15. Transfer Agreement_7E East.docx, 16. Transfer Agreement_4D East.docx, 17. Transfer Agreement_Pent C West.docx, 18. Transfer Agreement_Pent G West.docx, Solaris Note_Final Exhibit A_1.30.15.docx, Bill of Sale_FIRST 18 UNITS.doc |

All,

Attached are the following documents for the first 18 units:

1. Transfer Agreements
2. Bill of Sale (all 18 in a single document)

Also attached for your ease of reference is the final Exhibit A to the Promissory Note. It is the source of the dates and dollar amounts in each corresponding Transfer Agreement.

The Special Warranty Deeds will follow under separate cover.

If acceptable, I will execute on behalf of SPO I (we will need to fill-in the date fields at closing)

Thanks,

Ryan

**SOLARIS**

RYAN SMITH
GENERAL COUNSEL
141 EAST MEADOW DRIVE, SUITE 211
VAIL, COLORADO 81657

M: 303.888.0969
F: 970.479.6666

SPO_0002087

| From: | Ryan Smith |
|---|---|
| Sent: | Thursday, September 22, 2016 5:43 AM MDT |
| To: | Rob Glucksman; Scott Bennetts; Gail Ferry; Leigh Renfro |
| CC: | pgriffiths@ltgc.com; Michael C. Bullock; Mark F. Bell; lmartin@ltgc.com |
| Subject: | RE: Commitment (141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE E WEST, PENTHOUSE C WEST, PENT HOUSE C EAST, PENTHOUSE G WEST, RESIDENCE UNITS 3E EAST, 5C WEST, 5E WEST, 6E WEST, 6C WEST, 6E EAST, 7 E EAST, 4G WEST, 5G WEST, 7E WEST, 2A SOUTH, 4D EAST, 6 |

Rob,

I signed all of the transfer documents on behalf of Solaris at LTGC's Cherry Creek office yesterday. I left the originals with Les.

Please coordinate with LTGC to deliver CRC's signature pages to LTGC. Then we can instruct LTGC to release our respective signature pages, circulate a fully executed set of documents, and record the deeds.

Thanks,

Ryan

**From:** Rob Glucksman [mailto:rglucksman@coloradoregionalcenter.com]
**Sent:** Wednesday, September 21, 2016 12:31 PM
**To:** Ryan Smith <ryan@solarisvail.com>; Scott Bennetts <sbennetts@ltgc.com>; Gail Ferry <gferry@ltgc.com>; Leigh Renfro <lrenfro@ltgc.com>
**Cc:** pgriffiths@ltgc.com; Michael C. Bullock <mbullock@fostergraham.com>; Mark F. Bell <mbell@fostergraham.com>; lmartin@ltgc.com
**Subject:** RE: Commitment (141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE E WEST, PENTHOUSE C WEST, PENTHOUSE C EAST, PENTHOUSE G WEST, RESIDENCE UNITS 3E EAST, 5C WEST, 5E WEST, 6E WEST, 6C WEST, 6E EAST, 7E EAST, 4G WEST, 5G WEST, 7E WEST, 2A SOUTH, 4D EAST, 6

Gail,

Attached please find the transfer tax exemption forms.

Best,
Rob

**From:** Ryan Smith [mailto:ryan@solarisvail.com]
**Sent:** Wednesday, September 21, 2016 11:33 AM
**To:** Scott Bennetts <sbennetts@ltgc.com>; Gail Ferry <gferry@ltgc.com>; Leigh Renfro <lrenfro@ltgc.com>
**Cc:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>; pgriffiths@ltgc.com; Michael C. Bullock <mbullock@fostergraham.com>; Mark F. Bell <mbell@fostergraham.com>; lmartin@ltgc.com
**Subject:** RE: Commitment (141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE E WEST, PENTHOUSE C WEST, PENTHOUSE C EAST, PENTHOUSE G WEST, RESIDENCE UNITS 3E EAST, 5C WEST, 5E WEST, 6E WEST, 6C WEST, 6E EAST, 7E EAST, 4G WEST, 5G WEST, 7E WEST, 2A SOUTH, 4D EAST, 6

Scott, Gail put me in touch with Liz Martin for Seller's signing today. I will coordinate with her.

Rob, Gail requested that CRC send the real estate transfer tax exemptions from the Town of Vail to satisfy Schedule B-1 Requirement No. 1. Can you please circulate those?

**From:** Scott Bennetts [mailto:sbennetts@ltgc.com]
**Sent:** Tuesday, September 20, 2016 4:47 PM
**To:** Gail Ferry <gferry@ltgc.com>; Leigh Renfro <lrenfro@ltgc.com>
**Cc:** Ryan Smith <ryan@solarisvail.com>; Rob Glucksman <rglucksman@coloradoregionalcenter.com>; pgriffiths@ltgc.com; Michael C. Bullock <mbullock@fostergraham.com>; Mark F. Bell <mbell@fostergraham.com>
**Subject:** Re: Commitment (141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE E WEST, PENTHOUSE C WEST, PENTHOUSE C EAST, PENTHOUSE G WEST, RESIDENCE UNITS 3E EAST, 5C WEST, 5E WEST, 6E WEST, 6C WEST, 6E EAST, 7E EAST, 4G WEST, 5G WEST, 7E WEST, 2A SOUTH, 4D EAST, 6

Leigh, see below on an Eagle County file - 50045066. Seller would like to come in to the Cherry Creek office and have about 20 deeds notarized and recorded; do you have a closer with any availability tomorrow?

Scott

**Scott Bennetts**
Title Officer - Commercial Division
Colorado Title License #123411
Land Title Guarantee Company
5975 Greenwood Plaza Blvd
Greenwood Village, CO 80111
Direct: 303-850-4175

www.ltgc.com



On Tue, Sep 20, 2016 at 4:41 PM, Gail Ferry <gferry@ltgc.com> wrote:

Ryan,
Per my earlier email, unfortunately, I was not aware of your desire to close in our Cherry Creek office tomorrow. Since I have a family wedding and will not be in the office on a regular basis

SPO_0002867

for the next several days, I will work with Scott to see what closing assistance can be provided to you in our Cherry Creek office.

Thank you,
Gail

**Gail Ferry**
Vice President - Eagle County Manager
Colorado Title License # 32106
610 West Lionshead Circle, Suite 300
Vail, CO 81657
Direct: 970-477-4515
Office: 970-476-2251
Fax: 877-276-5043
Email: gferry@ltgc.com

www.ltgc.com

On Tue, Sep 20, 2016 at 4:18 PM, Ryan Smith <ryan@solarisvail.com> wrote:

Gail,

I believe that CRC would like to use LTGC to handle and record the documents in a single closing.

Below is a link to a Dropbox containing the final closing documents, which consist of the following (one for each of the 18 units):

1. Transfer Agreement

SPO_0002868

2. Special Warranty Deed
3. Bill of Sale

https://www.dropbox.com/sh/lovrpmu53apmapl/AAC-e_8AEe6JU4bPHIp7wYZUa?dl=0

If possible, I would like to sign Seller's documents and have them acknowledged at your Cherry Creek office tomorrow. Please let me know with whom in that office I should coordinate with respect to timing. CRC may also wish to schedule a time to sign at a Denver-area office of LTGC or close by mail or PDF.

I will provide the SRC resolution.

Thanks,

Ryan

**From:** Gail Ferry [mailto:gferry@ltgc.com]
**Sent:** Tuesday, September 20, 2016 3:56 PM
**To:** Scott Bennetts <sbennetts@ltgc.com>
**Cc:** Ryan Smith <ryan@solarisvail.com>; Rob Glucksman <rglucksman@coloradoregionalcenter.com>; pgriffiths@ltgc.com
**Subject:** Re: Commitment (141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE E WEST, PENTHOUSE C WEST, PENTHOUSE C EAST, PENTHOUSE G WEST, RESIDENCE UNITS 3E EAST, 5C WEST, 5E WEST, 6E WEST, 6C WEST, 6E EAST, 7E EAST, 4G WEST, 5G WEST, 7E WEST, 2A SOUTH, 4D EAST, 6

Scott,
We have never been involved with a closing on this file. I believe that it has been a "title only" transaction.

Thanks,
Gail

Thanks,
Gail

**Gail Ferry**
Vice President - Eagle County Manager
Colorado Title License # 32106
610 West Lionshead Circle, Suite 300
Vail, CO 81657

SPO_0002869

Direct: 970-477-4515
Office: 970-476-2251
Fax: 877-276-5043
Email: gferry@ltgc.com

www.ltgc.com

On Tue, Sep 20, 2016 at 3:48 PM, Scott Bennetts <sbennetts@ltgc.com> wrote:

Rob, as a follow up to our phone conversation, the last thing I need on the title end is the resolution from Solaris Redevelopment Corporation; I will defer to Gail on what she may still need on the closing end of things.

Scott

**Scott Bennetts**
Title Officer - Commercial Division
Colorado Title License #123411
Land Title Guarantee Company
5975 Greenwood Plaza Blvd
Greenwood Village, CO 80111
Direct: 303-850-4175

www.ltgc.com



On Wed, Sep 14, 2016 at 2:38 PM, Scott Bennetts <sbennetts@ltgc.com> wrote:

I have made the change to the note as to who can sign; Gail can prepare the estoppel affidavit for you.

Scott

**Scott Bennetts**
Title Officer - Commercial Division
Colorado Title License #123411
Land Title Guarantee Company
5975 Greenwood Plaza Blvd
Greenwood Village, CO 80111
Direct: 303-850-4175

www.ltgc.com



On Wed, Sep 14, 2016 at 10:46 AM, Ryan Smith <ryan@solarisvail.com> wrote:

Scott,

Thanks for resolving the issue related to the deed language. I have the following comments on the revised commitment:

• Requirement #6: Either Peter B. Knobel or Ryan A. Smith, each acting alone, may sign the deeds. It is not necessary that both sign the deeds. See attached UC. Please amend the note accordingly.

• Requirement #9: Please provide a copy of the final estoppel affidavit referenced in this section.

• Requirement #10: I will provide the additional resolution of SRC later today.

SPO_0002871

Thanks,

Ryan

**From:** sbennetts@ltgc.com [mailto:sbennetts@ltgc.com]
**Sent:** Wednesday, September 14, 2016 9:07 AM
**To:** Ryan Smith <ryan@solarisvail.com>; gferry@ltgc.com; pgriffiths@ltgc.com; jpenn@firstam.com; wcondict@firstam.com; mbullock@fostergraham.com; rglucksman@coloradoregionalcenter.com
**Subject:** Commitment (141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE E WEST, PENTHOUSE C WEST, PENTHOUSE C EAST, PENTHOUSE G WEST, RESIDENCE UNITS 3E EAST, 5C WEST, 5E WEST, 6E WEST, 6C WEST, 6E EAST, 7E EAST, 4G WEST, 5G WEST, 7E WEST, 2A SOUTH, 4D EAST, 6D...

View this email in full HTML in your browser

### REVISED TITLE COMMITMENT - REQUIREMENTS 2-4 AND 7-8 RECEIVED; REVISED REQUIREMENT 6; ADDED REQUIREMENT 10 PER UNDERWRITING COMMENTS.

**Associated Documents**

- Commitment
- Tax Certificate, Parcel Id: R064395
- Tax Certificate, Parcel Id: R064406
- Tax Certificate, Parcel Id: R064414
- Tax Certificate, Parcel Id: R064425
- Tax Certificate, Parcel Id: R064439
- Tax Certificate, Parcel Id: R064440
- Tax Certificate, Parcel Id: R064442
- Tax Certificate, Parcel Id: R064446
- Tax Certificate, Parcel Id: R064449
- Tax Certificate, Parcel Id: R064453
- Tax Certificate, Parcel Id: R064454
- Tax Certificate, Parcel Id: R064462
- Tax Certificate, Parcel Id: R064463
- Tax Certificate, Parcel Id: R064466
- Tax Certificate, Parcel Id: R064467
- Tax Certificate, Parcel Id: R064469
- Tax Certificate, Parcel Id: R064471
- Tax Certificate, Parcel Id: R064472

SPO_0002872

- **All documents as one PDF**

## Navigating and Understanding your Title Commitment Summary

- Click on the blue links in the Table of Contents to go to a specific section

- Click on the [image] (back to top) links to return to the top of the email
- Click on the blue links within the body of the email to view a related document
- Click on a blue email address link in the Contacts section to send an email to that party
- Green underlined text indicates changes from the previous Title Summary

For general information on title insurance, please refer to http://www.alta.org/consumer

**Commitment Summary - 141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE E WEST, PENTHOUSE C WEST, PENTHOUSE C EAST, PENTHOUSE G WEST, RESIDENCE UNITS 3E EAST, 5C WEST, 5E WEST, 6E WEST, 6C WEST, 6E EAST, 7E EAST, 4G WEST, 5G WEST, 7E WEST, 2A SOUTH, 4D EAST, 6D EAST (50045066)**

View Printable Version

**Table of Contents**

- LTGC Contacts
- Delivery Parties
- Order Information
- Vesting (24 month Chain of Title)
- Wire Instructions
- Title Fees
- Schedule A
- Requirements
- Exceptions
- Disclosure



**Your Land Title Guarantee Company Contacts** (back to top)

**For Closing Assistance**
Gail Ferry
0090 BENCHMARK RD #205
PO BOX 3480
AVON, CO 81620
970-477-4515 (phone)

**For Title Assistance**
SCOTT BENNETTS
5975 GREENWOOD PLAZA BLVD
GREENWOOD VILLAGE, CO 80111
303-850-4175 (phone)
303-393-4842 (fax)

SPO_0002873

877-276-5043 (fax)
gferry@ltgc.com
Company License: CO44565
Contact License: CO32106

sbennetts@ltgc.com



**Commitment Delivery Parties**                (back to top)

**Buyer/Borrower**
COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP
303-888-9052 (phone)
rglucksman@coloradoregionalcenter.com
Delivered via: Electronic Mail

**Seller/Owner**
SOLARIS PROPERTY OWNER I LLC
141 E MEADOW DR # 211
VAIL, CO 81657
ryan@solarisvail.com
Delivered via: Electronic Mail

FOSTER GRAHAM MILSTEIN AND CALISHER LLP
Attention: MICHAEL BULLOCK
360 S GARFIELD
SUITE 600
DENVER, CO 80209
303-333-9810 (work)
303-333-9786 (work fax)
mbullock@fostergraham.com
Delivered via: Electronic Mail

FIRST AMERICAN TITLE INSURANCE COMPANY
Attention: WAYNE CONDICT
CORPORATE UNDERWRITING DEPARTMENT
5 FIRST AMERICAN WAY
SANTA ANA, CA 92707
714-250-8602 (work)
714-250-8699 (work fax)
wcondict@firstam.com
Delivered via: Electronic Mail

FIRST AMERICAN TITLE INSURANCE COPANY
Attention: JIM PENN
CORPORATE UNDERWRITING DEPARTMENT
5 FIRST AMERICAN WAY
SANTA ANA, CA 92707
714-250-5053 (work)
jpenn@firstam.com
Delivered via: Electronic Mail

LAND TITLE GUARANTEE COMPANY
Attention: PETER GRIFFITHS
3033 E 1ST AVE #600
DENVER, CO 80206
303-321-1880 (work)
303-322-7603 (work fax)
pgriffiths@ltgc.com
Delivered via: Electronic Mail

LAND TITLE GUARANTEE COMPANY
Attention: SCOTT BENNETTS
COMMERCIAL CUSTOMER RESPONSE
5975 GREENWOOD PLAZA BLVD.
GREENWOOD VILLAGE, CO 80111
303-393-4822 (phone)
303-850-4175 (work)
sbennetts@ltgc.com
Delivered via: Electronic Mail



**Order Information**                (back to top)

### Order Number:
50045066
### Property Address:
141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE E WEST,
PENTHOUSE C WEST, PENTHOUSE C EAST, PENTHOUSE G WEST, RESIDENCE

SPO_0002874

UNITS 3E EAST, 5C WEST, 5E WEST, 6E WEST, 6C WEST, 6E EAST, 7E EAST, 4G WEST, 5G WEST, 7E WEST, 2A SOUTH, 4D EAST, 6D EAST, VAIL, CO 81657

**Buyer/Borrower:**

COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, A COLORADO LIMITED LIABILITY LIMITED LIABILITY PARTNERSHIP

**Seller:**

SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY

**Vesting Deed(s) / (24 month Chain of Title):**

Eagle county recorded 4/18/2012 under reception no. 201207657
Eagle county recorded 4/26/2012 under reception no. 201208188
Eagle county recorded 5/4/2012 under reception no. 201208832
Eagle county recorded 5/30/2012 under reception no. 201211085
Eagle county recorded 6/19/2012 under reception no. 201212543
Eagle county recorded 8/2/2012 under reception no. 201215492
Eagle county recorded 9/13/2012 under reception no. 201218478
Eagle county recorded 11/27/2012 under reception no. 201223782
Eagle county recorded 8/24/2012 under reception no. 201216935
Eagle county recorded 9/11/2012 under reception no. 201218222
Eagle county recorded 9/26/2012 under reception no. 201219479
Eagle county recorded 10/4/2012 under reception no. 201220173
Eagle county recorded 11/8/2012 under reception no. 201222623
Eagle county recorded 1/29/2013 under reception no. 201301973
Eagle county recorded 1/29/2013 under reception no. 201301971
Eagle county recorded 1/30/2013 under reception no. 201302127
Eagle county recorded 3/20/2013 under reception no. 201305513
Eagle county recorded 5/20/2013 under reception no. 201310066



**Wire Instructions** (back to top)

PLEASE CONTACT YOUR CLOSER OR CLOSER'S ASSISTANT FOR WIRE TRANSFER INSTRUCTIONS



**Estimate of Title Fees** (back to top)

| | |
|---|---|
| ALTA Owners Policy 06-17-06 | $22,000.00 |
| Deletion of Exceptions 1-3 | $60.00 |
| Tax Certificate 18 CERTIFICATES | $468.00 |
| | $22,528.00 |

EXHIBIT B-2

SPO_0002875



**Schedule A** [back to top]

**Property Address:**
141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE E WEST, PENTHOUSE C WEST, PENTHOUSE C EAST, PENTHOUSE G WEST, RESIDENCE UNITS 3E EAST, 5C WEST, 5E WEST, 6E WEST, 6C WEST, 6E EAST, 7E EAST, 4G WEST, 5G WEST, 7E WEST, 2A SOUTH, 4D EAST, 6D EAST, VAIL, CO 81657

**1. Effective Date:**
09-01-2016 at 05:00:00

**2. Policy to be Issued and Proposed Insured:**

"ALTA" Owner's Policy 06-17-06                                   $80,000,000.00
Proposed Insured:
COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, A COLORADO LIMITED LIABILITY LIMITED PARTNERSHIP

**3. The estate or interest in the land described or referred to in this Commitment and covered herein is:**
A FEE SIMPLE

**4. Title to the estate or interest covered herein is at the effective date hereof vested in:**
SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY

**5. The Land referred to in this Commitment is described as follows:**
PARCEL 1:

CONDOMINIUM UNIT 6E WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 2:

CONDOMINIUM UNIT 2A SOUTH, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

SPO_0002876

PARCEL 3:

CONDOMINIUM UNIT PENTHOUSE E WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 4:

CONDOMINIUM UNIT 6E EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 5:

CONDOMINIUM UNIT PENTHOUSE E EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 6:

CONDOMINIUM UNIT 5E WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

SPO_0002877

PARCEL 7:

CONDOMINIUM UNIT PENTHOUSE C EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 8:

CONDOMINIUM UNIT 5G WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 9:

CONDOMINIUM UNIT 4G WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 10:

CONDOMINIUM UNIT 7E WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 11:

SPO_0002878

CONDOMINIUM UNIT 6D EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.


PARCEL 12:

CONDOMINIUM UNIT 5C WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.


PARCEL 13:

CONDOMINIUM UNIT 6C WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.


PARCEL 14:

CONDOMINIUM UNIT 3E EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.


PARCEL 15:

CONDOMINIUM UNIT 7E EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING

SPO_0002879

TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 16:

CONDOMINIUM UNIT 4D EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 17:

CONDOMINIUM UNIT PENTHOUSE G WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 18:

CONDOMINIUM UNIT PENTHOUSE C WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

**Plat Map(s):**

Eagle county recorded 4/26/2010 under reception no. 201007818 map id R/292
Eagle county recorded 4/25/2012 under reception no. 201208075 map id R298

**APN(s):**

210108294002
210108294013

SPO_0002880

210108294021
210108294032
210108294046
210108294047
210108294049
210108294053
210108294056
210108294060
210108294061
210108294069
210108294070
210108294073
210108294074
210108294076
210108294078
210108294079

**Tax Certificate(s):**

Tax Certificate<br/>Parcel Id: R064395
Tax Certificate<br/>Parcel Id: R064406
Tax Certificate<br/>Parcel Id: R064414
Tax Certificate<br/>Parcel Id: R064425
Tax Certificate<br/>Parcel Id: R064439
Tax Certificate<br/>Parcel Id: R064440
Tax Certificate<br/>Parcel Id: R064442
Tax Certificate<br/>Parcel Id: R064446
Tax Certificate<br/>Parcel Id: R064449
Tax Certificate<br/>Parcel Id: R064453
Tax Certificate<br/>Parcel Id: R064454
Tax Certificate<br/>Parcel Id: R064462
Tax Certificate<br/>Parcel Id: R064463
Tax Certificate<br/>Parcel Id: R064466
Tax Certificate<br/>Parcel Id: R064467
Tax Certificate<br/>Parcel Id: R064469
Tax Certificate<br/>Parcel Id: R064471
Tax Certificate<br/>Parcel Id: R064472



Requirements                    (back to top)

Item (a) Payment to or for the account of the grantors or mortgagors of the full consideration for the estate or interest to be insured.

Item (b) Proper instrument(s) creating the estate or interest to be insured must be executed and duly filed for record, to-wit:

Item (c) Payment of all taxes, charges or assessments levied and assessed against the subject premises which are due and payable.

Item (d) Additional requirements, if any disclosed below:

1.   EVIDENCE SATISFACTORY TO THE COMPANY THAT THE TERMS, CONDITIONS AND PROVISIONS OF THE TOWN OF

SPO_0002881

VAIL TRANSFER TAX HAVE BEEN SATISFIED.

2. (ITEM INTENTIONALLY DELETED)

3. (ITEM INTENTIONALLY DELETED)

4. (ITEM INTENTIONALLY DELETED)

5. DULY EXECUTED AND ACKNOWLEDGED STATEMENT OF AUTHORITY SETTING FORTH THE NAME OF SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY, AS A LIMITED LIABILITY COMPANY. THE STATEMENT OF AUTHORITY MUST STATE UNDER WHICH LAWS THE ENTITY WAS CREATED, THE MAILING ADDRESS OF THE ENTITY, AND THE NAME AND POSITION OF THE PERSON(S) AUTHORIZED TO EXECUTE INSTRUMENTS CONVEYING, ENCUMBERING, OR OTHERWISE AFFECTING TITLE TO REAL PROPERTY ON BEHALF OF THE ENTITY AND OTHERWISE COMPLYING WITH THE PROVISIONS OF SECTION 38-30-172, CRS.

   NOTE: THE STATEMENT OF AUTHORITY MUST BE RECORDED WITH THE CLERK AND RECORDER.

6. DEED FROM SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY TO COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, A COLORADO LIMITED LIABILITY LIMITED PARTNERSHIP. NOTE: OPERATING AGREEMENT AND RELATED UNANIMOUS CONSENT FOR SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY DISCLOSE PETER B. KNOBEL AND RYAN A. SMITH AS AUTHORIZED SIGNATORIES, BOTH OF WHOM MUST EXECUTE SAID DEED.

7. (ITEM INTENTIONALLY DELETED)

8. (ITEM INTENTIONALLY DELETED)

9. DULY EXECUTED AND ACKNOWLEDGED ESTOPPEL AFFIDAVIT FROM SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY IN FAVOR OF LAND TITLE GUARANTEE COMPANY AND ITS UNDERWRITER.

10. PROVIDE LAND TITLE GUARANTEE COMPANY WITH THE FULL CORPORATE RESOLUTION FOR SOLARIS REDEVELOPMENT CORPORATION, A COLORADO CORPORATION, EXECUTED BY THE SECRETARY OF SAID CORPORATION, AUTHORIZING THE CONVEYANCE OF SUBJECT PROPERTY TO COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, A COLORADO LIMITED LIABILITY LIMITED PARTNERSHIP, AND AUTHORIZING PETER B. KNOBEL AND RYAN A. SMITH TO EXECUTE THE CONVEYANCE DEED.

NOTE: ITEMS 1-3 OF THE STANDARD EXCEPTIONS ARE HEREBY DELETED.

NOTE: ITEM 5 OF THE STANDARD EXCEPTIONS WILL BE DELETED IF LAND TITLE GUARANTEE COMPANY CONDUCTS THE CLOSING OF THE CONTEMPLATED TRANSACTION(S) AND RECORDS THE DOCUMENTS IN CONNECTION THEREWITH.

NOTE: UPON PROOF OF PAYMENT OF 2015 TAXES, ITEM 6 WILL BE AMENDED TO READ:

TAXES AND ASSESSMENTS FOR THE YEAR 2016, AND SUBSEQUENT YEARS, NOT YET DUE OR PAYABLE.

NOTE: THE ISSUANCE OF THE POLICIES AND/OR ENDORSEMENTS REFERENCED IN THIS COMMITMENT ARE SUBJECT TO THE APPROVAL OF THE UNDERWRITER OF SAID POLICIES AND/OR ENDORSEMENTS. THIS COMMITMENT MAY BE REVISED AS REQUIRED BY THE UNDERWRITER TO ISSUE THE POLICIES AND/OR ENDORSEMENTS REQUESTED. THIS NOTE WILL BE DELETED UPON THE RECEIPT OF SAID APPROVAL.



**Exceptions**                                          (back to top)

1. Any facts, rights, interests, or claims thereof, not shown by the Public Records but that could be ascertained by an inspection of the Land or that may be asserted by persons in possession of the Land.

2. Easements, liens or encumbrances, or claims thereof, not shown by the Public Records.

3. Any encroachment, encumbrance, violation, variation, or adverse circumstance affecting the Title that would be disclosed by an accurate and complete land survey of the Land and not shown by the Public Records.

4. Any lien, or right to a lien, for services, labor or material heretofore or hereafter furnished, imposed by law and not shown by the Public Records.

5. Defects, liens, encumbrances, adverse claims or other matters, if any, created, first appearing in the public records or attaching subsequent to the effective date hereof but prior to the date of the proposed insured acquires of record for value the estate or interest or mortgage thereon covered by this Commitment.

6. Any and all unpaid taxes, assessments and unredeemed tax sales.

7. (a) Unpatented mining claims; (b) reservations or exceptions in patents or in Acts authorizing the issuance thereof; (c) water rights, claims or title to water.

8. EXISTING LEASES AND TENANCIES, IF ANY.

9. RIGHT OF PROPRIETOR OF A VEIN OR LODE TO EXTRACT AND REMOVE HIS ORE THEREFROM SHOULD THE SAME BE FOUND TO PENETRATE OR INTERSECT THE PREMISES AS RESERVED IN UNITED STATES PATENT RECORDED JULY 12, 1899, IN BOOK 48 AT PAGE 475.

10. RIGHT OF WAY FOR DITCHES OR CANALS CONSTRUCTED BY THE AUTHORITY OF THE UNITED STATES AS RESERVED

SPO_0002882

IN UNITED STATES PATENT RECORDED JULY 12, 1899, IN BOOK 48 AT PAGE 475.

11. TERMS, CONDITIONS AND PROVISIONS OF PARKING RIGHTS AGREEMENT RECORDED NOVEMBER 30, 2006 AT RECEPTION NO. 200632758.

12. BURDENS AND OBLIGATIONS UNDER DEVELOPMENT AGREEMENT RECORDED DECEMBER 18, 2006 AT RECEPTION NO. 200634299, AS AMENDED.

13. TERMS, CONDITIONS AND PROVISIONS OF CONSOLIDATED SERVICE PLAN RECORDED JANUARY 05, 2007 AT RECEPTION NO. 200700327.

14. TERMS, CONDITIONS AND PROVISIONS OF ORDER OF INCLUSION RECORDED APRIL 27, 2007 AT RECEPTION NO. 200710831.

15. TERMS, CONDITIONS AND PROVISIONS OF ORDER OF INCLUSION RECORDED APRIL 27, 2007 AT RECEPTION NO. 200710832 AND RECORDED MARCH 19, 2008 AT RECEPTION NO. 200805845.

16. TERMS, CONDITIONS AND PROVISIONS OF ORDER OF INCLUSION RECORDED APRIL 27, 2007 AT RECEPTION NO. 200710833 AND RECORDED MARCH 19, 2008 RECEPTION NO. 200805846.

17. TERMS, CONDITIONS AND PROVISIONS OF CROSSROADS PROTECTIVE COVENANTS BUT OMITTING ANY COVENANTS OR RESTRICTIONS, IF ANY, BASED UPON RACE, COLOR, RELIGION, SEX, SEXUAL ORIENTATION, FAMILIAL STATUS, MARITAL STATUS, DISABILITY, HANDICAP, NATIONAL ORIGIN, ANCESTRY, OR SOURCE OF INCOME, AS SET FORTH IN APPLICABLE STATE OR FEDERAL LAWS, EXCEPT TO THE EXTENT THAT SAID COVENANT OR RESTRICTION IS PERMITTED BY APPLICABLE LAW RECORDED AUGUST 16, 2007 UNDER RECEPTION NO. 200721910, RE-RECORDED AUGUST 28, 2007 UNDER RECEPTION NO. 200722884.

18. TERMS, CONDITIONS AND PROVISIONS OF TRENCH, CONDUIT & VAULT AGREEMENT RECORDED OCTOBER 10, 2007 AT RECEPTION NO. 200727140.

19. TERMS, CONDITIONS AND PROVISIONS OF UNDERGROUND RIGHT-OF-WAY EASEMENT RECORDED OCTOBER 10, 2007 AT RECEPTION NO. 200727141 AND UNDERGROUND RIGHT OF WAY EASEMENT RECORDED OCTOBER 10, 2007 AT RECEPTION NO. 200727142.

20. BURDENS AND OBLIGATIONS UNDER CONSTRUCTION LICENSE AGREEMENT RECORDED DECEMBER 05, 2007 AT RECEPTION NO. 200731952.

21. TERMS, CONDITIONS AND PROVISIONS OF EASEMENT AGREEMENT BETWEEN SOLARIS PROPERTY OWNER, LLC, A DELAWARE LIMITED LIABILITY COMPANY AND SOLARIS METROPOLITAN DISTRICT NO. 1 RECORDED MAY 28, 2008 AT RECEPTION NO. 200811070.

22. THE EFFECT OF SOLARIS METROPOLITAN DISTRICT NOS. 1 - 3 MAP RECORDED DECEMBER 22, 2009 UNDER RECEPTION NO. 200927310.

23. EASEMENTS, RESERVATIONS AND RESTRICTIONS AS SHOWN OR RESERVED ON THE CONDOMINIUM PLAT FOR SOLARIS-VAIL RECORDED APRIL 26, 2010 UNDER RECEPTION NO. 201007816.

24. TERMS, CONDITIONS AND PROVISIONS OF SHARED FACILITIES AGREEMENT RECORDED APRIL 26, 2010 AT RECEPTION NO. 201007817, FIRST AMENDMENT RECORDED JUNE 30, 2010 RECEPTION NO. 201013179 AND SECOND AMENDMENT THERETO RECORDED DECEMBER 10, 2010 UNDER RECEPTION NO. 201024997 AND THIRD AMENDMENT THERETO RECORDED NOVEMBER 10, 2011 UNDER RECEPTION NO. 201121109.

25. EASEMENTS, RESERVATIONS AND RESTRICTIONS AS SHOWN OR RESERVED ON THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED APRIL 26, 2010 AT RECEPTION NO. 201007818; FIRST AMENDMENT RECORDED JUNE 30, 2010 UNDER RECEPTION NO. 201013179; SECOND AMENDMENT RECORDED APRIL 24, 2014 UNDER RECEPTION NO. 201406409; THIRD AMENDMENT RECORDED APRIL 24, 2016 UNDER RECEPTION NO. 201605527.

26. THOSE PROVISIONS, COVENANTS AND CONDITIONS, EASEMENTS, AND RESTRICTIONS, WHICH ARE A BURDEN TO THE CONDOMINIUM UNIT DESCRIBED IN SCHEDULE A, BUT OMITTING ANY COVENANTS OR RESTRICTIONS, IF ANY, BASED UPON RACE, COLOR, RELIGION, SEX, SEXUAL ORIENTATION, FAMILIAL STATUS, MARITAL STATUS, DISABILITY, HANDICAP, NATIONAL ORIGIN, ANCESTRY, OR SOURCE OF INCOME, AS SET FORTH IN APPLICABLE STATE OR FEDERAL LAWS, EXCEPT TO THE EXTENT THAT SAID COVENANT OR RESTRICTION IS PERMITTED BY APPLICABLE LAW, AS CONTAINED IN CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED APRIL 26, 2010 UNDER RECEPTION NO. 201007819, FIRST AMENDMENT RECORDED JUNE 30, 2010 UNDER RECEPTION NO. 201013180, SECOND AMENDMENT RECORDED NOVEMBER 10, 2011 UNDER RECEPTION NO. 201121110, THIRD AMENDMENT RECORDED APRIL 25, 2012 UNDER RECEPTION NO. 201208076, FOURTH AMENDMENT RECORDED APRIL 24, 2014 UNDER RECEPTION NO. 201406410, FIFTH AMENDMENT RECORDED DECEMBER 29, 2014 ;URN 201422174, AND SIXTH AMENDMENT RECORDED APRIL 21, 2016 UNDER RECEPTION NO. 201605526.

27. TERMS, CONDITIONS AND PROVISIONS OF SIDEWALK/STREETSCAPE & SNOWMELT MAINTENANCE AGREEMENT RECORDED SEPTEMBER 21, 2010 AT RECEPTION NO. 201018719.

28. TERMS, CONDITIONS AND PROVISIONS OF TRAFFIC IMPACT FEE SECURITY AGREEMENT RECORDED OCTOBER 07, 2010 AT RECEPTION NO. 201020237.

29. TERMS, CONDITIONS AND PROVISIONS OF TOWN OF VAIL REVOCABLE PERMIT TO ERECT OR MAIINTAIN IMPROVEMENTS ON A PUBLIC RIGHT-OF-WAY RECORDED DECEMBER 16, 2010 AT RECEPTION NO. 201025482.

30. TERMS, CONDITIONS, PROVISIONS, BURDENS, OBLIGATIONS AND EASEMENTS AS SET FORTH AND GRANTED IN GRANT OF EASEMENT RECORDED MAY 09, 2012 UNDER RECEPTION NO. 201209258.

31. TERMS, CONDITIONS, PROVISIONS, BURDENS AND OBLIGATIONS AS SET FORTH IN SOLARIS METROPOLITAN DISTRICT NO. 2 SPECIAL DISTRICT DISCLOSURE RECORDED DECEMBER 17, 2014 UNDER RECEPTION NO. 201421735.

32. TERMS, CONDITIONS, PROVISIONS, BURDENS AND OBLIGATIONS AS SET FORTH IN SOLARIS METROPOLITAN DISTRICT NO. 3 SPECIAL DISTRICT DISCLOSURE RECORDED DECEMBER 17, 2014 UNDER RECEPTION NO. 201421736.

33. DEED OF TRUST DATED APRIL 18, 2012, FROM SOLARIS PROPERTY OWNER, LLC. TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECTS SOLARIS, LLLP, TO SECURE THE SUM OF

SPO_0002883

$100,000,000.00 RECORDED APRIL 18, 2012, UNDER RECEPTION NO. 201207658.

(AFFECTS PARCEL 1)

34. DEED OF TRUST DATED APRIL 25, 2012, FROM SOLARIS PROPERTY OWNER I, LLC. TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP. TO SECURE THE SUM OF $100,000,000.00 RECORDED APRIL 26, 2012, UNDER RECEPTION NO. 201208189.

(AFFECTS PARCEL 2)

35. DEED OF TRUST DATED MAY 03, 2012, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED MAY 04, 2012, UNDER RECEPTION NO. 201208833.

(AFFECTS PARCEL 3)

36. DEED OF TRUST DATED MAY 30, 2012, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECTS SOLARIS, LLLP TO SECURE THE SUM OF $100,000,000.00 RECORDED MAY 30, 2012, UNDER RECEPTION NO. 201211086.

(AFFECTS PARCEL 4).

37. DEED OF TRUST DATED JUNE 15, 2015, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED JUNE 19, 2012, UNDER RECEPTION NO. 201212544.

(AFFECTS PARCEL 5).

38. DEED OF TRUST DATED AUGUST 02, 2012, FROM SOLARIS PROPERTY OWNER I, LLC TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED AUGUST 02, 2012, UNDER RECEPTION NO. 201215493.

(AFFECTS PARCEL 6).

39. DEED OF TRUST DATED SEPTEMBER 12, 2012, FROM SOLARIS PROPERTY OWNER I, LLC TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP TO SECURE THE SUM OF $100,000,000.00 RECORDED SEPTEMBER 13, 2012, UNDER RECEPTION NO. 201218479,

(AFFECTS PARCEL 7).

40. DEED OF TRUST DATED NOVEMBER 26, 2012, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED NOVEMBER 27, 2012, UNDER RECEPTION NO. 201223783.

(AFFECTS PARCEL 8).

41. DEED OF TRUST DATED AUGUST 24, 2012, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED AUGUST 24, 2012, UNDER RECEPTION NO. 201216936.

(AFFECTS PARCEL 9).

42. DEED OF TRUST DATED SEPTEMBER 06, 2012, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED SEPTEMBER 11, 2012, UNDER RECEPTION NO. 201218223.

(AFFECTS PARCEL 10).

43. DEED OF TRUST DATED SEPTEMBER 20, 2012, FROM SOLARIS PROPERTY OWNER I, LLC TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED SEPTEMBER 26, 2012, UNDER RECEPTION NO. 201219480.

(AFFECTS PARCEL 11).

44. DEED OF TRUST DATED OCTOBER 01, 2012, FROM SOLARIS PROPERTY OWNER I, LLC TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP TO SECURE THE SUM OF $100,000,000.00 RECORDED OCTOBER 04, 2012, UNDER RECEPTION NO. 201220174.

(AFFECTS PARCEL 12).

45. DEED OF TRUST DATED NOVEMBER 06, 2012, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED NOVEMBER 08, 2012, UNDER RECEPTION NO. 201222624.

(AFFECTS PARCEL 13).

46. DEED OF TRUST DATED JANUARY 28, 2013, FROM SOLARIS PROPERTY OWNER I, LLC TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED JANUARY 29, 2013, UNDER RECEPTION NO. 201301974,

(AFFECTS PARCEL 14).

SPO_0002884

47. DEED OF TRUST DATED JANUARY 28, 2013, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED JANUARY 28, 2013, UNDER RECEPTION NO. 201301972.

(AFFECTS PARCEL 15).

48. DEED OF TRUST DATED JANUARY 29, 2013, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED JANUARY 30, 2013, UNDER RECEPTION NO. 201302128.

(AFFECTS PARCEL 16).

49. DEED OF TRUST DATED MARCH 19, 2013, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED MARCH 20, 2013, UNDER RECEPTION NO. 201305514.

(AFFECTS PARCEL 17).

50. DEED OF TRUST DATED MAY 20, 2013, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED MAY 20, 2013, UNDER RECEPTION NO. 201310067.

(AFFECTS PARCEL 18).

51. CONSEQUENCES OF ANY ALLEGATION OR DETERMINATION THAT THE TRANSFER TO THE INSURED IS A PREFERENCE OR FRAUDULENT TRANSFER BY REASON OF THE OPERATION OF FEDERAL BANKRUPTCY OR STATE INSOLVENCY LAWS.
NOTE: ITEM NO. 51 WILL BE DELETED UPON SALE TO A BONAFIDE THIRD PARTY PURCHASER OR UPON EXPIRATION OF TWO YEARS FROM DATE OF DEED-IN-LIEU TRANSFER.



**Disclosure Statements**                    (back to top)

## LAND TITLE GUARANTEE COMPANY and LAND TITLE GUARANTEE COMPANY - GRAND JUNCTION DISCLOSURE STATEMENTS

Note: Pursuant to CRS 10-11-122, notice is hereby given that:

1. The subject real property may be located in a special taxing district.
2. A certificate of taxes due listing each taxing jurisdiction will be obtained from the county treasurer of the county in which the real property is located or that county treasurer's authorized agent unless the proposed insured provides written instructions to the contrary. (for an Owner's Policy of Title Insurance pertaining to a sale of residential real property)
3. The information regarding special districts and the boundaries of such districts may be obtained from the Board of County Commissioners, the County Clerk and Recorder, or the County Assessor.

Note: Effective September 1, 1997, CRS 30-10-406 requires that all documents received for recording or filing in the clerk and recorder's office shall contain a top margin of at least one inch and a left, right and bottom margin of at least one half of an inch. The clerk and recorder may refuse to record or file any document that does not conform, except that, the requirement for the top margin shall not apply to documents using forms on which space is provided for recording or filing information at the top margin of the document.

SPO_0002885

Note: Colorado Division of Insurance Regulations 3-5-1, Paragraph C of Article VII requires that "Every title entity shall be responsible for all matters which appear of record prior to the time of recording whenever the title entity conducts the closing and is responsible for recording or filing of legal documents resulting from the transaction which was closed". Provided that Land Title Guarantee Company conducts the closing of the insured transaction and is responsible for recording the legal documents from the transaction, exception number 5 will not appear on the Owner's Title Policy and the Lenders Policy when issued.

Note: Affirmative mechanic's lien protection for the Owner may be available (typically by deletion of Exception no. 4 of Schedule B, Section 2 of the Commitment from the Owner's Policy to be issued) upon compliance with the following conditions:
1. The land described in Schedule A of this commitment must be a single family residence which includes a condominium or townhouse unit.
2. No labor or materials have been furnished by mechanics or material-men for purposes of construction on the land described in Schedule A of this Commitment within the past 6 months.
3. The Company must receive an appropriate affidavit indemnifying the Company against un-filed mechanic's and material-men's liens.
4. The Company must receive payment of the appropriate premium.
5. If there has been construction, improvements or major repairs undertaken on the property to be purchased within six months prior to the Date of the Commitment, the requirements to obtain coverage for unrecorded liens will include: disclosure of certain construction information; financial information as to the seller, the builder and or the contractor; payment of the appropriate premium fully executed Indemnity Agreements satisfactory to the company, and, any additional requirements as may be necessary after an examination of the aforesaid information by the Company.

No coverage will be given under any circumstances for labor or material for which the insured has contracted for or agreed to pay.

Note: Pursuant to CRS 10-11-123, notice is hereby given:

This notice applies to owner's policy commitments containing a mineral severance instrument exception, or exceptions, in Schedule B, Section 2.
1. That there is recorded evidence that a mineral estate has been severed, leased, or otherwise conveyed from the surface estate and that there is a substantial likelihood that a third party holds some or all interest in oil, gas, other minerals, or geothermal energy in the property; and
2. That such mineral estate may include the right to enter and use the property without the surface owner's permission.

NOTE: Pursuant to CRS 10-1-128(6)(a), It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance

proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

Nothing herein contained will be deemed to obligate the company to provide any of the coverages referred to herein unless the above conditions are fully satisfied.

**Open the attached pdf version of the commitment to view our PRIVACY POLICY.**

*The above links and associated images are provided for information purposes only. They are not guaranteed as to accuracy, availability or quality.*

**Scott Bennetts**

Title Officer III

Land Title Guarantee Company

5975 Greenwood Plaza Blvd.

Greenwood Village, CO 80111

Direct: 303-850-4175

Fax: 303-393-4822

sbennetts@ltgc.com

www.ltgc.com



These images are provided for informational purposes only. They are not guaranteed as to availability or quality.

These documents are PDF (Portable Document Format) files and can be viewed or printed with Adobe Acrobat Reader™. If you do not have Adobe Acrobat Reader™ on your system, you can download it for free from Adobe.

Some of these documents may be designed to print on LEGAL paper. To print these on LETTER paper, select the "Fit to Page" option from within the Acrobat Reader.

SPO_0002887

If you want to print on LEGAL paper, select legal-size paper from within the "Print Setup" dialog box from within the Acrobat Reader.

Having troubles viewing the PDF's on Firefox? Try installing a pdf plugin like PDF Viewer.

**Content in this email is Copyright LT Systems, L.L.C. All rights reserved.**

| | |
|---|---|
| **From:** | Ryan Smith |
| **Sent:** | Wednesday, September 28, 2016 9:57 AM MDT |
| **To:** | Rob Glucksman; Penn, Jim |
| **CC:** | sbennetts@ltgc.com; gferry@ltgc.com; ttheelke@ltgc.com; Condict, Wayne; mbullock@fostergraham.com; pgriffiths@ltgc.com; Les Martin |
| **Subject:** | RE: Commitment (141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE)(buyer/owner COLORADO)(our 50045066) |

Gail,

The extra set of Solaris' original signature pages to the Transfer Agreement, as well as Peter's signature pages to the deeds, are available for pickup at the front desk of the Solaris office.

Thanks,

Ryan

**From:** Rob Glucksman [mailto:rglucksman@coloradoregionalcenter.com]
**Sent:** Wednesday, September 28, 2016 9:43 AM
**To:** Ryan Smith <ryan@solarisvail.com>; Penn, Jim <JPenn@firstam.com>
**Cc:** sbennetts@ltgc.com; gferry@ltgc.com; ttheelke@ltgc.com; Condict, Wayne <wcondict@firstam.com>; mbullock@fostergraham.com; pgriffiths@ltgc.com; Les Martin <lmartin@ltgc.com>
**Subject:** RE: Commitment (141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE)(buyer/owner COLORADO)(our 50045066)

Hi all,

Just want to make sure the documents got up to Vail and we're on track.

Thanks,
Rob

**From:** Ryan Smith [mailto:ryan@solarisvail.com]
**Sent:** Monday, September 26, 2016 1:39 PM
**To:** Penn, Jim <JPenn@firstam.com>
**Cc:** sbennetts@ltgc.com; gferry@ltgc.com; ttheelke@ltgc.com; Condict, Wayne <wcondict@firstam.com>; mbullock@fostergraham.com; Rob Glucksman <rglucksman@coloradoregionalcenter.com>; pgriffiths@ltgc.com; Les Martin <lmartin@ltgc.com>
**Subject:** RE: Commitment (141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE)(buyer/owner COLORADO)(our 50045066)

Jim,

Gail and I are coordinating to deliver deeds executed by Mr. Knobel to LTGC's Vail office.

Thanks,

SPO_0002951

Ryan

**From:** Penn, Jim [mailto:JPenn@firstam.com]
**Sent:** Monday, September 26, 2016 1:26 PM
**To:** Ryan Smith <ryan@solarisvail.com>
**Cc:** sbennetts@ltgc.com; gferry@ltgc.com; ttheelke@ltgc.com; Condict, Wayne <wcondict@firstam.com>; mbullock@fostergraham.com; rglucksman@coloradoregionalcenter.com; pgriffiths@ltgc.com; Les Martin <lmartin@ltgc.com>
**Subject:** Re: Commitment (141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE)(buyer/owner COLORADO)(our 50045066)

Hi Ryan, sorry for the delayed response as I am out of town.
Our main requirement is for Peter to sign the deed. I believe that you have already signed the other required documents and we are fine with that.
Thanks, Jim Penn

Sent from my iPhone

On Sep 26, 2016, at 11:56 AM, Ryan Smith <ryan@solarisvail.com> wrote:

Jim,

I am following up on my email of last week, to which I have not received a response.

Is First American going to require that Peter Knobel sign the closing behalf of the Grantor despite the resolutions authorizing me to do the same? If so, to what documents does the requirement extend (i.e, only the deed)?

We need to know this morning as the Grantee is scheduled to countersign this afternoon.

Regards,

Ryan

**From:** Ryan Smith
**Sent:** Thursday, September 22, 2016 8:45 PM
**To:** Penn, Jim <JPenn@firstam.com>
**Cc:** sbennetts@ltgc.com; gferry@ltgc.com; ttheelke@ltgc.com; Condict, Wayne <wcondict@firstam.com>; mbullock@fostergraham.com; rglucksman@coloradoregionalcenter.com; pgriffiths@ltgc.com
**Subject:** Re: Commitment (141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE)(buyer/owner COLORADO)(our 50045066)

Jim,

SPO_0002952

The resolutions of both the grantor, Solaris Property Owner I, LLC, and its sole member, Solaris Redevelopment Corporation, authorize me OR Mr. Knobel, each acting alone, to execute the transfer documents. The existing commitment reflects that fact, and I already signed the documents at LTGC's office in reliance on it.

Ryan

On Sep 22, 2016, at 5:31 PM, Penn, Jim <JPenn@firstam.com> wrote:

Scott, I thought requirement 6 was going to require that both Peter and Ryan sign the deed? It currently states "either of whom may execute the deed". We require Peter to sign so please amend this and send me the revised commitment.

Jim

**Jim Penn**
National Underwriter

First American Title Insurance Company
Email: jpenn@firstam.com
714-250-5053

**From:** sbennetts@ltgc.com [mailto:sbennetts@ltgc.com]
**Sent:** Thursday, September 22, 2016 12:49 PM
**To:** ryan@solarisvail.com; gferry@ltgc.com; ttheelke@ltgc.com; Penn, Jim; Condict, Wayne; mbullock@fostergraham.com; rglucksman@coloradoregionalcenter.com
**Subject:** Commitment (141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE)(buyer/owner COLORADO)(our 50045066)

<~WRD000.jpg>
View this email in full HTML in your browser

    **Deleted Requirement #10. Commitment effective date updated. Thank you,**

    **Kate Smith for Scott Bennetts**

**Associated Documents**

? Commitment

## Navigating and Understanding your Title Commitment Summary

? **Click on the blue links in the Table of Contents to go to a specific section**
? **Click on the** <~WRD000.jpg> **(back to top) links to return to the top of the email**
? **Click on the blue links within the body of the email to view a related document**
? **Click on a blue email address link in the Contacts section to send an email to that party**

SPO_0002953

? **Green underlined text indicates changes from the previous Title Summary**

For general information on title insurance, please refer to http://www.alta.org/consumer

**Commitment Summary - 141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE E WEST, PENTHOUSE C WEST, PENTHOUSE C EAST, PENTHOUSE G WEST, RESIDENCE UNITS 3E EAST, 5C WEST, 5E WEST, 6E WEST, 6C WEST, 6E EAST, 7E EAST, 4G WEST, 5G WEST, 7E WEST, 2A SOUTH, 4D EAST, 6D EAST (ABC50045066-3)**

View Printable Version

**Table of Contents**

? LTGC Contacts
? Delivery Parties
? Order Information
? Vesting (24 month Chain of Title)
? Wire Instructions
? Title Fees
? Schedule A
? Requirements
? Exceptions
? Disclosure

**Your Land Title Guarantee Company Contacts** <--WRD000.jpg> (back to top)

**For Closing Assistance**
Gail Ferry
0090 BENCHMARK RD #205
PO BOX 3480
AVON, CO 81620
970-477-4515 (phone)
877-276-5043 (fax)
gferry@ltgc.com
Company License: CO44565
Contact License: CO32106

**For Title Assistance**
SCOTT BENNETTS
5975 GREENWOOD PLAZA BLVD
GREENWOOD VILLAGE, CO 80111
303-850-4175 (phone)
303-393-4842 (fax)
sbennetts@ltgc.com

**Commitment Delivery Parties** <--WRD000.jpg> (back to top)

**Buyer/Borrower**
COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP
303-888-9052 (phone)
rglucksman@coloradoregionalcenter.com
Delivered via: Electronic Mail

FIRST AMERICAN TITLE INSURANCE COPANY
Attention: JIM PENN
CORPORATE UNDERWRITING DEPARTMENT
5 FIRST AMERICAN WAY
SANTA ANA, CA 92707
714-250-5053 (work)
jpenn@firstam.com
Delivered via: Electronic Mail

**Seller/Owner**
SOLARIS PROPERTY OWNER I LLC
141 E MEADOW DR # 211
VAIL, CO 81657
ryan@solarisvail.com
Delivered via: Electronic Mail

LAND TITLE GUARANTEE COMPANY
Attention: PETER GRIFFITHS
3033 E 1ST AVE #600
DENVER, CO 80206
303-321-1880 (work)
303-322-7603 (work fax)
pgriffiths@ltgc.com
Delivered via: Electronic Mail

FOSTER GRAHAM MILSTEIN AND CALISHER LLP
Attention: MICHAEL BULLOCK
360 S GARFIELD

LAND TITLE GUARANTEE COMPANY
Attention: SCOTT BENNETTS
COMMERCIAL CUSTOMER RESPONSE

SUITE 600
DENVER, CO 80209
303-333-9810 (work)
303-333-9786 (work fax)
mbullock@fostergraham.com
Delivered via: Electronic Mail

5975 GREENWOOD PLAZA BLVD.
GREENWOOD VILLAGE, CO 80111
303-393-4822 (phone)
303-850-4175 (work)
sbennetts@ltgc.com
Delivered via: Electronic Mail

FIRST AMERICAN TITLE INSURANCE COMPANY
Attention: WAYNE CONDICT
CORPORATE UNDERWRITING DEPARTMENT
5 FIRST AMERICAN WAY
SANTA ANA, CA 92707
714-250-8602 (work)
714-250-8699 (work fax)
wcondict@firstam.com
Delivered via: Electronic Mail

## Order Information <~WRD000.jpg> (back to top)

Order Number:
ABC50045066-3

Property Address:
141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE E WEST, PENTHOUSE C WEST, PENTHOUSE C EAST, PENTHOUSE G WEST, RESIDENCE UNITS 3E EAST, 5C WEST, 5E WEST, 6E WEST, 6C WEST, 6E EAST, 7E EAST, 4G WEST, 5G WEST, 7E WEST, 2A SOUTH, 4D EAST, 6D EAST, VAIL, CO 81657

Buyer/Borrower:
COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, A COLORADO LIMITED LIABILITY LIMITED PARTNERSHIP

Seller:
SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY

Vesting Deed(s) / (24 month Chain of Title):
Eagle county recorded 4/18/2012 under reception no. 201207657

Eagle county recorded 4/26/2012 under reception no. 201208188

Eagle county recorded 5/4/2012 under reception no. 201208832

Eagle county recorded 5/30/2012 under reception no. 201211085

Eagle county recorded 6/19/2012 under reception no. 201212543

Eagle county recorded 8/2/2012 under reception no. 201215492

Eagle county recorded 9/13/2012 under reception no. 201218478

Eagle county recorded 11/27/2012 under reception no. 201223782

Eagle county recorded 8/24/2012 under reception no. 201216935

Eagle county recorded 9/11/2012 under reception no. 201218222

SPO_0002955

Eagle county recorded 9/26/2012 under reception no. 201219479

Eagle county recorded 10/4/2012 under reception no. 201220173

Eagle county recorded 11/8/2012 under reception no. 201222623

Eagle county recorded 1/29/2013 under reception no. 201301973

Eagle county recorded 1/29/2013 under reception no. 201301971

Eagle county recorded 1/30/2013 under reception no. 201302127

Eagle county recorded 3/20/2013 under reception no. 201305513

Eagle county recorded 5/20/2013 under reception no. 201310066

**Wire Instructions** <--WRD000.jpg>(back to top)

PLEASE CONTACT YOUR CLOSER OR CLOSER'S ASSISTANT FOR WIRE TRANSFER INSTRUCTIONS

**Estimate of Title Fees** <--WRD000.jpg>(back to top)

| | |
|---|---|
| ALTA Owners Policy 06-17-06 | $22,000.00 |
| Deletion of Exceptions 1-3 | $60.00 |
| Tax Certificate 18 CERTIFICATES | $468.00 |
| | $22,528.00 |

**Schedule A** <--WRD000.jpg>(back to top)

Property Address:
   141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE E WEST, PENTHOUSE C WEST, PENTHOUSE C EAST, PENTHOUSE G WEST, RESIDENCE UNITS 3E EAST, 5C WEST, 5E WEST, 6E WEST, 6C WEST, 6E EAST, 7E EAST, 4G WEST, 5G WEST, 7E WEST, 2A SOUTH, 4D EAST, 6D EAST, VAIL, CO 81657

1. Effective Date:
   09-16-2016 at 05:00:00

2. Policy to be Issued and Proposed Insured:

"ALTA" Owner's Policy 06-17-06                                        $80,000,000.00
Proposed Insured:
COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, A COLORADO LIMITED LIABILITY LIMITED PARTNERSHIP

3. The estate or interest in the land described or referred to in this Commitment and covered herein is:
   A FEE SIMPLE

4. Title to the estate or interest covered herein is at the effective date hereof vested in:
   SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY

SPO_0002956

5. The Land referred to in this Commitment is described as follows:
PARCEL 1:

CONDOMINIUM UNIT 6E WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.


PARCEL 2:

CONDOMINIUM UNIT 2A SOUTH, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.


PARCEL 3:

CONDOMINIUM UNIT PENTHOUSE E WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.


PARCEL 4:

CONDOMINIUM UNIT 6E EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

SPO_0002957

PARCEL 5:

CONDOMINIUM UNIT PENTHOUSE E EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 6:

CONDOMINIUM UNIT 5E WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 7:

CONDOMINIUM UNIT PENTHOUSE C EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 8:

CONDOMINIUM UNIT 5G WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 9:

CONDOMINIUM UNIT 4G WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING

TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.


PARCEL 10:

CONDOMINIUM UNIT 7E WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.


PARCEL 11:

CONDOMINIUM UNIT 6D EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.


PARCEL 12:

CONDOMINIUM UNIT 5C WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.


PARCEL 13:

CONDOMINIUM UNIT 6C WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON

SPO_0002959

APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.


PARCEL 14:

CONDOMINIUM UNIT 3E EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.


PARCEL 15:

CONDOMINIUM UNIT 7E EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.


PARCEL 16:

CONDOMINIUM UNIT 4D EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.


PARCEL 17:

CONDOMINIUM UNIT PENTHOUSE G WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT

RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.


PARCEL 18:

CONDOMINIUM UNIT PENTHOUSE C WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

Plat Map(s):

Eagle county recorded 4/26/2010 under reception no. 201007818 map id R/292

Eagle county recorded 4/25/2012 under reception no. 201208075 map id R298

APN(s):

210108294002

210108294013

210108294021

210108294032

210108294046

210108294047

210108294049

210108294053

210108294056

210108294060

210108294061

210108294069

210108294070

210108294073

210108294074

210108294076

210108294078

210108294079

Tax Certificate(s):

Tax Certificate<br/>Parcel Id: R064395

Tax Certificate<br/>Parcel Id: R064406

Tax Certificate<br/>Parcel Id: R064414

Tax Certificate<br/>Parcel Id: R064425

Tax Certificate<br/>Parcel Id: R064439

Tax Certificate<br/>Parcel Id: R064440

Tax Certificate<br/>Parcel Id: R064442

Tax Certificate<br/>Parcel Id: R064446

Tax Certificate<br/>Parcel Id: R064449

Tax Certificate<br/>Parcel Id: R064453

Tax Certificate<br/>Parcel Id: R064454

Tax Certificate<br/>Parcel Id: R064462

Tax Certificate<br/>Parcel Id: R064463

Tax Certificate<br/>Parcel Id: R064466

Tax Certificate<br/>Parcel Id: R064467

Tax Certificate<br/>Parcel Id: R064469

Tax Certificate<br/>Parcel Id: R064471

Tax Certificate<br/>Parcel Id: R064472

**Requirements** <--WRD000.jpg> (back to top)

Item (a) Payment to or for the account of the grantors or mortgagors of the full consideration for the estate or interest to be insured.

Item (b) Proper instrument(s) creating the estate or interest to be insured must be executed and duly filed for record, to-wit:

Item (c) Payment of all taxes, charges or assessments levied and assessed against the subject premises which are due and payable.

Item (d) Additional requirements, if any disclosed below:

1. EVIDENCE SATISFACTORY TO THE COMPANY THAT THE TERMS, CONDITIONS AND PROVISIONS OF THE TOWN OF VAIL TRANSFER TAX HAVE BEEN SATISFIED.

2. (ITEM INTENTIONALLY DELETED)

3. (ITEM INTENTIONALLY DELETED)

4. (ITEM INTENTIONALLY DELETED)

5. DULY EXECUTED AND ACKNOWLEDGED STATEMENT OF AUTHORITY SETTING FORTH THE NAME OF SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY, AS A LIMITED LIABILITY COMPANY. THE STATEMENT OF AUTHORITY MUST STATE UNDER WHICH LAWS THE ENTITY WAS CREATED, THE MAILING ADDRESS OF THE ENTITY, AND THE NAME AND POSITION OF THE PERSON(S) AUTHORIZED TO EXECUTE INSTRUMENTS CONVEYING, ENCUMBERING, OR OTHERWISE AFFECTING TITLE TO REAL PROPERTY ON BEHALF OF THE ENTITY AND OTHERWISE COMPLYING WITH THE PROVISIONS OF SECTION 38-30-172, CRS.

   NOTE: THE STATEMENT OF AUTHORITY MUST BE RECORDED WITH THE CLERK AND RECORDER.

6. DEED FROM SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY TO COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, A COLORADO LIMITED LIABILITY LIMITED PARTNERSHIP.

   NOTE: OPERATING AGREEMENT AND RELATED UNANIMOUS CONSENT FOR SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY DISCLOSE PETER B. KNOBEL AND RYAN A. SMITH AS AUTHORIZED SIGNATORIES, EITHER OF WHOM MAY EXECUTE SAID DEED.

7. (ITEM INTENTIONALLY DELETED)

8. (ITEM INTENTIONALLY DELETED)

9. DULY EXECUTED AND ACKNOWLEDGED ESTOPPEL AFFIDAVIT FROM SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY IN FAVOR OF LAND TITLE GUARANTEE COMPANY AND ITS UNDERWRITER.

10. (ITEM INTENTIONALLY DELETED)

    NOTE: ITEMS 1-3 OF THE STANDARD EXCEPTIONS ARE HEREBY DELETED.

    NOTE: ITEM 5 OF THE STANDARD EXCEPTIONS WILL BE DELETED IF LAND TITLE GUARANTEE COMPANY CONDUCTS THE CLOSING OF THE CONTEMPLATED TRANSACTION(S) AND RECORDS THE DOCUMENTS IN CONNECTION THEREWITH.

    NOTE: UPON PROOF OF PAYMENT OF 2015 TAXES, ITEM 6 WILL BE AMENDED TO READ:

    TAXES AND ASSESSMENTS FOR THE YEAR 2016, AND SUBSEQUENT YEARS, NOT YET DUE OR PAYABLE.

    NOTE: THE ISSUANCE OF THE POLICIES AND/OR ENDORSEMENTS REFERENCED IN THIS COMMITMENT ARE SUBJECT TO THE APPROVAL OF THE UNDERWRITER OF SAID POLICIES AND/OR ENDORSEMENTS. THIS COMMITMENT MAY BE REVISED AS REQUIRED BY THE UNDERWRITER TO ISSUE THE POLICIES AND/OR ENDORSEMENTS REQUESTED. THIS NOTE WILL BE DELETED UPON THE RECEIPT OF SAID APPROVAL.

**Exceptions**  <--WRD000.jpg>(back to top)

1. Any facts, rights, interests, or claims thereof, not shown by the Public Records but that could be ascertained by an inspection of the Land or that may be asserted by persons in possession of the Land.

2. Easements, liens or encumbrances, or claims thereof, not shown by the Public Records.

3. Any encroachment, encumbrance, violation, variation, or adverse circumstance affecting the Title that would be disclosed by an accurate and complete land survey of the Land and not shown by the Public Records.

SPO_0002963

4.  Any lien, or right to a lien, for services, labor or material heretofore or hereafter furnished, imposed by law and not shown by the Public Records.

5.  Defects, liens, encumbrances, adverse claims or other matters, if any, created, first appearing in the public records or attaching subsequent to the effective date hereof but prior to the date of the proposed insured acquires of record for value the estate or interest or mortgage thereon covered by this Commitment.

6.  Any and all unpaid taxes, assessments and unredeemed tax sales.

7.  (a) Unpatented mining claims; (b) reservations or exceptions in patents or in Acts authorizing the issuance thereof; (c) water rights, claims or title to water.

8.  EXISTING LEASES AND TENANCIES, IF ANY.

9.  RIGHT OF PROPRIETOR OF A VEIN OR LODE TO EXTRACT AND REMOVE HIS ORE THEREFROM SHOULD THE SAME BE FOUND TO PENETRATE OR INTERSECT THE PREMISES AS RESERVED IN UNITED STATES PATENT RECORDED JULY 12, 1899, IN BOOK 48 AT PAGE 475.

10. RIGHT OF WAY FOR DITCHES OR CANALS CONSTRUCTED BY THE AUTHORITY OF THE UNITED STATES AS RESERVED IN UNITED STATES PATENT RECORDED JULY 12, 1899, IN BOOK 48 AT PAGE 475.

11. TERMS, CONDITIONS AND PROVISIONS OF PARKING RIGHTS AGREEMENT RECORDED NOVEMBER 30, 2006 AT RECEPTION NO. 200632758.

12. BURDENS AND OBLIGATIONS UNDER DEVELOPMENT AGREEMENT RECORDED DECEMBER 18, 2006 AT RECEPTION NO. 200634299, AS AMENDED.

13. TERMS, CONDITIONS AND PROVISIONS OF CONSOLIDATED SERVICE PLAN RECORDED JANUARY 05, 2007 AT RECEPTION NO. 200700327.

14. TERMS, CONDITIONS AND PROVISIONS OF ORDER OF INCLUSION RECORDED APRIL 27, 2007 AT RECEPTION NO. 200710831.

15. TERMS, CONDITIONS AND PROVISIONS OF ORDER OF INCLUSION RECORDED APRIL 27, 2007 AT RECEPTION NO. 200710832 AND RECORDED MARCH 19, 2008 AT RECEPTION NO. 200805845.

16. TERMS, CONDITIONS AND PROVISIONS OF ORDER OF INCLUSION RECORDED APRIL 27, 2007 AT RECEPTION NO. 200710833 AND RECORDED MARCH 19, 2008 RECEPTION NO. 200805846.

17. TERMS, CONDITIONS AND PROVISIONS OF CROSSROADS PROTECTIVE COVENANTS BUT OMITTING ANY COVENANTS OR RESTRICTIONS, IF ANY, BASED UPON RACE, COLOR, RELIGION, SEX, SEXUAL ORIENTATION, FAMILIAL STATUS, MARITAL STATUS, DISABILITY, HANDICAP, NATIONAL ORIGIN, ANCESTRY, OR SOURCE OF INCOME, AS SET FORTH IN APPLICABLE STATE OR FEDERAL LAWS, EXCEPT TO THE EXTENT THAT SAID COVENANT OR RESTRICTION IS PERMITTED BY APPLICABLE LAW RECORDED AUGUST 16, 2007 UNDER RECEPTION NO. 200721910, RE-RECORDED AUGUST 28, 2007 UNDER RECEPTION NO. 200722884.

18. TERMS, CONDITIONS AND PROVISIONS OF TRENCH, CONDUIT & VAULT AGREEMENT RECORDED OCTOBER 10, 2007 AT RECEPTION NO. 200727140.

19. TERMS, CONDITIONS AND PROVISIONS OF UNDERGROUND RIGHT-OF-WAY EASEMENT RECORDED OCTOBER 10, 2007 AT RECEPTION NO. 200727141 AND UNDERGROUND RIGHT OF WAY EASEMENT RECORDED OCTOBER 10, 2007 AT RECEPTION NO. 200727142.

20. BURDENS AND OBLIGATIONS UNDER CONSTRUCTION LICENSE AGREEMENT RECORDED DECEMBER 05, 2007 AT RECEPTION NO. 200731952.

21. TERMS, CONDITIONS AND PROVISIONS OF EASEMENT AGREEMENT BETWEEN SOLARIS PROPERTY OWNER, LLC, A DELAWARE LIMITED LIABILITY COMPANY AND SOLARIS METROPOLITAN DISTRICT NO. 1 RECORDED MAY 28, 2008 AT RECEPTION NO. 200811070.

22. THE EFFECT OF SOLARIS METROPOLITAN DISTRICT NOS. 1 - 3 MAP RECORDED DECEMBER 22, 2009 UNDER RECEPTION NO. 200927310.

23. EASEMENTS, RESERVATIONS AND RESTRICTIONS AS SHOWN OR RESERVED ON THE CONDOMINIUM PLAT FOR SOLARIS-VAIL RECORDED APRIL 26, 2010 UNDER RECEPTION NO. 201007816.

24. TERMS, CONDITIONS AND PROVISIONS OF SHARED FACILITIES AGREEMENT RECORDED APRIL 26, 2010 AT RECEPTION NO. 201007817, FIRST AMENDMENT RECORDED JUNE 30, 2010 RECEPTION NO. 201013179 AND SECOND AMENDMENT THERETO RECORDED DECEMBER 10, 2010 UNDER RECEPTION NO. 201024997 AND THIRD AMENDMENT THERETO RECORDED NOVEMBER 10, 2011 UNDER RECEPTION NO. 201121109.

SPO_0002964

25. EASEMENTS, RESERVATIONS AND RESTRICTIONS AS SHOWN OR RESERVED ON THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED APRIL 26, 2010 AT RECEPTION NO. 201007818; FIRST AMENDMENT RECORDED JUNE 30, 2010 UNDER RECEPTION NO. 201013179; SECOND AMENDMENT RECORDED APRIL 24, 2014 UNDER RECEPTION NO. 201406409; THIRD AMENDMENT RECORDED APRIL 24, 2016 UNDER RECEPTION NO. 201605527.

26. THOSE PROVISIONS, COVENANTS AND CONDITIONS, EASEMENTS, AND RESTRICTIONS, WHICH ARE A BURDEN TO THE CONDOMINIUM UNIT DESCRIBED IN SCHEDULE A, BUT OMITTING ANY COVENANTS OR RESTRICTIONS, IF ANY, BASED UPON RACE, COLOR, RELIGION, SEX, SEXUAL ORIENTATION, FAMILIAL STATUS, MARITAL STATUS, DISABILITY, HANDICAP, NATIONAL ORIGIN, ANCESTRY, OR SOURCE OF INCOME, AS SET FORTH IN APPLICABLE STATE OR FEDERAL LAWS, EXCEPT TO THE EXTENT THAT SAID COVENANT OR RESTRICTION IS PERMITTED BY APPLICABLE LAW, AS CONTAINED IN CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED APRIL 26, 2010 UNDER RECEPTION NO. 201007819, FIRST AMENDMENT RECORDED JUNE 30, 2010 UNDER RECEPTION NO. 201013180, SECOND AMENDMENT RECORDED NOVEMBER 10, 2011 UNDER RECEPTION NO. 201121110, THIRD AMENDMENT RECORDED APRIL 25, 2012 UNDER RECEPTION NO. 201208076, FOURTH AMENDMENT RECORDED APRIL 24, 2014 UNDER RECEPTION NO. 201406410, FIFTH AMENDMENT RECORDED DECEMBER 29, 2014 ;URN 201422174, AND SIXTH AMENDMENT RECORDED APRIL 21, 2016 UNDER RECEPTION NO. 201605526.

27. TERMS, CONDITIONS AND PROVISIONS OF SIDEWALK/STREETSCAPE & SNOWMELT MAINTENANCE AGREEMENT RECORDED SEPTEMBER 21, 2010 AT RECEPTION NO. 201018719.

28. TERMS, CONDITIONS AND PROVISIONS OF TRAFFIC IMPACT FEE SECURITY AGREEMENT RECORDED OCTOBER 07, 2010 AT RECEPTION NO. 201020237.

29. TERMS, CONDITIONS AND PROVISIONS OF TOWN OF VAIL REVOCABLE PERMIT TO ERECT OR MAIINTAIN IMPROVEMENTS ON A PUBLIC RIGHT-OF-WAY RECORDED DECEMBER 16, 2010 AT RECEPTION NO. 201025482.

30. TERMS, CONDITIONS, PROVISIONS, BURDENS, OBLIGATIONS AND EASEMENTS AS SET FORTH AND GRANTED IN GRANT OF EASEMENT RECORDED MAY 09, 2012 UNDER RECEPTION NO. 201209258.

31. TERMS, CONDITIONS, PROVISIONS, BURDENS AND OBLIGATIONS AS SET FORTH IN SOLARIS METROPOLITAN DISTRICT NO. 2 SPECIAL DISTRICT DISCLOSURE RECORDED DECEMBER 17, 2014 UNDER RECEPTION NO. 201421735.

32. TERMS, CONDITIONS, PROVISIONS, BURDENS AND OBLIGATIONS AS SET FORTH IN SOLARIS METROPOLITAN DISTRICT NO. 3 SPECIAL DISTRICT DISCLOSURE RECORDED DECEMBER 17, 2014 UNDER RECEPTION NO. 201421736.

33. DEED OF TRUST DATED APRIL 18, 2012, FROM SOLARIS PROPERTY OWNER, LLC. TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECTS SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED APRIL 18, 2012, UNDER RECEPTION NO. 201207658.

    (AFFECTS PARCEL 1)

34. DEED OF TRUST DATED APRIL 25, 2012, FROM SOLARIS PROPERTY OWNER I, LLC. TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED APRIL 26, 2012, UNDER RECEPTION NO. 201208189.

    (AFFECTS PARCEL 2)

35. DEED OF TRUST DATED MAY 03, 2012, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED MAY 04, 2012, UNDER RECEPTION NO. 201208855.

    (AFFECTS PARCEL 3)

36. DEED OF TRUST DATED MAY 30, 2012, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECTS SOLARIS, LLLP TO SECURE THE SUM OF $100,000,000.00 RECORDED MAY 30, 2012, UNDER RECEPTION NO. 201211086.

    (AFFECTS PARCEL 4).

37. DEED OF TRUST DATED JUNE 15, 2015, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED JUNE 19, 2012, UNDER RECEPTION NO. 201212544.

    (AFFECTS PARCEL 5).

38. DEED OF TRUST DATED AUGUST 02, 2012, FROM SOLARIS PROPERTY OWNER I, LLC TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED AUGUST 02, 2012, UNDER RECEPTION NO. 201215493.

    (AFFECTS PARCEL 6).

39. DEED OF TRUST DATED SEPTEMBER 12, 2012, FROM SOLARIS PROPERTY OWNER I, LLC TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP TO SECURE THE SUM OF $100,000,000.00 RECORDED SEPTEMBER 13, 2012, UNDER RECEPTION NO. 201218479.

(AFFECTS PARCEL 7).

40. DEED OF TRUST DATED NOVEMBER 26, 2012, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED NOVEMBER 27, 2012, UNDER RECEPTION NO. 201223783.

(AFFECTS PARCEL 8).

41. DEED OF TRUST DATED AUGUST 24, 2012, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED AUGUST 24, 2012, UNDER RECEPTION NO. 201216936.

(AFFECTS PARCEL 9).

42. DEED OF TRUST DATED SEPTEMBER 06, 2012, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED SEPTEMBER 11, 2012, UNDER RECEPTION NO. 201218223.

(AFFECTS PARCEL 10).

43. DEED OF TRUST DATED SEPTEMBER 20, 2012, FROM SOLARIS PROPERTY OWNER I, LLC TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED SEPTEMBER 26, 2012, UNDER RECEPTION NO. 201219480.

(AFFECTS PARCEL 11).

44. DEED OF TRUST DATED OCTOBER 01, 2012, FROM SOLARIS PROPERTY OWNER I, LLC TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP TO SECURE THE SUM OF $100,000,000.00 RECORDED OCTOBER 04, 2012, UNDER RECEPTION NO. 201220174.

(AFFECTS PARCEL 12).

45. DEED OF TRUST DATED NOVEMBER 06, 2012, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED NOVEMBER 08, 2012, UNDER RECEPTION NO. 201222624.

(AFFECTS PARCEL 13).

46. DEED OF TRUST DATED JANUARY 28, 2013, FROM SOLARIS PROPERTY OWNER I, LLC TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED JANUARY 29, 2013, UNDER RECEPTION NO. 201301974.

(AFFECTS PARCEL 14).

47. DEED OF TRUST DATED JANUARY 28, 2013, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED JANUARY 28, 2013, UNDER RECEPTION NO. 201301972.

(AFFECTS PARCEL 15).

48. DEED OF TRUST DATED JANUARY 29, 2013, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED JANUARY 30, 2013, UNDER RECEPTION NO. 201302128.

(AFFECTS PARCEL 16).

49. DEED OF TRUST DATED MARCH 19, 2013, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED MARCH 20, 2013, UNDER RECEPTION NO. 201305514.

(AFFECTS PARCEL 17).

50. DEED OF TRUST DATED MAY 20, 2013, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED MAY 20, 2013, UNDER RECEPTION NO. 201310067.

SPO_0002966

(AFFECTS PARCEL 18).

51. CONSEQUENCES OF ANY ALLEGATION OR DETERMINATION THAT THE TRANSFER TO THE INSURED IS A PREFERENCE OR FRAUDULENT TRANSFER BY REASON OF THE OPERATION OF FEDERAL BANKRUPTCY OR STATE INSOLVENCY LAWS.

NOTE: ITEM NO. 51 WILL BE DELETED UPON SALE TO A BONAFIDE THIRD PARTY PURCHASER.

**Disclosure Statements** <--W RD000.jpg->(back to top)

### LAND TITLE GUARANTEE COMPANY and LAND TITLE GUARANTEE COMPANY - GRAND JUNCTION DISCLOSURE STATEMENTS

Note: Pursuant to CRS 10-11-122, notice is hereby given that:

1. The subject real property may be located in a special taxing district.
2. A certificate of taxes due listing each taxing jurisdiction will be obtained from the county treasurer of the county in which the real property is located or that county treasurer's authorized agent unless the proposed insured provides written instructions to the contrary. (for an Owner's Policy of Title Insurance pertaining to a sale of residential real property)
3. The information regarding special districts and the boundaries of such districts may be obtained from the Board of County Commissioners, the County Clerk and Recorder, or the County Assessor.

Note: Effective September 1, 1997, CRS 30-10-406 requires that all documents received for recording or filing in the clerk and recorder's office shall contain a top margin of at least one inch and a left, right and bottom margin of at least one half of an inch. The clerk and recorder may refuse to record or file any document that does not conform, except that, the requirement for the top margin shall not apply to documents using forms on which space is provided for recording or filing information at the top margin of the document.

Note: Colorado Division of Insurance Regulations 3-5-1, Paragraph C of Article VII requires that "Every title entity shall be responsible for all matters which appear of record prior to the time of recording whenever the title entity conducts the closing and is responsible for recording or filing of legal documents resulting from the transaction which was closed". Provided that Land Title Guarantee Company conducts the closing of the insured transaction and is responsible for recording the legal documents from the transaction, exception number 5 will not appear on the Owner's Title Policy and the Lenders Policy when issued.

Note: Affirmative mechanic's lien protection for the Owner may be available (typically by deletion of Exception no. 4 of Schedule B, Section 2 of the Commitment from the Owner's Policy to be issued) upon compliance with the following conditions:

1. The land described in Schedule A of this commitment must be a single family residence which includes a condominium or townhouse unit.
2. No labor or materials have been furnished by mechanics or material-men for purposes of construction on the land described in Schedule A of this Commitment within the past 6 months.
3. The Company must receive an appropriate affidavit indemnifying the Company against un-filed mechanic's and material-men's liens.
4. The Company must receive payment of the appropriate premium.
5. If there has been construction, improvements or major repairs undertaken on the property to be purchased within six months prior to the Date of the Commitment, the requirements to obtain coverage for unrecorded liens will include: disclosure of certain construction information; financial information as to the seller, the builder and or the contractor; payment of the appropriate premium fully executed Indemnity Agreements satisfactory to the company, and, any additional requirements as may be necessary after an examination of the aforesaid information by the Company.

No coverage will be given under any circumstances for labor or material for which the insured has contracted for or agreed to pay.

Note: Pursuant to CRS 10-11-123, notice is hereby given:

This notice applies to owner's policy commitments containing a mineral severance instrument exception, or exceptions, in Schedule B, Section 2.

1. That there is recorded evidence that a mineral estate has been severed, leased, or otherwise conveyed from the surface estate and that there is a substantial likelihood that a third party holds some or all interest in oil, gas, other minerals, or geothermal energy in the property; and

2. That such mineral estate may include the right to enter and use the property without the surface owner's permission.

NOTE: Pursuant to CRS 10-1-128(6)(a), It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

Nothing herein contained will be deemed to obligate the company to provide any of the coverages referred to herein unless the above conditions are fully satisfied.

**Open the attached pdf version of the commitment to view our PRIVACY POLICY.**

*The above links and associated images are provided for information purposes only. They are not guaranteed as to accuracy, availability or quality.*

**Scott Bennetts**
Title Officer III
Land Title Guarantee Company
5975 Greenwood Plaza Blvd.
Greenwood Village, CO 80111
Direct: 303-850-4175
Fax: 303-393-4822
sbennetts@ltgc.com

www.ltgc.com

<~WRD000.jpg>

These images are provided for informational purposes only. They are not guaranteed as to availability or quality.

These documents are PDF (Portable Document Format) files and can be viewed or printed with Adobe Acrobat Reader™. If you do not have Adobe Acrobat Reader™ on your system, you can download it for free from Adobe.

Some of these documents may be designed to print on LEGAL paper. To print these on LETTER paper, select the "Fit to Page" option from within the Acrobat Reader.

If you want to print on LEGAL paper, select legal-size paper from within the "Print Setup" dialog box from within the Acrobat Reader.

Having troubles viewing the PDF's on Firefox? Try installing a pdf plugin like PDF Viewer.

**Content in this email is Copyright LT Systems, L.L.C. All rights reserved.**

<~WRD000.jpg>

SPO_0002968

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message may contain confidential or proprietary information intended only for the use of the
addressee(s) named above or may contain information that is legally privileged. If you are
not the intended addressee, or the person responsible for delivering it to the intended
addressee,
you are hereby notified that reading, disseminating, distributing or copying this message is
strictly
prohibited. If you have received this message by mistake, please immediately notify us by
replying to the message and delete the original message and any copies immediately
thereafter.

If you received this email as a commercial message and would like to opt out of future
commercial
messages, please let us know and we will remove you from our distribution list.

Thank you.~
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*
FAFLD

| From: | Ryan Smith |
|---|---|
| Sent: | Thursday, September 29, 2016 12:07 PM MDT |
| To: | Gail Ferry |
| CC: | Rob Glucksman; Trevor Theelke |
| Subject: | RE: Commitment (141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE)(buyer/owner COLORADO)(our 500 45066) |

Gail,

The parties request that Land Title to do as follows:

1. Date the Transfer Agreements.
   a. Introductory Paragraph: Date each agreement with today's date (unless this field has already been completed with another date, in which case you can leave it as is).
   b. Section 5: Handwrite in January 2, 2017 as the Closing Date.
2. Release the parties' signature pages to the Transfer Agreement.
3. Hold Solaris' signature pages to the Special Warranty Deed and Bill of Sale in escrow for release and recording on January 2, 2017.

I am asking Rob to reply to this email confirming that these instructions are acceptable to CRCPS, LLLP.

Thanks,

Ryan

**From:** Gail Ferry [mailto:gferry@ltgc.com]
**Sent:** Wednesday, September 28, 2016 5:41 PM
**To:** Ryan Smith <ryan@solarisvail.com>
**Cc:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>; Trevor Theelke <ttheelke@ltgc.com>
**Subject:** Re: Commitment (141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE)(buyer/owner COLORADO)(our 50045066)

Ryan and Rob,
Land Title has done nothing with the documents. We will continue to just hold them until further written notice from both of you.

Sincerely,
Gail



**Gail Ferry**
Vice President - Eagle County Manager

SPO_0003011

Colorado Title License # 32106
610 West Lionshead Circle, Suite 300
Vail, CO 81657
Direct: 970-477-4515
Office: 970-476-2251
Fax: 877-276-5043
Email: gferry@ltgc.com

www.ltgc.com



On Wed, Sep 28, 2016 at 3:10 PM, Ryan Smith <ryan@solarisvail.com> wrote:

Gail, to be sure, please continue to hold the signature pages in escrow and do not record the deeds pending instruction from the parties.

**From:** Gail Ferry [mailto:gferry@ltgc.com]
**Sent:** Wednesday, September 28, 2016 10:26 AM
**To:** Ryan Smith <ryan@solarisvail.com>
**Cc:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>; Penn, Jim <JPenn@firstam.com>; sbennetts@ltgc.com; ttheelke@ltgc.com; Condict, Wayne <wcondict@firstam.com>; mbullock@fostergraham.com; pgriffiths@ltgc.com; Les Martin <lmartin@ltgc.com>
**Subject:** Re: Commitment (141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE)(buyer/owner COLORADO)(our 50045066)

Great, thank you. We will make arrangements to pick them up. I will be back in touch as soon as I can!

Sincerely,
Gail

SPO_0003012



**Gail Ferry**
Vice President - Eagle County Manager
Colorado Title License # 32106
610 West Lionshead Circle, Suite 300
Vail, CO 81657
Direct: 970-477-4515
Office: 970-476-2251
Fax: 877-276-5043
Email: gferry@ltgc.com

www.ltgc.com



On Wed, Sep 28, 2016 at 9:57 AM, Ryan Smith <ryan@solarisvail.com> wrote:

Gail,

The extra set of Solaris' original signature pages to the Transfer Agreement, as well as Peter's signature pages to the deeds, are available for pickup at the front desk of the Solaris office.

Thanks,

Ryan

**From:** Rob Glucksman [mailto:rglucksman@coloradoregionalcenter.com]
**Sent:** Wednesday, September 28, 2016 9:43 AM
**To:** Ryan Smith <ryan@solarisvail.com>; Penn, Jim <JPenn@firstam.com>
**Cc:** sbennetts@ltgc.com; gferry@ltgc.com; ttheelke@ltgc.com; Condict, Wayne

SPO_0003013

<wcondict@firstam.com>; mbullock@fostergraham.com; pgriffiths@ltgc.com; Les Martin <lmartin@ltgc.com>

**Subject:** RE: Commitment (141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE)(buyer/owner COLORADO)(our 50045066)

Hi all,

Just want to make sure the documents got up to Vail and we're on track.

Thanks,
Rob

**From:** Ryan Smith [mailto:ryan@solarisvail.com]
**Sent:** Monday, September 26, 2016 1:39 PM
**To:** Penn, Jim <JPenn@firstam.com>
**Cc:** sbennetts@ltgc.com; gferry@ltgc.com; ttheelke@ltgc.com; Condict, Wayne <wcondict@firstam.com>; mbullock@fostergraham.com; Rob Glucksman <rglucksman@coloradoregionalcenter.com>; pgriffiths@ltgc.com; Les Martin <lmartin@ltgc.com>
**Subject:** RE: Commitment (141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE)(buyer/owner COLORADO)(our 50045066)

Jim,

Gail and I are coordinating to deliver deeds executed by Mr. Knobel to LTGC's Vail office.

Thanks,

Ryan

**From:** Penn, Jim [mailto:JPenn@firstam.com]
**Sent:** Monday, September 26, 2016 1:26 PM
**To:** Ryan Smith <ryan@solarisvail.com>
**Cc:** sbennetts@ltgc.com; gferry@ltgc.com; ttheelke@ltgc.com; Condict, Wayne <wcondict@firstam.com>; mbullock@fostergraham.com; rglucksman@coloradoregionalcenter.com; pgriffiths@ltgc.com; Les Martin <lmartin@ltgc.com>
**Subject:** Re: Commitment (141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE)(buyer/owner COLORADO)(our 50045066)

Hi Ryan, sorry for the delayed response as I am out of town.
Our main requirement is for Peter to sign the deed. I believe that you have already signed the other required documents and we are fine with that.
Thanks, Jim Penn

Sent from my iPhone

On Sep 26, 2016, at 11:56 AM, Ryan Smith <ryan@solarisvail.com> wrote:

SPO_0003014

Jim,

I am following up on my email of last week, to which I have not received a response.

Is First American going to require that Peter Knobel sign the closing behalf of the Grantor despite the resolutions authorizing me to do the same? If so, to what documents does the requirement extend (i.e, only the deed)?

We need to know this morning as the Grantee is scheduled to countersign this afternoon.

Regards,

Ryan

**From:** Ryan Smith
**Sent:** Thursday, September 22, 2016 8:45 PM
**To:** Penn, Jim <JPenn@firstam.com>
**Cc:** sbennetts@ltgc.com; gferry@ltgc.com; ttheelke@ltgc.com; Condict, Wayne <wcondict@firstam.com>; mbullock@fostergraham.com; rglucksman@coloradoregionalcenter.com; pgriffiths@ltgc.com
**Subject:** Re: Commitment (141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE)(buyer/owner COLORADO)(our 50045066)

Jim,

The resolutions of both the grantor, Solaris Property Owner I, LLC, and its sole member, Solaris Redevelopment Corporation, authorize me OR Mr. Knobel, each acting alone, to execute the transfer documents. The existing commitment reflects that fact, and I already signed the documents at LTGC's office in reliance on it.

Ryan

On Sep 22, 2016, at 5:31 PM, Penn, Jim <JPenn@firstam.com> wrote:

Scott, I thought requirement 6 was going to require that both Peter and Ryan sign the deed? It currently states "either of whom may execute the deed". We require Peter to sign so please amend this and send me the revised commitment.

Jim

**Jim Penn**
National Underwriter

First American Title Insurance Company
Email: jpenn@firstam.com
714-250-5053

SPO_0003015

**From:** sbennetts@ltgc.com [mailto:sbennetts@ltgc.com]
**Sent:** Thursday, September 22, 2016 12:49 PM
**To:** ryan@solarisvail.com; gferry@ltgc.com; ttheelke@ltgc.com; Penn, Jim; Condict, Wayne; mbullock@fostergraham.com; rglucksman@coloradoregionalcenter.com
**Subject:** Commitment (141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE)(buyer/owner COLORADO)(our 50045066)

<~WRD000.jpg>

View this email in full HTML in your browser

**Deleted Requirement #10. Commitment effective date updated. Thank you,**

**Kate Smith for Scott Bennetts**

**Associated Documents**

? Commitment

## Navigating and Understanding your Title Commitment Summary

? Click on the blue links in the Table of Contents to go to a specific section
? Click on the <~WRD000.jpg> (back to top) links to return to the top of the email
? Click on the blue links within the body of the email to view a related document
? Click on a blue email address link in the Contacts section to send an email to that party
? Green underlined text indicates changes from the previous Title Summary

For general information on title insurance, please refer to http://www.alta.org/consumer

**Commitment Summary - 141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE E WEST, PENTHOUSE C WEST, PENTHOUSE C EAST, PENTHOUSE G WEST, RESIDENCE UNITS 3E EAST, 5C WEST, 5E WEST, 6E WEST, 6C WEST, 6E EAST, 7E EAST, 4G WEST, 5G WEST, 7E WEST, 2A SOUTH, 4D EAST, 6D EAST (ABC50045066-3)**

View Printable Version

**Table of Contents**

?LTGC Contacts
?Delivery Parties
?Order Information
?Vesting (24 month Chain of Title)
?Wire Instructions
?Title Fees
?Schedule A
?Requirements

?Exceptions
?Disclosure

## Your Land Title Guarantee Company Contacts <--WRD000.jpg> (back to top)

**For Closing Assistance**
Gail Ferry
0090 BENCHMARK RD #205
PO BOX 3480
AVON, CO 81620
970-477-4515 (phone)
877-276-5043 (fax)
gferry@ltgc.com
Company License: CO44565
Contact License: CO32106

**For Title Assistance**
SCOTT BENNETTS
5975 GREENWOOD PLAZA BLVD
GREENWOOD VILLAGE, CO 80111
303-850-4175 (phone)
303-393-4842 (fax)
sbennetts@ltgc.com

## Commitment Delivery Parties <--WRD000.jpg> (back to top)

**Buyer/Borrower**
COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP
303-888-9052 (phone)
rglucksman@coloradoregionalcenter.com
Delivered via: Electronic Mail

FIRST AMERICAN TITLE INSURANCE COPANY
Attention: JIM PENN
CORPORATE UNDERWRITING DEPARTMENT
5 FIRST AMERICAN WAY
SANTA ANA, CA 92707
714-250-5053 (work)
jpenn@firstam.com
Delivered via: Electronic Mail

**Seller/Owner**
SOLARIS PROPERTY OWNER I LLC
141 E MEADOW DR # 211
VAIL, CO 81657
ryan@solarisvail.com
Delivered via: Electronic Mail

LAND TITLE GUARANTEE COMPANY
Attention: PETER GRIFFITHS
3033 E 1ST AVE #600
DENVER, CO 80206
303-321-1880 (work)
303-322-7603 (work fax)
pgriffiths@ltgc.com
Delivered via: Electronic Mail

FOSTER GRAHAM MILSTEIN AND CALISHER LLP
Attention: MICHAEL BULLOCK
360 S GARFIELD
SUITE 600
DENVER, CO 80209
303-333-9810 (work)
303-333-9786 (work fax)
mbullock@fostergraham.com
Delivered via: Electronic Mail

LAND TITLE GUARANTEE COMPANY
Attention: SCOTT BENNETTS
COMMERCIAL CUSTOMER RESPONSE
5975 GREENWOOD PLAZA BLVD.
GREENWOOD VILLAGE, CO 80111
303-393-4822 (phone)
303-850-4175 (work)
sbennetts@ltgc.com
Delivered via: Electronic Mail

FIRST AMERICAN TITLE INSURANCE COMPANY
Attention: WAYNE CONDICT
CORPORATE UNDERWRITING DEPARTMENT
5 FIRST AMERICAN WAY
SANTA ANA, CA 92707
714-250-8602 (work)
714-250-8699 (work fax)
wcondict@firstam.com
Delivered via: Electronic Mail

## Order Information <--WRD000.jpg> (back to top)

Order Number:
  ABC50045066-3

Property Address:
  141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE E WEST,
  PENTHOUSE C WEST, PENTHOUSE C EAST, PENTHOUSE G WEST, RESIDENCE

SPO_0003017

UNITS 3E EAST, 5C WEST, 5E WEST, 6E WEST, 6C WEST, 6E EAST, 7E EAST, 4G WEST, 5G WEST, 7E WEST, 2A SOUTH, 4D EAST, 6D EAST, VAIL, CO 81657

Buyer/Borrower:
COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, A COLORADO LIMITED LIABILITY LIMITED PARTNERSHIP

Seller:
SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY

Vesting Deed(s) / (24 month Chain of Title):
Eagle county recorded 4/18/2012 under reception no. 201207657

Eagle county recorded 4/26/2012 under reception no. 201208188

Eagle county recorded 5/4/2012 under reception no. 201208832

Eagle county recorded 5/30/2012 under reception no. 201211085

Eagle county recorded 6/19/2012 under reception no. 201212543

Eagle county recorded 8/2/2012 under reception no. 201215492

Eagle county recorded 9/13/2012 under reception no. 201218478

Eagle county recorded 11/27/2012 under reception no. 201223782

Eagle county recorded 8/24/2012 under reception no. 201216935

Eagle county recorded 9/11/2012 under reception no. 201218222

Eagle county recorded 9/26/2012 under reception no. 201219479

Eagle county recorded 10/4/2012 under reception no. 201220173

Eagle county recorded 11/8/2012 under reception no. 201222623

Eagle county recorded 1/29/2013 under reception no. 201301973

Eagle county recorded 1/29/2013 under reception no. 201301971

Eagle county recorded 1/30/2013 under reception no. 201302127

Eagle county recorded 3/20/2013 under reception no. 201305513

Eagle county recorded 5/20/2013 under reception no. 201310066

**Wire Instructions** <--WRD000.jpg>(back to top)

PLEASE CONTACT YOUR CLOSER OR CLOSER'S ASSISTANT FOR WIRE TRANSFER INSTRUCTIONS

**Estimate of Title Fees**  [back to top]

| | |
|---|---|
| ALTA Owners Policy 06-17-06 | $22,000.00 |
| Deletion of Exceptions 1-3 | $60.00 |
| Tax Certificate 18 CERTIFICATES | $468.00 |
| | $22,528.00 |

**Schedule A** <--WRD000.jpg--> [back to top]

Property Address:
141 E MEADOW DRIVE AKA PENTHOUSE E EAST, PENTHOUSE E WEST, PENTHOUSE C WEST, PENTHOUSE C EAST, PENTHOUSE G WEST, RESIDENCE UNITS 3E EAST, 5C WEST, 5E WEST, 6E WEST, 6C WEST, 6E EAST, 7E EAST, 4G WEST, 5G WEST, 7E WEST, 2A SOUTH, 4D EAST, 6D EAST, VAIL, CO 81657

1. Effective Date:
09-16-2016 at 05:00:00

2. Policy to be Issued and Proposed Insured:

"ALTA" Owner's Policy 06-17-06                                                    $80,000,000.00
Proposed Insured:
COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, A COLORADO LIMITED LIABILITY LIMITED PARTNERSHIP

3. The estate or interest in the land described or referred to in this Commitment and covered herein is:
A FEE SIMPLE

4. Title to the estate or interest covered herein is at the effective date hereof vested in:
SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY

5. The Land referred to in this Commitment is described as follows:
PARCEL 1:

CONDOMINIUM UNIT 6E WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 2:

CONDOMINIUM UNIT 2A SOUTH, THE RESIDENCES AT SOLARIS-VAIL,

SPO_0003019

ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 3:

CONDOMINIUM UNIT PENTHOUSE E WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 4:

CONDOMINIUM UNIT 6E EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 5:

CONDOMINIUM UNIT PENTHOUSE E EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 6:

CONDOMINIUM UNIT 5E WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED

SPO_0003020

ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 7:

CONDOMINIUM UNIT PENTHOUSE C EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 8:

CONDOMINIUM UNIT 5G WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 9:

CONDOMINIUM UNIT 4G WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 10:

CONDOMINIUM UNIT 7E WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM

DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.


PARCEL 11:

CONDOMINIUM UNIT 6D EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.


PARCEL 12:

CONDOMINIUM UNIT 5C WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.


PARCEL 13:

CONDOMINIUM UNIT 6C WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.


PARCEL 14:

CONDOMINIUM UNIT 3E EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26,

SPO_0003022

2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 15:

CONDOMINIUM UNIT 7E EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 16:

CONDOMINIUM UNIT 4D EAST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 17:

CONDOMINIUM UNIT PENTHOUSE G WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

PARCEL 18:

CONDOMINIUM UNIT PENTHOUSE C WEST, THE RESIDENCES AT SOLARIS-VAIL, ACCORDING TO THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007818 AND AMENDMENT RECORDED APRIL 25, 2012 AT RECEPTION NO. 201208075, IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO, AND THE CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL

SPO_0003023

RECORDED ON APRIL 26, 2010 AT RECEPTION NO. 201007819 IN THE OFFICE OF THE CLERK AND RECORDER OF EAGLE COUNTY, COLORADO.

Plat Map(s):

Eagle county recorded 4/26/2010 under reception no. 201007818 map id R/292

Eagle county recorded 4/25/2012 under reception no. 201208075 map id R298

APN(s):

210108294002

210108294013

210108294021

210108294032

210108294046

210108294047

210108294049

210108294053

210108294056

210108294060

210108294061

210108294069

210108294070

210108294073

210108294074

210108294076

210108294078

210108294079

Tax Certificate(s):

Tax Certificate<br/>Parcel Id: R064395

Tax Certificate<br/>Parcel Id: R064406

Tax Certificate<br/>Parcel Id: R064414

Tax Certificate<br/>Parcel Id: R064425

Tax Certificate<br/>Parcel Id: R064439

Tax Certificate<br/>Parcel Id: R064440

Tax Certificate<br/>Parcel Id: R064442

Tax Certificate<br/>Parcel Id: R064446

Tax Certificate<br/>Parcel Id: R064449

Tax Certificate<br/>Parcel Id: R064453

Tax Certificate<br/>Parcel Id: R064454

Tax Certificate<br/>Parcel Id: R064462

Tax Certificate<br/>Parcel Id: R064463

Tax Certificate<br/>Parcel Id: R064466

Tax Certificate<br/>Parcel Id: R064467

Tax Certificate<br/>Parcel Id: R064469

Tax Certificate<br/>Parcel Id: R064471

Tax Certificate<br/>Parcel Id: R064472

**Requirements**  <--WRD080.jpg> (back to top)

**Item (a) Payment to or for the account of the grantors or mortgagors of the full consideration for the estate or interest to be insured.**

**Item (b) Proper instrument(s) creating the estate or interest to be insured must be executed and duly filed for record, to-wit:**

**Item (c) Payment of all taxes, charges or assessments levied and assessed against the subject premises which are due and payable.**

**Item (d) Additional requirements, if any disclosed below:**

1. EVIDENCE SATISFACTORY TO THE COMPANY THAT THE TERMS, CONDITIONS AND PROVISIONS OF THE TOWN OF VAIL TRANSFER TAX HAVE BEEN SATISFIED.
2. (ITEM INTENTIONALLY DELETED)
3. (ITEM INTENTIONALLY DELETED)
4. (ITEM INTENTIONALLY DELETED)
5. DULY EXECUTED AND ACKNOWLEDGED STATEMENT OF AUTHORITY SETTING FORTH THE NAME OF SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY, AS A LIMITED LIABILITY COMPANY. THE STATEMENT OF AUTHORITY MUST STATE UNDER WHICH LAWS THE ENTITY WAS CREATED, THE MAILING ADDRESS OF THE ENTITY, AND THE NAME AND POSITION OF THE PERSON(S) AUTHORIZED TO EXECUTE INSTRUMENTS CONVEYING, ENCUMBERING, OR OTHERWISE AFFECTING TITLE TO REAL PROPERTY ON BEHALF OF THE ENTITY AND OTHERWISE COMPLYING WITH THE PROVISIONS OF SECTION 38-30-172, CRS.

   NOTE: THE STATEMENT OF AUTHORITY MUST BE RECORDED WITH THE CLERK AND RECORDER.
6. DEED FROM SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY TO COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, A COLORADO LIMITED LIABILITY LIMITED PARTNERSHIP.

SPO_0003025

NOTE: OPERATING AGREEMENT AND RELATED UNANIMOUS CONSENT FOR SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY DISCLOSE PETER B. KNOBEL AND RYAN A. SMITH AS AUTHORIZED SIGNATORIES, EITHER OF WHOM MAY EXECUTE SAID DEED.

7.  (ITEM INTENTIONALLY DELETED)
8.  (ITEM INTENTIONALLY DELETED)
9.  DULY EXECUTED AND ACKNOWLEDGED ESTOPPEL AFFIDAVIT FROM SOLARIS PROPERTY OWNER I, LLC, A DELAWARE LIMITED LIABILITY COMPANY IN FAVOR OF LAND TITLE GUARANTEE COMPANY AND ITS UNDERWRITER.
10. (ITEM INTENTIONALLY DELETED)

NOTE: ITEMS 1-3 OF THE STANDARD EXCEPTIONS ARE HEREBY DELETED.

NOTE: ITEM 5 OF THE STANDARD EXCEPTIONS WILL BE DELETED IF LAND TITLE GUARANTEE COMPANY CONDUCTS THE CLOSING OF THE CONTEMPLATED TRANSACTION(S) AND RECORDS THE DOCUMENTS IN CONNECTION THEREWITH.

NOTE: UPON PROOF OF PAYMENT OF 2015 TAXES, ITEM 6 WILL BE AMENDED TO READ:

TAXES AND ASSESSMENTS FOR THE YEAR 2016, AND SUBSEQUENT YEARS, NOT YET DUE OR PAYABLE.

NOTE: THE ISSUANCE OF THE POLICIES AND/OR ENDORSEMENTS REFERENCED IN THIS COMMITMENT ARE SUBJECT TO THE APPROVAL OF THE UNDERWRITER OF SAID POLICIES AND/OR ENDORSEMENTS. THIS COMMITMENT MAY BE REVISED AS REQUIRED BY THE UNDERWRITER TO ISSUE THE POLICIES AND/OR ENDORSEMENTS REQUESTED. THIS NOTE WILL BE DELETED UPON THE RECEIPT OF SAID APPROVAL.

**Exceptions** <-WRD000.jpg-> (back to top)

1.  Any facts, rights, interests, or claims thereof, not shown by the Public Records but that could be ascertained by an inspection of the Land or that may be asserted by persons in possession of the Land.
2.  Easements, liens or encumbrances, or claims thereof, not shown by the Public Records.
3.  Any encroachment, encumbrance, violation, variation, or adverse circumstance affecting the Title that would be disclosed by an accurate and complete land survey of the Land and not shown by the Public Records.
4.  Any lien, or right to a lien, for services, labor or material heretofore or hereafter furnished, imposed by law and not shown by the Public Records.
5.  Defects, liens, encumbrances, adverse claims or other matters, if any, created, first appearing in the public records or attaching subsequent to the effective date hereof but prior to the date of the proposed insured acquires of record for value the estate or interest or mortgage thereon covered by this Commitment.
6.  Any and all unpaid taxes, assessments and unredeemed tax sales.
7.  (a) Unpatented mining claims; (b) reservations or exceptions in patents or in Acts authorizing the issuance thereof; (c) water rights, claims or title to water.
8.  EXISTING LEASES AND TENANCIES, IF ANY.
9.  RIGHT OF PROPRIETOR OF A VEIN OR LODE TO EXTRACT AND REMOVE HIS ORE THEREFROM SHOULD THE SAME BE FOUND TO PENETRATE OR INTERSECT THE PREMISES AS RESERVED IN UNITED STATES PATENT RECORDED JULY 12, 1899, IN BOOK 48 AT PAGE 475.
10. RIGHT OF WAY FOR DITCHES OR CANALS CONSTRUCTED BY THE AUTHORITY OF THE UNITED STATES AS RESERVED IN UNITED STATES PATENT RECORDED JULY 12, 1899, IN BOOK 48 AT PAGE 475.
11. TERMS, CONDITIONS AND PROVISIONS OF PARKING RIGHTS AGREEMENT RECORDED NOVEMBER 30, 2006 AT RECEPTION NO. 200632758.
12. BURDENS AND OBLIGATIONS UNDER DEVELOPMENT AGREEMENT RECORDED DECEMBER 18, 2006 AT RECEPTION NO. 200634299, AS AMENDED.
13. TERMS, CONDITIONS AND PROVISIONS OF CONSOLIDATED SERVICE PLAN RECORDED JANUARY 05, 2007 AT RECEPTION NO. 200700327.
14. TERMS, CONDITIONS AND PROVISIONS OF ORDER OF INCLUSION RECORDED APRIL 27, 2007 AT RECEPTION NO. 200710831.
15. TERMS, CONDITIONS AND PROVISIONS OF ORDER OF INCLUSION RECORDED APRIL 27, 2007 AT RECEPTION NO. 200710832 AND RECORDED MARCH 19, 2008 AT RECEPTION NO. 200805845.
16. TERMS, CONDITIONS AND PROVISIONS OF ORDER OF INCLUSION RECORDED APRIL 27, 2007 AT RECEPTION NO. 200710833 AND RECORDED MARCH 19, 2008 RECEPTION NO. 200805846.
17. TERMS, CONDITIONS AND PROVISIONS OF CROSSROADS PROTECTIVE COVENANTS BUT OMITTING ANY COVENANTS OR RESTRICTIONS, IF ANY, BASED UPON RACE, COLOR, RELIGION, SEX, SEXUAL ORIENTATION, FAMILIAL STATUS, MARITAL STATUS, DISABILITY, HANDICAP, NATIONAL ORIGIN, ANCESTRY, OR SOURCE OF INCOME, AS SET FORTH IN APPLICABLE STATE OR FEDERAL LAWS, EXCEPT TO THE EXTENT THAT SAID COVENANT OR RESTRICTION IS PERMITTED BY APPLICABLE LAW RECORDED AUGUST 16, 2007 UNDER RECEPTION NO. 200721910, RE-RECORDED AUGUST 28, 2007 UNDER RECEPTION NO. 200722884.
18. TERMS, CONDITIONS AND PROVISIONS OF TRENCH, CONDUIT & VAULT AGREEMENT RECORDED OCTOBER 10, 2007 AT RECEPTION NO. 200727140.
19. TERMS, CONDITIONS AND PROVISIONS OF UNDERGROUND RIGHT-OF-WAY EASEMENT RECORDED OCTOBER 10, 2007 AT RECEPTION NO. 200727141 AND UNDERGROUND RIGHT OF WAY EASEMENT RECORDED OCTOBER 10, 2007 AT RECEPTION NO. 200727142.

SPO_0003026

20. BURDENS AND OBLIGATIONS UNDER CONSTRUCTION LICENSE AGREEMENT RECORDED DECEMBER 05, 2007 AT RECEPTION NO. 200731952.

21. TERMS, CONDITIONS AND PROVISIONS OF EASEMENT AGREEMENT BETWEEN SOLARIS PROPERTY OWNER, LLC, A DELAWARE LIMITED LIABILITY COMPANY AND SOLARIS METROPOLITAN DISTRICT NO. 1 RECORDED MAY 28, 2008 AT RECEPTION NO. 200811070.

22. THE EFFECT OF SOLARIS METROPOLITAN DISTRICT NOS. 1 - 3 MAP RECORDED DECEMBER 22, 2009 UNDER RECEPTION NO. 200927310.

23. EASEMENTS, RESERVATIONS AND RESTRICTIONS AS SHOWN OR RESERVED ON THE CONDOMINIUM PLAT FOR SOLARIS-VAIL RECORDED APRIL 26, 2010 UNDER RECEPTION NO. 201007816.

24. TERMS, CONDITIONS AND PROVISIONS OF SHARED FACILITIES AGREEMENT RECORDED APRIL 26, 2010 AT RECEPTION NO. 201007817, FIRST AMENDMENT RECORDED JUNE 30, 2010 RECEPTION NO. 201013179 AND SECOND AMENDMENT THERETO RECORDED DECEMBER 10, 2010 UNDER RECEPTION NO. 201024997 AND THIRD AMENDMENT THERETO RECORDED NOVEMBER 10, 2011 UNDER RECEPTION NO. 201121109.

25. EASEMENTS, RESERVATIONS AND RESTRICTIONS AS SHOWN OR RESERVED ON THE CONDOMINIUM PLAT FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED APRIL 26, 2010 AT RECEPTION NO. 201007818; FIRST AMENDMENT RECORDED JUNE 30, 2010 UNDER RECEPTION NO. 201013179; SECOND AMENDMENT RECORDED APRIL 24, 2014 UNDER RECEPTION NO. 201406409; THIRD AMENDMENT RECORDED APRIL 24, 2016 UNDER RECEPTION NO. 201605527.

26. THOSE PROVISIONS, COVENANTS AND CONDITIONS, EASEMENTS, AND RESTRICTIONS, WHICH ARE A BURDEN TO THE CONDOMINIUM UNIT DESCRIBED IN SCHEDULE A, BUT OMITTING ANY COVENANTS OR RESTRICTIONS, IF ANY, BASED UPON RACE, COLOR, RELIGION, SEX, SEXUAL ORIENTATION, FAMILIAL STATUS, MARITAL STATUS, DISABILITY, HANDICAP, NATIONAL ORIGIN, ANCESTRY, OR SOURCE OF INCOME, AS SET FORTH IN APPLICABLE STATE OR FEDERAL LAWS, EXCEPT TO THE EXTENT THAT SAID COVENANT OR RESTRICTION IS PERMITTED BY APPLICABLE LAW, AS CONTAINED IN CONDOMINIUM DECLARATION FOR THE RESIDENCES AT SOLARIS-VAIL RECORDED APRIL 26, 2010 UNDER RECEPTION NO. 201007819, FIRST AMENDMENT RECORDED JUNE 30, 2010 UNDER RECEPTION NO. 201013180, SECOND AMENDMENT RECORDED NOVEMBER 10, 2011 UNDER RECEPTION NO. 201121110, THIRD AMENDMENT RECORDED APRIL 25, 2012 UNDER RECEPTION NO. 201208076, FOURTH AMENDMENT RECORDED APRIL 24, 2014 UNDER RECEPTION NO. 201406410, FIFTH AMENDMENT RECORDED DECEMBER 29, 2014 ;URN 201422174, AND SIXTH AMENDMENT RECORDED APRIL 21, 2016 UNDER RECEPTION NO. 201605526.

27. TERMS, CONDITIONS AND PROVISIONS OF SIDEWALK/STREETSCAPE & SNOWMELT MAINTENANCE AGREEMENT RECORDED SEPTEMBER 21, 2010 AT RECEPTION NO. 201018719.

28. TERMS, CONDITIONS AND PROVISIONS OF TRAFFIC IMPACT FEE SECURITY AGREEMENT RECORDED OCTOBER 07, 2010 AT RECEPTION NO. 201020237.

29. TERMS, CONDITIONS AND PROVISIONS OF TOWN OF VAIL REVOCABLE PERMIT TO ERECT OR MAIINTAIN IMPROVEMENTS ON A PUBLIC RIGHT-OF-WAY RECORDED DECEMBER 16, 2010 AT RECEPTION NO. 2010254S2.

30. TERMS, CONDITIONS, PROVISIONS, BURDENS, OBLIGATIONS AND EASEMENTS AS SET FORTH AND GRANTED IN GRANT OF EASEMENT RECORDED MAY 09, 2012 UNDER RECEPTION NO. 201209258.

31. TERMS, CONDITIONS, PROVISIONS, BURDENS AND OBLIGATIONS AS SET FORTH IN SOLARIS METROPOLITAN DISTRICT NO. 2 SPECIAL DISTRICT DISCLOSURE RECORDED DECEMBER 17, 2014 UNDER RECEPTION NO. 201421735.

32. TERMS, CONDITIONS, PROVISIONS, BURDENS AND OBLIGATIONS AS SET FORTH IN SOLARIS METROPOLITAN DISTRICT NO. 3 SPECIAL DISTRICT DISCLOSURE RECORDED DECEMBER 17, 2014 UNDER RECEPTION NO. 201421736.

33. DEED OF TRUST DATED APRIL 18, 2012, FROM SOLARIS PROPERTY OWNER, LLC. TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECTS SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED APRIL 18, 2012, UNDER RECEPTION NO. 201207658.

(AFFECTS PARCEL 1)

34. DEED OF TRUST DATED APRIL 25, 2012, FROM SOLARIS PROPERTY OWNER I, LLC. TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP. TO SECURE THE SUM OF $100,000,000.00 RECORDED APRIL 26, 2012, UNDER RECEPTION NO. 201208189.

(AFFECTS PARCEL 2)

35. DEED OF TRUST DATED MAY 03, 2012, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED MAY 04, 2012, UNDER RECEPTION NO. 201208833.

(AFFECTS PARCEL 3)

36. DEED OF TRUST DATED MAY 30, 2012, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECTS SOLARIS, LLLP TO SECURE THE SUM OF $100,000,000.00 RECORDED MAY 30, 2012, UNDER RECEPTION NO. 201211086.

(AFFECTS PARCEL 4).

37. DEED OF TRUST DATED JUNE 15, 2015, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED JUNE 19, 2012, UNDER RECEPTION NO. 201212544.

(AFFECTS PARCEL 5).

38. DEED OF TRUST DATED AUGUST 02, 2012, FROM SOLARIS PROPERTY OWNER I, LLC TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF

SPO_0003027

$100,000,000.00 RECORDED AUGUST 02, 2012, UNDER RECEPTION NO. 201215493.

(AFFECTS PARCEL 6).

39. DEED OF TRUST DATED SEPTEMBER 12, 2012, FROM SOLARIS PROPERTY OWNER I, LLC TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP TO SECURE THE SUM OF $100,000,000.00 RECORDED SEPTEMBER 13, 2012, UNDER RECEPTION NO. 201218479,

(AFFECTS PARCEL 7).

40. DEED OF TRUST DATED NOVEMBER 26, 2012, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED NOVEMBER 27, 2012, UNDER RECEPTION NO. 201223783.

(AFFECTS PARCEL 8).

41. DEED OF TRUST DATED AUGUST 24, 2012, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED AUGUST 24, 2012, UNDER RECEPTION NO. 201216936.

(AFFECTS PARCEL 9).

42. DEED OF TRUST DATED SEPTEMBER 06, 2012, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED SEPTEMBER 11, 2012, UNDER RECEPTION NO. 201218223.

(AFFECTS PARCEL 10).

43. DEED OF TRUST DATED SEPTEMBER 20, 2012, FROM SOLARIS PROPERTY OWNER I, LLC TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED SEPTEMBER 26, 2012, UNDER RECEPTION NO. 201219480.

(AFFECTS PARCEL 11).

44. DEED OF TRUST DATED OCTOBER 01, 2012, FROM SOLARIS PROPERTY OWNER I, LLC TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP TO SECURE THE SUM OF $100,000,000.00 RECORDED OCTOBER 04, 2012, UNDER RECEPTION NO. 201220174.

(AFFECTS PARCEL 12).

45. DEED OF TRUST DATED NOVEMBER 06, 2012, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED NOVEMBER 08, 2012, UNDER RECEPTION NO. 201222624.

(AFFECTS PARCEL 13).

46. DEED OF TRUST DATED JANUARY 28, 2013, FROM SOLARIS PROPERTY OWNER I, LLC TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED JANUARY 29, 2013, UNDER RECEPTION NO. 201301974.

(AFFECTS PARCEL 14).

47. DEED OF TRUST DATED JANUARY 28, 2013, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED JANUARY 28, 2013, UNDER RECEPTION NO. 201301972.

(AFFECTS PARCEL 15).

48. DEED OF TRUST DATED JANUARY 29, 2013, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED JANUARY 30, 2013, UNDER RECEPTION NO. 201302128.

(AFFECTS PARCEL 16).

49. DEED OF TRUST DATED MARCH 19, 2013, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED MARCH 20, 2013, UNDER RECEPTION NO. 201305514.

(AFFECTS PARCEL 17).

50. DEED OF TRUST DATED MAY 20, 2013, FROM SOLARIS PROPERTY OWNER I, LLC, TO THE PUBLIC TRUSTEE OF EAGLE COUNTY FOR THE USE OF COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP, TO SECURE THE SUM OF $100,000,000.00 RECORDED MAY 20, 2013, UNDER RECEPTION NO. 201310067.

(AFFECTS PARCEL 18).

51. CONSEQUENCES OF ANY ALLEGATION OR DETERMINATION THAT THE TRANSFER TO THE INSURED IS A PREFERENCE OR FRAUDULENT TRANSFER BY REASON OF THE OPERATION OF FEDERAL BANKRUPTCY OR STATE INSOLVENCY LAWS.
NOTE: ITEM NO. 51 WILL BE DELETED UPON SALE TO A BONAFIDE THIRD PARTY PURCHASER.

SPO_0003028

**Disclosure Statements** 

# LAND TITLE GUARANTEE COMPANY and LAND TITLE GUARANTEE COMPANY -
## GRAND JUNCTION DISCLOSURE STATEMENTS

Note: Pursuant to CRS 10-11-122, notice is hereby given that:

1. The subject real property may be located in a special taxing district.
2. A certificate of taxes due listing each taxing jurisdiction will be obtained from the county treasurer of the county in which the real property is located or that county treasurer's authorized agent unless the proposed insured provides written instructions to the contrary. (for an Owner's Policy of Title Insurance pertaining to a sale of residential real property)
3. The information regarding special districts and the boundaries of such districts may be obtained from the Board of County Commissioners, the County Clerk and Recorder, or the County Assessor.

Note: Effective September 1, 1997, CRS 30-10-406 requires that all documents received for recording or filing in the clerk and recorder's office shall contain a top margin of at least one inch and a left, right and bottom margin of at least one half of an inch. The clerk and recorder may refuse to record or file any document that does not conform, except that, the requirement for the top margin shall not apply to documents using forms on which space is provided for recording or filing information at the top margin of the document.

Note: Colorado Division of Insurance Regulations 3-5-1, Paragraph C of Article VII requires that "Every title entity shall be responsible for all matters which appear of record prior to the time of recording whenever the title entity conducts the closing and is responsible for recording or filing of legal documents resulting from the transaction which was closed". Provided that Land Title Guarantee Company conducts the closing of the insured transaction and is responsible for recording the legal documents from the transaction, exception number 5 will not appear on the Owner's Title Policy and the Lenders Policy when issued.

Note: Affirmative mechanic's lien protection for the Owner may be available (typically by deletion of Exception no. 4 of Schedule B, Section 2 of the Commitment from the Owner's Policy to be issued) upon compliance with the following conditions:

1. The land described in Schedule A of this commitment must be a single family residence which includes a condominium or townhouse unit.
2. No labor or materials have been furnished by mechanics or material-men for purposes of construction on the land described in Schedule A of this Commitment within the past 6 months.
3. The Company must receive an appropriate affidavit indemnifying the Company against un-filed mechanic's and material-men's liens.
4. The Company must receive payment of the appropriate premium.
5. If there has been construction, improvements or major repairs undertaken on the property to be purchased within six months prior to the Date of the Commitment, the requirements to obtain coverage for unrecorded liens will include: disclosure of certain construction information; financial information as to the seller, the builder and or the contractor; payment of the appropriate premium fully executed Indemnity Agreements satisfactory to the company, and, any additional requirements as may be necessary after an examination of the aforesaid information by the Company.

No coverage will be given under any circumstances for labor or material for which the insured has contracted for or agreed to pay.

Note: Pursuant to CRS 10-11-123, notice is hereby given:

This notice applies to owner's policy commitments containing a mineral severance instrument exception, or exceptions, in Schedule B, Section 2.

1. That there is recorded evidence that a mineral estate has been severed, leased, or otherwise conveyed from the surface estate and that there is a substantial likelihood that a third party holds some or all interest in oil, gas, other minerals, or geothermal energy in the property; and
2. That such mineral estate may include the right to enter and use the property without the surface owner's permission.

NOTE: Pursuant to CRS 10-1-128(6)(a), It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

Nothing herein contained will be deemed to obligate the company to provide any of the coverages referred to herein unless the above conditions are fully satisfied.

**Open the attached pdf version of the commitment to view our PRIVACY POLICY.**

*The above links and associated images are provided for information purposes only. They are not guaranteed as to accuracy, availability or quality.*

**Scott Bennetts**
Title Officer III
Land Title Guarantee Company
5975 Greenwood Plaza Blvd.
Greenwood Village, CO 80111
Direct: 303-850-4175
Fax: 303-393-4822
sbennetts@ltgc.com

www.ltgc.com

<~WRD000.jpg>

These images are provided for informational purposes only. They are not guaranteed as to availability or quality.

These documents are PDF (Portable Document Format) files and can be viewed or printed with Adobe Acrobat Reader™. If you do not have Adobe Acrobat Reader™ on your system, you can download it for free from Adobe.

Some of these documents may be designed to print on LEGAL paper. To print these on LETTER paper, select the "Fit to Page" option from within the Acrobat Reader.

If you want to print on LEGAL paper, select legal-size paper from within the "Print Setup" dialog box from within the Acrobat Reader.

Having troubles viewing the PDF's on Firefox? Try installing a pdf plugin like PDF Viewer.

**Content in this email is Copyright LT Systems, L.L.C. All rights reserved.**



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message may contain confidential or proprietary information intended only for the use of the
addressee(s) named above or may contain information that is legally privileged. If you are
not the intended addressee, or the person responsible for delivering it to the intended addressee,
you are hereby notified that reading, disseminating, distributing or copying this message is strictly
prohibited. If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message and any copies immediately thereafter.

If you received this email as a commercial message and would like to opt out of future commercial
messages, please let us know and we will remove you from our distribution list.

Thank you.~
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FAFLD

| From: | Rob Glucksman |
|---|---|
| Sent: | Wednesday, May 3, 2017 3:58 PM MDT |
| To: | Steve Sendor; Ryan Smith |
| CC: | Johan Segerdahl; David Segerdahl ERM; Meagan Hayes; Rick Hayes; Peter Knobel |
| Subject: | RE: eContracts for 141 E Meadow  Drive Penthouse G West Vail CO 81657 |

Hi Steven and Ryan,

I agree that now would be a good time to formalize the discussions and create a side agreement to cover those matters. I'm available any time tomorrow if that works for you.

Thanks,
Rob

Sent from my iPhone

Begin forwarded message:

**From:** Steve Sendor <steven@solarisvail.com>
**Date:** April 19, 2017 at 4:50:39 PM MDT
**To:** "rhayes@wavelandventures.com" <rhayes@wavelandventures.com>
**Cc:** Peter Knobel <peter@solarisvail.com>
**Subject: Fw: eContracts for 141 E Meadow Drive Penthouse G West Vail CO 81657**

Rick,

The listing agreement is linked below, but please see Ryan's comments above that as well. The summary is that Solaris Property Owner I, LLC technically owns the unit, so Peter should sign the agreement. Please indicate that you are OK with the terms, or call me to discuss it. (310)422-8670.

Best,

Steven Sendor
**Solaris Real Estate, LLC**
(310)422-8670 (M)
(970)479-6000 (O)
(970)479-6666 (F)
141 E. Meadow Drive, STE 211
Vail, CO 81657



SPO_0003138

**From:** Ryan Smith
**Sent:** Wednesday, April 19, 2017 4:36 PM
**To:** Steve Sendor
**Subject:** RE: eContracts for 141 E Meadow Drive Penthouse G West Vail CO 81657

Steve,

The listing agreement itself looks fine. You are correct, however, that Solaris' continued ownership of the EB-5 units does give rise to some issues that are not currently addressed in the written agreements between Solaris and CRC. This would be a good opportunity to formalize our existing oral agreement in regard to those matters. Please let Rick know that I will work with his in-house counsel, Rob, toward that end.

Best,

Ryan

**From:** Steven Sendor [mailto:econtracts@ctmecontracts.com]
**Sent:** Wednesday, April 19, 2017 4:25 PM
**To:** Ryan Smith <ryan@solarisvail.com>
**Subject:** eContracts for 141 E Meadow Drive Penthouse G West Vail CO 81657


HELP Video - How to sign

**New Message from:** Steven Sendor

**Subject: eContracts for 141 E Meadow Drive Penthouse G West Vail CO 81657**

Ryan,

Please take a look at the attached listing agreement. The intent is to sell Penthouse G West on behalf of Rick, but Peter technically owns SPO I. Am I right that Peter would need to sign the listing agreement? Do we need a side agreement with Rick?

Please let me know – I`d like to get this him today as promised.

Thanks,

Steven Sendor
Solaris Real Estate LLC
(office) (970)479-6000
(cell) (310)422-8670
steven@solarisvail.com


EXCLUSIVE RIGHT-TO-SELL LISTING CONTRACT        PDF Print (only)

Official Contract Software of the Colorado Association of REALTORS®

SPO_0003139

**Instructions – How to Sign and Initial contracts/documents:**
Read the instructions below then click on the document name underlined in blue.
Contracts can be signed and pages initialed using either a mouse, signature pad, graphic tablet, digital pen, smart phone, tablet or you can select a font style for your signature.
**Note**: If you don't see the Initial box next to the signature box it is because your agent did not choose to have your initials in this document.
**Option 1: Draw your Signature** - Using one of the devices listed above sign the contract in the signature box above your name, if you are not satisfied with your signature, click Clear then sign again and click Save.

**Option 2: Select Signature Font** – Click below the signature box to create your signature with one of the preloaded fonts and click Save.

A box will drop down from the top of the contract which allows you to accept or decline the terms of this contract, and you understand that your signature is a binding signature. Once you Click Accept: Your signature will be embedded in the contract and the contract will be locked, nothing can be modified. Click Decline: Your signature will be removed from the contract.
Repeat this process in the Initial box next to signature box.
The agent that originated these documents will receive a notification when each party signs the documents.
**Important Note**: If the agent who originated these documents either deletes or hides them, it will no longer be available. We recommend you save or print the documents for your records using the PDF Print.

**Legal Aspects:**
For more info about the legality of electronic signatures, please click on the The Colorado Uniform Electronic Transactions Act.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

SPO_0003140

| | |
|---|---|
| **From:** | Ryan Smith |
| **Sent:** | Tuesday, November 7, 2017 3:34 PM MST |
| **To:** | Rob Glucksman |
| **Subject:** | RE: Agreement Draft |
| **Attachments:** | Agreement Regarding Collateral Units_11.7.17 (red).docx, Agreement Regarding Collateral Units_11.7.17 (clean).docx, Exhibit A - Transfer Agreement_11.7.17 (clean).docx, Exhibit A - Transfer Agreement_11.7.17 (red).docx |

Rob,

Sorry for the delay in getting back to you on this. A revised draft is attached in clean and redline to your prior draft. Also attached is the previously negotiated Transfer Agreement, which I have adapted to serve as Exhibit A to the main agreement. The Transfer Agreement provides the mechanics for actually transferring the unit to CRCPS or the third-party buyer when the obligation to do so is triggered under the main agreement.

Please let me know your comments. If it would be more efficient, I'd be happy to get on a call to discuss the outstanding items.

Thanks,

Ryan

**From:** Rob Glucksman [mailto:rglucksman@coloradoregionalcenter.com]
**Sent:** Thursday, September 28, 2017 9:09 AM
**To:** Ryan Smith <ryan@solarisvail.com>
**Subject:** RE: Agreement Draft

Should still be against the first draft you had sent.

Best,
Rob

**From:** Ryan Smith [mailto:ryan@solarisvail.com]
**Sent:** Wednesday, September 27, 2017 6:08 PM
**To:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Agreement Draft

Thanks, Rob. To what version was this draft redlined?

**From:** Rob Glucksman [mailto:rglucksman@coloradoregionalcenter.com]
**Sent:** Wednesday, September 27, 2017 4:48 PM
**To:** Ryan Smith <ryan@solarisvail.com>
**Subject:** re: Agreement Draft

Ryan,

SPO_0003616

Apologies it has taken so long to get a draft back to you. Please find it attached. You'll see some of the items have been reincorporated, while others I think are covered/governed by the Loan Documents including, rental revenue, cleaning expenses, taxes, etc.

Best,
Rob

Rob Glucksman
Colorado Regional Center
Cell: 303.888.9052
rglucksman@coloradoregionalcenter.com



IRS CIRCULAR 230 DISCLOSURE: To comply with U.S. Treasury regulations, we advise you that any U.S. federal tax advice included in this communication is not intended or written to be used, and can not be used, to avoid any U.S. federal tax penalties or to promote, market, or recommend to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

SPO_0003617

*SOLARIS DRAFT 11.7.17*

**AGREEMENT REGARDING COLLATERAL UNITS**

This Agreement, Regarding Collateral Units (this "**Agreement**"), dated as of the ___ day of _____, 2017, is by and among **Colorado Regional Center Project Solaris, LLLP** (the "**Lender**" or "**CRCPS**"), a Colorado limited liability limited partnership, **Solaris Property Owner I, LLC** ("**Borrower**"), a Delaware limited liability company, and **P.B.K. Real Estate, LLC d/b/a Solaris Real Estate LLC** ("**Broker**"), a Colorado limited liability company.

**Recitals**

A.    Reference is hereby made to that certain Promissory Note dated April 18, 2012, executed by Borrower, as assignee of Solaris Property Owner, LLC, a Delaware limited liability company ("**Original Borrower**") pursuant to that certain Assignment of Loan Agreement dated October 12, 2011 by and between Original Borrower and Borrower, and payable to the order of Lender ("**Lender**") in the original maximum principal amount of One Hundred Million and No/100 Dollars ($100,000,000.00), as amended by that certain Allonge to Promissory Note dated of even date therewith by and between Borrower and Lender (as amended through the date hereof and as the same may be further amended, restated, replaced, supplemented, or otherwise modified from time to time, collectively the "**Note**"), Borrower has become indebted to Lender with respect to a loan ("**Loan**") made pursuant to that certain Loan Agreement dated November 5, 2010 between Original Borrower and Lender (as amended through the date hereof and as the same may be further amended, restated, replaced, supplemented, or otherwise modified from time to time, the "**Loan Agreement**"), which Loan is secured by one of more Deeds of Trust recorded against the Collateral Units in the real property records of Eagle County, Colorado (as amended through the date hereof and as the same may be further amended, restated, replaced, supplemented, or otherwise modified from time to time, each a "**Deed of Trust**" and collectively, the "**Deeds of Trust**"), and further evidenced, secured or governed by other instruments and documents executed in connection with the Loan, including, but not limited to (i) that certain Operating Payment Agreement dated November 5, 2010 by and between Borrower, as successor in interest to Original Borrower, and Lender (the "**Operating Payment Agreement**"), (ii) —that certain Yield Enhancement Agreement dated November 5, 2010 by and between Borrower and Lender, (iii) that certain Memorandum of Understanding dated April 1, 2011 by and between Borrower, as successor in interest to Original Borrower, and Lender (the "**MOU**"), and (iv) that certain Guaranty Agreement dated April 18, 2012 by Peter Knobel for the benefit of Lender (the "**Guaranty**"), and as such loan documents were amended pursuant to that certain Omnibus Amendment to EB-5 Investment Documents dated March 8, 2012 by and between Original Borrower and Lender (the "**Omnibus Amendment**") (such other instruments and documents, Operating Payment Agreement, MOU, Guaranty, and Omnibus Amendment, together with the Note, the Loan Agreement and Deeds of Trust, as amended through the date hereof and as the same may be further amended, restated, replaced, supplemented, or otherwise modified from time to time, collectively the "**Loan Documents**"). All capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Loan Documents.

B.    Pursuant to the Loan Documents, Borrower has the right to tender any Collateral Unit (as defined therein) to Lender in repayment of a corresponding Loan Advance commencing

SPO_0003618

on the applicable Prepayment Date, as more particularly set forth in the Loan Documents (each, a "**Collateral Unit Distribution**").

C.     Borrower has duly notified Lender that it intends to cause the occurrence of a Collateral Unit Distribution with respect to each of the Collateral Units on the applicable Prepayment Date. From and after the Prepayment Date for a Collateral Unit, such Collateral Unit may hereinafter be referred to each as an "**Eligible Unit**" and collectively as the "**Eligible Units**."

D.     In lieu of accepting the conveyance of title to the Eligible Units pursuant to a Collateral Unit Distribution, the Lender and Borrower have determined that it is desirable for Borrower to continue to hold record title to the Eligible Units~~, while Lender shall, for all other purposes, exert control and management over the Eligible Units.~~.

E.     The effective date of each Collateral Unit Distribution is as follows:

| Unit | Note Date | Effective Date of Collateral Unit Distribution |
|---|---|---|
| 6E West | April 18, 2012 | April 17, 2015 |
| 2A South | April 25, 2012 | April 24, 2015 |
| Penthouse E West | May 3, 2012 | May 2, 2015 |
| 6E East | May 30, 2012 | May 29, 2015 |
| Penthouse E East | June 15, 2012 | June 14, 2015 |
| 5E West | August 2, 2012 | August 1, 2015 |
| 4G West | August 24, 2012 | August 23, 2015 |
| 7E West | September 7, 2012 | September 6, 2015 |
| Penthouse C East | September 13, 2012 | September 12, 2015 |
| 6D East | October 2, 2012 | October 1, 2015 |
| 5C West | November 6, 2012 | November 5, 2015 |
| 6C West | November 27, 2012 | November 26, 2015 |
| 5G West | January 24, 2013 | January 23, 2016 |
| 3E East | January 29, 2013 | January 28, 2016 |
| 7E East | January 30, 2013 | January 29, 2016 |
| 4D East | March 6, 2013 | March 5, 2016 |
| Penthouse G West | May 20, 2013 | May 19, 2016 |
| Penthouse C West | May 30, 2013 | May 29, 2016 |
| 3C East | January 30, 2015 | January 29, 2018 |

F.     Borrower has agreed to <u>temporarily</u> refrain from conveying title to the Eligible Units to Lender pursuant to a Collateral Unit Distribution on the condition that, ~~effective~~<u>for purposes of calculating interest under the Loan Documents, Borrower shall be deemed to have caused a Collateral Unit Distribution</u> as of the Prepayment Date corresponding to ~~any~~<u>each</u> Eligible Unit~~, the Interest Rate is adjusted in accordance with the Operating Payment Agreement~~ and ~~other~~<u>associated</u> Loan ~~Documents as may be applicable.~~ <u>Advance.</u>

The parties desire to set forth their mutual understanding concerning certain matters related to the listing and sale of the Eligible Units as more particularly described below<u>.</u>

SPO_0003619

## Agreement

Now, therefore, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Lender and Borrower agree as follows:

~~1.     The terms and conditions of this Agreement do not modify or otherwise alter the terms and conditions of the Loan Documents.~~

1.     Collateral Unit Distribution. For purposes of calculating interest under the Loan Documents, with respect to each Eligible Unit and associated Loan Advance, Borrower shall be deemed to have caused a Collateral Unit Distribution as of the corresponding "Effective Date of Collateral Unit Distribution" set forth in Recital E above. For the avoidance of doubt, (i) no interest shall accrue with respect to an Eligible Unit and corresponding Loan Advance from and after the applicable Effective Date of Collateral Unit Distribution, and (ii) the Collateral Unit Distribution deemed to have occurred pursuant to this Section 1 shall not constitute a prepayment or satisfaction of the principal amount of any Loan Advance.

2.     Listing of ~~Collateral~~Eligible Units.

a.     Upon Lender's written request, Lender may authorize Borrower to enter into certain Listing Agreements with its affiliate, P.B.K. Real Estate, LLC, a Colorado limited liability company (d/b/a Solaris Real Estate, LLC) ("**Broker**") to market an Eligible Unit(s) for sale for a commission of five percent (5%) and on such other terms and conditions as are set forth in the Exclusive Right-To-Sell Listing Contract attached hereto as Exhibit B (each, a "**Listing Agreement**" and the Eligible Unit to which it pertains, a "**Listed Unit**"). The term of the Listing Agreement shall be defined therein. In no event shall Lender, Borrower, or Broker be obligated to enter into a Listing Agreement after _____ or for a term of more than one (1) year.

b.     Upon Closing on a Listed Unit, Broker agrees ~~that~~to pay to Lender an amount equal to fifty percent (50%) of ~~commissions and/or fees derived~~the Sale Commission (as defined in the Listing Agreement), net of any Cooperative Broker Compensation (as defined in the Listing Agreement), earned by Broker from the sale of ~~a~~such Listed Unit ~~shall be owed to Lender.~~

c.     Borrower agrees that Lender shall have authority to make all decisions otherwise granted to Borrower in a Listing Agreement and Borrower shall consult Lender on all matters pertaining to the sale of the Eligible Units.

~~2.~~3.     Listing of Borrower's Units. ~~Listing of Borrower's Units.~~ During the Listing Period (as defined in the Listing Agreement) for a Listed Unit, Borrower agrees that it will not ~~permit~~cause Broker or any other third-party real estate broker to initiate an MLS listing for the sale of any residential unit in Solaris that (i) is owned by Solaris Property Owner, LLC, a Delaware limited liability company, Solaris Property Owner II, LLC, a Delaware limited liability company, or Solaris Property Owner IV, a Colorado limited liability company, or other related entities (collectively, the "**Affiliated Solaris Owners**") and (ii) is like-kind to an Eligible Unit. Borrower

SPO_0003620

also agrees that any like-kind units owned by the Affiliated Solaris Owners that are currently listed on MLS shall be removed.

~~a.   Borrower agrees that Lender shall have authority to make all decisions otherwise granted to Borrower in a Listing Agreement and Borrower shall consult Lender on all matters pertaining to the sale of the Eligible Units.~~

~~3.   Lender is the sole beneficiary of net proceeds from the sale of an Eligible Unit.~~

~~4.   Additional Provisions~~

5.   Conveyance of Eligible ~~Unit.~~Units.

a.   Sale to Third-Party. In the event that Borrower ~~exercises any right under~~enters into a contract for the ~~Loan Documents to tender or otherwise convey any~~purchase and sale of an Eligible Unit ~~to~~that is approved by Lender~~, each party~~ (a "Purchase Agreement"), Borrower and Lender shall promptly, ~~but in no event later than the Closing Date (as established pursuant to the following sentence),~~ execute and deliver to the other party a Transfer Agreement with respect to such Eligible Unit substantially in the form attached hereto as Exhibit A (each, a "Transfer Agreement"). The Closing Date under the Transfer Agreement shall be the date set forth in the Purchase Agreement.

~~a.~~b.   Tender to Lender. In the event that Borrower notifies Lender in writing that it intends to tender or otherwise convey any Eligible Unit to Lender, Borrower and Lender shall promptly execute and deliver to the other party a Transfer Agreement with respect to such Eligible Unit substantially in the form of the Transfer Agreement attached hereto as Exhibit A. The Closing Date under the applicable Transfer Agreement shall be the date set forth in the notice from Borrower to Lender that it intends to tender or otherwise convey the Eligible Unit to Lender.

~~5.~~6.   Additional Provisions

a.   Indemnification. Lender shall indemnify, defend and hold harmless Borrower, its officers, managers, directors, governors, employees, shareholders, members, affiliates, partners, agents, successors, assigns, professionals, and each of them, from and against and in respect of any and all claims, damages, losses, costs, expenses, obligations, liabilities, damages, recoveries, and deficiencies including reasonable attorneys' fees, interest and penalties, which Borrower actually incurs or suffers arising out of the use or occupancy of a Collateral Unit or Personal Property by Lender or Rental Manager (as defined in Section 5 of the MOU) or their respective permittees.

b.   Insurance. At all times from and after Closing on a Loan Advance on a Collateral Unit, Tenant shall carry and maintain, at Tenant's sole cost and expense commercial general liability insurance, including coverage for bodily injury, property damage, death and personal injury (employee and contractual liability exclusions deleted), products and completed operations, contractual liability (including coverage for the contractual liability of Tenant for performance of the indemnification provisions of this Lease); owner's protective liability,

independent contractors and broad form property damage, with limits of not less than One Million Dollars ($1,000,000.00) each occurrence combined single limit for bodily injury, property damage, business interruption, independent contractors and personal injury and Two Million Dollars ($2,000,000.00) aggregate for bodily injury and property damage for product and completed operations. Such policy of insurance shall (a) specifically insure performance by Tenant of the indemnity obligations of Lender hereunder, (b) be with insurance companies and on forms reasonably satisfactory to Borrower, and (c) name Borrower as an additional insured.

c.      Liens. Lender covenants and agrees that shall not create, incur, assume or suffer to exist any lien on any portion of a Collateral Unit or the Personal Property or permit any such action to be taken. Lender shall indemnify, defend and hold harmless Borrower, its officers, managers, directors, governors, employees, shareholders, members, affiliates, partners, agents, successors, assigns, professionals, and each of them, from and against and in respect of any and all claims, damages, losses, costs, expenses, obligations, liabilities, damages, recoveries, and deficiencies including reasonable attorneys' fees, interest and penalties, which Borrower actually incurs or suffers arising out of any lien created, incurred, assumed or suffered to exist by Lender on any portion of a Collateral Unit or the Personal Property except for the lien arising pursuant to any Deed of Trust securing the Loan.

d.      Waiver. Lender hereby waives and releases all claims against Borrower for non-performance or breach of any representation or warranty or breach of covenant, condition, agreement, and promise to be performed of Borrower in the Loan Documents to the extent that such non-performance breach arises out of the acts or omissions of Lender, including, but not limited to, those set forth in Sections 12 and 14 of the Loan Agreement.

a.      Listing of Borrower's Units. During the Listing Period (as defined in the Listing Agreement) for a Listed Unit, Borrower agrees that that it will not permit Solaris Real Estate to initiate an MLS listing for the sale of any residential condominium within the condominium project known as The Residences at Solaris Vail that (i) is owned by Solaris Property Owner, LLC, a Delaware limited liability company, Solaris Property Owner II, LLC, a Delaware limited liability company, or Solaris Property Owner IV, a Colorado limited liability company (collectively, the "**Affiliated Solaris Owners**"), and (ii) is like-kind to the Listed Unit.

6.7.    MISCELLANEOUS. This Agreement represents the entire and complete agreement between the parties. The Amendment shall not be amended or modified, except by an instrument in writing, signed by all parties. All terms and provisions hereof shall inure to the benefit of, and being binding upon the parties, and their respective successors and assigns. Wherever used in this Agreement, the singular shall include the plural, and the masculine shall include the feminine and neuter grammatical forms. Captions are included for convenient reference only, and shall not be construed to alter or affect any terms or provisions of this Agreement. This Agreement has been executed by the parties after discussions and negotiation, and shall be construed as having been drafted by both parties. If any term of this Agreement is held to be invalid or unenforceable, such term shall be construed as being valid and enforceable to the fullest extent permitted by law, and all remaining terms shall remain full force and effect. This Agreement shall be construed and enforced in accordance with the laws of the State of Colorado. Each party hereto waives all right to trial by jury in any action, proceeding or counterclaim arising out of or relating to this Agreement or any related document. If a party initiates any action to

SPO_0003622

enforce or interpret this Agreement, the party determined by the court or arbiter, as the case may be, to be the prevailing party in such action will be entitled to receive from the non-prevailing party all reasonable costs and expenses, including all reasonable attorneys' fees incurred by the prevailing party in such action. This Agreement may be executed in electronic or facsimile counterparts, each of which when so executed shall be deemed to be an original, and all of which when taken together shall constitute one original signed agreement.

[SIGNATURE PAGE FOLLOWS]

SPO_0003623

IN WITNESS WHEREOF, Borrower and Lender have executed this Agreement as of the date first above set forth.

BORROWER:

SOLARIS PROPERTY OWNER I, LLC,
a Delaware limited liability company

By: _____
    Ryan A. Smith, its Authorized Signatory

LENDER:

COLORADO REGIONAL CENTER PROJECT SOLARIS, LLLP,
a Colorado limited liability limited partnership

By: _____
Name: _____
Its: _____

BROKER:

P.B.K. REAL ESTATE, LLC d/b/a SOLARIS REAL ESTATE LLC,
a Colorado limited liability limited partnership

By: _____
Name: _____
Its: _____

SPO_0003624

# EXHIBIT A

## FORM OF TRANSFER AGREEMENT

(Attached)

SPO_0003625

# EXHIBIT B

## FORM OF LISTING AGREEMENT

(Attached)

SPO_0003626

| From: | Rob Glucksman |
|---|---|
| Sent: | Friday, February 16, 2018 12:38 PM MST |
| To: | Ryan Smith |
| CC: | Rick Hayes; Johan Segerdahl; Meagan Hayes |
| Subject: | RE: Agreement Draft |
| Attachments: | Agreement Regarding Collateral Units_2.16.18 (red).docx, Exhibit A - Transfer Agreement_2.16.18 (red).docx |

Ryan,

Attached please find red lines of the agreements. Some provisions in the agreement were crossed out as I think they were addressed in the Loan Documents.

Best,
Rob

**From:** Ryan Smith [mailto:ryan@solarisvail.com]
**Sent:** Wednesday, February 14, 2018 4:14 PM
**To:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Agreement Draft

Rob, I am following up on my email below. Please let me know the status of your review. I'm available to speak at your convenience.

**From:** Ryan Smith
**Sent:** Tuesday, January 30, 2018 11:33 AM
**To:** 'Rob Glucksman' <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Agreement Draft

Rob, just following up on the status of your review.

**From:** Ryan Smith
**Sent:** Wednesday, January 3, 2018 10:31 AM
**To:** 'Rob Glucksman' <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Agreement Draft

Thanks.

**From:** Rob Glucksman [mailto:rglucksman@coloradoregionalcenter.com]
**Sent:** Wednesday, January 3, 2018 9:35 AM
**To:** Ryan Smith <ryan@solarisvail.com>
**Subject:** RE: Agreement Draft

Hi Ryan,

I'll try to get this back to you this week. Hope you had a great holiday season.

Best,

Rob

**From:** Ryan Smith [ryan@solarisvail.com]
**Sent:** Tuesday, January 02, 2018 3:43 PM
**To:** Rob Glucksman
**Subject:** RE: Agreement Draft

Rob, just checking-in with you on the status of your review.

**From:** Rob Glucksman [mailto:rglucksman@coloradoregionalcenter.com]
**Sent:** Wednesday, November 8, 2017 3:01 PM
**To:** Ryan Smith <ryan@solarisvail.com>
**Subject:** RE: Agreement Draft

Thanks, Ryan. I'll review your comments and circle back with you.

Best,
Rob

**From:** Ryan Smith [mailto:ryan@solarisvail.com]
**Sent:** Tuesday, November 7, 2017 3:35 PM
**To:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Agreement Draft

Rob,

Sorry for the delay in getting back to you on this. A revised draft is attached in clean and redline to your prior draft. Also attached is the previously negotiated Transfer Agreement, which I have adapted to serve as Exhibit A to the main agreement. The Transfer Agreement provides the mechanics for actually transferring the unit to CRCPS or the third-party buyer when the obligation to do so is triggered under the main agreement.

Please let me know your comments. If it would be more efficient, I'd be happy to get on a call to discuss the outstanding items.

Thanks,

Ryan

**From:** Rob Glucksman [mailto:rglucksman@coloradoregionalcenter.com]
**Sent:** Thursday, September 28, 2017 9:09 AM
**To:** Ryan Smith <ryan@solarisvail.com>
**Subject:** RE: Agreement Draft

Should still be against the first draft you had sent.

Best,

SPO_0003684

Rob

**From:** Ryan Smith [mailto:ryan@solarisvail.com]
**Sent:** Wednesday, September 27, 2017 6:08 PM
**To:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Agreement Draft

Thanks, Rob. To what version was this draft redlined?

**From:** Rob Glucksman [mailto:rglucksman@coloradoregionalcenter.com]
**Sent:** Wednesday, September 27, 2017 4:48 PM
**To:** Ryan Smith <ryan@solarisvail.com>
**Subject:** re: Agreement Draft

Ryan,

Apologies it has taken so long to get a draft back to you. Please find it attached. You'll see some of the items have been reincorporated, while others I think are covered/governed by the Loan Documents including, rental revenue, cleaning expenses, taxes, etc.

Best,
Rob

Rob Glucksman
Colorado Regional Center
Cell: 303.888.9052
rglucksman@coloradoregionalcenter.com



IRS CIRCULAR 230 DISCLOSURE: To comply with U.S. Treasury regulations, we advise you that any U.S. federal tax advice included in this communication is not intended or written to be used, and can not be used, to avoid any U.S. federal tax penalties or to promote, market, or recommend to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer.

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited

and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

| From: | Ryan Smith |
|---|---|
| Sent: | Tuesday, April 3, 2018 10:52 AM MDT |
| To: | Rob Glucksman |
| Subject: | RE: Agreement Draft |
| Attachments: | Agreement Regarding Collateral Units_4.2.18b (clean).docx, |
| | Agreement Regarding Collateral Units_4.2.18b (red).docx, Exhibit A - Transfer Agreement_4.2.18 (clean).docx, |
| | Exhibit A - Transfer Agreement_4.2.18 (red).docx |

Hi Rob,

Attached are revised drafts of the two agreements in clean and redline to your prior drafts. We are getting close. In the Agreement Regarding Collateral Units, I have included some commentary on the few outstanding items that remain.

Is there day/time this week that you are available to discuss any remaining issues? I'd like to finalize these agreements.

Thanks,

Ryan

**From:** Rob Glucksman [mailto:rglucksman@coloradoregionalcenter.com]
**Sent:** Friday, February 16, 2018 12:39 PM
**To:** Ryan Smith <ryan@solarisvail.com>
**Cc:** Rick Hayes <rhayes@wavelandventures.com>; Johan Segerdahl <jcs@seger-co.com>; Meagan Hayes <mhayes@wavelandventures.com>
**Subject:** RE: Agreement Draft

Ryan,

Attached please find red lines of the agreements. Some provisions in the agreement were crossed out as I think they were addressed in the Loan Documents.

Best,
Rob

**From:** Ryan Smith [mailto:ryan@solarisvail.com]
**Sent:** Wednesday, February 14, 2018 4:14 PM
**To:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Agreement Draft

Rob, I am following up on my email below. Please let me know the status of your review. I'm available to speak at your convenience.

**From:** Ryan Smith
**Sent:** Tuesday, January 30, 2018 11:33 AM

SPO_0003713

**To:** 'Rob Glucksman' <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Agreement Draft

Rob, just following up on the status of your review.

**From:** Ryan Smith
**Sent:** Wednesday, January 3, 2018 10:31 AM
**To:** 'Rob Glucksman' <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Agreement Draft

Thanks.

**From:** Rob Glucksman [mailto:rglucksman@coloradoregionalcenter.com]
**Sent:** Wednesday, January 3, 2018 9:35 AM
**To:** Ryan Smith <ryan@solarisvail.com>
**Subject:** RE: Agreement Draft

Hi Ryan,

I'll try to get this back to you this week. Hope you had a great holiday season.

Best,
Rob

**From:** Ryan Smith [ryan@solarisvail.com]
**Sent:** Tuesday, January 02, 2018 3:43 PM
**To:** Rob Glucksman
**Subject:** RE: Agreement Draft

Rob, just checking-in with you on the status of your review.

**From:** Rob Glucksman [mailto:rglucksman@coloradoregionalcenter.com]
**Sent:** Wednesday, November 8, 2017 3:01 PM
**To:** Ryan Smith <ryan@solarisvail.com>
**Subject:** RE: Agreement Draft

Thanks, Ryan. I'll review your comments and circle back with you.

Best,
Rob

**From:** Ryan Smith [mailto:ryan@solarisvail.com]
**Sent:** Tuesday, November 7, 2017 3:35 PM
**To:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Agreement Draft

Rob,

SPO_0003714

Sorry for the delay in getting back to you on this. A revised draft is attached in clean and redline to your prior draft. Also attached is the previously negotiated Transfer Agreement, which I have adapted to serve as Exhibit A to the main agreement. The Transfer Agreement provides the mechanics for actually transferring the unit to CRCPS or the third-party buyer when the obligation to do so is triggered under the main agreement.

Please let me know your comments. If it would be more efficient, I'd be happy to get on a call to discuss the outstanding items.

Thanks,

Ryan

**From:** Rob Glucksman [mailto:rglucksman@coloradoregionalcenter.com]
**Sent:** Thursday, September 28, 2017 9:09 AM
**To:** Ryan Smith <ryan@solarisvail.com>
**Subject:** RE: Agreement Draft

Should still be against the first draft you had sent.

Best,
Rob

**From:** Ryan Smith [mailto:ryan@solarisvail.com]
**Sent:** Wednesday, September 27, 2017 6:08 PM
**To:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Agreement Draft

Thanks, Rob. To what version was this draft redlined?

**From:** Rob Glucksman [mailto:rglucksman@coloradoregionalcenter.com]
**Sent:** Wednesday, September 27, 2017 4:48 PM
**To:** Ryan Smith <ryan@solarisvail.com>
**Subject:** re: Agreement Draft

Ryan,

Apologies it has taken so long to get a draft back to you. Please find it attached. You'll see some of the items have been reincorporated, while others I think are covered/governed by the Loan Documents including, rental revenue, cleaning expenses, taxes, etc.

Best,
Rob

Rob Glucksman
Colorado Regional Center

SPO_0003715

Cell: 303.888.9052
rglucksman@coloradoregionalcenter.com



IRS CIRCULAR 230 DISCLOSURE: To comply with U.S. Treasury regulations, we advise you that any U.S. federal tax advice included in this communication is not intended or written to be used, and can not be used, to avoid any U.S. federal tax penalties or to promote, market, or recommend to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

SPO_0003716

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

SPO_0003717

| From: | Ryan Smith |
|---|---|
| Sent: | Monday, July 2, 2018 11:10 AM MDT |
| To: | Rob Glucksman (rglucksman@coloradoregionalcenter.com) |
| Subject: | Solaris/CRC Transfer Agreement |
| Attachments: | Agreement Regarding Collateral Units_4.2.18b (clean).docx, Agreement Regarding Collateral Units_4.2.18b (red).docx, Exhibit A - Transfer Agreement_4.2.18 (clean).docx, Exhibit A - Transfer Agreement_4.2.18 (red).docx |

Rob,

I'd like to wrap this up. Can we schedule a time to talk through any remaining issues?

Thanks,

Ryan

**From:** Ryan Smith
**Sent:** Tuesday, April 3, 2018 10:52 AM
**To:** 'Rob Glucksman' <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Agreement Draft

Hi Rob,

Attached are revised drafts of the two agreements in clean and redline to your prior drafts. We are getting close. In the Agreement Regarding Collateral Units, I have included some commentary on the few outstanding items that remain.

Is there day/time this week that you are available to discuss any remaining issues? I'd like to finalize these agreements.

Thanks,

Ryan

**From:** Rob Glucksman [mailto:rglucksman@coloradoregionalcenter.com]
**Sent:** Friday, February 16, 2018 12:39 PM
**To:** Ryan Smith <ryan@solarisvail.com>
**Cc:** Rick Hayes <rhayes@wavelandventures.com>; Johan Segerdahl <jcs@seger-co.com>; Meagan Hayes <mhayes@wavelandventures.com>
**Subject:** RE: Agreement Draft

Ryan,

Attached please find red lines of the agreements. Some provisions in the agreement were crossed out as I think they were addressed in the Loan Documents.

Best,

SPO_0003868

Rob

**From:** Ryan Smith [mailto:ryan@solarisvail.com]
**Sent:** Wednesday, February 14, 2018 4:14 PM
**To:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Agreement Draft

Rob, I am following up on my email below. Please let me know the status of your review. I'm available to speak at your convenience.

**From:** Ryan Smith
**Sent:** Tuesday, January 30, 2018 11:33 AM
**To:** 'Rob Glucksman' <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Agreement Draft

Rob, just following up on the status of your review.

**From:** Ryan Smith
**Sent:** Wednesday, January 3, 2018 10:31 AM
**To:** 'Rob Glucksman' <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Agreement Draft

Thanks.

**From:** Rob Glucksman [mailto:rglucksman@coloradoregionalcenter.com]
**Sent:** Wednesday, January 3, 2018 9:35 AM
**To:** Ryan Smith <ryan@solarisvail.com>
**Subject:** RE: Agreement Draft

Hi Ryan,

I'll try to get this back to you this week. Hope you had a great holiday season.

Best,
Rob

**From:** Ryan Smith [ryan@solarisvail.com]
**Sent:** Tuesday, January 02, 2018 3:43 PM
**To:** Rob Glucksman
**Subject:** RE: Agreement Draft

Rob, just checking-in with you on the status of your review.

**From:** Rob Glucksman [mailto:rglucksman@coloradoregionalcenter.com]
**Sent:** Wednesday, November 8, 2017 3:01 PM
**To:** Ryan Smith <ryan@solarisvail.com>
**Subject:** RE: Agreement Draft

Thanks, Ryan. I'll review your comments and circle back with you.

Best,
Rob

**From:** Ryan Smith [mailto:ryan@solarisvail.com]
**Sent:** Tuesday, November 7, 2017 3:35 PM
**To:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Agreement Draft

Rob,

Sorry for the delay in getting back to you on this. A revised draft is attached in clean and redline to your prior draft. Also attached is the previously negotiated Transfer Agreement, which I have adapted to serve as Exhibit A to the main agreement. The Transfer Agreement provides the mechanics for actually transferring the unit to CRCPS or the third-party buyer when the obligation to do so is triggered under the main agreement.

Please let me know your comments. If it would be more efficient, I'd be happy to get on a call to discuss the outstanding items.

Thanks,

Ryan

**From:** Rob Glucksman [mailto:rglucksman@coloradoregionalcenter.com]
**Sent:** Thursday, September 28, 2017 9:09 AM
**To:** Ryan Smith <ryan@solarisvail.com>
**Subject:** RE: Agreement Draft

Should still be against the first draft you had sent.

Best,
Rob

**From:** Ryan Smith [mailto:ryan@solarisvail.com]
**Sent:** Wednesday, September 27, 2017 6:08 PM
**To:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Agreement Draft

Thanks, Rob. To what version was this draft redlined?

**From:** Rob Glucksman [mailto:rglucksman@coloradoregionalcenter.com]
**Sent:** Wednesday, September 27, 2017 4:48 PM
**To:** Ryan Smith <ryan@solarisvail.com>
**Subject:** re: Agreement Draft

SPO_0003870

Ryan,

Apologies it has taken so long to get a draft back to you. Please find it attached. You'll see some of the items have been reincorporated, while others I think are covered/governed by the Loan Documents including, rental revenue, cleaning expenses, taxes, etc.

Best,
Rob

Rob Glucksman
Colorado Regional Center
Cell: 303.888.9052
rglucksman@coloradoregionalcenter.com



IRS CIRCULAR 230 DISCLOSURE: To comply with U.S. Treasury regulations, we advise you that any U.S. federal tax advice included in this communication is not intended or written to be used, and can not be used, to avoid any U.S. federal tax penalties or to promote, market, or recommend to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast**

**Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

| From: | Ryan Smith |
|---|---|
| Sent: | Tuesday, November 13, 2018 10:25 AM MST |
| To: | Rob Glucksman |
| Subject: | RE: re: Unit put documentation |
| Attachments: | CRCPS Put Notice_Borrower Draft 10.19.15.docx |

Hi Rob,

Attached is the form of the put notice. Ultimately our agreement respecting the put of the units was documented in the Agreement Regarding Collateral Units that we have been operating under. Yes, we should formally execute that agreement in connection with this conveyance.

What's the status of the transfer? I have not heard anything since you sent our comments on the PSA to the investors' attorney.

Best,

Ryan

**From:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Sent:** Tuesday, November 13, 2018 9:59 AM
**To:** Ryan Smith <ryan@solarisvail.com>
**Subject:** RE: re: Unit put documentation

Or rather, are we in a position to execute the Collateral Unit Agreement?

Thanks,
Rob

**From:** Rob Glucksman
**Sent:** Tuesday, November 13, 2018 9:03 AM
**To:** 'Ryan Smith' <ryan@solarisvail.com>
**Subject:** re: Unit put documentation

Hi Ryan,

Was there any formal documentation provided for SPO exercising the put right on all the units to CRCPS? It might have just been addressed in an email, but trying to track it down.

Thanks,
Rob

Rob Glucksman
Authorized Representative
New York State Empire Outlet Fund I, LLC
Mobile: 303.888.9052
rglucksman@coloradoregionalcenter.com

# NYSEOF | New York State Empire Outlet Fund I, LLC

IRS CIRCULAR 230 DISCLOSURE: To comply with U.S. Treasury regulations, we advise you that any U.S. federal tax advice included in this communication is not intended or written to be used, and can not be used, to avoid any U.S. federal tax penalties or to promote, market, or recommend to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer.

**SOLARIS PROPERTY OWNER I, LLC**
141 East Meadow Drive, Suite 211
Vail, Colorado 81657

[_____, 2015]

Colorado Regional Center Project Solaris, LLLP
300 W. 6th Street, Suite 1810
Austin, TX 78701

Re: Collateral Unit Distribution – Unit _____

To Whom It May Concern,

Reference is hereby made to that certain Promissory Note dated April 18, 2012, executed by Solaris Property Owner I, LLC, a Delaware limited liability company ("**Borrower**"), as assignee of Solaris Property Owner, LLC, a Delaware limited liability company ("**Original Borrower**") pursuant to that certain Assignment of Loan Agreement dated October 12, 2011 by and between Original Borrower and Borrower, and payable to the order of Colorado Regional Center Project Solaris, LLLP, a Colorado limited liability limited partnership ("**Lender**") in the original maximum principal amount of One Hundred Million and No/100 Dollars ($100,000,000.00), as amended by that certain Allonge to Promissory Note dated of even date therewith by and between Borrower and Lender (as amended through the date hereof and as the same may be further amended, restated, replaced, supplemented, or otherwise modified from time to time, collectively the "**Note**"), Borrower has become indebted to Lender with respect to a loan ("**Loan**") made pursuant to that certain Loan Agreement dated November 5, 2010 between Original Borrower and Lender (as amended through the date hereof and as the same may be further amended, restated, replaced, supplemented, or otherwise modified from time to time, the "**Loan Agreement**"), which Loan is secured by one of more Deeds of Trust recorded against the Collateral Units in the real property records of Eagle County, Colorado (as amended through the date hereof and as the same may be further amended, restated, replaced, supplemented, or otherwise modified from time to time, each a "**Deed of Trust**" and collectively, the "**Deeds of Trust**"), and further evidenced, secured or governed by other instruments and documents executed in connection with the Loan, including, but not limited to, that certain Guaranty Agreement dated April 18, 2012 by Peter Knobel for the benefit of Lender (the "**Guaranty**"), and as such loan documents were amended pursuant to that certain Omnibus Amendment to EB-5 Investment Documents dated March 8, 2012 by and between Original Borrower and Lender (the "**Omnibus Amendment**") (such other instruments and documents, Guaranty, and Omnibus Amendment, together with the Note, the Loan Agreement and Deeds of Trust, collectively, the "**Loan Documents**"). All capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Loan Documents.

Pursuant to the Loan Documents, Borrower hereby notifies Lender that it intends to cause the occurrence of a Collateral Unit Distribution by tendering Collateral Unit _____ (the "**Tendered Unit**") to Lender, or its designee, in satisfaction of that certain Loan Advance made _____ in the principal amount of $_____ against the Tendered Unit (the "**Satisfied Loan Advance**"), as such Satisfied Loan Advance is more particularly set forth on Exhibit A of the Note.

SPO_0005270

A time and place for closing on the Collateral Unit Distribution will be mutually agreed upon by Borrower and Lender; provided, however, notwithstanding anything herein or in the Loan Documents to the contrary, for purposes of calculating interest and any other amounts owing between the parties under the Loan Documents in connection with the Tendered Unit, the Collateral Unit Distribution shall be deemed to have occurred on the Prepayment Date corresponding to the Tendered Unit. The closing of the transfer shall be completed pursuant to the standard closing documents used by Borrower for the closing of condominium sales to third parties in transactions outside of the Loan Agreement.

Lender has designated Solaris Property Owner III, LLC, a Colorado limited liability company and subsidiary of Lender ("*Solaris III*"), as the transferee of the Tendered Unit. Lender hereby represents, warrants and covenants that (i) Solaris III is a wholly owned subsidiary of Lender, (ii) Lender has full power and authority, and has been duly authorized, to consummate the transaction contemplated herein, including designating Solaris III as the transferee of the Tendered Unit and releasing Borrower as provided herein, (iii) the transaction contemplated herein does not conflict with, result in a violation of, or constitute a default under any agreement or instrument binding upon Lender (including the EB-5 documents) or any law, governmental regulation, court decree, or order applicable to Lender, (iv) Lender has not assigned its rights or obligations under the Loan Documents to any other person or entity, and (iv) Lender has, or prior to closing will have, obtained a duly executed exemption from the Town of Vail Real Estate Transfer Tax with respect to the transfer. Lender shall indemnify, defend and forever hold Borrower harmless from and against any and all actions, suits, claims, demands, liabilities, losses, damages, obligations and costs and expenses (including reasonable attorneys' fees) arising from breach of any representation, warranty or covenant of Lender hereunder, which indemnification obligation shall survive closing on the Tendered Unit.

Effective upon closing on the Tendered Unit, Lender and Solaris III acknowledge and agree that (i) all Indebtedness and any other obligations of Borrower under the Loan Documents with respect to the Tendered Unit, including, without limitation, the principal, interest, premium and any other amounts whatsoever due with respect to the Tendered Unit, shall be fully paid, satisfied, discharged and released, (ii) the principal balance of the Note shall be reduced by the amount of the Satisfied Loan Advance, and Exhibit A of the Note shall be deemed to be amended by deleting all references to the Tendered Unit and/or Satisfied Loan Advance; and (iii) all security interests, mortgages, guaranties (including the Guaranty), pledges and other liens granted to or held by Lender and any other secured parties under the security documents securing the Satisfied Loan Advance shall be forever satisfied, released and discharged without further action.

Except as set forth herein, the Loan Documents shall remain in full force and effect in accordance with their terms.

Very truly yours,

SOLARIS PROPERTY OWNER I, LLC,
a Delaware limited liability company

2

SPO_0005271

By: _____
       Ryan A. Smith, its General Counsel

Accepted and Agreed:

Colorado Regional Center Project Solaris, LLLP,
a Colorado limited liability limited partnership

By: _____
Name: _____
Its: _____

3

| From: | Ryan Smith |
|---|---|
| Sent: | Wednesday, January 30, 2019 6:01 PM MST |
| To: | Rob Glucksman (rglucksman@coloradoregionalcenter.com) |
| Subject: | FW: CRC / Solaris / Transfer Agreement |
| Attachments: | Agreement Regarding Collateral Units_1.30.19 (clean).docx, Agreement Regarding Collateral Units_1.30.19 (redline to 8.21.18).docx, Exhibit A - Transfer Agreement_1.30.19 (clean).docx, Exhibit A - Transfer Agreement_1.30.19 (redline to 12.7.18b).docx |

Rob,

Per our conversation, attached are drafts of the Agreement Regarding Collateral Units and Exhibit A thereto, the Transfer Agreement. I've proposed some modifications to reflect recent progressions in the deal structure, and have included redlines to the latest draft of the agreement referenced in my email below.

Please review and let me know if you have any comments. If none, let's plan to formally execute them on or before closing on 6E West.

Thanks,

Ryan

**From:** Ryan Smith
**Sent:** Friday, December 7, 2018 5:18 PM
**To:** Rob Glucksman (rglucksman@coloradoregionalcenter.com) <rglucksman@coloradoregionalcenter.com>
**Subject:** CRC / Solaris / Transfer Agreement

Rob,

In anticipation of the transfer of 6E West to the investor group, attached please find a revised Transfer Agreement in clean and redline to the latest iteration. The changes are intended to allow for the indebtedness to be reduced in an amount less than the corresponding loan advance, and provide a mechanism for the eventual release of that remaining indebtedness.

Recall that the form of Transfer Agreement is an exhibit to the Agreement Regarding Collateral Units that the parties have been operating under (the latest iteration of which is also attached for your convenience).

Let me know if you have any comments on the Transfer Agreement. If none, we can formally execute everything prior to closing on 6E West.

Thanks,

Ryan

**SOLARIS**

SPO_0008599

Ryan Smith
General Counsel
141 East Meadow Drive, Suite 211
Vail, Colorado 81657

M: 303.888.0969
F: 970.479.6666

SPO_0008600

| | |
|---|---|
| **From:** | Rob Glucksman |
| **Sent:** | Friday, February 1, 2019 7:51 AM MST |
| **To:** | Ryan Smith |
| **Subject:** | Re: CRC / Solaris / Transfer Agreement |

Ryan,

Thanks for sending these. In the Agreement Regarding Collateral Units, we do need to retain the rights under the note and loan agreement until all of the transfers occur. Traveling this morning but will try to get you a redline later today.

Best,

Rob

Sent from my iPhone

On Jan 30, 2019, at 6:02 PM, Ryan Smith <ryan@solarisvail.com> wrote:

Rob,

Per our conversation, attached are drafts of the Agreement Regarding Collateral Units and Exhibit A thereto, the Transfer Agreement. I've proposed some modifications to reflect recent progressions in the deal structure, and have included redlines to the latest draft of the agreement referenced in my email below.

Please review and let me know if you have any comments. If none, let's plan to formally execute them on or before closing on 6E West.

Thanks,

Ryan

**From:** Ryan Smith
**Sent:** Friday, December 7, 2018 5:18 PM
**To:** Rob Glucksman (rglucksman@coloradoregionalcenter.com)
<rglucksman@coloradoregionalcenter.com>
**Subject:** CRC / Solaris / Transfer Agreement

Rob,

In anticipation of the transfer of 6E West to the investor group, attached please find a revised Transfer Agreement in clean and redline to the latest iteration. The changes are intended to allow for the indebtedness to be reduced in an amount less than the corresponding loan advance, and provide a mechanism for the eventual release of that remaining indebtedness.

Recall that the form of Transfer Agreement is an exhibit to the Agreement Regarding Collateral Units that the parties have been operating under (the latest iteration of which is also attached for your convenience).

SPO_0008643

Let me know if you have any comments on the Transfer Agreement. If none, we can formally execute everything prior to closing on 6E West.

Thanks,

Ryan

*SOLARIS*

RYAN SMITH
GENERAL COUNSEL
141 EAST MEADOW DRIVE, SUITE 211
VAIL, COLORADO 81657

M: 303.888.0969
F: 970.479.6666

<Agreement Regarding Collateral Units_1.30.19 (clean).docx>

<Agreement Regarding Collateral Units_1.30.19 (redline to 8.21.18).docx>

<Exhibit A - Transfer Agreement_1.30.19 (clean).docx>

<Exhibit A - Transfer Agreement_1.30.19 (redline to 12.7.18b).docx>

| | |
|---|---|
| **From:** | Ryan Smith |
| **Sent:** | Monday, February 4, 2019 12:51 PM MST |
| **To:** | Rob Glucksman |
| **Subject:** | RE: CRC / Solaris / Transfer Agreement |

Hi Rob,

That does help to address the concern about the maturity date. For the avoidance of doubt, I'd at least like to include a reference to that section in the paragraph. Accordingly, I've replaced the waiver of default language with romanette (ii). See below.

Let me know if this works for you.

Thanks,

Ryan

      1.     Collateral Unit Distribution. For purposes of calculating interest (including any default interest) under the Loan Documents, with respect to each Eligible Unit and associated Loan Advance, Borrower shall be deemed to have caused a Collateral Unit Distribution as of the corresponding "Effective Date of Collateral Unit Distribution" set forth in Recital E above. Notwithstanding the occurrence of a Collateral Unit Distribution with respect to an Eligible Unit and anything in the Loan Documents to the contrary, the principal amount of the associated Loan Advance shall continue to constitute Indebtedness under the Loan; provided, however, (i) no interest (including default interest) shall accrue with respect to such Loan Advance from and after the applicable Effective Date of Collateral Unit Distribution (except as required by the Operating Payment Agreement), and (ii) in the event that a Loan Advance remains outstanding after the applicable Maturity Date, no default or Event of Default shall be deemed to have occurred as a result of a failure of Borrower to repay such Loan Advance on or before such Maturity Date, and Lender may not exercise any rights or remedies with respect to such failure, unless and until it shall have provided Borrower with a notice and cure period in accordance with Section 17 of the Loan Agreement. In the event that the principal amount of any Loan Advance remains outstanding on the Maturity Date of such Loan Advance, Lender agrees that it shall (i) automatically and without further action of the parties be deemed to have irrevocably waived any defaults or Events of Default arising out of or related to a failure to repay such Loan Advance on or before the Maturity Date, and (ii) thereafter forbear from exercising any default related rights and remedies under the Loan Documents or applicable law, against Borrower and/or any Collateral Units. Nothing in this Section 1 shall constitute a waiver or forbearance by Lender with respect to any defaults of Borrower under this Agreement.

**From:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Sent:** Monday, February 4, 2019 9:46 AM
**To:** Ryan Smith <ryan@solarisvail.com>
**Subject:** RE: CRC / Solaris / Transfer Agreement

Hi Ryan,

SPO_0008652

I think your concerns are alleviated by the notice and right to cure provisions in Section 17 of the loan agreement. If you don't mind, take a look and let me know your thoughts. Happy to discuss.

Thanks,
Rob

**From:** Ryan Smith <ryan@solarisvail.com>
**Sent:** Friday, February 1, 2019 9:27 AM
**To:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: CRC / Solaris / Transfer Agreement

Give me a call to discuss before sending another redline.

**From:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Sent:** Friday, February 1, 2019 7:52 AM
**To:** Ryan Smith <ryan@solarisvail.com>
**Subject:** Re: CRC / Solaris / Transfer Agreement

Ryan,

Thanks for sending these. In the Agreement Regarding Collateral Units, we do need to retain the rights under the note and loan agreement until all of the transfers occur. Traveling this morning but will try to get you a redline later today.

Best,
Rob

Sent from my iPhone

On Jan 30, 2019, at 6:02 PM, Ryan Smith <ryan@solarisvail.com> wrote:

Rob,

Per our conversation, attached are drafts of the Agreement Regarding Collateral Units and Exhibit A thereto, the Transfer Agreement. I've proposed some modifications to reflect recent progressions in the deal structure, and have included redlines to the latest draft of the agreement referenced in my email below.

Please review and let me know if you have any comments. If none, let's plan to formally execute them on or before closing on 6E West.

Thanks,

Ryan

**From:** Ryan Smith
**Sent:** Friday, December 7, 2018 5:18 PM

SPO_0008653

**To:** Rob Glucksman (rglucksman@coloradoregionalcenter.com) <rglucksman@coloradoregionalcenter.com>
**Subject:** CRC / Solaris / Transfer Agreement

Rob,

In anticipation of the transfer of 6E West to the investor group, attached please find a revised Transfer Agreement in clean and redline to the latest iteration. The changes are intended to allow for the indebtedness to be reduced in an amount less than the corresponding loan advance, and provide a mechanism for the eventual release of that remaining indebtedness.

Recall that the form of Transfer Agreement is an exhibit to the Agreement Regarding Collateral Units that the parties have been operating under (the latest iteration of which is also attached for your convenience).

Let me know if you have any comments on the Transfer Agreement. If none, we can formally execute everything prior to closing on 6E West.

Thanks,

Ryan

**SOLARIS**
RYAN SMITH
GENERAL COUNSEL
141 EAST MEADOW DRIVE, SUITE 211
VAIL, COLORADO 81657

M: 303.888.0969
F: 970.479.6666

<Agreement Regarding Collateral Units_1.30.19 (clean).docx>

<Agreement Regarding Collateral Units_1.30.19 (redline to 8.21.18).docx>

<Exhibit A - Transfer Agreement_1.30.19 (clean).docx>

<Exhibit A - Transfer Agreement_1.30.19 (redline to 12.7.18b).docx>

SPO_0008654

| From: | Ryan Smith |
|---|---|
| Sent: | Tuesday, February 5, 2019 6:35 PM MST |
| To: | Rob Glucksman |
| CC: | 'Raul Abad' |
| Subject: | RE: Agmt Regarding Collateral Units and Transfer Agmt |
| Attachments: | Agreement Regarding Collateral Units_FINAL.docx, Exhibit A - Transfer Agreement_2.5.19 (red).docx |

Hi Rob,

I am following up on a voicemail that I just left for you. The changes to the Agreement Regarding Collateral Units are fine. I accepted your changes and attached a clean, executable version.

With respect to the Transfer Agreement, it is unnecessary to add the caveat in Section 7 with respect to interest on any Remaining Loan Advance. In the Agreement Regarding Collateral Units you wanted to retain the rights under the loan documents to foreclose on a Collateral Unit as an additional remedy in case borrower failed to transfer the Collateral Unit to CRC in accordance with the Agreement Regarding Collateral Units. However, under the Transfer Agreement, we will have already conveyed the Collateral Unit to CRC, and it is not appropriate to open the door to interest on the Remaining Loan Advance.

I added the one-year survival for the representations and warranties because the parties' representations and warranties are typical of those in a purchase and sale agreement. It is market for those provisions to survive closing for a period of 6 months to 1 year. I suspect that you want to ensure that Borrower's affirmation in Section 9.l., which ties back to the loan agreement, does not expire one year after closing. It was not my intent to cause it to do so. As 9.l. is not really a representation or warranty, but rather an affirmation of an existing covenant, I suggest that we move it to a new section and retain the one year limitation on the survival of both parties' representations and warranties. I have revised the Transfer Agreement accordingly and attached a redline to your draft.

Happy to discuss any remaining issues.

Thanks,

Ryan

---

**From:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Sent:** Tuesday, February 5, 2019 12:36 PM
**To:** Ryan Smith <ryan@solarisvail.com>
**Cc:** 'Raul Abad' <rabad@fostergraham.com>
**Subject:** re: Agmt Regarding Collateral Units and Transfer Agmt

Ryan,

Attached are redlines to the Agreement Regarding Collateral Units and Transfer Agreement. Made a comment in the transfer agreement to tie default back to the Loan Agreement as well. Also removed the 1 year measuring period on the reps/warranties as didn't quite understand which you were concerned about and those that would tie back to the Loan Agreement. Happy to discuss though.

SPO_0008734

Best,
Rob

Rob Glucksman
Authorized Representative
New York State Empire Outlet Fund I, LLC
Mobile: 303.888.9052
rglucksman@coloradoregionalcenter.com



IRS CIRCULAR 230 DISCLOSURE: To comply with U.S. Treasury regulations, we advise you that any U.S. federal tax advice included in this communication is not intended or written to be used, and can not be used, to avoid any U.S. federal tax penalties or to promote, market, or recommend to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer.

| | |
|---|---|
| **From:** | Ryan Smith |
| **Sent:** | Friday, February 8, 2019 12:59 PM MST |
| **To:** | Rob Glucksman |
| **Subject:** | RE: Agmt Regarding Collateral Units and Transfer Agmt |

FYI, I signed all of Solaris' documents at the title company this morning.

**From:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Sent:** Friday, February 8, 2019 10:04 AM
**To:** Ryan Smith <ryan@solarisvail.com>
**Subject:** RE: Agmt Regarding Collateral Units and Transfer Agmt

Thanks. Will send this to the title company.

Best,
Rob

**From:** Ryan Smith <ryan@solarisvail.com>
**Sent:** Friday, February 8, 2019 9:58 AM
**To:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Agmt Regarding Collateral Units and Transfer Agmt

A revised Listing Agreement is attached. The only change was the addition of Section 28.1.

**From:** Ryan Smith
**Sent:** Friday, February 8, 2019 9:36 AM
**To:** 'Rob Glucksman' <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Agmt Regarding Collateral Units and Transfer Agmt

I'll ask Josh to add language to the listing agreement and recirculate for your approval.

**From:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Sent:** Friday, February 8, 2019 7:52 AM
**To:** Ryan Smith <ryan@solarisvail.com>
**Subject:** RE: Agmt Regarding Collateral Units and Transfer Agmt

That works. Thanks.

**From:** Ryan Smith <ryan@solarisvail.com>
**Sent:** Thursday, February 7, 2019 9:56 PM
**To:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Subject:** Re: Agmt Regarding Collateral Units and Transfer Agmt

I'm fine with the early termination concept. However, rather than the right to "cancel" the contract altogether, the parties should have the right to early terminate the Listing Period upon no less than 10 days written notice to the other.

SPO_0008998

On Feb 7, 2019, at 6:56 PM, Rob Glucksman <rglucksman@coloradoregionalcenter.com> wrote:

Looks good except I think we need to add a variation of the following from the Agreement Regarding Collateral Units to Section 19 (Right to Cancel) or Section 28 (Additional Provisions):

The Listing Agreement shall provide that either party has the right to terminate the Listing Period (as defined in the Listing Agreement) upon ten (10) day's written notice to the other. Upon Lender's written request, Borrower shall exercise its right to terminate the Listing Period on the date set forth in Lender's written request that is no sooner than ten (10) days from the date of Borrower's receipt of such notice.

Perhaps,

"Notwithstanding Section 19.1 and 19.2, Seller or Broker may cancel this Seller Listing Contract upon ten (10) day's written notice to the other."

**From:** Ryan Smith <ryan@solarisvail.com>
**Sent:** Thursday, February 7, 2019 6:21 PM
**To:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Agmt Regarding Collateral Units and Transfer Agmt

Attached is a form of Listing Agreement to be attached as Exhibit B to the Agreement Regarding Collateral Units. It is based on the previously executed listing agreements entered into by the parties.

Let me know if it is acceptable, and, if so, please add it into the form of Agreement Regarding Collateral Units that you send to the title company for signature at closing.

**From:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Sent:** Thursday, February 7, 2019 5:36 PM
**To:** Ryan Smith <ryan@solarisvail.com>
**Subject:** RE: Agmt Regarding Collateral Units and Transfer Agmt

Thanks, Ryan. These look good. We'll get these to the title company

Confirming I do not have a 'blank' listing agreement with just the business terms included.

Best,
Rob

**From:** Ryan Smith <ryan@solarisvail.com>
**Sent:** Thursday, February 7, 2019 4:45 PM
**To:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Agmt Regarding Collateral Units and Transfer Agmt

Looks good, thanks. I accepted the insertion of Section 2.d. (changed "a" to "such" in the second sentence to try to pickup co-listing agreements from the first sentence).

SPO_0008999

Attached please what should be final, executable versions of the following agreements:

1. Agreement Regarding Collateral Units
2. Transfer Agreement (form to be attached as Exhibit A to the Agreement Regarding Collateral Units)
3. Transfer Agreement (completed for 6E West)

For purposes of Exhibit B to the Agreement Regarding Collateral Units, do you have a copy of the form of Listing Agreement that we had previously agreed to? I only have the ones that we executed specific to PH C East and PH G West. If not, I can ask Josh to try to generate a form that mirrors those terms but without a reference to any specific unit.

**From:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Sent:** Thursday, February 7, 2019 3:42 PM
**To:** Ryan Smith <ryan@solarisvail.com>
**Subject:** RE: Agmt Regarding Collateral Units and Transfer Agmt

Hi Ryan,

That works. Here is a redline with the language inserted.

Best,
Rob

**From:** Ryan Smith <ryan@solarisvail.com>
**Sent:** Thursday, February 7, 2019 3:01 PM
**To:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Subject:** RE: Agmt Regarding Collateral Units and Transfer Agmt

Hi Rob. We could add the language with the additions shown in red below.

"Upon Lender's written request, Lender may authorize Borrower to enter into listing or co-listing agreements with third-party real estate brokers to market Eligible Unit(s). In no event shall Lender or Borrower be obligated to enter into a Listing Agreement. Borrower agrees that Lender shall have authority to make all decisions otherwise granted to Borrower in such listing agreement and Borrower shall consult Lender on all matters pertaining to the sale of the Eligible Units."

**From:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Sent:** Wednesday, February 6, 2019 6:46 PM
**To:** Ryan Smith <ryan@solarisvail.com>
**Cc:** 'Raul Abad' <rabad@fostergraham.com>
**Subject:** RE: Agmt Regarding Collateral Units and Transfer Agmt

Yes, I think that is OK.

In the Agmt Regarding Collateral Units, would you be ok with adding 2d: "Upon Lender's written request, Lender may authorize Borrower to enter into listing agreements with third-party real estate brokers to market Eligible Unit(s). Borrower agrees that Lender shall have authority to make all decisions

SPO_0009000

otherwise granted to Borrower in such listing agreement and Borrower shall consult Lender on all matters pertaining to the sale of the Eligible Units."

Would like to make sure we are able to contract with other brokers if needed, unless you think this is already covered in the document.

**From:** Ryan Smith <ryan@solarisvail.com>
**Sent:** Wednesday, February 6, 2019 4:05 PM
**To:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Cc:** 'Raul Abad' <rabad@fostergraham.com>
**Subject:** RE: Agmt Regarding Collateral Units and Transfer Agmt

Looks good. At the end of Section 7 in this and the form Transfer Agreement, would you agree to add the following: "The provisions of this Section 7 shall survive Closing." With the addition of the Remaining Loan Advance concept, I would like to make clear that this section survives.

**From:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Sent:** Wednesday, February 6, 2019 3:47 PM
**To:** Ryan Smith <ryan@solarisvail.com>
**Cc:** 'Raul Abad' <rabad@fostergraham.com>
**Subject:** RE: Agmt Regarding Collateral Units and Transfer Agmt

Ryan,

Attached is the Transfer Agreement with the blanks filled out.

Best,
Rob

**From:** Ryan Smith <ryan@solarisvail.com>
**Sent:** Tuesday, February 5, 2019 6:35 PM
**To:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Cc:** 'Raul Abad' <rabad@fostergraham.com>
**Subject:** RE: Agmt Regarding Collateral Units and Transfer Agmt

Hi Rob,

I am following up on a voicemail that I just left for you. The changes to the Agreement Regarding Collateral Units are fine. I accepted your changes and attached a clean, executable version.

With respect to the Transfer Agreement, it is unnecessary to add the caveat in Section 7 with respect to interest on any Remaining Loan Advance. In the Agreement Regarding Collateral Units you wanted to retain the rights under the loan documents to foreclose on a Collateral Unit as an additional remedy in case borrower failed to transfer the Collateral Unit to CRC in accordance with the Agreement Regarding Collateral Units. However, under the Transfer Agreement, we will have already conveyed the Collateral Unit to CRC, and it is not appropriate to open the door to interest on the Remaining Loan Advance.

SPO_0009001

I added the one-year survival for the representations and warranties because the parties' representations and warranties are typical of those in a purchase and sale agreement. It is market for those provisions to survive closing for a period of 6 months to 1 year. I suspect that you want to ensure that Borrower's affirmation in Section 9.l., which ties back to the loan agreement, does not expire one year after closing. It was not my intent to cause it to do so. As 9.l. is not really a representation or warranty, but rather an affirmation of an existing covenant, I suggest that we move it to a new section and retain the one year limitation on the survival of both parties' representations and warranties. I have revised the Transfer Agreement accordingly and attached a redline to your draft.

Happy to discuss any remaining issues.

Thanks,

Ryan

**From:** Rob Glucksman <rglucksman@coloradoregionalcenter.com>
**Sent:** Tuesday, February 5, 2019 12:36 PM
**To:** Ryan Smith <ryan@solarisvail.com>
**Cc:** 'Raul Abad' <rabad@fostergraham.com>
**Subject:** re: Agmt Regarding Collateral Units and Transfer Agmt

Ryan,

Attached are redlines to the Agreement Regarding Collateral Units and Transfer Agreement. Made a comment in the transfer agreement to tie default back to the Loan Agreement as well. Also removed the 1 year measuring period on the reps/warranties as didn't quite understand which you were concerned about and those that would tie back to the Loan Agreement. Happy to discuss though.

Best,
Rob

Rob Glucksman
Authorized Representative
New York State Empire Outlet Fund I, LLC
Mobile: 303.888.9052
rglucksman@coloradoregionalcenter.com

<image001.jpg>

IRS CIRCULAR 230 DISCLOSURE: To comply with U.S. Treasury regulations, we advise you that any U.S. federal tax advice included in this communication is not intended or written to be used, and can not be used, to avoid any U.S. federal tax penalties or to promote, market, or recommend to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under

applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer.

SPO_0009003