Ryan Smith - May 25, 2023

```
 1   DISTRICT COURT, DENVER COUNTY
     STATE OF COLORADO
 2   1437 Bannock Street
     Denver, Colorado  80202
 3   _____
 4   YUQUAN NI and QI QIN,            Case No.: 2021CV32918
 5            Plaintiffs, for themselves and
     similarly situated limited partners derivatively
 6   for Colorado Regional Center Project Solaris LLP,
     Nominal Defendant,
 7
     vs.
 8
     SOLARIS PROPERTY OWNER I LLC and PETER KNOBEL,
 9
              Defendants.
10   _____
11            DEPOSITION OF RYAN SMITH
                  MAY 25, 2023
12   _____
     APPEARANCES:
13   ON BEHALF OF THE PLAINTIFFS:
     DOUGLAS LITOWITZ, ESQ.
14   Litowitz Law Office
     413 Locust Place
15   Deerfield, Illinois 60015
     Phone: 312-622-2848
16   Email: Litowitz@gmail.com
17   ON BEHALF OF THE DEFENDANTS SOLARIS PROPERTY OWNER I
     LLC and PETER KNOBEL:
18   TY GEE, ESQ.
     Haddon, Morgan and Foreman, P.C.
19   950 17th Street, Suite 1000
     Denver, Colorado 80202
20   Phone: 303-831-7364
     Email: Tgee@hmflaw.com.
21
     ON BEHALF OF CROSS-CLAIM DEFENDANT COLORADO REGIONAL
22   CENTER PROJECT SOLARIS LLLP:
     JULIE WALKER, ESQ.
23   Ireland Stapleton
     1660 Lincoln, Suite 3300
24   Denver, Colorado 80624
     Phone: 303-628-3655
25   Email: Jwalker@irelandstapleton.com
```

Page 1

Ryan Smith - May 25, 2023

```
 1              PURSUANT to WRITTEN NOTICE and the
 2    appropriate rules of civil procedure, the deposition
 3    of RYAN SMITH, called for examination by the
 4    plaintiffs, was taken at Stevens-Koenig, a Veritext
 5    Company, 700 17th Street, Suite 1750, Denver, Colorado
 6    80202, commencing at 11:00 o'clock a.m. on Thursday,
 7    May 25, 2023 before Randi E. Barrett, Notary Public
 8    within the State of Colorado.
 9
10                    I N D E X
11
      EXAMINATION:                                    PAGE
12
      By Mr. Litowitz                                    3
13
14    EXHIBITS:                                       PAGE
15    Exhibit 1   Loan Agreement                         3
      Exhibit 2   Promissory Note                       17
16    Exhibit 3   Email Chain                           29
      Exhibit 4   Filings                               38
17    Exhibit 5   Email with Attachment                 46
      Exhibit 6   Transfer Agreement                    70
18    Exhibit 7   Limited Liability Limited Partnership
                  Agreement of Colorado Regional Center
19                Project Solaris, LLLP a Colorado Limited
                  Liability Limited Partnership         73
20    Exhibit 8   Notice of Fair Market Value of the
                  Partnership and the Partnership's Exit
21                Strategy and Plan for Return of LP
                  Capital Contributions                 89
22    Exhibit 9   Motion for Sanctions                  97
      Exhibit 10  SPO I's Responses to Plaintiffs' First
23                Requests for Production of Documents to
                  SPO I                                 99
24    Exhibit 11  Affidavit of Rick Hayes              105
      Exhibit 12  CRCPS Project Table                   --
25


                                            Page  2
```

Ryan Smith - May 25, 2023

```
  1                P R O C E E D I N G S

  2                     RYAN SMITH,

  3     having been first duly sworn, was examined and

  4     testified as follows:

  5                     EXAMINATION

  6     BY MR. LITOWITZ:

  7          Q     Good morning, Mr. Smith.

  8          A     Good morning, Mr. Litowitz.

  9          Q     Can you tell us your age?  How old are you?

 10          A     I'm 46 years of age.

 11          Q     What's your job?

 12          A     I'm general counsel of the Solaris

 13     companies.

 14          Q     The Solaris Companies.  Does that include

 15     Solaris Property Owner I LLC?

 16          A     Yes, it does.

 17          Q     Okay.  Were you appointed to be a

 18     representative today to answer questions for Solaris

 19     Property -- SPO I, LLC?

 20          A     Yes.

 21                (Exhibit 1 was marked.)

 22          Q     Okay.  I'm going to hand you something

 23     which I will then mark Exhibit 1.  Take a look at that

 24     and tell me -- it's -- at the bottom you'll see --

 25                MS. WALKER:  Do you have copies, Counsel?
```

Page 3

Ryan Smith - May 25, 2023

```
1              MR. LITOWITZ:  Yeah, I do.  I just got one,
2     so you're going you have to share it, but you have it,
3     it's marked -- it's marked -- this was produced by you
4     to me, and it's marked IS 254 -- no, no it's marked
5     IS -- yeah, no, it's marked --
6              MR. GEE:  Counsel, can we get this marked
7     with an official sticker?
8              MR. LITOWITZ:  It's marked IS 15 at the
9     bottom right.  Do you see that?
10             MR. GEE:  Excuse me, Counsel, can you get
11    that marked with an official sticker, please?
12             MR. LITOWITZ:  Why?
13             MR. GEE:  Because a Post-It note is not
14    proper for a deposition exhibit.
15             MR. LITOWITZ:  Do you have a sticker?
16             THE COURT REPORTER:  I do.
17             MR. LITOWITZ:  Thank you, Ty.  I know that
18    Post-It notes are very complicated for you, so let's
19    make it easy.
20             MR. GEE:  Let me take a look at that,
21    please.
22        Q    (BY. MR. LITOWITZ) Are you familiar with
23    this document?
24        A    I'm waiting to receive a copy of the
25    document from my counsel.
```

Page 4

Ryan Smith - May 25, 2023

```
 1              MR. GEE:  The record should reflect that
 2   Deposition Exhibit 1 references exhibits.  No exhibits
 3   are attached to this document.
 4        Q    (BY. MR. LITOWITZ) Are you familiar with
 5   this document?
 6        A    Yes.
 7        Q    Were -- did you draft this document?
 8        A    No.
 9        Q    Okay.  Do you know who drafted it?
10        A    The parties to the document, being Solaris
11   Property Owner I, and CRCPS, and to be clear, when I
12   say --
13        Q    I didn't ask you -- just answer the
14   question.
15        A    Mr. Litowitz, allow me to finish, please.
16              MR. GEE:  Let the witness finish.
17              MR. LITOWITZ:  Ty, he's my witness today.
18   You had Ms. Qin, before.
19              Make your objection as to form, or whatever
20   it is, and if that's--
21              MR. GEE:  Let the witness finish his
22   answer.
23        Q    (BY. MR. LITOWITZ) Have you seen this
24   agreement before?
25        A    I'm go to go ahead and finish my prior
```

Page 5

Ryan Smith - May 25, 2023

```
1    answer.
2         Q      Have you seen this agreement before?
3                MR. GEE:  Hold on for a second.
4                Are you going to let him finish his answer?
5         Q      (BY. MR. LITOWITZ) It's a yes or no
6    question.
7                Have you seen this agreement before?
8                MR. GEE:  Are you going to let him finish
9    his answer?
10                MR. LITOWITZ:  Why he can't say yes or no
11    to whether he's seen this agreement --
12                MR. GEE:  Because he's finishing the last
13    answer.
14         Q      (BY MR. LITOWITZ) Okay.  Let's hear it.
15                THE WITNESS:  Robin, would you please read
16    back Mr. Litowitz's question, please?
17                (Record read.)
18                THE WITNESS:  Mr. Litowitz, returning to
19    your question, the document was drafted by the
20    parties, and I'll state it was Solaris Property Owner
21    I, and I use the acronym CRCPS.  And for the benefit
22    of the court reporter, when I say the acronym CRCPS,
23    I'm referring to Colorado Regional Center Project
24    Solaris LLP, a Colorado Limited Liability Company.
25         Q      (BY MR. LITOWITZ) Okay.  And you will
```

Page  6

Ryan Smith - May 25, 2023

```
 1    agree -- will you agree that SPO I is the common

 2    acronym for Solaris Property Owner I, LLC?

 3         A     Yes, though in today's testimony I may

 4    refer to it as Solaris.

 5         Q     Okay.  In this document is maturity date a

 6    defined term?  I would ask you to turn to page --

 7    which is your stamp 16?

 8                MR. GEE:  Object to form.

 9                THE WITNESS:  Maturity date is a defined

10    term on page 2 of the loan agreement.

11         Q     (BY MR. LITOWITZ) What does it say is the

12    maturity date?

13                MR. GEE:  Object to form.

14                THE WITNESS:  The document states, and I'll

15    quote, The maturity date means the date that is

16    exactly 60 calendar months from the date of each

17    closing hereunder.

18         Q     (BY MR. LITOWITZ) Okay.  Is closing a

19    defined term?  And I refer to you page 15.

20                MR. GEE:  Object to form.

21                THE WITNESS:  Yes.

22         Q     (BY MR. LITOWITZ) And can you read me what

23    that says?

24                MR. GEE:  Object to form.

25                THE WITNESS:  To be sure, I'm referring to
```

Page 7

Ryan Smith - May 25, 2023

1    page 1 of the loan agreement, which is Bates stamped

2    IS 15, Closing is a defined term, and again, I'll

3    quote, Closing means the date on which each Loan

4    Advance is made to Borrower.

5        Q    (BY MR. LITOWITZ) Okay.  Were loan advances

6    made under this loan agreement?

7        A    Yes.

8        Q    I would ask you to turn to page 8 of the

9    agreement, which is your Bates stamp IS 22.

10       A    I'm on page 8.

11       Q    Section 16 sub one, can you tell me what

12   that says?

13            MR. GEE:  Object to form.

14            THE WITNESS:  Mr. Litowitz, I assume you're

15   referring to the subparagraph titled, Default on

16   Indebtedness; is that correct?

17       Q    Correct.

18       A    That paragraph reads, Failure of Borrower

19   to make any payment when due on the loan.

20       Q    Have you heard the term put option used in

21   connection with this agreement --

22            MR. GEE:  Object to form.

23       Q    (BY MR. LITOWITZ) -- or this transaction?

24            MR. GEE:  Object to form.

25            MR. LITOWITZ:  Can I finish the question?

Page  8

Ryan Smith - May 25, 2023

1      Q      (BY MR. LITOWITZ) I'll rephrase the because

2  he interrupted me.

3           Have you heard the term put option used

4  with respect to this agreement or this transaction?

5      A      Yes.

6      Q      Can you tell me what it refers to?

7      A      I believe -- it's not a term that I

8  regularly use, but it's one I'm familiar with and

9  you're using here today.  I believe you are using it

10 to refer to borrower's right to tender the collateral

11 to the lender in satisfaction of debtors.

12     Q      Okay.  I would ask you to turn to page 3

13 which is your stamp IS 17.  What is the title of this

14 section, section 11?

15           MR. GEE:  Object to form.

16           THE WITNESS:  Section 11 is titled,

17 Prepayment of Note.

18     Q      (BY MR. LITOWITZ) Okay.  Can you read me

19 this section, please?

20           MR. GEE:  Object to form.

21           THE WITNESS:  Prepayment of note.

22 Notwithstanding anything to the contrary set forth

23 herein, in the Note, Deed of Trust, or any other Loan

24 Documents, at any time after the expiration of thirty

25 six months following Loan Advance, Borrower shall have

Page  9

Ryan Smith - May 25, 2023

1    the absolute right to prepay the portion of the Note

2    attributable to such Loan Advance by repaying Lender

3    the amount of such Loan Advance or tendering to Lender

4    the Collateral Units securing such Loan Advance.  New

5    sentence.  If Borrower conveys any Collateral Units in

6    repayment of a Loan Advance, the principal balance of

7    the Note shall be reduced by the amount of the Loan

8    Advance secured by such Collateral Units.

9        Q    Okay.  Section 11 specifies two methods of

10   prepayment.  What are they?

11            MR. GEE:  Object to form.

12            THE WITNESS:  Section 11 allows the

13   borrower to repay the loan in one of two ways; the

14   first way being by repaying the amount of such loan

15   advance, the second way being by tendering to lender

16   the collateral units securing such loan advance.

17       Q    (BY MR. LITOWITZ) Okay.  Does this

18   provision have a third method whereby the borrower can

19   prepay by giving notice to the lender that it will, in

20   the future, make a conveyance?

21       A    I believe the option you -- what you are

22   describing is referred --

23       Q    I --

24       A    Let me finish.

25       Q    No, no, no, you're not answering the

Page 10

Ryan Smith - May 25, 2023

```
 1   question.  Please, I'm asking a question.

 2           Does this have a third option for payment

 3   by notice that the borrower will, in the future, make

 4   a conveyance?

 5           MR. GEE:  Okay.  Let him finish his answer,

 6   please.

 7           Go ahead.

 8           THE WITNESS:  Mr. Litowitz, if I may resume

 9   my prior answer.

10           I believe the scenario you're referring to

11   is within the second option that I just described,

12   which is tendering to lender the collateral units

13   securing such loan advance.

14       Q    (BY MR. LITOWITZ) So you're -- is it your

15   testimony that notification of a future conveyance is

16   the same as a tender?

17           MR. GEE:  Object to form.

18           THE WITNESS:  Mr. Litowitz, it is my

19   position that the borrower, in this case Solaris

20   Property Owner I, tendered to the lender the

21   collateral units in conformance with section 11 of the

22   loan agreement.

23       Q    (BY MR. LITOWITZ) Section 11 sets a

24   prepayment period.  What is that period?

25       A    That period is any time after 36 months
```

Page 11

Ryan Smith - May 25, 2023

```
 1    following each loan advance.
 2         Q     The word prepayment has the prefix "pre."
 3    What does the prefix mean?
 4         A     Generally speaking, I believe the word
 5    "pre" means before.
 6         Q     In this case, pre is before what?
 7         A     I don't know.
 8         Q     You don't know?  Normally would you say
 9    that prepayment means payment before maturity?
10              MR. GEE:  Object to form.
11              THE WITNESS:  Mr. Litowitz, you're asking
12    me about what's normal.  I'm here to discuss the loan
13    agreement in front of us here today, and I'm not
14    saying this agreement is normal or not normal.
15         Q     (BY MR. LITOWITZ) Do you see any language
16    in the prepayment provision -- someone's phone's going
17    off -- do you see any language in the prepayment
18    provision that allows tender of collateral by giving
19    notice of tender of collateral?
20         A     Yes.
21         Q     You do?  Can you point that out to me?
22         A     The word "tender" in itself to me means a
23    readiness and a willingness to perform concurrent with
24    performance by the other party coupled with an ability
25    to perform and notice to the other party.  You're
```

Page 12

Ryan Smith - May 25, 2023

```
 1   asking me about notice.  I believe that notice is
 2   within the definition of tender.
 3        Q    So please note I'm taking out a hundred
 4   dollar bill and putting it on the desk.  I promise in
 5   the future at some date to pay you -- to give you this
 6   hundred dollars.  At some date, could be 20, 30, 40
 7   years.  Is that a tender of the hundred dollars?
 8             MR. GEE:  Object to form.
 9             THE WITNESS:  Mr. Litowitz, if you are
10   ready and willing to give that hundred dollar bill to
11   me, and you give me notice of such, I believe you have
12   tendered that hundred dollar bill to me.
13        Q    (BY MR. LITOWITZ) Okay.  The sentence
14   following -- the second sentence of section 11 says,
15   If Borrower conveys any Collateral Units, the balance
16   of the Note shall be reduced.  Can property be
17   conveyed by a notice that it will be tendered in the
18   future?
19             MR. GEE:  Object to form.
20             THE WITNESS:  I don't know.
21        Q    (BY MR. LITOWITZ) You don't know if the
22   word -- do you know what that word "convey" means?
23        A    I do.
24        Q    What does it mean?
25        A    It means, to me, to deliver something, to
```

Page 13

Ryan Smith - May 25, 2023

```
 1    transfer.
 2              MR. LITOWITZ:  Okay.  I'm going to give you
 3    another document.  It's small, so I've got to find it.
 4    Can you please mark this as Exhibit 2?  I'll hand it
 5    over -- actually, I'll give you a better copy of it.
 6              MS. WALKER:  Can we take a break so we can
 7    move this along and not take a break every time?  I'm
 8    entitled to have the document in front of me while
 9    you're questioning the witness, so I'm asking you out
10    of courtesy, let's give the reporting service the
11    collection of what you need marked today so we can get
12    copies made so you can move this along appropriately.
13              MR. GEE:  It's not just another copy.  I
14    shouldn't have to be looking over the witness's
15    shoulders.  There should be copies for each counsel.
16              MR. LITOWITZ:  Well, I wasn't sure who was
17    going to --
18              MR. GEE:  Well, there are three parties.
19              MR. LITOWITZ:  Okay.  Let's go get a copy
20    made of this.
21              MR. GEE:  Do you have other documents that
22    you're going to be using?  Can we get those copied as
23    well?
24              MR. LITOWITZ:  Okay.
25              MS. WALKER:  Can we go off the record so we
```

Page 14

Ryan Smith - May 25, 2023

1   can address this, please?

2          MR. LITOWITZ:  Julie, why don't you sit

3   here so you can see it?

4          MS. WALKER:  No, Doug.  I want a copy of my

5   own I can walk out the door with.

6          MR. LITOWITZ:  Okay.

7          MS. WALKER:  But I want to have it in front

8   of me while you're examining the witness, so instead

9   of bantering about it, let's take a break and make

10  copies.

11         MR. LITOWITZ:  We will just go forward.

12         MS. WALKER:  No.

13         MR. LITOWITZ:  I'm not going to introduce

14  this.  I'm withdrawing this exhibit for now.

15         MS. WALKER:  Okay.

16         MR. LITOWITZ:  So let's unmark that one.

17     Q     (BY MR. LITOWITZ) So to return, you're

18  saying that conveyance can be made by notice of

19  conveyance?

20         MR. GEE:  Object to form.

21     Q     (BY MR. LITOWITZ) Are you saying that

22  notice is --

23     A     Not --

24     Q     How is a conveyance of real estate made in

25  the State of Colorado?

                                        Page 15

Ryan Smith - May 25, 2023

```
 1              MS. WALKER:  Object to form.
 2              THE WITNESS:  Mr. Litowitz, I want to go
 3    back to your prior question.  I believe you misstated
 4    my testimony.
 5         Q    (BY MR. LITOWITZ) Go ahead.
 6         A    Do you have another question for me?
 7         Q    Yes, how is real estate conveyed?
 8         A    Real estate in the State of Colorado is
 9    conveyed by delivery and acceptance of a deed.
10         Q    Okay.  So is it your testimony that the
11    word "tender" is different than the word "convey"?
12         A    Yes.
13         Q    Okay.  So you believe that tender -- what's
14    the difference between tender and convey?
15         A    As --
16         Q    What's the difference between tender and
17    convey?
18         A    Tender is a readiness and a willingness and
19    an ability to perform an act with notice to the other
20    party.
21         Q    Okay.  I'm going to give you another
22    exhibit, which I will give copies to you and to --
23    here you go.
24              MS. WALKER:  So this is going to be 3?
25              MR. LITOWITZ:  Yeah.
```

Page 16

Ryan Smith - May 25, 2023

```
 1               THE COURT REPORTER:  Well, you withdrew 2,
 2    so this is --
 3               MR. GEE:  Do you have the exhibit?
 4               MS. WALKER:  No.
 5               THE WITNESS:  Neither do I.
 6               MR. GEE:  Do you have a copy for me?
 7               MR. LITOWITZ:  No, I don't, actually.
 8               MR. GEE:  Let's go off the record.
 9               (Discussion off the record.)
10               (Exhibit 2 was marked.)
11        Q     (BY MR. LITOWITZ) Mr. Smith, do you
12    recognize this document that I've marked as Exhibit 2?
13        A     Yes, it's titled Promissory Note.
14        Q     Okay.  Drawing your attention on page 1 to
15    a section called, Term, do you see that?
16        A     Yes.
17        Q     Do you see one, two, three -- four lines
18    down, the word, Maturity Date in caps and bolded?
19        A     I see that word -- prior to proceeding with
20    your question I would like to familiarize myself with
21    the paragraph.
22        Q     Sure.
23               MR. GEE:  Doug, why is there a
24    miscellaneous document after IS 258 in this document?
25               MR. LITOWITZ:  That's the exhibit to the
```

Page 17

Ryan Smith - May 25, 2023

```
 1    promissory note.
 2              MR. GEE:  What is this document?
 3              MR. LITOWITZ:  Let me see.  When they
 4    copied it, they --
 5              MS. WALKER:  I don't have that in mine.
 6              MR. LITOWITZ:  Copy center error.
 7              MR. GEE:  Can I take a look at this, Ryan?
 8    Let me take a look at Deposition Exhibit 2, please.
 9    Deposition Exhibit 2, the official one, also has a
10    copy of this.
11              MR. LITOWITZ.  Okay.  It's a FedEx copy
12    over here.
13              MR. LITOWITZ:  There you go.  Now we're all
14    on the same page.
15              MR. GEE:  The record should reflect that
16    Deposition Exhibit 2 had a document removed from it,
17    and not completely.  There is a torn page on the
18    penultimate page of Deposition Exhibit 2.
19         Q    (BY MR. LITOWITZ) Please let me know when
20    you're done familiarizing yourself with this, with
21    your own document that you gave me.
22              And also let the record reflect I emailed
23    all of those documents both to Mr. Gee and Miss Walker
24    right now so they can look up all of these numbers on
25    their computer.
```

Page 18

Ryan Smith - May 25, 2023

```
 1              MR. GEE:  Let the record reflect when I try
 2    to open your thing it says, Unsupported file type.
 3              MR. LITOWITZ:  Okay.  I will resend in a
 4    hard copy.
 5              MR. GEE:  And Doug, for the record, I'm not
 6    going to rely on your electronic documents.  I just
 7    saw a printout of your documents where it contains
 8    extraneous materials in the middle of a deposition
 9    exhibit.  I want an exhibit copy of what the witness
10    has in front of him.
11              MR. LITOWITZ:  Yes, sir.
12         Q    (BY MR. LITOWITZ) Are you now familiar with
13    the document that you gave me?
14         A    Yes.  In the course of your discourse with
15    counsel --
16         Q    Yes or no?
17         A    -- you suggested that this document was
18    produced by me.  I don't know that I used this
19    document it's Bates stamped beginning IS, which I
20    assume stands for Ireland Stapleton, which does not
21    represent SPO I.
22         Q    Okay.  So going to the section on term, you
23    see maturity date?  Yes or no?
24         A    Yes.
25         Q    Okay.  In the first section called promise
```

Page 19

Ryan Smith - May 25, 2023

```
 1    -- sorry, second section called, Defined Terms, do you

 2    see that section?

 3         A    Yes.

 4         Q    What does that section say?  Please read

 5    it.

 6              MR. GEE:  Object to form.

 7              THE WITNESS:  That section reads, Initially

 8    capitalized terms used but not otherwise defined below

 9    shall have the meanings ascribed to such terms under

10    the provisions of that certain Loan Agreement dated

11    effective November 5th, 2010, by and between Borrower

12    and Lender.

13         Q    (BY MR. LITOWITZ) Okay.  And is maturity

14    date defined in the loan agreement?

15         A    Yes.

16         Q    As what?

17         A    I can go back to the loan agreement and

18    read that to you if you would like.

19         Q    Or you can paraphrase.

20         A    Turning to page 2 of the loan agreement,

21    maturity date means a date what is exactly 60 calendar

22    months from the date of each closing hereunder.

23         Q    Okay.  So I direct your attention back to

24    the note, and I'm going to read you and then ask you a

25    question.  I am one, two, three, four, five -- six
```

Veritext Legal Solutions
303-988-8470

Ryan Smith - May 25, 2023

```
 1    lines down after the comma, Borrower shall have the
 2    absolute right to prepay the portion of the Note
 3    attributable to any Loan Advance by repaying Lender
 4    the amount of such Loan Advance in cash or conveying
 5    Lender the Collateral Units securing such Loan
 6    Advance.  Do you see that language?
 7        A     Yes.
 8        Q     Immediately following it, the sentence
 9    reads, If Borrower tenders to Lender any Collateral
10    Unit in repayment of a Loan Advance, do you see that?
11        A     Yes.
12        Q     So the word "conveyance" is required for a
13    prepayment under the note, is it not?
14        A     I don't agree, no.
15        Q     Okay.  Can you please explain why that is?
16        A     Because the note says that the borrower can
17    tender to lender any collateral payments in prepayment
18    of a loan advance.
19        Q     Well doesn't it also say that prepayment is
20    accomplished by conveying?
21              MR. GEE:  Object to form.
22              THE WITNESS:  Yes, and I believe prepayment
23    could also be accomplished by conveying.
24        Q     (BY MR. LITOWITZ) By conveying?
25        A     Could also be accomplished by conveying.
```

Page 21

Ryan Smith - May 25, 2023

```
 1    It can be accomplished by tender or conveyance.
 2         Q      Just to be clear, are you -- is your
 3    position that -- under Colorado law -- is your view of
 4    tender based on Colorado law?
 5                MS. WALKER:  Object to form.
 6         Q      (BY MR. LITOWITZ) From where are you
 7    deriving your concept of tender?
 8         A      My concept of tender is derived from the
 9    legal definition of the word "tender."
10         Q      And where is that legal definition with
11    respect to real estate?
12         A      My understanding is that the word "tender"
13    is defined in the Black's Law dictionary.
14         Q      On what day were the various collateral
15    units conveyed from SPO?
16         A      Mr. Litowitz, a number of -- you're using
17    the word conveyed --
18         Q      Yes.
19         A      -- and I'm using that to mean the deed was
20    delivered and accepted by the parties.
21                The conveyances of the collateral units
22    occurred over the course of a several year time span.
23    I cannot tell you the exact date on which each unit
24    was conveyed from Solaris to CRCPS.
25         Q      Were 16 units conveyed on or about December
```

Page 22

Ryan Smith - May 25, 2023

```
 1   2020?
 2        A      That's my recollection, yes.
 3        Q      And were three units conveyed prior to
 4   that?
 5        A      Yes.
 6              MS. WALKER:  For the record, the IS Bates
 7   number is not Ireland Stapleton.  I'm not sure where
 8   that derives from.
 9              MR. GEE:  Yeah, and actually those
10   documents were disclosed to us and we Bates numbered
11   them IS and then produced them.
12              MR. LITOWITZ:  So they are your documents.
13        Q      (BY MR. LITOWITZ) During what period of
14   each loan advance could it be prepaid?
15        A      It could -- each loan advance could be
16   prepaid at any time after the date that was 36 months
17   following the date of such loan advance.
18        Q      So a loan advance can be prepaid in 15 or
19   20 years?  Is that what you're testifying now?
20              MR. GEE:  Object to form.
21              MS. WALKER:  Join.
22              THE WITNESS:  That's not what I said.
23        Q      (BY MR. LITOWITZ) I'm asking you, if I take
24   your definition of tender as being willing to pay at
25   some point in the future then a conveyance can occur
```

Page 23

Ryan Smith - May 25, 2023

```
 1   or tender can occur 20, 30, 40 years into the future?
 2        A     Mr. Litowitz, you keep referring to a
 3   tender as a promise to do something in the future.  To
 4   me, tender was a present act.  At the time of tender,
 5   Solaris was presently willing, ready, and able to
 6   convey these units to your client or to, I should say,
 7   to CRCPS.
 8        Q     To clarify this mystification, are you
 9   saying that tender is different than conveyance?
10             MR. GEE:  Object to form.
11             THE WITNESS:  Yes, I've said that before
12   and I'll say it again.  The answer is yes.
13        Q     (BY MR. LITOWITZ) Okay.  I want to draw
14   your attention to Exhibit A of this note, which is
15   marked IS 259.
16        A     Yes, I've turned to the document Bates
17   stamped IS 259.
18        Q     What is this?
19        A     It purports to be Exhibit A to the
20   promissory note.
21        Q     Okay.  Does this list each unit, the date
22   of the associated loan advance, and the maturity date?
23        A     I believe it does.  I can't tell that it's
24   each and every unit because they're not numerically
25   ordered, but it looks to me to be Exhibit A of the
```

Page 24

Ryan Smith - May 25, 2023

```
 1    promissory note that contains all the units that were
 2    collateral for this loan.
 3         Q     I direct your attention to unit 6E West,
 4    the first entry, the maturity date is April 17, 2017.
 5    Was this loan prepaid by the maturity date?
 6         A     6E West I believe was conveyed to a group
 7    of limited partners.  I don't recall the date of that
 8    conveyance.
 9         Q     That's not what I asked you.  Was it
10    prepaid by, SPO the borrower?
11         A     Yes, it was.  It was prepaid by SPO when
12    SPO tendered the unit to CRCPS in or about April of
13    2015.
14         Q     In April 2015 at the supposed tender was
15    the unit conveyed?
16         A     No, nor was it required to be conveyed.
17         Q     I didn't ask you that.  Was it conveyed in
18    April of 2015?
19         A     No, nor was it required.
20         Q     I didn't ask that you that.  Please answer
21    the question.
22              MR. GEE:  Excuse me.
23              MR. LITOWITZ:  He's -- Ty --
24              MR. GEE:  Let him finish his answer.
25              MR. LITOWITZ:  No.  I'm asking him a
```

Veritext Legal Solutions
303-988-8470

Ryan Smith - May 25, 2023

```
 1    question; I want an answer.  There's no buts allowed.
 2    I'm asking him a question.
 3              MR. GEE:  He's going to finish his answer,
 4    Mr. Litowitz.
 5              MR. LITOWITZ:  No.
 6              THE WITNESS:  The answer, again, for the
 7    third time is no, nor was it required to be conveyed.
 8       Q    (BY MR. LITOWITZ) So with regard to all of
 9    these payments or loan advances on Exhibit A is it
10    your position that they were tendered in April 2015 --
11    April 2015?
12              MR. GEE:  Object to form.
13              THE WITNESS:  Yes.
14       Q    (BY MR. LITOWITZ) By what document were
15    they tendered?
16       A    The units were tendered in several ways.
17              Leading up to the initial maturity date,
18    Solaris had conversations with CRCPS wherein Solaris
19    indicated its intent to tender the units to CRCPS on
20    or about each -- the third anniversary of each loan
21    advance.  The parties ultimately memorialized that
22    agreement in what became the agreement titled,
23    Agreement Regarding Collateral Units, which, for the
24    benefit of the reporter, I sometimes refer to by the
25    acronym ARCU, which I pronounce "ARCU."
```

Page 26

Ryan Smith - May 25, 2023

1      Q      ARCU.  Okay.  Was the tender in writing in

2   the year 2015?

3      A      There was a writing that's effective as of

4   that date that tendered the units.

5      Q      Okay.  Was there a writing in 2015 that

6   made that tender?

7      A      The parties exchanged a number of documents

8   in 2015 with respect to the tender.

9      Q      The writing -- there's no -- was there a

10  notice of tender sent?

11     A      There was a notice of tender that was given

12  at a minimum orally or verbally between the parties,

13  and in 2015, written documents were exchanged, the

14  topic of which was the tender of the units.

15     Q      Were those written documents redlined back

16  and forth until 2019?

17     A      The document that had its origin in 2015

18  ultimately became what I referred to as the ARCU, and

19  over that period of time between 2015 and the date on

20  which the ARCU was finally signed, there was a series

21  of redlines exchanged.

22     Q      So the ARCU was not finalized -- on what

23  date was the ARCU finalized?

24            MS. WALKER:  Object to form.

25            THE WITNESS:  I can't tell you what day the

Page 27

Ryan Smith - May 25, 2023

```
 1    ARCU was finalized.  I can tell you the date on which
 2    it became effective if you would like to show me a
 3    copy of the ARCU.
 4          Q     (BY MR. LITOWITZ) Well, I don't need to
 5    show you a copy of it right now.  I'm asking you on
 6    what date was the ARCU signed?
 7                MS. WALKER:  Object to form.
 8          Q     (BY MR. LITOWITZ) Physically signed.
 9          A     I can't tell you sitting here the date it
10    was physically signed.  If you would like to show me
11    some documents to refresh my memory, I'd be happy to
12    look at them.
13          Q     I will.  I know that you know the answer,
14    so I have the documents that I'm going to get to later
15    that show the answer.  So if you want to save us time
16    and just tell us when you signed it, we can do that,
17    or we can take the long way.
18                MR. GEE:  Object --
19          Q     (BY MR. LITOWITZ) What date did you sign
20    it?
21                MR. GEE:  Hold on for a second.
22          Q     (BY MR. LITOWITZ) What date was it signed?
23                MR. GEE:  Hold on for a second.
24                Object to the narrative.  Object to the
25    argumentative.
```

Page 28

Ryan Smith - May 25, 2023

```
 1                You may answer the question.
 2                THE WITNESS:  Mr. Litowitz, as I previously
 3    answered, I don't recall the exact date on which the
 4    parties signatures were affixed to the ARCU.  If you
 5    would like to show me the chain of email
 6    correspondence that evidences that, I would be happy
 7    to look at with you and offer my opinion of the date
 8    which the ARCU was signed.
 9                MR. LITOWITZ:  Okay.  Let me -- I'm going
10    to make copies of this.
11                (Recess taken.)
12                (Exhibit 3 was marked.)
13        Q    (BY MR. LITOWITZ) I've just handed you
14    Exhibit 3, which is a series of emails between
15    yourself and Rob Glucksman, which we're going to into
16    in great detail later.
17                At the top is an email from you to Rob
18    Glucksman dated Friday, February 8th, 2019.  Do you
19    see this?
20        A    Yes.
21        Q    Do you see the subject line?
22        A    Yes.
23        Q    Agreement regarding collateral units.
24    What's the date on this email?
25        A    The sent date is Friday, February 8th,
```

Page 29

Ryan Smith - May 25, 2023

```
 1   2019, 12:59 p.m. Mountain Standard Time.
 2        Q     Does it say that you've signed all of
 3   Solaris's documents at the title company this morning?
 4              MR. GEE:  Object to form.
 5              THE WITNESS:  Yes.
 6        Q     (BY MR. LITOWITZ) Does this refresh your
 7   memory as to when you signed the agreement regarding
 8   collateral units?
 9        A     Yes.
10        Q     And what is that?
11        A     I believe that I signed the agreement
12   regarding collateral units on behalf of Solaris on
13   Friday, February 8th of 2019.
14        Q     Okay.  So the tender in 2015 took place by
15   an agreement signed in 2019?
16              MR. GEE:  Object to form.
17              THE WITNESS:  The tender took place in
18   2015 --
19        Q     (BY MR. LITOWITZ) Correct.
20        A     -- by the actions of parties, and those
21   actions in that agreement that occurred in 2015 were
22   subsequently memorialized in the document that became
23   the ARCU that was signed on February 8th of 2019.
24        Q     Okay.  So can you please explain to me when
25   the tender occurred in 2015?
```

Page 30

Ryan Smith - May 25, 2023

 1      A      As I believe I've previously testified, the
 2   tender occurred in 2015 on or -- in or about the month
 3   of April or the months leading up to the first three
 4   year anniversary of the first loan advance.
 5      Q      Do you have a date for those tenders?
 6      A      No, I do not have a specific date but they
 7   were in the months leading up to that date I just
 8   described to you.
 9      Q      Do you have a formal document tendering
10   those units in 2015 dated and signed in 2015?
11      A      I have a document that is dated effective
12   as of 2015.
13      Q      I didn't ask you that.  I said, Do you have
14   a 2015 signed and dated document tendering the 19
15   units?
16      A      The document was signed effective April
17   2015.
18             MR. LITOWITZ:  I would like a note that
19   he's not answering the question.
20      Q      (BY MR. LITOWITZ) I'll ask it one more
21   time.  In 2015, from January 1st, 2015 to
22   December 31st, 2015, was a document signed by SPO I
23   tendering the 19 units to CRCPS?
24      A      No document was signed to my knowledge.
25      Q      Okay.  Jesus.

                                        Page 31

Ryan Smith - May 25, 2023

```
1                MR. GEE:  Excuse me, keep your comments to

2       yourself.

3                For the record, counsel said, "Jesus" after

4       the witness answered the question.

5          Q    (BY MR. LITOWITZ) Drawing your attention

6       back to Exhibit 1 for a minute, if you have it, please

7       turn to page IS 23.

8                MS. WALKER:  Can you tell me the page of

9       the exhibit, Counsel?

10               MR. LITOWITZ:  It's page 9 of the

11      agreement.

12               MS. WALKER:  Thank you.

13         Q    (BY MR. LITOWITZ) And directing your

14      attention to section 20, Romanette ii, amendments.  Do

15      you see this provision?

16         A    Yes.

17         Q    The second sentence reads, No alteration or

18      amendment of this Agreement shall be effective unless

19      given in writing and signed by the parties to be

20      charged or bound.

21               Here's my question:  Before 2019, from

22      January 1, 2015 to December 31, 2018, was this loan

23      agreement ever amended?

24         A    I believe so, yes.

25         Q    And how -- and can you describe that
```

Page 32

Ryan Smith - May 25, 2023

1    amendment?

2        A      Well, there was a series of amendments to

3    the loan documents over the course of the loan.

4        Q      I didn't ask -- I asked if this particular

5    agreement was amended.

6        A      And again, I believe it was.

7        Q      When?

8        A      I don't recall the dates of the various

9    amendments to this agreement.

10       Q      So you've turned over the loan agreement --

11   not you, SPO has turned over the loan agreement

12   without turning over the amendments to the loan

13   agreement?

14              MR. GEE:  Object to form.

15              THE WITNESS:  I don't know what SPO has or

16   has not turned over.  I'm telling you here today it is

17   my belief the loan agreement was in fact amended over

18   the course of the loan.

19       Q      (BY MR. LITOWITZ) Your job is what again?

20       A      To answer your questions truthfully.

21       Q      What is your job?

22       A      Are you going back to my position?  My

23   professional position?

24       Q      Yes, your professional position.

25       A      My position, as I stated at the beginning,

Page 33

Ryan Smith - May 25, 2023

```
 1   is general counsel of Solaris.
 2        Q    And you don't know whether this -- on what
 3   dates it's -- this loan agreement was amended?
 4             MR. GEE:  Object to form.
 5             THE WITNESS:  Mr. Litowitz, again, I'm
 6   telling you that I believe the loan was amended, and
 7   sitting here today I cannot tell you the exact date.
 8             As general counsel of Solaris group, I deal
 9   with a large volume of documents and many
10   transactions.  I cannot remember the date of every
11   amendment to every agreement we've ever entered into
12   sitting here today.
13             If you would like to show me some document
14   and refresh my memory, I would be happy to discuss
15   them with you.
16             MR. LITOWITZ:  I would make a request to
17   see any amendments.
18        Q    Turning to the -- page 8 of the loan
19   agreement.  Turning to page 8, section 16 -- wait, I'm
20   sorry, I meant -- sorry, page 11, if you could turn to
21   that.  There's -- this is section 20 still,
22   Romanette xii, 12.  Do you see that?
23        A    Yes.
24        Q    It says, Time is of the essence in the
25   performance of this Agreement.  What does that mean?
```

Page 34

Ryan Smith - May 25, 2023

```
 1        A     That means what it says, that time is of
 2   the essence in the performance of this agreement.
 3        Q     That's a tautology.  Do you understand
 4   that?
 5              MR. GEE:  Object to form.
 6              THE WITNESS:  You asked me what it means,
 7   and I told you what it means to me.
 8        Q     (BY MR. LITOWITZ) So you -- A means A,
 9   tautology?
10              MR. GEE:  Object to form.
11              THE WITNESS:  Mr. Litowitz, I'm not going
12   to argue with you about the meaning of this.
13        Q     (BY MR. LITOWITZ) You don't know what it
14   means?
15        A     Time is of the essence.
16        Q     Does that phrase typically mean that
17   performance on specified dates have to be done in
18   compliance with those dates?  That the dates are not
19   loose?
20        A     I believe that it means compliance with the
21   dates is important.
22        Q     So what you're telling -- I want you to
23   turn to the Promissory note, I think it's -- is that
24   2?
25        A     I'm on Exhibit 2 which is titled,
```

Ryan Smith - May 25, 2023

```
 1    Promissory Note.
 2         Q     Go to the back page, Exhibit A, IS 259.
 3         A     I'm with you.
 4         Q     So by the way, is this -- at the bottom, is
 5    that borrower initials, RS, are those your initials?
 6         A     Those are my initials.
 7         Q     Okay.  Were any of these units conveyed as
 8    of the maturity date?
 9               MR. GEE:  Object to form.
10               THE WITNESS:  Again, I believe I told you
11    before, several units -- three units were conveyed
12    prior to the date on which the 16 units were conveyed.
13    I don't recall if those conveyances occurred before or
14    after the maturity dates.
15         Q     (BY MR. LITOWITZ) Okay.  But you testified,
16    correct me if I'm wrong, please, that 16 of the units
17    were conveyed on or about December 2020?
18               MR. GEE:  Object to form.
19               THE WITNESS:  Yes, I believe that's the
20    date, and the documents speak for themselves, but
21    December 2020 sounds correct to me.
22         Q     (BY MR. LITOWITZ) Okay.  I'm just pulling
23    up the dates.
24               Okay.  So, I'm just pulling up the dates of
25    the -- okay.
```

Veritext Legal Solutions
303-988-8470

Ryan Smith - May 25, 2023

```
 1              If I told you that those three units, the

 2    first three transfers, were transferred in 2019 and

 3    2020, would that be correct?

 4      A    Again, I can't tell you without seeing some

 5    documents.

 6      Q    Okay.  During the break I'll get you those

 7    deeds.

 8              Okay.  Is it your testimony that -- let me

 9    restart that.

10              I need to get this absolutely down, and I

11    apologize for making you go over it again.  What was

12    the date of tender for these 19 units?

13              MR. GEE:  Object to form.

14              THE WITNESS:  Sometime prior to or in April

15    of 2015.

16      Q    (BY MR. LITOWITZ) Okay.  They were tendered

17    prior to 2015; is that correct?

18              MR. LITOWITZ:  I think he said 2014.  Did

19    he say 2014 or '15?

20              (Record read.)

21      Q    (BY MR. LITOWITZ.)  Great.  But the

22    conveyance took place when?

23      A    Well, as we've just discussed, three

24    conveyances took place on undetermined dates, which

25    you are going to show me later.  We believe that the
```

Page 37

Ryan Smith - May 25, 2023

1    conveyance of 16 units occurred in or about December

2    of 2020.

3        Q     Did the tenders, which you are dating from

4    2015, transfer title to the units?

5        A     No.

6        Q     Did the conveyances transfer title to the

7    units?

8        A     Yes.

9        Q     I am now going to show you something

10   exciting.  Give me one second.  Mine got tore up, so

11   I've got to make a quick copy of this.

12             (Recess taken.)

13             (Exhibit 4 was marked.)

14       Q     (BY MR. LITOWITZ) I've handed you what is

15   marked Exhibit 4, which are filings made by SPO

16   counsel in the federal case.  Are you familiar with

17   the -- what is called the federal case?

18       A     Yes.

19       Q     Okay.  So directing your attention to the

20   first page as document 224 at the top.  In the

21   second --

22       A     I'm sorry, Mr. Litowitz, I'm trying to find

23   document 224.  I'm not familiar with this particular

24   document you have presented to me.

25             Okay.  I do see at the top center of the

Page 38

Ryan Smith - May 25, 2023

```
 1   document it is labeled document 224.
 2       Q     Okay.  It says here where it's underlined,
 3   In lieu of a cash payment on the loan their
 4   partnership extended, CRCPS was tendered, and controls
 5   disposition of, the collateral securing the loan.
 6              MR. GEE:  Object to form.
 7       Q     (BY MR. LITOWITZ) Do you see that language?
 8       A     Yes.
 9       Q     How was that tender accomplished?
10       A     That tender was accomplished in the manner
11   that we've discussed multiple times this morning
12   leading up to the April 15 time period.
13              The units were tendered to CRCPS by SPO,
14   and that tender was ultimately memorialized in the
15   agreement titled ARCU.
16       Q     Okay.
17              MR. GEE:  Let me make a couple of notes for
18   the record.
19              Exhibit 4 is a four-page document.  Three
20   of those pages appear to be excerpts from document 224
21   in the case Lei Gu v. Waveland Ventures.
22              It contains handwriting in black and red
23   ink and underscoring on the first three pages.  The
24   last page appears to be an expert from document 232
25   that has various notations and underscoring.
```

Page 39

Ryan Smith - May 25, 2023

```
 1        Q     (BY MR. LITOWITZ) Okay.  Turning to the
 2   next page which is, as Mr. Gee stated, a photocopy of
 3   documents filed with the U.S. District Court, if you
 4   look at the bottom of the page where it's
 5   highlighted -- or not highlighted, underlined SPO's
 6   counsel said two, actually three as of a few months
 7   ago of the 19 units were sold and SPO conveyed title
 8   under the ARCU.  Do you see that language?
 9        A     Yes.
10        Q     Okay.  So does that refresh your memory as
11   to whether the three pre-2020 conveyances were made in
12   2019?
13              MR. GEE:  Object to form.
14        Q     (BY MR. LITOWITZ) -- or 2020?
15        A     Again, I'm not familiar with this
16   particular, document but looking at the file date of
17   6-10-2020 and the line that you just read which states
18   that prior to that date two or actually three of the
19   19 units were sold I believe that the three units that
20   were sold or transferred or conveyed prior -- on or
21   prior to June 10th of 2020.
22        Q     Okay.  Great.
23              So we have tender in 2015, supposedly, and
24   conveyance in -- prior to -- we have conveyance prior
25   to -- three prior to that, and 16 in December 2020.
```

Page 40

Ryan Smith - May 25, 2023

```
 1              MR. GEE:  Object to form.
 2              Wait for a question.
 3      Q     (BY MR. LITOWITZ) My question is this:  Do
 4  you see the language that's after the comma there and
 5  says, And SPO conveyed title under the ARCU?
 6      A     Yes.
 7      Q     What's the date of that filing with the
 8  Court?
 9              MR. GEE:  Object to form.
10              THE WITNESS:  June 10th, 2020.
11      Q     (BY MR. LITOWITZ) Okay.  This is a public
12  document.
13              SPO conveyed title on what date prior to
14  June 10, 2020 under the ARCU?
15              MR. GEE:  Object to form.
16              THE WITNESS:  Between -- I don't know the
17  exact date on which these three units were conveyed.
18  I can tell you based on this document I believe they
19  were conveyed prior to June 10th, 2020 but again,
20  I cannot give you an exact date.
21      Q     (BY MR. LITOWITZ) Okay.  Turning the page
22  two times to the one that begins with this section 3,
23  The breech of the contract claim is deficient.
24      A     Mr. Litowitz, what page --
25      Q     Go one more.  There.
```

Page 41

Ryan Smith - May 25, 2023

```
 1        A     I see that heading yes.

 2        Q     Do you see that is document 232 filed

 3   6-29-20 in the U.S. District Court?

 4        A     Yes.

 5        Q     Okay.  This is a submission from your

 6   outside counsel.  Underlined it says, The ARCU is not

 7   literally a transfer document.  I ask you my question:

 8   Is the ARCU a transfer document?

 9              MS. WALKER:  Object to form.

10              MR. GEE:  Join.

11              THE WITNESS:  Mr. Litowitz, what do you

12   mean by transfer document?

13        Q     (BY MR. LITOWITZ) Your counsel used that

14   term, so did it transfer -- did it transfer the

15   properties?

16              MR. GEE:  Object to form.

17              THE WITNESS:  Mr. Litowitz, again, I don't

18   know in what sense my counsel used that term.

19              I believe the last part of your question to

20   me was did this document transfer title to the units,

21   this document being the ARCU, and in that case, my

22   answer is no, it did not transfer title; it

23   memorialized the tender of the units from Solaris to

24   CRCPS.

25        Q     (BY MR. LITOWITZ) Is it possible to prepay
```

Page 42

Ryan Smith - May 25, 2023

```
 1    a loan advance without transferring title?
 2              MR. GEE:  Object to form.
 3              THE WITNESS:  Under the loan documents,
 4    yes.
 5         Q    (BY MR. LITOWITZ) Is it also possible to
 6    prepay without paying cash?
 7              MR. GEE:  Object to form.
 8              THE WITNESS:  Yes.
 9         Q    (BY MR. LITOWITZ) Is it possible to prepay
10    after the maturity date set forth in the exhibit to
11    the promissory note?
12         A    My position is that the note was prepaid by
13    the tender of the units in or about April of 2015.
14         Q    Okay.  The note was prepaid in 2015 by
15    what?
16         A    The tender of units.
17         Q    Pursuant to a contract signed when?
18         A    Again, it is not my position that the sole
19    means of tendering the units was the ARCU.  The units
20    were tendered in conversations between the parties
21    prior to April 15.  Those agreements that the parties
22    reached during that time frame were memorialized in
23    the document that became the ARCU that was negotiated
24    over the period between 2015 and 2019.
25         Q    When does the prepayment period expire
```

Page 43

Ryan Smith - May 25, 2023

```
 1   under the loan and promissory note?
 2        A     The way you're using the word "prepayment,"
 3   I believe you're trying to tie it to the maturity date
 4   of the loan.  The maturity date of the loan was
 5   rendered irrelevant or mooted by the ARCU.
 6        Q     Okay.  So you're saying that a maturity
 7   date in -- are you saying that a maturity date in 2017
 8   was mooted by an agreement executed after that date?
 9             MS. WALKER:  Object to form.
10             MR. GEE:  Join.
11             THE WITNESS:  The parties reached an
12   agreement prior to that date.  That agreement that the
13   parties reached prior to that date was ultimately
14   memorialized in the ARCU, a term of which that the
15   agreement was effective as of April of '15.
16             MR. GEE:  When you say April of '15, can
17   you clarify?
18             THE WITNESS:  I am referring to what I
19   believe is the date as of which the agreement
20   regarding collateral units was dated effective.
21        Q     (BY MR. LITOWITZ) I'm going back to this
22   because it doesn't make any sense to me, I'm sorry.
23             We went over the prepayment provision in
24   the loan agreement and promissory note.  When did that
25   prepayment period expire?
```

Page  44

Ryan Smith - May 25, 2023

```
 1        A     It is my view that the prepayment period
 2   did not expire.
 3        Q     (BY MR. LITOWITZ) Did it arrive?
 4              MR. GEE:  Object to form.
 5              MS. WALKER:  Join.
 6              THE WITNESS:  I don't understand the
 7   question.
 8        Q     (BY MR. LITOWITZ) On the back of the
 9   promissory note it sets forth dates under the heading
10   called maturity date.  Did those dates take place in
11   the world?
12              MR. GEE:  Object to form.
13              THE WITNESS:  Well, yes, those dates took
14   place in the world.
15        Q     (BY MR. LITOWITZ) Okay.  Was title
16   transferred before those dates?
17              MR. GEE:  Object to form.
18              THE WITNESS:  No, title was not
19   transferred.  The units were tendered prior to those
20   dates as required under the loan agreement.
21              MR. LITOWITZ:  Well, didn't we --  I now
22   have a long exhibit which I'm going to make sure we
23   get a copy of.
24              This is your copy.
25              MS. WALKER:  Thank you.
```

Veritext Legal Solutions
303-988-8470

Ryan Smith - May 25, 2023

```
 1              MR. LITOWITZ:  Ty, I presume you want a
 2    paper copy?  These are all your documents, but I'll
 3    make you a copy of this.
 4              MR. GEE:  Thank you.
 5              (Recess taken.)
 6              (Exhibit 5 was marked.)
 7        Q    (BY MR. LITOWITZ) Mr. Smith, I'm giving you
 8    a pretty long document that I'm going to go through
 9    which are all documents that your counsel has provided
10    to me.
11              MR. GEE:  Hold on for a second.  The copy
12    you gave to me has --
13              MR. LITOWITZ:  Did she put something else
14    on top of it?  I don't know why she did that, here.
15              MR. GEE:  Thank you.
16        Q    (BY MR. LITOWITZ) I'm handing you a large
17    batch of documents that we're going to go through that
18    are documents that your counsel has provided to me
19    containing emails between yourself and Mr. Glucksman
20    of CRCPS and various redlines and drafts that came
21    between the two of you.  All of these are marked with
22    SPO numbers.  If one of them becomes illegible or you
23    can't read it then let me know and I will try to help
24    you sort that out.
25              So I would draw your attention to the first
```

Page 46

Ryan Smith - May 25, 2023

```
 1   page.
 2              MR. GEE:  Hold on just one second.
 3              MR. LITOWITZ:  Yeah.
 4              MR. GEE:  For the record, Deposition
 5   Exhibit Number 5 contains apparently experts from an
 6   April 14 production by Solaris Property Owner I and
 7   Mr. Knoeble.
 8              This Deposition Exhibit 5 contains Bates
 9   numbers the prefix of SPO.  My copy, I can't see the
10   Bates numbers so I've been looking at the actual
11   Deposition Exhibit 5.  I noticed that some of the
12   numbers are not in order, for example, SPO 0004339
13   precedes SPO 0003687 and also we have various gaps in
14   the Bates numbering.
15              Thank you.
16      Q     (BY MR. LITOWITZ) Okay.  I note for the
17   record that -- I'll just go on.
18              I'll draw your attention to the first page.
19   This is an email from you.  What's the date on this
20   email?
21      A     Wednesday, March 2nd, 2016, and again I'm
22   referring to SPO Bates number 970.
23      Q     Okay.  And this is to Rob Glucksman.  Do
24   you happen to know his -- what he does at Colorado
25   Regional Center, if anything?
```

Page 47

Ryan Smith - May 25, 2023

```
 1                MS. WALKER:  Object to form.
 2                THE WITNESS:  I believe Mr. Glucksman is an
 3     in-house attorney for Colorado Regional Center.
 4        Q     (BY MR. LITOWITZ) Oh, is he an attorney?
 5        A     Again, it's my belief that Mr. Glucksman is
 6     an attorney for the Colorado Regional Center.
 7        Q     Okay.  If you read in the body of the text,
 8     is this an email that you sent?
 9                MS. WALKER:  Object to form.
10                THE WITNESS:  It appears to be, yes.
11        Q     (BY MR. LITOWITZ) Okay.  Looking at the
12     second paragraph it says in the second sentence, I
13     tried to keep it as simple as possible but the fact
14     that CRC will be in possession of units that continue
15     to be owned by Solaris does give rise to some issues
16     that need to be addressed.  Do you see that language?
17        A     Yes.
18        Q     So, this is 2016.  Was the ARCU a document
19     that transferred ownership --
20                MR. GEE:  Object to form.
21                MS. WALKER:  Object to form.
22        Q     (BY MR. LITOWITZ) -- as of this date?
23        A     Please restate your question.
24        Q     Can you explain to me what you meant when
25     you said in this email that the units will continue to
```

Page 48

Ryan Smith - May 25, 2023

```
 1   be owned by Solaris?

 2        A     That is a reference to the parties

 3   agreement reached prior to April 2015 pursuant to

 4   which Solaris had tendered the units to CRCPS.  CRCPS

 5   has refused acceptance of those and desired for

 6   Solaris to continue to own title to the units that had

 7   been tendered.

 8        Q     (BY MR. LITOWITZ) Okay.  This agreement

 9   that appears after it, does it appear on the -- on SPO

10   971, it's a letter agreement.

11             MR. GEE:  My Bates numbers are cut off so

12   can you just describe the document?  Is it the second

13   page?

14             MS. WALKER:  Second page what I have is --

15   the second page is something else, so I don't have the

16   first page of whatever it is.

17             MR. LITOWITZ:  Does it start like this?

18             MR. GEE:  No, my second page looks like the

19   middle of a document.

20             MR. LITOWITZ:  Is this what you have?  She

21   didn't print the first page.

22        Q     (BY MR. LITOWITZ) What page do you have

23   after the first page?

24        A     The second page of the stack of documents

25   you handed me is numbered SPO 971.
```

Page 49

Ryan Smith - May 25, 2023

```
 1        Q      Okay.  Well, then let's move on.
 2               Can you go to Bates number 3590?  It should
 3    be occurring after that.
 4               MR. GEE:  Can you just tell me how many
 5    pages from the first page?
 6               MR. LITOWITZ:  I have it as ten.  It looks
 7    like this, Agreement to Omnibus.
 8               MR. GEE:  All right.  I have the document
 9    identification number on the bottom left-hand corner.
10    Can you tell me what is it on yours, Mr. Litowitz?
11               MR. LITOWITZ:  It says, Agreement on it.
12               MR. GEE:  No, bottom left-hand corner do
13    you have a document number?
14               MR. LITOWITZ:  00316124.DOCX/1.
15               MR. GEE:  All right.
16        Q      (BY MR. LITOWITZ) Okay.  So, Mr. Smith, do
17    you recognize this document?
18        A      Not this particular one, but I recognize it
19    as a version of what became titled the ARCU.
20        Q      Okay.  And at the end of this agreement, at
21    the very end of it there's an Exhibit A which is
22    called, Form of Transfer Agreement.  Do you see that?
23        A      I see a cover page to an Exhibit A; I don't
24    see an Exhibit A attached to the document.
25        Q      Right, right.  Exactly, exactly, exactly.
```

Page 50

Ryan Smith - May 25, 2023

1    That's correct.

2            I want to know why the transfer agreement

3    is separate from the ARCU.

4        A    The transfer agreement is an exhibit to the

5    ARCU.

6        Q    Correct.  You say that later on, and we'll

7    get to that, but why is the transfer agreement an

8    exhibit to the ARCU?

9        A    Because it's complimentary to the purposes

10   of ARCU.  The ARCU memorialized the tender of units in

11   the conditions under which Solaris would continue to

12   hold title post tender of those units.

13           The transfer agreement was the document by

14   which the parties would eventually effect the transfer

15   or the conveyance of the units that had previously

16   been tendered.

17       Q    Okay.  If you would turn to what I call SPO

18   3715, it's a ways down.  It begins at 3714.

19           MS. WALKER:  Can you identify what the

20   document is?

21           MR. LITOWITZ:  It's an email from Ryan

22   that's cut off at the bottom from Ryan to Rob

23   Glucksman.

24           MR. GEE:  What's the date of email?

25           MR. LITOWITZ:  November 7th.

Page 51

Ryan Smith - May 25, 2023

```
 1                 MR. GEE:  November 7 of 2017?

 2                 MR. LITOWITZ:  Correct.

 3                 MR. GEE:  And the very top line says, Rob,

 4      just following up on the status of your review?

 5                 MR. LITOWITZ:  Yep.

 6           Q     (BY MR. LITOWITZ) So, do you have that one

 7      up in front of you there, Mr. Smith?

 8           A     I have the document Bates numbered

 9      SPO 1374.

10           Q     Okay.  Great.  So at the bottom of that

11      page starts an email.  If you turn the page, the email

12      continues.  The email says, Sorry for the delay in

13      getting this back to you.  A revised draft is attached

14      in clean and redlined to your prior draft.  Then

15      there's some language I wanted to ask you about.  It

16      says, Also attached is the previously negotiated

17      Transfer Agreement which, I have adapted to serve as

18      Exhibit A to the main agreement.  The Transfer

19      Agreement provides the mechanics for actually

20      transferring the unit to CRCPS or a third-party buyer

21      when that obligation to do so is triggered under the

22      main agreement.  Do you see that language there?

23           A     You've paraphrased some of it, but yes, I

24      see that paragraph.

25           Q     So was the transfer agreement an exhibit to
```

Page 52

Ryan Smith - May 25, 2023

```
 1    the ARCU?

 2         A      Yes.

 3         Q      Okay.  Immediately following that page if

 4    you turn one page you see it says, Agreement Regarding

 5    Collateral Units, Solaris draft 4.2.17?

 6         A      I see a 4.2.18 at the top of the page that

 7    is Bates numbered SPO 3718.

 8         Q      Correct, correct.  Now, this is not called

 9    agreement, as we saw the previous draft, this is now

10    called agreement regarding collateral units.  Who

11    changed the title of the agreement from agreement to

12    agreement regarding collateral units?

13         A      The parties did.

14         Q      Okay.  And when was that changed?

15         A      I can't tell you by looking at the

16    document.

17         Q      Okay.  Well -- okay.

18                So if you look at this document, this says,

19    Solaris draft.  What's the date on this agreement?

20         A      There's a number of dates.  Can you please

21    clarify which date you're looking at?

22         Q      I'm sorry, at the top, Solaris draft.

23         A      The date that follows the word Solaris

24    draft is 4-2 of '18.

25         Q      Great.  And so the agreement itself, the
```

Page 53

Ryan Smith - May 25, 2023

```
 1    first paragraph gives a crossed out date and a new

 2    date.  What are those?

 3         A     The crossed out date, there is no date,

 4    it's an incomplete date.  The date that appears to

 5    have been inserted in lieu of --

 6         Q     Whoa, whoa, whoa --

 7         A     -- of the crossed out language says

 8    April, 2015.

 9         Q     Okay.  Was something crossed out there?

10         A     A blank line was crossed out.

11         Q     Was there a year that was crossed out on

12    this document?

13         A     Mr. Litowitz, there is no need to raise

14    your voice at me.

15         Q     I'm not raising my voice, I'm trying to

16    explain to you simply to answer my question.  Was

17    there a date, a year crossed out?

18         A     You asked me before about a date.  There is

19    not a complete date.  Now that you're pointing it out,

20    yes, there is a year with strikethrough through it.

21    That year was 2017.

22         Q     Is it your opinion that date does not

23    include year?

24               MR. GEE:  Object to form.  Argumentative.

25               THE WITNESS:  Mr. Litowitz, you asked me
```

Page 54

Ryan Smith - May 25, 2023

```
 1    about what I believed was a specific date.  I don't
 2    see a specific date having been crossed out, but
 3    it's -- I can see now that you're referring to the
 4    year, 2017, and yes I can see there was a line through
 5    the year 2017.  To me, year 2017 is not a date, it is
 6    a year.
 7         Q     (BY MR. LITOWITZ) Okay.  Who inserted April
 8    2015?
 9         A     The parties did.
10         Q     Did they do it together, or did one party
11    send a redline to the other with the revised date?
12         A     They did it together in the sense that both
13    parties entered into this agreement, a term of which
14    that it was dated effective as of April 2015.
15         Q     I can't believe I have to do this.  If you
16    can turn to SPO 3687 I'm -- it's about halfway
17    through.  I'm not sure I am give you any more color
18    than.  That it's towards the end.
19              MS. WALKER:  What is it?
20              MR. LITOWITZ:  It's the agreement with the
21    words, "Regarding Collateral Units" added.  It's
22    toward the middle.  It looks like this and it says on
23    the top, Solaris CRCPS draft.
24              MR. GEE:  What's the document number at the
25    bottom?
```

Page 55

Ryan Smith - May 25, 2023

```
 1                 MR. LITOWITZ:  3687.

 2                 MS. WALKER:  316124.

 3                 THE WITNESS:  I'm still unable to find that

 4     page number in this large stack of documents.

 5          Q     (BY MR. LITOWITZ) Can I -- may I help you?

 6          A     Please.

 7          Q     Can you see it now?  Do you see it?

 8          A     I see the page Bates number SPO 3687.

 9          Q     Okay.  Great.  At the top it gives -- the

10     very top right it says, CRCPS draft.  Can you

11     determine the date including the year of that?

12                 MS. WALKER:  Object to form.

13                 THE WITNESS:  It's a little faint on the

14     copy that I'm looking at, but my best guess is that

15     the date that follows CRCPS draft is 2-16 of '18.

16          Q     (BY MR. LITOWITZ) Okay.  Does this draft by

17     underlining indicate changes, draft changes?

18          A     You know, I'm not familiar with this

19     particular draft.

20                 It is -- in my experience when tracking

21     changes using Microsoft Word, some changes are

22     underlined, some changes are stricken through.  So

23     this appears to be consistent with the redlined

24     performed in Microsoft Word.

25          Q     Does this help you refresh your memory as
```

Page 56

Ryan Smith - May 25, 2023

```
 1    to who added the words, Recording Collateral Units?
 2         A     Not without more context.  I can't tell who
 3    drafted this or who sent it.
 4         Q     Does it say at the top whose draft it is?
 5         A     It does say at the top that it is CRCPS's
 6    draft.  My hesitancy to commit to an answer is that
 7    sometimes counter parties don't always change that
 8    heading at the top of an agreement.
 9         Q     I agree.  Okay.
10               So did this agreement eventually become the
11    ARCU?
12               MS. WALKER:  Object to form.
13               THE WITNESS:  This appears to be an
14    iteration of the document that ultimately became the
15    ARCU that we've been referring to, yes.
16         Q     (BY MR. LITOWITZ) Okay.  I want to you turn
17    to page three of the agreement.
18         A     I'm with you.
19         Q     Under the new subsection one, sub Romanette
20    ii, it says, the Collateral Distribution deemed to
21    have occurred pursuant to this section shall not
22    constitute a prepayment or satisfaction of the
23    principal amount of any loan agreements.
24               MR. GEE:  What paragraph are you on?
25               THE WITNESS:  I'm having a hard time
```

Page 57

Ryan Smith - May 25, 2023

```
 1    following you, too, Mr. Litowitz.
 2              MR. LITOWITZ:  Right here.  Goes to the
 3    second page.
 4              MR. GEE:  What paragraph on yours?
 5    Paragraph two.
 6              MR. LITOWITZ:  Well, the first one was
 7    all -- it's one, but the original one was crossed out
 8    and a new one was inserted.
 9              THE WITNESS:  You just said page 2 but the
10    page I'm looking at it's actually page --
11        Q     (BY MR. LITOWITZ) You're correct.  You're
12    right.  I'm wrong.
13        A     Bates number SPO 3689.
14        Q     You're correct.
15        A     To be clear, you're looking at section 1,
16    not the crossed out version but what you believe to
17    have been inserted?
18        Q     Yes.
19        A     Okay.  I'm with you.  Where in that
20    paragraph are you?
21        Q     I am at Romanette ii.
22        A     Okay.  I would like to read above that to
23    understand the paragraph.
24        Q     Yeah.  Of course.
25        A     Okay. I see the language.
```

Page 58

Ryan Smith - May 25, 2023

```
 1        Q      Okay.  So in the beginning of the new
 2   section one that was added here, it says, For purposes
 3   of calculating interest under the Loan Documents, with
 4   respect to each Eligible Unit and Loan Advance,
 5   Borrower shall be deemed to have caused a Collateral
 6   Unit Distribution as of the corresponding Effective
 7   Date set forth in Recital E above.
 8             And then in Romanette ii it says, The
 9   Collateral Unit Distribution deemed to have occurred
10   -- deemed to have occurred -- pursuant to this Section
11   1 shall not constitute a prepayment of the -- or
12   satisfaction of the principal amount.  So, do you see
13   that language?
14             MR. GEE:  Object to form.
15             THE WITNESS:  You've paraphrased and
16   misquoted some of the language above, but I do see
17   Romanette ii in the language you're referring to, yes.
18        Q      (BY MR. LITOWITZ) Okay.  So, at this time,
19   2-16-18, were the parties exchanging redlines of what
20   became the ARCU?
21        A      Yes.
22        Q      Was the redline exchanged one that said
23   that the ARCU did not effect a prepayment under the
24   loan documents?
25             MS. WALKER:  Object to form.
```

Page 59

Ryan Smith - May 25, 2023

```
 1              MR. GEE:  Object to form.
 2              THE WITNESS:  The sentence that you just
 3   read in this draft, it speaks for itself.  It says
 4   shall not constitute a prepayment.  This language was
 5   not mine and it did not appear in the final ARCU.
 6              And I would add that there is a note in the
 7   column --
 8        Q    (BY MR. LITOWITZ) I didn't ask you about
 9   that.
10        A    -- that says, Interest still --
11        Q    You're not -- strike that --
12        A    -- payable per Operating Payment Agreement
13   -- which leads me to believe --
14              MR. LITOWITZ:  He's not answering the
15   question.
16              THE COURT REPORTER:  I need one at a time,
17   please.
18              MR. GEE:  When he's talking, you have to
19   stop talking.  When he's finished talking, you may
20   resume talking.
21              THE WITNESS:  I'm sorry, I thought I was
22   permitted to finish my answer.  I was in the middle of
23   answering Mr. Litowitz's prior question when I
24   perceived him to interrupt me.
25              I was pointing to the comment in the column
```

Page 60

Ryan Smith - May 25, 2023

```
 1   whereby a commentor with the initials RG made a
 2   reference to this language as being interest still
 3   being payable under the operating payment agreement.
 4           That concludes my response to your last
 5   question.
 6       Q    (BY MR. LITOWITZ) Comments -- in your
 7   understanding are comments on the side tied to
 8   highlighted information --
 9           MR. GEE:  Object to form.
10       Q    (BY MR. LITOWITZ) -- in the document?
11       A    Typically a comment points to language in a
12   document.
13       Q    So you've just told me about comment RG1;
14   is that correct?
15       A    That's the comment I was referencing in my
16   response, yes.
17       Q    Did you mention interest payments?
18       A    I mentioned what the comment says.  I'm
19   only pointing out that there's a comment that's in
20   reference to this language.
21       Q    Got it.  So, thank you for pointing this
22   out.
23           Going back to that sub two --
24       A    Uh-huh.
25       Q    -- does it have the word "interest" in it?
```

Page 61

Ryan Smith - May 25, 2023

```
 1              MR. GEE:  Object to form.
 2              THE WITNESS:  No.
 3      Q     (BY MR. LITOWITZ) Okay.  I would ask you to
 4  turn to SPO 8650.  It's a series of emails that
 5  looks --
 6              MR. GEE:  What's the top email?
 7              MR. LITOWITZ:  Top email is Rob Glucksman
 8  February 4, 2019.
 9      Q     (BY MR. LITOWITZ) Mr. Smith, can you see
10  that when these documents were produced by your
11  outside counsel they produced email chains which
12  contained prior emails?
13      A     Yes.
14      Q     Okay.  So when I asked you to look at 8650
15  it begins with an email from Glucksman to Smith
16  February 4, 2019.  Do you see that?
17      A     Yes.
18      Q     But then it includes prior sent emails on
19  subsequent SPO numbers.
20      A     Yes.
21      Q     Okay.  So I draw your attention to what I
22  see as the email below that, Friday, February 21st,
23  2019 from Rob Glucksman to Smith, and here
24  Mr. Glucksman says, In the agreement regarding
25  collateral units we do need to retain the rights under
```

Page 62

Ryan Smith - May 25, 2023

```
1    the note and loan agreement until all of the transfers

2    occur.  What does that mean --

3              MS. WALKER:  Object to form.  Foundation.

4              MR. GEE:  Object to form.

5         Q    (BY MR. LITOWITZ) -- To you?

6         A    Mr. Litowitz, these are not my words; these

7    are Mr. Gluckman's.  If you want to know what is meant

8    by them I suggest that you ask him.

9         Q    I will on the 8th but you then wrote back

10   on the 4th, three days later, which is noted above,

11   and did you mention there his concerns?

12             MS. WALKER:  Object to form.

13             MR. GEE:  Join.

14             THE WITNESS:  I think you're skipping an

15   intervening email on Friday, February the 1st and

16   jumping ahead to the top email.  Is that the one

17   you're referring to?

18        Q    Right, February 4, I'm asking about that.

19        A    Yes, and I see my words there.  I think

20   your concerns are alleviated -- excuse me, those were

21   not my words; those were Mr. Gluckman's words to me.

22        Q    By the notice and right to cure provisions

23   in Section 17 of the loan agreement?

24        A    Yes, I see that language.

25        Q    Okay.  Got it.
```

Page 63

Ryan Smith - May 25, 2023

```
 1              So, as late as 2019, the ARCU was still
 2    being -- was it still being redlined?
 3         A    I don't see specific redlines on that date
 4    but I do believe it was being negotiated on that date.
 5         Q    What is section 17 of the loan agreement?
 6         A    We would have to look at the loan agreement
 7    to determine that.
 8         Q    Okay.  Let's do that.  Do you have it?
 9         A    I have it in front of me, Deposition
10    Exhibit 1.
11         Q    Okay.
12         A    The loan agreement.
13         Q    And what is that provision titled?
14         A    Effect of an event of default by Borrower;
15    Lender's remedies.
16         Q    Okay.  So your email of the 4th makes
17    reference to this section of loan agreement; is that
18    correct?
19         A    No, it's not my email on the 4th.
20         Q    Gluckman's email on the 4th makes reference
21    to that, correct?
22         A    Correct.
23         Q    Okay.  As you noted yourself, there was an
24    intervening email on February 1st, 2019 where you told
25    Glucksman to give you a call.  Do you see that email
```

Page 64

Ryan Smith - May 25, 2023

```
 1   there?

 2        A     Yes.

 3        Q     What -- did that call take place?

 4        A     I don't recall.

 5        Q     Okay.  On 8651 -- forget -- scratch that.

 6              At the very end of the stack that I gave

 7   you, at SPO 4338 --

 8              MR. GEE:  What's the top email??

 9              MR. LITOWITZ:  Ryan to Rob, August 21,

10   2018.

11              THE WITNESS:  Mr. Litowitz, I don't see

12   that email at the end of my stack.  What's the Bates

13   number?

14        Q     (BY MR. LITOWITZ) 43 -- very end, like, the

15   very, very end.

16              MS. WALKER:  It's not at the end of mine

17   either.

18              MR. GEE:  Not at the end of mine.

19              MS. WALKER:  It's sort of in the middle.

20              MR. LITOWITZ:  Do you have -- okay.  I'll

21   find it for you.

22              MS. WALKER:  Right before the CRCPS draft

23   of the ARCU.

24              MR. GEE:  First line is, Rob, if the

25   additional provisions --
```

Ryan Smith - May 25, 2023

```
 1              MR. LITOWITZ:  Yeah, yeah.  Where do you

 2   see that?

 3              MS. WALKER:  Right before the --

 4        Q    (BY MR. LITOWITZ) Okay.  Here it is.

 5              Okay.  Now here's an email in the middle.

 6   Do you see an email from Glucksman to you April 21,

 7   2018?

 8        A    No, I see an email dated August 21 of 2018.

 9        Q    Did I say that?

10              MR. GEE:  You said April.

11        Q    (BY MR. LITOWITZ) Do you see one that says

12   August 21?

13        A    Yes.

14        Q    I want you to take a look at this and take

15   a second to read it.  I want to ask you about some

16   language in here.

17              Mr. Glucksman says to you here, I

18   understand your point that Solaris continues to own

19   the units -- and this is 2018 after they were

20   tendered, so Solaris continues to own the units while

21   it was contemplated CRC would have taken ownership but

22   the reason the units haven't been transferred was at

23   the request of Solaris.  Now, you testified earlier

24   that CRCPS didn't want the titles transferred.

25              MR. GEE:  Object to form.
```

Page 66

Ryan Smith - May 25, 2023

1      Q      (BY MR. LITOWITZ) But here he's saying that

2   it was Solaris, so please tell me which party didn't

3   want the titles transferred.

4               MS. WALKER:  Object to form.

5               MR. GEE:  Object to form.

6               THE WITNESS:  CRCPS did not initially want

7   the titles transferred.

8      Q      (BY MR. LITOWITZ) So, when Mr. Glucksman

9   says the units haven't been transferred, it was at the

10  request of Solaris, is that a true statement?

11              MS. WALKER:  Object to form.

12              MR. GEE:  Object to form.

13              THE WITNESS:  I don't know.  What I can

14  tell you is that initially CRCPS did not want to take

15  title to the units for purposes of saving transaction

16  costs and fees.

17              MR. GEE:  Doug, let me know when you get to

18  the end of a section.  We've been going for about two

19  hours.

20              MR. LITOWITZ:  I'm going to stop in about

21  two minutes.  I need to take a break.

22              MR. GEE:  All right.

23              MR. LITOWITZ:  And then after that it's not

24  as bad.

25      Q      (BY MR. LITOWITZ) So there seems to be some

Page 67

Ryan Smith - May 25, 2023

```
 1    disagreement here then.  Do you see a disagreement
 2    here?
 3               MR. GEE:  Object to form.
 4               MS. WALKER:  Join.
 5        Q     (BY MR. LITOWITZ) As to who -- why the
 6    units weren't transferred.
 7        A     I can tell you that initially the units
 8    were not transferred at the request of CRCPS.  That
 9    was several years before this date that that request
10    was made of SPO from CRCPS.  This is approximately
11    three years later, and I don't recall at the time why
12    circumstances may have changed.
13        Q     Okay.  Just -- later that day there is an
14    email from you that's below.
15        A     Uh-huh, yes.
16        Q     Sometimes they're below.
17               In the third paragraph you said the
18    transfer agreement was designed to act as a purchase
19    agreement.  What does that mean?
20        A     It means it was intended to be the document
21    by which title was conveyed.
22               MR. LITOWITZ:  Okay.  Okay.  Why don't we
23    take a break now.
24               (Recess taken.)
25        Q     (BY MR. LITOWITZ) This should not take as
```

Page 68

Ryan Smith - May 25, 2023

```
 1    much time as this morning.

 2            Couple quick questions, was the ARCA

 3    related to real estate?

 4        A    I didn't understand the word you used

 5    there.  ACRA, I believe you said.

 6        Q    Agreement regarding collateral units.

 7        A    Okay.  Please restate the question.

 8        Q    You really didn't understand?

 9        A    You said the name ACRA.  I'm not familiar.

10        Q    Does the ARCU, agreement regarding

11    collateral units, affect interest in real estate?

12            MS. WALKER:  Object to form.

13            THE WITNESS:  If you're asking if it's a

14    conveyance of real estate, no.  It does have an affect

15    on real estate.  Yes, I can say that it does have an

16    affect.

17            I'm not sure what you're trying to get at.

18    If you would like to clarify I'm happy to talk further

19    with you.

20        Q    (BY MR. LITOWITZ) You testified that there

21    were discussions about prepaying the loan advances.

22    Are any of those written down?

23        A    They're memorialized in the ARCU.

24        Q    Okay.  Have you ever drafted a put notice

25    for SPO I to put the units back to CRCPS?
```

Page 69

Ryan Smith - May 25, 2023

```
 1      A     Yes, I drafted a document that we generally
 2   refer to as a put notice.
 3      Q     Was that ever signed?
 4      A     That document evolved into the ARCU, which
 5   was signed, so in that sense, yes.
 6      Q     Okay.  I'm going to hand you a document.  I
 7   don't know what number we're on.
 8            (Exhibit 6 was marked.)
 9      Q     Have you seen this document before?
10            MR. GEE:  Hold on for a second.  Mr. Smith
11   is just noting that the official deposition exhibit
12   has the Bates numbers cut off.  My version has the
13   Bates numbers on.
14            MR. LITOWITZ:  869 to 875?
15            MR. GEE:  We could switch these so that he
16   has the Bates numbers.
17            MR. LITOWITZ:  Sure.
18      Q     (BY MR. LITOWITZ) Are you familiar with
19   this document?
20      A     Not this particular one but I am familiar
21   with the document that was titled transfer agreement
22   in connection with in transaction.
23      Q     Okay.  On page 7 there's a signature page
24   that is blank that would have your signature.  Do you
25   see that?
```

Page 70

Ryan Smith - May 25, 2023

```
 1        A     Yes.

 2        Q     Okay.  Directing your attention to page 2,

 3   which is SPO 870.

 4        A     Yes.

 5        Q     Section 2 b., the parties -- reading from

 6   section 2, The parties here affirm the following

 7   Recitals and incorporate them as conveyance.  Borrower

 8   further acknowledges -- borrower being defined as SPO,

 9   acknowledges -- I want to go to b. here and ask you

10   about B.  It says, Borrower acknowledges that the

11   conversion of the Loan Advance under the Note to a

12   non-recourse obligation is consideration for

13   conveyance of a Tendered Unit.

14             Why would -- my question for you is this:

15   Why would a note have to be converted into

16   non-recourse?

17        A     It wouldn't have to be; the loan was

18   non-recourse.

19        Q     So what sense is there in language saying

20   it's converted to non-recourse?

21        A     Mr. Litowitz, I didn't draft this document.

22   This document is unsigned.  You would have to ask

23   whoever drafted this document why they included those

24   words in this document.

25        Q     You're saying that you did not draft this
```

Page 71

Ryan Smith - May 25, 2023

```
 1    document?
 2        A      That is correct.
 3        Q      Okay.  Do you know who did draft this
 4    document?
 5        A      Well being that we didn't draft it, the
 6    only other choice would be CRCPS.
 7        Q      Okay.  Give me one second.  Sorry.  Give me
 8    one second.
 9               You're saying you did not draft this
10    document?
11               MR. GEE:  Object to form.
12        Q      (BY MR. LITOWITZ) Did you draft this
13    document?  I'm asking you again?
14               MR. GEE:  Object to form.
15               THE WITNESS:  Not to my knowledge, no.
16        Q      (BY MR. LITOWITZ) Not to your knowledge,
17    no.
18               Have you done a due inquiry?
19        A      Yes.
20        Q      Okay.
21        A      I can tell you where I believe this
22    document came from, but you've given me no context.
23    You've given me a few pieces of paper here and I could
24    guess where it came from, but I have a sense of who
25    drafted this document and it wasn't me.
```

Page 72

Ryan Smith - May 25, 2023

```
 1        Q      Okay.  I'm going to give you a -- I gave
 2    each of you guys a package of stuff.  So, the next
 3    document I'm giving you is this document, which will
 4    be the first in your pile of stuff.
 5               (Exhibit 7 was marked.)
 6        Q      Did you sign the transfer agreements that
 7    were made in 2020 or 2021?
 8        A      I would have to look at the transfer
 9    agreements themselves but my recollection is that I
10    signed them in December of 2020.
11        Q      Okay.
12        A      And to be sure, I'm talking about the
13    transfer agreements for the 16 units.
14        Q      Correct, correct.  I have -- you guys have
15    turned over all of the transfer agreements for all 19,
16    so I'm actually staring at them right now.  Okay.  And
17    yeah, they are signed by you.
18               Okay.  Are you aware that in this lawsuit
19    one of the issues is whether the -- CRCPS was
20    authorized by its general partner to sign the transfer
21    agreement?
22               MS. WALKER:  Object to form.
23               MR. GEE:  Object to form.
24        Q      (BY MR. LITOWITZ) I'll restate it.  Are you
25    aware that removal of the general partner of CRCPS is
```

Page 73

Ryan Smith - May 25, 2023

```
 1    at issue in this case?

 2         A    Yes.

 3         Q    Okay.  Have you ever seen this document

 4    that I've handed you and is marked as exhibit I guess

 5    7?

 6         A    Yes.

 7         Q    Okay.  Can you please turn to -- well let

 8    me ask you:  Did you -- when was the first time you

 9    saw this agreement roughly?

10         A    I can't put a date to it, but the first

11    time I recall seeing this is when Mr. Glucksman or

12    someone on his behalf delivered it to the title

13    company in connection with the first transfer of a

14    collateral unit.

15         Q    Okay.  Gotcha.

16              I would ask you to turn to -- well, it's

17    section 9.06 but it's IS 271 if it came through on

18    your bottom.

19         A    No, it did not come through on the bottom.

20         Q    So it's 9.06.  Can you find that?

21              MR. GEE:  For the record, this LLP

22    agreement, Deposition Exhibit Number 7, has three

23    exhibits, none of which is attached to this draft or

24    this version.

25              THE WITNESS:  Mr. Litowitz, I'm looking at
```

Page 74

Ryan Smith - May 25, 2023

 1    the first page of what is Bates marked IS 260 and I'm

 2    turning to section 9.06 of that document.  There are

 3    no Bates numbers on my document after the first page.

 4         Q     (BY MR. LITOWITZ) Does it look like this?

 5         A     It looks like 9.06.

 6         Q     Okay.  Great.  So 9.06 I'm going to read

 7    this and ask you a question.  Subject to the

 8    provisions of Article 8, the Limited Partners owning

 9    Interests constituting in the aggregate two-thirds of

10    all Interests of Limited Partners unless stated

11    otherwise may, without the concurrence of the General

12    Partners and in accordance with Section 12.2, remove

13    the General Partner for cause and admit a substitute

14    General Partner.  Do you see anything in here that

15    requires a court determination for removal of a

16    general partner?

17              MR. GEE:  Object to form.

18              MS. WALKER:  Object to form.

19              THE WITNESS:  Mr. Litowitz, you're asking

20    me for a legal conclusion about this paragraph that

21    I'm not prepared to offer.

22         Q     (BY MR. LITOWITZ) Does the word "court"

23    appear in this section?

24              MR. GEE:  Object to form.

25              THE WITNESS:  In scanning that section I do

Veritext Legal Solutions
303-988-8470

```
 1    not see the word "court."

 2         Q    (BY MR. LITOWITZ) What does without the

 3    concurrence of the general partners mean to you?  I'm

 4    not holding you to it or anything, I'm just asking you

 5    what that means?

 6              MS. WALKER:  Object to form.

 7              MR. GEE:  Object to form.

 8              THE WITNESS:  Again, I think you're asking

 9    me to opine on something which I'm not prepared to do

10    but generally speaking I think it means without the

11    consent of that party.

12         Q    (BY MR. LITOWITZ) Okay.  Turning the page

13    you'll get to 9.07.  I actually want to go to sub five

14    which I will read and then ask you a question.

15              Any matter for which approval or consent is

16    required or for which the Limited Partners are

17    authorized to take action under this Agreement or

18    under law may be approved or action may be taken by

19    Limited Partners without a meeting and shall be as

20    valid and effective as taken at a meeting assembled if

21    written consent to such action by the Limited Partners

22    are signed by the Limited Partners owning Interest

23    constituting in the aggregate the Interest required to

24    approve or otherwise authorize such action, and such

25    consents are delivered to the General Partners.  Do
```

Ryan Smith - May 25, 2023

```
 1   you see that provision?
 2        A     I see that provision.  You've paraphrased
 3   or missed a few words, but I see the provision you're
 4   referring to.
 5        Q     Okay.  Great.
 6              Have you seen the consents both a proxy and
 7   a consent signed by the limited partners in this case?
 8              MS. WALKER:  Object to form.
 9              THE WITNESS:  I believe I have seen them,
10   but only in connection with this litigation.
11        Q     (BY MR. LITOWITZ) Okay.  How many consents
12   are you aware were signed?
13              MR. GEE:  Object to form.
14              THE WITNESS:  I don't know.
15        Q     (BY MR. LITOWITZ) You don't know?
16        A     In other words, the party I represent is
17   not a party to this agreement.
18        Q     I know, but you're saying --
19        A     The documents you're alluding to are not
20   addressed to me.
21        Q     But your client is saying that the removal
22   is at issue, has asked for extensive discovery on
23   removal, has interviewed my assistant as my wife
24   asking her about her job as a waitress and about her
25   job selling purses and what she did in Taiwan based on
```

Page 77

Ryan Smith - May 25, 2023

```
 1    this.
 2              MR. GEE:  Object to the narrative.
 3              Wait for a question.
 4        Q     (BY MR. LITOWITZ) Okay.  So removal's an
 5    issue that your client -- that your outside counsel
 6    has raised as early as this morning asking for some
 7    kind of native copies of all of the consents, so
 8    consent is an issue.
 9              So I ask you again:  When did you first see
10    this language?
11              MR. GEE:  Hang on.  Object to the
12    narrative.  Object to the form of the question.
13              You may answer.
14              THE WITNESS:  Today.
15        Q     (BY MR. LITOWITZ) Today.  Today's your
16    first time seeing it?
17        A     As I said, Mr. Litowitz, I had seen this
18    document --
19        Q     I didn't ask you a question.
20        A     But I had not --
21        Q     I just asked --
22        A     But Mr. Litowitz, I'm finishing my prior
23    response.
24        Q     You're not.  You're going off.  I asked,
25    you asked and answered.
```

Page 78

Ryan Smith - May 25, 2023

```
 1              MR. GEE:  Now you can finish your answer.
 2              THE WITNESS:  Mr. Litowitz, I earlier
 3    testified that I had seen this document.  It's
 4    apparent now that I should have clarified that I have
 5    seen the document is not the same as reviewing it in
 6    its entirety.  The first time I have seen section --
 7    article 9 section 9.075 is when you presented it to me
 8    in the last few minutes.
 9         Q    (BY MR. LITOWITZ) Did your counsel provide
10    you with a 112 signed proxies?
11              MR. GEE:  Object to form to the question.
12              MR. LITOWITZ:  Just object to form on every
13    question maybe, Ty.
14              MR. GEE:  I'm going to instruct you not to
15    answer that question.  Calls for attorney work product
16    and attorney-client communications.
17              MR. LITOWITZ:  I'm sorry, how is that
18    attorney work product?
19              MR. GEE:  The documents I choose to give to
20    my client are attorney work product.
21              MR. LITOWITZ:  Even though they're from
22    someone else and they're not your product?
23              MR. GEE:  I stand on my objection and my
24    direction.
25              You may ask the next question.
```

Page 79

Ryan Smith - May 25, 2023

```
 1              MR. LITOWITZ:  Okay.  I'm going to write

 2    that down.  Attorney work product of documents written

 3    by third parties and filed in a court.  Gotcha that's

 4    attorney work product.

 5         Q    (BY MR. LITOWITZ) Okay.  I direct your

 6    attention above to sub 4.  Each Limited Partner may

 7    authorize a person to act for him by proxy with

 8    respect to any matter in which a Limited Partner is

 9    entitled to participate.  Do you see that language?

10         A    Yes.

11         Q    Okay.  Do you see anything there looking at

12    that section that says a proxy must be -- do you see

13    the word -- I'll start over.

14              Do you see the word "notarized" in that

15    section?

16         A    Kindly allow me to read the section.

17         Q    Yes.

18         A    In answer to your question I do not see the

19    word "notarization" in section 4.

20         Q    Do you see the word "attest" or "attested"

21    in that section?

22         A    No.

23         Q    Do you see the word "witnessed" in that

24    section?

25         A    No.
```

Page 80

Ryan Smith - May 25, 2023

```
 1        Q      Okay.  Do you see the word "verified" in
 2   that section?
 3        A      No.
 4        Q      Okay.  Turning to 13.01 which marked IS
 5   278.
 6        A      Again the exhibit copy I have in front of
 7   me, the Bates numbers are not visible on the page.
 8        Q      Okay.
 9        A      I have, nonetheless, turned to section
10   13.01 of the document.
11        Q      Great.  I'm going to read this and ask a
12   question.  The Limited Partnership shall be dissolved
13   and its affairs wound up after the happening of the
14   first to occur of any of the following events.  Turn
15   the page, sub 4, removal of the General Partner.
16   Okay.  Do you see that language?
17        A      I see language that appears to be to
18   section you paraphrased, yes.
19        Q      Now turn to section 13.03, do you see
20   language that says, Winding Up.  Upon dissolution of
21   the Limited Partnership for any reason, the General
22   Partner or any other party designated by vote or
23   written consent owning the majority of Interests shall
24   commence to wind up the affairs and liquidate its
25   assets.  Do you see that language more or less
```

Page 81

Ryan Smith - May 25, 2023

 1  paraphrased?

 2      A       More or less, yes.

 3      Q       Okay.  Are you aware that limited partners

 4  signed proxies and consents removing the general

 5  partner for cause and dissolving or purporting to

 6  dissolve CRCPS?

 7              MS. WALKER:  Object to form.

 8              MR. GEE:  Object to form.

 9              THE WITNESS:  I became aware in connection

10  with this litigation that proxies had been submitted.

11      Q       (BY MR. LITOWITZ) When you say this

12  litigation do you mean the federal case or just the

13  state case?

14      A       I don't recall the exact time at which --

15  or during the course of which case I became aware of

16  these proxies you're referring to, but it was during

17  the course of one or the other.

18      Q       At the time -- sorry, were you aware that

19  the issue of removal was raised in the federal

20  lawsuit?

21      A       I believe that it was.  I don't have a

22  specific recollection of it being raised there, but

23  it's obviously an issue in this case.

24      Q       At the time transfer agreements were signed

25  by yourself and cosigned by CRCPS, were you aware that

Page 82

Ryan Smith - May 25, 2023

```
 1    the judge had not ruled on removal?

 2              MS. WALKER:  Object to form.

 3              THE WITNESS:  Please restate the question.

 4        Q    (BY MR. LITOWITZ) At the time the 16

 5    transfer agreements were signed in December 2020, were

 6    you aware that the judge in the federal case had not

 7    ruled on whether removal had been successfully

 8    accomplished or not?

 9        A    At the time I believed that CRC I was the

10    general partner of CRCPS and had no reason to believe

11    otherwise.

12        Q    You had no reason to believe otherwise

13    despite seeing the proxies were moving them?

14              MR. GEE:  Object to form.

15              MS. WALKER:  Join.

16              THE WITNESS:  I didn't testify as to the

17    time at which I saw the proxies; I did see them during

18    the course of this -- the federal litigation or this

19    litigation.  I don't recall at what time I first

20    became aware of the proxies.

21        Q    (BY MR. LITOWITZ) Were you aware that the

22    plaintiffs had filed over two-thirds of limited

23    partners' signatures removing the general partner in

24    April of 2020?

25              MS. WALKER:  Object to form.
```

Ryan Smith - May 25, 2023

```
 1              THE WITNESS:  Again, I don't recall at what
 2   time I saw those proxies.
 3        Q    (BY MR. LITOWITZ) Can you find out for me,
 4   please?  I would request that you produce something
 5   telling me when you learned that those proxies had
 6   been filed.
 7              MR. GEE:  Counsel, we'll take that request
 8   under advisement.
 9              MR. LITOWITZ:  Okay.  Yeah, you do that.
10        Q    (BY MR. LITOWITZ) You had a transfer
11   agreement signed in December 2020 by a party who had
12   been removed by two-thirds vote, and that removal was
13   before the Court; is that correct or not?
14              MR. GEE:  Object to form.
15              MS. WALKER:  Object to form.
16              THE WITNESS:  Mr. Litowitz, I disagree with
17   the premise of your question that CRC I had been
18   removed, or is even removed as of this date.
19        Q    (BY MR. LITOWITZ) Okay.  I understand what
20   you're saying.
21              Was removal put at issue prior to signature
22   of the transfer agreements in December 2020?
23              MR. GEE:  Object to form.
24              THE WITNESS:  Please clarify.  What do you
25   mean at issue?
```

Page 84

Ryan Smith - May 25, 2023

```
 1        Q      (BY MR. LITOWITZ) Presented to the Court

 2    for determination?

 3               MR. GEE:  Object to form.

 4               THE WITNESS:  Mr. Litowitz, I would suggest

 5    you go back and look at the record if you're asking

 6    what was presented.

 7        Q      (BY MR. LITOWITZ) Well, I was there, I was

 8    the one that did the filings, I was the one that

 9    submitted it, I was the one that handled the removal.

10    Their side said -- CRC at the time said that they

11    weren't removed.  All this happened in April, May, and

12    June of 2020.  Are you -- were you aware of any of

13    that happening throughout spring or summer of 2020?

14               MR. GEE:  Object to the narrative.

15               THE WITNESS:  Mr. Litowitz, again, I don't

16    recall at what time I first learned that the limited

17    partners had purported to remove CRC I as the general

18    partner of CRCPS.  I can tell you at no point have I

19    ever seen any evidence of them actually having been

20    removed.

21        Q      (BY MR. LITOWITZ) Okay.  I'm asking

22    something slightly different, so let me rephrase it.

23               I'm not asking whether you had seen

24    evidence of them being removed; I'm asking whether you

25    had seen evidence of a controversy over whether they
```

Page 85

Ryan Smith - May 25, 2023

```
 1   had been removed.
 2       A     Mr. Litowitz, I am aware of the controversy
 3   over whether CRC I was removed, yes, and as I
 4   testified before, I don't recall exactly what time I
 5   became aware of that controversy.
 6       Q     Explain to me why you would enter into an
 7   agreement signed by a party who's authority was under
 8   question.
 9              MR. GEE:  Object to form.
10              MS. WALKER:  Form.
11              THE WITNESS:  Can you please re-ask the
12   question?
13       Q     (BY MR. LITOWITZ) Why would you enter into
14   a contract with a party knowing that its authority to
15   sign the contract was under review by the courts?
16              MR. GEE:  Object to form.
17              THE WITNESS:  The fact that somebody had
18   challenged somebody's authority to act on behalf of
19   the partnership doesn't necessarily mean that they
20   lack authority.
21              So, we were conducting business as usual
22   absent any adjudication or evidence that the general
23   partner had, in fact, been removed.
24       Q     (BY MR. LITOWITZ) At the time of the
25   December '20 transfers were you aware that it was
```

Page 86

Ryan Smith - May 25, 2023

```
 1    possible that the Court would rule that CRC had no

 2    authority to bind CRCPS?

 3               MS. WALKER:  Object to form.

 4               MR. GEE:  Object to form.

 5               THE WITNESS:  Mr. Litowitz, again, I don't

 6    recall exactly the timing of these issues.  I want to

 7    be helpful, I just don't -- I'm not quite sure what

 8    you're getting at.

 9       Q    (BY MR. LITOWITZ) I'm getting at -- let me

10    ask you this question:  What was the rush to get the

11    transfers done in 2020?

12               MR. GEE:  Object to form.

13               MS. WALKER:  Join.

14               THE WITNESS:  There was no rush the get the

15    transfers done in 2020.

16       Q    (BY MR. LITOWITZ) Well, CRCPS notified the

17    limited partners that SPO no longer would hold title

18    to the units and the decision for the transfer came

19    from SPO I; is that correct?

20       A    It's correct that the decision to

21    effectuate the transfer of 16 units in December of

22    2020 came from SPO I.

23       Q    Do you know if there was an economic tax or

24    accounting reason for wanting the transfer to be done

25    in 2020?
```

Page 87

Ryan Smith - May 25, 2023

```
 1        A     I don't know.
 2        Q     So just all of a sudden, out of the blue,
 3   SPO informed CRCPS that they wanted to transfer titles
 4   without giving a reason?
 5              MR. GEE:  Object to form.
 6              MS. WALKER:  Join.
 7              THE WITNESS:  There is no -- SPO was not
 8   required to give a reason.  It had the absolute right
 9   to convey title --
10        Q     (BY MR. LITOWITZ) Yeah, I mean --
11        A     -- pursuant to the agreement.
12        Q     No, I don't agree with that because the
13   right to convey title was expired.
14              MR. GEE:  Object to the narrative.
15        Q     (BY MR. LITOWITZ) turn to section 13.06.
16              13.06 says that, Beginning on a date three
17   years following the investment by Limited Partners,
18   the General Partner shall engage independent third
19   parties who are familiar with Vail condo market to
20   prepare a good faith estimate of Fair Market Value
21   hereinafter defined of the Limited Partnership
22   Property.  The Limited Partnership shall provide
23   notice -- Option Notice -- to the Limited Partners of
24   the estimated Fair Market Value.  For purposes of this
25   Section, Fair Market Value Shall mean total
```

Page 88

Ryan Smith - May 25, 2023

```
 1    liquidation value.  Do you see that language?
 2         A     If you're -- I think you're reading from
 3    the first half of section --
 4         Q     Correct?
 5         A     Took me a while to catch up with you there,
 6    but yes, I think that's what you read.  I see those
 7    defined terms.
 8         Q     Okay.  So the reason I mentioned that to is
 9    because of my next exhibit, which is -- I think it's
10    -- which is a statement from the general partners --
11               (Exhibit 8 was marked.)
12         Q     Have you ever seen this document before?
13    You may or may not have.  I don't know if you have,
14    but take a look at it and let me know.
15         A     I can't say that I've never seen it, but I
16    don't recognize it.
17         Q     Okay.  This is one of those six notices
18    that were just mentioned that the general partner of
19    CRCPS has to give to the limited partners appraising
20    them of the fair market value of the units.
21               Turn the page to page 2 in the second
22    paragraph, it's not indented, it begins with the word,
23    The Partnership is hereby providing notice.  Do you
24    see that section?
25         A     Yes.
```

Page 89

Ryan Smith - May 25, 2023

1      Q      Hereby providing notice to the LPs of the

2    estimated Fair Market value as of November 2018, which

3    is -- has been determined to be 73,130,000, so 73.13

4    million for the 18 remaining Units, and below it is a

5    chart.  Do you see that?

6      A      Yes.

7      Q      So on that chart, what is the remaining

8    loan advance amount total?

9            MS. WALKER:  Object to form.

10           THE WITNESS:  Are you asking me to read one

11   of the numbers from the chart?

12     Q      (BY MR. LITOWITZ) Yeah, exactly.

13     A      Which number?

14     Q      I know it's not -- I know you didn't write

15   this, but I'm asking you just to read it.  It's under,

16   Loan Advance Amount.

17     A      I see the column titled, Loan Advance

18   Amount, and the total at the bottom of that column as

19   set forth on this document $78,500,000.

20     Q      Okay.  And under the column marked,

21   Appraised Value, what is the total there at the

22   bottom?

23     A      The column titled, Appraised Fair Market

24   Value is 73,130,000 in total.

25     Q      Okay.  Great.  Now turn the page.  The

Page 90

Ryan Smith - May 25, 2023

```
 1   first full paragraph, not the continuation, it says,
 2   The GP also engaged unrelated appraiser, BBG, Inc. to
 3   appraise the remaining units for a bulk purchase.
 4   Okay.  And then a little further down it says --
 5   there's a little chart.  Do you see that little chart
 6   there?
 7        A    Yes.
 8        Q    It says bulk value as is of all units,
 9   forty three million three twenty.  Do you see that?
10        A    Yes, and by all units it's referring to 18
11   units.
12        Q    That's exactly right.
13             And the first sentence that appears after
14   that is, BBG's appraisal incorporates a number of
15   assumptions, including a sales period of approximately
16   7 years.  Do you see that?
17        A    Yes.
18        Q    So the loan advances made to SPO from CRCPS
19   over the years from 2012 to 20 -- there was -- 18 of
20   them were 2012 and 2013 and then there was one piece
21   in 2015, those total -- what was the total amount of
22   that, of those advances?
23        A    $82.5 million.
24        Q    Okay.  According to this document, if those
25   units were sold in liquidation, which is their fair
```

Page 91

Ryan Smith - May 25, 2023

```
 1   market value, what is their value?
 2             MR. GEE:  Object to form.
 3             MS. WALKER:  Join.
 4             THE WITNESS:  I can tell you what the
 5   appraiser valued them as set forth in this document.
 6        Q    (BY MR. LITOWITZ) I'm not asking for Ryan
 7   Smith's appraisal; I just want to know what CRCPS has
 8   said the 18 units collateral is worth if sold at fair
 9   market value, which is liquidation value?
10        A    Again, I don't know that it's CRCPS saying
11   that; it appears to be an appraiser saying that, and I
12   think the number you want me to read aloud to you is
13   the value conclusion for a bulk value of all 18 units
14   as is of $43,320,000.
15        Q    Okay.  Do you know the value -- does SPO
16   have internal methods by which it valued each of these
17   19 units --
18             MR. GEE:  Object --
19        Q    (BY MR. LITOWITZ) -- over the course of
20   this loan?
21             MR. GEE:  Object to form.
22             THE WITNESS:  SPO did not perform
23   valuations of the units over the course of the loan
24   formally or through an appraiser.
25        Q    (BY MR. LITOWITZ) Right, right, right.
```

Page 92

Ryan Smith - May 25, 2023

1  Were they carried on the books of SPO I at a certain

2  value?  I don't know what that value is.

3      A     The units -- all 19 units would have been

4  carried on the books as an asset of Solaris until such

5  time as they were conveyed.  I believe, but don't know

6  exactly, that they were carried on the books at a

7  value equal to the collateral unit value assigned to

8  them in the loan documents.

9      Q     So are you able -- and I'm not saying you

10  should be or shouldn't be -- are you able to tell me

11  for each unit how much the loan was and how much the

12  property was worth on the maturity date set forth on

13  the promissory note?

14      A     I don't follow your question.  Can you

15  please clarify?

16      Q     Okay.  SPO got $82.5 million, and I'm

17  trying to figure out how much they gave up to get

18  $82.5 million.  So do you have a value for what they

19  gave up?  Obviously they didn't give cash, so they

20  gave units.  Do you have a value for those units that

21  they gave up?

22      A     I can tell that you the value ascribed to

23  the units in the loan documents is set forth in the

24  loan documents, and those are the values at which SPO

25  I would have valued the units.  They didn't -- SPO I

Page 93

Ryan Smith - May 25, 2023

```
 1    did not change the value of the units over the course
 2    of the loan.
 3         Q    Okay.  Are you aware that the values
 4    assigned could not be reached in actual sales by most
 5    of the units?
 6              MR. GEE:  Object to form.
 7              THE WITNESS:  No, I don't know that or
 8    believe that.
 9         Q    (BY MR. LITOWITZ) Really?  Okay.  The --
10    okay.  You don't believe it.  You don't believe -- you
11    don't believe that.  Okay.  So you believe that the
12    sale prices of the units was at or above the
13    collateral values which were assigned?
14         A    Mr. Litowitz, I wasn't party to the sales
15    of the units.  CRCPS sold them.  I did not see all the
16    terms of all those transactions.  I am aware that some
17    were below and some were above the collateral unit
18    values assigned to them in the loan documents.  You
19    asked me if I ever thought it was possible for them to
20    be sold, you didn't specify a time period.  I believe
21    yes, at some point in the future every one of those
22    units can be sold for more than the collateral unit
23    value.
24         Q    When did those units first go on the
25    market?
```

Page 94

Ryan Smith - May 25, 2023

```
 1        A      Which unit?

 2        Q      Any unit.

 3        A      Which units?

 4        Q      Any of the 19?

 5        A      I don't know.

 6        Q      On the back of this last document that I

 7   gave you on page 6, it says here at the top, As such

 8   there can be no definitive time line for which all the

 9   units will be sold.  To sell prematurely would likely

10   mean selling units at a significant discount to the

11   original amount of each loan advance.  Do you see that

12   language?

13        A      Yes.

14        Q      Okay.  What's the date of this document?

15        A      Turning to page one of Exhibit 8, the

16   document's dated May 30th, 2019.

17        Q      Here's where I'm a little puzzled, and I

18   would like your thoughts on this.  At the time of this

19   agreement, who owned these units?

20        A      You said agreement.  Are you, in fact,

21   referring to --

22        Q      You're right.  At the time of this notice,

23   who owned these units?

24        A      Well, title to some units had been

25   transferred to third parties potentially by this time.
```

Page 95

Ryan Smith - May 25, 2023

```
 1   To the extent they had not been transferred to third
 2   parties, title to the collateral units was held by
 3   Solaris at this time on May 30th, 2019.
 4        Q    Do you find it odd that right above that
 5   chart on page 2 it says, The following is a summary of
 6   Fair Market Value of Partnership Property?
 7             MR. GEE:  Object to form.
 8             MS. WALKER:  Join.
 9             THE WITNESS:  What is your specific
10   question?
11        Q    (BY MR. LITOWITZ) My specific question is:
12   At the time of this notice were these units property
13   of the partnership, CRCPS, or were they property of
14   SPO?
15             MS. WALKER:  Object to form.
16             THE WITNESS:  Mr. Litowitz, title to the
17   property was vested in SPO at the time; however, the
18   economic benefits and other trappings of ownership had
19   passed to CRCPS by this time.
20        Q    (BY MR. LITOWITZ) And how did those pass?
21        A    They passed with the tender of the units.
22        Q    And the tender of the units was
23   accomplished by the ARCU is what you're saying?
24        A    Accomplished in a number of ways.  It was
25   accomplished in discussions between the parties
```

Page 96

Ryan Smith - May 25, 2023

```
 1   leading up to April 15 and then eventually
 2   memorialized in the ARCU as of April of 2015.
 3        Q    Are discussions about real estate within
 4   the statute of frauds?
 5        A    It's my understanding that the conveyance
 6   of real estate is within the statute of fraud.
 7        Q    The transfer of rights in real estate were
 8   discussed and agreed upon by the parties in what year?
 9        A    The tender of the collateral units was
10   discussed prior to April of '15.
11        Q    Okay.  My last piece is -- second to last
12   piece is this one -- do you have this one?  This -- is
13   it in the package.  Here's one for you.  Do you have
14   this?  This is something I filed.
15             (Exhibit 9 was marked.)
16        Q    If you turn to page 2, at the top I quote
17   from the Court's combined order.  The Court said on
18   April 17, 2015, a day prior to the first Loan Advance
19   reaching its thirty-sixth month, CRCPS and SPOI
20   entered into an Agreement Regarding Collateral Units.
21   Is that true?
22        A    Yes.
23        Q    On April 17, 2015 where was that meeting
24   held?
25             MR. GEE:  Object to form.
```

Page 97

Ryan Smith - May 25, 2023

```
 1                    MS. WALKER:  Join.

 2                    THE WITNESS:  I take issue with the premise

 3     of your question.  I didn't say a meeting was held.

 4          Q     (BY MR. LITOWITZ) Where were those

 5     signatures made on that date in 2015?

 6          A     As we've established, the agreement

 7     regarding collateral units was not signed on

 8     April 17th of 2015; it was effective as of that date

 9     but signed at a later date.

10          Q     So time travel.  Is that what you're

11     telling me?

12                    MR. GEE:  Object to form.

13                    MS. WALKER:  Form.

14                    THE WITNESS:  No you asked me when the

15     agreement was entered into.  The agreement was entered

16     into as of April 17, of 2015.

17          Q     (BY MR. LITOWITZ) So the agreement was

18     signed in 2019, but effects rights as of 2015; is that

19     what you're saying?

20          A     That's correct.  That's consistent with the

21     agreement and the terms of the agreement.

22          Q     Did you -- I just have a couple more

23     questions and then I'm done.

24                    Did you represent that -- actually, I want

25     to do one more here.
```

Veritext Legal Solutions
303-988-8470

Ryan Smith - May 25, 2023

```
 1                    (Exhibit 10 was marked.)
 2               MS. WALKER:  That is that.
 3               MR. GEE:  This is SPO I's responses to
 4    plaintiffs first request for production.
 5               MR. LITOWITZ:  Okay.  I'm going to make a
 6    quick copy of it.  Do you have this or would you want
 7    a hard copy.
 8               MS. WALKER:  I would love a hard copy.
 9               (Recess taken.)
10        Q    (BY MR. LITOWITZ) All right.  Have you had
11    a chance to look at this?
12               MR. GEE:  For the record this Deposition
13    Exhibit 10 ends abruptly at page 5.
14               MR. LITOWITZ:  Yes, this is not complete
15    because I only wanted to draw your attention to the
16    bottom of page 3, SPO's response at the page of 3.
17               THE WITNESS:  I'm with you.
18        Q    (BY MR. LITOWITZ) So the question there is,
19    Please provide any and all documents and
20    communications identifying that the collateral units
21    were transferred in 2015 including all transfer
22    documents filed with the Eagle County recorder office.
23    Okay.  I'll just ask you:  Were any transfer documents
24    filed in the Eagle County recorder office for any of
25    19 units in 2015?
```

Page 99

Ryan Smith - May 25, 2023

```
 1      A      I'm assuming in your question that
 2   transfer -- you're suing the word transfer in the
 3   sense of a conveyance.
 4      Q      I don't know.  You tell me.  What do you
 5   mean by transfer?  To me a transfer is a tender, is a
 6   conveyance, they all mean the same thing because I
 7   practiced real estate law and corporate law for 30
 8   years.  You obviously think those words all have
 9   different meanings, so tell me if you think the word
10   transfer is different than tender and is different
11   than conveyance, please?
12              MR. GEE:  Object to form.
13              THE WITNESS:  I think the word transfer is
14   distinct from tender.
15      Q      (BY MR. LITOWITZ) Okay.  Well --
16      A      I think did it consistent with --
17      Q      Let me slow you down here so I can write
18   this down.
19      A      Mr. Litowitz, you keep interrupting me.
20   Allow me to answer.
21      Q      Well, I need to get a pen.  Sorry.  Let me
22   hear this.
23      A      Well, you've interrupted my train of
24   thought.  Please re-ask your question.
25      Q      Do you think there is a difference between
```

Page 100

Ryan Smith - May 25, 2023

```
 1    -- does SPO take the position that there is a
 2    difference between tender, conveyance and transfer of
 3    real estate?
 4              MR. GEE:  Object to form.
 5              THE WITNESS:  SPO takes the position that
 6    there is a distinction between transfer and tender.
 7         Q    (BY MR. LITOWITZ) Transfer is not equal to
 8    tender.  What's the difference?
 9              MR. GEE:  Object to form.
10              THE WITNESS:  We've talked earlier about
11    what a tender is.
12         Q    (BY MR. LITOWITZ) No, excuse me, you've
13    told me your theory about what a tender is.  We
14    haven't talked about it.
15              MR. GEE:  Wait for a question.
16         Q    (BY MR. LITOWITZ) Tell me why a transfer is
17    not a tender or a tender is not a transfer?
18              MR. GEE: object to form.
19              THE WITNESS:  Mr. Litowitz, you're going
20    around and around.  Let me get to the heart of the
21    matter.
22         Q    If you can.
23         A    A transfer --
24         Q    Why don't you get to the tender -- tender
25    part of it?
```

Page 101

Ryan Smith - May 25, 2023

```
 1              THE COURT REPORTER:  One at a time, please.
 2              THE WITNESS:  Are you done, Mr. Litowitz?
 3       Q    Yeah.
 4       A    I use the word transfer in the same sense
 5  as I use the word convey, meaning to transfer or to
 6  convey title to a collateral unit.
 7       Q    Okay.
 8       A    I use the word tender as a readiness, a
 9  willingness and an ability to perform.
10       Q    To perform what?
11       A    Generally speaking, an act or an obligation
12  under an agreement.
13       Q    In this particular instance, a readiness,
14  willingness and ability to perform what act?
15       A    To convey title to the collateral units.
16       Q    And why weren't the titles conveyed?
17       A    At the request of CRCPS we did not actually
18  convey the titles following the tender.
19       Q    Okay.
20       A    Until they were actually transferred title
21  was conveyed, which I don't think there is any dispute
22  about.
23       Q    So in the response here going down a little
24  bit there is a sentence there second line from the
25  bottom, Before the third anniversary of the first loan
```

Page 102

Ryan Smith - May 25, 2023

1    advance, so the third anniversary of the first loan

2    advance was April 17, 2015, SPO announced it would

3    exercise its absolute right to prepay one or more of

4    the loan advances with collateral units and tendered

5    the collateral units.  Okay.  So how did SPO announce

6    this?

7         A    It was announced initially in conversations

8    between Solaris and CRCPS, which conversations were

9    eventually memorialized in the ARCU.

10        Q    So, it was announced orally?  Is that your

11   testimony?

12             MR. GEE:  Object to form.

13             THE WITNESS:  At a minimum it was announced

14   orally, yes.

15        Q    (BY MR. LITOWITZ) Announced like what? In a

16   town center?  Where was it announced?

17             MR. GEE:  Object to form.

18             THE WITNESS:  It was discussed in

19   conversations between representatives of CRCPS and

20   Solaris.

21        Q    (BY MR. LITOWITZ) How do you know that?

22        A    I know it for the fact that that is a fact

23   that that's what happened because that's how the

24   parties performed and behaved.

25        Q    Were you present in those conversations?

Page 103

Ryan Smith - May 25, 2023

```
 1        A      I don't recall the specific conversation
 2    that was had but I had numerous conversations with
 3    CRCPS over that time.  During those conversations it
 4    was announced and notified and became clear to CRCPS
 5    that SPO I would be tendering the units in
 6    satisfaction of the loan advance.
 7        Q      Okay.  So there's this sentence we just
 8    read, and the next sentence is, Thereafter CRCPS and
 9    SPO I entered into the ARCU thereafter.  So there was
10    an announcement and there was a thereafter.  What was
11    the time span between the announcement and the
12    thereafter?
13             MR. GEE:  Object to form.
14             THE WITNESS:  As I've I told you, the
15    announcement or the notice of the tender was provided
16    some time prior to April of '15 and the ARCU was
17    entered into as of that date as well.  So they were
18    contemporaneous in that sense.
19        Q      (BY MR. LITOWITZ) Okay the ARCU was
20    physically signed in 2019, so how could it have been
21    contemporaneous with a 2015 oral discussion?
22             MR. GEE:  Object to form.
23             THE WITNESS:  Because it was effected as of
24    the dates of those oral discussions.
25        Q      (BY MR. LITOWITZ) Okay.  Is it your
```

Page 104

Ryan Smith - May 25, 2023

```
 1    position that a party can breach a contract and fix it
 2    by backdating a contract?
 3              MR. GEE:  Object to form.
 4              MS. WALKER:  Join.
 5              THE WITNESS:  I take issue with the premise
 6    of your question in which you're implying that a party
 7    breached a contract, and that is not the case here.
 8        Q    (BY MR. LITOWITZ) On each maturity date,
 9    SPO had not paid back cash or collateral as required
10    and their right to pay back in collateral was
11    exhausted, so they had to pay back in cash.  The only
12    way to fix that is to time travel from 2019 back
13    before the maturity date and paper over and say that
14    there was an agreement in 2015 which is what you've
15    done.  So that's my explanation of it?
16              MR. GEE:  Wait for a question.
17              MR. LITOWITZ:  He asked me a question so I
18    answered it.
19              MR. GEE:  Object to the narrative.
20              MR. LITOWITZ:  Okay fine.
21        Q    (BY MR. LITOWITZ) I'm sorry I do have two
22    more things.
23              (Exhibit 11 was marked.)
24        Q    Have you ever seen this document before?
25        A    I don't recall having seen this document,
```

Page 105

Ryan Smith - May 25, 2023

```
 1    but I may have.

 2         Q     Do you know who Rick Hayes is?

 3         A     Yes.

 4         Q     Who is he?

 5         A     He's a principal of CRCPS.

 6         Q     Okay.  I want you to turn to section 20.

 7         A     On page 4; is that correct?

 8         Q     Correct, yeah.  I'm going to read it to

 9    you, Pursuant to the terms of loan agreement as

10    expressed by the PPM, three years following each loan

11    advance, SPO had the right to prepay the amount of the

12    loan advance by either paying cash or tendering a

13    special warranty deed to one or more condominium

14    units, which would reduce the principal balance of the

15    loan, as set forth to the loan agreement and

16    promissory note.  Do you see that language?

17         A     Yes.

18         Q     Here's my question:  Is he saying that the

19    tender under the loan documents has to be a deed for

20    prepayment to take place?

21               MR. GEE:  Object to form.

22               THE WITNESS:  Mr. Litowitz, I'm not the

23    affiant here.  You would have to ask Mr. Hayes what he

24    intended by that.

25         Q     (BY MR. LITOWITZ) You've said that tender
```

Page 106

Ryan Smith - May 25, 2023

```
 1    does not require a deed.  Am I misunderstanding you?
 2         A    Tender does not require conveyance pursuant
 3    to a deed.
 4         Q    Mr. Hayes is saying that prepayment has to
 5    be by cash or tendering a deed?
 6              MR. GEE:  Object to form.
 7         Q    (BY MR. LITOWITZ) Yes or no?  Is that what
 8    he's saying here?
 9              MS. WALKER:  Object to form.  Foundation.
10              THE WITNESS:  Mr. Litowitz, it's a public
11    document.  You and I can read the document and it says
12    tender a special warranty deed.
13         Q    (BY MR. LITOWITZ) Yes, tender a special
14    warranty deed, but you're saying that tender is
15    different than conveying?
16              MR. GEE:  Object to form.
17         Q    (BY MR. LITOWITZ) Are you saying that
18    tender is different than conveying?
19              MR. GEE:  Object to form.
20              THE WITNESS:  Yes, I think we've
21    established that.
22         Q    (BY MR. LITOWITZ) How would one tender a
23    deed by giving -- announcing -- how would one tender a
24    special warranty deed other than conveying it?
25              MR. GEE:  Object to form.
```

Page 107

Ryan Smith - May 25, 2023

```
1              THE WITNESS:  One tenders by being ready,
2    willing, and able to deliver a deed to a unit, and
3    that's what Solaris did prior to April of 2015.
4         Q     (BY MR. LITOWITZ) So in the previous
5    exhibit, which is 10, in response to the question
6    five, you said before the third anniversary -- not
7    you, SPO said before the third anniversary SPO
8    announced it would exercise its absolute right to
9    prepay and tender the collateral units.  Did it tender
10   the collateral units by special warranty deed?
11        A     I'm catching up with you in the documents.
12        Q     I'm sorry, at top of page 4, it says that
13   SPO --
14        A     Of which document?
15        Q     This one here.
16        A     Of which document?
17        Q     Top of page 4.
18        A     I was on page 3.
19        Q     Yeah, no worries.
20              It says, SPO tendered the collateral units.
21   Did it tender them by special warranty deed?
22        A     Solaris tendered the units by being ready,
23   willing, and able to deliver special warranty deeds to
24   CRCPS.
25        Q     Did it tender a special warranty deed?
```

Page 108

Ryan Smith - May 25, 2023

```
 1        A      It was ready, willing, and able to tender a
 2   special warranty deed -- rather to deliver a special
 3   warranty deed.  CRCPS did not accept delivery of those
 4   deed.
 5        Q      Okay.  Why?
 6               MS. WALKER:  Object to form.  Foundation.
 7               MR. GEE:  Object to form.
 8               THE WITNESS:  You would have to ask CRCPS
 9   that, but based on testimony that I've heard from
10   CRCPS, they did not accept the deeds because they
11   wanted to avoid approximately $1 million in transfer
12   tax costs and fees.
13        Q      (BY MR. LITOWITZ) All right.  One last
14   question and then I'm done.
15               Was this an arm's-length transaction?
16               MS. WALKER:  Object to form.
17               THE WITNESS:  Yes.
18        Q      (BY MR. LITOWITZ) Why do you think that --
19   in the materials which your outside counsel turned
20   over is a list of every investor in CRCPS.
21               MR. GEE:  Object to form.
22        Q      (BY MR. LITOWITZ) If this was an
23   arm's-length transaction why would the borrower have a
24   list of every owner of the lender?
25               MR. GEE:  Object to form.
```

Page 109

Ryan Smith - May 25, 2023

```
 1                    MS. WALKER:  Join.
 2                    THE WITNESS:  I don't know why we have this
 3     list, and I don't recall ever having seen it before.
 4          Q     (BY MR. LITOWITZ) When you -- have you ever
 5     taken out a loan --
 6                    MR. GEE:  Object to form.  Outside the
 7     scope of the 30(b)(6) deposition.
 8          Q     (BY MR. LITOWITZ) -- for a house?
 9                    MR. GEE:  Outside the scope of a 30(b)(6)
10     deposition.
11          Q     (BY MR. LITOWITZ) I'm asking about loans.
12     Have you ever taken out a loan?
13                    THE WITNESS:  Counsel, am I to answer the
14     question?
15                    MR. GEE:  You don't have to answer the
16     question.
17          Q     (BY MR. LITOWITZ) Do you have a mortgage on
18     your house?
19                    MR. LITOWITZ:  You asked about my wife's
20     history at elementary school in Taiwan, Ty.
21                    MR. GEE:  Next question.
22                    MR. LITOWITZ:  You asked about my wife's
23     waitressing.
24                    MR. GEE:  Next question.
25                    MR. LITOWITZ:  And her -- how long I was
```

Page 110

Ryan Smith - May 25, 2023

```
 1   married to her.

 2              MR. GEE:  Next question.

 3              MR. LITOWITZ:  I'm asking him if he's ever

 4   had a mortgage on his house.  You think that's

 5   offensive?

 6              MR. GEE:  Next question.

 7        Q     (BY MR. LITOWITZ) Why in an arm's-length

 8   transaction would a -- does SPO know the owners of the

 9   lender?

10              MR. GEE:  Object to form.

11              MS. WALKER:  Join.

12              THE WITNESS:  Mr. Litowitz, it was an

13   arm's-length transaction.  I don't know why we have

14   this document that I don't recognize.  You've

15   presented it to me.

16              MR. GEE:  And for the record, this document

17   has no Bates numbers.

18              THE WITNESS:  To my knowledge, I've never

19   seen this document in my life.  I don't know where it

20   came from --

21        Q     (BY MR. LITOWITZ) It came from you.

22        A     -- except you pushed it across the table to

23   me today.

24        Q     (BY MR. LITOWITZ) Okay.  I understand.  It

25   came from you, but okay.
```

                                        Page 111

Ryan Smith - May 25, 2023

```
 1                  MR. GEE:  And for the record, if it came

 2     from my office it would have a Bates number.

 3                  MR. LITOWITZ:  It was sent me as natives.

 4     You sent a one, a two, and a natives.  It was under

 5     natives.  It's right here.

 6                  MR. GEE:  I'm unfamiliar with that.

 7                  MR. LITOWITZ:  Well, your left hand doesn't

 8     know what your right hand is doing, which is probably

 9     a good thing.

10                  The very last -- okay.  I'm going to cut it

11     there.

12                  MS. WALKER:  I have no questions.

13                  MR. GEE:  I have no questions.

14                  THE COURT REPORTER:  Would you like a copy

15     of the transcript?

16                  MR. GEE:  Yes, please.  I will take a full

17     size.

18                  THE COURT REPORTER:  And would you like to

19     handle signature?

20                  MR. GEE:  Yes.

21                  THE COURT REPORTER:  And would you like

22     copies of the exhibits?

23                  MR. GEE:  Yes.

24                  THE COURT REPORTER:  Miss Walker, would you

25     like a copy of the transcript?
```

Page 112

Ryan Smith - May 25, 2023

```
 1                    MS. WALKER:  Yes.

 2                    THE COURT REPORTER:  Exhibits as well?

 3                    MS. WALKER:  Yes.

 4                    MR. LITOWITZ:  Electronic with everything.

 5                    (Thereupon, at 3:14 p.m.  The deposition

 6          was concluded.  Total time on the record was 3

 7          hours and 12 minutes.)

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 113

Ryan Smith - May 25, 2023

```
 1                    SIGNATURE PAGE
 2
 3
          I, RYAN SMITH, the deponent in the above
 4
     deposition, do hereby acknowledge that I have read the
 5
     foregoing transcript of my testimony, and state under
 6
     oath that it, together with any attached amendment to
 7
     deposition pages, constitute my sworn testimony.
 8
 9
          _____ I have made changes to my deposition.
10
          _____ I have NOT made any changes to my
11
                   deposition.
12
13
14
15
16       _____
         RYAN SMITH
17
              Subscribed and sworn to before me this
18
     _____ day of _____, 2023
19
20
         _____
21       Notary Public
22
23
24
25
```

Page 114

Ryan Smith - May 25, 2023

```
 1              REPORTER'S CERTIFICATE
 2
            I, Randi E. Barrett, Notary Public,
 3
    State of Colorado, do hereby certify that previous to
 4
    the commencement of the examination, the deponent was
 5
    duly sworn by me to testify to the truth in relation
 6
    to the matters in controversy between the parties
 7
    hereto; that the said deposition was taken in machine
 8
    shorthand by me at the time and place aforesaid and
 9
    was thereafter reduced to typewritten form; that the
10
    foregoing is a true transcript of the questions asked,
11
    testimony given, and proceedings had.
12
            I further certify that I am not employed by,
13
    related to, nor counsel for any of the parties herein,
14
    nor otherwise interested in the outcome of this
15
    litigation.
16
       My Commission Expires April 17th, 2027.
17
18
19
20            Randi E. Barrett, Notary Public
21
22
23
24
25

                                        Page 115
```

Ryan Smith - May 25, 2023

**[0003687 - 24171]**

**0**

**0003687**   47:13
**0004339**   47:12
**00316124.do...**
50:14

**1**

**1**   2:15 3:21,23
5:2 8:1 17:14
32:6,22 50:14
58:15 59:11
64:10 109:11
**10**   2:22 41:14
99:1,13 108:5
**1000**   1:19
**105**   2:24
**10th**   40:21
41:10,19
**11**   2:24 9:14,16
10:9,12 11:21
11:23 13:14
34:20 105:23
**112**   79:10
**11:00**   2:6
**12**   2:24 34:22
113:7
**12.2**   75:12
**12:59**   30:1
**13.01**   81:4,10
**13.03**   81:19
**13.06**   88:16
**13.06.**   88:15
**1374**   52:9
**14**   47:6
**1437**   1:2

**15**   4:8 7:19 8:2
23:18 37:19
39:12 43:21
44:15,16 97:1
97:10 104:16
**16**   7:7 8:11
22:25 34:19
36:12,16 38:1
40:25 73:13
83:4 87:21
**1660**   1:23
**17**   2:15 9:13
25:4 63:23
64:5 97:18,23
98:16 103:2
**1750**   2:5
**17th**   1:19 2:5
98:8 115:16
**18**   53:24 56:15
90:4 91:10,19
92:8,13
**19**   31:14,23
37:12 40:7,19
73:15 92:17
93:3 95:4
99:25
**1st**   31:21 63:15
64:24

**2**

**2**   2:15 7:10
14:4 17:1,10
17:12 18:8,9
18:16,18 20:20
35:24,25 58:9
71:2,5,6 89:21

96:5 97:16
**2-16**   56:15
**2-16-18**   59:19
**20**   13:6 23:19
24:1 32:14
34:21 86:25
91:19 106:6
**2010**   20:11
**2012**   91:19,20
**2013**   91:20
**2014**   37:18,19
**2015**   25:13,14
25:18 26:10,11
27:2,5,8,13,17
27:19 30:14,18
30:21,25 31:2
31:10,10,12,14
31:17,21,21,22
32:22 37:15,17
38:4 40:23
43:13,14,24
49:3 54:8 55:8
55:14 91:21
97:2,18,23
98:5,8,16,18
99:21,25 103:2
104:21 105:14
108:3
**2016**   47:21
48:18
**2017**   25:4 44:7
52:1 54:21
55:4,5,5
**2018**   32:22
65:10 66:7,8

66:19 90:2
**2019**   27:16
29:18 30:1,13
30:15,23 32:21
37:2 40:12
43:24 62:8,16
62:23 64:1,24
95:16 96:3
98:18 104:20
105:12
**2020**   23:1
36:17,21 37:3
38:2 40:11,14
40:21,25 41:10
41:14,19 73:7
73:10 83:5,24
84:11,22 85:12
85:13 87:11,15
87:22,25
**2021**   73:7
**2021cv32918**
1:4
**2023**   1:11 2:7
114:18
**2027**   115:16
**21**   65:9 66:6,8
66:12
**21st**   62:22
**22**   8:9
**224**   38:20,23
39:1,20
**23**   32:7
**232**   39:24 42:2
**24171**   115:19

Page 1

Ryan Smith - May 25, 2023

**[25 - acceptance]**

**25** 1:11 2:7
**254** 4:4
**258** 17:24
**259** 24:15,17
36:2
**260** 75:1
**271** 74:17
**278** 81:5
**29** 2:16
**2nd** 47:21

**3**

**3** 2:12,15,16
9:12 16:24
29:12,14 41:22
99:16,16
108:18 113:6
**30** 13:6 24:1
100:7 110:7,9
**303-628-3655**
1:24
**303-831-7364**
1:20
**30th** 95:16 96:3
**31** 32:22
**312-622-2848**
1:15
**316124** 56:2
**31st** 31:22
**3300** 1:23
**3590** 50:2
**36** 11:25 23:16
**3687** 55:16
56:1,8
**3689** 58:13

**3714** 51:18
**3715** 51:18
**3718** 53:7
**38** 2:16
**3:14** 113:5

**4**

**4** 2:16 38:13,15
39:19 62:8,16
63:18 80:6,19
81:15 106:7
108:12,17
**4-2** 53:24
**4.2.17** 53:5
**4.2.18** 53:6
**40** 13:6 24:1
**413** 1:14
**43** 65:14
**43,320,000**
92:14
**4338** 65:7
**46** 2:17 3:10
**4th** 63:10 64:16
64:19,20

**5**

**5** 2:17 46:6
47:5,8,11
99:13
**5th** 20:11

**6**

**6** 2:17 70:8
95:7 110:7,9
**6-10-2020**
40:17

**6-29-20** 42:3
**60** 7:16 20:21
**60015** 1:15
**6e** 25:3,6

**7**

**7** 2:18 52:1
70:23 73:5
74:5,22 91:16
**70** 2:17
**700** 2:5
**73** 2:19
**73,130,000** 90:3
90:24
**73.13** 90:3
**78,500,000**
90:19
**7th** 51:25

**8**

**8** 2:20 8:8,10
34:18,19 75:8
89:11 95:15
**80202** 1:2,19
2:6
**80624** 1:24
**82.5** 91:23
93:16,18
**8650** 62:4,14
**8651** 65:5
**869** 70:14
**870** 71:3
**875** 70:14
**89** 2:21
**8th** 29:18,25
30:13,23 63:9

**9**

**9** 2:22 32:10
79:7 97:15
**9.06** 74:17 75:2
75:6
**9.06.** 74:20
75:5
**9.07.** 76:13
**9.075** 79:7
**950** 1:19
**97** 2:22
**970** 47:22
**971** 49:10,25
**99** 2:23

**a**

**a.m.** 2:6
**ability** 12:24
16:19 102:9,14
**able** 24:5 93:9
93:10 108:2,23
109:1
**above** 58:22
59:7,16 63:10
80:6 94:12,17
96:4 114:3
**abruptly** 99:13
**absent** 86:22
**absolute** 10:1
21:2 88:8
103:3 108:8
**absolutely**
37:10
**accept** 109:3,10
**acceptance**
16:9 49:5

Page 2

Ryan Smith - May 25, 2023

**[accepted - alteration]**

accepted   22:20
accomplished
  21:20,23,25
  22:1 39:9,10
  83:8 96:23,24
  96:25
accordance
  75:12
accounting
  87:24
acknowledge
  114:4
acknowledges
  71:8,9,10
acra   69:5,9
acronym   6:21
  6:22 7:2 26:25
act   16:19 24:4
  68:18 80:7
  86:18 102:11
  102:14
action   76:17,18
  76:21,24
actions   30:20
  30:21
actual   47:10
  94:4
actually   14:5
  17:7 23:9 40:6
  40:18 52:19
  58:10 73:16
  76:13 85:19
  98:24 102:17
  102:20

adapted   52:17
add   60:6
added   55:21
  57:1 59:2
additional
  65:25
address   15:1
addressed
  48:16 77:20
adjudication
  86:22
admit   75:13
advance   8:4
  9:25 10:2,3,4,6
  10:8,15,16
  11:13 12:1
  21:3,4,6,10,18
  23:14,15,17,18
  24:22 26:21
  31:4 43:1 59:4
  71:11 90:8,16
  90:17 95:11
  97:18 103:1,2
  104:6 106:11
  106:12
advances   8:5
  26:9 69:21
  91:18,22 103:4
advisement
  84:8
affairs   81:13
  81:24
affect   69:11,14
  69:16

affiant   106:23
affidavit   2:24
affirm   71:6
affixed   29:4
aforesaid   115:8
age   3:9,10
aggregate   75:9
  76:23
ago   40:7
agree   7:1,1
  21:14 57:9
  88:12
agreed   97:8
agreement   2:15
  2:17,18 5:24
  6:2,7,11 7:10
  8:1,6,9,21 9:4
  11:22 12:13,14
  20:10,14,17,20
  26:22,22,23
  29:23 30:7,11
  30:15,21 32:11
  32:18,23 33:5
  33:9,10,11,13
  33:17 34:3,11
  34:19,25 35:2
  39:15 44:8,12
  44:12,15,19,24
  45:20 49:3,8
  49:10 50:7,11
  50:20,22 51:2
  51:4,7,13
  52:17,18,19,22
  52:25 53:4,9
  53:10,11,11,12

53:19,25 55:13
  55:20 57:8,10
  57:17 60:12
  61:3 62:24
  63:1,23 64:5,6
  64:12,17 68:18
  68:19 69:6,10
  70:21 73:21
  74:9,22 76:17
  77:17 84:11
  86:7 88:11
  95:19,20 97:20
  98:6,15,15,17
  98:21,21
  102:12 105:14
  106:9,15
agreements
  43:21 57:23
  73:6,9,13,15
  82:24 83:5
  84:22
ahead   5:25
  11:7 16:5
  63:16
alleviated
  63:20
allow   5:15
  80:16 100:20
allowed   26:1
allows   10:12
  12:18
alluding   77:19
aloud   92:12
alteration
  32:17

Page 3

Ryan Smith - May 25, 2023

**[amended - asking]**

amended   32:23
33:5,17 34:3,6
amendment
32:18 33:1
34:11 114:6
amendments
32:14 33:2,9
33:12 34:17
amount   10:3,7
10:14 21:4
57:23 59:12
90:8,16,18
91:21 95:11
106:11
anniversary
26:20 31:4
102:25 103:1
108:6,7
announce
103:5
announced
103:2,7,10,13
103:15,16
104:4 108:8
announcement
104:10,11,15
announcing
107:23
answer   3:18
5:13,22 6:1,4,9
6:13 11:5,9
24:12 25:20,24
26:1,3,6 28:13
28:15 29:1
33:20 42:22

54:16 57:6
60:22 78:13
79:1,15 80:18
100:20 110:13
110:15
answered   29:3
32:4 78:25
105:18
answering
10:25 31:19
60:14,23
apologize   37:11
apparent   79:4
apparently
47:5
appear   39:20
49:9 60:5
75:23
appearances
1:12
appears   39:24
48:10 49:9
54:4 56:23
57:13 81:17
91:13 92:11
appointed   3:17
appraisal   91:14
92:7
appraise   91:3
appraised
90:21,23
appraiser   91:2
92:5,11,24
appraising
89:19

appropriate
2:2
appropriately
14:12
approval   76:15
approve   76:24
approved
76:18
approximately
68:10 91:15
109:11
april   25:4,12
25:14,18 26:10
26:11 31:3,16
37:14 39:12
43:13,21 44:15
44:16 47:6
49:3 54:8 55:7
55:14 66:6,10
83:24 85:11
97:1,2,10,18,23
98:8,16 103:2
104:16 108:3
115:16
arca   69:2
arcu   26:25,25
27:1,18,20,22
27:23 28:1,3,6
29:4,8 30:23
39:15 40:8
41:5,14 42:6,8
42:21 43:19,23
44:5,14 48:18
50:19 51:3,5,8
51:10,10 53:1

appropriate   57:11,15 59:20
59:23 60:5
64:1 65:23
69:10,23 70:4
96:23 97:2
103:9 104:9,16
104:19
argue   35:12
argumentative
28:25 54:24
arm's   109:15
109:23 111:7
111:13
arrive   45:3
article   75:8
79:7
ascribed   20:9
93:22
asked   25:9 33:4
35:6 54:18,25
62:14 77:22
78:21,24,25
94:19 98:14
105:17 110:19
110:22 115:10
asking   11:1
12:11 13:1
14:9 23:23
25:25 26:2
28:5 63:18
69:13 72:13
75:19 76:4,8
77:24 78:6
85:5,21,23,24
90:10,15 92:6

Page 4

Ryan Smith - May 25, 2023

**[asking - borrower]**

110:11 111:3
**assembled**
76:20
**asset** 93:4
**assets** 81:25
**assigned** 93:7
94:4,13,18
**assistant** 77:23
**associated**
24:22
**assume** 8:14
19:20
**assuming** 100:1
**assumptions**
91:15
**attached** 5:3
50:24 52:13,16
74:23 114:6
**attachment**
2:17
**attention** 17:14
20:23 24:14
25:3 32:5,14
38:19 46:25
47:18 62:21
71:2 80:6
99:15
**attest** 80:20
**attested** 80:20
**attorney** 48:3,4
48:6 79:15,16
79:18,20 80:2
80:4
**attributable**
10:2 21:3

**august** 65:9
66:8,12
**authority** 86:7
86:14,18,20
87:2
**authorize**
76:24 80:7
**authorized**
73:20 76:17
**avoid** 109:11
**aware** 73:18,25
77:12 82:3,9
82:15,18,25
83:6,20,21
85:12 86:2,5
86:25 94:3,16

**b**

**b** 71:5,9,10
110:7,9
**back** 6:16 16:3
20:17,23 27:15
32:6 33:22
36:2 44:21
45:8 52:13
61:23 63:9
69:25 85:5
95:6 105:9,10
105:11,12
**backdating**
105:2
**bad** 67:24
**balance** 10:6
13:15 106:14
**bannock** 1:2

**bantering** 15:9
**barrett** 2:7
115:2,20
**based** 22:4
41:18 77:25
109:9
**batch** 46:17
**bates** 8:1,9
19:19 23:6,10
24:16 47:8,10
47:14,22 49:11
50:2 52:8 53:7
56:8 58:13
65:12 70:12,13
70:16 75:1,3
81:7 111:17
112:2
**bbg** 91:2
**bbg's** 91:14
**beginning**
19:19 33:25
59:1 88:16
**begins** 41:22
51:18 62:15
89:22
**behalf** 1:13,17
1:21 30:12
74:12 86:18
**behaved**
103:24
**belief** 33:17
48:5
**believe** 9:7,9
10:21 11:10
12:4 13:1,11

16:3,13 21:22
24:23 25:6
30:11 31:1
32:24 33:6
34:6 35:20
36:10,19 37:25
40:19 41:18
42:19 44:3,19
48:2 55:15
58:16 60:13
64:4 69:5
72:21 77:9
82:21 83:10,12
93:5 94:8,10
94:10,11,11,20
**believed** 55:1
83:9
**benefit** 6:21
26:24
**benefits** 96:18
**best** 56:14
**better** 14:5
**bill** 13:4,10,12
**bind** 87:2
**bit** 102:24
**black** 39:22
**black's** 22:13
**blank** 54:10
70:24
**blue** 88:2
**body** 48:7
**bolded** 17:18
**books** 93:1,4,6
**borrower** 8:4
8:18 9:25 10:5

Page 5

Ryan Smith - May 25, 2023

**[borrower - column]**

10:13,18 11:3
11:19 13:15
20:11 21:1,9
21:16 25:10
36:5 59:5
64:14 71:7,8
71:10 109:23
**borrower's**
9:10
**bottom** 3:24
4:9 36:4 40:4
50:9,12 51:22
52:10 55:25
74:18,19 90:18
90:22 99:16
102:25
**bound** 32:20
**breach** 105:1
**breached** 105:7
**break** 14:6,7
15:9 37:6
67:21 68:23
**breech** 41:23
**bulk** 91:3,8
92:13
**business** 86:21
**buts** 26:1
**buyer** 52:20

**c**

**c** 3:1
**calculating**
59:3
**calendar** 7:16
20:21

**call** 51:17
64:25 65:3
**called** 2:3 17:15
19:25 20:1
38:17 45:10
50:22 53:8,10
**calls** 79:15
**capital** 2:21
**capitalized**
20:8
**caps** 17:18
**carried** 93:1,4
93:6
**case** 1:4 11:19
12:6 38:16,17
39:21 42:21
74:1 77:7
82:12,13,15,23
83:6 105:7
**cash** 21:4 39:3
43:6 93:19
105:9,11
106:12 107:5
**catch** 89:5
**catching**
108:11
**cause** 75:13
82:5
**caused** 59:5
**center** 1:6,22
2:18 6:23 18:6
38:25 47:25
48:3,6 103:16
**certain** 20:10
93:1

**certificate**
115:1
**certify** 115:3,12
**chain** 2:16 29:5
**chains** 62:11
**challenged**
86:18
**chance** 99:11
**change** 57:7
94:1
**changed** 53:11
53:14 68:12
**changes** 56:17
56:17,21,21,22
114:9,10
**charged** 32:20
**chart** 90:5,7,11
91:5,5 96:5
**choice** 72:6
**choose** 79:19
**circumstances**
68:12
**civil** 2:2
**claim** 1:21
41:23
**clarified** 79:4
**clarify** 24:8
44:17 53:21
69:18 84:24
93:15
**clean** 52:14
**clear** 5:11 22:2
58:15 104:4
**client** 24:6
77:21 78:5

**certificate**
79:16,20
**closing** 7:17,18
8:2,3 20:22
**collateral** 9:10
10:4,5,8,16
11:12,21 12:18
12:19 13:15
21:5,9,17
22:14,21 25:2
26:23 29:23
30:8,12 39:5
44:20 53:5,10
53:12 55:21
57:1,20 59:5,9
62:25 69:6,11
74:14 92:8
93:7 94:13,17
94:22 96:2
97:9,20 98:7
99:20 102:6,15
103:4,5 105:9
105:10 108:9
108:10,20
**collection**
14:11
**color** 55:17
**colorado** 1:1,2
1:6,19,21,24
2:5,8,18,19
6:23,24 15:25
16:8 22:3,4
47:24 48:3,6
115:3
**column** 60:7,25
90:17,18,20,23

Page 6

Ryan Smith - May 25, 2023

**[combined - conveyances]**

combined
  97:17
come  74:19
comma  21:1
  41:4
commence
  81:24
commencem...
  115:4
commencing
  2:6
comment  60:25
  61:11,13,15,18
  61:19
commentor
  61:1
comments  32:1
  61:6,7
commission
  115:16
commit  57:6
common  7:1
communicati...
  79:16 99:20
companies  3:13
  3:14
company  2:5
  6:24 30:3
  74:13
complete  54:19
  99:14
completely
  18:17
compliance
  35:18,20

complicated
  4:18
complimentary
  51:9
computer
  18:25
concept  22:7,8
concerns  63:11
  63:20
concluded
  113:6
concludes  61:4
conclusion
  75:20 92:13
concurrence
  75:11 76:3
concurrent
  12:23
conditions
  51:11
condo  88:19
condominium
  106:13
conducting
  86:21
conformance
  11:21
connection
  8:21 70:22
  74:13 77:10
  82:9
consent  76:11
  76:15,21 77:7
  78:8 81:23

consents  76:25
  77:6,11 78:7
  82:4
consideration
  71:12
consistent
  56:23 98:20
  100:16
constitute
  57:22 59:11
  60:4 114:7
constituting
  75:9 76:23
contained
  62:12
containing
  46:19
contains  19:7
  25:1 39:22
  47:5,8
contemplated
  66:21
contemporan...
  104:18,21
context  57:2
  72:22
continuation
  91:1
continue  48:14
  48:25 49:6
  51:11
continues
  52:12 66:18,20
contract  41:23
  43:17 86:14,15

105:1,2,7
contrary  9:22
contributions
  2:21
controls  39:4
controversy
  85:25 86:2,5
  115:6
conversation
  104:1
conversations
  26:18 43:20
  103:7,8,19,25
  104:2,3
conversion
  71:11
converted
  71:15,20
convey  13:22
  16:11,14,17
  24:6 88:9,13
  102:5,6,15,18
conveyance
  10:20 11:4,15
  15:18,19,24
  21:12 22:1
  23:25 24:9
  25:8 37:22
  38:1 40:24,24
  51:15 69:14
  71:7,13 97:5
  100:3,6,11
  101:2 107:2
conveyances
  22:21 36:13

Page 7

Ryan Smith - May 25, 2023

**[conveyances - date]**

37:24 38:6
40:11
**conveyed** 13:17
16:7,9 22:15
22:17,24,25
23:3 25:6,15
25:16,17 26:7
36:7,11,12,17
40:7,20 41:5
41:13,17,19
68:21 93:5
102:16,21
**conveying** 21:4
21:20,23,24,25
107:15,18,24
**conveys** 10:5
13:15
**copied** 14:22
18:4
**copies** 3:25
14:12,15 15:10
16:22 29:10
78:7 112:22
**copy** 4:24 14:5
14:13,19 15:4
17:6 18:6,10
18:11 19:4,9
28:3,5 38:11
45:23,24 46:2
46:3,11 47:9
56:14 81:6
99:6,7,8
112:14,25
**corner** 50:9,12

**corporate**
100:7
**correct** 8:16,17
30:19 36:16,21
37:3,17 51:1,6
52:2 53:8,8
58:11,14 61:14
64:18,21,22
72:2 73:14,14
84:13 87:19,20
89:4 98:20
106:7,8
**corresponden...**
29:6
**corresponding**
59:6
**cosigned** 82:25
**costs** 67:16
109:12
**counsel** 3:12,25
4:6,10,25
14:15 19:15
32:3,9 34:1,8
38:16 40:6
42:6,13,18
46:9,18 62:11
78:5 79:9 84:7
109:19 110:13
115:13
**counter** 57:7
**county** 1:1
99:22,24
**couple** 39:17
69:2 98:22

**coupled** 12:24
**course** 19:14
22:22 33:3,18
58:24 82:15,17
83:18 92:19,23
94:1
**court** 1:1 4:16
6:22 17:1 40:3
41:8 42:3
60:16 75:15,22
76:1 80:3
84:13 85:1
87:1 97:17
102:1 112:14
112:18,21,24
113:2
**court's** 97:17
**courtesy** 14:10
**courts** 86:15
**cover** 50:23
**crc** 48:14 66:21
83:9 84:17
85:10,17 86:3
87:1
**crcps** 2:24 5:11
6:21,22 22:24
24:7 25:12
26:18,19 31:23
39:4,13 42:24
46:20 49:4,4
52:20 55:23
56:10,15 65:22
66:24 67:6,14
68:8,10 69:25
72:6 73:19,25

82:6,25 83:10
85:18 87:2,16
88:3 89:19
91:18 92:7,10
94:15 96:13,19
97:19 102:17
103:8,19 104:3
104:4,8 106:5
108:24 109:3,8
109:10,20
**crcps's** 57:5
**cross** 1:21
**crossed** 54:1,3
54:7,9,10,11,17
55:2 58:7,16
**cure** 63:22
**cut** 49:11 51:22
70:12 112:10

**d**

**d** 2:10 3:1
**date** 7:5,9,12
7:15,15,16 8:3
13:5,6 17:18
19:23 20:14,21
20:21,22 22:23
23:16,17 24:21
24:22 25:4,5,7
26:17 27:4,19
27:23 28:1,6,9
28:19,22 29:3
29:7,24,25
31:5,6,7 34:7
34:10 36:8,12
36:20 37:12
40:16,18 41:7

Page 8

Ryan Smith - May 25, 2023

**[date - discuss]**

41:13,17,20
43:10 44:3,4,7
44:7,8,12,13,19
45:10 47:19
48:22 51:24
53:19,21,23
54:1,2,3,3,4,4
54:17,18,19,22
55:1,2,5,11
56:11,15 59:7
64:3,4 68:9
74:10 84:18
88:16 93:12
95:14 98:5,8,9
104:17 105:8
105:13
**dated** 20:10
29:18 31:10,11
31:14 44:20
55:14 66:8
95:16
**dates** 33:8 34:3
35:17,18,18,21
36:14,23,24
37:24 45:9,10
45:13,16,20
53:20 104:24
**dating** 38:3
**day** 22:14
27:25 68:13
97:18 114:18
**days** 63:10
**deal** 34:8
**debtors** 9:11

**december**
22:25 31:22
32:22 36:17,21
38:1 40:25
73:10 83:5
84:11,22 86:25
87:21
**decision** 87:18
87:20
**deed** 9:23 16:9
22:19 106:13
106:19 107:1,3
107:5,12,14,23
107:24 108:2
108:10,21,25
109:2,3,4
**deeds** 37:7
108:23 109:10
**deemed** 57:20
59:5,9,10
**deerfield** 1:15
**default** 8:15
64:14
**defendant** 1:6
1:21
**defendants** 1:9
1:17
**deficient** 41:23
**defined** 7:6,9
7:19 8:2 20:1,8
20:14 22:13
71:8 88:21
89:7
**definition** 13:2
22:9,10 23:24

**definitive** 95:8
**delay** 52:12
**deliver** 13:25
108:2,23 109:2
**delivered** 22:20
74:12 76:25
**delivery** 16:9
109:3
**denver** 1:1,2,19
1:24 2:5
**deponent** 114:3
115:4
**deposition** 1:11
2:2 4:14 5:2
18:8,9,16,18
19:8 47:4,8,11
64:9 70:11
74:22 99:12
110:7,10 113:5
114:4,7,9,11
115:7
**derivatively**
1:5
**derived** 22:8
**derives** 23:8
**deriving** 22:7
**describe** 32:25
49:12
**described**
11:11 31:8
**describing**
10:22
**designated**
81:22

**designed** 68:18
**desired** 49:5
**desk** 13:4
**despite** 83:13
**detail** 29:16
**determination**
75:15 85:2
**determine**
56:11 64:7
**determined**
90:3
**dictionary**
22:13
**difference**
16:14,16
100:25 101:2,8
**different** 16:11
24:9 85:22
100:9,10,10
107:15,18
**direct** 20:23
25:3 80:5
**directing** 32:13
38:19 71:2
**direction** 79:24
**disagree** 84:16
**disagreement**
68:1,1
**disclosed** 23:10
**discount** 95:10
**discourse** 19:14
**discovery**
77:22
**discuss** 12:12
34:14

Page 9

Ryan Smith - May 25, 2023

**[discussed - email]**

**discussed**  37:23
  39:11 97:8,10
  103:18
**discussion**  17:9
  104:21
**discussions**
  69:21 96:25
  97:3 104:24
**disposition**
  39:5
**dispute**  102:21
**dissolution**
  81:20
**dissolve**  82:6
**dissolved**  81:12
**dissolving**  82:5
**distinct**  100:14
**distinction**
  101:6
**distribution**
  57:20 59:6,9
**district**  1:1
  40:3 42:3
**document**  4:23
  4:25 5:3,5,7,10
  6:19 7:5,14
  14:3,8 17:12
  17:24,24 18:2
  18:16,21 19:13
  19:17,19 24:16
  26:14 27:17
  30:22 31:9,11
  31:14,16,22,24
  34:13 38:20,23
  38:24 39:1,1

39:19,20,24
  40:16 41:12,18
  42:2,7,8,12,20
  42:21 43:23
  46:8 48:18
  49:12,19 50:8
  50:13,17,24
  51:13,20 52:8
  53:16,18 54:12
  55:24 57:14
  61:10,12 68:20
  70:1,4,6,9,19
  70:21 71:21,22
  71:23,24 72:1
  72:4,10,13,22
  72:25 73:3,3
  74:3 75:2,3
  78:18 79:3,5
  81:10 89:12
  90:19 91:24
  92:5 95:6,14
  105:24,25
  107:11,11
  108:14,16
  111:14,16,19
**document's**
  95:16
**documents**
  2:23 9:24
  14:21 18:23
  19:6,7 23:10
  23:12 27:7,13
  27:15 28:11,14
  30:3 33:3 34:9
  36:20 37:5

40:3 43:3 46:2
  46:9,17,18
  49:24 56:4
  59:3,24 62:10
  77:19 79:19
  80:2 93:8,23
  93:24 94:18
  99:19,22,23
  106:19 108:11
**doing**  112:8
**dollar**  13:4,10
  13:12
**dollars**  13:6,7
**door**  15:5
**doug**  15:4
  17:23 19:5
  67:17
**douglas**  1:13
**draft**  5:7 52:13
  52:14 53:5,9
  53:19,22,24
  55:23 56:10,15
  56:16,17,19
  57:4,6 60:3
  65:22 71:21,25
  72:3,5,9,12
  74:23
**drafted**  5:9
  6:19 57:3
  69:24 70:1
  71:23 72:25
**drafts**  46:20
**draw**  24:13
  46:25 47:18
  62:21 99:15

**drawing**  17:14
  32:5
**due**  8:19 72:18
**duly**  3:3 115:5

**e**

**e**  2:7,10 3:1,1
  59:7 115:2,20
**eagle**  99:22,24
**earlier**  66:23
  79:2 101:10
**early**  78:6
**easy**  4:19
**economic**  87:23
  96:18
**effect**  51:14
  59:23 64:14
**effected**  104:23
**effective**  20:11
  27:3 28:2
  31:11,16 32:18
  44:15,20 55:14
  59:6 76:20
  98:8
**effects**  98:18
**effectuate**
  87:21
**either**  65:17
  106:12
**electronic**  19:6
  113:4
**elementary**
  110:20
**eligible**  59:4
**email**  1:16,20
  1:25 2:16,17

Ryan Smith - May 25, 2023

**[email - fair]**

29:5,17,24
47:19,20 48:8
48:25 51:21,24
52:11,11,12
62:6,7,11,15,22
63:15,16 64:16
64:19,20,24,25
65:8,12 66:5,6
66:8 68:14
**emailed** 18:22
**emails** 29:14
46:19 62:4,12
62:18
**employed**
115:12
**ends** 99:13
**engage** 88:18
**engaged** 91:2
**enter** 86:6,13
**entered** 34:11
55:13 97:20
98:15,15 104:9
104:17
**entirety** 79:6
**entitled** 14:8
80:9
**entry** 25:4
**equal** 93:7
101:7
**error** 18:6
**esq** 1:13,18,22
**essence** 34:24
35:2,15
**established**
98:6 107:21

**estate** 15:24
16:7,8 22:11
69:3,11,14,15
97:3,6,7 100:7
101:3
**estimate** 88:20
**estimated**
88:24 90:2
**event** 64:14
**events** 81:14
**eventually**
51:14 57:10
97:1 103:9
**evidence** 85:19
85:24,25 86:22
**evidences** 29:6
**evolved** 70:4
**exact** 22:23
29:3 34:7
41:17,20 82:14
**exactly** 7:16
20:21 50:25,25
50:25 86:4
87:6 90:12
91:12 93:6
**examination**
2:3,11 3:5
115:4
**examined** 3:3
**examining** 15:8
**example** 47:12
**except** 111:22
**excerpts** 39:20
**exchanged** 27:7
27:13,21 59:22

**exchanging**
59:19
**exciting** 38:10
**excuse** 4:10
25:22 32:1
63:20 101:12
**executed** 44:8
**exercise** 103:3
108:8
**exhausted**
105:11
**exhibit** 2:15,15
2:16,16,17,17
2:18,20,22,22
2:24,24 3:21
3:23 4:14 5:2
14:4 15:14
16:22 17:3,10
17:12,25 18:8
18:9,16,18
19:9,9 24:14
24:19,25 26:9
29:12,14 32:6
32:9 35:25
36:2 38:13,15
39:19 43:10
45:22 46:6
47:5,8,11
50:21,23,24
51:4,8 52:18
52:25 64:10
70:8,11 73:5
74:4,22 81:6
89:9,11 95:15
97:15 99:1,13

105:23 108:5
**exhibits** 2:14
5:2,2 74:23
112:22 113:2
**exit** 2:20
**experience**
56:20
**expert** 39:24
**experts** 47:5
**expiration** 9:24
**expire** 43:25
44:25 45:2
**expired** 88:13
**expires** 115:16
**explain** 21:15
30:24 48:24
54:16 86:6
**explanation**
105:15
**expressed**
106:10
**extended** 39:4
**extensive** 77:22
**extent** 96:1
**extraneous**
19:8

| f |
| --- |

**fact** 33:17
48:13 86:17,23
95:20 103:22
103:22
**failure** 8:18
**faint** 56:13
**fair** 2:20 88:20
88:24,25 89:20

Ryan Smith - May 25, 2023

**[fair - forth]**

90:2,23 91:25
92:8 96:6
**faith** 88:20
**familiar** 4:22
5:4 9:8 19:12
38:16,23 40:15
56:18 69:9
70:18,20 88:19
**familiarize**
17:20
**familiarizing**
18:20
**february** 29:18
29:25 30:13,23
62:8,16,22
63:15,18 64:24
**federal** 38:16
38:17 82:12,19
83:6,18
**fedex** 18:11
**fees** 67:16
109:12
**figure** 93:17
**file** 19:2 40:16
**filed** 40:3 42:2
80:3 83:22
84:6 97:14
99:22,24
**filing** 41:7
**filings** 2:16
38:15 85:8
**final** 60:5
**finalized** 27:22
27:23 28:1

**finally** 27:20
**find** 14:3 38:22
56:3 65:21
74:20 84:3
96:4
**fine** 105:20
**finish** 5:15,16
5:21,25 6:4,8
8:25 10:24
11:5 25:24
26:3 60:22
79:1
**finished** 60:19
**finishing** 6:12
78:22
**first** 2:22 3:3
10:14 19:25
25:4 31:3,4
37:2 38:20
39:23 46:25
47:18 49:16,21
49:23 50:5
54:1 58:6
65:24 73:4
74:8,10,13
75:1,3 78:9,16
79:6 81:14
83:19 85:16
89:3 91:1,13
94:24 97:18
99:4 102:25
103:1
**five** 20:25
76:13 108:6

**fix** 105:1,12
**follow** 93:14
**following** 9:25
12:1 13:14
21:8 23:17
52:4 53:3 58:1
71:6 81:14
88:17 96:5
102:18 106:10
**follows** 3:4
53:23 56:15
**foregoing**
114:5 115:10
**foreman** 1:18
**forget** 65:5
**form** 5:19 7:8
7:13,20,24
8:13,22,24
9:15,20 10:11
11:17 12:10
13:8,19 15:20
16:1 20:6
21:21 22:5
23:20 24:10
26:12 27:24
28:7 30:4,16
33:14 34:4
35:5,10 36:9
36:18 37:13
39:6 40:13
41:1,9,15 42:9
42:16 43:2,7
44:9 45:4,12
45:17 48:1,9
48:20,21 50:22

54:24 56:12
57:12 59:14,25
60:1 61:9 62:1
63:3,4,12
66:25 67:4,5
67:11,12 68:3
69:12 72:11,14
73:22,23 75:17
75:18,24 76:6
76:7 77:8,13
78:12 79:11,12
82:7,8 83:2,14
83:25 84:14,15
84:23 85:3
86:9,10,16
87:3,4,12 88:5
90:9 92:2,21
94:6 96:7,15
97:25 98:12,13
100:12 101:4,9
101:18 103:12
103:17 104:13
104:22 105:3
106:21 107:6,9
107:16,19,25
109:6,7,16,21
109:25 110:6
111:10 115:9
**formal** 31:9
**formally** 92:24
**forth** 9:22
27:16 43:10
45:9 59:7
90:19 92:5
93:12,23

Veritext Legal Solutions
303-988-8470

Ryan Smith - May 25, 2023

**[forth - go]**

106:15
**forty** 91:9
**forward** 15:11
**foundation**
63:3 107:9
109:6
**four** 17:17
20:25 39:19
**frame** 43:22
**fraud** 97:6
**frauds** 97:4
**friday** 29:18,25
30:13 62:22
63:15
**front** 12:13
14:8 15:7
19:10 52:7
64:9 81:6
**full** 91:1 112:16
**further** 69:18
71:8 91:4
115:12
**future** 10:20
11:3,15 13:5
13:18 23:25
24:1,3 94:21

**g**

**g** 3:1
**gaps** 47:13
**gee** 1:18 4:6,10
4:13,20 5:1,16
5:21 6:3,8,12
7:8,13,20,24
8:13,22,24
9:15,20 10:11

11:5,17 12:10
13:8,19 14:13
14:18,21 15:20
17:3,6,8,23
18:2,7,15,23
19:1,5 20:6
21:21 23:9,20
24:10 25:22,24
26:3,12 28:18
28:21,23 30:4
30:16 32:1
33:14 34:4
35:5,10 36:9
36:18 37:13
39:6,17 40:2
40:13 41:1,9
41:15 42:10,16
43:2,7 44:10
44:16 45:4,12
45:17 46:4,11
46:15 47:2,4
48:20 49:11,18
50:4,8,12,15
51:24 52:1,3
54:24 55:24
57:24 58:4
59:14 60:1,18
61:9 62:1,6
63:4,13 65:8
65:18,24 66:10
66:25 67:5,12
67:17,22 68:3
70:10,15 72:11
72:14 73:23
74:21 75:17,24

76:7 77:13
78:2,11 79:1
79:11,14,19,23
82:8 83:14
84:7,14,23
85:3,14 86:9
86:16 87:4,12
88:5,14 92:2
92:18,21 94:6
96:7 97:25
98:12 99:3,12
100:12 101:4,9
101:15,18
103:12,17
104:13,22
105:3,16,19
106:21 107:6
107:16,19,25
109:7,21,25
110:6,9,15,21
110:24 111:2,6
111:10,16
112:1,6,13,16
112:20,23
**general** 3:12
34:1,8 73:20
73:25 75:11,13
75:14,16 76:3
76:25 81:15,21
82:4 83:10,23
85:17 86:22
88:18 89:10,18
**generally** 12:4
70:1 76:10
102:11

**getting** 52:13
87:8,9
**give** 13:5,10,11
14:2,5,10
16:21,22 38:10
41:20 48:15
55:17 64:25
72:7,7 73:1
79:19 88:8
89:19 93:19
**given** 27:11
32:19 72:22,23
115:11
**gives** 54:1 56:9
**giving** 10:19
12:18 46:7
73:3 88:4
107:23
**gluckman's**
63:7,21 64:20
**glucksman**
29:15,18 46:19
47:23 48:2,5
51:23 62:7,15
62:23,24 64:25
66:6,17 67:8
74:11
**gmail.com** 1:16
**go** 5:25,25 11:7
14:19,25 15:11
16:2,5,23 17:8
18:13 20:17
36:2 37:11
41:25 46:8,17
47:17 50:2

Ryan Smith - May 25, 2023

**[go - initial]**

71:9 76:13 85:5 94:24

**goes** 58:2

**going** 3:22 4:2 6:4,8 12:16 14:2,17,22 15:13 16:21,24 19:6,22 20:24 26:3 28:14 29:9,15 33:22 35:11 37:25 38:9 44:21 45:22 46:8,17 61:23 67:18,20 70:6 73:1 75:6 78:24 79:14 80:1 81:11 99:5 101:19 102:23 106:8 112:10

**good** 3:7,8 88:20 112:9

**gotcha** 74:15 80:3

**gp** 91:2

**great** 29:16 37:21 40:22 52:10 53:25 56:9 75:6 77:5 81:11 90:25

**group** 25:6 34:8

**gu** 39:21

**guess** 56:14 72:24 74:4

**guys** 73:2,14

**h**

**haddon** 1:18

**half** 89:3

**halfway** 55:16

**hand** 3:22 14:4 50:9,12 70:6 112:7,8

**handed** 29:13 38:14 49:25 74:4

**handing** 46:16

**handle** 112:19

**handled** 85:9

**handwriting** 39:22

**hang** 78:11

**happen** 47:24

**happened** 85:11 103:23

**happening** 81:13 85:13

**happy** 28:11 29:6 34:14 69:18

**hard** 19:4 57:25 99:7,8

**hayes** 2:24 106:2,23 107:4

**heading** 42:1 45:9 57:8

**hear** 6:14 100:22

**heard** 8:20 9:3 109:9

**heart** 101:20

**held** 96:2 97:24 98:3

**help** 46:23 56:5 56:25

**helpful** 87:7

**hereinafter** 88:21

**hereto** 115:7

**hereunder** 7:17 20:22

**hesitancy** 57:6

**highlighted** 40:5,5 61:8

**history** 110:20

**hmflaw.com.** 1:20

**hold** 6:3 28:21 28:23 46:11 47:2 51:12 70:10 87:17

**holding** 76:4

**hours** 67:19 113:7

**house** 48:3 110:8,18 111:4

**huh** 61:24 68:15

**hundred** 13:3,6 13:7,10,12

**i**

**identification** 50:9

**identify** 51:19

**identifying** 99:20

**ii** 32:14 57:20 58:21 59:8,17

**illegible** 46:22

**illinois** 1:15

**immediately** 21:8 53:3

**implying** 105:6

**important** 35:21

**include** 3:14 54:23

**included** 71:23

**includes** 62:18

**including** 56:11 91:15 99:21

**incomplete** 54:4

**incorporate** 71:7

**incorporates** 91:14

**indebtedness** 8:16

**indented** 89:22

**independent** 88:18

**indicate** 56:17

**indicated** 26:19

**information** 61:8

**informed** 88:3

**initial** 26:17

Page 14

Ryan Smith - May 25, 2023

**[initially - legal]**

**initially** 20:7
67:6,14 68:7
103:7
**initials** 36:5,5,6
61:1
**ink** 39:23
**inquiry** 72:18
**inserted** 54:5
55:7 58:8,17
**instance** 102:13
**instruct** 79:14
**intended** 68:20
106:24
**intent** 26:19
**interest** 59:3
60:10 61:2,17
61:25 69:11
76:22,23
**interested**
115:14
**interests** 75:9
75:10 81:23
**internal** 92:16
**interrupt** 60:24
**interrupted** 9:2
100:23
**interrupting**
100:19
**intervening**
63:15 64:24
**interviewed**
77:23
**introduce**
15:13

**investment**
88:17
**investor** 109:20
**ireland** 1:23
19:20 23:7
**irelandstaplet...**
1:25
**irrelevant** 44:5
**issue** 74:1
77:22 78:5,8
82:19,23 84:21
84:25 98:2
105:5
**issues** 48:15
73:19 87:6
**iteration** 57:14

**j**

**january** 31:21
32:22
**jesus** 31:25
32:3
**job** 3:11 33:19
33:21 77:24,25
**join** 23:21
42:10 44:10
45:5 63:13
68:4 83:15
87:13 88:6
92:3 96:8 98:1
105:4 110:1
111:11
**judge** 83:1,6
**julie** 1:22 15:2
**jumping** 63:16

**june** 40:21
41:10,14,19
85:12
**jwalker** 1:25

**k**

**keep** 24:2 32:1
48:13 100:19
**kind** 78:7
**kindly** 80:16
**knobel** 1:8,17
**knoeble** 47:7
**know** 4:17 5:9
12:7,8 13:20
13:21,22 18:19
19:18 28:13,13
33:15 34:2
35:13 41:16
42:18 46:14,23
47:24 51:2
56:18 63:7
67:13,17 70:7
72:3 77:14,15
77:18 87:23
88:1 89:13,14
90:14,14 92:7
92:10,15 93:2
93:5 94:7 95:5
100:4 103:21
103:22 106:2
110:2 111:8,13
111:19 112:8
**knowing** 86:14
**knowledge**
31:24 72:15,16
111:18

**koenig** 2:4

**l**

**labeled** 39:1
**lack** 86:20
**language** 12:15
12:17 21:6
39:7 40:8 41:4
48:16 52:15,22
54:7 58:25
59:13,16,17
60:4 61:2,11
61:20 63:24
66:16 71:19
78:10 80:9
81:16,17,20,25
89:1 95:12
106:16
**large** 34:9
46:16 56:4
**late** 64:1
**law** 1:14 22:3,4
22:13 76:18
100:7,7
**lawsuit** 73:18
82:20
**leading** 26:17
31:3,7 39:12
97:1
**leads** 60:13
**learned** 84:5
85:16
**left** 50:9,12
112:7
**legal** 22:9,10
75:20

Page 15

Ryan Smith - May 25, 2023

[lei - little]

lei  39:21

lender  9:11
  10:2,3,15,19
  11:12,20 20:12
  21:3,5,9,17
  109:24 111:9

lender's  64:15

length  109:15
  109:23 111:7
  111:13

letter  49:10

liability  2:18
  2:19 6:24

lieu  39:3 54:5

life  111:19

likely  95:9

limited  1:5 2:18
  2:18,19,19
  6:24 25:7 75:8
  75:10 76:16,19
  76:21,22 77:7
  80:6,8 81:12
  81:21 82:3
  83:22 85:16
  87:17 88:17,21
  88:22,23 89:19

lincoln  1:23

line  29:21
  40:17 52:3
  54:10 55:4
  65:24 95:8
  102:24

lines  17:17 21:1

liquidate  81:24

liquidation
  89:1 91:25
  92:9

list  24:21
  109:20,24
  110:3

literally  42:7

litigation  77:10
  82:10,12 83:18
  83:19 115:15

litowitz  1:13,14
  1:16 2:12 3:6,8
  4:1,8,12,15,17
  4:22 5:4,15,17
  5:23 6:5,10,14
  6:18,25 7:11
  7:18,22 8:5,14
  8:23,25 9:1,18
  10:17 11:8,14
  11:18,23 12:11
  12:15 13:9,13
  13:21 14:2,16
  14:19,24 15:2
  15:6,11,13,16
  15:17,21 16:2
  16:5,25 17:7
  17:11,25 18:3
  18:6,11,13,19
  19:3,11,12
  20:13 21:24
  22:6,16 23:12
  23:13,23 24:2
  24:13 25:23,25
  26:4,5,8,14
  28:4,8,19,22

29:2,9,13 30:6
30:19 31:18,20
32:5,10,13
33:19 34:5,16
35:8,11,13
36:15,22 37:16
37:18,21 38:14
38:22 39:7
40:1,14 41:3
41:11,21,24
42:11,13,17,25
43:5,9 44:21
45:3,8,15,21
46:1,7,13,16
47:3,16 48:4
48:11,22 49:8
49:17,20,22
50:6,10,11,14
50:16 51:21,25
52:2,5,6 54:13
54:25 55:7,20
56:1,5,16
57:16 58:1,2,6
58:11 59:18
60:8,14 61:6
61:10 62:3,7,9
63:5,6 65:9,11
65:14,20 66:1
66:4,11 67:1,8
67:20,23,25
68:5,22,25
69:20 70:14,17
70:18 71:21
72:12,16 73:24
74:25 75:4,19

75:22 76:2,12
77:11,15 78:4
78:15,17,22
79:2,9,12,17,21
80:1,5 82:11
83:4,21 84:3,9
84:10,16,19
85:1,4,7,15,21
86:2,13,24
87:5,9,16
88:10,15 90:12
92:6,19,25
94:9,14 96:11
96:16,20 98:4
98:17 99:5,10
99:14,18
100:15,19
101:7,12,16,19
102:2 103:15
103:21 104:19
104:25 105:8
105:17,20,21
106:22,25
107:7,10,13,17
107:22 108:4
109:13,18,22
110:4,8,11,17
110:19,22,25
111:3,7,12,21
111:24 112:3,7
113:4

litowitz's  6:16
  60:23

little  56:13 91:4
  91:5,5 95:17

Ryan Smith - May 25, 2023

**[little - mechanics]**

102:23
llc 1:8,17 3:15
3:19 7:2
lllp 1:22 2:19
llp 1:6 6:24
74:21
loan 2:15 7:10
8:1,3,5,6,19
9:23,25 10:2,3
10:4,6,7,13,14
10:16 11:13,22
12:1,12 20:10
20:14,17,20
21:3,4,5,10,18
23:14,15,17,18
24:22 25:2,5
26:9,20 31:4
32:22 33:3,3
33:10,11,12,17
33:18 34:3,6
34:18 39:3,5
43:1,3 44:1,4,4
44:24 45:20
57:23 59:3,4
59:24 63:1,23
64:5,6,12,17
69:21 71:11,17
90:8,16,17
91:18 92:20,23
93:8,11,23,24
94:2,18 95:11
97:18 102:25
103:1,4 104:6
106:9,10,12,15
106:15,19

110:5,12
loans 110:11
locust 1:14
long 28:17
45:22 46:8
110:25
longer 87:17
look 3:23 4:20
18:7,8,24
28:12 29:7
40:4 53:18
62:14 64:6
66:14 73:8
75:4 85:5
89:14 99:11
looking 14:14
40:16 47:10
48:11 53:15,21
56:14 58:10,15
74:25 80:11
looks 24:25
49:18 50:6
55:22 62:5
75:5
loose 35:19
love 99:8
lp 2:21
lps 90:1

**m**

machine 115:7
made 8:4,6
14:12,20 15:18
15:24 27:6
38:15 40:11
61:1 68:10

73:7 91:18
98:5 114:9,10
main 52:18,22
majority 81:23
make 4:19 5:19
8:19 10:20
11:3 15:9
29:10 34:16
38:11 39:17
44:22 45:22
46:3 99:5
makes 64:16,20
making 37:11
manner 39:10
march 47:21
mark 3:23 14:4
marked 3:21
4:3,3,4,4,5,6,8
4:11 14:11
17:10,12 24:15
29:12 38:13,15
46:6,21 70:8
73:5 74:4 75:1
81:4 89:11
90:20 97:15
99:1 105:23
market 2:20
88:19,20,24,25
89:20 90:2,23
92:1,9 94:25
96:6
married 111:1
materials 19:8
109:19

matter 76:15
80:8 101:21
matters 115:6
maturity 7:5,9
7:12,15 12:9
17:18 19:23
20:13,21 24:22
25:4,5 26:17
36:8,14 43:10
44:3,4,6,7
45:10 93:12
105:8,13
mean 12:3
13:24 22:19
34:25 35:16
42:12 63:2
68:19 76:3
82:12 84:25
86:19 88:10,25
95:10 100:5,6
meaning 35:12
102:5
meanings 20:9
100:9
means 7:15 8:3
12:5,9,22
13:22,25 20:21
35:1,6,7,8,14
35:20 43:19
68:20 76:5,10
meant 34:20
48:24 63:7
mechanics
52:19

Page 17

Ryan Smith - May 25, 2023

**[meeting - notified]**

meeting  76:19
76:20 97:23
98:3
memorialized
26:21 30:22
39:14 42:23
43:22 44:14
51:10 69:23
97:2 103:9
memory  28:11
30:7 34:14
40:10 56:25
mention  61:17
63:11
mentioned
61:18 89:8,18
method  10:18
methods  10:9
92:16
microsoft
56:21,24
middle  19:8
49:19 55:22
60:22 65:19
66:5
million  90:4
91:9,23 93:16
93:18 109:11
mine  18:5
38:10 60:5
65:16,18
minimum
27:12 103:13
minute  32:6

minutes  67:21
79:8 113:7
miscellaneous
17:24
misquoted
59:16
missed  77:3
misstated  16:3
misunderstan...
107:1
month  31:2
97:19
months  7:16
9:25 11:25
20:22 23:16
31:3,7 40:6
mooted  44:5,8
morgan  1:18
morning  3:7,8
30:3 39:11
69:1 78:6
mortgage
110:17 111:4
motion  2:22
mountain  30:1
move  14:7,12
50:1
moving  83:13
multiple  39:11
mystification
24:8

**n**

n  2:10 3:1
name  69:9

narrative  28:24
78:2,12 85:14
88:14 105:19
native  78:7
natives  112:3,4
112:5
necessarily
86:19
need  14:11 28:4
37:10 48:16
54:13 60:16
62:25 67:21
100:21
negotiated
43:23 52:16
64:4
neither  17:5
never  89:15
111:18
new  10:4 54:1
57:19 58:8
59:1
ni  1:4
nominal  1:6
non  71:12,16
71:18,20
normal  12:12
12:14,14
normally  12:8
notarization
80:19
notarized
80:14
notary  2:7
114:21 115:2

115:20
notations  39:25
note  2:15 4:13
9:17,21,23
10:1,7 13:3,16
17:13 18:1
20:24 21:2,13
21:16 24:14,20
25:1 31:18
35:23 36:1
43:11,12,14
44:1,24 45:9
47:16 60:6
63:1 71:11,15
93:13 106:16
noted  63:10
64:23
notes  4:18
39:17
notice  2:1,20
10:19 11:3
12:19,25 13:1
13:1,11,17
15:18,22 16:19
27:10,11 63:22
69:24 70:2
88:23,23 89:23
90:1 95:22
96:12 104:15
noticed  47:11
notices  89:17
notification
11:15
notified  87:16
104:4

Ryan Smith - May 25, 2023

**[noting - okay]**

| | | | |
|---|---|---|---|
| **noting** 70:11 | **o** | 79:12 82:7,8 | **occurring** 50:3 |
| **notwithstandi...** | | 83:2,14,25 | **odd** 96:4 |
| 9:22 | **o** 3:1 | 84:14,15,23 | **offensive** 111:5 |
| **november** | **o'clock** 2:6 | 85:3,14 86:9 | **offer** 29:7 |
| 20:11 51:25 | **oath** 114:6 | 86:16 87:3,4 | 75:21 |
| 52:1 90:2 | **object** 7:8,13 | 87:12 88:5,14 | **office** 1:14 |
| **number** 22:16 | 7:20,24 8:13 | 90:9 92:2,18 | 99:22,24 112:2 |
| 23:7 27:7 47:5 | 8:22,24 9:15 | 92:21 94:6 | **official** 4:7,11 |
| 47:22 50:2,9 | 9:20 10:11 | 96:7,15 97:25 | 18:9 70:11 |
| 50:13 53:20 | 11:17 12:10 | 98:12 100:12 | **oh** 48:4 |
| 55:24 56:4,8 | 13:8,19 15:20 | 101:4,9,18 | **okay** 3:17,22 |
| 58:13 65:13 | 16:1 20:6 | 103:12,17 | 5:9 6:14,25 7:5 |
| 70:7 74:22 | 21:21 22:5 | 104:13,22 | 7:18 8:5 9:12 |
| 90:13 91:14 | 23:20 24:10 | 105:3,19 | 9:18 10:9,17 |
| 92:12 96:24 | 26:12 27:24 | 106:21 107:6,9 | 11:5 13:13 |
| 112:2 | 28:7,18,24,24 | 107:16,19,25 | 14:2,19,24 |
| **numbered** | 30:4,16 33:14 | 109:6,7,16,21 | 15:6,15 16:10 |
| 23:10 49:25 | 34:4 35:5,10 | 109:25 110:6 | 16:13,21 17:14 |
| 52:8 53:7 | 36:9,18 37:13 | 111:10 | 18:11 19:3,22 |
| **numbering** | 39:6 40:13 | **objection** 5:19 | 19:25 20:13,23 |
| 47:14 | 41:1,9,15 42:9 | 79:23 | 21:15 24:13,21 |
| **numbers** 18:24 | 42:16 43:2,7 | **obligation** | 27:1,5 29:9 |
| 46:22 47:9,10 | 44:9 45:4,12 | 52:21 71:12 | 30:14,24 31:25 |
| 47:12 49:11 | 45:17 48:1,9 | 102:11 | 36:7,15,22,24 |
| 62:19 70:12,13 | 48:20,21 54:24 | **obviously** | 36:25 37:6,8 |
| 70:16 75:3 | 56:12 57:12 | 82:23 93:19 | 37:16 38:19,25 |
| 81:7 90:11 | 59:14,25 60:1 | 100:8 | 39:2,16 40:1 |
| 111:17 | 61:9 62:1 63:3 | **occur** 23:25 | 40:10,22 41:11 |
| **numerically** | 63:4,12 66:25 | 24:1 63:2 | 41:21 42:5 |
| 24:24 | 67:4,5,11,12 | 81:14 | 43:14 44:6 |
| **numerous** | 68:3 69:12 | **occurred** 22:22 | 45:15 47:16,23 |
| 104:2 | 72:11,14 73:22 | 30:21,25 31:2 | 48:7,11 49:8 |
| | 73:23 75:17,18 | 36:13 38:1 | 50:1,16,20 |
| | 75:24 76:6,7 | 57:21 59:9,10 | 51:17 52:10 |
| | 77:8,13 78:2 | | 53:3,14,17,17 |
| | 78:11,12 79:11 | | |

Page 19

Ryan Smith - May 25, 2023

**[okay - parties]**

| | | | |
|---|---|---|---|
| 54:9 55:7 56:9 | opine 76:9 | **p** | paid 105:9 |
| 56:16 57:9,16 | opinion 29:7 | | paper 46:2 |
| 58:19,22,25 | 54:22 | p 3:1 | 72:23 105:13 |
| 59:1,18 62:3 | option 8:20 9:3 | p.c. 1:18 | paragraph |
| 62:14,21 63:25 | 10:21 11:2,11 | p.m. 30:1 113:5 | 8:18 17:21 |
| 64:8,11,16,23 | 88:23 | package 73:2 | 48:12 52:24 |
| 65:5,20 66:4,5 | oral 104:21,24 | 97:13 | 54:1 57:24 |
| 68:13,22,22 | orally 27:12 | page 2:11,14 | 58:4,5,20,23 |
| 69:7,24 70:6 | 103:10,14 | 7:6,10,19 8:1,8 | 68:17 75:20 |
| 70:23 71:2 | order 47:12 | 8:10 9:12 | 89:22 91:1 |
| 72:3,7,20 73:1 | 97:17 | 17:14 18:14,17 | paraphrase |
| 73:11,16,18 | ordered 24:25 | 18:18 20:20 | 20:19 |
| 74:3,7,15 75:6 | origin 27:17 | 32:7,8,10 | paraphrased |
| 76:12 77:5,11 | original 58:7 | 34:18,19,20 | 52:23 59:15 |
| 78:4 80:1,5,11 | 95:11 | 36:2 38:20 | 77:2 81:18 |
| 81:1,4,8,16 | outcome | 39:19,24 40:2 | 82:1 |
| 82:3 84:9,19 | 115:14 | 40:4 41:21,24 | part 42:19 |
| 85:21 89:8,17 | outside 42:6 | 47:1,18 49:13 | 101:25 |
| 90:20,25 91:4 | 62:11 78:5 | 49:14,15,16,18 | participate |
| 91:24 92:15 | 109:19 110:6,9 | 49:21,22,23,24 | 80:9 |
| 93:16 94:3,9 | own 15:5 18:21 | 50:5,23 52:11 | particular 33:4 |
| 94:10,11 95:14 | 49:6 66:18,20 | 52:11 53:3,4,6 | 38:23 40:16 |
| 97:11 99:5,23 | owned 48:15 | 56:4,8 57:17 | 50:18 56:19 |
| 100:15 102:7 | 49:1 95:19,23 | 58:3,9,10,10 | 70:20 102:13 |
| 102:19 103:5 | owner 1:8,17 | 70:23,23 71:2 | parties 5:10 |
| 104:7,19,25 | 3:15 5:11 6:20 | 75:1,3 76:12 | 6:20 14:18 |
| 105:20 106:6 | 7:2 11:20 47:6 | 81:7,15 89:21 | 22:20 26:21 |
| 109:5 111:24 | 109:24 | 89:21 90:25 | 27:7,12 29:4 |
| 111:25 112:10 | owners 111:8 | 95:7,15 96:5 | 30:20 32:19 |
| old 3:9 | ownership | 97:16 99:13,16 | 43:20,21 44:11 |
| omnibus 50:7 | 48:19 66:21 | 99:16 106:7 | 44:13 49:2 |
| open 19:2 | 96:18 | 108:12,17,18 | 51:14 53:13 |
| operating | owning 75:8 | 114:1 | 55:9,13 57:7 |
| 60:12 61:3 | 76:22 81:23 | pages 39:20,23 | 59:19 71:5,6 |
| | | 50:5 114:7 | 80:3 88:19 |

Veritext Legal Solutions
303-988-8470

Ryan Smith - May 25, 2023

**[parties - premise]**

95:25 96:2,25
97:8 103:24
115:6,13
**partner** 73:20
73:25 75:13,14
75:16 80:6,8
81:15,22 82:5
83:10,23 85:18
86:23 88:18
89:18
**partners** 1:5
25:7 75:8,10
75:12 76:3,16
76:19,21,22,25
77:7 82:3
83:23 85:17
87:17 88:17,23
89:10,19
**partnership**
2:18,19,20
39:4 81:12,21
86:19 88:21,22
89:23 96:6,13
**partnership's**
2:20
**party** 12:24,25
16:20 52:20
55:10 67:2
76:11 77:16,17
81:22 84:11
86:7,14 94:14
105:1,6
**pass** 96:20
**passed** 96:19
96:21

**pay** 13:5 23:24
105:10,11
**payable** 60:12
61:3
**paying** 43:6
106:12
**payment** 8:19
11:2 12:9 39:3
60:12 61:3
**payments**
21:17 26:9
61:17
**pen** 100:21
**penultimate**
18:18
**perceived**
60:24
**perform** 12:23
12:25 16:19
92:22 102:9,10
102:14
**performance**
12:24 34:25
35:2,17
**performed**
56:24 103:24
**period** 11:24,24
11:25 23:13
27:19 39:12
43:24,25 44:25
45:1 91:15
94:20
**permitted**
60:22

**person** 80:7
**peter** 1:8,17
**phone** 1:15,20
1:24
**phone's** 12:16
**photocopy** 40:2
**phrase** 35:16
**physically** 28:8
28:10 104:20
**piece** 91:20
97:11,12
**pieces** 72:23
**pile** 73:4
**place** 1:14
30:14,17 37:22
37:24 45:10,14
65:3 106:20
115:8
**plaintiffs** 1:5
1:13 2:4,22
83:22 99:4
**plan** 2:21
**please** 4:11,21
5:15 6:15,16
9:19 11:1,6
13:3 14:4 15:1
18:8,19 20:4
21:15 25:20
30:24 32:6
36:16 48:23
53:20 56:6
60:17 67:2
69:7 74:7 83:3
84:4,24 86:11
93:15 99:19

100:11,24
102:1 112:16
**point** 12:21
23:25 66:18
85:18 94:21
**pointing** 54:19
60:25 61:19,21
**points** 61:11
**portion** 10:1
21:2
**position** 11:19
22:3 26:10
33:22,23,24,25
43:12,18 101:1
101:5 105:1
**possession**
48:14
**possible** 42:25
43:5,9 48:13
87:1 94:19
**post** 4:13,18
51:12
**potentially**
95:25
**ppm** 106:10
**practiced** 100:7
**pre** 12:2,5,6
40:11
**precedes** 47:13
**prefix** 12:2,3
47:9
**prematurely**
95:9
**premise** 84:17
98:2 105:5

Ryan Smith - May 25, 2023

**[prepaid - put]**

**prepaid**  23:14
23:16,18 25:5
25:10,11 43:12
43:14
**prepare**  88:20
**prepared**  75:21
76:9
**prepay**  10:1,19
21:2 42:25
43:6,9 103:3
106:11 108:9
**prepaying**
69:21
**prepayment**
9:17,21 10:10
11:24 12:2,9
12:16,17 21:13
21:17,19,22
43:25 44:2,23
44:25 45:1
57:22 59:11,23
60:4 106:20
107:4
**present**  24:4
103:25
**presented**
38:24 79:7
85:1,6 111:15
**presently**  24:5
**presume**  46:1
**pretty**  46:8
**previous**  53:9
108:4 115:3
**previously**  29:2
31:1 51:15

52:16
**prices**  94:12
**principal**  10:6
57:23 59:12
106:5,14
**print**  49:21
**printout**  19:7
**prior**  5:25 11:9
16:3 17:19
23:3 36:12
37:14,17 40:18
40:20,21,24,24
40:25 41:13,19
43:21 44:12,13
45:19 49:3
52:14 60:23
62:12,18 78:22
84:21 97:10,18
104:16 108:3
**probably**  112:8
**procedure**  2:2
**proceeding**
17:19
**proceedings**
115:11
**produce**  84:4
**produced**  4:3
19:18 23:11
62:10,11
**product**  79:15
79:18,20,22
80:2,4
**production**
2:23 47:6 99:4

**professional**
33:23,24
**project**  1:6,22
2:19,24 6:23
**promise**  13:4
19:25 24:3
**promissory**
2:15 17:13
18:1 24:20
25:1 35:23
36:1 43:11
44:1,24 45:9
93:13 106:16
**pronounce**
26:25
**proper**  4:14
**properties**
42:15
**property**  1:8,17
3:15,19 5:11
6:20 7:2 11:20
13:16 47:6
88:22 93:12
96:6,12,13,17
**provide**  79:9
88:22 99:19
**provided**  46:9
46:18 104:15
**provides**  52:19
**providing**
89:23 90:1
**provision**  10:18
12:16,18 32:15
44:23 64:13
77:1,2,3

**provisions**
20:10 63:22
65:25 75:8
**proxies**  79:10
82:4,10,16
83:13,17,20
84:2,5
**proxy**  77:6
80:7,12
**public**  2:7
41:11 107:10
114:21 115:2
115:20
**pulling**  36:22
36:24
**purchase**  68:18
91:3
**purported**
85:17
**purporting**
82:5
**purports**  24:19
**purposes**  51:9
59:2 67:15
88:24
**purses**  77:25
**pursuant**  2:1
43:17 49:3
57:21 59:10
88:11 106:9
107:2
**pushed**  111:22
**put**  8:20 9:3
46:13 69:24,25
70:2 74:10

Page 22

Ryan Smith - May 25, 2023

**[put - reference]**

84:21
**putting** 13:4
**puzzled** 95:17

**q**

**qi** 1:4
**qin** 1:4 5:18
**question** 5:14
6:6,16,19 8:25
11:1,1 16:3,6
17:20 20:25
25:21 26:1,2
29:1 31:19
32:4,21 41:2,3
42:7,19 45:7
48:23 54:16
60:15,23 61:5
69:7 71:14
75:7 76:14
78:3,12,19
79:11,13,15,25
80:18 81:12
83:3 84:17
86:8,12 87:10
93:14 96:10,11
98:3 99:18
100:1,24
101:15 105:6
105:16,17
106:18 108:5
109:14 110:14
110:16,21,24
111:2,6
**questioning**
14:9

**questions** 3:18
33:20 69:2
98:23 112:12
112:13 115:10
**quick** 38:11
69:2 99:6
**quite** 87:7
**quote** 7:15 8:3
97:16

**r**

**r** 3:1
**raise** 54:13
**raised** 78:6
82:19,22
**raising** 54:15
**randi** 2:7 115:2
115:20
**rather** 109:2
**reached** 43:22
44:11,13 49:3
94:4
**reaching** 97:19
**read** 6:15,17
7:22 9:18 20:4
20:18,24 37:20
40:17 46:23
48:7 58:22
60:3 66:15
75:6 76:14
80:16 81:11
89:6 90:10,15
92:12 104:8
106:8 107:11
114:4

**readiness** 12:23
16:18 102:8,13
**reading** 71:5
89:2
**reads** 8:18 20:7
21:9 32:17
**ready** 13:10
24:5 108:1,22
109:1
**real** 15:24 16:7
16:8 22:11
69:3,11,14,15
97:3,6,7 100:7
101:3
**really** 69:8 94:9
**reason** 66:22
81:21 83:10,12
87:24 88:4,8
89:8
**recall** 25:7 29:3
33:8 36:13
65:4 68:11
74:11 82:14
83:19 84:1
85:16 86:4
87:6 104:1
105:25 110:3
**receive** 4:24
**recess** 29:11
38:12 46:5
68:24 99:9
**recital** 59:7
**recitals** 71:7
**recognize**
17:12 50:17,18

89:16 111:14
**recollection**
23:2 73:9
82:22
**record** 5:1 6:17
14:25 17:8,9
18:15,22 19:1
19:5 23:6 32:3
37:20 39:18
47:4,17 74:21
85:5 99:12
111:16 112:1
113:6
**recorder** 99:22
99:24
**recording** 57:1
**recourse** 71:12
71:16,18,20
**red** 39:22
**redline** 55:11
59:22
**redlined** 27:15
52:14 56:23
64:2
**redlines** 27:21
46:20 59:19
64:3
**reduce** 106:14
**reduced** 10:7
13:16 115:9
**refer** 7:4,19
9:10 26:24
70:2
**reference** 49:2
61:2,20 64:17

Page 23

Ryan Smith - May 25, 2023

**[reference - rob]**

64:20
**references** 5:2
**referencing**
61:15
**referred** 10:22
27:18
**referring** 6:23
7:25 8:15
11:10 24:2
44:18 47:22
55:3 57:15
59:17 63:17
77:4 82:16
91:10 95:21
**refers** 9:6
**reflect** 5:1
18:15,22 19:1
**refresh** 28:11
30:6 34:14
40:10 56:25
**refused** 49:5
**regard** 26:8
**regarding**
26:23 29:23
30:7,12 44:20
53:4,10,12
55:21 62:24
69:6,10 97:20
98:7
**regional** 1:6,21
2:18 6:23
47:25 48:3,6
**regularly** 9:8
**related** 69:3
115:13

**relation** 115:5
**rely** 19:6
**remaining** 90:4
90:7 91:3
**remedies** 64:15
**remember**
34:10
**removal** 73:25
75:15 77:21,23
81:15 82:19
83:1,7 84:12
84:21 85:9
**removal's** 78:4
**remove** 75:12
85:17
**removed** 18:16
84:12,18,18
85:11,20,24
86:1,3,23
**removing** 82:4
83:23
**rendered** 44:5
**repay** 10:13
**repaying** 10:2
10:14 21:3
**repayment**
10:6 21:10
**rephrase** 9:1
85:22
**reporter** 4:16
6:22 17:1
26:24 60:16
102:1 112:14
112:18,21,24
113:2

**reporter's**
115:1
**reporting**
14:10
**represent**
19:21 77:16
98:24
**representative**
3:18
**representatives**
103:19
**request** 34:16
66:23 67:10
68:8,9 84:4,7
99:4 102:17
**requests** 2:23
**require** 107:1,2
**required** 21:12
25:16,19 26:7
45:20 76:16,23
88:8 105:9
**requires** 75:15
**resend** 19:3
**respect** 9:4
22:11 27:8
59:4 80:8
**response** 61:4
61:16 78:23
99:16 102:23
108:5
**responses** 2:22
99:3
**restart** 37:9
**restate** 48:23
69:7 73:24

83:3
**resume** 11:8
60:20
**retain** 62:25
**return** 2:21
15:17
**returning** 6:18
**review** 52:4
86:15
**reviewing** 79:5
**revised** 52:13
55:11
**rg** 61:1
**rg1** 61:13
**rick** 2:24 106:2
**right** 4:9 9:10
10:1 18:24
21:2 28:5 50:8
50:15,25,25
56:10 58:2,12
63:18,22 65:22
66:3 67:22
73:16 88:8,13
91:12 92:25,25
92:25 95:22
96:4 99:10
103:3 105:10
106:11 108:8
109:13 112:5,8
**rights** 62:25
97:7 98:18
**rise** 48:15
**rob** 29:15,17
47:23 51:22
52:3 62:7,23

Veritext Legal Solutions
303-988-8470

Ryan Smith - May 25, 2023

**[rob - send]**

65:9,24
**robin** 6:15
**romanette**
32:14 34:22
57:19 58:21
59:8,17
**roughly** 74:9
**rs** 36:5
**rule** 87:1
**ruled** 83:1,7
**rules** 2:2
**rush** 87:10,14
**ryan** 1:11 2:3
3:2 18:7 51:21
51:22 65:9
92:6 114:3,16

**s**

**s** 3:1
**sale** 94:12
**sales** 91:15
94:4,14
**sanctions** 2:22
**satisfaction**
9:11 57:22
59:12 104:6
**save** 28:15
**saving** 67:15
**saw** 19:7 53:9
74:9 83:17
84:2
**saying** 12:14
15:18,21 24:9
44:6,7 67:1
71:19,25 72:9
77:18,21 84:20

92:10,11 93:9
96:23 98:19
106:18 107:4,8
107:14,17
**says** 7:23 8:12
13:14 19:2
21:16 34:24
35:1 39:2 41:5
42:6 48:12
50:11 52:3,12
52:16 53:4,18
54:7 55:22
56:10 57:20
59:2,8 60:3,10
61:18 62:24
66:11,17 67:9
71:10 80:12
81:20 88:16
91:1,4,8 95:7
96:5 107:11
108:12,20
**scanning** 75:25
**scenario** 11:10
**school** 110:20
**scope** 110:7,9
**scratch** 65:5
**second** 6:3
10:15 11:11
13:14 20:1
28:21,23 32:17
38:10,21 46:11
47:2 48:12,12
49:12,14,15,18
49:24 58:3
66:15 70:10

72:7,8 89:21
97:11 102:24
**section** 8:11
9:14,14,16,19
10:9,12 11:21
11:23 13:14
17:15 19:22,25
20:1,2,4,7
32:14 34:19,21
41:22 57:21
58:15 59:2,10
63:23 64:5,17
67:18 71:5,6
74:17 75:2,12
75:23,25 79:6
79:7 80:12,15
80:16,19,21,24
81:2,9,18,19
88:15,25 89:3
89:24 106:6
**secured** 10:8
**securing** 10:4
10:16 11:13
21:5 39:5
**see** 3:24 4:9
12:15,17 15:3
17:15,17,19
18:3 19:23
20:2 21:6,10
29:19,21 32:15
34:17,22 38:25
39:7 40:8 41:4
42:1,2 47:9
48:16 50:22,23
50:24 52:22,24

53:4,6 55:2,3,4
56:7,7,8 58:25
59:12,16 62:9
62:16,22 63:19
63:24 64:3,25
65:11 66:2,6,8
66:11 68:1
70:25 75:14
76:1 77:1,2,3
78:9 80:9,11
80:12,14,18,20
80:23 81:1,16
81:17,19,25
83:17 89:1,6
89:24 90:5,17
91:5,9,16
94:15 95:11
106:16
**seeing** 37:4
74:11 78:16
83:13
**seems** 67:25
**seen** 5:23 6:2,7
6:11 70:9 74:3
77:6,9 78:17
79:3,5,6 85:19
85:23,25 89:12
89:15 105:24
105:25 110:3
111:19
**sell** 95:9
**selling** 77:25
95:10
**send** 55:11

Veritext Legal Solutions
303-988-8470

Ryan Smith - May 25, 2023

**[sense - specifies]**

**sense** 42:18 44:22 55:12 70:5 71:19 72:24 100:3 102:4 104:18
**sent** 27:10 29:25 48:8 57:3 62:18 112:3,4
**sentence** 10:5 13:13,14 21:8 32:17 48:12 60:2 91:13 102:24 104:7,8
**separate** 51:3
**series** 27:20 29:14 33:2 62:4
**serve** 52:17
**service** 14:10
**set** 9:22 43:10 59:7 90:19 92:5 93:12,23 106:15
**sets** 11:23 45:9
**several** 22:22 26:16 36:11 68:9
**share** 4:2
**shorthand** 115:8
**shoulders** 14:15
**show** 28:2,5,10 28:15 29:5

34:13 37:25 38:9
**side** 61:7 85:10
**sign** 28:19 73:6 73:20 86:15
**signature** 70:23 70:24 84:21 112:19 114:1 115:19
**signatures** 29:4 83:23 98:5
**signed** 27:20 28:6,8,10,16,22 29:8 30:2,7,11 30:15,23 31:10 31:14,16,22,24 32:19 43:17 70:3,5 73:10 73:17 76:22 77:7,12 79:10 82:4,24 83:5 84:11 86:7 98:7,9,18 104:20
**significant** 95:10
**similarly** 1:5
**simple** 48:13
**simply** 54:16
**sir** 19:11
**sit** 15:2
**sitting** 28:9 34:7,12
**situated** 1:5

**six** 9:25 20:25 89:17
**sixth** 97:19
**size** 112:17
**skipping** 63:14
**slightly** 85:22
**slow** 100:17
**small** 14:3
**smith** 1:11 2:3 3:2,7 17:11 46:7 50:16 52:7 62:9,15 62:23 70:10 114:3,16
**smith's** 92:7
**solaris** 1:6,8,17 1:22 2:19 3:12 3:14,15,18 5:10 6:20,24 7:2,4 11:19 22:24 24:5 26:18,18 30:12 34:1,8 42:23 47:6 48:15 49:1,4,6 51:11 53:5,19,22,23 55:23 66:18,20 66:23 67:2,10 93:4 96:3 103:8,20 108:3 108:22
**solaris's** 30:3
**sold** 40:7,19,20 91:25 92:8 94:15,20,22

95:9
**sole** 43:18
**somebody** 86:17
**somebody's** 86:18
**someone's** 12:16
**sorry** 20:1 34:20,20 38:22 44:22 52:12 53:22 60:21 72:7 79:17 82:18 100:21 105:21 108:12
**sort** 46:24 65:19
**sounds** 36:21
**span** 22:22 104:11
**speak** 36:20
**speaking** 12:4 76:10 102:11
**speaks** 60:3
**special** 106:13 107:12,13,24 108:10,21,23 108:25 109:2,2
**specific** 31:6 55:1,2 64:3 82:22 96:9,11 104:1
**specified** 35:17
**specifies** 10:9

Veritext Legal Solutions
303-988-8470

Ryan Smith - May 25, 2023

**[specify - talked]**

| | | | |
|---|---|---|---|
| **specify** 94:20 | **stand** 79:23 | **sub** 8:11 57:19 | **supposedly** |
| **spo** 2:22,23 | **standard** 30:1 | 61:23 76:13 | 40:23 |
| 3:19 7:1 19:21 | **stands** 19:20 | 80:6 81:15 | **sure** 7:25 14:16 |
| 22:15 25:10,11 | **stapleton** 1:23 | **subject** 29:21 | 17:22 23:7 |
| 25:12 31:22 | 19:20 23:7 | 75:7 | 45:22 55:17 |
| 33:11,15 38:15 | **staring** 73:16 | **submission** | 69:17 70:17 |
| 39:13 40:7 | **start** 49:17 | 42:5 | 73:12 87:7 |
| 41:5,13 46:22 | 80:13 | **submitted** | **switch** 70:15 |
| 47:9,12,13,22 | **starts** 52:11 | 82:10 85:9 | **sworn** 3:3 |
| 49:9,25 51:17 | **state** 1:1 2:8 | **subparagraph** | 114:7,17 115:5 |
| 52:9 53:7 | 6:20 15:25 | 8:15 | **t** |
| 55:16 56:8 | 16:8 82:13 | **subscribed** | |
| 58:13 62:4,19 | 114:5 115:3 | 114:17 | **table** 2:24 |
| 65:7 68:10 | **stated** 33:25 | **subsection** | 111:22 |
| 69:25 71:3,8 | 40:2 75:10 | 57:19 | **taiwan** 77:25 |
| 87:17,19,22 | **statement** | **subsequent** | 110:20 |
| 88:3,7 91:18 | 67:10 89:10 | 62:19 | **take** 3:23 4:20 |
| 92:15,22 93:1 | **states** 7:14 | **subsequently** | 14:6,7 15:9 |
| 93:16,24,25 | 40:17 | 30:22 | 18:7,8 23:23 |
| 96:14,17 99:3 | **status** 52:4 | **substitute** | 28:17 45:10 |
| 101:1,5 103:2 | **statute** 97:4,6 | 75:13 | 65:3 66:14,14 |
| 103:5 104:5,9 | **stevens** 2:4 | **successfully** | 67:14,21 68:23 |
| 105:9 106:11 | **sticker** 4:7,11 | 83:7 | 68:25 76:17 |
| 108:7,7,13,20 | 4:15 | **sudden** 88:2 | 84:7 89:14 |
| 111:8 | **stop** 60:19 | **suggest** 63:8 | 98:2 101:1 |
| **spo's** 40:5 | 67:20 | 85:4 | 105:5 106:20 |
| 99:16 | **strategy** 2:21 | **suggested** | 112:16 |
| **spoi** 97:19 | **street** 1:2,19 | 19:17 | **taken** 2:4 29:11 |
| **spring** 85:13 | 2:5 | **suing** 100:2 | 38:12 46:5 |
| **stack** 49:24 | **stricken** 56:22 | **suite** 1:19,23 | 66:21 68:24 |
| 56:4 65:6,12 | **strike** 60:11 | 2:5 | 76:18,20 99:9 |
| **stamp** 7:7 8:9 | **strikethrough** | **summary** 96:5 | 110:5,12 115:7 |
| 9:13 | 54:20 | **summer** 85:13 | **takes** 101:5 |
| **stamped** 8:1 | **stuff** 73:2,4 | **supposed** 25:14 | **talk** 69:18 |
| 19:19 24:17 | | | **talked** 101:10 |
| | | | 101:14 |

Page 27

Ryan Smith - May 25, 2023

**[talking - time]**

| | | | |
|---|---|---|---|
| **talking** 60:18 | 40:23 42:23 | 55:13 | **third** 10:18 |
| 60:19,19,20 | 43:13,16 51:10 | **terms** 20:1,8,9 | 11:2 26:7,20 |
| 73:12 | 51:12 96:21,22 | 89:7 94:16 | 52:20 68:17 |
| **tautology** 35:3 | 97:9 100:5,10 | 98:21 106:9 | 80:3 88:18 |
| 35:9 | 100:14 101:2,6 | **testified** 3:4 | 95:25 96:1 |
| **tax** 87:23 | 101:8,11,13,17 | 31:1 36:15 | 102:25 103:1 |
| 109:12 | 101:17,24,24 | 66:23 69:20 | 108:6,7 |
| **tell** 3:9,24 8:11 | 102:8,18 | 79:3 86:4 | **thirds** 75:9 |
| 9:6 22:23 | 104:15 106:19 | **testify** 83:16 | 83:22 84:12 |
| 24:23 27:25 | 106:25 107:2 | 115:5 | **thirty** 9:24 |
| 28:1,9,16 32:8 | 107:12,13,14 | **testifying** 23:19 | 97:19 |
| 34:7 37:4 | 107:18,22,23 | **testimony** 7:3 | **thought** 60:21 |
| 41:18 50:4,10 | 108:9,9,21,25 | 11:15 16:4,10 | 94:19 100:24 |
| 53:15 57:2 | 109:1 | 37:8 103:11 | **thoughts** 95:18 |
| 67:2,14 68:7 | **tendered** 11:20 | 109:9 114:5,7 | **three** 14:18 |
| 72:21 85:18 | 13:12,17 25:12 | 115:11 | 17:17 20:25 |
| 92:4 93:10,22 | 26:10,15,16 | **text** 48:7 | 23:3 31:3 |
| 100:4,9 101:16 | 27:4 37:16 | **tgee** 1:20 | 36:11 37:1,2 |
| **telling** 33:16 | 39:4,13 43:20 | **thank** 4:17 | 37:23 39:19,23 |
| 34:6 35:22 | 45:19 49:4,7 | 32:12 45:25 | 40:6,11,18,19 |
| 84:5 98:11 | 51:16 66:20 | 46:4,15 47:15 | 40:25 41:17 |
| **ten** 50:6 | 71:13 103:4 | 61:21 | 57:17 63:10 |
| **tender** 9:10 | 108:20,22 | **theory** 101:13 | 68:11 74:22 |
| 11:16 12:18,19 | **tendering** 10:3 | **thing** 19:2 | 88:16 91:9,9 |
| 12:22 13:2,7 | 10:15 11:12 | 100:6 112:9 | 106:10 |
| 16:11,13,14,16 | 31:9,14,23 | **things** 105:22 | **thursday** 2:6 |
| 16:18 21:17 | 43:19 104:5 | **think** 35:23 | **tie** 44:3 |
| 22:1,4,7,8,9,12 | 106:12 107:5 | 37:18 63:14,19 | **tied** 61:7 |
| 23:24 24:1,3,4 | **tenders** 21:9 | 76:8,10 89:2,6 | **time** 9:24 11:25 |
| 24:4,9 25:14 | 31:5 38:3 | 89:9 92:12 | 14:7 22:22 |
| 26:19 27:1,6,8 | 108:1 | 100:8,9,13,16 | 23:16 24:4 |
| 27:10,11,14 | **term** 7:6,10,19 | 100:25 102:21 | 26:7 27:19 |
| 30:14,17,25 | 8:2,20 9:3,7 | 107:20 109:18 | 28:15 30:1 |
| 31:2 37:12 | 17:15 19:22 | 111:4 | 31:21 34:24 |
| 39:9,10,14 | 42:14,18 44:14 | | 35:1,15 39:12 |

Page 28

Ryan Smith - May 25, 2023

**[time - turn]**

43:22 57:25
59:18 60:16
68:11 69:1
74:8,11 78:16
79:6 82:14,18
82:24 83:4,9
83:17,19 84:2
85:10,16 86:4
86:24 93:5
94:20 95:8,18
95:22,25 96:3
96:12,17,19
98:10 102:1
104:3,11,16
105:12 113:6
115:8
**times** 39:11
41:22
**timing** 87:6
**title** 9:13 30:3
38:4,6 40:7
41:5,13 42:20
42:22 43:1
45:15,18 49:6
51:12 53:11
67:15 68:21
74:12 87:17
88:9,13 95:24
96:2,16 102:6
102:15,20
**titled** 8:15 9:16
17:13 26:22
35:25 39:15
50:19 64:13
70:21 90:17,23

**titles** 66:24
67:3,7 88:3
102:16,18
**today** 3:18 5:17
9:9 12:13
14:11 33:16
34:7,12 78:14
78:15 111:23
**today's** 7:3
78:15
**together** 55:10
55:12 114:6
**told** 35:7 36:10
37:1 61:13
64:24 101:13
104:14
**took** 30:14,17
37:22,24 45:13
89:5
**top** 29:17 38:20
38:25 46:14
52:3 53:6,22
55:23 56:9,10
57:4,5,8 62:6,7
63:16 65:8
95:7 97:16
108:12,17
**topic** 27:14
**tore** 38:10
**torn** 18:17
**total** 88:25 90:8
90:18,21,24
91:21,21 113:6
**toward** 55:22

**towards** 55:18
**town** 103:16
**tracking** 56:20
**train** 100:23
**transaction**
8:23 9:4 67:15
70:22 109:15
109:23 111:8
111:13
**transactions**
34:10 94:16
**transcript**
112:15,25
114:5 115:10
**transfer** 2:17
14:1 38:4,6
42:7,8,12,14,14
42:20,22 50:22
51:2,4,7,13,14
52:17,18,25
68:18 70:21
73:6,8,13,15,20
74:13 82:24
83:5 84:10,22
87:18,21,24
88:3 97:7
99:21,23 100:2
100:2,5,5,10,13
101:2,6,7,16,17
101:23 102:4,5
109:11
**transferred**
37:2 40:20
45:16,19 48:19
66:22,24 67:3

67:7,9 68:6,8
95:25 96:1
99:21 102:20
**transferring**
43:1 52:20
**transfers** 37:2
63:1 86:25
87:11,15
**trappings**
96:18
**travel** 98:10
105:12
**tried** 48:13
**triggered** 52:21
**true** 67:10
97:21 115:10
**trust** 9:23
**truth** 115:5
**truthfully**
33:20
**try** 19:1 46:23
**trying** 38:22
44:3 54:15
69:17 93:17
**turn** 7:6 8:8
9:12 32:7
34:20 35:23
51:17 52:11
53:4 55:16
57:16 62:4
74:7,16 81:14
81:19 88:15
89:21 90:25
97:16 106:6

Veritext Legal Solutions
303-988-8470

Ryan Smith - May 25, 2023

**[turned - value]**

**turned**  24:16
33:10,11,16
73:15 81:9
109:19
**turning**  20:20
33:12 34:18,19
40:1 41:21
75:2 76:12
81:4 95:15
**twenty**  91:9
**two**  10:9,13
17:17 20:25
40:6,18 41:22
46:21 58:5
61:23 67:18,21
75:9 83:22
84:12 105:21
112:4
**ty**  1:18 4:17
5:17 25:23
46:1 79:13
110:20
**type**  19:2
**typewritten**
115:9
**typically**  35:16
61:11

**u**

**u.s.**  40:3 42:3
**uh**  61:24 68:15
**ultimately**
26:21 27:18
39:14 44:13
57:14

**unable**  56:3
**under**  8:6 20:9
21:13 22:3
40:8 41:5,14
43:3 44:1 45:9
45:20 51:11
52:21 57:19
59:3,23 61:3
62:25 71:11
76:17,18 84:8
86:7,15 90:15
90:20 102:12
106:19 112:4
114:5
**underlined**
39:2 40:5 42:6
56:22
**underlining**
56:17
**underscoring**
39:23,25
**understand**
35:3 45:6
58:23 66:18
69:4,8 84:19
111:24
**understanding**
22:12 61:7
97:5
**undetermined**
37:24
**unfamiliar**
112:6
**unit**  21:10
22:23 24:21,24

25:3,12,15
52:20 59:4,6,9
71:13 74:14
93:7,11 94:17
94:22 95:1,2
102:6 108:2
**units**  10:4,5,8
10:16 11:12,21
13:15 21:5
22:15,21,25
23:3 24:6 25:1
26:16,19,23
27:4,14 29:23
30:8,12 31:10
31:15,23 36:7
36:11,11,12,16
37:1,12 38:1,4
38:7 39:13
40:7,19,19
41:17 42:20,23
43:13,16,19,19
44:20 45:19
48:14,25 49:4
49:6 51:10,12
51:15 53:5,10
53:12 55:21
57:1 62:25
66:19,20,22
67:9,15 68:6,7
69:6,11,25
73:13 87:18,21
89:20 90:4
91:3,8,10,11,25
92:8,13,17,23
93:3,3,20,20,23

93:25 94:1,5
94:12,15,22,24
95:3,9,10,19,23
95:24 96:2,12
96:21,22 97:9
97:20 98:7
99:20,25
102:15 103:4,5
104:5 106:14
108:9,10,20,22
**unmark**  15:16
**unrelated**  91:2
**unsigned**  71:22
**unsupported**
19:2
**use**  6:21 9:8
102:4,5,8
**used**  8:20 9:3
19:18 20:8
42:13,18 69:4
**using**  9:9,9
14:22 22:16,19
44:2 56:21
**usual**  86:21

**v**

**v**  39:21
**vail**  88:19
**valid**  76:20
**valuations**
92:23
**value**  2:20
88:20,24,25
89:1,20 90:2
90:21,24 91:8
92:1,1,9,9,13

Ryan Smith - May 25, 2023

**[value - witness]**

92:13,15 93:2
93:2,7,7,18,20
93:22 94:1,23
96:6
**valued**  92:5,16
93:25
**values**  93:24
94:3,13,18
**various**  22:14
33:8 39:25
46:20 47:13
**ventures**  39:21
**verbally**  27:12
**verified**  81:1
**veritext**  2:4
**version**  50:19
58:16 70:12
74:24
**vested**  96:17
**view**  22:3 45:1
**visible**  81:7
**voice**  54:14,15
**volume**  34:9
**vote**  81:22
84:12
**vs**  1:7

**w**

**wait**  34:19 41:2
78:3 101:15
105:16
**waiting**  4:24
**waitress**  77:24
**waitressing**
110:23

**walk**  15:5
**walker**  1:22
3:25 14:6,25
15:4,7,12,15
16:1,24 17:4
18:5,23 22:5
23:6,21 27:24
28:7 32:8,12
42:9 44:9 45:5
45:25 48:1,9
48:21 49:14
51:19 55:19
56:2,12 57:12
59:25 63:3,12
65:16,19,22
66:3 67:4,11
68:4 69:12
73:22 75:18
76:6 77:8 82:7
83:2,15,25
84:15 86:10
87:3,13 88:6
90:9 92:3 96:8
96:15 98:1,13
99:2,8 105:4
107:9 109:6,16
110:1 111:11
112:12,24
113:1,3
**want**  15:4,7
16:2 19:9
24:13 26:1
28:15 35:22
46:1 51:2
57:16 63:7

66:14,15,24
67:3,6,14 71:9
76:13 87:6
92:7,12 98:24
99:6 106:6
**wanted**  52:15
88:3 99:15
109:11
**wanting**  87:24
**warranty**
106:13 107:12
107:14,24
108:10,21,23
108:25 109:2,3
**waveland**
39:21
**way**  10:14,15
28:17 36:4
44:2 105:12
**ways**  10:13
26:16 51:18
96:24
**we've**  34:11
37:23 39:11
57:15 67:18
98:6 101:10
107:20
**wednesday**
47:21
**went**  44:23
**west**  25:3,6
**whoa**  54:6,6,6
**wife**  77:23
**wife's**  110:19
110:22

**willing**  13:10
23:24 24:5
108:2,23 109:1
**willingness**
12:23 16:18
102:9,14
**wind**  81:24
**winding**  81:20
**withdrawing**
15:14
**withdrew**  17:1
**witness**  5:16,17
5:21 6:15,18
7:9,14,21,25
8:14 9:16,21
10:12 11:8,18
12:11 13:9,20
14:9 15:8 16:2
17:5 19:9 20:7
21:22 23:22
24:11 26:6,13
27:25 29:2
30:5,17 32:4
33:15 34:5
35:6,11 36:10
36:19 37:14
41:10,16 42:11
42:17 43:3,8
44:11,18 45:6
45:13,18 48:2
48:10 54:25
56:3,13 57:13
57:25 58:9
59:15 60:2,21
62:2 63:14

Ryan Smith - May 25, 2023

**[witness - yuquan]**

65:11 67:6,13
69:13 72:15
74:25 75:19,25
76:8 77:9,14
78:14 79:2
82:9 83:3,16
84:1,16,24
85:4,15 86:11
86:17 87:5,14
88:7 90:10
92:4,22 94:7
96:9,16 98:2
98:14 99:17
100:13 101:5
101:10,19
102:2 103:13
103:18 104:14
104:23 105:5
106:22 107:10
107:20 108:1
109:8,17 110:2
110:13 111:12
111:18
**witness's**  14:14
**witnessed**
80:23
**word**  12:2,4,22
13:22,22 16:11
16:11 17:18,19
21:12 22:9,12
22:17 44:2
53:23 56:21,24
61:25 69:4
75:22 76:1
80:13,14,19,20

80:23 81:1
89:22 100:2,9
100:13 102:4,5
102:8
**words**  55:21
57:1 63:6,19
63:21,21 71:24
77:3,16 100:8
**work**  79:15,18
79:20 80:2,4
**world**  45:11,14
**worries**  108:19
**worth**  92:8
93:12
**wound**  81:13
**write**  80:1
90:14 100:17
**writing**  27:1,3
27:5,9 32:19
**written**  2:1
27:13,15 69:22
76:21 80:2
81:23
**wrong**  36:16
58:12
**wrote**  63:9

| x |
|---|

**x**  2:10
**xii**  34:22

| y |
|---|

**yeah**  4:1,5
16:25 23:9
47:3 58:24
66:1,1 73:17

84:9 88:10
90:12 102:3
106:8 108:19
**year**  22:22 27:2
31:4 54:11,17
54:20,21,23
55:4,5,5,6
56:11 97:8
**years**  3:10 13:7
23:19 24:1
68:9,11 88:17
91:16,19 100:8
106:10
**yep**  52:5
**yuquan**  1:4

Page 32

Colorado Rules of Civil Procedure

Chapter 4, Disclosure and Discovery

Rule 30

(e) Review by Witness; Changes; Signing. If requested by the deponent or a party before completion of the deposition, the deponent shall be notified by the officer that the transcript or recording is available. Within 35 days of receipt of such notification the deponent shall review the transcript or recording and, if the deponent makes changes in the form or substance of the deposition, shall sign a statement reciting such changes and the deponent's reasons for making them and send such statement to the officer. The officer shall indicate in the certificate prescribed by subsection (f)(1) of this rule whether any review was requested and, if so, shall append any changes made by the deponent.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.