# EXHIBIT A

Restricted Document