# EXHIBIT B

Restricted Document