# EXHIBIT C

Restricted Document