**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-cv-02443-RM-STV
    Consolidated with 19-cv-02637-RM-STV

**Derivatively:**
HSIN-YI WU, and QI QIN,
IN THEIR CAPACITY AS LIMITED PARTNERS OF
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,

    Plaintiffs

v.

COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,

    Nominal Defendant,

and

**Directly:**
HSIN-YI WU, JUN LI, QI QIN, YI LIU, JIE YANG, YUQUAN NI,
ZHONGZAO SHI, FANG SHENG, SHUNLI SHAO, KAIYUAN WU,
ZHIJIAN WU, ZHONGWEI LI, SA WU, FAN ZHANG, LIN QIAO,
JINGE HU, RUJUN LIU, YING XU, LU LI, CAO XIAOLONG,
and YUWEI DONG,

    Plaintiffs,

v.

COLORADO REGIONAL CENTER LLC,
COLORADO REGIONAL CENTER I, LLC,
SOLARIS PROPERTY OWNER LLC,
SOLARIS PROPERTY OWNER I LLC,
PETER KNOBEL, and
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP, and
ALL PRINCIPALS AND ULTIMATE OWNERS OF BUSINESS ENTITIES PURSUANT TO
PIERCING OF THE LIMITED LIABILITY VEIL,

    Defendants.

DIANWEN CUI, LEI GU, SUFEN LENG, XUE MEI, ZHOU MEI,
YAN SONG, LU WANG, YUE WU, ZHUO YANG, JINGWEN ZHANG,
LEI ZHANG, LING ZHANG, XIAOHONG ZHANG, QIN ZHOU,
XUN ZHU, and CHUNYI ZOU,

    Plaintiffs,

v.

WAVELAND VENTURES LLC,
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,
COLORADO REGIONAL CENTER I, LLC,
SOLARIS PROPERTY OWNER LLC,
SOLARIS PROPERTY OWNER I, and
PETER KNOBEL,

    Defendants.

# ORDER

    This matter is before the Court on the Joint Motion to Dismiss. (ECF No. 484.) In the Motion the Plaintiffs jointly move for dismissal of their action with prejudice, with each party to bear their own attorney fees and costs. (Id.) The Motion also indicates that the so-called "CRC Defendants" (Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC) join the Plaintiffs in the Motion. (Id.) It states that the "SPO Defendants" (Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel), however, "oppose this Motion unless the Court conditions dismissal on a payment by Plaintiffs of SPO attorneys' fees." (Id., pp.1-2.)

    Having considered the Motion, the Order on Appeal, *Li v. Colorado Regional Center I, LLC*, No. 21-1232, 2022 WL 5320135, (10th Cir. Oct. 7, 2022), and being otherwise fully advised, concludes as follows.

The Court is prepared to dismiss all claims against the CRC Defendants in accordance with the Motion.  The Court is also prepared to dismiss all claims against the SPO Defendants, with each party to bear their own costs except as previously set forth in this Court's Order, issued October 29, 2021 (ECF No. 413).  In that Order, the Court awarded attorney fees to the SPO Defendants under a number of theories, one of which was that the SPO Defendants were the prevailing parties under the Loan Agreement (ECF No. 344-1).  (ECF No. 413, pp.6-9.)  That portion of the Court's Order remains undisturbed by the Circuit's decision which, in fact, notes that "[o]n appeal, neither the Li Appellants nor the Cui Appellants challenge the attorney fee awards to the SPO Defendants based on the Loan Agreement." *Li*, 2022 WL 5320135 at *6, n.13.

Prior to dismissing the claims, however, the Court will provide the Plaintiffs and the SPO Defendants the opportunity to file briefs setting forth their positions.  Each may file a brief not to exceed 10 pages, and such briefs shall be filed within 14 days of the date of this Order, no later than August 21, 2023.

Dated this 7th day of August, 2023.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge