# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 19-cv-02443**
**Consolidated with Civil Action No. 19-cv-02637**

Jun Li, Qi Qin, Yi Liu, et al.,
        Plaintiffs,

v.

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I, and
Peter Knobel,
        Defendants.

---

## Cui Plaintiffs' Confirmation of the Joint Motion to Dismiss

---

Plaintiffs, DIANWEN CUI, LEI GU, SUFEN LENG, XUE MEI, ZHOU MEI, YAN SONG, LU WANG, YUE WU, ZHUO YANG, JINGWEN ZHANG, LEI ZHANG, LING ZHANG, XIAOHONG ZHANG, QIN ZHOU, XUN ZHU, CHUNYI ZOU, individually, and on behalf of COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP, (hereinafter collectively referred to as the "Cui Plaintiffs"), in response to the recent Order of this Court [ECF 486], hereby confirm that they have no objection to the Joint Motion to Dismiss [ECF 484].

The Cui Plaintiffs were aware of the State Court Actions styled as *Wu and Qin, derivatively for CRCPS v. Solaris Property Owner I and Knoebel*, Case No. 2021CV32918 (referred to in the Motion to Dismiss as the "Wu Action") and *Yu v. CRCPS,* Case No. 2022CV30877 (referred to in the Motion to Dismiss as the "Yu Action"). As limited partners of CRCPS, the Cui Plaintiffs were given notice of the state court settlement and did not object to the settlement as identified in the Joint Motion to Dismiss [ECF 484].

The Joint Motion to Dismiss [ECF 484], succinctly and correctly explains that the parties have reached a global settlement that includes a voluntary dismissal of all claims in both the state and federal courts. As stated in the Certificate of Conferral, the Joint Motion to Dismiss, the Cui Plaintiffs approved the filing of the Joint Motion to Dismiss [ECF 484] by the CRC Defendants on behalf of all parties who remain in the action. Although the Tenth Circuit reversed this Court's order on the Cui Plaintiffs' Motion for Leave to Amend their Complaint, no further pleadings have been filed herein as the parties have worked long and hard to settle their differences in this matter. Currently, the Cui Plaintiff's do not intend to file any further pleadings in this matter.

Apparently, the SPO Defendants intend to seek payment of attorney's fees against the Plaintiffs herein. This is a curious position, at least as it applies to the Cui Plaintiffs. The Joint Motion to Dismiss [ECF 484] adequately identifies in

2

footnote 1 that; all claims by the Cui Plaintiffs against the SPO Defendants have been dismissed [ECF335]; the SPO Defendants have already executed on the attorney's fee judgment against the Cui Plaintiffs, and such claims have been fully and completely satisfied [ECF 452]; the SPO Defendants were not the prevailing party on Appeal as to the Cui Plaintiffs, as the SPO Defendants' Motion for Appeal Related fees and costs was denied [ECF 463].  Furthermore, the Tenth Circuit vacated all awards of attorney's fees in this action [ECF 455].  There are no grounds upon which the SPO Defendants can claim additional attorney's fees against the Cui Plaintiff's.

As agreed, by all parties over whom the Court currently has jurisdiction, the Joint Motion to Dismiss [ECF 484] lays out the legal analysis for the dismissal.  In the Joint Motion to Dismiss [ECF 484], the CRC Defendants cite the applicable legal authority under both Colorado and Federal law for court approval of a derivative action.  The motion outlines the process of approval of the settlement by the State Court Judge in the Wu and Yu Actions, and offers guidance on approval of the motion currently before the Court.

///

///

///

///

In sum, all parties who currently remain in this action, submit, in the Joint Motion to Dismiss [ECF 484], that the settlement and dismissal of this case is fair and reasonable, and that this Court should approve of the parties' dismissal of this action.

DATED: August 8, 2023                  /s/ Brian P. Stewart
                                       Brian P. Stewart
                                       **Ardent Law Group**
                                       4340 Von Karman Ave.,
                                       Suite 290
                                       Newport Beach, California 92660
                                       Telephone: (949) 299-0188
                                       Facsimile:  (949) 299-0127
                                       bstewart@ardentlawgroup.com
                                       Attorney for Plaintiffs Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong Zhang, Qin Zhou Chunyu Zou, individually, and on behalf of Colorado Regional Center Project Solaris LLLP

## CERTIFICATION OF SERVICE

This is to certify that on August 8, 2023, a true and correct copy of the above and foregoing **Cui Plaintiffs' Confirmation of the Joint Motion to Dismiss** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

<u>/s/ Brian P. Stewart</u><br>For Ardent Law Group, P.C.