# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge Raymond P. Moore

Civil Action No. 19-cv-02443-RM-STV
    Consolidated with 19-cv-02637-RM-STV

**Derivatively:**
HSIN-YI WU, and QI QIN,
IN THEIR CAPACITY AS LIMITED PARTNERS OF
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,

    Plaintiffs

v.

COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,

    Nominal Defendant,

and

**Directly:**
HSIN-YI WU, JUN LI, QI QIN, YI LIU, JIE YANG, YUQUAN NI,
ZHONGZAO SHI, FANG SHENG, SHUNLI SHAO, KAIYUAN WU,
ZHIJIAN WU, ZHONGWEI LI, SA WU, FAN ZHANG, LIN QIAO,
JINGE HU, RUJUN LIU, YING XU, LU LI, CAO XIAOLONG,
and YUWEI DONG,

    Plaintiffs,

v.

COLORADO REGIONAL CENTER LLC,
COLORADO REGIONAL CENTER I, LLC,
SOLARIS PROPERTY OWNER LLC,
SOLARIS PROPERTY OWNER I LLC,
PETER KNOBEL, and
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP, and
ALL PRINCIPALS AND ULTIMATE OWNERS OF BUSINESS ENTITIES PURSUANT TO
PIERCING OF THE LIMITED LIABILITY VEIL,

    Defendants.

DIANWEN CUI, LEI GU, SUFEN LENG, XUE MEI, ZHOU MEI,
YAN SONG, LU WANG, YUE WU, ZHUO YANG, JINGWEN ZHANG,
LEI ZHANG, LING ZHANG, XIAOHONG ZHANG, QIN ZHOU,
XUN ZHU, and CHUNYI ZOU,

      Plaintiffs,

v.

WAVELAND VENTURES LLC,
COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP,
COLORADO REGIONAL CENTER I, LLC,
SOLARIS PROPERTY OWNER LLC,
SOLARIS PROPERTY OWNER I, and
PETER KNOBEL,

      Defendants.

## ORDER

      This matter is before the Court on the Joint Motion to Dismiss. (ECF No. 484.) In the Motion the Plaintiffs jointly moved for dismissal of their action with prejudice, with each party to bear their own attorney fees and costs. (Id.) The Motion also indicated that the so-called "CRC Defendants" (Waveland Ventures, LLC, Colorado Regional Center, LLC, and Colorado Regional Center I, LLC) joined the Plaintiffs in the Motion. (Id.) It stated that the "SPO Defendants" (Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel), however, "oppose this Motion unless the Court conditions dismissal on a payment by Plaintiffs of SPO attorneys' fees." (Id., pp.1-2.)

      Based on this information, the Court previously ordered the Parties to set forth their positions on the Motion in briefs. (ECF No. 486.) The Parties have now all filed briefs. (ECF Nos. 487, 488, 490.) In their brief, the SPO Defendants now indicate that they stipulate to the

dismissal with prejudice of Plaintiffs' actions pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2). (ECF No. 490.) Being fully advised, orders as follows.

(1) GRANTS the Join Motion to Dismiss (ECF No. 484);

(2) DISMISSES with prejudice the action;

(3) ORDERS that the Court's previous Orders on fees awarded under the Loan Agreement stand;

(4) ORDERS that no additional fees are ordered pursuant to this dismissal;

(5) DIRECTS the Clerk of the Court to CLOSE this matter; and

(6) ACKNOWLEDGES that SPO Defendants have indicated their intention to file for additional fees.

DATED this 22nd day of August, 2023.

BY THE COURT:

_____
RAYMOND P. MOORE
Senior United States District Judge