# In the United States District Court for the District of Colorado

Civil Action No. 1:19-cv-02443-RM-STV
—*Consolidated with* No. 19-cv-2637-RM-STV

JUN LI, *et al.*, individually and derivatively for Colorado Regional Center Project Solaris LLLP,

    Plaintiffs,

v.

WAVELAND VENTURES LLC, *et al.*,

    Defendants.

## SPO Defendants' Partially Opposed Motion for Extension of Time to File Motion for Attorney Fees and Costs

Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel (collectively, "SPO Defendants"), through counsel, move under Federal Rule of Civil Procedure 6(b) and D.C.Colo.LCivR 6.1 for a seven-day extension of time, to and including September 12, 2023, within which to submit their motion for attorney fees and costs.

*Certificate of conferral.* I certify that counsel for the SPO Defendants conferred or tried to confer with counsel for all parties. The CRC Defendants do not oppose the relief requested. The *Li* Plaintiffs oppose. Counsel twice emailed and telephoned counsel for the *Cui* Plaintiffs but received no response as of the date and time this Motion was filed. I further certify that a copy of this Motion was served on the SPO Defendants.

1. On August 2, 2023, Plaintiffs and the CRC Defendants jointly moved to dismiss this action with prejudice, in accordance with their settlement of all disputes between and among them. Doc.484. The SPO Defendants filed a response stipulating to the dismissal on August 21, 2023 and stating they intended to move under Rule 54(d) for attorney fees and costs. Doc.490.

2. On August 22, the Court dismissed this action with prejudice. Doc.492. In its dismissal order, the Court acknowledged that the SPO Defendants intended to move for their fees and costs. *Id.* at 3.

3. Rule 54(d) sets a deadline of fourteen days from entry of final judgment for a party to move for fees and costs, here, September 5, 2023.

4. There is good cause for this Motion. The SPO Defendants have worked diligently to prepare their motion for fees and costs. The undertaking has required extensive efforts to prepare, gather and review supporting documentation spanning over two years. Although they have prepared a draft of the motion and supporting exhibits, additional time is needed to finalize them.

5. Both attorneys who are primarily responsible for preparing the motion have multiple filings due this week, most of which are on extensions of time granted by the respective courts. Attorney Gee has an opening brief due today in the Colorado Supreme Court. His co-counsel has had limited ability to devote to the brief due to a recent family medical emergency. Attorney Gee has been preparing disclosures due tomorrow in a C.R.C.P. 16.1 fast-tracked case in Denver District Court. He has a September 8 deadline

to respond to four legally complex motions to dismiss in a class action pending in Denver District Court. Finally, Attorney Gee has a September 8 deadline to file factually complicated motions in another action pending in Denver District Court. Meanwhile Attorney Grewe was out of town on a pre-planned trip at the end of last week, and the firm's office was closed yesterday for the Labor Day holiday.

6. A seven-day enlargement of time will allow the SPO Defendants' counsel adequate time to prepare the motion for fees and costs.

7. We respectfully submit that no party will be prejudiced by the relief requested. The Clerk of the Court at this Court's direction has closed this case. There are no other motions or deadlines pending. Plaintiffs and the CRC Defendants' settlement is not affected by timing of the SPO Defendants' motion for fees and costs.

For these reasons, the SPO Defendants respectfully request that the Court extend by seven days, to and including September 12, 2023, the time within which they may submit their motion for attorney fees and costs.

September 5, 2023

        Respectfully submitted,

        *s/ Delanie Grewe*
        Ty Gee
        Delanie Grewe
        HADDON, MORGAN AND FOREMAN, P.C.
        950 Seventeenth Avenue
        Denver, CO 80202
        Tel 303.831.7364
        tgee@hmflaw.com; dgrewe@hmflaw.com

        *Attorneys for Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel*