

Deposition of
**Peter Knobel**

**Date:** July 11, 2023

**Case:** YUQUAN NI AND QI NIN, et al. v. SOLARIS PROPERTY
OWNER I LLC AND PETER KNOBEL

**No.** 2021CV32918

**Court Reporter:** Angela M. Taylor, RPR, CSR, CCR

Paszkiewicz Court Reporting
Phone: 618-307-9320
Toll-Free: 855-595-3577
Fax: 618-855-9513
www.spreporting.com

DISTRICT COURT, DENVER COUNTY
STATE OF COLORADO

```
YUQUAN NI AND QI QIN,        )
PLAINTIFFS, FOR THEMSELVES   )
AND SIMILARLY SITUATED       )
LIMITED PARTNERS             )
DERIVATIVELY FOR COLORADO    )
REGIONAL CENTER PROJECT      )
SOLARIS LLLP, NOMINAL        )
DEFENDANT,                   )
                             )
                             )
                             )
        vs.                  )    Case No. 2021CV32918
                             )    Courtroom: 203
SOLARIS PROPERTY OWNER I     )
LLC AND PETER KNOBEL,        )
                             )
        DEFENDANTS.          )
```

REMOTE DEPOSITION OF PETER KNOBEL
TAKEN ON BEHALF OF THE PLAINTIFFS
JULY 11, 2023

Angela M. Taylor, RPR, CSR, CCR
Illinois CSR License No. 084-004538
Missouri CCR License No. 1067
Louisiana CCR License No. 202306
Washington CCR License No. 22002378

Peter Knobel
July 11, 2023

Page 2

1               INDEX OF EXAMINATION
2        QUESTIONS BY MR. LITOWITZ ........................6
3
4
5            (No exhibits were marked.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1            DISTRICT COURT, DENVER COUNTY
                   STATE OF COLORADO
2
3   YUQUAN NI AND QI QIN,     )
    PLAINTIFFS, FOR THEMSELVES )
4   AND SIMILARLY SITUATED    )
    LIMITED PARTNERS          )
5   DERIVATIVELY FOR COLORADO )
    REGIONAL CENTER PROJECT   )
6   SOLARIS LLLP, NOMINAL     )
    DEFENDANT,                )
7                             )
                              )
8                             )
       vs.        )  Case No. 2021CV32918
9                 )  Courtroom: 203
    SOLARIS PROPERTY OWNER I  )
10  LLC AND PETER KNOBEL,     )
11        DEFENDANTS.     )
12        REMOTE DEPOSITION OF PETER KNOBEL, produced,
    sworn, and examined on behalf of Plaintiffs, JULY 11,
13  2023, between the hours of 11:13 Mountain Time in the
    forenoon and 12:57 Mountain Time in the afternoon of
14  that day, at video conferencing and telephonically
    remotely, before Angela M. Taylor, a Registered
15  Professional Reporter, a state-licensed certified
    court reporter in Illinois, Missouri, Louisiana, and
16  Washington.
17
18        A P P E A R A N C E S
19  APPEARING REMOTELY for Plaintiffs
       Mr. Douglas Litowitz
20     Litowitz Law Office
       413 Locust Place
21     Deerfield, IL  60015
22  APPEARING REMOTELY for Defendant SPOI/Knobel
       Mr. Ty Gee
23     Ms. Heather Hanneman
       Ms. Delanie Grewe
24     Haddon, Morgan, and Foreman PC
       950 17th Street, Suite 1000
25     Denver, CO  80202

Page 5

1            APPEARANCES (CONT'D)
2   APPEARING REMOTELY for Defendant CRCPS
       Mr. Timothy Atkinson
3      Ireland Stapleton
       1660 Lincoln Street, Suite 3000
4      Denver, CO 80264
5   Also Present:
6      Mr. Ryan Smith (In-House Counsel for Solaris)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2 (Pages 2 to 5)

Peter Knobel
July 11, 2023

---

Page 6

1      IT IS HEREBY STIPULATED AND AGREED by and
2  between counsel for the PLAINTIFFS and counsel for the
3  DEFENDANTS, that this deposition may be taken in
4  shorthand by Angela M. Taylor, a Registered
5  Professional Reporter, Certified Shorthand Reporter
6  and Certified Court Reporter, and afterwards
7  transcribed into typewriting, and the signature of the
8  witness is reserved by agreement of counsel and the
9  witness.
10
11            0-0-0
12        * * * * * * * * * * * *
13            0-0-0
14        PETER KNOBEL,
15  of lawful age, being produced, sworn and examined on
16  the part of the Plaintiffs, and after responding "Yes,
17  I do" to the oath administered by the court reporter,
18  deposes and says:
19        * * * * * * * * * * * *
20        [EXAMINATION]
21  QUESTIONS BY MR. LITOWITZ:
22    Q   Okay.  Can you please -- this is Doug
23  Litowitz.
24        Can you please state your name for the
25  record?

---

Page 7

1    A   Peter Knobel.
2    Q   Okay.  I'm going to refer to Solaris
3  Property Owner I, LLC, as SPO I, LLC.
4        Is that okay with you?
5    A   Yes, sir.
6    Q   What is your position at SPO I?
7    A   Member.
8    Q   Who is the manager?
9    A   I am.
10   Q   So it's member managed?
11   A   I believe so.
12   Q   Who -- are there any other members?
13   A   I don't believe so.
14   Q   Okay.  There was a company called Solaris
15  Mezz that signed the loan agreement in this case.
16  What is their relationship to SPO I?
17   A   You'd have to ask Ryan Smith.
18   Q   You -- you signed -- did you sign a document
19  for them, Solaris Mezz?
20   A   I don't know.
21       MR. LITOWITZ:  Let me share something on the
22  screen here.
23       MR. GEE:  Is this a depo exhibit?
24       MR. LITOWITZ:  Yeah.
25    Q   (By Mr. Litowitz) If you look at the loan

---

Page 8

1  agreement -- let me see if I can get it, pull it up.
2       MR. LITOWITZ:  I think it -- how do I share
3  screen?
4       MR. GEE:  This is -- this is one of the
5  things that you e-mailed to me, right?
6       MR. LITOWITZ:  It is.  I'm going to pull it
7  up now.
8       Can you --
9       MR. GEE:  Can you give me a file name,
10  please?
11       MR. LITOWITZ:  Yeah.  Thank you.
12       It's a loan agreement.  It's filed a "Tender
13  Deal Doc Loan Agreement"?
14       MR. GEE:  Tender deal loan agreement, right.
15       MR. LITOWITZ:  Yeah.
16       MR. GEE:  Okay.
17       MR. LITOWITZ:  Do you see it?
18       MR. GEE:  I have it on -- on the screen.  I
19  don't believe it's showing up on Zoom.
20       MR. LITOWITZ:  Okay.  Do you see it on the
21  screen?
22       MR. GEE:  I have it on -- I have it on my --
23    Q   (By Mr. Litowitz) [Indiscernible], it says:
24  "Solaris Property Owner, LLC, by Solaris Mezz, LLC, a
25  Delaware limited liability company by Peter Knobel."

---

Page 9

1       So we have a document that you signed for
2  Solaris Mezz.  Does that refresh your memory as to
3  what Solaris Mezz is?
4    A   No.
5    Q   Does Mr. Smith work for you, or do you work
6  for him?
7    A   He works for me.
8    Q   Okay.  What's your title at SPO I?
9    A   Manager.  Member.
10   Q   Okay.  Do you use titles such as president
11  or vice president or the like?
12   A   No.
13   Q   All right.  I want to draw your attention to
14  a document which -- let me get rid of this -- having
15  trouble sharing screen here.  One second here.
16       Can you see what's on my screen now?
17  This --
18   A   No.
19   Q   Okay.  Hold on a second.
20       I want to share something.  I'm having
21  trouble.  Okay.
22       Hold on one second here.
23       I'm having a little trouble with my share
24  screen.  One second.
25       Okay.  I'm having a little trouble with my

3  (Pages 6 to 9)

Peter Knobel
July 11, 2023

Page 10

```
 1    share screen.  Let me ask the -- hold on one second
 2    here.
 3            (Off the record discussions were had.)
 4        Q  (By Mr. Litowitz) Sorry, Peter, give me a
 5    second here.  I'm having trouble with this...
 6        A  Take your time.  No problem.
 7        Q  Well, let me go on to other things while I
 8    do that.
 9            The PPM in this case, also referred to as
10    the confidential information memorandum that went out
11    to all of the investors, have you seen that?
12        A  No.
13        Q  No.  The PPM says that the loan from
14    Colorado Regional Center Project Solaris, LLP, to SPO
15    and then SPO I was developer's equity; is that true?
16        A  I don't know.
17        Q  Do you know if it's kept on your books as
18    equity or debt?
19        A  I don't know.
20        Q  Who are the other lenders for the project?
21        A  Who were the other lenders currently or --
22    or when?
23        Q  Yeah.
24        A  When?
25        Q  Currently.
```

Page 11

```
 1        A  Currently?  None.
 2        Q  None.  Okay.
 3            So it's -- it's now debt -- let me ask you
 4    this question:  Why did you move from SPO to SPO I?
 5        A  I don't know.  You'd have to ask Ryan Smith.
 6        Q  Who is the accountant for SPO I?
 7        A  I don't know.  You have to ask Ryan Smith.
 8        Q  You don't know the accountant of the company
 9    that you manage?
10        A  I -- I have a personal accountant.
11        Q  Is the loan kept on your books as a note
12    payable or as equity?
13        A  I -- I have no idea.
14        Q  So you don't know your accountants?  Am I --
15    do I -- am I understanding that correctly?
16            MR. GEE:  Object to form.
17        Q  (By Mr. Litowitz) Do you know who your
18    accountants are for SPO I?
19        A  I only have one accountant, Martin Lager,
20    who is my personal accountant.
21        Q  But I'm asking about SPO I.
22        A  I don't know.  You have to ask Ryan Smith.
23        Q  All right.  I want to make a reference to a
24    document that's -- I sent around called:  "Tender deal
25    promissory note.  SPO stamped."
```

Page 12

```
 1            MR. LITOWITZ:  Ty, can you open that one?
 2            MR. GEE:  So, Mr. Litowitz, I have two
 3    monitors in front of me.  One is my iPad; that's where
 4    Zoom is.  And I have my personal computer; that's
 5    where I'm pulling up documents.
 6            MR. LITOWITZ:  Fine.
 7            MR. GEE:  But if you want to show Mr. Noble
 8    a document, I ask you to show it to him, not have me
 9    act as your IT consultant.  I'm doing lawyer work.
10            MR. LITOWITZ:  Okay.  Well, I'm trying to
11    pull it up.  I'm trying to get with the IT guy.
12            MR. GEE:  The file name you're looking for,
13    it's:  "Tender deal document of promissory note,"
14    right?
15            MR. LITOWITZ:  For some -- for some reason
16    my shared screen, which usually works, is not working.
17    That's all -- that -- that's why I'm hesitating here
18    for a second.  I'm sorry.
19            MR. GEE:  But -- but is that the document
20    that you're -- you're trying to pull up?
21            MR. LITOWITZ:  Correct.
22            MR. GEE:  It's:
23    "TenderDealDocPromissoryNote?"
24            MR. LITOWITZ:  Yeah.
25            MR. GEE:  Thank you.
```

Page 13

```
 1            MR. LITOWITZ:  Guys, I need a 5-minute break
 2    to -- to -- to talk to IT about why this isn't pulling
 3    up on my computer.
 4            (A break was taken.)
 5            MR. LITOWITZ:  I'm having trouble with this
 6    because it's a Mac, I think.  So I'm going to have the
 7    IT guy pull up the documents for me.
 8            Could you pull up the document called -- if
 9    you scroll down a little bit, it's called "Tender deal
10    doc promissory note stamped"?
11            You had it.
12            MODERATOR:  Give me one second.  It looks
13    like I need to download it really fast.
14        Q  (By Mr. Litowitz) Peter, while he's doing
15    that, let me ask you, did you say that you are the sole
16    member of SPO1, LLC?
17        A  Either I'm a manager or a member.  I don't
18    know.
19        Q  Are there any other members?
20        A  I don't know -- well, there are no other
21    members, but I might be a manager, not a member.
22        Q  When you pay your taxes, does it flow
23    through to you?  That would make you a member.
24        A  I have no idea.
25            MODERATOR:  Okay.  I'm ready.
```

4  (Pages 10 to 13)

Peter Knobel
July 11, 2023

Page 14

1    Q   (By Mr. Litowitz) Okay.  If you look at the
2  top of the page here, Peter, have you seen --
3  Mr. Knobel, have you seen this document before?
4    A   No idea.
5    Q   Okay.  Look at the bottom of the page and
6  you'll see a stamp IS000254 stamp from -- that your
7  law firm --
8    A   Okay.
9    Q   So this was provided to me by your lawyers.
10  So go back up to the top, and it'll say:
11  "Promissory note, promise to pay."
12    Do -- do you see that?
13    A   Second line -- oh, promissory note, yes.
14    Q   So you're not familiar with this document or
15  you are, can you clarify?
16    A   I'm not familiar with this document.
17    Q   Okay.  I'm going to read it with you here
18  out loud and then ask you a question.  It says -- do
19  you see where it says "promise to pay"?
20    "Solaris Property Owner 1, LLC, a Delaware
21  limited liability company (Borrower) promises to pay
22  the Chicago [sic] Regional Center Project Solaris LLP,
23  a Colorado limited liability limited partner" --
24  "partnership (Lender), or" -- "or order, in lawful
25  money of the United States of America, the principal

Page 15

1  amount of One Hundred Million and no dollars."
2    Do you see that language there?
3    A   Yes.
4    Q   Did Solaris Property Owner 1 make a payment
5  to Colorado Regional Center Project Solaris LLLP in
6  lawful money of United States America?
7    A   I don't know.  You have to ask Ryan Smith.
8    Q   You don't know if they made a payment?
9    MR. GEE:  Object to form.
10    Q   (By Mr. Litowitz) Do you -- do you know if
11  they made any cash payment on this note?
12    A   I believe they pay interest on this note.
13    Q   You believe they paid interest.  Okay.
14    What I just read to you mentions principal,
15  so do you know if your entity, SPO I LLC, paid any
16  principal on this note?
17    A   I don't know.  You have to ask Ryan Smith.
18    Q   Going down on the page --
19    MR. LITOWITZ:  If you could scroll down.
20  Now, stop right there.
21    Q   (By Mr. Litowitz) It says here -- there's a
22  section called "term."  Okay.  And I want you to go
23  three -- one, two, three, four -- five lines down
24  where it says in cursive "provided however."
25    Can you see that Mr. Knobel?

Page 16

1    A   Yes.
2    Q   I'm going to read that then ask you a
3  question.  "Provided, however, notwithstanding
4  anything to the contrary set forth in this note or any
5  loan documents, at any time after the prepayment date,
6  borrower shall have the absolute right to prepay the
7  portion of the note attributable to any loan advance
8  by repaying lender the amount of such loan advance in
9  cash or conveying lender the collateral unit securing
10  such loan advance."
11    Do you see that language?
12    A   Yes.
13    Q   And then at the last sentence of that
14  section, it says:  "With respect to each loan advance,
15  prepayment date means a date that is exactly 36 months
16  from" -- "after the closing on such loan advance."
17    Do you see that?
18    A   Yes.
19    Q   Okay.
20    MR. LITOWITZ:  So now I want you to scroll
21  all the way down to the last page of this document.
22  It a -- yeah, there you go.
23    Q   (By Mr. Litowitz) Now, are you -- have you
24  ever seen this Exhibit A, Mr. Knobel?
25    A   No.

Page 17

1    Q   Do you know what this is?
2    A   Not that I remember, no.
3    Q   You don't know what this is?  Do you know
4  what this is?
5    A   Looking at this, this is a list of units
6  that became collateral, I believe.
7    Q   Okay.  Going down this list, for example,
8  let's start -- let's take any unit, like five down,
9  Pent E East.  It says the loan was advanced in
10  June 15, 2012.
11    What would be the prepayment period after
12  36 months on that loan advance?
13    A   I don't know.  You have to ask Ryan Smith.
14    Q   3 -- 36 months is how many years?
15    A   Three.
16    Q   Okay.  So can you add three years to
17  June 15, 2012?
18    A   June 15, 2015.
19    Q   Okay.  So from June 15, 2015, to the
20  maturity date, June 14, 2017, was that money paid in
21  cash or was that unit conveyed to CRCPS?
22    MR. GEE:  Object to form.
23    A   I believe that unit was conveyed.
24    Q   (By Mr. Litowitz) Okay.  Do you know what
25  date that unit was conveyed?

5 (Pages 14 to 17)

Peter Knobel
July 11, 2023

Page 18

1    A   No idea.
2    Q   These documents have maturity dates.  Can
3  you see in Column E?
4         MR. GEE:  Object to form.
5    A   Yes.
6    Q   (By Mr. Litowitz) Were conveyance or cash
7  payment made by those maturity dates?
8    A   I don't know.  You have to ask Ryan Smith.
9    Q   Why would I have to ask Ryan Smith if you're
10  the manager of the company?
11   A   Because Ryan Smith handled all of this.
12   Q   And what is Ryan Smith's role?
13   A   Ryan Smith's in-house counsel to Solaris.
14   Q   Is there a document that sets forth the
15  scope of Mr. Smith's duties at SPO I?
16   A   No.
17   Q   Did SPO I prepay any loan advances from
18  CRCPS?
19   A   I don't know.  You have to ask Ryan Smith.
20   Q   Please explain what you do as manager of
21  SPO I.
22   A   Basically nothing.
23   Q   That's what it sounds like.
24       MR. GEE:  Object to the narrative.
25   Q   (By Mr. Litowitz) As manager of SPO I, do you

Page 19

1  manage the amount of money coming in and out by wires?
2    A   Indirectly.
3    Q   Who draft-- -- do you know who drafted this
4  promissory note?
5    A   Most likely Ryan Smith.
6         MR. LITOWITZ:  IT -- Greg, could you pull
7  out a bit to the other documents?  And let's go to
8  the -- down to "tender Ryan Smith dep."
9    Q   (By Mr. Litowitz) Mr. Knobel, do you know
10  that I took the deposition of Ryan Smith?
11   A   Yes.
12   Q   Okay.  This is an excerpt from that
13  deposition.
14   A   Okay.
15       MR. LITOWITZ:  If you can scroll down a
16  little bit.  That's a little too far.  Yeah, just up a
17  touch.  Yeah.  Okay.
18   Q.   (By Mr. Litowitz) So can you see that on your
19  screen now?
20   A   Yeah.
21   Q   So it's says "by Mr. Litowitz."
22       "So with regard to all of these payments or
23  loan advances on Exhibit A, is it your position that
24  they were tendered in April 2015 -- April 2015?
25       "MR. GEE:  Objection to form.

Page 20

1         "THE WITNESS:  Yes.
2         "By what documents were they tendered?
3         "They were tendered in several ways."
4    Q   Do you agree that the loan advances that you
5  just saw on Schedule A were tendered in April 2015?
6         MR. GEE:  Object to form.
7    A   If that's what Ryan Smith says, then that's
8  what he says.
9    Q   (By Mr. Litowitz) Well, that's a tautology.
10  So I'm asking you, when were those units tendered?
11       MR. GEE:  Object to form.
12   A   I don't know.
13   Q   (By Mr. Litowitz) You don't know when -- I'll
14  ask you that again.  Do you know if -- when the units
15  were conveyed?
16       MR. GEE:  Object to form.
17   Q   (By Mr. Litowitz) Do you know when the units
18  were conveyed?
19   A   No.
20   Q   Do you know when the units were tendered?
21   A   No.
22   Q   What's the --
23   A   I don't know what -- I don't know what
24  "tendered" means, so...
25   Q   You don't know what "tender" means?

Page 21

1    A   No.
2    Q   Okay.  Okay.
3         MR. LITOWITZ:  Can you pull back out, Greg,
4  and I want you to go to email chain Rick -- yeah,
5  there.  Okay.  There you go.  Thank you -- thank you,
6  Greg.
7    Q.   (By Mr. Litowitz) Mr. Knobel, can you see
8  this thing here?
9    A   Yes.
10   Q   Under "cc" it -- it says your name there, if
11  you can see it, and Rick Hayes.
12   A   Okay.
13   Q   Who is Rick Hayes?
14   A   Rick Hayes works for CRC.
15   Q   Okay.  This is an email from Ryan Smith
16  dated March 2, 2016, that was produced by your
17  lawyers.
18   A   Okay.
19   Q   It says, from Ryan:  "Rob and Mark, Peter
20  and Rick met yesterday, and I understand they agreed
21  the parties would hold off on transferring" --
22  "actually transferring the eligible units until
23  further notice but continue to perform as if the
24  transfers happened on their respective 3-year
25  prepayment date."

6  (Pages 18 to 21)

Peter Knobel
July 11, 2023

Page 22

1    Do you recall that conversation between
2 yourself and Mr. Hayes?
3    A   Not -- not really, no.
4    Q   Okay.  We just went over the promissory note
5 which had a prepayment provision.  Do you recall that
6 part of our conversation an hour ago, or less than an
7 hour ago?
8    A   Yes.
9    Q   Why didn't you simply surrender title of the
10 unit to the lender?
11    MR. GEE:  Object to form.
12    A   They asked to -- to save money, would I mind
13 holding the units.
14    Q   (By Mr. Litowitz) Okay.  And what did they
15 give you in exchange for your holding the units?
16    MR. GEE:  Object to form.
17    A   I don't know what that means.
18    Q   (By Mr. Litowitz) Was it a gift on your part
19 to hold the units for them?
20    MR. GEE:  Object to form.
21    MR. LITOWITZ:  What's wrong with the form?
22    MR. GEE:  What's a gift?
23    MR. LITOWITZ:  You don't know what a gift
24 is, Ty?
25    MR. GEE:  Do you know what a gift is?

Page 23

1    MR. LITOWITZ:  Yeah.  It's something you
2 give without cons- -- without payment -- thought of
3 pay back or consideration.
4    Q   (By Mr. Litowitz) So I'm asking you, did you
5 give it -- did you do that for them as -- as a
6 courtesy?
7    MR. GEE:  Object to form.
8    A   I don't remember on that day what was in my
9 mind.
10    Q   (By Mr. Litowitz) Did SPO I get anything or
11 receive any benefit or thing of value by holding those
12 titles?
13    A   I don't know.
14    Q   Are you aware that in December of 2020, 16
15 titles were transferred from SPO I to CRCPS?
16    A   I know at some time they were transferred,
17 yes.
18    Q   Okay.  Are you aware that in those transfer
19 documents there is language releasing SPO I from
20 paying any deficiency judgment?
21    A   I don't know.  You have to ask Ryan Smith.
22    Q   What did SPO I receive from releasing --
23 let -- let me rephrase that.
24    Was any interest ever forgiven by CRCPS that
25 SPO I had to pay?

Page 24

1    MR. GEE:  Object to form.
2    A   I don't know.  You'd have to ask Ryan Smith.
3    Q   (By Mr. Litowitz) Can you --
4    MR. LITOWITZ:  Greg, can you scroll out?
5 Another document?
6    Let's do this.  CRCPS Letter 615.  See
7 questions.
8    Okay.  And go down a page or two.
9    Yeah, No. 7 and 8.
10    Q   (By Mr. Litowitz) Okay.  Mr. Knobel, this is
11 a missive from CRCPS to its limited partners and
12 answering questions that the limited partners might
13 have of CRCPS, your lender.
14    And in Question 7, if you can see that
15 there?
16    A   Uh-huh.
17    Q   It says:  "What is the total amount of
18 interest money lost by a 2015 agreement cutting off
19 interest payable by SPO?"
20    It says, "RESPONSE:  There were no interest
21 payments lost by entering into the ARCU."
22    Are you familiar with the document called
23 ARCU?
24    A   No.
25    Q   Did you negotiate the ARCU?

Page 25

1    MR. GEE:  Object to form.
2    A   No.
3    Q   (By Mr. Litowitz) Do you know of the ARCU?
4    A   I don't know what ARCU means.
5    Q   Agreement Regarding Collateral Units.
6    A   You have to ask Ryan Smith.
7    Q   So you don't know?
8    A   I don't know about the A -- ARCU.
9    Q   Do you know about the agreement regarding
10 collateral units?
11    A   No.  You have to ask Ryan Smith.
12    MR. LITOWITZ:  Pull out, Greg.
13    Thank you.
14    I want you to go down to "Tender SPO
15 Response to Production," the last -- it's the last one
16 at the bottom, yeah.
17    Keep going down, and I'll tell -- there'll
18 actually be a little mark in it, I believe.
19    Keep going down.  Yeah.  There's a little
20 mark there on the right.  Yeah.  Keep going down to
21 Number 5.
22    Yeah, and then it bleeds over to the next
23 page.
24    Q   (By Mr. Litowitz) Mr. Knobel, this is a
25 document that your lawyers, the guy sitting next to

7  (Pages 22 to 25)

Peter Knobel
July 11, 2023

Page 26

1  you, submitted in this case.
2      Can you see this response there to my
3  question?
4      **A  Uh-huh.**
5      Q   Okay.  I'm going to read here starting from
6  the third line there.
7      "In summary, that loan agreement and
8  promissory note provided that SPO I had the absolute
9  right to prepay each loan advance, beginning on each
10  advance's third anniversary.
11      "Before the third anniversary of the first
12  loan advance, SPO I announced it would exercise its
13  absolutely right to prepay one or more of the" --
14      MR. LITOWITZ:  You've got to scroll down a
15  little bit, Greg.
16      Q   (By Mr. Litowitz) -- "advances with
17  collateral units and tendered the collateral units."
18      Okay.  My question to you is, do you know
19  who made the announcement referred to above?
20      **A  Again, no.  You have to ask Ryan Smith.**
21      Q   Okay.
22      MR. LITOWITZ:  Greg, can you put this so
23  it's on -- a little bit on both pages so I can see the
24  whole, full thing?
25      Yeah.  There you go.

Page 27

1      Very good.  Thank you -- thank you.
2      Q   (By Mr. Litowitz) Do you recall our
3  conversation earlier about prepayment periods,
4  Mr. Knobel?
5      **A  I recall, yes.**
6      Q   And when is the prepayment period under the
7  promissory note?
8      **A  Whatever you say it is.**
9      Q   Okay.  If I told you that the promissory
10  note, it -- it -- according to your lawyer here, that:
11  "There's an absolute right to pay beginning on each
12  advance's third anniversary."
13      This is what your lawyer says right here.
14      Can you see it under "Response?"
15      **A  Okay.**
16      Q   All right.
17      **A  Uh-huh.**
18      Q   The next sentence says:  "Before the third
19  anniversary," not after the third anniversary, but,
20  "before the third anniversary of the first advance,
21  SPO announced it would exercise its absolute right to
22  prepay with collateral units and tender the units."
23      So based on this from your lawyer, were the
24  units tendered before the first loan advance, third
25  anniversary?

Page 28

1      MR. GEE:  Object to form.
2      **A  You have to ask Ryan Smith.**
3      Q   (By Mr. Litowitz) Do you know when the
4  loan -- when the tender was made?
5      **A  Again, you have to ask Ryan Smith.  Ry- --
6  Ryan Smith ran this project.**
7      Q   Well, it then says here after that sentence,
8  so going back, there's a sentence that says:  "Before
9  the third anniversary, SPO announced it would repay
10  and then tendered the unit."
11      So it tendered the units.
12      Did it tender the units before the third
13  anniversary?
14      MR. GEE:  Object to form.  Asked and
15  answered.
16      **A  Again, you have to ask Ryan Smith.**
17      Q   (By Mr. Litowitz) Okay.  The next sentence
18  says:  "Thereafter, CRCPS and SPO I entered into the
19  ARCU."
20      Do you see that sentence?
21      **A  Mr. Litowitz, I have to tell you, I am not
22  very good at reading or writing.  Okay?  So I use
23  lawyers to handle and verbally tell me what is going
24  on.**
25      Q   Okay.  Do you know the date of the ARCU?

Page 29

1      **A  I have no idea.**
2      Q   Okay.  Let me switch and ask you something
3  else.
4      MR. LITOWITZ:  You can take that down, Greg.
5      Actually, if you can go up to where it says:
6  "Knowledge deeded from SPO I."  SPO I.  Right below
7  it:  "Knowledge deeded from SPO I."  Yeah.
8      It might need to be -- yeah, there you go.
9      MODERATOR:  It won't let me flip it without
10  the Adobe Acrobat.
11      MR. LITOWITZ:  Okay.
12      MODERATOR:  Yeah.
13      MR. LITOWITZ:  Okay.  Don't worry about it.
14      So -- yeah, keep going there.  I apologize
15  if this can't be flipped.
16      **A  I'll turn my head sideways.**
17      Q   (By Mr. Litowitz) Okay.
18      **A  Okay?**
19      Q   Maybe this will shake something loose.
20      All right.  So it says here -- these are
21  actually 1 -- 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13,
22  14 --
23      MR. GEE:  Time out.  Time out.
24      Mr. Litowitz, keep the personal insults away
25  from the deposition.  Okay?  Stay on the deposition.

8  (Pages 26 to 29)

Peter Knobel
July 11, 2023

1  Ask your questions.
2      MR. LITOWITZ:  Yes, sir.
3      Q   (By Mr. Litowitz) It says here -- this, I --
4  I -- by the way, I pulled off of Eagle County Recorder
5  of deeds.
6      There were -- are you aware that there were
7  19 units that collateralized the loan from Colorado
8  Regional Center Project Solaris to SPO I?
9      MR. GEE:  Object to form.
10     **A   Yes.**
11     Q   (By Mr. Litowitz) Okay.  This -- this record
12 is from the Eagle County Recorder's office showing
13 the -- the deed number, the deed dates, and where they
14 ended up.  I want to ask you about some of the
15 recipients.
16     Are you familiar with Solaris Bella, LLC?
17     **A   No.**
18     Q   Are you familiar with the law firm of
19 Garfield & Hecht in Avon, Colorado?
20     **A   I know the law firm.**
21     Q   Do you do business with them?
22     **A   Not really.**
23     Q   Do you have any -- you or anyone you know
24 have any interest in Solaris Bella, LLC?
25     MR. GEE:  Object to form.

1      **A   I don't believe so.  Have to ask Ryan Smith.**
2      Q   (By Mr. Litowitz) I have to ask Ryan Smith
3  whether you have a relationship with anybody in Solaris
4  Bella, LLC; is that what you're saying?
5      MR. GEE:  Object -- object to form.
6      **A   I own hundreds of pieces that -- I would say
7  I do not.**
8      Q   (By Mr. Litowitz) Okay.  See -- kind of blow
9  this up here.
10     A company called Solaris 3C East.  Do you
11 have any relationship to them?
12     Mr. Knobel?
13     **A   Solaris 3C East?**
14     Q   Yes.
15     **A   Possibly.**
16     Q   Okay.  Their registered agent is Matt Jones.
17 Do you know a Matt Jones?
18     **A   Yes.**
19     Q   What -- how do you know him?
20     **A   He's my accountant.  In-house accountant.**
21     Q   In-house accountant.  Okay.
22     So Unit 3C East was sold to Solaris 3C East,
23 and the registered agent is your accountant.
24     I'm asking you this question generally:
25 Were any of the properties sold to any entities in

1  which you or any affiliates of yours have an interest?
2      **A   Any of which properties?**
3      Q   Okay.  Any of the 19 properties.  I'm trying
4  to figure out if any of these properties were sold
5  back to you or people that are affiliated with you?
6      **A   I don't believe so.  You have to ask Ryan
7  Smith.**
8      Q   Okay.  What is -- are you familiar with an
9  entity called RRS Eagle Properties, LLC?
10     **A   No.**
11     Q   Okay.  They bought 6C West.
12     Does your firm, PBK Brokerage, were they
13 involved in selling some of these properties?
14     **A   Yes.**
15     Q   Okay.  Which properties were sold by PBK?
16     **A   I don't know.**
17     Q   You don't know.
18     What you don't know could fill a library.
19     **A   What?**
20     MR. GEE:  All right.  Hold -- hold on for a
21 second.
22     Mr. Litowitz, you're here to ask questions
23 and get answers, not to comment, not to insult.  Ask
24 your question.  If you keep on doing this, we are
25 going to have a conversation with the judge, so cut it

1  out.
2      MR. LITOWITZ:  Okay.  You asked questions
3  about when my wife was a waitress, so we can have that
4  talk with the judge.
5      MR. GEE:  You need to have a conversation
6  with the judge right now, Mr. Litowitz.  We can
7  post- -- we can stop the deposition, wait until 1:00,
8  call the judge, and get her on the line.
9      Do you want that to happen?
10     MR. LITOWITZ:  I'm fine.  Just take it easy
11 over there, Killer.
12     Q   (By Mr. Litowitz) Do you know a company
13 called Sol 6 E, LLC.
14     **A   No.**
15     Q   How about Big Horn 7 LLC?
16     **A   No.**
17     Q   Colorado Rampli?
18     **A   No.**
19     Q   Do you know a person named James Lowe --
20     **A   No.**
21     Q   -- of Erie, Colorado?
22     **A   No.**
23     MR. LITOWITZ:  Greg, can you pull out there?
24 Go down to Chinese money path interest.
25     Q   (By Mr. Litowitz) Mr. Knobel, these are

9  (Pages 30 to 33)

Peter Knobel
July 11, 2023

Page 34

1   documents that I got from an inspection of records for
2   CRCPS, the lender to SPO I.
3       And if you look on the right of your screen,
4   it says: "Summary of SPO I interest payments." Do
5   you -- can you see that?
6       A   Yes.
7       MR. GEE:   Let me -- let me say for the
8   record that what we have in front of us is apparently
9   a photograph of various documents, not the full
10  document, on a table.   There are obviously documents
11  underneath the ones that are shown in the image.   We
12  don't -- we can't see those documents.
13      Q.   (By Mr. Litowitz) Okay.   Do you see the
14  interest payments according to Colorado Regional
15  Center, according to this document, totaling out at
16  17,205,081?
17      A   Okay.
18      Q   Okay.   And what year did these interest
19  payments go from and what year did they end?
20      A   They go from 2012 to 2021.
21      Q   Okay.   And what was the principal value of
22  the loan from CRCPS?
23      A   I have no idea.
24      Q   You don't -- I'm going to ask you that one
25  more time.   What was the principal of the total loan

Page 35

1   advances from CRCPS to SPO I?
2       MR. GEE:   Object to form.
3       A   I don't know.   You have to ask Ryan Smith.
4       MR. LITOWITZ:   Greg, can you pull out of
5   this?   Go back to tender deal doc promissory note SP
6   there.   Click that.   And go to the last page.   And go
7   to the bottom.   Okay.
8       Q.   (By Mr. Litowitz) So these are all the -- the
9   advances that were made.
10      A   Okay.
11      Q   And have you ever added these up?
12      A   No.
13      Q   Would you be shocked if I told you it was
14  $82.5 million?
15      A   No.
16      Q   Okay.
17      MR. LITOWITZ:   Let's go back to the other
18  document again that we just were on.
19      Q.   (By Mr. Litowitz) Okay.   $17 million of
20  interest on $82.5 million over 8 years is -- can you
21  guess what effective rate of interest that is?
22      MR. GEE:   Object to form.
23      A   No.
24      Q   (By Mr. Litowitz) No?   Well, 17 into 82 is --
25  is what?

Page 36

1       MR. GEE:   Object to form.
2       A   17 into 82?
3       Q   (By Mr. Litowitz) Yeah.
4       A   Should I get a calculator?
5       Q   Yeah.
6       MR. GEE:   You don't need a calculator for
7   this.   If you -- if you can't do it in your head, then
8   maybe Mr. Litowitz will provide a calculator.
9       Q   (By Mr. Litowitz) Okay.   0.20, it's 20 --
10  20 percent?
11      A   20 percent?
12      Q   20 percent of the -- of the principal value.
13  Okay?   Over 8 years.   So if I divide it by 8, I get
14  0.25 percent.   So your effective rate -- was your
15  effective rate of interest on this loan 2.5 percent?
16      A   I don't know.
17      Q   What was your effective rate of interest on
18  this loan?
19      A   I don't know.
20      Q   What was your rate of interest on the loan
21  from PB Capital before this loan?
22      A   I don't know.
23      Q   Before this loan, there was another tranche
24  of $100 million.   Do you know what that effective rate
25  of interest was on that?

Page 37

1       A   I don't know what tranche you're talking
2   about.
3       Q   Did you previously have debt lenders, one
4   was PB Capital and then there was another lender?
5       A   Who is -- who -- I know about PB Capital.
6   Who was the other lender?
7       Q   I will tell you now in a second.
8   California Bank & Trust.
9       A   Never heard of them.
10      Q   Never heard of them.   That's interesting.
11  Okay.
12      Do you know the value of cash you paid back
13  for receiving $82.5 million?
14      A   Repeat the question.
15      Q   How much cash did you pay back to the lender
16  for getting $82.5 million?
17      A   I don't know.   You have to ask Ryan Smith.
18      Q   How much property value in collateral did
19  you give back for receiving $82.5 million?
20      A   I don't know.   You have to ask Ryan Smith.
21      Q   What other projects do you manage besides
22  this one?
23      MR. GEE:   Object to form.
24      A   Some single family houses that we built, a
25  hotel that we own, a marijuana company in Colorado

10  (Pages 34 to 37)

Peter Knobel
July 11, 2023

Page 38

1  we're invested in.  That's about it.
2  Q   (By Mr. Litowitz) What -- can you describe
3  for me how much time you spend on SPO I in a given day
4  or week?
5  MR. GEE:  Object to form.
6  A   Less than a minute.
7  Q   (By Mr. Litowitz) Less than a minute?
8  Are you aware of a 2009 memorandum of
9  understanding between yourself and Mr. Hayes?
10  MR. GEE:  Object to form.
11  A   I'm aware there may be one, but I'm not
12  aware of what it says.
13  Q   (By Mr. Litowitz) Can you tell me narratively
14  how you came to obtain a loan from Colorado Regional
15  Center Project Solaris?
16  MR. GEE:  Object to form.
17  A   I believe they approached Ryan Smith or Reed
18  Weily in our firm.
19  MR. LITOWITZ:  Greg, can you go out.  I
20  think I have one more thing to look at here.  Go down
21  to "condo memo pricing."
22  Q   (By Mr. Litowitz) This is a letter from Reed
23  Weily.  Is that how you pronounce his name,
24  Mr. Knobel --
25  A   Yes.

Page 39

1  Q   -- Weily?
2  Who was he?
3  A   Who was he?
4  Q   Is he.
5  A   Who is he?  He's a lawyer -- a lawyer who
6  used to be general counsel to Solaris -- Solaris.
7  Q   What happened to him?
8  A   What happened to him?
9  Q   Yeah.  Why did he leave?
10  A   Why did he leave?
11  Q   Was he fired?  You tell me.
12  MR. GEE:  Object to form.
13  A   No, he wasn't fired.
14  Q   (By Mr. Litowitz) Okay.  Are you familiar
15  with this document?
16  A   No.
17  Q   Okay.  This document is an attachment to the
18  loan agreement.
19  MR. LITOWITZ:  And if you could scroll down.
20  Q   (By Mr. Litowitz) It sets prices for the
21  collateral, the pool of collateral.
22  Are you familiar with the concept of a
23  collateral pool with respect to this loan?
24  A   Not really, no.
25  MR. LITOWITZ:  Go back up to the first page

Page 40

1  there, Greg.
2  Q   (By Mr. Litowitz) It says here, from
3  Mr. Weily:  "Pursuant to the loan agreement November 5,
4  2010, by and between borrower and lender, the
5  collateral unit value for the condominium units is set
6  at the market price in effect in May 2009."
7  A   Okay.
8  Q   Okay.  Why would loans that are made in 2012
9  be using 2009 valuations --
10  MR. GEE:  Object to form.
11  Q   (By Mr. Litowitz) -- collateral?
12  A   I don't know.  You have to ask Reed Weily.
13  Q   Okay.  I will.  He works over at the
14  hospital, so I'll get ahold of him.
15  MR. LITOWITZ:  Can you pull out, Greg.
16  Q   (By Mr. Litowitz) When you -- Mr. Knobel,
17  have -- in your business endeavors, are you ever asking
18  as a lender?
19  A   Am I ever acting as a lender?
20  Q   Yeah.
21  MR. GEE:  Object to form.
22  A   Very rarely.  Very, very rarely.
23  Q   (By Mr. Litowitz) In your discussions with
24  Mr. Hayes about this transaction, was there ever any
25  discussion about the collateral offered by SPO I?

Page 41

1  MR. GEE:  Object to form.
2  A   The individual units?
3  Q   (By Mr. Litowitz) Correct.
4  A   The only -- the only thing that I remember
5  between my staff and me was that a dollar of
6  collateral on the south side of the building had to
7  equal a dollar collateral on the north side of the
8  building.
9  Q   Okay.  Does Colorado Regional Center 1
10  have -- or any -- or Colorado Regional Center Project
11  Solaris, do they have space in the Solaris complex?
12  MR. GEE:  Object to form.
13  A   Other than their units?
14  Q   (By Mr. Litowitz) Like, I mean, do they have
15  an office there?
16  A   I don't believe so.
17  MR. LITOWITZ:  Let's go -- can you go to the
18  2019 tax return?
19  Q   (By Mr. Litowitz) Mr. Knobel, I think you,
20  know, maybe another half hour and I'll be done.
21  A   Thank you.
22  Q   And this is a tax return that was produced
23  to me by Colorado Regional Center Project Solaris?
24  A   Okay.
25  Q   Okay.

11  (Pages 38 to 41)

Peter Knobel
July 11, 2023

Page 42

1    MR. LITOWITZ:  I want you to scroll down
2  to -- almost to the end.  Okay.  I want you to stop --
3  oh, go back.  Okay.
4    Q.  (By Mr. Litowitz) Mr. Knobel, was it
5  contemplated when you first started discussing this
6  transaction or at any point thereafter that you would
7  repay with units instead of with cash?
8    MR. GEE:  Object to form.
9    A  You have to ask Ryan Smith.
10    Q.  (By Mr. Litowitz) Were you a participant in
11  the negotiations of this loan?
12    A  No.
13    Q.  Do you know why, if this was, a loan, which
14  is a -- a lending principal at interest, why the
15  lender would be paying homeowner association dues and
16  real estate taxes on property that they don't own yet?
17    MR. GEE:  Object to form.
18    MR. ATKINSON:  Same objection.
19    A  You have to ask Ryan Smith.
20    MR. LITOWITZ:  Okay.  Go up a little bit.
21    Q.  (By Mr. Litowitz) So if I wanted to subpoena
22  the -- the financial records of SPO I, do you know
23  where I would send that subpoena?
24    MR. GEE:  Object to form.  Don't answer the
25  question.

Page 43

1    MR. LITOWITZ:  What -- on what basis?
2    MR. GEE:  Next question, Mr. Litowitz.
3    MR. LITOWITZ:  On what basis, Ty?
4    MR. GEE:  On the basis that's a stupid
5  question, that's why.
6    MR. LITOWITZ:  Don't insult there, Mr. Gee.
7    MR. GEE:  I insulted the question.
8  Next question.
9    MR. LITOWITZ:  Okay.  So let's go to -- go
10  down a little bit.
11    Right there.  Uh-huh.  Go down one more to
12  Schedule L.
13    There it is.
14    Q.  (By Mr. Litowitz) CRCPS on their taxes, as
15  you can see there on Schedule L, says that they have a
16  note receivable from SPO I that, at the beginning of
17  the year, was $82.5 million.
18    MR. GEE:  Hold on.  Where are you,
19  Mr. Litowitz?
20    MR. LITOWITZ:  On the screen at the top.
21  Schedule L.  It's line 13.
22    MR. GEE:  Got it.  Got it.
23    Q.  (By Mr. Litowitz) Okay.  So if there's a note
24  receivable from SPO as of the beginning and end of
25  2019, how is that possible if SPO conveyed or tendered

Page 44

1  the property in 2015?
2    MR. GEE:  Objection as to form.
3    A  You have to ask their accountant.  I don't
4  know.
5    Q.  (By Mr. Litowitz) On your books and records
6  of SPO I, did you carry the loan as a note payable?
7    A  I don't know.
8    Q.  Do you know whose decision it was to
9  transfer the 16 units from SPO to CRCPS in December of
10  2020?
11    A  I don't know.  You'd have to ask Ryan Smith.
12    Q.  Okay.
13    MR. LITOWITZ:  The last thing I want to do
14  is, Greg, can you pull out and go to the ARCU signed.
15  Yeah.
16    Q.  (By Mr. Litowitz) Mr. Knobel, this is an
17  agreement regarding collateral units that you
18  previously testified --
19    MR. GEE:  Hold on.
20    MR. LITOWITZ:  Ty?
21    MR. GEE:  Let me get that -- let me just get
22  that up.  Okay.
23    Q.  (By Mr. Litowitz) Okay.  Go down to the
24  bottom of the page and you'll see that it's actually
25  from your own law firm.  It's got a mark there, a Bates

Page 45

1  stamp.
2    A  Okay.
3    Q.  All right.
4    MR. LITOWITZ:  So go down a little bit
5  further.
6    To Section 1, keep going.
7    Stop.
8    Q.  (By Mr. Litowitz) Okay.  Now do you see where
9  it's highlighted in yellow?
10    A  Yep.
11    Q.  All right.  So it's highlighted in yellow
12  because your -- your lawyers keep cutting off this
13  clause in -- in their pleadings, so I'm going to read
14  this whole clause to you here, starting with
15  romanette ii.
16    MR. LITOWITZ:  Greg, you got that thing in
17  my fa- -- okay.
18    Q.  (By Mr. Litowitz) "In the event that a loan
19  advance remains outstanding after the applicable
20  maturity date, no default or event of default shall be
21  deemed to have occurred as a result of a failure of
22  borrower to repay such loan advance on or before the
23  maturity date.
24    "Lender may -- and lender may not exercise
25  any rights or remedies with respect to a default or

12  (Pages 42 to 45)

Peter Knobel
July 11, 2023

Page 46

1    event of default, unless and until it shall have --
2    shall have provided borrower with a notice and cure
3    period in accordance with Section 17 of the loan
4    agreement."
5         Are you familiar with this section?
6         MR. GEE:  Form of the question.  Objection.
7    A   **Absolutely not.**
8    Q   (By Mr. Litowitz) Absolutely not.  Okay.
9         Going up to the line on the left, I think
10   it's four down.  It's Section 1 still.  Four down on
11   the left.
12        Starts:  "Not withstanding the
13   occurrence" -- it's on the -- yeah.
14        "Notwithstanding the occurrence of a
15   collateral unit distribution with respect to an
16   eligible unit and anything in the loan documents to
17   the contrary, the principal amount of the associated
18   loan advance shall continue to constitute indebtedness
19   under the loan."
20        So can you tell me whether the ARCU forgives
21   principal payment, repayment of the loan?
22        MR. GEE:  Object to form.
23   A   **I have no idea.  You have to ask Ryan Smith.**
24   Q   (By Mr. Litowitz) Which of the loan documents
25   did you negotiate the terms?

Page 47

1         MR. GEE:  Object to form.
2    A   **I -- I negotiated no loan documents.**
3    Q   (By Mr. Litowitz) How many units in the
4    Solaris complex, out of I think 79 total, are owned
5    beneficially by yourself?
6         MR. GEE:  Object to form.
7    A   **I don't know the exact number, but I believe**
8    **somewhere around 12, 13, 14 units.**
9    Q   (By Mr. Litowitz) Last thing.  I'm -- I'm --
10   I'm still wrestling with this concept of why -- if you
11   had the right to prepay and the collateral was worth
12   less than the amount of the loan, why you didn't simply
13   pay by conveying titles.  Can you explain that to me?
14        MR. GEE:  Object as to form.
15   A   **You have to ask Ryan Smith.**
16   Q   (By Mr. Litowitz) Okay.  Let me ask you this,
17   then, in the last -- last bit of questions.
18        Are you taking any medications that might
19   affect your answers today?
20   A   **No.**
21   Q   Okay.  Have you ever in a lawsuit claimed
22   that you lacked capacity or had a disability?
23        MR. GEE:  Object as to form.
24   A   **I do have a disability.**
25   Q   (By Mr. Litowitz) And what is that?

Page 48

1    A   **I have severe dyslexia or at least was**
2    **diag- -- diagnosed with it many years ago.  Very hard**
3    **to read or write.**
4    Q   And who diagnosed that?
5         MR. GEE:  Object -- hold up.
6         Don't answer that question.
7         Move on.
8    Q   (By Mr. Litowitz) Do you understand the
9    documents that I've shown you today?
10        MR. GEE:  Object to form.
11   A   **No.**
12   Q   (By Mr. Litowitz) Do you understand that you
13   signed the documents that I've shown you today, some of
14   them?
15        MR. GEE:  Object to form.
16   A   **Possibly.**
17   Q   (By Mr. Litowitz) Do you understand that
18   persons you've authorized have signed some of the
19   documents today?
20        MR. GEE:  Object to form.
21   A   **If they signed them, they're authorized to**
22   **sign them.**
23   Q   (By Mr. Litowitz) Have you been diagnosed
24   with a cognitive issue in the last five years?
25   A   **What's -- what's that mean?**

Page 49

1    Q   A disability for, I guess, dys- -- dyslexia?
2    Or -- or were you diagnosed with a learning
3    disability?
4         MR. GEE:  Object to form.
5    A   **No.  I just know I have one.**
6    Q   (By Mr. Litowitz) But on what basis do you
7    say you know?
8    A   **Because I can't read something and**
9    **understand it.**
10   Q   Okay.  But you're -- you're successful in
11   business, right?
12   A   **Some people say yes.**
13   Q   So your bus- -- does your business in the
14   cannabis industry and single-family homes and all the
15   things you mentioned, are those based on contracts?
16        MR. GEE:  Object to form.
17        We're getting pretty far afield.  I'll let
18   you go another good, few meters from where you are.
19        Next --
20        MR. LITOWITZ:  Awe, thanks, Ty.  That's
21   awesome.  Thank you very much.
22        MR. GEE:  Excuse me.
23        Next, we'll cut you off.
24        Go ahead and answer that --
25        MR. LITOWITZ:  Thank you so much.  Wow.

13  (Pages 46 to 49)

Peter Knobel
July 11, 2023

| Page 50 | Page 52 |

Page 50

1  What a guy.
2  **A   My lawyers -- my lawyers and accountants**
3  **basically do what they have to do.**
4      Q   (By Mr. Litowitz) Do you rely a hundred
5  percent on Mr. Smith with regard to the SPO project?
6      MR. GEE:  Object to form.
7  **A   To certain facets of it, yes.**
8      Q   (By Mr. Litowitz) Can you elaborate on which
9  facets?
10  **A   Anything to do with legal aspects of the --**
11  **of the company.**
12     Q   So what about the business aspects?
13  **A   When it comes to loans or -- or leases or**
14  **sales of properties, yes.**
15     Q   Does Mr. Smith have an interest in any
16  entities in which you have an interest?
17  **A   No.**
18     MR. GEE:  Object to form.
19  **A   No.**
20     Q   (By Mr. Litowitz) Okay.  I think I may have
21  asked this already, but I apologize if I have.
22     Did you use this -- when you -- when this
23  loan was characterized as developer's equity, did you
24  use that on any loan applications or any financing
25  applications to list these units as owned by SPO?

Page 51

1      MR. GEE:  Object to the form.
2  **A   I have no idea.  You have to ask Ryan Smith.**
3      Q   (By Mr. Litowitz) When was Mr. Smith hired?
4  Do you know?
5  **A   I have no idea.  You'd have to ask Ryan**
6  **Smith.  At least ten years ago, 12 years ago,**
7  **something like that.**
8      Q   How did you know him before that?
9  **A   Reed Weily introduced him to me.**
10     Q   So you don't -- you testified earlier that
11  you don't know the exact amount of money that SPO
12  received from a loan from CRCPS.  Is your memory
13  refreshed now as to what that amount is?
14  **A   You just told me it was $82 1/2 million.**
15     Q   Okay.  And do you know -- that's what they
16  gave SPO in cash.
17     Well, what did SPO give CRCPS?
18     MR. GEE:  Object to form.
19  **A   From a technical point of view, you have to**
20  **ask Ryan Smith.**
21     Q   (By Mr. Litowitz) So in repayment, what did
22  SPO I give.  And how do you value it?
23     MR. GEE:  Object to form.
24  **A   I have no idea.  You have to ask Ryan Smith.**
25     Q   (By Mr. Litowitz) One second.

Page 52

1      So -- Ryan Smith contro- -- okay.
2      I'm a little confused about your
3  relationship with Ryan Smith.  He works for you, but
4  he makes these decisions without you?
5      MR. GEE:  Hold on, hold on, hold on.  Wait
6  for a question.
7      Q   (By Mr. Litowitz) Does -- does Ryan Smith run
8  these decisions past you, such as repaying collateral,
9  extending dates, timing of transfers and so forth.  Are
10  those your decisions or his?
11     MR. GEE:  Object to form.
12  **A   He asks me questions, and I tend to agree**
13  **with his judgment.**
14     Q   (By Mr. Litowitz) So you don't know who your
15  accounting firm is?
16     (There was simultaneous speaking.)
17     MR. GEE:  Hold on.  Object to form.
18     Q   (By Mr. Litowitz) Do you know who your
19  accounting firm is for SPO I?
20  **A   I told you that Matt Jones is my in-house**
21  **accountant, and my out-house accountant is Marty**
22  **Lager, L-A-G-E-R.**
23     MR. GEE:  Okay.  All right.
24     I -- I don't think I have anymore questions.
25     THE WITNESS:  Thank you.  Nice to meet you.

Page 53

1      MR. LITOWITZ:  Good luck in life.
2      MR. GEE:  Angela, I have no idea what you're
3  doing with exhibits.  I heard no exhibits being
4  marked.  I heard no exhibit numbers being referenced.
5  So I'm going to assume there were no exhibits.
6      THE REPORTER:  That's what I'm -- that's my
7  understanding.  I need to know if the witness wants to
8  read the deposition or waive signature.
9      MR. GEE:  Yes, Angela.  We'll handle that.
10  You can send -- you -- you have my email address.
11     THE REPORTER:  Yeah.  So you want to read
12  it?  Read de novo?
13     MR. GEE:  He would love to read it.  Thank
14  you.
15     (Whereupon signature was reserved, and
16     the deponent was excused.)

Peter Knobel
July 11, 2023

Page 54

1    COMES NOW THE WITNESS, PETER KNOBEL, and
     having read the foregoing transcript of the deposition
2    taken on the 11th day of JULY, 2023, acknowledges by
     signature hereto that it is a true and accurate
3    transcript of the testimony given on the date
     hereinabove mentioned.

4

5    _____
     [PETER KNOBEL]

6

7    Subscribed to before me this _____ day
     of _____, 2023.

8

9

10   _____
     [Notary Public]

11

12

13   My commission expires: _____.

14

15

16

17   (PETER KNOBEL Remote Deposition)
     YUQUAN NI AND QI QIN, PLAINTIFFS, FOR THEMSELVES AND
18   SIMILARLY SITUATED LIMITED PARTNERS DERIVATIVELY FOR
     COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP, NOMINAL
19   DEFENDANT vs. SOLARIS PROPERTY OWNER I LLC AND PETER
     KNOBEL
20   Reporter:  Angela M. Taylor, RPR, MO-CCR, IL-CSR
     Date Taken:  JULY 11, 2023.

21

22

23

24

25

Page 55

1    REPORTER CERTIFICATE

2

3

4

5    I, Angela M. Taylor, RPR, MO-CCR, IL-CSR, do
     hereby certify that there came before me at video
     conferencing and telephonically remotely,

6

7    PETER KNOBEL,

8    who was by me first duly sworn; that the witness was
     carefully examined, that said examination was reported
9    by myself, translated and proofread using
     computer-aided transcription, and the above transcript
10   of proceedings is a true and accurate transcript of my
     notes as taken at the time of the examination of this
11   witness.

12   I further certify that I am neither attorney
     nor counsel for nor related nor employed by any of the
13   parties to the action in which this examination is
     taken; further, that I am not a relative or employee
14   of any attorney or counsel employed by the parties
     hereto or financially interested in this action.

15

     Dated this 20th day of JULY, 2023.

16

17

18   _____
     ANGELA M. TAYLOR, RPR, MO-CCR, IL-CSR,
19   LA-CCR, WA-CCR

20

21

22

23

24

25

15  (Pages 54 to 55)

Peter Knobel
July 11, 2023

**A**

**absolute** 16:6
  26:8 27:11,21
**absolutely** 26:13
  46:7,8
**accountant** 11:6
  11:8,10,19,20
  31:20,20,21,23
  44:3 52:21,21
**accountants**
  11:14,18 50:2
**accounting**
  52:15,19
**accurate** 54:2
  55:10
**acknowledges**
  54:2
**Acrobat** 29:10
**act** 12:9
**acting** 40:19
**action** 55:13,14
**add** 17:16
**added** 35:11
**address** 53:10
**administered**
  6:17
**Adobe** 29:10
**advance** 16:7,8
  16:10,14,16
  17:12 26:9,12
  27:20,24 45:19
  45:22 46:18
**advance's** 26:10
  27:12
**advanced** 17:9
**advances** 18:17
  19:23 20:4
  26:16 35:1,9
**affect** 47:19
**affiliated** 32:5
**affiliates** 32:1
**afield** 49:17
**afternoon** 3:13
**age** 6:15
**agent** 31:16,23

**ago** 22:6,7 48:2
  51:6,6
**agree** 20:4 52:12
**agreed** 6:1 21:20
**agreement** 6:8
  7:15 8:1,12,13
  8:14 24:18
  25:5,9 26:7
  39:18 40:3
  44:17 46:4
**ahead** 49:24
**ahold** 40:14
**America** 14:25
  15:6
**amount** 15:1
  16:8 19:1
  24:17 46:17
  47:12 51:11,13
**Angela** 1:20
  3:14 6:4 53:2,9
  54:20 55:4,18
**anniversary**
  26:10,11 27:12
  27:19,19,20,25
  28:9,13
**announced**
  26:12 27:21
  28:9
**announcement**
  26:19
**answer** 42:24
  48:6 49:24
**answered** 28:15
**answering** 24:12
**answers** 32:23
  47:19
**anybody** 31:3
**anymore** 52:24
**apologize** 29:14
  50:21
**apparently** 34:8
**APPEARAN...**
  5:1
**APPEARING**
  3:19,22 5:2

**applicable** 45:19
**applications**
  50:24,25
**approached**
  38:17
**April** 19:24,24
  20:5
**ARCU** 24:21,23
  24:25 25:3,4,8
  28:19,25 44:14
  46:20
**asked** 22:12
  28:14 33:2
  50:21
**asking** 11:21
  20:10 23:4
  31:24 40:17
**asks** 52:12
**aspects** 50:10,12
**associated** 46:17
**association**
  42:15
**assume** 53:5
**Atkinson** 5:2
  42:18
**attachment**
  39:17
**attention** 9:13
**attorney** 55:12
  55:14
**attributable**
  16:7
**authorized**
  48:18,21
**Avon** 30:19
**aware** 23:14,18
  30:6 38:8,11
  38:12
**Awe** 49:20
**awesome** 49:21

**B**

**back** 14:10 21:3
  23:3 28:8 32:5
  35:5,17 37:12

**37**:15,19 39:25
  42:3
**Bank** 37:8
**based** 27:23
  49:15
**basically** 18:22
  50:3
**basis** 43:1,3,4
  49:6
**Bates** 44:25
**beginning** 26:9
  27:11 43:16,24
**behalf** 1:16 3:12
**believe** 7:11,13
  8:19 15:12,13
  17:6,23 25:18
  31:1 32:6
  38:17 41:16
  47:7
**Bella** 30:16,24
  31:4
**beneficially** 47:5
**benefit** 23:11
**Big** 33:15
**bit** 13:9 19:7,16
  26:15,23 42:20
  43:10 45:4
  47:17
**bleeds** 25:22
**blow** 31:8
**books** 10:17
  11:11 44:5
**borrower** 14:21
  16:6 40:4
  45:22 46:2
**bottom** 14:5
  25:16 35:7
  44:24
**bought** 32:11
**break** 13:1,4
**Brokerage**
  32:12
**building** 41:6,8
**built** 37:24
**bus-** 49:13

**business** 30:21
  40:17 49:11,13
  50:12

**C**

**C** 3:18
**calculator** 36:4
  36:6,8
**California** 37:8
**call** 33:8
**called** 7:14
  11:24 13:8,9
  15:22 24:22
  31:10 32:9
  33:13
**cannabis** 49:14
**capacity** 47:22
**Capital** 36:21
  37:4,5
**carefully** 55:8
**carry** 44:6
**case** 1:8 3:8 7:15
  10:9 26:1
**cash** 15:11 16:9
  17:21 18:6
  37:12,15 42:7
  51:16
**cc** 21:10
**CCR** 1:20,21,21
  1:22
**Center** 1:5 3:5
  10:14 14:22
  15:5 30:8
  34:15 38:15
  41:9,10,23
  54:18
**certain** 50:7
**CERTIFICATE**
  55:1
**certified** 3:15
  6:5,6
**certify** 55:5,12
**chain** 21:4
**characterized**
  50:23

Peter Knobel
July 11, 2023

Page 57

Chicago 14:22
Chinese 33:24
claimed 47:21
clarify 14:15
clause 45:13,14
Click 35:6
closing 16:16
cognitive 48:24
collateral 16:9
  17:6 25:5,10
  26:17,17 27:22
  37:18 39:21,21
  39:23 40:5,11
  40:25 41:6,7
  44:17 46:15
  47:11 52:8
collateralized
  30:7
Colorado 1:1,5
  3:1,5 10:14
  14:23 15:5
  30:7,19 33:17
  33:21 34:14
  37:25 38:14
  41:9,10,23
  54:18
Column 18:3
comes 50:13
  54:1
coming 19:1
comment 32:23
commission
  54:13
company 7:14
  8:25 11:8
  14:21 18:10
  31:10 33:12
  37:25 50:11
complex 41:11
  47:4
computer 12:4
  13:3
computer-aided
  55:9
concept 39:22

47:10
condo 38:21
condominium
  40:5
conferencing
  3:14 55:5
confidential
  10:10
confused 52:2
cons- 23:2
consideration
  23:3
constitute 46:18
consultant 12:9
CONT'D 5:1
contemplated
  42:5
continue 21:23
  46:18
contracts 49:15
contrary 16:4
  46:17
contro- 52:1
conversation
  22:1,6 27:3
  32:25 33:5
conveyance 18:6
conveyed 17:21
  17:23,25 20:15
  20:18 43:25
conveying 16:9
  47:13
Correct 12:21
  41:3
correctly 11:15
counsel 5:6 6:2,2
  6:8 18:13 39:6
  55:12,14
County 1:1 3:1
  30:4,12
court 1:1 3:1,15
  6:6,17
courtesy 23:6
Courtroom 1:9
  3:9

CRC 21:14
CRCPS 5:2
  17:21 18:18
  23:15,24 24:6
  24:11,13 28:18
  34:2,22 35:1
  43:14 44:9
  51:12,17
CSR 1:20,20
cure 46:2
currently 10:21
  10:25 11:1
cursive 15:24
cut 32:25 49:23
cutting 24:18
  45:12

—————————
         D
—————————
date 16:5,15,15
  17:20,25 21:25
  28:25 45:20,23
  54:3,20
dated 21:16
  55:15
dates 18:2,7
  30:13 52:9
day 3:14 23:8
  38:3 54:2,7
  55:15
de 53:12
deal 8:13,14
  11:24 12:13
  13:9 35:5
debt 10:18 11:3
  37:3
December 23:14
  44:9
decision 44:8
decisions 52:4,8
  52:10
deed 30:13,13
deeded 29:6,7
deeds 30:5
deemed 45:21
Deerfield 3:21

default 45:20,20
  45:25 46:1
Defendant 1:6
  3:6,22 5:2
  54:19
DEFENDANTS
  1:11 3:11 6:3
deficiency 23:20
Delanie 3:23
Delaware 8:25
  14:20
Denver 1:1 3:1
  3:25 5:4
dep 19:8
depo 7:23
deponent 53:16
deposes 6:18
deposition 1:16
  3:12 6:3 19:10
  19:13 29:25,25
  33:7 53:8 54:1
  54:17
DERIVATIV...
  1:5 3:5 54:18
describe 38:2
developer's
  10:15 50:23
diag- 48:2
diagnosed 48:2
  48:4,23 49:2
disability 47:22
  47:24 49:1,3
discussing 42:5
discussion 40:25
discussions 10:3
  40:23
distribution
  46:15
DISTRICT 1:1
  3:1
divide 36:13
doc 8:13 13:10
  35:5
document 7:18
  9:1,14 11:24

12:8,13,19
  13:8 14:3,14
  14:16 16:21
  18:14 24:5,22
  25:25 34:10,15
  35:18 39:15,17
documents 12:5
  13:7 16:5 18:2
  19:7 20:2
  23:19 34:1,9
  34:10,12 46:16
  46:24 47:2
  48:9,13,19
doing 12:9 13:14
  32:24 53:3
dollar 41:5,7
dollars 15:1
Doug 6:22
Douglas 3:19
download 13:13
draft- 19:3
drafted 19:3
draw 9:13
dues 42:15
duly 55:8
duties 18:15
dys- 49:1
dyslexia 48:1
  49:1

—————————
         E
—————————
E 3:18,18 17:9
  18:3 33:13
e-mailed 8:5
Eagle 30:4,12
  32:9
earlier 27:3
  51:10
East 17:9 31:10
  31:13,22,22
easy 33:10
effect 40:6
effective 35:21
  36:14,15,17,24
Either 13:17

Peter Knobel
July 11, 2023

elaborate 50:8
eligible 21:22
  46:16
email 21:4,15
  53:10
employed 55:12
  55:14
employee 55:13
endeavors 40:17
ended 30:14
entered 28:18
entering 24:21
entities 31:25
  50:16
entity 15:15 32:9
equal 41:7
equity 10:15,18
  11:12 50:23
Erie 33:21
estate 42:16
event 45:18,20
  46:1
exact 47:7 51:11
exactly 16:15
examination 2:1
  6:20 55:8,10
  55:13
examined 3:12
  6:15 55:8
example 17:7
excerpt 19:12
exchange 22:15
Excuse 49:22
excused 53:16
exercise 26:12
  27:21 45:24
exhibit 7:23
  16:24 19:23
  53:4
exhibits 2:5 53:3
  53:3,5
expires 54:13
explain 18:20
  47:13
extending 52:9

**F**

fa- 45:17
facets 50:7,9
failure 45:21
familiar 14:14
  14:16 24:22
  30:16,18 32:8
  39:14,22 46:5
family 37:24
far 19:16 49:17
fast 13:13
figure 32:4
file 8:9 12:12
filed 8:12
fill 32:18
financial 42:22
financially
  55:14
financing 50:24
fine 12:6 33:10
fired 39:11,13
firm 14:7 30:18
  30:20 32:12
  38:18 44:25
  52:15,19
first 26:11 27:20
  27:24 39:25
  42:5 55:8
five 15:23 17:8
  48:24
flip 29:9
flipped 29:15
flow 13:22
foregoing 54:1
Foreman 3:24
forenoon 3:13
forgiven 23:24
forgives 46:20
form 11:16 15:9
  17:22 18:4
  19:25 20:6,11
  20:16 22:11,16
  22:20,21 23:7
  24:1 25:1 28:1
  28:14 30:9,25

31:5 35:2,22
  36:1 37:23
  38:5,10,16
  39:12 40:10,21
  41:1,12 42:8
  42:17,24 44:2
  46:6,22 47:1,6
  47:14,23 48:10
  48:15,20 49:4
  49:16 50:6,18
  51:1,18,23
  52:11,17
forth 16:4 18:14
  52:9
four 15:23 46:10
  46:10
front 12:3 34:8
full 26:24 34:9
further 21:23
  45:5 55:12,13

**G**

Garfield 30:19
Gee 3:22 7:23
  8:4,9,14,16,18
  8:22 11:16
  12:2,7,12,19
  12:22,25 15:9
  17:22 18:4,24
  19:25 20:6,11
  20:16 22:11,16
  22:20,22,25
  23:7 24:1 25:1
  28:1,14 29:23
  30:9,25 31:5
  32:20 33:5
  34:7 35:2,22
  36:1,6 37:23
  38:5,10,16
  39:12 40:10,21
  41:1,12 42:8
  42:17,24 43:2
  43:4,6,7,18,22
  44:2,19,21
  46:6,22 47:1,6

47:14,23 48:5
  48:10,15,20
  49:4,16,22
  50:6,18 51:1
  51:18,23 52:5
  52:11,17 53:2
  53:9,13
general 39:6
generally 31:24
getting 37:16
  49:17
gift 22:18,22,23
  22:25
give 8:9 10:4
  13:12 22:15
  23:2,5 37:19
  51:17,22
given 38:3 54:3
go 10:7 14:10
  15:22 16:22
  19:7 21:4,5
  24:8 25:14
  26:25 29:5,8
  33:24 34:19,20
  35:5,6,6,17
  38:19,20 39:25
  41:17,17 42:3
  42:20 43:9,9
  43:11 44:14,23
  45:4 49:18,24
going 7:2 8:6
  13:6 14:17
  15:18 16:2
  17:7 25:17,19
  25:20 26:5
  28:8,23 29:14
  32:25 34:24
  45:6,13 46:9
  53:5
good 27:1 28:22
  49:18 53:1
Greg 19:6 21:3,6
  24:4 25:12
  26:15,22 29:4
  33:23 35:4

38:19 40:1,15
  44:14 45:16
Grewe 3:23
guess 35:21 49:1
guy 12:11 13:7
  25:25 50:1
Guys 13:1

**H**

Haddon 3:24
half 41:20
handle 28:23
  53:9
handled 18:11
Hanneman 3:23
happen 33:9
happened 21:24
  39:7,8
hard 48:2
Hayes 21:11,13
  21:14 22:2
  38:9 40:24
head 29:16 36:7
heard 37:9,10
  53:3,4
Heather 3:23
Hecht 30:19
hereinabove
  54:3
hereto 54:2
  55:14
hesitating 12:17
highlighted 45:9
  45:11
hired 51:3
hold 9:19,22
  10:1 21:21
  22:19 32:20,20
  43:18 44:19
  48:5 52:5,5,5
  52:17
holding 22:13,15
  23:11
homeowner
  42:15

Peter Knobel
July 11, 2023

homes 49:14
Horn 33:15
hospital 40:14
hotel 37:25
hour 22:6,7
    41:20
hours 3:13
houses 37:24
hundred 15:1
    50:4
hundreds 31:6

_____ I _____
idea 11:13 13:24
    14:4 18:1 29:1
    34:23 46:23
    51:2,5,24 53:2
ii 45:15
IL 3:21
IL-CSR 54:20
    55:4,18
Illinois 1:20 3:15
image 34:11
in-house 5:6
    18:13 31:20,21
    52:20
indebtedness
    46:18
INDEX 2:1
Indirectly 19:2
Indiscernible
    8:23
individual 41:2
industry 49:14
information
    10:10
inspection 34:1
insult 32:23 43:6
insulted 43:7
insults 29:24
interest 15:12,13
    23:24 24:18,19
    24:20 30:24
    32:1 33:24
    34:4,14,18

35:20,21 36:15
    36:17,20,25
    42:14 50:15,16
interested 55:14
interesting
    37:10
introduced 51:9
invested 38:1
investors 10:11
involved 32:13
iPad 12:3
Ireland 5:3
IS000254 14:6
issue 48:24
it'll 14:10

_____ J _____
James 33:19
Jones 31:16,17
    52:20
judge 32:25 33:4
    33:6,8
judgment 23:20
    52:13
JULY 1:17 3:12
    54:2,20 55:15
June 17:10,17
    17:18,19,20

_____ K _____
keep 25:17,19
    25:20 29:14,24
    32:24 45:6,12
kept 10:17 11:11
Killer 33:11
kind 31:8
Knobel 1:10,16
    3:10,12 6:14
    7:1 8:25 14:3
    15:25 16:24
    19:9 21:7
    24:10 25:24
    27:4 31:12
    33:25 38:24
    40:16 41:19

42:4 44:16
    54:1,5,17,19
    55:7
know 7:20 10:16
    10:17,19 11:5
    11:7,8,14,17
    11:22 13:18,20
    15:7,8,10,15
    15:17 17:1,3,3
    17:13,24 18:8
    18:19 19:3,9
    20:12,13,14,17
    20:20,23,23,25
    22:17,23,25
    23:13,16,21
    24:2 25:3,4,7,8
    25:9 26:18
    28:3,25 30:20
    30:23 31:17,19
    32:16,17,18
    33:12,19 35:3
    36:16,19,22,24
    37:1,5,12,17
    37:20 40:12
    41:20 42:13,22
    44:4,7,8,11
    47:7 49:5,7
    51:4,8,11,15
    52:14,18 53:7
Knowledge 29:6
    29:7

_____ L _____
L 43:12,15,21
L-A-G-E-R
    52:22
LA-CCR 55:19
lacked 47:22
Lager 11:19
    52:22
language 15:2
    16:11 23:19
law 3:20 14:7
    30:18,20 44:25
lawful 6:15

14:24 15:6
lawsuit 47:21
lawyer 12:9
    27:10,13,23
    39:5,5
lawyers 14:9
    21:17 25:25
    28:23 45:12
    50:2,2
learning 49:2
leases 50:13
leave 39:9,10
left 46:9,11
legal 50:10
lender 14:24
    16:8,9 22:10
    24:13 34:2
    37:4,6,15 40:4
    40:18,19 42:15
    45:24,24
lenders 10:20,21
    37:3
lending 42:14
let's 17:8,8 19:7
    24:6 35:17
    41:17 43:9
letter 24:6 38:22
liability 8:25
    14:21,23
library 32:18
License 1:20,21
    1:21,22
life 53:1
limited 1:4 3:4
    8:25 14:21,23
    14:23 24:11,12
    54:18
Lincoln 5:3
line 14:13 26:6
    33:8 43:21
    46:9
lines 15:23
list 17:5,7 50:25
Litowitz 2:2
    3:19,20 6:21

6:23 7:21,24
    7:25 8:2,6,11
    8:15,17,20,23
    10:4 11:17
    12:1,2,6,10,15
    12:21,24 13:1
    13:5,14 14:1
    15:10,19,21
    16:20,23 17:24
    18:6,25 19:6,9
    19:15,18,21
    20:9,13,17
    21:3,7 22:14
    22:18,21,23
    23:1,4,10 24:3
    24:4,10 25:3
    25:12,24 26:14
    26:16,22 27:2
    28:3,17,21
    29:4,11,13,17
    29:24 30:2,3
    30:11 31:2,8
    32:22 33:2,6
    33:10,12,23,25
    34:13 35:4,8
    35:17,19,24
    36:3,8,9 38:2,7
    38:13,19,22
    39:14,19,20,25
    40:2,11,15,16
    40:23 41:3,14
    41:17,19 42:1
    42:4,10,20,21
    43:1,2,3,6,9,14
    43:19,20,23
    44:5,13,16,20
    44:23 45:4,8
    45:16,18 46:8
    46:24 47:3,9
    47:16,25 48:8
    48:12,17,23
    49:6,20,25
    50:4,8,20 51:3
    51:21,25 52:7
    52:14,18,23

Peter Knobel
July 11, 2023

53:1
**little** 9:23,25
13:9 19:16,16
25:18,19 26:15
26:23 42:20
43:10 45:4
52:2
**LLC** 1:10 3:10
7:3,3 8:24,24
13:16 14:20
15:15 30:16,24
31:4 32:9
33:13,15 54:19
**LLLP** 1:6 3:6
15:5 54:18
**LLP** 10:14 14:22
**loan** 7:15,25
8:12,13,14
10:13 11:11
16:5,7,8,10,14
16:16 17:9,12
18:17 19:23
20:4 26:7,9,12
27:24 28:4
30:7 34:22,25
36:15,18,20,21
36:23 38:14
39:18,23 40:3
42:11,13 44:6
45:18,22 46:3
46:16,18,19,21
46:24 47:2,12
50:23,24 51:12
**loans** 40:8 50:13
**Locust** 3:20
**look** 7:25 14:1,5
34:3 38:20
**looking** 12:12
17:5
**looks** 13:12
**loose** 29:19
**lost** 24:18,21
**loud** 14:18
**Louisiana** 1:21
3:15

**love** 53:13
**Lowe** 33:19
**luck** 53:1

— **M** —

**M** 1:20 3:14 6:4
54:20 55:4,18
**Mac** 13:6
**manage** 11:9
19:1 37:21
**managed** 7:10
**manager** 7:8 9:9
13:17,21 18:10
18:20,25
**March** 21:16
**marijuana**
37:25
**mark** 21:19
25:18,20 44:25
**marked** 2:5 53:4
**market** 40:6
**Martin** 11:19
**Marty** 52:21
**Matt** 31:16,17
52:20
**maturity** 17:20
18:2,7 45:20
45:23
**mean** 41:14
48:25
**means** 16:15
20:24,25 22:17
25:4
**medications**
47:18
**meet** 52:25
**member** 7:7,10
9:9 13:16,17
13:21,23
**members** 7:12
13:19,21
**memo** 38:21
**memorandum**
10:10 38:8
**memory** 9:2

51:12
**mentioned**
49:15 54:3
**mentions** 15:14
**met** 21:20
**meters** 49:18
**Mezz** 7:15,19
8:24 9:2,3
**million** 15:1
35:14,19,20
36:24 37:13,16
37:19 43:17
51:14
**mind** 22:12 23:9
**minute** 38:6,7
**missive** 24:11
**Missouri** 1:21
3:15
**MO-CCR** 54:20
55:4,18
**MODERATOR**
13:12,25 29:9
29:12
**money** 14:25
15:6 17:20
19:1 22:12
24:18 33:24
51:11
**monitors** 12:3
**months** 16:15
17:12,14
**Morgan** 3:24
**Mountain** 3:13
3:13
**move** 11:4 48:7

— **N** —

**N** 3:18
**name** 6:24 8:9
12:12 21:10
38:23
**named** 33:19
**narrative** 18:24
**narratively**
38:13

**need** 13:1,13
29:8 33:5 36:6
53:7
**negotiate** 24:25
46:25
**negotiated** 47:2
**negotiations**
42:11
**neither** 55:12
**Never** 37:9,10
**NI** 1:3 3:3 54:17
**Nice** 52:25
**Noble** 12:7
**NOMINAL** 1:6
3:6 54:18
**north** 41:7
**Notary** 54:10
**note** 11:11,25
12:13 13:10
14:11,13 15:11
15:12,16 16:4
16:7 19:4 22:4
26:8 27:7,10
35:5 43:16,23
44:6
**notes** 55:10
**notice** 21:23
46:2
**notwithstanding**
16:3 46:14
**November** 40:3
**novo** 53:12
**number** 25:21
30:13 47:7
**numbers** 53:4

— **O** —

**oath** 6:17
**object** 11:16
15:9 17:22
18:4,24 20:6
20:11,16 22:11
22:16,20 23:7
24:1 25:1 28:1
28:14 30:9,25

31:5,5 35:2,22
36:1 37:23
38:5,10,16
39:12 40:10,21
41:1,12 42:8
42:17,24 46:22
47:1,6,14,23
48:5,10,15,20
49:4,16 50:6
50:18 51:1,18
51:23 52:11,17
**objection** 19:25
42:18 44:2
46:6
**obtain** 38:14
**obviously** 34:10
**occurred** 45:21
**occurrence**
46:13,14
**offered** 40:25
**office** 3:20 30:12
41:15
**oh** 14:13 42:3
**okay** 6:22 7:2,4
7:14 8:16,20
9:8,10,19,21
9:25 11:2
12:10 13:25
14:1,5,8,17
15:13,22 16:19
17:7,16,19,24
19:12,14,17
21:2,2,5,12,15
21:18 22:4,14
23:18 24:8,10
26:5,18,21
27:9,15 28:17
28:22,25 29:2
29:11,13,17,18
29:25 30:11
31:8,16,21
32:3,8,11,15
33:2 34:13,17
34:18,21 35:7
35:10,16,19

Peter Knobel
July 11, 2023

36:9,13 37:11
39:14,17 40:7
40:8,13 41:9
41:24,25 42:2
42:3,20 43:9
43:23 44:12,22
44:23 45:2,8
45:17 46:8
47:16,21 49:10
50:20 51:15
52:1,23
ones 34:11
open 12:1
order 14:24
out-house 52:21
outstanding
  45:19
owned 47:4
  50:25
Owner 1:9 3:9
  7:3 8:24 14:20
  15:4 54:19

**P**

P 3:18,18
page 14:2,5
  15:18 16:21
  24:8 25:23
  35:6 39:25
  44:24
pages 26:23
paid 15:13,15
  17:20 37:12
part 6:16 22:6
  22:18
participant
  42:10
parties 21:21
  55:13,14
partner 14:23
partners 1:4 3:4
  24:11,12 54:18
partnership
  14:24
path 33:24

pay 13:22 14:11
  14:19,21 15:12
  23:3,25 27:11
  37:15 47:13
payable 11:12
  24:19 44:6
paying 23:20
  42:15
payment 15:4,8
  15:11 18:7
  23:2 46:21
payments 19:22
  24:21 34:4,14
  34:19
PB 36:21 37:4,5
PBK 32:12,15
PC 3:24
Pent 17:9
people 32:5
  49:12
percent 36:10,11
  36:12,14,15
  50:5
perform 21:23
period 17:11
  27:6 46:3
periods 27:3
person 33:19
personal 11:10
  11:20 12:4
  29:24
persons 48:18
Peter 1:10,16
  3:10,12 6:14
  7:1 8:25 10:4
  13:14 14:2
  21:19 54:1,5
  54:17,19 55:7
photograph
  34:9
pieces 31:6
Place 3:20
Plaintiffs 1:3,16
  3:3,12,19 6:2
  6:16 54:17

pleadings 45:13
please 6:22,24
  8:10 18:20
point 42:6 51:19
pool 39:21,23
portion 16:7
position 7:6
  19:23
possible 43:25
Possibly 31:15
  48:16
post- 33:7
PPM 10:9,13
prepay 16:6
  18:17 26:9,13
  27:22 47:11
prepayment
  16:5,15 17:11
  21:25 22:5
  27:3,6
Present 5:5
president 9:10
  9:11
pretty 49:17
previously 37:3
  44:18
price 40:6
prices 39:20
pricing 38:21
principal 14:25
  15:14,16 34:21
  34:25 36:12
  42:14 46:17,21
problem 10:6
proceedings
  55:10
produced 3:12
  6:15 21:16
  41:22
Production
  25:15
Professional
  3:15 6:5
project 1:5 3:5
  10:14,20 14:22

15:5 28:6 30:8
  38:15 41:10,23
  50:5 54:18
projects 37:21
promise 14:11
  14:19
promises 14:21
promissory
  11:25 12:13
  13:10 14:11,13
  19:4 22:4 26:8
  27:7,9 35:5
pronounce
  38:23
proofread 55:9
properties 31:25
  32:2,3,4,9,13
  32:15 50:14
property 1:9 3:9
  7:3 8:24 14:20
  15:4 37:18
  42:16 44:1
  54:19
provide 36:8
provided 14:9
  15:24 16:3
  26:8 46:2
provision 22:5
Public 54:10
pull 8:1,6 12:11
  12:20 13:7,8
  19:6 21:3
  25:12 33:23
  35:4 40:15
  44:14
pulled 30:4
pulling 12:5
  13:2
Pursuant 40:3
put 26:22

**Q**

QI 1:3 3:3 54:17
QIN 1:3 3:3
  54:17

question 11:4
  14:18 16:3
  24:14 26:3,18
  31:24 32:24
  37:14 42:25
  43:2,5,7,8 46:6
  48:6 52:6
questions 2:2
  6:21 24:7,12
  30:1 32:22
  33:2 47:17
  52:12,24

**R**

R 3:18
Rampli 33:17
ran 28:6
rarely 40:22,22
rate 35:21 36:14
  36:15,17,20,24
read 14:17 15:14
  16:2 26:5
  45:13 48:3
  49:8 53:8,11
  53:12,13 54:1
reading 28:22
ready 13:25
real 42:16
really 13:13 22:3
  30:22 39:24
reason 12:15
recall 22:1,5
  27:2,5
receivable 43:16
  43:24
receive 23:11,22
received 51:12
receiving 37:13
  37:19
recipients 30:15
record 6:25 10:3
  30:11 34:8
Recorder 30:4
Recorder's
  30:12

Peter Knobel
July 11, 2023

records 34:1
42:22 44:5
Reed 38:17,22
40:12 51:9
refer 7:2
reference 11:23
referenced 53:4
referred 10:9
26:19
refresh 9:2
refreshed 51:13
regard 19:22
50:5
regarding 25:5,9
44:17
Regional 1:5 3:5
10:14 14:22
15:5 30:8
34:14 38:14
41:9,10,23
54:18
registered 3:14
6:4 31:16,23
related 55:12
relationship
7:16 31:3,11
52:3
relative 55:13
releasing 23:19
23:22
rely 50:4
remains 45:19
remedies 45:25
remember 17:2
23:8 41:4
Remote 1:16
3:12 54:17
remotely 3:14
3:19,22 5:2
55:5
repay 28:9 42:7
45:22
repaying 16:8
52:8
repayment

46:21 51:21
Repeat 37:14
rephrase 23:23
reported 55:8
reporter 3:15,15
6:5,5,6,17 53:6
53:11 54:20
55:1
reserved 6:8
53:15
respect 16:14
39:23 45:25
46:15
respective 21:24
responding 6:16
response 24:20
25:15 26:2
27:14
result 45:21
return 41:18,22
Rick 21:4,11,13
21:14,20
rid 9:14
right 8:5,14 9:13
11:23 12:14
15:20 16:6
25:20 26:9,13
27:11,13,16,21
29:6,20 32:20
33:6 34:3
43:11 45:3,11
47:11 49:11
52:23
rights 45:25
Rob 21:19
role 18:12
romanette 45:15
RPR 1:20 54:20
55:4,18
RRS 32:9
run 52:7
Ry- 28:5
Ryan 5:6 7:17
11:5,7,22 15:7
15:17 17:13

18:8,9,11,12
18:13,19 19:5
19:8,10 20:7
21:15,19 23:21
24:2 25:6,11
26:20 28:2,5,6
28:16 31:1,2
32:6 35:3
37:17,20 38:17
42:9,19 44:11
46:23 47:15
51:2,5,20,24
52:1,3,7

S

S 3:18
sales 50:14
save 22:12
saw 20:5
saying 31:4
says 6:18 8:23
10:13 14:18,19
15:21,24 16:14
17:9 19:21
20:7,8 21:10
21:19 24:17,20
27:13,18 28:7
28:8,18 29:5
29:20 30:3
34:4 38:12
40:2 43:15
Schedule 20:5
43:12,15,21
scope 18:15
screen 7:22 8:3
8:18,21 9:15
9:16,24 10:1
12:16 19:19
34:3 43:20
scroll 13:9 15:19
16:20 19:15
24:4 26:14
39:19 42:1
second 9:15,19
9:22,24 10:1,5

12:18 13:12
14:13 32:21
37:7 51:25
section 15:22
16:14 45:6
46:3,5,10
securing 16:9
see 8:1,17,20
9:16 14:6,12
14:19 15:2,25
16:11,17 18:3
19:18 21:7,11
24:6,14 26:2
26:23 27:14
28:20 31:8
34:5,12,13
43:15 44:24
45:8
seen 10:11 14:2
14:3 16:24
selling 32:13
send 42:23 53:10
sent 11:24
sentence 16:13
27:18 28:7,8
28:17,20
set 16:4 40:5
sets 18:14 39:20
severe 48:1
shake 29:19
share 7:21 8:2
9:20,23 10:1
shared 12:16
sharing 9:15
shocked 35:13
shorthand 6:4,5
show 12:7,8
showing 8:19
30:12
shown 34:11
48:9,13
sic 14:22
side 41:6,7
sideways 29:16
sign 7:18 48:22

signature 6:7
53:8,15 54:2
signed 7:15,18
9:1 44:14
48:13,18,21
SIMILARLY
1:4 3:4 54:18
simply 22:9
47:12
simultaneous
52:16
single 37:24
single-family
49:14
sir 7:5 30:2
sitting 25:25
SITUATED 1:4
3:4 54:18
Smith 5:6 7:17
9:5 11:5,7,22
15:7,17 17:13
18:8,9,11,19
19:5,8,10 20:7
21:15 23:21
24:2 25:6,11
26:20 28:2,5,6
28:16 31:1,2
32:7 35:3
37:17,20 38:17
42:9,19 44:11
46:23 47:15
50:5,15 51:2,3
51:6,20,24
52:1,3,7
Smith's 18:12,13
18:15
Sol 33:13
Solaris 1:6,9 3:6
3:9 5:6 7:2,14
7:19 8:24,24
9:2,3 10:14
14:20,22 15:4
15:5 18:13
30:8,16,24
31:3,10,13,22

Peter Knobel
July 11, 2023

38:15 39:6,6
41:11,11,23
47:4 54:18,19
**sold** 31:22,25
32:4,15
**sole** 13:15
**sorry** 10:4 12:18
**sounds** 18:23
**south** 41:6
**SP** 35:5
**space** 41:11
**speaking** 52:16
**spend** 38:3
**SPO** 7:3,6,16 9:8
10:14,15 11:4
11:4,6,18,21
11:25 15:15
18:15,17,21,25
23:10,15,19,22
23:25 24:19
25:14 26:8,12
27:21 28:9,18
29:6,6,7 30:8
34:2,4 35:1
38:3 40:25
42:22 43:16,24
43:25 44:6,9
50:5,25 51:11
51:16,17,22
52:19
**SPO1** 13:16
**SPOI/Knobel**
3:22
**staff** 41:5
**stamp** 14:6,6
45:1
**stamped** 11:25
13:10
**Stapleton** 5:3
**start** 17:8
**started** 42:5
**starting** 26:5
45:14
**Starts** 46:12
**state** 1:1 3:1

6:24
**state-licensed**
3:15
**States** 14:25
15:6
**Stay** 29:25
**STIPULATED**
6:1
**stop** 15:20 33:7
42:2 45:7
**Street** 3:24 5:3
**stupid** 43:4
**submitted** 26:1
**subpoena** 42:21
42:23
**Subscribed** 54:7
**successful** 49:10
**Suite** 3:24 5:3
**summary** 26:7
34:4
**surrender** 22:9
**switch** 29:2
**sworn** 3:12 6:15
55:8

— T —
**table** 34:10
**take** 10:6 17:8
29:4 33:10
**taken** 1:16 6:3
13:4 54:2,20
55:10,13
**talk** 13:2 33:4
**talking** 37:1
**tautology** 20:9
**tax** 41:18,22
**taxes** 13:22
42:16 43:14
**Taylor** 1:20 3:14
6:4 54:20 55:4
55:18
**technical** 51:19
**telephonically**
3:14 55:5
**tell** 25:17 28:21

28:23 37:7
38:13 39:11
46:20
**ten** 51:6
**tend** 52:12
**tender** 8:12,14
11:24 12:13
13:9 19:8
20:25 25:14
27:22 28:4,12
35:5
**TenderDealD...**
12:23
**tendered** 19:24
20:2,3,5,10,20
20:24 26:17
27:24 28:10,11
43:25
**term** 15:22
**terms** 46:25
**testified** 44:18
51:10
**testimony** 54:3
**thank** 8:11
12:25 21:5,5
25:13 27:1,1
41:21 49:21,25
52:25 53:13
**thanks** 49:20
**thing** 21:8 23:11
26:24 38:20
41:4 44:13
45:16 47:9
**things** 8:5 10:7
49:15
**think** 8:2 13:6
38:20 41:19
46:9 47:4
50:20 52:24
**third** 26:6,10,11
27:12,18,19,20
27:24 28:9,12
**thought** 23:2
**three** 15:23,23
17:15,16

**time** 3:13,13
10:6 16:5
23:16 29:23,23
34:25 38:3
55:10
**timing** 52:9
**Timothy** 5:2
**title** 9:8 22:9
**titles** 9:10 23:12
23:15 47:13
**today** 47:19 48:9
48:13,19
**told** 27:9 35:13
51:14 52:20
**top** 14:2,10
43:20
**total** 24:17 34:25
47:4
**totaling** 34:15
**touch** 19:17
**tranche** 36:23
37:1
**transaction**
40:24 42:6
**transcribed** 6:7
**transcript** 54:1
54:3 55:9,10
**transcription**
55:9
**transfer** 23:18
44:9
**transferred**
23:15,16
**transferring**
21:21,22
**transfers** 21:24
52:9
**translated** 55:9
**trouble** 9:15,21
9:23,25 10:5
13:5
**true** 10:15 54:2
55:10
**Trust** 37:8
**trying** 12:10,11

12:20 32:3
**turn** 29:16
**two** 12:2 15:23
24:8
**Ty** 3:22 12:1
22:24 43:3
44:20 49:20
**typewriting** 6:7

— U —
**Uh-huh** 24:16
26:4 27:17
43:11
**underneath**
34:11
**understand**
21:20 48:8,12
48:17 49:9
**understanding**
11:15 38:9
53:7
**unit** 16:9 17:8
17:21,23,25
22:10 28:10
31:22 40:5
46:15,16
**United** 14:25
15:6
**units** 17:5 20:10
20:14,17,20
21:22 22:13,15
22:19 25:5,10
26:17,17 27:22
27:22,24 28:11
28:12 30:7
40:5 41:2,13
42:7 44:9,17
47:3,8 50:25
**use** 9:10 28:22
50:22,24
**usually** 12:16

— V —
**valuations** 40:9
**value** 23:11

Peter Knobel
July 11, 2023

34:21 36:12 37:12,18 40:5 51:22
**various** 34:9
**verbally** 28:23
**vice** 9:11
**video** 3:14 55:5
**view** 51:19
**vs** 1:8 3:8 54:19

**W**

**WA-CCR** 55:19
**wait** 33:7 52:5
**waitress** 33:3
**waive** 53:8
**want** 9:13,20 11:23 12:7 15:22 16:20 21:4 25:14 30:14 33:9 42:1,2 44:13 53:11
**wanted** 42:21
**wants** 53:7
**Washington** 1:22 3:16
**wasn't** 39:13
**way** 16:21 30:4
**ways** 20:3
**we'll** 49:23 53:9
**we're** 38:1 49:17
**week** 38:4
**Weily** 38:18,23 39:1 40:3,12 51:9
**went** 10:10 22:4
**West** 32:11
**wife** 33:3
**wires** 19:1
**withstanding** 46:12
**witness** 6:8,9 20:1 52:25 53:7 54:1 55:8 55:11

**work** 9:5,5 12:9
**working** 12:16
**works** 9:7 12:16 21:14 40:13 52:3
**worry** 29:13
**worth** 47:11
**Wow** 49:25
**wrestling** 47:10
**write** 48:3
**writing** 28:22
**wrong** 22:21

**X**

**Y**

**yeah** 7:24 8:11 8:15 10:23 12:24 16:22 19:16,17,20 21:4 23:1 24:9 25:16,19,20,22 26:25 29:7,8 29:12,14 36:3 36:5 39:9 40:20 44:15 46:13 53:11
**year** 34:18,19 43:17
**years** 17:14,16 35:20 36:13 48:2,24 51:6,6
**yellow** 45:9,11
**Yep** 45:10
**yesterday** 21:20
**YUQUAN** 1:3 3:3 54:17

**Z**

**Zoom** 8:19 12:4

**0**

**0-0-0** 6:11,13
**0.20** 36:9
**0.25** 36:14
**084-004538** 1:20

**1**

**1** 14:20 15:4 29:21 41:9 45:6 46:10
**1/2** 51:14
**1:00** 33:7
**10** 29:21
**100** 36:24
**1000** 3:24
**1067** 1:21
**11** 1:17 3:12 29:21 54:20
**11:13** 3:13
**11th** 54:2
**12** 29:21 47:8 51:6
**12:57** 3:13
**13** 29:21 43:21 47:8
**14** 17:20 29:22 47:8
**15** 17:10,17,18 17:19
**16** 23:14 44:9
**1660** 5:3
**17** 35:19,24 36:2 46:3
**17,205,081** 34:16
**17th** 3:24
**19** 30:7 32:3

**2**

**2** 21:16 29:21
**2.5** 36:15
**20** 36:9,10,11,12
**2009** 38:8 40:6,9
**2010** 40:4
**2012** 17:10,17 34:20 40:8
**2015** 17:18,19 19:24,24 20:5 24:18 44:1
**2016** 21:16
**2017** 17:20

**2019** 41:18 43:25
**2020** 23:14 44:10
**2021** 34:20
**2021CV32918** 1:8 3:8
**2023** 1:17 3:13 54:2,7,20 55:15
**202306** 1:21
**203** 1:9 3:9
**20th** 55:15
**22002378** 1:22

**3**

**3** 17:14 29:21
**3-year** 21:24
**3000** 5:3
**36** 16:15 17:12 17:14
**3C** 31:10,13,22 31:22

**4**

**4** 29:21
**413** 3:20

**5**

**5** 25:21 29:21 40:3
**5-minute** 13:1

**6**

**6** 2:2 29:21 33:13
**60015** 3:21
**615** 24:6
**6C** 32:11

**7**

**7** 24:9,14 29:21 33:15
**79** 47:4

**8**

**8** 24:9 29:21 35:20 36:13,13
**80202** 3:25
**80264** 5:4
**82** 35:24 36:2 51:14
**82.5** 35:14,20 37:13,16,19 43:17

**9**

**9** 29:21
**950** 3:24