# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 19-cv-02443**
**Consolidated with Civil Action No. 19-cv-02637**

Jun Li, Qi Qin, Yi Liu, et al.,
        Plaintiffs,

v.

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I, and
Peter Knobel,
        Defendants.

---

## CUI PLAINTIFFS' OPPOSITION TO SPO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS
### [ECF 493]

---

Plaintiffs Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong Zhang, Qin Zhou Chunyu Zou, individually, and derivatively on behalf of Colorado Regional Center Project Solaris LLLP (collectively the "CUI Plaintiffs") by and through the undersigned counsel, hereby submit this Opposition to The SPO Defendants Motion for Extension of Time to File Motion for

Attorneys' Fees and Costs [ECF 493] as follow:

## CERTIFICATE OF CONFERRAL

Counsel for the SPO Defendants, claims that he conferred with counsel for the CUI Plaintiffs. Sending an e-mail and leaving a voice message on a National Holiday, the day before he intends to bring a motion hardly amounts to a good faith attempt to confer. In any event the CUI Plaintiffs object to the request for an extension of time to file a wholly frivolous motion for attorneys' fees.

## BACKGROUND

The SPO Defendants' Motion for Extension of Time to File Motion for Fees and Costs [ECF 493] should be denied because (i) the premise of their forthcoming motion for 'fees on remand' is groundless, as to the CUI Plaintiff's; (ii) this matter is closed pursuant to the Courts Order entered August 22, 2023 [ECF492] and (iii) there is no "hardship" as the SPO Defendants have multiple attorneys enter appearances on the record who have worked on this matter and could have easily submitted the motion on time.

## ARGUMENT

### The Proposed Motion For Attorneys Fees Is Frivolous.

The SPO Defendants state in their conferral on the proposed Motion for Attorney's Fees that: "… we are seeking our fees incurred in this case at the district court level from July 22, 2021 to date (i.e., those fees incurred after

Attorneys' Fees and Costs [ECF 493] as follow:

## CERTIFICATE OF CONFERRAL

Counsel for the SPO Defendants, claims that he conferred with counsel for the CUI Plaintiffs. Sending an e-mail and leaving a voice message on a National Holiday, the day before he intends to bring a motion hardly amounts to a good faith attempt to confer. In any event the CUI Plaintiffs object to the request for an extension of time to file a wholly frivolous motion for attorneys' fees.

## BACKGROUND

The SPO Defendants' Motion for Extension of Time to File Motion for Fees and Costs [ECF 493] should be denied because (i) the premise of their forthcoming motion for 'fees on remand' is groundless, as to the CUI Plaintiff's; (ii) this matter is closed pursuant to the Courts Order entered August 22, 2023 [ECF492] and (iii) there is no "hardship" as the SPO Defendants have multiple attorneys enter appearances on the record who have worked on this matter and could have easily submitted the motion on time.

## ARGUMENT

### The Proposed Motion For Attorneys Fees Is Frivolous.

The SPO Defendants state in their conferral on the proposed Motion for Attorney's Fees that: "… we are seeking our fees incurred in this case at the district court level from July 22, 2021 to date (i.e., those fees incurred after

briefing the initial fee motion and excluding appellate fees), pursuant to the Loan Agreement's fee shifting provision." The Court denied the SPO Defendants prior Motion for Attorney's Fees against the CUI Plaintiffs as to the fee provision in the contract [ECF 413]. The court specifically stated that:

> "***Motion against Cui Plaintiffs***. Cui Plaintiffs' arguments that SPO Defendants are not the prevailing parties appear to apply to SPO Defendants' request for fees under the ARCU, so the Court will address it here as well. And, here, the Court agrees with Cui Plaintiffs. Only Count VII requested relief based on the ARCU, seeking a determination as to its enforceability. **SPO Defendants, however, were not the prevailing parties on the claims for breach of contract or declaratory relief (Counts VI and VII). The Court dismissed those claims without prejudice after declining to exercise supplemental jurisdiction. Accordingly, SPO Defendants are not entitled to recover fees under the ARCU."** [emphasis added]
>
> [ECF 413 page 10]

On appeal, the 10th Circuit ruled in favor of the CUI Plaintiffs on the Motion to Amend their Complaint and vacated the awards of attorney's fees and remanded the matter back to the district Court [ECF 455]. On August 22, 2023 the Court approved the Joint Motion Dismiss filed by the Li Plaintiffs, the Cui Plaintiffs and the CRC Defendants[1] [ECF 492] and ordered that: the Court's previous Orders on fees awarded under the Loan Agreement stand; that no additional fees are ordered pursuant to the dismissal; and closed the matter.

---

[1] The only parties remaining in the action. Although they had been previously dismissed, the SPO Defendants attempted to oppose the Motion.

3

The SPO Defendants were fully aware that they had 14 days to bring the proposed motion. At no time did the SPO Defendants request that the CUI Plaintiffs stipulate to extend the time to bring their proposed motion. On August 31, 2023 the SPO Defendants sent out a conferral stating their intention to bring a motion seeking attorney's fees. There was no mention of the need for an extension of time. The SPO Defendants then sent out an e-mail on **LABOR DAY,** the day before the proposed Motion for Attorney's Fees would be due asking for a conferral on the Motion for an Extension of Time. The only reasons given for the need for the extension is that counsel had several scheduling conflicts on other Motions and briefs that are more urgent than this one.

This Court's Civ. Practice Standard IV.K.1 allows extensions of time due to unanticipated and unavoidable situations <u>where other attorneys in a firm cannot cover</u>:

> Unless the circumstances are unanticipatable and unavoidable, the following do not constitute good cause: inconvenience to counsel or parties, press of other business, scheduling conflicts (especially when more than one attorney has entered an appearance for a party), or agreements by counsel.

The SPO Defendants have identified only scheduling conflicts in their September 4, 2023 conferral which states:

> Counsel, we intend to move tomorrow for a seven-day extension of time to file the SPO Defendants' motion for

4

attorney fees and costs. Our grounds will be these: Numerous deadlines complicated by travel and health issues. Delanie and I, together or separately, have multiple filings due this short week in addition to the fees motion. These other filings are on extension of time. My partner Adam [**not** on this case] and I have a Colorado Supreme Court brief due tomorrow: his ability to work on the brief has been affected by the health of his father . . . I am preparing an amendment to a complex complaint that is due at the end of the week. And both Delanie and I are working on two factually complicated motions due on Friday. Delanie is out of the state on a previously planned trip.

None of these are health issues or extraordinary circumstances suffered by attorneys of record.

DATED: September 5, 2023

/s/ *Brian P. Stewart*
Brian P. Stewart
**Ardent Law Group**
4340 Von Karman Ave., Suite 290
Newport Beach, California 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127
bstewart@ardentlawgroup.com
Attorney for Plaintiffs Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong Zhang, Qin Zhou Chunyu Zou, individually, and on behalf of Colorado Regional Center Project Solaris LLLP

5

6

## CERTIFICATION OF SERVICE

This is to certify that on September 5, 2023, a true and correct copy of the above and foregoing **CUI PLAINTIFFS' OPPOSITION TO SPO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS [ECF 493]** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Brian P. Stewart*
For Ardent Law Group, P.C.
