| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address:<br>1437 BANNOCK STREET, RM 256, DENVER, CO, 80202 | DATE FILED: July 31, 2023 3:09 PM<br>CASE NUMBER: 2021CV32918 |
|---|---|
| **Plaintiff(s)** HSIN-YI WU et al.<br>v.<br>**Defendant(s)** SOLARIS PROP OWNER I LLC et al. | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2021CV32918<br>Division: 203     Courtroom: |
| **Order re the Parties' Stipulated Dismissal of Plaintiffs Action** | |

The Parties' Stipulated Dismissal of Plaintiff's Action attached hereto is GRANTED.

Issue Date: 7/31/2023

*[signature: Jill Dorancy]*

JILL DEBORAH DORANCY
District Court Judge

**EXHIBIT A**

Page1 of1

| | |
|---|---|
| DISTRICT COURT, SECOND JUDICIAL DISTRICT<br>City and County of Denver, Colorado<br>1437 Bannock Street, Denver, CO 80202 | |
| **Plaintiffs:** YUQUAN NI, *et al.*<br><br>v.<br><br>**Defendants:** SOLARIS PROPERTY OWNER I, LLC, and PETER KNOBEL<br><br>**Cross-Claim Defendant:** COLORADO REGIONAL CENTER PROJECT SOLARIS LLLP | |
| Ty Gee, #19772<br>Heather R. Hanneman, #22383<br>Delanie Grewe, #57423<br>Haddon, Morgan and Foreman, p.c.<br>950 17th Street, Suite 1000, Denver, CO 80202<br>Tel 303.831.7364<br>tgee@hmflaw.com; hhanneman@hmflaw.com; dgrewe@hmflaw.com<br><br>*Attorneys for Defendants Solaris Property Owner I, LLC, and Peter Knobel* | ▲**COURT USE ONLY**▲<br>_____<br><br>No. 2021CV32918<br>Courtroom 203 |
| **The Parties' Stipulated Dismissal of Plaintiffs' Action** | |

The parties (1) Plaintiffs, (2) Defendants Solaris Property Owner I, LLC, and Peter Knobel (collectively, "SPO Defendants") and (3) Cross-Claim Defendant Colorado Regional Center Project Solaris LLLP, through their respective attorneys, stipulate to dismissal with prejudice of Plaintiffs' action against the SPO Defendants and further stipulate that the SPO Defendants are the prevailing parties in this action under the Loan Documents referenced in this action, including the Loan Agreement, Agreement Regarding Collateral Units, and Transfer Agreements.

Attachment to Order - 2021CV32918

July 28, 2023

Respectfully submitted,

*s/ Douglas Litowitz*
Douglas Litowitz, PHV
413 Locust Place
Deerfield, IL 60015
Tel 312.622.2848
litowitz@gmail.com

Deborah Yim, #54388
Primera Law Group, LLC
1240 South Parker Road, Suite 103
Denver, CO 80231
Tel 720.239.2567
dyim@primeralaw.com

*s/ Timothy G. Atkinson*
Timothy G. Atkinson, #18777
Julie M. Walker, #24829
Kobi A. Webb, #499988
Ireland Stapleton Pryor & Pascoe, PC
1660 Lincoln Streret, Suite 3000
Denver, CO 80264
Tel 303.623.2600
tatkinson@irelandstapleton.com;
jwalker@irelandstapleton.com;
kwebb@irelandstapleton.com

*Attorneys for Cross-Claim Defendants Colorado Regional Center Project Solaris LLLP*

*s/ Ty Gee*
Ty Gee, #19772
Heather R. Hanneman, #22383
Delanie Grewe, #57423
HADDON, MORGAN AND FOREMAN, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Tel 303.831.7364
tgee@hmflaw.com;
hhanneman@hmflaw.com;
dgrewe@hmflaw.com

*Attorneys for Defendants Solaris Property Owner I, LLC, and Peter Knobel*

2

## Certificate of Service

I certify that on July 28, 2023, I electronically filed the foregoing *The Parties' Stipulated Dismissal of Plaintiffs' Action* with the Clerk of Court via the Colorado Courts E-filing system, which will send notification of the filing to all parties of record.

*s/ Courtney McDonald*

Attachment to Order - 2021CV32918