



# Heather R. Hanneman

303.831.7364
hhanneman@hmflaw.com

**EDUCATION**
- University of Iowa College of Law, J.D.

**PRACTICE AREAS**
- Business Litigation
- Appellate Litigation
- Expert Testimony in Attorneys' Fees Disputes and Ethical Matters

**HONORS & DISTINCTIONS**
- Best Lawyers in America: Appellate Practice 2013-2022
- Super Lawyers: Business Litigation 2014-2022

**COURT ADMISSIONS**
- U.S. District Court, District of Colorado
- U.S. Court of Appeals for the Tenth Circuit
- U.S. Court of Appeals for the District of Columbia Circuit

**PROFESSIONAL MEMBERSHIPS**
- Colorado Bar Association
- Colorado State Board of Judicial Performance, Commissioner (2010-2017)

**TEACHING POSITIONS**
- Continuing Legal Education Instructor on the Colorado Consumer Protection Act

**COMMUNITY INVOLVEMENT**
- ACLU Colorado
- Colorado Legal Services
- Denver County Permanent Restraining Order project
- Legal Aid Foundation Board Member

Heather Hanneman has over thirty years of experience in complex civil litigation, representing clients in federal and state courts, arbitrations, mediations, administrative proceedings, and before boards of contract appeals. Her areas of practice include commercial contracts and other business disputes, securities and antitrust litigation, attorneys' fees litigation, civil rights, unfair competition, trade secrets, professional licensure and regulatory investigations, and corporate internal investigations. In addition to her trial court practice, she also has extensive appellate litigation experience, representing numerous clients in the Colorado Court of Appeals, the Colorado Supreme Court, and the United States Court of Appeals for the Tenth Circuit. Heather was selected by her peers to be included in the 2013-2022 editions of Best Lawyers in America® in the area of Appellate Practice. She also was selected by her peers to be included in the 2014-2022 editions of SuperLawyers® in the area of Business Litigation.

Heather graduated with high distinction from the University of Iowa College of Law, where she was an articles editor for the *Iowa Law Review*. She is a member of the Colorado Bar and admitted to practice before the United States District Court for the District of Colorado, the United States Court of Appeals for the Tenth Circuit, and the United States Court of Appeals for the District of Columbia Circuit.

From 2010 to 2017, Heather served as a Commissioner on the Colorado State Board of Judicial Performance, which evaluates the performance of Colorado Supreme Court Justices and Court of Appeals Judges. She served as the Commission chair from 2016-2017. In 2022, she was appointed by the Denver Bar Association to serve as its representative on the Colorado Bar Association CLE Board.  In 2017, Heather was appointed by Colorado Governor Hickenlooper as a Special Assistant Attorney General in *Clean Air Council v. Pruitt*, 862 F.3d 1, 5 (D.C. Cir. 2017).  Heather also has served as a Continuing Legal Education instructor on the Colorado Consumer Protection Act. Heather has been active in pro bono and professional service activities, including work on behalf of the ACLU of Colorado, Colorado Legal Services, and the Denver County Permanent Restraining Order Project. She currently serves on the board of the Legal Aid Foundation.

B-1