



# Delanie Grewe

303.831.7364
dgrewe@hmflaw.com

**Education**
- University of California, Davis School of Law, J.D.

**Practice Areas**
- Civil Litigation

**Court Admissions**
- U.S. District Court, District of Colorado

**Professional Memberships**
- Colorado Bar Association

Delanie focuses primarily on civil matters at Haddon, Morgan & Foreman.

After graduating from the University of California, Santa Cruz with a degree in politics, Delanie taught English as a second language in South America. There, she developed fluency in Spanish. She then attended the University of California, Davis School of Law, where she graduated in the top 15% of her class.

While in law school, Delanie served as a senior notes and comments editor on the U.C. Davis Law Review, where she advised Law Review members on writing and research skills. Delanie gained advocacy and courtroom experience in the Immigration Law Clinic, where she delivered an oral argument before the Ninth Circuit Court of Appeals and assisted in drafting appellate briefs.

Before joining Haddon, Morgan & Foreman, Delanie clerked for United States District Judge William J. Martinez of the District of Colorado. There, she gained extensive writing experience and familiarity with the mechanics of litigation. Won over by beautiful Colorado, she decided to remain in Denver after her clerkship.

**B-2**