| Date pulled: 9/6/2023 | | | | | | | | Detail Fee Transaction File List |
|---|---|---|---|---|---|---|---|---|
| TRIAL FEES ONLY | | | | | | | | Haddon, Morgan & Foreman, P.C. |
| Timekeeper | Hourly Rate | Date | Gross Time | Time Discount | Net Time | Gross Fees | Fees Discount | Net Fees | Description |
| Matthew MacPhail | $100.00 | 7/28/2021 | 0.75 | | 0.75 | $75.00 | $0.00 | $75.00 | Prepare case documents for attorney analysis |
| Ty Gee | $550.00 | 8/3/2021 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 | Emails from R. Cornish and J. Kilroy regarding J. Zhang; email to R. Cornish regarding same |
| Ty Gee | $550.00 | 8/5/2021 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 | Draft email to counsel regarding June 28th order; voicemail to J. Kilroy regarding same |
| Matthew MacPhail | $100.00 | 8/10/2021 | 0.70 | | 0.70 | $70.00 | $0.00 | $70.00 | Prepare documents for attorney analysis; organize file structure |
| Ty Gee | $550.00 | 8/11/2021 | 0.25 | | 0.25 | $137.50 | $0.00 | $137.50 | Review order granting R59(e) motion |
| Ty Gee | $550.00 | 8/12/2021 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 | Telephone conferences and emails to/from clients regarding [redacted] |
| Ty Gee | $550.00 | 8/12/2021 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 | Review district court's order granting Rule 59(e) motion |
| Matthew MacPhail | $100.00 | 8/12/2021 | 0.80 | | 0.80 | $80.00 | $0.00 | $80.00 | Prepare documents for attorney analysis |
| Ty Gee | $550.00 | 8/13/2021 | 0.40 | | 0.40 | $220.00 | $0.00 | $220.00 | Review D. Litowitz's response to order on Rule 11 sanctions |
| Ty Gee | $550.00 | 8/13/2021 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 | Review CRC's proposed bill of costs and attachments |
| Ty Gee | $550.00 | 8/13/2021 | 0.05 | | 0.05 | $27.50 | $0.00 | $27.50 | Email to counsel for plaintiffs regarding conferral on costs |
| Ty Gee | $550.00 | 8/16/2021 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 | Email from D. Litowitz regarding costs hearing |
| Matthew MacPhail | $100.00 | 8/16/2021 | 0.80 | | 0.80 | $80.00 | $0.00 | $80.00 | Prepare documents for T. Gee analysis |
| Ty Gee | $550.00 | 8/17/2021 | 1.20 | | 1.20 | $660.00 | $0.00 | $660.00 | Review costs submissions; emails from/to R. Smith and M. MacPhail regarding [redacted]; review parties' conferral statements; research/draft conferral statement; review clerk's costs guide; prepare for costs hearing |
| Matthew MacPhail | $100.00 | 8/17/2021 | 0.60 | | 0.60 | $60.00 | $0.00 | $60.00 | Review bill of costs information; prepare documents for attorney analysis |
| Ty Gee | $550.00 | 8/18/2021 | 1.60 | | 1.60 | $880.00 | $0.00 | $880.00 | Travel to and attend costs hearing; prepare for same |
| Matthew MacPhail | $100.00 | 8/18/2021 | 0.60 | | 0.60 | $60.00 | $0.00 | $60.00 | Prepare documents for attorney analysis |
| Ty Gee | $550.00 | 8/19/2021 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 | Review costs awards |
| Matthew MacPhail | $100.00 | 8/19/2021 | 0.40 | | 0.40 | $40.00 | $0.00 | $40.00 | Prepare documents for attorney analysis |
| Ty Gee | $550.00 | 8/23/2021 | 0.40 | | 0.40 | $220.00 | $0.00 | $220.00 | Emails from counsel regarding D. Litowitz's conferral and motion |
| Matthew MacPhail | $100.00 | 8/25/2021 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 8/26/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 8/27/2021 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 8/31/2021 | 0.15 | | 0.15 | $15.00 | $0.00 | $15.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 9/2/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 9/7/2021 | 0.60 | | 0.60 | $60.00 | $0.00 | $60.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 9/9/2021 | 0.50 | | 0.50 | $50.00 | $0.00 | $50.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 9/16/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 9/21/2021 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 9/27/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 9/28/2021 | 0.10 | | 0.10 | $10.00 | $0.00 | $10.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 9/29/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Prepare documents for attorney analysis |
| Ty Gee | $550.00 | 10/11/2021 | 0.40 | | 0.40 | $220.00 | $0.00 | $220.00 | Review charging lien |
| Ty Gee | $550.00 | 10/13/2021 | 0.30 | | 0.30 | $165.00 | $0.00 | $165.00 | Emails to/from R. Smith regarding [redacted]; research regarding [redacted] |
| Matthew MacPhail | $100.00 | 10/14/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 10/21/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Prepare documents for attorney analysis |
| Ty Gee | $550.00 | 10/29/2021 | 0.45 | | 0.45 | $247.50 | $0.00 | $247.50 | Review orders on attorney fees and PSLRA; telephone conference with client regarding [redacted] |
| Matthew MacPhail | $100.00 | 10/29/2021 | 0.80 | | 0.80 | $80.00 | $0.00 | $80.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 11/2/2021 | 0.50 | | 0.50 | $50.00 | $0.00 | $50.00 | Prepare documents for attorney analysis |
| Ty Gee | $550.00 | 11/3/2021 | 0.30 | | 0.30 | $165.00 | $0.00 | $165.00 | Telephone conference with L. Liu regarding settlement issues |
| Matthew MacPhail | $100.00 | 11/3/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 11/4/2021 | 0.10 | | 0.10 | $10.00 | $0.00 | $10.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 11/8/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 11/12/2021 | 0.70 | | 0.70 | $70.00 | $0.00 | $70.00 | Prepare documents for attorney analysis |

| Date pulled: 9/6/2023 | | | | | | | | Detail Fee Transaction File List |
|---|---|---|---|---|---|---|---|---|
| TRIAL FEES ONLY | | | | | | | | Haddon, Morgan & Foreman, P.C. |
| Timekeeper | Hourly Rate | Date | Gross Time | Time Discount | Net Time | Gross Fees | Fees Discount | Net Fees | Description |
| Matthew MacPhail | $100.00 | 11/17/2021 | 0.40 | | 0.40 | $40.00 | $0.00 | $40.00 | Create docket for Li and Cui district cases |
| Matthew MacPhail | $100.00 | 11/22/2021 | 1.30 | | 1.30 | $130.00 | $0.00 | $130.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 11/23/2021 | 0.50 | | 0.50 | $50.00 | $0.00 | $50.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 11/24/2021 | 0.60 | | 0.60 | $60.00 | $0.00 | $60.00 | Prepare documents for attorney analysis |
| Ty Gee | $550.00 | 12/1/2021 | 1.40 | | 1.40 | $770.00 | $0.00 | $770.00 | Research/draft charging order; emails from D. Litowitz and J. Kilroy regarding distributions to Li and Cui plaintiffs; research/draft emails to R. Smith and client regarding [redacted] |
| Ty Gee | $550.00 | 12/1/2021 | 0.25 | | 0.25 | $137.50 | $0.00 | $137.50 | Telephone conference with L. Liu regarding settlement/judgment |
| Ty Gee | $550.00 | 12/2/2021 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 | Confer with R. Smith regarding [redacted] |
| Matthew MacPhail | $100.00 | 12/7/2021 | 0.80 | | 0.80 | $80.00 | $0.00 | $80.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 12/14/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 12/15/2021 | 0.50 | | 0.50 | $50.00 | $0.00 | $50.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 12/17/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Prepare documents for attorney analysis |
| Ty Gee | $550.00 | 12/27/2021 | 0.10 | | 0.10 | $55.00 | $0.00 | $55.00 | Emails to/from S. Poole regarding motion for charging orders |
| Ty Gee | $550.00 | 12/28/2021 | 2.20 | | 2.20 | $1,210.00 | $0.00 | $1,210.00 | Research/draft/revise motion for charging order and proposed order; emails to/from S. Poole regarding same |
| Ty Gee | $550.00 | 12/28/2021 | 0.40 | | 0.40 | $220.00 | $0.00 | $220.00 | Review Li Ps' response to CRC I's motion for charging order |
| Ty Gee | $550.00 | 12/29/2021 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 | Finalize motions for charging order; emails to/from S. Poole regarding same |
| Ty Gee | $550.00 | 12/30/2021 | 2.90 | | 2.90 | $1,595.00 | $0.00 | $1,595.00 | Review response to motion for charging order; research/draft reply |
| Matthew MacPhail | $100.00 | 12/30/2021 | 0.40 | | 0.40 | $40.00 | $0.00 | $40.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 1/10/2022 | 0.50 | | 0.50 | $50.00 | $0.00 | $50.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 1/11/2022 | 0.40 | | 0.40 | $40.00 | $0.00 | $40.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 1/28/2022 | 3.20 | | 3.20 | $320.00 | $0.00 | $320.00 | Draft and file affidavit of service; order hearing transcript |
| Matthew MacPhail | $100.00 | 1/28/2022 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 1/31/2022 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 2/9/2022 | 0.65 | | 0.65 | $65.00 | $0.00 | $65.00 | Call w. B. Stewart regarding settlement proposal; correspond with T. Gee regarding B. Stewart call |
| Matthew MacPhail | $100.00 | 2/10/2022 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 2/11/2022 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Correspond with B. Stewart regarding settlement |
| Matthew MacPhail | $100.00 | 2/23/2022 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 | Prepare documents for attorney analysis |
| Ty Gee | $550.00 | 3/11/2022 | 0.05 | 0.05 | - | $27.50 | $27.50 | $0.00 | Telephone conference with law clerk regarding status of motion for charging order |
| Matthew MacPhail | $100.00 | 4/1/2022 | 1.00 | | 1.00 | $100.00 | $0.00 | $100.00 | Prepare documents for attorney analysis |
| Ty Gee | $550.00 | 4/5/2022 | 0.50 | | 0.50 | $275.00 | $0.00 | $275.00 | Research/draft motion for ruling on charging orders |
| Ty Gee | $550.00 | 4/5/2022 | 1.50 | | 1.50 | $825.00 | $0.00 | $825.00 | Review response to motion for ruling; research/draft reply |
| Matthew MacPhail | $100.00 | 4/5/2022 | 1.00 | | 1.00 | $100.00 | $0.00 | $100.00 | Proofread and e-file motion for ruling on charging order |
| Matthew MacPhail | $100.00 | 4/6/2022 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Prepare documents for attorney analysis |
| Ty Gee | $550.00 | 4/8/2022 | 0.55 | | 0.55 | $302.50 | $0.00 | $302.50 | Telephone conference with S. Kanan regarding charging orders; telephone conference with and email to D. Grewe regarding service on CRCPS; review order granting charging-order motions |
| Delanie Grewe | $315.00 | 4/8/2022 | 0.60 | | 0.60 | $189.00 | $0.00 | $189.00 | Telephone conference with T. Gee regarding waiver of service; draft waiver of service to serve Judge Moore's order on CRCPS |
| Matthew MacPhail | $100.00 | 4/11/2022 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 | Prepare documents for attorney analysis |
| Ty Gee | $550.00 | 4/12/2022 | 0.10 | | 0.10 | $55.00 | $0.00 | $55.00 | Emails to/from S. Kanan regarding court registry |
| Ty Gee | $550.00 | 4/13/2022 | 0.10 | | 0.10 | $55.00 | $0.00 | $55.00 | Emails from/to S. Kanan regarding deposit into court registry |
| Ty Gee | $550.00 | 4/14/2022 | 0.10 | | 0.10 | $55.00 | $0.00 | $55.00 | Email from D. Litowitz regarding distributions |
| Matthew MacPhail | $100.00 | 4/14/2022 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 4/19/2022 | 0.35 | | 0.35 | $35.00 | $0.00 | $35.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 4/26/2022 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Prepare documents for attorney analysis |
| Ty Gee | $550.00 | 4/27/2022 | 0.05 | | 0.05 | $27.50 | $0.00 | $27.50 | ECF notice regarding receipt of payment from CRCPS; email to client regarding [redacted] |
| Ty Gee | $550.00 | 4/28/2022 | 0.10 | | 0.10 | $55.00 | $0.00 | $55.00 | Review CRC defendants' notice of related case |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date pulled: 9/6/2023 | | | | | | | | Detail Fee Transaction File List |
| TRIAL FEES ONLY | | | | | | | | Haddon, Morgan & Foreman, P.C. |
| Timekeeper | Hourly Rate | Date | Gross Time | Time Discount | Net Time | Gross Fees | Fees Discount | Net Fees | Description |
| Matthew MacPhail | $100.00 | 4/28/2022 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Prepare documents for attorney analysis |
| Ty Gee | $550.00 | 5/4/2022 | 0.60 | | 0.60 | $330.00 | $0.00 | $330.00 | Research/draft motion for release of funds from registry; emails to/from M. MacPhail regarding same |
| Matthew MacPhail | $100.00 | 5/4/2022 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 | Proofread and file motion for release of funds |
| Ty Gee | $550.00 | 5/9/2022 | 0.30 | | 0.30 | $165.00 | $0.00 | $165.00 | Review CRC I's notice of postjudgment interest rate and order regarding request for release of funds from court's registry |
| Matthew MacPhail | $100.00 | 5/13/2022 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 7/8/2022 | 0.10 | | 0.10 | $10.00 | $0.00 | $10.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 9/12/2022 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 | Prepare documents for attorney analysis |
| Heather Hanneman | $530.00 | 9/12/2022 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 | Review motion to amend complaint with respect to potential claims that could be revived through amended complaint and send email to C. Montville and D. Grewe re same |
| Heather Hanneman | $530.00 | 9/13/2022 | 1.80 | 0.30 | 1.50 | $954.00 | $159.00 | $795.00 | Research in connection with arguments for attorney fees on remand and analyze Tenth Circuit opinion and underlying District Court opinions regarding same |
| Matthew MacPhail | $100.00 | 9/14/2022 | 0.55 | | 0.55 | $55.00 | $0.00 | $55.00 | Prepare documents for attorney analysis |
| Heather Hanneman | $530.00 | 9/14/2022 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 | Review and respond to emails from T. Gee re contractual basis for fee awards in district court |
| Heather Hanneman | $530.00 | 9/14/2022 | 0.30 | | 0.30 | $159.00 | $0.00 | $159.00 | Research in connection with whether clients can execute on fees award [redacted] |
| Delanie Grewe | $315.00 | 9/15/2022 | 0.20 | 0.20 | - | $63.00 | $63.00 | $0.00 | Review and analyze correspondence with T. Gee and H. Hanneman regarding attorney fee issues; review and analyze charging order-related pleadings |
| Nikki Chappelle | $100.00 | 9/19/2022 | 0.30 | 0.30 | - | $30.00 | $30.00 | $0.00 | Draft Entry of Appearance for H. Hanneman; email to H. Hanneman for review and edits |
| Heather Hanneman | $530.00 | 9/21/2022 | 0.10 | 0.10 | - | $53.00 | $53.00 | $0.00 | Prepare email to C. Montville regarding district court award of fees in favor of SPO Defendants based on PSLRA |
| Ty Gee | $550.00 | 9/22/2022 | 1.80 | | 1.80 | $990.00 | $0.00 | $990.00 | Emails to/from team regarding 10th Cir decision, Li plaintiffs' request for "return" of attorney fees, and strategy |
| Heather Hanneman | $530.00 | 9/22/2022 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 | Review and respond to email from T. Gee regarding fees against Litowitz |
| Matthew MacPhail | $100.00 | 9/23/2022 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Prepare documents for attorney analysis |
| Heather Hanneman | $530.00 | 9/23/2022 | 0.05 | | 0.05 | $26.50 | $0.00 | $26.50 | Review email from J. Kilroy to D. Litowitz |
| Heather Hanneman | $530.00 | 9/23/2022 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 | Review Li Plaintiffs' counsel's request for 15% in attorney fees |
| Matthew MacPhail | $100.00 | 9/30/2022 | 0.10 | | 0.10 | $10.00 | $0.00 | $10.00 | Prepare documents for attorney analysis |
| Ty Gee | $550.00 | 10/6/2022 | 0.10 | | 0.10 | $55.00 | $0.00 | $55.00 | Email from DLitowitz regarding request for contingency fee |
| Ty Gee | $550.00 | 10/6/2022 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 | Email to HRH regarding CCarvajal's intervention motion |
| Ty Gee | $550.00 | 10/7/2022 | 0.60 | | 0.60 | $330.00 | $0.00 | $330.00 | Review intervenors' cross-motion and opposition to Litowitz's request for attorney fees |
| Heather Hanneman | $530.00 | 10/7/2022 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 | Respond to email from R. Smith regarding [redacted] |
| Matthew MacPhail | $100.00 | 10/10/2022 | 0.70 | | 0.70 | $70.00 | $0.00 | $70.00 | Prepare documents for attorney analysis |
| Delanie Grewe | $315.00 | 10/10/2022 | 0.20 | | 0.20 | $63.00 | $0.00 | $63.00 | Review and analyze motion to intervene. |
| Ty Gee | $550.00 | 10/10/2022 | 0.40 | | 0.40 | $220.00 | $0.00 | $220.00 | Review response to motion for attorney fees |
| Heather Hanneman | $530.00 | 10/11/2022 | 0.40 | 0.40 | - | $212.00 | $212.00 | $0.00 | Review Yibo Bao cross-motion to intervene and all exhibits and annotate same. |
| Matthew MacPhail | $100.00 | 10/12/2022 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 10/13/2022 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 10/14/2022 | 0.10 | | 0.10 | $10.00 | $0.00 | $10.00 | Prepare documents for attorney analysis |
| Heather Hanneman | $530.00 | 10/14/2022 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 | Review Li Plaintiffs' request for production to CRC I |
| Ty Gee | $550.00 | 10/14/2023 | 0.10 | | 0.10 | $55.00 | $0.00 | $55.00 | Review reply by Li plaintiffs for attorney fees |
| Matthew MacPhail | $100.00 | 10/18/2022 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 10/24/2022 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 | Prepare documents for attorney analysis |
| Heather Hanneman | $530.00 | 10/25/2022 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 | Review additional email from D. Litowitz regarding conferral related to motion to strike and respond to same |
| Heather Hanneman | $530.00 | 10/25/2022 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 | Review email from D. Litowitz regarding fees for client |
| Heather Hanneman | $530.00 | 10/28/2022 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 | Research in connection with D. Litowitz's argument on amendment of CRS 13-17-201 |
| Matthew MacPhail | $100.00 | 11/3/2022 | 0.10 | | 0.10 | $10.00 | $0.00 | $10.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 11/8/2022 | 0.10 | | 0.10 | $10.00 | $0.00 | $10.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 11/11/2022 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Prepare documents for attorney analysis |

| Date pulled: 9/6/2023 | | | | | | | | Detail Fee Transaction File List |
|---|---|---|---|---|---|---|---|---|
| TRIAL FEES ONLY | | | | | | | | Haddon, Morgan & Foreman, P.C. |
| Timekeeper | Hourly Rate | Date | Gross Time | Time Discount | Net Time | Gross Fees | Fees Discount | Net Fees | Description |
| Heather Hanneman | $530.00 | 11/11/2022 | 0.40 | 0.30 | 0.10 | $212.00 | $159.00 | $53.00 | Review pleadings and documents related to Non-Parties' Cross-Motion To Intervene, including reply brief |
| Heather Hanneman | $530.00 | 11/15/2022 | 1.20 | | 1.20 | $636.00 | $0.00 | $636.00 | Review Li Plaintiffs' motion to strike award of attorney fees and research in connection therewith; review Li Plaintiffs' briefing on motion for attorney fees in the district court |
| Heather Hanneman | $530.00 | 11/15/2022 | 1.00 | | 1.00 | $530.00 | $0.00 | $530.00 | Finish review of motion to strike attorney fee award and prepare email to client regarding [redacted]; brief research in connection with same |
| Matthew MacPhail | $100.00 | 11/16/2022 | 0.10 | | 0.10 | $10.00 | $0.00 | $10.00 | Prepare documents for attorney analysis |
| Delanie Grewe | $315.00 | 11/16/2022 | 1.30 | 0.40 | 0.90 | $409.50 | $126.00 | $283.50 | Review and analyze Li Plaintiffs' motion to strike attorney fee award; research issues regarding response to same; correspond with H. Hanneman regarding same. |
| Heather Hanneman | $530.00 | 11/16/2022 | 0.30 | | 0.30 | $159.00 | $0.00 | $159.00 | Review Li Plaintiffs' Response to Non-Parties' Motion To Intervene and Opposition to Li Plaintiffs' Motion For Attorney Fees |
| Delanie Grewe | $315.00 | 11/23/2022 | 2.50 | | 2.50 | $787.50 | $0.00 | $787.50 | Research and summarize case law regarding Rule 60(b) motion; correspond with H. Hanneman regarding same; research issue of fee assessment against [redacted] |
| Heather Hanneman | $530.00 | 11/29/2022 | 3.20 | | 3.20 | $1,696.00 | $0.00 | $1,696.00 | Review D. Grewe research related to motion to strike attorney fees; work on response to motion to strike |
| Heather Hanneman | $530.00 | 11/29/2022 | 0.50 | 0.50 | - | $265.00 | $265.00 | $0.00 | Continue research in connection with motion to strike attorney fee award |
| Matthew MacPhail | $100.00 | 11/30/2022 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 | Draft entry of appearance for H. Hanneman; prepare documents for attorney anlaysis |
| Matthew MacPhail | $100.00 | 12/1/2022 | 1.10 | | 1.10 | $110.00 | $0.00 | $110.00 | Draft and file EOA for H. Hanneman; draft motion for extension of time to file response to motion to strike |
| Delanie Grewe | $315.00 | 12/1/2022 | 0.40 | | 0.40 | $126.00 | $0.00 | $126.00 | Review and revise motion for extension of time; draft proposed order granting motion for extension; correspond with H. Hanneman and N. Chappelle regarding same |
| Heather Hanneman | $530.00 | 12/1/2022 | 0.20 | 0.10 | 0.10 | $106.00 | $53.00 | $53.00 | Review reply in support of motion to intervene and check PACER for most recent filings in case |
| Heather Hanneman | $530.00 | 12/2/2022 | 3.60 | 1.00 | 2.60 | $1,908.00 | $530.00 | $1,378.00 | Work on response to motion to strike and research in connection with same |
| Ty Gee | $550.00 | 12/5/2022 | 0.10 | 0.10 | - | $55.00 | $55.00 | $0.00 | Review ECF orders regarding EOT to respond to Li plaintiffs' motion to strike attorney fees |
| Matthew MacPhail | $100.00 | 12/5/2022 | 0.40 | | 0.40 | $40.00 | $0.00 | $40.00 | Prepare documents for attorney analysis |
| Delanie Grewe | $315.00 | 12/6/2022 | 0.80 | | 0.80 | $252.00 | $0.00 | $252.00 | Correspond with T. Gee and H. Hanneman regarding strategy; cite-check, analyze and distinguish case law cited by opposing counsel; correspond with H. Hanneman regarding same |
| Ty Gee | $550.00 | 12/6/2022 | 0.50 | | 0.50 | $275.00 | $0.00 | $275.00 | Review plaintiffs' motion to strike attorney fees |
| Ty Gee | $550.00 | 12/6/2022 | 1.30 | | 1.30 | $715.00 | $0.00 | $715.00 | Research re issue preclusion and waiver; emails to HRH and DG re same and re strategy |
| Delanie Grewe | $315.00 | 12/7/2022 | 1.20 | | 1.20 | $378.00 | $0.00 | $378.00 | Review, analyze, and summarize case law on prevailing party standard; correspond with H. Hanneman regarding same |
| Delanie Grewe | $315.00 | 12/8/2022 | 0.40 | | 0.40 | $126.00 | $0.00 | $126.00 | Review and analyze response to motion to strike fees; correspond with T. Gee and H. Hanneman regarding same |
| Heather Hanneman | $530.00 | 12/8/2022 | 5.30 | 2.00 | 3.30 | $2,809.00 | $1,060.00 | $1,749.00 | Continue work on and research in connection with motion to strike attorney fee award; finish draft and send to team |
| Heather Hanneman | $530.00 | 12/8/2022 | 0.20 | | 0.20 | $106.00 | $0.00 | $106.00 | Review T. Gee comments on response to motion to strike and respond to email regarding same; send email to T. Gee regarding PSLRA fees and review response |
| Ty Gee | $550.00 | 12/9/2022 | 0.30 | 0.30 | - | $165.00 | $165.00 | $0.00 | Review SPO Ds' response to Li Ps' motion to strike attorney fee award (no charge) |
| Heather Hanneman | $530.00 | 12/9/2022 | 0.30 | 0.30 | - | $159.00 | $159.00 | $0.00 | Integrate T. Gee comments into response to motion to strike and send same to M. MacPhail for proofing |
| Heather Hanneman | $530.00 | 12/9/2022 | 0.70 | | 0.70 | $371.00 | $0.00 | $371.00 | Incorporate T. Gee changes into response to motion to strike; incorporate M. MacPhail changes into response; finalize and work with M. MacPhail to file |
| Matthew MacPhail | $100.00 | 12/12/2022 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 12/14/2022 | 0.40 | | 0.40 | $40.00 | $0.00 | $40.00 | Prepare documents for attorney analysis |
| Heather Hanneman | $530.00 | 12/14/2022 | 0.70 | | 0.70 | $371.00 | $0.00 | $371.00 | Review reply in support of motion to strike fee award and prepare notes regarding same; review selected cases cited in reply; prepare email to T. Gee regarding same |
| Ty Gee | $550.00 | 12/15/2022 | 0.60 | 0.60 | - | $330.00 | $330.00 | $0.00 | Review reply ISO motion to strike attorney fee award; confer with H. Hanneman regarding strategy |
| Ty Gee | $550.00 | 5/17/2023 | 0.30 | | 0.30 | $165.00 | $0.00 | $165.00 | Emails to/from and telephone conference with H. Hanneman regarding Li plaintiffs' notice of LR 2 violation |
| Ty Gee | $550.00 | 5/17/2023 | 0.40 | | 0.40 | $220.00 | $0.00 | $220.00 | Review Li plaintiffs' notice of LR 2 violation |
| Delanie Grewe | $315.00 | 5/18/2023 | 0.30 | 0.30 | - | $94.50 | $94.50 | $0.00 | Review and analyze plaintiffs' notice regarding backdated contract and CRC defendants' response to same |
| Heather Hanneman | $530.00 | 5/18/2023 | 1.10 | 0.40 | 0.70 | $583.00 | $212.00 | $371.00 | Review federal motion for sanctions and attachments; review CRC I safe harbor response; review ARCU as to signatures in connection with same; compare original ARCU to proposed changes in 2019 |
| Delanie Grewe | $315.00 | 5/19/2023 | 0.20 | 0.20 | - | $63.00 | $63.00 | $0.00 | Review CRC I's response to service of safe harbor motion. |
| Heather Hanneman | $530.00 | 5/19/2023 | 0.70 | 0.40 | 0.30 | $371.00 | $212.00 | $159.00 | Review exhibits to CRC I response to motion for sanctions and attachments; send email to T. Gee regarding same |
| Ty Gee | $550.00 | 6/3/2023 | 0.80 | | 0.80 | $440.00 | $0.00 | $440.00 | Review post-appeal filings to assess attorney fees in light of CRC I-plaintiffs' settlement; email to team re same |

| Date pulled: 9/6/2023 | | | | | | | | Detail Fee Transaction File List |
|---|---|---|---|---|---|---|---|---|
| TRIAL FEES ONLY | | | | | | | | Haddon, Morgan & Foreman, P.C. |
| Timekeeper | Hourly Rate | Date | Gross Time | Time Discount | Net Time | Gross Fees | Fees Discount | Net Fees | Description |
| Ty Gee | $550.00 | 6/4/2023 | 0.40 | | 0.40 | $220.00 | $0.00 | $220.00 | Review billing records to identify fees relating to district court work |
| Ty Gee | $550.00 | 6/4/2023 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 | Emails to HRH re identification of fees for motion for fees |
| Ty Gee | $550.00 | 6/4/2023 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 | Review Loan Agreement's provision governing attorney fees |
| Matthew MacPhail | $100.00 | 6/5/2023 | 0.70 | | 0.70 | $70.00 | $0.00 | $70.00 | Prepare documents for attorney analysis |
| Delanie Grewe | $315.00 | 6/12/2023 | 0.20 | | 0.20 | $63.00 | $0.00 | $63.00 | Review and revise sheet of time records for fee motion and communicate with T. Gee regarding same. |
| Ty Gee | $550.00 | 6/13/2023 | 4.20 | | 4.20 | $2,310.00 | $0.00 | $2,310.00 | Research/draft objection to plaintiffs' notice of LAttyR 2 violation; email to HRH re same; emails from and t/c w HRH re edits to same; revise objection |
| Matthew MacPhail | $100.00 | 6/14/2023 | 1.00 | 0.10 | 0.90 | $100.00 | $10.00 | $90.00 | Proofread and e-file objection to plaintiffs' notice of violations |
| Ty Gee | $550.00 | 6/14/2023 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 | Confer with M. MacPhail re objection to notice re LAttyR 2 violation; ECF notice re same |
| Heather Hanneman | $530.00 | 6/14/2023 | 0.20 | 0.20 | - | $106.00 | $106.00 | $0.00 | Download and review Li plaintiffs' response to SPO objection. |
| Ty Gee | $550.00 | 6/15/2023 | 2.80 | | 2.80 | $1,540.00 | $0.00 | $1,540.00 | Review time entries to identify attorney fees incurred in connection with district court proceedings; email to H. Hanneman re same |
| Matthew MacPhail | $100.00 | 6/20/2023 | 0.50 | | 0.50 | $50.00 | $0.00 | $50.00 | Meet with T. Gee regarding fee application calculations |
| Matthew MacPhail | $100.00 | 6/21/2023 | 1.00 | | 1.00 | $100.00 | $0.00 | $100.00 | Meet with R. McReynolds regarding fee calculation; create fee calculation spreadsheet |
| Matthew MacPhail | $100.00 | 6/27/2023 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Calculate trial attorney fees since supplemental fee application |
| Ty Gee | $550.00 | 7/31/2023 | 0.30 | | 0.30 | $165.00 | $0.00 | $165.00 | Emails from/to and voicemail to J. Kilroy regarding motion to dismiss |
| Ty Gee | $550.00 | 8/1/2023 | 0.40 | | 0.40 | $220.00 | $0.00 | $220.00 | Telephone calls with and email from J. Kilroy re stipulated dismissal of Li case |
| Ty Gee | $550.00 | 8/2/2023 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 | Review joint motion to dismiss |
| Ty Gee | $550.00 | 8/2/2023 | 0.05 | | 0.05 | $27.50 | $0.00 | $27.50 | Email to CRC defendants' counsel re exhibits to [joint motion to dismiss] |
| Ty Gee | $550.00 | 8/2/2023 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 | Emails from/to J. Kilroy re motion to restrict |
| Heather Hanneman | $530.00 | 8/2/2023 | 0.20 | | 0.20 | $106.00 | $0.00 | $106.00 | Review joint motion to dismiss. |
| Heather Hanneman | $530.00 | 8/2/2023 | 0.40 | 0.30 | 0.10 | $212.00 | $159.00 | $53.00 | Telephone conference with T. Gee regarding restricted access to exhibits to motion to approve and dismiss case and fee issue with CRCPS |
| Ty Gee | $550.00 | 8/3/2023 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 | Emails from/to J. Kilroy re continued conferral on motion to restrict |
| Delanie Grewe | $315.00 | 8/7/2023 | 1.00 | | 1.00 | $315.00 | $0.00 | $315.00 | Draft response to motion to dismiss and communicate with team regarding same (1.5); review order on joint motion to dismiss and related filings and communicate with team regarding same (0.5) |
| Ty Gee | $550.00 | 8/7/2023 | 0.05 | | 0.05 | $27.50 | $0.00 | $27.50 | Email from J. Kilroy re motion to restrict |
| Ty Gee | $550.00 | 8/7/2023 | 0.30 | | 0.30 | $165.00 | $0.00 | $165.00 | Review court order re joint motion to dismiss |
| Ty Gee | $550.00 | 8/7/2023 | 0.30 | | 0.30 | $165.00 | $0.00 | $165.00 | Emails from/to team re draft response to motion to dismiss and court order for briefing on the motion to dismiss |
| Ty Gee | $550.00 | 8/8/2023 | 0.30 | | 0.30 | $165.00 | $0.00 | $165.00 | Review Li Ps' joinder in motion to dismiss |
| Delanie Grewe | $315.00 | 8/8/2023 | 1.40 | | 1.40 | $441.00 | $0.00 | $441.00 | Research issue of fee entitlement and summarize same (3.2); review plaintiffs' joinder in motion to dismiss (0.2) |
| Ty Gee | $550.00 | 8/10/2023 | 0.25 | | 0.25 | $137.50 | $0.00 | $137.50 | Telephone call with and emails to/from D. Grewe re brief in response to joint motion to dismiss |
| Ty Gee | $550.00 | 8/10/2023 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 | Research re [issue concerning response to joint motion] |
| Delanie Grewe | $315.00 | 8/10/2023 | 1.40 | | 1.40 | $441.00 | $0.00 | $441.00 | Research attorney fee issue and communicate with team regarding same |
| Ty Gee | $550.00 | 8/11/2023 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 | Telephone call with D. Grewe re brief in response to joint motion to dismiss |
| Delanie Grewe | $315.00 | 8/11/2023 | 0.20 | 0.05 | 0.15 | $63.00 | $15.75 | $47.25 | Telephone conference with T. Gee regarding strategy for attorney fee briefing |
| Ty Gee | $550.00 | 8/12/2023 | 0.05 | | 0.05 | $27.50 | $0.00 | $27.50 | Email to D. Grewe re brief in response to joint motion to dismiss |
| Delanie Grewe | $315.00 | 8/14/2023 | 0.80 | | 0.80 | $252.00 | $0.00 | $252.00 | Draft brief regarding joint motion to dismiss including review of related filings and communicate with T. Gee regarding same |
| Delanie Grewe | $315.00 | 8/17/2023 | 0.10 | | 0.10 | $31.50 | $0.00 | $31.50 | Communicate with T. Gee regarding strategy for response to motion to dismiss |
| Delanie Grewe | $315.00 | 8/18/2023 | 0.15 | | 0.15 | $47.25 | $0.00 | $47.25 | Revise response to motion to dismiss |
| Ty Gee | $550.00 | 8/21/2023 | 2.90 | | 2.90 | $1,595.00 | $0.00 | $1,595.00 | Research/draft brief in response to joint motion to dismiss action; emails to/from H. Hanneman, D. Grewe and C. McDonald re same; telephone call with D. Grewe re same |
| Delanie Grewe | $315.00 | 8/21/2023 | 0.90 | | 0.90 | $283.50 | $0.00 | $283.50 | Draft and revise response to joint motion to dismiss including review of relevant filings and related research and communicate with team regarding same |
| Ty Gee | $550.00 | 8/22/2023 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 | Review order dismissing action; emails from/to H. Hanneman and D. Grewe re same |

| Date pulled: 9/6/2023 | | | | | | | | | Detail Fee Transaction File List |
|---|---|---|---|---|---|---|---|---|---|
| TRIAL FEES ONLY | | | | | | | | | Haddon, Morgan & Foreman, P.C. |
| Timekeeper | Hourly Rate | Date | Gross Time | Time Discount | Net Time | Gross Fees | Fees Discount | Net Fees | Description |
| Delanie Grewe | $315.00 | 8/22/2023 | 1.05 | | 1.05 | $330.75 | $0.00 | $330.75 | Review docket and communicate with team regarding entry of appearance (0.2); review final response to motion to dismiss (0.4); review and analyze order granting motion to dismiss and communicate with team regarding strategy for same (0.4); communicate with T. Gee regarding fee motion and begin drafting same (1.1) |
| Heather Hanneman | $530.00 | 8/22/2023 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 | Review order granting motion to dismiss |
| Heather Hanneman | $530.00 | 8/22/2023 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 | Office conference with T. Gee re [request for attorney fees] |
| Courtney McDonald | $150.00 | 8/22/2023 | 0.05 | | 0.05 | $7.50 | $0.00 | $7.50 | Draft EOA for D. Grewe |
| Delanie Grewe | $315.00 | 8/23/2023 | 0.55 | | 0.55 | $173.25 | $0.00 | $173.25 | Draft fee motion including review of relevant filings to prepare same |
| Delanie Grewe | $315.00 | 8/25/2023 | 0.20 | | 0.20 | $63.00 | $0.00 | $63.00 | Communicate with T. Gee regarding [request for attorney fees] |
| Ty Gee | 550 | 8/28/2023 | 0.2 | | 0.20 | $110.00 | $0.00 | $110.00 | Emails from/to D. Grewe re strategy for fees motion |
| Ty Gee | 550 | 8/28/2023 | 0.2 | | 0.20 | $110.00 | $0.00 | $110.00 | Telephone call with C. McDonald re preparation of spreadsheet for fees motion |
| Delanie Grewe | 315 | 8/28/2023 | 1 | | 1.00 | $315.00 | $0.00 | $315.00 | Draft fee motion including review of spreadsheet and relevant filings and communicate with team regarding status and strategy for same. |
| Courtney McDonald | 150 | 8/28/2023 | 1 | | 1.00 | $150.00 | $0.00 | $150.00 | Start compiling trial fees for matter 03 into spreadsheet |
| Delanie Grewe | 315 | 8/29/2023 | 1.4 | | 1.40 | $441.00 | $0.00 | $441.00 | Draft motion for attorney fees and supporting declaration including review of related filings and communicate with team regarding documentation and spreadsheets supporting same. |
| Courtney McDonald | 150 | 8/29/2023 | 0.6 | | 0.60 | $90.00 | $0.00 | $90.00 | Compile Trial only fees for matters 03 and 04 in a spreadsheet |
| Delanie Grewe | 315 | 8/30/2023 | 1.3 | | 1.30 | $409.50 | $0.00 | $409.50 | Prepare motion for attorney fees including review of time entries and relevant filings and communicate with team regarding same (1.1); draft conferral to opposing counsel regarding fee motion (0.2). |
| Courtney McDonald | 150 | 8/30/2023 | 0.7 | | 0.70 | $105.00 | $0.00 | $105.00 | Update spreadsheet entries for 03 Trial |
| Ty Gee | 550 | 8/31/2023 | 0.3 | 0.3 | - | $165.00 | $165.00 | $0.00 | Email conferrals with counsel for Li plaintiffs, Cui plaintiffs, and CRC defendants; confer with and emails to/from D. Grewe re same (no charge .3) |
| Delanie Grewe | 315 | 8/31/2023 | 2.05 | | 2.05 | $645.75 | $0.00 | $645.75 | Conferral with opposing counsel regarding attorney fees and communicate with T. Gee regarding same (0.3); draft fee motion and supporting declaration and communicate with team regarding same (1.75). |
| | | | **123.90** | **9.20** | **114.70** | **45,650.50** | **4,483.75** | **41,166.75** | |