| Date | Gross Time | Time Discount | Net Time | Gross Fees | Fees Discount | Net Fees |
|---|---|---|---|---|---|---|
| 7/28/2021 | 0.75 | | 0.75 | $75.00 | $0.00 | $75.00 |
| 8/3/2021 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 |
| 8/5/2021 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 |
| 8/10/2021 | 0.70 | | 0.70 | $70.00 | $0.00 | $70.00 |
| 8/11/2021 | 0.25 | | 0.25 | $137.50 | $0.00 | $137.50 |
| 8/12/2021 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 |
| 8/12/2021 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 |
| 8/12/2021 | 0.80 | | 0.80 | $80.00 | $0.00 | $80.00 |
| 8/13/2021 | 0.40 | | 0.40 | $220.00 | $0.00 | $220.00 |
| 8/13/2021 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 |
| 8/13/2021 | 0.05 | | 0.05 | $27.50 | $0.00 | $27.50 |
| 8/16/2021 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 |
| 8/16/2021 | 0.80 | | 0.80 | $80.00 | $0.00 | $80.00 |
| 8/17/2021 | 1.20 | | 1.20 | $660.00 | $0.00 | $660.00 |
| 8/17/2021 | 0.60 | | 0.60 | $60.00 | $0.00 | $60.00 |
| 8/18/2021 | 1.60 | | 1.60 | $880.00 | $0.00 | $880.00 |
| 8/18/2021 | 0.60 | | 0.60 | $60.00 | $0.00 | $60.00 |
| 8/19/2021 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 |
| 8/19/2021 | 0.40 | | 0.40 | $40.00 | $0.00 | $40.00 |
| 8/23/2021 | 0.40 | | 0.40 | $220.00 | $0.00 | $220.00 |
| 8/25/2021 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 |
| 8/26/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 |
| 8/27/2021 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 |
| 8/31/2021 | 0.15 | | 0.15 | $15.00 | $0.00 | $15.00 |
| 9/2/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 |
| 9/7/2021 | 0.60 | | 0.60 | $60.00 | $0.00 | $60.00 |
| 9/9/2021 | 0.50 | | 0.50 | $50.00 | $0.00 | $50.00 |
| 9/16/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 |
| 9/21/2021 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 |
| 9/27/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 |
| 9/28/2021 | 0.10 | | 0.10 | $10.00 | $0.00 | $10.00 |
| 9/29/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 |
| 10/11/2021 | 0.40 | | 0.40 | $220.00 | $0.00 | $220.00 |
| 10/13/2021 | 0.30 | | 0.30 | $165.00 | $0.00 | $165.00 |
| 10/14/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 |
| 10/21/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 |
| 10/29/2021 | 0.45 | | 0.45 | $247.50 | $0.00 | $247.50 |
| 10/29/2021 | 0.80 | | 0.80 | $80.00 | $0.00 | $80.00 |
| 11/2/2021 | 0.50 | | 0.50 | $50.00 | $0.00 | $50.00 |
| 11/3/2021 | 0.30 | | 0.30 | $165.00 | $0.00 | $165.00 |
| 11/3/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 |
| 11/4/2021 | 0.10 | | 0.10 | $10.00 | $0.00 | $10.00 |
| 11/8/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 |
| 11/12/2021 | 0.70 | | 0.70 | $70.00 | $0.00 | $70.00 |
| 11/17/2021 | 0.40 | | 0.40 | $40.00 | $0.00 | $40.00 |
| 11/22/2021 | 1.30 | | 1.30 | $130.00 | $0.00 | $130.00 |

| Date | Gross Time | Time Discount | Net Time | Gross Fees | Fees Discount | Net Fees |
|---|---|---|---|---|---|---|
| 11/23/2021 | 0.50 | | 0.50 | $50.00 | $0.00 | $50.00 |
| 11/24/2021 | 0.60 | | 0.60 | $60.00 | $0.00 | $60.00 |
| 12/1/2021 | 1.40 | | 1.40 | $770.00 | $0.00 | $770.00 |
| 12/1/2021 | 0.25 | | 0.25 | $137.50 | $0.00 | $137.50 |
| 12/2/2021 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 |
| 12/7/2021 | 0.80 | | 0.80 | $80.00 | $0.00 | $80.00 |
| 12/14/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 |
| 12/15/2021 | 0.50 | | 0.50 | $50.00 | $0.00 | $50.00 |
| 12/17/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 |
| 12/27/2021 | 0.10 | | 0.10 | $55.00 | $0.00 | $55.00 |
| 12/28/2021 | 2.20 | | 2.20 | $1,210.00 | $0.00 | $1,210.00 |
| 12/28/2021 | 0.40 | | 0.40 | $220.00 | $0.00 | $220.00 |
| 12/29/2021 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 |
| 12/30/2021 | 2.90 | | 2.90 | $1,595.00 | $0.00 | $1,595.00 |
| 12/30/2021 | 0.40 | | 0.40 | $40.00 | $0.00 | $40.00 |
| 1/10/2022 | 0.50 | | 0.50 | $50.00 | $0.00 | $50.00 |
| 1/11/2022 | 0.40 | | 0.40 | $40.00 | $0.00 | $40.00 |
| 1/28/2022 | 3.20 | | 3.20 | $320.00 | $0.00 | $320.00 |
| 1/28/2022 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 |
| 1/31/2022 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 |
| 2/9/2022 | 0.65 | | 0.65 | $65.00 | $0.00 | $65.00 |
| 2/10/2022 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 |
| 2/11/2022 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 |
| 2/23/2022 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 |
| 3/11/2022 | 0.05 | 0.05 | 0.00 | $27.50 | $27.50 | $0.00 |
| 4/1/2022 | 1.00 | | 1.00 | $100.00 | $0.00 | $100.00 |
| 4/5/2022 | 0.50 | | 0.50 | $275.00 | $0.00 | $275.00 |
| 4/5/2022 | 1.50 | | 1.50 | $825.00 | $0.00 | $825.00 |
| 4/5/2022 | 1.00 | | 1.00 | $100.00 | $0.00 | $100.00 |
| 4/6/2022 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 |
| 4/8/2022 | 0.55 | | 0.55 | $302.50 | $0.00 | $302.50 |
| 4/8/2022 | 0.60 | | 0.60 | $189.00 | $0.00 | $189.00 |
| 4/11/2022 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 |
| 4/12/2022 | 0.10 | | 0.10 | $55.00 | $0.00 | $55.00 |
| 4/13/2022 | 0.10 | | 0.10 | $55.00 | $0.00 | $55.00 |
| 4/14/2022 | 0.10 | | 0.10 | $55.00 | $0.00 | $55.00 |
| 4/14/2022 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 |
| 4/19/2022 | 0.35 | | 0.35 | $35.00 | $0.00 | $35.00 |
| 4/26/2022 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 |
| 4/27/2022 | 0.05 | | 0.05 | $27.50 | $0.00 | $27.50 |
| 4/28/2022 | 0.10 | | 0.10 | $55.00 | $0.00 | $55.00 |
| 4/28/2022 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 |
| 5/4/2022 | 0.60 | | 0.60 | $330.00 | $0.00 | $330.00 |
| 5/4/2022 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 |
| 5/9/2022 | 0.30 | | 0.30 | $165.00 | $0.00 | $165.00 |
| 5/13/2022 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 |

| Date | Gross Time | Time Discount | Net Time | Gross Fees | Fees Discount | Net Fees |
|---|---|---|---|---|---|---|
| 7/8/2022 | 0.10 | | 0.10 | $10.00 | $0.00 | $10.00 |
| 9/12/2022 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 |
| 9/12/2022 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 |
| 9/13/2022 | 1.80 | 0.30 | 1.50 | $954.00 | $159.00 | $795.00 |
| 9/14/2022 | 0.55 | | 0.55 | $55.00 | $0.00 | $55.00 |
| 9/14/2022 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 |
| 9/14/2022 | 0.30 | | 0.30 | $159.00 | $0.00 | $159.00 |
| 9/15/2022 | 0.20 | 0.20 | 0.00 | $63.00 | $63.00 | $0.00 |
| 9/19/2022 | 0.30 | 0.30 | 0.00 | $30.00 | $30.00 | $0.00 |
| 9/21/2022 | 0.10 | 0.10 | 0.00 | $53.00 | $53.00 | $0.00 |
| 9/22/2022 | 1.80 | | 1.80 | $990.00 | $0.00 | $990.00 |
| 9/22/2022 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 |
| 9/23/2022 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 |
| 9/23/2022 | 0.05 | | 0.05 | $26.50 | $0.00 | $26.50 |
| 9/23/2022 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 |
| 9/30/2022 | 0.10 | | 0.10 | $10.00 | $0.00 | $10.00 |
| 10/6/2022 | 0.10 | | 0.10 | $55.00 | $0.00 | $55.00 |
| 10/6/2022 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 |
| 10/7/2022 | 0.60 | | 0.60 | $330.00 | $0.00 | $330.00 |
| 10/7/2022 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 |
| 10/10/2022 | 0.70 | | 0.70 | $70.00 | $0.00 | $70.00 |
| 10/10/2022 | 0.20 | | 0.20 | $63.00 | $0.00 | $63.00 |
| 10/10/2022 | 0.40 | | 0.40 | $220.00 | $0.00 | $220.00 |
| 10/11/2022 | 0.40 | 0.40 | 0.00 | $212.00 | $212.00 | $0.00 |
| 10/12/2022 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 |
| 10/13/2022 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 |
| 10/14/2022 | 0.10 | | 0.10 | $10.00 | $0.00 | $10.00 |
| 10/14/2022 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 |
| 10/18/2022 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 |
| 10/24/2022 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 |
| 10/25/2022 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 |
| 10/25/2022 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 |
| 10/28/2022 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 |
| 11/3/2022 | 0.10 | | 0.10 | $10.00 | $0.00 | $10.00 |
| 11/8/2022 | 0.10 | | 0.10 | $10.00 | $0.00 | $10.00 |
| 11/11/2022 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 |
| 11/11/2022 | 0.40 | 0.30 | 0.10 | $212.00 | $159.00 | $53.00 |
| 11/15/2022 | 1.20 | | 1.20 | $636.00 | $0.00 | $636.00 |
| 11/15/2022 | 1.00 | | 1.00 | $530.00 | $0.00 | $530.00 |
| 11/16/2022 | 0.10 | | 0.10 | $10.00 | $0.00 | $10.00 |
| 11/16/2022 | 1.30 | 0.40 | 0.90 | $409.50 | $126.00 | $283.50 |
| 11/16/2022 | 0.30 | | 0.30 | $159.00 | $0.00 | $159.00 |
| 11/23/2022 | 2.50 | | 2.50 | $787.50 | $0.00 | $787.50 |
| 11/29/2022 | 3.20 | | 3.20 | $1,696.00 | $0.00 | $1,696.00 |
| 11/29/2022 | 0.50 | 0.50 | 0.00 | $265.00 | $265.00 | $0.00 |
| 11/30/2022 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 |
| Date | Gross Time | Time Discount | Net Time | Gross Fees | Fees Discount | Net Fees |

| Date | Gross Time | Time Discount | Net Time | Gross Fees | Fees Discount | Net Fees |
| --- | --- | --- | --- | --- | --- | --- |
| 12/1/2022 | 1.10 |  | 1.10 | $110.00 | $0.00 | $110.00 |
| 12/1/2022 | 0.40 |  | 0.40 | $126.00 | $0.00 | $126.00 |
| 12/1/2022 | 0.20 | 0.10 | 0.10 | $106.00 | $53.00 | $53.00 |
| 12/2/2022 | 3.60 | 1.00 | 2.60 | $1,908.00 | $530.00 | $1,378.00 |
| 12/5/2022 | 0.10 | 0.10 | 0.00 | $55.00 | $55.00 | $0.00 |
| 12/5/2022 | 0.40 |  | 0.40 | $40.00 | $0.00 | $40.00 |
| 12/6/2022 | 0.80 |  | 0.80 | $252.00 | $0.00 | $252.00 |
| 12/6/2022 | 0.50 |  | 0.50 | $275.00 | $0.00 | $275.00 |
| 12/6/2022 | 1.30 |  | 1.30 | $715.00 | $0.00 | $715.00 |
| 12/7/2022 | 1.20 |  | 1.20 | $378.00 | $0.00 | $378.00 |
| 12/8/2022 | 0.40 |  | 0.40 | $126.00 | $0.00 | $126.00 |
| 12/8/2022 | 5.30 | 2.00 | 3.30 | $2,809.00 | $1,060.00 | $1,749.00 |
| 12/8/2022 | 0.20 |  | 0.20 | $106.00 | $0.00 | $106.00 |
| 12/9/2022 | 0.30 | 0.30 | 0.00 | $165.00 | $165.00 | $0.00 |
| 12/9/2022 | 0.30 | 0.30 | 0.00 | $159.00 | $159.00 | $0.00 |
| 12/9/2022 | 0.70 |  | 0.70 | $371.00 | $0.00 | $371.00 |
| 12/12/2022 | 0.20 |  | 0.20 | $20.00 | $0.00 | $20.00 |
| 12/14/2022 | 0.40 |  | 0.40 | $40.00 | $0.00 | $40.00 |
| 12/14/2022 | 0.70 |  | 0.70 | $371.00 | $0.00 | $371.00 |
| 12/15/2022 | 0.60 | 0.60 | 0.00 | $330.00 | $330.00 | $0.00 |
| 5/17/2023 | 0.30 |  | 0.30 | $165.00 | $0.00 | $165.00 |
| 5/17/2023 | 0.40 |  | 0.40 | $220.00 | $0.00 | $220.00 |
| 5/18/2023 | 0.30 | 0.30 | 0.00 | $94.50 | $94.50 | $0.00 |
| 5/18/2023 | 1.10 | 0.40 | 0.70 | $583.00 | $212.00 | $371.00 |
| 5/19/2023 | 0.20 | 0.20 | 0.00 | $63.00 | $63.00 | $0.00 |
| 5/19/2023 | 0.70 | 0.40 | 0.30 | $371.00 | $212.00 | $159.00 |
| 6/3/2023 | 0.80 |  | 0.80 | $440.00 | $0.00 | $440.00 |
| 6/4/2023 | 0.40 |  | 0.40 | $220.00 | $0.00 | $220.00 |
| 6/4/2023 | 0.20 |  | 0.20 | $110.00 | $0.00 | $110.00 |
| 6/4/2023 | 0.20 |  | 0.20 | $110.00 | $0.00 | $110.00 |
| 6/5/2023 | 0.70 |  | 0.70 | $70.00 | $0.00 | $70.00 |
| 6/12/2023 | 0.20 |  | 0.20 | $63.00 | $0.00 | $63.00 |
| 6/13/2023 | 4.20 |  | 4.20 | $2,310.00 | $0.00 | $2,310.00 |
| 6/14/2023 | 1.00 | 0.10 | 0.90 | $100.00 | $10.00 | $90.00 |
| 6/14/2023 | 0.20 |  | 0.20 | $110.00 | $0.00 | $110.00 |
| 6/14/2023 | 0.20 | 0.20 | 0.00 | $106.00 | $106.00 | $0.00 |
| 6/15/2023 | 2.80 |  | 2.80 | $1,540.00 | $0.00 | $1,540.00 |
| 6/20/2023 | 0.50 |  | 0.50 | $50.00 | $0.00 | $50.00 |
| 6/21/2023 | 1.00 |  | 1.00 | $100.00 | $0.00 | $100.00 |
| 6/27/2023 | 0.20 |  | 0.20 | $20.00 | $0.00 | $20.00 |
| 7/31/2023 | 0.30 |  | 0.30 | $165.00 | $0.00 | $165.00 |
| 8/1/2023 | 0.40 |  | 0.40 | $220.00 | $0.00 | $220.00 |
| 8/2/2023 | 0.20 |  | 0.20 | $110.00 | $0.00 | $110.00 |
| 8/2/2023 | 0.05 |  | 0.05 | $27.50 | $0.00 | $27.50 |
| 8/2/2023 | 0.20 |  | 0.20 | $110.00 | $0.00 | $110.00 |
| 8/2/2023 | 0.20 |  | 0.20 | $106.00 | $0.00 | $106.00 |
| Date | Gross Time | Time Discount | Net Time | Gross Fees | Fees Discount | Net Fees |

| Date | Gross Time | Time Discount | Net Time | Gross Fees | Fees Discount | Net Fees |
| --- | --- | --- | --- | --- | --- | --- |
| 8/2/2023 | 0.40 | 0.30 | 0.10 | $212.00 | $159.00 | $53.00 |
| 8/3/2023 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 |
| 8/7/2023 | 1.00 | | 1.00 | $315.00 | $0.00 | $315.00 |
| 8/7/2023 | 0.05 | | 0.05 | $27.50 | $0.00 | $27.50 |
| 8/7/2023 | 0.30 | | 0.30 | $165.00 | $0.00 | $165.00 |
| 8/7/2023 | 0.30 | | 0.30 | $165.00 | $0.00 | $165.00 |
| 8/8/2023 | 0.30 | | 0.30 | $165.00 | $0.00 | $165.00 |
| 8/8/2023 | 1.40 | | 1.40 | $441.00 | $0.00 | $441.00 |
| 8/10/2023 | 0.25 | | 0.25 | $137.50 | $0.00 | $137.50 |
| 8/10/2023 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 |
| 8/10/2023 | 1.40 | | 1.40 | $441.00 | $0.00 | $441.00 |
| 8/11/2023 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 |
| 8/11/2023 | 0.20 | 0.05 | 0.15 | $63.00 | $15.75 | $47.25 |
| 8/12/2023 | 0.05 | | 0.05 | $27.50 | $0.00 | $27.50 |
| 8/14/2023 | 0.80 | | 0.80 | $252.00 | $0.00 | $252.00 |
| 8/17/2023 | 0.10 | | 0.10 | $31.50 | $0.00 | $31.50 |
| 8/18/2023 | 0.15 | | 0.15 | $47.25 | $0.00 | $47.25 |
| 8/21/2023 | 2.90 | | 2.90 | $1,595.00 | $0.00 | $1,595.00 |
| 8/21/2023 | 0.90 | | 0.90 | $283.50 | $0.00 | $283.50 |
| 8/22/2023 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 |
| 8/22/2023 | 1.05 | | 1.05 | $330.75 | $0.00 | $330.75 |
| 8/22/2023 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 |
| 8/22/2023 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 |
| 8/22/2023 | 0.05 | | 0.05 | $7.50 | $0.00 | $7.50 |
| 8/23/2023 | 0.55 | | 0.55 | $173.25 | $0.00 | $173.25 |
| 8/25/2023 | 0.20 | | 0.20 | $63.00 | $0.00 | $63.00 |
| 8/28/2023 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 |
| 8/28/2023 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 |
| 8/28/2023 | 1.00 | | 1.00 | $315.00 | $0.00 | $315.00 |
| 8/28/2023 | 1.00 | | 1.00 | $150.00 | $0.00 | $150.00 |
| 8/29/2023 | 1.40 | | 1.40 | $441.00 | $0.00 | $441.00 |
| 8/29/2023 | 0.60 | | 0.60 | $90.00 | $0.00 | $90.00 |
| 8/30/2023 | 1.30 | | 1.30 | $409.50 | $0.00 | $409.50 |
| 8/30/2023 | 0.70 | | 0.70 | $105.00 | $0.00 | $105.00 |
| 8/31/2023 | 0.30 | 0.30 | 0.00 | $165.00 | $165.00 | $0.00 |
| 8/31/2023 | 2.05 | | 2.05 | $645.75 | $0.00 | $645.75 |
| 10/14/2023 | 0.10 | | 0.10 | $55.00 | $0.00 | $55.00 |
| TOTAL | 123.90 | 9.20 | 114.70 | $45,650.50 | $4,483.75 | $41,166.75 |