| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date: 09/06/2023 | | | | | | | | Detail Fee Transaction File List |
| TRIAL FEES ONLY | | | | | | | | Haddon, Morgan & Foreman, P.C. |

| Timekeeper | Hourly Rate | Date | Gross Time | Time Discount | Net Time | Gross Fees | Fees Discount | Net Fees | Description |
|---|---|---|---|---|---|---|---|---|---|
| Ty Gee | $550.00 | 7/22/2021 | 0.10 | | 0.10 | $55.00 | $0.00 | $55.00 | ECF notice regarding motion for leave to supplement fees motion |
| Ty Gee | $550.00 | 7/27/2021 | 0.30 | | 0.30 | $165.00 | $0.00 | $165.00 | Review ECF notices |
| Matthew MacPhail | $100.00 | 7/28/2021 | 0.80 | 0.80 | 0.00 | $80.00 | $80.00 | $0.00 | Prepare case documents for attorney analysis |
| Matthew MacPhail | $100.00 | 7/30/2021 | 0.40 | | 0.40 | $40.00 | $0.00 | $40.00 | Prepare documents for attorney analysis |
| Matthew MacPhail | $100.00 | 8/2/2021 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 | Prepare documents for attorney analysis |
| Ty Gee | $550.00 | 8/3/2021 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 | Emails from R. Cornish and J. Kilroy regarding J. Zhang; email to R. Cornish regarding same |
| Ty Gee | $550.00 | 8/5/2021 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 | Draft email to counsel regarding June 28 order; voicemail to J. Kilroy regarding same |
| Matthew MacPhail | $100.00 | 8/11/2021 | 0.50 | | 0.50 | $50.00 | $0.00 | $50.00 | Prepare documents for attorney analysis |
| Ty Gee | $550.00 | 8/11/2021 | 0.25 | | 0.25 | $137.50 | $0.00 | $137.50 | Review order granting R59(e) motion |
| Ty Gee | $550.00 | 8/12/2021 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 | Telephone conferences and emails to/from clients regarding [redacted] |
| Ty Gee | $550.00 | 8/12/2021 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 | Review district court's order granting Rule 59(e) motion |
| Matthew MacPhail | $100.00 | 8/13/2021 | 0.50 | | 0.50 | $50.00 | $0.00 | $50.00 | Prepare documents for attorney analysis |
| Ty Gee | $550.00 | 8/13/2021 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 | Review CRC's proposed bill of costs and attachments |
| Ty Gee | $550.00 | 8/13/2021 | 0.05 | | 0.05 | $27.50 | $0.00 | $27.50 | Email to counsel for plaintiffs regarding conferral on costs |
| Ty Gee | $550.00 | 8/13/2021 | 0.10 | | 0.10 | $55.00 | $0.00 | $55.00 | Email from B. Stewart regarding cost hearing |
| Ty Gee | $550.00 | 8/16/2021 | 0.10 | | 0.10 | $55.00 | $0.00 | $55.00 | Review minute order regarding costs hearing |
| Ty Gee | $550.00 | 8/17/2021 | 1.20 | | 1.20 | $660.00 | $0.00 | $660.00 | Review costs submissions; emails from/to R. Smith and M. MacPhail regarding [redacted]; review parties' conferral statements; research/draft conferral statement; review clerk's costs guide; prepare for costs hearing |
| Ty Gee | $550.00 | 8/19/2021 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 | Review costs awards |
| Matthew MacPhail | $100.00 | 8/23/2021 | 1.20 | | 1.20 | $120.00 | $0.00 | $120.00 | Prepare documents for attorney analysis; confer w T. Gee regarding filing |
| Ty Gee | $550.00 | 8/23/2021 | 2.80 | | 2.80 | $1,540.00 | $0.00 | $1,540.00 | Research/draft response to Court's August 12 Order regarding PSLRA attorney fees; email to B. Stewart regarding conferral on EOT motion; review invoices; research/draft EOT motion |
| Matthew MacPhail | $100.00 | 8/24/2021 | 0.90 | | 0.90 | $90.00 | $0.00 | $90.00 | Prepare invoices for attorney analysis; prepare documents for attorney analysis |
| Ty Gee | $550.00 | 8/24/2021 | 2.90 | | 2.90 | $1,595.00 | $0.00 | $1,595.00 | Review invoices; draft declaration; research/draft response to Court's August 12 Order regarding PSLRA attorney fees; emails to/from and voicemail's to H. Kuo and B. Stewart |
| Matthew MacPhail | $100.00 | 8/30/2021 | 0.20 | | 0.20 | $20.00 | $0.00 | $20.00 | Scan and save invoices used to support T. Gee declaration ISO resp to August 12 order |
| Ty Gee | $550.00 | 10/29/2021 | 0.45 | | 0.45 | $247.50 | $0.00 | $247.50 | Review orders on attorney fees and PSLRA; telephone conference with client regarding [redacted] |
| Ty Gee | $550.00 | 11/3/2021 | 0.30 | | 0.30 | $165.00 | $0.00 | $165.00 | Telephone conference with L. Liu regarding settlement issues |
| Ty Gee | $550.00 | 12/1/2021 | 1.14 | | 1.14 | $627.00 | $0.00 | $627.00 | Research/draft charging order; emails from D. Litowitz and J. Kilroy regarding distributions to Li and Cui plaintiffs; research/draft emails to R. Smith and client regarding [redacted] |
| Ty Gee | $550.00 | 12/1/2021 | 0.25 | | 0.25 | $137.50 | $0.00 | $137.50 | Telephone conference with L. Liu regarding settlement issues |
| Ty Gee | $550.00 | 12/2/2021 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 | Confer with R. Smith regarding [redacted] |
| Ty Gee | $550.00 | 12/27/2021 | 0.30 | | 0.30 | $165.00 | $0.00 | $165.00 | Emails to/from Cui counsel and other counsel regarding EOT request |
| Ty Gee | $550.00 | 12/27/2021 | 0.10 | | 0.10 | $55.00 | $0.00 | $55.00 | Emails to/from S. Poole regarding motion for charging orders |
| Ty Gee | $550.00 | 12/28/2021 | 0.30 | | 0.30 | $165.00 | $0.00 | $165.00 | Emails to Cui counsel regarding conferral on charging order motion |
| Ty Gee | $550.00 | 12/28/2021 | 2.20 | | 2.20 | $1,210.00 | $0.00 | $1,210.00 | Research/draft/revise motion for charging order and proposed order; emails to/from S. Poole regarding same |

Date: 09/06/2023 — Detail Fee Transaction File List
TRIAL FEES ONLY — Haddon, Morgan & Foreman, P.C.

| Timekeeper | Hourly Rate | Date | Gross Time | Time Discount | Net Time | Gross Fees | Fees Discount | Net Fees | Description |
|---|---|---|---|---|---|---|---|---|---|
| Ty Gee | $550.00 | 12/29/2021 | 0.40 | | 0.40 | $220.00 | $0.00 | $220.00 | Emails to/from and voicemail to H. Kuo regarding conferral; revise motion for charging order |
| Ty Gee | $550.00 | 12/29/2021 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 | Finalize motions for charging order; emails to/from S. Poole regarding same |
| Ty Gee | $550.00 | 3/11/2022 | 0.05 | 0.05 | 0.00 | $27.50 | $27.50 | $0.00 | Telephone conference with law clerk regarding status of motion for charging order |
| Ty Gee | $550.00 | 4/5/2022 | 0.50 | | 0.50 | $275.00 | $0.00 | $275.00 | Research/draft motion for ruling on charging orders |
| Ty Gee | $550.00 | 4/8/2022 | 0.55 | | 0.55 | $302.50 | $0.00 | $302.50 | Telephone conference with S. Kanan regarding charging orders; telephone conference with and email to D. Grewe regarding service on CRCPS; review order granting charging-order motions |
| Ty Gee | $550.00 | 4/12/2022 | 0.10 | | 0.10 | $55.00 | $0.00 | $55.00 | Emails to/from S. Kanan regarding court registry |
| Ty Gee | $550.00 | 4/13/2022 | 0.10 | | 0.10 | $55.00 | $0.00 | $55.00 | Emails from/to S. Kanan regarding deposit into court registry |
| Ty Gee | $550.00 | 4/27/2022 | 0.05 | | 0.05 | $27.50 | $0.00 | $27.50 | ECF notice regarding receipt of payment from CRCPS; email to client regarding [redacted] |
| Ty Gee | $550.00 | 4/29/2022 | 0.80 | | 0.80 | $440.00 | $0.00 | $440.00 | Emails to/from H. Kuo and B. Stewart regarding conferral on motion to release funds from court registry; emails to/from clients regarding [redacted]; telephone conference with M. MacPhail regarding fees in appeal; telephone conference with clients regarding [redacted]; ECF notice |
| Matthew MacPhail | $100.00 | 5/4/2022 | 0.30 | 0.10 | 0.20 | $30.00 | $10.00 | $20.00 | Proofread and file motion for release of funds |
| Ty Gee | $550.00 | 5/4/2022 | 0.60 | | 0.60 | $330.00 | $0.00 | $330.00 | Research/draft motion for release of funds from registry; emails to/from M. MacPhail regarding same |
| Matthew MacPhail | $100.00 | 7/8/2022 | 0.10 | | 0.10 | $10.00 | $0.00 | $10.00 | Prepare documents for attorney analysis |
| Heather Hanneman | $530.00 | 9/12/2022 | 0.20 | 0.20 | 0.00 | $106.00 | $106.00 | $0.00 | Review motion to amend complaint with respect to potential claims that could be revived through amended complaint and send email to C. Montville and D. Grewe regarding same. |
| Matthew MacPhail | $100.00 | 9/12/2022 | 0.30 | | 0.30 | $30.00 | $0.00 | $30.00 | Prepare documents for attorney analysis |
| Heather Hanneman | $530.00 | 9/14/2022 | 0.10 | | 0.10 | $53.00 | $0.00 | $53.00 | Review and respond to emails from T. Gee re contractual basis for fee awards in district court |
| Heather Hanneman | $530.00 | 9/14/2022 | 0.20 | | 0.20 | $106.00 | $0.00 | $106.00 | Research in connection with whether clients can execute on fees award [redacted] |
| Matthew MacPhail | $100.00 | 9/14/2022 | 0.55 | | 0.55 | $55.00 | $0.00 | $55.00 | Prepare documents for attorney analysis |
| Heather Hanneman | $530.00 | 9/23/2022 | 0.05 | | 0.05 | $26.50 | $0.00 | $26.50 | Review email from J. Kilroy to D. Litowitz |
| Heather Hanneman | $530.00 | 2/8/2023 | 0.10 | 0.10 | 0.00 | $53.00 | $53.00 | $0.00 | Review email from B. Stewart regarding Cui Plaintiffs and send email to T. Gee regarding same |
| Ty Gee | $550.00 | 2/8/2023 | 1.40 | | 1.40 | $770.00 | $0.00 | $770.00 | Review email from BStewart regarding return of monies; t/c w/ and emails from/to H. Hanneman regarding same; research/draft email to Stewart regarding same |
| Delanie Grewe | $315.00 | 6/12/2023 | 0.20 | | 0.20 | $63.00 | $0.00 | $63.00 | Review and revise sheet of time records for fee motion and communicate with T. Gee regarding same. |
| Ty Gee | $550.00 | 8/2/2023 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 | Review joint motion to dismiss |
| Ty Gee | $550.00 | 8/2/2023 | 0.05 | | 0.05 | $27.50 | $0.00 | $27.50 | Email to CRC defendants' counsel re exhibits to Doc. 484 |
| Ty Gee | $550.00 | 8/2/2023 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 | Emails from/to J. Kilroy re motion to restrict |
| Ty Gee | $550.00 | 8/3/2023 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 | Emails from/to J. Kilroy re continued conferral on motion to restrict |
| Delanie Grewe | $315.00 | 8/7/2023 | 1.00 | | 1.00 | $315.00 | $0.00 | $315.00 | Draft response to motion to dismiss and communicate with team regarding same (1.5); review order on joint motion to dismiss and related filings and communicate with team regarding same (0.5) |
| Ty Gee | $550.00 | 8/7/2023 | 0.05 | | 0.05 | $27.50 | $0.00 | $27.50 | Email from J. Kilroy re motion to restrict |
| Delanie Grewe | $315.00 | 8/8/2023 | 1.40 | | 1.40 | $441.00 | $0.00 | $441.00 | Research issue of fee entitlement and summarize same (3.2); review plaintiffs' joinder in motion to dismiss (0.2) |
| Delanie Grewe | $315.00 | 8/10/2023 | 1.40 | | 1.40 | $441.00 | $0.00 | $441.00 | Research attorney fee issue and communicate with team regarding same |

Date: 09/06/2023        Detail Fee Transaction File List

TRIAL FEES ONLY        Haddon, Morgan & Foreman, P.C.

| Timekeeper | Hourly Rate | Date | Gross Time | Time Discount | Net Time | Gross Fees | Fees Discount | Net Fees | Description |
|---|---|---|---|---|---|---|---|---|---|
| Ty Gee | $550.00 | 8/10/2023 | 0.25 | | 0.25 | $137.50 | $0.00 | $137.50 | Telephone call with and emails to/from D. Grewe re brief in response to joint motion to dismiss |
| Ty Gee | $550.00 | 8/10/2023 | 0.20 | | 0.20 | $110.00 | $0.00 | $110.00 | Research re PSLRA |
| Delanie Grewe | $315.00 | 8/11/2023 | 0.20 | 0.05 | 0.15 | $63.00 | $15.75 | $47.25 | Telephone conference with T. Gee regarding strategy for attorney fee briefing |
| Ty Gee | $550.00 | 8/11/2023 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 | Telephone call with D. Grewe re brief in response to joint motion to dismiss |
| Ty Gee | $550.00 | 8/12/2023 | 0.05 | | 0.05 | $27.50 | $0.00 | $27.50 | Email to D. Grewe re brief in response to joint motion to dismiss |
| Delanie Grewe | $315.00 | 8/14/2023 | 0.80 | | 0.80 | $252.00 | $0.00 | $252.00 | Draft brief regarding joint motion to dismiss including review of related filings and communicate with T. Gee regarding same |
| Delanie Grewe | $315.00 | 8/17/2023 | 0.10 | | 0.10 | $31.50 | $0.00 | $31.50 | Communicate with T. Gee regarding strategy for response to motion to dismiss |
| Delanie Grewe | $315.00 | 8/18/2023 | 0.15 | | 0.15 | $47.25 | $0.00 | $47.25 | Revise response to motion to dismiss |
| Delanie Grewe | $315.00 | 8/21/2023 | 0.90 | | 0.90 | $283.50 | $0.00 | $283.50 | Draft and revise response to joint motion to dismiss including review of relevant filings and related research and communicate with team regarding same |
| Ty Gee | $550.00 | 8/21/2023 | 2.90 | | 2.90 | $1,595.00 | $0.00 | $1,595.00 | Research/draft brief in response to joint motion to dismiss action; emails to/from H. Hanneman, D. Grewe and C. McDonald re same; telephone call with D. Grewe re same |
| Courtney McDonald | $150.00 | 8/22/2023 | 0.05 | | 0.05 | $7.50 | $0.00 | $7.50 | Draft EOA for D. Grewe |
| Delanie Grewe | $315.00 | 8/22/2023 | 1.05 | | 1.05 | $330.75 | $0.00 | $330.75 | Review docket and communicate with team regarding entry of appearance (0.2); review final response to motion to dismiss (0.4); review and analyze order granting motion to dismiss and communicate with team regarding strategy for same (0.4); communicate with T. Gee regarding fee motion and begin drafting same (1.1) |
| Ty Gee | $550.00 | 8/22/2023 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 | Review order dismissing action; emails from/to H. Hanneman and D. Grewe re same |
| Delanie Grewe | $315.00 | 8/23/2023 | 0.55 | | 0.55 | $173.25 | $0.00 | $173.25 | Draft fee motion including review of relevant filings to prepare same |
| Delanie Grewe | $315.00 | 8/25/2023 | 0.20 | | 0.20 | $63.00 | $0.00 | $63.00 | Communicate with T. Gee regarding [request for attorney fees] |
| Ty Gee | $550.00 | 8/28/2023 | 0.2 | | 0.20 | $110.00 | $0.00 | $110.00 | Emails from/to D. Grewe re strategy for fees motion |
| Ty Gee | $550.00 | 8/28/2023 | 0.2 | | 0.20 | $110.00 | $0.00 | $110.00 | Telephone call with C. McDonald re preparation of spreadsheet for fees motion |
| Delanie Grewe | $315.00 | 8/28/2023 | 1 | | 1.00 | $315.00 | $0.00 | $315.00 | Draft fee motion including review of spreadsheet and relevant filings and communicate with team regarding status and strategy for same. |
| Delanie Grewe | $315.00 | 8/29/2023 | 1.4 | | 1.40 | $441.00 | $0.00 | $441.00 | Draft motion for attorney fees and supporting declaration including review of related filings and communicate with team regarding documentation and spreadsheets supporting same. |
| Courtney McDonald | $150.00 | 8/29/2023 | 0.6 | | 0.60 | $90.00 | $0.00 | $90.00 | Compile Trial only fees for matters 03 and 04 in a spreadsheet |
| Delanie Grewe | $315.00 | 8/30/2023 | 1.3 | | 1.30 | $409.50 | $0.00 | $409.50 | Prepare motion for attorney fees including review of time entries and relevant filings and communicate with team regarding same (1.1); draft conferral to opposing counsel regarding fee motion (0.2). |
| Ty Gee | $550.00 | 8/31/2023 | 0.3 | 0.3 | - | $165.00 | $165.00 | $0.00 | Email conferrals with counsel for Li plaintiffs, Cui plaintiffs, and CRC defendants; confer with and emails to/from D. Grewe re same (no charge .3) |
| Delanie Grewe | $315.00 | 8/31/2023 | 2.05 | | 2.05 | $645.75 | $0.00 | $645.75 | Conferral with opposing counsel regarding attorney fees and communicate with T. Gee regarding same (0.3); draft fee motion and supporting declaration and communicate with team regarding same (1.75). |
| | | | 44.94 | 1.60 | 43.34 | 18,502.00 | 457.25 | 18,044.75 | |