| Date | Gross Time | Time Discount | Net Time | Gross Fees | Fees Discount | Net Fees |
|---|---|---|---|---|---|---|
| 7/22/2021 | 0.1 | | 0.1 | $55.00 | $0.00 | $55.00 |
| 7/27/2021 | 0.3 | | 0.3 | $165.00 | $0.00 | $165.00 |
| 7/28/2021 | 0.8 | 0.8 | 0 | $80.00 | $80.00 | $0.00 |
| 7/30/2021 | 0.4 | | 0.4 | $40.00 | $0.00 | $40.00 |
| 8/2/2021 | 0.3 | | 0.3 | $30.00 | $0.00 | $30.00 |
| 8/3/2021 | 0.2 | | 0.2 | $110.00 | $0.00 | $110.00 |
| 8/5/2021 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 |
| 8/11/2021 | 0.5 | | 0.5 | $50.00 | $0.00 | $50.00 |
| 8/11/2021 | 0.25 | | 0.25 | $137.50 | $0.00 | $137.50 |
| 8/12/2021 | 0.2 | | 0.2 | $110.00 | $0.00 | $110.00 |
| 8/12/2021 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 |
| 8/13/2021 | 0.05 | | 0.05 | $27.50 | $0.00 | $27.50 |
| 8/13/2021 | 0.1 | | 0.1 | $55.00 | $0.00 | $55.00 |
| 8/13/2021 | 0.5 | | 0.5 | $50.00 | $0.00 | $50.00 |
| 8/13/2021 | 0.2 | | 0.2 | $110.00 | $0.00 | $110.00 |
| 8/16/2021 | 0.1 | | 0.1 | $55.00 | $0.00 | $55.00 |
| 8/17/2021 | 1.2 | | 1.2 | $660.00 | $0.00 | $660.00 |
| 8/19/2021 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 |
| 8/23/2021 | 1.2 | | 1.2 | $120.00 | $0.00 | $120.00 |
| 8/23/2021 | 2.8 | | 2.8 | $1,540.00 | $0.00 | $1,540.00 |
| 8/24/2021 | 0.9 | | 0.9 | $90.00 | $0.00 | $90.00 |
| 8/24/2021 | 2.9 | | 2.9 | $1,595.00 | $0.00 | $1,595.00 |
| 8/30/2021 | 0.2 | | 0.2 | $20.00 | $0.00 | $20.00 |
| 10/29/2021 | 0.45 | | 0.45 | $247.50 | $0.00 | $247.50 |
| 11/3/2021 | 0.3 | | 0.3 | $165.00 | $0.00 | $165.00 |
| 12/1/2021 | 1.14 | | 1.14 | $627.00 | $0.00 | $627.00 |
| 12/1/2021 | 0.25 | | 0.25 | $137.50 | $0.00 | $137.50 |
| 12/2/2021 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 |
| 12/27/2021 | 0.1 | | 0.1 | $55.00 | $0.00 | $55.00 |
| 12/27/2021 | 0.3 | | 0.3 | $165.00 | $0.00 | $165.00 |
| 12/28/2021 | 0.3 | | 0.3 | $165.00 | $0.00 | $165.00 |
| 12/28/2021 | 2.2 | | 2.2 | $1,210.00 | $0.00 | $1,210.00 |
| 12/29/2021 | 0.2 | | 0.2 | $110.00 | $0.00 | $110.00 |
| 12/29/2021 | 0.4 | | 0.4 | $220.00 | $0.00 | $220.00 |
| 3/11/2022 | 0.05 | 0.05 | 0 | $27.50 | $28.00 | $0.00 |
| 4/5/2022 | 0.5 | | 0.5 | $275.00 | $0.00 | $275.00 |
| 4/8/2022 | 0.55 | | 0.55 | $302.50 | $0.00 | $302.50 |
| 4/12/2022 | 0.1 | | 0.1 | $55.00 | $0.00 | $55.00 |
| 4/13/2022 | 0.1 | | 0.1 | $55.00 | $0.00 | $55.00 |
| 4/27/2022 | 0.05 | | 0.05 | $27.50 | $0.00 | $27.50 |
| 4/29/2022 | 0.8 | | 0.8 | $440.00 | $0.00 | $440.00 |
| 5/4/2022 | 0.6 | | 0.6 | $330.00 | $0.00 | $330.00 |
| 5/4/2022 | 0.3 | 0.1 | 0.2 | $30.00 | $10.00 | $20.00 |
| 7/8/2022 | 0.1 | | 0.1 | $10.00 | $0.00 | $10.00 |
| 9/12/2022 | 0.2 | 0.2 | 0 | $106.00 | $106.00 | $0.00 |
| 9/12/2022 | 0.3 | | 0.3 | $30.00 | $0.00 | $30.00 |

| Date | Gross Time | Time Discount | Net Time | Gross Fees | Fees Discount | Net Fees |
| --- | --- | --- | --- | --- | --- | --- |
| 9/14/2022 | 0.2 | | 0.2 | $106.00 | $0.00 | $106.00 |
| 9/14/2022 | 0.55 | | 0.55 | $55.00 | $0.00 | $55.00 |
| 9/14/2022 | 0.1 | | 0.1 | $53.00 | $0.00 | $53.00 |
| 9/23/2022 | 0.05 | | 0.05 | $26.50 | $0.00 | $26.50 |
| 2/8/2023 | 0.1 | 0.1 | 0 | $53.00 | $53.00 | $0.00 |
| 2/8/2023 | 1.4 | | 1.4 | $770.00 | $0.00 | $770.00 |
| 6/12/2023 | 0.2 | | 0.2 | $63.00 | $0.00 | $63.00 |
| 8/2/2023 | 0.2 | | 0.2 | $110.00 | $0.00 | $110.00 |
| 8/2/2023 | 0.2 | | 0.2 | $110.00 | $0.00 | $110.00 |
| 8/2/2023 | 0.05 | | 0.05 | $27.50 | $0.00 | $27.50 |
| 8/3/2023 | 0.2 | | 0.2 | $110.00 | $0.00 | $110.00 |
| 8/7/2023 | 1 | | 1 | $315.00 | $0.00 | $315.00 |
| 8/7/2023 | 0.05 | | 0.05 | $27.50 | $0.00 | $27.50 |
| 8/8/2023 | 1.4 | | 1.4 | $441.00 | $0.00 | $441.00 |
| 8/10/2023 | 0.2 | | 0.2 | $110.00 | $0.00 | $110.00 |
| 8/10/2023 | 1.4 | | 1.4 | $441.00 | $0.00 | $441.00 |
| 8/10/2023 | 0.25 | | 0.25 | $137.50 | $0.00 | $137.50 |
| 8/11/2023 | 0.2 | 0.05 | 0.15 | $63.00 | $16.00 | $47.25 |
| 8/11/2023 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 |
| 8/12/2023 | 0.05 | | 0.05 | $27.50 | $0.00 | $27.50 |
| 8/14/2023 | 0.8 | | 0.8 | $252.00 | $0.00 | $252.00 |
| 8/17/2023 | 0.1 | | 0.1 | $31.50 | $0.00 | $31.50 |
| 8/18/2023 | 0.15 | | 0.15 | $47.25 | $0.00 | $47.25 |
| 8/21/2023 | 2.9 | | 2.9 | $1,595.00 | $0.00 | $1,595.00 |
| 8/21/2023 | 0.9 | | 0.9 | $283.50 | $0.00 | $283.50 |
| 8/22/2023 | 0.05 | | 0.05 | $7.50 | $0.00 | $7.50 |
| 8/22/2023 | 0.15 | | 0.15 | $82.50 | $0.00 | $82.50 |
| 8/22/2023 | 1.05 | | 1.05 | $330.75 | $0.00 | $330.75 |
| 8/23/2023 | 0.55 | | 0.55 | $173.25 | $0.00 | $173.25 |
| 8/25/2023 | 0.2 | | 0.2 | $63.00 | $0.00 | $63.00 |
| 8/28/2023 | 0.2 | | 0.2 | $110.00 | $0.00 | $110.00 |
| 8/28/2023 | 1 | | 1 | $315.00 | $0.00 | $315.00 |
| 8/28/2023 | 0.2 | | 0.2 | $110.00 | $0.00 | $110.00 |
| 8/29/2023 | 0.6 | | 0.6 | $90.00 | $0.00 | $90.00 |
| 8/29/2023 | 1.4 | | 1.4 | $441.00 | $0.00 | $441.00 |
| 8/30/2023 | 1.3 | | 1.3 | $409.50 | $0.00 | $409.50 |
| 8/31/2023 | 0.3 | 0.3 | 0 | $165.00 | $165.00 | $0.00 |
| 8/31/2023 | 2.05 | | 2.05 | $645.75 | $0.00 | $645.75 |
| TOTAL | 44.94 | 1.6 | 43.34 | $18,502.00 | $457.00 | $18,044.75 |