# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 19-cv-02443**
**Consolidated with Civil Action No. 19-cv-02637**

Jun Li, Qi Qin, Yi Liu, et al.,
               Plaintiffs,

        v.                                     Hon. Raymond P. Moore

Waveland Ventures LLC,
Colorado Regional Center Project Solaris LLLP,
Colorado Regional Center I, LLC,
Solaris Property Owner LLC,
Solaris Property Owner I, and
Peter Knobel,
               Defendants.

---

## Declaration of Brian P. Stewart in Support of Cui Plaintiffs' Opposition to SPO Defendants' Motion for Attorneys' Fees

---

I, Brian P. Stewart, am over the age of eighteen and have personal knowledge of the facts stated herein and hereby to state as follows:

1.     I am an attorney at The Ardent Law Group, attorneys of record for Plaintiffs Dianwen Cui, Lei Gu, Sufen Leng, Xue Mei, Zhou Mei, Yan Song, Lu Wang, Yue Wu, Zhuo Yang, Jingwen Zhang, Lei Zhang, Ling Zhang, Xiaohong Zhang, Qin Zhou Chunyu Zou, individually, and derivatively on behalf of Colorado Regional Center Project Solaris LLLP (collectively the "CUI Plaintiffs") in Civil Action No. 19-cv-02637.

2

2.      On or about October 21 2022, Defendants Solaris Property Owner, LLC, Solaris Property Owner I, LLC, and Peter Knobel's (collectively the "SPO Defendants") filed a Motion for Appeal-Related Attorneys' Fees and Legal Expenses and Request for Remand to the District Court for Determination of the Amount of Fees and Expenses in the Tenth Circuit Court of Appeals.  The Motion sought a determination that the SPO Defendants were the prevailing party on appeal and an award of attorneys' fees.

3.      The SPO Defendants motion was denied in its entirety by the Tenth Circuit.


I declare under penalty of perjury that the foregoing is true and correct. Executed this 22th day of September 2023 at Newport Beach, California.


/s/ Brian P. Stewart_____
Brian P. Stewart
**Ardent Law Group**
4340 Von Karman Ave.,
Suite 290
Newport Beach, California 92660
Telephone: (949) 299-0188
Facsimile:  (949) 299-0127
bstewart@ardentlawgroup.com